# Joint Claim Construction Brief

# EXHIBIT 1

US011633479B2

(12) United States Patent
Maier et al.

(10) Patent No.: US 11,633,479 B2
(45) Date of Patent: *Apr. 25, 2023

(54) **BIODEGRADABLE LIPIDS FOR THE DELIVERY OF ACTIVE AGENTS**

(71) Applicant: **ALNYLAM PHARMACEUTICALS, INC.**, Cambridge, MA (US)

(72) Inventors: **Martin Maier**, Cambridge, MA (US); **Muthusamy Jayaraman**, Cambridge, MA (US); **Akin Akinc**, Cambridge, MA (US); **Shigeo Matsuda**, Cambridge, MA (US); **Pachamuthu Kandasamy**, Cambridge, MA (US); **Kallanthottathil G. Rajeev**, Cambridge, MA (US); **Muthiah Manoharan**, Cambridge, MA (US)

(73) Assignee: **ALNYLAM PHARMACEUTICALS, INC.**, Cambridge, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/651,017**

(22) Filed: **Feb. 14, 2022**

(65) **Prior Publication Data**

US 2022/0249670 A1 Aug. 11, 2022

**Related U.S. Application Data**

(63) Continuation of application No. 17/302,311, filed on Apr. 29, 2021, now Pat. No. 11,246,933, which is a (Continued)

(51) **Int. Cl.**

| | |
|---|---|
| ***A61K 47/18*** | (2017.01) |
| ***A61K 9/127*** | (2006.01) |
| ***A61K 9/51*** | (2006.01) |
| ***A61K 31/713*** | (2006.01) |
| ***C07D 317/30*** | (2006.01) |
| ***C07C 211/09*** | (2006.01) |
| ***C07C 211/10*** | (2006.01) |
| ***C07C 211/11*** | (2006.01) |
| ***C07C 217/08*** | (2006.01) |
| ***C07C 229/12*** | (2006.01) |
| ***C07C 327/22*** | (2006.01) |
| ***C07C 327/28*** | (2006.01) |
| ***C07C 327/32*** | (2006.01) |
| ***C07C 235/06*** | (2006.01) |
| ***C07C 251/38*** | (2006.01) |
| ***C07F 5/02*** | (2006.01) |
| ***C07D 233/54*** | (2006.01) |
| ***C07D 207/32*** | (2006.01) |
| ***C07D 295/08*** | (2006.01) |
| ***C07D 295/12*** | (2006.01) |
| ***C07D 295/14*** | (2006.01) |
| ***C07C 323/12*** | (2006.01) |
| ***C07C 323/58*** | (2006.01) |

(Continued)

(52) **U.S. Cl.**
CPC ........... ***A61K 47/18*** (2013.01); ***A61K 9/1272*** (2013.01); ***A61K 9/5123*** (2013.01); ***A61K 31/7088*** (2013.01); ***A61K 31/713*** (2013.01); ***A61K 31/7105*** (2013.01); ***C07C 31/125*** (2013.01); ***C07C 211/09*** (2013.01); ***C07C 211/10*** (2013.01); ***C07C 211/11*** (2013.01); ***C07C 217/08*** (2013.01); ***C07C 229/12*** (2013.01); ***C07C 235/06*** (2013.01); ***C07C 251/38*** (2013.01); ***C07C 323/12*** (2013.01); ***C07C 323/58*** (2013.01); ***C07C 327/22*** (2013.01); ***C07C 327/28*** (2013.01); ***C07C 327/32*** (2013.01); ***C07D 207/32*** (2013.01); ***C07D 233/54*** (2013.01); ***C07D 295/08*** (2013.01); ***C07D 295/12*** (2013.01); ***C07D 295/14*** (2013.01); ***C07D 317/30*** (2013.01); ***C07F 5/022*** (2013.01)

(58) **Field of Classification Search**
CPC .................................................. A61K 9/1272
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,466,678 | A | 4/1949 | Bruson et al. |
| 2,856,420 | A | 10/1958 | Crawford, Jr. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| AU | 2011245987 | A1 | 12/2012 |
| CA | 2081119 | A1 | 10/1991 |

(Continued)

OTHER PUBLICATIONS

Aberle, et al., A Novel Tetraester Construct That Reduces Cationic Lipid-Associated Cytotoxicity Implications for the Onset of Cytotoxicity, Biochemistry, 1998, 6533-6540.

(Continued)

*Primary Examiner* — Theodore R. Howell
(74) *Attorney, Agent, or Firm* — Blank Rome LLP

(57) **ABSTRACT**

The present invention relates to a cationic lipid having one or more biodegradable groups located in a lipidic moiety (e.g., a hydrophobic chain) of the cationic lipid. These cationic lipids may be incorporated into a lipid particle for delivering an active agent, such as a nucleic acid. The invention also relates to lipid particles comprising a neutral lipid, a lipid capable of reducing aggregation, a cationic lipid of the present invention, and optionally, a sterol. The lipid particle may further include a therapeutic agent such as a nucleic acid.

**24 Claims, No Drawings**

**Specification includes a Sequence Listing.**

**Related U.S. Application Data**

continuation of application No. 16/520,183, filed on Jul. 23, 2019, now Pat. No. 11,071,784, which is a continuation of application No. 14/677,801, filed on Apr. 2, 2015, now Pat. No. 10,369,226, which is a continuation of application No. 13/708,383, filed on Dec. 7, 2012, now Pat. No. 9,061,063.

(60) Provisional application No. 61/623,274, filed on Apr. 12, 2012, provisional application No. 61/568,133, filed on Dec. 7, 2011.

(51) **Int. Cl.**
***C07C 31/125*** (2006.01)
***A61K 31/7088*** (2006.01)
***A61K 31/7105*** (2006.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS


3,340,299 A 9/1967 Weintraub et al.
3,729,564 A 4/1973 Chang et al.
3,872,171 A 3/1975 Cronin et al.
3,931,430 A 1/1976 Tada et al.
4,121,898 A 10/1978 Kirschnek et al.
4,694,084 A 9/1987 Breuninger et al.
5,155,260 A 10/1992 Zubovics et al.
5,705,385 A 1/1998 Bally et al.
5,756,785 A 5/1998 O'Lenick, Jr.
5,807,861 A 9/1998 Klein et al.
5,820,873 A 10/1998 Choi et al.
5,919,743 A 7/1999 O'Lenick, Jr.
5,965,542 A 10/1999 Wasan et al.
5,976,567 A 11/1999 Wheeler et al.
5,981,501 A 11/1999 Wheeler et al.
5,994,517 A 11/1999 Ts et al.
6,013,813 A 1/2000 O'Lenick, Jr.
6,077,509 A 6/2000 Weiner et al.
6,107,286 A 8/2000 Byk et al.
6,287,591 B1 9/2001 Semple et al.
6,300,321 B1 10/2001 Scherman et al.
6,320,017 B1 11/2001 Ansell
6,333,433 B1 12/2001 Banerjee et al.
6,346,516 B1 2/2002 Banerjee et al.
6,410,328 B1 6/2002 Maclachlan et al.
6,458,381 B1 10/2002 Sourovoi et al.
6,503,945 B2 1/2003 Banerjee et al.
6,534,484 B1 3/2003 Wheeler et al.
6,541,649 B2 4/2003 Banerjee et al.
6,586,410 B1 7/2003 Wheeler et al.
6,620,794 B1 9/2003 O'Lenick, Jr. et al.
6,734,171 B1 5/2004 Saravolac et al.
6,815,432 B2 11/2004 Wheeler et al.
6,858,224 B2 2/2005 Wheeler et al.
6,858,225 B2 2/2005 Semple et al.
6,986,902 B1 1/2006 Chen et al.
7,112,337 B2 9/2006 Huang et al.
7,341,738 B2 3/2008 Semple et al.
7,470,781 B2 12/2008 Crouzet et al.
7,514,099 B2 4/2009 Chen et al.
7,553,830 B2 6/2009 Beigelman et al.
7,745,651 B2 6/2010 Heyes et al.
7,799,565 B2 9/2010 MacLachlan et al.
7,803,397 B2 9/2010 Heyes et al.
7,811,602 B2 10/2010 Cullis et al.
7,901,708 B2 3/2011 MacLachlan et al.
7,982,027 B2 7/2011 MacLachlan et al.
8,034,376 B2 10/2011 Manoharan et al.
8,058,069 B2 11/2011 Yaworski et al.
8,158,601 B2 4/2012 Chen et al.
8,283,333 B2 10/2012 Yaworski et al.
8,329,070 B2 12/2012 MacLachlan et al.
8,466,122 B2 6/2013 Heyes et al.
8,569,256 B2 10/2013 Heyes et al.
8,575,123 B2 11/2013 Manoharan et al.
8,642,076 B2 2/2014 Manoharan et al.
8,691,750 B2 4/2014 Constien et al.
8,722,082 B2 5/2014 Manoharan et al.
8,754,062 B2 6/2014 de Fougerolles et al.
8,802,644 B2 8/2014 Chen et al.
8,822,668 B2 9/2014 Yaworski et al.
9,006,487 B2 4/2015 Anderson et al.
9,012,498 B2 4/2015 Manoharan et al.
9,029,590 B2 5/2015 Colletti et al.
9,061,063 B2 6/2015 Maier et al.
9,139,554 B2 9/2015 Hope et al.
9,394,234 B2 7/2016 Chen et al.
9,463,247 B2 10/2016 Ansell et al.
9,604,908 B2 3/2017 Stanton et al.
9,682,922 B2 6/2017 Manoharan et al.
10,369,226 B2 8/2019 Maier et al.
11,246,933 B1 * 2/2022 Maier .................. A61K 9/5123
11,382,979 B2 * 7/2022 Maier .................. C07D 233/54
11,400,015 B2 * 7/2022 Maier .................. C07D 233/54
2003/0031704 A1 2/2003 Huang et al.
2003/0153081 A1 8/2003 Tagawa et al.
2003/0187114 A1 10/2003 Breitscheidel et al.
2003/0229037 A1 12/2003 Massing et al.
2004/0032037 A1 2/2004 Katinger et al.
2004/0142025 A1 7/2004 MacLachlan et al.
2004/0142474 A1 7/2004 Mahato et al.
2004/0241855 A1 12/2004 Cullis et al.
2005/0064595 A1 3/2005 MacLachlan et al.
2005/0234270 A1 10/2005 Kaizik et al.
2006/0051405 A1 3/2006 MacLachlan et al.
2006/0083780 A1 4/2006 Heyes et al.
2006/0100177 A1 5/2006 Nishimura et al.
2007/0042031 A1 2/2007 MacLachlan et al.
2009/0023673 A1 1/2009 Manoharan et al.
2009/0209037 A1 8/2009 Tagawa et al.
2009/0247608 A1 10/2009 Manoharan et al.
2010/0010066 A1 1/2010 Fitzgerald et al.
2010/0035974 A1 2/2010 Lehn et al.
2010/0076055 A1 3/2010 Dande et al.
2010/0130588 A1 5/2010 Yaworski et al.
2010/0285112 A1 11/2010 Novobrantseva et al.
2010/0305198 A1 12/2010 Bradley et al.
2010/0324120 A1 12/2010 Chen et al.
2011/0009641 A1 1/2011 Anderson et al.
2011/0045473 A1 2/2011 De Fougerolles et al.
2011/0091525 A1 4/2011 Heyes et al.
2011/0097720 A1 4/2011 Ciufolini et al.
2011/0117125 A1 5/2011 Hope et al.
2011/0200582 A1 8/2011 Baryza et al.
2011/0256175 A1 10/2011 Hope et al.
2011/0262527 A1 10/2011 Heyes et al.
2011/0300205 A1 12/2011 Geall et al.
2011/0305770 A1 12/2011 Zhao et al.
2011/0311582 A1 12/2011 Manoharan et al.
2011/0311583 A1 12/2011 Manoharan et al.
2012/0017411 A1 1/2012 Groszkiewicz et al.
2012/0027796 A1 2/2012 Manoharan et al.
2012/0027803 A1 2/2012 Manoharan et al.
2012/0046478 A1 2/2012 Manoharan et al.
2012/0058144 A1 3/2012 Manoharan et al.
2012/0058188 A1 3/2012 MacLachlan et al.
2012/0095075 A1 4/2012 Manoharan et al.
2012/0101148 A1 4/2012 Aking et al.
2012/0128760 A1 5/2012 Manoharan et al.
2012/0136073 A1 5/2012 Yang et al.
2012/0183602 A1 7/2012 Chen et al.
2012/0225434 A1 9/2012 Ciufolini et al.
2012/0244207 A1 9/2012 Fitzgerald et al.
2012/0251618 A1 10/2012 Schrum et al.
2012/0264810 A1 10/2012 Lin et al.
2012/0295832 A1 11/2012 Constien et al.
2013/0017223 A1 1/2013 Hope et al.
2013/0022649 A1 1/2013 Yaworski et al.
2013/0108685 A1 5/2013 Kuboyama et al.
2013/0122104 A1 5/2013 Yaworski et al.
2013/0123338 A1 5/2013 Heyes et al.
2013/0129811 A1 5/2013 Kuboyama et al.
2013/0261172 A1 10/2013 Kariko et al.
2013/0274504 A1 10/2013 Colletti et al.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2013/0280305 | A1 | 10/2013 | Kuboyama et al. |
| 2013/0323269 | A1 | 12/2013 | Manoharan et al. |
| 2013/0338210 | A1 | 12/2013 | Manoharan et al. |
| 2014/0044772 | A1 | 2/2014 | MacLachlan et al. |
| 2014/0121393 | A1 | 5/2014 | Manoharan et al. |
| 2014/0134260 | A1 | 5/2014 | Heyes et al. |
| 2014/0179761 | A1 | 6/2014 | Manoharan et al. |
| 2014/0256785 | A1 | 9/2014 | Manoharan et al. |
| 2014/0294937 | A1 | 10/2014 | MacLachlan et al. |
| 2014/0295449 | A1 | 10/2014 | Ciufolini et al. |
| 2014/0308304 | A1 | 10/2014 | Manoharan et al. |
| 2014/0323548 | A1 | 10/2014 | Budzik et al. |
| 2015/0174260 | A1 | 6/2015 | Yang et al. |
| 2015/0174261 | A1 | 6/2015 | Kuboyama et al. |
| 2015/0284317 | A1 | 10/2015 | Colletti et al. |
| 2015/0343062 | A1 | 12/2015 | Kuboyama et al. |
| 2016/0009637 | A1 | 1/2016 | Manoharan et al. |
| 2016/0009657 | A1 | 1/2016 | Anderson et al. |
| 2016/0095924 | A1 | 4/2016 | Hope et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 3402146 | A1 | 7/1985 |
| EP | 0685234 | A1 | 12/1995 |
| EP | 0685457 | A1 | 12/1995 |
| FR | 02909378 | A1 | 6/2008 |
| GB | 1277947 | A | 6/1972 |
| JP | H05286824 | A | 11/1993 |
| JP | H09110814 | A | 4/1997 |
| JP | H09278726 | A | 10/1997 |
| JP | H09301936 | A | 11/1997 |
| JP | 2007230789 | A | 9/2007 |
| JP | 4681425 | B2 | 5/2011 |
| JP | 5-331118 | B2 | 10/2013 |
| WO | WO-91016024 | A1 | 10/1991 |
| WO | WO-9528146 | A1 | 10/1995 |
| WO | 9534531 | A1 | 12/1995 |
| WO | WO-9730024 | A2 | 8/1997 |
| WO | WO-9816599 | A1 | 4/1998 |
| WO | WO-98017757 | A2 | 4/1998 |
| WO | WO-9933493 | A1 | 7/1999 |
| WO | WO-0003683 | A2 | 1/2000 |
| WO | WO-0107548 | A1 | 2/2001 |
| WO | WO-0148233 | A1 | 7/2001 |
| WO | 02072068 | A2 | 9/2002 |
| WO | WO-03053409 | A1 | 7/2003 |
| WO | WO-2005060934 | A1 | 7/2005 |
| WO | WO-2005120461 | A2 | 12/2005 |
| WO | WO-2006052767 | A2 | 5/2006 |
| WO | 2006138380 | A2 | 12/2006 |
| WO | WO-2006138380 | A2 | 12/2006 |
| WO | 2007073489 | A2 | 6/2007 |
| WO | WO-2008001505 | A1 | 1/2008 |
| WO | WO-2008042973 | A2 | 4/2008 |
| WO | 2008078102 | A2 | 7/2008 |
| WO | WO-2009086228 | A1 | 7/2009 |
| WO | WO-2009086558 | A1 | 7/2009 |
| WO | WO-2009088891 | A1 | 7/2009 |
| WO | WO-2009088892 | A1 | 7/2009 |
| WO | 2009127060 | A1 | 10/2009 |
| WO | WO-2009129385 | A1 | 10/2009 |
| WO | WO-2009129395 | A1 | 10/2009 |
| WO | WO-2009132131 | A1 | 10/2009 |
| WO | WO-2010030739 | A1 | 3/2010 |
| WO | 2010048228 | A2 | 4/2010 |
| WO | WO-2010042877 | A1 | 4/2010 |
| WO | WO-2010048536 | A2 | 4/2010 |
| WO | WO-2010054384 | A1 | 5/2010 |
| WO | WO-2010054401 | A1 | 5/2010 |
| WO | WO-2010054405 | A1 | 5/2010 |
| WO | WO-2010054406 | A1 | 5/2010 |
| WO | WO-2010057150 | A1 | 5/2010 |
| WO | WO-2010057160 | A1 | 5/2010 |
| WO | WO-2010088537 | A2 | 8/2010 |
| WO | 2010129687 | A1 | 11/2010 |
| WO | 2010129709 | A1 | 11/2010 |
| WO | WO-201 0129709 | A1 | 11/2010 |
| WO | 2010144740 | A1 | 12/2010 |
| WO | 2011000106 | A1 | 1/2011 |
| WO | WO-2011000107 | A1 | 1/2011 |
| WO | 2011022460 | A1 | 2/2011 |
| WO | WO-2011036557 | A1 | 3/2011 |
| WO | WO-2011056682 | A1 | 5/2011 |
| WO | 2011066651 | A1 | 6/2011 |
| WO | 2011071860 | A2 | 6/2011 |
| WO | WO-2011066651 | A1 | 6/2011 |
| WO | WO-2011075656 | A1 | 6/2011 |
| WO | 2011090965 | A1 | 7/2011 |
| WO | 2011127255 | A1 | 10/2011 |
| WO | WO-201 1141703 | A1 | 11/2011 |
| WO | WO-2011136368 | A1 | 11/2011 |
| WO | WO-2011136369 | A1 | 11/2011 |
| WO | WO-2011140627 | A1 | 11/2011 |
| WO | WO-2011141704 | A1 | 11/2011 |
| WO | WO-2011141705 | A1 | 11/2011 |
| WO | WO-2011143230 | A1 | 11/2011 |
| WO | 2011149733 | A2 | 12/2011 |
| WO | 2011153120 | A1 | 12/2011 |
| WO | WO-2011153493 | A2 | 12/2011 |
| WO | WO-201 2000104 | A1 | 1/2012 |
| WO | WO-201 2019630 | A1 | 2/2012 |
| WO | 2012040184 | A2 | 3/2012 |
| WO | 2012044638 | A1 | 4/2012 |
| WO | WO-201 2054365 | A2 | 4/2012 |
| WO | 2012061259 | A2 | 5/2012 |
| WO | WO-2012068176 | A1 | 5/2012 |
| WO | 2012099755 | A1 | 7/2012 |
| WO | 2012162210 | A1 | 11/2012 |
| WO | WO-201 3014073 | A1 | 1/2013 |
| WO | WO-201 3016058 | A1 | 1/2013 |
| WO | WO-2013059496 | A1 | 4/2013 |
| WO | WO-2013086322 | A1 | 6/2013 |
| WO | WO-2013086354 | A1 | 6/2013 |
| WO | WO-2013086373 | A1 | 6/2013 |
| WO | 2013116126 | A1 | 8/2013 |
| WO | 2013148541 | A1 | 10/2013 |
| WO | WO-201 3143555 | A1 | 10/2013 |
| WO | WO-201 4007398 | A1 | 1/2014 |
| WO | WO-201 4008334 | A1 | 1/2014 |
| WO | WO-201 4028487 | A1 | 2/2014 |
| WO | WO-2014089239 | A1 | 6/2014 |

OTHER PUBLICATIONS

Alexidis et al., "Novel 1,4 Substituted Piperidine Derivatives. Synthesis and Correlation of Antioxidant Activity with Structure and Lipophilicity," J. Pharm. Pharmacol. 47:131-137, 1995.

Basha et al., Influence of cationic lipid composition on gene silencing properties of lipid nanoparticle formulations of siRNA in antigen-presenting cells. Mol Ther. Dec. 2011;19(12):2186-200.

Cattanach et al., "Studies in the Indole Series. Part IV. Tetrahydro-1 H-pyrido[4,3-b]-indoles as Serotonin Antagonists," J. Chem. Soc. Perkin 1. 10:1235-1243, 1968.

Cook et al., "Synthesis and Characterization of cis-Dioxomolybdenum(IV) Complexes with Sterically Bulky Tripodal Tetradentate Ligands," Inorganica Chimica Acta 144:81-87, 1988.

Farhood, et al., Effect of Cationic Cholesterol. Derivatives on Gene Transer and Protein Kinase C Activity, Biochimica et Biophysica Acta 1992, 1111:239-246.

Frisch et al., "A New Triantennary Galactose-Targeted PEGylated Gene Carrier, Characterization of Its Complex with DNA, and Transfection of Hepatoma Cells," Bioconjugate Chem. 15:754-764, 2004.

Hafez et al., "On the mechanism whereby cationic lipids promote intracellular delivery of polynucleic acids," Gene Therapy 8:1188-1196, 2001.

Jayaraman et al., "Maximizing the Potency of siRNA Lipid Nanoparticles for Hepatic Gene Silencing In Vivo," Angew. Chern. Int. Ed. 51:8529-8533, 2012.

Koh et al., "Delivery of antisense oligodeoxyribonucleotide lipopolyplex nanoparticles assembled by microfluidic hydrodynamic focusing," Journal of Controlled Release 141(1):62-69, 2010.

(56) **References Cited**

OTHER PUBLICATIONS

Lee et al., Lipid nanoparticle siRNA systems for silencing the androgen receptor in human prostate cancer in vivo , Int. J. Cancer: 131, E781-E790 (2012).
Leventis, et al., Interactions of Mammalian Cells with Lipid Dispersions Containing Novel Metabolizable Cationic Amphiphiles, Biochimica et Biophysica Acta (1990) 1023:124-132.
Lin P.J.C., et al., Influence of cationic lipid composition on uptake and intracellular processing of lipid nanoparticle formulations of siRNA. Nanomedicine: NBM 2013;9:233-246.
Lv, et al., Toxicity of Cationic Lipids and Cationic Polymers in Gene Delivery, Journal of Controlled Release, 2006, 114:100-109.
Novobrantseva et al., "Systemic RNAi-mediated Gene Silencing in Nonhuman Primate and Rodent Myeloid Cells," Molecular Therapy—Nucleic Acids 1(e4), 2012.
Nuhn et al., Synthesis, calorimetry, and X-ray diffraction of lecithins containing branched fatty acid chains, Chemistry and Physics of Lipids, 1986, 39, 221-236.
Obika et al., Symmetrical cationic triglycerides: an efficient synthesis and application to gene transfer, Bioorganic & Medicinal Chemistry, 2001, 9(2), 245-254.
Schar et al., "Long Chain Linear Fatty Alcohols from ZIEGLER—Synthesis, their Mixtures, Derivatives and Use," IP.com Prior Art Database Technical Disclosure, Jan. 17, 2011.
Semple et al., "Interactions of liposomes and lipid-based carrier systems with blood proteins: Relation to clearance behaviour in vivo," Advanced Drug Delivery Reviews 32:3-17, 1998.
Semple et al., Rational design of cationic lipids for siRNA delivery, Nature Biotechnology vol. 28, pp. 172-176 (2010).
Sheikh et al., In vitro lipofection with novel series of symmetric 1,3-dialkoylamidopropane-based cationic surfactants containing single primary and tertiary amine polar head groups, Chemistry and Physics of Lipids, 2003, 124(1), p. 49-61.
Spelios et al., Effect of spacer attachment sites and pH-sensitive headgroup expansion on cationic lipid-mediated gene delivery of three novel myristoyl derivatives. Biophysical Chemistry 2007, 129 (2-3) , 137-147.
Tang F, Hughes JA. Synthesis of a single-tailed cationic lipid and investigation of its transfection. J Control Release. Dec. 6, 1999;62(3):345-58.
Wilson et al., "The combination of stabilized plasmid lipid particles and lipid nanoparticle encapsulated CpG containing oligodeoxynucleotides as a systemic genetic vaccine," J Gene Med 11:14-25, 2009.
Yamada et al. CAS:120:27761, 1994. (151923-87-4).
Chesnoy, et al., Structure and Function of Lipid-DNA Complexes For Gene Delivery, Annu. Rev. Biophys. Biomol. Struct., 2009, 29:27-47.
International Search Report issued in PCT/US2012/068491 dated Apr. 5, 2013.
Debal, et al., Synthesis 6, 391-93 (1976).
Akinc et al., A combinatorial library of lipid-like materials for delivery of RNAi therapeutics, Nature Biotechnology 2008, 26(5), 561-569.
Banerjee et al. Novel Series of Non-Glycerol-Based Cationic Transfection Lipids for Use in Liposomal Gene Delivery, J. Med. Chem. 1999, 42(21), 4292-4299.
Mahidhar et al. Distance of Hydroxyl Functionality from the Quaternized Center Influence DNA Binding and in Vitro Gene Delivery Efficacies of Cationic Lipids with Hydroxyalkyl Headgroups, J. Med. Chem. 2004, 47(23), 5721-5728.
Mukherjee et al. Covalent Grafting of Common Trihydroxymethylaminomethane in the Headgroup Region Imparts High Serum Compatibility and Mouse Lung Transfection Property to Cationic Amphiphile, J. Med. Chem. 2008. 51(6), 1967-1971.
Nguyen et al., Lipid-derived nanoparticles for immunostimulatory RNA adjuvant delivery, Proc. Natl. Acad. Sci, 2012, 109(14), E797-E803.
Rajesh et al., Dramatic Influence of the Orientation of Linker between Hydrophilic and Hydrophobic Lipid Moiety in Liposomal Gene Delivery, J. Am. Chem. Soc. 2007, 129, 11408-11420.
Srinivas et al. Cationic Amphiphile with Shikimic Acid Headgroup Shows More Systemic Promise Than Its Mannosyl Analogue as DNA Vaccine Carrier in Dendritic Cell Based Genetic Immunization, J. Med. Chem. 2010, 53(3), 1387-1391.
Whitehead et al. Synergistic silencing: combinations of lipid-like materials for efficacious siRNA delivery, Mol Ther., 2011, 19(9), 1688-94.
Akinc , et al., "Development of lipidoid-siRNA formulations for systemic delivery to the liver", Mol Ther., May 17, 2009, 17(5):872-9. doi: 10.1038/mt.2009.36. Epub Mar. 3, 2009.
Bhattacharya, et al., "Advances in gene delivery through molecular design of cationic lipids", Chem Commun (Camb), Aug. 21, 2009, (31):4632-56. Epub Jul. 3, 2009.
Braun , et al., "Structure/function relationships of polyamidoamine/DNA dendrimers as gene delivery vehicles", J Pharm Sci, Feb. 2005, 94(2):423-36.
Chen , et al., "Novel cationic lipid that delivers siRNA and enhances therapeutic effect in lung cancer cells", Mol Pharm., May-Jun. 2009, 6(3):696-705.
Crawford , et al., "Analysis of lipid nanoparticles by Cryo-EM for characterizing siRNA delivery vehicles", Int J Pharm , Jan. 17, 2011, 403(1-2):237-44. doi: 10 1016/j.ijpharm 2010.10.025. Epub Oct. 23, 2010.
Gjetting , et al., "In vitro and in vivo effects of polyethylene glycol (PEG)-modified lipid in DOTAP/cholesterol-mediated gene transfection", Int J Nanomedicine, Aug. 9, 2010, 5:371-83.
Jeffs , et al., "A scalable, extrusion-free method for efficient liposomal encapsulation of plasmid DNA", Pharm Res., Mar. 2005, 22(3):362-72.
Kumar , et al., "Single histidine residue in head-group region is sufficient to impart remarkable gene transfection properties to cationic lipids: evidence for histidine-mediated membrane fusion at acidic pH", Gene Ther., Aug. 2003, 10(15):1206-15.
Labas , et al., "Nature as a source of inspiration for cationic lipid synthesis", Genetica, Feb. 2010, 138(2):153-68. Epub Sep. 11, 2009.
Love , et al., "Lipid-like materials for low-dose, in vivo gene silencing", Proc Natl Acad Sci USA. Feb. 2, 2010;107(5):1864-9. Epub Jan. 11, 2010. Erratum in: Proc Natl Acad Sci USA May 25, 2010;107(21):9915.
Manoharan , et al., "Oligonucleotide conjugates as potential antisense drugs with improved uptake, biodistribution, targeted delivery, and mechanism of action", Antisense Nucleic Acid Drug Dev. Apr. 2002;12(2):103-28.
Manoharan , et al., "RNA interference and chemically modified small interfering RNAs", CurrOpin Chem Biol. Dec. 2004;8(6):570-9.
Martin , et al., "The design of cationic lipids for gene delivery", Curr Pharm Des. 2005;11(3):375-94.
Mukherjee , et al., "Common co-lipids, in synergy, impart high gene transfer properties to transfection-incompetent cationic lipids", FEBS Lett Feb. 14, 2005;579(5):1291-300.doi: 10.1016/j.febslet.2004.11.116. Epub Jan. 26, 2005.
Smisterova , et al., "Molecular shape of the cationic lipid controls the structure of cationic lipid/dioleylphosphatidylethanolamine-DNA complexes and the efficiency of gene delivery", J Biol Chem. Dec. 1, 20014;276(50):47615-22Epub Oct. 2, 2001.
Sparks , et al., "838. Flexible Cationic Lipids for siRNA Delivery", Mol Ther. May 1, 2011;19(Supplement 1:S320). 1 page.
Stanton , et al., "Medicinal chemistry of siRNA delivery", J Med Chem. Nov. 25, 2010;53(22):7887-901. Epub Aug. 31, 2010.
Zhang , et al., "Macropinocytosis is the major pathway responsible for DNA transfection in CHO cells by a charge-reversal amphiphile", Mol Pharm. Jun. 6, 2011;8(3):758-66. doi: 10.1021/mp100366h. Epub Mar. 30, 2011.
Zhang , et al., "Self-assembling DNA-lipid particles for gene transfer", Pharm Res. Feb. 1997;14(2):190-6.

(56) **References Cited**

OTHER PUBLICATIONS

Zhang , et al., "Synthesis, characterization, and in vitro transfection activity of charge-reversal amphiphiles for DNA delivery", Bioconjug Chem. Apr. 20, 2011;22(4):690-9. doi: 10.1021/bc1004526. Epub Apr. 1, 2011.
Zhu , et al., "Systemic gene expression after intravenous DNA delivery into adult mice", Science. Jul. 9, 1993;261(5118):209-11.
Simões S , et al., "Cationic liposomes for gene delivery". Expert Opin Drug Deliv. 2005, 2(2):237-254.
Xu , et al., "Mechanism of DNA Release from Cationic Lipsome/DNA Complexes Used in Cell Transfection", 35 Biochemistry 5616-5623 (1996).
Zhang, et al., "Functional Lipids and Lipoplexes for Improved Gene Delivery", 94(1) Biochimie 42-58 (May 20, 2011).
Zhi, et al., "Transfection Efficiency of Cationic Lipids with Different Hydrophobic Domains in Gene Delivery", 21 Bioconjugate Chem. 563-577 (2010).
Zhou, et al., Efficient Intracellular Delivery of Oligonucleotides Formulated in Folate Receptor-Targeted Lipid Vesicles, 13 Bioconjugate Chemistry 1220-1225 (2002).
Zhu, L, et al., Mahato RI. Structural and formulation factors influencing pyridinium lipid-based gene transfer. Bioconjug Chem. Dec. 2008;19(12):2499-512. doi: 10.1021 /bc8004039. PMID: 19053309; PMCID: PMC2681295.
Zuhorn, et al., "Nonbilayer phase of lipoplex-membrane mixture determines endosomal escape of genetic cargo and transfection efficiency", 11 Molecular Therapy 801-810, 2005.
Defendants' Invalidity Contentions Regarding U.S. Pat. Nos. 11,246,933 and 11,382,979, *Alnylam Pharmaceuticals, Inc.* v. *Pfizer Inc. et al.*, Civil Action No. 22-336, Dec. 19, 2022 (999 pages).
Exhibit A to Defendants' Invalidity Contentions Regarding U.S. Pat. Nos. 11,246,933 and 11,382,979, *Alnylam Pharmaceuticals, Inc.* v. *Pfizer Inc. et al.*, Civil Action No. 22-336, Dec. 19, 2022 (247 pages).
Exhibit B to Defendants' Invalidity Contentions Regarding U.S. Pat. Nos. 11,246,933 and 11,382,979, *Alnylam Pharmaceuticals, Inc.* v. *Pfizer Inc. et al.*, Civil Action No. 22-336, Dec. 19, 2022 (611 pages).
Moderna's Invalidity Contentions and Document Production Accompanying Invalidity Contentions, *Alnylam Pharmaceuticals, Inc.* v. *Moderna, Inc. et al.*, Civil Action No. 22-cv-335, , Dec. 16, 2022 (includes Exbhit 1) (490 pages).
Wasunga, et al., "Cationic lipids, lipoplexes and intracellular delivery of genes", 166 J. of Controlled Release, 255-264 (2006).
Akinc, et al., "Targeted Delivery of RNAi Therapeutics With Endogenous and Exogenous Ligand Based Mechanisms", 18 Molecular Therapy 1357-1364, May 11, 2010.
Arpicco, et al., "Synthesis, Characterization and Transfection Activity of New Saturated and Unsaturated Cationic Lipids", II Farmaco 59:769-878 (2004).
Barani, et al., "A Review on Applications of Liposomes in Textile Processing", 18(3) Journal of Liposome Res. 249-262 (Dec. 16, 2008).
Choudhary, et al., "An Evaluation of Peptide-Bond Isoteres", 12 ChemBioChem 1801-1807 (2011).
Coderch , et al., "Application of Liposomes in Textile Dyeing", 1 Recent Res. Devel. In Oil Chem. 17-29 (1997).
Felgner, et al., "Lipofection: A highly efficient, lipid-mediated DNA-transfection procedure", 84 Proc. Natl. Acad. Sci. U.S.A. 7413-7417 (1987).
Ferrari, et al., "Synergy between cationic lipid and co-lipid determines the macroscopic structure and transfection activity of lipoplexes", 30(8) Nucleic Acids Res. 1808-1816 (2002).
Floch, et al., "Cation Substitution in Cationic Phosphonolipids: A New Concept To Improve Transfection Activity and Decrease Cellular Toxicity", 43 J. Med Chem., 4617-4628 (2000).
Hashim, et al., "Nature-like synthetic alkyl branched-chain glycolipids: a review on chemical structures and self-assembly properties", 39(1) Liquid Crystals, 1-17 (2012).
Herringson, et al., "Convenient Targeting of Stealth siRNA-Lipoplexes to Cells with Chelator Lipid-Anchored Molecules", 139 J. Controlled Release 229-238 (2009).
Heyes, et al., "Cationic lipid saturation influences intracellular delivery of encapsulated nucleic acids", 107 Journal of Controlled Release 276-287 (2005).
Huang, et al., "Asymmetric 1-alkyl-2-acyl Phsophatdyl Choline: A Helper Lipid for Enhanced Non-Viral Gene Delivery", 427 International Journal of Pharmaceutics 64-70 (2012) (available online Jun. 21, 2011).
Ilies, et al., "Cationic lipids in gene delivery: principles, vector design and therapeutically applications", 8 Current Pharmaceutical Design, 2441-2473 (2002).
Jenkins, et al., "Peptide Bond Isoteteres: Ester or (E)-Alkene in the Backbone of the Collagen Triple Helix", 7(13) Organic Letters 2619-2622 (2005).
Koltover, et al., "An Inverted Hexagonal Phase of Cationic Liposome-DNA Complexes Related to DNA Release and Delivery", 281 Science 78-81 (1998).
Kosswig, "Surfactants", Ullmann's Encyclopedia of Industrial Chemistry, Wiley-VCH Verlag GmbH & Co. KGaA, 2012, p. 431-505.
Koynova , et al., "An Intracellular Lamellar-Nonlamellar Phase Transition Rationalizes the Superior Performance of Cationic Lipid Transfection Agents", 103 PNAS 14373-14378 (2006).
Wilson , et al., "Targeted Delivery of Oligodeoxynucleotides to Mouse Lung Endothelial Cells in Vitro and in Vivo", 12 Molecular Therapy 510-518 (2005).
Ma, et al., "Cationic Lipids Enhance siRNA-Mediated Interferon Response in Mice", 330 Biochemical and Biophysical Res. Communs. 775-759 (Mar. 17, 2005).
Ma, et al., "Lipoplex morphologies and their influences on transfection efficiency in gene delivery", 123 Journal of Controlled Release 184-194 (2007).
Maier, et al., Biodegradable lipids enabling rapidly eliminated lipid nanoparticles for systemic delivery of RNAi therapeutics, 21(8) Molecular Therapy 1570-1578 (2013).
Masotti, et al., "Comparison of Different Commercially Available Cationic Liposome-DNA Lipoplexes: Parameters Influencing Toxicity and Transfection Efficiency", 68 Colloids and Surfaces B: Biointerfaces 136-144 (2009).
Maurer, et al., "Spontaneous Entrapment of Polynucleotides upon Electrostatic Interaction with Ethanol-Destabilized Cationic Liposomes", 80 Biophysical J. 2310-2326 (2001).
Medvedeva, et al., "Novel Cholesterol-Based Cationic Lipids for Gene Delivery", 52 Journal of Medicinal Chemistry, 6558-6568 (2009).
Mishra, et al., "Ester Quats: The Novel Class of Cationic Fabric Softness", 56(6) J. Oleo Sci. 269-276 (2007).
Montier, et al., "Progress in cationic lipid-mediated gene transfection: a series of bio-inspired lipids as an example", 8 Current Gene Therapy 296-312 (2008).
Morrison & Boyd, "Organic Chemistry—Functional Derivatives of Carboxylic Acids Edition", Allyn and Bacon Inc., Chapter 24, p. 857-865 (1987).
Nguyen, et al., "Complex Formation with Plasmid DNA Increases the Cytotoxicity of Cationic Liposomes", 30(4) Biol. Pharm. Bull. 751-757 (2007).
Niculescu-Duvaz, et al., "Structure-Activity Relationship in Cationic Lipid Mediated Gene Transfection", 10 Current Med. Chem. 1233-1261 (2003).
Obata, et al., "Plasmid DNA-Encapsulating Liposomes: Effect of a Spacer between Cationic Head Group and Hydrophobic Moieties of the Lipids on Gene Expression Efficiency", 1788 Biochimica et Biophysica Acta 1148-1158 (2009).
Ouyang, et al., "Controlled Template-Assisted Assembly of Plasmid DNA into Nanometric Particles with High DNA Concentration", 11 Bioconjugate Chem. 104-112 (2000).
Patani, et al., "Bioisosterism: A Rational Approach in Drug Design", 96 Chem. Rev. 3147-3176 (1996).
Pinnaduwage, et al., "Use of a quaternary ammonium detergent in liposome mediated DNA transfection of mouse L-cells", 985 Biochimica et Biophysica Acta 33-37 (1989).

(56) **References Cited**

OTHER PUBLICATIONS

Prata, et al., "A New Helper Phospholipid for Gene Delivery", 13 Chem Comm. 1566-1568 (2008).
Sato, et al., "A pH-Sensitive Cationic Lipid Facilitates the Delivery of Liposomal siRNA and Gene Silencing Acitivity in Vitro and In Vivo", 163 J. of Controlled Release 267-276 (2012).
Scarzello, et al., "Polymorphism of Pyridinium Amphiphiles for Gene Delivery: Influence of Ionic Strength, Helper Lipid Content and Plasmid DNA Complexation", 88 Biophysical Journal, 2104-2113 (2005).
Semple, et al., "Efficient Encapsulation of Antisense Oligonucleotides in Lipid Vesicles Using Ionizable Aminolipids Formation of Novel Small Multilamellar Vesicle Structures", 1510 Biochimica et Biophysica Acta 152-166 (2001).
Simberg, et al., "DOTAP (and other cationic lipids): chemistry, biophysics, and transfection", 21(4) Critical Reviews in Therapeutic Drug Carrier-Systems 257-317 (2004).
Tadros, "Applied Surfactants: Principles and Applications", Wiley-VCH Verlag GmbH & Co. KGA, Weinheim (2005) ISBN: 3-527-30629-3, 1-17.
Tamaddon, et al., "Modeling Cytoplasmic Release of Encapsulated Oligonucleotides from Cationic Liposomes", 336 Pharmaceutical Nanotechnology 174-182 (2007).
Tranchant, et al., "Physiochemical Optimisation of Plasmid Delivery by Cationic Lipid", 6 J. Gene. Med. S24-S35 (2004).
Tristam-Nagle, et al., "Structure and Water Permeability of Fully Hydrated DiphytanolPC", 163 Chemistry and Physics of Lipids 630-637 (2010) (available online May 4, 2010).
Tros De Ilarduya, et al., "Gene Delivery by Lipoplexes and Polyplexes", 40 European J. Pharmaceutical Sciences 159-170 (2010) (available online Mar. 30, 2010).
Xu , et al., "Mechanism of DNA Release from Cationic Lipsome/DNA Complexes Used in Cell Transfection May 7, 1996".
Zhang , et al., "Functional Lipids and Lipoplexes for Improved Gene Delivery May 20, 2011".

* cited by examiner

# BIODEGRADABLE LIPIDS FOR THE DELIVERY OF ACTIVE AGENTS

This application is a continuation of U.S. patent application Ser. No. 17/302,311, filed Apr. 29, 2021, which is a continuation of Ser. No. 16/520,183, filed Jul. 23, 2019, now U.S. Pat. No. 11,071,784, which is a continuation of U.S. patent application Ser. No. 14/677,801, filed Apr. 2, 2015, now U.S. Pat. No. 10,369,226, which is a continuation of U.S. patent application Ser. No. 13/708,383, filed Dec. 7, 2012, now U.S. Pat. No. 9,061,063, which claims the benefit of U.S. Provisional Application No. 61/568,133, filed Dec. 7, 2011, and U.S. Provisional Application No. 61/623,274, filed Apr. 12, 2012, each of which is hereby incorporated by reference.

## TECHNICAL FIELD

The present invention relates to biodegradable lipids and to their use for the delivery of active agents such as nucleic acids.

## BACKGROUND

Therapeutic nucleic acids include, e.g., small interfering RNA (siRNA), micro RNA (miRNA), antisense oligonucleotides, ribozymes, plasmids, immune stimulating nucleic acids, antisense, antagomir, antimir, microRNA mimic, supermir, U1 adaptor, and aptamer. In the case of siRNA or miRNA, these nucleic acids can down-regulate intracellular levels of specific proteins through a process termed RNA interference (RNAi). The therapeutic applications of RNAi are extremely broad, since siRNA and miRNA constructs can be synthesized with any nucleotide sequence directed against a target protein. To date, siRNA constructs have shown the ability to specifically down-regulate target proteins in both in vitro and in vivo models. In addition, siRNA constructs are currently being evaluated in clinical studies.

However, two problems currently faced by siRNA or miRNA constructs are, first, their susceptibility to nuclease digestion in plasma and, second, their limited ability to gain access to the intracellular compartment where they can bind the protein RISC when administered systemically as the free siRNA or miRNA. Lipid nanoparticles formed from cationic lipids with other lipid components, such as cholesterol and PEG lipids, and oligonucleotides (such as siRNA and miRNA) have been used to facilitate the cellular uptake of the oligonucleotides.

There remains a need for improved cationic lipids and lipid nanoparticles for the delivery of oligonucleotides. Preferably, these lipid nanoparticles would provide high drug:lipid ratios, protect the nucleic acid from degradation and clearance in serum, be suitable for systemic delivery, and provide intracellular delivery of the nucleic acid. In addition, these lipid-nucleic acid particles should be well-tolerated and provide an adequate therapeutic index, such that patient treatment at an effective dose of the nucleic acid is not associated with significant toxicity and/or risk to the patient.

## SUMMARY

The present invention relates to a cationic lipid and PEG lipid suitable for forming nucleic acid-lipid particles. Each of the cationic and PEG lipids of the present invention includes one or more biodegradable groups. The biodegradable groups are located in a lipidic moiety (e.g., a hydrophobic chain) of the cationic or PEG lipid. These cationic and PEG lipids may be incorporated into a lipid particle for delivering an active agent, such as a nucleic acid (e.g., an siRNA). The incorporation of the biodegradable group(s) into the lipid results in faster metabolism and removal of the lipid from the body following delivery of the active agent to a target area. As a result, these lipids have lower toxicity than similar lipids without the biodegradable groups.



In one embodiment, the cationic lipid is a compound of formula (I), which has a branched alkyl at the alpha position adjacent to the biodegradable group (between the biodegradable group and the tertiary carbon):

Formula (I)




or a salt thereof (e.g., a pharmaceutically acceptable salt thereof), wherein

R' is absent, hydrogen, or alkyl (e.g., $C_1$-$C_4$ alkyl);

with respect to $R^1$ and $R^2$,

(i) $R^1$ and $R^2$ are each, independently, optionally substituted alkyl, alkenyl, alkynyl, cycloalkylalkyl, heterocycle, or $R^{10}$;

(ii) $R^1$ and $R^2$, together with the nitrogen atom to which they are attached, form an optionally substituted heterocyclic ring; or

(iii) one of $R^1$ and $R^2$ is optionally substituted alkyl, alkenyl, alkynyl, cycloalkyl, cycloalkylalkyl, or heterocycle, and the other forms a 4-10 member heterocyclic ring or heteroaryl (e.g., a 6-member ring) with (a) the adjacent nitrogen atom and (b) the $(R)_a$ group adjacent to the nitrogen atom;

each occurrence of R is, independently, —$(CR^3R^4)$—;

each occurrence of $R^3$ and $R^4$ are, independently H, halogen, OH, alkyl, alkoxy, —$NH_2$, $R^{10}$, alkylamino, or dialkylamino (in one preferred embodiment, each occurrence of $R^3$ and $R^4$ are, independently H or $C_1$-$C_4$ alkyl);

each occurrence of $R^{10}$ is independently selected from PEG and polymers based on poly(oxazoline), poly(ethylene oxide), poly(vinyl alcohol), poly(glycerol), poly(N-vinylpyrrolidone), poly[N-(2-hydroxypropyl)methacrylamide] and poly(amino acid)s, wherein (i) the PEG or polymer is linear or branched, (ii) the PEG or polymer is polymerized by n subunits, (iii) n is a number-averaged degree of polymerization between 10 and 200 units, and (iv) wherein the compound of formula has at most two $R^{10}$ groups (preferably at most one $R^{10}$ group);

the dashed line to Q is absent or a bond;

when the dashed line to Q is absent then Q is absent or is —O—, —NH—, —S—, —C(O)—, —C(O)O—, —OC(O)—, —C(O)N($R^4$)—, —N($R^5$)C(O)—, —S—S—, —OC(O)O—, —O—N=C($R^5$)—, —C($R^5$)=N—O—, —OC(O)N($R^5$)—, —N($R^5$)C(O)N($R^5$)—, —N($R^5$)C(O)O—, —C(O)S—, —C(S)O— or —C($R^5$)=N—O—C(O)—; or

when the dashed line to Q is a bond then (i) b is 0 and (ii) Q and the tertiary carbon adjacent to it (C*) form a substituted or unsubstituted, mono- or bi-cyclic heterocyclic group having from 5 to 10 ring atoms (e.g., the heteroatoms in the heterocyclic group are selected from O and S, preferably O);

each occurrence of $R^5$ is, independently, H or alkyl (e.g. $C_1$-$C_4$ alkyl);

X and Y are each, independently, alkylene or alkenylene (e.g., $C_4$ to $C_{20}$ alkylene or $C_4$ to $C_{20}$ alkenylene);

$M^1$ and $M^2$ are each, independently, a biodegradable group (e.g., —OC(O)—, —C(O)O—, —SC(O)—, —C(O)S—, —OC(S)—, —C(S)O—, —S—S—, —C($R^5$)═N—, —N═C($R^5$)—, —C($R^5$)═N—O—, —O—N═C($R^5$)—, —C(O)(N$R^5$)—, —N($R^5$)C(O)—, —C(S)(N$R^5$)—, —N($R^5$)C(O)—, —N($R^5$)C(O)N($R^5$)—, —OC(O)O—, —OSi($R^5$)$_2$O—, —C(O)(C$R^3R^4$)C(O)O—, —OC(O)(C$R^3R^4$)C(O)—, or



(wherein $R^{11}$ is a $C_2$-$C_8$ alkyl or alkenyl));

each occurrence of $R^z$ is, independently, $C_1$-$C_8$ alkyl (e.g., methyl, ethyl, isopropyl, n-butyl, n-pentyl, or n-hexyl);

a is 1, 2, 3, 4, 5 or 6;

b is 0, 1, 2, or 3; and

$Z^1$ and $Z^2$ are each, independently, $C_8$-$C_{14}$ alkyl or $C_8$-$C_{14}$ alkenyl, wherein the alkenyl group may optionally be substituted with one or two fluorine atoms at the alpha position to a double bond which is between the double bond and the terminus of $Z^1$ or $Z^2$

(e.g.,  ).

The R'$R^1R^2$N—(R)$_a$-Q-(R)$_b$— group can be any of the head groups described herein, including those shown in Table 1 below, and salts thereof. In one preferred embodiment, R'$R^1R^2$N—(R)$_a$-Q-(R)$_b$— is $(CH_3)_2$N—$(CH_2)_3$—C(O)O—, $(CH_3)_2$N—$(CH_2)_2$—NH—C(O)O—, $(CH_3)_2$N—$(CH_2)_2$—OC(O)—NH—, or $(CH_3)_2$N—$(CH_2)_3$—C($CH_3$)═N—O—.

In one embodiment, $R^1$ and $R^2$ are both alkyl (e.g., methyl).

In a further embodiment, a is 3. In another embodiment, b is 0.

In a further embodiment, a is 3, b is 0 and R is —$CH_2$—. In yet a further embodiment, a is 3, b is 0, R is —$CH_2$— and Q is —C(O)O—. In another embodiment, $R^1$ and $R^2$ are methyl, a is 3, b is 0, R is —$CH_2$— and Q is —C(O)O—.

In another embodiment, X and Y are each, independently —$(CH_2)_n$— wherein n is 4 to 20, e.g., 4 to 18, 4 to 16, or 4 to 12. In one embodiment, n is 4, 5, 6, 7, 8, 9, or 10. In one exemplary embodiment, X and Y are —$(CH_2)_6$—. In another embodiment, X and Y are —$(CH_2)_7$—. In yet another embodiment, X and Y are —$(CH_2)_9$—. In yet another embodiment, X and Y are —$(CH_2)_8$—.

In further embodiments, $M^1$ and $M^2$ are each, independently, —OC(O)— or —C(O)O—. For example, in one embodiment, $M^1$ and $M^2$ are each —C(O)O—.

In another embodiment, the cationic lipid is a compound of formula (II), which has a branched alkyl at the alpha position adjacent to the biodegradable group (between the biodegradable group and the terminus of the tail, i.e., $Z^1$ o $Z^2$):

Formula (II)



or a salt thereof (e.g., a pharmaceutically acceptable salt thereof), wherein

R' is absent, hydrogen, or alkyl (e.g., $C_1$-$C_4$ alkyl);

with respect to $R^1$ and $R^2$,

(i) $R^1$ and $R^2$ are each, independently, optionally substituted alkyl, alkenyl, alkynyl, cycloalkylalkyl, heterocycle, or $R^{10}$;

(ii) $R^1$ and $R^2$, together with the nitrogen atom to which they are attached, form an optionally substituted heterocylic ring; or

(iii) one of $R^1$ and $R^2$ is optionally substituted alkyl, alkenyl, alkynyl, cycloalkyl, cycloalkylalkyl, or heterocycle, and the other forms a 4-10 member heterocyclic ring or heteroaryl (e.g., a 6-member ring) with (a) the adjacent nitrogen atom and (b) the (R)$_a$ group adjacent to the nitrogen atom;

each occurrence of R is, independently, —(C$R^3R^4$)—;

each occurrence of $R^3$ and $R^4$ are, independently H, halogen, OH, alkyl, alkoxy, —$NH_2$, $R^{10}$, alkylamino, or dialkylamino (in one preferred embodiment, each occurrence of $R^3$ and $R^4$ are, independently H or $C_1$-$C_4$ alkyl);

each occurrence of $R^{10}$ is independently selected from PEG and polymers based on poly(oxazoline), poly(ethylene oxide), poly(vinyl alcohol), poly(glycerol), poly(N-vinylpyrrolidone), poly[N-(2-hydroxypropyl)methacrylamide] and poly(amino acid)s, wherein (i) the PEG or polymer is linear or branched, (ii) the PEG or polymer is polymerized by n subunits, (iii) n is a number-averaged degree of polymerization between 10 and 200 units, and (iv) wherein the compound of formula has at most two $R^{10}$ groups (preferably at most one $R^{10}$ group);

the dashed line to Q is absent or a bond;

when the dashed line to Q is absent then Q is absent or is —O—, —NH—, —S—, —C(O)—, —C(O)O—, —OC(O)—, —C(O)N($R^4$)—, —N($R^5$)C(O)—, —S—S—, —OC(O)O—, —O—N═C($R^5$)—, —C($R^5$)═N—O—, —OC(O)N($R^5$)—, —N($R^5$)C(O)N($R^5$)—, —N($R^5$)C(O)O—, —C(O)S—, —C(S)O— or —C($R^5$)═N—O—C(O)—; or

when the dashed line to Q is a bond then (i) b is 0 and (ii) Q and the tertiary carbon adjacent to it (C*) form a substituted or unsubstituted, mono- or bi-cyclic heterocyclic group having from 5 to 10 ring atoms (e.g., the heteroatoms in the heterocyclic group are selected from O and S, preferably O);

each occurrence of $R^5$ is, independently, H or alkyl;

X and Y are each, independently, alkylene (e.g., $C_6$-$C_8$ alkylene) or alkenylene, wherein the alkylene or alkenylene group is optionally substituted with one or two fluorine atoms at the alpha position to the $M^1$ or $M^2$ group

(e.g.,  );

$M^1$ and $M^2$ are each, independently, a biodegradable group (e.g., —OC(O)—, —C(O)O—, —SC(O)—, —C(O)S—, —OC(S)—, —C(S)O—, —S—S—, —C($R^5$)═N—, —N═C($R^5$)—, —C($R^5$)═N—O—, —O—N═C($R^5$)—, —C(O)(N$R^5$)—, —N($R^5$)C(O)—, —C(S)(N$R^5$)—, —N($R^5$)C(O)—, —N($R^5$)C(O)N($R^5$)—, —OC(O)O—, —OSi($R^5$)$_2$O—, —C(O)(C$R^3R^4$)C(O)O—, —OC(O)(C$R^3R^4$)C(O)—, or




(wherein $R^{11}$ is a $C_2$-$C_8$ alkyl or alkenyl));

each occurrence of $R^z$ is, independently, $C_1$-$C_8$ alkyl (e.g., methyl, ethyl, isopropyl);

a is 1, 2, 3, 4, 5 or 6;

b is 0, 1, 2, or 3; and

$Z^1$ and $Z^2$ are each, independently, $C_8$-$C_{14}$ alkyl or $C_8$-$C_{14}$ alkenyl, wherein (i) the alkenyl group may optionally be substituted with one or two fluorine atoms at the alpha position to a double bond which is between the double bond and the terminus of $Z^1$ or $Z^2$

(e.g.,


)

and (ii) the terminus of at least one of $Z^1$ and $Z^2$ is separated from the group $M^1$ or $M^2$ by at least 8 carbon atoms.

In another embodiment, X and Y are each, independently —($CH_2$)$_n$— wherein n is 4 to 20, e.g., 4 to 18, 4 to 16, or 4 to 12. In one embodiment, n is 4, 5, 6, 7, 8, 9, or 10. In one exemplary embodiment, X and Y are —($CH_2$)$_6$—. In another embodiment, X and Y are —($CH_2$)$_7$—. In yet another embodiment, X and Y are —($CH_2$)$_9$—. In yet another embodiment, X and Y are —($CH_2$)$_8$—.

The R'$R^1R^2$N—(R)$_a$-Q-(R)$_b$— group can be any of the head groups described herein, including those shown in Table 1 below, and salts thereof. In one preferred embodiment, R'$R^1R^2$N—(R)$_a$-Q-(R)$_b$— is ($CH_3$)$_2$N—($CH_2$)$_3$—C(O)O—, ($CH_3$)$_2$N—($CH_2$)$_2$—NH—C(O)O—, ($CH_3$)$_2$N—($CH_2$)$_2$—OC(O)—NH—, or ($CH_3$)$_2$N—($CH_2$)$_3$—C($CH_3$)═N—O—.

In another embodiment, the cationic lipid is a compound of formula (III), which has a branching point at a position that is 2-6 carbon atoms (i.e., at the beta (β), gamma (γ), delta (δ), epsilon (ε) or zeta position (ζ)) adjacent to the biodegradable group (between the biodegradable group and the terminus of the tail, i.e., $Z^1$ or $Z^2$):

Formula (III)




or a salt thereof (e.g., a pharmaceutically acceptable salt thereof), wherein

R', $R^1$, $R^2$, R, $R^3$, $R^4$, $R^{10}$, Q, $R^5$, $M^1$, $M^2$, $R^z$, a, and b are defined as in formula (I);

$L^1$ and $L^2$ are each, independently, $C_1$-$C_5$ alkylene or $C_2$-$C_5$ alkenylene;

X and Y are each, independently, alkylene (e.g., $C_4$ to $C_{20}$ alkylene or $C_6$-$C_8$ alkylene) or alkenylene (e.g., $C_4$ to $C_{20}$ alkenylene); and

$Z^1$ and $Z^2$ are each, independently, $C_8$-$C_{14}$ alkyl or $C_8$-$C_{14}$ alkenyl, wherein the alkenyl group may optionally be substituted with one or two fluorine atoms at the alpha position to a double bond which is between the double bond and the terminus of $Z^1$ or $Z^2$

(e.g.,


),

and with the proviso that the terminus of at least one of $Z^1$ and $Z^2$ is separated from the group $M^1$ or $M^2$ by at least 8 carbon atoms.

In one embodiment, $L^1$ and $L^2$ are each —$CH_2$—. In another embodiment, $L^1$ and $L^2$ are each —($CH_2$)$_2$—. In one embodiment, $L^1$ and $L^2$ are each —($CH_2$)$_3$—. In yet another embodiment, $L^1$ and $L^2$ are each —($CH_2$)$_4$—. In yet another embodiment, $L^1$ and $L^2$ are each —($CH_2$)$_5$—. In yet another embodiment, $L^1$ and $L^2$ are each —$CH_2$—CH═CH—. In a preferred embodiment, $L^1$ and $L^2$ are each —$CH_2$— or —($CH_2$)$_2$.

In one embodiment, X and Y are each, independently —($CH_2$)$_n$ wherein n is 4 to 20, e.g., 4 to 18, 4 to 16, or 4 to 12. In one embodiment, n is 4, 5, 6, 7, 8, 9, or 10. In one exemplary embodiment, X and Y are —($CH_2$)$_7$—. In another exemplary embodiment, X and Y are —($CH_2$)$_8$—. In yet another exemplary embodiment, X and Y are —($CH_2$)$_9$—.

The R'$R^1R^2$N—(R)$_a$-Q-(R)$_b$— group can be any of the head groups described herein, including those shown in Table 1 below, and salts thereof. In one preferred embodiment, R'$R^1R^2$N—(R)$_a$-Q-(R)$_b$— is ($CH_3$)$_2$N—($CH_2$)$_3$—C(O)O—, ($CH_3$)$_2$N—($CH_2$)$_2$—NH—C(O)O—, ($CH_3$)$_2$N—($CH_2$)$_2$—OC(O)—NH—, or ($CH_3$)$_2$N—($CH_2$)$_3$—C($CH_3$)═N—O—.

In another embodiment, the cationic lipid is a compound of formula (IIIA), which has a branching point at a position that is 2-6 carbon atoms (i.e., at the beta (β), gamma (γ), delta (δ), epsilon (ε) or zeta position (ζ)) from the biodegradable groups $M^1$ and $M^2$ (i.e., between the biodegradable group and the terminus of the tail, i.e., $Z^1$ or $Z^2$):

Formula (IIIA)




or a salt thereof (e.g., a pharmaceutically acceptable salt thereof), wherein

R', $R^1$, $R^2$, R, $R^3$, $R^4$, $R^{10}$, Q, $R^5$, $M^1$, $M^2$, a, and b are defined as in formula (I);

each $R^z$ is, independently, $C_1$-$C_8$ alkyl (e.g., $C_3$-$C_6$ alkyl or $C_2$-$C_3$ alkyl);

$L^1$ and $L^2$ are each, independently, $C_1$-$C_5$ alkylene (e.g., $C_2$-$C_3$ alkylene) or $C_2$-$C_5$ alkenylene;

X and Y are each, independently, alkylene (e.g., $C_4$ to $C_{20}$ alkylene or $C_7$-$C_9$ alkylene) or alkenylene (e.g., $C_4$ to $C_{20}$ alkenylene or $C_7$-$C_9$ alkenylene); and

$Z^1$ and $Z^2$ are each, independently, $C_1$-$C_8$ alkyl (e.g., $C_1$-$C_6$ alkyl, such as $C_1$, $C_3$ or $C_5$ alkyl) or $C_2$-$C_8$ alkenyl (such as $C_2$-$C_6$ alkenyl);

wherein said cationic lipid is not one selected from:



n = 0-2



n = 0-2









-continued





In one embodiment, $L^1$ and $L^2$ are each —$(CH_2)_2$—. In another embodiment, $L^1$ and $L^2$ are each —$(CH_2)_3$—.

In one embodiment, X and Y are each, independently —$(CH_2)_n$ wherein n is 4 to 20, e.g., 4 to 18, 4 to 16, 4 to 12 or 7-9. In one embodiment, n is 4, 5, 6, 7, 8, 9, or 10. In one exemplary embodiment, X and Y are —$(CH_2)_7$—. In yet another exemplary embodiment, X and Y are —$(CH_2)_9$.

In one preferred embodiment, $M^1$ and $M^2$ are —C(O)O— (where the carbonyl group in $M^1$ and $M^2$ is bound to the variable X, and the oxygen atom in $M^1$ and $M^2$ is bound to the variable $L^1$ and $L^2$).

The $R'R^1R^2N$—$(R)_a$-Q-$(R)_b$— group can be any of the head groups described herein, including those shown in Table 1 below, and salts thereof. In one preferred embodiment, $R'R^1R^2N$—$(R)_a$-Q-$(R)_b$— is $(CH_3)_2N$—$(CH_2)_3$—C(O)O—, $(CH_3)_2N$—$(CH_2)_2$—NH—C(O)O—, $(CH_3)_2N$—$(CH_2)_2$—OC(O)—NH—, or $(CH_3)_2N$—$(CH_2)_3$—$C(CH_3)$=N—O—.

In one preferred embodiment, $Z^1$ and $Z^2$ are branched alkyl or branched alkenyl groups.

In one embodiment of formula (IIIA), $Z^1$, $Z^2$, and each $R^z$ are $C_3$-$C_8$ alkyl (such as a $C_3$-$C_6$ alkyl). In another embodiment of formula (IIIA), $Z^1$, $Z^2$, and each $R^z$ are $C_3$-$C_8$ branched alkyl (such as a $C_3$-$C_6$ branched alkyl). In yet another embodiment of formula (IIIA), $Z^1$, $Z^2$, and each $R^z$ are $C_3$-$C_8$ straight alkyl (such as a $C_3$-$C_6$ straight alkyl).

In one embodiment of formula (IIIA), the branching point is at the second position (the β-position) from the biodegradable groups $M^1$ and $M^2$ in each tail. $Z^1$, $Z^2$, and each $R^z$ can be $C_3$-$C_8$ alkyl (e.g., a $C_3$-$C_6$ alkyl), such as a $C_3$-$C_8$ branched alkyl (e.g., a $C_3$-$C_6$ branched alkyl) or a $C_3$-$C_8$ straight alkyl (e.g., a $C_3$-$C_6$ straight alkyl). In one preferred embodiment, $M^1$ and $M^2$ are —C(O)O— (where the carbonyl group in $M^1$ and $M^2$ is bound to the variable X, and the oxygen atom in $M^1$ and $M^2$ is bound to the variable $L^1$ and/or $L^2$).

In one embodiment of formula (IIIA), the branching point is at the third position (the γ-position) from the biodegradable groups $M^1$ and $M^2$ in each tail. $Z^1$, $Z^2$, and each $R^z$ can be $C_3$-$C_8$ alkyl (e.g., a $C_3$-$C_6$ alkyl), such as a $C_3$-$C_8$ branched alkyl (e.g., a $C_3$-$C_6$ branched alkyl) or a $C_3$-$C_8$ straight alkyl (e.g., a $C_3$-$C_6$ straight alkyl). In one preferred embodiment, $M^1$ and $M^2$ are —C(O)O— (where the carbonyl group in $M^1$ and $M^2$ is bound to the variable X, and the oxygen atom in $M^1$ and $M^2$ is bound to the variable $L^1$ and/or $L^2$).

In one embodiment of formula (IIIA), the branching point is at the third position (the γ-position) from the biodegradable groups $M^1$ and $M^2$ in each tail.

In another embodiment of formula (IIIA), $M^1$ and/or $M^2$ are not —O(C(O)— (where the oxygen atom in $M^1$ and/or $M^2$ is bound to the variable X, and the carbonyl in $M^1$ and/or $M^2$ is bound to the variable $L^1$ and/or $L^2$). In yet another embodiment of formula (IIIA), $Z^1$, $Z^2$, and $R^z$ are not $C_3$-$C_{10}$ cycloalkyl($C_1$-$C_6$ alkyl).

In another embodiment, the cationic lipid is a compound of formula (IV), which has a branching point at a position that is 2-6 carbon atoms (i.e., at beta (β), gamma (γ), delta (δ), epsilon (ε) or zeta position (ζ)) adjacent to the biodegradable group (between the biodegradable group and the terminus of the tail, i.e., $Z^1$ or $Z^2$):

Formula (IV)



or a salt thereof (e.g., a pharmaceutically acceptable salt thereof), wherein

R', $R^1$, $R^2$, R, $R^3$, $R^4$, R, Q, $R^5$, $M^1$, $M^2$, $R^z$, a, and b are defined as in formula (I);

$L^1$ and $L^2$ and are each, independently, $C_1$-$C_5$ alkylene or $C_2$-$C_5$ alkenylene;

X and Y are each, independently, alkylene or alkenylene (e.g., $C_{12}$-$C_{20}$ alkylene or $C_{12}$-$C_{20}$ alkenylene); and

each occurrence of Z is independently $C_1$-$C_4$ alkyl (preferably, methyl).

For example, in one embodiment, -$L^1$-$C(Z)_3$ is —$CH_2C(CH_3)_3$. In another embodiment, -$L^1$-$C(Z)_3$ is —$CH_2CH_2C(CH_3)_3$.

In one embodiment, the total carbon atom content of each tail (e.g., —X-$M^1$-$L^1$-$C(Z)_3$ or —Y-$M^2$-$L^2$-$C(Z)_3$) is from about 17 to about 26. For example, the total carbon atom content can be from about 19 to about 26 or from about 21 to about 26.

In another embodiment, X and Y are each, independently —$(CH_2)_n$— wherein n is 4 to 20, e.g., 4 to 18, 4 to 16, or 4 to 12. In one embodiment, n is 4, 5, 6, 7, 8, 9, or 10. In one exemplary embodiment, X and Y are —$(CH_2)_6$—. In

another embodiment, X and Y are —$(CH_2)_7$—. In yet another embodiment, X and Y are —$(CH_2)_9$—. In yet another embodiment, X and Y are —$(CH_2)_8$—.

In one embodiment, the cationic lipid is a compound of formula (V), which has an alkoxy or thioalkoxy (i.e., —S-alkyl) group substitution on at least one tail:

Formula (V)



or a salt thereof (e.g., a pharmaceutically acceptable salt thereof), wherein

R', $R^1$, $R^2$, R, $R^3$, $R^4$, $R^{10}$, Q, R, $M^1$, $M^2$, a, and b are defined as in formula (I);

X and Y are each, independently, alkylene (e.g., $C_6$-$C_8$ alkylene) or alkenylene, wherein the alkylene or alkenylene group is optionally substituted with one or two fluorine atoms at the alpha position to the $M^1$ or $M^2$ group

(e.g.,

);

$Z^1$ and $Z^2$ are each, independently, $C_8$-$C_{14}$ alkyl or $C_8$-$C_{14}$ alkenyl, wherein (i) the $C_8$-$C_{14}$ alkyl or $C_8$-$C_{14}$ alkenyl of at least one of $Z^1$ and $Z^2$ is substituted by one or more alkoxy (e.g., a $C_1$-$C_4$ alkoxy such as —$OCH_3$) or thioalkoxy (e.g., a $C_1$-$C_4$ thioalkoxy such as —$SCH_3$) groups, and (ii) the alkenyl group may optionally be substituted with one or two fluorine atoms at the alpha position to a double bond which is between the double bond and the terminus of $Z^1$ or $Z^2$

(e.g.,

).

In one embodiment, the alkoxy substitution on $Z^1$ and/or $Z^2$ is at the beta position from the $M^1$ and/or $M^2$ group.

In another embodiment, X and Y are each, independently —$(CH_2)_n$— wherein n is 4 to 20, e.g., 4 to 18, 4 to 16, or 4 to 12. In one embodiment, n is 4, 5, 6, 7, 8, 9, or 10. In one exemplary embodiment, X and Y are —$(CH_2)_6$—. In another embodiment, X and Y are —$(CH_2)_7$—. In yet another embodiment, X and Y are —$(CH_2)_9$—. In yet another embodiment, X and Y are —$(CH_2)_8$—.

The $R'R^1R^2N$—$(R)_a$-Q-$(R)_b$— group can be any of the head groups described herein, including those shown in Table 1 below, and salts thereof. In one preferred embodiment, $R'R^1R^2N$—$(R)_a$-Q-$(R)_b$— is $(CH_3)_2N$—$(CH_2)_3$—C(O)O—, $(CH_3)_2N$—$(CH_2)_2$—NH—C(O)O—, $(CH_3)_2N$—$(CH_2)_2$—OC(O)—NH—, or $(CH_3)_2N$—$(CH_2)_3$—$C(CH_3)$=N—O—.

In one embodiment, the cationic lipid is a compound of formula (VIA), which has one or more fluoro substituents on at least one tail at a position that is either alpha to a double bond or alpha to a biodegradable group:



Formula (VIA)



or a salt thereof (e.g., a pharmaceutically acceptable salt thereof), wherein

$R^1$, $R^2$, R, a, and b are as defined with respect to formula (I);

Q is absent or is —O—, —NH—, —S—, —C(O)—, —C(O)O—, —OC(O)—, —C(O)N($R^4$)—, —N($R^5$)C(O)—, —S—S—, —OC(O)O—, —O—N=C($R^5$)—, —C($R^5$)=N—O—, —OC(O)N($R^5$)—, —N($R^5$)C(O)N($R^5$)—, —N($R^5$)C(O)O—, —C(O)S—, —C(S)O— or —C($R^5$)=N—O—C(O)—;

R' is absent, hydrogen, or alkyl (e.g., $C_1$-$C_4$ alkyl); and

each of $R^9$ and $R^{10}$ are independently $C_{12}$-$C_{24}$ alkyl (e.g., $C_{12}$-$C_{20}$ alkyl), $C_{12}$-$C_{24}$ alkenyl (e.g., $C_{12}$-$C_{20}$ alkenyl), or $C_{12}$-$C_{24}$ alkoxy (e.g., $C_{12}$-$C_{20}$ alkoxy) (a) having one or more biodegradable groups and (b) optionally substituted with one or more fluorine atoms at a position which is (i) alpha to a biodegradable group and between the biodegradable group and the tertiary carbon atom marked with an asterisk (*), or (ii) alpha to a carbon-carbon double bond and between the double bond and the terminus of the $R^9$ or $R^{10}$ group; each biodegradable group independently interrupts the $C_{12}$-$C_{24}$ alkyl, alkenyl, or alkoxy group or is substituted at the terminus of the $C_{12}$-$C_{24}$ alkyl, alkenyl, or alkoxy group,

wherein

(i) at least one of $R^9$ and $R^{10}$ contains a fluoro group;

(ii) the compound does not contain the following moiety:



wherein ---- is an optional bond; and

(iii) the terminus of $R^9$ and $R^{10}$ is separated from the tertiary carbon atom marked with an asterisk (*) by a chain of 8 or more atoms (e.g., 12 or 14 or more atoms).

In one preferred embodiment, the terminus of $R^9$ and $R^{10}$ is separated from the tertiary carbon atom marked with an asterisk (*) by a chain of 18-22 carbon atoms (e.g., 18-20 carbon atoms).

In another embodiment, the terminus of the $R^9$ and/or $R^{10}$ has the formula —C(O)O—$CF_3$.

In another embodiment, the cationic lipid is a compound of formula (VIB), which has one or more fluoro substituents on at least one tail at a position that is either alpha to a double bond or alpha to a biodegradable group:

Formula (VIB)



or a salt thereof (e.g., a pharmaceutically acceptable salt thereof), wherein

R', $R^1$, $R^2$, R, $R^3$, $R^4$, $R^{10}$, Q, $R^5$, $M^1$, $M^2$, a, and b are defined as in formula (I);

X and Y are each, independently, alkylene (e.g., $C_6$-$C_8$ alkylene) or alkenylene, wherein the alkylene or alkenylene group is optionally substituted with one or two fluorine atoms at the alpha position to the $M^1$ or $M^2$ group

(e.g.,  );

and

$Z^1$ and $Z^2$ are each, independently, $C_8$-$C_{14}$ alkyl or $C_8$-$C_{14}$ alkenyl, wherein said $C_8$-$C_{14}$ alkenyl is optionally substituted by one or more fluorine atoms at a position that is alpha to a double bond

(e.g.,  ),

wherein at least one of X, Y, $Z^1$, and $Z^2$ contains a fluorine atom.

In one embodiment, at least one of $Z^1$ and $Z^2$ is substituted by two fluoro groups at a position that is either alpha to a double bond or alpha to a biodegradable group. In one embodiment, at least one of $Z^1$ and $Z^2$ has a terminal —$CF_3$ group at a position that is alpha to a biodegradable group (i.e., at least one of $Z^1$ and $Z^2$ terminates with an —C(O)$OCF_3$ group).

For example, at least one of $Z^1$ and $Z^2$ may include one or more of the following moieties:



In one embodiment, X and Y are each, independently —$(CH_2)_n$ wherein n is 4 to 20, e.g., 4 to 18, 4 to 16, or 4 to 12. In one embodiment, n is 4, 5, 6, 7, 8, 9, or 10. In one exemplary embodiment, X and Y are —$(CH_2)_7$—. In another exemplary embodiment, X and Y are —$(CH_2)_9$—. In yet another embodiment, X and Y are —$(CH_2)_8$—.

The $R'R^1R^2N$—$(R)_a$-Q-$(R)_b$— group can be any of the head groups described herein, including those shown in Table 1 below, and salts thereof. In one preferred embodiment, $R'R^1R^2N$—$(R)_a$-Q-$(R)_b$— is $(CH_3)_2N$—$(CH_2)_3$—C(O)O—, $(CH_3)_2N$—$(CH_2)_2$—NH—C(O)O—, $(CH_3)_2N$—$(CH_2)_2$—OC(O)—NH—, or $(CH_3)_2N$—$(CH_2)_3$—C($CH_3$)=N—O—.



In one embodiment, the cationic lipid is a compound of formula (VII), which has an acetal group as a biodegradable group in at least one tail:

Formula (VII)



or a salt thereof (e.g., a pharmaceutically acceptable salt thereof), wherein

R', $R^1$, $R^2$, R, $R^3$, $R^4$, $R^{10}$, Q, $R^5$, a, and b are defined as in formula (I);

X and Y are each, independently, alkylene (e.g., $C_6$-$C_8$ alkylene) or alkenylene, wherein the alkylene or alkenylene group is optionally substituted with one or two fluorine atoms at the alpha position to the $M^1$ or $M^2$ group

(e.g.,  );

$M^1$ and $M^2$ are each, independently, a biodegradable group (e.g., —OC(O)—, —C(O)O—, —SC(O)—, —C(O)S—, —OC(S)—, —C(S)O—, —S—S—, —C($R^5$)=N—, —N=C($R^5$)—, —C($R^5$)=N—O—, —O—N=C($R^5$)—, —C(O)($NR^5$)—, —N($R^5$)C(O)—, —C(S)($NR^5$)—, —N($R^5$)C(O)—, —N($R^5$)C(O)N($R^5$)—, —OC(O)O—, —OSi$(R^5)_2$O—, —C(O)($CR^3R^4$)C(O)O—, —OC(O)($CR^3R^4$)C(O)—, or



(wherein $R^{11}$ is a $C_4$-$C_{10}$ alkyl or $C_4$-$C_{10}$ alkenyl));

with the proviso that at least one of $M^1$ and $M^2$ is



and

$Z^1$ and $Z^2$ are each, independently, $C_4$-$C_{14}$ alkyl or $C_4$-$C_{14}$ alkenyl, wherein the alkenyl group may optionally be substituted with one or two fluorine atoms at the alpha position to a double bond which is between the double bond and the terminus of $Z^1$ or $Z^2$

(e.g.,




).

In one embodiment, each of $M^1$ and $M^2$ is




In another embodiment, X and Y are each, independently —$(CH_2)_n$— wherein n is 4 to 20, e.g., 4 to 18, 4 to 16, or 4 to 12. In one embodiment, n is 4, 5, 6, 7, 8, 9, or 10. In one exemplary embodiment, X and Y are —$(CH_2)_6$—. In another embodiment, X and Y are —$(CH_2)_7$—. In yet another embodiment, X and Y are —$(CH_2)_9$—. In yet another embodiment, X and Y are —$(CH_2)_8$—.

The R'$R^1R^2$N—$(R)_a$-Q-$(R)_b$— group can be any of the head groups described herein, including those shown in Table 1 below, and salts thereof. In one preferred embodiment, R'$R^1R^2$N—$(R)_a$-Q-$(R)_b$— is $(CH_3)_2$N—$(CH_2)_3$—C(O)O—, $(CH_3)_2$N—$(CH_2)_2$—NH—C(O)O—, $(CH_3)_2$N—$(CH_2)_2$—OC(O)—NH—, or $(CH_3)_2$N—$(CH_2)_3$—C$(CH_3)$=N—O—.

In another embodiment, the present invention relates to a cationic lipid or a salt thereof having:

(i) a central carbon atom,

(ii) a nitrogen containing head group directly bound to the central carbon atom, and

(iii) two hydrophobic tails directly bound to the central carbon atom, wherein each hydrophobic tail is of the formula —$R^e$-M-$R^f$ where $R^e$ is a $C_4$-$C_{14}$ alkyl or alkenyl, M is a biodegradable group, and $R^f$ is a branched alkyl or alkenyl (e.g., a $C_{10}$-$C_{20}$ alkyl or $C_{10}$-$C_{20}$ alkenyl), such that (i) the chain length of —$R^e$-M-$R^f$ is at most 20 atoms (i.e. the total length of the tail from the first carbon atom after the central carbon atom to a terminus of the tail is at most 20), and (ii) the group —$R^e$-M-$R^f$ has at least 20 carbon atoms (e.g., at least 21 atoms). Optionally, the alkyl or alkenyl group in $R^e$ may be substituted with one or two fluorine atoms at the alpha position to the $M^1$ or $M^2$ group

(e.g.,




).

Also, optionally, the alkenyl group in $R^f$ may be substituted with one or two fluorine atoms at the alpha position to a double bond which is between the double bond and the terminus of $R^f$

(e.g.,




).



In one embodiment, the cationic lipid of the present invention (such as of formulas I-VII) has asymmetrical hydrophobic groups (i.e., the two hydrophobic groups have different chemical formulas). For example, the cationic lipid can have the formula:

Formula (VIII)




or a salt thereof (e.g., a pharmaceutically acceptable salt thereof), wherein

G is branched or unbranched $C_3$-$C_{15}$ alkyl, alkenyl or alkynyl (e.g., a n-$C_8$ alkyl n-$C_9$ alkyl, or n-$C_{10}$ alkyl);

$R^{12}$ is a branched or unbranched alkylene or alkenylene (e.g., $C_6$-$C_{20}$ alkylene or $C_6$-$C_{20}$ alkenylene such as $C_{12}$-$C_{20}$ alkylene or $C_{12}$-$C_{20}$ alkenylene);

$M_1$ is a biodegradable group (e.g., —OC(O)—, —C(O)O—, —SC(O)—, —C(O)S—, —OC(S)—, —C(S)O—, —S—S—, —C($R^5$)=N—, —N=C($R^5$)—, —C($R^5$)=N—O—, —O—N=C($R^5$)—, —C(O)(N$R^5$)—, —N($R^5$)C(O)—, —C(S)(N$R^5$)—, —N($R^5$)C(O)—, —N($R^5$)C(O)N($R^5$)—, —OC(O)O—, —OSi$(R^5)_2$O—, —C(O)(C$R^3R^4$)C(O)O—, —OC(O)(C$R^3R^4$)C(O)—, or




(wherein $R^{11}$ is a $C_2$-$C_8$ alkyl or alkenyl));

$R^3$ and $R^4$ are defined as in formula (I);

each occurrence of $R^5$ is, independently, H or alkyl (e.g., $C_1$-$C_4$ alkyl);

$R^{13}$ is branched or unbranched $C_3$-$C_{15}$ alkyl, alkenyl or alkynyl;




comprises a protonatable group having a $pK_a$ of from about 4 to about 13, more preferably from about 5 to about 8 (e.g. from about 5 to about 7, or from about 5 to about 6.5, or from about 5.5 to about 6.5, or from about 6 to about 6.5).

In one embodiment, the primary group includes (i) a head group, and (ii) a central moiety (e.g., a central carbon atom) to which both the hydrophobic tails are directly bonded. Representative central moieties include, but are not limited to, a central carbon atom, a central nitrogen atom, a central carbocyclic group, a central aryl group, a central hetrocyclic group (e.g., central tetrahydrofuranyl group or central pyrrolidinyl group) and a central heteroaryl group.

Representative




's

include, but are not limited to,











-continued









and



where n is 0-6.

Representative asymmetrical cationic lipids include:





wherein w is 0, 1, 2, or 3; and x and y are each independently 1, 2, 3, 4, 5, 6, or 7.

In a preferred embodiment of the aforementioned biodegradable cationic lipids, the biodegradable cationic lipid has a log P value of at least 10.1 (as calculated by the software available at http://www.molinspiration.com/services/logp.html from Molinspiration Cheminformatics of Slovensky Grob, Slovak Republic). More preferably, the log P value is at least 10.2 or 10.3.

In another preferred embodiment of the aforementioned biodegradable cationic lipids, the biodegradable cationic lipid in the lipid nanoparticle has a HPLC retention time (relative to the retention time of cholesterol in the lipid nanoparticle), hereafter referred to as $t_{lipid}-t_{chol}$, of at least 1.4. (The HPLC parameters are provided in the examples below. Unless otherwise specified, the formulation of the lipid nanoparticle used is that described in Example 31). More preferably, the $t_{lipid}-t_{chol}$ value is at least 1.75, 2.0, or 2.25.



In another embodiment, the biodegradable cationic lipid of the present invention is not one selected from:















m = 1-6; n = 0-3

$R_1 = R_2$ = Me, Et, iPr etc.



where m and n are integers, and m+n=13




where m and n are integers, and m+n=13




where m and n are integers, and m+n=13




where m and n are integers, and m+n=13

In yet another embodiment, the biodegradable cationic lipid is not one selected from those disclosed in International Publication No. WO 2011/153493 and U.S. Patent Publication No. 2012/0027803, both of which are hereby incorporated by reference.

Yet another embodiment is a biodegradable cationic lipid having (i) a log P value of at least 10.1 and/or a $t_{lipid}-t_{chol}$, of at least 1.4, and (2) one or more biodegradable groups (such as an ester group) located in the mid- or distal section of a lipidic moiety (e.g., a hydrophobic chain) of the cationic lipid, with the proviso that the compound is not selected from






-continued



In another embodiment, the biodegradable cationic lipid is not one selected from those disclosed in International Publication No. WO 2011/153493 and U.S. Patent Publication No. 2012/0027803, both of which are hereby incorporated by reference. The incorporation of the biodegradable group (s) into the cationic lipid results in faster metabolism and removal of the cationic lipid from the body following delivery of the active pharmaceutical ingredient to a target area. In a preferred embodiment, the cationic lipid includes a branched alkyl or branched alkenyl group in its biodegradable group(s). In another preferred embodiment, the cationic lipid has a log P of at least 10.2 or 10.3. In yet another preferred embodiment, the cationic lipid has a $t_{lipid}$-$t_{chol}$, of at least 1.75, 2.0, or 2.25. The cationic lipid preferably has a pKa of from about 4 to about 7 (such as 6.0 to 6.5).

In one embodiment, the cationic lipid having a log P value of at least 10.1 and/or a $t_{lipid}$-$t_{chol}$, of at least 1.4 comprises (a) a head group (preferably a nitrogen containing head group, such as the head groups described herein), (b) at least two hydrophobic tails, each of the formula -(hydrophobic chain)-(biodegradable group)-(hydrophobic chain), and (c) a linker group (for instance, a single central carbon atom) which is bound to the head group and the hydrophobic tails. The cationic lipid preferably has one, two, three, four or more of the properties listed below:

(i) a pKa of from about 4 to about 7 (such as 6.0 to 6.5);

(ii) in at least one hydrophobic tail (and preferably all hydrophobic tails), the biodegradable group is separated from the terminus of the hydrophobic tail by from about 6 to about 12 carbon atoms (for instance, 6 to 8 carbon atoms or 8 to 12 carbon atoms),

(iii) for at least one hydrophobic tail (and preferably all hydrophobic tails), the chain length from the linker group to the terminus of the hydrophobic tail is at most 21 (e.g., at most 20, or from about 17 to about 21, from about 18 to about 20, or from about 16 to about 18) (The atom(s) in the linker group are not counted when calculating the chain length);

(iv) for at least one hydrophobic tail (and preferably all hydrophobic tails), the total number of carbon atoms in the hydrophobic tail is from about 17 to about 26 (such as from about 19 to about 26, or from about 21 to about 26);

(v) for at least one hydrophobic tail (and preferably all hydrophobic tails), the number of carbon atoms between the linker group and the biodegradable group ranges from about 5 to about 10 (for example, 6 to 10, or 7 to 9);

(vi) for at least one hydrophobic tail (and preferably all hydrophobic tails), the total number of carbon atoms between the linker group and the terminus of the hydrophobic tail is from about 15 to about 20 (such as from 16 to 20, 16 to 18, or 18 to 20);

(vii) for at least one hydrophobic tail (and preferably all hydrophobic tails), the total number of carbon atoms between the biodegradable group and the terminus of the hydrophobic tail is from about 12 to about 18 (such as from 13 to 25);

(viii) for at least one hydrophobic tail (and preferably all hydrophobic tails), the terminal hydrophobic chain in the hydrophobic tail is a branched alkyl or alkenyl group, for example, where the branching occurs at the α, β, γ, or δ position on the hydrophobic chain relative to the biodegradable group;

(ix) when formulated as a lipid nanoparticle (such as in Example 35), the cationic lipid has an in vivo half life ($t_{1/2}$) in the liver of less than about 3 hours, such as less than about 2.5 hours, less than about 2 hours, less than about 1.5 hours, less than about 1 hour, less than about 0.5 hour or less than about 0.25 hours;

(x) when formulated as a lipid nanoparticle (such as in Example 35), the cationic lipid is eliminated from the liver in mice with a greater than 10-fold reduction in lipid levels relative to $C_{max}$ within the first 24 hours post-dose;

(xi) when formulated as a lipid nanoparticle (such as in Example 35), the cationic lipid is eliminated from the spleen in mice with an equal or greater than 10-fold reduction in lipid levels relative to $C_{max}$ within the first 168 hours post-dose; and

(xii) when formulated as a lipid nanoparticle (such as in Example 35), the cationic lipid is eliminated from plasma with a terminal plasma half-life (t½β) in rodents and non-human primates of 48 hours or shorter.

The present invention embodies compounds having any combination of some or all of the aforementioned properties. These properties provide a cationic lipid which remains intact until delivery of an active agent, such as a nucleic acid, after which cleavage of the hydrophobic tail occurs in vivo. For instance, the compounds can have all of properties (i) to (viii) (in addition to the log P or $t_{lipid}$-$t_{chol}$ value). In another embodiment, the compounds have properties (i), (ii), (iii), and (viii). In yet another embodiment, the compounds have properties (i), (ii), (iii), (v), (vi), and (viii).

Another embodiment is a method of preparing a cationic lipid comprising:

(a) designing a cationic lipid having a log P value of at least 10.1 and/or a $t_{lipid}$-$t_{chol}$, of at least 1.4, and optionally also having one, two, three, four, or more properties from the list above (i.e., properties (i)-(xii)); and

(b) synthesizing the cationic lipid of step (a). The cationic lipid in step (a) may comprises (a) a head group (preferably a nitrogen containing head group, such as the head groups described herein), (b) at least two hydrophobic tails, each of the formula -(hydrophobic chain)-(biodegradable group)-(hydrophobic chain), and (c) a linker group (for instance, a single central carbon atom) which is bound to the head group and the hydrophobic tails. Step (a) may comprise:

(a)(i) preparing one or more cationic lipids having a log P value of at least 10.1 and/or a $t_{lipid}$-$t_{chol}$, of at least 1.4, and

optionally also having one, two, three, four, or more properties from the list above (i.e., properties (i)-(xii);

(a)(ii) screening the cationic lipids to determine their efficacy and/or toxicity in lipid nanoparticles; and

(a)(iii) selecting a cationic lipid for synthesis.

Yet another embodiment is a method of designing a cationic lipid comprising:

(a) selecting a cationic lipid having a log P value of at least 10.1 and/or a $t_{lipid}$–$t_{chol}$, of at least 1.4, and optionally also having one, two, three, four, or more properties from the list above (i.e., properties (i)-(xii)); and

(b) optionally,

(i) preparing one or more cationic lipids having a log P value of at least 10.1 and/or a $t_{lipid}$–$t_{chol}$, of at least 1.4, and optionally also having one, two, three, four, or more properties from the list above (i.e., properties (i)-(xii);

(ii) screening the cationic lipids to determine their efficacy and/or toxicity in lipid nanoparticles; and

(iii) optionally, selecting a cationic lipid for further development or use.

In one embodiment, the PEG lipid has the formula:

Formula (IX)




wherein

$G_1$ is branched or unbranched $C_3$-$C_{15}$ alkyl, alkenyl or alkynyl (e.g., a n-$C_8$ alkyl n-$C_9$ alkyl, or n-$C_{10}$ alkyl); or $G_1$ is —$R^{12}$-$M_1$-$R^{13}$;

$R^{12}$ is a branched or unbranched alkylene or alkenylene (e.g., $C_6$-$C_{20}$ alkylene or $C_6$-$C_{20}$ alkenylene such as $C_{12}$-$C_{20}$ alkylene or $C_{12}$-$C_{20}$ alkenylene);

$M_1$ is a biodegradable group (e.g., —OC(O)—, —C(O)O—, —SC(O)—, —C(O)S—, —OC(S)—, —C(S)O—, —S—S—, —C($R^5$)═N—, —N═C($R^5$)—, —C($R^5$)═N—O—, —O—N═C($R^5$)—, —C(O)(N$R^5$)—, —N($R^5$)C(O)—, —C(S)(N$R^5$)—, —N($R^5$)C(O)—, —N($R^5$)C(O)N($R^5$)—, —OC(O)O—, —OSi($R^5$)$_2$O—, —C(O)(C$R^3R^4$)C(O)O—, —OC(O)(C$R^3R^4$)C(O)—, or




(wherein $R^{11}$ is a $C_2$-$C_8$ alkyl or alkenyl));

$R^3$ and $R^4$ are defined as in formula (I);

each occurrence of $R^5$ is, independently, H or alkyl (e.g., $C_1$-$C_4$ alkyl);

$R^{13}$ is branched or unbranched $C_3$-$C_{15}$ alkyl, alkenyl or alkynyl;

Pegylated Primary Group



comprises a PEG moiety, such as




moiety wherein b is an integer from 10 to 1,000 (e.g., 5-100, 10-60, 15-50, or 20-45); $R^3$ is —H, —$R^c$, or —O$R^c$; and $R^c$ is —H, alkyl, acyl, cycloalkyl, alkenyl, alkynyl, aryl, heteroaryl, or heterocyclyl.

In one embodiment, the pegylated primary group includes (i) a head group having a PEG moiety, and (ii) a central moiety (e.g., a central carbon atom) to which both the hydrophobic tails are directly bonded. Representative central moieties include, but are not limited to, a central carbon atom, a central nitrogen atom, a central carbocyclic group, a central aryl group, a central hetrocyclic group (e.g., central tetrahydrofuranyl group or central pyrrolidinyl group) and a central heteroaryl group.

Representative

Pegylated Primary Group's

include, but are not limited to,















-continued



where b is 10-100 (e.g., 20-50 or 40-50)

Another embodiment of the present invention is a PEG lipid (or a salt thereof) having:

(i) a pegylated primary group including a head group which includes a PEG moiety (e.g., having from 10 to 1000 repeating units such as ethoxy units)), and

(iii) one or more hydrophobic tails (preferably, two hydrophobic tails) directly bound to the pegylated primary group, wherein at least one hydrophobic tail is of the formula —$R^e$-M-$R^f$ where $R^e$ is a $C_4$-$C_{14}$ alkyl or alkenyl, M is a biodegradable group, and $R^f$ is a branched alkyl or alkenyl (e.g., a $C_{10}$-$C_{20}$ alkyl or $C_{10}$-$C_{20}$ alkenyl), such that (i) the chain length of —$R^e$-M-$R^f$ is at most 20 atoms (i.e. the total length of the tail from the first carbon atom after the central carbon atom to a terminus of the tail is at most 20), and (ii) the group —$R^e$-M-$R^f$ has at least 20 carbon atoms (e.g., at least 21 atoms). Optionally, the alkyl or alkenyl group in $R^e$ may be substituted with one or two fluorine atoms at the alpha position to the $M^1$ or $M^2$ group

(e.g.,  ).

Also, optionally, the alkenyl group in $R^f$ may be substituted with one or two fluorine atoms at the alpha position to a double bond which is between the double bond and the terminus of $R^f$

(e.g.,  ).

In one embodiment, the pegylated primary group includes (i) a head group having a PEG moiety, and (ii) a central moiety (e.g., a central carbon atom) to which the hydrophobic tails are directly bound. The PEG moiety may have 5-100, 10-60, 15-50, or 20-45 repeating units. For example, the PEG moiety may have the formula





moiety wherein b is an integer from 10 to 1,000 (e.g., 5-100, 10-60, 15-50, or 20-45); $R^3$ is —H, —$R^c$, or —$OR^c$; and $R^c$ is —H, alkyl (e.g., $C_1$-$C_4$ alkyl), acyl, cycloalkyl, alkenyl, alkynyl, aryl, heteroaryl, or heterocyclyl.

Yet another embodiment is a lipid particle that includes a cationic lipid and/or PEG lipid of the present invention. In one embodiment, the lipid particle includes a cationic lipid of the present invention (e.g., of one of formulas (I)-(VIII)). In another embodiment, the lipid particle includes a PEG lipid of the present invention (e.g., of formula (IX)). In yet another embodiment, the lipid particle includes a cationic lipid of the present invention and a PEG lipid of the present invention.

In a preferred embodiment, the lipid particle includes a neutral lipid, a lipid capable of reducing aggregation, a cationic lipid, and optionally, a sterol (e.g., cholesterol). Suitable neutral lipids include, but are not limited to, distearoylphosphatidylcholine (DSPC), dipalmitoylphosphatidylcholine (DPPC), POPC, DOPE, and SM. Suitable lipids capable of reducing aggregation include, but are not limited to, a PEG lipid, such as PEG-DMA, PEG-DMG, and those of the present invention (e.g., of formula (IX)) or a combination thereof.

The lipid particle may further include an active agent (e.g., a therapeutic agent). The active agent can be a nucleic acid such as a plasmid, an immunostimulatory oligonucleotide, an siRNA, an antisense oligonucleotide, a microRNA, an antagomir, an aptamer, or a ribozyme. In a preferred embodiment, the nucleic acid is a siRNA. In another preferred embodiment, the nucleic acid is a miRNA.

In another embodiment, the lipid particle includes a cationic lipid of the present invention, a neutral lipid and a sterol. The lipid particle may further include an active agent, such as a nucleic acid (e.g., an siRNA or miRNA).

In yet another embodiment, the lipid particle includes a PEG lipid of the present invention, a cationic lipid, a neutral lipid, and a sterol. The lipid particle may further include an active agent, such as a nucleic acid (e.g., an siRNA or miRNA).

The lipid particles described herein may be lipid nanoparticles.

Yet another embodiment of the invention is a pharmaceutical composition which includes a lipid particle of the present invention and a pharmaceutically acceptable carrier.

In one embodiment, the cationic lipid remains intact until delivery of the nucleic acid molecule after which cleavage of the hydrophobic tail occurs in vivo.

In another embodiment, the PEG lipid remains intact until delivery of the nucleic acid molecule after which cleavage of the hydrophobic tail occurs in vivo.

In another embodiment, the present invention relates to a method of delivering a nucleic acid molecule comprising administering a nucleic lipid particle comprising (i) the nucleic acid molecule and (ii) a cationic lipid and/or a PEG lipid of the present invention. In one embodiment, the cationic lipid and/or a PEG lipid remains intact until delivery of the nucleic acid molecule after which cleavage of the hydrophobic tail occurs in vivo.

Yet another aspect is a method of modulating the expression of a target gene in a cell by providing to the cell a lipid particle of the present invention. The active agent can be a

nucleic acid selected from a plasmid, an immunostimulatory oligonucleotide, an siRNA, an antisense oligonucleotide, a microRNA, an antagomir, an aptamer, and a ribozyme. In a preferred embodiment, the nucleic acid is a siRNA or miRNA.

Yet another aspect is a method of treating a disease or disorder characterized by the overexpression of a polypeptide in a subject by providing to the subject a pharmaceutical composition of the present invention, wherein the active agent is a nucleic acid selected from an siRNA, a microRNA, and an antisense oligonucleotide, and wherein the siRNA, microRNA, or antisense oligonucleotide includes a polynucleotide that specifically binds to a polynucleotide that encodes the polypeptide, or a complement thereof. In a preferred embodiment, the nucleic acid is a siRNA or miRNA.

Yet another aspect is a method of treating a disease or disorder characterized by underexpression of a polypeptide in a subject by providing to the subject a pharmaceutical composition of the present invention, wherein the active agent is a plasmid that encodes the polypeptide or a functional variant or fragment thereof.

Yet another aspect is a method of inducing an immune response in a subject by providing to the subject a pharmaceutical composition wherein the active agent is an immunostimulatory oligonucleotide.

Yet another aspect is a transfection agent that includes the composition or lipid particles described above, where the composition or lipid particles include a nucleic acid. The agent, when contacted with cells, can efficiently deliver nucleic acids to the cells. Yet another aspect is a method of delivering a nucleic acid to the interior of a cell, by obtaining or forming a composition or lipid particles described above, and contacting the composition or lipid particles with a cell.

## DETAILED DESCRIPTION

In one aspect, the present invention relates to a lipid particle that includes a neutral lipid, a lipid capable of reducing aggregation (e.g., a PEG lipid), a cationic lipid, and optionally a sterol. In certain embodiments, the lipid particle further includes an active agent (e.g., a therapeutic agent). Various exemplary embodiments of these lipids, lipid particles and compositions comprising the same, and their use to deliver therapeutic agents and modulate gene and protein expression are described in further detail below.

### The Cationic Lipid

In one embodiment, the cationic lipid is a compound of any one of Formulas I-VIII. The following disclosure represents various embodiments of the compounds described above, including the compounds of Formulas I-VIII.

In one embodiment, $M^1$ and $M^2$ are each, independently:

—OC(O)—, —C(O)O—, —SC(O)—, —C(O)S—, —OC(S)—, —C(S)O—, —S—S—, —C($R^5$)═N—, —N═C($R^5$)—, —C($R^5$)═N—O—, —O—N═C($R^5$)—, —C(O)(N$R^5$)—, —N($R^5$)C(O)—, —C(S)(N$R^5$)—, —N($R^5$)C(O)—, —N($R^5$)C(O)N($R^5$)—, —OC(O)O—, —OSi($R^5$)$_2$O—, —C(O)(C$R^3R^4$)C(O)O—, —OC(O)(C$R^3R^4$)C(O)—, or



(wherein $R^{11}$ is a $C_2$-$C_8$ alkyl or alkenyl).



In another embodiment, $M^1$ and $M^2$ are each, independently:

—OC(O)—, —C(O)—O—, —C($R^5$)═N—, —N═C($R^5$)—, —C($R^5$)═N—O—, —O—N═C($R^5$)—, —O—C(O)O—, —C(O)N($R^5$)—, —N($R^5$)C(O)—, —C(O)S—, —SC(O)—, —C(S)O—, —OC(S)—, —OSi($R^5$)$_2$O—, —C(O)(C$R^3R^4$)C(O)O—, or —OC(O)(C$R^3R^4$)C(O)—.

In yet another embodiment, $M^1$ and $M^2$ are each, independently:

—C(O)—O—, —OC(O)—, —C($R^5$)═N—, —C($R^5$)═N—O—, —O—C(O)O—, —C(O)N($R^5$)—, —C(O)S—, —C(S)O—, —OSi($R^5$)$_2$O—, —C(O)(C$R^3R^4$)C(O)O—, or —OC(O)(C$R^3R^4$)C(O)—.

In another embodiment, $M^1$ and $M^2$ are each —C(O)O—.

In one embodiment, $R^1$ and $R^2$ are each, individually, optionally substituted alkyl, cycloalkyl, cycloalkylalkyl, or heterocycle. In one embodiment, $R^1$ is alkyl and $R^2$ is alkyl, cycloalkyl or cycloalkylalkyl. In one embodiment, $R^1$ and $R^2$ are each, individually, alkyl (e.g., $C_1$-$C_4$ alkyl, such as methyl, ethyl, or isopropyl). In one embodiment, $R^1$ and $R^2$ are both methyl. In another embodiment, $R^1$ and $R^2$, together with the nitrogen atom to which they are attached, form an optionally substituted heterocylic ring (e.g., N-methylpiperazinyl). In another embodiment, one of $R^1$ and $R^2$ is



(e.g., $R^1$ is one of the two aforementioned groups and $R^2$ is hydrogen).

In one embodiment, R' is hydrogen or alkyl. In another embodiment, R' is hydrogen or methyl. In one embodiment, R' is absent. In one embodiment, R' is absent or methyl.

For cationic lipid compounds which contain an atom (e.g., a nitrogen atom) that carries a positive charge, the compound also contains a negatively charged counter ion. The counterion can be any anion, such as an organic or inorganic anion. Suitable examples of anions include, but are not limited to, tosylate, methanesulfonate, acetate, citrate, malonate, tartarate, succinate, benzoate, ascorbate, α-ketoglutarate, α-glycerophosphate, halide (e.g., chloride), sulfate, nitrate, bicarbonate, and carbonate. In one embodiment, the counterion is a halide (e.g., Cl).

In one embodiment each R is, independently, —(C$R^3R^4$)—, wherein $R^3$ and $R^4$ are each, independently, H or alkyl (e.g., $C_1$-$C_4$ alkyl). For example, in one embodiment each R is, independently, —(CH$R^4$)—, wherein each $R^4$ is, independently H or alkyl (e.g., $C_1$-$C_4$ alkyl). In another embodiment, each R is, independently, —$CH_2$—, —C($CH_3$)$_2$— or —CH(iPr)- (where iPr is isopropyl). In another embodiment, each R is —$CH_2$—.

In another embodiment $R^5$ is, in each case, hydrogen or methyl. For example, $R^5$ can be, in each case, hydrogen.

In one embodiment, Q is absent, —C(O)O—, —OC(O)—, —C(O)N($R^5$)—, —N($R^5$)C(O)—, —S—S—, —OC(O)O—, —C($R^5$)═N—O—, —OC(O)N($R^5$)—, —N($R^5$)C(O)N($R^5$)—, —N($R^5$)C(O)O—, —C(O)S—, —C(S)O— or —C($R^5$)═N—O—C(O)—. In one embodiment, Q is —C(O)O—.

In one embodiment, the dashed line to Q is absent, b is 0 and R'R$^1$R$^2$N—(R)$_a$-Q- and the tertiary carbon adjacent to it (C*) form the following group:



where n is 1 to 4 (e.g., n is 2).

In one embodiment, the dashed line to Q is absent, b is 0 and R'R$^1$R$^2$N—(R)$_a$-Q- and the tertiary carbon adjacent to it form the following group:



where n is 1 to 4 (e.g., n is 2), and R$^1$, R$^2$, R, a, and b are as defined with respect to formula (I). In one embodiment, a is 3.

In one embodiment, the dashed line to Q is absent, b is 0 and R'R$^1$R$^2$N—(R)$_a$-Q- and the tertiary carbon adjacent to it form the following group:



where n is 1 to 4 (e.g., n is 2), and R$^1$, R$^2$, R, a, and b are as defined with respect to formula (I). In one embodiment, a is 0. For example, the group can be:



In one embodiment, b is 0. In another embodiment, a is 2, 3, or 4 and b is 0. For example, in one embodiment, a is 3 and b is 0. In another embodiment, a is 3, b is 0, and Q is —C(O)O—.

In certain embodiments, the biodegradable group present in the cationic lipid is selected from an ester (e.g., —C(O)O— or —OC(O)—), disulfide (—S—S—), oxime (e.g., —C(H)═N—O— or —O—N═C(H)—), —C(O)—O—, —OC(O)—, —C(R$^5$)═N—, —N═C(R$^5$)—, —C(R$^5$)═N—O—, —O—N═C(R$^5$)—, —O—C(O)O—, —C(O)N(R$^5$), —N(R$^5$)C(O)—, —C(S)(NR$^5$)—, (NR$^5$)C(S)—, —N(R$^5$)C(O)N(R$^5$)—, —C(O)S—, —SC(O)—, —C(S)O—, —OC(S)—, —OSi(R$^5$)$_2$O—, —C(O)(CR$^3$R$^4$)C(O)O—, or —OC(O)(CR$^3$R$^4$)C(O)—.



A suitable cholesterol moiety for the cationic lipids of the present invention (including compounds of formulas I-VI) has the formula:



Additional embodiments include a cationic lipid having a head group, one or more hydrophobic tails, and a central moiety between the head group and the one or more tails. The head group can include an amine; for example an amine having a desired pK$_a$. The pK$_a$ can be influenced by the structure of the lipid, particularly the nature of head group; e.g., the presence, absence, and location of functional groups such as anionic functional groups, hydrogen bond donor functional groups, hydrogen bond acceptor groups, hydrophobic groups (e.g., aliphatic groups), hydrophilic groups (e.g., hydroxyl or methoxy), or aryl groups. The head group amine can be a cationic amine; a primary, secondary, or tertiary amine; the head group can include one amine group (monoamine), two amine groups (diamine), three amine groups (triamine), or a larger number of amine groups, as in an oligoamine or polyamine. The head group can include a functional group that is less strongly basic than an amine, such as, for example, an imidazole, a pyridine, or a guanidinium group. The head group can be zwitterionic. Other head groups are suitable as well.

Representative central moieties include, but are not limited to, a central carbon atom, a central nitrogen atom, a central carbocyclic group, a central aryl group, a central hetrocyclic group (e.g., central tetrahydrofuranyl group or central pyrrolidinyl group) and a central heteroaryl group. Additionally, the central moiety can include, for example, a glyceride linker, an acyclic glyceride analog linker, or a cyclic linker (including a spiro linker, a bicyclic linker, and a polycyclic linker). The central moiety can include functional groups such as an ether, an ester, a phosphate, a phosphonate, a phosphorothioate, a sulfonate, a disulfide, an acetal, a ketal, an imine, a hydrazone, or an oxime. Other central moieties and functional groups are suitable as well.

In one embodiment, the cationic lipid is a racemic mixture. In another embodiment, the cationic lipid is enriched in one diastereomer, e.g. the cationic lipid has at least 95%, at least 90%, at least 80% or at least 70% diastereomeric excess. In yet another embodiment, the cationic lipid is enriched in one enantiomer, e.g. the lipid has at least 95%, at least 90%, at least 80% or at least 70% enantiomer excess. In yet another embodiment, the cationic lipid is chirally pure, e.g. is a single optical isomer. In yet another embodiment, the cationic lipid is enriched for one optical isomer.

Where a double bond is present (e.g., a carbon-carbon double bond or carbon-nitrogen double bond), there can be isomerism in the configuration about the double bond (i.e. cis/trans or E/Z isomerism). Where the configuration of a double bond is illustrated in a chemical structure, it is understood that the corresponding isomer can also be present. The amount of isomer present can vary, depending on the relative stabilities of the isomers and the energy required to convert between the isomers. Accordingly, some double

bonds are, for practical purposes, present in only a single configuration, whereas others (e.g., where the relative stabilities are similar and the energy of conversion low) may be present as inseparable equilibrium mixture of configurations.

In some cases, a double-bonded unsaturation is replaced by a cyclic unsaturation. The cyclic unsaturation can be a cycloaliphatic unsaturation, e.g., a cyclopropyl, cyclobutyl, cyclopentyl, cyclohexyl, cycloheptyl, or cyclooctyl group. In some cases, the cyclic group can be a polycyclic group, e.g., a bicyclic group or tricyclic group. A bicyclic group can be bridged, fused, or have a spiro structure. In some cases, a double bond moiety can be replaced by a cyclopropyl moiety, e.g.,





can be replaced by



The cationic lipid includes one or more biodegradable groups. The biodegradable group(s) include one or more bonds that may undergo bond breaking reactions in a biological environment, e.g., in an organism, organ, tissue, cell, or organelle. Functional groups that contain a biodegradable bond include, for example, esters, dithiols, and oximes. Biodegradation can be a factor that influences the clearance of the compound from the body when administered to a subject. Biodegredation can be measured in a cell based assay, where a formulation including a cationic lipid is exposed to cells, and samples are taken at various time points. The lipid fractions can be extracted from the cells and separated and analyzed by LC-MS. From the LC-MS data, rates of biodegradation (e.g., as $t_{1/2}$ values) can be measured.

For example, the compound

(Compound 1)



includes an ester linkage in each aliphatic chain, which can undergo hydrolysis in a biological environment, for example, when exposed to, e.g., a lipase or an esterase. The structure of the compound, of course, influences the rate at which the compound undergoes biodegradation. Thus, a compound where the methyl substituent is on the other side of the biodegradable group such as



would be expected to exhibit a different rate of biodegradation. Greater effects on that rate would be expected from changes in the structure of the compound at the site of hydrolysis. One modification that can influence the rate of hydrolysis, and thereby influence the rate of biodegradation and clearance from a subject's body, is to make the leaving group of the hydrolysis reaction have a secondary, rather than primary, alcohol.

For example, without wishing to be bound by theory, Compound 1 shown above may be metabolized as shown in the scheme below:




In one embodiment, a cationic lipid of any of the embodiments described herein has an in vivo half life ($t_{1/2}$) (e.g., in the liver, spleen or plasma) of less than about 3 hours, such as less than about 2.5 hours, less than about 2 hours, less than about 1.5 hours, less than about 1 hour, less than about 0.5 hour or less than about 0.25 hours. The cationic lipid preferably remains intact, or has a half-life sufficient to form a stable lipid nanoparticle which effectively delivers the desired active pharmaceutical ingredient (e.g., a nucleic acid) to its target but thereafter rapidly degrades to minimize any side effects to the subject. For instance, in mice, the cationic lipid preferably has a $t_{1/2}$ in the spleen of from about 1 to about 7 hours.

In another embodiment, a cationic lipid of any of the embodiments described herein containing a biodegradable group or groups has an in vivo half life ($t_{1/2}$) (e.g., in the liver, spleen or plasma) of less than about 10% (e.g., less than about 7.5%, less than about 5%, less than about 2.5%) of that for the same cationic lipid without the biodegrable group or groups.

Some cationic lipids can be conveniently represented as a hydrophobic group combined via a central moiety (such as a carbon atom) with a headgroup. By way of example, the compound:



can be thought of as a combination of a headgroup, a central moiety, and two hydrophobic groups as follows:




The present invention includes compounds composed of any combination of the head and hydrophobic groups listed below (in combination with a central moiety (such as a central carbon atom).

Some suitable head groups include those depicted in Table 1A:

TABLE 1A















TABLE 1A-continued

















TABLE 1A-continued























TABLE 1A-continued



















TABLE 1A-continued



















TABLE 1A-continued





(where n is 0-5)



R = H, alkyl (e.g., methyl)
X = halogen (e.g., Cl)



R = H, alkyl (e.g., methyl)
X = halogen (e.g., Cl)



R = H, alkyl (e.g., methyl)
X = halogen (e.g., Cl)



(where n is 0-5)

Suitable primary groups include, but are not limited to, those that are a combination of a head group from table 1A with a central carbon atom. Other suitable primary groups include those in table 1B below:

TABLE 1B



TABLE 1B-continued









TABLE 1B-continued







Some suitable hydrophobic tail groups include those depicted in Table 1C:

TABLE 1C















TABLE 1C-continued























TABLE 1C-continued



























TABLE 1C-continued



























TABLE 1C-continued



















TABLE 1C-continued























TABLE 1C-continued





Other suitable tail groups includes those of the formula —$R^{12}$-$M^1$-$R^{13}$ where $R^{12}$ is a $C_4$-$C_{14}$ alkyl or $C_4$-$C_{14}$ alkenyl, $M^1$ is a biodegradable group as defined above, and $R^{13}$ is a branched alkyl or alkenyl (e.g., a $C_{10}$-$C_{20}$ alkyl or $C_{10}$-$C_{20}$ alkenyl), such that (i) the chain length of —$R^{12}$-$M^1$-$R^{13}$ is at most 21 atoms (i.e., the total length of the tail from the first carbon after the tertiary carbon (marked with an asterisk) to a terminus of the tail is at most 21), and (ii) the group-$R^{12}$-$M^1$-$R^{13}$ has at least 20 carbon atoms (e.g., at least 21 or 22 carbon atoms).

In one preferred embodiment, the chain length of —$R^{12}$-$M^1$-$R^{13}$ is at most 21 (e.g., at most 20). For example, the chain length can be from about 17 to about 24 or from about 18 to about 20.

In one embodiment, the total carbon atom content of each tail (—$R^{12}$-$M^1$-$R^{13}$) is from about 17 to about 26. For example, the total carbon atom content can be from about 19 to about 26 or from about 21 to about 26.

In one embodiment, the tail has the formula:



where $R^{13}$ is an alkyl or alkenyl group having from about 13 to about 17 carbon atoms, and the total carbon length of the tail from the first carbon (the leftmost carbon atom above) to a terminus of the tail is at most 20. Preferably, the tail has from about 22 to about 26 carbon atoms. In one embodiment, the maximum length of $R^{13}$ from its attachment point to the ester group of the compound is 12 carbon atoms (e.g., the maximum length can be 11 carbon atoms). In one preferred embodiment, the branch in the alkyl or alkenyl group is at the 6-position or later from the point of attachment of $R^{13}$ to the ester group. Suitable $R^{13}$ groups include, but are not limited to



C13 (C21)
Length: C9 (18)

-continued



C14 (C22)
Length: C9 (18)



C15 (C23)
Length: C10 (19)



C13 (C21)
Length: C9 (18)



C14 (C22)
Length: C9 (18)



C15 (C23)
Length: C10 (19)



C16 (C24)
Length: C10 (19)



C17 (C25)
Length: C11 (20)

-continued



C16 (C24)
Length: C10 (19)



C17 (C25)
Length: C11 (20)



C13 (C21)
Length: C8 (17)



C15 (C23)
Length: C9 (18)

For example, the cationic lipid can be



or a salt thereof (e.g., a pharmaceutically acceptable salt thereof), where $R^{13}$ is selected from the groups mentioned above.

Another example is a tail of the formula



where $R^{13}$ is an alkyl or alkenyl group having from about 13 to about 15 carbon atoms, and the total carbon length of the tail from the first carbon (i.e., the leftmost carbon atom, which is attached to a tertiary carbon) to a terminus of the tail is at most 20. Preferably, the tail has from about 24 to about 26 carbon atoms. In one embodiment, the maximum length of $R^{13}$ from its attachment point to the ester group of the compound is 10 carbon atoms (e.g., the maximum length can be 9 carbon atoms). In one preferred embodiment, the branch in the alkyl or alkenyl group is at the $\delta$-position or later from the point of attachment of $R^{13}$ to the ester group. Suitable $R^{13}$ groups include, but are not limited to



C13 (C23)
Length: C9 (20)



C14 (C24)
Length: C9 (20)



C13 (C23)
Length: C9 (20)



C14 (C24)
Length: C9 (20)



C13 (C24)
Length: C8 (19)

For example, the cationic lipid can be



or a salt thereof (e.g., a pharmaceutically acceptable salt thereof), where $R^{13}$ is selected from the groups above.

The $R^{13}$ group may be derived from a natural product, such as dihydrocitgronellol, lavandulol, phytol, or dihydrophytol. In one embodiment, the $R^{13}$ group in the tails above is a dihydrocitronellol group (either as a racemic group or a chirally pure group):



For example, the cationic lipid having a dihydroitronellol group can be




or




or a salt thereof.

In another embodiment, the $R^{13}$ group in the tails above is a lavandulol group or a homolog of it as shown below:



Lavandulol



homolog

In another embodiment, the $R^{13}$ group in the tails above is a phytol or dihydrophytol group:



Phytol



Dihydrophytol

For instance, the cationic lipid can be:







A cationic lipid of the formula:



can also be thought of as a combination of a headgroup, a linker moiety, and two parts of the hydrophobic chains as follows:

Hydrophobic chain I or Ia






Biocleavable moiety I or Ia

Hydrophobic chain II or IIa






Head Group




Linker



Hydrophobic chain I




Biocleavable moiety I



Hydrophobic chain II

Various headgroups, linker moieties, and hydrophobic chains I and II are listed below. The present invention includes compounds composed of any combination of the head, linker, hydrophobic chain I, and hydrophobic chain II groups listed below.

TABLE 2A

| Representative headgroups |
| --- |
|  |
|  |
|  |
|  |
|  |

TABLE 2A-continued

| Representative headgroups |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

TABLE 2A-continued

Representative headgroups















TABLE 2A-continued

Representative headgroups




R = H, alkyl; X = halogen



R = H, alkyl; X = halogen



R = H, alkyl; X = halogen








TABLE 2A-continued

Representative headgroups























TABLE 2A-continued

Representative headgroups

(where n is 0-5)









n = 0-6

















TABLE 2A-continued

Representative headgroups











TABLE 2B

Representative linker groups



m = 1-5; n = 0-3



m = 0-5; n = 0-3



n = 0-5



m = 0-5; n = 0-3



m = 0-5; n = 0-3

TABLE 2B-continued

Representative linker groups





n = 0-3



n = 0-3



m = 1-4; n/o = 0-3
X = O or S



m = 0-5; n = 0-3



m = 0-5; n = 0-3



m = 0-5; n = 0-3



m = 0-5; n = 0-3



m = 0-5; n = 0-3

TABLE 2B-continued

Representative linker groups



m = 0-5; n = 0-3



n = 0-5



m = 1-4; n = 0-3
R = COOH, COOMe, COOEt, CN, CONH2 CONHMe



m = 1-4; n/o = 1-3



n = 1-5





n = 0-5
R = H, Me, Et, Pr, allyl



n = 0-5
R = Me, Et, Pr, allyl
R1 = Me, Et, Pr, allyl



TABLE 2B-continued

Representative linker groups



n = 0-6



n = 0-6



n = 0-6



m = 0-5; n = 0-3

TABLE 2C

Representative hydrophobic chain I and/or Ia, and combination thereof



p = 0-15



p = 0-15, q = 0-15



p = 0-15, q = 0-15



p = 0-15, q = 1-4, r = 0-15

TABLE 2C-continued

Representative hydrophobic chain I and/or Ia, and combination thereof



p = 0-15, q = 1-4, r = 0-15



p = 0-15, q = 0-6



p = 0-15



m = 0-4; n = 0-4;
R = Me, Et, Pr, iPr, Bu, iBu



n = 1-7



m = 1-4, n = 1-10, p = 0-15, q = 0-15
R = Me, Et, OMe

TABLE 2D

Representative biodegradable moieties I and/or Ia and combinations thereof











TABLE 2D-continued

Representative biodegradable moieties I and/or Ia and combinations thereof















n = 0-6







TABLE 2D-continued

Representative biodegradable moieties I and/or Ia and combinations thereof









R = H, Me, Et, cyclic alkyl, alicylic, aromatic



X = $CH_2$, O. S

TABLE 2E

Representative hydrophobic chain II and/or IIa and combinations thereof



n = 0-6; m = 0-16





n = 0-6







TABLE 2E-continued

Representative hydrophobic chain II and/or IIa and combinations thereof





n = 0-8



n = 0-8; m = 0-6



n = 0-8
R = OMe, Me, Et, n-Pr, n-Bu



n = 0-8
R = OMe, Me, Et, Pr



n = 0-8
R = OMe, Me, Et, Pr



m = 0-6; n = 0-6; p = 0-6



m = 0-6; n = 0-6; p = 0-6



m = 0-6; n = 0-6; p = 0-6



m = 0-6; n = 0-6; p = 0-6; q = 0-6

Other cationic lipids of the present invention include those in Table 3 below. Each asymmetric carbon atom in the

compounds below can be either chirally pure (R or S) or racemic. These cationic lipids as well as those in the working examples (such as Examples 36 and 37) are suitable for forming nucleic acid-lipid particles.













-continued















-continued















-continued















-continued















-continued















-continued

















-continued

















-continued















-continued















-continued















-continued















-continued















-continued















-continued

















-continued













-continued


















-continued



















-continued

















-continued



O
O
O
N
N
H
O
O




N
O
O
O
O
O
O




O
O
O
N
N
H
O
O




O
O
O
N
N
H
O
O




O
O
N
O
O
O




O
O
O
N
N
H
O
O




O
O
O
N
O
N
H
O
O

-continued















-continued





















-continued















-continued













-continued













-continued















 

-continued















-continued



















-continued

















Case 1:23-cv-00580-CFC Document 65-1 Filed 06/18/24 Page 74 of 483 PageID #: 5618



-continued

















-continued

















-continued

















-continued



















-continued

















-continued















-continued















-continued















-continued

















-continued















-continued















-continued

















-continued

















 

-continued

















 

-continued















-continued















 

-continued



















-continued

















-continued















-continued















-continued

















-continued

















-continued

















-continued



O
O
N
O
N
H
O
O



O
O
N
O
N
H
O
O



O
O
N
O
O
O



O
O
N
O
N
H
O
O



O
O
N
O
N
H
O
O



O
O
N
O
N
H
O
O



O
O
N
O
O
O



O
O
N
O
O
O

-continued

















-continued



O
O
N
O
O
O
O




O
O
N
N
O
O
O
O




O
O
N
O
O
O




O
O
O
N
O
O
O




O
O
N
O
O
O
O




O
O
N
O
O
O
O




O
O
N
N
O
O
O




O
O
N
O
O
O
O

-continued


















-continued













-continued


















-continued













-continued















-continued















-continued

















-continued

















-continued

















-continued

















-continued





















 

-continued



















-continued

















-continued


N
O
O
O
O


N
O
N
H
O
O
O
O


N
O
O
O
O


N
N
O
O
O
O


N
O
N
H
O
O
O
O


N
O
O
O
O
O


O
N
O
O
O
O
O


O
O
N
N
O
O
O
O

-continued

















-continued


















-continued















-continued















-continued















-continued















-continued













-continued















-continued

















-continued















-continued















-continued













-continued















-continued













R = H, Me










R = H, Me

-continued

















-continued

















Case 1:23-cv-00580-CFC Document 65-1 Filed 06/18/24 Page 130 of 483 PageID #: 5674



-continued

















-continued

















-continued

















-continued





















-continued















-continued

















-continued















-continued













-continued













-continued













-continued















-continued















-continued















-continued

















-continued

















-continued


O
N
O
O
O
O
O


O
N
N
O
O
O


O
N
O
O
O
O
O


O
N
O
O
O
O
O


O
N
O
O
O
O


O
N
O
O
O
O
O


O
N
N
O
O
O
O
O


O
N
N
O
O
O
O

-continued















-continued















 

-continued















-continued

















-continued



















-continued

















-continued

















-continued

















-continued















In another aspect, the present invention relates to a method of preparing a compound of Formula I-VII. Suitable exemplary synthetic methods are illustrated in Schemes 1-27 shown in the Examples section below.

In one embodiment, the cationic lipid of the present invention is selected from the following compounds, and salts thereof (including pharmaceutically acceptable salts thereof). These cationic lipids are suitable for forming nucleic acid-lipid particles.

















-continued















-continued



N
O
O
O
O
O
O
O
O




N
O
O
O
O
O
O
O
O




N
O
O
O
O
O
O
O
O




N
O
O
O
O
O
O
O
O




N
O
O
O
O
O
O
O
O




N
O
O
O
O
O
O
O
O

-continued







In another embodiment, the cationic lipid of the present invention is selected from the following compounds, and salts thereof (including pharmaceutically acceptable salts thereof):







-continued















-continued



















-continued



















-continued

















-continued

















In another embodiment, the cationic lipid of the present invention is selected from the following compounds, and salts thereof (including pharmaceutically acceptable salts thereof):

























Additional representative cationic lipids include, but are not limited to:



n = 1-5 m = 0-3 p = 1-5



r = 0-2 n = 0-5 m = 0-3 p = 0-5 q = 0-5



r = 0-2 n = 0-5 m = 0-3 p = 0-5 q = 0-5



n = 1-5

m = 0-3



r = 0-2 n = 0-5

m = 0-3

-continued



n = 1-5

m = 0-3



r = 0-2

n = 0-5

m = 0-3



X = O, S, NH, $CH_2$
r = 0-2, n = 1-5, and m = 1-5



r = 0-2 X = O, S, NH, $CH_2$ m = 0-5 n = 0-5 p = 0-3 q = 0-3



r = 0-2 X = O, S, NH, $CH_2$ m = 0-5 n = 0-5 p = 0-3 q = 0-3

-continued



p = 1-3 n = 1-5 m = 0-3



r = 0-2 m = 0-5 n = 0-5 p = 0-3 q = 0-3



r = 0-2 m = 0-5 n = 0-5 p = 0-3 q = 0-3



p = 1-3 n = 1-5 m = 0-3

-continued



p = 1-3 n = 0-5

m = 0-3



p = 1-3 n = 1-5

m = 0-3; q = 0-4; r = 0-4



p = 1-3 n = 0-5

m = 0-3; q = 0-4; r = 0-4







-continued















-continued















-continued



r = 0, 1, or 2



z









X = O, S, NH, $CH_2$
r = 0, 1, or 2

-continued



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NH, $CH_2$



X = O, S, NR, $CH_2$
r = 0, 1, or 2



X = O, S, NH, $CH_2$
r = 0, 1, or 2

-continued



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NH, $CH_2$
r = 0, 1, or 2

-continued



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NH, $CH_2$

-continued



X = O, S, NH, $CH_2$



X = O, S, NH, $CH_2$



X = O, S, NH, CH2



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NR, $CH_2$
r = 0, 1, or 2



X = O, S, NR, $CH_2$
r = 0, 1, or 2

-continued



X = O, S, NR, $CH_2$
r = 0, 1, or 2



X = O, S, NR, $CH_2$
r = 0, 1, or 2



X = O, S, NR, $CH_2$
r = 0, 1, or 2



r = 0, 1, or 2



X = O, S, NR, $CH_2$
r = 0, 1, or 2

-continued



X = O, S, NR, $CH_2$
r = 0, 1, or 2



m = 0-5, n = 0, 1, or 2



X = O, S, NR, $CH_2$
m = 0-5, n = 0, 1, or 2



n = 0, 1, or 2



n = 0, 1, or 2



n = 0, 1, or 2

-continued




n = 0, 1, or 2




n = 0, 1, or 2




n = 0, 1, or 2




n = 0, 1, or 2




n = 0, 1, or 2




n = 0, 1, or 2

-continued



n = 0, 1, or 2



n = 0, 1, or 2



n = 0, 1, or 2



n = 0, 1, or 2



n = 0, 1, or 2



n = 0, 1, or 2

-continued




n = 0, 1, or 2




n = 0, 1, or 2




n = 0, 1, or 2




n = 0, 1, or 2




n = 0, 1, or 2




R, R′ = $CH_3$, Cylcopentyl etc



-continued









X = O, S, NR, $CH_2$, COO, NHCOO, OCONH
n = 0, 1, or 2







-continued











X = O, S, NR, $CH_2$, COO, NHCOO, OCONH

n = 0, 1, or 2





-continued













X = O, S, NR, $CH_2$
r = 0, 1, or 2



X = O, S, NR, $CH_2$
r = 0, 1, or 2

-continued



n = 1-5



n = 1-5



n = 1-5



p = 0-3 n = 1-5

m = 0-3



n = 0-5 m = 0-5

-continued



n = 0-5 m = 0-5



n = 0-5 m = 0-5



n = 0-5 m = 0-5



n = 0-5 m = 0-5



n = 0-5 m = 0-5 p = 0-3



n = 0-5 m = 0-5 p = 0-3

-continued



p = 1-3

n = 0-5 m = 0-5

R = alkyl substituted alkyl, aryl



n = 1-5

m = 0-3

 = Bodipy, Alexa-647 or other label (e.g., other fluorescent label)



r = 1-4 n = 0-5 m = 0-3 p = 0-5 q = 0-5



r = 1-4 n = 0-5 m = 0-3 p = 0-5 q = 0-5



r = 1-4 n = 0-5

m = 0-3

Alternatively, for the compounds above having a head of the formula



(where X can be, for example, —C(O)O—), the head can have one methylene unit between the X group (or other functional group) and nitrogen atom. For example, the head can be:



Cationic lipids include those having alternative fatty acid groups and other dialkylamino groups than those shown, including those in which the alkyl substituents are different (e.g., N-ethyl-N-methylamino-, and N-propyl-N-ethylamino-).

In certain embodiments, the cationic lipids have at least one protonatable or deprotonatable group, such that the lipid is positively charged at a pH at or below physiological pH (e.g. pH 7.4), and neutral at a second pH, preferably at or above physiological pH. Such lipids are also referred to as cationic lipids. It will, of course, be understood that the addition or removal of protons as a function of pH is an equilibrium process, and that the reference to a charged or a neutral lipid refers to the nature of the predominant species and does not require that all of the lipid be present in the charged or neutral form. The lipids can have more than one protonatable or deprotonatable group, or can be zwiterrionic.

In certain embodiments, protonatable lipids (i.e., cationic lipids) have a $pK_a$ of the protonatable group in the range of about 4 to about 11. For example, the lipids can have a $pK_a$ of about 4 to about 7, e.g., from about 5 to about 7, such as from about 5.5 to about 6.8, when incorporated into lipid particles. Such lipids may be cationic at a lower pH formulation stage, while particles will be largely (though not completely) surface neutralized at physiological pH around pH 7.4.

In particular embodiments, the lipids are charged lipids. As used herein, the term "charged lipid" includes, but is not limited to, those lipids having one or two fatty acyl or fatty alkyl chains and a quaternary amino head group. The quaternary amine carries a permanent positive charge. The head group can optionally include an ionizable group, such as a primary, secondary, or tertiary amine that may be protonated at physiological pH. The presence of the quaternary amine can alter the pKa of the ionizable group relative to the pKa of the group in a structurally similar compound that lacks the quaternary amine (e.g., the quaternary amine is replaced by a tertiary amine).

Included in the instant invention is the free form of the cationic lipids described herein, as well as pharmaceutically acceptable salts and stereoisomers thereof. The cationic lipid can be a protonated salt of the amine cationic lipid. The term "free form" refers to the amine cationic lipids in non-salt form. The free form may be regenerated by treating the salt with a suitable dilute aqueous base solution such as dilute aqueous NaOH, potassium carbonate, ammonia and sodium bicarbonate.



The pharmaceutically acceptable salts of the instant cationic lipids can be synthesized from the cationic lipids of this invention which contain a basic or acidic moiety by conventional chemical methods. Generally, the salts of the basic cationic lipids are prepared either by ion exchange chromatography or by reacting the free base with stoichiometric amounts or with an excess of the desired salt-forming inorganic or organic acid in a suitable solvent or various combinations of solvents. Similarly, the salts of the acidic compounds are formed by reactions with the appropriate inorganic or organic base.

Thus, pharmaceutically acceptable salts of the cationic lipids of this invention include non-toxic salts of the cationic lipids of this invention as formed by reacting a basic instant cationic lipids with an inorganic or organic acid. For example, non-toxic salts include those derived from inorganic acids such as hydrochloric, hydrobromic, sulfuric, sulfamic, phosphoric, nitric and the like, as well as salts prepared from organic acids such as acetic, propionic, succinic, glycolic, stearic, lactic, malic, tartaric, citric, ascorbic, pamoic, maleic, hydroxymaleic, phenylacetic, glutamic, benzoic, salicylic, sulfanilic, 2-acetoxy-benzoic, fumaric, toluenesulfonic, methanesulfonic, ethane disulfonic, oxalic, isethionic, and trifluoroacetic (TFA).

When the cationic lipids of the present invention are acidic, suitable "pharmaceutically acceptable salts" refers to salts prepared form pharmaceutically acceptable non-toxic bases including inorganic bases and organic bases. Salts derived from inorganic bases include aluminum, ammonium, calcium, copper, ferric, ferrous, lithium, magnesium, manganic salts, manganous, potassium, sodium, and zinc. In one embodiment, the base is selected from ammonium, calcium, magnesium, potassium and sodium. Salts derived from pharmaceutically acceptable organic non-toxic bases include salts of primary, secondary and tertiary amines, substituted amines including naturally occurring substituted amines, cyclic amines and basic ion exchange resins, such as arginine, betaine caffeine, choline, $N,N^1$-dibenzylethylenediamine, diethylamin, 2-diethylaminoethanol, 2-dimethylaminoethanol, ethanolamine, ethylenediamine, N-ethylmorpholine, N-ethylpiperidine, glucamine, glucosamine, histidine, hydrabamine, isopropylamine, lysine, methylglucamine, morpholine, piperazine, piperidine, polyamine resins, procaine, purines, theobromine, triethylamine, trimethylamine tripropylamine, and tromethamine.

It will also be noted that the cationic lipids of the present invention may potentially be internal salts or zwitterions, since under physiological conditions a deprotonated acidic moiety in the compound, such as a carboxyl group, may be anionic, and this electronic charge might then be balanced off internally against the cationic charge of a protonated or alkylated basic moiety, such as a quaternary nitrogen atom.

One or more additional cationic lipids, which carry a net positive charge at about physiological pH, in addition to those specifically described above, may also be included in the lipid particles and compositions described herein. Such cationic lipids include, but are not limited to N,N-dioleyl-N,N-dimethylammonium chloride ("DODAC"); N-(2,3-dioleyloxy)propyl-N,N—N-triethylammonium chloride ("DOTMA"); N,N-distearyl-N,N-dimethylammonium bromide ("DDAB"); N-(2,3-dioleoyloxy)propyl)-N,N,N-trimethylammonium chloride ("DOTAP"); 1,2-Dioleyloxy-3-trimethylaminopropane chloride salt ("DOTAP.Cl"); 3β-(N—(N',N'-dimethylaminoethane)-carbamoyl)cholesterol

("DC-Chol"), N-(1-(2,3-dioleyloxy)propyl)-N-2-(spermine-carboxamido)ethyl)-N,N-dimethylammonium trifluoroacetate ("DOSPA"), dioctadecylamidoglycyl carboxyspermine ("DOGS"), 1,2-dileoyl-sn-3-phosphoethanolamine ("DOPE"), 1,2-dioleoyl-3-dimethylammonium propane ("DODAP"), N, N-dimethyl-2,3-dioleyloxy)propylamine ("DODMA"), and N-(1,2-dimyristyloxyprop-3-yl)-N,N-dimethyl-N-hydroxyethyl ammonium bromide ("DMRIE"). Additionally, a number of commercial preparations of cationic lipids can be used, such as, e.g., LIPOFECTIN (including DOTMA and DOPE, available from GIBCO/BRL), and LIPOFECTAMINE (comprising DOSPA and DOPE, available from GIBCO/BRL).

PEG Lipids

Suitable head groups for the PEG lipids include, but are not limited to those shown in Table 3 below.

TABLE 3





TABLE 3-continued













Representative PEG lipids include, but are not limited to:









-continued















wherein

n is an integer from 10 to 100 (e.g. 20-50 or 40-50);

s, s', t and t' are independently 0, 1, 2, 3, 4, 5, 6 or 7; and m is 1, 2, 3, 4, 5, or 6.

Other representative PEG lipids include, but are not limited to:



X = Y = $CH_2$, O, S
r = 20-45
n = 1-5
m = 1-3
p = 1-5



X = Y = $CH_2$, O, S
r = 20-45
n = 1-5
m = 0-3



X = Y = $CH_2$, O, S
r = 20-45
n = 1-5
m = 0-3



r = 20-45

X = Y = $CH_2$, O, S
m = n = r = 0-10

-continued



r = 20-45
n = 1-5
m = 0-3



r = 20-45
n = 1-5



r = 20-45
n = 1-5
m = 0-3



X = Y = O, S, NH, $CH_2$
r = 20-45
n = 0-5
m = 0-5

-continued



X = Y = O, S, NH, $CH_2$
r = 20-45
n = 0-5
m = 0-5



X = Y = O, S, NH, $CH_2$
r = 20-45
n = 0-5
m = 0-5



X = Y = O, S, NH, $CH_2$
R = alkyl, substituted alkyl, aryl, benzyl
r = 20-45
n = 0-5
m = 0-5

The Other Lipid Components

The lipid particles and compositions described herein may also include one or more neutral lipids. Neutral lipids, when present, can be any of a number of lipid species which exist either in an uncharged or neutral zwitterionic form at physiological pH. Such lipids include, for example, diacylphosphatidylcholine, diacylphosphatidylethanolamine, ceramide, sphingomyelin, dihydrosphingomyelin, cephalin, and cerebrosides. In one embodiment, the neutral lipid component is a lipid having two acyl groups (e.g., diacylphosphatidylcholine and diacylphosphatidylethanolamine). In one embodiment, the neutral lipid contains saturated fatty acids with carbon chain lengths in the range of $C_{10}$ to $C_{20}$. In another embodiment, the neutral lipid includes mono or diunsaturated fatty acids with carbon chain lengths in the range of $C_{10}$ to $C_{20}$. Suitable neutral lipids include, but are not limited to, DSPC, DPPC, POPC, DOPE, DSPC, and SM.

The lipid particles and compositions described herein may also include one or more lipids capable of reducing aggregation. Examples of lipids that reduce aggregation of particles during formation include polyethylene glycol (PEG)-modified lipids (PEG lipids, such as PEG-DMG and PEG-DMA), monosialoganglioside Gm1, and polyamide oligomers ("PAO") such as (described in U.S. Pat. No. 6,320,017, which is incorporated by reference in its entirety). Suitable PEG lipids include, but are not limited to, PEG-modified phosphatidylethanolamine and phosphatidic acid, PEG-ceramide conjugates (e.g., PEG-CerC14 or PEG-CerC20) (such as those described in U.S. Pat. No. 5,820,873, incorporated herein by reference), PEG-modified dialkylamines and PEG-modified 1,2-diacyloxypropan-3-amines, PEG-modified diacylglycerols and dialkylglycerols, mPEG (mw2000)-diastearoylphosphatidylethanolamine (PEG-DSPE).

The lipid particles and compositions may include a sterol, such as cholesterol.

Lipid Particles

In a further aspect, the present invent relates to lipid particles that include one or more of the cationic lipids described herein. In one embodiment, the lipid particle includes one or more compounds of formula I-VII.

Lipid particles include, but are not limited to, liposomes. As used herein, a liposome is a structure having lipid-containing membranes enclosing an aqueous interior.

Another embodiment is a nucleic acid-lipid particle (e.g., a SNALP) comprising a cationic lipid of the present invention, a non-cationic lipid (such as a neutral lipid), optionally a PEG-lipid conjugate (such as the lipids for reducing aggregation of lipid particles discussed herein), optionally a sterol (e.g., cholesterol), and a nucleic acid. As used herein, the term "SNALP" refers to a stable nucleic acid-lipid particle. A SNALP represents a particle made from lipids, wherein the nucleic acid (e.g., an interfering RNA) is encapsulated within the lipids. In certain instances, SNALPs are useful for systemic applications, as they can exhibit extended circulation lifetimes following intravenous (i.v.) injection, they can accumulate at distal sites (e.g., sites physically separated from the administration site), and they can mediate silencing of target gene expression at these distal sites. The nucleic acid may be complexed with a condensing agent and encapsulated within a SNALP as set forth in International Publication No. WO 00/03683, the disclosure of which is herein incorporated by reference in its entirety.

For example, the lipid particle may include a cationic lipid, a fusion-promoting lipid (e.g., DPPC), a neutral lipid, cholesterol, and a PEG-modified lipid. In one embodiment, the lipid particle includes the above lipid mixture in molar ratios of about 20-70% cationic lipid: 0.1-50% fusion promoting lipid: 5-45% neutral lipid: 20-55% cholesterol: 0.5-15% PEG-modified lipid (based upon 100% total moles of lipid in the lipid particle).

In another embodiment of the lipid particle, the cationic lipid is present in a mole percentage of about 20% and about 60%; the neutral lipid is present in a mole percentage of about 5% to about 25%; the sterol is present in a mole percentage of about 25% to about 55%; and the PEG lipid is PEG-DMA, PEG-DMG, or a combination thereof, and is present in a mole percentage of about 0.5% to about 15% (based upon 100% total moles of lipid in the lipid particle).

In particular embodiments, the molar lipid ratio, with regard to mol % cationic lipid/DSPC/Chol/PEG-DMG or PEG-DMA) is approximately 40/10/40/10, 35/15/40/10 or 52/13/30/5. This mixture may be further combined with a fusion-promoting lipid in a molar ratio of 0.1-50%, 0.1-50%, 0.5-50%, 1-50%, 5%-45%, 10%-40%, or 15%-35%. In other words, when a 40/10/40/10 mixture of lipid/DSPC/Chol/PEG-DMG or PEG-DMA is combined with a fusion-promoting peptide in a molar ratio of 50%, the resulting lipid particles can have a total molar ratio of (mol % cationic lipid/DSPC/Chol/PEG-DMG or PEG-DMA/fusion-promoting peptide) 20/5/20/5/50. In another embodiment, the neutral lipid, DSPC, in these compositions is replaced with POPC, DPPC, DOPE or SM.

In one embodiment, the lipid particles comprise a cationic lipid of the present invention, a neutral lipid, a sterol and a PEG-modified lipid. In one embodiment, the lipid particles include from about 25% to about 75% on a molar basis of cationic lipid, e.g., from about 35 to about 65%, from about 45 to about 65%, about 60%, about 57.5%, about 57.1%, about 50% or about 40% on a molar basis. In one embodiment, the lipid particles include from about 0% to about 15% on a molar basis of the neutral lipid, e.g., from about 3 to about 12%, from about 5 to about 10%, about 15%, about 10%, about 7.5%, about 7.1% or about 0% on a molar basis. In one embodiment, the neutral lipid is DPPC. In one embodiment, the neutral lipid is DSPC. In one embodiment, the formulation includes from about 5% to about 50% on a molar basis of the sterol, e.g., about 15 to about 45%, about 20 to about 40%, about 48%, about 40%, about 38.5%, about 35%, about 34.4%, about 31.5% or about 31% on a molar basis. In one embodiment, the sterol is cholesterol.

The lipid particles described herein may further include one or more therapeutic agents. In a preferred embodiment, the lipid particles include a nucleic acid (e.g., an oligonucleotide), such as siRNA or miRNA.

In one embodiment, the lipid particles include from about 0.1% to about 20% on a molar basis of the PEG-modified lipid, e.g., about 0.5 to about 10%, about 0.5 to about 5%, about 10%, about 5%, about 3.5%, about 1.5%, about 0.5%, or about 0.3% on a molar basis. In one embodiment, the PEG-modified lipid is PEG-DMG. In one embodiment, the PEG-modified lipid is PEG-c-DMA. In one embodiment, the lipid particles include 25-75% of cationic lipid, 0.5-15% of the neutral lipid, 5-50% of the sterol, and 0.5-20% of the PEG-modified lipid on a molar basis.

In one embodiment, the lipid particles include 35-65% of cationic lipid, 3-12% of the neutral lipid, 15-45% of the sterol, and 0.5-10% of the PEG-modified lipid on a molar basis. In one embodiment, the lipid particles include 45-65% of cationic lipid, 5-10% of the neutral lipid, 25-40% of the sterol, and 0.5-5% of the PEG-modified lipid on a molar basis. In one embodiment, the PEG modified lipid comprises a PEG molecule of an average molecular weight of 2,000 Da. In one embodiment, the PEG modified lipid is PEG-distyryl glycerol (PEG-DSG).

In one embodiment, the ratio of lipid:siRNA is at least about 0.5:1, at least about 1:1, at least about 2:1, at least about 3:1, at least about 4:1, at least about 5:1, at least about 6:1, at least about 7:1, at least about 11:1 or at least about 33:1. In one embodiment, the ratio of lipid:siRNA ratio is between about 1:1 to about 35:1, about 3:1 to about 15:1, about 4:1 to about 15:1, or about 5:1 to about 13:1. In one embodiment, the ratio of lipid:siRNA ratio is between about 0.5:1 to about 12:1.

In one embodiment, the lipid particles are nanoparticles. In additional embodiments, the lipid particles have a mean diameter size of from about 50 nm to about 300 nm, such as from about 50 nm to about 250 nm, for example, from about 50 nm to about 200 nm.

In one embodiment, a lipid particle containing a cationic lipid of any of the embodiments described herein has an in vivo half life ($t_{1/2}$) (e.g., in the liver, spleen or plasma) of less than about 3 hours, such as less than about 2.5 hours, less than about 2 hours, less than about 1.5 hours, less than about 1 hour, less than about 0.5 hour or less than about 0.25 hours.

In another embodiment, a lipid particle containing a cationic lipid of any of the embodiments described herein has an in vivo half life ($t_{1/2}$) (e.g., in the liver, spleen or plasma) of less than about 10% (e.g., less than about 7.5%, less than about 5%, less than about 2.5%) of that for the same cationic lipid without the biodegrable group or groups.

Additional Components

The lipid particles and compositions described herein can further include one or more antioxidants. The antioxidant stabilizes the lipid particle and prevents, decreases, and/or inhibits degradation of the cationic lipid and/or active agent present in the lipid particles. The antioxidant can be a hydrophilic antioxidant, a lipophilic antioxidant, a metal chelator, a primary antioxidant, a secondary antioxidant, salts thereof, and mixtures thereof. In certain embodiments, the antioxidant comprises a metal chelator such as EDTA or salts thereof, alone or in combination with one, two, three, four, five, six, seven, eight, or more additional antioxidants such as primary antioxidants, secondary antioxidants, or other metal chelators. In one preferred embodiment, the antioxidant comprises a metal chelator such as EDTA or

salts thereof in a mixture with one or more primary antioxidants and/or secondary antioxidants. For example, the antioxidant may comprise a mixture of EDTA or a salt thereof, a primary antioxidant such as a-tocopherol or a salt thereof, and a secondary antioxidant such as ascorbyl palmitate or a salt thereof. In one embodiment, the antioxidant comprises at least about 100 mM citrate or a salt thereof. Examples of antioxidants include, but are not limited to, hydrophilic antioxidants, lipophilic antioxidants, and mixtures thereof. Non-limiting examples of hydrophilic antioxidants include chelating agents (e.g., metal chelators) such as ethylenediaminetetraacetic acid (EDTA), citrate, ethylene glycol tetraacetic acid (EGTA), 1,2-bis(o-aminophenoxy) ethane-N,N,N',N'-tetraacetic acid (BAPTA), diethylene triamine pentaacetic acid (DTPA), 2,3-dimercapto-1-propanesulfonic acid (DMPS), dimercaptosuccinic acid (DMSA), cc-lipoic acid, salicylaldehyde isonicotinoyl hydrazone (SIH), hexyl thioethylamine hydrochloride (HTA), desferrioxamine, salts thereof, and mixtures thereof. Additional hydrophilic antioxidants include ascorbic acid, cysteine, glutathione, dihydrolipoic acid, 2-mercaptoethane sulfonic acid, 2-mercaptobenzimidazole sulfonic acid, 6-hydroxy-2,5,7,8-tetramethylchroman-2-carboxylic acid, sodium metabisulfite, salts thereof, and mixtures thereof. Non-limiting examples of lipophilic antioxidants include vitamin E isomers such as α-, β-, γ-, and δ-tocopherols and α-, β-, γ-, and δ-tocotrienols; polyphenols such as 2-tert-butyl-4-methyl phenol, 2-fert-butyl-5-methyl phenol, and 2-tert-butyl-6-methyl phenol; butylated hydroxyanisole (BHA) (e.g., 2-teri-butyl-4-hydroxyanisole and 3-tert-butyl-4-hydroxyanisole); butylhydroxytoluene (BHT); tert-butylhydroquinone (TBHQ); ascorbyl palmitate; rc-propyl gallate; salts thereof; and mixtures thereof. Suitable antioxidants and formulations containing such antioxidants are described in International Publication No. WO 2011/066651, which is hereby incorporated by reference.

In another embodiment, the lipid particles or compositions contain the antioxidant EDTA (or a salt thereof), the antioxidant citrate (or a salt thereof), or EDTA (or a salt thereof) in combination with one or more (e.g., a mixture of) primary and/or secondary antioxidants such as α-tocopherol (or a salt thereof) and/or ascorbyl palmitate (or a salt thereof).

In one embodiment, the antioxidant is present in an amount sufficient to prevent, inhibit, or reduce the degradation of the cationic lipid present in the lipid particle. For example, the antioxidant may be present at a concentration of at least about or about 0.1 mM, 0.5 mM, 1 mM, 10 mM, 100 mM, 500 mM, 1 M, 2 M, or 5M, or from about 0.1 mM to about 1 M, from about 0.1 mM to about 500 mM, from about 0.1 mM to about 250 mM, or from about 0.1 mM to about 100 mM.

The lipid particles and compositions described herein can further include an apolipoprotein. As used herein, the term "apolipoprotein" or "lipoprotein" refers to apolipoproteins known to those of skill in the art and variants and fragments thereof and to apolipoprotein agonists, analogues or fragments thereof described below.

In a preferred embodiment, the active agent is a nucleic acid, such as a siRNA. For example, the active agent can be a nucleic acid encoded with a product of interest, including but not limited to, RNA, antisense oligonucleotide, an antagomir, a DNA, a plasmid, a ribosomal RNA (rRNA), a micro RNA (miRNA) (e.g., a miRNA which is single stranded and 17-25 nucleotides in length), transfer RNA (tRNA), a small interfering RNA (siRNA), small nuclear RNA (snRNA), antigens, fragments thereof, proteins, peptides, vaccines and small molecules or mixtures thereof. In one more preferred embodiment, the nucleic acid is an oligonucleotide (e.g., 15-50 nucleotides in length (or 15-30 or 20-30 nucleotides in length)). An siRNA can have, for instance, a duplex region that is 16-30 nucleotides long. In another embodiment, the nucleic acid is an immunostimulatory oligonucleotide, decoy oligonucleotide, supermir, miRNA mimic, or miRNA inhibitor. A supermir refers to a single stranded, double stranded or partially double stranded oligomer or polymer of ribonucleic acid (RNA) or deoxyribonucleic acid (DNA) or both or modifications thereof, which has a nucleotide sequence that is substantially identical to an miRNA and that is antisense with respect to its target. miRNA mimics represent a class of molecules that can be used to imitate the gene silencing ability of one or more miRNAs. Thus, the term "microRNA mimic" refers to synthetic non-coding RNAs (i.e. the miRNA is not obtained by purification from a source of the endogenous miRNA) that are capable of entering the RNAi pathway and regulating gene expression.

The nucleic acid that is present in a lipid-nucleic acid particle can be in any form. The nucleic acid can, for example, be single-stranded DNA or RNA, or double-stranded DNA or RNA, or DNA-RNA hybrids. Non-limiting examples of double-stranded RNA include siRNA. Single-stranded nucleic acids include, e.g., antisense oligonucleotides, ribozymes, microRNA, and triplex-forming oligonucleotides. The lipid particles of the present invention can also deliver nucleic acids which are conjugated to one or more ligands.

Pharmaceutical Compositions

The lipid particles, particularly when associated with a therapeutic agent, may be formulated as a pharmaceutical composition, e.g., which further comprises a pharmaceutically acceptable diluent, excipient, or carrier, such as physiological saline or phosphate buffer.

The resulting pharmaceutical preparations may be sterilized by conventional, well known sterilization techniques. The aqueous solutions can then be packaged for use or filtered under aseptic conditions and lyophilized, the lyophilized preparation being combined with a sterile aqueous solution prior to administration. The compositions may contain pharmaceutically acceptable auxiliary substances as required to approximate physiological conditions, such as pH adjusting and buffering agents, and tonicity adjusting agents, for example, sodium acetate, sodium lactate, sodium chloride, potassium chloride, and calcium chloride. Additionally, the lipidic suspension may include lipid-protective agents which protect lipids against free-radical and lipid-peroxidative damages on storage. Lipophilic free-radical quenchers, such as α-tocopherol and water-soluble iron-specific chelators, such as ferrioxamine, are suitable.

The concentration of lipid particle or lipid-nucleic acid particle in the pharmaceutical formulations can vary, for example, from less than about 0.01%, to at or at least about 0.05-5% to as much as 10 to 30% by weight.

Methods of Manufacture

Methods of making cationic lipids, lipid particles containing them, and pharmaceutical compositions containing the cationic lipids and/or lipid particles are described in, for example, International Publication Nos. WO 2010/054406, WO 2010/054401, WO 2010/054405, WO 2010/054384, WO 2010/042877, WO 2010/129709, WO 2009/086558, and WO 2008/042973, and U.S. Patent Publication Nos. 2004/0142025, 2006/0051405 and 2007/0042031, each of which is incorporated by reference in its entirety.

For example, in one embodiment, a solution of one or more lipids (including a cationic lipid of any of the embodiments described herein) in an organic solution (e.g., ethanol) is prepared. Similarly, a solution of one or more active (therapeutic) agents (such as, for example an siRNA molecule or a 1:1 molar mixture of two siRNA molecules) in an aqueous buffered (e.g., citrate buffer) solution is prepared. The two solutions are mixed and diluted to form a colloidal suspension of siRNA lipid particles. In one embodiment, the siRNA lipid particles have an average particle size of about 80-90 nm. In further embodiments, the dispersion may be filtered through 0.45/2 micron filters, concentrated and diafiltered by tangential flow filtration.

## Definitions

As used herein, the term "cationic lipid" includes those lipids having one or two fatty acid or fatty aliphatic chains and an amino acid containing head group that may be protonated to form a cationic lipid at physiological pH. In some embodiments, a cationic lipid is referred to as an "amino acid conjugate cationic lipid."

A subject or patient in whom administration of the complex is an effective therapeutic regimen for a disease or disorder is preferably a human, but can be any animal, including a laboratory animal in the context of a clinical trial or screening or activity experiment. Thus, as can be readily appreciated by one of ordinary skill in the art, the methods, compounds and compositions of the present invention are particularly suited to administration to any animal, particularly a mammal, and including, but by no means limited to, humans, domestic animals, such as feline or canine subjects, farm animals, such as but not limited to bovine, equine, caprine, ovine, and porcine subjects, wild animals (whether in the wild or in a zoological garden), research animals, such as mice, rats, rabbits, goats, sheep, pigs, dogs, and cats, avian species, such as chickens, turkeys, and songbirds, i.e., for veterinary medical use.

Many of the chemical groups recited in the generic formulas above are written in a particular order (for example, —OC(O)—). It is intended that the chemical group is to be incorporated into the generic formula in the order presented unless indicated otherwise. For example, a generic formula of the form —$(R)_i$-$(M^1)_k$-$(R)_m$— where $M^1$ is —C(O)O— and k is 1 refers to —$(R)_i$—C(O)O—$(R)_m$— unless specified otherwise. It is to be understood that when a chemical group is written in a particular order, the reverse order is also contemplated unless otherwise specified. For example, in a generic formula —$(R)_i$-$(M^1)_k$-$(R)_m$— where $M^1$ is defined as —C(O)NH— (i.e., —$(R)_i$—C(O)—NH—$(R)_m$—), the compound where $M^1$ is —NHC(O)— (i.e., —$(R)_i$—NHC(O)—$(R)_m$—) is also contemplated unless otherwise specified.

The term "biodegradable cationic lipid" refers to a cationic lipid having one or more biodegradable groups located in the mid- or distal section of a lipidic moiety (e.g., a hydrophobic chain) of the cationic lipid. The incorporation of the biodegradable group(s) into the cationic lipid results in faster metabolism and removal of the cationic lipid from the body following delivery of the active pharmaceutical ingredient to a target area.

As used herein, the term "biodegradable group" refers to a group that include one or more bonds that may undergo bond breaking reactions in a biological environment, e.g., in an organism, organ, tissue, cell, or organelle. For example, the biodegradable group may be metabolizable by the body of a mammal, such as a human (e.g., by hydrolysis). Some groups that contain a biodegradable bond include, for example, but are not limited to esters, dithiols, and oximes. Non-limiting examples of biodegradable groups are —OC(O)—, —C(O)O—, —SC(O)—, —C(O)S—, —OC(S)—, —C(S)O—, —S—S—, —C($R^5$)=N—, —N=C($R^5$)—, —C($R^5$)=N—O—, —O—N=C($R^5$)—, —C(O)(N$R^5$)—, —N($R^5$)C(O)—, —C(S)(N$R^5$)—, —N($R^5$)C(O)—, —N($R^5$)C(O)N($R^5$)—, —OC(O)O—, —OSi$(R^5)_2$O—, —C(O)(C$R^3R^4$)C(O)O—, or —OC(O)(C$R^3R^4$)C(O)—.



As used herein, an "aliphatic" group is a non-aromatic group in which carbon atoms are linked into chains, and is either saturated or unsaturated.

The terms "alkyl" and "alkylene" refer to a straight or branched chain saturated hydrocarbon moiety. In one embodiment, the alkyl group is a straight chain saturated hydrocarbon. Unless otherwise specified, the "alkyl" or "alkylene" group contains from 1 to 24 carbon atoms. Representative saturated straight chain alkyl groups include methyl, ethyl, n-propyl, n-butyl, n-pentyl, and n-hexyl. Representative saturated branched alkyl groups include isopropyl, sec-butyl, isobutyl, tert-butyl, and isopentyl.

The term "alkenyl" refers to a straight or branched chain hydrocarbon moiety having one or more carbon-carbon double bonds. In one embodiment, the alkenyl group contains 1, 2, or 3 double bonds and is otherwise saturated. Unless otherwise specified, the "alkenyl" group contains from 2 to 24 carbon atoms. Alkenyl groups include both cis and trans isomers. Representative straight chain and branched alkenyl groups include ethylenyl, propylenyl, 1-butenyl, 2-butenyl, isobutylenyl, 1-pentenyl, 2-pentenyl, 3-methyl-1-butenyl, 2-methyl-2-butenyl, and 2,3-dimethyl-2-butenyl.

The term "alkynyl" refers to a straight or branched chain hydrocarbon moiety having one or more carbon-carbon triple bonds. Unless otherwise specified, the "alkynyl" group contains from 2 to 24 carbon atoms. Representative straight chain and branched alkynyl groups include acetylenyl, propynyl, 1-butynyl, 2-butynyl, 1-pentynyl, 2-pentynyl, and 3-methyl-1-butynyl.

Unless otherwise specified, the terms "branched alkyl", "branched alkenyl", and "branched alkynyl" refer to an alkyl, alkenyl, or alkynyl group in which one carbon atom in the group (1) is bound to at least three other carbon atoms and (2) is not a ring atom of a cyclic group. For example, a spirocyclic group in an alkyl, alkenyl, or alkynyl group is not considered a point of branching.

Unless otherwise specified, the term "acyl" refers to a carbonyl group substituted with hydrogen, alkyl, partially saturated or fully saturated cycloalkyl, partially saturated or fully saturated heterocycle, aryl, or heteroaryl. For example, acyl groups include groups such as ($C_1$-$C_{20}$)alkanoyl (e.g., formyl, acetyl, propionyl, butyryl, valeryl, caproyl, and t-butylacetyl), ($C_3$-$C_{20}$)cycloalkylcarbonyl (e.g., cyclopropylcarbonyl, cyclobutylcarbonyl, cyclopentylcarbonyl, and cyclohexylcarbonyl), heterocyclic carbonyl (e.g., pyrrolidinylcarbonyl, pyrrolid-2-one-5-carbonyl, piperidinylcarbonyl, piperazinylcarbonyl, and tetrahydrofuranylcarbonyl), aroyl (e.g., benzoyl) and heteroaroyl (e.g., thiophenyl-2-carbonyl, thiophenyl-3-carbonyl, furanyl-2-carbonyl, furanyl-3-carbonyl, 1H-pyrroyl-2-carbonyl, 1H-pyrroyl-3-carbonyl, and benzo[b]thiophenyl-2-carbonyl).

The term "aryl" refers to an aromatic monocyclic, bicyclic, or tricyclic hydrocarbon ring system. Unless otherwise specified, the "aryl" group contains from 6 to 14 carbon atoms. Examples of aryl moieties include, but are not limited to, phenyl, naphthyl, anthracenyl, and pyrenyl.

The terms "cycloalkyl" and "cycloalkylene" refer to a saturated monocyclic or bicyclic hydrocarbon moiety such as cyclopropyl, cyclobutyl, cyclopentyl, and cyclohexyl. Unless otherwise specified, the "cycloalkyl" or "cycloalkylene" group contains from 3 to 10 carbon atoms.

The term "cycloalkylalkyl" refers to a cycloalkyl group bound to an alkyl group, where the alkyl group is bound to the rest of the molecule.

The term "heterocycle" (or "heterocyclyl") refers to a non-aromatic 5- to 8-membered monocyclic, or 7- to 12-membered bicyclic, or 11- to 14-membered tricyclic ring system which is either saturated or unsaturated, and which contains from 1 to 3 heteroatoms if monocyclic, 1-6 heteroatoms if bicyclic, or 1-9 heteroatoms if tricyclic, independently selected from nitrogen, oxygen and sulfur, and wherein the nitrogen and sulfur heteroatoms may be optionally oxidized, and the nitrogen heteroatom may be optionally quaternized. For instance, the heterocycle may be a cycloalkoxy group. The heterocycle may be attached to the rest of the molecule via any heteroatom or carbon atom in the heterocycle. Heterocycles include, but are not limited to, morpholinyl, pyrrolidinonyl, pyrrolidinyl, piperidinyl, piperizynyl, hydantoinyl, valerolactamyl, oxiranyl, oxetanyl, tetrahydrofuranyl, tetrahydropyranyl, tetrahydropyridinyl, tetrahydroprimidinyl, tetrahydrothiophenyl, tetrahydrothiopyranyl, tetrahydropyrimidinyl, tetrahydrothiophenyl, and tetrahydrothiopyranyl.

The term "heteroaryl" refers to an aromatic 5-8 membered monocyclic, 7-12 membered bicyclic, or 11-14 membered tricyclic ring system having 1-3 heteroatoms if monocyclic, 1-6 heteroatoms if bicyclic, or 1-9 heteroatoms if tricyclic, where the heteroatoms are selected from O, N, or S (e.g., carbon atoms and 1-3, 1-6, or 1-9 heteroatoms of N, O, or S if monocyclic, bicyclic, or tricyclic, respectively). The heteroaryl groups herein described may also contain fused rings that share a common carbon-carbon bond.

The term "substituted", unless otherwise indicated, refers to the replacement of one or more hydrogen radicals in a given structure with the radical of a specified substituent including, but not limited to: halo, alkyl, alkenyl, alkynyl, aryl, heterocyclyl, thiol, alkylthio, oxo, thioxy, arylthio, alkylthioalkyl, arylthioalkyl, alkylsulfonyl, alkylsulfonylalkyl, arylsulfonylalkyl, alkoxy, aryloxy, aralkoxy, aminocarbonyl, alkylaminocarbonyl, arylaminocarbonyl, alkoxycarbonyl, aryloxycarbonyl, haloalkyl, amino, trifluoromethyl, cyano, nitro, alkylamino, arylamino, alkylaminoalkyl, arylaminoalkyl, aminoalkylamino, hydroxy, alkoxyalkyl, carboxyalkyl, alkoxycarbonylalkyl, aminocarbonylalkyl, acyl, aralkoxycarbonyl, carboxylic acid, sulfonic acid, sulfonyl, phosphonic acid, aryl, heteroaryl, heterocyclic, and an aliphatic group. It is understood that the substituent may be further substituted. Exemplary substituents include amino, alkylamino, dialkylamino, and cyclic amino compounds.

The term "halogen" or "halo" refers to fluoro, chloro, bromo and iodo.

The following abbreviations may be used in this application:

DSPC: distearoylphosphatidylcholine; DPPC: 1,2-Dipalmitoyl-sn-glycero-3-phosphocholine; POPC: 1-palmitoyl-2-oleoyl-sn-phosphatidylcholine; DOPE: 1,2-dileoyl-sn-3-phosphoethanolamine; PEG-DMG generally refers to 1,2-dimyristoyl-sn-glycerol-methoxy polyethylene glycol (e.g., PEG 2000); TBDPSCl: tert-Butylchlorodiphenylsilane; DMAP: dimethylaminopyridine; HMPA: hexamethylphosphoramide; EDC: 1-ethyl-3-(3-dimethylaminopropyl) carbodiimide; DIPEA: diisopropylethylamine; DCM: dichloromethane; TEA: triethylamine; TBAF: tetrabutylammonium fluoride

Methods to prepare various organic groups and protective groups are known in the art and their use and modification is generally within the ability of one of skill in the art (see, for example, Green, T. W. et. al., *Protective Groups in Organic Synthesis* (1999); Stanley R. Sandler and Wolf Karo, *Organic Functional Group Preparations* (1989); Greg T. Hermanson, *Bioconjugate Techniques* (1996); and Leroy G. Wade, *Compendium Of Organic Synthetic Methods* (1980)). Briefly, protecting groups are any group that reduces or eliminates unwanted reactivity of a functional group. A protecting group can be added to a functional group to mask its reactivity during certain reactions and then removed to reveal the original functional group. In some embodiments an "alcohol protecting group" is used. An "alcohol protecting group" is any group which decreases or eliminates unwanted reactivity of an alcohol functional group. Protecting groups can be added and removed using techniques well known in the art.

The compounds may be prepared by at least one of the techniques described herein or known organic synthesis techniques.

## EXAMPLES

### Example 1

Scheme 1. ALNY-322/quaternary salts



-continued




Compound 2: To a solution of compound 1 (10.0 g, 18.8 mmol, see International Publication No. WO 2010/054406) in $CH_2Cl_2$ (80 mL) were added triethylamine (7.86 mL, 56.4 mmol), DMAP (459 mg, 3.76 mmol) and tert-butyl(chloro)diphenylsilane (9.62 mL, 37.6 mmol). The reaction mixture was stirred for 24 hours. The mixture was then diluted with $CH_2Cl_2$ and washed with aqueous saturated $NaHCO_3$ solution. The organic layer was separated and dried over anhydrous $Na_2SO_4$. After filtration and concentration, the crude product was purified by silica gel column chromatography (0-5% EtOAc in hexane) to afford 2 (12.4 g, 16.1 mmol, 86%, $R_f$=0.24 with hexane). $^1$H NMR (400 MHz, $CDCl_3$) δ 7.66-7.68 (m, 4H), 7.33-7.42 (m, 6H), 5.30-5.39 (m, 4H), 3.67-3.72 (m, 1H), 1.97-2.04 (m, 8H), 1.07-1.42 (m, 52H), 1.05 (s, 9H), 0.88 (t, J=6.8 Hz, 6H).

Compound 3: To a solution of 2 (12.4 g, 16.1 mmol) in tert-butanol (100 mL), THF (30 mL) and $H_2O$ (10 mL) were added 4-methylmorpholine N-oxide (4.15 g, 35.4 mmol) and osmium tetroxide (41 mg, 0.161 mg). The reaction mixture was stirred for 16 hours, then quenched by adding sodium bisulfite. After removing the solvents by evaporation, the residue was extracted with $Et_2O$ (500 mL) and $H_2O$ (300 mL). The organic layer was separated and dried over anhydrous $Na_2SO_4$. After filtration and concentration, the crude was purified by silica gel column chromatography (hexane: EtOAc=1:1, $R_f$=0.49) to afford 3 (12.7 g, 15.1 mmol, 94%). $^1$H NMR (400 MHz, $CDCl_3$) δ 7.66-7.68 (m, 4H), 7.33-7.43 (m, 6H), 3.67-3.73 (m, 1H), 3.57-3.62 (m, 4H), 1.82 (t, J=5.0 Hz, 4H), 1.10-1.51 (m, 60H), 1.04 (s, 9H), 0.88 (t, J=6.8 Hz, 6H).

Compound 4: To a solution of 3 (12.6 g, 15.0 mmol) in 1,4-dioxane (220 mL), $CH_2Cl_2$ (70 mL), MeOH (55 mL), and $H_2O$ (55 mL) was added $NaIO_4$ (7.70 g, 36.0 mmol). The reaction mixture was stirred for 16 hours at room temperature. The mixture was extracted with $Et_2O$ (500 mL) and $H_2O$ (300 mL). The organic layer was separated and dried over anhydrous $Na_2SO_4$. After filtration and concentration, the crude product was purified by silica gel column

chromatography (Hexane:EtOAc=9:1, $R_f$=0.30) to afford 4 (7.98 g, 14.5 mmol, 97%). Molecular weight for $C_{35}H_{54}NaO_3Si$ $(M+Na)^+$ Calc. 573.3740, Found 573.3.

Compound 7: To a solution of 5 (see, Tetrahedron, 63, 1140-1145, 2006; 1.09 g, 2.18 mmol) in THF (20 mL) and HMPA (4 mL), LiHMDS (1 M THF solution, 4.36 mL, 4.36 mmol) was added at −20° C. The resulting mixture was stirred for 20 minutes at the same temperature, then cooled to −78° C. A solution of 4 (500 mg, 0.908 mmol) in THF (4 mL) was added. The mixture was stirred and allowed to warm to room temperature overnight. MS analysis showed the formation of the di-acid (6; $C_{53}H_{85}O_5Si$ $(M-H)^-$ calc. 829.6166, observed 829.5). To the mixture, $NaHCO_3$ (1.10 g, 13.1 mmol) and dimethyl sulfate (1.24 mL, 13.1 mmol) were added and stirred for 2 hours at room temperature. The reaction was quenched by adding saturated $NH_4Cl$ aqueous solution (50 mL) then extracted with $Et_2O$ (2×100 mL). The organic layer was separated and dried over anhydrous $Na_2SO_4$. After filtration and concentration, the crude product was purified by silica gel column chromatography (Hexane: EtOAc=9:1, $R_f$=0.35) to afford 7 (270 mg, 0.314 mmol, 35%). Molecular weight for $C_{55}H_{90}NaO_5Si$ $(M+Na)^+$ Calc. 881.6455, Found 881.6484.

Compound 8: To a solution of 7 (265 mg, 0.308 mmol) in THF (2.5 mL), n-TBAF (1 M THF solution, 0.555 mL, 0.555 mmol) was added. The reaction mixture was stirred for 14 hours at 45° C. After concentration, the mixture was purified by silica gel column chromatography (Hexane: EtOAc=3:1, $R_f$=0.52) to afford 8 (155 mg, 0.250 mmol, 81%). Molecular weight for $C_{39}H_{72}NaO_5$ $(M+Na)^+$ Calc. 643.5277, Found 643.5273.

Compound 9: To a solution of compound 8 (150 mg, 0.242 mmol) and 4-(dimethylamino)butyric acid hydrochloride (49 mg, 0.290 mmol) in $CH_2Cl_2$ (5 mL) were added diisopropylethylamine (0.126 mL, 0.726 mmol), N-(3-dimethylaminopropyl)-N'-ethylcarbodiimide hydrochloride (56 mg, 0.290 mmol) and DMAP (6 mg, 0.0484 mmol). The reaction mixture was stirred at room temperature for 14 hours. The reaction mixture was then diluted with $CH_2Cl_2$ (100 mL) and washed with saturated $NaHCO_3$ aq. (50 mL). The organic layer was dried over $MgSO_4$, filtered and concentrated. The crude product was purified by silica gel column chromatography (0-5% MeOH in $CH_2Cl_2$) to afford compound 9 (121 mg, 0.165 mmol, 68%, $R_f$=0.25 developed with 5% MeOH in $CH_2Cl_2$). Molecular weight for $C_{45}H_{84}NO_6$ $(M+H)^+$ Calc. 734.6299, Found 734.5.

Compound 10: Treatment of compound 9 with $CH_3Cl$ in $CH_3CN$ and $CHCl_3$ can afford compound 10.

## Example 2

Scheme 2


HOOC
OTBDPS
HOOC
14
O
⁻Br⁺Ph₃P
OH
13
LiHMDS/THF/HMPA
NaHCO₃/(EtO)₂SO₂
O
OTBDPS
O
4
LiHMDS/THF/HMPA
O
⁻Br⁺Ph₃P
OEt
11
EtOOC
OTBDPS
EtOOC
12
46% from 13
19% from 11
TBAF
THF
EtOOC
OH
EtOOC
15 (66%)
+
HOOC
OH
EtOOC
16 (25%)
TMSCHN₂/MeOH
HO
O
HCl
N
EDCl/DMAP
CH₂Cl₂/DIPEA
EtOOC
O
O
N
EtOOC
17 (80%)
CH₃Cl/CH₃CN/CHCl₃
Cl
EtOOC
O
O
N
EtOOC
18

-continued




21

Compound 12: To a solution of 11 (Journal of Medicinal Chemistry (1995), 38, 636-46; 1.25 g, 2.58 mmol) in THF (20 mL) and HMPA (4 mL), LiHMDS (1 M THF solution, 2.58 mL, 2.58 mmol) was added at −20° C. The mixture was stirred for 20 min at the same temperature, then cooled to −78° C. A solution of 4 (500 mg, 0.908 mmol) in THF (9 mL) and HMPA (0.9 mL) was added. The mixture was stirred from −78° C. to room temperature overnight. The reaction was quenched by adding $H_2O$ (40 mL) then extracted with $Et_2O$ (150 mL×3). The organic layer was separated and dried over anhydrous $Na_2SO_4$. After filtration and concentration, the crude was purified by silica gel column chromatography (Hexane:EtOAc=9:1, $R_f$=0.35) to give 12 (136 mg, 0.169 mmol, 19%). Molecular weight for $C_{51}H_{82}NaO_5Si$ $(M+Na)^+$ Calc. 825.5829, Found 825.5.

Using 13 in place of 5, a procedure analogous to that described for compound 7 was followed to afford compound 12 (135 mg, 0.168 mmol, 46%).

Compound 15/Compound 16: To a solution of 12 (800 mg, 0.996 mmol) in THF (5 mL), n-TBAF (1 M THF solution, 5 mL, 5.00 mmol) was added. The reaction mixture was stirred for 16 h at 45° C. After concentration, the mixture was purified by silica gel column chromatography to give 15 (Hexane:EtOAc=3:1, $R_f$=0.46, 372 mg, 0.659 mmol, 66%) and 16 ($CH_2Cl_2$:MeOH=95:5, $R_f$=0.36, 135 mg, 0.251 mmol, 25%). Molecular weight for 15; $C_{35}H_{64}NaO_5$ $(M+Na)^+$ Calc. 587.4651, Found 587.4652. Molecular weight for 16; $C_{33}H_{61}O_5(M+H)^+$ Calc. 537.4519, Found 537.5.

Compound 17: To a solution of compound 15 (164 mg, 0.290 mmol) and 4-(dimethylamino)butyric acid hydrochloride (58 mg, 0.348 mmol) in $CH_2Cl_2$ (5 mL) were added diisopropylethylamine (0.152 mL, 0.870 mmol), N-(3-dimethylaminopropyl)-N'-ethylcarbodiimide hydrochloride (67 mg, 0.348 mmol) and DMAP (7 mg, 0.058 mmol). The reaction mixture was stirred at room temperature for 14 hours. The reaction mixture was diluted with $CH_2Cl_2$ (100 mL) and washed with saturated $NaHCO_3$ aq. (50 mL). The organic layer was dried over $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography (0-5% MeOH in $CH_2Cl_2$) to give compound 17 (158 mg, 0.233 mmol, 80%, $R_f$=0.24 developed with 5% MeOH in $CH_2Cl_2$). Molecular weight for $C_{45}H_{84}NO_6$ $(M+H)^+$ Calc. 734.6299, Found 734.5.

Compound 18: Treatment of compound 17 with $CH_3Cl$ in $CH_3CN$ and $CHCl_3$ can afford compound 18.

Compound 19: To a solution of 16 (130 mg, 0.242 mmol) in THF (2 mL) and MeOH (2 mL), trimethylsilyldiazomethane (2 M solution in $Et_2O$, 0.158 mL, 0.315 mmol) was added. The reaction mixture was stirred for 14 h. After evaporation, the residue was purified by silica gel column chromatography (Hexane:EtOAc=3:1, $R_f$=0.50) to give 19 (99 mg, 0.180 mmol, 74%). $^1H$ NMR (400 MHz, $CDCl_3$) δ 5.29-5.40 (m, 4H), 4.12 (q, J=7.1 Hz, 2H), 3.66 (s, 3H), 3.55-3.59 (m, 1H), 2.30 (dd, J=14.7, 7.2 Hz, 4H), 1.98-2.07 (m, 8H), 1.60-1.68 (m, 4H), 1.23-1.43 (m, 37H).

Compound 20: To a solution of compound 19 (95 mg, 0.168 mmol) and 4-(dimethylamino)butyric acid hydrochloride (42 mg, 0.252 mmol) in $CH_2Cl_2$ (3 mL) were added diisopropylethylamine (0.088 mL, 0.504 mmol), N-(3-dimethylaminopropyl)-N'-ethylcarbodiimide hydrochloride (48 mg, 0.504 mmol) and DMAP (4 mg, 0.034 mmol). The reaction mixture was stirred at room temperature for 14 hours. The reaction mixture was diluted with $CH_2Cl_2$ (100 mL) and washed with saturated $NaHCO_3$ aq. (50 mL). The organic layer was dried over $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography (0-5% MeOH in $CH_2Cl_2$) to give compound 20 (103 mg, 0.155 mmol, 92%, $R_f$=0.19 developed with 5% MeOH in $CH_2Cl_2$). $^1H$ NMR (400 MHz, $CDCl_3$) δ 5.29-5.40 (m, 4H), 4.83-4.89 (m, 1H), 4.12 (q, J=7.1 Hz, 2H), 3.67 (s, 3H), 2.28-2.34 (m, 8H), 2.23 (s, 6H), 1.98-2.07 (m, 8H), 1.76-1.83 (m, 2H), 1.60-1.68 (m, 4H), 1.23-1.51 (m, 35H).

Compound 21: Treatment of compound 20 with $CH_3Cl$ in $CH_3CN$ and $CHCl_3$ can afford compound 21.

Example 3: Alternate Synthesis for Di-Aldehyde Intermediate 4

Scheme 3



-continued



The di-aldehyde 4 can be synthesized as shown in Scheme 3, using 1-bromo-9-decene. Di-aldehyde containing a head group 27 can be useful for the synthesis of terminal ester-substituted lipids using, e.g., a Wittig reaction. Ozonolysis can afford di-aldehyde 4 and 27.

Example 4: Alternate Synthesis for Compound 8

Scheme 4



-continued




Compound 8 can be synthesized as shown in Scheme 4.

Compound 29: To a stirred suspension of NaH (60% in oil, 82 g, 1.7096 mol) in 500 mL anhydrous DMF, a solution of compound 28 (250 g, 1.7096 mol) in 1.5 L DMF was added slowly using a dropping funnel at 0° C. The reaction mixture was stirred for 30 minutes, then benzyl bromide (208.86 mL, 1.7096 mol) was added slowly under an atmosphere of nitrogen. The reaction was then warmed to ambient temperature and stirred for 10 hours. The mixture was then quenched with crushed ice (~2 kg) and extracted with ethyl acetate (2×1 L). The organic layer was washed with water (1 L) to remove unwanted DMF, dried over $Na_2SO_4$ and evaporated to dryness in vacuo. The crude compound was purified on 60-120 silica gel, eluted with 0-5% MeOH in DCM to afford compound 29 (220 g, 54%) as a pale yellow liquid. $^1$H NMR (400 MHz, $CDCl_3$): δ=7.33-7.24 (m, 5H), 4.49 (s, 2H), 3.63-3.60 (m, 2H), 3.47-3.43 (m, 2H), 1.63-1.51 (m, 4H), 1.39-1.23 (m, 8H).

Compound 30: Compound 29 (133 g, 0.5635 mol) was dissolved in 1.5 L of DCM, $CBr_4$ (280.35 g, 0.8456 mol) was added into this stirring solution and the reaction mixture was cooled to 0° C. under an inert atmosphere. $PPh_3$ (251.03 g, 0.9571 mol) was then added in portions keeping the temperature below 20° C. After complete addition, the reaction mixture was stirred for 3 hours at room temperature. After completion of the reaction, the solid ($PPh_3O$) that precipitated from the reaction mixture was removed by filtration, and the filtrate was diluted with crushed ice (~1.5 kg) and extracted with DCM (3×750 mL). The organic layer was separated, dried over anhydrous $Na_2SO_4$ and distilled under vacuum. The resulting crude compound was chromatographed on 60-120 mesh silica gel column using 0-5% ethyl acetate in hexanes as eluting system to afford compound 30 (150 g, 89%) as pale yellow liquid. $^1$H NMR (400 MHz, $CDCl_3$): δ=7.33-7.25 (m, 5H), 4.49 (s, 2H), 3.47-3.41 (m, 2H), 3.41-3.37 (m, 2H), 1.86-1.80 (m, 4H), 1.62-1.56 (m, 2H), 1.42-1.29 (m, 8H).

Compound 31: To freshly activated Mg turnings (24.08 g, 1.003 mol) was added 200 mL anhydrous THF, followed by the addition of pinch of iodine into the mixture under an inert atmosphere. A solution of Compound 30 (150 g, 0.5016 mol) in 1 L of dry THF was added slowly, controlling the exothermic reaction. The reaction was then heated to reflux for 1 hour, then cooled to room temperature. Methyl formate (60.24 g, 1.0033 mol) was then added slowly and the reaction was continued for 2 hours. After completion, the reaction was quenched by slow addition of 10% HCl followed by water (1 L) and extracted with ethyl acetate (3×1 L). The organic layer was taken in 5 litre beaker, diluted with 500 mL of methanol and cooled to 0° C. To this solution, an excess of $NaBH_4$ (~5 eq) was added in portions to ensure hydrolysis of the formate ester which was not cleaved by addition of HCl. The resulting solution was stirred for an hour and then volatilities were removed under vacuum. The residue was taken in water (1 L) and acidified by 10% HCl solution (pH 4). The product was then extracted with ethyl acetate (3×1 L). the organic phase was then dried and concentrated on rotary evaporator to afford the desired compound 31 (57 g, 24%) as solid. $^1$H NMR (400 MHz, $CDCl_3$): δ=7.35-7.32 (m, 8H), 7.29-7.24 (m, 2H), 4.49 (s, 4H), 3.56 (m, 1H), 3.46-3.43 (m, 4H), 1.63-1.56 (m, 4H), 1.44-1.34 (m, 28H). $^{13}$C NMR (100 MHz, $CDCl_3$): δ=138.56, 128.21, 127.49, 127.34, 72.72, 71.76, 70.37, 37.37, 29.64, 29.56, 29.47, 29.33, 26.07, 25.54.

Compound 32: Compound 31 (56 g, 0.1196 mol) was dissolved in 700 mL dry THF and cooled to 0° C. TBSCl

(36.06 g, 0.2396 mol) was added slowly followed by the addition of imidazole (32.55 g, 0.4786 mol) under an inert atmosphere. The reaction was then stirred at room temperature for 18 hours. Upon completion, the reaction was quenched with ice (~1 kg) and extracted with ethyl acetate (3×500 mL). The organic layer was separated, washed with saturated $NaHCO_3$ solution to remove acidic impurities, dried over $Na_2SO_4$ and evaporated under reduce pressure to afford a crude compound that was purified by silica gel (60-120 mesh) and eluted with 0-10% ethyl acetate hexane to afford (60 g, 82%) of compound 32 as yellowish oil. $^1$H NMR (400 MHz, $CDCl_3$): δ=7.33-7.24 (m, 10H), 4.49 (s, 4H), 3.60-3.57 (m, 1H), 3.46-3.43 (m, 4H), 1.61-1.54 (m, 4H), 1.41-1.26 (m, 28H), 0.87 (s, 9H), 0.02 (s, 6H).

Compound 33: Compound 32 (60 g, 0.1030 mol) was dissolved in 500 mL ethyl acetate and degassed with $N_2$ for 20 minutes. (10 wt %) Pd on carbon (12 g) was added and the reaction was stirred under an atmosphere of hydrogen for 18 hours. After completion, the mixture was filtered through a bed of celite and washed with ethyl acetate. The filtrate was evaporated under vacuum to afford compound 33 (19 g, 46%) that was pure enough to use in the next synthetic sequence. $^1$H NMR (400 MHz, $CDCl_3$): δ=3.64-3.58 (m, 5H), 1.59 (br, 2H), 1.57-1.51 (m, 4H), 1.38-1.22 (m, 28H), 0.87 (s, 9H), 0.02 (s, 6H).

Compound 34: Compound 33 (8.2 g, 0.0199 mol) was dissolved in 100 mL dry DCM and cooled to 0° C. TEA (22.14 mL, 0.1592 mol) was added under an inert atmosphere. After stirring the mixture for 5 minutes, mesyl chloride (4.6 mL, 0.059 mol) was added drop wise and the reaction was stirred further for 3 hours. After completion of the reaction, the mixture was quenched with ice (~200 g) and extracted with DCM (3×75 mL). The organic layer was dried over anhydrous sodium sulfate and evaporated to afford a crude compound which was purified on a 60-120 mesh silica gel column using 0-30% ethyl acetate in hexane as eluting system to afford compound 34 (8.2 g, 73%) as a pale yellow liquid. $^1$H NMR (400 MHz, $CDCl_3$): δ=4.22-4.19 (m, 4H), 3.60-3.58 (m, 1H), 2.99 (s, 6H), 1.75-1.69 (m, 4H), 1.38-1.28 (m, 28H), 0.86 (s, 9H), 0.02 (s, 6H).

Compound 35: To a solution of compound 34 (8.2 g, 0.0146 mol) in 400 mL dry ether was added $MgBr_2.Et_2O$ (22.74 g, 0.08817 mol) in portions at 0° C. under a nitrogen atmosphere. After complete addition, the reaction mixture was heated to reflux for 28 hours. After completion of reaction, inorganic material formed in the reaction was removed by filtration. The filtrate was evaporated and the resulting crude compound was purified on 60-120 mesh silica gel column using 0-3% ethyl acetate in hexanes as eluting system to afford compound 35 (6.6 g, 85%) as a colorless liquid. $^1$H NMR (400 MHz, $CDCl_3$): δ=3.61-3.58 (m, 1H), 3.41-3.37 (t, 4H, J=6.8 Hz), 1.87-1.80 (m, 4H), 1.42-1.25 (m, 24H), 0.87 (s, 9H), 0.012 (s, 6H).

Compound 36: A solution of ethynyl trimethyl silane (5.3 mL, 0.0378 mol) in 60 mL dry THF was cooled to −78° C. and 1.4 M n-BuLi (23 mL, 0.03405 mol) in hexane was added slowly under an inert atmosphere. The reaction was stirred for 10 minutes, then HMPA (2.3 g, 0.01324 mol) was added and the resulting mixture was then stirred for 2 hours at 0° C., then cooled to −78° C. To this a solution of compound 35 (5 g, 0.0094 mol) in 60 mL dry THF was added slowly and after complete addition, the reaction was warmed to room temperature and maintained for 18 hours. The reaction progress was monitored by $^1$H NMR. After completion, the reaction mixture was cooled to 0° C. and quenched by careful addition of saturated $NH_4Cl$ solution (50 mL) followed by water (200 mL). The aqueous phase was extracted with hexane (3×250 mL). The organic layer was dried and solvent removed under vacuum to afford compound 36 (5 g, 94%), which was used without further purification. $^1$H NMR (400 MHz, $CDCl_3$): δ=3.62-3.56 (m, 1H), 2.21-2.17 (m, 4H), 1.49-1.47 (m, 4H), 1.37-1.26 (m, 24H), 0.87 (s, 9H), 0.13 (s, 18H), 0.021 (s, 6H).

Compound 37: To a stirred solution of compound 36 (5 g, 0.0088 mol) in 50 mL methanol, was added $K_2CO_3$ (6.1 g, 0.044 mol) in one portion, and the resulting mixture was stirred for 18 hours at ambient temperature. Volatilities were then removed on a rotary evaporator and the crude mixture was diluted with 100 mL water and extracted with hexane (3×100 mL). The organic layer was dried over $Na_2SO_4$ and evaporated under vacuum to afford compound 37 (3.5 g, 97%) which was used which was used without further purification. $^1$H NMR (400 MHz, $CDCl_3$): δ=3.60-3.58 (m, 1H), 2.19-2.14 (m, 4H), 1.93-1.92 (m, 2H), 1.54-1.49 (m, 4H), 1.37-1.27 (m, 24H), 0.87 (s, 9H), 0.02 (s, 6H).

Compound 39: Compound 37 (2.5 g, 0.00598 mol) was dissolved in 25 mL dry THF and cooled to −40° C. n-BuLi (1.4 M in hexane 12.9 mL, 0.01794 mol) was added slowly, followed, after a 10 minute interval, by slow addition of HMPA (25 mL). The resulting mixture was maintained for 30 minutes −40° C. under a nitrogen atmosphere. A solution of compound 38 (3.5 g, 1.01196 mol) in 25 mL dry THF was then added drop wise to the cooled reaction mixture. The resulting mixture was warmed to room temperature over 2 hours, then stirred at room temperature for 18 hours. The mixture was then quenched by adding saturated $NH_4Cl$ solution (~50 mL) and the product was extracted with ethyl acetate (3×50 mL). The solvent was removed on a rotary evaporator and the resulting crude product was purified by (100-200 mesh) silica gel column using 0-3% ethyl acetate in dichloromethane as eluting system to afford compound 39 (0.9 g, 18%) as a yellow oil. $^1$H NMR (400 MHz, $CDCl_3$): δ=4.56-4.55 (m, 2H), 3.87-3.83 (m, 2H), 3.74-3.68 (m, 2H), 3.59-3.57 (m, 1H), 3.49-3.46 (m, 2H), 3.39-3.33 (m, 2H), 2.13-2.10 (m, 8H), 1.87-1.75 (m, 2H), 1.74-1.66 (m, 2H), 1.57-1.42 (m, 20H), 1.40-1.19 (m, 40H), 0.87 (s, 9H), 0.02 (s, 6H).

Compound 40: To a solution of compound 39 (504 mg, 0.598 mmol) in 10 mL dry ether was added $MgBr_2.Et_2O$ (926 mg, 3.59 mmol). The reaction mixture was stirred for 14 hours, then quenched by adding saturated $NaHCO_3$ aqueous solution. The product was extracted with $CH_2Cl_2$. The organic layer was dried over $Na_2SO_4$, filtered and concentrated. The crude product was purified by silica gel column chromatography to afford compound 40 (307 mg, 0.455 mmol, 76%, $R_f$=0.36 developed with hexane: EtOAc=2:1). $^1$H NMR (400 MHz, $CDCl_3$) δ 3.59-3.66 (m, 5H), 2.14 (t, J=6.6 Hz, 8H), 1.21-1.59 (m, 52H), 0.88 (s, 9H), 0.03 (s, 6H).

Compound 41: To a stirred solution of 40 (180 mg, 0.267 mmol) in anhydrous DMF (5 mL) was added pyridinium dichromate (603 mg, 1.60 mmol). The reaction mixture was stirred for 48 hours. After dilution with water (20 mL), the mixture was extracted with $Et_2O$ (3×40 mL). The organic layer was dried over $Na_2SO_4$, filtered and concentrated. The crude product was purified by silica gel column chromatography to afford compound 41 (53 mg, 0.075 mmol, 28%, $R_f$=0.25 developed with $CH_2Cl_2$:MeOH:AcOH=95:4.5:0.5). Molecular weight for $C_{43}H_{77}O_5Si$ $(M-H)^-$ Calc. 701.5540, Found 701.5. This compound can be synthesized by TEMPO oxidation.

Compound 42: A procedure analogous to that described for compound 19 afforded compound 42 (23 mg 0.032 mmol, 21% from compound 40). $^1$H NMR (400 MHz, $CDCl_3$) δ 3.67 (s, 6H), 3.59-3.62 (m, 1H), 2.30 (t, J=7.5 Hz, 4H), 2.13 (t, J=6.8 Hz, 8H), 1.27-1.64 (m, 48H), 0.88 (s, 9H), 0.03 (s, 6H).

Reduction using P-2 nickel conditions can give compound 43 and subsequent deprotection by TBAF can afford compound 8.

Example 5: Alternate Synthesis for Compound 8

Scheme 5




Compound 8 can be synthesized as shown in Scheme 5. The bromide 51 can be converted to its Grignard reagent then coupled with ethyl formate to afford compound 52. Subsequent acid treatment, oxidation, and reduction can give compound 8.

Example 6: Alternate Synthesis for Compound 8

Scheme 6


HO
Br
46
H
O
54
55
TBSCl/Et$_3$N/CH$_2$Cl$_2$
TBSO
56
LiHMDS/THF/HMPA/54
P$^+$Ph$_3$Br$^-$
5
PPh$_3$/toluene
COOH
59
61
57
O/DCC/CH$_2$Cl$_2$
BF$_3$Et$_2$O
60
62
58
(i) Mg/THF
(ii) ethyl formate
(iii) H$^+$
OTBS
63
64
CHO
65
(i) TBAF/THF
(ii) PDC/DMF
(iii) CH$_2$N$_2$
(iv) NaBH$_4$/MeOH/THF
TMSCHN$_2$/MeOH/THF
(i) NaClO$_2$
(ii) TMSCHN$_2$/MeOH/THF
COOMe
8

Compound 8 can be synthesized as shown in Scheme 6. Either bromides of compound 58, 60, or 62 can be reacted with ethyl formate to generate terminal-functionalized diolefin chain. Compound 8 can then be prepared from the diolefin chain compounds using standard chemical reactions.

Example 7: General Synthetic Scheme for Terminal Ester Lipids

Scheme 7



-continued



n = 0-8
m = 0-8
p = 0-3
R = $R_1$ = $R_2$ = Me, Et, Pr, Bn, t-Bu, Ph, alkyl, aryl, cycloalkyl, etc.

As shown in Scheme 7, chain length and linker length as well as alkyl groups in ester functionality and substituents on nitrogen atom can be derivatized.

Example 8: General Synthetic Scheme 2 for Terminal Ester Lipids

Scheme 8



-continued




n = 0-8
m = 0-8
p = 0-3
R = Me, Et, Pr, Bn, t-Bu, Ph, alkyl, aryl, cycloalkyl, and alkyl esters, etc.
$R_1 = R_2$ = Me, Et, Pr, Bn, t-Bu, Ph, alkyl, aryl, cycloalkyl

As shown in Scheme 8, copper-mediated coupling affords di-yne containing lipid chain with terminal functional groups, which can be easily reduced to generate di-ene containing lipid chains. The length of linker and lipid chain as well as functional substituent groups (R, $R_1$, $R_2$) can be derivatized.

Example 9: Synthesis of Terminal Benzyl Ester Lipid

Scheme 9



-continued




203

61%




204

Compound 201: Compound 7 (1.30 g, 1.51 mmol) was treated with lithium hydroxide monohydrate (317 mg, 7.55 mmol) in THF (25 mL) and $H_2O$ (5 mL) for 12 h. Amberlite IR-120 (plus) ion exchange resin was added then stirred for 10 minutes. The resulting clear solution was filtered, washed with THF/$H_2O$ and evaporated. Co-evaporation with toluene gave the compound 201 (1.22 g, 1.47 mmol, 97%). Molecular weight for $C_{53}H_{85}O_5Si$ $(M-H)^-$ Calc. 829.6166, Found 829.5.

Compound 202: A procedure analogous to that described for compound 9 was followed with benzylalcohol and 201 (101 mg, 0.121 mmol) to afford compound 202 (87 mg, 0.0860 mmol, 71%). $^1H$ NMR (400 MHz, $CDCl_3$) δ 7.68-7.66 (m, 4H), 7.42-7.30 (m, 16H), 5.38-5.30 (m, 4H), 5.11 (s, 4H), 3.71-3.68 (m, 1H), 2.35 (t, J=7.6 Hz, 4H), 2.04-1.97 (m, 8H), 1.66-1.62 (m, 4H), 1.40-1.07 (m, 44H), 1.04 (s, 9H).

Compound 203: A procedure analogous to that described for compound 8 was followed with 202 (342 mg, 0.338 mmol) to afford compound 202 (136 mg, 0.176 mmol, 52%). $^1H$ NMR (400 MHz, $CDCl_3$) δ 7.38-7.30 (m, 10H), 5.38-5.30 (m, 4H), 5.11 (s, 4H), 3.57 (brs, 1H), 2.35 (t, J=7.6 Hz, 4H), 2.01-1.98 (m, 8H), 1.66-1.60 (m, 4H), 1.45-1.25 (m, 44H).

Compound 204: A procedure analogous to that described for compound 9 was followed with 203 (133 mg, 0.172 mmol) to afford compound 204 (93 mg, 0.105 mmol, 61%). $^1H$ NMR (400 MHz, $CDCl_3$) δ 7.38-7.26 (m, 10H), 5.38-5.30 (m, 4H), 5.11 (s, 4H), 4.88-4.83 (m, 1H), 2.37-2.27 (m, 8H), 2.22 (s, 6H), 2.03-1.97 (m, 8H), 1.81-1.26 (m, 50H).

## Example 10: Synthesis of Terminal t-Butyl Ester Lipid and the Derivatives

Scheme 10




4

205




206

67%




207

75%




208

-continued




209




210

Compound 206: A procedure analogous to that described for compound 12 was followed with 205 (3.80 g, 0.7.61 mmol) and 4 (1.75 g, 3.17 mmol) to afford compound 206 (2.00 g, 2.12 mmol, 67%). $^{1}$H NMR (400 MHz, $CDCl_3$) δ 7.68-7.66 (m, 4H), 7.42-7.33 (m, 6H), 5.39-5.31 (m, 4H), 3.71-3.68 (m, 1H), 2.20 (t, J=7.6 Hz, 4H), 2.01-1.98 (m, 8H), 1.59-1.55 (m, 4H), 1.44 (s, 18H), 1.41-1.11 (m, 44H), 1.04 (s, 9H).

Compound 207: A procedure analogous to that described for compound 8 was followed with 206 (265 mg, 0.281 mmol) to afford compound 207 (161 mg, 0.228 mmol, 81%). $^{1}$H NMR (400 MHz, $CDCl_3$) δ 5.38-5.30 (m, 4H), 3.58 (brs, 1H), 2.20 (t, J=7.4 Hz, 4H), 2.01-1.98 (m, 8H), 1.59-1.55 (m, 4H), 1.44 (s, 18H), 1.35-1.26 (m, 44H).

Compound 208: A procedure analogous to that described for compound 9 was followed with 207 (158 mg, 0.224 mmol) to afford compound 208 (138 mg, 0.169 mmol, 75%). Molecular weight for $C_{51}H_{96}NO_6$ $(M+H)^+$ Calc. 818.7238, Found 818.7.

Compound 209: Compound 208 (148 mg, 0.181 mmol) was treated with TFA (1.5 mL) in $CH_2Cl_2$ (6 mL) for 2.5 h. After evaporation and co-evaporation with toluene gave the compound 209 (154 mg, quant.). Molecular weight for $C_{43}H_{80}NO_6$ $(M+H)^+$ Calc. 706.5980, Found 706.5.

Compound 210: A procedure analogous to that described for compound 9 was followed with 209 (0.061 mmol) and cis-2-Hexen-1-ol (18.3 mg, 0.183 mmol) to afford compound 210 (32 mg, 0.0368 mmol, 60%). Molecular weight for $C_{55}H_{100}NO_6$ $(M+H)^+$ Calc. 870.7551, Found 870.5.

## Example 11: Synthesis of Internal Ester/Amide Lipids-1

Scheme 11




n = 1 (217), 66%
n = 3 (219), 66%

Compound 213: Compound 211 (503 mg, 1.0 mmol) was treated with 212 (533 mg, 3.0 mmol) in $CH_2Cl_2$ (35 mL) and DIPEA (1.74 mL, 10 mmol) for 14 h. Aqueous work-up then column chromatography gave compound 213 (506 mg, 0.748 mmol, 75%). Molecular weight for $C_{41}H_{78}N_3O_4$ $(M+H)^+$ Calc. 676.5992, Found 676.4.

Compound 215: Compound 211 (503 mg, 1.0 mmol) was treated with 214 (469 mg, 3.0 mmol) and $K_2CO_3$ (1.38 g, 10 mmol) in $CH_2Cl_2$ (35 mL) for 14 h. Aqueous work-up then column chromatography gave compound 215 (244 mg, 0.346 mmol, 35%). Molecular weight for $C_{43}H_{80}NO_6$ $(M+H)^+$ Calc. 706.5986, Found 706.4.

Compound 217: Compound 211 (425 mg, 0.845 mmol) was treated with 216 (525 mg, 3.08 mmol) and $K_2CO_3$ (1.17 g, 8.45 mmol) in $CH_2Cl_2$ (35 mL) for 14 h. Aqueous work-up then column chromatography gave compound 217 (407 mg, 0.554 mmol, 66%). Molecular weight for $C_{45}H_{84}NO_6$ $(M+H)^+$ Calc. 734.6299, Found 734.4.

Compound 219: Compound 211 (503 mg, 1.0 mmol) was treated with 218 (595 mg, 3.0 mmol) and $K_2CO_3$ (1.38 g, 10 mmol) in $CH_2Cl_2$ (35 mL) for 14 h. Aqueous work-up then column chromatography gave compound 219 (519 mg, 0.657 mmol, 66%). Molecular weight for $C_{49}H_{92}NO_6$ $(M+H)^+$ Calc. 790.6925, Found 790.7.

## Example 12: Synthesis of Internal Ester Lipid-223



Compound 221: A procedure analogous to that described for compound 9 was followed with 220 (390 mg, 1.93 mmol) and 218 (765 mg, 3.86 mmol) to afford compound 221 (878 mg, 1.56 mmol, 81%). $^1H$ NMR (400 MHz, $CDCl_3$) δ 5.67-5.61 (m, 2H), 5.54-5.48 (m, 2H), 4.62 (d, J=6.8 Hz, 4H), 2.47 (t, J=7.2 Hz, 4H), 2.33 (t, J=7.2 Hz, 4H), 2.12-2.06 (m, 4H), 1.93-1.86 (m, 4H), 1.38-1.26 (m, 32H), 0.88 (t, J=6.8 Hz, 6H).

Compound 222: Compound 221 (318 mg, 0.565 mmol) was treated with $NaBH(OAc)_3$ (360 mg, 1.70 mmol) in $CH_2Cl_2$ (5 mL) and AcOH (0.2 mL) for 16 h. After evaporation, column chromatography gave compound 222 (141 mg, 0.250 mmol, 44%). Molecular weight for $C_{35}H_{65}O_5$ $(M+H)^+$ Calc. 565.4832, Found 565.4.

Compound 223: A procedure analogous to that described for compound 9 was followed with 222 (137 mg, 0.243 mmol) to afford compound 223 (137 mg, 0.202 mmol, 83%). Molecular weight for $C_{41}H_{76}NO_6$ $(M+H)^+$ Calc. 678.5673, Found 678.5.

Scheme 12




223

Example 13: Synthesis of Internal Ester Lipid-227

Scheme 13




Compound 225: A procedure analogous to that described for compound 9 was followed with 224 (200 mg, 0.774 mmol) and 216 (264 mg, 1.55 mmol) to afford compound 225 (341 mg, 0.606 mmol, 78%). Molecular weight for $C_{35}H_{62}NaO_5$ $(M+Na)^+$ Calc. 585.4495, Found 585.5.

Compound 226: Compound 225 (283 mg, 0.503 mmol) was treated with $NaBH_4$ (57 mg, 1.51 mmol) in THF (5 mL) and AcOH (0.2 mL) for 8 h. After evaporation, column chromatography gave compound 226 (185 mg, 0.328 mmol, 65%). Molecular weight for $C_{35}H_{64}NaO_5$ $(M+Na)^+$ Calc. 587.4651, Found 587.3.

Compound 227: A procedure analogous to that described for compound 9 was followed with 226 (230 mg, 0.407 mmol) to afford compound 227 (248 mg, 0.366 mmol, 90%). Molecular weight for $C_{41}H_{76}NO_6$ $(M+H)^+$ Calc. 678.5673, Found 678.5.

Example 14: Synthesis of Terminal Ester Lipid with Linoleyl Chain-232

Scheme 14




Compound 230: A procedure analogous to that described for compound 7 was followed with 228 (3.27 g, 6.0 mmol) and 4 (1.27 g, 2.30 mmol) to afford compound 230 (1.31 g, 1.53 mmol, 67%). $^{1}H$ NMR (400 MHz, $CDCl_3$) δ 7.68-7.66 (m, 4H), 7.42-7.33 (m, 6H), 5.42-5.29 (m, 8H), 3.71-3.68 (m, 1H), 3.66 (s, 6H), 2.77 (t, J=5.8 Hz, 4H), 2.33-2.28 (m, 4H), 2.11-2.01 (m, 8H), 1.69-1.60 (m, 4H), 1.43-1.10 (m, 32H), 1.04 (s, 9H).

Compound 231: A procedure analogous to that described for compound 8 was followed with 230 (1.30 g, 1.52 mmol) to afford compound 231 (611 mg, 0.990 mmol, 65%). $^{1}H$ NMR (400 MHz, $CDCl_3$) δ 5.41-5.29 (m, 8H), 3.67 (s, 6H), 3.58 (brs, 1H), 2.77 (t, J=5.8 Hz, 4H), 2.32 (t, J=7.4 Hz, 4H), 2.10-2.00 (m, 8H), 1.69-1.60 (m, 4H), 1.43-1.29 (m, 32H).

Compound 232: A procedure analogous to that described for compound 9 was followed with 231 (520 mg, 0.843 mmol) to afford compound 232 (600 mg, 0.822 mmol, 97%). Molecular weight for $C_{45}H_{80}NO_6$ $(M+H)^+$ Calc. 730.5986, Found 730.5.

Example 15: Synthesis of Terminal Ester Lipid with Linoleyl Chain-232

Scheme 15




Compound 231 was also synthesized as shown Scheme 15.

Compound 112: Compound 111 (840 mg, 2.69 mmol) was treated with dimethyl (1-diazo-2-oxopropyl)phosphonate (0.970 mL, 6.46 mmol) and $K_2CO_3$ (1.49 g, 10.8 mmol) in MeOH (40 mL) for 6 h. Aqueous work-up then column chromatography gave compound 112 (700 mg, 2.30 mmol, 86%). $^1H$ NMR (400 MHz, $CDCl_3$) δ 3.58 (brs, 1H), 2.18 (td, J=7.1, 2.6 Hz, 4H), 1.94 (t, J=2.6 Hz, 2H), 1.56-1.25 (m, 28H).

Compound 234: Compound 112 (207 mg, 0.680 mmol) was treated with 233 (316 mg, 1.36 mmol), $K_2CO_3$ (282 mg, 2.04 mmol), NaI (408 mg, 2.72 mmol) and CuI (518 mg, 2.72 mmol) in DMF (3.5 mL) for 18 h. Aqueous work-up then column chromatography gave compound 234 (292 mg, 0.480 mmol, 71%). Molecular weight for $C_{39}H_{61}O_5(M+H)^+$ Calc. 609.4519, Found 609.5.

Compound 231: To a stirred solution of nickel(II) acetate tetrahydrate (533 mg, 2.14 mmol) in EtOH (28.5 mL), 1 M solution of $NaBH_4$ in EtOH (2.14 mL) was added at room temperature. After 30 min, ethylenediamine (0.574 mL, 8.57 mmol) and a solution of 234 (290 mg, 0.476 mmol) in EtOH (3 mL) was added then stirred for 1 h. The reaction mixture was filtered through Celite and evaporated. Aqueous work-up then column chromatography gave compound 231 (219 mg, 0.355 mmol, 75%). Molecular weight for $C_{39}H_{69}O_5$ $(M+H)^+$ Calc. 617.5145, Found 617.3.

Example 16: Synthesis of Internal Oxime Lipid-238

Scheme 16




Compound 237: Compound 235 (465 mg, 1.78 mmol) was treated with hydrazine monohydrate (64-65%, 0.135 mL, 1.78 mmol) in EtOH (15 mL) for 4 h. After filtration then evaporation, the crude was re-suspended in EtOH (5 mL). To this solution was added compound 111 (160 mg, 0.512 mmol) and AcOH (a few drops). Aqueous work-up then column chromatography gave compound 237 (165 mg, 0.306 mmol, 60%). Molecular weight for $C_{33}H_{67}N_2O_3$ $(M+H)^+$ Calc. 539.5152, Found 539.3.

Compound 238: A procedure analogous to that described for compound 9 was followed with 237 (162 mg, 0.301 mmol) to afford compound 238 (168 mg, 0.258 mmol, 86%). Molecular weight for $C_{39}H_{78}N_3O_4$ $(M+H)^+$ Calc. 652.5992, Found 652.4.

Example 17

Scheme 17



-continued




8-benzyloxy-octan-1-ol (240): To a stirred suspension of NaH (60% in oil, 82 g, 1.7096 mol) in 500 mL anhydrous DMF, a solution of compound 239 (250 g, 1.7096 mol) in 1.5 L DMF was added slowly using a dropping funnel at 0° C. The reaction mixture was stirred for 30 minutes, then benzyl bromide (208.86 mL, 1.7096 mol) was added slowly under a nitrogen atmosphere. The reaction was then warmed to ambient temperature and stirred for 10 hours. After completion of reaction, the mixture was quenched with crushed ice (~2 kg) and extracted with ethyl acetate (2×1 L). The organic layer washed with water (1 L) to remove unwanted DMF, dried over $Na_2SO_4$ and evaporated to dryness under vacuum. The crude compound was purified on 60-120 silica gel, eluted with 0-5% MeOH in DCM to afford compound 240 (220 g, 54%) as pale yellow liquid. $H^1$ NMR (400 MHz, $CDCl_3$): δ=7.33-7.24 (m, 5H), 4.49 (s, 2H), 3.63-3.60 (m, 2H), 3.47-3.43 (m, 2H), 1.63-1.51 (m, 4H), 1.39-1.23 (m, 8H).

(8-bromo-octyloxymethyl)-benzene (241): Compound 240 (133 g, 0.5635 mol) was dissolved in 1.5 L of DCM, $CBr_4$ (280.35 g, 0.8456 mol) was added to this stirring solution and the reaction mixture was cooled to 0° C. under an inert atmosphere. $PPh_3$ (251.03 g, 0.9571 mol) was then added in portions maintaining the temperature below 20° C. and after complete addition, the reaction mixture was stirred for 3 hours at room temperature. After completion of reaction, solid ($PPh_3O$) precipitated out from the reaction mixture was isolated by filtration and the filtrate was diluted with crushed ice (~1.5 kg) and extracted with DCM (3×750 mL). The organic layer was separated, dried over anhydrous $Na_2SO_4$ and distilled under vacuum. The resulting crude

compound was chromatographed on 60-120 mesh silica gel column using 0-5% ethyl acetate in hexanes as eluting system to afford compound 241 (150 g, 89%) as pale yellow liquid. [1]H NMR (400 MHz, $CDCl_3$): δ=7.33-7.25 (m, 5H), 4.49 (s, 2H), 3.47-3.41 (m, 2H), 3.41-3.37 (m, 2H), 1.86-1.80 (m, 4H), 1.62-1.56 (m, 2H), 1.42-1.29 (m, 8H).

1, 17-bis-benzyloxy-heptadecan-9-ol (242): To freshly activated Mg turnings (24.08 g, 1.003 mol) was added 200 mL anhydrous THF, followed by the addition of pinch of iodine into the mixture under inert atmosphere. After initiation of the Grignard formation a solution of Compound 241 (150 g, 0.5016 mol) in 1 L of dry THF was added slowly controlling the exothermic reaction. After complete addition, the reaction was heated to reflux for 1 hour, then cooled to room temperature. Methyl formate (60.24 g, 1.0033 mol) was then added slowly and reaction was continued for 2 hours. After completion, the reaction was quenched by slow addition of 10% HCl followed by water (1 L) and extracted with ethyl acetate (3×1 L). The organic layer was taken in 5 litre beaker, diluted with 500 mL of methanol and cooled to 0° C. To this solution excess of $NaBH_4$ (~5 eq) was added in portions to ensure the hydrolysis of formate ester which was not cleaved by addition of HCl. The resulting solution was stirred for an hour and then volatilities were removed under vacuum. The residue was taken in water (1 L) and acidified by 10% HCl solution ($P^H$ 4). The product was then extracted with ethyl acetate (3×1 L). The organic phase was then dried and concentrated on rotary evaporator to afford compound 242 (57 g, 24%) as solid. [1]H NMR (400 MHz, $CDCl_3$): δ=7.35-7.32 (m, 8H), 7.29-7.24 (m, 2H), 4.49 (s, 4H), 3.56 (m, 1H), 3.46-3.43 (m, 4H), 1.63-1.56 (m, 4H), 1.44-1.34 (m, 28H). $C^{13}$ NMR (100 MHz, $CDCl_3$): δ=138.56, 128.21, 127.49, 127.34, 72.72, 71.76, 70.37, 37.37, 29.64, 29.56, 29.47, 29.33, 26.07, 25.54.

[9-benzyloxy-1-(8-benzylozy-octyl)-nonyloxy]-tert-butyl-dimethyl-silane (243): Compound 242 (56 g, 0.1196 mol) was dissolved in 700 mL of anhydrous THF and cooled to 0° C. TBMS-Cl (36.06 g, 0.2396 mol) was added slowly followed by addition of imidazole (32.55 g, 0.4786 mol) under an inert atmosphere. The reaction was then stirred at room temperature for 18 hours, then quenched with ice (~1 kg). The product was extracted with ethyl acetate (3×500 mL). The organic layer was separated, washed with saturated $NaHCO_3$ solution to remove the acidic impurity, dried over $Na_2SO_4$ and evaporated under reduce pressure to obtain crude compound which was purified by silica gel (60-120 mesh) and eluted with 0-10% ethyl acetate hexane to afford (60 g, 82%) of compound 243 as yellowish oil. [1]H NMR (400 MHz, $CDCl_3$): δ=7.33-7.24 (m, 10H), 4.49 (s, 4H), 3.60-3.57 (m, 1H), 3.46-3.43 (m, 4H), 1.61-1.54 (m, 4H), 1.41-1.26 (m, 28H), 0.87 (s, 9H), 0.02 (s, 6H)

9-(tert-butyl-dimethyl-silanyloxy)-heptadecane-1, 17-diol (244): Compound 243 (60 g, 0.1030 mol) was dissolved in 500 mL ethyl acetate and degassed with $N_2$ for 20 min. (10 wt %) Pd on carbon (12 g) was added and reaction was stirred under an atmosphere of hydrogen for 18 hours. After completion, the mixture was filtered through a bed of celite and washed with ethyl acetate. The filtrate was evaporated under vacuum. Compound 244 (19 g, 46%) thus obtained was pure enough to carry out the next reaction. [1]H NMR (400 MHz, $CDCl_3$): δ=3.64-3.58 (m, 5H), 1.59 (br, 2H), 1.57-1.51 (m, 4H), 1.38-1.22 (m, 28H), 0.87 (s, 9H), 0.02 (s, 6H).

9-(tert-butyl-dimethyl-silanyloxy)-heptadecanedioic acid (245): To a stirred solution of 244 (2 g, 0.0049 mol) in anhydrous DMF (40 mL) was added pyridinium dirchromate (2.7 g, 0.0074 mol) at 0° C. under an inert atmosphere. The reaction mixture was then allowed to warm to room temperature over a period of 10-15 minutes and continued for 24 hours. Then, the reaction was diluted with water (100 mL). The aqueous phase was extracted using DCM (3×40 mL). The organic phase was washed with brine (1×25 mL) and concentrated under vacuum to afford crude acid which was then purified by (100-200 mesh) silica gel column using 0-30% ethyl acetate in hexanes system. Pure product (245) was obtained (0.7 g, 33%) as a pale yellow oil. [1]H NMR (400 MHz, $CDCl_3$): δ=3.61-3.56 (m, 1H), 2.35-2.32 (m, 4H), 1.64-1.59 (m, 4H), 1.40-1.19 (m, 24H), 0.86 (s, 9H), 0.017 (s, 6H); LC-MS [M+H]− 431.00; HPLC (ELSD) purity—96.94%



Di((Z)-non-2-en-1-yl) 9-((tert-butyldimethylsilyl)oxy) heptadecanedioate (246): The diacid 245 (0.42 g, 0.97 mmol) was dissolved in 20 mL of dichloromethane and to it cis-2-nonen-1-ol (0.35 g, 2.44 mmol) was added followed by Hunig's base (0.68 g, 4.9 mmol) and DMAP (12 mg). To this mixture EDCI (0.47 g, 2.44 mmol) was added and the reaction mixture was stirred at room temperature overnight. The reaction mixture was then diluted with $CH_2Cl_2$ (40 mL) and washed with saturated $NaHCO_3$ (50 mL), water (60 mL) and brine (60 mL). The combined organic layers were dried over anhydrous $Na_2SO_4$ and solvents were removed in vacuo. The crude product thus obtained was purified by Combiflash Rf purification system (40 g silicagel, 0-10% MeOH in $CH_2Cl_2$) to afford the pure product 246 (0.35 g, 53%) as a colorless oil. [1]H NMR (400 MHz, $CDCl_3$): δ [1]H NMR (400 MHz, $CDCl_3$) δ 5.64 (dt, J=10.9, 7.4 Hz, 2H), 5.58-5.43 (m, 2H), 4.61 (d, J=6.8 Hz, 4H), 3.71-3.48 (m, 1H), 2.30 (t, J=7.6 Hz, 4H), 2.20-1.98 (m, 4H), 1.71-1.53 (m, 4H), 1.31 (ddd, J=8.3, 7.0, 3.7 Hz, 34H), 1.07-0.68 (m, 14H), 0.02 (s, 5H). [13]C NMR (101 MHz, $CDCl_3$) δ 178.18, 139.81, 127.78, 81.73, 81.42, 81.10, 76.72, 64.59, 41.52, 41.32, 38.76, 36.09, 34.10, 33.93, 33.80, 33.70, 33.59, 33.55, 33.26, 31.95, 30.34, 29.69, 29.58, 29.39, 27.01, 22.56, 18.48, 0.01.

Di((Z)-non-2-en-1-yl) 9-hydroxyheptadecanedioate (247): The silyl protected diester 246 (0.3 g, 0.44 mmol) was dissolved in 1 M solution of TBAF in THF (6 mL) and the solution was kept at 40° C. for two days. The reaction mixture was diluted with water (60 mL) and extracted with ether (2×50 mL). The combined organic layers were concentrated and the thus obtained crude product was purified by column to isolate the pure product (0.097 g, 39%). [1]H NMR (400 MHz, $CDCl_3$) δ 5.64 (dt, J=10.9, 7.4 Hz, 2H), 5.52 (dt, J=11.0, 6.8 Hz, 2H), 4.61 (d, J=6.8 Hz, 4H), 3.57 (s, 1H), 2.30 (t, J=7.5 Hz, 4H), 2.09 (q, J=7.1 Hz, 4H), 1.75-1.53 (m, 4H), 1.53-1.06 (m, 36H), 0.88 (t, J=6.8 Hz, 6H). [13]C NMR (101 MHz, $CDCl_3$) δ 173.98, 135.64, 123.57, 77.54, 77.22, 76.91, 72.14, 60.41, 37.69, 34.54, 31.89, 29.70, 29.60, 29.44, 29.29, 29.07, 27.76, 25.80, 25.15, 22.82, 14.29.

Di((Z)-non-2-en-1-yl) 9-((4-(dimethylamino)butanoyl) oxy)heptadecanedioate: The alcohol 247 (0.083 g, 0.147 mmol) was dissolved in 20 mL of dichloromethane and to it dimethylaminobutyric acid hydrochloride (0.030 g, 0.176 mmol) was added followed by Hunig's base (0.045 g, 0.44 mmol) and DMAP (2 mg). To this mixture EDCI (0.034 g, 0.176 mmol) was added and the reaction mixture was stirred at room temperature overnight and the TLC (silica gel, 10% MeOH in $CH_2Cl_2$) showed complete disappearance of the starting alcohol. The reaction mixture was diluted with $CH_2Cl_2$ (40 mL) and washed with saturated $NaHCO_3$ (50 mL), water (60 mL) and brine (60 mL). The combined organic layers were dried over anhyd. $Na_2SO_4$ and solvents were removed in vacuo. The crude product thus obtained

was purified by Combiflash Rf purification system (40 g silicagel, 0-10% MeOH in $CH_2Cl_2$) to isolate the pure product (0.062 g, 62%) as a colorless oil. $^1$H NMR (400 MHz, $CDCl_3$) δ 5.74-5.58 (m, 2H), 5.51 (dtt, J=9.7, 6.8, 1.3 Hz, 2H), 4.95-4.75 (m, 1H), 4.61 (d, J=6.8 Hz, 4H), 2.35-2.24 (m, 8H), 2.22 (d, J=7.9 Hz, 6H), 2.09 (q, J=6.9 Hz, 4H), 1.83-1.72 (m, 2H), 1.60 (dd, J=14.4, 7.2 Hz, 4H), 1.49 (d, J=5.7 Hz, 4H), 1.41-1.13 (m, 30H), 0.88 (t, J=6.9 Hz, 6H). $^{13}$C NMR (101 MHz, $CDCl_3$) δ 173.72, 173.36, 135.40, 123.35, 74.12, 60.18, 58.95, 45.46, 34.30, 34.11, 32.45, 31.67, 29.38, 29.35, 29.17, 29.07, 28.84, 27.53, 25.28, 24.93, 23.16, 22.59, 14.06. MW calc. for $C_{41}H_{75}NO_6$ ($MH^+$): 678.04, found: 678.5.

## Example 18

The following shorter route was used for the synthesis of analogs of Compound 1 of the present invention The commercial 9-bromonon-1-ene 248 was treated with magnesium to form the corresponding Grignard reagent which was reacted with ethylformate to give the corresponding adduct 249 which on treatment with bromobutyryl chloride to provide the bromoester 250. The bromoester 250 on treatment with $RuO_4$ provided the diacid 251. The bromodiacid 251 on treatment with dimethylamine provided the amino diacid 252. The diacid 252 on treatment with oxalyl chloride in the presence of DMF provided the diacid chlorides 253. The lipids 254a-n were synthesized by treating the acid Chloride 253 with respective alcohols.

Scheme 18



| No | Starting Alcohol (ROH) |
|---|---|
| 254a |  |
| 254aS |  |
| 254aF |  |
| 254b |  |
| 254bS |  |
| 254bF |  |
| 254bF2 |  |
| 254c |  |
| 254cS |  |
| 254cF |  |
| 254d |  |
| 254ds |  |
| 254e |  |
| 254es |  |
| 254eF |  |
| 254f |  |
| 254fs |  |

-continued

254fF


254g


254gs


254h


254hs


254hF


254i


254is


254iF


254j


254js


254jF


254k


254ks


254kS


254l


254lF


254m


-continued

254ms



254ns



254os



No Product

254a



254aS



254aF



254b



254bS



254bF



-continued

254bF2



254c



254cS



254cF



254d



254ds



254e



254es



-continued

254eF



254f



254fs



254fF



254g



254gs



254h



254hs



254hF



-continued

254i



254is



254iF



254j



254js



254jF



254k



254ks



254kS



254l



-continued

254lF



254m



254ms



254ns



254os



### Synthesis of nonadeca-1,18-dien-10-ol (249)

To a flame dried 500 mL RB flask, freshly activated Mg turnings (9 g) were added and the flask was equipped with a magnetic stir bar, an addition funnel and a reflux condenser. This set-up was degassed and flushed with argon and 100 mL of anhydrous ether was added to the flask via syringe. The bromide 3 (51.3 g, 250 mmol) was dissolved in anhydrous ether (100 mL) and added to the addition funnel. About 5 mL of this ether solution was added to the Mg turnings while stirring vigorously. An exothermic reaction was noticed (to confirm/accelerate the Grignard reagent formation, 5 mg of iodine was added and immediate decolorization was observed confirming the formation of the Grignard reagent) and the ether started refluxing. The rest of the solution of the bromide was added dropwise while keeping the reaction under gentle reflux by cooling the flask in water. After the completion of the addition the reaction mixture was kept at 35 TC for 1 hour and then cooled in ice bath. Ethyl formate (9 g, 121 mmol) was dissolved in anhydrous ether (100 mL) and transferred to the addition funnel and added dropwise to the reaction mixture with stirring. An exothermic reaction was observed and the reaction mixture started refluxing. After the initiation of the reaction the rest of the ethereal solution of formate was quickly added as a stream and the reaction mixture was stirred for a further period of 1 h at ambient temperature. The reaction was quenched by adding 10 mL of acetone dropwise followed by ice cold water (60 mL). The reaction mixture was treated with aq. $H_2SO_4$ (10% by volume, 300 mL) until the solution became homogeneous and the layers were separated. The aq. phase was extracted with ether (2×200 mL). The combined ether layers were dried ($Na_2SO_4$) and concentrated to afford the crude product which was purified by column (silica gel, 0-10% ether in hexanes) chromatography. The product fractions were evaporated to provide the pure product 249 as a white solid (30.6 g, 90%). $^{1}$H NMR (400 MHz, $CDCl_3$) δ 7.26 (s, 1H), 5.81 (ddt, J=16.9, 10.2, 6.7 Hz, 8H), 5.04-4.88 (m, 16H), 3.57 (dd, J=7.6, 3.3 Hz, 4H), 2.04 (q, J=6.9 Hz, 16H), 1.59 (s, 1H), 1.45 (d, J=7.5 Hz, 8H), 1.43-1.12 (m, 94H), 0.88 (t, J=6.8 Hz, 2H). $^{13}$C NMR (101 MHz, $cdcl_3$) δ 139.40, 114.33, 77.54, 77.22, 76.90, 72.21, 37.70, 34.00, 29.86, 29.67, 29.29, 29.12, 25.85.

Synthesis of nonadeca-1,18-dien-10-yl 4-bromobutanoate (250)

To a solution of the alcohol 249 (5.6 g, 20 mol) in anhydrous DCM (300 mL) was added slowly and carefully Bromobutryl chloride (20 mmol) at 0° C. under inert atmosphere. The reaction mixture was warmed to room temperature, stirred for 20 h and monitored by TLC (silica gel, 10% ethyl acetate in hexanes). Upon completion of the reaction, mixture was diluted with water (400 mL) and organic layer was separated out. Organic phase was then washed with sat. solution of $NaHCO_3$ (1×400 mL) followed by brine (1×100 mL) and concentrated under vacuum. Crude product was then purified by silica gel (100-200 mesh) column, eluted with 2-3% ethyl acetate in hexane solution to give 6 g (90%) of desired product 250 as colorless liquid. $^1$H NMR (400 MHz, $CDCl_3$) δ 5.80 (ddt, J=16.9, 10.2, 6.7 Hz, 2H), 5.05-4.81 (m, 5H), 3.46 (t, J=6.5 Hz, 2H), 2.48 (t, J=7.2 Hz, 2H), 2.17 (p, J=6.8 Hz, 2H), 2.11-1.93 (m, 4H), 1.65-1.44 (m, 4H), 1.43-1.17 (m, 19H). $^{13}$C NMR (101 MHz, $cdcl_3$) δ 172.51, 139.37, 114.35, 77.54, 77.23, 76.91, 74.86, 34.31, 33.99, 33.01, 32.96, 29.65, 29.56, 29.24, 29.09, 28.11, 25.52.

Synthesis of 9-((4-bromobutanoyl)oxy)heptadecanedioic acid (251)

To a solution of the bromoester 250 (12.1 g, 28.2 mmol) in dichloromethane (300 mL) and acetonitrile (300 mL), $RuCl_3$ (1.16 g, 5 mol %) was added and the mixture was cooled to 10° C. and sodium metaperiodate (60 g) in water (400 mL) was added dropwise. It was stirred at 10° C. for 20 hr. The reaction mixture was diluted with water, The layers were separated and to the organic layer, was added saturated brine solution with stirring followed by 3% sodium sulfide solution drop wise for the decolourisation (dark green to pale yellow). The layers were separated, the organic layer was dried over sodium sulfate and evaporated at reduced pressure to afford pure product. MW calcd for $C_{20}H_{35}BrO_7$ 467.39; Found 465.4 (M-2H). $^1$H NMR (400 MHz, DMSO) δ 11.94 (s, 2H), 4.88-4.69 (m, 1H), 3.53 (t, J=6.6 Hz, 2H), 2.43 (t, J=7.2 Hz, 2H), 2.17 (t, J=7.4 Hz, 4H), 2.09-1.95 (m, 2H), 1.90 (s, 3H), 1.46 (s, 7H), 1.23 (s, 15H).

Synthesis of 9-((4-(dimethylamino)butanoyl)oxy)heptadecanedioic acid (252)

The Bromoacid 251 (2 mmol) is dissolved in 2M solution of dimethylamine in THF (20 mL) and to it 1 g of anhudrous $K_2CO_3$ was added and the mixture was heated in a pressure bottle at 50° C. overnight. The TLC showed the completion of the reaction. The reaction mixture was acidified with acetic acid and diluted with water (100 mL) and extracted with dichloromethane (2×60 mL). The combined organic layers were concentrated dried and used as such in the next reaction. MW calcd for $C_{23}H_{43}NO_6$ 429.59; Found 430.6 $(MH)^+$. 1H NMR (400 MHz, DMSO) δ 11.87-11.82 (m, 7H), 5.75 (d, J=0.7 Hz, 15H), 4.85-4.69 (m, 38H), 3.64-3.55 (m, 12H), 3.35-2.83 (m, 106H), 3.01-2.90 (m, 59H), 2.94 (ddd, J=30.6, 7.7, 4.0 Hz, 63H), 2.90-2.73 (m, 9H), 2.70 (s, 221H), 2.57-2.46 (m, 91H), 2.44-2.30 (m, 76H), 2.17 (t, J=7.3 Hz, 147H), 1.89 (tq, J=15.5, 7.6 Hz, 88H), 1.79-1.69 (m, 13H), 1.65-1.32 (m, 311H), 1.28 (d, J=46.0 Hz, 598H).

Synthesis of 9-((4-(dimethylamino)butanoyl)oxy)heptadecanedioyl chloride (253)

The diacid 252 is converted to the corresponding diacid chloride 253 by treating it with oxalyl chloride in dichloromethane in the presence of catalytic DMF and the crude acid chloride obtained after the concentration of the reaction mixture was used as such for the coupling with different alcohols.

General Procedure for the Synthesis of Cationic Lipids 254a-n

To a solution of the acid chloride 253 (500 mg, 1 mmol) in dichloromethane (30 mL) the corresponding alcohol (5 equivalent) was added at room temperature followed by solid $K_2CO_3$ (1 g) and the solution was stirred for 16 h at room temperature. The reaction mixture was diluted with dichloromethane (100 mL) and washed with satd. $NaHCO_3$ (100 mL) and the organic layer was dried (Anhyd. $Na_2SO_4$) and concentrated to obtain the crude product which was purified by Combiflash Rf purification system.

Compound 254b: By using the above procedure the lipid 254b was isolated in 72% yield (554 mg). 1H NMR (400 MHz, CDCl3) δ 4.91-4.78 (m, 1H), 4.05 (t, J=6.7 Hz, 4H), 3.81 (s, 6H), 3.63 (t, J=6.4 Hz, 1H), 2.29 (dt, J=15.2, 7.5 Hz, 8H), 2.21 (s, 6H), 1.84-1.69 (m, 2H), 1.57 (dt, J=13.4, 5.2 Hz, 9H), 1.53-1.40 (m, 4H), 1.27 (s, 43H). 13C NMR (101 MHz, cdcl3) δ 174.45, 174.13, 173.59, 77.54, 77.22, 76.91, 74.34, 64.54, 59.17, 51.65, 45.67, 34.56, 34.35, 34.27, 32.67, 29.59, 29.40, 29.33, 29.31, 29.25, 28.83, 26.06, 25.51, 25.18, 25.11, 23.38. MW calcd for $C_{43}H_{79}NO_{10}$ 770.09; Found 770.68.

Compound 254c: By using the above procedure the lipid 254c was isolated in 69% (490 mg). 1H NMR (400 MHz, CDCl3) δ 5.71-5.36 (m, 4H), 4.89-4.72 (m, 1H), 4.59 (d, J=6.8 Hz, 4H), 2.26 (ddd, J=22.3, 13.0, 8.6 Hz, 9H), 2.19 (s, 6H), 2.12-1.95 (m, 4H), 1.82-1.68 (m, 2H), 1.63-1.37 (m, 8H), 1.37-1.00 (m, 32H), 0.85 (t, J=6.8 Hz, 6H). 13C NMR (101 MHz, cdcl3) δ 173.94, 173.57, 135.61, 123.57, 77.54, 77.22, 76.91, 74.34, 60.40, 59.16, 45.65, 34.52, 34.33, 32.66, 31.88, 29.59, 29.57, 29.38, 29.28, 29.06, 27.75, 25.49, 25.14, 23.35, 22.81, 14.28. MW calcd for $C_{43}H_{83}NO_6$: 710.12; Found 710.81.

Compound 254d: By using the above procedure the lipid 254d was isolated in 67% yield (456 mg). 1H NMR (400 MHz, CDCl3) δ 4.92-4.78 (m, 1H), 4.05 (t, J=6.7 Hz, 4H), 3.63 (t, J=6.4 Hz, 1H), 2.39-2.24 (m, 8H), 2.21 (s, 6H), 1.89-1.70 (m, 2H), 1.69-1.54 (m, 8H), 1.51 (dd, J=17.2, 6.3 Hz, 4H), 1.27 (s, 42H), 0.88 (t, J=6.8 Hz, 6H). MW calcd for: $C_{41}H_{79}NO_6$: 682.07; Found 682.96.

Compound 254e: By using the above procedure the lipid 254e was isolated in 70% (474 mg). 1H NMR (400 MHz, CDCl3) δ 5.49 (ddd, J=12.9, 9.8, 7.3 Hz, 2H), 5.40-5.23 (m, 2H), 4.92-4.77 (m, 1H), 4.05 (t, J=6.9 Hz, 4H), 2.32 (ddd, J=23.4, 14.5, 7.1 Hz, 12H), 2.21 (s, 6H), 2.07-1.91 (m, 4H), 1.84-1.70 (m, 2H), 1.66-1.39 (m, 8H), 1.40-1.15 (m, 26H), 0.88 (t, J=6.8 Hz, 5H). MW calc. for $C_{41}H_{75}NO_6$ $(MH^+)$: 678.04, found: 678.5.

Compound 254f: By using the above procedure the lipid 254f was isolated in 73% (559 mg). 1H NMR (400 MHz, CDCl3) δ 5.87-5.62 (m, 2H), 5.55 (dtt, J=9.1, 6.4, 1.3 Hz, 2H), 4.93-4.75 (m, 1H), 4.50 (dd, J=6.5, 0.6 Hz, 4H), 2.40-2.17 (m, 13H), 2.12-1.95 (m, 4H), 1.89-1.67 (m, 2H), 1.69-1.44 (m, 7H), 1.41-1.12 (m, 25H), 0.88 (t, J=6.9 Hz, 5H). MW calc. for $C_{41}H_{75}NO_6$ $(MH^+)$: 678.04, found: 678.5.

Compound 254 g: By using the above procedure the lipid 254 g was isolated in 63% (432 mg). 1H NMR (400 MHz, CDCl3) δ 4.93-4.77 (m, 1H), 4.20-3.95 (m, 4H), 2.44-2.23 (m, 8H), 2.21 (s, 6H), 1.84-1.66 (m, 3H), 1.68-1.34 (m, 15H), 1.35-1.17 (m, 20H), 1.17-1.04 (m, 5H), 0.88 (dd, J=12.4, 6.6 Hz, 16H). MW calcd for $C_{43}H_{83}NO_6$: 710.12; Found 710.81.

Compound 254h: By using the above procedure the lipid 254h was isolated in 66% (466 mg). 1H NMR (400 MHz, CDCl3) δ 5.08 (ddd, J=7.1, 5.9, 1.3 Hz, 2H), 4.91-4.75 (m, 1H), 4.22-3.97 (m, 4H), 2.39-2.22 (m, 8H), 2.23 (d, J=16.7 Hz, 7H), 2.09-1.84 (m, 4H), 1.86-1.71 (m, 3H), 1.71-1.02 (m, 44H), 0.91 (t, J=4.9 Hz, 6H). MW calcd for $C_{43}H_{79}NO_6$: 706.12; Found 706.81.

## Example 19

In another approach the following synthetic approach is used for the synthesis of Compound 1 of the present invention.

Scheme 19



Example 20





Scheme 20
HO
OH
Bn—Br
NaH, THF
1
HO
OBn
CBr4
PPh3, DCM
2
Br
OBn
1) Mg, MeOCHO
3
HO
OBn
OBn
TBDMS—Cl
TEA, DCM
4
TBDMSO
OBn
OBn
H2/Pd—C
EtOAc
5
TBDMSO
OH
OH
PDC
6
TBDMSO
COOH
COOH
HO
EDCl, DMAP, DIPEA
7
TBDMSO
O
O
O
O
TBAF
8
HO
O
O
O
O
9
O
N
OH

-continued



ALNY-319

8-benzyloxy-octan-1-ol (2): To a stirred suspension of NaH (60% in oil, 82 g, 1.7096 mol) in 500 mL anhydrous DMF, a solution of compound 1 (250 g, 1.7096 mol) in 1.5 L DMF was added slowly with dropping funnel at 0° C. Reaction mixture was stirred for 30 min and to it Benzyl bromide (208.86 mL, 1.7096 mol) was added slowly under nitrogen atmosphere. Reaction was then warmed to ambient temperature and stirred for 10 h. After completion of reaction, mixture was quenched with crushed ice (~2 kg) and extracted with Ethyl acetate (2×1 L). Organic layer washed with water (1 L) to remove unwanted DMF, dried over $Na_2SO_4$ and evaporated to dryness under vacuum. The crude compound was purified on 60-120 silica gel, eluted with 0-5% MeOH in DCM to afford compound 2 (220 g, 54%) as pale yellow liquid. $H^1$ NMR (400 MHz, $CDCl_3$): δ=7.33-7.24 (m, 5H), 4.49 (s, 2H), 3.63-3.60 (m, 2H), 3.47-3.43 (m, 2H), 1.63-1.51 (m, 4H), 1.39-1.23 (m, 8H).

(8-bromo-octyloxymethyl)-benzene (3): Compound 2 (133 g, 0.5635 mol) was dissolved in 1.5 L of DCM, $CBr_4$ (280.35 g, 0.8456 mol) was added into this stirring solution and reaction mixture was cooled to 0° C. under inert atmosphere. $PPh_3$ (251.03 g, 0.9571 mol) was then added in portions keeping the temperature below 20° C. and after complete addition reaction was stirred for 3 h at room temperature and monitored by TLC. After completion of reaction, solid ($PPh_3O$) precipitated out from the reaction mixture was filtered off and filtrate was diluted with crushed ice (~1.5 kg) and extracted with DCM (3×750 mL). Organic layer was separated, dried over an. $Na_2SO_4$ and distilled under vacuum. Resulting crude compound was chromatographed on 60-120 mesh silica gel column using 0-5% ethyl acetate in hexanes as eluting system to give compound 3 (150 g, 89%) as pale yellow liquid. $H^1$ NMR (400 MHz, $CDCl_3$): δ=7.33-7.25 (m, 5H), 4.49 (s, 2H), 3.47-3.41 (m, 2H), 3.41-3.37 (m, 2H), 1.86-1.80 (m, 4H), 1.62-1.56 (m, 2H), 1.42-1.29 (m, 8H).

1, 17-bis-benzyloxy-heptadecan-9-ol (4): To freshly activated Mg turnings (24.08 g, 1.003 mol) was added 200 mL anhydrous THF was added followed by the addition of pinch of iodine into the mixture under inert atmosphere. After initiation of the Grignard formation a solution of Compound 3 (150 g, 0.5016 mol) in 1 L of dry THF was added slowly controlling the exothermic reaction. After complete addition reaction was refluxed for 1 h and then cooled to room temperature. (60.24 g, 1.0033 mol) methyl formate was then added slowly and reaction was continued for 2 h. After completion, the reaction was quenched by slow addition of 10% HCl followed by water (1 L) and extracted with Ethyl Acetate (3×1 L). Organic layer was taken in 5 lit beaker, diluted with 500 mL of methanol and cooled to 0° C. To this solution excess of $NaBH_4$ (~5 eq) was added in portions to ensure the hydrolysis of formate ester which was not cleaved by addition of HCl. Resulting solution was stirred for an hour and then volatilities were stripped off under vacuum. Residue was taken in water (1 L) and acidified by 10% HCl solution ($P^H$ 4).

Product was then extracted out with ethyl acetate (3×1 L). Organic phase was then dried and concentrated on rotary evaporator to get the desired compound 4 (57 g, 24%) as solid. $H^1$ NMR (400 MHz, $CDCl_3$): δ=7.35-7.32 (m, 8H), 7.29-7.24 (m, 2H), 4.49 (s, 4H), 3.56 (m, 1H), 3.46-3.43 (m, 4H), 1.63-1.56 (m, 4H), 1.44-1.34 (m, 28H). $C^{13}$ NMR (100 MHz, $CDCl_3$): δ=138.56, 128.21, 127.49, 127.34, 72.72, 71.76, 70.37, 37.37, 29.64, 29.56, 29.47, 29.33, 26.07, 25.54.

[9-benzyloxy-1-(8-benzylozy-octyl)-nonyloxy]-tert-butyl-dimethyl-silane (5): Compound 4 (56 g, 0.1196 mol) was dissolved in 700 mL of anhydrous THF and cooled to 0° C. TBMS-Cl (36.06 g, 0.2396 mol) was added slowly followed by addition of Imidazole (32.55 g, 0.4786 mol) under inert atmosphere. Reaction was then stirred at room temperature for 18 h. Reaction was judged complete by TLC and then quenched with ice (~1 kg) and extracted with Ethyl acetate (3×500 mL). Organic layer was separated, washed with Sat $NaHCO_3$ solution to remove the acidic impurity, dried over $Na_2SO_4$ and evaporated under reduce pressure to obtain crude compound which was purified by silica gel (60-120 mesh) and eluted with 0-10% ethyl acetate hexane to yield (60 g, 82%) of compound 5 as yellowish oil. $H^1$ NMR (400 MHz, $CDCl_3$): δ=7.33-7.24 (m, 10H), 4.49 (s, 4H), 3.60-3.57 (m, 1H), 3.46-3.43 (m, 4H), 1.61-1.54 (m, 4H), 1.41-1.26 (m, 28H), 0.87 (s, 9H), 0.02 (s, 6H)

9-(tert-butyl-dimethyl-silanyloxy)-heptadecane-1, 17-diol (6): Compound 5 (60 g, 0.1030 mol) was dissolved in 500 mL ethyl acetate and degassed with $N_2$ for 20 min. (10 wt %) Pd on carbon (12 g) was added and reaction was stirred under $H_2$ atmosphere for 18 h. After completion of reaction (by TLC) mixture was filtered through celite bed and washed with ethyl acetate. Filtrate was evaporated under vacuum. The compound 6 (19 g, 46%) thus obtained was pure enough to carry out the next reaction. $H^1$ NMR (400 MHz, $CDCl_3$): δ=3.64-3.58 (m, 5H), 1.59 (br, 2H), 1.57-1.51 (m, 4H), 1.38-1.22 (m, 28H), 0.87 (s, 9H), 0.02 (s, 6H).

9-(tert-butyl-dimethyl-silanyloxy)-heptadecanedioic acid (7): To a stirred solution of 6 (2 g, 0.0049 mol) in anhydrous DMF (40 mL) was added pyridinium dirchromate (2.7 g, 0.0074 mol) at 0° C. under inert atmosphere. Reaction mixture was then allowed to warm to room temperature over a period of 10-15 minutes and continued for 24 h. Progress of the reaction was monitored by TLC. After complete oxidation reaction was diluted with water (100 mL). Aqueous phase was extracted with DCM (3×40 mL). Organic phase was washed with brine (1×25 mL) and concentrated under vacuum to afford crude acid which was then purified by (100-200 mesh) silica gel column using 0-30% ethyl acetate in hexanes system. Pure product 26-003 was obtained (0.7 g, 33%) as pale yellow oil. $^1H$ NMR (400

MHz, $CDCl_3$): δ=3.61-3.56 (m, 1H), 2.35-2.32 (m, 4H), 1.64-1.59 (m, 4H), 1.40-1.19 (m, 24H), 0.86 (s, 9H), 0.017 (s, 6H); LC-MS [M+H]- 431.00; HPLC (ELSD) purity—96.94%

Di((Z)-non-2-en-1-yl) 9-((tert-butyldimethylsilyl)oxy) heptadecanedioate (8): The diacid 7 (0.42 g, 0.97 mmol) was dissolved in 20 mL of dichloromethane and to it cis-2-nonen-1-ol (0.35 g, 2.44 mmol) was added followed by Hunig's base (0.68 g, 4.9 mmol) and DMAP (12 mg). To this mixture EDCI (0.47 g, 2.44 mmol) was added and the reaction mixture was stirred at room temperature overnight and the TLC (silica gel, 5% MeOH in $CH_2Cl_2$) showed complete disappearance of the starting acid. The reaction mixture was diluted with $CH_2Cl_2$ (40 mL) and washed with saturated $NaHCO_3$ (50 mL), water (60 mL) and brine (60 mL). The combined organic layers were dried over anhyd. $Na_2SO_4$ and solvents were removed in vacuo. The crude product thus obtained was purified by Combiflash Rf purification system (40 g silicagel, 0-10% MeOH in $CH_2Cl_2$) to isolate the pure product 8 (0.35 g, 53%) as a colorless oil. $^1$H NMR (400 MHz, $CDCl_3$): δ $^1$H NMR (400 MHz, $CDCl_3$) δ 5.64 (dt, J=10.9, 7.4 Hz, 2H), 5.58-5.43 (m, 2H), 4.61 (d, J=6.8 Hz, 4H), 3.71-3.48 (m, 1H), 2.30 (t, J=7.6 Hz, 4H), 2.20-1.98 (m, 4H), 1.71-1.53 (m, 4H), 1.31 (ddd, J=8.3, 7.0, 3.7 Hz, 34H), 1.07-0.68 (m, 14H), 0.02 (s, 5H). $^{13}$C NMR (101 MHz, $CDCl_3$) δ 178.18, 139.81, 127.78, 81.73, 81.42, 81.10, 76.72, 64.59, 41.52, 41.32, 38.76, 36.09, 34.10, 33.93, 33.80, 33.70, 33.59, 33.55, 33.26, 31.95, 30.34, 29.69, 29.58, 29.39, 27.01, 22.56, 18.48, 0.01.

Di((Z)-non-2-en-1-yl) 9-hydroxyheptadecanedioate (9): The silyl protected diester 8 (0.3 g, 0.44 mmol) was dissolved in 1 M solution of TBAF in THF (6 mL) and the solution was kept at 40° C. for two days after which the TLC showed the completion of the reaction. The reaction mixture was diluted with water (60 mL) and extracted with ether (2×50 mL). The combined organic layers were concentrated and the thus obtained crude product was purified by column to isolate the pure product (0.097 g, 39%). $^1$H NMR (400 MHz, $CDCl_3$) δ 5.64 (dt, J=10.9, 7.4 Hz, 2H), 5.52 (dt, J=11.0, 6.8 Hz, 2H), 4.61 (d, J=6.8 Hz, 4H), 3.57 (s, 1H), 2.30 (t, J=7.5 Hz, 4H), 2.09 (q, J=7.1 Hz, 4H), 1.75-1.53 (m, 4H), 1.53-1.06 (m, 36H), 0.88 (t, J=6.8 Hz, 6H). $^{13}$C NMR (101 MHz, $CDCl_3$) δ 173.98, 135.64, 123.57, 77.54, 77.22, 76.91, 72.14, 60.41, 37.69, 34.54, 31.89, 29.70, 29.60, 29.44, 29.29, 29.07, 27.76, 25.80, 25.15, 22.82, 14.29.



Di((Z)-non-2-en-1-yl) 9-((4-(dimethylamino)butanoyl) oxy)heptadecanedioate: The alcohol 9 (0.083 g, 0.147 mmol) was dissolved in 20 mL of dichloromethane and to it dimethylaminobutyric acid hydrochloride (0.030 g, 0.176 mmol) was added followed by Hunig's base (0.045 g, 0.44 mmol) and DMAP (2 mg). To this mixture EDCI (0.034 g, 0.176 mmol) was added and the reaction mixture was stirred at room temperature overnight and the TLC (silica gel, 10% MeOH in $CH_2Cl_2$) showed complete disappearance of the starting alcohol. The reaction mixture was diluted with $CH_2Cl_2$ (40 mL) and washed with saturated $NaHCO_3$ (50 mL), water (60 mL) and brine (60 mL). The combined organic layers were dried over anhyd. $Na_2SO_4$ and solvents were removed in vacuo. The crude product thus obtained was purified by Combiflash Rf purification system (40 g silicagel, 0-10% MeOH in $CH_2Cl_2$) to isolate the pure product (0.062 g, 62%) as a colorless oil. $^1$H NMR (400 MHz, $CDCl_3$) δ 5.74-5.58 (m, 2H), 5.51 (dtt, J=9.7, 6.8, 1.3 Hz, 2H), 4.95-4.75 (m, 1H), 4.61 (d, J=6.8 Hz, 4H), 2.35-2.24 (m, 8H), 2.22 (d, J=7.9 Hz, 6H), 2.09 (q, J=6.9 Hz, 4H), 1.83-1.72 (m, 2H), 1.60 (dd, J=14.4, 7.2 Hz, 4H), 1.49 (d, J=5.7 Hz, 4H), 1.41-1.13 (m, 30H), 0.88 (t, J=6.9 Hz, 6H). $^{13}$C NMR (101 MHz, $CDCl_3$) δ 173.72, 173.36, 135.40, 123.35, 74.12, 60.18, 58.95, 45.46, 34.30, 34.11, 32.45, 31.67, 29.38, 29.35, 29.17, 29.07, 28.84, 27.53, 25.28, 24.93, 23.16, 22.59, 14.06. MW calc. for $C_{41}H_{75}NO_6$ ($MH^+$): 678.04, found: 678.5.

In another embodiment the following shorter route was used for the synthesis of the di((Z)-non-2-en-1-yl) 9-((4-(dimethylamino)butanoyl)oxy)heptadecanedioate. The commercial 9-bromonon-1-ene 10 was treated with magnesium to form the corresponding Grignard reagent which was reacted with ethylformate to give the corresponding adduct 11 which on treatment with bromobutyryl chloride to provide the bromoester 12. The bromoester 12 on treatment with $RuO_4$ provided the diacid 13. The bromodiacid 13 on treatment with dimethylamine provided the amino diacid 14. The aminodiacid 14 on coupling with the alcohol 15 provided the product in good yields.

Example 21

Scheme 21



-continued




ALNY-319

Example 22

Scheme 22



Example 23

Scheme 23




Example 24

Scheme 24



Compound 501: To a stirred solution of 2-hydroxy 1-octanol 5 g (31.25 mmol), DMAP 0.38 g (3.1 mmol) in dry pyridine (100 mL) was added DMTr-Cl and stirred at room temperature for 14 h. 10 mL of water was added and extracted with ethyl acetate, washed with saturated $NaHCO_3$ and brine. The organic layer was dried over $Na_2SO_4$ and concentration of the solvent gave 20 g of crude product 500 which was co-evaporated with toluene twice and used for the next step without further purification. To the above crude DMTr ether in dry THF (250 mL) were added NaH and iodo methane at 0° C. and then brought to room temperature over 30 min. and then stirred for two days. 5 mL of water was added and concentrated followed by column chromatography (0-30% ethyl acetate in hexane) gave the corresponding product 501 (10.25 g, $R_f$: 0.45, 20% ethyl acetate in hexane) and 8.4 g of recovered starting material 500. $^1$H NMR (400 MHz, $CDCl_3$) δ 7.47-6.8 (m, 13H), 3.79 (s, 6H), 3.42 (s, 3H), 3.29-3.26 (m, 1H), 3.13-3.04 (m, 2H), 1.55-1.47 (m, 2H), 1.3-1.2 (m, 10H), 0.89 (t, J=6.4 Hz, 3H).

Alcohol 502: The compound 501 (10.25 g, 21.5 mmol) was dissolved in 75 mL of 80% acetic acid and stirred at room temperature for 14 h. 10 mL of methanol was added and concentrated, followed by column chromatography (0-50% ethyl acetate in hexane) yielded the expected product 502 as colorless oil (1.8 g, 82%, $R_f$: 0.3, 30% ethyl acetate in hexane). $^1$H NMR (400 MHz, $CDCl_3$) δ 3.71-3.65 (m, 1H), 3.5-3.45 (m, 1H), 3.41 (s, 3H), 3.28-3.25 (m, 1H), 1.93-1.9 (m, 1H), 1.45-1.41 (m, 2H), 1.39-1.27 (m, 10H), 0.88 (s, J=6.8 Hz, 3H).

Compound 503: Compound 503 was synthesized following general experimental procedure for compound 213. 0.3 g as pale yellow oil (52%, $R_f$=0.2, 5% methanol in dichloromethane). $^1$H NMR (400 MHz, $CDCl_3$) δ 4.87-4.84 (m, 1H), 4.18-4.00 (m, 4H), 3.4 (s, 6H), 3.37-3.19 (m, 2H), 2.34-2.26 (m, 6H), 2.2 (s, 6H), 1.8-1.6 (m, 2H), 1.63-1.2 (m, 50H), 0.88 (s, J=6.8 Hz, 6H).

Example 25

Scheme 25



-continued




509




510



511

167 mg, 66% (2 steps)

Compound 504: To a stirred solution of alcohol 11 (4.01 g, 22.25 mmol), TBDPS-Cl (12.24 g, 44.5 mmol) and DMAP (0.54 g, 4.42 mmol) was added triethyl amine (8.99 g, 90 mmol) and stirred at room temper for 14 h. To the above solution was added imidazole (1.51 g, 22.25 mmol) and continued to stir for 14 h at room temperature. 20 mL of water was added and extracted with DCM followed by washing with 2N HCl, brine and dried over anhydrous $Na_2SO_4$. Concentration of the solvent gave the crude product which was purified by column chromatography (0-10% ethyl acetate in hexane) to yield compound 504 (7.38 g, 79%, $R_f$: 0.8, 5% ethyl acetate in hexane). $^1$H NMR (400 MHz, $CDCl_3$) δ 7.68-7.66 (m, 4H), 7.43-7.33 (m, 6H), 5.86-5.76 (m, 2H), 5.02-4.91 (m, 4H), 3.73-3.67 (m, 1H), 2.04-1.99 (m, 4H), 1.42-1.08 (m, 24H), 1.05 (s, 9H).

Compound 505: To a stirred solution of diene 504 (7.38 g, 17.6 mmol) and $RuCl_3$ (0.18 g, 0.88 mmol) in 400 mL of $DCM/CH_3CN$ (1:1) was added $NaIO_4$ (37.6 g, 176 mmol) dissolved in 400 mL of water drop wise around 5° C. over 30 min. and stirred at room temperature for 3 h. The organic layer was separated followed by washing with 3% $Na_2S$ solution (100 mL), water (250 mL) brine and dried over anhydrous $Na_2SO_4$. Concentration of the solvent gave the crude product 505 (4 g, 42%, $R_f$: 0.3, 40% ethyl acetate in hexane), which was used for the next step without further purification.

Compound 506: To a stirred solution of the acid 505 (4 g, 7.22 mmol), HBTU (6.02 g, 15.88 mmol), HOBt (2.14 g, 15.88 mmol) and DMAP (88 mg, 0.72 mmol) in 75 mL of dry DCM was added 5 mL of methanol and stirred at room temperature for 14 h. 10 mL of water was added followed by extraction with DCM (3×50 mL), washing with saturated $NaHCO_3$, water, brine and dried over anhydrous $Na_2SO_4$. Concentration of the solvent gave the crude product which was purified by column chromatography (0-30% ethyl acetate in hexane) to yield compound 506 (2 g, 47.6%, $R_f$: 0.3, 10% ethyl acetate in hexane). $^1$H NMR (400 MHz, $CDCl_3$) δ 7.67-7.65 (m, 4H), 7.41-7.33 (m, 6H), 3.70-3.64 (m, 1H), 3.66 (s, 6H), 2.28 (t, J=7.2 Hz, 4H), 1.63-1.07 (m, 24H), 1.04 (s, 9H).

Compound 507: To a stirred solution of dimethyl ester 506 (1.0 g, 1.79 mmol) in dry THF (20 mL) were added KHMDS (0.752 g, 3.76 mmol) and methyl iodide (0.762 g, 5.37 mmol) at 0° C. and then brought to room temperature over 30 min. and stirred for 24 h. 10 mL of sat. $NH_4Cl$ solution was added followed by extraction with ethyl acetate (3×50 mL), washing with water, brine and dried over anhydrous $Na_2SO_4$. Concentration of the solvent gave the crude product, which was purified by column chromatography (0-5% ethyl acetate in hexane) to obtain the product 507 (0.218 g, 20%, $R_f$: 0.8, 5% ethyl acetate in hexane). $^1$H NMR (400 MHz, $CDCl_3$) δ 7.68-7.65 (m, 4H), 7.41-7.33 (m, 6H), 3.70-3.67 (m, 1H), 3.67 (s, 6H), 2.43-2.38 (m, 2H), 1.59-1.07 (m, 24H), 1.13 (d, J=7.2 Hz, 6H), 1.04 (s, 9H).

Compound 509: To a stirred solution of methyl ester 507 (0.4 g, 0.66 mmol) in 10 mL of MeOH/THF (1:1) was added LiOH (0.079 g, 3.27 mmol) in 1 mL of water and stirred at room temperature for 24 h. To the above solution was added KOH (0.183 g, 3.27 mmol) in 1 mL of water and stirred for another 2 days. 2 mL of sat. $NH_4Cl$ solution was added followed by extraction with ethyl acetate (3×25 mL), washing with water, brine and dried over anhydrous $Na_2SO_4$. Concentration of the solvent gave the crude product 508 (0.45 g, $R_f$: 0.2, 10% ethyl acetate in hexane), which was used for the next step without further purification. To a stirred solution of the above di-acid 508 (0.45 g), cis-2-

Nonen-1-ol (0.66 g, 4.6 mmol) and EDC.HCl (0.82 g, 4.6 mmol) in dry DCM (15 mL) was added DIEA (1.2 g, 9.24 mmol) and stirred at room temperature for 3 days. 10 mL of water was added followed by extraction with DCM followed by washing with 2N HCl, brine and dried over anhydrous $Na_2SO_4$. Concentration of the solvent gave the crude product which was purified by column chromatography (0-10% ethyl acetate in hexane) to yield compound 509 (0.3 g, 55%, $R_f$: 0.5, 3% ethyl acetate in hexane). $^1$H NMR (400 MHz, $CDCl_3$) δ 7.67-7.65 (m, 4H), 7.42-7.33 (m, 6H), 5.67-5.6 (m, 2H), 5.55-5.49 (m, 2H), 4.615 (d, J=4 Hz, 4H), 3.71-3.65 (m, 1H), 2.44-2.35 (m, 2H), 2.10 (q, J=8.0 Hz, 4H), 1.64-1.07 (m, 40H), 1.13 (d, J=8.0 Hz, 6H), 1.04 (s, 9H), 0.86 (t, J=10 Hz, 6H).

EDC.HCl (0.39 g, 2.04 mmol) and DMAP (0.06 g, 0.51 mmol) in dry DCM (10 mL) was added DIEA (0.5 g, 3.88 mmol) and stirred at room temperature for 2 days. 10 mL of water was added followed by extraction with DCM (3×25 mL), washing with saturated $NaHCO_3$, water, brine and dried over anhydrous $Na_2SO_4$. Concentration of the solvent gave the crude product which was purified by column chromatography (0-30% ethyl acetate in 1% TEA containing hexane) to yield compound 511 (0.167 g, 66%, $R_f$: 0.4, 10% MeOH in DCM). Molecular weight for $C_{43}H_{79}NO_6$ $(M+H)^+$ Calc. 706.59, Found 706.5.

## Example 26

Scheme 26




Compound 511: To a stirred solution of silyl ether 509 (0.3 g, 0.36 mmol) in dry THF were added pyridine (1 mL) and HF.Pyr., (1 mL) drop wise and stirred at 45° C. for 48 h. The solvent was evaporated and used for the next step without purification.

To a stirred solution of the above crude alcohol 510, N,N-Dimethyl amino butyric acid (0.34 g, 2.04 mmol),

Compound 512: To a stirred solution of 4-Pentynoic acid in 100 mL of THF/HMPA (4:1) at −78° C. was added nBuLi (3.1 g, 49 mmol) drop wise and stirred for 30 min. Then the reaction mixture was brought to 0° C. and stirred for 2 h. Again, the reaction mixture was cooled to −78° C. and n-butyl bromide (3.07 g, 22.44 mmol) was added drop wise and stirred at room temperature for 14 h. 10 mL of sat.

$NH_4Cl$ solution was added followed by extraction with ethyl acetate (3×25 mL), washing with water, brine and dried over anhydrous $Na_2SO_4$. Concentration of the solvent gave the crude product, which was purified by column chromatography (0-30% ethyl acetate in hexane) to yield compound 512 (0.4 g, $R_f$: 0.8, 30% ethyl acetate in hexane). $^1H$ NMR (400 MHz, $CDCl_3$) δ 2.59-2.55 (m, 2H), 2.49-2.44 (m, 2H), 2.16-2.11 (m, 2H), 1.49-1.34 (m, 4H), 0.9 (t, J=6.0 Hz, 3H).

Compound 513: To a suspension of $Ni(OAc)_2$ (0.45 g, 2.53 mmol) in EtOH (20 mL) was added $NaBH_4$ (0.096 g, 12.65 mmol) portion wise at room temperature and stirred for 15 min. under $H_2$ atm. Filtered off the solid followed by concentration of the solvent gave compound 513 (0.35 g, 88.6%, $R_f$: 0.6, 20% ethyl acetate in hexane). $^1H$ NMR (400 MHz, $CDCl_3$) δ 10.88 (br s, 1H), 5.47-5.41 (m, 1H), 5.35-5.31 (m, 1H), 2.43-2.33 (m, 4H), 2.07-2.03 (m, 2H), 1.36-2.27 (m, 4H), 0.9 (t, J=8.0 Hz, 3H).

Compound 515: To a stirred solution of di-acetate 514 (1.5 g, 3.09 mmol) in MeOH (100 mL) was added a piece of sodium metal (0.05 g, 2.17 mmol) and stirred at room temperature for 14 h. Neutralized with dry ice and concentrated followed by extraction with ethyl acetate (3×50 mL), washing with water, dried over anhydrous $Na_2SO_4$. Concentration of the solvent gave the crude product 515 (1.1 g, 88.7%), which was used for the next step without purification.

Compound 516: To a stirred solution of the above diol 515 (0.4 g, 1 mmol), 513 (0.341 g, 2.19 mmol), DMAP (0.1 g, 0.82 mmol) and EDC.HCl (0.57 g, 2.98 mmol) in dry DCM (15 mL) was added DIEA (5.97 g, 6 mmol) and stirred at room temperature for 2 days. 10 mL of water was added followed by extraction with ethyl acetate followed by washing with 1N HCl, brine and dried over anhydrous $Na_2SO_4$. Concentration of the solvent gave the crude product which was purified by column chromatography (0-10% ethyl acetate in hexane) to yield compound 516 (0.335 g, 50%, $R_f$: 0.6, 5% ethyl acetate in hexane). $^1H$ NMR (400 MHz, $CDCl_3$) δ 5.45-5.38 (m, 2H), 5.36-5.29 (m, 2H), 4.06 (t, J=8 Hz, 4H), 3.63-3.58 9m, 1H), 2.39-2.31 (m, 8H), 2.07-2.02 (m, 4H), 1.65-1.57 (m, 4H), 1.4-1.28 (m, 32H), 0.9 (t, J=6.0 Hz, 6H), 0.88 (s, 9H), 0.03 (s, 6H).

Compound 517: To a stirred solution of silyl ether 516 (0.3 g, 0.36 mmol) in dry THF (5 mL) were added pyridine (1 mL) and HF.Pyr. (1 mL) drop wise and stirred at 45° C. for 24 h. The solvent was evaporated followed by purification by column chromatography gave product 517 (0.2 g, 72%, $R_f$: 0.4, 10% ethyl acetate in hexane). $^1H$ NMR (400 MHz, $CDCl_3$) δ 5.43-5.36 (m, 2H), 5.34-5.27 (m, 2H), 4.04 (t, J=8 Hz, 4H), 3.59-3.53 (m, 1H), 2.37-2.3 (m, 8H), 2.05-2.0 (m, 4H), 1.61-1.29 (m, 37H), 0.88 (t, J=8.0 Hz, 6H).

Compound 518: To a stirred solution of the alcohol 517 (0.2 g, 0.355 mmol), N,N-Dimethyl amino butyric acid (0.36 g, 2.14 mmol), EDC.HCl (0.406 g, 2.14 mmol) and DMAP (0.043 g, 0.36 mmol) in dry DCM (10 mL) was added DIEA (0.55 g, 4.26 mmol) and stirred at room temperature for 2 days. 10 mL of water was added followed by extraction with DCM (3×25 mL), washing with saturated $NaHCO_3$, water, brine and dried over anhydrous $Na_2SO_4$. Concentration of the solvent gave the crude product which was purified by column chromatography (0-30% ethyl acetate in 1% TEA containing hexane) to yield compound 518 (0.172 g, 72%, $R_f$: 0.2, 5% MeOH in DCM). $^1H$ NMR (400 MHz, $CDCl_3$) δ 5.43-5.36 (m, 2H), 5.32-5.27 (m, 2H), 4.87-4.83 (m, 1H), 4.03 (t, J=6 Hz, 4H), 2.36-2.2 (m, 6H), 2.32 (s, 6H), 2.03-1.25 (m, 40H), 0.88 (t, J=6.0 Hz, 6H).

## Example 27

Scheme 27



-continued



522

523

83%

524

82%

525

60%

Compound 521: To a suspension of Mg in $Et_2O$ was added alkyl bromide (25 g, 107.7 mmol) drop wise at 40° C. over one hour. Ethyl formate was added to the above reaction mixture at 0-5° C. and then the reaction mixture was stirred at room temperature for 14 h. The reaction mixture was poured onto the ice cold sat. $NH_4Cl$ solution followed by extraction with $Et_2O$ (3×250 mL), washing with water, brine and dried over anhydrous $Na_2SO_4$. Concentration of the solvent gave the crude product, which was re-dissolved in MeOH (250 mL) and a small piece of sodium (0.1 g) was added and stirred at room temperature for 14 h. The solvent was evaporated and 100 mL of water was added followed by filtration of the solid, washing with water (2×100 mL) gave pale yellow powder 521 (17 g, 94%, %, $R_f$: 0.8, 10% ethyl acetate in hexane). $^1H$ NMR (400 MHz, $CDCl_3$) δ 5.84-5.74 (m, 2H), 5.0-4.89 (m, 4H), 3.64-3.49 (m, 1H), 2.04-1.99 (m, 4H), 1.79 (br s, 1H), 1.44-1.23 (m, 32H).

Compound 522: To a stirred solution of 521 (10 g, 29.73 mmol) and DMAP (0.1 g, 0.82 mmol) in dry DCM (50 mL) was added 4-bromo butyryl chloride (6.56 g, 35.68 mmol) and stirred at room temperature for 14 h. 5 mL of saturated $NaHCO_3$ was added and the organic layer was separated and dried over anhydrous $Na_2SO_4$. Concentration of the solvent gave the crude product which was purified by column chromatography (0-10% ethyl acetate in hexane) to yield compound 522 (9.6 g, 66.7%, $R_f$: 0.9, 5% ethyl acetate in hexane).

Compound 524: Oxidation was carried out to get compound 523 (8.6 g, 83.5%, $R_f$: 0.1, 5% MeOH in DCM) following same experimental procedure as for compound 505. This crude material was dissolved in 2N N,N-dimethyl amine in THF (20 mL) and heated to 60° C. in a sealed tube for 14 h. Concentrated the reaction mixture and then pH of the reaction mixture was brought to 3. This mixture was freeze-dried to obtain compound 524 as HCl salt (4 g, 82%). Molecular weight for C27H51NO6 $(M+H)^+$ Calc. 486.37, Found 486.2. $^1H$ NMR (400 MHz, $CDCl_3$) δ 4.94-4.89 (m, 1H), 3.32-3.3 (m, 2H), 3.2-3.16 (m, 2H), 2.91 (s, 6H), 2.47 (t, J=8 Hz, 2H), 2.28 (t, J=8 Hz, 4H), 2.05-1.97 (m, 2H), 1.61-1.56 (8H), 1.4-1.25 (m, 22H).

526



526s



527



527s



528



528s



Synthesis of Ester 525, 526, 527 and 528:

The title compounds were synthesized following the experimental procedure as for compound 516.

Compound 525: (0.75 g, 60%, $R_f$: 0.3, 5% MeOH in DCM). $^1$H NMR (400 MHz, $CDCl_3$) δ 5.65-5.59 (m, 2H), 5.53-5.47 (m, 2H), 4.87-4.81 (m, 1H), 4.595 (d, J=4.0 Hz, 4H), 2.43-2.25 (m, 8H), 2.2 (s, 6H), 2.1-2.03 (m, 4H), 1.81-1.73 (m, 2H), 1.61-1.56 (m, 4H), 1.48-1.47 (m, 4H), 1.36-1.23 (m, 32H), 0.86 (t, J=8.0 Hz, 6H).

Compound 526: (0.358 g, 60.9%, $R_f$: 0.5, 5% MeOH in DCM). $^1$H NMR (400 MHz, $CDCl_3$) δ 4.87-4.81 (m, 1H), 4.07-3.95 (m, 4H), 2.32-2.24 (m, 6H), 2.2 (s, 6H), 1.80-1.69 (m, 4H), 1.6-1.14 (m, 46H), 0.88-0.84 (m, 24H).

Compound 527: (0.258 g, 56.8%, $R_f$: 0.5, 5% MeOH in DCM). Molecular weight for C47H91NO6 $(M+H)^+$ Calc. 766.23; Found: 766.7. $^1$H NMR (400 MHz, $CDCl_3$) δ 4.86-4.80 (m, 1H), 4.12-4.02 (m, 4H), 2.31-2.23 (m, 8H), 2.19 (s, 6H), 1.80-1.72 (m, 2H), 1.66-1.06 (m, 52H), 0.87 (d, J=8.0 Hz, 6H), 0.84 (d, J=8.0 Hz, 12H).

Compound 528: (0.3 g, 68.1%, $R_f$: 0.5, 5% MeOH in DCM). Molecular weight for C47H91NO6 $(M+H)^+$ Calc. 766.23; Found: 766.7. $^1$H NMR (400 MHz, $CDCl_3$) δ 4.86-4.80 (m, 1H), 4.12-4.02 (m, 4H), 2.31-2.21 (m, 8H), 2.19 (s, 6H), 1.79-1.72 (m, 2H), 1.66-0.98 (m, 52H), 0.87 (d, J=8.0 Hz, 6H), 0.835 (d, J=4.0 Hz, 12H).

## Example 28

Scheme 28




R' = H (529), Propyl (530)

R = Me (531), Propyl (532)

533: R = Me
R' = H
534: R = Me
R' = Propyl
535: R = Propyl
R' = H
536: R = Propyl
R' = Propyl




537: R = Me
R' = H
538: R = Me
R' = Propyl
539: R = Propyl
R' = H
540: R = Propyl
R' = Propyl

X = O or S

Synthesis of compounds 533, 534, 535 and 536: The title compounds (1 mmol) are synthesized following the experimental procedure of compound 513 except de-silylation step and it is done using TBAF in THF at room temperature.

Synthesis of compounds 537, 538, 539 and 540: The title compounds (1 mmol) are synthesized following the experimental procedure of compound 525.

Example 29

Scheme 29




Compound 243 (X=O/NH, R=alkyl/aryl) can be synthesized as shown in Scheme 16-2. Tosyl group of 239 can be replaced with phthalimide group by nucleophilic substitution. After deprotection followed by coupling with 111 under acidic conditions, 242 can be synthesized. Standard esterification gives cationic lipid 243 and its analogs.

Example 30: Synthesis of Ester-Containing Lipids




Compound 15: Compound 13 (503 mg, 1.0 mmol) was treated with 14 (469 mg, 3.0 mmol) in the presence of EDCI (2.30 g, 12.0 mmol), DMAP (235 mg, 1.92 mmol) and DIEA (8.34 mL, 47.9 mmol) in $CH_2C_{12}$ (50 mL) for 14 h. Aqueous work-up then column chromatography gave compound 15 (1.22 g, 1.54 mmol, 40%).

Molecular weight for $C_{49}H_{92}NO_6$ $(M+H)^+$ Calc. 790.6925, Found 790.7.

Compound 16: This compound was synthesized from 13 and tetrahydrolavandulol using a procedure analogous to that described for compound 15. Yield: 0.358 g, 61%. $^1$H NMR (400 MHz, $CDCl_3$) δ 4.87-4.81 (m, 1H), 4.07-3.95 (m, 4H), 2.32-2.24 (m, 6H), 2.2 (s, 6H), 1.80-1.69 (m, 4H), 1.6-1.14 (m, 46H), 0.88-0.84 (m, 24H).

Compound 17: This compound was synthesized from 12 (1.0 g, 2.15 mmol) and 3 (1.03 g, 5.16 mmol) using a procedure analogous to that described for compound 15.

Yield: 856 mg (50%). $^1$H NMR (400 MHz, $CDCl_3$) δ 4.91-4.79 (m, 1H), 4.08 (t, J=7.1 Hz, 4H), 2.35-2.25 (m, 14H), 1.89-1.76 (m, 2H), 1.67-1.13 (m, 62H), 0.88 (t, J=7.0 Hz, 12H). $^{13}$C NMR (100 MHz, $CDCl_3$) δ 174.08, 74.45, 63.08, 45.27, 34.76, 34.56, 34.28, 33.70, 32.61, 32.39,

29.54, 29.36, 29.28, 26.36, 25.47, 25.13, 22.83, 14.26. Molecular weight for $C_{49}H_{96}NO_6$ $(M+H)^+$ Calc. 794.7238, Found 794.6.

Compound 18: This compound was synthesized from 13 (1.0 g, 2.15 mmol) and 3 (1 g) using a procedure analogous to that described for compound 15.

Yield: 1 g (59%). $^1$H NMR (400 MHz, $CDCl_3$) δ 4.94-4.74 (m, 1H), 4.17-3.85 (m, 4H), 2.46-2.19 (m, 12H), 1.93-1.79 (m, 2H), 1.74-1.45 (m, 10H), 1.37 (d, J=20.2 Hz, 2H), 1.35-1.13 (m, 44H), 0.88 (t, J=6.9 Hz, 12H). $^{13}$C NMR (101 MHz, $CDCl_3$) δ 174.19, 77.53, 77.21, 76.90, 63.12, 34.81, 34.66, 34.35, 33.76, 32.66, 32.45, 29.76, 29.73, 29.63, 29.48, 29.39, 26.42, 25.57, 25.23, 22.89, 14.32. Molecular weight for $C_{53}H_{103}NO_6$ $(M+H)^+$ Calc. 850.38, Found 850.7.

Compound 19: This compound was synthesized from 12 and 11 using a procedure analogous to that described for compound 15.

Yield: 860 mg (51%). $^1$H NMR (400 MHz, $CDCl_3$) δ 4.90-4.81 (m, 1H), 4.04 (t, J=6.8 Hz, 4H), 2.37-2.17 (m, 14H), 1.84-1.06 (m, 48H), 0.93-0.78 (m, 24H). $^{13}$C NMR (100 MHz, $CDCl_3$) δ 174.06, 74.35, 65.51, 64.91, 59.05, 45.51, 43.77, 37.10, 34.55, 34.29, 32.55, 29.54, 29.37, 29.34, 29.28, 28.58, 28.19, 26.99, 26.74, 25.47, 25.15, 22.90, 22.82, 19.60, 19.41, 19.28. Molecular weight for $C_{47}H_{92}NO_6$ $(M+H)^+$ Calc. 766.6925, Found 766.5.

Compound 20: This compound was synthesized from 13 and 11 using a procedure analogous to that described for compound 15.

$^1$H NMR (400 MHz, $CDCl_3$) δ 4.86 (p, J=6.2 Hz, 1H), 4.04 (t, J=6.7 Hz, 4H), 2.38-2.17 (m, 14H), 1.84-1.07 (m, 56H), 0.93-0.76 (m, 24H). $^{13}$C NMR (100 MHz, $CDCl_3$) δ 174.11, 173.46, 74.44, 64.90, 59.06, 45.51, 43.77, 37.11, 34.59, 34.32, 32.57, 29.71, 29.67, 29.57, 29.43, 29.34, 28.58, 28.20, 27.00, 26.75, 25.51, 25.20, 22.90, 22.82, 19.41, 19.28. Molecular weight for $C_{51}H_{100}NO_6$ $(M+H)^+$ Calc. 822.7551, Found 822.6.

Compound 21: This compound was synthesized from 12 and 6 using a procedure analogous to that described for compound 15.

$^1$H NMR (400 MHz, $CDCl_3$) δ 4.91-4.78 (m, 1H), 4.15-3.98 (m, 4H), 2.39-2.18 (m, 14H), 1.84-1.11 (m, 44H), 0.92-0.77 (m, 24H). $^{13}$C NMR (100 MHz, $CDCl_3$) δ 174.06, 173.44, 74.36, 63.73, 59.03, 45.48, 41.00, 36.98, 34.56, 34.29, 32.54, 29.60, 29.54, 29.49, 29.36, 29.28, 28.52, 25.47, 25.13, 23.15, 22.85, 22.81, 19.49, 18.89. Molecular weight for $C_{45}H_{88}NO_6$ $(M+H)^+$ Calc. 738.6612, Found 738.6.

Compound 22: This compound was synthesized from 13 and 6 using a procedure analogous to that described for compound 15.

Yield: 900 mg (57%). $^1$H NMR (400 MHz, $CDCl_3$) δ 4.92-4.78 (m, 1H), 4.15-3.91 (m, 4H), 3.33-3.08 (m, 1H), 2.36-2.15 (m, 14H), 1.79 (dq, J=14.3, 7.2 Hz, 2H), 1.74-1.55 (m, 8H), 1.55-1.37 (m, 9H), 1.35-0.95 (m, 36H), 0.96-0.61 (m, 27H). $^{13}$C NMR (101 MHzCDCl$_3$) δ 174.16, 173.52, 77.54, 77.22, 76.91, 74.48, 63.76, 59.10, 45.55, 42.02, 41.04, 38.75, 37.09, 37.02, 34.65, 34.36, 32.62, 30.71, 29.75, 29.72, 29.64, 29.62, 29.53, 29.48, 29.44, 29.38, 28.56, 28.45, 25.56, 25.23, 23.59, 23.23, 22.90, 22.86, 19.54, 19.03, 18.94. Molecular weight for $C_{49}H_{95}NO_6$ $(M+H)^+$ Calc. 794.2817, Found 794.7.

Compound 24: This compound was synthesized from 13 and 23 using a procedure analogous to that described for compound 15.

Yield: 0.567 g (30%). $^1$H NMR (400 MHz, $CDCl_3$) δ 4.85 (p, J=6.1 Hz, 1H), 4.20-3.93 (m, 4H), 2.41-2.18 (m, 13H), 1.92-1.72 (m, 2H), 1.56 (ddd, J=27.4, 16.4, 5.8 Hz, 12H), 1.39 (s, 2H), 1.25 (s, 54H), 0.91 (dt, J=13.7, 6.4 Hz, 11H). $^{13}$C NMR (101 MHz, $CDCl_3$) δ 174.18, 173.51, 77.54, 77.23, 76.91, 74.50, 63.12, 59.10, 45.55, 34.81, 34.66, 34.38, 33.76, 32.67, 32.62, 32.45, 29.77, 29.73, 29.64, 29.49, 29.39, 26.42, 25.57, 25.24, 23.23, 22.89, 14.32. Molecular weight for $C_{47}H_{88}NO_6$ $(M+H)^+$ Calc. 762.6612, Found 762.5.

Example 31: Synthesis of Alcohol Components



-continued



10 11

Compound 2: Compound 2 was synthesized from 1 using a procedure analogous to that described in *Journal of the Organic Chemistry,* 2009, 1473.

$^1$H NMR (400 MHz, $CDCl_3$) δ 3.66 (s, 3H), 2.23 (d, J=6.9 Hz, 2H), 1.84 (brs, 1H), 1.27 (d, J=11.5 Hz, 16H), 0.88 (t, J=6.8 Hz, 6H). $^{13}$C NMR (100 MHz, $CDCl_3$) δ 174.29, 51.49, 39.25, 35.22, 34.00, 32.24, 26.34, 22.77, 14.22.

Compound 3: To a suspension of $LiAlH_4$ (2.84 g, 74.9 mmol) in THF (85 mL) was added a solution of compound 2 (8.55 g, 37.4 mmol) in THF (25 mL). The reaction mixture was refluxed overnight. Aqueous workup then column chromatography gave pure compound 3 (7.35 g, 36.7 mmol, 98%) as a colorless oil.

$^1$H NMR (400 MHz, $CDCl_3$) δ 3.66 (t, J=7.0 Hz, 2H), 1.59-1.12 (m, 19H), 0.88 (t, J=6.9 Hz, 6H).

Compound 4: Tetrahydrolavandulol (10.1 g, 63.8 mmol) was treated with methansulfonyl chloride (6.38 mL) in $CH_2Cl_2$ (200 mL) and $Et_3N$ (17.6 mL). Aqueous workup gave the crude mesylate, which was treated with KCN (4.98 g, 76.5 mmol) in EtOH (90 mL) and $H_2O$ (10 mL). Aqueous workup then column chromatography gave pure compound 4 (8.36 g, 50.0 mmol, 72%) as a colorless oil.

$^1$H NMR (400 MHz, $CDCl_3$) δ 2.38-2.23 (m, 2H), 1.86-1.78 (m, 1H), 1.59-1.42 (m, 3H), 1.40-1.07 (m, 3H), 0.93-0.89 (m, 12H). $^{13}$C NMR (100 MHz, $CDCl_3$) δ 119.73, 41.69, 36.46, 30.10, 28.44, 28.33, 22.82, 22.59, 19.62, 19.11, 19.05.

Compound 6: The cyano derivative 4 was converted to the ethyl ester under acidic conditions to give compound 5 and the ester was reduced by $LiAlH_4$ in THF to give compound 6.

Compound 7: Tetrahydrolavandulol (98.1 g, 51.2 mmol) was oxidized with PCC (16.6 g, 76.8 mmol) in $CH_2Cl_2$ (200 mL). Aqueous workup then column chromatography gave pure compound 7 (6.19 g, 39.6 mmol, 77%) as a colorless oil.

$^1$H NMR (400 MHz, $CDCl_3$) δ 9.60 (d, J=3.1 Hz, 1H), 2.05-1.79 (m, 1H), 1.71-1.36 (m, 4H), 1.23-1.04 (m, 2H), 1.02-0.82 (m, 12H).

Compound 9: To a solution of compound 7 (2.0 g, 12.8 mmol) in toluene (40 mL) and $CH_2Cl_2$ (18 mL) and was added 8 (3.96 g, 11.8 mmol). The mixture was heated at 70° C. overnight. Column chromatography gave pure compound 9 (1.40 g, 6.59 mmol, 51%) as a colorless oil.

$^1$H NMR (400 MHz, $CDCl_3$) δ 6.77 (dd, J=15.6, 9.9 Hz, 1H), 5.76 (d, J=15.6 Hz, 1H), 3.73 (s, 3H), 1.97-1.83 (m, 1H), 1.72-1.64 (m, 1H), 1.54-1.40 (m, 2H), 1.37-1.22 (m, 1H), 1.18-0.97 (m, 2H), 0.94-0.78 (m, 12H). $^{13}$C NMR (100 MHz, $CDCl_3$) δ 167.19, 152.54, 121.70, 51.53, 49.66, 36.95, 31.76, 29.49, 28.29, 22.92, 22.54, 20.84, 19.24.

Compound 10: To a solution of compound 9 (1.0 g, 4.71 mmol) in MeOH (15 mL) was added Pd—C (125 mg). The mixture was stirred under $H_2$ atmosphere overnight. The mixture was filtered over Celite then evaporated to give pure compound 10 (924 mg, 4.31 mmol, 92%) as a colorless oil.

$^1$H NMR (400 MHz, $CDCl_3$) δ 3.67 (s, 3H), 2.41-2.16 (m, 2H), 1.74-1.57 (m, 2H), 1.57-1.42 (m, 2H), 1.33-1.02 (m, 5H), 0.88-0.83 (m, 12H). $^{13}$C NMR (100 MHz, $CDCl_3$) δ 174.78, 51.62, 43.71, 36.97, 32.69, 29.23, 28.56, 27.94, 25.92, 22.85, 22.79, 19.32, 19.19.

Compound 11: To a suspension of $LiAlH_4$ (444 mg, 11.7 mmol) in THF (12 mL) was added a solution of compound 10 (1.25 g, 5.83 mmol) in THF (8 mL). The reaction mixture was refluxed overnight. Aqueous workup gave the crude compound 11 (1.1 g) as a colorless oil.

$^1$H NMR (400 MHz, $CDCl_3$) δ 3.63 (t, J=6.7 Hz, 2H), 1.74-1.66 (m, 1H), 1.60-1.45 (m, 3H), 1.37-1.05 (m, 7H), 0.88-0.82 (m, 12H). $^{13}$C NMR (100 MHz, $CDCl_3$) δ 63.75, 44.00, 37.16, 31.22, 29.40, 28.61, 28.28, 26.62, 22.90, 22.82, 19.43, 19.28.

Example 32: Synthesis of Ester-Containing Lipids



25

26

-continued



27

Compound 26: Compound 25 (840 mg, 1.03 mmol) was stirred in TFA (9 mL) and $CH_2Cl_2$ (36 mL) for 3 h at room temperature. Evaporation of the solvents and co-evaporation with toluene 3 times gave compound 26.

Molecular weight for $C_{43}H_{80}NO_6$ $(M+H)^+$ Calc. 706.5986, Found 706.4.

Compound 27: Compound 26 from the previous step was treated with 2,2-dimethylpropanol (363 mg, 4.12 mmol) in the presence of EDCI (592 mg, 3.09 mmol), DMAP (50 mg, 0.412 mmol) and DIEA (1.44 mL, 8.24 mmol) in $CH_2Cl_2$ (10 mL) for 14 h. Aqueous work-up then column chromatography gave compound 27 (575 mg, 0.679 mmol, 66%). $^1H$ NMR (400 MHz, $CDCl_3$) δ 5.40-5.28 (m, 4H), 4.91-4.81 (m, 1H), 3.76 (s, 4H), 2.34-2.27 (m, 8H), 2.22 (s, 6H), 2.03-1.97 (m, 8H), 1.83-1.26 (m, 50H), 0.94 (s, 18H). $^{13}C$ NMR (100 MHz, $CDCl_3$) δ 174.14, 173.53, 130.09, 129.92, 74.41, 73.72, 59.12, 45.61, 34.60, 34.32, 32.64, 31.45, 29.93, 29.85, 29.71, 29.68, 29.48, 29.32, 29.28, 27.39, 27.33, 26.62, 25.52, 25.22, 23.32.

Molecular weight for $C_{53}H_{100}NO_6$ $(M+H)^+$ Calc. 846.7551, Found 846.5.

## Example 33: Synthesis of Quaternary Lipids

A. The amino lipids synthesized in Examples 31 and 32 can be converted to the corresponding quaternary lipids as shown below by treatment with $CH_3Cl$ in $CH_3CN$ and $CHCl_3$.



15: n = 3, p = 3, R = H
24: n = 3, p = 1, R = Me

15Q: n = 3, p = 3, R = H
24Q: n = 3, p = 1, R = Me



16: m = 0, n = 3
19: m = 2, n = 1
20: m = 2, n = 3
21: m = 1, n = 1
22: m = 1, n = 3

-continued



16Q: m = 0, n = 3
19Q: m = 2, n = 1
20Q: m = 2, n = 3
21Q: m = 1, n = 1
22Q: m = 1, n = 3




17: n = 1
18: n = 3



17: n = 1
18: n = 3



27T






27TQ

R = Me, Et, iPr, t-Bu, other alkyl/allyl groups

B. Synthesis of BODIPY-Lipid Conjugates

Synthesis of BODIPY-labeled lipid




101

-continued




Compound 102: To a solution of compound 101 (2.00 g, 4.30 mmol) and cis-2-nonen-1-ol (1.81 mL, 10.7 mmol) in $CH_2Cl_2$ (20 mL) were added diisopropylethylamine (3.00 mL, 17.2 mmol), N-(3-dimethylaminopropyl)-N'-ethylcarbodiimide hydrochloride (2.06 g, 10.7 mmol) and DMAP (106 mg, 0.868 mmol). The reaction mixture was stirred at

room temperature for 18 hours. The reaction mixture was diluted with $CH_2Cl_2$ (200 mL) and washed with saturated $NaHCO_3$ aq. (100 mL). The organic layer was dried over $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography (0-5% EtOAc in Hexane) to give compound 102 (2.11 g, 2.96 mmol, 69%, $R_f$=0.45 developed with 10% EtOAc in Hexane).

$^1$H NMR (500 MHz, $CDCl_3$) δ 5.67-5.61 (m, 2H), 5.54-5.49 (m, 2H), 4.89-4.84 (m, 1H), 4.62 (d, J=6.5 Hz, 4H), 3.46 (t, J=6.5 Hz, 2H), 2.48 (t, J=7.3 Hz, 2H), 2.30 (t, J=7.5 Hz, 4H), 2.20-2.14 (m, 2H), 2.12-2.04 (m, 4H), 1.63-1.60 (m, 4H), 1.51-1.50 (m, 4H), 1.37-1.27 (m, 32H), 0.88 (t, J=6.8 Hz, 6H). $^{13}$C NMR (100 MHz, $CDCl_3$) δ 173.90, 172.45, 135.58, 123.51, 74.74, 60.36, 34.47, 34.24, 32.93, 32.91, 31.83, 29.54, 29.48, 29.31, 29.21, 29.01, 28.03, 27.70, 25.43, 25.08, 22.76, 14.23.

Molecular weight for $C_{39}H_{69}BrNaO_6$ $(M+Na)^+$ Calc. 735.42, Found 735.2.

Compound 103: To a solution of 102 (2.11 g, 2.96 mmol) in DMF (20 mL) was added a solution of N-Boc-1,6-diaminohexane (670 mg, 3.10 mmol) in DMF (20 mL) at 0° C. The mixture was stirred for 18 hours at room temperature. Then additional N-Boc-1,6-diaminohexane (160 mg, 0.740 mmol) in DMF (1 mL) was added and the mixture was stirred for 12 hour. The reaction was quenched by adding saturated $NaHCO_3$ aq. (100 mL) then extracted with $Et_2O$ (150 mL×3). The organic layer was separated and dried over anhydrous $MgSO_4$. After filtration and concentration, the crude was purified by silica gel column chromatography (5% MeOH in $CH_2Cl_2$, $R_f$=0.24) to give 103 (1.28 g, 1.51 mmol, 51%).

$^1$H NMR (400 MHz, $CDCl_3$) δ 5.67-5.61 (m, 2H), 5.55-5.50 (m, 2H), 4.88-4.81 (m, 1H), 4.61 (d, J=6.8 Hz, 4H), 4.54 (brs, 1H), 3.11-3.08 (m, 2H), 2.67-2.59 (m, 4H), 2.35 (t, J=7.4 Hz, 2H), 2.29 (t, J=7.6 Hz, 4H), 2.10-2.07 (m, 4H), 1.84-1.81 (m, 4H), 1.63-1.57 (m, 4H) 1.50-1.47 (m, 8H), 1.44 (s, 9H), 1.38-1.27 (m, 34H), 0.88 (t, J=6.8 Hz, 6H). $^{13}$C NMR (100 MHz, $CDCl_3$) δ 173.90, 173.53, 135.57, 123.50, 74.49, 60.36, 49.82, 49.29, 40.64, 34.47, 34.24, 32.68, 31.83, 30.16, 29.89, 29.54, 29.50, 29.33, 29.23, 29.01, 28.58, 27.69, 27.11, 26.80, 25.44, 25.37, 25.09, 22.76, 14.23.

Molecular weight for $C_{50}H_{93}N_2O_8$ $(M+H)^+$ Calc. 849.69, Found 849.5.

Compound 104: To a solution of 103 (1.16 g, 1.37 mmol) in THF (20 mL) were added formaldehyde (37 wt. % in $H_2O$, 0.306 mL, 4.11 mmol), sodium cyanoborohydride (1 M solution in THF, 2.06 mL, 2.06 mmol) and acetic acid (0.008 mL, 0.137 mmol) at 0° C. The mixture was stirred at room temperature for 17 hours. The reaction was quenched by adding saturated $NaHCO_3$ aq. (50 mL) then extracted with $Et_2O$ (100 mL×3). The organic layer was separated and dried over anhydrous $MgSO_4$. After filtration and concentration, the crude was purified by silica gel column chromatography (8% MeOH in $CH_2Cl_2$, $R_f$=0.46) to give 104 (531 mg, 0.615 mmol, 45%).



$^1$H NMR (400 MHz, $CDCl_3$) δ 5.66-5.60 (m, 2H), 5.53-5.47 (m, 2H), 4.86-4.80 (m, 1H), 4.61-4.59 (m, 5H), 3.12-3.07 (m, 2H), 2.89-2.78 (m, 4H), 2.62 (s, 3H), 2.40 (t, J=6.8 Hz, 2H), 2.28 (t, J=7.4 Hz, 4H), 2.11-2.06 (m, 4H), 1.99-1.92 (m, 2H), 1.69-1.27 (m, 57H), 0.87 (t, J=6.8 Hz, 6H). $^{13}$C NMR (100 MHz, $CDCl_3$) δ 173.86, 172.45, 156.18, 135.55, 123.45, 75.24, 60.32, 56.68, 55.83, 40.72, 40.36, 34.40, 34.09, 31.79, 31.29, 29.92, 29.49, 29.41, 29.26, 29.17, 28.96, 28.55, 27.65, 26.49, 26.30, 25.41, 25.02, 24.79, 22.71, 20.12, 14.19.

Molecular weight for $C_{51}H_{95}N_2O_8$ $(M+H)^+$ Calc. 863.71, Found 863.6.

Compound 105: To a solution of compound 104 (525 mg, 0.608 mmol) in $CH_2Cl_2$ (8 mL) was added trifluoroacetic acid (2 mL) at 0° C. The reaction mixture was stirred at 0° C. for 1 hour and at room temperature for 3 hours. The reaction mixture was evaporated and co-evaporated with toluene 3 times then dried in vacuo overnight to give compound 105 (603 mg, 0.603 mmol calculated as 2 TFA salt, quantitatively, $R_f$=0.24 developed with 8% MeOH in $CH_2Cl_2$).

$^1$H NMR (400 MHz, $CDCl_3$) δ 8.06 (brs, 1H), 5.68-5.61 (m, 2H), 5.55-5.49 (m, 2H), 4.87-4.81 (m, 1H), 4.62 (d, J=6.8 Hz, 4H), 4.28 (brs, 3H), 3.20-3.02 (m, 6H), 2.82 (d, J=4.0 Hz, 3H), 2.45-2.40 (m, 2H), 2.30 (t, J=7.4 Hz, 4H), 2.12-2.00 (m, 6H), 1.78-1.22 (m, 52H), 0.88 (t, J=6.8 Hz, 6H). $^{13}$C NMR (100 MHz, $CDCl_3$) δ 174.04, 172.08, 161.84, 161.47, 135.63, 123.44, 117.60, 114.71, 75.56, 60.41, 55.69, 55.27, 39.94, 39.64, 34.44, 34.06, 31.82, 30.72, 29.53, 29.43, 29.28, 29.19, 29.00, 27.69, 26.58, 25.42, 25.27, 25.05, 24.60, 23.06, 22.75, 19.00, 14.22.

Molecular weight for $C_{46}H_{87}N_2O_6$ $(M+H)^+$ Calc. 763.66, Found 763.4.

Compound 106: To a solution of 105 (23.8 mg, 0.0240 mmol, calculated as 2TFA salt) in $CH_2Cl_2$ (1 mL) and $Et_3N$ (0.050 mL, 0.360 mmol) was added a solution of BODIPY® 493/503 (10 mg, 0.0240 mmol, Life Technology #D2191) in $CH_2Cl_2$ (2 mL). The reaction mixture was stirred for 1 h. The reaction mixture was loaded onto silica gel column chromatography and eluted with 0-5% MeOH in $CH_2Cl_2$. The product color fractions were collected (5% MeOH in $CH_2Cl_2$, $R_f$=0.36) to give 106 (26 mg, 0.024 mmol, quantitatively).

$^1$H NMR (400 MHz, $CDCl_3$) δ 6.05 (s, 2H), 5.67-5.61 (m, 2H), 5.54-5.48 (m, 2H), 4.85-4.82 (m, 1H), 4.61 (d, J=6.8 Hz, 4H), 3.37-3.32 (m, 2H), 3.27-3.22 (m, 2H), 2.51-2.44 (m, 17H), 2.34-2.27 (m, 8H), 2.12-2.06 (m, 4H), 1.60-1.21 (m, 52H), 0.88 (t, J=6.8 Hz, 6H).

Molecular weight for $C_{62}H_{104}BF_2N_4O_7$ $(M+H)^+$ Calc. 1065.80, Found 1065.5.

## Example 34: Multi-Ester Containing Lipids and Acetal Linked Lipids




5000 5001 5002

-continued




5003 5004 5005




5005 5002



5006



5007

Synthesis of compound 5002: To a stirred solution of alcohol 5001 (1.0 g, 5.15 mmol), Glycolic anhydride 5000 (5.66 mmol) in DCM (20 mL) was added DMAP (1.26 g, 10.41 mmol) and stirred at room temperature for 48 h. The reaction mixture was concentrated followed by column purification gave the corresponding product 5002 (1.4 g, 86%) as DMAP salt. LCMS: Calculated: 316.22 ($M^+$), Found: 315.1 ($M^+$−1).

Synthesis of compound 5004: To a stirred solution of alcohol 5003 (5.0 g, 44.6 mmol), 4-(Dimethylamino)butyric acid hydrochloride (8.1 g, 48.3 mmol) and EDC (10.3 g, 53.6 mmol) in DCM (100 mL) was added DIEPA (23 g, 178.3 mmol) and stirred at room temperature overnight. After usual work up, the crude product was purified by column chromatography (9.0 g, 90%).

Synthesis of compound 5005: To a stirred solution of diene 5004 (4.0 g, 18 mmol) in 10 mL of THF was added 9-BBN and stirred overnight. To the above solution was added 6.6 mL of 3M NaOAc and 7.4 mL of 30% $H_2O_2$ at 0-5° C. The reaction mixture was stirred at room temperature overnight. After usual work up, the crude material was purified by column chromatography to get 5005 (2.6 g, 55%) as viscous oil. LCMS: Calculated: 261.19 ($M^+$), Found: 262.1 ($M^+$+1).

Synthesis of compound 5006 and 5007: To a stirred solution of diene 5005 (260 mg, 1 mmol), acid 5002 (1.0 g, 2.28 mmol), EDC (387 mg, 2 mmol) in 10 mL of DCM was added DIEA (516 mg, 4 mmol) and stirred overnight. After usual work up, the crude material was purified by column chromatography to get 5006 (0.1 g, 12%) and 5007 (0.2 g, 36%). LCMS for compound 5006: Calculated: 857.62 ($M^+$), Found: 858.5 ($M^+$+1), 880.5 ($M^+$+Na). LCMS for compound 5007: Calculated: 559.4 ($M^+$), Found: 560.4 ($M^+$+1).




5009







5008




5005

-continued



Synthesis of compound 5011: To a stirred solution of alcohol 5008 (2.66 g 10 mmol) in 5 mL of Chlorotrimethylsilane was added paraformaldehyde (0.3 g, 10 mmol) and stirred at room temperature overnight. The excess Chlorotrimethylsilane was evaporated followed by drying under reduced pressure gave the corresponding product 5009 and used for next step without purification. The compound 5009 was added dropwise to the solution of diol (261 mg, 1 mmol), DIEA (2.5 g, 19.4 mmol) and DMAP (20 mg, 0.16 mmol) in DCM (10 mL) and stirred overnight. Concentration of the solvent gave the crude product 5010, which was dissolved in 5 mL of THF and 2 mL of 1N NaOH was added and stirred for 2 days at room temperature. After usual work up, the crude material was purified by column chromatography to get the corresponding product 5011 (200 mg, 28%). LCMS for compound 5010: Calculated: 1131.95 ($M^+$), Found: 1096.98 ($M^+$–$Cl^-$)). LCMS for compound 5011: Calculated: 704.63 ($M^+$), Found: 727.5 ($M^+$+Na).

Synthesis of compound 5012: To a stirred solution of alcohol 5011 (200 mg, 0.284 mmol), 4-(Dimethylamino) butyric acid hydrochloride (103 mg, 0.57 mmol), EDC (109 mg, 0.57 mmol) in 10 mL of DCM was added DIEA (294 mg, 4 mmol) and stirred overnight. After usual work up, the crude material was purified by column chromatography to get 5012 (190 mg, 85%). LCMS for compound 5012: Calculated: 817.72 ($M^+$), Found: 818.5 ($M^+$+Na).



-continued



5018

Synthesis of compound 5016: To a stirred solution of alcohol 5013 (1.0 g 7.03 mmol) in 5 mL of Chlorotrimethylsilane was added acetaldehyde (0.3 g, 7.03 mmol) and stirred at room temperature for 2 h. The excess Chlorotrimethylsilane was evaporated followed by drying under reduced pressure gave the corresponding product 5014 and used for next step without purification. The compound 5014 was added dropwise to the solution of diol 5015 (223 mg, 0.55 mmol), DIEA (2 mL g, 11.5 mmol) and DMAP (20 mg, 0.16 mmol) in DCM (10 mL) and stirred overnight. 10 mL of water was added followed by extraction with DCM (3×30 mL), washed with water, saturated $NaHCO_3$, brine and dried over anhydrous $Na_2SO_4$. Concentration of the solvent gave the crude product, which was used for the next step without purification. LCMS for compound 5016: Calculated: 738.66 ($M^+$), Found: 761.5 ($M^+$+Na).

Synthesis of compound 5017: To a stirred solution of alcohol 5016 in 5 mL of THF was added 0.54 mL of 1M TBAF in THF (0.54 mmol) and stirred for 2 days at room temperature. After usual work up, the crude material was purified by column chromatography to get 5017. However, it contains some inseparable impurity and hence used for next step without further purification. LCMS for compound 5017: Calculated: 624.57 ($M^+$), Found: 647.5 ($M^+$+Na).

Synthesis of compound 5018: To a stirred solution of alcohol 5017 (0.55 mmol), 4-(Dimethylamino)butyric acid hydrochloride (116 mg, 0.64 mmol), EDC (123 mg, 0.64 mmol) in 10 mL of DCM was added DIEA (165 mg, 1.28 mmol) and stirred for 2 days. After usual work up, the crude material is purified by column chromatography (0-10% MeOH in 1% $Et_3N$ containing DCM) to get 5018 (300 mg, 75% from 5015). LCMS for compound 5018: Calculated: 737.65 ($M^+$), Found: 738.6 ($M^+$+1), 760.5 ($M^+$+$Na^+$).

Example 35: Preparation of Lipid Nanoparticles

The cationic lipids described herein are used to formulate liposomes containing the AD-1661 duplex (shown in the table below) using an in-line mixing method as described in International Publication No. WO 2010/088537, which is incorporated by reference in its entirety. The lipid nanoparticles had the formulation shown in the table below.

| Component | Mole Percentage (Based on 100% of the lipid components in the LNP) |
|---|---|
| Cationic lipid | 50% |
| Distearoylphosphatidylcholine (DSPC) | 10% |
| Cholesterol | 38.5% |
| 1-(monomethoxy-polyethyleneglycol)-2,3-dimyristoylglycerol (PEG-DMG) (with an average PEG molecular weight of 2000) | 1.5% |
| siRNA (AD-1661) | — |

The siRNA AD-1661 duplex has the sequence shown below.

| Duplex | Sequence 5'-3' | SEQ ID NO: | Target |
|---|---|---|---|
| AD-1661 | GGAfUfCAfUfCfUfCAAGfUfCfUfUAfCdTsdT | 1 | FVII |
| | GfUAAGAfCfUfUGAGAfUGAfUfCfCdTsdT | 2 | |

Lower case is 2'OMe modification and Nf is a 2'F modified nucleobase, dT is deoxythymidine, s is phosphothioate

The lipid nanoparticles was prepared as follows. Cationic lipid, DSPC, cholesterol, and PEG-DMG in the ratio recited in the table above were solubilized in ethanol at a total lipid concentration of 25 mg/mL.

A siRNA stock solution was prepared by solubilizing the siRNA AD-1661 in a low pH acetate or citrate buffer (pH=4) at 0.8 mg/mL.

The stock solutions should be completely clear and the lipids should be completely solubilized before combining with the siRNA. Therefore, if it was determined appropriate, the stock solutions were heated to completely solubilize the lipids.

The individual stock solutions were combined by pumping each solution to a T-junction (i.e., by in-line mixing). Specifically, the ethanol solution (at 5 ml/min, via 0.01 in. PEEK tube) and aqueous buffer solution (at 15 mL/min, via 0.02 in. PEEK tube) were mixed through a T-junction (PEEK Tee body, IDEX).

After the T-junction a single tubing is placed where the combined stream will emit. Ethanol is removed and exchanged for PBS by dialysis. The lipid formulations are then concentrated using centrifugation or diafiltration to an appropriate working concentration.

Lipid nanoparticles containing the cationic lipids listed in the table in Example 36 were prepared as described above.

Example 36: Efficacy of Lipid Nanoparticles

Factor VII (FVII), a prominent protein in the coagulation cascade, is synthesized in the liver (hepatocytes) and secreted into the plasma. FVII levels in plasma can be determined by a simple, plate-based colorimetric assay. As such, FVII represents a convenient model for determining siRNA-mediated downregulation of hepatocyte-derived proteins.

Test formulations of the lipid nanoparticles prepared in Example 35 were initially assessed for their FVII knockdown in female 7-9 week old, 15-25 g, female C57Bl/6 mice at 0.1, 0.3, 1.0 and 5.0 mg/kg with 3 mice per treatment group. All studies included animals receiving either phos-

phate-buffered saline (PBS, control group) or a benchmark formulation. Formulations were diluted to the appropriate concentration in PBS immediately prior to testing. Mice were weighed and the appropriate dosing volumes calculated (10 l/g body weight). Test and benchmark formulations as well as PBS (for control animals) were administered intravenously via the lateral tail vein. Animals were anesthetised 24 hours later with an intraperitoneal injection of ketamine/xylazine and 500-700 μl of blood was collected by cardiac puncture into serum separator tubes (BD Microtainer). Blood was centrifuged at 2,000×g for 10 minutes at 15° C. and serum was collected and stored at −70° C. until analysis. Serum samples were thawed at 37° C. for 30 minutes, diluted in PBS and aliquoted into 96-well assay plates. Factor VII levels were assessed using a chromogenic assay (Biophen FVII kit, Hyphen BioMed) according to the manufacturer's instructions and absorbance was measured in a microplate reader equipped with a 405 nm wavelength filter. Plasma FVII levels were quantified and $ED_{50}$ values (dose resulting in a 50% reduction in plasma FVII levels compared to control animals) were calculated using a standard curve generated from a pooled sample of serum from control animals. Those formulations of interest showing high levels of FVII knockdown ($ED_{50}$<<0.1 mg/kg) were re-tested in independent studies at a lower dose range to confirm potency and establish $ED_{50}$ levels.

The following table shows $ED_{50}$ values for some of the cationic lipids described herein. Two asterisks (**) indicates an $ED_{50}$ value between 0.001 and 0.10. One asterisk (*) indicates an $ED_{50}$ value greater than 0.10.

| $ED_{50}$ | Cationic Lipid |
|---|---|
| ** |  |
| ** |  |
| ** |  |
| ** |  |
| ** |  |
| ** |  |
| ** |  |

-continued

| $ED_{50}$ | Cationic Lipid |
|---|---|
| ** |  |
| * |  |
| ** |  |
| * |  |
| ** |  |
| ** |  |
| ** |  |
| ** |  |

-continued

| $ED_{50}$ | Cationic Lipid |
|---|---|
| ** |  |
| ** |  |
| ** |  |
| ** |  |
| ** |  |
| ** |  |

-continued

| $ED_{50}$ | Cationic Lipid |
|---|---|
| ** |  |
| ** |  |
| ** |  |
| ** |  |
| ** |  |

Example 37: Hydrophobicity and Stability

The log P values for the biodegrable cationic lipids listed in the table below were calculated using the software available at http://www.molinspiration.com/services/logp.html from Molinspiration Cheminformatics of Slovensky Grob, Slovak Republic.

Furthermore, the HPLC retention time for each biodegradable cationic lipid was measured in lipid nanoparticles prepared from them. The lipid nanoparticles were prepared as described in Example 35 using AD-1661 as the payload. The retention times are reported in the table below relative to the retention time for cholesterol.

The HPLC buffer used was a mixture of two solutions (Solution #1 and Solution #2).

Solution #1: 80% methanol/20% 10 mM $NH_4HCO_3$

Solution #2: 80% methanol/20% isopropanol

The ratios of the two solutions in the mixture changed over time as indicated in the table below.

| Time (min) | Solution #1 (vol %) | Solution #2 (vol %) |
|---|---|---|
| 0 | 70 | 30 |
| 4 | 10 | 90 |
| 6 | 10 | 90 |
| 6.1 | 70 | 30 |
| 8 | 70 | 30 |

The size of the lipid nanoparticles was measured before and after undergoing dialysis overnight. In general, greater changes in lipid nanoparticle size are indicative of lesser stability.

Dynamic laser light scattering was used to determine the lipid nanoparticle size (expressed as the intensity weighted diameter) with a Zetasizer (Malvern Instruments, Inc. of Westborough, Mass.). All measurements were made at 532 nm wavelength at the scattering angle of 1730 using normal resolution mode as the analysis model.

The results of these experiments are provided in the table below.

| Cationic Lipid | logP | t(lipid)-t(chol) | LNPs Size (nm) change |
|---|---|---|---|
|  | 9.647 | −1.4 | 107 -> 260 |
|  | 9.972 | 0.848 | 73 -> 77 |
|  | 10.093 | 1.44 | 60 -> 67 |
|  | 10.201 | 1.751 | 59 -> 60 |

Case 1:23-cv-00580-CFC Document 65-1 Filed 06/18/24 Page 257 of 483 PageID #: 5801



-continued

| Cationic Lipid | logP | t(lipid)-t(chol) | LNPs Size (nm) change |
|---|---|---|---|
|  | 10.259 | 2.106 | |
|  | 10.313 | 2.365 | 56 –> 56 |
|  | 10.315 | 2.219 | 68 –> 67 |
|  | 10.416 | 2.707 | |
|  | 10.495 | 3.178 | |

These and other changes can be made to the embodiments in light of the above-detailed description. In general, in the following claims, the terms used should not be construed to limit the claims to the specific embodiments disclosed in the specification and the claims, but should be construed to include all possible embodiments along with the full scope of equivalents to which such claims are entitled. Accordingly, the claims are not limited by the disclosure.

SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS: 2

<210> SEQ ID NO 1
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /note="Description of Artificial Sequence:
Synthetic oligonucleotide"
<220> FEATURE:

-continued

```
<221> NAME/KEY: source
<223> OTHER INFORMATION: /note="Description of Combined DNA/RNA
      Molecule: Synthetic oligonucleotide"
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (3)..(4)
<223> OTHER INFORMATION: 2'F modified nucleobase
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (6)..(9)
<223> OTHER INFORMATION: 2'F modified nucleobase
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (13)..(16)
<223> OTHER INFORMATION: 2'F modified nucleobase
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (18)..(18)
<223> OTHER INFORMATION: 2'F modified nucleobase
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (20)..(21)
<223> OTHER INFORMATION: Deoxythymidine
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (20)..(21)
<223> OTHER INFORMATION: Phosphothioate bond

<400> SEQUENCE: 1

ggaucaucuc aagucuuact t                                         21


<210> SEQ ID NO 2
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /note="Description of Artificial Sequence:
      Synthetic oligonucleotide"
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /note="Description of Combined DNA/RNA
      Molecule: Synthetic oligonucleotide"
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (1)..(1)
<223> OTHER INFORMATION: 2'F modified nucleobase
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (6)..(8)
<223> OTHER INFORMATION: 2'F modified nucleobase
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (13)..(13)
<223> OTHER INFORMATION: 2'F modified nucleobase
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (16)..(18)
<223> OTHER INFORMATION: 2'F modified nucleobase
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (20)..(21)
<223> OTHER INFORMATION: Deoxythymidine
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (20)..(21)
<223> OTHER INFORMATION: Phosphothioate bond

<400> SEQUENCE: 2

guaagacuug agaugaucct t                                         21
```

What is claimed is:

1. A lipid compound, comprising a head group, two hydrophobic tails, and a central moiety to which the head group and the two hydrophobic tails are directly bonded, wherein:

the central moiety is a nitrogen atom;

each of the two hydrophobic tails independently consists of an aliphatic group interrupted by an ester group; and

at least one of the hydrophobic tails has the formula —$R^{12}$-$M^1$-$R^{13}$, wherein:

$R^{12}$ is a $C_4$-$C_{14}$ alkyl group,

$M^1$ is an ester group, and

$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$;

the chain length of formula —$R^{12}$-$M^1$-$R^{13}$ is from 17 to 24 atoms;

the total carbon atom content of the at least one hydrophobic tail is 21 to 26 carbon atoms; and

wherein the lipid compound contains a protonatable group such that the lipid compound is positively charged at a pH at or below pH 7.4.

2. The lipid compound of claim 1, wherein both hydrophobic tails have the formula —$R^{12}$-$M^1$-$R^{13}$, wherein $M^1$ is —OC(O)—.

3. The lipid compound of claim 2, wherein the two hydrophobic tails are identical.

4. The lipid compound of claim 3, wherein the head group consists of a saturated aliphatic group and a hydroxyl group.

5. The lipid compound of claim 1, wherein the ester group in each hydrophobic tail is —C(O)O—.

6. The lipid compound of claim 5, wherein the at least one hydrophobic tail has the formula:




where $R^{13}$ is branched at the α-position relative to the —C(O)O— group, and

where $R^{13}$ is a $C_{13}$-$C_{17}$ alkyl and the maximum length of $R^{13}$ is 11 carbon atoms.

7. The lipid compound of claim 6, wherein the hydrophobic tails have different chemical formulas.

8. The lipid compound of claim 7, wherein the head group consists of a saturated aliphatic group and a hydroxyl group.

9. The lipid compound of claim 8, wherein, in the at least one hydrophobic tail, $R^{13}$ is a $C_{17}$ alkyl.

10. A lipid compound, comprising a head group, two identical hydrophobic tails, and a central moiety to which the head group and the two hydrophobic tails are directly bonded, wherein:

the central moiety is a nitrogen atom;

each hydrophobic tail has the formula —$R^{12}$-$M^1$-$R^{13}$, wherein:

$R^{12}$ is a $C_4$-$C_{14}$ alkyl group,

$M^1$ is —OC(O)—, and

$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$;

the chain length of formula —$R^{12}$-$M^1$-$R^{13}$ is from 17 to 24 atoms; and

the total carbon atom content of each hydrophobic tail is 21 to 26 carbon atoms.

11. The lipid compound of claim 10, wherein $R^{12}$ is n-hexyl.



12. The lipid compound of claim 11, wherein the head group consists of a saturated aliphatic group and a hydroxyl group.

13. A method for delivering a nucleic acid comprising administering to a subject a lipid particle comprising a nucleic acid, a lipid compound, a neutral lipid, a PEG-lipid, and a sterol, wherein:

the lipid compound comprises a head group, two hydrophobic tails, and a central moiety to which the head group and the two hydrophobic tails are directly bonded, wherein:

the central moiety is a nitrogen atom;

each of the two hydrophobic tails independently consists of an aliphatic group interrupted by an ester group; and

at least one of the hydrophobic tails has the formula —$R^{12}$-$M^1$-$R^{13}$, wherein:

$R^{12}$ is a $C_4$-$C_{14}$ alkyl group,

$M^1$ is an ester group, and

$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$;

the chain length of formula —$R^{12}$-$M^1$-$R^{13}$ is from 17 to 24 atoms; and

the total carbon atom content of the at least one hydrophobic tail is 21 to 26 carbon atoms; and

wherein the lipid compound contains a protonatable group such that the lipid compound is positively charged at a pH at or below pH 7.4.

14. The method of claim 13, wherein the nucleic acid comprises RNA.

15. The method of claim 14, wherein the ester group in each hydrophobic tail is —C(O)O—.

16. The method of claim 15, wherein the at least one hydrophobic tail has the formula:




where $R^{13}$ is branched at the α-position relative to the —C(O)O— group, and

where $R^{13}$ is a $C_{13}$-$C_{17}$ alkyl and the maximum length of $R^{13}$ is 11 carbon atoms.

17. The method of claim 16, wherein the hydrophobic tails have different chemical formulas.

18. The method of claim 17, wherein the lipid particle is administered in a pharmaceutical composition, which further comprises a pharmaceutically acceptable diluent and sodium acetate.

19. The method of claim 18, wherein the head group consists of a saturated aliphatic group and a hydroxyl group.

20. The method of claim 19, wherein, in the at least one hydrophobic tail, $R^{13}$ is a $C_{17}$ alkyl.

21. The method of claim 14, wherein both hydrophobic tails have the formula —$R^{12}$-$M^1$-$R^{13}$, wherein $M^1$ is —OC(O)—.

22. The method of claim 21, wherein the two hydrophobic tails are identical.

23. The method of claim 22, wherein the lipid particle is administered in a pharmaceutical composition, which further comprises a pharmaceutically acceptable diluent, potassium chloride, and sodium chloride.

24. The method of claim 23, wherein the head group consists of a saturated aliphatic group and a hydroxyl group.

* * * * *

# Joint Claim Construction Brief

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MODERNA, INC., MODERNATX, INC., and MODERNA USA, INC.,<br><br>Defendants. | Civil Action No. 23-cv-580-CFC |

**DECLARATION OF ALEXANDER KROS, PHD**

14 March 2024

Alexander Kros, PhD — Date

# Table of Contents

I. Qualifications ..... 1

II. Legal Standard ..... 3

III. Patents-in-Suit ..... 4

A. The Technology ..... 4

B. Claims ..... 8

C. The Disputed Terms ..... 10

IV. The State of the Art ..... 11

A. Lipids in General ..... 11

B. Protonatable Lipids in Liposomes and Lipid Particles ..... 18

C. The Importance of pH and pKa ..... 20

V. "Head Group" ..... 22

A. The Claims and Written Description Show that "Head Group" Should Not Be Limited to Groups that May Be Protonated ..... 22

1. The Claims Convey to a POSA that the Head Group Need *Not* Have a Group that May Be Protonated ..... 24

2. The Written Description Further Supports Alnylam's Proposed Construction ..... 25

3. Column 32 Discloses the Location of Protonatability Can Be in Either the Head Group or Central Moiety ..... 27

B. The Prior Art Supports Alnylam's Proposed Construction ..... 29

1. Srilakshmi (2002) ..... 29

2. Martin (2005) ..... 31

3. Anderson References ..... 34

C. I Do Not Agree with Moderna's Interpretation of the Evidence Regarding "Head Group" ..... 45

VI. "The Lipid Compound Contains a Protonatable Group Such that the Lipid Compound Is Positively Charged at a pH at or Below 7.4" ..... 47

A. There Is No Requirement that the "Head Group" Be the Location of Protonation ....................47

B. There Is No Requirement that the Lipid Compound be Neutral above pH 7.4 ....................48

C. In the Context of Lipid Particles for the Delivery of Nucleic Acids, the Only Relevant pKa is the pKa of the Lipid Compound in the Lipid Particle ....................49

VII. Materials Reviewed ....................51

VIII. Conclusion ....................52

Appendix A ....................53

A. pH ....................53

B. $pK_a$ ....................55

I, Alexander Kros, declare as follows:

1. Unless otherwise specified, I have personal knowledge of the facts set forth herein, which are known by me to be true and correct. If called as a witness, I could and would competently testify to these statements.

2. This declaration is submitted in support of Plaintiff Alnylam Pharmaceuticals, Inc.'s ("Alnylam") claim construction position.

3. I have been retained by Alnylam in the above-captioned matter and have been asked to offer my opinions as to the understanding of a person of ordinary skill in the art ("POSA") as to the meaning of certain claim terms in U.S. Patent No. 11,633,479 (the "'479 Patent" or "Patent-in-Suit") (Ex. 1).

4. I am being compensated for my time at a rate of $750 per hour. My opinions stated herein in no way depend on my compensation.

## I. Qualifications

5. I am a Professor of Supramolecular Chemistry at the Leiden Institute of Chemistry in Leiden University in the Netherlands. I am a group leader of the Supramolecular and Biomaterials Chemistry Department supervising three Associate Professors and more than 25 PhD-students and three postdoctoral researchers. I have promoted more than 60 PhD students (past and in progress) and 6 postdoctoral fellows since 2010.

6. My research group aims to obtain molecular-level insight into transport phenomena in a range of topics, including targeted membrane fusion in an *in-vitro/in-vivo* environment, and the delivery of drugs using liposomes and lipid particles. In recent years I pioneered the use of zebrafish as an *in-vivo* prescreening tool for lipid particle and liposomal targeted drug delivery. I use zebrafish to study receptor-nanoparticle interactions and the influence of the protein corona on the *in-vivo* fate of liposomes and lipid particles. I study how lipid particle design can aid the therapeutic efficacy of mRNA-therapeutics.

7. My work includes research into delivery with lipid particles using zebrafish and mouse models. I have also evaluated clinically-approved ionizable cationic lipids for lipid nanoparticle-mediated mRNA delivery and T-cell-inducing vaccine efficacy. My group has also studied how selected lipid nanoparticle-based mRNA candidates can elicit potent T cell immune responses as a function of LNP composition.

8. My work has been supported through prestigious grants, including an ERC Synergy grant (2023) to develop novel therapies to treat glioblastoma using lipid nanoparticles, NWO-Groot investment grant (2020) for Liquid-Phase Electron Microscopy, NWO-XL (2022) on attacking glioblastoma heterogeneity using macrophage metabolic rewiring and targeted therapy. NWO-VICI Grant (2015) on

fusogenic liposomes for *in-vivo* targeting of tumors, two ERC PoC Grants (2014 and 2012), and an ERC StG Grant (2009) on liposomal membrane fusion.

9. I have been working as a full professor of Supramolecular and Biomaterials Chemistry at Leiden University since 2016. Before then, I worked as an Associate Professor of Soft Matter Chemistry at Leiden University from 2009 to 2016. From 2002 to 2009 I was an Assistant Professor in Biomimetic Materials Chemistry at the Department of Soft Matter Chemistry of Leiden University. From 2000 to 2001, I was a research fellow at the California Institute of Technology, in Pasadena, California.

10. I earned my PhD in Natural Sciences from the University of Nijmegen in the Netherlands, under Roeland J. M. Nolte in 2000. I earned my Master's Degree in Chemistry from the University of Nijmegen in 1995. I am listed as an inventor on four patent applications and am an author in over 200 publications, with over 9,200 citations.

11. My current CV (Ex. 10) outlines my current and past experiences and roles and includes further details about my education and professional career. It further lists my publications, grants, and awards.

**II. Legal Standard**

12. I am not an expert in patent law; however, I have been informed that the words of a claim are "'generally given their ordinary and customary meaning.'"

*Phillips v. AWH Corp.*, 415 F.3d 1303, 1312 (quoting *Vitronics, Inc., v. Conceptronic, Inc.*, 90 F.3d 1576, 1582 (Fed. Cir. 1996)). "[T]the ordinary and customary meaning of a claim term is the meaning that the term would have to a person of ordinary skill in the art in question at the time of the invention, *i.e.*, as of the effective filing date of the patent application." *Id*. at 1313. I understand "the context in which a term is used in the asserted claim can be highly instructive." *Id*. "The person of ordinary skill in the art is deemed to read the claim term not only in the context of the particular claim in which the disputed term appears, but in the context of the entire patent, including the specification." *Id*. A POSA is a person who is presumed to have had the capability of understanding the scientific principles applicable to the pertinent art of the claimed invention and to have known all relevant art at the time of the invention.

13. I also understand that patent claims must be understood as a POSA would have understood them unless the patent, or the patent prosecution history, provides a different explicit definition. I have accordingly applied what I understand the ordinary and customary meaning of various claim limitations to be in my review of the '479 Patents and the patent prosecution history of this patent.

## III. Patents-in-Suit

### A. The Technology

14. The '479 Patent discloses various lipids containing biodegradable

groups that can be used for the delivery of nucleic acids. As I will discuss below in more detail, lipids are a class of molecules that include oils, fats, and waxes. Biodegradable groups, as described in the Patent-in-Suit, include certain arrangements of atoms, like esters, that can be broken down in the body. Nucleic acids are molecules like DNA and RNA (including mRNA and siRNA) that can be used to treat or prevent diseases. In short, the Patent-in-Suit covers specific lipids that can deliver things like RNA for various therapeutic aims.

15. For many years, scientists attempted to develop therapeutics with DNA and/or RNA but struggled to create a functional and protective delivery mechanism for these fragile biological molecules. DNA and RNA could not be administered like other drugs. This was due, in part, to the rapid degradation of DNA and RNA by various enzymes in the body and the fact that DNA and RNA cannot enter the cells unaided. Many companies and research groups attempted to develop safe, effective methods for delivering DNA and RNA, but without much success. Using lipid technology it developed in 2009, Alnylam developed and brought Onpattro®, the first FDA-approved RNA therapeutic, to market in 2018 in the U.S. after extensive preclinical and clinical studies. Onpattro® utilizes a cationic lipid delivery mechanism and is approved for the treatment of the polyneuropathy of hereditary transthyretin-mediated (hATTR) amyloidosis.

16. The Alnylam technology in the Patent-in-Suit improves upon the lipids Alnylam uses in Onpattro®. According to the cover page of the Patent-in-Suit, Alnylam filed a first provisional application on December 7, 2011, with a second provisional application filed on April 12, 2012. The first utility application was filed on December 7, 2012.

17. I have been asked to provide my opinion about two terms that appear in both the asserted independent claims: "head group" and "the lipid compound contains a protonatable group such that the lipid compound is positively charged at a pH at or below pH 7.4." In order to understand these terms more fully, it is necessary to understand lipids more generally.

18. There are several properties of the claimed lipids that allow for the delivery of nucleic acids. The first (the lipid's amphiphilic nature – *i.e.*, that the lipids have hydrophilic and hydrophobic regions) has to do with how these lipid molecules interact in water. The second (protonatablity) has to do with how these lipid molecules interact with RNA and/or DNA. Both of these properties are necessary for the effective delivery of RNA and/or DNA.

19. Regarding the first property, the claimed lipids, like many naturally occurring lipids, have hydrophobic tails and a less hydrophobic head group.[1] As I

[1] A POSA would understand that molecules and parts of molecules that are repelled from water are called hydrophobic, which means water-fearing. Ex. 5 (McMurry – Organic Chemistry) at 63; Ex. 19 (Lehninger) at G-10. This property is sometimes

will explain below, all lipids that have this structure are capable of arranging themselves in particular ways in water because the hydrophobic tails are repelled from water and the less hydrophobic heads are attracted to the water.[2] The desire for the hydrophobic tails to avoid water is the driving force behind the lipids forming these shapes. Depending on the lipid, these structures include either bilayer films or various spherical-like structures, including micelles, liposomes, lipid particles, and lipid nanoparticles. The shape of the underlying lipid determines which of these structures are formed. The claimed lipids form lipid particles, in combination with three other lipids, where all four lipids arrange themselves around nucleic acids, to protect against degrading enzymes/environments and help deliver the nucleic acids into the desired cell type/tissue.

20. Regarding the second property, protonatability, the claimed lipids may be positively charged (or cationic) at certain pH ranges and neutral at others.

---

called "hydrophobicity." Molecules and parts of molecules that are attracted to water are called "hydrophilic," which means water-loving. Ex. 5 (McMurry – Organic Chemistry) at 59-60; Ex. 19 (Lehninger) at G-12. This property is sometimes called "hydrophilicity." These properties are two ends of the same spectrum. Something that is more hydrophobic is less hydrophilic, just like a glass that is less cold than another is also warmer than the other. Some molecules, like cationic lipids have both hydrophilic and hydrophobic regions and as discussed above, are said to be amphiphilic or amphipathic (those terms are used interchangeably).

[2] A POSA is concerned with these molecules' behavior in water because the lipid particles are assembled in water-based solutions and because the areas of the human body where the lipid particles travel through are effectively water-based solutions.

Cationic lipids that are only protonated some of the time (*e.g.*, at certain pH levels) have what is called a "protonatable group." This group is capable of accepting a proton (*i.e.*, a positively charged hydrogen atom) to become protonated (*i.e.*, positively charged) at certain pH levels. In the Patent-in-Suit, this protonatable group may be present in either what the Patent describes as the head group or the central moiety, or both. When the lipid is positively charged, nucleic acids like RNA and DNA (that are negatively charged) are attracted to it via so-called electrostatic interactions. This induces encapsulating the RNA or DNA material through the formation of the lipid particles. Once formed, lipid particles act as carriers to facilitate the delivery of RNA and/or DNA to their intended target cells.

B. Claims

21. Claim 1 of the '479 Patent recites:

> A lipid compound, comprising a head group, two hydrophobic tails, and a central moiety to which the head group and the two hydrophobic tails are directly bonded, wherein:
>
> the central moiety is a nitrogen atom;
>
> each of the two hydrophobic tails independently consists of an aliphatic group interrupted by an ester group; and
>
> at least one of the hydrophobic tails has the formula —R12-M1-R13, wherein:
>
> $R^{12}$ is a $C_4$-$C_{14}$ alkyl group,
>
> $M^1$ is an ester group, and
>
> $R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$;

the chain length of formula —$R^{12}$-$M^{1}$-$R^{13}$ is from 17 to 24 atoms;

the total carbon atom content of the at least one hydrophobic tail is 21 to 26 carbon atoms; and

wherein the lipid compound contains a protonatable group such that the lipid compound is positively charged at a pH at or below pH 7.4.

22. Claim 8 of the '479 Patent, which depends from Claim 1, recites:

The lipid compound of claim 7, wherein the head group consists of a saturated aliphatic group and a hydroxyl group.

23. Claim 13 of the '479 Patent recites:

A method for delivering a nucleic acid comprising administering to a subject a lipid particle comprising a nucleic acid, a lipid compound, a neutral lipid, a PEG-lipid, and a sterol, wherein:

the lipid compound comprises a head group, two hydrophobic tails, and a central moiety to which the head group and the two hydrophobic tails are directly bonded, wherein:

the central moiety is a nitrogen atom;

each of the two hydrophobic tails independently consists of an aliphatic group interrupted by an ester group; and

at least one of the hydrophobic tails has the formula —$R^{12}$-$M^{1}$-$R^{13}$, wherein:

$R^{12}$ is a $C_4$-$C_{14}$ alkyl group,

$M^{1}$ is an ester group, and

$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^{1}$;

the chain length of formula —$R^{12}$-$M^{1}$-$R^{13}$ is from 17 to 24 atoms; and

> the total carbon atom content of the at least one hydrophobic tail is 21 to 26 carbon atoms; and
>
> wherein the lipid compound contains a protonatable group such that the lipid compound is positively charged at a pH at or below pH 7.4.

24. Claim 19 of the '479 Patent, which depends from Claim 13, recites:

> The method of claim 18, wherein the head group consists of a saturated aliphatic group and a hydroxyl group.

C. The Disputed Terms

25. I understand from counsel that Moderna has sought construction of: "head group" and "the lipid compound contains a protonatable group such that the lipid compound is positively charged at a pH at or below pH 7.4."

26. Regarding "head group," it is Alnylam's position that it should be afforded its ordinary and customary meaning, which is "portion of the lipid molecule that is less hydrophobic than the hydrophobic tails." I agree that this is the ordinary and customary meaning of "head group." Moderna's position is incorrect because it requires the head group to be the location of protonatability, which is not supported by the claim language, the written description, or the understanding of a POSA.

27. Regarding the second term, it is Alnylam's position, which is consistent with the understanding of a POSA, that no construction is necessary. A POSA would readily understand each of the words of that term without any need for further construction. For the reasons set forth in more detail below, I disagree with Moderna's construction, which uses all the words of the claim, but reads in

additional limitations that are not supported by either the claims, the written description of the Patent-in-Suit, or the knowledge of a POSA.

## IV. The State of the Art

28. The claimed inventions of the Patent-in-Suit include lipids for the delivery of nucleic acids. These lipids are synthetic, but they share many of the same properties with lipids found in nature. To better understand the ordinary and customary meaning of the claim terms, it is necessary to first understand some basic scientific concepts regarding naturally occurring lipids and also understand the development of lipids with protonatable groups (i.e., cationic lipids or ionizable cationic lipids). Finally, I also explain some basic scientific concepts regarding pH and pKa.

### A. Lipids in General

29. Lipids are water-insoluble compounds that exist in nature and include fats, waxes, sterols, fat-soluble vitamins, monoglycerides, diglycerides, and phospholipids. Different naturally occurring lipids perform different functions in living organisms, and therefore have different structural properties. Some lipids are called amphiphilic or amphipathic, because they have both a hydrophobic (*i.e.*,

nonpolar) and a hydrophilic (*i.e.*, polar[3]) region.[4] Examples of amphiphilic lipids include both phospholipids and fatty acids.

30. A POSA would understand that both phospholipids and fatty acids have head groups that are less hydrophobic (*i.e.*, more hydrophilic and polar) and hydrophobic (*i.e.*, nonpolar) tails. Phospholipids typically have two tails, while fatty acids have one. Further, a POSA would understand that the head group must be connected to the tails in some fashion.

[3] Polarity describes how the electron clouds around molecules or parts of molecules are distributed. If those electrons are evenly distributed, the molecule is said to be non-polar. If the electrons are unevenly distributed, *i.e.*, there is a higher density of electrons around some atoms than around other atoms, the molecule is said to be polar or to have polarity. Ex. 15 (Grange) at 508. For example, water is polar because the electrons cluster around the oxygen and away from the hydrogens. POSAs use the terms polar and non-polar to describe parts of molecules as well. The polar region of a molecule preferentially interacts with water molecules because water is also polar. As result, lipid chemists often use the terms polar/hydrophilic/less hydrophobic interchangeably to describe parts of molecules that preferentially interact with water, and the terms non-polar/hydrophobic/less hydrophilic interchangeably to describe parts of molecules that are repelled from water.

[4] It is important to note that these terms are somewhat relative. For example, the inclusion of a biodegradable group into a hydrophobic tail makes it both less hydrophobic and less non-polar than a tail without a biodegradable group, but as a whole, that tail would still be substantially more hydrophobic and non-polar than the head group.

31. The diagram below is a simplified depiction of a generic phospholipid[5] taken from an Encyclopaedia Britannica article on lipids.[6] The same diagrams appear in basic chemistry and biochemistry textbooks, which I have also cited. I have used the diagrams from the Encyclopaedia Britannica throughout due to their clarity, but they are consistent with textbooks and other resources as well. Note, while a POSA would understand that these drawings are not to scale, a POSA would understand that these drawings do convey relevant concepts. This diagram shows the hydrophilic (*i.e.*, less hydrophobic) and polar head group separated from the hydrophobic and nonpolar tails:




Ex. 16 (Britannica); *see also* Ex. 17 (Molecular Biology of the Cell) at 58-59.

[5] A phospholipid is a lipid that contains an (oxidized) phosphor-based group in its polar region. Thus, phospholipids are a subgroup of lipids.

[6] The Encyclopaedia Britannica article is available at https://www.britannica.com/science/lipid.

32. Similarly, the below diagram of a simplified depiction of a fatty acid also shows a hydrophilic (*i.e.*, less hydrophobic) and polar head group separated from the hydrophobic and nonpolar tails:




Ex. 16 (Britannica); *see also* Ex. 17 (Molecular Biology of the Cell) at 58-59.

33. The properties of these lipids (including their less hydrophobic head groups and the hydrophobic tails) allow them to arrange themselves in water in biologically useful ways, in a process called self-assembly or aggregation. These assemblies can possess a variety of three-dimensional morphologies, depending on the shape of the lipids used and whether there is more than one type of lipid, and if so, what the ratios of the various lipids are. I have provided a few examples here of common arrangements that are well known in the art.

34. One example is that cell membranes are made from lipid bilayers of phospholipids and other biomolecules. These bilayers form because the less hydrophobic head groups of the phospholipids preferentially interact with water,

while the hydrophobic tails interact with each other thereby minimizing contact with water molecules. This causes the lipids to assemble tail to tail, with the head groups on the outer and inner surfaces, as shown here:




Ex. 16 (Britannica); *see* also Ex. 18 (Dictionary of Science) at 460; *see also* Ex. 17 (Molecular Biology of the Cell) at 58-59.

35. As another example, lipids, including fatty acids, may form structures based on these same properties, but rather than form bilayers, they form other 3-dimensional structures, like spherical or worm or rod-like assemblies, called micelles. As with the bilayers, the hydrophobic tails preferentially interact with each other minimizing contact with water and thus move towards the center of the micelle, while the less hydrophobic head groups form the outside (where they are in contact with water), as shown here:




Ex. 16 (Britannica) (depicting a spherical micelle); *see also* Ex. 17 (Molecular Biology of the Cell) at 621.

36. As another example, phospholipids can also aggregate into spherical structures called liposomes (or vesicles), which contain an aqueous interior (*i.e.*, there is water both inside the liposome and surrounding the liposome). Such liposomes are essentially lipid bilayers folded on themselves to be shaped into a sphere. As with a lipid bilayer, the hydrophobic (nonpolar) tails arrange themselves together, with the less hydrophobic (*i.e.*, hydrophilic or polar) head groups lining both the outer and inner surfaces, as shown here:




Ex. 16 (Britannica) (depicting a liposome). I have annotated the figure to show the aqueous solution on both the inside and the outside of the liposome:




Ex. 16 (Britannica) (annotated).

B. Protonatable Lipids in Liposomes and Lipid Particles

37. As discussed above, scientists have known for many years that lipids with hydrophobic tails and less hydrophobic head groups have the ability to self-assemble (or aggregate) into these types of structures in aqueous solutions. Scientists sought to use these properties to develop drug delivery mechanisms. There are many types of drugs and therapeutics that could be very effective if they could reach the right part of the body and enter the cells but are also too fragile to get there without some sort of delivery mechanism. Nucleic acids, like RNA and DNA, fall into this category. While the promise of therapeutics based on nucleic acids has long been known, their fragility and their intracellular site of action prevented their effective use. To address this, scientists have sought to pharmaceutically enable nucleic acid-based drugs with lipid-based delivery solutions that will address these and other challenges.

38. One challenge to using these lipid structures was charge. RNA and DNA are negatively charged. Nearly all naturally occurring lipids are not positively charged – they are either negatively charged or neutral. Thus, they are not able to bind to RNA/DNA. As a result, these lipids cannot encapsulate, protect, and deliver these cargoes. Therefore, scientists had to develop positively charged lipids that mimicked the other properties of naturally occurring lipids like phospholipids and fatty acids described above. These synthetic lipids needed to mirror natural lipids'

ability to self-assemble or aggregate, so the lipids could form a protective assembly around the RNA or DNA. This process is referred to as encapsulation.

39. The lipids also needed a positive charge for several reasons. First, the positively charged lipids induce efficient encapsulation of the RNA or DNA. Second, the cationic lipids enable the release of the RNA/DNA into the cell via a process called endosomal escape. Here, the negatively charged endosomal/lysosomal membranes are destabilized by the positively charged lipids and as a result the RNA/DNA is released into the cell. The earliest synthetic lipids were permanently positively charged, but those lipids had toxicity issues and limited efficacy.

40. Scientists then developed lipids that had protonatable groups – that is, groups that could be neutral at certain pHs and protonated (*i.e.*, positively charged) at other, lower, pHs. These lipids needed the protonatable groups to attract the negatively charged RNA and DNA, but also needed to be neutral at other pH ranges, to both aid in delivery of the RNA or DNA and to lower toxicity. The pH ranges that were key for these properties were those at or below pH 7.4 (also known as physiological pH). *See* '479 Patent at 359:27-32 ("In certain embodiments, the cationic lipids have at least one protonatable or deprotonatable group, such that the lipid is positively charged at a pH at or below physiological pH (*e.g.* pH 7.4), and neutral at a second pH, preferably at or above physiological pH. Such lipids are also

referred to as cationic lipids.”). Scientists understood that the required positive charge could be provided by a protonatable group, using the parlance of the Patent-in-Suit, in either the head group or the central moiety, or both. See generally Ex. 20 (Srilakshmi); Ex. 21 (Martin); Ex. 22 (WO 2006/138380); Ex. 23 (Anderson). Ex. 24 (Whitehead). Lipids containing such protonatable groups in the central moiety were known and published in the art. *See* infra §V.B. A POSA would also understand that there are certain groups, like pyridines and hydroxyls, that could not function as the protonatable group in a lipid for the delivery of a lipid particle, even though they are protonatable at some pH, but could serve to provide the necessary hydrophilicity for a head group, and could work in lipid particles, so long as there was a central nitrogen to serve as a protonatable group.

C. <u>The Importance of pH and pKa</u>

41. Certain scientific concepts that explain how lipids interact at different levels of pH are necessary to fully understand how these lipids behave. I have provided additional background information that is consistent with what a POSA would understand in Appendix A. Specifically, I have provided background on pH, which is a measure of the acidity of a solution and $pK_a$, which is a measure of the acidity of a molecule or part of a molecule, and the relationship between the two.

42. A particularly relevant concept to the issues here is the pKa of the lipid compound. While, in theory, lipid compounds have two pKas (the free lipid pKa

and the pKa of the lipid incorporated in the lipid particle), the only pKa which a POSA would rely on is the pKa once incorporated into the lipid particle. This is also called the "apparent pKa." The pKa of lipid incorporated into the lipid particle is lower than the free lipid pKa because the pKa of a lipid changes when that lipid is part of a lipid particle. Specifically, it was well understood in 2011 that the pKa of a lipid is reduced when that lipid is incorporated into a lipid particle. *See, e.g.*, Ex. 11 (Buschmann); Ex. 12 (Fernández) (explaining that articles dating back to the 1940s have described shifts of pKa detected in micellar solutions versus pure aqueous solutions).[7] A POSA, when referencing the pKa of lipid used for the delivery of nucleic acids, would refer to and rely on the pKa once incorporated in the lipid particle because that is what determines how a lipid particle behaves in biological systems.

43. There is a single, standard technique for measuring the pKa in lipid particles: the 2-(p-toluidino)-6-naphthalene sulfonic acid ("TNS") fluorescent method. In the TNS fluorescent method, TNS binds with the lipid compound when the lipid compound is protonated. When the TNS is bound to the lipid compound, it fluoresces (i.e., emits a certain kind of light). As more and more of the lipid

[7] This occurs because the lipid compounds in the lipid particle are interacting with each other and with the other helper lipids that form the lipid particle, as well as the RNA or DNA. As such, the lipid compounds have a different (lower) pKa in the lipid particle than if one was to calculate the pKa of the lipid compound in isolation.

compound molecules are charged, the fluorescence becomes stronger. A POSA can measure the pKa by adjusting the pH of the solution and measuring the fluorescence. *See, generally*, Ex. 13 (Heyes, 2005).

44. Patent applications cited in the Patent-in-Suit and incorporated by reference disclose the use of this standard technique. *See* ’479 Patent at 374:59-67. (“Methods of making cationic lipids, lipid particles containing them, and pharmaceutical compositions containing the cationic lipids and/or lipid particles are described in, for example, International Publication Nos. WO 2010/054406, WO 2010/054401, WO 2010/054405, WO 2010/054384, WO 2010/042877, WO 2010/129709, WO 2009/086558, 65 and WO 2008/042973, and U.S. Patent Publication Nos. 2004/0142025, 2006/0051405 and 2007/0042031, each of which is incorporated by reference in its entirety.”). For example, WO 2010/054406 (Ex. 29) provides that “pKa measurements of lipids within lipid particles can be performed, for example, by using the fluorescent probe 2-(p-toluidino)-6-napthalene sulfonic acid (TNS), using methods described in Cullis et al, (1986) Chem Phys Lipids 40, 127-144.” Further, Moderna’s own publications also rely on the pKa of the lipid particle as measured by TNS assay to report pKa of lipid particles for the delivery of nucleic acids. *See, e.g.*, Ex. 14 (Hassett) at 8-9.

## V. “Head Group”

### A. <u>The Claims and Written Description Show that “Head Group” Should</u>

Not Be Limited to Groups that May Be Protonated

45. The written description of the Patent-in-Suit shows that the meaning of "head group" is consistent with its ordinary and customary meaning, *i.e.*, that it is the less hydrophobic portion of the molecule. The language of the Patent-in-Suit is consistent with the understanding that the hydrophobic tails are more hydrophobic than the rest of the molecule. *See* '479 Patent at 36:50-57 ("Some cationic lipids can be conveniently represented as a hydrophobic group combined via a central moiety (such as a carbon atom) with a headgroup."). The patent goes on to say that the cationic lipid "can be thought of as a combination of a headgroup, a central moiety, and two hydrophobic groups as follows" and provides the following depiction:




'479 Patent at 37:1-38:20. This reflects the ordinary and customary meaning of "head group" and the central moiety, that they are in a region of the molecule that is less hydrophobic than the hydrophobic tails.

46. The specification clearly discloses that the tails are the more hydrophobic region and the central moiety and head group are therefore the less

hydrophobic region. From a POSA perspective, therefore, there seems to be no disagreement that the head group is less hydrophobic than the hydrophobic tails. The dispute appears to be only whether there should be an additional limitation that the head group be protonatable, rather than simply less hydrophobic. The head group should not be limited to require a group that may be protonated because the patent plainly teaches in congruence with a POSA's general understanding that a central moiety group may also be the site of potential protonation, in which case there is no need for the head group to be protonatable.

1. The Claims Convey to a POSA that the Head Group Need *Not* Have a Group that May Be Protonated

47. As explained above, a POSA understands that a lipid compound for the delivery of nucleic acids, as described in the claims, needs a group that may be protonated or a permanent positive charge. A POSA also understands that the positive charge or protonatable group can be located either in what the Patent-in-Suit calls the "head group" or in what the Patent-in-Suit calls the "central moiety." *See infra* at §V.B. The claim language supports the ordinary and customary meaning of "head group" and shows that the protonatable group does not need to be in what the Patent-in-Suit call the "head group." First, the claim language itself does not require that the "head group" be positively charged or protonatable. *See, e.g.*, '479 Patent at Claims 1, 18. This is consistent with POSA's understanding that a head group may, but does not have to be, protonatable.

48. As noted above, I understand that "the context in which a term is used in the asserted claim can be highly instructive." *Id*. One of ordinary skill reading this claim language would understand that the lipid must be protonatable at or below pH 7.4 but would have no reason to limit the protonatable region to the head group. All of the asserted claims require that the central moiety be a nitrogen, which offers a site for protonation outside the head group.

49. This separation between the head group and the protonatability of the lipid is further supported by the separate claim term "lipid compound" that is "protonatable," which encompasses both the head group and the central moiety. This is consistent with a POSA's general understanding that a lipid compound could comprise a protonatable group either within the head group or the central moiety (or potentially both). *See infra* at §V.B.

2. The Written Description Further Supports Alnylam's Proposed Construction

a. Column 16 Supports that the Head Group Should Not Be Limited to a Protonatable Head

50. The written description of the Patent-in-Suit's description of "primary group" shows that the head group does not have be the location of protonation. To a POSA, this shows the concept of protonatability is not linked to the head group, which is consistent with the ordinary and customary meaning of "head group" and a POSA's understanding that the central moiety may be a site of protonation.

51. As used in the Patent-in-Suit, the term "primary group" refers to the combination of the head group and the central moiety. '479 Patent at 16:42-60. Notably, at column 16, line 42-52, it describes the "primary group" as comprising a "protonatable group" without limiting that protonatable group to a head group. This is consistent with a POSA's understanding that the protonatable group may be in the head group or the central moiety of the primary group within the lipid compound.

52. The specification then states that "in one embodiment," the "primary group" "includes (i) a head group and (ii) a central moiety (*e.g.*, a central carbon atom) to which both the hydrophobic tails are bonded. *Representative central moieties include*, but are not limited to, a central carbon atom, *a central nitrogen atom* . . . ." '479 Patent, 16:56-60. Such language in the specification conveys to POSA that the protonatable element is not limited to the head group because (i) the head group language states no such requirement and (ii) the use of a "nitrogen" in the central moiety (like the claim language itself) conveys that the central moiety could be the protonatable element[8] of the "cationic lipid's" primary group.

---

[8] A POSA wound understand that there are both protonatable central nitrogens (like tertiary amines) and non-protonatable central nitrogens (like amides). The specification allows for both. Further, as I discussed in detail below, it was known in the art that lipids for the delivery of nucleic acids could have a protonatable nitrogen central moiety without a protonatable group in the head group. *See infra* §V.B.

53. From this passage in the specification, a POSA would understand that the primary group needs to be protonatable and that the protonatable group could be in either the head group or the central moiety. A POSA would not read this to mean that the head group must be the location of protonation or that the head group must be protonatable.

3. Column 32 Discloses the Location of Protonatability Can Be in Either the Head Group or Central Moiety.

54. Column 32 provides examples of both head groups and central moieties that can serve as the site of protonation for a lipid for use in a lipid particle. This once again shows that the site of protonation does not need to be in the head group.

55. For example, column 32 discloses pyridine as a possible head group.[9] ’479 Patent at 32:33. Pyridines, outside a lipid particle, are generally considered to have $pK_a$s of approximately 5.2. *See* Ex. 6 (Ege) at front cover. If a lipid with a pyridine containing head group was incorporated into a lipid particle, it would significantly reduce the pKa, as I discussed above. *See supra* §40. As a result, a POSA would not consider a lipid containing a pyridine head group to be sufficiently protonatable to be used as the “protonatable group” in a lipid particle for the delivery of nucleic acids, absent another protonatable group in the molecule – i.e., in the central moiety.

---

[9] Examples of head groups containing only pyridine groups can be found in Table 2A of “Representative headgroups.” *See* ’479 Patent at 64:10-28.

56. The very next paragraph in column 32 provides disclosure of protonatable central moiety: "Representative central moieties include, but are not limited to, a central carbon atom, a central nitrogen atom . . . ." '479 Patent at 32:36-37. This tells a POSA that the location of protonation could be in either the head group (in which case the central moiety could be non-protonatable, such as a carbon), or in the central moiety (e.g., when the central moiety is a carbon, in which case the head group need not be protonatable.

57. Column 32 also discloses that "[t]he head group can be zwitterionic." '479 Patent at 32:34-35. A POSA would know that "zwitterionic" refers to molecules that have both a positive and a negative charge in the same molecule. *See* Ex. 19 (Lehninger) at G-17. These two charges cancel each other out, thereby rendering the molecule neutral. This is not the same as positively charged that would be necessary to form a lipid particle with a nucleic acid, as those have only a positive charge, and not a corresponding negative charge. Zwitterionic molecules are polar due to the charged atoms within the molecule. The fact the head group is zwitterionic does not mean that could be a site of protonation necessary for the formation of a lipid particle with a nucleic acid. A POSA would understand that common zwitterionic head groups in naturally occurring lipids like phosphatidylcholine, phosphatidylethanolamine, and sphingomyelin are neutral at physiological pH. *See* Ex. 19 (Lehninger) at 351-353. Based on that knowledge, a

POSA would assume this reference to zwitterionic head groups referred to head groups that are neutral. As such, this does not support attempts by Moderna to limit the construction of "head group" to a group that may be protonated.

B. <u>The Prior Art Supports Alnylam's Proposed Construction</u>

58. It was well known in the art at the time of the invention that the protonatable group in a lipid compound could be in either the head group or the central moiety. Below I have provided a summary of some of the papers and other prior art that disclosed the use of nitrogen central moieties as the protonatable group in lipids used in the formation of lipid particles for the delivery of nucleic acids.

1. Srilakshmi (2002)

59. In 2002, Srilakshmi published "Anchor-dependent lipofection with non-glycerol based cytofectins containing single 2-hydroxyethyl head groups" in *Biochimica et Biophysica Acta*. Ex. 20 (Srilakshmi). Generally, this paper is about cationic lipids for use with plasmid DNA (a type of nucleic acid). Ex. 20 (Srilakshmi). Srilakshmi states that "[m]olecular architectures of cationic transfection lipids are, in general, composed of three segments namely, a hydrophobic anchor, a linker, and a head group." Ex. 20 (Srilakshmi) at 88. The paper also describes these lipids as "cationic amphiphiles," i.e., a molecule that is both cationic and amphiphilic, which is consistent with Alnylam's proposed

construction. Ex. 20(Srilakshmi) at 90. Specifically, the paper provides the following structures:







Ex. 20 (Srilakshmi) at 89. I have annotated these figures to show where the head group, central moiety, and hydrophobic tails are:




Ex. 20 (Srilakshmi) at 89 (annotated). Like many early cationic lipids, these are permantly positively charged. The positively charged nitrogen is in the central

moiety position, and the head group consists of a short alkyl chain and a hydroxyl group, which is less hydrophobic than the hydrophobic tails. The paper concludes that "the anchor-dependence investigations delineated in this study convincingly demonstrate that non-glycerol based cationic lipids containing a single hydroxyethyl head group and hydrophobic C-14 or C-16 anchors are promising non-toxic cationic transfection lipids for future use in non-viral gene therapy." Ex. 20 (Srilakshmi) at 94.

60. Srilakshmi (2002) taught a POSA that cationic lipids could have a permanent positive charge in the central moiety position that interacts with nucleic acids and a head group that was not the location of the positive charge. This shows that Moderna's proposed construction is too narrow.

2. Martin (2005)

61. In 2005, Martin published "The Design of Cationic Lipids for Gene Delivery," in *Current Pharmaceutical Design*. Ex. 21. I understand that Moderna have relied on this reference as part of their Invalidity Contentions in this matter. Martin described a "cationic lipid as a positively charged amphiphile," which is in line with Alnylam's proposed construction and my above explanation of what the two key properties of lipids for the delivery of nucleic acids, which are protonatability and amphiphilicity. Ex. 21 (Martin) at 378. While Martin did teach that generally cationic lipids had positively charged head groups, Martin does not

teach that it must be the site of protonation. Indeed, Martin includes examples of lipids with head groups the location of protonation, combined with nitrogen central moieties that are protonatable or permanently positively charged, including:




Ex. 21 (Martin) at 380. I have annotated this figure to show the head group (in purple), the central moiety (in black), and the hydrophobic tails (in green):




Ex. 21 (Martin) at 380 (annotated). This figure with these structures is entitled "[i]ncorporation of hydroxyethyl groups into the cationic headgroup." *Id.* These lipids are cationic, either because they are permanently positively charged at the central moiety position (like the top two structures) or because they are protonatable at the central moiety position (like the bottom two structures). The hydroxyl groups in the head group cannot serve as the cite of protonation.[10] This teaches a POSA that cationic lipids (*i.e.*, the lipid compounds in the claims) can have the site of

---

[10] DDAB does not contain a hydroxyl group in the head group; however, because the tails are composed of only carbons and hydrogens, the head group is still less hydrophobic than the tails because it contains significantly fewer carbons.

protonation in the central moiety, which shows that Moderna's proposed construction is too narrow.

3. Anderson References

a. Anderson – WO 2006/138380

62. In 2006, Anderson submitted WO 2006/138380[11] (Ex. 22), which discloses lipids for the delivery of nucleic acids with a protonatable central nitrogen moiety, like the following:




Ex. 22 (WO 2006/138380) at 36.[12] While the structure differs in key ways from the claims of the Patents-in-Suit, it shows a central nitrogen that a POSA understands is protonatable and a head group containing an -OH group that cannot serve as the site of protonation.[13] This is consistent with a POSA's understanding at the time of the

[11] WO 2006/138380 is cited on the face of the Patents-in-Suit. I understand that that means that Alnylam provided it to the examiner during prosecution, and the examiner considered it prior to allowing the claims of the Patents-in-Suit.
[12] Note – this structure is drawn with the head group on the right, rather than on the left as the Patents-in-Suit depict lipid compounds. A POSA understands that these are just two-dimensional representations of three-dimensional molecules and are equally understood regardless of orientation.
[13] The -OH group is also known as a hydroxyl or hydroxy group, which are also referred to as alcohols. While alcohols may be protonated under very acidic

invention that the protonatable group could be in the head group region or the central moiety region – consistent with the plain language of the Patents-in-Suit's use of head group.

63. While Anderson does not use the term "head group," a POSA would understand that Anderson discloses lipids with protonatable groups, hydrophobic tails, and less hydrophobic head groups. A POSA would understand that Anderson's reference to "[t]hese lipids typically have a hydrophobic half and a hydrophilic half," and that "[t]he amine may be protonated or alkylated thereby forming a positively charged amine" means that the reference disclosed lipids with protonatable groups with "head groups." Ex. 22 (WO 2006/138380)) at [0005]. To a POSA, this unequivocally teaches a a head group that is less hydrophobic than the hydrophobic tails, which is entirely consistent with Alnylam's proposed construction of "head group."

64. Further, Anderson depicts several lipids, including LD31, LF31, LF93, LF94, LG93, ND28, which have head groups that are not the site of protonation required for use in the delivery of nucleic acids and protonatable nitrogen central moieties.

---

conditions, they are considered non-protonatable in the biological context. To the extent that Moderna's construction refers to all proton acceptors (*i.e.*, all Brønsted-Lowry bases), the structures disclosed in this reference would fall within their proposed construction.


LD31


LF31


LF93


LF94


LG93


ND28

Ex. 22, (WO 2006/138380), p. 37-38.

65. These lipids were not just hypothetical structures – they were actually synthesized and tested for in vitro activity. Ex. 22, (WO 2006/138380) [00268]-Table 2 (providing data for LD31, LF31, and ND28); [00269]-Table 3 (providing data for LD31, LF31, LF93, LF94, and LG93); [00271] (providing data for ND28). The submitted claims of the Anderson application likewise set forth examples of structures with protonatable central moieties. *See*, *e.g.*, Claim 83 (claiming lipids with nitrogen central moieties where some head groups are not the site of protonation); Claim 119 (claiming different head groups attached to nitrogen central moieties, where some of the head groups have only aliphatic chains and hydroxyl or methoxy groups, which are not the site of protonation). Anderson specifically describes lipids with groups "available for protonation thus forming a positive charge" (*i.e.*, cationic lipids) that "may be used to deliver DNA, [ ]RNA, or other polynucleotides to a subject or to a cell." Ex. 22 (WO 2006/138380) at [0005]. To a POSA, this would be a very meaningful teaching about the use of protonatable central nitrogens in cationic lipids (i.e., lipid compounds) for the delivery of nucleic acids. This shows that Moderna's proposed construction is too narrow.

b. Anderson (2008) – Nature Biotechnology

66. Anderson went on to publish additional information in the peer-

reviewed high-impact journal *Nature Biotechnology* about the same lipids claimed in Anderson. Ex. 23 (Anderson (2008)). Of note, this work was done in collaboration with Alnylam, and the first author of the paper, Akin Akinc, is a named inventor on the Patents-at-Issue. Several of the other named inventors are also authors on this paper, including K. Narayanannair Jayaprakash, Muthusamy Jayaraman, Muthiah Manoharan, and Kallanthottathil G. Rajeev.

67. Anderson (2008) discussed the preparation of a lipid library. This is an approach in drug development that involves making a large number of similar molecules. In this case, the library consisted of a number of different primary groups and a number of different tails, which were combined with each other to form a series of cationic lipids. This figure provides the tails (in red) and primary groups (head group + central moiety) (in blue):



Ex. 23 (Anderson (2008)) at 562. All of the lipids in this library contained nitrogen central moieties, as well as a mixture of head groups, some of which can be the site of protonation and some of which cannot. Examples of molecules that will produce cationic lipids with primary groups where the site of protonation for use in a lipid particle is not in the head group circled in green in this annotated image I prepared:




Ex. 23 (Anderson (2008)) at 562 (annotated)

68. Anderson (2008) also provided in vitro screening data for this library, where the cationic lipids were incorporated into lipid particles with the function to deliver siRNA into cells. The lighter squares show lower levels of activity, and the darker squares show a higher level of activity.




Ex. 23 (Anderson (2008)) at 563. This figure shows the in vitro testing of the above lipids with each row having the results for a different primary group, with each column representing a different tail. I have provided an annotated table showing the primary groups with head groups that are not where the site of protonation for use in a lipid particle is not in the head group are bracketed in green.




Ex. 23 (Anderson (2008)) at 563 (annotated). For example, $11N_{14}$ and $26O_{14}$, both of which have nitrogen central moieties and head groups that are not the site of protonation showed efficacy in in vitro testing, as noted by the darker orange color indicating 60% to 80% silencing, as shown in this annotated image:




Ex. 23 (Anderson (2008)) at 563 (annotated). A higher percentage of silencing means that the siRNA is delivered more effectively into cells using the lipid nanoparticles. As a POSA, that means those lipid nanoparticles are working well.

69. To a POSA, this shows that lipids with nitrogen central moieties and head groups that are not the location of protonation could be used for the delivery of nucleic acids. Indeed, by this time (2008) that was well known.

c. Whitehead (2011)

70. In 2011, Whitehead, along with both Anderson, Langer, and several scientists from Alnylam published a paper entitled "Synergistic Silencing: Combinations of Lipid-like Materials for Efficacious siRNA Delivery" in *Molecular Therapy*. (Ex. 24) This paper involved another library of lipids to screen for use with RNA. The library was prepared from the following starting materials, which were combined to produce cationic lipids (i.e., lipid compounds) with nitrogen central moieties:




Ex. 24 (Whitehead (2011)) at 1689. The red box includes the molecules that will become the primary group (*i.e.*, the head group plus central moiety). All of these structures produced lipids with nitrogen central moieties, and the structure depicted

as 26 would also not have the site of protonation for use in a lipid particle is not in the head group. Of note, this is a relatively small library, and yet Whitehead chose to use only nitrogen central moieties, one of which had a head group that was not the site of protonation. To a POSA, this is another example that shows scientists could use a nitrogen central moiety as the site of protonation and not the head group.

C. <u>I Do Not Agree with Moderna's Interpretation of the Evidence Regarding "Head Group"</u>

71. I also understand that Moderna cited four papers in the Joint Claim Construction Chart to support their position that lipid compounds needed to have protonatable head groups. *See* D.I. 48 at 8-9. I have read each of these publications, but they do not change my understanding of the term "head group" as a POSA. As an initial matter, these papers are consistent with the ordinary and customary meaning of "head group" as requiring a hydrophobic portion and a less hydrophobic region. The wording varies between the papers, but the concept of the hydrophobic tails does not. *See* Tang (1999) at 345-46 (describing the "hydrophobic region") (Ex. 25); Chesnoy (2000) at 28 ("All cationic lipids are composed of three parts: a hydrophobic anchor, a linker, and a head group") (Ex. 26); Jayarman (2012) at 8529 Fig. 1 (showing the "hydrophobic" tails verses the "[h]ead group (hydrophilic)") (Ex. 27); Semple (2010) at 172 (discussing the tails as being "alkyl" or hydrocarbon" based, which a POSA would understand to be hydrophobic) (Ex. 28).

72. The first two papers, Tang (1999) (Ex. 25) and Chesnoy (2000) (Ex. 26), predate Alnylam's provisional patent applications by more than a decade. Accordingly, at the time of invention, a POSA would not have relied on these papers to provide insight into what the term "head group" means in the context of the Patent-in-Suit, to the extent that it deviates from the ordinary and customary meaning.

73. Jayaraman (2012) (Ex. 27) only *further* supports a conclusion that the ordinary and customary meaning of "head group" does not require the presence of a protonatable group. As a POSA, I understand Jayaraman's "amine head groups" to be a subset of head groups. Otherwise, Jayaraman et al. would have simply referred to them as "head groups." Instead, the authors chose to repeatedly call out the distinct nature of their head groups–*i.e.*, that they contain amine groups. Indeed, Jayaraman et al. refer to the lipids as "ionizable amino lipids," and not simply "cationic lipids" or the like. It is clear that Jayaraman (2012) (Ex. 27) sets out to describe a *specific* subset of lipids and head groups and not all possible cationic lipids for the delivery of nucleic acids (*i.e.*, lipid compounds) or their head groups generally. The fact that Jayaraman's specific lipids have protonatable amine-containing head groups does not in any way suggest that a lipid must contain an amine–or any other protonatable group–as the site of protonation in the head group. A person of ordinary skill in the art would not reach this conclusion.

74. Semple (2010) Ex. 28 also distinguishes *amine-based* head groups from other (*i.e.*, amine-lacking) head groups. Further still, a POSA would readily understand that this reference is limited to the amine-based lipid 1,2-dilinoleyloxy-3-dimethylaminopropane (DLinDMA) and derivatives thereof. For the same reasons the Jayaraman publication fails to support Moderna's construction, so too does the paper by Semple et al. This reference plainly distinguishes *amine-based* lipids from those which are not amine-based, and therefore does not suggest that a head group must contain a nitrogen atom.

## VI. "The Lipid Compound Contains a Protonatable Group Such that the Lipid Compound Is Positively Charged at a pH at or Below 7.4"

75. I understand that Moderna seeks to add three additional limitations into this term "the lipid compound contains a protonatable group such that the lipid compound is positively charged at a pH at or below 7.4," as shown below:

| Claim Term | Moderna's Proposed Construction |
|---|---|
| "the lipid compound contains a protonatable group such that the lipid compound is positively charged at a pH at or below 7.4" | "the lipid compound contains a protonatable group in the head group such that the lipid compound is positively charged at a pH at or below pH 7.4, and is neutral above pH 7.4, prior to being incorporated in a lipid particle" |

As discussed below in more detail, each of these is scientifically incorrect.

### A. <u>There Is No Requirement that the "Head Group" Be the Location of Protonation</u>

76. As discussed in detail in Section V, there is no requirement in the claims, the written description, or the knowledge of a POSA that the head group be protonatable at or below pH 7.4.

B. There Is No Requirement that the Lipid Compound be Neutral above pH 7.4

77. As discussed in Appendix A, water-based solutions, including acidic and basic solutions, exist in a state of equilibrium. The amount of a compound that is protonated at a given pH is determined by its pKa, and a POSA could calculate the ratio based on the Henderson-Hasselbalch equation. As a solution gets less acidic (i.e., as the pH goes up), the amount of a given protonated species goes down. However, there are no bright lines – something does not going from being protonatable to not being protonable all at once.

78. The patent describes this equilibirum: "[i]t will, of course, be understood that the addition or removal of protons as a function of pH is an equilibrium process, and that the reference to a charged or a neutral lipid refers to the nature of the predominant species and does not require that all of the lipid be present in the charged or neutral form." '479 Patent at 359:33-38.

79. The following passage does not support Moderna's proposed limitation: "[i]n certain embodiments, the cationic lipids have at least one protonatable or deprotonatable group, such that the lipid is positively charged at a pH at or below physiological pH (e.g. pH 7.4), and neutral at a second pH, preferably

at or above physiological pH." '479 Patent at 359:27-31. This is because this passage does not require the molecule be neutral at all pH values above 7.4 – rather, it is simply describing what a "protonatable group" is – a group that has a positive charge at one pH and does not have a positive charge at another.

C. In the Context of Lipid Particles for the Delivery of Nucleic Acids, the Only Relevant pKa is the pKa of the Lipid Compound in the Lipid Particle

80. I understand Moderna's proposed construction seeks to add "prior to being incorporated into the LNP[14]" into the concept of protonatablity. To a POSA, Moderna's proposed addition does not make sense, because the behavior of the lipid before it is incorporated into the lipid particle, also known as the free lipid, is not relevant for the functionality of the lipid in delivering nucleic acids. As I discussed above, to a POSA the only pKa that matters is the pKa when the lipid is incorporated into the lipid particle. *See* supra ¶42.

81. Nothing in my reading of the claim language requires that the pKa be for the free lipid, as Moderna seeks to require. In fact, Claim 13 makes it clear that the lipid compound is for use in lipid particles for the delivery of nucleic acids. '479 Patent at Claim 13 ("A *method for delivering a nucleic acid* comprising administering to a subject *a lipid particle* comprising a nucleic acid, *a lipid*

[14] For the purposes of this claim term, LNP and lipid particle are synonymous. The claim language itself uses lipid particle, so that is the language I have used in my analysis.

*compound*, a neutral lipid, a PEG-lipid, and a sterol . . . ") (emphasis added). This is also how Moderna reports the pKa for its own lipids, as seen in a paper from Hassett in 2019. *See* Ex. 14 (Hassett). The paper repeatedly uses the terms "pKa" and "lipid pKa" without any additional descriptors in reference to the pKa of the lipid after incorporation into a lipid particle. Ex. 14 (Hassett) at 3, 7. Further, where it discusses "pKa Analysis" it is clear from the methodology the pKas reported in the paper are for the lipid particle and not the free lipid. Ex. 14 (Hassett) at 8. This tells a POSA that the measure of protonatability that matters is the pKa once the lipid particle has been formed, and not before.

82. Further, the claims make reference to pH 7.4. As described in the written description, pH 7.4 is an approximation of physiological pH. To a POSA, this reference to physiological pH further shows that protonatability should be assessed in the lipid particle – i.e., what is actually given to human subjects, as Claim 13 encompasses.

83. Similarly, the written description also shows that the references to pH 7.4 and physiological pH are in terms of the lipid particle after the lipid compound has been incorporated into the lipid particle. For example, the written description shows that the analysis of protonatability at pH 7.4 is in the lipid particle, because it discusses the charge of lipid particle around pH 7.4 and not the charge of the free lipid at pH 7.4. '479 Patent at 359:45-47 ("Such lipids may be cationic at a lower

pH formulation stage, while particles will be largely (though not completely) surface neutralized[15] at physiological pH around pH 7.4.”).

84. Further, to a POSA, the pKa ranges described in the patent as preferred embodiments suggest that whenever the written description is referring to pKa it is in terms of the lipid particle and not the free lipid. The patent discloses a protonatable primary group, with a pKa “more preferably from about 5 to about 8 (e.g. from about 5 to about 7, or from about 5 to about 6.5, or from about 5.5 to about 6.5, or from about 6 to about 6.5).” ’479 Patent at 16:48-51; *see also* 23:26-28 (“[t]he cationic lipid preferably has a pKa of from about 4 to about 7 (such as 6.0 to 6.5).”). A POSA would understand that that is the preferred range of pKa for lipid particles for delivery of nucleic acids – and not for free lipids. Further, the representative primary groups disclosed in columns 17 and 18 would only be in the more preferably range of pKas when incorporated into a lipid particle.

## VII. Materials Reviewed

85. In preparing this declaration, have reviewed the materials set forth in this document, including the patent and the art referenced herein. I have also reviewed the claim construction briefing and exhibits, including my own declarations, the claim construction proceedings in the related matter involving

[15] Surface neutralized refers to the charge (or lack thereof) on the surface of the lipid particle).

Pfizer. *See Alnylam Pharms. Inc., v. Pfizer Inc.*, No. 1:22-cv-00336-CFC (D. Del) DI. 86, 123, 124, 173, 178, 179, 184.

**VIII. Conclusion**

86. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

# Appendix A

## Scientific Context for the Patents-in-Suit

A. pH

1. I have read the Patent-in-Suit in light of what a POSA would understand about the field at the time of the invention. In this Appendix, I will provide additional scientific context with respect to how a POSA would understand the key concepts of pH and $pK_a$.

2. All aqueous (*i.e.*, water-based) solutions exist in what is called an equilibrium. Bonds between atoms are continually broken and remade in predictable, measurable ways. Because of the incredibly large number of molecules in any given sample, scientists think about the equilibriums that exist, rather than the individual molecules.[16]

3. When there are an equal number of $H^+$ ions (also called protons or hydrogens) and $OH^-$ ions (also called hydroxide ions) in solution, the solution is neutral. Neutral solutions are neither acidic nor basic. Pure water is such a neutral solution. While nearly all the water exists as H2O, an equilibrium exists where a tiny fraction of the molecules exists as an equal number of $H^+$ and $OH^-$ ions. The following equation represents that equilibrium:

[16] For example, a single milliliter of water contains approximately $3 \times 10^{22}$ (which is 3 followed by 22 zeros) molecules of water. For reference, there are approximately 30 milliliters in a single ounce.

$$H_2O \rightleftharpoons H^+ + OH^-$$

4. When there are more $H^+$ ions than $OH^-$ ions in a given solution, the solution is acidic. When there are more $OH^-$ ions than $H^+$ ions in a given solution, the solution is basic.

5. pH is a scale that is used to indicate the acidity or basicity of an aqueous solution. pH is a measure of the $H^+$ ion concentration in a solution. It is calculated using the following equation:

$$pH = -\log[H^+]$$

Neutral solutions, like pure water at room temperature, have a pH of 7.0. Acids have a pH below 7.0. For example, household vinegar has a pH of around 3.0. Bases have a pH above 7.0. For example, household bleach has a pH of around 13.0.

6. The values for pH are logarithmic. Scientists use a logarithmic scale because it is an easier and more convenient way to compare numbers that are vastly different in scale. That means for every unit of pH difference, there is an order of magnitude difference in the hydrogen ion concentration. For example, household vinegar with a pH of 3.0 has $10^4$, or 10,000, times more hydrogen ions that pure water, because household vinegar is 4.0 pH units more acid than pure water.

7. pH is a property of the solution – not the chemicals used to form the solution. If one were to mix household vinegar with water, the solution would become more dilute – that is, there would be more water around each $H^+$ ion. As a

result, the solution would become less acidic, and the pH would rise. As more and more water is added to the solution, the pH would approach 7.0, the pH of pure water. However, the pH would never go above 7.0, so long as only pure water is added.

B. $pK_a$

8. The acid dissociation constant (also called the acidity constant or the acid-ionization constant), abbreviated $K_a$, is a measure of the strength of an acid. This allows scientists to compare acids without regard to any specific solution, given that pH is concentration dependent. Specifically, it relates to the following equilibrium:

$$HA \rightleftharpoons H^+ + A^-$$

$K_a$ is calculated using the following equation:

$$K_a = \frac{[H^+][A^-]}{[HA]}$$

9. As with hydrogen ion concentrations, it is usually more convenient for scientists to use a logarithmic function ($pK_a$) rather than $K_a$, to discuss the relative strengths of acids. The $pK_a$ is determined by the following formula:

$$pK_a = -\log[K_a]$$

10. For the purposes of lipid compounds for the delivery of nucleic acids, the relevant $pK_a$ is the equilibrium between the positively charged (or protonated[17]) lipid and the neutral (or unprotonated) lipid.[18] A lipid that is more basic (*i.e.*, higher $pK_a$) will have a higher percentage of molecules protonated at a given pH than a lipid that is less basic (*i.e.*, lower $pK_a$).

11. The relationship between pH and $pK_a$ for a given acid in a given solution has been well established for over 100 years. The Henderson-Hasselbalch equation can be used to determine the ratio of protonated to unprotonated species at a given pH, if the $pK_a$ is known. The Henderson-Hasselbalch equation is:

$$\mathrm{pH} = \mathrm{pK_a} + \log\left(\frac{[\mathrm{A}^-]}{[\mathrm{HA}]}\right)$$

12. For lipid compounds for the delivery of nucleic acids,[19] the Henderson-Hasselbalch equation can be thought of in the following way:

---

[17] Protonated means that an additional $H^+$ has been added, making the molecule positively charged.

[18] Note – charge is a different, but related, concept to polarity/hydrophilicity. A molecule or portion of a molecule with a charge (*i.e.*, a positive or a negative charged), is both charged and polar/hydrophilic. A polar/hydrophilic molecule or region of a molecule could, but does not need to be, charged. For example, a region of a molecule with a positive charge, like the protonated portion of a lipid compound, is both hydrophilic/polar and charged, whereas water is polar, but not charged.

[19] POSAs refer to the $pK_a$ for the conjugate acid of lipid compounds, which means the protonated form is treated as HA and the neutral form is treated as $A^-$. For simplicity here, as would be the case in the art, this will be referred to as the $pK_a$ of the lipid compound.

$$\mathrm{pH} = \mathrm{pK_a} + \log\left(\frac{[\text{unprotonated lipid}]}{[\text{protonated lipid}]}\right)$$

When the pH equals the $pK_a$, there is an equal amount of protonated lipid and unprotonated lipid. As the $pK_a$ goes down, the unprotonated lipid becomes more common. Because the $pK_a$ is a log function, each unit of $pK_a$ is an order of magnitude. Thus, for example, if the $pK_a$ is one unit less than the pH, there are 10 unprotonated lipids for each protonated lipid. If the $pK_a$ is two units less, then there are 100 unprotonated lipids for each protonated lipid. If the $pK_a$ is three units less, then there are 1,000 unprotonated lipids for each protonated lipid. And so forth.

Joint Claim Construction Brief

# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MODERNA, INC., MODERNATX, INC., and MODERNA US, INC.,<br><br>Defendants. | Civil Action No. 23-cv-580-CFC |

**DECLARATION OF KARL SCHEIDT, PH.D.**

Karl Scheidt 3/13/2024

Karl Scheidt, PhD. Date

# TABLE OF CONTENTS

I. Introduction ........ 1

II. Qualifications ........ 1

III. Legal Standard ........ 5

IV. Principals of Organic Chemistry ........ 6

V. The Full Scope of the Claims Supports Alnylam's Construction ........ 13

VI. The Written Description Clearly Depicts Multiple Alkyls that are Branched at the α-Position Relative to the –C(O)O– Ester Group Binding to Two Carbons 17

VII. The Prosecution History Clearly Indicates that the Inventors Intended the Claims to Include Secondary Carbons in the Definition of Branching ........ 23

VIII. Materials Reviewed ........ 26

IX. Conclusion ........ 26

## I. Introduction

1. I, Professor Karl Scheidt, Ph.D., have been retained as an expert in the above-captioned case by McDermott Will & Emery LLP on behalf of Plaintiff Alnylam Pharmaceuticals to offer my expert opinion on the understanding of a person of ordinary skill in the art ("POSA") as to the meaning of the term "$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$" in the context of U.S. Patent No. 11,633,479 (the "'479 Patent") (the "Patent-at-Issue").

2. My opinions are based on my knowledge and my educational and professional experience, as described in my curriculum vitae attached as Exhibit 4. I am being compensated for my time at the rate of $700 per hour. This compensation is not contingent upon the nature of testimony or the outcome of this proceeding.

## II. Qualifications

3. I received a B.S. in Chemistry from the University of Notre Dame in 1994. While I was an undergraduate, I worked as a summer intern at Upjohn in the area of prostaglandin synthesis and purification. I received a Ph.D. in Organic Chemistry from Indiana University in 1999. The first portion of my graduate research was heavily involved in the medicinal chemistry aspects of cysteine protease inhibition. I published multiple papers and gave presentations/posters on enhancing and optimizing compound properties including potency and selectivity.

4. After obtaining my Ph.D., I served as a National Institutes of Health

Postdoctoral Fellow at Harvard University (1999-2002), where I was involved in the development of new chemical reactions and their applications in complex synthesis of natural products. I then joined Northwestern's Department of Chemistry as an Assistant Professor (2002-2008) and later became a tenured Associate Professor (2008-2013) before attaining the title of Professor in 2013.

5. I was the Director of the Northwestern Center for Molecular Innovation and Drug Discovery (CMIDD) between 2010 and 2020. CMIDD was a research center at Northwestern that integrated chemistry and biology to enhance the overall academic drug discovery process. CMIDD catalyzed academic drug discovery by providing technical expertise and leadership for investigators seeking to advance their research and formed interdisciplinary collaborations that reduced barriers to scientific advances and developed a vigorous education and outreach program within the Northwestern community and beyond.

6. Between 2017 and 2021, I was the Executive Director of Northwestern University's NewCures Accelerator. NewCures was a biomedical accelerator that focused on the development of potential therapeutics from Northwestern University laboratories. Its mission was to strengthen Northwestern's therapeutic pipeline and to expedite the translational process of early-stage research discoveries into next generation therapeutics to ultimately benefit patients.

7. I am also head of the Scheidt Research Group at Northwestern. In this

capacity, I currently advise postdoctoral researchers and graduate students in a collaborative and interdisciplinary program. My group's work is at the forefront of the discovery of new catalytic reactions and their application in medicine. Specifically, we have pioneered the use of small organic molecules as catalysts in a multitude of high value chemical transformations. These processes provide new avenues for molecular construction and offer sustainable advantages to established transition metal catalyzed approaches. In the realm of therapeutic translational science and chemical biology, we are creating new routes to natural products and related analogs with promising activities against cancer and central nervous system disorders that allow us to study the key molecular processes involved in these complex biological systems. The group has produced over 170 publications, the vast majority of which have been published in peer-reviewed journals and/or presented at academic conferences.

8. I have authored or co-authored over 190 papers in the field of organic chemistry, including at least 20 papers on drug development. I have also presented my work at national and regional scientific meetings, including American Chemical Society ("ACS") National Meetings. I am also a named inventor on 18 U.S.-issued patents related to catalysis and therapeutic development.

9. I have also received numerous honors and awards for my research, including: Clarivate Analytics Highly Cited Researcher (2017, 2018); Fellow, Royal

Society of Chemistry (RSC) (2016); Clarivate Analytics Highly Cited Researcher (2016); Thomson Reuters Highly Cited Researcher (2015); Northwestern University Graduate School Faculty Award for Diversity (2015); Dow Chemical Company Research Professor in Chemistry (2010-2014); Japanese Society for the Promotion of Science (JSPS) Invitation Fellowship (2012); Fellow, American Association for the Advancement of Science (AAAS) (2012); Jeremiah P. Freeman Lecturer, University of Notre Dame (2011); Alumnae of Northwestern University Teaching Professor (2009-2012); Organic Syntheses Distinguished Lecturer, University of Toronto (2009); Irving M. Klotz Professor of Chemistry (2008-2010); GlaxoSmithKline Scholar Award (2008-2009); Alfred P. Sloan Fellow (2007-2009); AstraZeneca Excellence in Chemistry Award (2007); and Novartis Chemistry Lecture Award (2007).

10. I am the co-founder of two companies in the oncology space: Third Coast Therapeutics and Riptide Therapeutics. In my role at these companies, I have been involved in large-scale commercial synthesis. For example, I have overseen reactions on the multi-hundred-gram scale that involved column chromatography and crystallization techniques. I have also overseen multi-hundred-gram scale reactions in academic laboratories. Additionally, my role at these companies has involved working with contract research organizations to manufacture bioactive molecules at GLP levels for efficacy and safety studies.

## III. Legal Standard

11. I am not an expert in patent law; however, I have been informed that the words of a claim are "'generally given their ordinary and customary meaning.'" *Phillips v. AWH Corp.*, 415 F.3d 1303, 1312 (Fed. Cir. 2005) (quoting *Vitronics, Inc., v. Conceptronic, Inc.*, 90 F.3d 1576, 1582 (Fed. Cir. 1996)). "[T]he ordinary and customary meaning of a claim term is the meaning that the term would have to a person of ordinary skill in the art [POSA] in question at the time of the invention, *i.e.*, as of the effective filing date of the patent application." *Id.* at 1313. I understand "the context in which a term is used in the asserted claim can be highly instructive." *Id.* "The person of ordinary skill in the art is deemed to read the claim term not only in the context of the particular claim in which the disputed term appears, but in the context of the entire patent, including the specification." *Id.* Further, "'i[t] is the person of ordinary skill in the field of the invention through whose eyes the claims are construed. Such person is deemed to read the words used in the patent documents with an understanding of their meaning in the field, and to have knowledge of any special meaning and usage in the field.'" *Id.* (quoting *Multiform Desiccants, Inc. v. Medzam, Ltd.*, 133 F.3d 1473, 1477 (Fed. Cir. 1998)). I further understand that the drawings and figures are highly relevant to consider in addition to the words of the patent's specification. *CVI/Beta Ventures, Inc. v. Tura LP*, 112 F.3d 1146, 1153 (Fed. Cir. 1997) ("Patent drawings are highly relevant in construing the …

limitations of the claims."); *Ariad Pharms., Inc. v. Eli Lilly & Co.*, 598 F.3d 1336, 1350, 1352 (Fed. Cir. 2010) (en banc) ("the description requirement does not demand any particular form of disclosure" but can be demonstrated by "structure, formula, chemical name, physical properties or other properties").

12. I also understand that patent claims must be understood as a POSA would have understood them unless the patent, or the patent prosecution history, clearly provides a different explicit definition after considering the patent as a whole.

13. I understand from counsel that for the purpose of determining the level of ordinary skill in the art various factors are considered, including types of problems encountered in the art, prior art solutions to those problems, rapidity with which innovations are made, sophistication of the technology, and educational level of active workers in the field.

## IV. Principals of Organic Chemistry

14. A POSA would be familiar with the following universally accepted principles and conventions of organic chemistry.

15. As an initial matter, organic chemistry is the chemistry of carbon containing molecules. All living organisms are made up of carbon containing molecules. Organic molecules can also be made in laboratories. At a basic level, the study of organic chemistry is the study of carbon connectivity and reactivity.

16. In organic molecules, each carbon atom makes four bonds. These

bonds can be to other carbon atoms, hydrogen atoms, or to what are called heteroatoms (oxygens, nitrogens, sulfurs, etc.). These bonds can be single, double, or triple bonds. A carbon with four single bonds is connected to four other atoms. A carbon with a double bond and two single bonds is connected to three other atoms. A carbon with a triple bond and a single bond, or two double bonds, is connected to two other atoms.

17. Scientists use a line-bond structure to specify each of the atoms that the carbon atom is bound to, including writing out all of the carbons and all of the hydrogens. Because of the size of many organic molecules, line-bond structures can be cluttered and unnecessarily complex to draw, so chemists routinely use simplified or skeletal structures. The difference between these structures is shown here:

**TABLE 1.3 Line-bond and Skeletal Structures for Some Compounds**

| Compound | Line-bond structure | Skeletal structure |
|---|---|---|
| Isoprene, $C_5H_8$ |  |  |
| Methylcyclohexane, $C_7H_{14}$ |  |  |
| Phenol, $C_6H_6O$ |  |  |

Ex. 5 McMurry at 26.

18. The rules for condensing a structure to skeletal form are as follows:

- Carbon atoms are not shown, instead a carbon is assumed to be at each intersection of two lines and at the end of each line;
- Hydrogen atoms bonded to carbons are not shown. Given the number of hydrogens bound to carbons via single bonds in organic molecules, scientists omit them for clarity in most drawings, unless there is a specific need to

include them. Further, a scientist presumes the presence of these hydrogens to fully satisfy carbons required four bonds;

- Atoms other than carbon and hydrogen are shown; and
- A single line indicates a single bond, while a parallel double line indicates a double bond, and a parallel triple line indicates a triple bond.

This skeletal method of depicting chemical structures is widely accepted, quite precise, would be well-known to a POSA, and is employed in the ’479 Patent’s figures. Such skeletal drawings are a method POSA uses to precisely communicate the structure of a chemical compound.

19. A POSA would be familiar with the term “alkane,” which refers to an organic molecule where the carbon atoms are connected by single bonds (*i.e.*, there are no carbon-carbon double or triple bonds). This can also be referred to as a “saturated hydrocarbon” because the carbons have the maximum number of hydrogens (*i.e.*, it is “saturated” with hydrogens). An example of some familiar alkanes is shown below first as line bond structures and then as skeletal structures with the carbons identified with red numerals:




Ex. 5 McMurry at 78.




20. A POSA would also be familiar with the term "alkyl group," which results from removing a hydrogen atom from an alkane. Alkyl groups are straight chain or branched hydrocarbons, as the '479 Patent states where the word "alkyl" is explained. '479 Patent at 376:14-22. Alkyl groups are portions of complete molecules or compounds and are not compounds by themselves.

21. A POSA understands that alkyl groups can be either straight chain or branched. Straight chains are referred to as just "propyl," "butyl," *etc*. As I discuss in more detail later on, depicted below are examples from the '479 Patent of named, "isopropyl," "sec-butyl," "iso-butyl," and "tert-butyl" groups, which contain a branch where a carbon is bound to two other carbons or to three other carbons. '479 Patent at 376:21-22:




These groups would be very familiar to a POSA.

22. A POSA would be aware of the naming conventions for alkyl groups,

describing the number of other carbons that the branching carbon is attached to as primary, secondary, tertiary, or quaternary where the carbon is bound to one, two, three, or four other carbons respectively. In the figure below, the "R"[1] represents a bond to a carbon atom that is part of a larger group:




Ex. 5 McMurry at 83.

23. Using this nomenclature, a POSA would describe the $C_1$ carbon (labeled *supra* at ¶ 21) in isobutyl and isopentyl as primary and the $C_1$ carbon in isopropyl and in sec-butyl as secondary, because in the latter case, the carbon that is branched is bound to two other carbons. The '479 Patent's examples of alkyl groups comport with this convention. A POSA would understand that an alkyl group that is branched can include secondary, tertiary, or quaternary carbons.

24. A POSA would be aware that organic chemists classify different pieces of compounds into families called functional groups, which are groups of atoms within a molecule that have a characteristic chemical behavior. A POSA would be familiar with such groups, including esters, which are depicted below:

[1] Organic chemists use "R" or "R-group" to refer to a generic group.



FUNCTIONAL GROUPS

| Functional Group Class | Functional Group | Structural Unit | Functional Group Class | Functional Group | Structural Unit |
|---|---|---|---|---|---|
| Alkanes | carbon–carbon and carbon–hydrogen single bonds | | Amines | nitrogen atom | |
| Alkenes | carbon–carbon double bond | | Aldehydes | carbonyl group bonded to at least one hydrogen atom | |
| Alkynes | carbon–carbon triple bond | —C≡C— | Ketones | carbonyl group bonded to two carbon atoms | |
| Alkyl halides | carbon–halogen bond | where X = F, Cl, Br, or I | Acids | carboxyl group | |
| Aromatic hydrocarbons | ring with six delocalized electrons | | Esters | carboxyl group with carbon replacing the hydrogen atom | |
| Alcohols | hydroxyl group | | Amides | carboxyl group with nitrogen replacing hydroxyl group | |
| Ethers | oxygen atom bonded to two carbon atoms | | | | |
| Nitriles | cyano group | —C≡N: | | | |

Where no atom is indicated at the end of a bond, that position may be taken by a carbon or a hydrogen.

Ex. 6 Ege at cover (emphasis added).

25. Ester groups are an arrangement of one carbon and two oxygen atoms, where the carbon is double bonded to one oxygen and single bonded to the other oxygen. This arrangement is then inserted into an alkyl (*See also* '479 Patent at 503:7-9 stating "each of the two hydrophobic tails independently consists of an aliphatic group **interrupted by an ester group**"). The arrangement of the carbons and oxygens can be flipped. To specify the configuration of an ester and distinguish between the two orientations of esters, a POSA would refer to an ester as being either in the "-C(O)O-" or "-OC(O)" configuration, which translates into the structures shown below using skeletal drawing convention:




26. A POSA would also be aware of the naming convention referring to the carbon immediately after a functional group as the α-carbon or α-position, the second carbon after a functional group as the β-carbon or β- position, and the third carbon after a functional group as the γ-carbon or γ-position. Shown below is an -C(O)O- ester functional group with the α, β, and γ carbons following it:




## V. The Full Scope of the Claims Supports Alnylam's Construction

27. I understand that Alnylam has proposed that the phrase "$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$" means "$R^{13}$ is an alkyl group that has 10 to 20 carbons and is branched at a carbon atom next to $M^1$." I further understand that Moderna has proposed that the phrase means "$R^{13}$ is a saturated hydrocarbon moiety group with 10 to 20 carbon atoms in which the carbon

atom next to $M^1$ (1) is bound to at least three other carbon atoms, and (2) is not a ring atom of a cyclic group."

28. Alnylam's construction encompasses the full scope of the claim phrase, consistent with the intrinsic record. It further reflects the ordinary meaning of the terms, specifying that "$C_{10}$-$C_{20}$" means 10 to 20 carbons and "branched at the α-position relative to $M^1$" means branched at a carbon atom next to $M^1$.

29. Claim 1 of the '479 Patent reads in full and is representative of the use of the phrase "$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$" in the claims:

> 1. A lipid compound, comprising a head group, two hydrophobic tails, and a central moiety to which the head group and the two hydrophobic tails are directly bonded, wherein:
>
> the central moiety is a nitrogen atom;
> each of the two hydrophobic tails independently consists of an aliphatic group interrupted by an ester group; and
> at least one of the hydrophobic tails has the formula —$R^{12}$-$M^1$-$R^{13}$, wherein:
> $R^{12}$ is a $C_4$-$C_{14}$ alkyl group,
> $M^1$ is an ester group, and
> **$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$;**
> the chain length of formula-$R^{12}$-$M^1$-$R^{13}$ is from 17 to 24 atoms;
> the total carbon atom content of the at least one hydrophobic tail is 21 to 26 carbon atoms; and
> wherein the lipid compound contains a protonatable group such that the lipid compound is positively charged at a pH at or below pH 7.4.

A POSA would understand that this language encompasses alkyl groups that are

branched at the α-position (adjacent) to $M^1$, which the claim states is an ester. One of skill understands that an ester can have two orientations. A POSA understands that depending on the orientation of the ester group ($M^1$), the carbon that is branched at the α-position may bind to two carbons, the oxygen in the ester, and something else such as a hydrogen. A POSA would not read this claim language as requiring the carbon atom next to $M^1$ to be bound to at least three other carbon atoms.

30. $M^1$ is defined as an ester group, which a POSA would know to be a –OC(O)– or –C(O)O– group; the written description reflects this common understanding. *See infra* at ¶¶ 33-42; *See* '479 Patent at 31:58-59 and 503:12. A POSA would know that the C(O)O ester configuration would result in a alkyl that is branched where the α-carbon was bound to one oxygen atom, and two other carbon atoms as depicted below. The absence of the fourth bond drawn from the α-carbon would be universally understood to indicate that the fourth bond was to a hydrogen atom:




31. Dependent claims 5 and 15 require "wherein the ester group in each hydrophobic tail is –C(O)O–." And dependent claims 6 and 16 provide a formula where M1 is –C(O)O– (depicted below).




32. Claims 6 and 16 further require "where R13 is branched at the α-position relative to the –C(O)O– group." A POSA would understand this language to specify that the branching takes place immediately next to the ester group (α to

the ester group) and that the branching carbon would either be a secondary carbon, *i.e.*, bound to two other carbons, one oxygen from the ester group, and a hydrogen, or a tertiary carbon, *i.e.*, bound to three other carbons and the one oxygen from the ester group.[2]

## VI. The Written Description Clearly Depicts Multiple Alkyls that are Branched at the α-Position Relative to the –C(O)O– Ester Group Binding to Two Carbons

33. The written description's formulas, figures and language throughout clearly identify alkyl groups branched at the α-position adjacent to $M^1$ that are bound to two other carbons.

34. The patent's formulas provide "the cationic lipid of the present invention." '479 Patent at 16:1-2. Formula I and Formula II of the '479 patent both depict formulas that a POSA would understand plainly specify that the alpha-branched carbon is bound to two carbon atoms when $M^1$ has the –C(O)O– orientation. For example, Formula II is set forth below:

[2] If the ester was in the –OC(O)– orientation, the branching carbon would be at least tertiary (bound to three carbons and one hydrogen).




’479 Patent at 4:4-13 (annotated with $R^{13}$ in green, and numbers at each branched carbon). Notably, this Formula specifically draws out the hydrogen bond as well, which is done to emphasize the presence of a hydrogen at the α-carbon and therefore that the branched carbon is binding to two other carbons when the ester is in the –C(O)O- orientation. As read by POSA, the Formula clearly and precisely depicts that the alkyl group branching at the alpha position is objectively showing the alpha carbon binding to two carbons, a hydrogen expressly drawn out to make clear that the branched carbon is only binding to two carbons, and an oxygen in the ester ($M^1$).

35. Similarly, a POSA would also understand Compound 1[3] to specify branching with two carbons bound to the α-branched carbon in $R^{13}$, the third bond to the oxygen in $M^1$, and the fourth bond, not shown, to be a hydrogen in accordance

[3] Compound 1 contains an alkenyl. As explained in the ’479 Patent, an “alkyl” differs from an “alkenyl” due to the alkenyl having one or more carbon-carbon double bonds, whereas the alkyl has only carbon-carbon single bonds. ’479 Patent at 376:13-17, 376:23-25. For purposes of this example, that difference is immaterial.

with skeletal drawing convention.




*See, e.g.*, '479 Patent at 34:24-37 (annotated). The figure of Compound 1 appears *four separate times* in the specification of the '479 Patent at 34:24-37, 35-36, 37-38, 60:50-65. A POSA understands this to clearly identify that the patent depicts branching with secondary carbons, *i.e.*, two carbons binding to the branched carbon at the alpha position.

36. A POSA would understand this compound to be an exemplary structure, as the specification explains that this compound "can be thought of as a combination of a headgroup, a central moiety, and two hydrophobic groups as follows:"




*Id*. at cols. 61-62, lines 4-24 (annotated).

37. The specification also states that the "[t]he present invention includes compounds composed of *any combination* of the head, linker, hydrophobic chain I, and hydrophobic chain II groups listed [(in Table 2)] below." *Id.* at 61:31-34 (emphasis added).

38. The representative biodegradable moieties ($M^1$ groups) described in Table 2D of the '479 Patent include at 71:46-50 the ester skeletal drawing that expressly depicts the –C(O)(O)– orientation structure.



’479 Patent at 61:31, 71:46-50.

39. Table 2E, which describes the hydrophobic tail structures that follow $M^1$, includes at 74:31-37 an express $R^{13}$ tail structure that is branched at the α-position binding to two carbons.




’479 Patent at 74:31-37 (annotated above with numbers at two carbons in red). A POSA would understand that in this figure “Me” means "methyl,” “Et” means "ethyl,” and “Pr” means "propyl,” all of which are alkyl groups. *See* figures *supra* at ¶ 21. *See also* Ex. 5 McMurry at 82.

40. A POSA would clearly understand that a “combination” of these two skeletal structures, which the language of the specification states comprises the “present invention,” would result in a branched tail at the α-position relative to the -C(O)(O)- group where the branching carbon is bound to two other carbons, one

hydrogen and the oxygen of the ester group. As shown below:




’479 Patent at 71:42-50, 74:31-37. (The squiggly line consistent with conventional usage clearly identifies the juncture between the two groups by a single bond).

41. The ’479 patent also lists under its definitions a definition of “alkyl.” ’479 Patent at 376:14-22. It identifies an alkyl to refer to a “straight or branched chain saturated hydrocarbon moiety” and goes on to identify a number of groups as being “branched alkyl groups.” ’479 Patent at 376: 21-22. This is consistent with POSA’s ordinary and customary usage. The text then specifies that “representative saturated branched alkyl groups” include “isopropyl” and “sec-butyl” at 376:21-22. A POSA would understand this language to clearly illustrate that the ’479 Patent includes two-carbon binding as an alkyl that is branched:




42. I am aware that at 376:41-45 the '479 Patent states, "unless otherwise specified, the terms 'branched alkyl,' 'branched alkenyl,' and 'branched alkynyl' refer to an alkyl, alkenyl, or alkynyl group in which one carbon atom in the group (1) is bound to at least three other carbon atoms and (2) is not a ring atom of a cyclic group." This is contrary to ordinary and customary usage of the language that an alkyl group is branched and is inconsistent with the patent's consistent use through formula, drawings and language that precisely show that a carbon branching at the alpha position binds to at least two carbons in the $R^{13}$ group and to the oxygen in the ester group and to the hydrogen. Even if the language addressed on "branched alkyl" above is applied, a POSA would understand that the portions of the written description and the claim language addressed in this declaration "specify otherwise" to any three carbon binding requirement in the context of alpha branching.

## VII. The Prosecution History Clearly Indicates that the Inventors Intended the Claims to Include Secondary Carbons in the Definition of Branching

43. Finally, a POSA would understand from the prosecution history of the '479 Patent that the inventors intended the claims to encompass branching where an alpha carbon that is branched is not bound to three other carbon atoms.

44. I understand that during the prosecution, the patentee amended the

claims to add the "branched at the α-position relative to $M^1$" limitation to claims 1 and 13 (then pending claims 20 and 33).

**AMENDMENTS TO THE CLAIMS**

1-19. (Canceled)

20. (Currently Amended) A lipid compound, comprising a head group, two hydrophobic tails, and a central moiety to which the head group and the two hydrophobic tails are directly bonded, wherein

the central moiety is a nitrogen atom;

each of the two hydrophobic tails independently consists of an aliphatic group interrupted by an ester group; and

at least one of the hydrophobic tails has the formula $-R^{12}-M^1-R^{13}$, wherein:

$R^{12}$ is a $C_1$-$C_{14}$ alkyl group,

$M^1$ is ~~a biodegradable group~~ an ester group, and

$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$;

the chain length of formula $-R^{12}-M^1-R^{13}$ is from 17 to 24 atoms;

~~in each hydrophobic tail, the biodegradable group is separated from a terminus of the hydrophobic tail $R^{13}$ by from 8 to 12 carbon atoms; and~~

~~in at least one hydrophobic tail, $R^{13}$ is branched, where the branching occurs at the α-position relative to the biodegradable group, and where~~ the total carbon atom content of the at least one hydrophobic tail is 21 to 26 carbon atoms; and

wherein the lipid compound contains a protonatable group such that the lipid compound is positively charged at a pH at or below pH 7.4.

21. (Canceled)

22. (Currently Amended) The lipid compound of claim [[20]] 24, wherein the head group ~~comprises an~~ consists of a saturated aliphatic group and a hydroxyl group

2

135399.03524/129173518v.5

Ex. 7 (October 20, 2022 Applicants' Amendments to the Claims) at 2.

45. A POSA looking at the prosecution history would understand that the examiners rejection dated October 20, 2022 contains examples of branched alkyls

from Manoharan (Ex. 8) depicted below where the carbon branched at the α-position relative to the ester is bound to two other carbons, one oxygen and a hydrogen:







Ex. 7 (October 20, 2022 Applicants' Remarks) at 9-10 (annotated with red boxes to show the alpha carbon binding to two carbons.)

46. A POSA would understand that both of these compounds include an ester –C(O)O–, where the carbon branched at the α-position relative to the ester is

bound to two other carbons.

47. A POSA would understand that the examiner cited these structures in Manoharan because the examiner understood these structures to be alkyl groups that are branched at the α-position relative to the ester, as do I.

48. I understand that in response to this, the patentee distinguished the present claims based on the central moiety, rather than the above figures as not showing α-position branching because such branching to just two carbons was not within the claim scope of the ’479 Patent.

## VIII. Materials Reviewed

49. In preparing this declaration, in addition to the documents cited herein, I have reviewed the materials set forth in this document, including the patent, portions of the prosecution history, and the art referenced herein.

## IX. Conclusion

50. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

# Joint Claim Construction Brief

# EXHIBIT 4

# Karl A. Scheidt

Department of Chemistry
Department of Pharmacology, Feinberg School of Medicine
Northwestern University
2145 Sheridan Road, Evanston, IL 60208

847 491 6659
scheidt@northwestern.edu
http://sites.northwestern.edu/scheidt/

ORCID: https://orcid.org/0000-0003-4856-3569

Google Scholar Link

Date updated: January 2024

Born: July 1972

## MAJOR PROFESSIONAL INTERESTS

Chemical Synthesis, Catalysis, Biological Chemistry, Molecular Pharmacology, Translational Science

## EDUCATION

| | |
|---|---|
| 1999 | Ph.D. in Chemistry. Indiana University, Bloomington, Indiana |
| 1994 | B.S. in Chemistry. University of Notre Dame, Notre Dame, Indiana |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2022-present | Director, NSF CCI Center for ChemoEnzymatic Synthesis (C-CES) |
| 2017-2022 | Executive Director, NewCures Accelerator, Northwestern University |
| 2016-present | Professor of Pharmacology, Feinberg School of Medicine, Northwestern University |
| 2013-present | Professor of Chemistry, Northwestern University |
| 2010-2020 | Director, Northwestern Center for Molecular Innovation and Drug Discovery |
| 2008-2013 | Associate Professor of Chemistry, Northwestern University |
| 2002-2008 | Assistant Professor of Chemistry, Northwestern University |
| 1999-2000 | NIH Postdoctoral Fellow with David A. Evans, Harvard University |
| 1994-1999 | Graduate Research with William R. Roush, Indiana University/Univ. of Michigan |

## AWARDS AND HONORS

| | |
|---|---|
| 2019 | Welch Lecturer, UT San Antonio |
| 2017-2019 | Clarivate Analytics Highly Cited Researcher |
| 2016 | Fellow, Royal Society of Chemistry (RSC) |
| 2015, 2016 | Thomson Reuters Highly Cited Researcher |
| 2015 | Cornew Innovation Award, Northwestern University |
| 2015 | Northwestern University Graduate School Faculty Award for Diversity |
| 2012-2014 | Dow Chemical Company Research Professor in Chemistry |
| 2012 | Japanese Society for the Promotion of Science (JSPS) Invitation Fellowship |
| 2012 | Fellow, American Association for the Advancement of Science (AAAS) |
| 2011 | Jeremiah P. Freeman Lecturer, University of Notre Dame |
| 2009-2012 | Alumnae of Northwestern University Teaching Professor |
| 2009 | Organic Syntheses Distinguished Lecturer, University of Toronto |
| 2008-2010 | Irving M. Klotz Professor of Chemistry |
| 2008-2009 | GlaxoSmithKline Scholar Award |
| 2007-2009 | Alfred P. Sloan Fellow |
| 2007 | AstraZeneca Excellence in Chemistry Award |

| | |
|---|---|
| 2007 | Novartis Chemistry Lecture Award |
| 2006 | Amgen Young Investigator Award |
| 2005 | Boehringer-Ingelheim New Investigator Award in Organic Chemistry |
| 2005 | Northwestern University Distinguished Teaching Award |
| 2005 | 3M Nontenured Faculty Award, Abbott Laboratories New Faculty Award |
| 2004 | Amgen New Faculty Award |
| 2004-2008 | National Science Foundation CAREER Award |
| 1999-2001 | National Institutes of Health Postdoctoral Fellowship, Harvard University |

## COMMERCIAL VENTURES

Co-founder, Riptide Therapeutics, Third Coast Therapeutics
Scientific Advisor for Zoe Biosciences

**NORTHWESTERN PUBLICATIONS** > 32000 citations with Hirsch index of 80. Google Scholar Link

***** = corresponding author(s). # = undergraduate author(s)

196. Tanaka, N.; Mitton-Fry, S.#; Hwang, M. U.; Zhu, J. L.; Scheidt, K. A.* "A Combined Photocatalysis and Lewis Acid Catalysis Strategy for the Oxa-Pictet-Spengler Reactions of Ethers," manuscript in preparation. **2024**

195. Kim, D. R.; Orr, M. J.; Yu, X.; Munshi, H. H.#; Wang, A.; Trudeau, C. R.; Kwong, A. J.; Cheng, S.-Y.*; Scheidt, K. A.* "Synthesis and Structural Optimization of ATG4B Inhibitors for the Attenuation of Treatment-Induced Autophagy in Glioblastoma," *ACS Med. Chem. Lett.* **2024**, DOI: 10.1021/acsmedchemlett.3c00505.

194. Nam, Y.; Tam, A. T.#; Miller, E. R.; Scheidt. K. A.* "A Platform for the Synthesis of Corynantheine-type Corynanthe Alkaloids," *J. Am. Chem. Soc.* **2024**, DOI: 10.1021/jacs.3c12556.

193. Cao, J.; Zhu, J. L., Scheidt, K. A.* "Photoinduced Cerium-Catalyzed C-H Acylation of Unactivated Alkanes," *Chem. Sci.* **2024**, *15*, 154-159.

192. Tanaka, N.; Zhu, J. L.; Valencia, O. L.; Schull, C. R.; Scheidt, K. A.* "Cooperative Carbene Photocatalysis for β-Amino Ester Synthesis," *J. Am. Chem. Soc.* **2023**, *145*, 24486–24492.

191. Rourke, M. J.; McGill, M. J; Yang, D.; Farnam, E. J.#; Zhu, J. L. "Photoredox-Catalyzed Radical-Radical Coupling of Potassium Trifluoroborates with Acyl Azoliums," *Synlett*, **2023**, *34*, 2175-2180. Invited special issue to honor D. Matteson.

190. Byun, S.; Hwang, M. U.; Wise, H.R.; Bay, A. V.; Cheong, P.H.-Y.*; Scheidt, K.A* "Light-Driven Asymmetric Carbene-Catalyzed Radical-Radical Coupling," *Angew. Chem. It. Ed.* **2023**, DOI: 10.1002/anie.202312829.

189. Rajagopal, L.; Mahjour, S.; Huang, M.; Ryan, C. A.; Elzokaky, A.; Csakai, A.; Orr, M. J.; Scheidt, K. A.; Meltzer, H. Y.* "NU-1223, a simplified analog of alstonine with 5-$HT_{2C}$R agonist-like activity, rescues memory deficit and positive and negative symptoms in subchronic phencyclidine mouse model of Schizophrenia," *Behav. Brain Res.* **2023**, *454*, 114614.

188. Wang, P.; Bay, A. V.; Farnam, E. J.[#]; Scheidt, K. A.* "Photocatalyzed Direct α-Alkylation of Esters Using Styrenes," *Adv. Syn. Cat.* **2023**, 365, 2361-2366.

187. Peng, Q.; Gogoi, A. R.; Renteria-Gomez, A.; Gutierrez, O.; Scheidt, K. A.* "Visible-light-induced coupling of carboxylic acids with alcohols/amines via a phosphorous linchpin strategy," *Chem.* **2023,** *9*, 1983-1993.

186. Rourke, M.J.; Wang, C.T.; Schull, C.R.; Scheidt, K. A.* "Acyl Azolium-Photoredox-Enabled Synthesis of β-keto Sulfides," *ACS Catal.* **2023,** *13*, 7987-7994

185. Kim, D. R.; Orr, M. J.; Kwong, A. J.; Deibler, K. K.; Munshi, H. H.[#]; Bridges, C. S.; Chen, T. J.; Lacorazza, H. D.; Scheidt, K. A.* Rational Design of Highly Potent and Selective Covalent MAP2K7 Inhibitors," *ACS Me. Chem. Lett.* **2023**, *14*, 606-613

184. Zhu, J. L.; Schull, C. R.; Tam, A. T.; Renteria-Gomez, A.; Gogoi, A. R.; Gutierrez, O*.; Scheidt, K. A.* "Photoinduced Acylations Via Azolium-Promoted Intermolecular Hydrogen Atom Transfer," *J. Am. Chem. Soc.* **2023,** *145*, 1535–1541.

183. Byun, S.; Farah, A.O.; Wise, H.R.; Katchmar, A.[#]; Cheong, P.H.-Y; Scheidt, K. A.* "Enantioselective Copper-Catalyzed Borylative Amidation of Allenes,"*J. Am. Chem. Soc.* **2022,** *144*, 22850–22857.

182. Liu, Y.; Betori, R. C.; Pagacz, J.; Frost, G. B.; Efimova, E. V.; Wu, D.; Wolfgeher, D. J.; Bryan, T. M.; Cohen, S. B.; Scheidt, K. A.*; Kron, S. J.* "Targeting telomerase reverse transcriptase with the covalent inhibitor NU-1 confers immunogenic radiation sensitization," *Cell Chem Biol.* **2022**, *29*, 1517-1531.e7.

181. Orr, M. J.; Cao, A.; Wang, T. C.; Gaisen, A.; Csakai, A.; Friswold, A.[#]; Meltzer, H. Y.; McCorvey, J. A.*; Scheidt, K. A.* "Discovery of Highly Potent Serotonin 5-HT2 Receptor Agonists Inspired by Heteroyohimbine Natural Products," *ACS Med. Chem. Lett.* **2022,** *3*, 648–657.

180. Bay, A. V.; Farnam, E. J.[#]; Scheidt, K. A.* "Synthesis of Cyclohexanones by a Tandem Photocatalyzed Annulation," *J. Am. Chem. Soc.* **2022,** *144*, 7030–7037

179. Bay, A. V.; Scheidt, K. A.* "Single-electron Carbene Catalysis in Redox Processes," *Trends in Chemistry,* **2022,** *4,* 277-290

178. Wang, P.; Fitzpatrick, K. P. Scheidt, K. A.* "Combined Photoredox and Carbene Catalysis for the Synthesis of γ-Aryloxy Ketones," *Adv. Synth. Cat.* **2022**, *3*, 518-524.

177. Miller, E. R., Scheidt, K. A.* "Enantioselective Syntheses of Yohimbine Alkaloids: Proving Grounds for New Catalytic Transformations," *Synthesis*, **2022**, *54*, 1217-1230.

176. Kwong, A. J.; Pham, T.; Oelschlager, H. E. [#]; Munshi, H. G.; Scheidt, K. A.* "Rational Design, Optimization, and Biological Evaluation of Novel MEK4 Inhibitors against Pancreatic Adenocarcinoma," *ACS Med. Chem. Lett.* **2021**, *12*, 1559-1567.

175. Zille, M.; Oses-Prieto, J.; Savage, S.; Karuppagounder, S.; Chen, Y.; Kumar, A.; Morris, J.; Scheidt, K. A.; Burlingame, A.; Ratan, R.* "Hemin-induced death models hemorrhagic stroke and is a variant of classical neuronal ferroptosis," *J. Neurosci.* **2022**, *42*, 2065-2079.

174. Bay, A. V.; Fitzpatrick, K. P.; González-Montiel, G. A.; Farah, A.; Cheong, P. Y.-H.*; Scheidt, K. A.* "Light-Driven Carbene Catalysis for the Synthesis of Aliphatic and α-Amino Ketones," *Angew. Chem. Int. Ed.* **2021**, *60*, 17925-17931.

173. Zhu, J. L.; Scheidt, K. A.* "Photocatalytic acyl azolium-promoted alkoxycarbonylation of trifluoroborates," *Tetrahedron*, **2021**, *92*, 132288.

172. Mikulak-Klucznik, B.; Gołębiowska, P.; Bayly, A. A.; Popik, O.; Klucznik, T.; Szymkuć, S.; Gajewska, E. P.; Dittwald, P.; Staszewska-Krajewska, O.; Beker, W.; Badowski, T.; Scheidt, K. A.; Molga, K.*; Młynarski, J.*; Mrksich, M.*; Grzybowski, B. A.* "Computational planning of the synthesis of complex natural products," *Nature.* **2020,** *588*, 83-88.

171. Maskeri, M.; Brueckner, A.; Feoktistova, T.; O'Connor, M.; Walden, D.; Cheong, P.-H.*; Scheidt, K. A.* "Mechanism and Origins of Selectivity in the Enantioselective O-Pictet–Spengler Reaction: a Cooperative Catalytic Complex From a Hydrogen Bond Donor and Chiral Phosphoric Acid," *Chem. Sci.* **2020**, *11*, 8736-8743.

170. Fitzpatrick, K. P.; Schwamb, C. B.; Check, C. T.; Jang, K.-P.; Barsoum, D. N.; Scheidt, K. A.* "Development of Ferrocene-Based Planar Chiral Imidazopyridinium Salts for Catalysis," *Organometallics,* **2020**, *39*, 2705-2712.

169. Zhu, J. L.; Laws, S. W.; Scheidt, K. A.* "Radical Coupling of β-Ketoesters and Amides Promoted by Brønsted/Lewis Acids," *Green Syn Catalysis*, **2020**, *1*, 70-74.

168. Kwong, A. J.; Scheidt, K. A.* "Non-'classical' MEKS: A review of MEK3-7inhibitors," *Bioorg. Med. Chem. Lett.* **2020**, *30*, 127203.

167. Davies, A. V.; Fitzpatrick, K. P.; Betori, R.; Scheidt, K. A.* "Combined Photoredox and Carbene Catalysis for the Synthesis of Ketones from Carboxylic Acids," *Angew. Chem. Int. Ed.* **2020**, *23*, 9143-9148.

166. Maskeri, M.; Schrader, M.; Scheidt, K. A.* "A Sequential Umpolung/Enzymatic Dynamic Kinetic Resolution Strategy for the Synthesis of g-Lactones," *Chem. Eur. J.* **2020,** *26*, 5794-5798.

165. Betori, R.; Liu, Y.; Wu, D.; Mishra, R. K.; Cohen, S. B.; Kron, S. J.; Scheidt, K. A.* "Targeted Covalent Inhibition of Telomerase," *ACS Chem. Bio.* **2020**, *15*, 706-717.

164. Miller, E. M.; Hovey, M. T.; Scheidt, K. A.* "A Concise, Enantioselective Strategy for the Synthesis of Yohimbine Alkaloids," *J. Am. Chem. Soc.* **2020**, *142*, 2187-2192.

163. Bayly, A. A.; McDonald, B. R.; Mrksich, M.; Scheidt, K. A.* "A High-Throughput Photocapture Approach for Reaction Discovery," *Proc. Natl. Acad. Sci. USA.* **2020**, *117*, 13261-13266.

162. Mishra, R.; Deibler, K. K.; Clutter, M. R.; Vagadia, P.; O'Connor, M.; Schiltz, G. E.; Bergan, R.; Scheidt, K. A.* "Modeling MEK4 Kinase Inhibitors Through Perturbed Electrostatic Potential (ESP) Charges," *J. Chem. Inf. Model.* **2019**, *59*, 4460-4466.

161. Squitieri, R. A.; Fitzpatrick, K. P.; Jaworski, A. A.; Scheidt, K. A.* "Synthesis and Evaluation of Azolium-Based Halogen Bond Donors," *Chem. Eur. J.* **2019**, 25*,* 10069-10073.

160. Lee, A.; Zhu, J. L.; Feoktistova, T.; Brueckner, A. C.; P. H.-Y; Scheidt, K. A.* "Carbene-Catalyzed Enantioselective Decarboxylative Annulations to Access Dihydrobenzoxazinones and Quinolones," *Angew. Chem. Int. Ed.* **2019**, *58*, 5941-5945.

159. Betori, R. C.; McDonald, B. R.; Scheidt, K. A.* "Reductive Annulations of Arylidene Malonates With Unsaturated Electrophiles Using Photoredox/Lewis Acid Cooperative Catalysis," *Chem. Sci.* **2019**, *10*, 3353-3359.

158. Deibler, K. K.; Schlitz, G. E.; Clutter, M. R.; Mishra, R. K.; Vagadia, P. P.; O'Connor, M.; George, M. D.; Gordon, R.; Fowler, G.; Bergan, R.; Scheidt, K.A.* "Synthesis and Biological Evaluation of 3-Arylindazoles as Selective MEK4 Inhibitors," *Chem. Med. Chem.* **2019**, *14*, 615-620.

157. Lopez, S.; Jaworski, A. A.; Scheidt, K.A.* "NHC-catalyzed Formal [2+2} Annulations of Allenoates for the Synthesis of Substituted Oxetanes," *J. Org. Chem.* **2018**, *83*, 14637-14645.

156. Maskeri, M.; Jaworski, A.; O'Connor, M.; Davies, A.; Scheidt, K. A.* "A Cooperative Hydrogen Bond Donor/Bronsted Acid System for the Enantioselective Synthesis of Tetrahydropyrans," *Angew. Chem. Int. Ed. Engl.* **2018**, *57*, 17225-17229.

155. McDonald, B. R.; Scheidt, K. A.* "Intermolecular Reductive Couplings of Arylidene Malonates via Lewis Acid/Photoredox Cooperative Catalysis," *Org. Lett.* **2018**, *20*, 6877-6881.

154. Schwamb, C. B.; Fitzpatrick, K. P.; Brueckner, A. C.; Richardson, H. C.; Cheong, P. H.-Y.; Scheidt, K. A. "Enantioselective Synthesis of α-Amidoboronates Catalyzed by Planar-Chiral NHC-Cu(I) ComplexesC," *J. Am. Chem. Soc*. **2018**, *140,* 10644-10648.

153. Xu, L.; Gordon, R.; Farmer, R.; Pattanayak, A.; Binkowski, A.; Huang, X.; Avram, M.; Krishna, S.; Voll, E.; Pavese, J.; Chavez, J.; Bruce, J.; Mazar, A.; Nibbs, A.; Anderson, W.; Li, L.; Jovanovic, B.; Pruell, S.; Valsecchi, M.; Francia, G.; Betori, R.; Scheidt, K. A.; Bergan, R. "Precision Therapeutic Targeting of Human Cancer Cell Motility," *Nat. Commun.* **2018**, *9*, 2454.

152. Lee, A.; Betori, R. C.; Crane, E. A.; Scheidt, K.A.* "An Enantioselective Cross-Dehydrogenative Coupling Catalysis Approach to Tetrahydropyrans," *J. Am. Chem. Soc.* 2018, *140*, 6212-6216.

151. Uno, B. E.; Deiber, K. K.; Villa, C. M.; Raghuraman, A. A.; Scheidt, K. A. "Conjugate Additions of Amines to Maleimides via Cooperative Catalysis," *Adv. Syn. Catal.* **2018,** *360*, 1719–1725.

150. Malik, N.; Iyamu, I.; Scheidt, K. A.; Schiltz, G. "Synthesis of Novel Fused Pyrrolodiazepine-based Library with Anti-cancer Activity," *Tetrahedron Lett.* **2018**, *59*, 1513-1516.

149. Murauski, K. J. R.; Jaworski, A. A.; Scheidt, K. A. “A continuing challenge: N-heterocyclic carbene-catalyzed syntheses of γ-butyrolactones,” *Chem. Soc. Rev.* **2018**, *47*, 1773-1782.

148. Uno, B. E.; Dicken, R. D.; Redfern, L. R.; Stern, C. M.; Krzywicki, G.G.[#]; Scheidt, K. A. “Calcium(II)-Catalyzed Enantioselective Conjugate Additions of Amines,” *Chem. Sci.* **2018**, *9*, 1634-1639

147. Murauski, K. J. R.; Walden, D. M.; Cheong, P. H.; Scheidt, K. A.* “A Cooperative Ternary Catalysis System for Asymmetric Lactonization of a-Ketoesters,” *Adv. Syn. Cat.* **2017**, *359*, 3713-3719.

146. Hovey, M. T.; Cohen, D. T.; Walden, D. M.; Cheong, P. H.-Y.; Scheidt, K. A.* “A Carbene Catalysis Strategy for the Synthesis of Protoilludane Natural Products,” *Angew. Chem. Int. Ed.* **2017**, *56*, 9864-9867.

145. Walden, D. M.; Jaworski, A. A.; Johnston, R. C.; Hovey, M. T.; Baker, H. V.; Meyer, M. P.; Scheidt, K. A.* and Cheong, P. H.* “Formation of Aza-*ortho*-quinone Methides Under Room Temperature Conditions: $Cs_2CO_3$ Effect,” *J. Org. Chem.* **2017***, 82,* 7183-7189.

144. Wang, M.; Barsoum, D.; Schwamb, C. B.; Cohen, D. T.; Goess, B. C.; Riedrich, M.; Chan, A.; Maki, B. E.; Mishra, R. K.; Scheidt, K. A.* “Catalytic, Enantioselective β-Protonation through a Cooperative Activation Strategy,” *J. Org. Chem.* **2017,** *82*, 4689-4702**.**

143. Beniah, G.; Chen, X.; Uno, B. E.; Liu, K.; Leitsch, E. K.; Jeon, J.; Heath, W. H.; Scheidt, K. A.; Torkelson, J. M.* “Combined Effects of Carbonate and Soft-Segment Molecular Structures on the Nanophase Separation and Properties of Segmented Polyhydroxyurethane,” *Macromolecules,* **2017**, *50*, 3193-3203.

142. Deibler, K. K.; Mishra, R. K.; Clutter, M. R.; Antanasijevic, A.; Bergan, R.; Caffrey, M.; Scheidt, K. A.* “A Chemical Probe Strategy for Interrogating Inhibitor Selectivity Across the MEK Kinase Family.” *ACS Chemical Biology*, **2017,** *12*, 1245-1256.

141. Betori, R. C.; Miller, E. R.; Scheidt, K. A. “A Biocatalytic Route to Highly Enantioenriched β–Hydroxydioxinones,” *Adv. Syn. Cat.* **2017,** *359*, 1131-1137.

140. Beniah, G.; Uno, B. E.; Lan, T.; Jeon, J.; Heath, W. H.; Scheidt, K. A.; Torkelson, J. M. “Tuning Nanophase Separation Behavior in Segmented Polyhydroxyurethane via Judicious Choice of Soft Segment,” *Polymer,* **2017,** *110*, 218-227.

139. Beniah, G.; Liu, K.; Heath, W. H.; Miller, M. D.; Scheidt, K. A.; Torkelson, J. M.* “Novel Thermoplastic Polyhydroxyurethane Elastomers as Effective Damping Materials over Board Themperature Ranges,” *Eur. Polymer J.* **2016**, *84*, 770-783.

138. Leitsch, E. K.; Beniah, G.; Liu, K.; Lan, T.; Heath, W. H.; Scheidt, K. A.; Torkelson, J. M.* “Non-Isocyanate Thermoplastic Polyhydroxyurethane Elastomers via Cyclic Carbonate Aminolysis: Critical Role of Hydroxyl Groups in Controlling Nanophase Separation,” *ACS Macro Letters*, **2016**, *5*, 424-429.

137. Wang, M. H.; Scheidt, K. A. “Cooperative Catalysis and Activation with N-Heterocyclic Carbenes,” *Agnew. Chem. Int. Ed.* **2016**, *55*, 14912-14922.

136. Jaworski, A. A.; Scheidt, K. A. "Emerging Roles of in Situ Generated Quinone Methides in Metal-Free Catalysis," *J. Org. Chem*. **2016**, *81*, 10145-10153.

135. Sharma, H. A.; Hovey, M. T.; Scheidt, K. A. "Azaindole Synthesis Through Dual Activation Catalysis with N-Heterocyclic Carbenes," *Chem. Comm.* **2016**, *52*, 9283-9286.

134. Hall, E.; Redfern, L. R.; Wang, M.; Scheidt, K. A.* "Lewis Acid Activation of a Hydrogen Bond Donor Metal–Organic Framework for Catalysis," *ACS Catalysis*, **2016**, *6,* 3248-3252.

133. Zhu, J.; Mishra, R. K.; Schiltz, G. E.; Makanji Y.; Scheidt, K. A.; Mazar, A. P.; Woodruff, T. K.* "Virtual High Throughput Screening to Identify Novel Activin Antagonists," *J. Med. Chem.* **2015**, *58*, 5637-5648. (cover art).

132. Wang, M.; Cohen, D. T.; Schwamb, C. B.; Mishra, R. K.; Scheidt, K. A.* "Enantioselective b-Protonation by a Cooperative Catalysis Strategy," *J. Am. Chem. Soc*. **2015**, *137,* 5891-5894.

131. Younai, A.; Zeng, B.-S.; Meltzer, H. Y.; Scheidt, K. A.* "Enantioselective Syntheses of Heteroyohimbine Natural Products: A Unified Approach through Cooperative Catalysis," *Angew. Chem. Int. Ed.* **2015**, *54*, 6900-6904.

130. McDonald, B. R.; Scheidt, K. A.* "Pyranone Natural Products as Inspirations for Catalytic Reaction Discovery and Development*," Acct. Chem. Res.* **2015,** *48*, 1172-1183.

129. Lombardo, V. M.; Dhulst, E. A.; Leitch, E. K.; Wilmot, N.; Heath, W. H.; Gies, A. P.; Miller, M. D.; Torkelson, J. M.; Scheidt, K. A.* "Cooperative Catalysis of Cyclic Carbonate Ring Opening: Application Towards Non-Isocyanate Polyurethane Materials," *Eur. J. Org. Chem.* **2015,** 2791-2795.

128. Check, C. T.; Jang, K. P.; Schwamb, C. B.; Wong, A. S.; Wang, M. H.; Scheidt, K. A.* "Ferrocene-Based Planar Chiral Imidazopyridinium Salts for Catalysis," *Angew. Chem. Int. Ed.* **2015**, *54*, 4264-4268. C&E News write up February 1, 2015.

127. Lee, A.; Scheidt, K. A.* "*N*-Heterocyclic Carbene-Catalyzed Enantioselective Annulations: A Dual Activation Strategy for a Formal [4+2] Addition for Dihydrocoumarins," *Chem. Comm*. **2015**, *51*, 3407-3410.

126. Cohen, D. T.; Johnston, R., Rosson, N. T.; Cheong, P. H.-Y.*; Scheidt, K. A.,* "Functionalized Cyclopentenes through a Tandem NHC-Catalyzed Dynamic Kinetic Resolution and Ambient Temperature Decarboxylation: Mechanistic Insight and Synthetic Application," *Chem. Comm*. **2015**, *51*, 2690-2693.

125. McDonald, B. R.; Nibbs, A. E.; Scheidt, K. A.* "A Biomimetic Strategy to Access the Silybins: Total Synthesis of (—)- Isosilybin A," *Org. Lett.* **2015,** *17*, 98-101.

124. Liu, K.; Hovey, M. T.; Scheidt, K. A.* "A Cooperative *N*-Heterocyclic Carbene/Palladium Catalysis System," *Chem. Sci.* **2014**, *5*, 4026-4031.

123. Lee, A.; Younai, Y.; Price, C. K.; Izquierdo, J.; Mishra, R. K.; Scheidt, K. A.* "Enantioselective Annulations for Dihydroquinolones by in Situ Generation of Azolium Enolates," *J. Am. Chem. Soc.* **2014**, *136*, 10589-10592.

122. Hovey, M. T.; Check, C. T.; Sipher, A. F.[#]; Scheidt, K. A.* "*N*-Heterocyclic Carbene-Catalyzed Synthesis of 2-Aryl Indoles," *Angew. Chem. Int. Ed.* **2014**, *53*, 9603-9607.

121. Lee, A.; Scheidt, K. A.* "A Cooperative N-Heterocyclic Carbene/Chiral Phosphate Catalysis System for Allenolate Annulations," *Angew. Chem. Int. Ed.* **2014**, *53*, 7594-7598.

120. Zeng, B.-S.; Yu, X.; Siu, P. W.; Scheidt, K. A.* "Catalytic Enantioselective Synthesis of 2-Aryl Chromenes," *Chem. Sci.* **2014**, *5*, 2277-2281.

119. Johnston, R., Cohen, D. T.; Eichman, C. E.; Scheidt, K. A.*; and Cheong, P. H.-Y.* "Catalytic Kinetic Resolution of a Dynamic Racemate: Highly Stereoselective β-Lactone Formation by *N*-Heterocyclic Carbene Catalysis," *Chem. Sci.* **2014**, *5*, 1974-1982.

118. Lukas, T. J.; Schiltz, G.; Arrat, H.; Scheidt, K. A.; Siddique, T.* "Discovery of 1,3,4-Oxidiazole Scaffold Compounds as Inhibitors of Superoxide Dismutase Expression," *Bioorg. Med. Chem. Lett.* **2014**, *24*, 1532-1537.

117. Jang, K.; Hutson, G. E.; Johnston, R.; McCusker, E. O.; Cheong, P. H.-Y.;* Scheidt, K. A.* "Asymmetric Homoenolate Additions to Acyl Phosphonates through Rational Design of a Tailored N-Heterocyclic Carbene Catalyst," *J. Am. Chem. Soc.* **2014,** *136,* 76-79.

116. McCusker, E. O.; Scheidt, K. A.* "Enantioselective N-Heterocyclic Carbene-Catalyzed Annulation Reactions with Imidazolidinones," *Angew. Chem. Int. Ed.* **2013,** *52*, 13616-13620.

115. Lombardo, V. M.; Thomas, C. D.; Scheidt, K. A. "A Tandem Isomerization/Prins Strategy: Iridium(III)/Brønsted Acid Cooperative Catalysis," *Angew. Chem. Int. Ed.* **2013**, *52*, 12910-12914.

114. Siu, P. W.; Brown, Z. J.; Farha, O. K.; Hupp, J. T.*; Scheidt, K. A.* "A Mixed Dicarboxylate Strut Approach to Enhancing Catalytic Activity of a *De Novo* Urea Derivative of Metal-Organic Framework UiO-67," *Chem. Comm.* **2013**, *49,* 10920-10922.

113. Katz, M. J.; Brown, Z. J.; Colón, Y. J.; Siu, P. W.; Scheidt, K. A*.; Snurr, R. Q.; Hupp, J. T.*; Farha, O. K.* "A Facile Synthesis of UiO-66, UiO-67 and Their Derivatives," *Chem. Comm.* **2013**, *49*, 9449-9451.

112. Krishna, S. N.; Luan, C.-H.; Mishra, R. K.; Xu, L.; Scheidt, K. A.; Anderson, W. A.; Bergan, R. C. "A Fluorescence-Based Thermal Shift Assay Identifies Inhibitors of Mitogen Activated Kinase Kinase 4," *PLOS One* **2013**, 8(12).

111. Izquierdo, J.; Orue, A.; Scheidt, K. A.* "A Dual Lewis Base Activation Strategy for Enantioselective Carbene-Catalyzed Annulations," *J. Am. Chem. Soc.* **2013**, *135*, 10634-10637.

110. Farmer, R. L.; Scheidt, K. A.* "A Concise Enantioselective Synthesis and Cytotoxic Evaluation of the Anticancer Rotenoid Deguelin Enabled by a Tandem Knoevenagel/Asymmetric Conjugate Addition/Decarboxylation Sequence," *Chem. Sci.* **2013**, *4,* 3304-3309. PMCID: PMC2992379.

109. Lalonde, M. B.; Getman, R. B.; Lee, J. Y.; Roberts, J. M.; Sarjeant, A. A.; Scheidt, K. A.; Georgiev, P. A.; Embs, J. P.; Eckert, J.; Farha, O. K.; Snurr, R. Q.; Hupp, J. T.* "A Zwitterionic Metal-Organic Framework with Free Carboxylic Acid Sites that Exhibits Enhanced Hydrogen Adsorption Energies," *CrystEngComm,* **2013**, *15*, 9408-9414.

108. Izquierdo, J.; Hutson, G. E.; Cohen, D. T. "A Continuum of Progress: Applications of *N*-Hetereocyclic Carbene Catalysis in Total Synthesis," *Angew. Chem. Int. Ed.* **2012**, *51*, 11686-11698.

107. Lalonde, M. B.; Farha, O. K.; Scheidt, K. A.*; Hupp, J. T.* "*N*-Heterocyclic Carbene-Like Catalysis by a Metal-Organic Framework (MOF) Material," *ACS Catalysis*, **2012**, *2*, 1550-1554.

106. Cui, J.; Chai, D. I.; Miller, C.; Hao, J.; Thomas, C; Wang, J.; Scheidt, K. A.*; Kozmin, S. A.* "Assembly of Four Diverse Heterocyclic Libraries Enabled by Prins Cyclization, Au-Catalyzed Enyne Cycloisomerization and Automated Amide Synthesis," *J. Org. Chem.* **2012**, *77*, 7435-7470.

105. O'Bryan, E. A.; Scheidt, K. A.* "Acyloin Coupling Reactions," Comprehensive Organic Synthesis II. Marek, I., Knochel, P. Eds. **2013**, *3,* 621-655.

104. Cohen, D. T.; Eichman, C. E., Phillips, E. M.; Zarefsky, E.R.; Scheidt, K. A*. "Catalytic Dynamic Kinetic Resolutions with *N*-Heterocyclic Carbenes: Asymmetric Synthesis of Highly Substituted β-Lactones. *Chem. Int. Ed.* **2012,** *51*, 7309-7313.

103. Scheidt, K. A*.; Phillips, E. M.; Dugal-Tessier, J. "N-Heterocyclic Carbene-Catalyzed Aldol Desymmetrizations," *Asymmetric Catalysis II,* Eds. Christmann and Bräse. Wiley-VCH **2012**.

102. Dugal-Tessier, J.; O'Bryan, E. A.; Schroeder, T. B. H. #; Cohen, D. T.; Scheidt, K. A. "An N-Heterocyclic Carbene/Lewis Acid Strategy for the Stereoselective Synthesis of Spirooxindole Lactones," *Angew. Chem. Int. Ed*. **2012**, *51*, 4963–4967.

101. Cardinal-David, B.; Scheidt, K. A.* "Carbene Catalysis: Beyond the Benzoin and Stetter Reactions," *Inventing Reactions: Topics in Organometallic Chemistry*, Ed. Goosen. Springer, **2012**, 44, 233-259.

100. Roberts, J. M.; Fini, B. M.; Sarjeant, A. A.; Farha, O. K.*; Hupp, J. T.*; Scheidt, K. A.* "Urea Metal–Organic Frameworks as Effective and Size-Selective Hydrogen–Bond Catalysts," *J. Am. Chem. Soc*. **2012**, *134*, 3334-3337.

99. Brekan, J. A.; Chernyak, D.; White, L. K. #; Scheidt, K. A. "Lewis Base-Promoted Carbon-Carbon $sp^3$–$sp^3$ Coupling Reactions of α-Silyl Silylethers," *Chem. Sci*. **2012**, *3*, 1205-1210.

98. Nibbs, A. E.; Scheidt, K. A.* "Asymmetric Methods for the Synthesis of Flavanones, Chromanones, and Azaflavanones," *Eur. J. Org. Chem*. **2012**, 449-462.

97. Cohen, D. T.; Scheidt, K. A.* "Cooperative Lewis Acid/N-Heterocyclic Carbene Catalysis," *Chem. Sci.* **2012**, *3,* 53-57.

96. Sonntag, M.; Klingsporn, J.; Garibay, L.; Roberts, J. M.; Dieringer, J.; Seideman, T.; Scheidt, K. A.*; Jensen, L.; Schatz, G.; Van Duyne, R. P.* "Single-Molecule Tip-Enhanced Raman Spectroscopy," *J. Phys. Chem. C.* **2012,** *116*, 478-483.

95. Roberts, J. M.; Farha, O. K. Sarjeant, A. A.; Hupp, J. T.*; Scheidt, K. A.* "Two Azolium Rings Are Better than One: A Strategy for Controlling Catenation and Morphology in Zn and Cu Metal-Organic Frameworks," *Cryst. Growth Des.* **2011**, *11*, 4747-4750.

94. Eichman, C. C.; Cohen, D. T.; Scheidt, K. A.&* "(S)-5-Benzyl-2-mesityl-6,6-dimethyl-6,8-dihydro-5H-[1,2,4]triazolo[3,4-C][1,4]oxazin-2-ium tetrafluoroborate," *The Electronic Encyclopedia of Reagents for Organic Synthesis,* **2011**.

93. Atienza, R. L.; Scheidt, K. A.* "N-Heterocyclic Carbene-Promoted Rauhut-Currier Reactions between Vinyl Sulfones and α,β-Unsaturated Aldehydes," *Aust. J. Chem.* **2011**, *64*, 1158–1164. Invited contribution.

92. Crane, E. A.; Zabawa, T. P.; Farmer, R. L.; Scheidt, K. A.* "Enantioselective Synthesis of (–)-Exiguolide by Iterative Stereoselective Dioxinone-Directed Prins Cyclizations," *Angew. Chem. Int. Ed.* **2011** *50*, 9112-9115.

91. Atienza, R. L.; Roth, H.[#]; Seymour, J. L.; Scheidt, K. A.* "*N*-Heterocyclic Carbene-Catalyzed Rearrangements of Vinyl Sulfones," *Chem. Sci.* **2011**, *2*, 1772-1776.

90. Wang, J; Crane, E. A.; Scheidt, K. A.* "Highly Stereoselective Brønsted Acid Catalyzed Synthesis of Spirooxindole Pyrans," *Org. Lett.* **2011**, *13*, 3086-3089

89. Tenenbaum, J. M.; Morris, W. J.; Custar, D. W.; Scheidt, K. A.* "Synthesis of (–)-Okilactomycin by a Prins-Type Fragment Assembly Strategy," *Angew. Chem. Int. Ed.* **2011**, *50*, 5892-5895.

88. Kleinman, S. L.; Ringe, E.; Valley, N.; Wustholz, K. L.; Phillips, E. M.; Scheidt, K. A.; Schatz, G. C.*; Van Duyne, R. P.* "Single-Molecule Surface-Enhanced Raman Spectroscopy of Crystal Violet Isotopologues: Theory and Experiment," *J. Am. Chem. Soc.* **2011,** *133*, 4115-4122.

87. Cohen, D. T.; Cardinal-David, B.; Roberts, J. M.; Sarjeant, A. A.; Scheidt, K. A.* "NHC-Catalyzed/Titanium(IV)–Mediated Highly Diastereo- and Enantioselective Dimerization of Enals," *Org. Lett.* **2011,** *13*, 1068–1071.

86. Cohen, D. T.; Cardinal-David, B.; Roberts, J. M.; Scheidt, K. A.* "Lewis Acid Activated Synthesis of Highly Substituted Cyclopentanes by the N-Heterocyclic Carbene Catalyzed Addition of Homoenolate Equivalents to Unsaturated Ketoesters," *Angew. Chem. Int. Ed.* **2011**, *50,* 1678-1682. VIP and cover art.

85. Phillips, E. M.; Riedrich, M.; Scheidt, K. A.* "N-Heterocyclic Carbene-Catalyzed Conjugate Additions of Alcohols," *J. Am. Chem. Soc.* **2010**, *132,* 13179–13181.

84. Crane, E. A.; Scheidt, K. A.* "Prins-Type Macrocyclizations as an Efficient Ring-Closing Strategy in Natural Product Synthesis," *Angew. Chem. Int. Ed.* **2010***, 49*, 8316-8326.

83. Farmer, R. L.; Biddle, M. M.; Nibbs, A. E.; Huang, X. K.; Xu, L.; Bergan, R. C.*; Scheidt, K. A.* "Concise Syntheses of the Abyssinones and Discovery of New Inhibitors of Prostate Cancer and MMP-2 Expression," *ACS Med. Chem. Lett.* **2010**, *1*, 400-405.

82. Scheidt, K. A. "Amide Bonds Made in Reverse," *Nature,* News and Views, **2010**, *465,* 1020–1022.

81. Cardinal-David, B.; Raup, D. E. A; Scheidt, K. A.* "Cooperative *N*-Heterocyclic Carbene/Lewis Acid Catalysis for Highly Stereoselective Annulation Reactions with Homoenolates," *J. Am. Chem. Soc.* **2010**, *132*, 5345–5347

80. Phillips, E. M.; Roberts, J. M.; Scheidt, K. A.* "Catalytic Enantioselective Total Synthesis of Bakkenolides I, J, and S: Application of a Carbene-Catalyzed Desymmetrization," *Org. Lett.* **2010,** *12*, 2830–2833.

79. Raup, D. E. A.; Cardinal-David, B.; Holte, D. #; Scheidt, K. A.* "Cooperative Catalysis by Carbenes and Lewis Acids in a Highly Stereoselective Route to γ-Lactams," *Nat. Chem.* **2010,** *2*, 766-771.

78. Brekan, J. A.; Reynolds, T. E; Scheidt, K. A.* "Enantioselective Synthesis of Substituted Indanones from Silyloxyallenes," *J. Am. Chem. Soc.* **2010**, *132*, 1472-1473.

77. Phillips, E. M.; Chan, A.; Scheidt, K. A.* "Discovering New Reactions with N-Heterocyclic Carbene Catalysis," *Aldrichimica Acta* **2009***, 42, 55-66.*

76. Kawanaka, Y.; Phillips, E. M.; Scheidt, K. A.* "*N*-Heterocyclic Carbene-Catalyzed Enantioselective Mannich Reactions with α-Aryloxyacetaldehyde," *J. Am. Chem. Soc.* **2009**, *131,* 18028-18029.

75. Nibbs, A. E.; Maize, A. L.; Herter, R. M.#; Scheidt, K. A.* "Catalytic Asymmetric Alkylation of Substituted Isoflavanones," *Org. Lett.* **2009**, *11*, 4010–4013.

74. Lee, J. Y.; Roberts, J. M.; Farha, O. K.; Sarjeant, A. A.; Scheidt, K. A.*; Hupp, J. T.* "Synthesis and Gas Sorption Properties of a Metal-Azolium Framework (MAF) Material," *Inorg. Chem.* **2009,** *48,* 9971-9973.

73. Maki, B. E.; Patterson, E. V.; Cramer, C. J.; Scheidt, K. A.* "Impact of Solvent Polarity on *N*-Heterocyclic Carbene-Catalyzed β-Protonations of Homoenolate Equivalents," *Org. Lett.* **2009***, 11*, 3942-3945.

72. Custar, D. W.; Zabawa, T. P.; Hines, J.; Crews, C. M.; Scheidt, K. A.* "Total Synthesis and Structure-Activity Investigation of the Marine Natural Product Neopeltolide," *J. Am. Chem. Soc.* **2009**, *131*, 12406–12414.

71. Lettan II, R. B.; Galliford, C. V.; Woodward, C. C. #; Scheidt, K. A.* "Amide Enolate Additions to Acylsilanes: In Situ Generation of Unusual and Stereoselective Homoenolate Equivalents," *J. Am. Chem. Soc.* **2009**, *131,* 8805-8814.

70. Lee, J.; Farha, O. K.; Roberts, J.; Scheidt, K. A.*; Nguyen S. T.*; Hupp, J. T.* "Metal-Organic Framework Materials as Catalysts," *Chem. Soc. Rev.* **2009**, *38,* 1450- 1459.

69. Xu, L.; Ding, Y. Z.; Catalona, W. J.; Yang, X. M.; Anderson, W. F.; Jovanovic, B.; Wellman, K.; Killmer, J.; Huang, X. K.; Scheidt, K. A.; Montgomery, R. B.; Bergan, R. C.* "MEK4 Function, Genisten Treatment, and Invasion of Human Prostrate Cancer Cells," *J. Nat. Can. Inst.* **2009,** *101*, 1141-1155.

68. Maki, B. E.; Scheidt, K. A.* "Single Flask Synthesis of N-Acylated Indoles by Catalytic Dehydrogenative Coupling with Primary Alcohols," *Org. Lett.* **2009**, *11*, 1651-1654.

67. Phillips, E. M.; Wadamoto, M.; Roth, H. S. #; Ott, A. W.; Scheidt, K. A.*"NHC-Catalyzed Reactions of Aryloxyacetaldehydes: A Domino Elimination/Conjugate Addition/Acylation Process for the Synthesis of Substituted Coumarins," *Org. Lett.* **2009**, *11*, 105-108.

66. Mathies, A. K.; Mattson, A. E.; Scheidt, K. A.* "Intermolecular Cross-Acyloin Reactions by Fluoride-Promoted Additions of *O*-Silyl Thiazolium Carbinols," *Synthesis,* Invited Contribution to Special Edition for Journal Awardees. **2009,** 377-383.

65. Phillips, E. M.; Wadamoto, M.; Scheidt, K. A.* "Synthesis of Enantioenriched α,α-Disubstituted Cyclopentenes Catalyzed by N-Heterocyclic Carbenes," *Synthesis-Stuttgart,* **2009**, 687-690.

64. Maki, B. E.; Chan, A.; Phillips, E. M.; Scheidt, K. A.* "N-Heterocyclic Carbene-Catalyzed Oxidations" *Tetrahedron*, invited article for special Justin DuBois Issue. **2009**, *65*, 3102-3109.

63. Reynolds, T. E.; Binkely, M. S. #; Scheidt, K. A.* "Highly Selective α-Acylvinyl Anion Additions to Imines," *Org. Lett.* **2008**, *10*, 5227-5230.

62. Gibbs-Davis, J. M.; Kruk, J. J.; Konek, C. T.; Scheidt, K. A.; Geiger, F. M.* "Jammed Acid-Base Reactions at Interfaces," *J. Am. Chem. Soc.* **2008***, 130,* 15444-15447.

61. Stokes, G. Y.; Buchbinder, A. M.; Gibbs-Davis, J. M.; Scheidt, K. A.; Geiger, F. M.* "Heterogeneous Ozone Oxidation Reactions of 1-Pentene, Cyclopentene, Cyclohexene, and a Menthenol Derivative Studied by Sum Frequency Generation," *J. Phys. Chem. A.* **2008,** *112,* 11688-11698.

60. Maki, B. E. and Scheidt, K. A.* "N-Heterocyclic Carbene-Catalyzed Oxidation of Unactivated Aldehydes to Esters," *Org. Lett.* **2008**, *10,* 4331-4334.

59. Reynolds, T. E.; Binkely, M. S.#; Scheidt, K. A.* "Lewis Acid-Catalyzed Conjugate Additions of Silyloxyallenes: A Selective Solution to the Intermolecular Rauhut-Currier Problem," *Org. Lett.* **2008**, *10*, 2449–2452.

58. Maki, B. E. Chan. A.; Scheidt, K. A.* "Protonation of Homoenolate Equivalents Generated by N-Heterocyclic Carbenes" *Synthesis* invited Feature Article. **2008**, 1306-1315.

57. Galliford, C. V. and Scheidt, K. A.* "An Unusual Dianion Equivalent from Acylsilanes for the Synthesis of Substituted β-Keto Esters," *Chem. Comm.* **2008**, 1926-1928.

56. Chan. A. and Scheidt, K. A.* "Direct Amination of Homoenolates Catalyzed by N-Heterocyclic Carbenes," *J. Am. Chem. Soc.* **2008**, *130*, 2740-2741.

55. Phillips, E. M.; Reynolds, T. E.; Scheidt, K. A.* "Highly Diastereo- and Enantioselective Additions of Homoenolates to Nitrones Catalyzed by *N*-Heterocyclic Carbenes," *J. Am. Chem. Soc.* **2008**, *130*, 2416-2417.

54. Lettan II, R. B.; Woodward, C. C. #; Scheidt, K. A.* "Highly Stereoselective Synthesis of Substituted γ-Lactams from Acylsilanes," *Angew. Chem. Int. Ed.* **2008**, *47*, 2294-2297.

53. Custar, D. W.; Zabawa, T. P.; Scheidt, K. A.* "Total Synthesis and Structural Revision of the Marine Macrolide Neopeltolide," *J. Am. Chem. Soc.* **2008**, *130*, 804-805.

52. Dieringer, J. A.; Lettan, R. B., II; Scheidt, K. A.; Van Duyne, R. P.* "A Frequency Domain Existence Proof of Single-Molecule Surface-Enhanced Raman Spectroscopy," *J. Am. Chem. Soc.* **2007**, *129*, 16249-16256.

51. Reynolds, T. E. and Scheidt, K. A.* "Catalytic Enantioselective **α** -Acylvinyl Anoin Reactions of Silyloxyallenes," *Angew. Chem Int. Ed.* **2007**, *46*, 7806-7809.

50. Wadamoto, M.; Phillips, E. M.; Reynolds, T. E.; Scheidt, K. A.* "Enantioselective Synthesis of α,α-Disubstituted Cyclopentenes by *N*-Heterocyclic Carbene-Catalyzed Desymmetrization of 1,3-Diketones," *J. Am. Chem. Soc.* **2007**, *129,* 10098-10099.

49. Scheidt, K. A. and Mattson, A. E. "5-(1,1-dimethylethyl)-5,6-dihydro-2-phenyl-(5S)-oxazolo[2,3-c]-1,2,4-triazolium tetrafluoroborate," in *The Electronic Encyclopedia of Reagents for Organic Synthesis*. **2007**.

48. Reynolds, T. E.; Stern, C. A.; Scheidt, K. A.* "*N*-Heterocyclic Carbene-Initiated α-Acylvinyl Anion Reactivity: Additions of α-Hydroxypropargylsilanes to Aldehydes," *Org. Lett.* **2007**, *9*, 2581-2584.

47. Galliford, C. V. and Scheidt, K. A.* "Pyrrolidinyl-Spirooxindole Natural Products as Inspirations for the Development of Potential Therapeutic Agents," *Angew. Chem. Int. Ed.* **2007**, *46*, 8748-8758.

46. Chan, A. and Scheidt, K. A.* "Highly Stereoselective Formal [3+3] Cycloaddition of Enals and Azomethine Imines Catalyzed by *N*-Heterocyclic Carbenes," *J. Am. Chem. Soc.* **2007**, *129*, 5334-5335.

45. Gibbs-Davis, J. M.; Hayes, P. L.; Scheidt, K. A.; Geiger, F. M.* "Anion Chelation by Amido Acid Functionalized Fused Quartz/Water Interfaces Studied by Nonlinear Optics," *J. Am. Chem. Soc.* **2007**, *129*, 7175-7184.

44. Milgram, B. C.#; Eskildsen, K.; Richter, S. M.; Scheidt, W. R.*, Scheidt, K. A.* "Microwave-Assisted Piloty–Robinson Synthesis of 3,4-Disubstitued Pyrroles," *J. Org. Chem.* **2007**, *72,* 3941-3944.

43. Mattson, A. E. and Scheidt, K. A. "Nucleophilic Acylation of o-Quinone Methides: An Umpolung Strategy for the Synthesis of α-Aryl Ketones and Benzofurans," *J. Am. Chem. Soc.* **2007**, *129*, 4508-4509.

42. Biddle, M. M.; Lin, M.#; Scheidt, K. A.* "Catalytic Enantioselective Synthesis of Flavanones and Chromanones," *J. Am. Chem. Soc.* **2007**, *129,* 3830-3831

41. Phillips, E. M.; Wadamoto, M.; Chan, A.; Scheidt, K. A.* "A Highly Enantioselective Intramolecular Michael Reaction Catalyzed by *N*-Heterocyclic Carbenes," *Angew. Chem. Int. Ed.* **2007**, *46*, 3107-3110.

40. Galliford, C. V. and Scheidt, K. A.* "Catalytic Multicomponent Reactions for the Synthesis of N-Aryl Trisubstituted Pyrroles," *J. Org. Chem.* **2007**, *72*, 1811-1813.

39. Hayes, P. L.; Gibbs-Davis, J. M.; Musorrafiti, M. J.; Mifflin, A. M.; Scheidt, K. A.; Geiger, F. M.* "Environmental Biogeochemistry Studied by Second-Harmonic Generation: A Look at the Agricultural

Antibiotic Oxytetracycline," invited contribution to the Kenneth B. Eisenthal Festschrift in *J. Phys. Chem. C.* **2007**, *111*, 8796-8804.

38. Maki, B. E.; Chan, A.; Phillips, E. M.; Scheidt, K. A.* "Tandem Oxidation of Allylic and Benzylic Alcohols to Esters Catalyzed by *N*-Heterocyclic Carbenes," *Org. Lett.* **2007**, *9*, 371-374.

37. Lettan II, R. B.; Milgram, B. C.#; Scheidt, K. A.* "Synthesis of Acylsilanes from Morpholine Amides. Synthesis of 1-(Dimethyl(Phenyl)silyl)Propan-1-One," *Org. Syn.* **2007**, *84*, 22-31.

36. Voges, A. B; Stokes, G. Y.; Gibbs-Davis, J. M.; Lettan, R. B., II; Bertin, P. A.; Pike, R. C.; Nguyen, S. T.; Scheidt, K. A.; Geiger, F. M.* "Insights into Heterogeneous Atmospheric Oxidation Chemistry: Development of a Tailor-Made Synthetic Model for Studying Tropospheric Surface Chemistry," invited feature article for *J. Phys. Chem. C.* **2007**, *111*, 1576-1578.

35. Galliford, C. V.; Martenson, J. S.#; Stern, C.; Scheidt, K. A.* "A Highly Diastereoselective, Catalytic Three-component Assembly Reaction for the Synthesis of Spiropyrrolidinyloxindoles," *Chem. Commun.* **2007,** 631-633.

34. Lettan II, R. B.; Reynolds, T. E.; Galliford, C. V.; Scheidt, K. A.* "Synthesis of Tertiary β-Hydroxy Amides by Enolate Additions to Acylsilanes," *J. Am. Chem. Soc.* **2006**, *128,* 15566-15567.

33. Scheidt, K. A. and Lettan II, R. B. 'Triethoxysilane (Update)' in *The Electronic Encyclopedia of Reagents for Organic Synthesis*. **2006**.

32. Reynolds, T. E.; Bharadwaj, A. R.; Scheidt, K. A.* "Stereoselective Lewis Acid-Catalyzed α-Acylvinyl Additions," J. Am. Chem. Soc. **2006**, *128*, 15382-15383.

31. Mattson, A. E.; Bharadwaj, A. R; Zuhl, A. M.#; Scheidt, K. A.* "Thiazolium-Catalyzed Additions of Acylsilanes: A General Strategy for Acyl Anion Addition Reactions," J. Org. Chem. **2006**, *71*, 5714-5724.

30. Chan, A. and Scheidt, K. A.* "Hydroacylation of Activated Ketones Catalyzed by *N*- Heterocyclic Carbenes," *J. Am. Chem. Soc.* **2006**, *128*, 4558-4559.

29. Mattson, A. E.; Zuhl, A. M.#; Reynolds, T. E.; Scheidt, K. A.* "Direct Nucleophilic Acylation of Nitroalkenes Promoted by a Fluoride Anion/Thiourea Combination," *J. Am. Chem. Soc.* **2006**, *128*, 4932-4933.

28. Graves, C. R.; Scheidt, K. A.*; Nguyen, S. T.* "Enantioselective MSPV Reduction of Ketimines Using 2-Propanol and (BINOL)Al(III)" *Org. Lett.* **2006**, *8*, 1229-1232.

27. Myers, M. C.; Bharadwaj, A. R; Milgram, B. C.#; Scheidt, K. A.* "Catalytic Conjugate Additions of Carbonyl Anions Under Neutral Aqueous Conditions," *J. Am. Chem. Soc.* **2005**, *127*, 14675-14680.

26 Lettan, R. B. and Scheidt, K. A.* "Lewis Base-Catalyzed Additions of Alkynes Using Trialkoxysilylalkynes," *Org. Lett.* **2005**, *7*, 3227-3230.

25. Ballweg, D. M.; Miller, R. C. #; Gray, D. L.; Scheidt, K. A.* "Stereoselective Synthesis of α-silylamines by the Direct Addition of Silyl Anions to Activated Imines," *Org. Lett.* **2005**, *7*, 1403-1406.

24. Morris, W. J.; Custar, D. W.; Scheidt, K. A.* "Stereoselective Synthesis of Tetrahydropyran-4-ones from Dioxinones Catalyzed by Scandium(III) Triflate," *Org. Lett.* **2005**, *7* 1113-1116.

23. Chernick, E. T.; Ahrens, M. J.; Scheidt, K. A.*; Wasielewski, M. R.* "Copper-Promoted *N*-Arylations of Cyclic Imides within Six-Membered Rings: A Facile Route to Arylene-Based Organic Materials," *J. Org. Chem.* **2005**. *70*, 1486-1489.

22. Chan, A. and Scheidt, K. A.* "Conversion of α,β-unsaturated Aldehydes into Saturated Esters: An Umpolung Reaction Catalyzed by Nucleophilic Carbenes," *Org. Lett.* **2005**, *7*, 905-908.

21. Mattson, A. E. and Scheidt, K. A.* "Catalytic Additions of Acylsilanes to Imines: An Acyl Anion Strategy for the Direct Synthesis of α-Amino Ketones," *Org. Lett.* **2004**, *6*, 4363-4366.

20. Clark, C. T.; Milgram, B. C.[#]; Scheidt, K. A.* "Efficient Synthesis of Acylsilanes using Morpholine Amides," *Org. Lett.* **2004**, *6*, 3977-3980.

19. Bharadwaj, A. R. and Scheidt, K. A.* "Catalytic, Multicomponent Synthesis of Highly Substituted Pyrroles Utilizing a One-Pot Sila-Stetter/Paal-Knorr Strategy," *Org. Lett.* **2004**, *6*, 2465-2468.

18. Mattson, A. E.; Bharadwaj, A.; Scheidt, K. A.* "The Thiazolium-Catalyzed Sila-Stetter Reaction: Conjugate Addition of Acylsilanes to Unsaturated Esters and Ketones," *J. Am. Chem. Soc.* **2004**, *126*, 2314-2315.

17. Clark, C. T.; Lake, J. F.[#]; Scheidt, K. A.* "Copper(I)-Catalyzed Disilylation of Alkylidene Malonates Employing a Lewis Base Activation Strategy," *J. Am. Chem. Soc.* **2004**, *126*, 84-85.

16. Galliford, C. V; Beenen, M. A.[#]; Nguyen, S. T.*; Scheidt, K. A.* "Catalytic, Three-Component Assembly Reaction for the Synthesis of Pyrrolidines," *Org. Lett.* **2003**, *5*, 3487-3490.

## PUBLICATIONS FROM POSTDOCTORAL AND GRADUATE RESEARCH

15. Handa, M.; Scheidt, K. A.; Bossart, M.; Zheng, N.; Roush, W. R.* "Studies on the Synthesis of Apoptolidin A. 1. Synthesis of the C(1)-C(11) Fragment," *J. Org. Chem.* **2008**, *73*, 1031-1035.

14. Evans, D. A.*; Fandrick, K. R.; Song, H.-J.; Scheidt, K. A.; Xu, R. "Enantioselective Friedel-Crafts Alkylations Catalyzed by Bis(oxazolinyl)pyridine-Scandium Triflate Complexes," *J. Am. Chem. Soc.* **2007**, *129*, 10029-10041.

13. Evans, D. A.*; Scheidt, K. A.; Fandrick, K. R.; Lam, H. W.; Wu, J. "Enantioselective Friedel-Crafts Alkylations Catalyzed by Bis(oxazolinyl)pyridine-Scandium Triflate Complexes," *J. Am. Chem. Soc.* **2003**, *125*, 10780-10781.

12. Evans, D. A.*; Borg, G.; Scheidt, K. A. "Remarkably Stable Tetrahedral Intermediates–Carbinols from Nucleophilic Additions to N-Acylpyrroles," *Angew. Chem. Int. Ed.* **2002**, *41*, 3188-3191.

11. Scheidt, K. A.; Bannister, T. D.; Tasaka, A.; Wendt, M. D.; Savall, B. D.; Fegley, G. J.; Roush, W. R.* "Total Synthesis of (–)-Bafilomycin $A_1$," *J. Am. Chem. Soc.* **2002**, *124*, 6981- 6990.

10. Roush, W. R.*; Bannister, T. D.; Wendt, M. D.; Jablonowski, J. A.; Scheidt, K. A. "Studies on the Synthesis of Bafilomycin $A_1$: Stereochemical Aspects of the Fragment Assembly Aldol Reaction for Construction of the C(13)-C(25) Segment," *J. Org. Chem.* **2002**, *67*, 4275-4283.

9. Roush, W. R.*; Bannister, T. D.; Wendt, M. D.; VanNieuwenhze, M. S.; Gustin, D. J.; Dilley, G. D.; Lane, G. C.; Scheidt, K. A.; Smith, W. J. "An NMR Method for Assigning Stereochemistry to β-Hydroxy Ketones Deriving from Aldol Reactions of Methyl Ketones," *J. Org. Chem.* **2002**, *67*, 4284-4289.

8. Evans, D. A.*; Scheidt, K. A.; Downey, C. W. "Synthesis of (–)-Epibatidine," *Org. Lett.* **2001**, *3*, 3009-3012.

7. Evans, D. A.*; Scheidt, K. A.; Johnston, J. N.; Willis, M. C. "Enantioselective and Diastereoselective Mukaiyama-Michael Reactions Catalyzed by Bis(oxazoline) Copper(II) Complexes," *J. Am. Chem. Soc.* **2001**, *123*, 4480-4491.

6. Scheidt, K. A.; Tasaka, A.; Bannister, T. D.; Wendt, M. D.; Roush, W. R.* "Total Synthesis of (–)-Bafilomycin $A_1$: Application of Diastereoselective Crotylboration and Methyl Ketone Aldol Reactions," *Angew. Chem. Int. Ed.* **1999**, *38,* 1652-1655.

5. Roush, W. R.*; Scheidt, K. A.; McKerrow, J. H.; Selzer, P. M.; Hansell, E.; Rosenthal, P.J. "Structure-Based Design, Synthesis and Evaluation of Conformationally Constrained Cysteine Protease Inhibitors," *Bioorg. Med. Chem.* **1998**, *6*, 2477-2494.

4. Roush, W. R.*; Gwaltney, S. L.; Cheng, J.; Scheidt, K. A.; McKerrow, J. H.; Hansell, E. "Vinyl Sulfonate esters and Vinylsulfonamides: Potent, Irreversible Inhibitors of Cysteine Proteases," *J. Am. Chem. Soc.* **1998**, *120*, 10994-10995.

3. Scheidt, K. A.; Chen, H.; Follows, B. C.; Chemler, S. R.; Coffey, D. S.; Roush, W. R.* "Tris(dimethylamino)sulfonium difluorotrimethylsilicate, a Mild Reagent for the Removal of Silicon Protecting Groups," *J. Org. Chem.* **1998**, *63*, 6436-6437.

2. Scheidt, K. A.; Roush, W. R.* "Applications of Zr-Catalyzed Carbomagnesation and Mo-Catalyzed Macrocyclic Ring Closing Metathesis in Asymmetric Synthesis: Enantioselective Synthesis of Sch 38516 (Fluvirucin B)," *Chemtracts* **1998**, *11*, 522-530.

1. Miller, M. J.; Darwish, I.; Ghosh, A.; Ghosh, M.; Hansel, J.-G.; Hu, J.; Niu, C.; Ritter, A.; Scheidt, K. A.; Süling, C.; Sun, S.; Zhang, D.; Buddle, A.; De Clercq, E.; Long, S.; Malouin, F.; Moellmannin, U. "Design, Syntheses and Studies of New Antibacterial, Antifungal and Antiviral Agents," *Anti-infectives: Recent Advances in Chemistry and Structure-Activity Relationships*. P. H. Bentley and P. J. O'Hanlon, Eds. Royal Society of Chemistry Special Publication No. 198. Cambridge, UK. **1997**.

## NORTHWESTERN BOOK CHAPTERS

5. Hovey, M. T.; Jaworski, A. A.; Scheidt, K. A. "N-Heterocyclic Carbene Catalysis in Natural Product and Complex Target Synthesis," NHC Organocatalysis, Ed. Akkattu Biju, Wiley, 2017.
4. Tenenbaum, J. M.; Morris, W. J.; Custar, D. W.; Scheidt, K. A. "Exploring Prins Strategies for the Synthesis of Okilactomycin," in Strategies and Tactics in Organic Synthesis 9, Ed. Harmata. Elsivier, 2013.

3. O'Bryan, E. A.; Scheidt, K. A. "Acyloin Coupling Reactions," Comprehensive Organic Synthesis II. Vol 3, Ed. Marek, I. Elsivier, 2013.
2. Scheidt, K. A.; Phillips, E. M.; Dugal-Tessier, J. "N-Heterocyclic Carbene Catalyzed Aldol Desymmetrizations," in Asymmetric Catlaysis II, Eds. Christmann and Brase. Wiley-VCH, 2012.
1. Cardinal-David, B.; Scheidt, K.A. "Carbene Catalysis: Beyond the Benzoin and Stetter Reactions," in *Inventing Reactions: Topics in Organometallic Chemistry*, Ed. Goosen. Springer, 2011.

**PATENTS (Filed, Pending, Issued)**

24. Karl Scheidt; Hidayatullah Munshi; Ada Jade Kwong; Thao Nguyen Pham. "MEK4 Inhibitors in the Treatment of Cancer." Provisional filing U.S. Patent 63/406,099.
23. Karl Scheidt; Gary Schlitz. "Substituted Heterocycles for Treating Cancer." Provisional filing U.S. Patent 63/400,520.
22. Karl Scheidt; Grant Frost; Stephen Kron. "Telomerase Targeting Agents." Provisional filing U.S. Patent 63/301,036.
21. Richard Betori; Scott Cohen; Stephen Kron; Ding Liu; Yue Liu; Rama Mishra; Karl Scheidt. "3-Methylideneoxan-4-One Compounds and Substituted Derivatives Thereof as Inhibitors of Telomerase." Utility Issued 11,518,750.
20. Mark Andrew Maskeri; Karl Scheidt. "Substituted Tetrahydropyranoindoles, Derivatives Thereof, and Their Methods of Synthesis and Use." Utility Issued 11,479,558.
19. Richard Betori; Benjamin McDonald; Karl Scheidt. "Substituted Chromanes, Analogs Thereof, and Methods of Use and Synthesis." Utility filing, U.S. Patent 16/923,843.
18. Matthew Clutter; Ada Jade Kwong; Karl Scheidt; Gary Schiltz. "3-Arylindazoles as Selective MEK4 Inhibitors." Utility filing U.S. Patent 11,370,770.
17. Ansoo Lee; Karl Scheidt. "Substituted Dihydrobenzoxazinones, Dihydroquinolones, and Methods of their Use and Synthesis." Utility filing U.S. Patent 11,440,892.
16. Richard Betori; Ansoo Lee; Karl Scheidt. "Enantioselective Cross Dehydrogenative Coupling Reactions and Compounds Synthesized by the Reactions." U.S. Patent 16/710,512.
15. Adam Csakai; Herbert Meltzer; Karl Scheidt. "Beta-Carbolines as Positive Allosteric Modulators of the Human Serotonin Receptor 2C (5-HT2C)." U.S. Patent PCT/US2019/054337.
14. Karl Scheidt; Brice Uno. "Catalysts and Methods for Enantioselective Conjugate Additions of mines to Unsaturated Electrophiles." U.S. Patent 10,781,172, 17/027,687.
13. Karl Scheidt; Gary Schiltz. "Substituted fused pyrrolo-diazepinones and uses thereof." U.S. Patent 16/295,864, PCT/US2019/021185.
12. Herbert Meltzer, Karl Scheidt, Ashkaan Younai, Bi-Shun Zeng. "Enantioselective Syntheses of Heteroyohimbine Natural Product Intermediates." U.S. Patent 10,323,039, 10,654,865, PCT/US2016/030587.
11. Raymond Bergan; Karl Scheidt; Li Xu. "Inhibition of Cancer Cell Motility." U.S. Patent 9,839,625, 10,231,949, 10,780,076, EPO 15857178.6.
10. Christopher Check; Kipo Jang; Karl Scheidt. "Chiral Imidazolium Salts for Asymmetric Catalysis." U.S. Patent 9,334,297.
9. Christopher Check; Michael Hovey, Jr.; Karl Scheidt. "N-Heterocyclic Carbene-Catalyzed Synthesis of 2-Aryl Indoles." U.S. Patent 9,527,812.
8. Karl Scheidt; Bi-Shun Zeng. "Catalytic Enantioselective Synthesis of 2-Aryl Chromenes and Related Phosphoramidite Ligands and Catalyst Compounds." U.S. Patent 9,309,217, 9,624,190, 9,840,487, 10,308,624.
7. Elizabeth Dhulst; William Heath; Emily Leitsch; Vince Lombardo; Karl Scheidt; John Torkelson; Nathan Wilmot. "Catalyst for Non-Isocyanate Based Polyurethane." U.S. Patent 9,260,564.
6. Javier Izquierdo-Ferrer; Karl Scheidt. "7-Membered Fused Heterocycles and Methods of Their Synthesis." U.S. Patent, 9,643,947.

5. Elizabeth McCusker; Karl Scheidt. "Enantioselective N-Heterocyclic Carbene-Catalyzed Annulation Reactions with Imidazolidinones." U.S. Patent 8,912,341.
4. Nancy Krett; Steven Rosen; Karl Scheidt; Gary Schiltz. "Substituted Pyrrolo[2,3-d]Pyrimidines for the Treatment of Cancer." U.S. Patent 9,981,968.
3. Omar Farha; Joseph Hupp; John Roberts; Karl Scheidt. "Azolium Metal-Organic Frameworks." U.S. Patent 9,090,634, 9,512,146.
2. Raymond Bergan; Margaret Biddle; Karl Scheidt. "Catalytic Enantioselective Synthesis of Chromanones." U.S. Patent 7,851,640.
1. Raymond Bergan; Karl Scheidt. "Inhibition and Treatment of Prostate Cancer Metastasis." U.S. Patent 8,481,760, 8,742,141.

## EXPERT WITNESS CONSULTING

**Completed**

1. Incyte Corporation, hired by Finnegan, Henderson, Farabow, Garrett & Dunner, 2016. Analysis report.
2. Beloteca, Inc. vs. Apicore US, LLC and Mylan Institutional, LLC. Hired by Husch Blackwell for Beloteca. Expert reports.
3. Bristol-Myers-Squibb Company and Pfizer vs. Aurobindo Pharma LTD. Case No. 17-cv-00374-LPS. Hired by Husch Blackwell for Aurobindo. Expert reports. Deposition, July 2019. Trial testimony, Nov. 2019 in Delaware.
4. Merck Sharp and Dohme vs. Alvogen Pine Brook LLC, Anchen Pharmaceuticals, Apotex Pharmaceuticals, Macleod Pharmaceuticals, Sun Pharmaceuticals, Teva Pharmaceuticals USA, Inc. and Watson Laboratories, Inc., in Connection with Sitagliptin Patent Litigation. Case Nos. 19-cv-00317-RGA and 19-cv-00318-RGA. Hired by Goodwin Proctor for defendants. Analysis report.
5. Adverio Pharma GMBH, Bayer AG vs. Alembic Pharmaceuticals LTD et al. Case 18-cv-00073-LPS. Hired by Goodwin Proctor for Alembic et al. Expert reports. Deposition, Sept. 2020. Trial testimony, Dec. 2020 in Delaware/virtual. Case settled.
6. United Therapeutics Corp. vs. Liquidia Technologies. United States District Court, District of Delaware, Case No. 20-00755-RGA. Hired by Goodwin Proctor, New York for UTC. Expert reports. Deposition, Jan. 2022. Trial testimony, Mar. 2022 in Delaware. Ruling in favor of UTC.
7. Hoffmann-La Roche, Inc., Chugai Pharmaceutical Co. Ltd., and Genentech, Inc. vs. Fresenius Kabi et al. United States District Court, District of Delaware, Case No. 20-00394. Hired by Paul, Weiss, Rifkind, Wharton and Garrison for Genetech, Inc. et al. Expert report. Deposition, June 2022. Case settled.
8. United Therapeutics Co. and Supernus Pharmaceuticals, Inc. v. ANI Pharmaceuticals, Inc. United States District Court, District of Delaware, Case No. 20-CV-00755-RGA. Hired by McDermott Will & Emery, Boston for UTC. Case settled.

**Ongoing:**

9. Alnylam Pharmaceuticals, Inc. vs. Moderna, BioNTech, Pfizer et al. Hired by McDermott Will & Emery, Boston for Alnylam Pharmaceuticals.
10. Anacor Pharmaceuticals, Inc. vs. Teva Pharmaceuticals, Inc. and Teva Pharmaceuticals USA, Inc. Hired by Goodwin Proctor for Teva Pharmaceuticals.
11. Otsuka Pharmaceutical Co. Ltd. vs. Teva Pharmaceuticals, Inc. and Teva Pharmaceuticals USA, Inc. Hired by Goodwin Proctor for Teva Pharmaceuticals.
12. Jazz Pharmaceuticals Ireland Limited v. Lupin, Inc., and Lupin Pharmaceuticals, Inc. Hired by McGuireWoods for Lupin.

13. Dr. Reddy's Laboratories Ltd. (DRL) Vs. Esperion Therapeutics. Hired by Rakoczy, Molino, Mazzochi, Siwik for DRL.

## INVITED PRESENTATIONS (since 2016)

169. Telluride Science Research Center, Telluride, Colorado, June 2023
168. Basel Chemistry Society, Basel, Switzerland, August 2021
167. East China University of Science and Technology, September 2019
166. University of Missouri, St. Louis, April 2019
165. University of Kansas, April 2019
164. Welch Lecturer, University of Texas, San Antonio, April 2019
163. University of Colorado, Boulder, March 2019
162. University of California, Los Angeles, February 2019
161. University of Texas, San Antonio, November 2018
160. Balticum Organicum Syntheticum (BOS 2018), Tallinn, Estonia, July 2018
159. New York University, April 2018
158. Departmental Colloquium & Organic Chemistry Day, University of Missouri, March 2018
157. University of British Columbia, March 2018
156. IUPAC World Chemistry Congress, Sao Paulo, Brazil July 2017
155. Telluride Science Research Center, Telluride, Colorado, June 2017
154. University of James the 1st, Castillo, Spain, April 2017
153. University of Saskatchewan, March 2017
152. Philadelphia Organic Chemists' Club, University of Pennsylvania, January 2017
151. Telluride Science Research Center, Telluride Colorado, July 2016
150. Heron 7: Reactive Intermediates and Unusual Molecules, July 2016
149. 3rd US Spain Conference on Asymmetric Synthesis and Catalysis, Bilbao, May 2016
148. 47th Central Regional Meeting of the American Chemical Society, Cincinnati, OH, May 2016
147. Caltech, Pasadena, CA, April 2016.
146. North Carolina State University, January 2016

## EDUCATION AND OUTREACH

1. Alumnae of Northwestern, New Frontiers in Science series, "21st Century Medicines Inspired by Nature," June 11, **2019.**
2. Westminster Place Lecture, October 24**, 2016**. "Medicines that Changed the World"
3. Alumnae of Northwestern Food Course 2012. "Science in the Kitchen: An Introduction to Food Chemistry," May 31, **2012.**
4. Guest lecturer, Winter 2012 Freshmen Seminar (Goldberg) "Science, Pseudoscience, and Scientific Hoaxes," February 28, **2012**.
5. Chicago Biomedical Consortium Tech Day: Small molecule discovery in academia. June 9, **2012.**
6. Advising for "PhD Prep" program by the Graduate School for Northwestern undergraduate students.
7. Honors Day Celebration Speech, Invited. Northwestern Graduation Ceremonies, June 17, **2011.**
8. Northwestern Regents Annual Meeting 2011. "Controlling Metastasis: A New Approach to Prostate Cancer Prevention and Treatment," April 30, **2011**.
9. Alumnae of Northwestern, Great Minds/Great Ideas Series. "Medicines that Changed the World: The Evolution of 20th Century Drugs," March 17, **2011.**
10. Alumnae of Northwestern Annual meeting. "Alumnae Teaching Professor: Year in Review- teaching, research, and everything else!" February 21, **2011**.

## PEER-REVIEW AND RELATED ACTIVITIES

### Journal Reviewer

Nature, Science, Angewandte Chemie International Edition, Journal of the American Chemical Society, Nature Chemistry Biology, Proceedings of the National Academy of Sciences, Nature Communications, Nature Chemistry, Chemical Sciences, Accounts of Chemical Research, Journal of Organic Chemistry, Organic Letters, Tetrahedron Letters, Tetrahedron, Tetrahedron Asymmetry, Synthesis, Synlett, Chemical Communications, Chemical Reviews, Organometallics, Organic and Bioorganic Chemistry, Journal of the Brazilian Chemical Society, Beilstein Journal of Organic Chemistry, Heterocycles, European Journal of Organic Chemistry, Chemistry: A European Journal, Advanced Synthesis and Catalysis, Chirality

**Editorial Board Member:** Green Synthesis and Catalysis (http://www.keaipublishing.com/en/journals/green-synthesis-and-catalysis/)

**Reviewer for the following agencies and programs**

1. American Chemical Society (ACS)-Petroleum Research Fund (G)
2. American Chemical Society (ACS)-Petroleum Research Fund (AC)
3. National Science Foundation: CHE: Chemistry CAREER panel
4. National Science Foundation: CHE: Synthetic Chemistry panel
5. National Institutes of Health: NIGMS Synthetic and Biological Chemistry Section B
6. Research Corporation
7. Natural Sciences and Engineering Research Council of Canada: Strategic Projects
8. American Chemical Society 2012-2015 National Awards Committee participation.

## PROFESSIONAL AFFILIATIONS

Member: American Chemical Society, American Chemical Society, Division of Organic Chemistry, American Association for Cancer Research, American Association for the Advancement of Science. Royal Society of Chemistry

**Symposium/Lecture Organizer**

1. Robert Lurie Comprehensive Cancer Center's Basic Science Colloquium, March 23rd, 2005
2. 1st Abbott-Northwestern University Lecture in Organic Chemistry, April 23, 2004
3. 2nd Abbott-Northwestern University Lecture in Organic Chemistry, April 28, 2005
4. 3rd Abbott-Northwestern University Lecture in Organic Chemistry, May 19, 2006
5. 4th Abbott-Northwestern University Lecture in Organic Chemistry, May 14, 2007
6. Eli Lilly Seminar Series in Organic Chemistry (2007-present)
7. 1st Chicago Organic Symposium, Evanston, IL. March 4, 2009
8. 2nd Chicago Organic Symposium, Evanston, IL. February 27, 2010
9. 1st US/Spain Workshop in Asymmetric Synthesis and Catalysis, Castello, Spain. September 2010
10. 3rd Chicago Organic Symposium, Chicago, IL. February 11, 2011
11. 1st Novartis Lecture in Organic Synthesis, November 17, 2011
12. 4th Chicago Organic Symposium, Chicago, IL. April 30, 2012
13. "How Tumors Grow," 2012 Lurie Basic Sciences Symposium, Chicago IL. June 8, 2012
14. 2nd Novartis Lecture in Organic Synthesis, November 15, 2012
15. 5th Abbott-Northwestern University Lecture in Organic Chemistry, April 16, 2013.
16. 2nd US/Spain Workshop in Asymmetric Synthesis and Catalysis, Evanston, IL. April 2013.
17. 5th Chicago Organic Symposium, Chicago, IL. July 12, 2013
18. 11th Annual CBC Symposium: Exploring Human Biology with Small Molecules, Chicago, IL. October 2013.
19. 6th Chicago Organic Symposium, Chicago IL, July 11, 2015
20. 3rd US/Spain Workshop in Asymmetric Synthesis and Catalysis, Bilbao, Spain. April 2016

## TEACHING AND ADVISING

**Areas:** Organic chemistry, chemical methodology, catalysis, medicinal chemistry, drug discovery, chemical biology, organic materials

**Courses:** Chem 210-1, Chem 212-1: Organic Chemistry. Chem 212-2: Organic Chemistry. Chem 313/413: Advanced Organic Chemistry.

### Recent Evaluation Metrics

| Term | Course | Level | Instruct. Rating (out of 6) | Overall Rating (out of 6) |
|---|---|---|---|---|
| Fall 2015-present | Chem 313/413 | Graduate | 5.0-5.3 | 5.0-5.6 |
| Winter 2019 | Chem 212-2 | Undergraduate | 5.4 | 5.0 |
| Winter 2020 | Chem 212-2 | Undergraduate | 5.3 | 5.1 |
| Winter 2021 | Chem 212-2 | Undergraduate | 5.3 | 5.3 |

### Curriculum Development

**2023:** Organized winter Advanced Organic (Chem 319/419)

**2019:** Redeveloped the winter quarter Organic sequence (Chem 212-2).

**2012:** developed IBIS455 literature survey course focused on Chemical Biology. Weekly meetings cover contemporary literature on topics such as natural product guided drug discovery, chemical genetic approaches with diversity synthesis, protein modification and glycochemistry/biology.

**2010:** developed a module for the new Responsible Conduct in Research (RCR) course for the Department of Chemistry. This module focused on conflict of interest (COI) and was combined with other areas of RCR team taught with other chemistry faculty.

**2007:** oversaw the development of a new "Metals in Synthesis" course which was initial taught by Dr. Tom Zabawa (postdoctoral fellow from my laboratory). With this addition to the graduate curriculum, the Organic Division has a three-quarter sequence that addresses all of the fundamentals of synthesis. The course was offered again in 2011 with a second postdoctoral fellow (Dr. Chad Eichman) providing instruction.

**2002:** developed Chemistry 415-1 (now Chem 413). It is the first part of an advanced two-quarter sequence that focuses on organic chemistry methodology and strategy. Prior to 2003, this course was not offered on a regular basis and if it was, an outside lecturer was required.

**Chem210-1:** Integrated a number of new techniques into the standard organic curriculum including student information sheets (prior to CAESAR student web access pictures). As an NU Searle Teaching Scholar, I incorporated improved aspects of relevance and conceptual learning.

### Teaching Awards and Honors

2009-2012 Alumnae of Northwestern Teaching Professor (the highest levels of distinction at Northwestern)
2005 WCAS Distinguished Teaching Award
2005 Northwestern University Student Government Faculty Honor Roll
2004 Northwestern Searle Teaching Scholar

## STUDENTS AND POSTDOCTORAL RESEARCHERS ADVISED AND CO-ADVISED

### Postdoctoral Fellows

1. Dr. Ashwin Bharadwaj. (PhD, Einhorn). Research Scientist at Dow Chemical.
2. Dr. Juli Gibbs-Davis. (co advised with F. Geiger). Professor, University of Alberta.
3. Dr. Margaret Biddle. (PhD, Riech). Associate Director, Mitobridge.
4. Dr. Manabu Wadamoto. (PhD, Yamamoto). Researcher, Chugai Pharmaceutical Co, Ltd. Japan.
5. Dr. Alex Mathies. (PhD, Friestad). Advanced Specialist, 3M
6. Dr. Yasafumi Kawanaka. Ono Pharmaceuticals, Japan.
7. Dr. Thomas Zabawa. (PhD, Chemler). Project Manager, Athenex.
8. Dr. Jeong Yong Lee. (co advised with J. Hupp). Principal Scientist and R&D Leader, Enevate Corp.
9. Dr. Matthias Riedrich. (PhD, Arndts). Research Scientist at Bayer CropScience.
10. Dr. Benoit Cardinal-David. (PhD, Guindon). FQRNT Postdoctoral Fellow. Senior Scientist, AbbVie.
11. Dr. Jason Tenenbaum. (PhD, Woerpel). Associate Director, Berkeley Research Group, LLC.
12. Dr. Jon Brekan. (PhD, Davies). Senior Research Chemist, Daubert Cromwell
13. Dr. Jingqi Wang. (PhD, Sulikowski). Assistant Professor, The University of Hong Kong
14. Dr. Chad Eichman (PhD, Stambuli). Biopharmaceutical Industry Manager, Phenomenex
15. Dr. Chris Thomas (PhD, Hanson). Chemistry Manager, Bell Laboratories
16. Dr. Julien Dugal-Tessier (PhD, Dake). Scientist, ImmunoGen, Inc.
17. Dr. Gerri Hutson (PhD, Rawal). Technical Advisor, Leydig, Voit & Mayer.
18. Dr. Elizabeth O'Bryan (PhD, Crimmins). Process Chemist, Dow AgroSciences
19. Dr. Dmitri Chernyak (PhD, Gevorgyan). Latvian Research Institute
20. Dr. Javier Izquierdo (PhD, Gonzalez, Jaume I, Spain). Senior Scientist, AbbVie.
21. Dr. Ki Po Kang (PhD, Eun Lee). Samsung, South Korea.
22. Dr. Vincent Lombardo (PhD, Taylor). Senior Research Scientist, Pfizer.
23. Dr. Ashkaan Younai (PhD, Shaw). Scientist, RAPT Therapeutics.
24. Dr. Kun Liu (PhD, Maruoka). Research Assistant Professor, University of Nebraska
25. Dr. Chris Check (PhD, Stambuli). Senior Research Chemist, Inventure Renewables.
26. Dr. Anna Lee (PhD, List). Assistant Professor, Myongji University, South Korea
27. Dr. Paul Sui (PhD, Gates/Dake). Senior Chemist at NuMat Technologies.
28. Dr. Edward Hall (PhD, VanNieuwenzhe). Assistant Professor at Hanover College, IN.
29. Dr. Brice Uno (PhD, Burke) Senior Scientist, AbbVie, Inc.
30. Dr. Kathleen Richert Mauraski (PhD, Woerpel). Senior Scientist, AbbVie, Inc.
31. Dr. Matthew O'Connor (PhD, Daesung Lee) Senior Scientist, AbbVie, Inc.
32. Dr. Susana Lopez (PhD, Antilla) Senior Chemist, Lilly.
33. Dr. Adam Csakai (PhD, Yin). GlaxoSmithKline.
34. Dr. Ansoo Lee (PhD, Kim). Senior Researcher, Korea Institute of Science and Technology (KIST)
36. Dr. Richard Squitieri (PhD, Shaw) University of Tampa, Assistant Professor.
36. Dr. Yubai Zhu (PhD, Wulff). Research Associate, UNC.
37. Dr. Stephen Laws (PhD, Shaw). Process Chemistry Scientist, Vertex Pharmaceuticals.
38. Dr. Grant Frost (PhD, Douglas). Riptide Therapeutics
39. Dr. Seunghwan Byun, (PhD, Hong). South Korea.
40. Dr. Pengzhi Wang (PhD, Lindsey). Pfizer.
41. Dr. Qiupeng Peng (PhD, Wang). 2021-present.
42. Dr. Nao Tanaka (PhD, Usuki). 2022-present.
43. Dr. Jing Cao (PhD, Lupton). 2023-present

**Graduate Students**

1 Dr. Michael Myers (PhD, 2006). Senior Research Investigator II at Bristol-Myer Squibb.
2. Dr. Anita Mattson (PhD, 2007). Associate Professor at Worcester Polytechnic Institute.
3. Dr. William Morris (PhD, 2007). Senior Research Scientist at Merck.

4. Dr. Christopher Galliford (PhD, 2007). Center for Drug Evaluation and Research, FDA.
5. Dr. Robert Lettan, II (PhD, 2007). Professor at Chatham University, Pittsburgh.
6. Christopher Clark (MS, 2005). Senior Research Associate II at Gilead Sciences.
7. Dr. Audrey Chan (PhD, 2008). Research Analyst at Institute for Defense Analyses.
8. Dr. Daniel Custar (PhD, 2008). Principal Scientist, Mersana Therapeutics.
9. Dr. Brooks Maki (PhD, 2009). Assistant Professor at Benedictine University.
10. Dr. Troy Reynolds (PhD, 2009). Senior Scientist III, Process Chemistry at AbbVie.
11. Dr. Eric Phillips (PhD, 2010). Senior Scientist at Merck.
12. Dr. Dustin Raup (PhD, 2011). Freelance Chemistry Tutor
13. Dr. Antoinette Nibbs (PhD 2012). Patent Agent, Finnegan.
14. Dr. Rebecca Farmer (PhD 2012). Resident Physician at University of Wisconsin, Madison
15. Dr. Erika Crane (PhD 2012). Senior Scientist I, Chemistry at AbbVie.
16. Dr. John Roberts (PhD 2012). Senior Research Scientist. Dow
17. Roxanne Atienza (2012). Director of Operations at Illinois Science and Technology Coalition.
18. Daniel Cohen (PhD 2013). Senior Scientist I, Chemistry at AbbVie
19. Erin Jordan (MS, 2009). Scientist II, AbbVie.
20. Michael Karney (MS, 2010). Global Product Manager, CEM Corporation.
21. Emily Zarefsky (MS, 2010). Functional Chemist, Stepan Company.
22. Motoshi Yamauchi (2009). Visiting doctoral student from Masahiro Murakami Group, Kyoto Univ.
23. Michael Wang (PhD 2015). Research Scientist at Dow-Corning.
24. Eric Lee (PhD 2015). Technical Specialist, Finnegan.
25. Bi-Shun Zeng (PhD 2015). Scientific Analyst, Morrison & Foerster, LLP
26. Dr. Michael Todd Hovey (PhD 2017) Senior Scientist, AbbVie.
27. Charles Benjamin Schwamb (PhD 2017). Patent Agent at Wilson Sonsini Goodrich & Rosati.
28. Benjamin McDonald (NIH Predoctoral fellow, PhD 2018). Assistant Professor, Brown University.
29. Dr. Kristine Deibler (NSF Fellow, PhD 2017). Scientist, Novo Nordisk.
30. Christopher Price (NSF Fellow, MS, 2015). Technical Services, Epic Systems.
31. Robert Chapman (2015). Visiting doctoral student from the Bull Group, University of Bath
32. Rick Betori (PhD 2019). Senior Scientist, Corteva.
33. Alison Bayly (PhD 2020). Patent Scientist, Michael Best.
34. Mark Maskeri (PhD 2020). Scientist, MilliporeSigma.
35. Eric Miller (PhD 2021). Senior Scientist, AbbVie
36. Keegan Fitzpatrick (PhD 2021). Scientist, Takeda.
37. Ada Kwong (2017-2022). Totus Medicines
38. Anna Davies Bay (2018-2022). AbbVie Process
39. Meghan Orr (2018-2022). Northwestern University, Feinberg School of Medicine
40. Dalton Kim (2017-present). Northwestern University, Feinberg School of Medicine
41. Josh Zhu (2018-present).
42. Michael Rourke (2019-present).
43. Yunchan Nam (2022-present).
44. Cullen Schull (2022-present).
45. Gina Connors (2022-present).
46. Miguel Campos (2022-present).
47. Ricardo Hernandez (2022-present).
48. Claire Trudeau (2022-present).
49. Aaron Schoemaker (2022-present).
50. Matthew McGill (2022-present).
51. Meemie Hwang (2022-present).
52. Oniya Valencia (2022-present).

53. Hannah Palomino (2023-present).
54. Chenxi He (2023-present).

**Visiting Scholars**
1. Professor Brian Goess (Furman University, 2012)
2. Professor James Kiddle (Western Michigan University, 2013)

**Undergraduates Students Advised in Research**

| | | |
|---|---|---|
| 1. Melissa Herbage | 2002-2004 | Senior Scientist, FibroGen, Inc. |
| 2. Jason Lake | 2002-2005 | Attorney, Quinn Emanuel Trial Lawyers |
| 3. Becky Miller | 2003-2005 | Resident Physician, UPMC |
| 4. James Martenson | 2004-2005 | MD/PhD, Yale. |
| 5. Andrea Zuhl | 2004-2006 | RA Capital Management |
| 6. Benjamin Milgram | 2004-2007 | Senior Scientist, Amgen |
| 7. Michael Lin | 2005-2007 | Radiologist, Washington University |
| 8. Chase Woodward | 2005-2008 | Orthopedic Surgeon, University of Pennsylvania |
| 9. Ryan Clark | 2005 | Attorney, Lewis, Thomason |
| 10. Michael Binkley | 2006-2007 | Teach for America |
| 11. Rachel Herter | 2007-2008 | Director of Health Info Tech, Lawndale Health Center |
| 12. Amanda Baize Crane | 2007-2008 | Proctor and Gamble |
| 13. Dane Holte | 2008-2009 | Senior Scientist I, Abbvie Stemcentrx, Inc. |
| 14. Howard Roth | 2008-2009 | Scientist, Medicinal Chemistry, ChemoCentryx |
| 15. Lily Nezirova | 2009-2010 | M.D., Internal Medicine |
| 16. Kolby White | 2009-2011 | Senior Scientist, 3M |
| 17. Branden Fini | 2010-2011 | Providence Ventures |
| 18. Pesach Beral | 2010-2011 | Visiting Undergraduate from Yeshiva University (NY) |
| 19. Tom Schroeder | 2010-2011 | Assistant Professor, North Carolina State University |
| 20. Michael Di Maso | 2010-2011 | Senior Scientist, Merck |
| 21. Angelica Kielbus | 2010-2013 | Senior Scientist I Chemistry, AbbVie |
| 22. Charlie Manzoni | 2011-2013 | Consultant, Deloitte Consulting |
| 23. David Elmets | 2011-2013 | Marketing Strategy, Fair Square Financial |
| 24. Alexander Wong | 2012-2015 | Graduate Student, Boston College |
| 25. Christine Rapp | 2012 | Clinical Data Manager, Covance |
| 26. Alexandra Sipher | 2013-2014 | Senior Product Manager, Walmart |
| 27. Liam Conway-Pearson | 2013 | Boston University School of Medicine |
| 28. Xinyi Marta Yu | 2013-2014 | MS Candidate, Financial Mathematics, NYU |
| 29. Samuel Schnek | 2014 | WCAS 2016 |
| 30. Jake Collins | 2014-2016 | Researcher, Archer Daniels Midland Company |
| 31. Hayden Sharma | 2014-2016 | NIH Postdoctoral Fellow, Scripps Research Institute |
| 32. Joseph Severini | 2015 | Software Engineer, Nuna, Inc. |
| 33. Alex Dashman | 2015-2016 | Law Clerk, Los Angeles Circuit Court |
| 34. Natalie San | 2015-2016 | Analytical Chemist, Regis Technologies, Inc. |
| 35. Greg Kamil Krzywicki | 2016-2017 | Accenture |
| 36. Calik Hemmings | 2018-2019 | WCAS 2020 |
| 37. Javan Whitney-Warner | 2018 | 2018 Process Engineer, NUMat Technologies |
| 38. Catherine May | 2018-2019 | WCAS 2020 |
| 39. Andrea Poupard | 2018-2019 | University College London |
| 40. Alec Friswold | 2018-2019 | Harvard Medical School |

| | | |
|---|---|---|
| 41. Charles Wang | 2019-2022 | Northwestern University, Feinberg School of Medicine |
| 42. Hannah Oelschlager | 2020-2022 | Brigham and Women's Hospital |
| 43. Andrew Katchmar | 2021-2022 | Northwestern University |
| 44. Dan Yang | 2022-present | Northwestern University |
| 45. Hasan Munshi | 2021-2023 | Northwestern University |
| 46. Anthony Tam | 2021-present | Northwestern University |
| 47. Emmie Farnam | 2021-2023 | Northwestern University |
| 48. Tess Berkowitz | 2023-present | Northwestern University |
| 49. Mara Mrksich | 2023-present | Northwestern University |
| 50. Jonah Snyder | 2023-present | Northwestern University |
| 51. Sophia Mitton-Fry | 2023-present | Northwestern University |

## UNIVERSITY AND NATIONAL SERVICE

### Departmental Service

| | |
|---|---|
| 2020 | Junior Faculty Search Committee (Chair) |
| 2020 | Department Safety Committee |
| 2019-2020 | Chair, Chemistry Department Program Review Committee |
| 2016 | Chemistry Strategic Faculty Hiring Plan Committee |
| 2015 | Junior Faculty Search Committee |
| 2014 | Chair, Assistant Professor Faculty Search |
| 2012-present | Chemistry of Life Processes Institute Training Program Executive Committee |
| 2010-present | Chemistry of Life Processes Institute Shared Space and Design Committee |
| 2010-present | Chemistry of Life Processes Institute Undergraduate Program Committee |
| 2008-2017 | Graduate Admissions Committee (Chair) |
| 2009-2010 | Department Space Committee |
| 2007 | Junior Faculty Search Committee (co-Chair) |
| 2006-2009 | Vision Committee |
| 2006 | Junior Faculty Search Committee (co-Chair) |
| 2005 | Organic Laboratory Renovation Committee |
| 2005 | Junior Faculty Search Committee |
| 2004-present | Department Safety Committee |
| 2004-2006 | Colloquium and Seminar Committee |
| 2002-2008 | Graduate Admissions Committee (member) |
| 2002-2008 | Analytical Services Laboratory committee |

### University Service

| | |
|---|---|
| 2017-present | Executive Director, NewCures Accelerator |
| 2016-present | Donnelly Clinical Pharmacology Core Facility Scientific Advisory Committee (FSM) |
| 2014-2017 | Elected member, Tenure Committee, WCAS |
| 2014 | Co-PI, University Center of Exemplary Mentoring Application (TGS), Sloan Foundation Minority PhD Program |
| 2013 | Office of Research Integrity (OR), Inquiry Committee Service |
| 2013 | NUCATS Accelerator Operations Team (INVO/FSM) |
| 2013 | Search Committee for Chair, Department of Pharmacology, FSM |
| 2012-present | Inter-Institutional Core Advisory Committee |
| 2012-present | University Shared Facilities Proposal Review Committee |
| 2012-present | University Safety Committee, subcommittee on Chemical Inventory |
| 2012 | Chair, Search Committee, Executive Director of Office of Research Safety |
| 2011-present | NuLaBS Chemical Biology and Drug Discovery Cluster Director |

| | |
|---|---|
| 2011-present | Internal Advisor Board, Center for Developmental Therapeutics |
| 2011 | Faculty Advisory Committee for Advancing Biophysical and Biochemical Sciences |
| 2011-present | Chair, Internal Advisory Committee for ChemCore |
| 2011-2014 | University Safety Committee |
| 2010-2012 | Howard Hughes Medical Institute Northwestern Biosciences Advisory Board |
| 2010 | Management Skills for Innovative University Leaders Kellogg executive program |
| 2010 | Ad hoc Committee for Tenure Review (appointed by Dean) |
| 2010 | University Shared Facilities Committee |
| 2010-2014 | Physical Science and Engineering Advisor Committee |
| 2009-2020 | Director, Center for Molecular Innovation and Drug Discovery (University Research Center) |
| 2008-present | Medical Scientist Training Program (MD/PhD) Admissions Committee |
| 2008 | Ad hoc Committee for Tenure Review (appointed by Dean) |
| 2008-2012 | IMSERC Committee (chair) |
| 2004-2009 | Center for Drug Discovery and Chemical Biology faculty committee |

**National Service**

| | |
|---|---|
| 2014-present | External Advisory Committee, University of Delaware Center of Biomedical Research Excellence (J. Fox, Director) |
| 2012-2017 | American Chemical Society Canvassing Committee for the Creative Work in Synthetic Organic Chemistry Award |

| | |
|---|---|
| Ongoing: | NSF MPS Chem Review |
| 2013: | NIH Special Emphasis Panel: NIAID-DIADS-NIHAI2013177 |
| 2014: | NIH SBC B, October 2014 |
| 2015: | NIH Special Emphasis Panel 2015/10 ZRG1 F04A-W (20) L |
| 2015: | NIH, NCI SEP to review Omnibus R03 and R21 |
| 2016-2018 | NIH, SBC B Study Section. permanent member. |
| 2018-present | Chair, NIH, SBC B Study Section. |
| 2019-present: | ACS National Award Selection Committee (2020-2022 award cycle) |

# Joint Claim Construction Brief

# EXHIBIT 5

openstax™

# Organic Chemistry

A Tenth Edition

# Organic Chemistry: A Tenth Edition

AUTHOR

**JOHN MCMURRY, CORNELL UNIVERSITY (EMERITUS)**

openstax™

**OpenStax**
Rice University
6100 Main Street MS-375
Houston, Texas 77005

To learn more about OpenStax, visit https://openstax.org.
Individual print copies and bulk orders can be purchased through our website.

©**2023 Rice University.** Textbook content produced by OpenStax is licensed under a Creative Commons Attribution Non-Commercial ShareAlike 4.0 International License (CC BY-NC-SA 4.0). Under this license, any user of this textbook or the textbook contents herein can share, remix, and build upon the content for noncommercial purposes only. Any adaptations must be shared under the same type of license. In any case of sharing the original or adapted material, whether in whole or in part, the user must provide proper attribution as follows:

- If you noncommercially redistribute this textbook in a digital format (including but not limited to PDF and HTML), then you must retain on every page the following attribution:
  "Access for free at openstax.org."
- If you noncommercially redistribute this textbook in a print format, then you must include on every physical page the following attribution:
  "Access for free at openstax.org."
- If you noncommercially redistribute part of this textbook, then you must retain in every digital format page view (including but not limited to PDF and HTML) and on every physical printed page the following attribution:
  "Access for free at openstax.org."
- If you use this textbook as a bibliographic reference, please include https://openstax.org/details/books/organic-chemistry in your citation.

For questions regarding this licensing, please contact support@openstax.org.

**Trademarks**
The OpenStax name, OpenStax logo, OpenStax book covers, OpenStax CNX name, OpenStax CNX logo, OpenStax Tutor name, Openstax Tutor logo, Connexions name, Connexions logo, Rice University name, and Rice University logo are not subject to the license and may not be reproduced without the prior and express written consent of Rice University.

| | |
|---|---|
| **HARDCOVER BOOK ISBN-13** | 978-1-711471-85-3 |
| **DIGITAL VERSION ISBN-13** | 978-1-951693-98-5 |
| **ORIGINAL PUBLICATION YEAR** | **2023** |

10 11 12 13 14 15 16 17 18 19 20 CDE 23

## OpenStax

OpenStax provides free, peer-reviewed, openly licensed textbooks for introductory college and Advanced Placement® courses and low-cost, personalized courseware that helps students learn. A nonprofit ed tech initiative based at Rice University, we're committed to helping students access the tools they need to complete their courses and meet their educational goals.

## Rice University

OpenStax is an initiative of Rice University. As a leading research university with a distinctive commitment to undergraduate education, Rice University aspires to path-breaking research, unsurpassed teaching, and contributions to the betterment of our world. It seeks to fulfill this mission by cultivating a diverse community of learning and discovery that produces leaders across the spectrum of human endeavor.

RICE

## Philanthropic Support

OpenStax is grateful for the generous philanthropic partners who advance our mission to improve educational access and learning for everyone. To see the impact of our supporter community and our most updated list of partners, please visit openstax.org/impact.

Arnold Ventures
Chan Zuckerberg Initiative
Chegg, Inc.
Arthur and Carlyse Ciocca Charitable Foundation
Digital Promise
Ann and John Doerr
Bill & Melinda Gates Foundation
Girard Foundation
Google Inc.
The William and Flora Hewlett Foundation
The Hewlett-Packard Company
Intel Inc.
Rusty and John Jaggers
The Calvin K. Kazanjian Economics Foundation
Charles Koch Foundation
Leon Lowenstein Foundation, Inc.
The Maxfield Foundation
Burt and Deedee McMurtry
Michelson 20MM Foundation
National Science Foundation
The Open Society Foundations
Jumee Yhu and David E. Park III
Brian D. Patterson USA-International Foundation
The Bill and Stephanie Sick Fund
Steven L. Smith & Diana T. Go
Stand Together
Robin and Sandy Stuart Foundation
The Stuart Family Foundation
Tammy and Guillermo Treviño
Valhalla Charitable Foundation
White Star Education Foundation
Schmidt Futures
William Marsh Rice University




**2-Methylbutane**

Note that the horizontal bonds between carbons aren't shown in condensed structures—the $CH_3$, $CH_2$, and CH units are simply placed next to each other—but vertical carbon–carbon bonds like that of the first of the condensed structures drawn above is shown for clarity. Notice also in the second of the condensed structures that the two $CH_3$ units attached to the CH carbon are grouped together as $(CH_3)_2$.

Even simpler than condensed structures are **skeletal structures** such as those shown in TABLE 1.3. The rules for drawing skeletal structures are straightforward.

**RULE 1**
Carbon atoms aren't usually shown. Instead, a carbon atom is assumed to be at each intersection of two lines (bonds) and at the end of each line. Occasionally, a carbon atom might be indicated for emphasis or clarity.

**RULE 2**
Hydrogen atoms bonded to carbon aren't shown. Because carbon always has a valence of 4, we mentally supply the correct number of hydrogen atoms for each carbon.

**RULE 3**
Atoms other than carbon and hydrogen *are* shown.

One further comment: Although such groupings as $–CH_3$, –OH, and $–NH_2$ are usually written with the C, O, or N atom first and the H atom second, the order of writing is sometimes inverted to $H_3C–$, HO–, and $H_2N–$ if needed to make the bonding connections clearer. Larger units such as $–CH_2CH_3$ are not inverted, though; we don't write $H_3CH_2C–$ because it would be confusing. There are, however, no well-defined rules that cover all cases; it's largely a matter of preference.

TABLE 1.3 Line-bond and Skeletal Structures for Some Compounds

| Compound | Line-bond structure | Skeletal structure |
|---|---|---|
| Isoprene, $C_5H_8$ |  |  |
| Methylcyclohexane, $C_7H_{14}$ |  |  |
| Phenol, $C_6H_6O$ |  |  |




FIGURE 2.8 **Attractive dispersion forces in nonpolar molecules are caused by temporary dipoles**, as shown in these models of pentane, $C_5H_{12}$.

Perhaps the most important noncovalent interaction in biological molecules is the **hydrogen bond**, an attractive interaction between a hydrogen atom bonded to an electronegative O or N atom and an unshared electron pair on another O or N atom. In essence, a hydrogen bond is a very strong dipole–dipole interaction involving polarized O–H or N–H bonds. Electrostatic potential maps of water and ammonia clearly show the positively polarized hydrogens (blue) and the negatively polarized oxygens and nitrogens (red).




Hydrogen bonding has enormous consequences for living organisms. Hydrogen bonds cause water to be a liquid rather than a gas at ordinary temperatures, they hold enzymes in the shapes necessary for catalyzing biological reactions, and they cause strands of deoxyribonucleic acid (DNA) to pair up and coil into the double helix that stores genetic information.




**A deoxyribonucleic acid segment**

One further point before leaving the subject of noncovalent interactions: biochemists frequently use the term **hydrophilic**, meaning "water-loving," to describe a substance that is attracted to water and the term **hydrophobic**, meaning "water-fearing," to describe a substance that is not strongly attracted to water.

Hydrophilic substances, such as table sugar, often have a number of –OH groups in their structure so they can form hydrogen bonds and dissolve in water, whereas hydrophobic substances, such as vegetable oil, do not have groups that form hydrogen bonds and do not dissolve in water.



**Sucrose**
**(a disaccharide)**



**Animal fat—a triester**
**(R, R′, R″ = $C_{11}$—$C_{19}$ chains)**

**PROBLEM 2-19** Of the two vitamins A and C, one is hydrophilic and water-soluble while the other is hydrophobic and fat-soluble. Which is which?



**Vitamin A**
**(retinol)**



**Vitamin C**
**(ascorbic acid)**

## 3.2 Alkanes and Alkane Isomers

Before beginning a systematic study of the different functional groups, let's look first at the simplest family of molecules to develop some general ideas that apply to all families. We saw in **Section 1.7** that the carbon–carbon single bond in ethane results from $\sigma$ (head-on) overlap of carbon $sp^3$ hybrid orbitals. If we imagine joining three, four, five, or even more carbon atoms by C–C single bonds, we can generate the large family of molecules called **alkanes**.




Alkanes are often described as *saturated hydrocarbons:* **hydrocarbons** because they contain only carbon and hydrogen; **saturated** because they have only C–C and C–H single bonds and thus contain the maximum possible number of hydrogens per carbon. They have the general formula $C_nH_{2n+2}$, where $n$ is an integer. Alkanes are also occasionally called **aliphatic** compounds, a name derived from the Greek *aleiphas,* meaning "fat." We'll see in **Section 27.1** that many animal fats contain long carbon chains similar to alkanes.



**A typical animal fat**

Think about the ways that carbon and hydrogen might combine to make alkanes. With one carbon and four hydrogens, only one structure is possible: methane, $CH_4$. Similarly, there is only one combination of two carbons with six hydrogens (ethane, $CH_3CH_3$) and only one combination of three carbons with eight hydrogens (propane, $CH_3CH_2CH_3$). When larger numbers of carbons and hydrogens combine, however, more than one structure is possible. For example, there are two substances with the formula $C_4H_{10}$: the four carbons can all be in a row (butane), or they can branch (isobutane). Similarly, there are three $C_5H_{12}$ molecules, and so on for larger alkanes.




**TABLE 3.4** Some Straight-Chain Alkyl Groups

| Alkane | Name | Alkyl group | Name (abbreviation) |
|---|---|---|---|
| $CH_4$ | Methane | $-CH_3$ | Methyl (Me) |
| $CH_3CH_3$ | Ethane | $-CH_2CH_3$ | Ethyl (Et) |
| $CH_3CH_2CH_3$ | Propane | $-CH_2CH_2CH_3$ | Propyl (Pr) |
| $CH_3CH_2CH_2CH_3$ | Butane | $-CH_2CH_2CH_2CH_3$ | Butyl (Bu) |
| $CH_3CH_2CH_2CH_2CH_3$ | Pentane | $-CH_2CH_2CH_2CH_2CH_3$ | Pentyl, or amyl |

Just as straight-chain alkyl groups are generated by removing a hydrogen from an end carbon, branched alkyl groups are generated by removing a hydrogen atom from an internal carbon. Two 3-carbon alkyl groups and four 4-carbon alkyl groups are possible (**FIGURE 3.4**).




**FIGURE 3.4** **Alkyl groups generated from straight-chain alkanes.**

One further comment about naming alkyl groups: the prefixes *sec*- (for secondary) and *tert*- (for tertiary) used for the $C_4$ alkyl groups in **FIGURE 3.4** refer to the number of other carbon atoms attached to the branching carbon atom. There are four possibilities: primary (1°), secondary (2°), tertiary (3°), and quaternary (4°).



***Primary*** **carbon (1°) is bonded to one other carbon.**

***Secondary*** **carbon (2°) is bonded to two other carbons.**

***Tertiary*** **carbon (3°) is bonded to three other carbons.**

***Quaternary*** **carbon (4°) is bonded to four other carbons.**

The symbol **R** is used here and throughout organic chemistry to represent a generalized organic group. The R group can be methyl, ethyl, propyl, or any of a multitude of others. You might think of **R** as representing the **R**est of the molecule, which isn't specified.

The terms *primary, secondary, tertiary,* and *quaternary* are routinely used in organic chemistry, and their meanings need to become second nature. For example, if we were to say, "Citric acid is a tertiary alcohol," we would mean that it has an alcohol functional group (–OH) bonded to a carbon atom that is itself bonded to three other carbons.



**General class of tertiary alcohols, $R_3COH$**

**Citric acid—a specific tertiary alcohol**

# Joint Claim Construction Brief

# EXHIBIT 6

Seyhan Eğe

# Organic Chemistry



Structure and Reactivity

Fourth Edition

# Organic

## CHEMISTRY

## STRUCTURE and REACTIVITY

FOURTH EDITION

Seyhan N. Eğe

THE UNIVERSITY OF MICHIGAN

HOUGHTON MIFFLIN COMPANY BOSTON NEW YORK

Senior Sponsoring Editor: Richard Stratton
Senior Associate Sponsoring Editor: Susan Warne
Senior Project Editor: Cathy Labresh Brooks
Senior Production/Design Coordinator: Jill Haber
Senior Designer: Henry Rachlin
Director of Manufacturing: Mike O'Dea
Marketing Manager: Penelope Hoblyn

Cover design: Walter Kopec
Cover image: Cover image of chromomycin dimer-DNA oligomer courtesy of Dr. D. J. Patel (X. Gao, P. Mirau, and D. J. Patel, *Journal of Molecular Biology* **1992,** *223*, 259–279). Protein Data Bank (PDB) ID number 1D83.

About the cover: Chromomycin belongs to a group of antibiotics that are effective antitumor agents against a variety of experimental and human tumors. It works by complexing to DNA as a dimeric structure containing a magnesium ion, inhibiting the synthesis of RNA and, thus, the synthesis of proteins in the cell. The cover of this book shows a representation of the interaction of two molecules of chromomycin (the gold and magenta structures, held together by a yellow magnesium ion) with the minor groove of a segment of DNA (blue) consisting of eight nucleotides in each strand. The structure of the chromomycin-DNA complex was determined by Dr. Dinshaw J. Patel (then at Columbia University, now at Memorial Sloan-Kettering Cancer Center) and his colleagues using a combination of computer modeling and two-dimensional nuclear magnetic resonance spectroscopy. As a result of their work, scientists now have a picture of specific intermolecular interactions between the antitumor agent and DNA. These include coordination between oxygen atoms on the antibiotic and the positively-charged magnesium ion, hydrogen bonding between hydroxyl groups of the antibiotic and amino groups and nitrogen atoms of guanosine bases, and van der Waals interactions between hydrocarbon portions of chromomycin and the surface of the minor groove of the DNA. The researchers also were able to show that the DNA changes shape to accommodate the antibiotic.

An understanding of how a particular antitumor drug recognizes and interacts with a specific part of the double helix of DNA is important in enabling chemists to design better therapeutic agents. For example, Professor William Roush of the University of Michigan is using the Patel structure of the complex of the dimer of chromomycin with DNA to design simpler analogs with improved selectivity in their binding to DNA. Study of the complex of the dimer of chromomycin with DNA is also expected to shed light on the role of the carbohydrate units in stabilizing the DNA bound complex. Professor Daniel Kahne of Princeton University is especially interested in this latter question and is designing analogs of chromomycin in which the carbohydrate side chains are replaced by simpler oxygen-containing chains to investigate the role of the carbohydrate units in causing two chromomycin molecules to complex with one metal ion (D. J. Silva, D. Kahne, C. M. Kraml, *Journal of the American Chemical Society* **1994,** *116*, 2641-2642).

A list of acknowledgments appears following the index. This list is considered an extension of the copyright page.

Copyright © 1999 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to College Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116-3764.

Printed in the U.S.A.

Library of Congress Catalog Card Number: 98-72019

ISBN: 0-395-90223-1

23456789-KPA-02 01 00 99

## p$K_a$ VALUES

| Acid | p$K_a$ | Conjugate Base |
|---|---|---|
| Strongest Acid | | Weakest Base |
| $H_2SO_4$ | −9 | $HSO_4^-$ |
| HI | −9 | $I^-$ |
| $CH_3\overset{^+OH}{\overset{\|}{C}}CH_3$ | −7.3 | $CH_3\overset{O}{\overset{\|}{C}}CH_3$ |
| HCl | −7 | $Cl^-$ |
| $CH_3CH_2\overset{H}{\overset{\|}{\underset{+}{O}}}CH_2CH_3$ | −3.6 | $CH_3CH_2OCH_2CH_3$ |
| $CH_3CH_2\overset{H}{\overset{\|}{\underset{+}{O}}}H$ | −2.4 | $CH_3CH_2OH$ |
| $H_3O^+$ | −1.7 | $H_2O$ |
| $HNO_3$ | −1.3 | $NO_3^-$ |
|  | −0.6 |  |
| $CCl_3\overset{O}{\overset{\|}{C}}OH$ | 0.64 | $CCl_3\overset{O}{\overset{\|}{C}}O^-$ |
| $CHCl_2\overset{O}{\overset{\|}{C}}OH$ | 1.3 | $CHCl_2\overset{O}{\overset{\|}{C}}O^-$ |
| $CH_2Cl\overset{O}{\overset{\|}{C}}OH$ | 2.8 | $CH_2Cl\overset{O}{\overset{\|}{C}}O^-$ |
| HF | 3.2 | $F^-$ |
|  | 3.4 |  |
| $H\overset{O}{\overset{\|}{C}}OH$ | 3.7 | $H\overset{O}{\overset{\|}{C}}O^-$ |
|  | 4.2 |  |
|  | 4.6 |  |
| $CH_3\overset{O}{\overset{\|}{C}}OH$ | 4.8 | $CH_3\overset{O}{\overset{\|}{C}}O^-$ |
|  | 5.2 |  |
| $H_2CO_3$ | 6.5 | $HCO_3^-$ |
|  | 7.2 |  |
|  | 7.8 |  |
| $CH_3\overset{O}{\overset{\|}{C}}CH_2\overset{O}{\overset{\|}{C}}CH_3$ | 9.0 | $CH_3\overset{O}{\overset{\|}{C}}\overset{-}{C}H\overset{O}{\overset{\|}{C}}CH_3$ |

## p$K_a$ VALUES *(Continued)*

| Acid | p$K_a$ | Conjugate Base |
|---|---|---|
| $HCN$ | 9.1 | $CN^-$ |
| $NH_4^+$ | 9.4 | $NH_3$ |
| $(CH_3)_3NH^+$ | 9.8 | $(CH_3)_3N$ |
|  | 10.0 |  |
| $HCO_3^-$ | 10.2 | $CO_3^{2-}$ |
| $CH_3NO_2$ | 10.2 | $\bar{C}H_2NO_2$ |
| $CH_3CH_2SH$ | 10.5 | $CH_3CH_2S^-$ |
| $CH_3NH_3^+$ | 10.6 | $CH_3NH_2$ |
| $CH_3C(=O)CH_2C(=O)OCH_2CH_3$ | 11.0 | $CH_3C(=O)\bar{C}HC(=O)OCH_2CH_3$ |
|  | 15.0 |  |
| $CH_3C(=O)NH_2$ | 15.0 | $CH_3C(=O)\bar{N}H$ |
| $CH_3OH$ | 15.5 | $CH_3O^-$ |
| $H_2O$ | 15.7 | $OH^-$ |
| $CH_3CH_2OH$ | 17 | $CH_3CH_2O^-$ |
| $(CH_3)_3C{-}OH$ | 19 | $(CH_3)_3C{-}O^-$ |
| $CH_3C(=O)CH_3$ | 19 | $CH_3C(=O)\bar{C}H_2$ |
| $CH_3C(=O)OCH_2CH_3$ | 23 | $\bar{C}H_2C(=O)OCH_2CH_3$ |
| $CHCl_3$ | 25 | $\bar{C}Cl_3$ |
| $HC{\equiv}CH$ | 26 | $HC{\equiv}C^-$ |
| $H_2$ | 35 | $H^-$ |
| $NH_3$ | 36 | $NH_2^-$ |
| $CH_2{=}CH_2$ | 36 | $CH_2{=}CH^-$ |
|  | 41 |  |
|  | 43 |  |
| $CH_4$ | 49 | $CH_3^-$ |
| Weakest Acid | | Strongest Base |

Case 1:23-cv-00580-CFC Document 65-1 Filed 06/18/24 Page 395 of 483 PageID #: 5939

## FUNCTIONAL GROUPS

| Functional Group Class | Functional Group | Structural Unit | Functional Group Class | Functional Group | Structural Unit |
|---|---|---|---|---|---|
| Alkanes | carbon–carbon and carbon–hydrogen single bonds |  | Amines | nitrogen atom |  |
| Alkenes | carbon–carbon double bond |  | Aldehydes | carbonyl group bonded to at least one hydrogen atom |  |
| Alkynes | carbon–carbon triple bond | —C≡C— | | | |
| Alkyl halides | carbon–halogen bond |  where X = F, Cl, Br, or I | Ketones | carbonyl group bonded to two carbon atoms |  |
| Aromatic hydrocarbons | ring with six delocalized electrons |  | Acids | carboxyl group |  |
| Alcohols | hydroxyl group |  | Esters | carboxyl group with carbon replacing the hydrogen atom |  |
| Ethers | oxygen atom bonded to two carbon atoms |  | Amides | carboxyl group with nitrogen replacing hydroxyl group |  |
| Nitriles | cyano group | —C≡N: | | | |

Where no atom is indicated at the end of a bond, that position may be taken by a carbon or a hydrogen.

## REFERENCE INDEX OF IMPORTANT TABLES

| Table | Title | Text Page | Table | Title | Text Page |
|---|---|---|---|---|---|
| 2.2 | Orbital Hybridization and Bond Lengths in Propane, Propene, and Propyne | 63 | 10.4 | Splitting Patterns That Result from the Presence of *N* Neighboring Hydrogen Atoms | 373 |
| 2.3 | Standard Bond Dissociation Energies for Representative Bonds | 65 | 10.5 | Coupling Constants Seen in Nuclear Magnetic Resonance Spectra | 383 |
| 2.4 | Average Bond Energies | 66 | 11.1 | Characteristic Infrared Absorption Frequencies | 410 |
| 10.2 | Chemical Shifts for Carbon Atoms in $^{13}C$ Nuclear Magnetic Resonance Spectra | 358 | 20.1 | Substituents on Aromatic Rings Classified as Ortho,Para- and Meta-Directing Groups | 772 |
| 10.3 | Typical Chemical Shifts for Types of Hydrogen Atoms Seen in Proton Magnetic Resonance Spectra | 361 | | | |

Case 1:23-cv-00580-CFC Document 65-1 Filed 06/18/24 Page 396 of 483 PageID #: 5940



new bond is to be formed or to the atom to which electrons are being transferred in the breaking of a bond.

**Problem 3.6** Rewrite the equations in your answers for Problems 3.3 and 3.4 to show how electrons move in the reactions.

**Problem 3.7** In the following equations, reactants and arrows showing the transfer of electrons are indicated. Supply the products of the reactions.



## 3.4 Carbon, Nitrogen, Oxygen, Sulfur, and Halogen Acids

### A. Relative Acidities and Basicities across a Period in the Periodic Table

The reactions of an organic compound as an acid depend on the ease with which it can lose a proton to a base. The acidity of a hydrogen atom bound to a central atom increases the further to the right the central atom is in any period of the periodic table. Ethane, in which the hydrogen atoms are bonded to carbon, is a very weak acid. The hydrogen atoms on the nitrogen atom of methylamine are more acidic, while the hydrogen atom bonded to the oxygen atom of methanol is even more acidic.



ethane | methylamine | methanol

*increasing acidity of hydrogen bonded to carbon, nitrogen, and oxygen*

The conjugate bases of ethane, methylamine, and methanol are shown below.



ethyl anion — *a carbanion* — *conjugate base of ethane; strongest base*

methylamide anion — *conjugate base of methylamine*

methoxide anion — *conjugate base of methanol; weakest base*

Case 1:23-cv-00580-CFC Document 65-1 Filed 06/18/24 Page 397 of 483 PageID #: 5941



The weakest acid in the series, ethane, has the strongest conjugate base, and the strongest acid, methanol, has the weakest conjugate base.

The conjugate base of ethane is ethyl anion, a carbanion. **Carbanions** are very strong bases. The ethyl anion, for example, will deprotonate methylamine.



ethyl anion — *base*; methylamine — *acid*; ethane — *conjugate acid of ethyl anion*; methylamide anion — *conjugate base of methylamine*

The anion of methylamine, in turn, will deprotonate methanol.



methylamide anion — *base*; methanol — *acid*; methylamine — *conjugate acid of methylamide anion*; methoxide anion — *conjugate base of methanol*

The relative basicities of the ethyl anion, the methylamide anion, and the methoxide anion are related to the electronegativities of the carbon, nitrogen, and oxygen atoms. Carbon is less electronegative than nitrogen, which means that it attracts and holds the electrons around it less firmly than nitrogen does. For this reason, an ethyl anion is less stable relative to its conjugate acid, ethane, than methylamide anion is relative to methylamine. Similarly, because oxygen is more electronegative than nitrogen is, methoxide anion is more stable relative to methanol than methylamide is relative to methylamine. Any factor that stabilizes an anion lowers its basicity, making it less likely to be protonated to form its conjugate acid.

Assertions about acidity that depend on the concept of electronegativity can only be made about species containing atoms from the same period of the periodic table. Comparisons based on the electronegativity of atoms in different periods do not work. Atomic size becomes an important factor in comparing elements from different periods, as we will see in the next section.

**Problem 3.8** Arrange the species in each of the following sets in order of decreasing basicity.

(a) $CH_3NHCH_3$, $CH_3OCH_3$ (b) $NH_2^-$, $CH_3^-$, $F^-$, $OH^-$ (c) $CH_3\bar{N}CH_3$, $CH_3O^-$

## B. Relative Acidities and Basicities within Groups in the Periodic Table

In the reaction between methanol and hydroxide ion, equilibrium is reached when the concentrations of hydroxide ion and methoxide ion are roughly equal, because the acidities of methanol and water are similar. The substitution of a methyl group for a hydrogen atom in the water molecule does not greatly affect the acidity of the hydroxyl group.

VISUALIZING THE REACTION

A Proton Transfer Reaction




In the reaction of methanethiol with hydroxide ion, the equilibrium lies much more to the right.

VISUALIZING THE REACTION

Deprotonation of a Thiol




A hydrogen atom bonded to a sulfur atom is more acidic than one bonded to oxygen and is transferred more completely to hydroxide ion. Another way of describing the same phenomenon is to say that the methanethiolate anion is a weaker base than hydroxide ion (or methoxide ion). Sulfur is below oxygen in the periodic table and is a larger atom. Therefore, a negative charge on sulfur is more spread out—less concentrated at any one point in space.

The negative charge on a sulfur anion is more diffused than the negative charge on oxygen. The sulfur anion is, therefore, more stable relative to its conjugate acid than the oxygen anion is. The sulfur acid is more likely to lose its proton to the base, hydroxide ion. In other words, methanethiol is a stronger acid than methanol, and methanethiolate is a weaker base than methoxide ion. A more stable anion corresponds to a weaker base, one that is less likely to be protonated to form its conjugate acid. The relationships discussed above can be shown pictorially by drawing two diagrams showing the relative energies of the species involved in the two equations (Figure 3.1).

The more stable a species is, the lower in energy it is. It appears lower on an energy diagram than a less stable species, which has higher energy. The energy diagram for the reaction of methanol with hydroxide ion shows little difference in energy between the reactants and the products in that reaction. There is a much larger difference in energy between the reactants and the products when methanethiol and hydroxide ion react. The products are much farther "downhill" in this case.

One of the reactants, hydroxide ion, and one of the products, water, are the same for both reactions; therefore, we can use these energy diagrams to tell us something about how each acid compares with its own conjugate base. Methanethi-

Case 1:23-cv-00580-CFC Document 65-1 Filed 06/18/24 Page 399 of 483 PageID #: 5943






Relative energy levels of methanol and hydroxide ion, and methoxide ion and water

Relative energy levels of methanethiol and hydroxide ion, and methanethiolate ion and water

**Figure 3.1** Energy diagrams for the reactions of methanol and methanethiol with hydroxide ion.

olate anion is much more stable (lower in energy) relative to its conjugate acid, methanethiol, than methoxide ion is relative to methanol. Stabilization of the conjugate base results in increased acidity for the conjugate acid. Therefore, at equilibrium, there is more methanethiolate ion and water than there is methanethiol and hydroxide ion.

In summary, the basicity of an anion is lower the further down the atom is in any group in the periodic table; the acidity of the corresponding conjugate acid increases in the same order.

$$R{-}\ddot{\underset{..}{O}}{:}^{-} \quad > \quad R{-}\ddot{\underset{..}{S}}{:}^{-}$$

*stronger base* *weaker base*

$$R{-}\ddot{\underset{..}{O}}{-}H \quad < \quad R{-}\ddot{\underset{..}{S}}{-}H$$

*weaker acid* *stronger acid*

The same trend is characteristic of the halogen acids, which become stronger from hydrogen fluoride to hydrogen iodide.

$$HF < HCl < HBr < HI$$

*weakest acid* *strongest acid*

$$F^- > Cl^- > Br^- > I^-$$

*strongest base* *weakest base*

In general, then, within any group in the periodic table, the acidity of a protic acid increases with the size of the atom to which the proton is bonded.

Study Guide Concept Map 3.3

**Problem 3.9** Which is the stronger acid, $H_2O$ or $H_2S$?

**Problem 3.10** Write an equation showing the reaction you expect between ethanethiol, $CH_3CH_2SH$, and methoxide anion, $CH_3O^-$.

## C. Organic Cations as Acids

The protonated forms of organic compounds, which are organic cations, are also acids. The conjugate base of methylammonium ion is methylamine; methylamine is a stable, neutral molecule; therefore, methylammonium ion loses a proton relatively easily.

Case 1:23-cv-00580-CFC Document 65-1 Filed 06/18/24 Page 400 of 483 PageID #: 5944





| methylammonium ion | hydroxide ion | methylamine | water |
|---|---|---|---|
| *acid* | *base* | *conjugate base of methylammonium ion* | *conjugate acid of hydroxide ion* |

Protonation reactions of alcohols, ethers, and ketones yield oxonium ions, which are acidic. Methyloxonium ion, the conjugate acid of methanol, has an acidity similar to that of the hydronium ion.



| methyloxonium ion | water | methanol | hydronium ion |
|---|---|---|---|
| *acid* | *base* | *conjugate base of methyloxonium ion* | *conjugate acid of water* |

Carbocations are strong Brønsted acids as well as Lewis ones (p. 79). The hydrogen atoms on the carbon atoms adjacent to the cationic carbon are acidic and easily lost to bases, even weak bases such as water.

$$CH_3\overset{+}{C}HCH_3 + H_2O \rightleftharpoons CH_3CH{=}CH_2 + H_3O^+$$

| isopropyl cation | water | propene | hydronium ion |
|---|---|---|---|
| *acid* | *base* | *conjugate base of isopropyl cation* | *conjugate acid of water* |

**Problem 3.11** (a) Water is a Lewis base as well as a Brønsted one. What other reaction besides the one shown above is possible between a carbocation and water? Write a mechanism for the reaction using the curved-arrow notation.
(b) The product of the reaction you wrote in part (a) is itself an acid. How will it react with excess water?

**Problem 3.12** Arrange the species in each of the following sets in order of increasing acidity.

(a) $CH_3CH_2OH$, $CH_3CH_2CH_3$, $CH_3CH_2NH_2$, $CH_3CH_2SH$



**Problem 3.13** Give the structural formula for the conjugate base of each of the following species.





the ester of glycerol with
stearic acid, oleic acid, and linoleic acid

*a typical triglyceride*

In nature, two or three different fatty acids are usually found in a single triglyceride.

As a result of a growing consciousness about the connections between nutrition and heart disease, many people monitor the level of cholesterol in their blood. High levels of this component of the blood have been correlated with higher risks of heart attacks and strokes, which together account for more than 50% of deaths in the United States. Researchers have discovered, however, that some of the cholesterol and blood fat can be tied up with blood proteins in **high-density lipoproteins,** or **HDLs.** High-density lipoproteins appear to have some protective value against heart disease, as opposed to **low-density lipoproteins,** or **LDLs,** which do not have such properties. Regular exercise is especially helpful in raising the ratio of high-density lipoproteins to low-density lipoproteins in the blood.

**Waxes** are esters formed from long-chain fatty acids, usually containing 24 to 28 carbon atoms, and long-chain (16 to 36 carbon atoms) primary alcohols or alcohols of the steroid series. Waxes are solids used for lubricating and protecting surfaces. In plants, for example, leaves and fruits are coated with a waterproof layer of such waxes.

$CH_3(CH_2)_{15}O\overset{O}{\overset{\|}{C}}(CH_2)_{16}CH_3$
cetyl stearate
*common in bacteria*

$CH_3(CH_2)_{15}O\overset{O}{\overset{\|}{C}}(CH_2)_{14}CH_3$
cetyl palmitate
*chief wax ester of spermaceti from the sperm whale*

$CH_3(CH_2)_{29}O\overset{O}{\overset{\|}{C}}(CH_2)_{14}CH_3$
triacontyl palmitate
*a wax ester typical of those found in beeswax*

**Problem 15.14** 9,12-Octadecadiynoic acid (p. 560) is a synthetic precursor to one of the polyunsaturated fatty acids. Which one? How can 9,12-octadecadiynoic acid be transformed into the natural product?

## 15.5 Surface-Active Compounds. Soaps

Hydrolysis of esters using a basic solution (p. 565) is called a **saponification reaction** because such a reaction is used to make soap. Pioneer women, for example,

Case 1:23-cv-00580-CFC Document 65-1 Filed 06/18/24 Page 402 of 483 PageID #: 5946



made soap by heating animal fat saved from their cooking together with wood ashes, a source of potassium hydroxide. The conversion of a typical fat to glycerol and soap is shown below.




*from fat* *soap*

The salt of a carboxylic acid is usually more soluble in water than the parent acid itself, but an interesting phenomenon arises when the hydrocarbon portion of the acid is very large in comparison with the carboxyl group. The ionic portion of the molecule interacts well with water and dissolves in it, but the rest of the long molecule will not go into solution. The hydrocarbon portions of adjacent molecules are more attracted to each other by van der Waals forces than they are to the polar water molecules. They are in fact hydrophobic, or water-repelling, in their behavior. A long-chain acid salt thus has two domains: a **hydrophilic** head, the ionic carboxylate group that is soluble in water, and a **hydrophobic** tail, the long hydrocarbon portion that is repelled by water molecules and attracted to other hydrocarbon residues.

The structure of such a compound allows for a particular orientation of its molecules at the surface of water; the heads are in water and the hydrocarbon tails stick up into the air. The concentration of molecules at the surface of the water has the effect of lowering the surface tension of water. Compounds that behave in this way are said to be **surface-active compounds** or **surfactants.** Soaps are one category of surface-active compound. All good surfactants have structures with a hydrophilic head and a long hydrophobic tail. The property of surfactancy is exhibited by acids with twelve or more carbon atoms in the hydrocarbon portion of the molecule.

At a certain critical concentration of the surfactant, the surface layer is broken up into smaller units, clusters of ions called micelles. **Micelles** are particles in which the long hydrocarbon tails, repelled by the water molecules and attracted to each other, make up the interior and the negatively charged heads coat the surface and interact with the surrounding water molecules and positive ions. Figure 15.1 on the next page depicts a spherical micelle. Such micelles are formed when sodium octadecanoate (sodium stearate), which is a common ingredient of soap, is put into water.




sodium octadecanoate
sodium stearate

*a soap*

Joint Claim Construction Brief

# EXHIBIT 7

**DETAILED ACTION**

Claims 20-48, submitted on February 14, 2022, are pending in the application. Claims 33-48 are withdrawn, and claims 20-32 are rejected for the reasons set forth below. No claim is allowed.

This application is being examined under the **first-inventor-to-invent** provisions of the Leahy-Smith America Invents Act (AIA), Pub. L. No. 112-29, 125 Stat. 284 (2011). In the event that determination of the status of the application as subject to pre-AIA 35 U.S.C. 102 and 103 (or as subject to AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and the rationale supporting the rejection, would be the same under either status.

***Election/Restrictions***

Applicant's election **without traverse** of Group I, drawn to a lipid compound, in the reply filed on June 14, 2022 is acknowledged. Claims 33-48 are withdrawn from further consideration pursuant to 37 CFR 1.142(b) as being drawn to a nonelected invention, there being no allowable generic or linking claim. Applicant's request for rejoinder of the withdrawn method claims is acknowledged. See MPEP[1] 821.04.

***Claim Rejections – 35 USC § 112***

The following is a quotation of pre-AIA 35 U.S.C. 112, second paragraph:

> The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

**Claims 20-32 are rejected under pre-AIA 35 U.S.C. 112, second paragraph, as being <u>indefinite</u>** for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

---

[1] Manual of Patent Examining Procedure (MPEP), Latest Revision June 2020 [R-10.2019]

Claim 20 states that "$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl" group, but later in the same claim it states that "the total carbon atom content of the tail having a branched alkyl $R^{13}$ is 21 to 26." These two claim limitations are mutually exclusive, so the definition of the $R^{13}$ group is indefinite. A similar clarity issue is found in claim 30. The examiner has nevertheless attempted to conduct a search of the prior art in which the $R^{13}$ group is branched at the alpha position and has at least 10 carbon atoms. Claims 21-29 and 31-32 are included in this rejection only inasmuch as they depend from the claims at issue.

***Claim Rejections – 35 USC § 102***

The following is a quotation of the appropriate paragraphs of pre-AIA 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (e) the invention was described in (1) an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an application filed in the United States only if the international application designated the United States and was published under Article 21(2) of such treaty in the English language.

**Claims 20-21, 25, 27, 29-30, and 32 are rejected under pre-AIA 35 U.S.C. 102(e) as being anticipated by Manoharan[2] (WO 2011/153493 A2).**

See the 4th and 5th compounds at p. 58, as well as the 2nd compound at p. 59, respectively, which appear to be within the scope of the instant claims:

[2] Cited in applicant's Information Disclosure Statement (see reference BO2) submitted on February 14, 2022.










Manoharan has at least one common inventor with the instant application. Based upon the earlier effective U.S. filing date of the reference, it constitutes prior art under pre-AIA 35 U.S.C. 102(e). This rejection under pre-AIA 35 U.S.C. 102(e) might be overcome either by a showing under 37 CFR 1.132 that any invention disclosed but not claimed in the reference was derived from the inventor or joint inventors, i.e., the inventive entity, of this application and is thus not the invention "by another," or if the same invention is not being claimed, by an appropriate showing under 37 CFR 1.131(a).

***Claim Rejections – 35 USC § 103***

The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102, if the differences between the subject

> matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

The factual inquiries for establishing a background for determining obviousness under pre-AIA 35 U.S.C. 103(a) are summarized as follows: (1) determining the scope and contents of the prior art; (2) ascertaining the differences between the prior art and the claims at issue; (3) resolving the level of ordinary skill in the pertinent art; and (4) considering objective evidence present in the application indicating obviousness or nonobviousness. See MPEP 2141 et seq.

**Claim 28 is rejected under pre-AIA 35 U.S.C. 103(a) as being obvious over <u>Manoharan</u> as applied above.**

The disclosure of Manoharan is relied upon as set forth above. Note, also, that the three chemical structures illustrated above have an $M^1$ group that is -C(O)O-. The instant claims, however, are directed to compounds in which the $M^1$ group is -OC(O)-. While the reference does not disclose specific compounds within the scope of claim 28, this subject matter would nevertheless have been prima facie obvious to one of skill in the art when the teachings of the reference as a whole are considered. This is because the reference discloses (see, e.g., p. 30) that $M^1$ may be either -OC(O)- or -C(O)O-. Stated another way, it is implicit in Manoharan that -OC(O)- or -C(O)O- are more or less equivalent as $M^1$ groups. One would have viewed substituting one such functional group for another, equivalent functional group as being a matter of routine experimentation and therefore prima facie obvious. See MPEP 2144.06(II) (SUBSTITUTING EQUIVALENTS KNOWN FOR THE SAME PURPOSE). By substituting the -C(O)O- group in the compounds illustrated above for -OC(O)- , one arrives at compounds within the meaning of claim 28.

The applied reference has at least one common inventor with the instant application. Based upon the earlier effective U.S. filing date of the reference, it constitutes prior art under pre-AIA 35 U.S.C. 102(e). This rejection under pre-AIA 35 U.S.C. 103(a) might be overcome by: (1) a showing under 37 CFR 1.132 that any invention disclosed but not claimed in the reference

was derived from the inventor of this application and is thus not an invention "by another"; (2) a showing of a date of invention for the claimed subject matter of the application which corresponds to subject matter disclosed but not claimed in the reference, prior to the effective U.S. filing date of the reference under 37 CFR 1.131(a); or (3) an oath or declaration under 37 CFR 1.131(c) stating that the application and reference are currently owned by the same party and that the inventor or joint inventors (i.e., the inventive entity) named in the application is the prior inventor under pre-AIA 35 U.S.C. 104 as in effect on March 15, 2013, together with a terminal disclaimer in accordance with 37 CFR 1.321(c). This rejection might also be overcome by showing that the reference is disqualified under pre-AIA 35 U.S.C. 103(c) as prior art in a rejection under pre-AIA 35 U.S.C. 103(a). See MPEP 2146 et seq.

***Double Patenting***

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where the conflicting claims are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on nonstatutory double patenting provided the reference application or patent either is shown to be commonly owned with the examined application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement. See MPEP 717.02 for applications subject to examination

under the first-inventor-to-file provisions of the AIA as explained in MPEP 2159. See MPEP 2146 et seq. for applications not subject to examination under the first-inventor-to-file provisions of the AIA. A terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

The USPTO Internet website contains terminal disclaimer forms that may be used. Please visit www.uspto.gov/patent/patents-forms. The filing date of the application in which the form is filed determines what form (e.g., PTO/SB/25, PTO/SB/26, PTO/AIA/25, or PTO/AIA/26) should be used. A web-based eTerminal Disclaimer may be filled out completely online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and approved immediately upon submission. For more information about eTerminal Disclaimers, refer to www.uspto.gov/terminaldisclaimer.

**Claims 1-16 are rejected on the ground of nonstatutory double patenting as being unpatentable over US Patent Nos. 9,061,063 B2; 10,369,226 B2; 11,246,933 B1; 11,382,979;[3] and 11,400,015 B2[4].** Although the claims at issue are not identical, they are not patentably distinct from each other. The '063 patent claims (see, e.g., claims 1, 6, 14, and 18) compounds within the scope of the instant claims. See also claims 1 and 8 of the '226 patent, as well as claims 1-4 of the '933 patent.

**Claims 1-16 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over the following copending Application Nos. 17/651,029; 17/644,914; 17/651,038; 17/651,023; and 17/302,310.**

Although the claims at issue are not identical, they are not patentably distinct from each other. See claims 1-16 (submitted on February 14, 2022) in the '029 application; claims 1-30 (submitted on December 17, 2021) in the '914 application; claims 20-35 (submitted on February 14, 2022) in the '038 application; claims 1-16 (submitted on February 14, 2022) in the '023 application, and claims 1-16 (submitted on April 29, 2021) in the '310 application. This is a provisional

---

[3] Application No. 17/644,907.
[4] Application No. 17/573,878.

nonstatutory double patenting rejection because the patentably indistinct claims have not, in fact, been patented.

***Conclusion***

Inquiries should be directed to the undersigned examiner, Theodore R. Howell, whose telephone number is 571-270-5993 and regular schedule is Monday to Thursday from about 8:00 am to 7:00 pm (Eastern Time). The examiner's supervisor, Wu-Cheng ("Winston") Shen, can be reached by telephone at 571-272-3157. Interviews are generally welcome, preferably in the afternoon, and are available by telephone or video conferencing. To schedule an interview, please use the Automated Interview Request system at www.uspto.gov/interviewpractice or call the examiner. **Registered users may obtain information regarding the status of this application from Patent Center, which may be found at patentcenter.uspto.gov.** Information about filing in DOCX format may be found at www.uspto.gov/patents/docx. For questions about Patent Center or the DOCX file format, call the Electronic Business Center at 866-217-9197. A Customer Service Representative is available by telephone at 800-786-9199 or 571-272-1000.

/Theodore R. Howell/
Primary Examiner, Art Unit 1628

7/14/2022

Docket No.: 135399.03524
(PATENT)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent Application of:
Martin Maier *et al.*

Application No.: 17/651,017

Confirmation No.: 6198

Filed: February 14, 2022

Art Unit: 1628

For: BIODEGRADABLE LIPIDS FOR THE DELIVERY OF ACTIVE AGENTS

Examiner: Theodore R. HOWELL

**RESPONSE TO NON-FINAL OFFICE ACTION**

MS Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

**INTRODUCTORY COMMENTS**

This paper is submitted in response to the Non-Final Office Action mailed July 20, 2022.

**Amendments to the Claims** begin on page 2 of this paper.

**Remarks** begin on page 8 of this paper.

No fees are believed to be due with this submission. Should any fees be determined to be necessary in connection with the filing of this response, the Commissioner is hereby authorized and requested to charge Deposit Account No. 23-2185 for any such fees.

## AMENDMENTS TO THE CLAIMS

1-19. (Canceled)

20. (Currently Amended) A lipid compound, comprising a head group, two hydrophobic tails, and a central moiety to which the head group and the two hydrophobic tails are directly bonded, wherein:

the central moiety is a nitrogen atom;

each of the two hydrophobic tails independently consists of an aliphatic group interrupted by an ester group; and

at least one of the hydrophobic tails has the formula $-R^{12}-M^{1}-R^{13}$, wherein:

$R^{12}$ is a $C_4$-$C_{14}$ alkyl group,

$M^1$ is ~~a biodegradable group~~ an ester group, and

$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$;

the chain length of formula $-R^{12}-M^{1}-R^{13}$ is from 17 to 24 atoms;

~~in each hydrophobic tail, the biodegradable group is separated from a terminus of the hydrophobic tail $R^{13}$ by from 8 to 12 carbon atoms; and~~

~~in at least one hydrophobic tail, $R^{13}$ is branched, where the branching occurs at the α-position relative to the biodegradable group, and where~~ the total carbon atom content of the at least one hydrophobic tail is 21 to 26 carbon atoms; and

wherein the lipid compound contains a protonatable group such that the lipid compound is positively charged at a pH at or below pH 7.4.

21. (Canceled)

22. (Currently Amended) The lipid compound of claim [[20]] 24, wherein the head group ~~comprises an~~ consists of a saturated aliphatic group and a hydroxyl group

23. (Currently Amended) The lipid compound of claim [[20]] 30, wherein the head group consists of a saturated aliphatic group and a hydroxyl group.

24. (Currently Amended) The lipid compound of claim [[20]] 32, wherein the hydrophobic tails have different chemical formulas.

25-27. (Canceled)

28. (Currently Amended) The lipid compound of claim [[21]] 20, wherein both hydrophobic tails have the formula $-R^{12}-M^{1}-R^{13}$, wherein $M^1$ ~~the ester group in each hydrophobic tail~~ is -OC(O)-.

29. (Previously Presented) The lipid compound of claim [[21]] 20, wherein the ester group in each hydrophobic tail is -C(O)O-

30. (Currently Amended) The lipid compound of claim [[20]] 28, wherein the two hydrophobic tails are identical~~, in each hydrophobic tail, $R^{13}$ is a saturated, branched $C_{10}$-$C_{20}$ alkyl group, where the branching occurs at the α-position relative to the biodegradeable group, and where the total carbon atom content of the tail is 21 to 26~~.

31. (Canceled)

32. (Currently Amended) The lipid compound of claim [[20]] 29, wherein the at least one hydrophobic tail has the formula:




where $R^{13}$ is branched at the α-position relative to the -C(O)O- group, and

where $R^{13}$ is a ~~branched~~ $C_{13}$-$C_{17}$ alkyl and the maximum length of $R^{13}$ is 11 carbon atoms ~~where the branching occurs at the α-position relative to the -C(O)O- group, and the total carbon length of the tail from the first carbon after the central moiety to a terminus of the tail is at most 20~~.

33. (Withdrawn-Currently Amended) A method for delivering a nucleic acid comprising administering to a subject a lipid particle comprising a nucleic acid, a lipid compound, a neutral lipid, a PEG-lipid, and a sterol, wherein:

the lipid compound comprises a head group, two hydrophobic tails, and a central moiety to which the head group and the two hydrophobic tails are directly bonded, wherein:

the central moiety is a nitrogen atom;

each of the two hydrophobic tails independently consists of an aliphatic group interrupted by an ester group; and

at least one of the hydrophobic tails has the formula $-R^{12}-M^{1}-R^{13}$, wherein:

$R^{12}$ is a $C_4$-$C_{14}$ alkyl group,

$M^1$ is ~~a biodegradable group~~ an ester group, and

$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$;

the chain length of formula $-R^{12}-M^{1}-R^{13}$ is from 17 to 24 atoms; and

~~in each hydrophobic tail, the biodegradable group is separated from a terminus of the hydrophobic tail $R^{13}$ by from 8 to 12 carbon atoms; and~~

~~in at least one hydrophobic tail, $R^{13}$ is branched, where the branching occurs at the α-position relative to the biodegradable group, and where~~ the total carbon atom content of the at least one hydrophobic tail is 21 to 26 carbon atoms; and

wherein the lipid compound contains a protonatable group such that the lipid compound is positively charged at a pH at or below pH 7.4.

34. (Canceled)

35. (Withdrawn-Currently Amended) The method of claim [[33]] 47, wherein the head group ~~comprises an~~ consists of a saturated aliphatic group and a hydroxyl group.

36. (Withdrawn-Currently Amended) The method of claim [[33]] 48, wherein the head group consists of a saturated aliphatic group and a hydroxyl group.

37. (Withdrawn-Currently Amended) The method of claim [[33]] 45, wherein the hydrophobic tails have different chemical formulas.

38-40. (Canceled)

41. (Withdrawn-Currently Amended) The method of claim [[15]] 46, wherein both hydrophobic tails have the formula $-R^{12}-M^{1}-R^{13}$, wherein $M^{1}$ ~~the ester group in each hydrophobic tail~~ is -OC(O)-.

42. (Withdrawn-Currently Amended) The method of claim [[15]] 46, wherein the ester group in each hydrophobic tail is -C(O)O-.

43. (Withdrawn-Currently Amended) The method of claim [[33]] 41, wherein the two hydrophobic tails are identical~~, in each hydrophobic tail, $R^{13}$ is a saturated, branched $C_{10}$-$C_{20}$ alkyl group, where the branching occurs at the α-position relative to the biodegradable group, and where the total carbon atom content of the tail is 21 to 26~~.

44. (Canceled)

45. (Withdrawn-Currently Amended) The method of claim [[33]] 42, wherein the at least one hydrophobic tail has the formula:




where $R^{13}$ is branched at the α-position relative to the -C(O)O- group, and

where $R^{13}$ is a ~~branched~~ $C_{13}$-$C_{17}$ alkyl and the maximum length of $R^{13}$ is 11 carbon atoms ~~where the branching occurs at the α-position relative to the -C(O)O- group, and the total carbon length of the tail from the first carbon after the central moiety to a terminus of the tail is at most 20~~.

46. (Withdrawn) The method of claim 33, wherein the nucleic acid comprises RNA.

47. (Withdrawn-Currently Amended) The method of claim [[33]] 37, wherein the lipid particle is administered in a pharmaceutical composition, which further comprises a pharmaceutically acceptable diluent and sodium acetate.

48. (Withdrawn-Currently Amended) The method of claim [[33]] 43, wherein the lipid particle is administered in a pharmaceutical composition, which further comprises a pharmaceutically acceptable diluent, potassium chloride, and sodium chloride.

49. (New) The method of claim 35, wherein, in the at least one hydrophobic tail, $R^{13}$ is a $C_{17}$ alkyl.

50. (New) The lipid compound of claim 22, wherein, in the at least one hydrophobic tail, $R^{13}$ is a $C_{17}$ alkyl.

51. (New) A lipid compound, comprising a head group, two identical hydrophobic tails, and a central moiety to which the head group and the two hydrophobic tails are directly bonded, wherein:

the central moiety is a nitrogen atom;

each hydrophobic tail has the formula $-R^{12}-M^1-R^{13}$, wherein:

$R^{12}$ is a $C_4$-$C_{14}$ alkyl group,

$M^1$ is -OC(O)-, and

$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$;

the chain length of formula $-R^{12}-M^1-R^{13}$ is from 17 to 24 atoms; and

the total carbon atom content of each hydrophobic tail is 21 to 26 carbon atoms.

52. (New) The lipid compound of claim 51, wherein $R^{12}$ is n-hexyl.

53. (New) The lipid compound of claim 52, wherein the head group consists of a saturated aliphatic group and a hydroxyl group.

**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# APPROVAL LETTER

| APPLICATION # | FILING DATE | APPLICANT/PATENT UNDER REEXAMINATION |
|---|---|---|
| 17/651,017 | 02/14/2022 | Martin Maier |

## Title of Invention

BIODEGRADABLE LIPIDS FOR THE DELIVERY OF ACTIVE AGENTS

Electronic terminal disclaimer filed on 10/20/2022

✓ Approved

This patent is subject to a Terminal Disclaimer

Approved / Disapproved by: Electronic Terminal Disclaimer automatically approved

Doc Code: DIST.E.FILE
Description: Electronic Terminal Disclaimer - Filed

PTO/SB/25

UNITED STATES
PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# TERMINAL DISCLAIMER TO OBVIATE A PROVISIONAL DOUBLE PATENTING REJECTION OVER A PENDING "REFERENCE" APPLICATION

| APPLICATION # | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET # |
|---|---|---|---|
| 17651017 | 02/14/2022 | Martin Maier | 135399.03524 |

## Title of Invention

BIODEGRADABLE LIPIDS FOR THE DELIVERY OF ACTIVE AGENTS

✔ Filing of terminal disclaimer does not obviate requirement for response under 37 CFR 1.111 to outstanding Office Action

✔ This electronic Terminal Disclaimer is not being used for a Joint Research Agreement.

| Owner | Percent Interest |
|---|---|
| Alnylam Pharmaceuticals, Inc. | 100% |
| Total | 100% |

The owner(s) of percent interest listed above in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of any patent granted on pending reference Application Number(s)

| Application # | Filing Date |
|---|---|
| 17651029 | 02/14/2022 |
| 17644914 | 12/17/2021 |
| 17651038 | 02/14/2022 |
| 17651023 | 02/14/2022 |

as the term of any patent granted on said reference application may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending reference application. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and any patent granted on the reference application are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term of any patent granted on said reference application, "as the term of any patent granted on said reference application may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending reference application," in the event that any such patent granted on the pending reference application: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims canceled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as shortened by any terminal disclaimer filed prior to its grant.

---

The owner(s) of percent interest listed above in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of prior patent number(s)

| Patent # |
|---|
| 9061063 |
| 10369226 |
| 11246933 |
| 11382979 |
| 11400158 |

as the term of said prior patent is presently shortened by any terminal disclaimer. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of the term of any patent granted on the instant application that would extend to the expiration date of the full statutory term of the prior patent, "as the term of said prior patent is presently shortened by any terminal disclaimer," in the event that said prior patent later:

- expires for failure to pay a maintenance fee;
- is held unenforceable;

- is found invalid by a court of competent jurisdiction;
- is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321;
- has all claims canceled by a reexamination certificate;
- is reissued; or
- is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

---

✔ Terminal disclaimer fee under 37 CFR 1.20(d) included with Electronic Terminal Disclaimer request.

**Applicant claims the following entity status:**
Regular Undiscounted

---

I hereby declare that all statements made herein of my own knowledge are true and that all statemnts made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

---

I certify, in accordance with 37 CFR 1.4(d)(4) that I am: An attorney or agent registered to practice before the Patent and Trademark Office who is of record in this application

| Signature | Name | Registration # |
| --- | --- | --- |
| /Jay P Lessler/ | Jay Lessler | 41151 |

---

* Statement under 37 CFR 3.73(b) is required if terminal disclaimer is signed by the assignee (owner). Form PTO/SB/96 may be used for making this certification. See MPEP 324.

UNITED STATES PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC PAYMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| 17/651,017 | 10/20/2022 10:02:28 PM ET | 135399.03524 |

## Title of Invention

BIODEGRADABLE LIPIDS FOR THE DELIVERY OF ACTIVE AGENTS

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 6198 | FILED BY | Jay Lessler |
| PATENT CENTER # | 61090125 | AUTHORIZED BY | - |
| CUSTOMER # | 13920 | FILING DATE | 02/14/2022 |
| CORRESPONDENCE ADDRESS | - | FIRST NAMED INVENTOR | Martin Maier |

## Payment Information

**PAYMENT METHOD**
CARD / 1295

**PAYMENT TRANSACTION ID**
E20220JM02542526

**PAYMENT AUTHORIZED BY**
Jay Lessler

**PRE-AUTHORIZED ACCOUNT**
232185

**PRE-AUTHORIZED CATEGORY**
37 CFR 1.16 (National application filing, search, and examination fees); 37 CFR 1.17 (Patent application and reexamination processing fees); 37 CFR 1.21 (Miscellaneous fees and charges)

| FEE CODE | DESCRIPTION | ITEM PRICE($) | QUANTITY | ITEM TOTAL($) |
|---|---|---|---|---|
| 1814 | STATUTORY DISCLAIMER, INCLUDING TERMINAL DISCLAIMER | 170.00 | 1 | 170.00 |
| | | | TOTAL AMOUNT: | $170.00 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d)

and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

uspto UNITED STATES PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **17/651,017** | **10/20/2022 09:50:36 PM ET** | **135399.03524** |

## Title of Invention

BIODEGRADABLE LIPIDS FOR THE DELIVERY OF ACTIVE AGENTS

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 6198 | FILED BY | Jay Lessler |
| PATENT CENTER # | 61090121 | FILING DATE | 02/14/2022 |
| CUSTOMER # | 13920 | FIRST NAMED INVENTOR | Martin Maier |
| CORRESPONDENCE ADDRESS | - | AUTHORIZED BY | - |

## Documents

**TOTAL DOCUMENTS: 3**

| DOCUMENT | | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|---|
| resp36.pdf | | 13 | - | 219 KB |
| resp36-A....pdf | (1-1) | 1 | Amendment/Request for Reconsideration-After Non-Final Rejection | 118 KB |
| resp36-CLM.pdf | (2-7) | 6 | Claims | 141 KB |
| resp36-REM.pdf | (8-13) | 6 | Applicant Arguments/Remarks Made in an Amendment | 170 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
|---|---|
| resp36.pdf | 59A4556F39A4A05E0795D1178B44C4AADFD3471D37FA21305 CA6C0F0C3EC0AEBAC8D11C7AF7C3D5CA3D398AD0E8CE735 AFF04B84F2FB9E21C75E96EA1C93B1BA |
| resp36-A....pdf | C903A8419FDCA6BC5DD0D9173156738F417C82375FEB7304E EC1A6464A81EAC2A6963D384FAD8C72ABE60E866DF8EE58E 34A5D55F4E8DA52BBD615F309F4A92F |
| resp36-CLM.pdf | 962FBE28DA949622298C8FE30D73937BBB81809B247B6C618 CCB26238EAA00AE2850EC15ACF523F0BAA8836C4389DAE7D B68A58BB9C9318BDAA20D73818C76B1 |
| resp36-REM.pdf | BDEFC984C5CC8FEE70C6BEBCFCA84DD3F8ECB819AC636F0 5F80102B0D191065D778815E02E5F2AFA0089B65B1E6DBE763 7B5D49FDB17F5908F436C41850B89CB |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

uspto UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **17/651,017** | **10/20/2022 10:02:28 PM ET** | **135399.03524** |

## Title of Invention

BIODEGRADABLE LIPIDS FOR THE DELIVERY OF ACTIVE AGENTS

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 6198 | FILED BY | Jay Lessler |
| PATENT CENTER # | 61090125 | FILING DATE | 02/14/2022 |
| CUSTOMER # | 13920 | FIRST NAMED INVENTOR | Martin Maier |
| CORRESPONDENCE ADDRESS | - | AUTHORIZED BY | - |

## Documents

**TOTAL DOCUMENTS: 2**

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| petition-request.pdf | 3 | Terminal Disclaimer-Filed (Electronic) | 54 KB |
| grantLetter.pdf | 1 | Terminal Disclaimer-Electronic-Approved | 19 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
|---|---|
| petition-request.pdf | EC7C000402C0F7A2B58A5DB4CEB8807249CE362760D726248 5A4CB9076C831F5A338231A86CFBB70118EE9116E6E7F34727 |

263F6C2EC7D929667C03F7C4702E4

grantLetter.pdf

9CBCFF335DEB23D59567F73A1C496C66DB7582337107E2C42
437496DEFA4D2744A10B156B1AA9534038EBAB6EBE6AD2631
244701DA69CBEF70FFBA458D53DB0A

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

## REMARKS

Reconsideration of this application is respectfully requested. Claims 20, 22-24, 28, 30, 32, 33, 35-37, 41-43, 45, 47, and 48 have been amended. Claims 21, 25-27, 31, 34, 38-40, and 44 have been canceled without prejudice. New claims 49-53 have been added. Support for these amendments may be found throughout the specification, including at paragraphs 6, 142, 145, 147, 151, 159, 215, 217-218, 223, 232-235, 250, 294, 297, and 298 of the published application (US 2022/0249670). No new matter has been added. Claims 20, 22-24, 28-30, 32, 33, 35-37, 41-43, and 45-53 are pending, with claims 33, 35-37, 41-43, and 45-48 being withdrawn from consideration. Accordingly, claims 20, 22-24, 28-30, 32, and 49-53 are at issue.

## Indefiniteness Rejection

Claims 20-32 stand rejected as indefinite. The Examiner contends that claim 20 recites features that are mutually exclusive. Specifically, the Examiner points to the recitation that "$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group," and the recitation that the total carbon atom content of the tail having $R^{13}$ is 21 to 26. According to the Examiner, "these two claim limitations are mutually exclusive." The Examiner also contends that claim 30 contains a similar clarity issue. Applicant respectfully disagrees.

The first recitation (i.e., "$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group") defines the $R^{13}$ variable in a hydrophobic tail having the formula - $R^{12}$-$M^1$-$R^{13}$.

The second recitation (i.e., "the total carbon atom content of the at least one hydrophobic tail is 21 to 26 carbon atoms") describes the total number of carbon atoms in a hydrophobic tail having the formula - $R^{12}$-$M^1$-$R^{13}$, where $R^{13}$ is a branched alkyl group. The claim language "the total carbon atom content of the at least one hydrophobic tail is 21 to 26 carbon atoms" describes the total number of carbons in not only $R^{13}$, but in the entire group - $R^{12}$-$M^1$-$R^{13}$.

In any embodiment of the claimed lipid compound, the total carbon content of the hydrophobic tail defined by $-R^{12}-M^{1}-R^{13}$ must exceed the carbon content of its $R^{13}$ group alone; $R^{12}$ and $M^{1}$ each necessarily have at least four and one carbon, respectively, according to the claims.

Accordingly, Applicant respectfully submits that the claims are definite. Withdrawal of this rejection is respectfully requested.

**Anticipation Rejection**

Claims 20, 21, 25, 27, 29, 30, and 32 stand rejected as anticipated under pre-AIA 35 U.S.C. §102(e) as anticipated by International Publication No. WO 11/153493 ("Manoharan"). Specifically, the Examiner cites the 4th and 5th compounds at page 58 (Compounds A and B, respectively), and the 2nd compound at page 59 (Compound C) of Manoharan, the structures of which are shown below.









Applicant respectfully traverses this rejection and requests reconsideration.

The central moiety in Compounds A-C of Manoharan is a carbon atom, as highlighted above. In contrast, the central moiety in the presently claimed lipid compounds is a nitrogen atom. For this reason, Manoharan does not anticipate claims 20, 21, 25, 27, 29, 30, and 32. Applicant respectfully requests withdrawal of this rejection.

**Obviousness Rejection**

Claim 28 stands rejected as obvious over Manoharan.

Applicant respectfully traverses this rejection and requests reconsideration.

As discussed above, the central moiety in Compounds A-C of Manoharan is a carbon atom. In contrast, the central moiety in the presently claimed lipid compounds is a nitrogen atom. Accordingly, the obviousness rejection should be withdrawn.

**Double Patenting Rejections**

The double patenting rejections in the Office Action refer to claims 1-16 of the present application, even though those claims were previously canceled. For purposes of this response, Applicant has assumed that claim 20 has been rejected for double patenting.[1]

(i) Claim 20 stands rejected for non-statutory double patenting over U.S. Patent Nos. 9,061,063 ("US '063"), 10,369,226 ("US '226"), 11,246,933 ("US '933"), and 11,382,979 ("US '979"), and U.S. Patent No. 11,400,158 (U.S. Patent Application No. 17/573,878) ("US '158").

Submitted herewith is a terminal disclaimer over US '063, US '226, US '933, US '979, and US '158. Withdrawal of the rejections is therefore respectfully requested.

(iii) Claim 20 stands provisionally rejected for nonstatutory patenting over copending Application Nos. 17/651,029 ("US '029"), 17/644,914 ("US '914"), 17/651,038 ("US '038"), 17/651,023 ("US '023"), and 17/302,310 ("US '310").

[1] If this is incorrect, and there are further grounds of rejection after entry of this Amendment, Applicant invites the Examiner to contact the undersigned by phone to expedite allowance.

Submitted herewith is a terminal disclaimer over US '029, US '914, US '038, US '023, and US '310. Withdrawal of the rejection is therefore respectfully requested.

The submission of these terminal disclaimers to remove the nonstatutory double patenting rejections "is not an admission as to the proprietary of the rejection" but "simply serves the statutory function of removing the rejection of double patenting, and raises neither a presumption nor estoppel on the merits of the rejection.'" MPEP §804.02 (quoting *Quad Environmental Tech. Corp. v. Union Sanitary District*, 946 F.2d. 870, 874 (Fed. Cir. 1991)).

**Request for Rejoinder**

Applicant believes that the claims under examination are in condition for allowance. In light of that, Applicant requests rejoinder and allowance of withdrawn claims 33, 35-37, 41-43, and 45-48, which recite limitations of the allowable composition claims 20 and 22-32 and meet all criteria for patentability. *See* MPEP §821.04.

In view of the above amendments and remarks, it is respectfully requested that the application be reconsidered, and that the pending claims be allowed and the case passed to issue. If there are any other issues remaining that the Examiner believes can be resolved through either a Supplemental Response or an Examiner's Amendment, the Examiner is respectfully requested to contact the undersigned at the telephone number indicated below.

Dated: October 20, 2022

Respectfully submitted,

By /Jay P. Lessler/

Jay P. Lessler
Registration No.: 41,151
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 885-5000
Attorney for Applicant

# Joint Claim Construction Brief

# EXHIBIT 8

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
8 December 2011 (08.12.2011)

PCT

(10) International Publication Number
WO 2011/153493 A2

(51) International Patent Classification:
*A61K 47/44* (2006.01) *C12N 5/071* (2010.01) *C07C 229/30* (2006.01) *C12N 15/85* (2006.01) *A61K 31/713* (2006.01) *A61P 37/04* (2006.01) *A61K 31/7088* (2006.01)

(21) International Application Number: PCT/US2011/039164

(22) International Filing Date: 3 June 2011 (03.06.2011)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
61/351,146 3 June 2010 (03.06.2010) US
61/489,197 23 May 2011 (23.05.2011) US

(71) Applicant *(for all designated States except US)*: **ALNYLAM PHARMACEUTICALS, INC.** [US/US]; 300 Third Street, Cambridge, MA 02142 (US).

(72) Inventors; and
(75) Inventors/Applicants *(for US only)*: **MANOHARAN, Muthiah** [US/US]; 300 Third Street, Cambridge, MA 02142 (US). **MAIER, Martin** [DE/US]; 300 Third Street, Cambridge, MA 02142 (US). **JAYARAMAN, Muthusamy** [IN/US]; 300 Third Street, Cambridge, MA 02142 (US). **MATSUDA, Shigeo** [JP/US]; 300 Third Street, Cambridge, MA 02142 (US). **JAYAPRAKASH, Narayanannair, K.** [IN/US]; 300 Third Street, Cambridge, MA 02142 (US). **RAJEEV, Kallanthottathil, G.** [IN/US]; 300 Third Street, Cambridge, MA 02142 (US).

(74) Agent: **LESSLER, Jay, P.**; Blank Rome LLP, The Chrysler Building, 405 Lexington Ave., New York, NY 10174-0208 (US).

(81) Designated States *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP, KR, KZ, LA, LC, LK, LR, LS, LT, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PE, PG, PH, PL, PT, RO, RS, RU, SC, SD, SE, SG, SK, SL, SM, ST, SV, SY, TH, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) Designated States *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LR, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, RS, SE, SI, SK, SM, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

*[Continued on next page]*

# (54) Title: BIODEGRADABLE LIPIDS FOR THE DELIVERY OF ACTIVE AGENTS

FIGURE 1




**(57) Abstract**: The present invention relates to a cationic lipid having one or more biodegradable groups located in the mid- or distal section of a lipidic moiety (e.g., a hydrophobic chain) of the cationic lipid. These cationic lipids may be incorporated into a lipid particle for delivering an active agent, such as a nucleic acid. The invention also relates to lipid particles comprising a neutral lipid, a lipid capable of reducing aggregation, a cationic lipid of the present invention, and optionally, a sterol. The lipid particle may further include a therapeutic agent such as a nucleic acid.

WO 2011/153493 A2

WO 2011/153493 A2

**Published**:

— *without international search report and to be republished upon receipt of that report (Rule 48.2(g))*




n = 0-2




n = 0-2




n = 0-2




n = 0-2




n = 0-2




m = 1-6; n = 0-3




m = 1-6; n = 0-5



m = 1-6; n = 0-5



m = 1-6; n = 0-3

$R_1 = R_2$ = Me, Et, iPr etc.





n = 0-2

(n = 1; ALNY-322)



n = 0-2



n = 0-2



n = 0-2



n = 0-2



n = 0-2



n = 0-2

# Joint Claim Construction Brief

# EXHIBIT 9



# Alnylam Highlights Significant Progress with Platform Innovation and Clinical Pipeline at R&D Day

Dec 13, 2023

*– Company Anticipates Investigational New Drug (IND) Applications for Nine or More Programs with Targets Expressed in the Liver, Central Nervous System, Adipose Tissue, and Muscle by End of 2025 –*

*– Positive Initial Phase 1 Results with ALN-TTRsc04 Demonstrate Rapid Knockdown with Mean Serum TTR Reduction up to 97% with Durability Supporting Potential for Annual Dosing and an Encouraging Safety Profile –*

*– Positive Initial Phase 1 Results with ALN-KHK Demonstrate Robust Target Engagement and an Encouraging Safety Profile, Supporting Continued Development as a Novel Treatment for Type 2 Diabetes Mellitus –*

*– 2024 Product and Pipeline Goals Detail Expected Execution Across Four Commercial Brands and Robust Clinical Pipeline –*

*– Alnylam to Webcast its R&D Day Event Today at 8:30 am E.T. –*

CAMBRIDGE, Mass.--(BUSINESS WIRE)--Dec. 13, 2023-- **Alnylam Pharmaceuticals, Inc. (https://cts.businesswire.com/ct/CT?id=smartlink&url=https%3A%2F%2Fwww.alnylam.com%2F&esheet=53869919&newsitemid=20231213336564&lan=en-US&anchor=Alnylam+Pharmaceuticals%2C+Inc.&index=1&md5=20b3173cba1d4879a1af749c4ec04c10)** (Nasdaq: ALNY), the leading RNAi therapeutics company, is hosting a virtual R&D Day today. During the event, the Company plans to showcase its R&D progress and platform innovation, as well as its product and pipeline goals for 2024, including continued commercial execution of four RNAi therapeutic products and the advancement of early-, mid-, and late-stage investigational programs.

"Alnylam continues to drive the next wave of RNAi therapeutics that is changing medicine, with a sustainable innovation engine generating a robust pipeline and a multi-product commercial portfolio setting the stage for the future. We expect our track record of strong pipeline and commercial execution to continue through the end of 2025 and beyond," said Akshay Vaishnaw, M.D., Ph.D., Chief Innovation Officer of Alnylam. "As we look ahead to the next frontier of RNAi therapeutic innovation, we are excited to be presenting promising results that speak to our ambition to reach many new tissues, with new data on delivery to the central nervous system, adipose tissue, muscle, and tumors. We believe this progress—with nine or more Alnylam proprietary INDs planned by the end of 2025—will help build our pipeline to enable sustainable future growth and advance us toward achieving our '*Alnylam* $P^5$*x25'* goals of becoming a top-tier biotech company."

## Novel Extrahepatic Delivery Systems Extend Alnylam's Leadership in RNAi Platform Innovation

Alnylam scientists will present new preclinical findings demonstrating RNAi-mediated knockdown of targets expressed in adipose and muscle. The data provide evidence for best-in-class delivery to these tissues using subcutaneous administration, with potent and sustained knockdown of specific genes. The Company is progressing candidates that employ the new delivery technology toward Development Candidate selection in 2024.

The Company will also share preclinical data demonstrating systemic delivery of an RNAi therapeutic across the blood-brain barrier to the central nervous system (CNS). The results, while early, have the potential to broaden applications of RNAi therapeutics in the CNS by eliminating the need for direct administration (i.e., intrathecally).

## Next Wave of RNAi Therapeutics Fuel Robust Clinical Pipeline

Alnylam scientists will present new genetically validated targets for rare, specialty, and prevalent diseases, including for cholestatic liver diseases, a range of bleeding disorders, obesity, and type 2 diabetes mellitus (T2DM). By the end of 2025, the Company plans to file Investigational New Drug (IND) applications for at least nine new Alnylam-led RNAi programs, including five for targets expressed in the liver, two for the CNS, and one each for adipose tissue and muscle. The Company also anticipates that INDs will be filed for at least six additional programs led by partners during this timeframe.

## New Positive Phase 1 Data Reinforce Strength of Organic Product Engine

Alnylam scientists will present positive initial results from Phase I clinical trials for ALN-TTRsc04, in development for the treatment of ATTR amyloidosis, and ALN-KHK, in development for the treatment of T2DM. In addition, Alnylam will share an update on delivery advances driving ALN-BCAT, which will soon begin clinical testing in patients with hepatocellular carcinoma (HCC).

## ALN-TTRsc04 Phase 1 Study

ALN-TTRsc04 is an investigational RNAi therapeutic in development for the treatment of ATTR amyloidosis that utilizes Alnylam’s IKARIA technology and provides the potential for greater than 90% target gene silencing with once annual dosing. In the Phase 1 study in healthy volunteers, single 300 mg doses of ALN-TTRsc04 achieved rapid knockdown with a mean reduction of greater than 90% at Day 15. A peak mean TTR reduction of 97% was achieved at Day 29 and a mean TTR reduction of 93% was sustained at Day 180. At all dose levels evaluated to date, single doses of ALN-TTRsc04 have been well tolerated, with no adverse events deemed to be related to study drug by the investigator.

These initial results suggest the potential for ALN-TTRsc04 to offer over 90% TTR reduction with once annual dosing. The Phase 1 study is ongoing. Additional data will help inform selection of dose level and regimen for a Phase 3 study in ATTR amyloidosis with cardiomyopathy, which the Company expects to start at or around year-end 2024.

## ALN-KHK Phase 1 Study

In the Phase 1 study in overweight to obese healthy volunteers, single doses of investigational ALN-KHK at the highest dose cohort available resulted in a mean increase in fructose area under the curve to 3-fold relative to baseline levels measured at Day 85,

providing clear evidence of target engagement. Decreases in circulating FGF21 levels were also observed, consistent with the known biology of KHK.

ALN-KHK was shown to be safe and well tolerated, with an encouraging safety profile supporting continued clinical development, and target engagement that suggests the potential for quarterly or less frequent dosing. The study is ongoing, and additional data from the two highest dose levels will enable dose selection for Part B, which will evaluate multiple doses of ALN-KHK in obese patients with T2DM.

## ALN-BCAT Phase 1 Study

Alnylam scientists will also present promising preclinical data with ALN-BCAT, an investigational RNAi therapeutic targeting β-catenin for the treatment of HCC. The Wnt/β-catenin pathway is implicated in many human cancers, including HCC, a leading cause of cancer death worldwide.[1] Alnylam announces today that it recently filed an IND application with ALN-BCAT and plans to initiate a Phase 1 study in early 2024. The study will evaluate the investigational drug's potential both as a monotherapy and in combination with immunotherapy in patients with advanced disease. ALN-BCAT employs Alnylam's advanced lipid nanoparticle (LNP) delivery technology termed "reLNP," which provides improved tolerability due to enhanced biodegradability.

## 2024 Product and Pipeline Goals

Alnylam plans to provide guidance on 2024 combined net product revenue for **ONPATTRO®**, **AMVUTTRA®**, **GIVLAARI®**, and **OXLUMO®** with its fourth quarter and full year 2023 results.

**Vutrisiran**, a commercial-stage RNAi therapeutic for the treatment of polyneuropathy in patients with hATTR amyloidosis, and in development for the treatment of the cardiomyopathy of ATTR amyloidosis (including both hATTR and wtATTR amyloidosis). Alnylam plans to:

- Report topline results from the HELIOS-B Phase 3 study in early 2024.
- Submit a Supplemental New Drug Application (sNDA) for the cardiomyopathy of ATTR amyloidosis in mid-2024, assuming positive HELIOS-B results.

**ALN-TTRsc04**, an investigational RNAi therapeutic in development for the treatment of ATTR amyloidosis. Alnylam plans to:

- Initiate a Phase 3 study in patients with ATTR amyloidosis with cardiomyopathy at or around year-end 2024.

**Zilebesiran**,[*] an investigational RNAi therapeutic in development for the treatment of hypertension. Alnylam plans to:

- Report topline results from the KARDIA-2 Phase 2 study in early 2024.

- Initiate the KARDIA-3 Phase 2 study in early 2024.

**ALN-APP**,* an investigational RNAi therapeutic in development for the treatment of Alzheimer's disease and cerebral amyloid angiopathy (CAA). Alnylam plans to:

- Initiate a Phase 2 study in CAA in early 2024.
- Report initial Part B multi-dose data from the Phase 1 study in Alzheimer's disease in late 2024.
- Initiate a Phase 2 study in Alzheimer's disease at or around year-end 2024.

**ALN-KHK**, an investigational RNAi therapeutic in development for the treatment of type 2 diabetes mellitus. Alnylam plans to:

- Initiate Part B of the Phase 1 study in early 2024.

**ALN-BCAT**, an investigational RNAi therapeutic in development for the treatment of hepatocellular carcinoma. Alnylam plans to:

- Initiate a Phase 1 study in early 2024.

In addition, the Company plans to file INDs for **three new Alnylam-led programs** by the end of 2024.

## Partner-Led Program Highlights

Alnylam also plans to support its partners in advancing multiple mid- and late-stage programs, including:

- **Fitusiran**, an investigational RNAi therapeutic partnered with Sanofi in late-stage development for the treatment of hemophilia A and B, with or without inhibitors. Sanofi plans to file a New Drug Application for fitusiran in 2024.
- **ALN-HBV02 (VIR-2218)**, an investigational RNAi therapeutic partnered with Vir Biotechnology in development for the treatment of chronic hepatitis B and D virus infection. Vir expects to report clinical data from multiple Phase 2 studies throughout 2024.

## R&D Day Webcast Information

The Company's R&D Day event will be held today, Wednesday, Dec. 13, from 8:30 a.m. to 12:45 p.m. ET and will include a video stream on the Investors section of the Company's website, **investors.alnylam.com/events (https://cts.businesswire.com/ct/CT?id=smartlink&url=https%3A%2F%2Finvestors.alnylam.com%2Fevents&esheet=53869919&newsitemid=20231213336564&lan=en-US&anchor=investors.alnylam.com%2Fevents&index=2&md5=706863ae27dffafe3d463473214863d5)**. A replay will be available on the Alnylam website within 48 hours after the event. Presentations showcased during the event will be featured on **Capella**

**(https://cts.businesswire.com/ct/CT?id=smartlink&url=https%3A%2F%2Fcapella.alnylam.com%2F2023%2F12%2F13%2Falnylam-rd-day-2023&esheet=53869919&newsitemid=20231213336564&lan=en-US&anchor=Capella&index=3&md5=a8e6a27a19947a2e5b514ddd3cdb492d)**.

## About RNAi

RNAi (RNA interference) is a natural cellular process of gene silencing that represents one of the most promising and rapidly advancing frontiers in biology and drug development today. Its discovery has been heralded as "a major scientific breakthrough that happens once every decade or so," and was recognized with the award of the 2006 Nobel Prize for Physiology or Medicine. By harnessing the natural biological process of RNAi occurring in our cells, a new class of medicines known as RNAi therapeutics is now a reality. Small interfering RNA (siRNA), the molecules that mediate RNAi and comprise Alnylam's RNAi therapeutic platform, function upstream of today's medicines by potently silencing messenger RNA (mRNA) – the genetic precursors – that encode for disease-causing or disease pathway proteins, thus preventing them from being made. This is a revolutionary approach with the potential to transform the care of patients with genetic and other diseases.

## About Alnylam Pharmaceuticals

Alnylam Pharmaceuticals (Nasdaq: ALNY) has led the translation of RNA interference (RNAi) into a whole new class of innovative medicines with the potential to transform the lives of people afflicted with rare and prevalent diseases with unmet need. Based on Nobel Prize-winning science, RNAi therapeutics represent a powerful, clinically validated approach yielding transformative medicines. Since its founding in 2002, Alnylam has led the RNAi Revolution and continues to deliver on a bold vision to turn scientific possibility into reality. Alnylam's commercial RNAi therapeutic products are ONPATTRO® (patisiran), AMVUTTRA® (vutrisiran), GIVLAARI® (givosiran), OXLUMO® (lumasiran), and Leqvio® (inclisiran), which is being developed and commercialized by Alnylam's partner, Novartis. Alnylam has a deep pipeline of investigational medicines, including multiple product candidates that are in late-stage development. Alnylam is executing on its *"Alnylam $P^5$x25"* strategy to deliver transformative medicines in both rare and common diseases benefiting patients around the world through sustainable innovation and exceptional financial performance, resulting in a leading biotech profile. Alnylam is headquartered in Cambridge, MA. For more information about our people, science and pipeline, please visit **www.alnylam.com (https://cts.businesswire.com/ct/CT?id=smartlink&url=http%3A%2F%2Fwww.alnylam.com&esheet=53869919&newsitemid=20231213336564&lan=en-US&anchor=www.alnylam.com&index=4&md5=d0735daf8f9983b4fca5ac657c08ff04)** and engage with us on X (formerly Twitter) at **@Alnylam**

**(https://cts.businesswire.com/ct/CT?id=smartlink&url=https%3A%2F%2Ftwitter.com%2Falnylam&esheet=53869919&newsitemid=20231213336564&lan=en-US&anchor=%40Alnylam&index=5&md5=4e5f159fb2cb487f226537799f1d3b50)**, or on **LinkedIn (https://cts.businesswire.com/ct/CT?id=smartlink&url=https%3A%2F%2Fwww.linkedin.com%2Fcompany%2Falnylam-pharmaceuticals%2F&esheet=53869919&newsitemid=20231213336564&lan=en-US&anchor=LinkedIn&index=6&md5=50e6f9637e5e1b241ed19d4c499e0f53)**, **Facebook (https://cts.businesswire.com/ct/CT?id=smartlink&url=https%3A%2F%2Ffacebook.com%2Falnylampharma&esheet=53869919&newsitemid=20231213336564&lan=en-US&anchor=Facebook&index=7&md5=b0ebfdf16451a92879d2b80e7968f55d)**, or **Instagram (https://cts.businesswire.com/ct/CT?id=smartlink&url=https%3A%2F%2Fwww.instagram.com%2Falnylampharma%2F&esheet=53869919&newsitemid=20231213336564&lan=en-US&anchor=Instagram&index=8&md5=844a1532f87fefbca443dc52956de919)**.

## Alnylam Forward Looking Statements

This press release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. All statements other than historical statements of fact regarding Alnylam's expectations, beliefs, goals, plans or prospects including, without limitation, expectations regarding Alnylam's aspiration to become a top tier biotech company, the potential for Alnylam to identify new potential drug development candidates and advance its research and development programs, Alnylam's ability to obtain approval for new commercial products or additional indications for its existing products, Alnylam's projected commercial and financial performance and the planned achievement of its *"Alnylam P$^5$x25"* strategy, should be considered forward-looking statements. Actual results and future plans may differ materially from those indicated by these forward-looking statements as a result of various important risks, uncertainties and other factors, including, without limitation: Alnylam's ability to successfully execute on its "*Alnylam P$^5$x25*" strategy; Alnylam's ability to discover and develop novel drug candidates and delivery approaches and successfully demonstrate the efficacy and safety of its product candidates; the pre-clinical and clinical results for Alnylam's product candidates, including vutrisiran, zilebesiran, ALN-APP, ALN-TTRsc04 and ALN-KHK; actions or advice of regulatory agencies and Alnylam's ability to obtain and maintain regulatory approval for its product candidates, including vutrisiran, as well as favorable pricing and reimbursement; successfully launching, marketing and selling Alnylam's approved products globally; delays, interruptions or failures in the manufacture and supply of Alnylam's product candidates or its marketed products; delays or interruptions in the supply of resources needed to advance Alnylam's research and

development programs; obtaining, maintaining and protecting intellectual property; Alnylam's ability to successfully expand the approved indications for AMVUTTRA in the future; Alnylam's ability to manage its growth and operating expenses through disciplined investment in operations and its ability to achieve a self-sustainable financial profile in the future without the need for future equity financing; the direct or indirect impact of the COVID-19 global pandemic or any future pandemic on Alnylam's business, results of operations and financial condition; Alnylam's ability to maintain strategic business collaborations; Alnylam's dependence on third parties for the development and commercialization of certain products, including Roche, Novartis, Sanofi, Regeneron and Vir; the outcome of litigation; the risks of future government investigations; and unexpected expenditures; as well as those risks more fully discussed in the "Risk Factors" filed with Alnylam's 2022 Annual Report on Form 10-K filed with the Securities and Exchange Commission (SEC), as may be updated from time to time in Alnylam's subsequent Quarterly Reports on Form 10-Q and in its other SEC filings. In addition, any forward-looking statements represent Alnylam's views only as of today and should not be relied upon as representing its views as of any subsequent date. Alnylam explicitly disclaims any obligation, except to the extent required by law, to update any forward-looking statements.

This release discusses investigational RNAi therapeutics and uses of previously approved RNAi therapeutics in development and is not intended to convey conclusions about efficacy or safety as to those investigational therapeutics or uses. There is no guarantee that any investigational therapeutics or expanded uses of commercial products will successfully complete clinical development or gain health authority approval.

*ALN-APP is an Alnylam-led program partnered with Regeneron. Zilebesiran is an Alnylam-led program partnered with Roche.

## Reference

1) Sung H, Ferlay J, Siegel RL, Laversanne M, Soerjomataram I, Jemal A, Bray F. Global cancer statistics 2020: GLOBOCAN estimates of incidence and mortality worldwide for 36 cancers in 185 countries. *CA Cancer J Clin.* 2021;71(3):209–249. doi: 10.3322/caac.21660.

View source version on **businesswire.com (http://businesswire.com)**: **https://www.businesswire.com/news/home/20231213336564/en/ (https://www.businesswire.com/news/home/20231213336564/en/)**

## Alnylam Pharmaceuticals, Inc.

Christine Regan Lindenboom
(Investors and Media)
617-682-4340

Josh Brodsky
(Investors)
617-551-8276

Source: Alnylam Pharmaceuticals, Inc.

VIEW ALL PRESS RELEASES

**(/press-releases)**

## SIGN UP FOR EMAIL UPDATES

Receive news and updates on the work at Alnylam that affects you most.

**SIGN UP NOW › (HTTPS://WWW.ALNYLAM.COM/SIGNUP-FOR-UPDATES)**

Joint Claim Construction Brief

# EXHIBIT 10

# Prof. Dr. Alexander Kros

**Personal details**

| | |
|---|---|
| Name: | Alexander Kros |
| Date and place of Birth: | 04-06-1969, Maasdriel, The Netherlands |
| E-mail: | A.kros@chem.leidenuniv.nl |
| Nationality: | Dutch |
| Gender: | Male |

## Scientific Education

| | | |
|---|---|---|
| Sept 1995 | University of Nijmegen | (Master) Degree in Chemistry |
| | Main subject: | Physical Organic Chemistry |
| | Title of thesis: | Synthesis and self-assembly of water-soluble clips. |
| Dec 2000 | University of Nijmegen | PhD in Natural Sciences |
| | Supervisor | R.J.M. Nolte |
| | Title of thesis: | "Amperometric Biosensors Based on Conducting Nanotubes" |

## Employment

| | |
|---|---|
| 2016 – present | Full Professor and groupleader of SBC<br>Dept. Supramolecular & Biomaterials Chemistry (SBC)<br>Leiden Institute of Chemistry<br>Leiden University |
| 2009 – 2016 | Associate Professor<br>Dept. Soft Matter Chemistry<br>Leiden Institute of Chemistry<br>Leiden University |
| 2002 - 2009 | Assistant Professor in Biomimetic Materials Chemistry<br>Dept. Soft Matter Chemistry<br>Leiden Institute of Chemistry<br>Leiden University |
| 2000 - 2001 | Research Fellow<br>California Institute of Technology, Pasadena, USA |

## Scientific Visits

| | |
|---|---|
| 2015 | Sabbatical visit to UCLA, UC Irvine, USC School of Engineering, USC School of Pharmacy and Caltech (1 month) |
| 2008 | Visiting researcher, UCLA (Dept Chemistry & Biochemistry), USA (3 months) |

## Invited lectures

- *TBD.* Invited lecture at Symposium in memory of Carsten Schmuck, Duisburg, July 8th 2024
- *TBD.* Invited lecture at Biomembrane Synthesis, Structure, Mechanics, and Dynamics" symposium at the Spring 2024 ACS Meeting in New Orleans, LA, March 17 – 21, 2024.
- *Actively Targeting & Decorating your Lipid Nanoparticle for Efficient Delivery.* Invited lecture at 2nd Lipid Nanoparticle Development Europe Summit, Amsterdam, the Netherlands, October 17-19, 2023
- *It's all about membranes!.* Invited lecture at Radboud University, Oct 10, 2023.
- *Lipids on graphene*. Invited lecture at 7th ONEM Meeting, J. Heyrovský Institute of Physical Chemistry, Prague, Czech Republic, , September 18 - 19, 2023

- *TBD*. Invited keynote lecture at Nanotech France, June 28-30, 2023. Declined
- *Membrane Packing Defects as a Novel Tool to Target Cells In Vivo.* Invited lecture at Gordon Research Conference on Cancer Nanotechnology, Waterville Valley, NH, USA, June 11 - 16, 2023.
- *Photocontrol of Peptide Self-Assembly and Catalytic Activity.* Invited lecture at Materials Research Society spring meeting, San Francisco, CA, USA, April 10 – 14, 2023
- *Peptides improve the lipid nanoparticle mediated delivery of mRNA*. Invited lecture at Gordon Research Conference on peptide materials, Galveston, Tx, USA, Jan 15 - 20, 2023.

- *Understanding Molecular Interactions to Obtain Functional Self-assembled (Bio)materials.* Invited lecture at Leiden Drug Development Conference (LDDC), Leiden, September 27, 2022
- *Understanding Molecular Interactions to Obtain Functional Self-assembled (Bio)materials*. Invited lecture at "Self-assembled organic materials" Summer school, Vienna, July 6-7, 2022.
- *Coiled-coil peptide-mediated RNA delivery*. Invited lecture at the Coiled-coil Workshop, Alpbach, September 4 – 9, 2022.
- *Towards a better understanding on the molecular interactions of nanomedicines in vivo.* Invited lecture at SDU, Odense, Denmark, June 1st, 2022.
- Plenary lecture at the fourth International CRC 1093 Symposium about "Supramolecular Chemistry meets Biology" and "*Symposium in memory of Carsten Schmuck*" September 2021 in Essen (Germany). Postponed to 2022
- *Paracrystalline Inverted Lipid Phases Encapsulating siRNA Enhance Lipid Nanoparticle Mediated Transfection,* Invited plenary lecture at 16th European Symposium on Controlled Drug Delivery, Egmond aan Zee, 6-9 april 2022.

- Invited lecture at Gordon Conference on Cancer Nanotechnology June 13-18, 2021, at Waterville Valley, New Hampshire (USA). Postponed.
- *Supramolecular Chemistry of peptides and peptide amphiphiles*. Invited lecture at oLife Fellowship Programme, June 17, 2021
- *Zebrafish as an in vivo prescreen of the biodistribution and targeting of (nano)medicines.* Invited lecture at Regeneration Day, LUMC, May 26st 2021. Webinar
- *Zebrafish as in vivo model for bio distribution studies of nano medicine*, Invited lecture at CuriBio, Seattle, (USA), April 20, 2021. Webinar
- *Zebrafish as in vivo model for bio distribution studies of nano medicine*, Invited lecture at UVA, March 16, 2021. Webinar

- Invited for Lorentz workshop, July 2020.
- *TBD*, Collaborative Research Centre *"Supramolecular Chemistry on Proteins"*, Essen Germany, June 16, 2020.
- International Max Planck Research School for Molecular Biomedicine (IMPRS), University of Muenster, May 6-8, 2020
- *TBD,* Invited plenary lecture at 16th European Symposium on Controlled Drug Delivery, Egmond aan Zee, 7-10 April 2020. Canceled due to covid-19 and now scheduled at 6-9 april 2021.
- *Photoswitching liposome surface charge to deliver membrane impermeable cargos in vivo,* Invited lecture at "Biomembrane Synthesis, Structure, Mechanics & Dynamics" symposium at the 259th ACS National Meeting in Philadelphia, USA, 22-26 March 2020.

- *Chemical approaches to control the in vivo behavior of nanomedicines,* Invited lecture at van Leeuwenhoek Lectures on BioScience, Leiden 20 February 2020.
- *Unbiased identification of the liposome protein corona using photoaffinity based chemoproteomics*, 4th International Symposium on Nanoparticles and Nanomaterials and Applications – ISN$^2$A 2020, Lissabon, Portugal, 20-24 january 2020.

- *A new method to determine the real hard corona of liposomes,* invited lecture at Europe Create Transformative Medicine User Group, Strathclyde University, Glasgow, Scotland, 9th Oct 2019.
- *One peptide for them all? Stabilization of gold nanoparticles of different sizes by a common peptide amphiphile,* Invited lecture at the PMSE symposium "Design, Synthesis and Engineering of Polypeptides for Biological and Biomedical Applications" at the 258th ACS National Meeting & Exposition, San Diego August 25-29, 2019.
- *Membrane fusion, from a simple model system towards in vivo applications.* Invited Lecturer at Real Sociedad Española de Química, for the XXXVII Reunión Bienal de la RSEQ (http://rseq.org) in San Sebastian (Spain), May 26-30, 2019.
- *TBD,* Invited lecture at Polymeric Materials: Sciences and Engineering (PMSE) Symposium on "Molecular Engineering of Peptide Assemblies" at the 257th ACS National Meeting, Orlando, March 31-April 4, 2019.
- *TBD,* Invited lecture at "Biomembrane Synthesis, Structure, Mechanics & Dynamics" symposium at the 257th ACS National Meeting In Orlando, March 31 - April 4, 2019.
- *Membrane fusion, from a simple model system towards in vivo applications.* Invited lecture at symposium "Biomimicry - from natural process to engineered method" Wageningen, February 20, 2019.

- *Drug Delivery via Cell Membrane Fusion using Lipopeptide Modified Liposomes.* Invited lecture at Université libre de Bruxelles, Belgium, 8 November 2018.
- *TBD.* Invited lecture at 3rd International Conference on Emerging Advanced Nanomaterials (ICEAN-2018)*,* October 30-November 2, 2018, Newcastle, NSW, Australia. (canceled)
- *Zebrafish embryos as a tool to study the in vivo behavior of nanomedicines and membrane fusion.* Invited lecture at IRTG-retreat 2018, Osnabruck (Germany), September 20-21, 2018.
- *Zebrafish embryos as a tool to study:-Membrane fusion-The effect of lipid composition-Blood-Brain-Barrier targeting.* Invited lecture at University of Muenster/MPI for Molecular Biomedicine and the Excellence Cluster Cells in Motion, July 16-18, 2018, Gemen, Germany.
- *Supramolecular approaches towards cell-selective liposome drug delivery.* Invited lecture at Twente University, April 11, 2018.
- *Membrane fusion mediated intracellular delivery of lipid bilayer coated mesoporous silica nanoparticles.* Invited lecture at Biomembrane symposium at the 255th ACS national meeting, March 22, 2018, New Orleans, USA

- *Cell-selective liposome drug delivery.* Invited lecture at Cell observatory mini symposium, Leiden, December 13, 2017.
- *Cell-selective liposome drug delivery*. Invited lecture at Reedijk Symposium, Leiden, October 27, 2017.
- *Studying the interaction of lipopeptides with lipid membranes: Influence of lipopeptide design and its implications for membrane fusion*. Invited lecture at Synthesis, Self-Assembly & Applications of

Peptides & Polypeptides symposium at the 254th ACS National Meeting in Washington, DC, August 20-24, 2017

- *Drug delivery via membrane fusion using coiled-coil modified liposomes*. Invited keynote lecture at BioOrigami symposium, Ljubljana, Slovenia, June 21-23, 2017.
- *Membrane fusion as a tool for drug delivery*. Invited keynote lecture at ESBOC (European Symposia in Bio-Organic Chemistry) , Chemical Synthetic Biology: Self-assembly, Encapsulation and Delivery by Design, Gregynog (nr. Newtown, Wales), May 20 -22, 2017.
- *Selective blood vessel deletion using liposomes; studying the effect of liposome composition on in vivo behavior*. Invited lecture at Biomembrane symposium at the 253rd ACS National Meeting, San Francisco, April 2-6, 2017.
- *Drug Delivery via Cell Membrane Fusion using Lipopeptide Modified Liposomes*. Invited lecture at PMSE Symposium on Molecular Engineering of Peptide Assembly at the 253rd ACS National Meeting, San Francisco, April 2-6, 2017.
- *Quantifying Membrane Compound Exchange Between Live Mammalian Cells.* Invited lecture at Keystone Symposium on Lipidomics and Bioactive Lipids in Metabolism and Disease. Tahoe City, CA, USA, February 26-March 3, 2017.
- *How does fusion work in a model membrane system.* Invited lecture at the Lorentz workshop Structured Soft Interfaces: Caught Between Multi-Scale Simulation and Application. January 23-27, 2017
- *Drug Delivery via Cell Membrane Fusion using Lipopeptide Modified Liposomes.* Invited lecture at Universitat Duisburg-Essen, January 19, 2017.

- *Drug Delivery via Cell Membrane Fusion using Lipopeptide Modified Liposomes.* Invited lecture at Self-assembled peptides: from nanostructure to bioactivity. The Royal Society Theo Murphy meeting at Chicheley Hall, Buckinghamshire. Monday 24th – Tuesday 25th October 2016.
- *Drug Delivery via Cell Membrane Fusion using Lipopeptide Modified Liposomes.* Invited lecture at 3rd ERC Grantees Conference: "Frontiers in Chemistry" in Zandvoort, The Netherlands, August 31st - September 2nd 2016.
- *Spatiotemporal Control of Membrane Fusion through Photolabile PEGylation of Liposome Membranes*. Invited lecture at symposium "Biomembrane Synthesis, Structure, Mechanics & Dynamics" at the 247th national meeting of the American Chemical Society (ACS) in San Diego, March 13-17, 2016.
- *Controlled membrane fusion using lipidated coiled coils*. Invited lecture at PepMat II (Peptide Materials for Biomedicine and Nanotechnology II), Barcelona, Spain, March 14-16, 2016.
- *Drug delivery via cell membrane fusion using lipopeptide modified liposomes.* Invited lecture at PAC symposium, Amsterdam, March , 2016.
- *Targeted Cytochrome-C delivery to live cells using lipid-coated mesoporous silica nanoparticles.* Invited lecture at 2nd International Symposium on Nanoparticles/Nanomaterials and Applications, Portugal, 18th - 21st January 2016.

- Invited Plenary lecture at Symposium on Biomolecular Synthesis and Nanotechnology", Copenhagen, Denmark on October 1-3, 2015.
- *Mesoporous Silica Nanoparticles for protein delivery*, invited seminar at the UCLA, CA, USA, July 14,

2015

- *Towards In-Vivo Membrane Fusion Using a Biomimetic Model System*, invited seminar at Caltech, Pasadena, CA, USA, July 10, 2015
- *Towards In-Vivo Membrane Fusion Using a Biomimetic Model System*, invited seminar at the UC Irvine, CA, USA, July 1, 2015
- *Towards In-Vivo Membrane Fusion Using a Biomimetic Model System*, invited seminar at the USC School of Pharmacy, USA, June 26, 2015
- *Membrane fusion for the delivery of substrates in artificial cells*. Invited lecture at Precision Polymer Materials (P2M) network from ESF, Lacanau Océan, France, May 26-29, 2015.
- *Towards in-vivo membrane fusion using a biomimetic model system*. Invited lecture at "Biomembrane Synthesis, Structure, Mechanics, and Dynamics" at the 249th national meeting of the American Chemical Society (ACS) in Denver, March 22-26, 2015.
- *Studying the mechanism of coiled coil mediated membrane fusion*. Invited lecture at the 2015 at Colloid & Surface Chemistry (COLL) Symposium "Molecular Engineering of Peptide Assembly" at the 249th American Chemical Society National Meeting, Denver, CO, USA, March 22-26, 2015.
- *Supramolecular chemistry for the design of new drug delivery tools*. Invited lecture at Basel University, Seminars series on Drug Discovery and Development at the Dept. Pharmaceutical Sciences, Switzerland, March 11, 2015.
- *Understanding membrane fusion at the molecular level using a biomimetic model system*. Invited lecture at This week's discovery, Faculty of Sciences. March 10, 2015.
- *Studying membrane fusion at the molecular level*. Invited lecture at the 2015 Annual Biophysical Society Meeting, Baltimore, USA, February 7-11, 2015.
- *Lipidated peptides as a supramolecular tool for Targeted membrane fusion*. Invited seminar, Institutskolloquium, at the RWTH Aachen, Germany, January 22, 2015.
- *Understanding membrane fusion using a biomimetic model system*. Invited lecture, Pregl Colloqium, at the National Institute of Chemistry, Slovenia, January 15, 2015.

- *Understanding membrane fusion using a biomimetic model system*. Invited plenary lecture at the 2014 DutchBiophyics meeting, September 29-30.
- *In vitro and In vivo supramolecular biomembrane engineering and membrane fusion using a lipidated coiled-coil motif*. Invited lecture at "Engineering of Biointerfaces, 5th International Conference on Nanotechnology: Fundamentals and Applications" (ICNFA 2014) in Prague, Czech Republic, August 11-13, 2014.
- *From a model system mimicking membrane fusion to future in vivo applications*. Invited lecture at Bristol Synthetic and Chemical Biology Symposium, April 16, 2014.
- *Targeted membrane fusion using a pair of lipidated coiled coil peptides*. Invited lecture at the lecture series of the Collaborative Research Centre SFB 803. university of Goettingen, Germany, March 6, 2014.
- *Supramolecular polypeptide-b-peptide amphiphile nanoparticles as a novel allergy vaccine platform*. Invited lecture at "peptide-based materials in nanomedicine" at the 247th national meeting of the American Chemical Society (ACS) in Dallas, March 16-20, 2014.
- *Targeted membrane fusion using a pair of lipidated coiled coil peptides*. Invited lecture at "Biomembrane Synthesis, Structure, Mechanics, and Dynamics" at the 247th national meeting of the American Chemical Society (ACS) in Dallas, March 16-20, 2014.

- *From a model system mimicking membrane fusion to future in vivo applications*. Invited lecture at "COST network BM1002 workshop Coiled Coils and their Application in Healthcare Industries", Durham, UK, December 10/11, 2013.
- *Coiled coil driven membrane fusion: zipper-like vs. non-zipper-like peptide orientation.* Faraday Discussions 166, Self-Assembly of Biopolymers, 16-18 September 2013, University of Bristol, UK.
- *Optimization of coiled coil driven membrane fusion*. 6th Alpbach Workshop on: coiled-coils, collagen & fibrous proteins, 8-13 Sept 2013.
- *Efficient membrane fusion mediated by SNARE protein mimics*. Invited lecture at UCLA, June 26, 2013.
- *Controlled liposome fusion mediated by SNARE protein mimics*. Invited lecture at "Biomembrane Synthesis, Structure, Mechanics, and Dynamics", 245th national meeting of the American Chemical Society (ACS) in New Orleans, 8 April 2013.
- *Old and new functions of amphiphilic coiled-coil peptides*. Invited seminar at Muenster University, Germany, 22 March 2013.
- Old and new functions of amphiphilic coiled-coil peptides. *Invited Zernike Seminar* lecture at Groningen University, January 25**,** 2013.

- *Synthetic coiled-coil peptides; from self-assembly to function*. Invited lecture at the first ERC (http://erc.europa.eu/) top level international conference , the Institut Charles Sadron of Strasbourg - November 22-24, 2012.

- *Lipidated peptides as an efficient modelsystem for membrane fusion.* Invited Physical-Chemistry Seminar for the Summer Semester, Ludwig-Maximilians-Universität München, June 12, 2012.
- *Efficient membrane fusion using lipidated peptides*. Invited lecture Mini-symposium: Self-Assembled Functional Materials, TU Delft, the Netherlands, 24 April 2012.
- *New tools for theranostics*. Invited lecture at Faculty of Medicine, NTNU, Trondheim, Norway. 16 April 2012.
- *Amphiphilic Peptides in Nanoscience*. Invited lecture at the Gordon Research Conference on Peptides: Chemistry and Biology, 19-24 February, 2012, Ventura, California, USA.

- *The Coiled-Coil Connection*, Invited lecture at the 2nd Reedijk symposium, October 28, 2011, Leiden, the Netherlands.
- *Let's get together; efficient fusion mediated by a model system of SNARE proteins*. Invited lecture at the ESF-COST High-level Research Conference on Systems Chemistry III, October 24-27, 2011.
- *The Coiled-Coil Connection; from self-assembly to membrane fusion*. Invited lecture at the Swiss Chemical Society Fall Meeting 2011, 8 September 2011, Lausanne, Switzerland.
- *SNARE protein inspired model systems controlling targeted membrane fusion and self-assembly*. Invited lecture at the 70th Harden Conference on Synthetic biology: design and engineering through understanding. 22-26 August 2011, Keele University, UK
- *The Coiled-coil Connection: specific coiled-coil interactions for polymer self-assembly and membrane fusion*. Invited Keynote lecture at the 10th International Conference on Materials Chemistry (MC-10 of the Royal society of Chemistry), Manchester, UK, July 4-7, 2011.
- *A model system for membrane fusion*, Annual Dutch Meeting on molecular and cellular biophysics,

Veldhoven, 4/5 Oct 2010.

- *Betasheet and Coiled-Coil Motifs: Regulating fusion events and reversible shape changes in micelles and vesicles*. Invited lecture at the Gordon Research Conference on the Chemistry of Supramolecules and Assemblies, Maine, USA. 28 June – 3 July 2009.
- *A minimal model for membrane fusion*. Invited lecture at the 5th Alpbach Workshop on: “coiled-coils, collagen and coproteins”, Alpbach , Austria. September 6 – 12, 2009

**Contributed lectures**

- *Studying the mechanism of membrane fusion using a synthetic modelsystem*. Lecture at workshop Dynamic interactions at biomembranes, German Biophysical Society, Erlangen, Germany. September 28-29, 2016.
- *Mesoporous silica nanoparticles with large pores for the encapsulation and release of proteins.* FIGON Dutch Medicine Days, Ede, the Netherlands. October 3-4 2016.

**Teaching**

Certificate “Basiskwalificatie onderwijs (BKO)” obtained.

**Summary of courses given**

**2002-2003** *Introduction to Soft Condensed Matter (ISM), with Prof. Fraaije*

**2006-2007** *Introduction to Soft Condensed Matter* : Several lectures on Supramolecular Chemistry have been given. *With Prof. Fraaije*

**2002-2007** *Coordinator Physical Chemistry Praktikum 2 (FCP-2)*

**2003-2012** *Advanced Soft Matter (ASM), 5 ects*
I developed a new course (ASM) for Master students, in which the students learn in theory and practice the latest techniques in the field of controlled living polymerization techniques.

**2005-2007** *Biopolymers (Bn)*
In this course for second year Biology students the basics of organic chemistry and the relationship with biology is explained.

**2006** *Praktikum Basic Skills (PBV)*
For this new practical course for first year students, I developed a new set of experiments, which will give the students an introduction in the physical aspects of chemistry.

**2006-to date** *Leren onderzoeken 1/2/3 (LO1/2/3)*

Supervisor of chemistry (MST) students taking part on actual research topics at the research groups for 14 days.

**2008-2022** *Chemistry 1* (4 ects)
First year chemistry course for Life Science & Technology (LST) and Biopharmaceutical Science (BFW) students (~280 students per year). since 2014 only for BFW.

**2014-to date** *Supramolecular Chemistry* (6 ects)
Course for master students Chemistry and Life Science & Technology on the basics of supramolecular chemistry and the latest advances in this field.

**2017-to date** *Biomaterials* (6 ects)
Course for master students Chemistry and Life Science & Technology on the basics of biomaterials, drug delivery systems and the latest advances in this field.

**Supervision of group members**

***PhD supervision*** (as promotor)

2023-2027 Emma Wezenberg
2023-2025 Julio Rodríguez Izquierdo
2023-2025 Andy Guzmán Rodríguez
2022-2026 Michele Gruenewald
2022-2026 Bochuan Hu
2022-2026 Qin Yi (with Schneider)
2022-2026 Yun Zhang
2022-2026 Lin Xu (with Wezenberg)
2022-2026 Art Hoti (with Sevink)
2021-2025 Don Schilder (with S. v. Kasteren)
2021-2025 Mertal Ocan (with R. Kieltyka)
2020-2024 Merel Janssen (With R. Kieltyka)
2020-2024 Xiaogang Kang (with G. Schneider)
2020-2024 Jiang Guangya (with G. Schneider)
2020-2024 Dinghao Wu
Designer peptide hydrogels for regenerative medicine
2020-2024 Thomas Kolk (with G. Schneider)
Graphene liquid cells for electron microscopy
2020-2024 Jorn de Jong (with S. Wezenberg)
2020-2024 Indigo Bekaert (with S. Wezenberg)
2020-2024 Jasper Bos (with S. Wezenberg)
2020-2024 Oscar Escalona-Rayo
mRNA delivery using ELPs
2019-2023 Y Chen (with R. Kieltyka)
Maturation of iPSC-derived cardiomyocyte in supramolecular materials
2019-2023 B. Can (with G. Schneider, LIC)
Chemistry at the edge of graphene
2018-2022 R. van de Pol
Modeling of blood-brain-barrier targeting liposomes
2018-2022 Max Makurat

**<u>Expected PhD-gradution in 2024</u>** <u>(As promotor)</u>

Final research Renzo Knol
BBB-targeting liposomes

April 2, 2024 Jeroen Methorst
Arrays of graphene nanopores by total organic synthesis and supramolecular chemistry

Almost written Winant van Os
Liposomes targeting the blood-brain-barrier

**<u>Gradutated PhD's supervision</u>** <u>(As promotor)</u>

2023 Weizhe Zhang (with G. Schneider)
Arrays of graphene nanopores by total organic synthesis and supramolecular chemistry

2023 David Villarón Salgado (with S. Wezenberg)
Light responsive of anion receptors

2023 Panagiota Papadopoulos
Phase separation in lipid-based nanoparticles exploring the nano-bio interface

2023 N. van Hilten (Cum Laude)
*Inverse design of curvature-sensing antiviral peptides*

2022 F. Lauria (with R. Kieltyka)
*Syntheses of squaramide-based supramolecular materials.*

2022 Y. Zeng
*Ex-vivo applications of a synthetic membrane fusion model*

2022 Tobias Bauer (Cum Laude)
*Core Cross-Linked Polymeric Micelles Based on Polypept(o)ides*

2022 J. Soesbergen
*Elastin-like polypeptide micelles for vaccine delivery*

2021 R. Pattipeiluhu (Cum Laude)
*Liposomes targeting specific tissues*

2021 M. Shie
*Coiled-coil biomaterials for biological applications*

2021 R. Leboux (with Jiskoot, LACDR)
*Supramolecular peptide amphiphile nanoparticles as a novel allergy vaccine platform*

2021 N. Crone
*Targeted in vivo membrane fusion*

2021 G. Arias-Alpizar
*Towards a mechanistic understanding of nanoparticle behavior using zebrafish*

2021 T. Liu (daily supervision Dr Kieltyka)
*Dynamic polymer hydrogels as synthetic extracellular matrices for 3D cell culture*

2021 C. Tong (daily supervision Dr Kieltyka)
*Squaramide-based supramolecular materials for 3D cell culture applications*

2020 E. Egorova
*Gold nanoparticle-peptide conjugates for biomedical applications*

2020 D. Poulcharidis (with v. Kasteren, Biosyn)
*Tracing membrane-exchange in host-virus interactions using coiled-coil and click-based*

| | |
|---|---|
| | *imaging* |
| 2020 | L. Yiang (daily supervision Dr Schneider) |
| | *Chemical functionalization of the graphene surface for electrical and electrochemical sensing applications* |
| 2019 | L.A. Belyaeva (daily supervision Dr Schneider) |
| | *Graphene at fluidic interfaces* |
| 2019 | L. Macedo Coelho Lima |
| | *Superstructures of lipids and graphene* |
| 2018 | G.A. Daudey |
| | *Coiled coil mediated liposomal fusion: asymmetric behaving peptide fusogens* |
| 2018 | A. Bellunato (daily supervision Dr Schneider) |
| | *Unconventional Fabrication of 2D Nanostructures and Graphene Edges* |
| 2018 | V. Saez-Talens |
| | *Squaramide-based supramolecular materials: properties upon self-assembly and in vivo applications* |
| 2018 | Y. Gao |
| | *Design and application of dextran based cross-linked networks* |
| 2018 | L. Kong |
| | *Photo-activated Drug Delivery Systems* |
| 2017 | W. Noteborn (daily supervision Dr Kieltyka) |
| | *Supramolecular polymer materials for biomedical applications and diagnostics* |
| 2012-2016 | J. Yang |
| | *In vivo membrane fusion* |
| 2012-2016 | J. Tu |
| | *Mesoporous silica nanoparticles* |
| 2011-2016 | N. Lopez-Mora |
| | *Giant unilamellar vesicles as a tool for membrane transport studies* |
| 2010-2014 | H.R. Zope |
| | *Rationally designed peptide based functional biomaterials* |
| 2010-2014 | M. Rabe |
| | *Coiled-coils on lipid membranes; a new perspective on membrane fusion* |
| 2009-2014 | T. Zheng |
| | *Zipping into fusion* |
| 2009-2013 | F.V. Versluis |
| | *Peptide Amphiphiles and their use in Supramolecular Chemistry* |
| 2007-2013 | C. Barnier-Quer (with Jiskoot, LACDR) |
| | *Adjunvanted nanoparticulate seasonal influenza vaccines* |
| 2008-2012 | F. Porta |
| | *Mesoporous Silica Nanoparticles as Drug Delivery Systems* |
| 2007-2011 | Ke Peng |
| | *Hydrogel based drug carriers for controlled release of hydrophobic drugs and proteins* |
| 2004-2009 | H. Robson Marsden |
| | *Extending the self-assembly of coiled coil hybrids* |
| 2002-2007 | S. Cavalli |
| | *Chemistry, structural insight and applications of beta-sheet forming lipopeptides* |

**Supervision Post Docs**

2020-2024 Dr. Dennis Aschmann
*L-form fusion*
2024-2026 *Dr Tom Keijer*
LNPs for catalyst delivery
2022-2028 *Dr Gabriel Cuni @ IBL*
Glioblastoma xenograft model in zebrafish
2024-2029 3 vacancies funded by ERC Synergy grant

**Supervision Post Docs (finished)**

2018-2022 Dr Shraddha Shitut
*Evolution on steroids*
2018-20120 Dr F. Campbell
*Designed nanostructured bioactive surfaces for precision medicines*
2013-2019 Dr A. Boyle (currently Assistant Professor at MacBio@LIC)
*Single gold nanorods in live cells*
2013-2017 Dr. J. Bussmann (currently Assistant Professor at LACDR)
*Designer blood vessel networks for tissue engineering*
2013-2017 Dr F. Campbell
*Light-induced spatiotemporal control of membrane fusion for targeted therapy*
2014-2016 Dr. M. Kamran
*In-vitro studies to evolve the understanding of how Physiogel interacts with the skin*
2014-2016 Dr. A. Bahreman (senior scientist at Arecor Limited, UK)
*Drug delivery in zebrafish*
2011-2013 Dr. J. Voskuhl (currently professor at University of Essen-Duisburg, Germany)
*In vitro supramolecular biomembrane engineering*
2008-2011 Dr. I. Tomatsu (manager at Henkel Japan)
*Photoresponsive hydrogels for biomedical applications*

The finished students are currently employed as either a tenure track assistant professor (University Essen, University Basel, Italian Institute of Technology); as a postdoctoral scholar (Harvard, Imperial College London, Max Planck Institute for Iron Research GmbH, TU Delft, University Wageningen); as a research scientist (University of Lausanne), industry (BioNtech, Johnson&Johnson, Henkel Japan, Océ, Medincell France) or as intellectual property agent (China).

**Supervision Analytical staff**

2002- 2016 Ing. W. Jesse (retired)
Tasks: Instruction and performance of chromatography, general lab manager
2015-present MSc V. Tudor
Tasks: Instruction and performance of chromatography, general lab manager

**Supervision Post Docs and (mentoring) staff:**

2013-to date Dr Roxanne Kieltyka.
*Regenerative medicine.*

Research is on track, however needs coaching and we're on daily contact on various topics. It would help Kieltyka if she could reduce the amount spent on micromanagement/work overload.

2013-to date Dr. G. Schneider
*Graphene research.*
Research is going great. But no VICI, Some coaching required

2019-to date Dr. S. Wezenberg
*Light-switchable ion transporters.*
Independent PI, needs to look more what the LIC has to offer.

2018-2022 Dr J. H. Risselada
*Simulation of lipid and peptides.*
J.H.R. Started in 2018 funded by his VIDI grant and works part-time in the group (1 week per month). Two PhD students are on track with their PhD-thesis projects and (finally!) theory guiding experiments.
His presence is also very stimulating for A. Sevink and E. Blokhuis as a cluster of like-minded scientists is forming.

2013-2019 Dr A. Boyle
Assistant professor in the MacBio group since 2020. A.B. Cosupervisor of MSc Niek Crone MSc. M. Shen (gradutated) and is the "go-to person" on any peptide synthesis related issues for several of my PhD-students.

2015-to date Dr Rene Olsthoorn.
Responsible for several courses and support PhD-students when using RNA/DNA-related topics. Rene also designs/synthesizes the plasmids for various projects (*e.g.* PhD student R. Knol and O. Escalona).

**<u>Guests</u>**

-MSc Sandro Sieber (2015), 3 months from Basel University. Training on zebrafish injections.
-MSc Krzysztof Bak (2015), 10 days, from the Michał Chmielewski group, Warsaw University, Ion and carboxylate transport over membranes
-MSc Krzysztof Bak (2016), 30 days, from the Michał Chmielewski group, Warsaw University, Ion and carboxylate transport over membranes
-MSc Alexander Rabe (2017), 3 months, from the Stefan Vogel group, University of Southern Denmark, membrane fusion
-MSc Ping Song (2017), 3 months, from the Jørgen Kjems group, University of Southern Denmark, Drug delivery to T-cells
-BSc Simon Albert (2017), 3 months from Free University Brussels, DNA-lipid nanoparticles
-Dr Hamed Chegini (2019-2020) as a volunteer to increase his employability for companies based in the Leiden Bioscience Park.
-BSc Mouad El Mandili (2019-2023), technician from AMC to synthesize mesoporous silica nanoparticles.
-Dr Mai Hazekawa (2022-2023), assistant professor at Faculty of Pharmaceutical Science in Fukuoka University, Japan for zebrafish studies on nanomedicine biodistribution and targeting.

## Grants

Total external funding Kros as an independent researcher ***>22.000.000 euro*.** Furthermore I attracted 15 PhD-students with their own funding, 1 postdoc with a VENI-grant and 1 postdoc with a Marie-curie IEF grant.

33. ERC Synergy grant, **2023**, 10,5 M euro, With Reek (UVA) and Akkari (NKI)
32. TKI Chemie, **2022**, 165K euro, with Liposoma BV
31. NWO XL, **2022**, 3000K euro, with NKI and AMC
30. NWO XS, **2021**, 50K euro
29. NWO Groot investering, **2021**, 2000K euro, co-applicant with Prof Sommerdijk
28. DSM Nutrional Products AG, Switzerland, **2019**, 103K euro
27. Cofund OLife , **2020**, 2 postdoc positions, 664K euro
26. PPS programma Immunologie "afweer in balans", **2018**, 1 PhD position shared with Prof Bouwstra (LACDR), Consortium budget 5000K euro
25. KWF, **2018**, 90K euro, Total budget 420K euro
24. TKI-programmatoeslag, **2017**, 35K euro
23. NWA Origin fellowship, **2017**, 200K euro
22. Huygens fellowship, **2017**, 200K euro
21. M-ERA, **2016**, 613K euro
20. NWO VICI, **2015**, 1500K euro
19. ERC Proof of Concept, **2015**, 150K euro
18. NWO TKI-NCI, **2014**, 823K euro
17. GSK, **2013**, with Bouwstra (LACDR), Budget 240K euro
16. ERC Proof of concept, **2013**, Budget Kros 132K euro
15. NWO ChemThem, **2011**, Budget Kros 260K, Total budget 500K euro
14. FOM programme, **2011**, Budget Kros 264K, Total budget 1374K euro
13. NanoNextNL, **2010**, Budget 340K euro
12. ERC-starting grant, **2009**, Budget 1392K euro.
11. NWO-echo grant, **2009**, Budget 240K euro, Co-PI in collaboration with Prof Koper (PI) and Dr Heering (co-PI).
10. Pre-ESA Proposal grant, **2009**, Budget Kros 51K euro, Total Budget 171K euro
9. Pre ESA Proposal grant, **2008**, Budget Kros 15K euro, Total Budget 105K euro
8. Smartmix grant, **2007**. Budget Kros 725K euro, Total Budget 14M euro
7. Pre ESA Proposal grant, **2006**. Budget Kros 107K euro, Total Budget 500K euro
6. Pre ESA Proposal grant, **2005**. Budget Kros 105K euro, Total Budget 432K euro
5. Pre ESA Proposal grant, **2004**. Budget Kros 71K euro, Total budget 308K euro.
4. KP-6 STREP, **2004**. Budget Kros 400K euro, Total budget 2100K euro.
3. NWO VENI grant, **2004**. Budget: 200K euro.
2. STW Bezoekersbeurs, **2000**. Budget: 40K euro.
1. Hoffman Travel Award, **1999**

Personal grants were obtained for:

| | |
|---|---|
| MSc Shuya Zang | CSC-grant (4-year PhD), **2023** |
| MSc. Bochuan Hu | CSC-grant (4-year PhD), **2022** |
| MSc. Yun Zhang | CSC-grant (4-year PhD), **2022** |

| | |
|---|---|
| MSc. Xuecheng Zhang | CSC-grant (4-year PhD), **2020** |
| MSc. Dinghao Wu | CSC-grant (4-year PhD), **2020** |
| MSc. O. Escalona-Rayo | CONACyT-grant (4-year PhD), **2020** |
| MSc. Y. Zeng | CSC-grant (4-year PhD), **2017** |
| MSc. P. Papadopoulou | Huygens Fellowship (4-year PhD), **2017** |
| MSc. M. Shen | CSC-grant (4-year PhD), **2016** |
| Msc. E. Egarova | MoscowState University, **2016**, (4-year PhD + 40K consuambles/chemicals) |
| Dr. J. Bussman | NWO-Veni grant, **2012,** Budget 260K euro |
| Dr. F. Campbell | Marie Curie IEF, **2012**, Budget 260K euro |
| Msc. L. Kong | CSC-grant (4-year PhD), **2013** |
| MSc. J. Tu | CSC-grant (4-year PhD), **2012** |
| MSc. J. Yang | CSC-grant (4-year PhD), **2012** |
| MSc. Y. Gao | CSC-grant (4-year PhD), **2010** |
| MSc. N. Lopez-Mora | CONACYT-grant (4-year PhD), **2010** |
| MSc. T. Zheng | CSC-grant (4-year PhD), **2009** |

**Editorial Board member**

- Editorial board member of Scientific Reports (Nature Publishing Group)
- Editorial board member of Frontiers in Chemical Biology as Review Editor (Nature Publishing Group)

**Meeting organizer**

Organizer (Programma Commissie) NWO CHAINS, 2-4 December 2024. The largest (inter)national chemistry meeting of the Netherlands.

Co-chair of the 253rd ACS National Meeting & Exposition, April 2-6, 2017, San Francisco, CA. Polymeric Materials: Sciences and Engineering (PMSE) Symposium on Molecular Engineering of Peptide Assembly

Co-organizer of the Alpbach workshop on coiled-coil, fibrous and repeat proteins. 3-8 September 2017, Alpbach, Austria.

Co-organizer of the focus session on Programmable peptide- and protein nanomaterials, at CHAINS 2018, the Netherlands.

Chair parallel session "*From synthetic membranes to synthetic cells*", CHAINS 2018, the Netherlands.

Co-organizer for Origins Center conference 2021 as start of an annual series *Origins of Life conference* to be held in 2021, the Netherlands. Ideally in collaboration with NWO.

Co-organizer for Kroese-Duijsters Symposium 2022 @Leiden University
https://www.universiteitleiden.nl/en/kroese-duijsters-symposium

Co-organizer for the Alpbach workshop on coiled-coil, fibrous and repeat proteins 2021/2022

Co-organizer for Origins Center conference "*Origins of Life conference*" to be held 2nd - 4th November 2022, Groningen, the Netherlands

Co-organizer Chemistry of Life Community Day, December 2022

**Review panel member**

- ERC advanced grants 2010
- ERC advanced grants 2012
- ERAsynbio grants 2014
- ERC starting grants 2015
- ERC starting grants 2017
- NWO Echo grants 2015, 2016, 2017
- Furthermore, I have (externally) reviewed proposals for the ERC starting grants 2016, Israel Science Foundation and the Swiss National Science Foundation (SNSF) and NWO-Chemical Sciences
- Reviewer of DFG, ISF and BBRSC grants 2016
- 2019 - to date European Science Foundation (ESF) College of External Reviewers
- H2020 FET-OPEN - NOVEL IDEAS FOR RADICALLY NEW TECHNOLOGIES 2019
- Strasbourg Institute for Advanced Study, France 2020
- EPRSC, UK 2021
- Slovenian Research Agency (ARRS), Slovenia 2021

- Royal Society Dorothy Hodgkin Fellowships, UK 2021
- European Innovation Council and Small and Medium-sized Enterprises Executive Agency (EISMEA), 2021
- United States-Israel Binational Science Foundation Jerusalem, Israel, 2022
- Slovenian Research Agency (ARRS), 2022
- EIC PATHFINDER OPEN 2022
- Medical Research Council (UK) 2022
- European Research Council (ERC) Consolidator Grants 2022 (external reviewer)
- Slovenian Research Agency (ARRS), Slovenia 2023

**<u>Local / national activities</u>**

- 2004-2005 Tutor first year bachelor chemistry students
- 2004- Member Safety Commission LIC
- 2003-2013 Superbudgetmanager SMC-group
- 2005-2008 Member of the Faculty Council (Faculteitsraad), Faculty of Mathematics and Natural Sciences
- 2005-2008 Member of the Institute Council of the Leiden Institute of Chemistry (Instituutsraad LIC)
- 2005- Member Library Committee (Bibliotheek Cie)
- 2007-2008 Vice chairman of the Faculty Council (Faculteitsraad), Faculty of Mathematics and Natural Sciences
- 2007 Member Praktikum Committee
- 2013-to date Member Exam committee master Chemistry and master Life Science &
- Technology.
- 2009-to date Representative of Leiden University within the CMBI-consortium
- 2010-to date Member Scientific Council (WERA) of the Leiden Institute of Chemistry
- 2011-2014 Member search committee for six tenure track positions in Chemical
- Biology (Benoemings Advies Commissie)
- 2010/2013 Speaker at Leiden University VIDI/ERC Starting Grant information meeting
- 2014-to date Member Library Committee of the faculty of natural sciences
- 2015-to date Chair Exam committee master Chemistry
- 2015-to date Member exam committee master Life Science & Technology
- 2017 Member "Benoemings Advies Commissie" for the promotion of Dr. v Noort to the rank of full professor at the Physics Institute (LION)
- 2017 Member China workgroup Faculty of Science representing LIC
- 2019 Member search committee for two faculty positions (Benoemings Advies Commissie) at LACDR
- 2020 Member PhD-position committee for LIC
- 2020 External member in de bevorderingscommissie voor de bevordering van
- Prof.dr. Giovanni Maglia (RUG)
- 2020 ` Member "Benoemings Advies Commissie" for the promotion of Dr. D. Claessen

- to the rank of full professor at the Biology Institute (IBL)
- 2021-to date Member of *Advisory Committee Chemistry of Life.* The Chemistry of Life
- advisory committee gives solicited and unsolicited advice to the board of the
- NWO Science domain on proposals for new programmes. The committee also
- has a monitoring role regarding the progress of ongoing programmes.
- 2022-to date PhD-committee meetings with LIC-PhD students after 9 months and 3 years

**Publications** [H-index 55, # citations > 9200, average # > 30]

Corresponding author is denoted with *.


xxx. F. Lozano Vigario, D. Ostroumov, J.A. Bouwstra, A. Kros, T. Wirth, B. Slütter*. Nasal subunit vaccination with cationic liposomes induces Influenza-specific resident CD8+ T cells in the airways and reduces viral burden upon infection. **2024**, *in preparation for European Journal of Immunology*.

xxx. W. van Os, D. Schilder, P. van der Helm, J. Passmore, H. Damstra, Y. Zeng, M. Witlox, E. Voest, L. Kapitein and A. Kros.* PLExM: plate insert-facilitated parallel expansion microscopy. **2024**, *in preparation*.

xxx. D. Bia, A. Van Hal, D. Aschmann, M. Shen, H. Zhang, L. Su, G. Arias-Alpizar, A. Kros, M. Barz,* J. Bussmann.* Deconvolving passive and active targeting of liposomes bearing LDL receptor binding peptides using the zebrafish embryo model. *Small* **2024**, *in revision.*

xxx. W.L. van Os, L. Wielaert, C. Alter, D. Davidović, R. Šachl, T. Kock, U. Ugueto González, G. Arias-Alpizar, F. Lozano Vigario, R. Knol, R. Kuster, S. Romeijn, N. Lopez Mora, P. Detampel, M. Hof, J. Huwyler, A. Kros.* Lipid conjugate dissociation analysis can improve preclinical- and mechanistic understanding of lipid-based nanomedicine. **2024**, *submitted*.

xxx. D.J. Kloosterman, J. Erbani, S.M. Handgraaf, M. Ando-Kuri, J. Tessier, L.W.H.G van Mil, M. Mertz, M. Nieuwland, E. Sanchez-Lopez, M. Giera, O. Schilling, K. Petrecca, D. Brandsma, A. Kros and L. Akkari*. Lipid metabolism underlies macrophage-rewired education in mesenchymal GBM to support malignancy. *Cell*, **2024**, *in revision*.

xxx. P. Papadopoulou, G. Arias-Alpizar, P. Weeda, T. Poppe, N. van Klaveren, T. Slíva, D. Aschmann, W. van Os, Y. Zhang, M.-A. Moradi, N. Sommerdijk, F. Campbell, A. Kros*. Structure-function relationship of phase-separated liposomes containing diacylglycerol analogues. **2024**, *in preparation.*

xxx. E.J. Slapak, M. el Mandili M.S. Ten Brink, A Kros, M.F. Bijlsma, and C.A. Spek. CAPN2-responsive mesoporous silica nanoparticles: A promising nanocarrier for targeted therapy of pancreatic cancer, **2024**, *submitted*.

xxx. F. Lozano Vigario, I. Simó Vesperinas, M.J.M de Jong, N.S.A. Crone, A. Wezel, H.J. Smeets, R.T.N. Tjokrodirijo, A.H. de Ru, P. van Veelen, P.H. Quax, M.R. de Vries, I. Bot, A. Kros, B. Slütter. Immunopeptidomic analysis of human atherosclerosis plaques identifies antigenic drivers of atherosclerosis. *Cardiovascular Research* **2024**, *Submitted*.

xxx. J. Methorst, N. Verwei, C. Hoffmann, P. Chodnickic, R. Sansevrino, H. Wang, N. van Hilten, D. Aschmann, A. Kros, L. Andreas, J. Czub, D. Milovanovic, and H. Jelger Risselada. Physics-Based Evolution of Cholesterol-Attracting Transmembrane Helices: Deciphering Cholesterol Attraction in Native Membrane Proteins. **2024**, *Submitted.*

xxx. N. Crone. S. Mousumi, N. Saad, D. Wu, G. Ashkenasy* and A. Kros.* Light triggered peptide based enantioselective organocatalytic esterase. **2024**, *in preparation.*

xxx. G. Zhao, Y. Zeng,* P. Papadopoulou, A. Kros,* and E. Snaar-Jagalska.* CD44-specific peptide-modified LNP-siRNA enhanced the targetability and therapeutic efficacy of breast cancer cells. **2024**, *in preparation.*

189. D. Aschmann, R. Knol, A. Kros*. Peptide Functionalized Lipid-based Nanoparticles for In vitro and In vivo Drug Delivery. **2024**, Acc.Chem.Res. (invited review), *in revision.*

188. R. Pattipeiluhu, Y. Zeng, M.M.R.M. Hendrix, I.K. Voets, A. Kros* and T.H. Sharp*. Paracrystalline Inverted Lipid Phases Encapsulating siRNA Enhance Lipid Nanoparticle Mediated Transfection. *Nat.Commun.* **2024**, *in press*.

187. J. van Strien, D.M.M. Makurat, Y. Zeng, R.C.L. Olsthoorn, G.F. Schneider, B. Slütter, J.A. MacKay, W. Jiskoot, A. Kros.* Non-covalent conjugation of OVA323 to ELP micelles increases immune response. *Biomacromolecules,* **2024**, *25*, 1027–1037. https://doi.org/10.1021/acs.biomac.3c01091

186. O. Escalona, P. Papadopoulou, B. Slütter, A. Kros*. Peptide Functionalized Lipid-based Nanoparticles for In vitro and In vivo Drug Delivery. *Current Opinion in Biotechnology* **2024***, 85,* 103041. https://doi.org/10.1016/j.copbio.2023.103041

185. E.J. Slapak,, M. el Mandili, M.S. Ten Brink, A. Kros, M.F. Bijlsma, and C.A. Spek. Preclinical Assessment of ADAM9-Responsive Mesoporous Silica Nanoparticles for the Treatment of Pancreatic Cancer. *Int. J. Mol. Sci.* **2023**, *24*(13), 10704. https://doi.org/10.3390/ijms241310704

184. O. Escalona-Rayo, Y. Zeng, R. Knol, T. Kock, D. Aschmann, B. Slütter*, A. Kros.* Evaluation of clinically-approved ionizable cationic lipids for lipid nanoparticle-mediated mRNA delivery and T-cell-inducing vaccine efficacy. *Biomedicine & Pharmacotherapy,* **2023**, 165, 115065. https://doi.org/10.1016/j.biopha.2023.115065

183. G. van der Borg, N. Crone, A.L. Boyle, A. Kros, and W.H. Roos. SNARE Mimic Peptide Triggered Membrane Fusion Kinetics Revealed Using Single Particle Techniques. *Phys.Chem.Chem.Phys.* **2023**, *25*, 13019-13026. https://doi.org/10.1039/D2CP04448J

182. P. Papadopoulou, R. van der Pol, N. van Hilten, M. Amin Moradi, M.J. Ferraz, J.M.F.G. Aerts, A. Sevink, H.J. Risselada and A. Kros.* Lipase-mediated selective hydrolysis of lipid droplets in phase separated liposomes. *Adv.Mat.* **2023**, *accepted.* https://doi.org/10.1002/adma.202310872 https://doi.org/10.26434/chemrxiv-2023-9q9wh

181. Y. Zeng, M. Shen, A. Singhal, G.J.A. Sevink, N. Crone, A.L. Boyle,* and A. Kros.* Enhanced liposomal drug delivery via membrane fusion triggered by dimeric coiled-coil peptides. *Small* **2023**, 2301133*.* https://doi.org/10.1002/smll.202301133

180. Y. Zeng, M. Estapé Senti, M.C.I. Labonia, M.A.D. Brans, I. Dokter, M.H. Fens, A. van Mil, J.P.G. Sluijter, R. Schiffelers, P. Vader,* A. Kros.* Fusogenic coiled-coil peptides enhance lipid nanoparticle-mediated mRNA delivery upon local administration. *ACS Nano* **2023**, *17*, 23466–23477*.* https://doi.org/10.1021/acsnano.3c05341

179. E.O. Bobylev, R. Knol, S. Mathew, D.A. Poole, B. de Bruin, A. Kros,* J.N.H. Reek.* Kinetically stable rhodamine functionalized $Pt_2L_4$ nano cages: Photophysical studies, anti-cancer activity and in vivo biodistribution. *Chemical Science* **2023**, *14*, 6943-6952. https://doi.org/10.1039/D3SC01086D
178. N. Crone, N. van Hilten, A. van der Ham, J. Risselada, A. Kros,* A. Boyle.* Azobenzene-based amino acids for the photocontrol of coiled-coil peptides. *ACS Bioconjugate Chem.* **2023**, *34,* 345–357. https://doi.org/10.1021/acs.bioconjchem.2c00534
177. G. Arias-Alpizar, P. Padopoulou, X. Rios, K. Reddy Pulagam, M.-A. Moradi, R. Pattipeiluhu, J. Bussmann, N. Sommerdijk, J. Llop, A. Kros*, F. Campbell. Phase-separated liposomes hijack endogenous lipoprotein transport and metabolism pathways to target subsets of endothelial cells *in vivo*. *Adv.Healthc.Mat.* **2023**, 2202709. https://doi.org/10.1002/adhm.202202709
176. J. van Strien, O. Escalona-Rayo, W. Jiskoot, B. Slütter, A. Kros.* Elastin-like polypeptide-based micelles as a promising platform in nanomedicine. *J.Control.Release* **2023**, *353*, 713-726. https://doi.org/10.1016/j.jconrel.2022.12.033
175. H. Warmenhoven, R. Leboux, A. Bethanis, J. Van Strien, A. Logiantara, H. Van Schijndel, L. Aglas, L. Van Rijt, B. Slütter, A. Kros, W. Jiskoot, R. van Ree. Cationic liposomes bearing Bet v 1 by coiled coil-formation are hypoallergenic and induce strong immunogenicity in mice. *Frontiers in Allergy* **2023**, *3*, 1092262. https://doi.org/10.3389/falgy.2022.1092262
174. E.O. Bobylev, Y. Zeng, K. Weijgertse, E. Koelman, E. Meijer, B. de Bruin, A. Kros*, J.N.H. Reek.* The application of M12L24 nanocages as cell-specific siRNA delivery agents in vitro. *CHEM* **2023**, *9*, 1578–1593. https://doi.org/10.1016/j.chempr.2023.03.018
173. Y. Zeng, O. Escalona Rayo, R. Knol, B. Slütter and A. Kros.* Lipid nanoparticle-based mRNA candidates elicit potent T cell immune responses. *Biomater. Sci.* **2023**, *11*, 964-974. https://doi.org/10.1039/D2BM01581A
172. Y. Zeng, M.J. Shen, R. Pattipeiluhu, X. Zhou, T. Bakkum, T.H. Sharp, A.L. Boyle, A. Kros*. Efficient mRNA delivery using fusogenic coiled-coil peptides. *Nanoscale*, **2023**, *15*, 15206-15218. https://doi.org/10.1039/D3NR02175K
171. X.-Q. Zhou, P. Wang, V. Ramu, S. Jiang, X. Li, S. Abyar, P. Papadopoulou, Y. Shao, M.A. Siegler, F. Buda, A. Kros, W. Sun, S. Bonnet. In vivo metallophilic self-assembly of a light-activated anticancer drug. *Nat.Chem.* **2023**, 15, 980–987 https://doi.org/10.1038/s41557-023-01199-w

170. J. van Strien, H. Warmenhoven, A. Logiantara, M. Makurat, L. Aglas, A. Bethanis, R. Leboux, L. van Rijt, A. Mackay, H. van Schijndel, G. Schneider, R. Olsthoorn, W. Jiskoot, R. van Ree, A. Kros*. 1Bet v 1-displaying elastin-like polypeptide nanoparticles induce a strong humoral and weak CD4+ T-cell response against Bet v 1 in a murine immunogenicity model. *Front. Immunol.* **2022**, *13*, 1006776. https://doi.org/10.3389/fimmu.2022.1006776
169. C.C. James, D. Wu ,E.O. Bobylev, A. Kros, B. de Bruin, J.N.H. Reek. Protection of a Gold Catalyst by a Supramolecular Cage for Application in Living Cells. *ChemCatChem* **2022**, e202200942. https://doi.org/10.1002/cctc.202200942

168. R. Pattipeiluhu, G. Arias-Alpizar, G. Basha, J. Bussmann, T.H. Sharp, M.A. Moradi, P.R. Cullis, A. Kros, D. Witzigmann F. Campbell. Anionic lipid nanoparticles preferentially deliver mRNA to the hepatic reticuloendothelial system. *Adv.Mater.* **2022** *34*, 2201095. https://doi.org/10.1002/adma.202201095
This work was highlighted by Merck/Wiley/AvantiLipids in the Expert insight handbook *Lipidomics Volume 3*, **2023**: https://content.knowledgehub.wiley.com/lipidomics-volume-3/

167. R. Kapteijn, S. Shitut, D. Aschmann, L. Zhang, A. Akiva, M. de Beer, R. Roverts, D. Daviran, G.P. van Wezel, A. Kros, D. Claessen. Endocytosis-like DNA uptake by cell wall-deficient bacteria reveals a putative ancient macromolecule uptake mechanism. *Nat.Commun.* **2022**, *13*, 5524. https://doi.org/10.1038/s41467-022-33054-w

166. E.A. Egorova, G.E.M. Lammers, F. Abdolahpur Monikh, A.L. Boyle, B. Slütter, A. Kros*. Gold nanoparticles decorated with ovalbumin-derived epitopes: effect of shape and size on T-cell immune responses. *RSC Adv.* **2022**, *12*, 19703 – 19716. https://doi.org/10.1039/D2RA03027F

165. E.A. Egorova, G. Arias-Alpizar, R.C. Vlieg, G.S. Gooris, J.A. Bouwstra, J. van Noort, A. Kros,* and A.L. Boyle*. Coating Gold Nanorods with Self-Assembling Peptide Amphiphiles Promotes Stability and Facilitates in vivo Two-Photon Imaging. *J.MaterChem.B.* **2022**, *10*, 1612 - 1622. https://doi.org/10.1039/D2TB00073C

164. Xi. Zhang, T. Liu, A. Boyle, A. Bahreman, Q. Jing, R. Kieltyka, A. Kros, G.F. Schneider, W. Fu. Dielectric-Modulated Biosensing with Ultrahigh-Frequency Operated Graphene Field-Effect Transistors. *Adv.Mater*. **2022**, 2106666. https://doi.org/10.1002/adma.202106666

163. F. Lozano Vigario, N.A. Nagy, M.H. The, R. Sparrius, J.A. Bouwstra, A. Kros, W. Jiskoot, E.C. de Jong, B. Slütter. The use of a staggered herringbone micromixer for the preparation of rigid liposomal formulations allows efficient encapsulation of antigen and adjuvant. *J.Pharm.Res.* **2022**, *111*, 1050-1057.
https://doi.org/10.1016/j.xphs.2022.01.029

162. Y. Xie, P. Papadopoulou, B. de Wit, J.C. d'Engelbronner, P. van Hage, A. Kros, M.J.M. Schaaf. Two Types of Liposomal Formulations Improve the Therapeutic Ratio of Prednisolone Phosphate in a Zebrafish Model for Inflammation. *Cells* **2022**, 11, 671. https://doi.org/10.3390/cells11040671

161. S. Shitut , M.J. Shen, B. Claushuis, R.J.E. Derks, M. Giera, D. Rozen, D. Claessen and A. Kros*. Generating heterokaryotic cells via bacterial cell-cell fusion. *Microbiology Spectrum* **2022**, *10,* e0169322.
https://doi.org/10.1128/spectrum.01693-22

160. G.A. Daudey, M. Shen, A. Singhal, P. van der Est, G.J.A. Sevink, A.L. Boyle, and A. Kros*. Liposome fusion with orthogonal coiled coil peptides as fusogens: The efficacy of roleplaying peptides *Chemical Science* **2021**, *12*, 13782 - 13792. https://doi.org/10.1039/D0SC06635D

159. F. Zhang, Y Zhang, L. Kong, H. Luo, Y. Zhang, E. Mäkilä, J Salonen, J.T. Hirvonen, Y. Zhu, Y. Cheng, L. Deng, H. Zhang, A. Kros, W. Cui, and H.A. Santos. Multistage Signal Interactive Nanoparticles Improves Tumor Targeting Through Efficient Nanoparticle–Cell Communications. *Cell Reports*, **2021,** *35*, 109131. https://doi.org/10.1016/j.celrep.2021.109131

158. E.J. Slapak, L. Kong, M. el Mandili, R. Nieuwland, A. Kros, M.F. Bijlsma, C.A. Spek. ADAM9-Responsive Mesoporous Silica Nanoparticles for Targeted Drug Delivery in Pancreatic Cancer. *Cancers* **2021**, 13, 3321. https://doi.org/10.3390/cancers13133321

157. H. Zhang, W. van Os, X. Tian, G. Zu, L. Ribovski, R. Bron, J. Bussmann, A. Kros, Y. Liu, I. Zuhorn. Development of curcumin-loaded zein nanoparticles for transport across the blood-brain barrier and inhibition of glioblastoma cell growth. *Biomaterials Science*, **2021,** *9*, 7092-7103. https://doi.org/10.1039/D0BM01536A

156. M.J. Shen, R.L.C. Olsthoorn, Y. Zeng, T. Bakkum, A. Kros,* A.L. Boyle.* Magnetic-activated Cell Sorting using Coiled-coil Peptides: an Alternative Strategy for Isolating Cells with High Efficiency and Specificity. *ACS Appl. Mater. Interfaces* **2021,** *13, 11621-11630*. https://doi.org/10.1021/acsami.0c22185

155. E.A. Egorova, G.S. Gooris, J.A. Bouwstra, A. Kros*, A.L. Boyle*. Self-assembly of thiolated versus non-thiolated peptide amphiphiles. *Peptide Science* **2021,** *113*, e24236. https://doi.org/10.1002/pep2.24236

154. R.J.T. Leboux, P. Schipper, T.M.M. van Capel, L. Kong, K. van der Maaden, A. Kros, W. Jiskoot, E.C. de Jong, J. Bouwstra. Antigen uptake after intradermal microinjection depends on antigen nature and formulation, but not on injection depth. *Frontiers in Allergy* **2021,** *2*, 642788. https://doi.org/10.3389/falgy.2021.642788

153. G. Arias-Alpizar, B. Koch, N.M. Hamelmann, M.A. Neustrup, J.M.J. Paulusse, W. Jiskoot, A. Kros, J. Bussmann. Stabilin-1 is required for the endothelial clearance of small anionic nanoparticles. *Nanomed.* **2021**, *34*, 102395. https://doi.org/10.1016/j.nano.2021.102395

152. X.-Q. Zhou, W. Sun, P. Wang, V. Ramu, S. Jiang, S. Abyar, P. Papadopoulou, Y. Shao, M.A. Siegler, F. Buda, J. Fan, X. Peng, A. Kros, S. Bonnet*. Intracellular dynamic assembly of deep-red emitting supramolecular nanostructures based on the Pt…Pt metallophilic interaction. *Adv.Mat.* **2021,** *33*, 2008613. https://doi.org/10.1002/adma.202008613

151. R.J.T. Leboux, N. Benne, W.A. van Os, J. Bussmann, A. Kros, W. Jiskoot, B.A. Slütter. High-affinity antigen association to cationic liposomes via coiled coil-forming peptides induces a strong antigen-specific CD4+ T-cell response. *European Journal of Pharmaceutics and Biopharmaceutics* **2021** *158* (2021), 96–105. Chosen by the editors for the **Best Paper Award 2021.** https://doi.org/10.1016/j.ejpb.2020.11.005

150. E.A. Golysheva, A.L. Boyle, B. Biondi, P. Ruzza, A. Kros, J. Raap, C. Toniolo, F. Formaggio, S.A. Dzuba. Probing the E/K peptide coiled-coil assembly by double electron-electron resonance and circular dichroism. *Biochemistry* **2021,** 60, 19-31. https://doi.org/10.1021/acs.biochem.0c00773

149. S. Shitut*, G. Bergman, A. Kros, D. Rozen, D. Claessen. Use of permanent wall-deficient cells as a system for the discovery of new-to-nature metabolites. *Microorganisms* **2020** *8,* 1897.

148. H. Arjmandi-Tash, L.M.C. Lima, L. Belyaeva, T. Mukhina, G. Fragneto, A. Kros, T. Charitat, G. Schneider. Encapsulation of graphene in the hydrophobic core of a lipid bilayer. *Langmuir* **2020** *36,* 14478-14482.

147. P.M.G. van Deursen, V. Tudor, A. Kros, G.F. Schneider. Patent application "Methods for fabricating and locating thin film liquid cells" **2020**, application number PCT/EP2020/087551. United States Patent Application 20230025535 Kind Code: A1

146. G. Arias-Alpizar, L. Kong, R. Vlieg, A. Rabe, P. Papadopoulou, M.S. Meijer, S. Bonnet, S. Vogel, J. van Noort, A. Kros* and Frederick Campbell*. Light-triggered switching of liposome surface charge directs the intracellular delivery of membrane impermeable payloads in vivo. *Nature Communications* **2020**, *11*, 3638. https://doi.org/10.1038/s41467-020-17360-9

145. R. Pattipeiluhu, S. Crielaard, I. Klein-Schiphorst, B.I. Florea, A. Kros* and F. Campbell*. Unbiased identification of the liposome protein corona using photoaffinity based chemoproteomics. *ACS Central Science* **2020**, *6*, 535-545. https://doi.org/10.1021/acscentsci.9b01222

144. N.S.A. Crone, A. Kros* and A.L. Boyle*. Modulation of coiled-coil binding strength and fusogenicity through peptide stapling. *Bioconj. Chem.* **2020**, *31*, 834-843.

143. X.-Q. Zhou, M. Xiao, J. Hilgendorf, X. Lib, P. Papadopoulou, M.A. Siegler, A. Kros, W. Sun and S. Bonnet. The self-assembly of a cyclometalated palladium photosensitizer into proteins-stabilized nanorods triggered drug uptake in vitro and in vivo. *J.Am.Chem.Soc.* **2020**, *142*, 10383-10399 .

142. E.A. Egorova, M.M.J. van Rijt, N.A.J.M. Sommerdijk, G.S. Gooris, J.A. Bouwstra, A.L. Boyle, and A. Kros*. One peptide for them all? Gold nanoparticles of different sizes are stabilized by a common peptide amphiphile, *ACS Nano* **2020**, *14*, 5874-5886. https://doi.org/10.1021/acsnano.0c01021

141. N. Benne, R. Martins Cardoso, A.L. Boyle, A. Kros, W. Jiskoot, J. Kuiper, J. Bouwstra, M. Van Eck, B. Slütter. Complement Receptor Targeted Liposomes Encapsulating the Liver X Receptor Agonist GW3965 Accumulate in and Stabilize Atherosclerotic Plaques, *Adv.Healthc.Mater.*, **2020**, *9*, 2000043.

140. L. Kong, E. Dawkins, F. Campbell, E. Winkler, R.J.E. Derks, M. Giera, F. Kamp, H. Steiner and A. Kros*. Photo-controlled delivery of very long chain fatty acids to cell membranes and modulation of membrane protein function, *BBA Biomembranes*, **2020**, *1862*, 183200.

139. K.M. Bąk, BJ van Kolck, A. Kros,* and M.J. Chmielewski*. Oxyanion Transport across Lipid Bilayers: Direct Measurements in Large and Giant Unilamellar Vesicles, *Chem.Commun.* **2020**, *56,* 4910-4913.

138. V Saez Talens, G. Arias Alpizar, J. Bussmann, A. Kros*, R.E. Kieltyka*. Shape-dependent distribution of squaramide-based supramolecular polymer nanoparticles in zebrafish embryos. Biomacromolecules, **2020,** *21,* 1060-1068.

137. L. Kong, Q. Chen, F. Campbell, E. Snaar-Jagalska and A. Kros*. Light triggered, cancer cell-specific liposome fusion and drug delivery *in vivo*. *Adv.Healthc.Mat.* **2020**, 1901489. https://doi.org/10.1002/adhm.201901489

136. N.L. Mora, A.L. Boyle, B.J. van Kolck, A. Rossen, Š. Pokorná, A. Koukalová, R. Šachl, M. Hof and A. Kros*. Controlled liposomal membrane fusion triggered by fusogenic coiled-coil peptides assessed by simultaneous dual-color time-lapsed fluorescence microscopy. *Sci.Rep.* **2020**, *10*, 3087.

135. P.M.G. van Deursen, R.I. Koning, V. Tudor, M.A. Moradi, J.P. Patterson, A. Kros, N.A.J.M. Sommerdijk, A.J. Koster, G.F. Schneider. Graphene liquid cells assembled through loop-assisted transfer method and located with correlated light-electron microscopy. *Adv.Func.Mater.*, **2020**, *30*, 1904468.

134. A.L. Boyle, M. Rabe, N.S.A. Crone, G.G. Rhys, N. Soler, P. Voskamp, N.S. Pannu, and A. Kros. Selective coordination of three transition metal ions within a coiled-coil peptide scaffold. *Chemical Science* **2019**, *10*, 7456-7465.

133. M.M.J. van Rijt, A. Ciaffoni, A. Ianiro, M.A. Moradi, A.L. Boyle, A. Kros, H. Friedrich, N.A.J.M. Sommerdijk and J.P. Patterson. Designing stable, hierarchical peptide fibers from block co polypeptide sequences. *Chemical Science* **2019**, *10,* 9001-9008.

132. G.A. Daudey, C. Schwieger, M. Rabe, A. Kros*. Influence of membrane-fusogen distance on the secondary structure of fusogenic coiled coil peptides. *Langmuir* **2019**, *35*, 5501-5508.

131. T.H. Sharp, A.L. Boyle, C.A. Diebolder, A. Kros, A.J. Koster and P. Gros. 4IgM-mediated complement activation visualized by cryo-ET of IgM-C1-C4b on membranes. *Proc.Nat.Acad.Sci.* **2019**, *116*, 11900-11905.

130. L. Kong, F. Campbell and A. Kros*. DePEGylation strategies to increase cancer nanomedicine efficacy. *Nanoscale Horizons*, **2019**, *4*, 378-387.

129. S. Sieber, P. Grossen, J. Bussmann, F. Campbell, A. Kros, D. Witzigmann, J. Huwyler. The Zebrafish as a Preclinical In Vivo Screening Model for the Design and Optimization of Nanomedicines. *Adv.Drug.Del.Rev.* **2019**, *151-152*, 152-168.

128. A. Koukalová, Š. Pokorná, A.L. Boyle, N. Lopez Mora, A. Kros, M. Hof and R. Šachl. Distinct Roles of SNARE-mimicking Lipopeptides during Initial Steps of Membrane Fusion. *Nanoscale* **2018**, *10*, 19064 – 19073.

127. G. Du, L. Woythe, K. van der Maaden, M. Leone, S. Romeijn, A. Kros, G. Kersten, W. Jiskoot, J.A. Bouwstra. Coated and Hollow Microneedle-Mediated Intradermal Immunization in Mice with Diphtheria Toxoid Loaded Mesoporous Silica Nanoparticles. *Pharmaceutical Research* **2018,** *35*, 189.

126. S.H.C. Askes, N. Bossert, J. Bussmann, V. Saez Talens, R. Kieltyka, A. Kros, S. Bonnet, and D. Heinrich. Dynamics of dual-fluorescent polymersomes with durable integrity in living cancer cells and zebrafish embryos. *Biomaterials* **2018**, *168*, 54-63.

125. F. Zhang, L. Kong, D. Liu, W. Li, E. Mäkilä, A. Correia, R. Lindgren, J. Salonen, J.J. Hirvonen, H. Zhang, A. Kros*, H.A. Santos*. Sequential Antifouling Surface for Efficient Modulation of the Nanoparticle-Cell Interactions in Protein-Rich Environment. *Advanced Therapeutics* **2018**, *1*, 1800013.

124. J. Tu, J. Bussmann, G. Du, Y. Gao, J.A. Bouwstra, A. Kros*. Lipid Bilayer-Coated Mesoporous Silica Nanoparticles Carrying Bovine Hemoglobin as an Erythrocyte Mimic. *Int. J. Pharmaceutics* **2018**, *543*, 169-178.

123. J. Yang, Z. Meng, Q. Liu, Y. Shimada, R.C.L. Olsthoorn, H. Spaink, A. Herrmann* and A. Kros*. Performing DNA Nanotechnology Operations on a Zebrafish. *Chemical Science,* **2018***, 9, 7271 – 7276.*

122. N. Crone, D. Minnee, A. Kros, A. Boyle. Peptide-mediated liposome fusion: The effect of anchor positioning. *Int. J. Mol. Sci.* **2018**, *19*, 211.

121. G.S. Gooris, M. Kamran, A. Kros, D.J. Moore and J.A. Bouwstra. Interactions of dipalmytoyl phosphatidyl choline with skin lipids. *Biochim Biophys Acta-Biomembranes.* **2018**, *1860*, 1272-1281.

120. P. Kumar, M. van Son, T. Zheng, J. Raap, A. Kros and M. Huber. *Coiled-coil Formation of the Membrane-Fusion K/E Peptides Viewed by Electron Paramagnetic Resonance.* PLOS One, **2018**, *13*, Article Number: e0191197.

119. Selective blood vessel deletion using liposomal drug delivery. J. Bussmann, S. Sieber, E. van Rooijen, F.L. Bos, H. Zope, J. Shih, L.I. Zone, J. Huwyler, A. Kros,* and F. Campbell*. *ACS Nano* **2018**, *12*, 2138–2150.
-Chosen by ACS Nano editorial board as "*ACS Editors'choice*".
-Highlighted in C2W https://www.c2w.nl/nieuws/zebravis-speelt-voor-menselijke-lever/item19690.
-A perspective article was written in ACS Nano to highlight this work: https://pubs.acs.org/doi/pdfplus/10.1021/acsnano.8b00141

118. G.A. Daudey, H.R. Zope, J. Voskuhl, A.L. Boyle*, Alexander Kros*. Insight as to the mechanism of peptide mediated fusion of liposomes by varying spacer length. *Langmuir* **2017**, *33,* 12443-12452.
117. L. Kong, D. Poulcharidis, G.F. Schneider, F. Campbell, A. Kros*. Photocaged, doxorubicin pro-drug micelles for controlled drug release. *Int. J. Mol. Sci.* **2017**, *18*, 2033.
116. G. Du, R.M. Hathout, M. Nasr, M.R. Nejadnik, J. Tu, R.I. Koning, A.J. Koster, B. Slütter, A. Kros, W. Jiskoot, J.A. Bouwstra, J. Mönkäre. Intradermal vaccination with hollow microneedles: a comparative study of various protein antigen and adjuvant encapsulated nanoparticles. *J.Control.Rel.* **2017**, *266*, 109–118.
115. J. Yang, J. Tu, G.E.M. Lamers, R.C.L. Olsthoorn and A. Kros*. Membrane Fusion Mediated Intracellular Delivery of Lipid Bilayer Coated Mesoporous Silica Nanoparticles. *Adv.Healthc.Mat.* **2017**, *6,* 1700759.
114. N. Lopez Mora,* Y. Gao, M.G. Gutierrez, J. Peruzzi, I. Bakker, R.J.R.W. Peters, B. Siewert, S. Bonnet, R.E. Kieltyka,* J.C.M. van Hest, N. Malmstadt and A. Kros. Evaluation of dextran(ethylene glycol) hydrogel films for giant unilamellar vesicle production and their application for the encapsulation of polymersomes. N *Soft Matter* **2017**, *13*, 5580 - 5588.
113. W.E.M. Noteborn, Y. Gao , W. Jesse, A. Kros, R.E. Kieltyka. Dual-Crosslinked Human Serum Albumin Polymer Hydrogels for Affinity-Based Drug Delivery. *Macromolecular Materials and Engineering* **2017**, *302*, Article Number: 1700243.
112. D. Poulcharidis, K. Belfor, A. Kros* and S.I. van Kasteren*. A Flow Cytometry Assay to Quantify Intercellular Exchange of Membrane Components. *Chem.Sci.* **2017**, *8*, 5585-5590.
111. Z. Meng, J. Yang, Q. Liu, J.W. de Vries, A. Gruszka, A. Rodríguez-Pulido, B.J. Crielaard, A. Kros*, A. Herrmann*. Efficient fusion of liposomes by quadruple-anchored DNA. *Chem.Eur.J.* **2017**, *23*, 9391-9396.
110. J Tu, G. Du, M.R. Nejadnik, J. Mönkäre, K. van der Maaden, P.H.H. Bomans, N.A.J.M. Sommerdijk, W. Jiskoot, J.A. Bouwstra, A. Kros* . Mesoporous silica nanoparticle-coated microneedles for intradermal delivery of ovalbumin. *Pharm.Res.* **2017**, *34*, 1693-1706.
109. R.C. Stan, A. Kros, N. Akkilic, N.J. Sanghamitra, J. Appel. Direct wiring of the azurin redox center to gold electrodes investigated by protein film voltammetry. *Journal of Electroanalytical Chemistry*. **2017**, 787, 14-18.
108. W.E.M. Noteborn, D.N.H. Zwagerman, V. Saez Talens, C. Maity, L. van der Mee, J.M. Poolman, S. Mytnyk, J.H. van Esch, A. Kros, R. Eelkema, R.E. Kieltyka*. Crosslinker-induced effects on the gelation pathway of a low molecular weight hydrogel. *Adv. Mater.* **2017,** 1603769.

107. J.J.M. Lenders, L.A. Bawazer, D.C. Green, H.R. Zope, P.H.H. Bomans, G. de With, A. Kros, F.C. Meldrum, and N.A.J.M. Sommerdijk. Combinatorial Evolution of Biomimetic Magnetite Nanoparticles. *Adv.Funct.Mat.* **2017**, *27*, 1604863.

106. J. Tu, A.L. Boyle, H. Friedrich, P.H.H. Bomans, J. Bussmann, N.A.J.M. Sommerdijk, W. Jiskoot, A. Kros*. Mesoporous Silica Nanoparticles with Large Pores for the Encapsulation and Release of Proteins. *ACS Appl. Mater. Interfaces,* **2016**, *8*, 32211–32219.

105. M. Rabe*, C. Aisenbrey, K. Pluhackova, V. de Wert, A. Boyle, D. Bruggeman, S.A. Kirsch, R.A. Böckmann, A. Kros, J. Raap, and B. Bechinger. Fusogenic peptides shaping the membranes of docked vesicles, studied by fluorescence spectroscopy, solid state NMR, and MD simulations. *Biophys. J.* **2016**, *111*, 2162-2175.

104. L.M.C. Lima, W. Fu, L. Jiang, A. Kros and G.F. Schneider*. Graphene on a lipid monolayer: Structure and properties. *Nanoscale* **2016**, *8*, 18646-18653.

103. J. Yang, A. Bahreman, G. Daudey, J. Bussmann, R.C.L. Olsthoorn* and Alexander Kros*. Drug delivery via cell membrane fusion using lipopeptide modified liposomes. *ACS Central Science* **2016**, *2,* 621–630. https://doi.org/10.1021/acscentsci.6b00172

102. J. Yang, Y. Shimada, R.C.L. Olsthoorn, B.E. Snaar-Jagalska, H.P. Spaink and A. Kros*. Application of Coiled Coil Peptides in Liposomal Anti-Cancer Drug Delivery using a Zebrafish Xenograft Model**.** *ACS Nano,* **2016**, *10*, 7428–7435.

101. S.H.C. Askes, W. Pomp, S.L. Hopkins, A. Kros, S. Wu, T. Schmidt, and S. Bonnet*. Imaging with upconverting polymersomes in cancer cells: anti-oxidants brighten triplet-triplet annihilation upconversion. *Small* **2016**, *12*, 5579-5590.

100. E. Oude Blenke, J. van den Dikkenberg, B. van Kolck, A. Kros, E. Mastrobattista. Coiled coil interactions for the targeting of liposomes for nucleic acid delivery. *Nanoscale* **2016**, *8*, 8955-8965.

99. R. Stan, A. Kros, J. Appel, N.J. Sanghamitra. Probing the Active Site of an Azurin Mutant Hot-Wired to Gold Electrodes. *J. Phys. Chem. Part C.* **2016**, *120 (14)*, 7639–7645.

98. F. Savic, T.T. Kliesch, S. Verbeek, C. Bao, J. Thiart, J. Enderlein, A. Kros, B. Geil, A. Janshoff. Characterization of membrane geometries in a 2D fusion assay by analysis of FRAP experiments. *Biophys. J.* **2016**, *110*, 2216-2228.

97. T. Zheng, M. Bulacu, G. Daudey, F. Versluis, J. Voskuhl, G. Martelli, J. Raap, G.J.A. Sevink, A. Kros, and A.L. Boyle*. A non-zipper-like tetrameric coiled coil promotes membrane fusion. *RSC Advances* **2016**, *6,* 7990-7998.

96. N. Lopez Mora, A. Bahreman, H. Valkenier, H. Li, T.H. Sharp, D.N. Sheppard, A.P. Davis and A. Kros*. Targeted anion transporter delivery by coiled-coil driven membrane fusion. *Chemical Science* **2016**, 7, 1768 - 1772.

95. L. Kong, S.H.C. Askes, S. Bonnet, A. Kros* and F. Campbell*. Temporal Control of Membrane Fusion through Photolabile PEGylation of Liposome Membranes. *Angew.Chem. Int. Ed.* **2016**, 55, 1396-1400.

94. M. Rabe, H.R. Zope and **A. Kros***. The interplay between lipid interaction and homo-coiling of membrane tethered coiled-coil peptides. *Langmuir* **2015**, *31*, 9953-9964.

93. L.L.G. Schwenen, R. Hubrich, B. Geil, J. Yang, **A. Kros**, D. Milovanovic, R. Jahn, C. Steinem. Detecting single SNARE-mediated fusion events in planar pore-spanning membranes. *Scientific Reports.* **2015**, *5*, Article number: 12006.

92. S.H.C. Askes, N. López Mora, R. Harkes, R.I. Koning, B. Koster, T. Schmidt, **A. Kros**, S. Bonnet. Imaging the lipid bilayer of giant unilamellar vesicles using red-to-blue light upconversion. *Chem. Commun.* **2015**, *51*, 9137-9140.

91. R.C. Stan, **A. Kros**, N. Akkilic, J. Appel and N.J.M. Sanghamitra. Conductance switching and organization of two structurally related molecular wires on gold. *Langmuir*, **2015**, *31, 953-958.*

90. J.J.M. Lenders, H.R. Zope, A. Yamagishi, P.H.H. Bomans, A. Arakaki, **A. Kros**, G. de With, and N.A.J.M. Sommerdijk*. Bioinspired Magnetite Crystallization Directed by Random Copolypeptides. *Adv. Func. Mater.* **2015**, *25*, 711 -719.

89. M. Rabe, A. Boyle, H. Zope, F. Versluis and **A. Kros***. Determination of Oligomeric States of Peptide Complexes Using Thermal Unfolding Curves. *Biopolymers*, **2015**, *104*, 65–72.

88. H. Valkenier, N. López Mora, **A. Kros,*** and A.P. Davis*. Visualisation and quantification of transmembrane ion transport into giant unilamellar vesicles. *Angew. Chem. Int. Ed. Eng.* **2015**, *54*, 2137–2141.

87. T. Zheng, A. Boyle, H. Robson Marsden, J. Raap and **A. Kros***. Probing coiled-coil assembly by paramagnetic NMR spectroscopy. *Org. Biomol. Chem.* **2015**, *13*, 1159 – 1168.

86. F. Versluis, J. Voskuhl, J. Vos, H. Friedrich, B.J. Ravoo, P.H.H. Bomans, M.C.A. Stuart, N.A.J.M. Sommerdijk* and **A. Kros***. Mixing it up: in situ formation of hybrid nanoparticles. *Soft* Matter, **2014**, *10,* 9746-9751.

85. V. Dmitrovic, J.J.M. Lenders, H. Zope, G. de With, **A. Kros***, and NA.J.M. Sommerdijk*. Polymeric Mineralization Control Agents: A Library of Random Poly(amino acid)s by Solid Phase Synthesis. *Biomacromolecules,* **2014**, *15 (10),* 3687–3695.

84. M. Rabe, C. Schwieger, H.R. Zope, F. Versluis, A. Blume and **A. Kros***. Interactions of Fusiogenic coiled coil forming Peptides and Lipopeptides with Lipid Monolayers (and Implications for Lipopeptide Mediated Vesicle Fusion). *Langmuir* **2014**, *30*, 7724–7735.

83. Y. Gao, R. Kieltyka, B. Norder, and **A. Kros***. Thiolated Human Serum Albumin Crosslinked Dextran Hydrogel for Controlled Release. *Soft Matter, **2014**, 10, 4869 – 4874.*

82. H. Robson Marsden, **A. Kros***. Functional Frontiers: Engineering Biomimetic Interfaces. *Invited review* for RSC Specialist Periodical Reports (SPR) Book series on Synthetic Biology, Editors - Luc Brunsveld, Max Ryadnov and Hiro Suga. *Vol 1.* **2014**, *1*, 253–274.

81. A. Bahreman, M. Rabe, **A. Kros**, G. Bruylants, S. Bonnet. Binding of a ruthenium complex to a thioether ligand embedded in a negatively charged lipid bilayer: a two-step mechanism. *Chem. Eur. J.* **2014**, *20*, 7429–7438.

80. S.A. van den Berg, J. Tu, K. Sliedregt-Bol, **A. Kros**, T. Wennekes,* and H. Zuilhof. Functionalization of Mesoporous Silica via 1,ω-Alkenes and Thiol-Ene Click Chemistry. *Adv. Mater. Interfaces,* **2014**, *1, 1300061.*

79. S. Cavalli*, M. Overhand and **A. Kros**. β-Sheet folding induced by peptide-liposome conjugation via copper(I)-catalyzed [3+2] azide-alkyne cycloaddition. *ChemPlusChem,* **2014***, 79,* 564–568.

78. N. López Mora, J.S. Hansen, Y. Gao, A.A. Ronald, R. Kieltyka, N. Malmstadt, and **A. Kros,*** Efficient giant vesicle formation under physiological conditions. *Chem. Commun.* **2014,** *50 (16),* 1953 - 1955.

77. H. Zope, C. Barnier Quer, P.H.H. Bomans, N.A.J.M. Sommerdijk **A. Kros***, W. Jiskoot*. Peptide amphiphile nanoparticles enhance the immune response against a CpG adjuvanted influenza antigen. *Adv. Healthc. Mater.* **2014**, *3*, 343–348.

76. H.R. Zope, F. Versluis, A. Ordas, J. Voskuhl, H.P. Spaink and **A. Kros***. *In vitro* and *In vivo* supramolecular biomembrane engineering using a lipidated coiled-coil motif. *Angew. Chem. Int. Ed. Eng.* **2013**, *52(52)*, 14247-14251.

75. G. Martelli, H. Zope, M. Bròvia Capell and **A. Kros***. Coiled-coil peptide motifs as thermoresponsive valves for mesoporous silica nanoparticles. *Chemical Communications,* **2013**, *49*, 9932-9934.

74. C. Barnier Quer, A. Elsharkawy, S. Romeijn, A. Kros, W. Jiskoot. Adjuvant effect of cationic liposomes for subunit influenza vaccine: influence of antigen loading method, bilayer composition and immune modulators. *Pharmaceutics* ***2013**. 5,* 392-410.

73. K. V. D. Maaden, H. Yu, K. Sliedregt, R. Zwier, R. Leboux, M. Oguri, A. Kros, W. Jiskoot and J. Bouwstra. Nanolayered chemical modification of silicon surfaces with ionizable surface groups for pH-triggered protein adsorption and release: application to microneedles. *J. Mater. Chem. B: Materials for Biology and Medicine*, **2013**, 1(35), 4466-4477.

72. F. Versluis, J. Dominguez, J. Voskuhl and **A. Kros***. Coiled coil driven membrane fusion: zipper-like vs. non-zipper-like peptide orientation. *Faraday Discuss.*, **2013**, *166*, 349–359.

71. F. Versluis, J. Voskuhl, B. van Kolck, H. Zope, M. Bremmer, T. Albregtse and **A. Kros***. Induced membrane fusion through in situ modification of plain liposomes with lipidated coiled coil forming peptides. *J. Am. Chem. Soc.* **2013**, *135*, 8057–8062.

70. P. Nadrah,F. Porta, O. Planinšek, A. Kros, M. Gaberščcek*. Poly(propylene imine) dendrimer caps on mesoporous silica nanoparticles for redox-responsive release: smaller is better. *PhysChemChemPhys* **2013**, *15*, 10519-10536.

69. H. Robson Marsden, A.V. Korobko, T. Zheng, J. Voskuhl, **A. Kros***. Controlled liposome fusion mediated by SNARE protein mimics. *Biomater. Sci.,* ***2013,*** *1 (10),* 1046 – 1054.

68. T. Zheng, J. Voskuhl, F. Versluis, H.R. Zope, I. Tomatsu, H. Robson Marsden, and **A. Kros***. Controlling the rate of coiled coil driven membrane fusion. *Chemical Communications*, **2013**, 49, 3649-3651.

67. F. Porta and **A. Kros***. Colloidosomes as single implantable beads for the in vivo delivery of hydrophobic drugs. *Particles & Particle Systems Characterization,* **2013**, *30*, 606–613.

66. F. Porta, J. Morrahyim, G.E.M. Lamers, C. Barnier Querc, N. Gaggero, A. Chatzopoulou, M. Schaaf, H. den Dulk, C. Backendorf, J.I. Zink and **A. Kros***. Folic acid modified mesoporous silica nanoparticles for targeted drug delivery. *Advanced Healthcare Materials* **2013**, 2, 281-286.

65. J. Voskuhl, C. Wendeln, F. Versluis, E. Fritz, O. Roling, H. Zope, C. Schulz, S. Rinnen, H.F. Arlinghaus, B.J. Ravoo* and **A. Kros***. Immobilisation of Liposomes and Vesicles on Patterned Surfaces via a Peptide Coiled-coil Binding Motif. *Angew. Chem. Int. Ed. Eng.* **2012**, 51, 12616–12620.

64. C. Barnier Quer, A. Elsharkawy, S. Romeijn, A. Kros, W. Jiskoot. Cationic liposomes as adjuvants for influenza hemagglutinin: more than charge alone. *Eur. J. Pharm. Biopharmaceutics,* **2012,** *81(2),* 294-302.

63. J. Groen, D. Deamer, A. Kros and P. Ehrenfreund. Polycyclic aromatic hydrocarbons as plausible prebiotic cholesterol analogues. *Origins of Life and Evolution of Biospheres*. **2012**, *42*, 295-306.

62. A.S. Schenk, H. Zope, Y. Kim, A. Kros, N.A.J.M. Sommerdijk, and Fiona C. Meldrum. Polymer-Induced Liquid Precursor (PILP) Phases of Calcium Carbonate Formed in the Presence of Synthetic Acidic Polypeptides – Relevance to Biomineralization. *Faraday Discussions*, **2012**, *159,* 327-344.

61. K. van der Maaden, K. Sliedregt, A. Kros, W. Jiskoot, J. Bouwstra. Fluorescent nanoparticle adhesion assay: a novel method for surface pKa determination of self-assembled monolayers on silicon surfaces. *Langmuir*, **2012**, *28*, 3403-3411.

60. F. Versluis, J. Voskuhl, I. Tomatsu, B.J. Ravoo, **A. Kros***. Power struggles between and among cyclodextrin vesicles and oligopeptides. *Soft Matter*, **2012**, *8* (33), 8770 – 8777.
59. F. Sharif, F. Porta, A.H. Meijer, A. Kros, M.K. Richardson. Mesoporous silica nanoparticles as a compound delivery system in zebrafish embryos. *Int. J. Nanomedicine*, **2012**, *2012:7*, 1875 - 1890.

58. I. Tomatsu, H. Robson Marsden, M. Rabe, F. Versluis, T. Zheng, H. Zope and **A. Kros***. Influence of pegylation on peptide-mediated liposome fusion. *J. Mater. Chem.* **2011**, *21*, 18927–18933. Chosen as a hot article by the journal.
57. I. Tomatsu, K. Peng and **A. Kros***. Photoresponsive hydrogels for biomedical applications Advanced Drug Delivery Reviews. *Adv. Drug. Deliv. Rev.*, **2011**, *63*, 1157-1166.
56. C. Barnier Quer, H. Robson Marsden, S. Romeijn, H. Zope, **A. Kros** and W. Jiskoot*. Polymersomes enhance the immunogenicity of influenza subunit vaccine. *Polym. Chem.* **2011**, *2*, 1482-1485.
55. F. Porta, G.E.M. Lamers, J.I. Zink, **A. Kros***. Peptide modified mesoporous silica nanocontainers. *Phys. Chem. Chem. Phys.* **2011**, *13*, 9982-9985.
54. K. Peng, I. Tomatsu, B. van den Broek, C. Cui, A.V. Korobko, J. van Noort, A.H. Meijer, H.P. Spaink and **A. Kros***. Dextran based photodegradable hydrogels formed via a Michael addition. *Soft Matter*, **2011**, *7*, 4881-4887.
53. H. Robson Marsden, C. Barnier Quer, W. Jiskoot and **A. Kros***. Supramolecular triblock copolymers controlled by the coiled-coil motif: A new tool for drug delivery. *J. Control. Rel.* **2010**, *148*, E110-E111.
52. H. Robson Marsden, I. Tomatsu and **A. Kros***. Model systems for Membrane fusion. Chem. Soc. Rev. **2011**, *40*, 1572-1585.
51. H. Robson Marsden, L. Gabrielli, and **A. Kros*.** Rapid Preparation of Polymersomes by a Water Addition – Solvent Evaporation Method. *Polymer Chemistry* **2010**, *1*, 1512-1518.
50. H. Robson Marsden, J.G.E.M. Fraaije and **A. Kros***. Introducing Quadrupole Interactions to the Peptide Design Toolkit. *Angew. Chem. Int. Ed.* **2010**, 49, 8570-8572.
49. K. Peng, C. Cui, I. Tomatsu, A.H. Meijer, H.P. Spaink, and **A. Kros***. Cyclodextrin/dextran based drug carriers for a controlled release of hydrophobic drugs in zebrafish embryos. *Soft Matter*, **2010**, 6, 3778–3783.
48. K. Peng, I. Tomatsu and **A. Kros***. Light controlled protein release from a supramolecular hydrogel. *Chem. Commun.* **2010**, 46, 4094 – 4096.
47. H. Robson Marsden, F. Versluis and **A. Kros***. Power struggles in peptide-amphiphile nanostructures. *Chemical Society Reviews.* **2010**, *39*, 3434-3444.
46. J. Davis, B. Peters, W. Xi, J. Appel, A. Kros, T. Aartsma, R. Stan, G. Canters, Large amplitude conductance gating in a wired redox molecule. *The Journal of Physical Chemistry Letters*, **2010**, 1, 1541-1546.
45. H. Robson Marsden, C. Barnier Quer, E.Y. Sanchez, W. Jiskoot, and A. Kros. Detergent Aided Polymersome *Biomacromolecules* **2010**, *11,* 833–838.
44 H. Robson-Marsden, J.W. Handgraaf, N.A.J.M. Sommerdijk, **A. Kros***. Combining Solid-Phase Peptide Synthesis with Ring Opening Polymerization: Synthesis and Self-Assembly of Poly(γ-benzyl L-glutamate)-block-Coiled Coil Peptide Copolymers, *J. Am. Chem. Soc.* **2010**, *132*, 2370–2377.
43. S. Cavalli, F. Albericio and **A. Kros***. Amphiphilic Peptides: the Blocks Bridging all Science Disciplines. An Overview of their Applications from Chemistry to Biology, Medicine, Materials Science, and Engineering. *Chemical Society Reviews,* **2010**, *39*, 241-263

42. *K*. Peng, I. Tomatsu, A.V. Korobko, and **A. Kros***. Rapid in Situ Forming Cross-linked Dextran/β-cyclodextrin Hydrogels for the Delivery of Hydrophobic Drugs. *Soft Matter* **2010**, 6, 85-87.
41. H. Robson Marsden and **A. Kros***. Coiled coil self-assembly in synthetic-biology space: inspiration and progress. *Angewandte Chemie Int. Ed.* **2010**, *49*, 2988-3005.
40. F. Versluis, I. Tomatsu, S. Kehr, C. Fregonese, M.C.A. Stuart, B.J. Ravoo*, R.I. Koning and **A. Kros***. Shape and release control of a vesicle through the pH sensitive secondary structure transition of a non-covalently bound oligopeptide. *J. Am. Chem. Soc.* **2009**, *131*, 13186–13187.
39. H. Robson Marsden and **A. Kros***. Polymer-Peptide Block Copolymers - An Overview and Assessment of Synthesis Methods. *Macromol. Biosci.* ***2009***, 9, 939-951.
38. H. Robson Marsden, N.A. Elbers, P.H.H. Bomans, N.A.J.M. Sommerdijk, and **A. Kros***. A Reduced SNARE Model for Membrane Fusion. *Angewandte Chemie Int. Ed.* **2009**, *48*, 2330–2333.
37. H. Robson Marsden, A.V. Korobko, E.N.M. van Leeuwen, N.A.J.M. Sommerdijk, **A. Kros***. Coiled-coil peptide mediated self-assembly of amphiphilic supramolecular polymers. *J. Am. Chem. Soc.* **2008**, 130, 9386–9393.
36. S.A. Brittijn, S.J. Duivesteijn, W. Bitter, J.D. de Bruin, D. Champagne, E. Cuppen, G. Flik, R. Janssen, I.M. de Jong, R. de Kloet, A. Kros, A.H. Meijer, A.M. van der Sar, M.J.M. Schaaf, S. Schulte-Merker, H.P. Spaink, P.P. Tak, C.M. Vandenbroucke-Grauls, M.J. Vervoordeldonk, F.F. Vonk, F. Witte, and M.K. Richardson.Zebrafish Developmental Patterning: New Tools for Medical Research. *Int. J. Dev. Biol.* **2009**, *53*, 835-850.
35. S. Cavalli, **A. Kros***. Scope and Applications of amphiphilic alkyl- and lipopeptides. *Advanced Materials.* **2008**. *20*, 627–631.
34. H. Robson Marsden, A.V. Korobko, E.N.M. van Leeuwen, N.A.J.M. Sommerdijk and A. Kros*. Amphiphilic Supramolecular Polymers Based on Coiled-Coil Peptide Mediated Self-Assembly. *Polymeric Materials: Science and Engineering* **2007**, *96,* 765-766.
33. S. Cavalli, M. Overhand, **A. Kros***. The Chemical modification of liposome surfaces via a copper-mediated [3+2] azide-alkyne cycloaddition monitored by a colorimetric assay. *Chem. Commun*. **2006**, 3193 – 3195.
32. S. Cavalli, D.C. Popescu, E.E. Tellers, M. Overhand, H. Rapaport, N.A.J.M. Sommerdijk and **A. Kros***. Beta–sheet lipopeptide monolayers as an ordered template for the mineralization of Calcite. Importance of adaptability. *Polymeric Materials: Science & Engineering* **2006,** *94,* 577.
31. **A. Kros,*** W. Jesse, G.A. Metselaar and J.J.L.M. Cornelissen. Rod-Rod Hybrid Poly(γ-benzyl- L-glutamate)-co-Poly(isocyanide) Block Copolymers. Synthesis and Self-Assembly. *Polymer Preprints,* **2006**, *231*, 48.
30. S. Cavalli, D.C. Popescu, E.E. Tellers, M. Overhand, N.A.J.M. Sommerdijk, H. Rapaport and **A. Kros*** Two-Dimensional Ordered β–Sheet lipopeptide Monolayers. *J.Am.Chem.Soc.* **2006**. *128*, 13959-13966.
29. N.A. J. M. Sommerdijk, D.C. Popescu, S. Cavalli, A. Kros. On the role of Template Adaptability in the Biomimetic Formation of CaCO3. Self-organizing Monolayers of beta-Sheet forming Peptides. *In: Biomineralization: from Paleontology to Materials Science Proceedings of the 9th International Symposium on Biomineralization*, (Eds.) J.L. Arias, M.S. Fernandez, **2007**, 495-508.
28. S. Cavalli, D.C. Popescu, E.E. Tellers, M.R.J. Vos, B.P. Pichon, M. Overhand, H. Rapaport, N.A.J.M. Sommerdijk, A. Kros*. Self-organizing β-sheet lipopeptide monolayers as template for the mineralization of $CaCO_3$. *Angewandte Chemie Int. Ed.* **2006**. *45*, 739-744.

27. **A. Kros***, W. Jesse, G.A. Metselaar, J.J.L.M. Cornelissen. Synthesis and Self-Assembly of Rod-Rod Hybrid Poly(γ-benzyl-L-glutamate)-co-Poly(isocyanide) Block Copolymers. *Angewandte Chemie Int. Ed.* **2005**, *44*, 4349-4352.
26. S. Cavalli, E.E. Tellers, M. Overhand, K. Kjaer, V. Vaiser, H. Rapaport* and **A. Kros***, Two-dimensional ordered β–sheet lipopeptide monolayers. *Hasylab Annual Report*, **2005**.
25. S. Cavalli, D. Popescu, E. Tellers, M. Overhand, N. Sommerdijk, **A.Kros***. Beta-sheet forming lipopeptides as templates for the mineralization of $CaCO_3$. *Polymer Preprints* **2005**, *46*, 118-119.
24. **A. Kros***; N.A.J.M. Sommerdijk; R.J.M. Nolte. Poly(pyrrole) versus Poly(3,4-ethylenedioxythiophene). Implications for Biosensor Applications. *Sensors and Actuators B, Chemical* **2005**, *106*, 289-295.
23. J.G.E.M. Fraaije; C.A. van Sluis; **A. Kros**; A.V. Zvelindovsky; G.J.A. Sevink. Design of chimaeric polymersomes. *Faraday Discussions* **2004**, *128*, 355-361.
22. **A. Kros***; J.G. Linhardt; H.K. Bowman; D.A. Tirrell. From Giant vesicles to filaments and wires: templates for conducting polymers. *Adv. Mater.* **2004**, *16*, 723-727.
21. D.M. Vriezema, **A. Kros**, R. de Gelder, J.J.L.M. Cornelissen, A.E. Rowan, R.J.M. Nolte. Electroformed Giant Vesicles from Thiophene Containing Rod-Coil Diblock Copolymers. *Macromolecules* **2004**, *37*, 4736.
20. D.M. Vriezema, **A. Kros**, J. Hoogboom, A.E. Rowan, R.J.M. Nolte. Functional aggregates by self-assembly of thiophene containing diblock copolymers. *Polymer Preprints* **2004**, *45*, 749.
19. **A. Kros***. Synthesis and self-assembly of polybutadiene-b-peptides. *Polymer Preprints* **2004**, *45*, 752-753.
18. S. Cavalli; M. Overhand; J.G.E.M. Fraaije; **A. Kros***. Self-assembling amphiphilic block-co-polymers. *Polymeric Materials: Science and Engineering*, **2003**, *88*, 404-405.
17. **A. Kros**; N.A.J.M. Sommerdijk, R.J.M. Nolte. Conducting polymers with confined dimensions: Track-etch membranes for amperometric biosensor applications. *Advanced Materials*, **2002**, *14*, 1779-1782.
16. **A. Kros**; N.A.J.M. Sommerdijk; R.J.M. Nolte. PEDOT-based copolymers for biosensor applications. *J. Polymer Science; Part A; Polymer Chemistry*, **2002**, *40*, 738-747
15. **A. Kros**; S.W.F.M. van Hövell; N.A.J.M. Sommerdijk, R.J.M. Nolte. Track-etch based glucose biosensor; Influence of electrostatic interactions. *Adv. Materials*, **2001**, *13*, 1555-1557.
14. M. Gerritsen; **A. Kros**; S.W.F.M. van Hövell; D. Vriezema; B. van der Gaag; J.A. Lutterman; R.J.M. Nolte; J.A. Janssen. The influence of the cellular reaction on the performance of implantable glucose sensors. *Journal of Biomedical Materials Research*, **2001**, *54*, 69-75.
13. **A. Kros***; J.G. Linhardt; D.A. Tirrell. Giant vesicles as templates for the polymerization of pyrrole. Toward nanoscale nanoscale conducting networks. *Polymeric Materials: Science and Engineering*, **2001**, *84*, 513.
12. **A. Kros**; M. Gerritsen; J. Murk; J.A. Janssen; R.J.M. Nolte. Biocompatible polystyrenes containing pendant tetra(ethylene glycol) and phosphorylcholine groups. *Journal of Polymer Science: Part A: Polymer Chemistry*, **2001**, *39*, 468-474.
11. M. Gerritsen; **A. Kros**; J.A. Lutterman; R.J.M. Nolte; J.A. Janssen. Subcutaneous glucose kinetics studied with a percutaneous device as carrier of an implantable amperometric glucose sensor. *Journal of Materials Science; Materials in Medicine*, **2001**, *12*, 129-134.
10. **A. Kros**, J.A. Jansen, S.J. Holder, R.J.M. Nolte, N.A.J.M. Sommerdijk. Silane-based hybrids for biomedical applications. *J. Adhesion Sci. Technology*, **2002**. *16*, 143-155.

9. **A. Kros**; M. Gerritsen; V.S.I. Sprakel; J.A. Janssen; R.J.M. Nolte. Biocompatibility of sol-gel matrices as biocoatings for implantable glucose sensors. *Sensors and Actuators B Chemical*, **2001**, *81*, 68-75.
8. **A. Kros***; D.A. Tirrell. From giant vesicles to filaments and wires: polymers for micro- and nanoelectronics. *Polymeric Materials: Science and Engineering* **2001**, *85*, 621.
7. **A. Kros**; S.W.F.M. van Hövell; N.A.J.M. Sommerdijk; R.J.M. Nolte. A printable glucose sensor based on a polypyrrole-latex hybrid material. *Sensors and Actuators B Chemical*, **2001**, *80*, 229-233.
6. M. Gerritsen; **A. Kros**; V.S.I. Sprakel; J.A. Lutterman; R.J.M. Nolte; J.A. Janssen. Biocompatibility evaluation of sol-gel coatings for subcutaneously implantable glucose sensors. *Biomaterials*, **2000**, *21*, 71-78.
5. **A. Kros**; S.W.F.M. van Hövell; R.J.M. Nolte. Third generation polyethylene dioxythiophene (pedot) based glucose sensor. *Preprints of extended abstracts; 217th ACS National Meeting Anaheim*. **1999**, *39*, 1-2.
4. M. Gerritsen; **A. Kros**; V.S.I. Sprakel; J.A. Lutterman; R.J.M. Nolte; J.A. Janssen. Development of a sol-gel biocoating for subcutaneously implantable glucose sensors. *Hormone and Metabolic Research*. **1998**, *30*, a12.
3. M. Gerritsen; **A. Kros**; J. Lutterman; R.J.M. Nolte; J.A. Janssen. Performance of subcutaneously implanted glucose sensors: a review. *Journal of Investigative Surgery*. **1998**, *11*, 163-174.
2. J.N.H. Reek; **A. Kros**; R.J.M. Nolte. Novel water-soluble molecular clips. Toward nanostructures with controlled shape. *Chemical Communications*. **1996**, 245-246.
1. **A. Kros***, Amperometric Biosensors Based on Conducting Nanotubes, *PhD Thesis University of Nijmegen, The Netherlands*, **2000**.

**Patent applications**

| | |
|---|---|
| 2019: | Drug delivery vectors targeting the BBB. WO2019083365A1 |
| 2020: | Fabricating thin Film Liquid Cells. United States Patent Application **2023**0025535 Kind Code:A1 |
| 2022: | Immunotherapeutic compositions and adjuvants. 11-05-**2022**, P335688NL/JKR |
| 2022: | IMPROVEMENTS IN OR RELATING TO GEL EXPANSION OF A BIOLOGICAL SAMPLE FOR EXPANSION MICROSCOPY. 14-12-2022, LEIDM/P81787GB. |
| 2023: | Targeting macrophages with lipid formulations. 07-11-2023, P099572EP |