# Joint Claim Construction Brief

# EXHIBIT 11

vaccines

MDPI

Review

# Nanomaterial Delivery Systems for mRNA Vaccines

**Michael D. Buschmann [1,*], Manuel J. Carrasco [1], Suman Alishetty [1], Mikell Paige [2], Mohamad Gabriel Alameh [3] and Drew Weissman [4]**

1 Department of Bioengineering, George Mason University, 4400 University Drive, MS 1J7, Fairfax, VA 22030, USA; mcarras@masonlive.gmu.edu (M.J.C.); salishet@GMU.EDU (S.A.)
2 Department of Chemistry & Biochemistry, George Mason University, 4400 University Drive, Fairfax, VA 22030, USA; mpaige3@gmu.edu
3 Perelman School of Medicine, University of Pennsylvania, 130 Stemmler Hall, 3450 Hamilton Walk, Philadelphia, PA 19104, USA; Mg.Alameh@pennmedicine.upenn.edu
4 Perelman School of Medicine, University of Pennsylvania, 410B Hill Pavilion, 380 S. University Ave, Philadelphia, PA 19104, USA; dreww@pennmedicine.upenn.edu
* Correspondence: mbuschma@gmu.edu; Tel.: +1-703-755-5627

**Abstract:** The recent success of mRNA vaccines in SARS-CoV-2 clinical trials is in part due to the development of lipid nanoparticle delivery systems that not only efficiently express the mRNA-encoded immunogen after intramuscular injection, but also play roles as adjuvants and in vaccine reactogenicity. We present an overview of mRNA delivery systems and then focus on the lipid nanoparticles used in the current SARS-CoV-2 vaccine clinical trials. The review concludes with an analysis of the determinants of the performance of lipid nanoparticles in mRNA vaccines.

**Keywords:** mRNA; lipid nanoparticle; ionizable lipid; vaccine; SARS-CoV-2

check for updates

**Citation:** Buschmann, M.D.; Carrasco, M.J.; Alishetty, S.; Paige, M.; Alameh, M.G.; Weissman, D. Nanomaterial Delivery Systems for mRNA Vaccines. *Vaccines* **2021**, *9*, 65. https://doi.org/10.3390/vaccines9010065

Received: 27 December 2020
Accepted: 14 January 2021
Published: 19 January 2021

**Publisher's Note:** MDPI stays neutral with regard to jurisdictional claims in published maps and institutional affiliations.

**Copyright:** © 2021 by the authors. Licensee MDPI, Basel, Switzerland. This article is an open access article distributed under the terms and conditions of the Creative Commons Attribution (CC BY) license (https://creativecommons.org/licenses/by/4.0/).

## 1. Introduction

mRNA vaccines have been propelled to the center stage of the biotechnology and pharmaceutical industry by the COVID-19 pandemic. There are eight ongoing human trials for mRNA vaccines led by BioNTech/Pfizer, Moderna, CureVac, Sanofi/TranslateBio, Arcturus/Duke-NUS Medical School in Singapore, Imperial College London, Chulalongkorn University in Thailand, and Providence Therapeutics [1]. Remarkably, two of these trials have announced interim phase 3 trial results that report an efficacy providing a greater than 94% reduction in SARS-CoV-2 infection after 2 doses of 30 µg or 100 µg of an mRNA sequence encoding for a spike protein immunogen, delivered in a lipid nanoparticle [2,3]. The rapidity of vaccine development also exceeded expectations, with these results occurring only 10 months after the SARS-CoV-2 sequence was made publicly available. This success is a testament not only to the ability of the biotech and pharmaceutical industry to respond to an urgent and unmet global need, but also to the inherent capabilities of mRNA as a pharmaceutical modality, in this case a prophylactic vaccine. The purpose of this review is to overview the development of delivery systems for mRNA and then to summarize the preclinical and clinical findings of the SARS-CoV-2 mRNA vaccines and relate them to characteristics of the delivery system that contribute to their success. Several excellent reviews of mRNA delivery systems for vaccines and therapeutics that predate COVID-19 have been recently published [4–16].

Messenger RNA therapeutics have many advantages and several challenges compared to other pharmaceutical modalities, including small molecules, DNA, oligonucleotides, viral systems and proteins, including antibodies. The ability to mediate both stimulatory and inhibitory modes of action compared to oligonucleotides and most small molecule drug targets, and to express or replace defective proteins, expands the scope of potential indications for their use. Compared to DNA, mRNA only needs access to the cytoplasmic

ribosomal translation machinery rather than the nucleus and does not risk genomic integration. Compared to both proteins and viral systems, mRNA manufacturing is cell-free, faster, and the protein product bears native glycosylation and conformational properties. When combined with a lipid nanoparticle (LNP) delivery system, the nanostructural properties of the mRNA LNP also bear a resemblance to viral systems and circulating endogenous, lipid-containing chylomicrons in terms of their size, lipid envelope and, for viral systems, the internal genomic material that contributes to their application as delivery vehicles for vaccines and other therapeutics [17].

The challenges inherent to the mRNA platform are its intrinsic immunogenicity, susceptibility to enzymatic degradation, and almost negligible levels of cell uptake of naked mRNA. The innate immunogenicity of mRNA is due to the cellular detection of single- and double-stranded RNA by toll like receptors (TLRs)), helicase receptors, including retinoic acid-inducible gene I (RIG-I)-like receptors (RLRs), and others [18,19], which then signal through NF-κB and interferon (IFN) regulatory factors IRF3 and IRF7, which translocate to the nucleus to bind to the type I IFN gene promoter, inducing expression of type I IFNs (IFN-α and IFN-β), accompanied by proinflammatory cytokines, such as tumor necrosis factor-a (TNF-α), IL-6 and IL-12 [20]. The secreted interferons signal through their receptors and the JAK/STAT pathway in the same cell and adjacent cells to activate more than 300 IFN-stimulated genes, including the protein kinase PKR, as a general viral defense mechanism. Although this activation could be beneficial for mounting an immune response to mRNA vaccines, one immediate effect is the downregulation of translation through PKR phosphorylation of eIF2a, which impairs eIF2 activity, inhibiting mRNA translation and thus the protein synthesis of the immunogen [21]. The primary means of abrogating this innate immune response is by substituting naturally occurring nucleosides such as 1-methylpseudouridine [22] and other nucleosides present in transfer and ribosomal RNA (but not typically in mRNA) into the mRNA sequence, which then renders it undetectable via these innate immune sensors [23,24]. This nucleoside-modified immunosilencing mRNA platform is the basis of the mRNA technologies that have recently shown >94% efficacy in the BioNTech/Pfizer and Moderna SARS-CoV-2 vaccine trials, building upon previous trials for other pathogens, which are described in detail below. A second approach pursued by CureVac is sequence engineering involving codon optimization and uridine depletion [25] since TLR7 and TLR8 primarily recognize GU-rich single-stranded RNA sequences [26]. The second challenge for mRNA therapeutics is its susceptibility to nucleases, exemplified by a half-life in serum <5 min [27]. Although chemical modifications of siRNA are highly successful in improving stability and lowering immunogenicity [28], to date, they have not been successful for mRNA due to the sensitivity of the translation machinery to these modifications [29]. The third challenge for mRNA is the lack of cell uptake of naked mRNA in most cell types [30], with the exception of immature dendritic cells [31]. These last two challenges are addressed by the incorporation of a nucleoside-modified or sequence-engineered mRNA into a delivery system that both protects the mRNA from enzymatic attack and facilitates cellular uptake. For example, incorporation into lipid nanoparticles protects the mRNA from enzymatic attack and enhances cell uptake and expression by up to 1000-fold compared to naked mRNA when administered in animal models [32,33].

Therapeutic mRNA is produced by in vitro transcription (IVT) from a plasmid DNA backbone to produce a full length message bearing a 5′ cap, a 5′ untranslated sequence (UTR), the open reading frame coding for the protein of interest, the 3′UTR and a polyA tail [4]. The natural eukaryotic 5′ cap (cap0) is an inverted 7-methyl guanosine (m7G) linked to the first nucleotide of the mRNA by a 5′ to 5′ triphosphate. Cap0 protects endogenous mRNA from nuclease attack, is involved in nuclear export and binds to translation initiation factor 4 to start protein translation. Two additional 5′ caps have been identified (cap1 and cap2) that contain additional methyl groups on the second or third ribonucleotide and are less immunogenic than cap0 (and therefore preferred) [34]. A commonly used current capping method involves a co-transcriptional capping process resulting in cap1,

which possesses high translation and low immunogenicity [35]. The 5′UTR is involved in translation initiation and can contain a Kozak sequence as well as an internal ribosomal entry site for cap-independent translation [36]. The open reading frame is followed by the 3′UTR, which influences mRNA stability and durability of protein expression. The polyA tail is encoded at around 100 residues and helps initiate translation and delay degradation. IVT production of mRNA needs to be followed by careful purification to remove DNA and double-stranded RNA contaminants, which are immunogenic [37,38]. The mRNAs described above can be nucleoside modified or sequence engineered without nucleoside modification, but are not capable of self-replication. Self-amplifying mRNA (samRNA) capable of replication are also being tested in clinical trials for SARS-CoV-2 and are longer ~10 kb sequences since they contain four additionally encoded nonstructural genes, including an RNA-dependent RNA polymerase, which result in self-replication inside cells but do not produce an infectious particle since they lack structural genes [39]. samRNAs cannot be nucleoside modified since these modifications interfere with self-amplification. Due to the amplification process, samRNAs typically use lower doses (1–10 μg) in the current COVID-19 clinical trials compared to 30–100 μg for non-amplifying mRNA. Interestingly, all of the above categories of mRNA vaccines are currently being tested in human clinical trials for SARS-CoV-2 and are summarized in Table 1. All mRNA delivery systems in these clinical trials are lipid nanoparticles. The exact composition of the Pfizer-BioNTech LNP [40] and Moderna LNP [41] have been publicly disclosed, while some others have not. The others are all most likely similar to the Alnylam Onpattro™ product (described further below) but with a proprietary ionizable lipid, as is the case for those that are disclosed. Although the specific ionizable lipid used may not be known in all cases, its general class can be understood from journal and patent publications and is indicated in Table 1.

**Table 1.** Current human trials for SARS-CoV-2 using mRNA lipid nanoparticles. All mRNA vaccines in SARS-CoV-2 clinical trials use a lipid nanoparticle for delivery. The identity and composition of each has not been publicly disclosed, so their probable class (shown below) is based on the available literature and patent citations.

| Company | mRNA Type | Immunogen | mRNA Dose (μg) | Confirmed or Probable LNP Class | Publications |
|---|---|---|---|---|---|
| Moderna | nucleoside modified mRNA | membrane bound prefusion stabilized spike | 100 | Lipid H [42] confirmed in [41] | [43–46] |
| BioNTech Pfizer | nucleoside modified mRNA | membrane bound prefusion stabilized spike | 30 | Acuitas ALC-0315 [47] confirmed in [40] | [48–51] |
| CureVac | unmodified mRNA | membrane bound prefusion stabilized spike | 12 | Acuitas ALC-0315 [47] | [52,53] |
| TranslateBio Sanofi | unmodified mRNA | prefusion stabilized double mutant spike | 7.5 | ICE [54] or Cysteine [55] | [56] |
| Arcturus | self-amplifying mRNA | full length spike | 1–10 | Lipid 2,2 (8,8) 4C $CH_3$ [57] | [58] |
| Imperial College | self-amplifying mRNA | membrane bound prefusion stabilized spike | 1–10 | Acuitas A9 [59] | [60] |
| Chulalongkorn | nucleoside modified mRNA | secreted wild type spike | Not available | Genevant CL1 [61] | NA |

Prior to COVID-19, mRNA vaccines were used in preclinical and clinical studies for infectious diseases including influenza, zika, HIV, Ebola, rabies, chikungunya, malaria, genital herpes, toxoplasma gondii, and others. These studies are summarized in a number of excellent recent reviews [4,6,16,39].

## 2. Early Delivery Systems for mRNA Vaccines

Protamine, a mixture of small arginine-rich cationic proteins, has been used to form complexes with mRNA that improved transfection compared to naked mRNA [62]. Later, a mixture of free mRNA with protamine-complexed mRNA was introduced [63] since protamine-complexed mRNA partly inhibited protein expression [64]. Dynamic light scattering indicated that free mRNA have a size near 50 nm, while the protamine/mRNA

complexes were in the 250–350 nm range [63]. This approach was pursued by CureVac for a rabies vaccine candidate, CV7201, a lyophilized, temperature-stable non-modified mRNA composed of free and protamine-complexed mRNA encoding the rabies virus glycoprotein (RABV-G) [65]. In Balb/c mice, two doses of 10 µg and higher induced neutralizing titers greater than the WHO threshold of protection and administration of an 80 µg dose twice was protective against a lethal intracerebral challenge [66]. In a phase 1 human trial using doses 80–640 µg applied through intradermal and intramuscular routes, only a subgroup of participants who received three 80–400 ug doses using a particular injector device achieved the WHO neutralization titer threshold [67]. A serious adverse event (Bell's Palsy) occurred for one participant out of 101 at the highest dose and 5% of all participants experienced a solicited severe adverse event. The overall rate of all adverse events was high, with 97% experiencing injection site reactions and 78% a systemic adverse event. Given this suboptimal delivery with protamine complexed mRNA, CureVac adopted a lipid nanoparticle delivery system from Acuitas [47,68] and demonstrated greatly improved neutralizing titers at a 20-fold lower dose of 0.5 µg (vs. 10 µg for protamine complexed mRNA) in Balb/c mice and at a 10 µg dose in non-human primates [69]. Activation of T cell responses and the presence of IL-6 and TNF in the draining lymph nodes and injection sites indicated the role of the LNP in mediating the positive immune response. A clinical trial has been initiated (NCT03713086), with interim results expected to be reported in 2021.

A cationic nanoemulsion (CNE) was developed for mRNA delivery by combining the cationic lipid DOTAP with a commercial adjuvant (MF59) containing squalene, sorbitan trioleate, and polysorbate 80 in a citrate buffer of pH 6.5 [70]. The combined use of a self-amplifying mRNA encoding for respiratory syncytial virus glycoprotein (RSV-f) with an NP amine (from DOTAP) to phosphate ratio (of mRNA) of 7 resulted in an average 129-nm sized nanoparticle. One advantage of this approach is the ability to store CNE and mRNA separately and combine them only at the time of use. A 15-µg dose administered twice in Balb/c mice elicited neutralizing titers above that of an adjuvanted subunit vaccine. Detectable neutralization titers and T cell responses in non-human primates were achieved with two doses of 75 µg. Building on this concept, a separate group created a Nanostructured Lipid Carrier (NLC), which is a hybrid between a CNE and a lipid nanoparticle, consisting of a liquid oil phase, such as squalene, with a solid-phase lipid composed of a saturated triglyceride [71]. NLCs containing a self-amplifying mRNA encoding for a sika immunogen had a particle size of 40 nm and an NP ratio of 15 and were capable of generating protective neutralizing titers in C57BL/6 mice after a single injection of a dose as low as 0.1 µg or 0.01 µg.

## 3. Polymers for mRNA Delivery

Cationic polymers have been widely used for nucleic acid delivery for several decades, including for example poly(L-lysine), polyethylenimine (PEI), DEAE-dextran, poly(β-amino esters) (PBAE) and chitosan. In their simplest format, cationic polymers are mixed in excess with nucleic acid to form electrostatically bound cationic polyplexes. Although many polymers have been developed, they are not as advanced as lipid nanoparticles for nucleic acid delivery and the number of animal studies applying them successfully to vaccines is limited. PBAEs were co-formulated with polyethylene glycol (PEG)-lipids to form mRNA/PBAE/PEG–lipid nanoparticles that were capable of the functional delivery of mRNA to the lungs after intravenous administration in mice [72]. A biodegradable polymer, poly(amine-co-ester) (PACE) terpolymer, has been examined for mRNA delivery using erythropoietin as a reporter post-IV administration for gene delivery [73]. By controlling the molecular weight and end group chemistry, a 10 kDa member of the PACE family achieved the same in vitro transfection efficiency as TransIT, a potent but toxic colloidally unstable and large-sized commercial reference. In vivo expression of EPO at 20 µg IV was fivefold more potent than TransIT. Hyperbranched poly (beta amino esters) (hPBAEs) were synthesized for mRNA delivery to the lung by inhalation. hPBAE mRNA polyplexes were 137 nm in size and were able to transfect 25% of the lung endothelium when nebulized and

inhaled in mice without evident toxicity and with expression levels 10-fold that of branched PEI [74]. A disulfide-linked poly(amido amine), pABOL, was synthesized at molecular weights ranging from 8 kDa to 167 kDa and was able to form polydisperse nanocomplexes near 100 nm in size [75]. In vivo luciferase expression of these polyplexes using a self-amplifying mRNA reporter was similar to that of PEI after intramuscular administration. When delivered to mice with a hemagglutinin (HA) influenza immunogen in a prime-boost design, neutralizing titers were highest for the low molecular weight 8 kDa pABOL and exceeded those of PEI. The 8 kDa pABOL delivering 1 μg HA of self-amplifying mRNA was also partly protective against a lethal influenza challenge, preventing death but not preventing significant weight loss. This pABOL system was considered for the delivery of a self-amplifying mRNA immunogen for SARS-CoV-2 by the group at Imperial College London; however, delivery of a SARS-CoV-2 immunogen with pABOL was 1000X less potent than delivery of the same immunogen with an optimized lipid nanoparticle from Acuitas [59]. In total, 1μg of self-amplifying RNA in pABOL generated the same binding antibody and neutralization titers as 0.001 μg in an optimized lipid nanoparticle (Dr. Anna Blakney, personal communication). Many other polymer systems are capable of delivering mRNA in vitro or in vivo but remain to be tested in a vaccine context [76–84].

## 4. Development of Lipid Nanoparticles for the Current SARS-CoV-2 Clinical Trials

The earliest transfection reagent for mRNA was the quaternized cationic DOTAP combined with ionizable and fusogenic DOPE, adopted from DNA transfection [85] for the transfection of mRNA in numerous cell types [86]. Although effective in vitro, the permanently cationic quaternized ammonium group renders these large-sized lipoplexes rapidly cleared from circulation and from generally targeting lungs, as well as exhibiting toxicity. The forerunner of today's LNP was the stabilized plasmid–lipid particle (SPLP) that was formed by combining the fusogenic ionizable DOPE with a quaternized cationic lipid, DODAC, which electrostatically bound and encapsulated plasmid DNA, which was then coated with hydrophilic PEG to stabilize it in aqueous media and limit protein and cell interactions upon administration in vivo [87]. DOPE can be protonated in the endosome after cell uptake and, since it is cone-shaped, it can form an endosomolytic ion pair with endosomal phospholipids to facilitate endosomal release, a critical event for successful delivery [17]. The SPLP was then further developed as a Stabilized Nucleic Acid Lipid Particle (SNALP) containing siRNA that included four lipids: an ionizable rather than quaternized cationic lipid, a saturated bilayer forming quaternized zwitterionic lipid, DSPC, cholesterol and a PEG–lipid [88]. In addition to electrostatically binding to the nucleic acid, the ionizable lipid in the SNALPs played the role of the fusogenic lipid and became protonated in the endosome to form a membrane-destabilizing ion pair with an endosomal phospholipid. It is now known that DSPC helps form a stable bilayer underneath the PEG surface [89]. Cholesterol plays several roles, including filling gaps in the particle, limiting LNP–protein interactions and possibly promoting membrane fusion [90]. The ionizable lipid plays a central role by being neutral at physiological pH, thus eliminating any cationic charge in circulation, but becoming protonated in the endosome at pH ~6.5 to facilitate endosomal release. The development of the first siRNA product that was clinically approved in 2018 primarily focused on optimizing the ionizable lipid and, secondarily, the PEG–lipid and the ratios of the four lipids used in the LNP, as well as the LNP assembly and manufacturing procedure. An optimal number of unsaturated bonds in the C18 tail were found to be providing a dilinoleic acid tail linked by ethers to a dimethylamine headgroup [88], in accordance with the molecular shape hypothesis [12,91]. However, the introduction of a single linker to the dilinoleic acid tail, which had an optimized number of carbons from the dimethylamine head group to the linker, resulted in the pKa of the ionizable lipid in the LNP being near 6.4 for the ionizable lipid DLin-MC3-DMA [92,93]. The last step in the optimization was to tune the mole ratios of these lipids to 50/10/38.5/1.5 for MC3/DSPC/Cholesterol/PEG–lipid. Overall, this optimization process from DLin-DMA to DLin-MC3-DMA required more than 300 ionizable lipids to be screened in thousands of

formulations and resulted in a 200-fold increase in potency and a corresponding reduction in the effective dose in order to achieve durable suppression of the target gene >80% and a therapeutic window that permitted the clinical approval of Onpattro™ in 2018 [94,95]. This MC3 formulation developed for siRNA is the basis for the subsequent development of LNPs described below (Figure 1), which are now under emergency use after being approved for the delivery of SARS-CoV-2 mRNA vaccines.




**Figure 1.** mRNA lipid nanoparticle structure. Recent studies using cryoelectron microscopy [96], small-angle neutron scattering and small-angle X-ray scattering [89] have shown that the mRNA Lipid nanoparticle includes low copy numbers of mRNA (1–10) and that the mRNA is bound by the ionizable lipid that occupies the central core of the LNP. The polyethylene glycol (PEG) lipid forms the surface of the lipid nanoparticle (LNP), along with DSPC, which is bilayer forming. Cholesterol and the ionizable lipid in charged and uncharged forms can be distributed throughout the LNP. Structural schematics of other delivery systems are available in a recent review [14].

Moderna carried out several preclinical [97–99] and clinical studies [97,100] using MC3 in the Onpattro formulation described above in order to deliver nucleoside-modified mRNA-encoded immunogens. MC3 was later identified [42,101] as the ionizable lipid in these studies comparing a new class of ionizable lipids to MC3. This new class includes Lipid H [42], which is the ionizable lipid SM-102 [41] in Moderna's SARS-CoV-2 product mRNA-1273 (Table 2). Using a nucleoside-modified mRNA-encoded immunogen for the Zika virus, the MC3 LNP was capable of protecting immunocompromised mice lacking type I and II interferon (IFN) signaling against a lethal challenge with one 10 µg dose or two 2 µg doses in a prime-boost design [99]. Similar results were obtained in immunocompetent mice pre-administered with an anti-ifnar1 blocking antibody to create a lethal model. In a series of influenza studies delivering nucleoside-modified mRNA-encoding hemagglutinin (HA) immunogens, the MC3 LNP delivered intradermally was capable of fully protecting mice against a lethal challenge with a single dose as low 0.4 µg, although post-challenge weight loss occurred even when up to 10 µg of a single dose was administered [97]. A single dose of 50 µg or 100 µg produced high HAI (hemagglutination inhibition assay) titers in ferrets, as did two doses of 200 or 400 µg in non-human primates. In a small number (23) of human subjects who received 100 µg doses, all had HAI titers >40 (the WHO correlate of protection) that were more than fourfold above the baseline at the beginning of the study. In a larger phase 1 trial using these same MC3 LNPs delivering two distinct nucleoside-modified mRNA-encoded HA immunogens, intramuscular injection of 100 µg of the H10N8 immunogen resulted in 100% of the 23 subjects having HAI titers >40 [100]. Although no life-threatening adverse events occurred, 3 of these 23 subjects experienced severe grade 3 adverse events. A planned 400 µg dose was discontinued after two of three

subjects experienced grade 3 adverse events, which met the study pause rules. At lower doses, the frequency and severity of adverse events diminished, although nearly every subject experienced at least one adverse event. These studies were promising, but also highlighted the relatively narrow therapeutic window to obtain protective immunizations at doses that do not cause a problematic number of adverse events. This is reminiscent of the narrow therapeutic window of the MC3 precursor, DLin-DMA, which needed an improved potency in order to lower the dose and still achieve efficacious gene knockdown.

**Table 2.** Ionizable lipids used in lipid nanoparticles. A key feature of the ionizable lipids used in lipid nanoparticles is that the pKa of the ionizable lipid in the LNP, as measured by the TNS dye-binding assay, should be in the range of 6–7. The theoretically calculated pKa of most of the ionizable groups is in the range of 8–9.5, as shown below on the nitrogen atoms, using commercial software that theoretically estimates these values in aqueous media. The 2–3 point drop in pKa from the theoretical value to the TNS value is due to the much higher energy of solvation of protons in the lipid phase, creating a pH increase of 2–3 points in the lipid compared to the aqueous phase, where pH is measured during the TNS assay [102].

| Name | Ionizable Lipid Structure and Theoretical pKas | TNS pKa |
|---|---|---|
| MC3 [92] |   | 6.4 |
| Lipid 319 [68] |   | 6.38 |
| C12-200 [103] |   | 6.96 |
| 5A2-SC8 [104] |   | 6.67 |
| 306Oi10 [105] |   | 6.4 |
| Moderna Lipid 5 [101] |   | 6.56 |
| Moderna Lipid H, SM-102 [42] |   | 6.75 |

**Table 2.** *Cont.*

| Name | Ionizable Lipid Structure and Theoretical pKas | TNS pKa |
|---|---|---|
| Acuitas A9 [59] |   | 6.27 |
| Acuitas ALC-0315 [47] |   | 6.09 |
| Arcturus Lipid 2,2 (8,8) 4C CH3 [57] |   | 6.69 |
| Genevant CL1[61] |   | NA |

Since siRNA products require repeated dosing for chronic diseases, there was a concern that the slow degradability of the dilinoleic alkyl tail in MC3 would cause accumulation and potential toxicity with repeated dosing. A biodegradable version of MC3, Lipid 319 (Table 2), was generated by replacing one of the two double bonds in each alkyl chain with a primary ester that can be easily degraded by esterases in vivo [68]. A half-life of less than an hour in the liver was noted for Lipid 319, while it maintained a gene silencing efficiency in the liver that was similar to MC3. The degradation products were confirmed in vivo, as well as their secretion and the nontoxic nature of Lipid 319. This study of Lipid 319 is cited in the preclinical and clinical studies for SARS-CoV-2 as representing the Acuitas LNP class used in the BioNTech [49] and CureVac [53,69] products, although the Acuitas LNP delivering the self-amplifying RNA in the Imperial College London trial [60] is cited as having been contained in a more recent patent application [59], represented here by Lipid A9 from Acuitas (Table 2). Recently, the identity of the Acuitas ionizable lipid in BioNTech's approved BNT162b2 was disclosed [40] as ALC-0315 (Table 2). An important aspect of these LNPs is that they were developed by screening mRNA expression in the liver following IV administration and may not yet be fully optimized for the intramuscular administration of mRNA-based vaccines.

Moderna recently developed a new class of ionizable lipids to replace MC3, primarily due to the above-mentioned concerns related to the slow degradability of MC3, but also with the effort of increasing their potency by enabling greater branching than the dilinoleic MC3 alkyl tail [42,101]. This new class of lipids has an ethanolamine ionizable head group, connected to both a single saturated tail containing a primary degradable ester—like that of Maier 2013—and a second saturated tail that branches after seven carbons into two saturated C8 tails using a less degradable secondary ester, as in Lipid 5 [101] (Table 2), optimized for IV administration to the liver, and a similar Lipid H [42] or SM-102, found to be optimal for the intramuscular (IM) administration of vaccines. Increased branching is a common feature pursued by Acuitas, as Lipid A9 has a total of five branched chains [59] (Table 2) vs. three for the Moderna LNPs. Increased branching is believed to create an ionizable lipid with a more cone-shaped structure, so that—when paired with the anionic phospholipid in the endosome—a greater membrane-disrupting ability will occur, following the molecular shape hypothesis outlined several decades ago [12,91]. When administered IV, Lipid 5 was not detectable in the liver at 24 h, while MC3 was present

in the liver at 71% of its initial dose, verifying the degradability of Lipid 5. Lipid 5 was three-fold more potent than MC3 in mice for luciferase expression and five-fold more potent in non-human primates for hEPO after IV administration. These increases in potency were consistent with and possibly caused by an increase in endosomal release, with up to 15% of the mRNA in the cell being released from the endosome for Lipid 5 versus 2.5% for MC3, the latter being similar to that previously measured for MC3 using siRNA [106]. However, cell uptake in these endosomal release experiments was fourfold higher for MC3 vs. Lipid 5 so that absolute amounts of released mRNA in the cytoplasm were similar for these two LNPs. The same ionizable lipid library was examined in intramuscular administration for vaccines and was similarly found to be degradable and quickly eliminated due to the primary ester and generally to have a 3–6 fold increase in potency in terms of protein expression or immunogenicity compared to MC3 for an influenza nucleoside-modified mRNA encoded immunogen in mice, although immunogenicity in non-human primates was identical to MC3 at a 5 μg prime-boost dose [42]. Lipid H or SM-102 (Table 2) was identified as the optimal candidate and structurally only differs from Lipid 5, identified as optimal for IV administration, by a two-carbon displacement of the primary ester. The pKa of Lipid 5 LNP was 6.56, while that of the Lipid H LNP was 6.68, suggesting that a slight increase in pKa may be beneficial for IM vs. IV administration, although this difference is within the variability of the assay. Histological examination of muscle injection sites in rats indicated that Lipid H LNPs attracted less of a neutrophil- and macrophage-enriched inflammatory infiltrate compared to MC3, which may reduce injection site reactogenicity in human trials [42].

## 5. mRNA Lipid Nanoparticles in the Current SARS-CoV-2 Clinical Trials

### *5.1. BioNTech/Pfizer*

Acuitas ALC-0315 (Table 2) combined with DSPC, cholesterol and a PEG–lipid is the delivery system in the SARS-COV-2 trials of BioNTech [40]. CureVac and Imperial College London may also use ALC-0315, or possibly A9 (Table 2). BioNTech began developing its SARS-CoV-2 vaccine with four mRNA-encoded immunogens, two of which were nucleoside modified, one unmodified and one self-amplifying. Reports are available for the two nucleoside-modified mRNAs: BNT162b1 is a short ~1 kb sequence encoding the receptor-binding domain of the spike protein, modified by a foldon trimerization domain to increase immunogenicity by multivalent display. The longer 4.3 kb BNT162b2 encodes a diproline-stabilized, full-length, membrane-bound spike protein. BNT162b2 received EU and US emergency approval recently. In a preclinical study, binding antibodies and neutralization titers in mice were detectable after a single dose of 0.2, 1, and 5μg of BNT162b2, increasing by an order of magnitude from the lowest to the highest dose and eliciting strong antigen-specific Th1 IFNγ and IL-2 responses in CD4+ and CD8+ splenocytes with very low levels of Th2 cytokines [49]. Draining lymph nodes also contained high numbers of germinal center B cells and elevated counts of CD4+ and CD8+ T follicular helper (Tfh) cells, which were previously identified as partly induced by the LNP alone in mRNA LNP vaccines [33]. In non-human primates, prime-boost doses of either 30 μg or 100 μg elicited binding antibody and neutralization titers that were more than 10 fold those of a human convalescent panel and a strongly Th1-biased T cell response that is believed to be important to protect against vaccine-associated enhanced respiratory disease [107]. In a limited number (6) of challenged rhesus macaques, two doses of 100 μg rendered undetectable viral titers in bronchoalveolar lavage and from nasal swabs. A phase 1 clinical trial for the smaller mRNA-encoded immunogen BNT162b1 planned 10, 30 and 100 μg doses on day 1 and day 21. The intermediate dose of 30 μg induced antibody binding and neutralization titers that were 30-fold and threefold higher than those of a human convalescent panel, respectively. The 100 μg dose was not administered for the boost due to the presence of severe injection site pain after the first dose. Injection site pain was reported by 100% of subjects with the 30 μg boost, but at mild or moderate severity. Following the second vaccination at the 30 μg dose, nearly all subjects experienced mild or

moderate systemic adverse events of fever, chills or fatigue. This trial also demonstrated strong Th1-biased T cell responses from peripheral blood mononuclear cells [50]. A phase 2 trial compared both BNT162b1 and BNT162b2 in groups of younger (18–55 y) and older (65–85 y) subjects [51]. Binding and neutralizing antibody titers were slightly lower in the older subjects, but still exceeded those in a convalescent panel. The severity of adverse reactions was also reduced in the older versus younger subjects. A significant reduction by ~twofold in the frequency of systemic adverse events (fever, chills, fatigue) was found in BNT162b2 versus BNT162b1. It was this increase in the tolerability of BNT162b2 that drove its selection for the phase 3 trial, where a 94% effectiveness was recently announced, since 162 COVID-19 cases occurred in the placebo arm, while only 8 cases were found in the vaccinated group that received two 30 μg doses of BNT162b2 [3].

### *5.2. Moderna*

The nucleoside-modified mRNA encoded immunogen in Moderna's studies is a transmembrane-anchored diproline-stabilized prefusion spike with a native furin cleavage site and is delivered in an LNP that follows the prototype MC3 LNP, but replaces MC3 with Lipid H (SM-102) [41,42]. This mRNA LNP (mRNA-1273) induced neutralizing antibodies in several mouse species when injected at 1 and 21 days with a 1μg dose, but not at a 0.1 μg dose [44]. The T cell response appeared to be a balanced Th1/Th2 response and viral titers in mice lungs and nasal turbinates in a mouse-adapted virus challenge model were reduced to baseline with two doses of 1 μg, but not with 0.1 μg. In rhesus macaques, 2 doses of 100 μg produced high binding and neutralizing titers and a Th1-biased response in peripheral blood that also involved a strong Tfh response [45]. Titers and T cell responses were significantly lower with two 10 μg doses. Similarly, the 100 μg dose was capable of reducing viral titers in bronchoalveolar lavages and nasal swabs to baseline, while 10 μg only did so in the lungs. In a phase 1 study with 15 patients per group receiving 2 doses of 25, 100 or 250 μg, separated by 4 weeks, binding and neutralization titers were ~10-fold higher than convalescent for the 100 μg dose, and about equivalent to convalescent at 25 μg [46]. Solicited adverse events were report by all subjects at the 100 μg and 250 μg doses and 3 of 14 in the 250 μg group reported severe adverse events and were discontinued. In a subsequent phase 1 study in older patients (56–71 y and above 71 y), the 25 μg and 100 μg doses were found to produce binding antibody titers above those of convalescent plasma, while neutralizing titers were equivalent at 100 μg, but lower than convalescent at 25 μg [43]. Most patients (~80%) still experienced adverse events after the second vaccination, even in the older age group. Analyses of peripheral blood showed a CD4 T cell response that was Th1 biased. The higher neutralization titers for the 100 μg dose vs. the 25 μg dose resulted in its selection for the phase 3 trial, where interim results announced a 94.5% efficacy with 90 cases of COVID-19 in the placebo group versus five in the vaccinated group [2]. An independent board conducted an interim analysis of Moderna's phase 3 trial and found that severe adverse events included fatigue in 9.7% of participants, muscle pain in 8.9%, joint pain in 5.2%, and headache in 4.5%, while, in the Pfizer/BioNTech phase 3 trial, the frequency was lower with fatigue at 3.8% and headache 2% [108].

### *5.3. CureVac*

The CureVac mRNA LNP (CVnCoV) is a non-chemically modified, sequence-engineered mRNA encoding a diproline stabilized full-length S protein delivered in an Acuitas LNP, possibly using the ionizable lipid ALC-0315. The number of weeks between two doses was examined ranging, from 1 to 4 when using 2 μg doses in mice, where it was found that the longer intervals produced higher titers and T cell responses and a balanced Th1/Th2 response in Balb/c mice [53]. The second dose was required to produce neutralizing antibodies and two doses of 0.25 μg were insufficient to produce neutralizing antibodies. In Syrian golden hamsters, two 10 μg doses (but not 2 μg) were able to reduce viral titers in the lungs (but not nasal turbinates) to baseline. In a phase 1 clinical trial examining 2–12 μg doses, neutralizing titers reaching the levels of convalescent sera were only found at the

highest 12 µg dose, resulting in higher doses of 16 and 20 µg being included in the ongoing phase 2 trial [52]. All patients at the 12 µg dose experienced systemic adverse events after each dose, the majority being moderate and severe, while >80% experienced local injection site pain at the mild and moderate levels.

*5.4. TranslateBio*

Translate Bio uses a non-modified mRNA encoding a double mutant form of the diproline stabilized spike protein delivered in an LNP that is cited as being based on the ionizable lipid C12-200 [109], but may be a more recently synthesized candidate from the ICE- [110] or cysteine-based [55] ionizable lipid families. In Balb/c mice, two doses in the range of 0.2–10 µg resulted in binding and neutralization titers well above convalescent levels. In non-human primates 15, 45 and 135 µg doses all generated titers exceeding the human convalescent panel [56]. The immune response was also Th1 biased.

*5.5. Arcturus*

Arcturus uses a self-amplifying, full-length, unmodified mRNA encoding a pre-fusion SARS-CoV-2 full-length spike protein in an LNP that uses an ionizable lipid with a thioester to link the amine-bearing headgroup to lipid tails via two additional ester groups. Two possible ionizable lipids in this family are Lipid 10a (in Table 4 of [111]) or Lipid 2,2 (8,8) 4C CH3 (on p. 33 of [57]) (Table 2). The latter has three branches, resembling the Moderna Lipid H, but with a degradable thioester linked to the headgroup. A feature of self-amplifying mRNA was observed where luciferase reporter expression was maintained at a fairly constant level beyond one week of IM administration, while conventional mRNA expression fell quickly [58]. The vaccination alone surprisingly produced weight loss and increased clinical scores in C57BL/6 mice. Only a single dose at 2 µg or 10 µg (but not 0.2 µg) in mice was required to reach neutralization titers above 100 in a Th1-biased response with high levels of antigen-specific T cell responses. A single dose of 2 µg or 10 µg was also 100% protective in the K18-hACE2 lethal mouse challenge model, generating 100% survival with no weight loss and a reduction in lung and brain viral titers to baseline. Arcturus has completed a phase 1 clinical trial with doses from 1–10 µg and has chosen 7.5 µg for its phase 3 trial [112].

*5.6. Imperial College London*

Imperial College London uses a self-amplifying mRNA-encoded prefusion-stabilized spike protein delivered in an Acuitas LNP, which is described in the patent [59] represented by Lipid A9 [60] (Table 2). Remarkably high and dose-dependent antibody and neutralizing titers were obtained after two injections of doses in the range 0.01 µg to 10 µg in Balb/c mice. The response was strongly Th1 biased and the 10 and 1 µg doses produced threefold higher antigen-specific splenocyte responses compared to the lower 0.1 and 0.01 µg doses. A phase 1 clinical trial is about to start for this vaccine.

*5.7. Chulalongkorn University, University of Pennsylvania*

Chulalongkorn University, in collaboration with the University of Pennsylvania, is developing a native spike immunogen nucleoside-modified mRNA LNP using a Genevant LNP, likely CL1 Lipid [61]. They aim to begin phase 1 clinical trials in Q1 of 2021 and begin distribution of the vaccine in Q4 of 2021 to Thailand and seven surrounding low to moderate income countries.

### 5.8. Providence Therapeutics

Providence therapeutics was granted a Health Canada notice of authorization to pursue human clinical trials for the PTX-COVID-19B mRNA LNP vaccine [113]. Preclinical studies of three mRNA candidates encoding the receptor-binding domain, the full-length spike with or without a mutation in the furin cleavage site, were administered at a dose of 20 µg in C57BL6 mice following a prime-boost regimen [114]. Preclinical data using an undisclosed lipid from Genevant, possibly similar to CL1 In Table 2, showed robust neutralization titers for the full length and the furin-mutated payloads, reminiscent of the data observed in [115]. Phase 1 clinical trials are scheduled to begin in Q1 of 2021, with manufacturing and distribution of the vaccine—pending regulatory approval—in the same year.

### 5.9. Storage and Distribution

Most RNA LNPs made in the laboratory are stable at 4 °C for several days, but then exhibit size increases and a gradual loss of bioactivity, such as luciferase expression [116]. A size increase over time from LNP aggregation has been commonly observed in previous siRNA LNP formulations [117]. In order to stabilize mRNA LNP vaccines for storage and distribution, a frozen format has been required to date. The Moderna COVID-19 vaccine needs to be stored from −25 °C to −15 °C, but is also stable between 2 °C and 8 °C for up to 30 days and between 8 °C and 25 °C for up to 12 h [118]. The Pfizer/BioNTech COVID-19 vaccine needs to be stored from −80 °C to −60 °C and then thawed and stored from 2 °C to 8 °C for up to 5 days prior to dilution with saline before injection [119]. The dry ice temperatures required for the Pfizer vaccine are more difficult to achieve during distribution and storage than the regular freezer temperature required by the Moderna vaccine. The reasons behind these temperature differences are not obvious since both vaccines contain similar high concentrations of sucrose as a cryoprotectant. The Moderna mRNA LNPs are frozen in two buffers, Tris and acetate [41], while the Pfizer/BioNTech vaccine only uses a phosphate buffer [40]. Phosphate buffers are known to be suboptimal for freezing due to their propensity to precipitate and cause abrupt pH changes upon the onset of ice crystallization [120,121]. Lyophilization has been challenging for mRNA LNPs [116]. However, Arcturus has stated that their COVID-19 mRNA vaccine is stable in a lyophilized format, which would presumably greatly simplify distribution, although the temperature stability of this lyophilized formulation has not yet been disclosed [122].

## 6. Lipidoid Nanoparticles

A number of lipid-like entities, termed lipidoids, were initially developed for siRNA delivery and subsequently used for mRNA delivery. One example is C12-200 (Table 2), which was selected from a large lipidoid family due to its high efficiency in hepatocyte gene silencing via IV administration [123]. For efficient liver-directed gene silencing, C12-200 was combined with the same lipids as the MC3 Onpattro prototype, namely 50% ionizable lipid, 10% DSPC, 38.5% cholesterol and 1.5% PEG–lipid. A later study found that the C12-200 delivery efficiency for mRNA to the same liver target could be increased sevenfold by reducing the percentage of ionizable lipid to 35%, but increasing the weight ratio of ionizable lipid to nucleic acid from 5 to 10 and replacing DSPC with the fusogenic unsaturated DOPE [103]. Interestingly, this optimized formulation increased mRNA expression sevenfold, but did not change the silencing efficiency for siRNA. C12-200, in this formulation, has also been studied for mRNA-mediated protein replacement therapy in mice and nonhuman primates [124], but was seen to generate a strong inflammatory response by histology when injected subcutaneously [109]. C12-200 is a small molecule dendrimer with five alkyl chains and five nitrogen atoms, three of which appear to be protonatable, according to ionization analyses that can be performed with commercial software such as ACDLabs Percepta (Table 2). Another dendrimer lipidoid, 5A2-SC8, was identified for high siRNA delivery efficiency to the liver in a separate screening process, and also has five nitrogen atoms and five short alkyl chains [125] (Table 2). The 5A2-SC8 lipidoid

had poor efficiency for mRNA delivery unless its formulation parameters were similarly changed by lowering the ionizable lipid mole fraction to 24%, using DOPE instead of DSPC, and increasing the other lipid proportions, but, at the same time, increasing the weight ratio of 5A2-SC8 to mRNA to 20 [104]. These formulation changes appear to be needed for these dendrimer-type lipidoids to be effective mRNA delivery vehicles, possibly since they have multiprotic head groups and a dendrimer structure. Another very high molecular weight modified dendrimer was used to deliver self-amplifying mRNA encoding immunogens for influenza, Ebola and toxoplasma gondii and was shown to be protective against all three pathogens in mice after a single, very high dose of 40 µg or prime-boost 4 µg injections, which is also a high dose for replicating RNA [126]. An interesting recent finding for a series of lipidoids was that an additional single carbon branch at the terminus of each of the four alkyl chains of this small, three-nitrogen dendrimer increased the potency of liver expression more than 10-fold compared to other lipidoids in this class [105]. There was no correlation of this increased potency with the LNP pKa, but there was a correlation with the absolute fluorescence of the TNS dye at pH 5, which indicates that the amplitude of protonation in the endosome correlates to mRNA expression, presumably by facilitating endosomal release. The additional carbon branch could also be expected to produce a more cone-shaped structure and thereby more membrane disruption according to the molecular shape hypothesis [12,91].

## 7. Intranasal Delivery of mRNA Lipid Nanoparticles

For mRNA vaccines, the vast majority of studies and all current clinical trials have used intramuscular administration, while intradermal administration has also been studied, usually in parallel with the intramuscular route. Although not highly developed to date, intranasal administration of vaccines presents advantages such as the activation of mucosal immunity, which is very relevant for respiratory pathogens, and a reduced reliance on needle-based immunizations. The MC3 LNP has been used to deliver a 4.5 kb nucleoside-modified sequence encoding the cystic fibrosis transmembrane conductance regulator (CFTR) to mice [127]. A luciferase reporter was successfully expressed in the lungs by pipetting a 12 µg dose into the nostrils for spontaneous inhalation. Then, in a transgenic CFTR knockout mouse, application of CFTR mRNA LNPs restored CFTR-mediated chloride secretion to conductive airway epithelia for at least 14 days. MC3 LNPs were used again in a subsequent study of delivery to the nasal epithelium by using a luciferase reporter. Here, the use of a nebulizer to create an aerosol using the LNPs was examined; however, aerosolization resulted in LNP aggregation, doubling their size to 170 nm and resulting in a loss of transfection activity in vitro [128]. As a result, the researchers decided to instill the LNPs into the nostrils and found the luciferase reporter mainly expressed in nasal epithelia, with some additional transfection in lung epithelia. This study highlighted the delivery challenges of obtaining uniform and high levels of mRNA transfection in nasal and lung epithelia. Intranasal delivery of mRNA LNPs was also achieved using the older DOTAP/cholesterol/PEG–lipid system combined with protamine to encapsulate non-modified mRNA-expressing cytokeratin 19 in order to provoke a cellular immune response and slow tumor growth in a Lewis lung cancer xenograft model in mice [129]. These LNPs were large, 170 nm in size, and cationic, with 10 mV zeta potential and the ability to transfect 30% of DC2.4 dendritic cells in vitro. Once the xenograft tumor was established, 10 µg of cytokeratin 14-encoding mRNA LNPs was intranasally instilled in 100 µL PBS once per week for 3 weeks, resulting in a very significant reduction in tumor volume growth compared to the PBS control. A nucleoside-modified mRNA encoding the influenza antigen H3N2-HA was delivered in another study using DOTAP/DOPE/PEG–lipid LNPs, as well as in the same LNP-bearing mannose as a ligand to facilitate uptake by macrophages and dendritic cells [130]. These LNPs were also large, at 200 nm, positively charged, at 15 mV zeta potential, and able to express luciferase in the lungs following intranasal instillation of a 12 µg dose. Two 12 µg doses of the H3N2-HA LNPs were instilled intranasally at weeks 0 and 3 in C57BL/6 mice that were subsequently challenged with a

lethal dose of H1N1. Both LNPs containing the mRNA-encoded immunogen were capable of complete protection, while the mannose-coated LNP appeared more able to also block weight loss. Intranasal administration of LNPs appears feasible, although the doses were higher than those reported for intramuscular administration and the method of installation or aerosolization still requires further development.

## 8. Delivery of mRNA LNPs Encoding Antibodies

More than 70 monoclonal antibodies (mAbs) are currently on the market, with global sales of 125 billion USD. The possibility of using mRNA-encoded antibodies may bring some advantages, including endogenous protein synthesis benefiting from native post-translation modifications and a simplified manufacturing method that does not require cell culture and extensive purification and characterization of the protein product [8]. The feasibility of delivering mRNA-encoded mAbs for passive immunization was shown by the encapsulation of purified nucleoside-modified mRNAs encoding the light and heavy chains of VRC01, a broadly neutralizing antibody against HIV-1, into Acuitas LNPs [131]. Balb/c mice receiving a 30 µg dose IV that would target hepatocytes expressed the mAbs for more than a week, with serum levels reaching 150 µg/mL, which was higher than that obtained by direct injection of 600 µg of the mAb, with weekly injections capable of maintaining a constant serum level above 40 µg/mL. Both a 30 µg and a 15 µg injection of the mRNA LNP could protect CD34-NSG humanized mice from an HIV-1 challenge given 24 h later, as indicated by analyses of serum for viral RNA copies 2 weeks post challenge. The feasibility of therapeutic non-modified mRNA-encoded antibodies was confirmed in a study by CureVac, also using Acuitas LNPs [25], where an IgG mAb with broad neutralization ability for a variety of rabies strains was chosen, as well as a heavy chain-only Vh domain-based (VHH) neutralizing agent against the botulinum toxin [132]. An mRNA-encoded rituximab, targeting CD20, the gold standard for treating non-Hodgkin's lymphoma, was also produced. The animal studies here used an Acuitas LNP that targeted hepatocytes by IV administration. A single administration of 40 µg in mice produced serum levels of IgG just above 10 µg/mL, which gradually declined to 1 µg/mL after 1 month. The same dose of the VHH single-domain neutralizing agent produced 10-fold higher levels, but with a much shorter half-life of several days due to the absence of the Fc region. Single IV administration of 40 µg in mice was also able to entirely protect mice when administered either 1 day before or 2 h after a lethal challenge of the rabies virus. Similarly, a 40 µg dose 6 h after a lethal botulinum toxin challenge entirely protected the animals. A third challenge model, where Raji-luc2 B-cell lymphoma cells were engrafted intravenously and allowed to grow for 4 days and then 10 or 50 µg of mRNA-encoded rituximab in the Acuitas LNP was administered five times over 18 days, resulted in all animals surviving this lethal tumor challenge and the 50 µg dose was able to entirely abrogate tumor growth.

Bispecific antibodies that recruit T cells to tumor cells were also encoded in modified mRNA constructs and delivered in vivo using a commercial transfection reagent, TransIT, which is not as efficient as current LNPs for liver delivery [133]. The mRNA construct could sustain circulating and bioactive bispecific antibodies for more than 6 days, while the same 5 µg dose of the protein-bispecific antibody was reduced to near baseline after one day. A second study was also carried out using bispecific antibodies in the VHH format, where one VHH that binds the conserved influenza A matrix protein 2 ectodomain (M2e) was genetically linked to a second VHH that specifically binds to the mouse Fcγ receptor IV (FcγRIV) in order to recruit innate immune cells expressing FcγRIV to influenza infected cells expressing M2e [134]. These nucleoside-modified mRNA constructs were delivered using DOTAP/cholesterol LNPs by intratracheal instillation into the mouse lung and, 4 h later, challenged with a lethal influenza virus dose. Most of the mice (80%) were protected from the lethal dose, although they did experience significant weight loss and the DOTAP/cholesterol mRNA nanoparticles resulted in a temporary influx of granulocytes in the lungs, combined with an increase in serum IL-6 cytokine levels. Finally, a potent

neutralizing antibody identified in the B cells of a survivor of chikungunya infection was encoded in a nucleoside-modified mRNA construct delivered in an LNP possibly containing MC3 or Lipid 5 [135]. Protection against viral challenge administrated 24 h pre-infusion in mice was achieved at 0.5 mg/kg (10 µg) IV for the mRNA-encoded mAb, while 2 mg/kg of the protein mAb was needed. Therapeutic protection by infusion at 4 h post infection was obtained at very high doses of 10 mg/kg (200 µg) in mice. Non-human primate studies found that very high doses up to 3 mg/kg (9 mg) produced minimal transient toxicity involving splenic enlargement and increased CCL2 serum levels, and the antibody was detectable for several months post infusion. Based on these results, Moderna initiated a phase 1 human trial and announced positive results where infusions of 0.1 and 0.3 mg/kg were well tolerated and resulted in serum levels of the mAb in the 1–14 µg/mL range that are expected to be protective against chikungunya virus for up to 16 weeks after a single dose [136].

## 9. Assembly and Structure of Lipid Nanoparticles

The current methods of mRNA lipid nanoparticle production utilize microfluidic or T-junction mixing to rapidly combine an ethanol phase containing the hydrophobic lipids and an aqueous phase that contains the mRNA in a buffer, such as acetic acid, at pH 4 (Figure 2). Prior methods, such as thin film hydration and ethanol injection, are generally not used since they result in heterogeneous larger-sized nanoparticles with lower mRNA encapsulation efficiency, which are difficult to scale up [95]. Microfluidic mixing has the advantage of being able to mix very small volumes of lipids in ethanol with mRNA in aqueous solutions (tens of µL) so that the screening of many components and formulation parameters is possible. T-mixing, on the other hand, is the general method of choice for the commercial production of large batches of mRNA LNPs, such as those in current clinical trials. A recent publication demonstrated that both methods result in LNPs of similar sizes and morphologies [96]. The rapid mixing of the two solutions is key in order to limit the resultant particle size to <100 nm, thus obviating the need for the size reduction methods (extrusion, sonication) required by other production methods [137]. The assembly and formation of the LNPs from these solutions is driven by both hydrophobic and electrostatic forces, as depicted in Figure 2. The four lipids (ionizable lipid, DSPC, cholesterol, PEG–lipid) are initially soluble in ethanol without any counterions present so that the ionizable lipid is unprotonated and electrically neutral (Figure 2A). One volume of the lipid-containing ethanol solution is typically mixed with three volumes of mRNA in a pH = 4 aqueous acetate buffer so that when the lipids contact the aqueous buffer they become insoluble in a 3:1 water/ethanol solvent and the ionizable lipid becomes protonated and positively charged, which then drives it to electrostatically bind to the negatively charged phosphate backbone of the mRNA (Figure 2B), while the lipids become insoluble, forming a lipid particle encapsulating the mRNA in a primarily aqueous suspension. A key component in this process is the PEG–lipid, since the PEG chain is hydrophilic and thereby coats the particle and also determines its final thermodynamically stable size. By changing the mole fraction of PEG, the LNP size can be predictably controlled, for example, from 100 nm at a 0.5% mole fraction to 43 nm at a 3% mole fraction of PEG–lipid [89]. A recent critically important observation was that LNP structure and size continue to evolve post-mixing when the mRNA LNP suspension is either diluted in aqueous buffer or dialyzed against an aqueous buffer to both raise the pH and eliminate ethanol [96]. The initial mixing of aqueous and lipid phases produces a pH near 5.5, protonating the ionizable lipid, which has an LNP pKa of near 6.5 and allows mRNA binding and encapsulation (Figure 2B,C). Subsequent raising of the pH by dilution, dialysis or tangential flow filtration neutralizes the ionizable lipid until it is mainly uncharged at pH 7.4 (Figure 2D). As the ionizable lipid becomes neutral, it also becomes less soluble, resulting in the formation of larger hydrophobic lipid domains that drive the fusion process of the LNPs so that their size increases and the core of the LNP becomes an amorphous electron-dense phase, mainly containing the ionizable lipid bound to the mRNA. It was estimated that as many as 36 vesicles could fuse

to form just one final LNP during this process (Figure 2C,D). The fusion was demonstrated using FRET pairs and the role of the PEG–lipid was further seen to occur during this process since adding the PEG–lipid after mixing controlled the final LNP size in the same way as adding the PEG–lipid before mixing [138]. This study and another study using neutron scattering methods have also shown that DSPC forms a bilayer just underneath the peripheral PEG layer in the LNP, whose central core is primarily the ionizable lipid bound to mRNA (Figure 2D). Cholesterol is thought to be distributed throughout the LNP [89].




**Figure 2.** mRNA lipid nanoparticle assembly is achieved by (**A**) rapid mixing in a microfluidic or T-junction mixer of four lipids (ionizable lipid, DSPC, cholesterol, PEG–lipid) in ethanol with mRNA in an aqueous buffer near pH4. (**B**) When the ionizable lipid meets the aqueous phase, it becomes protonated at a pH ~5.5, which is intermediate between the pKa of the buffer and that of the ionizable lipid. (**C**) The ionizable lipid then electrostatically binds the anionic phosphate backbone of the mRNA while it experiences hydrophobicity in the aqueous phase, driving vesicle formation and mRNA encapsulation. (**D**) After initial vesicle formation, the pH is raised by dilution, dialysis or filtration, which results in the neutralization of the ionizable lipid, rendering it more hydrophobic and thereby driving vesicles to fuse and causing the further sequestration of the ionizable lipid with mRNA into the interior of the solid lipid nanoparticles. The PEG–lipid content stops the fusion process by providing the LNP with a hydrophilic exterior, determining its thermodynamically stable size, and the bilayer forming DSPC is present just underneath this PEG–lipid layer.

## 10. Determinants of Performance of mRNA Delivery Systems for Vaccines

The determinants of performance for mRNA delivery systems are multifactorial and interacting and include: (1) their potency or ability to deliver to the appropriate cell and efficiently release mRNA to the cytoplasmic translational machinery; (2) their adjuvanticity, which can boost the immune response; and (3) the minimization of any contribution to adverse events or toxicity that could arise from excessive inflammation at the injection site or systemic distribution and off-target expression.

### *10.1. Dose*

The potency of mRNA delivery systems is most easily appreciated by the large range of doses that are currently being pursued in SARS-CoV-2 clinical trials, from 1 to 100 μg (Table 1). Doses in human trials are clearly grouped into the higher 30–100 μg doses for nucleoside-modified RNA (Moderna, BioNTech), lower 7.5–20 μg doses for unmodified RNA (CureVac, Translate Bio), and even lower 1–10 μg doses for self-amplifying RNA (Arcturus, Imperial College of London). Two factors are at play in determining these doses: the level of neutralizing antibody titers and T cell responses achieved versus convalescent plasma, and the frequency and severity of adverse events incurred at each dose. There appears to be a fairly narrow window of acceptance where the doses required to achieve protection are also close to generating an unacceptable frequency and severity of adverse events, as evidenced by the discontinuation of the highest doses tested in all phase 1 clinical trials. Both modified nucleoside constructs tested in the BioNTech phase 1 trials had high neutralizing titers versus convalescent plasma, while the larger construct encoding the membrane-bound full-length spike protein had a lower frequency and severity of adverse events, leading to its selection for the phase 3 study. Notably, dose is represented as mass, while the molar dose is dependent on the length of the construct and, furthermore, the amount of mRNA actually being translated is a small fraction of either, depending on the efficiency and targeting properties of the delivery system.

In animal studies of prophylactic mRNA vaccines for infectious diseases, the initial doses capable of producing neutralizing antibodies or protection against viral challenge were quite high in the 10–80 μg range for mice when using protamine, dendrimers and early cationic lipid systems (Table 3). When the more recent LNPs were subsequently used, the dose required for neutralization in mice was considerably reduced to near the 1 μg level when given twice, while for non-modified mRNA the dose appears to be lower, near 0.25 μg. The dose can be lower again for self-amplifying mRNA, such as 0.1 μg given twice or 2 μg given once. In larger animal models (hamster, ferret and non-human primate), fewer studies are available and the doses fall into a wide range of 5 μg to 200 μg with no apparent pattern. Interestingly, when using body surface area to convert human doses to animal doses, a 100 μg dose for a 60 kg human would be equivalent to a 15 μg dose in a 3 kg rhesus macaque and to a 0.4 μg dose in a 20 g mouse [139], numbers that approximate those of LNPs in Tables 1 and 3. The delivery system clearly plays an important role in determining the effective dose. There is a strong desire to improve delivery efficiency in order to reduce dose and maintain potency since this is expected to reduce adverse event frequency and severity by reducing the local reactions and off-target effects of the mRNA and of the delivery vehicle. Reducing the dose will also lower the amount of raw material needed and the cost associated with vaccinating each individual. In particular, the current COVID-19 pandemic has brought into focus some significant supply chain and production capacity limitations of mRNA LNP vaccines that could be improved with more efficient delivery systems.

**Table 3.** mRNA doses in in vivo prophylactic vaccination. The mRNA dose required to induce neutralizing antibody titers, or the dose that provides protection against viral challenge, is shown for different mRNA delivery systems and in different species. The advent of lipid nanoparticles (LNPs) for mRNA delivery reduced the required doses by ~10-fold compared to earlier delivery systems.

| Delivery System | mRNA Type | Species | Dose | Readout | Reference |
|---|---|---|---|---|---|
| Naked mRNA | non-modified | mouse | 80 µg twice | protection | [140] |
| Naked mRNA | self-amplifying | mouse | 1.25 µg twice | protection | [140] |
| Protamine | non-modified | mouse | 10 µg twice | neutralizing titers | [66] |
| Protamine | non-modified | mouse | 80 µg twice | protection | [66] |
| Modified Dendrimer | self-amplifying | mouse | 40 µg once or 4 µg twice | neutralizing titers | [126] |
| DOTAP/DOPE/PEG | nucleoside modified | mouse | 12 µg twice intranasal | neutralizing titers and protection | [130] |
| Cationic Nanoemulsion | self-amplifying | mouse | 15 µg twice | neutralizing titers | [70] |
| Nanostructured Lipid Carrier | self-amplifying | mouse | 0.1 µg once | neutralizing titers | [71] |
| LNP (Acuitas) | non-modified | mouse | 0.5 µg twice | neutralizing titer | [69] |
| LNP (MC3) | nucleoside-modified | mouse | 10 µg once or 2 µg twice | protection | [99] |
| LNP (MC3) | nucleoside-modified | mouse | 0.4 µg once | protection | [97] |
| LNP (Acuitas) | nucleoside-modified | mouse | 0.5 µg once | protection | [141] |
| LNP (Acuitas) | nucleoside-modified | mouse | 1 µg twice | neutralizing titers | [49] |
| LNP (Moderna) | nucleoside-modified | mouse | 1 µg twice | neutralizing titers and protection | [45] |
| LNP (Acuitas) | non-modified | mouse | 0.25 µg twice | neutralizing titers | [53] |
| LNP (Translate Bio) | non-modified | mouse | 0.2 µg twice | neutralizing titers | [56] |
| LNP (Arcturus) | self-amplifying | mouse | 2 µg once | neutralizing titers and protection | [58] |
| LNP (Acuitas) | self-amplifying | mouse | 0.1 µg twice | neutralizing titers | [60] |
| LNP (Acuitas) | non-modified | Syrian Hamster | 10 µg twice | protection | [53] |
| LNP (MC3) | nucleoside-modified | ferret | 50 µg once | neutralizing titers | [97] |
| Cationic Nanoemulsion | self-amplifying | non-human primate | 75 µg twice | neutralizing titers | [70] |
| LNP (MC3) | nucleoside-modified | non-human primate | 200 µg twice | neutralizing titers | [97] |
| LNP (MC3 or Moderna Lipid H) | nucleoside-modified | non-human primate | 5 µg twice | neutralizing titers | [42] |
| LNP (Acuitas) | nucleoside-modified | non-human primate | 30 µg twice | neutralizing titers | [49] |
| LNP (Moderna) | nucleoside-modified | non-human primate | 100 µg twice | neutralizing titers | [45] |
| LNP (Translate Bio) | non-modified | non-human primate | 15 µg twice | neutralizing titers | [56] |

### *10.2. Potency and Delivery Efficiency*

There have been many studies that have attempted to identify structure–function relationships for LNP and other nucleic acid delivery systems. The most commonly cited feature of the LNP that determines its potency or delivery efficiency is its pKa. The pKa is the pH at which 50% of the ionizable lipid in the LNP is protonated. To date, the LNP pKa has only been measured with a dye-binding assay called TNS, which is negatively charged and experiences fluorescence enhancement upon binding a positively charged LNP [88]. Fluorescence measurement of LNPs incubated with TNS in buffers covering a wide range of pH values is used to deduce dye binding to surface charge and the pKa

estimated, where half of the maximal fluorescence is attained. It was well established that the MC3-based Onpattro LNP had an optimal pKa of 6.4 for silencing hepatocytes after IV administration [92]. There was a very sharp optimum in TNS pKa in the range of 6.2–6.8 for any LNP to effect hepatocyte silencing. An excellent model for explaining this pKa dependence was based on the ionizable lipid in the LNP being near neutral at pH 7.4 while, after internalization into a cell, the pH of the endosome will begin to drop as it evolves through the endolysosomal pathway, thereby progressively protonating the ionizable lipid, which will then bind to an anionic endogenous phospholipid of the endosome and disrupt its bilayer structure to release the mRNA into the cytoplasm for ribosomal loading [17]. Endosomal disruption requires an additional feature of the ionizable lipid, namely a cone-shaped morphology where the cross-section of the lipid tails is larger than that of its head group. This renders the ionizable lipid/endosomal phospholipid ion pair incompatible with a bilayer and more likely to form structures such as inverted hexagonal phases that can disrupt the endosomal membrane. This has been called the molecular shape hypothesis [91] and is the mechanism explaining why the introduction of one or two double bonds into a saturated C18 alkyl chain generates a more cone-shaped and less cylindrical morphology that is membrane disrupting and endosomolytic [88]. These two C18 linoleic acid tails, combined with an appropriately tuned pKa of the dimethylamine headgroup, are the defining features of the MC3 ionizable lipid. The ionizable lipids that have replaced MC3 for mRNA delivery conserve the pKa requirement, but pursue greater endosomolytic character by introducing more branching into the alkyl tails. Lipid H and Lipid 5 from Moderna, for example, have three alkyl tails, as does Lipid 2,2 (8,8) 4C CH3 from Arcturus, while Acuitas ALC-0315 has four and A9 has five alkyl tails (Table 2). This augmented cone-shaped morphology is presumably the reason why LNPs that incorporate these ionizable lipids are more efficient delivery vehicles with greater endosomal release.

Although LNP pKa and the molecular shape hypothesis are well established as contributing to LNP delivery efficiency, other factors are important as well, such as the stability of the PEG–lipid on the LNP surface, and the proportions of the four lipids in the ethanol solution, which ultimately determine the LNP ultrastructure. The PEG–lipid controls LNP size, as mentioned above, by providing a hydrophilic shell that limits vesicle fusion during assembly so that higher PEG–lipid concentrations produce smaller LNPs. For example, one study showed that varying the mole fraction of the PEG–lipid from 0.25% to 5% reduced the LNP size from 117 nm to 25 nm and that the optimal size for hepatocyte silencing was 78 nm, generated with 2.5% PEG–lipid [142]. Since the alkyl tail of the PEG–lipid had 14 carbons, it was not stably anchored to the LNP surface and was found to be gradually shed from the LNP in circulation, along with the shedding of the ionizable lipid MC3 and DSPC. This PEG shedding is thought to render the LNP transfection competent at some point, but, if too extreme, results in the rapid loss of the ionizable lipid and DSPC, which will negatively impact endosomal release. For example, by extending the alkyl tail to 18 carbons, the PEG–lipid did not shed, but was also not silenced in hepatocytes. On the other hand, adding higher concentrations of PEG to make smaller particles resulted in faster shedding, loss of the ionizable lipid and reduced silencing. The labile and dynamic nature of the LNP is currently only partly understood. Another study also found that an intermediate sized 64 nm diameter LNP made with 1.5% PEG–lipid was more efficient for mRNA delivery than a larger one at 100 nm (0.5% PEG–lipid), as well as a smaller LNP at 48 nm (3% PEG–lipid), similar to the study mentioned above [89]. However, by changing the mole ratios of the four lipids in order to conserve a calculated density of DSPC under the PEG layer of the LNP at the optimal value found in the 64 nm 1.5% PEG–lipid LNP, these authors were able to make larger 100 nm LNPs with a twofold increase in mRNA expression compared to the 64 nm-sized LNPs. Thus, in addition to the LNP pKa, ionizable lipid molecular shape and the dynamics of the PEG–lipid, more detailed features of the LNP ultrastructure and the state of each component are also important in determining potency.

### *10.3. Endosomal Release*

Cell uptake and endosomal trafficking of siRNA-LNPs were studied in detail and are assumed to be similar to the uptake and endosomal trafficking of mRNA LNPs. With the MC3 LNP, a quantitative study using colloidal gold particle counting in electron microscopy showed that only 2% of siRNA that were in endosomes actually escaped from endosomes into the cytosol, resulting in a few thousand siRNA molecules per cell that were available for silencing [106]. This number was, however, in the same range as the estimated levels of functionally active siRNAs interacting with RISC per cell at therapeutically relevant concentrations. Thus, the vast majority of siRNA was destined for lysosomal degradation or recycling through multivesicular bodies (late endosomes) for release in the exosomes [143,144]. Increasing the endosomolytic behavior of LNPs is the central approach to improving delivery efficiency, mainly through pKa adjustment of the LNP and by increasing the cone-shaped morphology of the ionizable lipid. For the latter, Lipid H [42] and Lipid 5 [101], which contain three branches versus two in MC3, but with similar pKa, increased endosomal release fourfold compared to MC3. Endosomal release has not been reported for Acuitas ALC-0315; however, its hepatocyte silencing efficiency was 10-fold higher than MC3 [47], suggesting its more cone-shaped four-branch structure also had higher endosomal release. These newer generation ionizable lipids therefore appear to achieve a endosomal release, closer to 15% or higher compared to the 2–5% found for MC3 siRNA-LNPs. One of the challenges in this area is the lack of a reliable standardized endosomal release method that can be implemented broadly. Many methods have been developed, but are usually specific to only one lab group [42,101,145–149]. mRNA was also recently shown to undergo exocytosis in an amount that is similar to the amount released into the cytosol [150]. MC3 LNPs disassembled in late endosomes and NP 1 complexes of MC3 and the mRNA were repackaged into exosomes that were exported from the cell. These endo–exosomes maintained an mRNA delivery capacity that was similar to the original MC3 LNPs from which they were derived, but could traffic to different tissues and appeared to be less immune activating. The potential significance of this exosomal redistribution of mRNA delivered by LNPs remains to be explored.

### *10.4. Charge and Ligand Mediated Targeting*

The early lipid nanoparticles using permanently charged cationic nonionizable lipids were large and, due to their permanent positive charge, were quickly opsonized and generally targeted the lung. The group at BioNTech reduced the amount of cationic DOTMA in DOTMA/DOPE mRNA LNPs until the net charge was negative due to an excess of anionic mRNA at NP ratios of less than one. Injecting these negatively charged and large 300 nm mRNA LNPs intravenously led to spleen targeting and mRNA expression in dendritic cells and they were able to mediate adaptive as well as type I IFN-mediated innate immune mechanisms for cancer immunotherapy [151]. Similarly, spleen-targeting mRNA LNPs were produced using the C12-200 prototype LNP, but replacing C12-200 with the small dendritic ionizable lipid Cf-Deg-Lin, which has four linoleic acid alkyl chains and four nitrogen atoms with a TNS pKa of 5.7. This very low pKa of the LNP would ensure that the ionizable lipid was not protonated until it reached a pH below 7, creating an LNP that would bear a net negative charge from the mRNA until quite late in the endosomal pathway and therefore similarly traffic to the spleen [152]. They found that the major cell population in the spleen to express the mRNA were B lymphocytes, where 7% of B lymphocytes were expressed the mRNA according to flow cytometric analyses. More recently, charge-mediated targeting was achieved using three different basic LNPs with MC3, C12-200, or 5A2-SC8 as ionizable lipids mixed in a certain mole fraction of a permanently cationic lipid (DOTAP) or a permanently anionic lipid (18PA) to endow the LNPs with a net positive, net negative or an intermediate near-neutral net charge [153]. Consistent with the above findings, highly positive LNPs targeted the lungs and highly negative LNPs targeted the spleen, while intermediate charge levels predominantly targeted the liver. Liver targeting

has been shown to depend on Apo-E binding to near-neutral liposomes or LNPs [154], which does not occur for negatively charged liposomes [155].

Notably, all of the above charge-mediated targeting studies have been done using IV administration and the routes typically used for vaccination, such as the intramuscular or intradermal routes, have not been examined. Most studies that analyze expression after intramuscular injection do, however, detect the systemic trafficking of mRNA LNPs, which are rapidly and strongly expressed in the liver, at the same time as they are expressed in muscle and draining lymph nodes [97,156,157]. These particular LNPs therefore seem to enter the vasculature and are subsequently expressed in liver hepatocytes due to passive ApoE-mediated targeting, which is not surprising since they were designed for hepatocyte targeting. This systemic distribution and expression of immunogens could, however, generate systemic cytokines, complement activation and lead to other potential undesirable effects that could amplify the frequency or severity of adverse events and/or impair immune response generation. Finally, only a limited number of studies have been carried out with ligand-mediated targeting of LNPs. Lung endothelial cell targeting was achieved by conjugating CD31 (PECAM) antibodies to the LNP and injecting intravascularly [158]. The liver hepatocyte-directed LNP then became largely redirected to the lung. A similar approach using a VCAM ligand successfully targeted LNPs to inflamed regions of the brain and alleviated TNF-$\alpha$-induced brain edema [159]. Dendritic cells in vitro were also more efficiently transfected using a mannosylated liposome, which may be a strategy applicable to vaccination [160]. Higher throughput screening methods to identify ligands targeting specific cell types have also been developed and may be applicable for the targeting of specific dendritic cell subsets [161,162].

### *10.5. Adjuvanticity of the Lipid Nanoparticle*

The lipid nanoparticle is known to have its own adjuvant activity. A study in mice at a 10 µg dose and nonhuman primates at a 100 µg dose of nucleoside-modified mRNA LNPs (from Acuitas) encoding various immunogens showed increased numbers of antigen-specific T follicular helper (Tfh) cells and germinal center B (GC B) cells compared to an inactivated virus [33]. Tfh cells drive immunoglobulin class switch, affinity maturation, and long-term B cell memory and plasma cells. An adjuvant property of the LNP itself was found when an FLuc mRNA LNP was co-administered with a protein subunit HA immunogen and increased germinal center B cell numbers fourfold, although the number of Tfh cells was not increased compared to the protein alone. The LNP thus appears to be amplifying GC B cell responses, in particular to a nucleoside-modified mRNA LNP. Another study using an asymmetric ionizable lipid from Merck investigated the use of LNPs as adjuvants for Hepatitis B protein subunit vaccines [163]. Co-administering LNPs with the protein subunit vaccine enhanced B cell responses to levels comparable to known vaccine adjuvants, including aluminum-based adjuvant, an oligonucleotide and a TLR4 agonist, 3-O-deactytaledmonophosphoryl lipid A (MPL). The LNPs elicited potent antigen-specific CD4+ and CD8+ T cell responses and the Th1 vs. Th2 bias could be further influenced by the inclusion of additional adjuvants within the LNP. A follow-up study by this group using a Dengue virus immunogen found a similarly strong adjuvant activity in the LNP and that this activity depended on the presence of the ionizable lipid [164]. The lipid components in liposomes have also been previously recognized as having adjuvant activity in mucosal vaccines [165,166].

### *10.6. Injection Site Reactions, Safety, Tolerability, Reactogenicity of mRNA LNPs*

A general safety study for MC3 nucleoside-modified mRNA LNPs expressing hEPO via IV administration to liver in rats and non-human primates found mild toxicological events up to 0.3 mg/kg, which is more than 10-fold the expected therapeutic dose [167]. The main findings in the rats were increased white blood cell counts, changes in the coagulation parameters at all doses, as well as liver injury. Non-human primates showed lymphocyte depletion accompanied by mild and reversible complement activation. These results

were in line with an earlier toxicological study of the same LNPs for siRNA delivery [168], where rat mortality was noted at 6 mg/kg, while the no observable adverse effect level (NOAEL) was determined to be 1 mg/kg. Above 3 mg/kg elevations to serum chemistry parameters (ALT, AST, and TBIL), hematuria, and microscopic findings in the liver (vacuolation, inflammatory cell infiltrate, fibrosis, hemorrhage, and hepatocellular necrosis), spleen (lymphoid atrophy and necrosis) and kidney (tubular degeneration/regeneration) were noted. Safety findings in patients included infusion-related reactions (15% of patients, presumably complement mediated) and transient elevations of pro-inflammatory cytokines. Notably, the above doses administered IV, such as 0.3 mg/kg, are more than 10-fold higher than those in the current SARS-CoV-2 clinical trials that use IM administration. Nonetheless, these lower doses in the current human trials still induce a high frequency and sometimes moderate severity of both local injection site reactions and systemic adverse events. Currently, there is a paucity of published animal studies regarding correlates of these human adverse events in animals.

An extensive rhesus macaque study looking at the injection sites and trafficking of mRNA expression was performed using the MC3 LNP, delivering a nucleoside-modified mRNA encoding the influenza immunogen H10 mRNA intramuscularly or intradermally at a 50 µg dose [98]. They found a rapid cell infiltrate to the injection site within 4–24 h that could be driven by the LNP alone and was mainly composed of neutrophils and monocytes. The main cell types expressing mRNA were multiple monocyte and dendritic cell subsets at the injection sites and in the draining lymph nodes. Priming of T cell responses was restricted to the draining lymph nodes and the LNP alone did not induce CD80 in antigen-presenting cells. Ongoing generation of vaccine-specific CD4+ T cells occurred only in the vaccine-draining lymph nodes, where detection of mRNA-encoded antigens peaked at 24 h, whereas the antibody responses were sustained for weeks. Results consistent with the above were also reported using a non-modified mRNA encoding rabies virus glycoprotein G (RABV-G), delivered in an Acuitas LNP to mice with 0.5–10 µg doses and to non-human primates at 10 µg and 100 µg doses [69]. They also found that the LNP alone mediated cytokine generation in the muscle injection site and draining lymph nodes, but recognized that systemic detection of IL6 could occur due to trafficking through the blood and expression in the liver. Injection site erythema and edema were noted in the non-human primates at both 10 µg and 100 µg doses. It is also interesting to note that the LNPs used in mRNA delivery systems have a size with the range of 10–100 nm, which is known to be optimal for uptake into lymphatics, and that pegylation of lipids improves retention in lymphatics [169] and can reduce complement activation [109]. Since the emergency use approval of the Pfizer/BioNTech vaccine, there has been several observed incidences of acute anaphylaxis corresponding to 1 case in 100,000 vaccinations, which is about 10-fold the rate seen with other vaccines [170]. One possible source of this anaphylaxis is the prevalence of anti-PEG antibodies in the general population, which could trigger anaphylaxis in a patient subset due to the use of the PEG–lipid in LNPs. PEG-mediated anaphylaxis has been noted, for example, in a clinical contrast agent [171] and in a liposomal formulation of doxorubicin [172]. Nonetheless, the doses administered for the current SARS-CoV-2 vaccines correspond to a total PEG dose that is at least 15-fold lower than that found in those products, which seems to diminish this possibility. Another possibility is that the reactions are anaphylactoid in nature, but are non-specific responses to inflammation and other factors. A clinical study is underway to further elucidate this issue [173].

## 11. Conclusions

The progress of mRNA therapeutics has been extraordinary over the past two decades, beginning with the identification of means to control mRNA innate immunogenicity using modified nucleosides and sequence engineering, and the application of mRNA in vaccines and other therapeutic indications. The adoption of the lipid nanoparticle prototype from that used in siRNA delivery led to an order of magnitude improvement in delivery efficiency compared to previous systems and is continually improving, mainly due to the

design of new classes of ionizable lipids. Many aspects of mRNA LNP structure, function, potency, targeting and biological features, such as adjuvanticity, remain to be explored in order to fully exploit the potential of this powerful and transformative therapeutic modality.

**Funding:** This research received no external funding.

**Institutional Review Board Statement:** This review was completed with no external funding or requirement for Institutional Review.

**Informed Consent Statement:** Not applicable.

**Data Availability Statement:** No new data was generated.

**Conflicts of Interest:** The authors declare no conflict of interest.

## References


1. Zimmer, C.; Corum, J.; Wee, S.-L. Coronavirus Vaccine Tracker. In *The New York Times*; The New York Times Company: New York, NY, USA, 2020.
2. Moderna's COVID-19 Vaccine Candidate Meets its Primary Efficacy Endpoint in the First Interim Analysis of the Phase 3 COVE Study | Moderna, Inc. Available online: https://investors.modernatx.com/news-releases/news-release-details/modernas-covid-19-vaccine-candidate-meets-its-primary-efficacy/ (accessed on 29 November 2020).
3. Pfizer and BioNTech Conclude Phase 3 Study of COVID-19 Vaccine Candidate, Meeting All Primary Efficacy Endpoints | BioNTech. Available online: https://investors.biontech.de/news-releases/news-release-details/pfizer-and-biontech-conclude-phase-3-study-covid-19-vaccine/ (accessed on 29 November 2020).
4. Gómez-Aguado, I.; Rodríguez-Castejón, J.; Vicente-Pascual, M.; Rodríguez-Gascón, A.; Solinís, M.Á.; del Pozo-Rodríguez, A. Nanomedicines to Deliver mRNA: State of the Art and Future Perspectives. *Nanomaterials* **2020**, *10*, 364. [CrossRef]
5. Hajj, K.A.; Whitehead, K.A. Tools for Translation: Non-Viral Materials for Therapeutic mRNA Delivery. *Nat. Rev. Mater.* **2017**, *2*, 17056. [CrossRef]
6. Kowalski, P.S.; Rudra, A.; Miao, L.; Anderson, D.G. Delivering the Messenger: Advances in Technologies for Therapeutic mRNA Delivery. *Mol. Ther.* **2019**, *27*, 710–728. [CrossRef]
7. Li, B.; Zhang, X.; Dong, Y. Nanoscale platforms for messenger RNA delivery. *Wiley Interdiscip. Rev. Nanomed. Nanobiotechnol.* **2018**, e1530. [CrossRef]
8. Van Hoecke, L.; Roose, K. How mRNA Therapeutics Are Entering the Monoclonal Antibody Field. *J. Transl. Med.* **2019**, *17*, 54. [CrossRef]
9. Wadhwa, A.; Aljabbari, A.; Lokras, A.; Foged, C.; Thakur, A. Opportunities and Challenges in the Delivery of mRNA-Based Vaccines. *Pharmaceutics* **2020**, *12*, 102. [CrossRef]
10. Wahane, A.; Waghmode, A.; Kapphahn, A.; Dhuri, K.; Gupta, A.; Bahal, R. Role of Lipid-Based and Polymer-Based Non-Viral Vectors in Nucleic Acid Delivery for Next-Generation Gene Therapy. *Molecules* **2020**, *25*, 2866. [CrossRef]
11. Wang, Y.; Yu, C. Emerging Concepts of Nanobiotechnology in mRNA Delivery. *Angew. Chem. Int. Ed.* **2020**. [CrossRef] [PubMed]
12. Witzigmann, D.; Kulkarni, J.A.; Leung, J.; Chen, S.; Cullis, P.R.; van der Meel, R. Lipid nanoparticle technology for therapeutic gene regulation in the liver. *Adv. Drug Deliv. Rev.* **2020**. [CrossRef] [PubMed]
13. Zhao, W.; Hou, X.; Vick, O.G.; Dong, Y. RNA delivery biomaterials for the treatment of genetic and rare diseases. *Biomaterials* **2019**, *217*, 119291. [CrossRef] [PubMed]
14. Pardi, N.; Hogan, M.J.; Porter, F.W.; Weissman, D. mRNA Vaccines—A New Era in Vaccinology. *Nat. Rev. Drug Discov.* **2018**, *17*, 261–279. [CrossRef]
15. Pardi, N.; Hogan, M.J.; Weissman, D. Recent Advances in mRNA Vaccine Technology. *Curr. Opin. Immunol.* **2020**, *65*, 14–20. [CrossRef] [PubMed]
16. Alameh, M.-G.; Weissman, D.; Pardi, N. Messenger RNA-Based Vaccines Against Infectious Diseases. In *Current Topics in Microbiology and Immunology*; Springer: Berlin/Heidelberg, Germany, 2020; pp. 1–35. [CrossRef]
17. Cullis, P.R.; Hope, M.J. Lipid Nanoparticle Systems for Enabling Gene Therapies. *Mol. Ther.* **2017**, *25*, 1467–1475. [CrossRef]
18. Chen, N.; Xia, P.; Li, S.; Zhang, T.; Wang, T.T.; Zhu, J. RNA sensors of the innate immune system and their detection of pathogens. *Iubmb Life* **2017**, *69*, 297–304. [CrossRef]
19. Tatematsu, M.; Funami, K.; Seya, T.; Matsumoto, M. Extracellular RNA Sensing by Pattern Recognition Receptors. *J. Innate Immun.* **2018**, *10*, 398–406. [CrossRef]
20. Devoldere, J.; Dewitte, H.; De Smedt, S.C.; Remaut, K. Evading Innate Immunity in Nonviral mRNA Delivery: Don't Shoot the Messenger. *Drug Discov. Today* **2016**, *21*, 11–25. [CrossRef]
21. García, M.A.; Meurs, E.F.; Esteban, M. The dsRNA protein kinase PKR: Virus and cell control. *Biochimie* **2007**, *89*, 799–811. [CrossRef]

22. Andries, O.; Mc Cafferty, S.; De Smedt, S.C.; Weiss, R.; Sanders, N.N.; Kitada, T. N 1-Methylpseudouridine-Incorporated mRNA Outperforms Pseudouridine-Incorporated mRNA by Providing Enhanced Protein Expression and Reduced Immunogenicity in Mammalian Cell Lines and Mice. *J. Control. Release* **2015**, *217*, 337–344. [CrossRef] [PubMed]
23. Karikó, K.; Buckstein, M.; Ni, H.; Weissman, D. Suppression of RNA Recognition by Toll-like Receptors: The Impact of Nucleoside Modification and the Evolutionary Origin of RNA. *Immunity* **2005**, *23*, 165–175. [CrossRef] [PubMed]
24. Karikó, K.; Muramatsu, H.; Welsh, F.A.; Ludwig, J.; Kato, H.; Akira, S.; Weissman, D. Incorporation of Pseudouridine Into mRNA Yields Superior Nonimmunogenic Vector With Increased Translational Capacity and Biological Stability. *Mol. Ther.* **2008**, *16*, 1833–1840. [CrossRef] [PubMed]
25. Thess, A.; Grund, S.; Mui, B.L.; Hope, M.J.; Baumhof, P.; Fotin-Mleczek, M.; Schlake, T. Sequence-Engineered mRNA Without Chemical Nucleoside Modifications Enables an Effective Protein Therapy in Large Animals. *Mol. Ther.* **2015**, *23*, 1456–1464. [CrossRef] [PubMed]
26. Heil, F. Species-Specific Recognition of Single-Stranded RNA via Toll-like Receptor 7 and 8. *Science* **2004**, *303*, 1526–1529. [CrossRef] [PubMed]
27. Islam, M.A.; Xu, Y.; Tao, W.; Ubellacker, J.M.; Lim, M.; Aum, D.; Lee, G.Y.; Zhou, K.; Zope, H.; Yu, M.; et al. Restoration of Tumour-Growth Suppression in Vivo via Systemic Nanoparticle-Mediated Delivery of PTEN mRNA. *Nat. Biomed. Eng.* **2018**, *2*, 850–864. [CrossRef] [PubMed]
28. Behlke, M.A. Chemical Modification of siRNAs for In Vivo Use. *Oligonucleotides* **2008**, *18*, 305–320. [CrossRef]
29. Choi, J.; Indrisiunaite, G.; DeMirci, H.; Ieong, K.-W.; Wang, J.; Petrov, A.; Prabhakar, A.; Rechavi, G.; Dominissini, D.; He, C.; et al. 2′- O -methylation in mRNA disrupts tRNA decoding during translation elongation. *Nat. Struct. Mol. Biol.* **2018**, *25*, 208–216. [CrossRef]
30. Lorenz, C.; Fotin-Mleczek, M.; Roth, G.; Becker, C.; Dam, T.C.; Verdurmen, W.P.R.; Brock, R.; Probst, J.; Schlake, T. Protein Expression from Exogenous mRNA: Uptake by Receptor-Mediated Endocytosis and Trafficking via the Lysosomal Pathway. *RNA Biol.* **2011**, *8*, 627–636. [CrossRef]
31. Diken, M.; Kreiter, S.; Selmi, A.; Britten, C.M.; Huber, C.; Türeci, Ö.; Sahin, U. Selective uptake of naked vaccine RNA by dendritic cells is driven by macropinocytosis and abrogated upon DC maturation. *Gene Ther.* **2011**, *18*, 702–708. [CrossRef]
32. Oberli, M.A.; Reichmuth, A.M.; Dorkin, J.R.; Mitchell, M.J.; Fenton, O.S.; Jaklenec, A.; Anderson, D.G.; Langer, R.; Blankschtein, D. Lipid Nanoparticle Assisted mRNA Delivery for Potent Cancer Immunotherapy. *Nano Lett.* **2017**, *17*, 1326–1335. [CrossRef]
33. Pardi, N.; Hogan, M.J.; Naradikian, M.S.; Parkhouse, K.; Cain, D.W.; Jones, L.; Moody, M.A.; Verkerke, H.P.; Myles, A.; Willis, E.; et al. Nucleoside-Modified mRNA Vaccines Induce Potent T Follicular Helper and Germinal Center B Cell Responses. *J. Exp. Med.* **2018**, *215*, 1571–1588. [CrossRef]
34. Schlake, T.; Thess, A.; Thran, M.; Jordan, I. mRNA as Novel Technology for Passive Immunotherapy. *Cell. Mol. Life Sci.* **2019**, *76*, 301–328. [CrossRef]
35. CleanCap | TriLink BioTechnologies. Available online: https://www.trilinkbiotech.com/cleancap (accessed on 29 November 2020).
36. Yang, Y.; Wang, Z. IRES-mediated cap-independent translation, a path leading to hidden proteome. *J. Mol. Cell Biol.* **2019**, *11*, 911–919. [CrossRef] [PubMed]
37. Baiersdörfer, M.; Boros, G.; Muramatsu, H.; Mahiny, A.; Vlatkovic, I.; Sahin, U.; Karikó, K. A Facile Method for the Removal of dsRNA Contaminant from In Vitro-Transcribed mRNA. *Mol. Ther. Nucleic Acids* **2019**, *15*, 26–35. [CrossRef] [PubMed]
38. Karikó, K.; Muramatsu, H.; Ludwig, J.; Weissman, D. Generating the Optimal MRNA for Therapy: HPLC Purification Eliminates Immune Activation and Improves Translation of Nucleoside-Modified, Protein-Encoding mRNA. *Nucleic Acids Res.* **2011**, *39*, e142. [CrossRef] [PubMed]
39. Maruggi, G.; Zhang, C.; Li, J.; Ulmer, J.B.; Yu, D. mRNA as a Transformative Technology for Vaccine Development to Control Infectious Diseases. *Mol. Ther.* **2019**, *27*, 757–772. [CrossRef] [PubMed]
40. Pfizer-BioNTech Covid-19 Vaccine FDA EAU Letter of Authorization. Available online: https://www.fda.gov/media/144412/download (accessed on 14 December 2020).
41. mRNA-1273-P301-Protocol. Available online: https://www.modernatx.com/sites/default/files/mRNA-1273-P301-Protocol.pdf (accessed on 1 December 2020).
42. Hassett, K.J.; Benenato, K.E.; Jacquinet, E.; Lee, A.; Woods, A.; Yuzhakov, O.; Himansu, S.; Deterling, J.; Geilich, B.M.; Ketova, T.; et al. Optimization of Lipid Nanoparticles for Intramuscular Administration of mRNA Vaccines. *Mol. Ther. Nucleic Acids* **2019**, *15*, 1–11. [CrossRef]
43. Anderson, E.J.; Rouphael, N.G.; Widge, A.T.; Jackson, L.A.; Roberts, P.C.; Makhene, M.; Chappell, J.D.; Denison, M.R.; Stevens, L.J.; Pruijssers, A.J.; et al. Safety and Immunogenicity of SARS-CoV-2 mRNA-1273 Vaccine in Older Adults. *N. Engl. J. Med.* **2020**. [CrossRef]
44. Corbett, K.S.; Edwards, D.; Leist, S.R.; Abiona, O.M.; Boyoglu-Barnum, S.; Gillespie, R.A.; Himansu, S.; Schafer, A.; Ziwawo, C.T.; DiPiazza, A.T.; et al. SARS-CoV-2 mRNA Vaccine Development Enabled by Prototype Pathogen Preparedness. *bioRxiv* **2020**. [CrossRef]
45. Corbett, K.S.; Flynn, B.; Foulds, K.E.; Francica, J.R.; Boyoglu-Barnum, S.; Werner, A.P.; Flach, B.; O'Connell, S.; Bock, K.W.; Minai, M.; et al. Evaluation of the mRNA-1273 Vaccine against SARS-CoV-2 in Nonhuman Primates. *N. Engl. J. Med.* **2020**. [CrossRef]

46. Jackson, L.A.; Anderson, E.J.; Rouphael, N.G.; Roberts, P.C.; Makhene, M.; Coler, R.N.; McCullough, M.P.; Chappell, J.D.; Denison, M.R.; Stevens, L.J.; et al. An mRNA Vaccine against SARS-CoV-2—Preliminary Report. *N. Engl. J. Med.* **2020**. [CrossRef]
47. Novel Lipids and Lipid Nanoparticle Formulations for Delivery of Nucleic Acids. Available online: https://patents.google.com/patent/WO2017075531A1/en (accessed on 18 December 2020).
48. Mulligan, M.J.; Lyke, K.E.; Kitchin, N.; Absalon, J.; Gurtman, A.; Lockhart, S.P.; Neuzil, K.; Raabe, V.; Bailey, R.; Swanson, K.A.; et al. Phase 1/2 Study to Describe the Safety and Immunogenicity of a COVID-19 RNA Vaccine Candidate (BNT162b1) in Adults 18 to 55 Years of Age: Interim Report. *medRxiv* **2020**. [CrossRef]
49. Vogel, A.B.; Kanevsky, I.; Che, Y.; Swanson, K.A.; Muik, A.; Vormehr, M.; Kranz, L.M.; Walzer, K.C.; Hein, S.; Güler, A.; et al. A prefusion SARS-CoV-2 spike RNA vaccine is highly immunogenic and prevents lung infection in non-human primates. *bioRxiv* **2020**. [CrossRef]
50. Sahin, U.; Muik, A.; Derhovanessian, E.; Vogler, I.; Kranz, L.M.; Vormehr, M.; Baum, A.; Pascal, K.; Quandt, J.; Maurus, D.; et al. COVID-19 vaccine BNT162b1 elicits human antibody and T H 1 T cell responses. *Nature* **2020**, *586*, 594–599. [CrossRef]
51. Walsh, E.E.; Frenck, R.W.; Falsey, A.R.; Kitchin, N.; Absalon, J.; Gurtman, A.; Lockhart, S.; Neuzil, K.; Mulligan, M.J.; Bailey, R.; et al. Safety and Immunogenicity of Two RNA-Based Covid-19 Vaccine Candidates. *N. Engl. J. Med.* **2020**, *383*, 2439–2450. [CrossRef]
52. Kremsner, P.; Mann, P.; Bosch, J.; Fendel, R.; Gabor, J.J.; Kreidenweiss, A.; Kroidl, A.; Leroux-Roels, I.; Leroux-Roels, G.; Schindler, C.; et al. Phase 1 Assessment of the Safety and Immunogenicity of an mRNA- Lipid Nanoparticle Vaccine Candidate Against SARS-CoV-2 in Human Volunteers. *medRxiv* **2020**. [CrossRef]
53. Rauch, S.; Roth, N.; Schwendt, K.; Fotin-Mleczek, M.; Mueller, S.O.; Petsch, B. mRNA Based SARS-CoV-2 Vaccine Candidate CVnCoV Induces High Levels of Virus Neutralizing Antibodies and Mediates Protection in Rodents. *bioRxiv* **2020**. [CrossRef]
54. Ice-Based Lipid Nanoparticle Formulation for Delivery of mRNA. Available online: https://patents.google.com/patent/US20200155691A1/ (accessed on 18 January 2021).
55. Derosa, F. Cystine Cationic Lipids. Available online: https://patents.google.com/patent/WO2020214946A1/ (accessed on 18 January 2021).
56. Kalnin, K.V.; Plitnik, T.; Kishko, M.; Zhang, J.; Zhang, D.; Beauvais, A.; Anosova, N.G.; Tibbitts, T.; DiNapoli, J.M.; Huang, P.-W.D.; et al. Immunogenicity of Novel mRNA COVID-19 Vaccine MRT5500 in Mice and Non-Human Primates. *bioRxiv* **2020**. [CrossRef]
57. Ionizable Cationic Lipid for Rna Delivery. Available online: https://patents.google.com/patent/US9670152B2/en (accessed on 18 January 2021).
58. De Alwis, R.; Gan, E.S.; Chen, S.; Leong, Y.S.; Tan, H.C.; Zhang, S.L.; Yau, C.; Matsuda, D.; Allen, E.; Hartman, P.; et al. A Single Dose of Self-Transcribing and Replicating RNA Based SARS-CoV-2 Vaccine Produces Protective Adaptive Immunity In Mice. *bioRxiv* **2020**. [CrossRef]
59. Lipids and Lipid Nanoparticle Formulations for Delivery of Nucleic Acids. Available online: https://patents.google.com/patent/US10221127B2/en (accessed on 18 January 2021).
60. McKay, P.F.; Hu, K.; Blakney, A.K.; Samnuan, K.; Brown, J.C.; Penn, R.; Zhou, J.; Bouton, C.R.; Rogers, P.; Polra, K.; et al. Self-amplifying RNA SARS-CoV-2 lipid nanoparticle vaccine candidate induces high neutralizing antibody titers in mice. *Nat. Commun.* **2020**, *11*, 3523. [CrossRef]
61. Lipid Nanoparticle Formulations. Available online: https://patents.google.com/patent/WO2020219941A1/ (accessed on 18 January 2021).
62. Hoerr, I.; Obst, R.; Rammensee, H.-G.; Jung, G. In vivo application of RNA leads to induction of specific cytotoxic T lymphocytes and antibodies. *Eur. J. Immunol.* **2000**, *30*, 1–7. [CrossRef]
63. Fotin-Mleczek, M.; Duchardt, K.M.; Lorenz, C.; Pfeiffer, R.; Ojkić-Zrna, S.; Probst, J.; Kallen, K.-J. Messenger RNA-based Vaccines With Dual Activity Induce Balanced TLR-7 Dependent Adaptive Immune Responses and Provide Antitumor Activity. *J. Immunother.* **2011**, *34*, 1–15. [CrossRef]
64. Scheel, B.; Braedel, S.; Probst, J.; Carralot, J.-P.; Wagner, H.; Schild, H.; Jung, G.; Rammensee, H.-G.; Pascolo, S. Immunostimulating capacities of stabilized RNA molecules. *Eur. J. Immunol.* **2004**, *34*, 537–547. [CrossRef]
65. Armbruster, N.; Jasny, E.; Petsch, B. Advances in RNA Vaccines for Preventive Indications: A Case Study of a Vaccine against Rabies. *Vaccines* **2019**, *7*, 132. [CrossRef] [PubMed]
66. Schnee, M.; Vogel, A.B.; Voss, D.; Petsch, B.; Baumhof, P.; Kramps, T.; Stitz, L. An mRNA Vaccine Encoding Rabies Virus Glycoprotein Induces Protection against Lethal Infection in Mice and Correlates of Protection in Adult and Newborn Pigs. *Plos Negl. Trop. Dis.* **2016**, *10*, e0004746. [CrossRef]
67. Alberer, M.; Gnad-Vogt, U.; Hong, H.S.; Mehr, K.T.; Backert, L.; Finak, G.; Gottardo, R.; Bica, M.A.; Garofano, A.; Koch, S.D.; et al. Safety and Immunogenicity of a mRNA Rabies Vaccine in Healthy Adults: An Open-Label, Non-Randomised, Prospective, First-in-Human Phase 1 Clinical Trial. *Lancet* **2017**, *390*, 1511–1520. [CrossRef]
68. Maier, M.A.; Jayaraman, M.; Matsuda, S.; Liu, J.; Barros, S.; Querbes, W.; Tam, Y.K.; Ansell, S.M.; Kumar, V.; Qin, J.; et al. Biodegradable Lipids Enabling Rapidly Eliminated Lipid Nanoparticles for Systemic Delivery of RNAi Therapeutics. *Mol. Ther.* **2013**, *21*, 1570–1578. [CrossRef] [PubMed]
69. Lutz, J.; Lazzaro, S.; Habbeddine, M.; Schmidt, K.E.; Baumhof, P.; Mui, B.L.; Tam, Y.K.; Madden, T.D.; Hope, M.J.; Heidenreich, R.; et al. Unmodified mRNA in LNPs Constitutes a Competitive Technology for Prophylactic Vaccines. *NPJ Vaccines* **2017**, *2*, 1–9. [CrossRef]

70. Brito, L.A.; Chan, M.; Shaw, C.A.; Hekele, A.; Carsillo, T.; Schaefer, M.; Archer, J.; Seubert, A.; Otten, G.R.; Beard, C.W.; et al. A Cationic Nanoemulsion for the Delivery of Next-generation RNA Vaccines. *Mol. Ther.* **2014**, *22*, 2118–2129. [CrossRef] [PubMed]
71. Erasmus, J.H.; Khandhar, A.P.; Guderian, J.; Granger, B.; Archer, J.; Archer, M.; Gage, E.; Fuerte-Stone, J.; Larson, E.; Lin, S.; et al. A Nanostructured Lipid Carrier for Delivery of a Replicating Viral RNA Provides Single, Low-Dose Protection against Zika. *Mol. Ther.* **2018**, *26*, 2507–2522. [CrossRef]
72. Kaczmarek, J.C.; Patel, A.K.; Kauffman, K.J.; Fenton, O.S.; Webber, M.J.; Heartlein, M.W.; DeRosa, F.; Anderson, D.G. Polymer–Lipid Nanoparticles for Systemic Delivery of mRNA to the Lungs. *Angew. Chem. Int. Ed.* **2016**, *55*, 13808–13812. [CrossRef] [PubMed]
73. Jiang, Y.; Gaudin, A.; Zhang, J.; Agarwal, T.; Song, E.; Kauffman, A.C.; Tietjen, G.T.; Wang, Y.; Jiang, Z.; Cheng, C.J.; et al. A "Top-down" Approach to Actuate Poly(Amine-Co-Ester) Terpolymers for Potent and Safe mRNA Delivery. *Biomaterials* **2018**, *176*, 122–130. [CrossRef] [PubMed]
74. Patel, A.K.; Kaczmarek, J.C.; Bose, S.; Kauffman, K.J.; Mir, F.; Heartlein, M.W.; DeRosa, F.; Langer, R.; Anderson, D.G. Inhaled Nanoformulated mRNA Polyplexes for Protein Production in Lung Epithelium. *Adv. Mater.* **2019**, *31*, 1805116. [CrossRef]
75. Blakney, A.K.; Zhu, Y.; McKay, P.F.; Bouton, C.R.; Yeow, J.; Tang, J.; Hu, K.; Samnuan, K.; Grigsby, C.L.; Shattock, R.J.; et al. Big Is Beautiful: Enhanced saRNA Delivery and Immunogenicity by a Higher Molecular Weight, Bioreducible, Cationic Polymer. *ACS Nano* **2020**, *14*, 5711–5727. [CrossRef]
76. Lallana, E.; Rios de la Rosa, J.M.; Tirella, A.; Pelliccia, M.; Gennari, A.; Stratford, I.J.; Puri, S.; Ashford, M.; Tirelli, N. Chitosan/Hyaluronic Acid Nanoparticles: Rational Design Revisited for RNA Delivery. *Mol. Pharm.* **2017**, *14*, 2422–2436. [CrossRef]
77. Li, J.; He, Y.; Wang, W.; Wu, C.; Hong, C.; Hammond, P.T. Polyamine-Mediated Stoichiometric Assembly of Ribonucleoproteins for Enhanced mRNA Delivery. *Angew. Chem. Int. Ed.* **2017**, *56*, 13709–13712. [CrossRef]
78. Li, J.; Wang, W.; He, Y.; Li, Y.; Yan, E.Z.; Zhang, K.; Irvine, D.J.; Hammond, P.T. Structurally Programmed Assembly of Translation Initiation Nanoplex for Superior mRNA Delivery. *ACS Nano* **2017**, *11*, 2531–2544. [CrossRef]
79. McKinlay, C.J.; Benner, N.L.; Haabeth, O.A.; Waymouth, R.M.; Wender, P.A. Enhanced mRNA Delivery into Lymphocytes Enabled by Lipid-Varied Libraries of Charge-Altering Releasable Transporters. *Proc. Natl. Acad. Sci. USA* **2018**, *115*, E5859–E5866. [CrossRef]
80. Soliman, O.Y.; Alameh, M.G.; De Cresenzo, G.; Buschmann, M.D.; Lavertu, M. Efficiency of Chitosan/Hyaluronan-Based mRNA Delivery Systems In Vitro: Influence of Composition and Structure. *J. Pharm. Sci.* **2020**, *109*, 1581–1593. [CrossRef]
81. Uchida, H.; Itaka, K.; Uchida, S.; Ishii, T.; Suma, T.; Miyata, K.; Oba, M.; Nishiyama, N.; Kataoka, K. Synthetic Polyamines to Regulate mRNA Translation through the Preservative Binding of Eukaryotic Initiation Factor 4E to the Cap Structure. *J. Am. Chem. Soc.* **2016**, *138*, 1478–1481. [CrossRef]
82. Wang, Y.; Tang, J.; Yang, Y.; Song, H.; Fu, J.; Gu, Z.; Yu, C. Functional Nanoparticles with a Reducible Tetrasulfide Motif to Upregulate mRNA Translation and Enhance Transfection in Hard-to-Transfect Cells. *Angew. Chem. Int. Ed.* **2020**, *59*, 2695–2699. [CrossRef]
83. Yoshinaga, N.; Cho, E.; Koji, K.; Mochida, Y.; Naito, M.; Osada, K.; Kataoka, K.; Cabral, H.; Uchida, S. Bundling mRNA Strands to Prepare Nano-Assemblies with Enhanced Stability Towards RNase for In Vivo Delivery. *Angew. Chem. Int. Ed.* **2019**, *58*, 11360–11363. [CrossRef] [PubMed]
84. Yoshinaga, N.; Uchida, S.; Naito, M.; Osada, K.; Cabral, H.; Kataoka, K. Induced Packaging of mRNA into Polyplex Micelles by Regulated Hybridization with a Small Number of Cholesteryl RNA Oligonucleotides Directed Enhanced in Vivo Transfection. *Biomaterials* **2019**, *197*, 255–267. [CrossRef]
85. Felgner, P.L.; Gadek, T.R.; Holm, M.; Roman, R.; Chan, H.W.; Wenz, M.; Northrop, J.P.; Ringold, G.M.; Danielsen, M. Lipofection: A highly efficient, lipid-mediated DNA-transfection procedure. *Proc. Natl. Acad. Sci. USA* **1987**, *84*, 7413–7417. [CrossRef]
86. Malone, R.W.; Felgner, P.L.; Verma, I.M. Cationic liposome-mediated RNA transfection. *Proc. Natl. Acad. Sci. USA* **1989**, *86*, 6077–6081. [CrossRef]
87. Wheeler, J.J.; Palmer, L.; Ossanlou, M.; MacLachlan, I.; Graham, R.W.; Zhang, Y.P.; Hope, M.J.; Scherrer, P.; Cullis, P.R. Stabilized plasmid-lipid particles: Construction and characterization. *Gene Ther.* **1999**, *6*, 271–281. [CrossRef]
88. Heyes, J.; Palmer, L.; Bremner, K.; MacLachlan, I. Cationic lipid saturation influences intracellular delivery of encapsulated nucleic acids. *J. Control. Release* **2005**, *107*, 276–287. [CrossRef]
89. Arteta, M.Y.; Kjellman, T.; Bartesaghi, S.; Wallin, S.; Wu, X.; Kvist, A.J.; Dabkowska, A.; Székely, N.; Radulescu, A.; Bergenholtz, J.; et al. Successful Reprogramming of Cellular Protein Production through mRNA Delivered by Functionalized Lipid Nanoparticles. *Proc. Natl. Acad. Sci. USA* **2018**, *115*, E3351–E3360. [CrossRef]
90. Cheng, X.; Lee, R.J. The role of helper lipids in lipid nanoparticles (LNPs) designed for oligonucleotide delivery. *Adv. Drug Deliv. Rev.* **2016**, *99*, 129–137. [CrossRef]
91. Gruner, S.M.; Cullis, P.R.; Hope, M.J.; Tilcock, C.P.S. Lipid Polymorphism:The Molecular Basis of Nonbilayer Phases. *Annu. Rev. Biophys. Biophys. Chem.* **1985**, *14*, 211–238. [CrossRef]
92. Jayaraman, M.; Ansell, S.M.; Mui, B.L.; Tam, Y.K.; Chen, J.; Du, X.; Butler, D.; Eltepu, L.; Matsuda, S.; Narayanannair, J.K.; et al. Maximizing the Potency of siRNA Lipid Nanoparticles for Hepatic Gene Silencing In Vivo. *Angew. Chem. Int. Ed.* **2012**, *51*, 8529–8533. [CrossRef]

93. Semple, S.C.; Akinc, A.; Chen, J.; Sandhu, A.P.; Mui, B.L.; Cho, C.K.; Sah, D.W.Y.; Stebbing, D.; Crosley, E.J.; Yaworski, E.; et al. Rational Design of Cationic Lipids for siRNA Delivery. *Nat. Biotechnol.* **2010**, *28*, 172–176. [CrossRef]
94. Akinc, A.; Maier, M.A.; Manoharan, M.; Fitzgerald, K.; Jayaraman, M.; Barros, S.; Ansell, S.; Du, X.; Hope, M.J.; Madden, T.D.; et al. The Onpattro story and the clinical translation of nanomedicines containing nucleic acid-based drugs. *Nat. Nanotechnol.* **2019**, *14*, 1084–1087. [CrossRef]
95. Evers, M.J.W.; Kulkarni, J.A.; van der Meel, R.; Cullis, P.R.; Vader, P.; Schiffelers, R.M. State-of-the-Art Design and Rapid-Mixing Production Techniques of Lipid Nanoparticles for Nucleic Acid Delivery. *Small Methods* **2018**, *2*, 1700375. [CrossRef]
96. Kulkarni, J.A.; Darjuan, M.M.; Mercer, J.E.; Chen, S.; van der Meel, R.; Thewalt, J.L.; Tam, Y.Y.C.; Cullis, P.R. On the Formation and Morphology of Lipid Nanoparticles Containing Ionizable Cationic Lipids and siRNA. *ACS Nano* **2018**, *12*, 4787–4795. [CrossRef]
97. Bahl, K.; Senn, J.J.; Yuzhakov, O.; Bulychev, A.; Brito, L.A.; Hassett, K.J.; Laska, M.E.; Smith, M.; Almarsson, Ö.; Thompson, J.; et al. Preclinical and Clinical Demonstration of Immunogenicity by mRNA Vaccines against H10N8 and H7N9 Influenza Viruses. *Mol. Ther.* **2017**, *25*, 1316–1327. [CrossRef]
98. Liang, F.; Lindgren, G.; Lin, A.; Thompson, E.A.; Ols, S.; Röhss, J.; John, S.; Hassett, K.; Yuzhakov, O.; Bahl, K.; et al. Efficient Targeting and Activation of Antigen-Presenting Cells In Vivo after Modified mRNA Vaccine Administration in Rhesus Macaques. *Mol. Ther.* **2017**, *25*, 2635–2647. [CrossRef]
99. Richner, J.M.; Himansu, S.; Dowd, K.A.; Butler, S.L.; Salazar, V.; Fox, J.M.; Julander, J.G.; Tang, W.W.; Shresta, S.; Pierson, T.C.; et al. Modified mRNA Vaccines Protect against Zika Virus Infection. *Cell* **2017**, *168*, 1114–1125.e10. [CrossRef]
100. Feldman, R.A.; Fuhr, R.; Smolenov, I.; Ribeiro, A.M.; Panther, L.; Watson, M.; Senn, J.J.; Smith, M.; Almarsson, Ö; Pujar, H.S.; et al. mRNA Vaccines against H10N8 and H7N9 Influenza Viruses of Pandemic Potential Are Immunogenic and Well Tolerated in Healthy Adults in Phase 1 Randomized Clinical Trials. *Vaccine* **2019**, *37*, 3326–3334. [CrossRef]
101. Sabnis, S.; Kumarasinghe, E.S.; Salerno, T.; Mihai, C.; Ketova, T.; Senn, J.J.; Lynn, A.; Bulychev, A.; McFadyen, I.; Chan, J.; et al. A Novel Amino Lipid Series for mRNA Delivery: Improved Endosomal Escape and Sustained Pharmacology and Safety in Non-Human Primates. *Mol. Ther.* **2018**, *26*, 1509–1519. [CrossRef]
102. Fernandez, M.S.; Fromherz, P. Lipoid pH indicators as probes of electrical potential and polarity in micelles. *J. Phys. Chem.* **1977**, *81*, 1755–1761. [CrossRef]
103. Kauffman, K.J.; Dorkin, J.R.; Yang, J.H.; Heartlein, M.W.; DeRosa, F.; Mir, F.F.; Fenton, O.S.; Anderson, D.G. Optimization of Lipid Nanoparticle Formulations for mRNA Delivery in Vivo with Fractional Factorial and Definitive Screening Designs. *Nano Lett.* **2015**, *15*, 7300–7306. [CrossRef]
104. Cheng, Q.; Wei, T.; Jia, Y.; Farbiak, L.; Zhou, K.; Zhang, S.; Wei, Y.; Zhu, H.; Siegwart, D.J. Dendrimer-Based Lipid Nanoparticles Deliver Therapeutic FAH mRNA to Normalize Liver Function and Extend Survival in a Mouse Model of Hepatorenal Tyrosinemia Type I. *Adv. Mater.* **2018**, *30*, 1805308. [CrossRef]
105. Hajj, K.A.; Ball, R.L.; Deluty, S.B.; Singh, S.R.; Strelkova, D.; Knapp, C.M.; Whitehead, K.A. Branched-Tail Lipid Nanoparticles Potently Deliver mRNA In Vivo Due to Enhanced Ionization at Endosomal PH. *Small* **2019**, *15*, 1805097. [CrossRef]
106. Gilleron, J.; Querbes, W.; Zeigerer, A.; Borodovsky, A.; Marsico, G.; Schubert, U.; Manygoats, K.; Seifert, S.; Andree, C.; Stöter, M.; et al. Image-Based Analysis of Lipid Nanoparticle–Mediated siRNA Delivery, Intracellular Trafficking and Endosomal Escape. *Nat. Biotechnol.* **2013**, *31*, 638–646. [CrossRef]
107. Development and Licensure of Vaccines to Prevent COVID-19; Guidance for Industry. *U.S. Dep. Health Hum. Serv. Food Drug Adm. Cent. Biol. Eval. Res.*. 2020. Available online: https://www.fda.gov/regulatory-information/search-fda-guidance-documents/development-and-licensure-vaccines-prevent-covid-19 (accessed on 1 December 2020).
108. Wadman, M. Public needs to prep for vaccine side effects. *Science* **2020**, *370*, 1022. [CrossRef]
109. Reichmuth, A.M.; Oberli, M.A.; Jaklenec, A.; Langer, R.; Blankschtein, D. mRNA Vaccine Delivery Using Lipid Nanoparticles. *Ther. Deliv.* **2016**, *7*, 319–334. [CrossRef]
110. Cleavable Lipids. Available online: https://patents.google.com/patent/US20200237671A1/ (accessed on 18 January 2021).
111. Rajappan, K.; Tanis, S.P.; Mukthavaram, R.; Roberts, S.; Nguyen, M.; Tachikawa, K.; Sagi, A.; Sablad, M.; Limphong, P.; Leu, A.; et al. Property-Driven Design and Development of Lipids for Efficient Delivery of siRNA. *J. Med. Chem.* **2020**, *63*, 12992–13012. [CrossRef]
112. Arcturus Therapeutics Announces Positive Interim ARCT-021 (LUNAR-COV19) Phase 1/2 Study Results for Both Single Shot and Prime-Boost Regimens, and Up to $220 Million in Additional Financial Commitments from Singapore | Arcturus Therapeutics, Inc. Available online: https://ir.arcturusrx.com/news-releases/news-release-details/arcturus-therapeutics-announces-positive-interim-arct-021-lunar (accessed on 28 November 2020).
113. Providence Therapeutics COVID-19 Vaccine Receives Health Canada Authorization to Begin Clinical Trials. Available online: http://www.providencetherapeutics.com/providence-therapeutics-covid-19-vaccine-receives-health-canada-authorization-to-begin-clinical-trials (accessed on 10 January 2021).
114. Providence Therapeutics Reports Supportive Preclinical Data for its COVID-19 Vaccine Candidate (PTX-COVID19-B). Available online: http://www.providencetherapeutics.com/providence-therapeutics-reports-supportive-preclinical-data-for-its-covid-19-vaccine-candidate-ptx-covid19-b (accessed on 10 January 2021).
115. Laczkó, D.; Hogan, M.J.; Toulmin, S.A.; Hicks, P.; Lederer, K.; Gaudette, B.T.; Castaño, D.; Amanat, F.; Muramatsu, H.; Oguin, T.H.; et al. A Single Immunization with Nucleoside-Modified mRNA Vaccines Elicits Strong Cellular and Humoral Immune Responses against SARS-CoV-2 in Mice. *Immunity* **2020**, *53*, 724–732.e7. [CrossRef]

116. Zhao, P.; Hou, X.; Yan, J.; Du, S.; Xue, Y.; Li, W.; Xiang, G.; Dong, Y. Long-term storage of lipid-like nanoparticles for mRNA delivery. *Bioact. Mater.* **2020**, *5*, 358–363. [CrossRef]
117. Gindy, M.E.; Feuston, B.; Glass, A.; Arrington, L.; Haas, R.M.; Schariter, J.; Stirdivant, S.M. Stabilization of Ostwald Ripening in Low Molecular Weight Amino Lipid Nanoparticles for Systemic Delivery of siRNA Therapeutics. *Mol. Pharm.* **2014**, *11*, 4143–4153. [CrossRef]
118. Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers) Emergency Use Authorization (EUA) of the Moderna COVID-19 Vaccine to Prevent Coronavirus Disease 2019 (COVID-19). Available online: https://www.fda.gov/media/144637/download (accessed on 1 January 2021).
119. Fact Sheet for Healthcare Providers Administering Vaccine (Vaccination Providers) Emergency Use Authorization (EUA) of the Pfizer-Biontech COVID-19 Vaccine to Prevent Coronavirus Disease 2019 (COVID-19). Available online: https://www.fda.gov/media/144413/download (accessed on 1 January 2021).
120. Gómez, G.; Pikal, M.J.; Rodríguez-Hornedo, N. Effect of Initial Buffer Composition on pH Changes During Far-From-Equilibrium Freezing of Sodium Phosphate Buffer Solutions. *Pharm. Res.* **2001**, *18*, 90–97. [CrossRef]
121. Tang, X.C.; Pikal, M.J. Design of Freeze-Drying Processes for Pharmaceuticals: Practical Advice. *Pharm. Res.* **2004**, *21*, 191–200. [CrossRef] [PubMed]
122. Tides Presentation—Arcturus Therapeutics, Inc. Available online: https://ir.arcturusrx.com/static-files/5f0c040f-872c-4e16-82ce-523ff083b708 (accessed on 1 January 2021).
123. Love, K.T.; Mahon, K.P.; Levins, C.G.; Whitehead, K.A.; Querbes, W.; Dorkin, J.R.; Qin, J.; Cantley, W.; Qin, L.L.; Racie, T.; et al. Lipid-like materials for low-dose, In Vivo gene silencing. *Proc. Natl. Acad. Sci. USA* **2010**, *107*, 1864–1869. [CrossRef] [PubMed]
124. DeRosa, F.; Smith, L.; Shen, Y.; Huang, Y.; Pan, J.; Xie, H.; Yahalom, B.; Heartlein, M.W. Improved Efficacy in a Fabry Disease Model Using a Systemic mRNA Liver Depot System as Compared to Enzyme Replacement Therapy. *Mol. Ther.* **2019**, *27*, 878–889. [CrossRef] [PubMed]
125. Zhou, K.; Nguyen, L.H.; Miller, J.B.; Yan, Y.; Kos, P.; Xiong, H.; Li, L.; Hao, J.; Minnig, J.T.; Zhu, H.; et al. Modular degradable dendrimers enable small RNAs to extend survival in an aggressive liver cancer model. *Proc. Natl. Acad. Sci. USA* **2016**, *113*, 520–525. [CrossRef]
126. Chahal, J.S.; Khan, O.F.; Cooper, C.L.; McPartlan, J.S.; Tsosie, J.K.; Tilley, L.D.; Sidik, S.M.; Lourido, S.; Langer, R.; Bavari, S.; et al. Dendrimer-RNA nanoparticles generate protective immunity against lethal Ebola, H1N1 influenza, and *Toxoplasma gondii* challenges with a single dose. *Proc. Natl. Acad. Sci. USA* **2016**, *113*, E4133–E4142. [CrossRef]
127. Robinson, E.; MacDonald, K.D.; Slaughter, K.; McKinney, M.; Patel, S.; Sun, C.; Sahay, G. Lipid Nanoparticle-Delivered Chemically Modified mRNA Restores Chloride Secretion in Cystic Fibrosis. *Mol. Ther.* **2018**, *26*, 2034–2046. [CrossRef]
128. Kim, J.; Jozic, A.; Sahay, G. Naturally Derived Membrane Lipids Impact Nanoparticle-Based Messenger RNA Delivery. *Cell. Mol. Bioeng.* **2020**. [CrossRef]
129. Mai, Y.; Guo, J.; Zhao, Y.; Ma, S.; Hou, Y.; Yang, J. Intranasal Delivery of Cationic Liposome-Protamine Complex mRNA Vaccine Elicits Effective Anti-Tumor Immunity. *Cell. Immunol.* **2020**, *354*, 104143. [CrossRef]
130. Zhuang, X.; Qi, Y.; Wang, M.; Yu, N.; Nan, F.; Zhang, H.; Tian, M.; Li, C.; Lu, H.; Jin, N. mRNA Vaccines Encoding the HA Protein of Influenza A H1N1 Virus Delivered by Cationic Lipid Nanoparticles Induce Protective Immune Responses in Mice. *Vaccines* **2020**, *8*, 123. [CrossRef]
131. Pardi, N.; Secreto, A.J.; Shan, X.; Debonera, F.; Glover, J.; Yi, Y.; Muramatsu, H.; Ni, H.; Mui, B.L.; Tam, Y.K.; et al. Administration of Nucleoside-Modified mRNA Encoding Broadly Neutralizing Antibody Protects Humanized Mice from HIV-1 Challenge. *Nat. Commun.* **2017**, *8*, 14630. [CrossRef]
132. Thran, M.; Mukherjee, J.; Pönisch, M.; Fiedler, K.; Thess, A.; Mui, B.L.; Hope, M.J.; Tam, Y.K.; Horscroft, N.; Heidenreich, R.; et al. mRNA Mediates Passive Vaccination against Infectious Agents, Toxins, and Tumors. *EMBO Mol. Med.* **2017**, *9*, 1434–1447. [CrossRef] [PubMed]
133. Stadler, C.R.; Bähr-Mahmud, H.; Celik, L.; Hebich, B.; Roth, A.S.; Roth, R.P.; Karikó, K.; Türeci, Ö.; Sahin, U. Elimination of Large Tumors in Mice by mRNA-Encoded Bispecific Antibodies. *Nat. Med.* **2017**, *23*, 815–817. [CrossRef] [PubMed]
134. Van Hoecke, L.; Verbeke, R.; De Vlieger, D.; Dewitte, H.; Roose, K.; Van Nevel, S.; Krysko, O.; Bachert, C.; Schepens, B.; Lentacker, I.; et al. mRNA Encoding a Bispecific Single Domain Antibody Construct Protects against Influenza A Virus Infection in Mice. *Mol. Ther. Nucleic Acids* **2020**, *20*, 777–787. [CrossRef] [PubMed]
135. Kose, N.; Fox, J.M.; Sapparapu, G.; Bombardi, R.; Tennekoon, R.N.; de Silva, A.D.; Elbashir, S.M.; Theisen, M.A.; Humphris-Narayanan, E.; Ciaramella, G.; et al. A Lipid-Encapsulated mRNA Encoding a Potently Neutralizing Human Monoclonal Antibody Protects against Chikungunya Infection. *Sci. Immunol.* **2019**, *4*. [CrossRef]
136. Moderna Announces Positive Phase 1 Results for the First Systemic Messenger RNA Therapeutic Encoding a Secreted Protein (mRNA-1944) | Moderna, Inc. Available online: https://investors.modernatx.com/news-releases/news-release-details/moderna-announces-positive-phase-1-results-first-systemic/ (accessed on 5 December 2020).
137. Belliveau, N.M.; Huft, J.; Lin, P.J.; Chen, S.; Leung, A.K.; Leaver, T.J.; Wild, A.W.; Lee, J.B.; Taylor, R.J.; Tam, Y.K.; et al. Microfluidic Synthesis of Highly Potent Limit-Size Lipid Nanoparticles for In Vivo Delivery of siRNA. *Mol. Ther. Nucleic Acids* **2012**, *1*, e37. [CrossRef]

138. Kulkarni, J.A.; Witzigmann, D.; Leung, J.; van der Meel, R.; Zaifman, J.; Darjuan, M.M.; Grisch-Chan, H.M.; Thöny, B.; Tam, Y.Y.; Cullis, P.R. Fusion-dependent formation of lipid nanoparticles containing macromolecular payloads. *Nanoscale* **2019**, *11*, 9023–9031. [CrossRef]
139. Nair, A.B.; Jacob, S. A simple practice guide for dose conversion between animals and human. *J. Basic Clin. Pharm.* **2016**, *7*, 27–31. [CrossRef]
140. Vogel, A.B.; Lambert, L.; Kinnear, E.; Busse, D.; Erbar, S.; Reuter, K.C.; Wicke, L.; Perkovic, M.; Beissert, T.; Haas, H.; et al. Self-Amplifying RNA Vaccines Give Equivalent Protection against Influenza to mRNA Vaccines but at Much Lower Doses. *Mol. Ther.* **2018**, *26*, 446–455. [CrossRef]
141. Freyn, A.W.; da Silva, J.R.; Rosado, V.C.; Bliss, C.M.; Pine, M.; Mui, B.L.; Tam, Y.K.; Madden, T.D.; de Souza Ferreira, L.C.; Weissman, D.; et al. A Multi-Targeting, Nucleoside-Modified mRNA Influenza Virus Vaccine Provides Broad Protection in Mice. *Mol. Ther.* **2020**, *28*, 1569–1584. [CrossRef]
142. Chen, S.; Tam, Y.Y.C.; Lin, P.J.C.; Sung, M.M.H.; Tam, Y.K.; Cullis, P.R. Influence of Particle Size on the in Vivo Potency of Lipid Nanoparticle Formulations of siRNA. *J. Control. Release* **2016**, *235*, 236–244. [CrossRef]
143. Patel, S.; Ashwanikumar, N.; Robinson, E.; DuRoss, A.; Sun, C.; Murphy-Benenato, K.E.; Mihai, C.; Almarsson, Ö.; Sahay, G. Boosting Intracellular Delivery of Lipid Nanoparticle-Encapsulated mRNA. *Nano Lett.* **2017**, *17*, 5711–5718. [CrossRef]
144. Sahay, G.; Querbes, W.; Alabi, C.; Eltoukhy, A.; Sarkar, S.; Zurenko, C.; Karagiannis, E.; Love, K.; Chen, D.; Zoncu, R.; et al. Efficiency of siRNA Delivery by Lipid Nanoparticles Is Limited by Endocytic Recycling. *Nat. Biotechnol.* **2013**, *31*, 653–658. [CrossRef]
145. Evans, B.C.; Hocking, K.M.; Kilchrist, K.V.; Wise, E.S.; Brophy, C.M.; Duvall, C.L. Endosomolytic Nano-Polyplex Platform Technology for Cytosolic Peptide Delivery To Inhibit Pathological Vasoconstriction. *ACS Nano* **2015**, *9*, 5893–5907. [CrossRef]
146. Jiang, Y.; Lu, Q.; Wang, Y.; Xu, E.; Ho, A.; Singh, P.; Wang, Y.; Jiang, Z.; Yang, F.; Tietjen, G.T.; et al. Quantitating Endosomal Escape of a Library of Polymers for mRNA Delivery. *Nano Lett.* **2020**, *20*, 1117–1123. [CrossRef]
147. Kilchrist, K.V.; Dimobi, S.C.; Jackson, M.A.; Evans, B.C.; Werfel, T.A.; Dailing, E.A.; Bedingfield, S.K.; Kelly, I.B.; Duvall, C.L. Gal8 Visualization of Endosome Disruption Predicts Carrier-Mediated Biologic Drug Intracellular Bioavailability. *ACS Nano* **2019**. [CrossRef]
148. Miao, L.; Lin, J.; Huang, Y.; Li, L.; Delcassian, D.; Ge, Y.; Shi, Y.; Anderson, D.G. Synergistic Lipid Compositions for Albumin Receptor Mediated Delivery of mRNA to the Liver. *Nat. Commun.* **2020**, *11*, 2424. [CrossRef]
149. Patel, S.; Kim, J.; Herrera, M.; Mukherjee, A.; Kabanov, A.V.; Sahay, G. Brief update on endocytosis of nanomedicines. *Adv. Drug Deliv. Rev.* **2019**, *144*, 90–111. [CrossRef]
150. Maugeri, M.; Nawaz, M.; Papadimitriou, A.; Angerfors, A.; Camponeschi, A.; Na, M.; Hölttä, M.; Skantze, P.; Johansson, S.; Sundqvist, M.; et al. Linkage between Endosomal Escape of LNP-mRNA and Loading into EVs for Transport to Other Cells. *Nat. Commun.* **2019**, *10*, 4333. [CrossRef]
151. Kranz, L.M.; Diken, M.; Haas, H.; Kreiter, S.; Loquai, C.; Reuter, K.C.; Meng, M.; Fritz, D.; Vascotto, F.; Hefesha, H.; et al. Systemic RNA delivery to dendritic cells exploits antiviral defence for cancer immunotherapy. *Nature* **2016**, *534*, 396–401. [CrossRef]
152. Fenton, O.S.; Kauffman, K.J.; Kaczmarek, J.C.; McClellan, R.L.; Jhunjhunwala, S.; Tibbitt, M.W.; Zeng, M.D.; Appel, E.A.; Dorkin, J.R.; Mir, F.F.; et al. Synthesis and Biological Evaluation of Ionizable Lipid Materials for the In Vivo Delivery of Messenger RNA to B Lymphocytes. *Adv. Mater.* **2017**, *29*, 1606944. [CrossRef]
153. Cheng, Q.; Wei, T.; Farbiak, L.; Johnson, L.T.; Dilliard, S.A.; Siegwart, D.J. Selective Organ Targeting (SORT) Nanoparticles for Tissue-Specific mRNA Delivery and CRISPR–Cas Gene Editing. *Nat. Nanotechnol.* **2020**, *15*, 313–320. [CrossRef] [PubMed]
154. Akinc, A.; Querbes, W.; De, S.; Qin, J.; Frank-Kamenetsky, M.; Jayaprakash, K.N.; Jayaraman, M.; Rajeev, K.G.; Cantley, W.L.; Dorkin, J.R.; et al. Targeted Delivery of RNAi Therapeutics With Endogenous and Exogenous Ligand-Based Mechanisms. *Mol. Ther.* **2010**, *18*, 1357–1364. [CrossRef] [PubMed]
155. Yan, X.; Kuipers, F.; Havekes, L.M.; Havinga, R.; Dontje, B.; Poelstra, K.; Scherphof, G.L.; Kamps, J.A.A.M. The role of apolipoprotein E in the elimination of liposomes from blood by hepatocytes in the mouse. *Biochem. Biophys. Res. Commun.* **2005**, *328*, 57–62. [CrossRef]
156. Hajj, K.A.; Melamed, J.R.; Chaudhary, N.; Lamson, N.G.; Ball, R.L.; Yerneni, S.S.; Whitehead, K.A. A Potent Branched-Tail Lipid Nanoparticle Enables Multiplexed mRNA Delivery and Gene Editing In Vivo. *Nano Lett.* **2020**, *20*, 5167–5175. [CrossRef]
157. Pardi, N.; Tuyishime, S.; Muramatsu, H.; Kariko, K.; Mui, B.L.; Tam, Y.K.; Madden, T.D.; Hope, M.J.; Weissman, D. Expression Kinetics of Nucleoside-Modified mRNA Delivered in Lipid Nanoparticles to Mice by Various Routes. *J. Control. Release* **2015**, *217*, 345–351. [CrossRef]
158. Parhiz, H.; Shuvaev, V.V.; Pardi, N.; Khoshnejad, M.; Kiseleva, R.Y.; Brenner, J.S.; Uhler, T.; Tuyishime, S.; Mui, B.L.; Tam, Y.K.; et al. PECAM-1 Directed Re-Targeting of Exogenous mRNA Providing Two Orders of Magnitude Enhancement of Vascular Delivery and Expression in Lungs Independent of Apolipoprotein E-Mediated Uptake. *J. Control. Release* **2018**, *291*, 106–115. [CrossRef]
159. Marcos-Contreras, O.A.; Greineder, C.F.; Kiseleva, R.Y.; Parhiz, H.; Walsh, L.R.; Zuluaga-Ramirez, V.; Myerson, J.W.; Hood, E.D.; Villa, C.H.; Tombacz, I.; et al. Selective targeting of nanomedicine to inflamed cerebral vasculature to enhance the blood–brain barrier. *Proc. Natl. Acad. Sci. USA* **2020**, *117*, 3405–3414. [CrossRef]
160. Perche, F.; Gosset, D.; Mével, M.; Miramon, M.-L.; Yaouanc, J.-J.; Pichon, C.; Benvegnu, T.; Jaffrès, P.-A.; Midoux, P. Selective gene delivery in dendritic cells with mannosylated and histidylated lipopolyplexes. *J. Drug Target.* **2011**, *19*, 315–325. [CrossRef]

161. Veiga, N.; Goldsmith, M.; Granot, Y.; Rosenblum, D.; Dammes, N.; Kedmi, R.; Ramishetti, S.; Peer, D. Cell Specific Delivery of Modified mRNA Expressing Therapeutic Proteins to Leukocytes. *Nat. Commun.* **2018**, *9*, 4493. [CrossRef]
162. Kedmi, R.; Veiga, N.; Ramishetti, S.; Goldsmith, M.; Rosenblum, D.; Dammes, N.; Hazan-Halevy, I.; Nahary, L.; Leviatan-Ben-Arye, S.; Harlev, M.; et al. A modular platform for targeted RNAi therapeutics. *Nat. Nanotechnol.* **2018**, *13*, 214–219. [CrossRef]
163. Swaminathan, G.; Thoryk, E.A.; Cox, K.S.; Meschino, S.; Dubey, S.A.; Vora, K.A.; Celano, R.; Gindy, M.; Casimiro, D.R.; Bett, A.J. A novel lipid nanoparticle adjuvant significantly enhances B cell and T cell responses to sub-unit vaccine antigens. *Vaccine* **2016**, *34*, 110–119. [CrossRef]
164. Swaminathan, G.; Thoryk, E.A.; Cox, K.S.; Smith, J.S.; Wolf, J.J.; Gindy, M.E.; Casimiro, D.R.; Bett, A.J. A Tetravalent Sub-unit Dengue Vaccine Formulated with Ionizable Cationic Lipid Nanoparticle induces Significant Immune Responses in Rodents and Non-Human Primates. *Sci. Rep.* **2016**, *6*, 1–17. [CrossRef]
165. Almeida, A.J.; Souto, E. Solid lipid nanoparticles as a drug delivery system for peptides and proteins. *Adv. Drug Deliv. Rev.* **2007**, *59*, 478–490. [CrossRef]
166. Yuki, Y.; Kiyono, H. New generation of mucosal adjuvants for the induction of protective immunity. *Rev. Med. Virol.* **2003**, *13*, 293–310. [CrossRef]
167. Sedic, M.; Senn, J.J.; Lynn, A.; Laska, M.; Smith, M.; Platz, S.J.; Bolen, J.; Hoge, S.; Bulychev, A.; Jacquinet, E.; et al. Safety Evaluation of Lipid Nanoparticle–Formulated Modified mRNA in the Sprague-Dawley Rat and Cynomolgus Monkey. *Vet. Pathol.* **2018**, *55*, 341–354. [CrossRef]
168. Barros, S.A.; Gollob, J.A. Safety profile of RNAi nanomedicines. *Adv. Drug Deliv. Rev.* **2012**, *64*, 1730–1737. [CrossRef] [PubMed]
169. Swartz, M.A. The physiology of the lymphatic system. *Adv. Drug Deliv. Rev.* **2001**, *50*, 3–20. [CrossRef]
170. Castells, M.C.; Phillips, E.J. Maintaining Safety with SARS-CoV-2 Vaccines. *N. Engl. J. Med.* **2020**. [CrossRef] [PubMed]
171. Muskula, P.R.; Main, M.L. Safety With Echocardiographic Contrast Agents. *Circ. Cardiovasc. Imaging* **2017**, *10*, e005459. [CrossRef]
172. Parhiz, H.; Khoshnejad, M.; Myerson, J.W.; Hood, E.; Patel, P.N.; Brenner, J.S.; Muzykantov, V.R. Unintended effects of drug carriers: Big issues of small particles. *Adv. Drug Deliv. Rev.* **2018**, *130*, 90–112. [CrossRef]
173. NIH Devising Study on Rare Allergic Reactions to Coronavirus Vaccine—The Washington Post. Available online: https://www.washingtonpost.com/health/covid-vaccine-allergic-reactions-study/2020/12/21/e01001d2-431a-11eb-b0e4-0f182923a025_story.html (accessed on 10 January 2021).

Joint Claim Construction Brief

# EXHIBIT 12

Case 1:23-cv-00580-CFC Document 65-2 Filed 06/18/24 Page 33 of 155 PageID #: 6060



# Lipoid pH Indicators as Probes of Electrical Potential and Polarity in Micelles[1]

**Marta S. Fernández[2] and Peter Fromherz***

*Max-Planck-Institut für Biophysikalische Chemie, D 3400, Göttingen-Nikolausberg, West Germany* *(Received January 14, 1977)*

Two types of fluorescent pH indicators, a hydroxycoumarin and an aminocoumarin dye, are incorporated by means of long paraffinic chain substituents to neutral, anionic, and cationic micelles. The apparent p$K$ values for the dyes in the micelles are compared to the p$K$ values in aqueous solution. Shifts of the apparent p$K$ are found for charged as well as for uncharged micelles, being different for the two indicators. A comparison of the p$K$ shifts of the indicators in neutral micelles to p$K$ shifts in a series of mixed solvents of different dielectric constant ($\epsilon$) leads us to attribute the shifts in the neutral system to a reduced polarity at the micelle surface for which a value of $\epsilon \simeq 32$ is estimated. With respect to charged micelles this polarity effect is responsible for part of the apparent p$K$ shift. It may be revealed by comparing the results for the two indicator types. The value of the effective dielectric constant is found to be similar to that in the neutral micelle. The remaining part of the apparent p$K$ shift may be taken as a measure of the electrical potential at the surface of the charged micelles. Some examples of potential measurements for various counterions are presented. A thermodynamical section attempts to present clear definitions of (and relations between) terms as "apparent p$K$", "interfacial p$K$", "interfacial pH", and "acidity function".

Downloaded via BRASKEM SA on August 21, 2023 at 18:41:52 (UTC).
See https://pubs.acs.org/sharingguidelines for options on how to legitimately share published articles.

## 1. Introduction

For a measurement of the electrical potential at the surface of a charged membrane or a similar interface one requires a probe of molecular size which does not disturb the system itself. Hartley and Roe suggested in 1940 the use of pH indicators adsorbed to charged micelles.[3] They attributed the "apparent" shift of p$K$ detectable in the micellar solutions, as compared to pure aqueous solutions, to a change of the "local interfacial" proton activity $a^{i}_{H^+}$ at the surface of charged micelles as compared to that in bulk water $a^{w}_{H^+}$. They related this pH shift to an interfacial potential $\Psi$ by Boltzmann's law according to eq 1, where $F$ is Faraday's constant, $R$ is the general gas

$$a^{i}_{H^+} = a^{w}_{H^+}e^{-F\Psi/RT} \qquad (1)$$

constant, and $T$ is the temperature. However, the equilibrium of an indicator, bound to a surface, may be affected not only by an electrostatic potential, but in addition by a different local environment, e.g., by a lower dielectric constant as compared to bulk water. Accordingly, Mukerjee and Banerjee pointed out in 1964 that the apparent shift of p$K$ includes a shift of the "intrinsic" p$K$, such that an electrical potential or "local pH shift" is related only to a difference of the "apparent" p$K^{a}$ and this unknown intrinsic "interfacial" p$K^{i}$ according to[4]

$$\mathrm{p}K^{a} - \mathrm{p}K^{i} = -F\psi/2.3RT \qquad (2)$$

In fact Tong and Gleesmann observed in 1957 p$K$ shifts of several phenols and naphthols even in neutral micelles.[5] On the other hand, Montal and Gitler compared in 1973 the effect of charged and uncharged micelles on the p$K$ of well-known indicator dyes as umbelliferone, bromthymol blue, and methyl red and found that the p$K$'s were affected only by the charged micelles whereas they were not "significantly modified by the neutral ones".[6]

In order to obtain a strong fixation of a pH-sensitive chromophore to a membrane system the first lipoid pH indicator, heptadecylumbelliferone, was introduced in 1973 as applied to monomolecular films of lipids and tensides.[7,8] The p$K$ shifts were found to be considerably larger for charged interfaces than those reported by Montal and Gitler and, in addition, remarkable shifts in neutral monolayers were detected. In order to calculate an electrostatic potential for the charged systems the apparent p$K^{a}_{0}$ in a neutral monolayer was taken as a reference according to[9]

$$\mathrm{p}K^{a} - \mathrm{p}K^{a}_{0} = -F\psi/2.3RT \qquad (3)$$

This procedure identifies the interfacial p$K^{i}$ of eq 2 with the apparent p$K^{a}_{0}$ and implies that the environmental effect on the intrinsic p$K$ is similar in the charged and uncharged interface.

The present paper now intends to provide a more detailed discussion of the lipoid pH indicator method, by comparing two conjugate lipoid pH indicators, the substituted umbelliferone and an analogous aminocoumarin. At first the various p$K$'s which appear in the study of an interfacial acid–base equilibrium are characterized. Thereafter the titrations of the two indicators in charged and uncharged micelles are described. It is shown how the observable shifts of "apparent" p$K^{a}$ may be partitioned explicitly into a component due to the electrical potential and a component caused by a change of polarity. This procedure provides a well-founded basis for the application of lipoid pH indicators as probes of the interfacial potential in membrane systems. In addition by comparing the shift of the interfacial intrinsic p$K^{i}$ to the p$K$ shift measured in nonpolar nonaqueous solvents an estimation of the effective interfacial dielectric constant can be derived, exhibiting the indicators as probes of interfacial polarity.

## 2. Theory

In the following discussion of acid–base equilibria two particular reaction types are considered: (I) the disso-

$$\mathrm{A} \rightleftharpoons \mathrm{B}^- + \mathrm{H}^+ \qquad (\mathrm{I})$$

$$\mathrm{A}^+ \rightleftharpoons \mathrm{B} + \mathrm{H}^+ \qquad (\mathrm{II})$$

ciation of a molecular acid A; and (II) the dissociation of a cation acid $A^+$. In a titration experiment of a pH indicator, which is bound to a membrane (m) in its acidic *and* basic form, one measures the proton activity in the bulk aqueous phase (w) (e.g., by a glass electrode) and the ratio of acid and base concentration in the membrane (e.g., by optical techniques). The acid–base reaction is characterized by the "apparent" p$K^{a}$ according to eq 4, i.e., by

$$\mathrm{p}K^{a} = -\log\,(c^{m}_{B}/c^{m}_{A})a^{w}_{H^+} \qquad (4)$$

the bulk pH, for which the indicator in the membrane is




**Figure 1.** The different types of equilibria which may be considered in the case of an acid–base reaction A $\rightleftharpoons$ B + $H^+$ at a membrane surface. The hatched areas represent the membrane (m), the zone between the membrane and the dotted line denotes the aqueous phase just at the membrane/water interface (i), and the area right of the dotted line is the bulk water phase (w). (1) symbolizes the dissociation within the bulk water phase as characterized by the equilibrium constant $K^w$ (eq 5). (2) symbolizes the dissociation of membrane-bound acid into a membrane-bound base and a proton in the bulk aqueous phase as characterized by the equilibrium constant $K^{mw}$ (eq 10) which corresponds essentially to the apparent equilibrium constant $K^a$. (3) symbolizes the dissociation of membrane-bound acid into membrane-bound base and a proton in the water near the interface, as characterized by the "interfacial" equilibrium constant $K^i$ (eq 6). (4) symbolizes the dissociation within the nonaqueous medium of the membrane as characterized by the equilibrium constant $K^m$ (eq 8).

50% dissociated. As a reference one observes the corresponding reaction in water (Figure 1-1), characterized by a p$K^w$ as obtained from the reactant activities in water according to eq 5, where all activities are products of

$$\mathrm{p}K^{\mathrm{w}} = -\log \frac{a^{\mathrm{w}}_{\mathrm{B}}}{a^{\mathrm{w}}_{\mathrm{A}}} a^{\mathrm{w}}_{\mathrm{H}^+} = \frac{1}{2.3RT}(\mu^{\circ\mathrm{w}}_{\mathrm{H}^+} + \mu^{\circ\mathrm{w}}_{\mathrm{B}} - \mu^{\circ\mathrm{w}}_{\mathrm{A}}) \quad (5)$$

concentrations and activity coefficients with $a_i = c_i f_i$. The p$K^w$ is proportional to the standard Gibbs' free energy $\Delta G^{\circ w}$ of the indicator dissociation in water with p$K^w$ = $\Delta G^{\circ w}/2.3RT$. Resolving $\Delta G^{\circ w}$ into the single standard chemical potentials in water, $\mu^{\circ w}$, one obtains the second part of eq 5.

Let us consider now the titration of an indicator which is bound to a *neutral* membrane surface. Here the bulk proton activity observed, $a^w_{H^+}$, may be assumed to be equal to the activity in water near the interface, $a^i_{H^+}$. The apparent p$K^a_0$ in the neutral membrane corresponds then essentially to an "interfacial" p$K^i$ referring to the proton dissociation into the aqueous phase, the indicator remaining in the nonaqueous membrane, which may be expressed by the standard free energy of this two-phase reaction (Figure 1-3) according to

$$\mathrm{p}K^{\mathrm{i}} = -\log \frac{f^{\mathrm{m}}_{\mathrm{B}}}{f^{\mathrm{m}}_{\mathrm{A}}} \frac{c^{\mathrm{m}}_{\mathrm{B}}}{c^{\mathrm{m}}_{\mathrm{A}}} a^{\mathrm{i}}_{\mathrm{H}^+} = \frac{1}{2.3RT}(\mu^{\circ\mathrm{w}}_{\mathrm{H}^+} + \mu^{\circ\mathrm{m}}_{\mathrm{B}} - \mu^{\circ\mathrm{m}}_{\mathrm{A}}) \quad (6)$$

The standard chemical potentials are referred to water for the proton but to the nonaqueous membrane medium for acid and base. The interfacial p$K^i$ and the apparent p$K^a_0$ in a neutral membrane differ only by the effect of the activity coefficients of acid and base referred to the membraneous medium, i.e., by log $f^m_B/f^m_A$. However, this correction disappears at low indicator concentrations if the actual condition of the neutral membrane is considered as a reference standard state.

The interfacial p$K^i$ differs from the aqueous p$K^w$ by the free energy required to transfer *acid and base* from water to the nonaqueous medium of the membrane (Figure 1-1 and 1-3). Using the notation $\Delta$p$K^i$ = p$K^i$ − p$K^w$ one obtains

$$\Delta \mathrm{p}K^{\mathrm{i}} = \frac{1}{2.3RT}(\mu^{\circ\mathrm{m}}_{\mathrm{B}} - \mu^{\circ\mathrm{w}}_{\mathrm{B}}) - \frac{1}{2.3RT}(\mu^{\circ\mathrm{m}}_{\mathrm{A}} - \mu^{\circ\mathrm{w}}_{\mathrm{A}}) \quad (7)$$

A positive difference of the chemical potentials, $\mu^{\circ m} - \mu^{\circ w}$, may arise in particular for the charged indicator species by a reduced dielectric constant of the membrane as compared to water. In reaction I the base $B^-$ is charged, such that the equilibrium may be shifted to the left with a positive $\Delta$p$K^i_I$, whereas in the case of reaction II the charged acid $A^+$ is affected, such that the equilibrium is shifted to the right with a negative $\Delta$p$K^i_{II}$ as expressed by eq 7.

Note that the p$K^i$ referring to a two-phase reaction differs not only from the aqueous p$K^w$ as discussed above, but also from the p$K^m$ which characterizes the dissociation reaction *within* the nonaqueous medium (Figure 1-4) as defined by

$$\mathrm{p}K^{\mathrm{m}} = -\log \frac{a^{\mathrm{m}}_{\mathrm{B}}}{a^{\mathrm{m}}_{\mathrm{A}}} a^{\mathrm{m}}_{\mathrm{H}^+} = \frac{1}{2.3RT}(\mu^{\circ\mathrm{m}}_{\mathrm{H}^+} + \mu^{\circ\mathrm{m}}_{\mathrm{B}} - \mu^{\circ\mathrm{m}}_{\mathrm{A}}) \quad (8)$$

The difference of p$K^i$ and p$K^m$ is due to the work required to transfer the proton from water to the membrane, which is the so called "primary medium effect" of the proton (cf. eq 7 and 8). The p$K^m$ cannot be measured for a membrane system. However, this type of p$K$ is used to characterize an acid–base reaction in *bulk* nonaqueous solvents. Thus the p$K$ shift caused by the location of the indicator in a nonaqueous membrane, the $\Delta$p$K^i$, cannot be identified with a p$K$ shift caused by a reduction of the polarity of a bulk medium, the $\Delta$p$K^m$. The two shifts are related by

$$\Delta \mathrm{p}K^{\mathrm{i}} - \Delta \mathrm{p}K^{\mathrm{m}} = -\frac{1}{2.3RT}(\mu^{\circ\mathrm{m}}_{\mathrm{H}^+} - \mu^{\circ\mathrm{w}}_{\mathrm{H}^+}) \quad (9)$$

Let us consider now an indicator bound to the surface of an *electrically charged* membrane. It is assumed generally, that an "outer" electrostatic potential exists at the aqueous side of the membrane/water boundary created by the separation of the fixed membrane charges and the counterions, as described e.g., by the Gouy–Chapman theory of the diffuse double layer. In this case the dissociation of the membrane-bound acid into membrane bound base and into a proton in the bulk water phase (Figure 1-2) depends not only on the free reaction energy of dissociation across the boundary, but in addition on the electrostatic energy difference of the proton between the interface and the bulk water. Introducing the standard chemical potentials of the proton in water, and of acid and base in the charged membrane, one obtains

$$\mathrm{p}K^{\mathrm{mw}} = -\log \frac{f^{\mathrm{m}}_{\mathrm{B}}}{f^{\mathrm{m}}_{\mathrm{A}}} \frac{c^{\mathrm{m}}_{\mathrm{B}}}{c^{\mathrm{m}}_{\mathrm{A}}} a^{\mathrm{w}}_{\mathrm{H}^+} = \frac{1}{2.3RT}(\mu^{\circ\mathrm{w}}_{\mathrm{H}^+} + \mu^{\circ\mathrm{m}}_{\mathrm{B}} - \mu^{\circ\mathrm{m}}_{\mathrm{A}}) - \frac{F}{2.3RT}\Psi \quad (10)$$

(The equation is based on the equality of the electrochemical potentials of all species throughout the whole system including the equilibrium of the dissociation reaction itself.) This $pK^{mw}$ of the total two phase reaction and the directly observable apparent $pK^{a}$ (eq 4) differ by the effect of the activity coefficients of acid and base, log $f^{m}_{B}/f^{m}_{A}$. However, $pK^{mw}$ and $pK^{a}$ may be identified at low indicator concentrations if the actual membraneous environment itself is considered as a reference standard state of the reaction. The difference of the total $pK^{mw}$ and the reference $pK^{w}$ is due to the energy required to bring acid and base from *bulk* water to their actual location in the membrane, which includes the electrostatic energy for the transfer of the charged indicator species, $B^{-}$ and $A^{+}$ respectively, from the bulk phase to the interface. Combining eq 10 and 5 one obtains for $\Delta pK^{mw} = pK^{mw} - pK^{w}$ eq 11 where $\Delta pK^{i}$ is defined by eq 7.[10] The total shift

$$\Delta pK^{mw} = \Delta pK^{i} - \frac{F}{2.3RT}\Psi \qquad (11)$$

of $pK^{mw}$ of a membrane-bound indicator is partitioned into a p$K$ shift ($pK^{i} - pK^{w}$), whereby the peculiar nature of the "interphase" $pK^{i}$ has to be considered, and into an electrostatic potential contribution, which may be considered as a shift of "local pH" derivable from the potential $\Psi$ by eq 1. Note that the latter component affects all types of acid–base equilibria in the same direction, whereas the first part depends on the reaction type, especially on the charge type of the dissociation, as mentioned above.

Two remarks have to be added concerning the nature of these two components.

(a) A priori the location of an indicator in a membrane is unknown. If it is located inside of the surface dipole layer (of polar head groups and oriented water) the total electrostatic potential between bulk water and the indicator location is an "inner" potential which includes the "outer" potential mentioned and the potential difference created by the oriented dipole layer.[14] If in such a case the potential in eq 11 is considered to be this inner potential, the interfacial $pK^{i}$ comprises the dissociation across the membrane/water boundary at constant potential, which is apparently a virtual process. In such a case the general eq 11 has to be applied also for an indicator in a neutral membrane.

(b) Near a charged membrane the ionic concentration may be quite large due to the attraction of the counterions by the surface charges. Thus there may exist not only an energy difference for the charged species between bulk water and the interface, which is due to an electrostatic potential, but in addition a component due to ionic polarization. If the actual condition of the charged interface is taken as a reference standard state, this contribution of direct interaction of the charged indicator species with the counterions and the interfacial charges themselves is comprised in the $pK^{i}$. On the other hand, it is possible as well to describe this ionic polarization by the activity coefficients of the charged indicator species, $f^{m}_{A^+}$ and $f^{m}_{B^-}$ respectively, such that the $pK^{i}$ describes the interfacial dissociation without ionic interaction, which is apparently a virtual process.

The somewhat artificial partitioning of the measurable shifts of "apparent" $pK^{a}$ of an indicator in a charged membrane as compared to the $pK^{w}$ in bulk water is justified, if there exists an experimental way to reveal from indicator measurements an indicator-independent term, which may be assigned to an electrostatic potential as calculated in theoretical treatments. It is the purpose of the subsequent sections to show that such a result can be achieved by combining a pair of indicators of reaction type I and II.

An application of the preceding equations, however, requires independent measurements of the apparent $pK^{a}$ of a membrane–bound indicator and of the $pK^{w}$ of the indicator in bulk aqueous solution. If the indicator is distributed in equilibrium between the bulk aqueous phase and the membrane (and in intermediate regions of the diffuse double layer) at comparable concentrations, it is possible to extract the $pK^{a}$ of the membrane bound molecules only by an independent determination of this distribution. This problem may be by-passed by the application of indicator chromophores in two chemical forms, one being substituted with a long paraffinic chain which binds the chromophore strongly to a membrane system by hydrophobic interaction, and one being substituted with a short chain such that the chromophore is easily water soluble.[7] A direct evaluation of the $pK^{a}$ shift of the membrane–bound lipoid indicator with respect to the $pK^{w}$ of the water soluble chromophore implies an identical effect of the substituent on the chemical potentials to acid and base. In that case the additional hydrophobic parts in the chemical potentials cancel in eq 7. I.e., all equations remain valid if the differences of p$K$ and of chemical potentials are referred to the chromophores alone.

## 3. Experimental Section

Two types of coumarin dyes are applied as pH indicators in the present study (indicators I and II). The two similar




Indicator I




Indicator II

chromophores differ in the charge type of dissociation. The first being a molecular acid and the second a molecular base. They have similar spectroscopic properties: When excited by light of 366 nm, the basic forms emit a blue fluorescence around 450 nm, whereas the acidic forms are not affected. Since these coumarin dyes are stronger acids in the excited state the relative fluorescence intensity is a direct measure of the dissociation degree $c_B/(c_B + c_A)$ in the ground state.[15,16]

In order to achieve a strong binding of the chromophores to micelles and to avoid any interference of a binding equilibrium onto the apparent p$K$'s, dyes with long paraffinic chain substitution in position 4 are applied for the determination of the micellar apparent $pK^{a}$ values ($R_I = -C_{11}H_{23}$; $R_{II} = -C_{17}H_{35}$). These lipoid dyes are insoluble in water but easily solubilized by micellar solutions of detergents. The aqueous $pK^{w}$ of the indicators is determined using the chainless or methyl-substituted chromophores.

The two indicators are studied in micellar solutions of cetyltrimethylammonium bromide (CTAB, Merck, Darmstadt), sodium dodecyl sulfate (SDS, Schwarz & Mann, Orangeburg, N.Y.), and polyoxylethylene isooctyl

Case 1:23-cv-00580-CFC Document 65-2 Filed 06/18/24 Page 36 of 155 PageID #: 6063






**Figure 2.** Dissociation degree of pH-indicator acid vs. bulk pH. The figure compares the titration of hydroxycoumarin (indicator I) and aminocoumarin (indicator II) hydrophobically bound to *neutral micelles* in a 5 mM solution of polyoxyethylene isooctyl phenyl ether (Triton X-100) and dissolved in water. The two curves at low pH refer to aminocoumarin; the two curves at high pH refer to hydroxycoumarin.

phenyl ether (Triton X-100, Serva, Heidelberg). The detergent concentrations, unless otherwise noted, are 24 mM for CTAB and SDS and 5 mM for Triton X-100 as in the study of Montal and Gitler[6] on the chainless umbelliferone. Titrations of the hydroxycoumarin indicator have been performed in the presence of 1 mM Tris buffer. The ratio of the number of detergent molecules, compared to the number of solubilized dye molecules, is chosen to be large (>400:1) such that there is less than one indicator molecule available per micelle, considering the aggregation numbers of these micelles.[17] The pH is determined by a glass electrode (Ingold, Frankfurt) relative to NBS standard solutions (Schott, Mainz).

Titrations of the indicators in nonaqueous solvents are carried out using a series of dioxane–water mixtures containing 0, 20, 45, 70, and 82 wt % dioxane, corresponding to dielectric constants of 78.36, 60.79, 38.48, 17.69, and 9.53.[18] The method of Van Uitert and Haas[19] is employed to obtain proton concentrations from the readings of the glass electrode. The procedure involves the previous calibration of the glass electrode in the different mixtures to obtain a correction factor. This calibration allows elimination of the combined and undistinguishable contributions of primary medium effect and liquid junction potential from the pH readings. The ionic activity coefficients for solutes, referred to the respective solvent mixture at infinite dilution, are approximated by using the tabulated mean activity coefficients of hydrochloric acid.[20]

## 4. Results and Discussion

(a) *The Polarity Shift of pK in Neutral Micelles.* Figure 2 compares the titrations of the hydroxycoumarin and the aminocoumarin in Triton X-100 and in water. The "apparent" $pK^a$ in the neutral micelle differs from the $pK^w$ for both indicators, the $\Delta pK^a_0$ being of similar value but opposite sign (cf. Table I). These features correspond to the arguments presented in section 2, that in a neutral membrane $\Delta pK^a$ is determined essentially by the energy difference of the charged indicator species between the aqueous and the nonpolar medium (eq 7). The positive $\Delta pK^a_0 = \Delta pK^i$ of hydroxycoumarin (indicator I) may be assigned to the destabilization of the charged phenolate base, whereas the negative $\Delta pK^a_0$ of aminocoumarin (indicator II) may reflect the destabilization of the charged ammonium acid in the low polarity medium of the micelle.

In order to test this interpretation and to estimate the value of the dielectric constant at the location of the micelle-bound chromophore, the indicators are titrated in a series of media of known dielectric constant. The values

TABLE I: pK Values of the Hydroxycoumarin Indicator I and of the Aminocoumarin Indicator II in Micellar Solutions of Cetyltrimethylammonium Bromide (CTAB, 24 mM), Polyoxyethylene Isooctyl Phenyl Ether (Triton X-100, 5 mM), and Sodium Dodecyl Sulfate (SDS, 24 mM)[a]

| | Indicator I | | | Indicator II | | |
|---|---|---|---|---|---|---|
| | CTAB | Triton X-100 | SDS | CTAB | Triton X-100 | SDS |
| $pK^a$ | 6.35 | 8.85 | 11.15 | | 1.25 | 3.55 |
| $pK^a - pK^w$ | −1.4 | +1.1 | +3.4 | | −1.1 | +1.2 |
| $pK^a - pK^a_0$ | −2.5 | | +2.3 | | | +2.3 |

| | CTAB | Triton X-100 | SDS |
|---|---|---|---|
| $^1/_2[\Delta pK^a_I - \Delta pK^a_{II}]$ | | +1.1 | +1.1 |
| $^1/_2[\Delta pK^a_I + \Delta pK^a_{II}]$ | | 0.0 | +2.3 |

[a] The $pK^a$ shifts in the second row are referred to the aqueous $pK^w$, which is for indicator I $pK^w_I = 7.75$ and for indicator II $pK^w_{II} = 2.35$. The $pK^a$ shifts in the third row are referred to the $pK^a$ in Triton X-100, $pK^a_0$. The values in this row, as well as the differences of the $\Delta pK^a = pK^a - pK^W$ referring to both indicators in the fourth and fifth row, are used for the calculation of electrical potential and polarity (cf. eq 13, 14, and 15).

of $\Delta pK^m = pK^m - pK^w$ (cf. eq 8) for a series of water/dioxane mixture are plotted in Figure 3 (dotted lines) vs. the dielectric constant of those media. Lowering the dielectric constant leads to a large increase of $pK^m$ for dye I, yet only a slight change of $pK^m$ for dye II, as is to be expected from the ionic character of the dissociation reactions: By the dissociation of dye I two ions are created which is an unfavorable process in a medium of low dielectric constant, whereas in the dissociation of dye II the number of ions remains constant.

In order to make a correct comparison of these bulk media titrations with the micellar titrations, the $\Delta pK^m$ values have to be transformed into $\Delta pK^i$ values referring to the two-phase reaction, as it is observed in the case of the micelles, according to eq 9. The primary medium effect of the proton may be expressed for each water/dioxane mixture as a "degenerate activity coefficient" of the proton $f^\circ_{H^+}$[21] and approximated by the mean degenerate activity coefficient of HCl, $f^\circ_{HCl}$, for dioxane/water mixtures,[20] according to

$$\mu^{\circ m}_{H^+} - \mu^{\circ w}_{H^+} = 2.3RT \log f^\circ_{H^+} \simeq 2.3RT \log f^\circ_{HCl} \qquad (12)$$

The shifts $\Delta pK^i$ for water/dioxane mixtures obtained in

Case 1:23-cv-00580-CFC Document 65-2 Filed 06/18/24 Page 37 of 155 PageID #: 6064






**Figure 3.** p$K$ shifts of pH indicators in *dioxane–water* mixtures referred to pure aqueous solutions vs. the dielectric constant of the solvent. The dashed curves represent the shift of p$K^m$ (cf. eq 8) whereas the full curves are the shifts of the "interphase" p$K^i$ (cf. eq 6). The upper two curves refer to hydroxycoumarin (indicator I); the lower two curves refer to aminocoumarin (indicator II). The two types of Δp$K$, p$K^m$ − p$K^w$, and p$K^i$ − p$K^w$, differ by the primary medium effect of the proton (eq 9).

this way are plotted in Figure 3 (full lines). It is apparent that a lowering of the dielectric constant leads to p$K^i$ shifts of similar magnitude and opposite sign for the two indicators. This symmetric response is still present even at dioxane concentrations as high as 70% ($\epsilon$ = 17.69). Only the points corresponding to 82% dioxane ($\epsilon$ = 10.49) are slightly deviating from the symmetric behavior. This is not surprising since large errors can be expected in the pH evaluation at such high dioxane concentrations.

If now the $\Delta pK^a_0$ values of the two indicators in Triton X-100 are compared with the $\Delta pK^i$ values of the low polarity media one interpolates from Figure 3 an effective micellar dielectric constant of $\epsilon \simeq 32 \pm 1$, independently for *both* indicator titrations. This value is similar to a rough estimate given for neutral monolayers of, e.g., methyl palmitate.[7]

The main conclusions which may be drawn from the results of this section are the following: (1) The shift of the apparent $pK^a$ in a neutral micelle may be attributed consistently to a change of polarity at the micellar location of the chromophores as compared to bulk water. A contribution of the electrical potential may be excluded, since according to eq 11, such a potential would destroy the symmetric dielectric shift. (2) The effective dielectric constant differs from that of bulk water, but differs also from that expected for the paraffinic core of a micelle ($\epsilon \simeq$ 2–3). This intermediate dielectric constant indicates that the indicator chromophores are located just in the surface of the micelle. Both conclusions are consistent: If the chromophores are located just in the micelle/water interface in the region of the polar head groups of the tenside and of interfacial water, they are sensitive only to the outer potential, which may be assumed to be zero for a neutral micelle, but not to a potential created by oriented dipoles of the interface. This interfacial location corresponds to the picture proposed for the position of the lipoid-pH indicators in lipid monolayers.[7]

(b) *Polarity Shift and Potential Shift of pK in Charged Micelles.* Figure 4 compares the titrations of two indicators in the negatively charged micelles of sodium dodecyl sulfate and in aqueous solution. In both cases the $pK^a$ in the micelles is higher than the $pK^w$ in water, the $\Delta pK^a$ of hydroxycoumarin being nearly three times the $\Delta pK^a$ of aminocoumarin (Table I). According to eq 11 the shift of apparent $pK^a$ is composed of a $pK^i$ shift and a potential effect. Since a negative outer potential at the micelle surface leads to a positive $\Delta pK^a$ for both indicator types, whereas the $\Delta pK^i$ may be expected to be of different sign similar to the neutral micelle, the experimental $pK^a$ shifts may be explained qualitatively by the superposition of these two components: For indicator I both effects point into the same direction, leading to large positive $\Delta pK^a_{I}$, whereas for indicator II a negative $\Delta pK^i$ compensates in part the potential shift, leading to a small overall $\Delta pK^a_{II}$.

Two procedures may be used to separate quantitatively the $\Delta pK^i$ effect and the outer potential contribution.

(a) The $\Delta pK^i$ in the charged system is assumed to be identical with that in the neutral system for each indicator. Substituting then the $\Delta pK^i$ in eq 11 by the $\Delta pK^a_0$ one obtains the electrical potential by[9]

$$-F\psi/2.3RT = \Delta pK^a - \Delta pK^a_0 \qquad (13)$$

This procedure implies that the effect of the dielectric polarization in the neutral micelle equals the effect of dielectric plus ionic polarization in the charged micelle as




**Figure 4.** Dissociation degree of pH indicator acid vs. bulk pH. The figure compares the titration of *the indicator pair* hydroxycoumarin (indicator I) and aminocoumarin (indicator II) hydrophobically bound to *negatively charged micelles* in 24 mM solution of sodium dodecyl sulfate (SDS) and dissolved in water. The two curves at low pH refer to aminocoumarin; the two curves at high pH refer to hydroxycoumarin.




**Figure 5.** Dissociation degree of pH indicator acid vs. bulk pH. The figure compares the titration of hydroxycoumarin chromophore (*Indicator I*) hydrophobically bound to *positively and negatively charged micelles* in 24 mM solutions of cetyltrimethylammonium bromide (CTAB) and of sodium dodecyl sulfate (SDS), respectively, and dissolved in water.

included in the relevant standard chemical potentials (eq 7).

(b) The $\Delta pK^i$ is assumed to be of identical magnitude but of opposite sign for the two indicators in the charged micelle. Addition of the $\Delta pK^a_I$ and $\Delta pK^a_{II}$ removes the $\Delta pK^i$ component and reveals the electrical potential according to eq 14. Correspondingly, by subtraction of the

$$-F\psi/2.3RT = {}^1/_2[\Delta pK^a_I + \Delta pK^a_{II}] \quad (14)$$

$$|\Delta pK^i| = {}^1/_2[\Delta pK^a_I - \Delta pK^a_{II}] \quad (15)$$

two $\Delta pK^a$ the absolute value of $\Delta pK^i$ is obtained (eq 15).[22] With respect to the dielectric component the assumption of equal magnitude of $pK^i_I$ and $pK^i_{II}$ is supported over a wide range of polarity by the symmetry of the $pK^i$ shifts found in the nonaqueous solvents. In addition to that, procedure (b) implies an identical ionic polarization for the charged species of the two indicators, $B_I^-$ and $A_{II}^+$, respectively. It should be considered that such an assumption is not justified a priori since the relation of a cation and anion to the anisotropic ionic environment at a micellar surface may be different.

Inserting now the experimental $pK^a$ values of the two indicators in SDS (Table I) into eq 14 and on the other hand the $pK^a$ values of both indicators in SDS and in Triton X-100 (Table I) into eq 13 one obtains in all cases an electrical potential of $\Psi = -134$ mV. According to this agreement one calculates from eq 15 for the magnitude of the shift of intrinsic $pK^i$ in SDS a value of $|\Delta pK^i| = 1.1$, which agrees with the shift found in Triton X-100 for both indicators independently (Table I). The coincidence of the two procedures indicates the practical consistency of the assumptions involved.

A similar treatment may be applied in principle also to a positively charged interface. However, in the present case the apparent $pK^a$ of indicator II is shifted to an immeasurable low value. Thus, Figure 5 compares only the titration of hydroxycoumarin in positive micelles made from cetyltrimethylammonium bromide (CTAB) and in negative micelles made from SDS. It is apparent that the $\Delta pK^a$ in CTAB is of opposite sign to that in SDS but of less than half in its magnitude. This result corresponds to the interpretation that a positive $\Delta pK^i$ of indicator I increases in SDS the shift due to the negative potential, but partially compensates in CTAB the shift due to the positive potential (eq 11). The combination of indicator I/positive interface behaves analogous to the combination of indicator II/negative interface (cf. Figures 4 and 5).[24]

A quantitative evaluation is possible only according to procedure (a), by assuming for indicator I in CTAB the same $\Delta pK^i$ as in SDS and in Triton X-100. One obtains for the electrical potential using eq 13 and Table I $\Psi = +148$ mV. Thus the positive potential in CTAB is similar in magnitude to the negative potential in SDS, which is consistent to the similar size and aggregation number of these micelles.[17] An attribution of an effective dielectric constant of $\epsilon = 32$ also to the CTAB micelle surface as for SDS and Triton X-100 corresponds to a value of $\epsilon = 36$ estimated by Mukerjee and Ray for dodecylpyridinium micelles.[25]

The electrical potentials found in this way for SDS micelles (−134 mV) and CTAB (+148 mV) are similar to the potentials detected by the lipoid-pH indicator in charged monolayers of comparable charge density,[9] but considerably larger in magnitude than the values detectable by chainless umbelliferone. From the $pK$ shifts reported for this indicator by Montal and Gitler[6] it is possible to calculate potentials of −27 mV for SDS and +56 mV for CTAB micelles, respectively. This discrepancy may result from the complete binding of the lipoid indicator to micelles compared to the distribution equilibrium of the chainless analogous between micellar and aqueous phase and from the closer binding of the chromophore to the micelle surface by hydrophobic interaction of the long paraffinic side chain and the core of the micelle in the case of the lipoid indicators. This explanation is consistent with the remarkable shift of $pK^i$, indicating a closer approach of the chromophores to the interfacial region of low polarity. This comparison emphasizes the important role played by hydrophobic interactions in the location of amphiphatic compounds in the lipid–water interface.[26,27]

The main conclusions which may be drawn from the results of this section are as follows. (a) The effective polarity at the location of the hydrophobically bound chromophores in the negatively charged micelle of SDS is similar to that in the neutral micelle of Triton X-100. It corresponds to a bulk dielectric constant of $\epsilon \simeq 32$. Whether some ionic polarization component is included here cannot be decided. (b) The value of the effective dielectric constant indicates a similar location of the chromophore in SDS as in Triton X-100, i.e., at the interface between the polar head groups. This location implies that the electrical potential, as obtained after subtracting the shift of intrinsic $pK$, reflects the outer potential at the charged surface of the micelles. (c) The perfect agreement of the mean $|\Delta pK^i|$ for both indicators in SDS with the single $\Delta pK^i$ shifts in Triton X-100 supports strongly the assumption that the neutral interface may be taken as a reference state for any similar charged




**Figure 6.** Electrical potential at micelle surface vs. concentration of foreign electrolyte. The upper three curves refer to 2 mM solutions of cetyltrimethylammonium bromide (CTAB), where the potentials are detected by indicator I, using eq 13. The lower three curves refer to 10 mM solutions of sodium dodecyl sulfate (SDS), where the potentials are detected similarly by indicator II.

interface. I.e., the unknown interfacial $pK^i$ in charged systems may be substituted by the apparent $pK^a_0$ in a neutral system leading to the postulate that the difference $pK^a - pK^a_0$ of a lipoid pH indicator reveals the outer electrical potential at the micelles surface.

(c) *Measurements of Interfacial Potentials.* As an example of the use of the lipoid pH indicators as potential probes Figure 6 presents the outer potential at the surface of micelles made from CTAB (2 mM) and SDS (10 mM) as a function of salt concentration for several uni-univalent electrolytes, as calculated from eq 13. Dye I and dye II have been used in CTAB and SDS micelles, respectively. Salt concentrations much higher than the detergent critical micellar concentration have been used. In this way the concentration of salt added can be considered to be equal to the total electrolyte concentration.

Only a few short comments shall be made in the present paper concerning these measurements. In the case of CTAB a distinct effect of the different counterions added is observed ($F^-$, $Cl^-$, $Br^-$). The induced reduction of the potential follows the lyotropic series.[28] Addition of $I^-$ and $SCN^-$ promotes precipitation of the system. The slopes $d\Psi/d \log c$ for NaCl and NaBr (51 mV) are slightly smaller than the theoretical value for a plane electrical double layer (59 mV), while in the case of NaF a value of 36 mV is obtained. Deviations from linearity at low salt concentrations (not represented) are to be expected since all curves must pass through the point corresponding to the pure detergent (without salt added).

For SDS micelles a similar effect of $Na^+$ and $Li^+$ on the potentials is found. The slope (55 mV) is similar to the theoretical value for a plane interface. Deviations from linearity are to be expected (as in the case of CTAB) at low salt concentrations, since the curves must pass through the point corresponding to no salt added. $K^+$ and $Rb^+$ induce precipitation of the system. $Cs^+$ leads to a slope of only 32 mV in the range of concentrations studied. At high CsCl concentrations the micellar solution shows a very high viscosity, which may be attributed to the formation of larger aggregates.[27] The magnitude of the experimental potentials is lower than the theoretical values obtained from the Gouy–Chapman theory of the diffuse double-layer but larger than the Booth $\zeta$ potentials derived from electrophoresis.[29] The reduction of the potential as induced by the different cations may be considered to follow Eisenman's serie IV of ionic interaction,[30] if one assumes that the instability of micelles in the case of $K^+$ and $Rb^+$ is due to efficient reduction of the potential.

## References and Notes


(1) Fourth of a series on lipoid pH indicators, for the first three articles, see ref 7–9.

(2) Research fellow of the Alexander von Humboldt Stiftung. Present address: Department of Bioquimica, Centro de Investigación del I.P.N., P.O. Box 14-740, México 14 D.F.

(3) G. S. Hartley and J. W. Roe, *Trans. Faraday Soc.*, **36**, 101–109 (1940).

(4) P. Mukerjee and K. Banerjee, *J. Phys. Chem.*, **68**, 3567–3574 (1964).

(5) L. K. J. Tong and M. C. Gleesmann, *J. Am. Chem. Soc.*, **79**, 4305–4310 (1957).

(6) M. Montal and C. Gitler, *Bioenergetics*, **4**, 363–382 (1973).

(7) P. Fromherz, *Biochem. Biophys. Acta*, **323**, 326–334 (1973).

(8) P. Fromherz, *Chem. Phys. Lett.*, **26**, 221–224 (1974).

(9) P. Fromherz and B. Masters, *Biochim. Biophys. Acta*, **356**, 270–275 (1974).

(10) The shift $pK^{mw} - pK^w$ corresponds to the shift of Hammett's acidity function[11] with respect to two media in equilibrium, as studied, e.g., by Bunton and Robinson in 1969 for micellar solutions.[12,13] Considering the definitions $H^w = pK^w + \log c_B{}^w/c_A{}^w$ and $H^m = pK^w + \log c_B{}^m/c_A{}^m$ one derives from eq 4 and 5 that $H^m - H^w$ differs from $pK^{mw} - pK^w$ only by activity coefficient corrections of acid and base.

(11) L. P. Hammett, *Chem. Rev.*, **13**, 61–71 (1935).

(12) C. A. Bunton and L. Robinson, *J. Phys. Chem.*, **73**, 4237–4241 (1969).

(13) J. H. Fendler and E. J. Fendler, "Catalysis in Micellar and Macromolecular Systems", Academic Press, New York, N.Y., 1975, p 204 *ff*.

(14) E. Lange and H. Göhr, "Thermodynamische Elektrochemie", Hüthig Verlag, Heidelberg, 1962, p 31.

(15) R. F. Chen, *Anal. Lett.*, **1**, 423–428 (1968).

(16) K. H. Drexhage in "Dye Lasers", F. P. Schäfer, Ed., Springer-Verlag, Heidelberg, 1973, pp 144–270.

(17) K. Shinoda, T. Nakagawa, B. Tamamushi, and T. Isemura, "Colloidal Surfactants", Academic Press, New York, N.Y., 1963, pp 20 *ff*, 117 *ff*.

(18) E. J. King, "Acid-Base Equilibria", Pergamon Press, Oxford, 1965, p 252.

(19) L. G. Van Uitert and C. G. Haas, *J. Am. Chem. Soc.*, **75**, 541–455 (1953).

(20) H. S. Harned and B. B. Owen, "The Physical Chemistry of Electrolytic Solutions", Reinhold, New York, N.Y., 1943.

(21) B. Gutbezahl and E. Grunwald, *J. Am. Chem. Soc.*, **75**, 565–574 (1953).

(22) This addition-subtraction procedure used to reveal the environmental and the electrical potential component in the apparent $pK$ shift corresponds to a similar idea of Bates and Schwarzenbach (1955) concerning the elimination of the primary medium effect from acidity function measurements in nonaqueous solvents in order to reveal the true medium pH.[23]

(23) R. G. Bates and G. Schwarzenbach, *Helv. Chim. Acta*, **38**, 699–716 (1955).

(24) An asymmetry of $\Delta pK^a$ in positive and negative micelles opposite to that seen in Figure 6 is expected for an indicator of type II. Such a feature may be reflected by the acidity function shifts reported by Bunton and Robinson for *N*-methyl-*p*-nitroaniline in CTAB ($H^m - H^w = -1.0$) and SDS ($H^m - H^w = +0.35$).[12]

(25) P. Mukerjee and A. Ray, *J. Phys. Chem.*, **70**, 2144–2149 (1966).

(26) M. S. Fernández and J. Cerbón, *Biochim. Biophys. Acta*, **298**, 8–14 (1973).

(27) M. S. Fernández and J. Cerbón, *Arch. Biochem. Biophys.*, **172**, 721–725 (1976).

(28) J. T. G. Overbeek in "Colloid Science", Vol. 1, H. R. Kruyt, Ed., Elsevier, Amsterdam, 1952, p 302 *ff*.

(29) D. Stigter, R. J. Williams, and K. J. Mysels, *J. Phys. Chem.*, **59**, 330–335 (1955).

(30) G. Eisenmann in "Membrane Transport and Metabolism", A. Kleinzeller and A. Kotyk, Ed., Academic Press, New York, N.Y., 1961, pp 163–179.

# Joint Claim Construction Brief

# EXHIBIT 13

ELSEVIER

Available online at www.sciencedirect.com

SCIENCE DIRECT

Journal of Controlled Release 107 (2005) 276–287

journal of controlled release

www.elsevier.com/locate/jconrel

# Cationic lipid saturation influences intracellular delivery of encapsulated nucleic acids

James Heyes [1], Lorne Palmer [1], Kaz Bremner, Ian MacLachlan *

*Protiva Biotherapeutics Inc., 100-3480 Gilmore Way, Burnaby, B.C., Canada V5G-4Y1*

Received 17 January 2005; accepted 15 June 2005
Available online 28 July 2005

**Abstract**

An analogous series of cationic lipids (1,2-distearyloxy-*N,N*-dimethyl-3-aminopropane (DSDMA), 1,2-dioleyloxy-*N,N*-dimethyl-3-aminopropane (DODMA), 1,2-dilinoleyloxy-*N,N*-dimethyl-3-aminopropane (DLinDMA) and 1,2-dilinolenyloxy-*N,N*-dimethyl-3-aminopropane (DLenDMA)) possessing 0, 1, 2 or 3 double bonds per alkyl chain respectively, was synthesized to determine the correlation between lipid saturation, fusogenicity and efficiency of intracellular nucleic acid delivery. $^{31}$P-NMR analysis suggests that as saturation increases, from 2 to 0 double bonds, lamellar ($L_\alpha$) to reversed hexagonal ($H_{II}$) phase transition temperature increases, indicating decreasing fusogenicity. This trend is largely reflected by the efficiency of gene silencing observed in vitro when the lipids are formulated as Stable Nucleic Acid Lipid Particles (SNALPs) encapsulating small inhibitory RNA (siRNA). Uptake experiments suggest that despite their lower gene silencing efficiency, the less fusogenic particles are more readily internalized by cells. Microscopic visualization of fluorescently labelled siRNA uptake was supported by quantitative data acquired using radiolabelled preparations. Since electrostatic binding is a precursor to uptake, the pKa of each cationic lipid was determined. The results support a transfection model in which endosomal release, mediated by fusion with the endosomal membrane, results in cytoplasmic translocation of the nucleic acid payload.
© 2005 Published by Elsevier B.V.

*Keywords:* siRNA delivery; RNA interference; Cationic lipid; Phase transition temperature and SNALP

## 1. Introduction

RNA interference (RNAi) is a recently discovered gene-silencing tool. Small interfering RNA (siRNA) are short, double stranded RNA molecules that, in the presence of endogenous RNA-Induced Silencing Complex (RISC) unwind and bind to specific sequences of messenger RNA (mRNA) subsequently mediating the destruction of the target mRNA by endogenous cellular machinery. In this way, RNAi has the potential to selectively inhibit the expression of disease-associated genes in humans.

Stabilized Plasmid Lipid Particles (SPLP), consisting of a unilamellar lipid bi-layer encapsulating a single copy of plasmid DNA, have been reported

* Corresponding author. Tel.: +1 604 630 5064.
*E-mail address:* ian@protivabio.com (I. MacLachlan).
[1] The first two authors contributed equally to this work.

0168-3659/$ - see front matter © 2005 Published by Elsevier B.V.
doi:10.1016/j.jconrel.2005.06.014

as a novel method of systemic nucleic acid delivery [1–5]. Originally developed using a detergent dialysis technique, they are now prepared more quickly and uniformly using the spontaneous vesicle formation method of Jeffs et al [6]. This method has been adapted to encapsulate other nucleic acids such as duplex siRNA molecules. The resulting particles, referred to as Stabilized Nucleic Acid Lipid Particles (SNALP), exhibit the stability, small size (<200 nm) and low surface charge required for systemic delivery [7].

The SNALP bi-layer contains a mixture of cationic and fusogenic lipids that enable the cellular uptake and endosomal release of the particle's contents. SNALP also contain a diffusible poly (ethylene glycol)-lipid conjugate (PEG-lipid) that provides a neutral, hydrophilic coating to the particle's exterior. PEG-lipids both stabilize the particle during the formulation process and shield the cationic bi-layer, preventing rapid systemic clearance. Upon administration, the PEG-lipid conjugate dissociates from the SNALP at a rate determined by the chemistry of the PEG-lipid anchor, transforming the particle into a transfection-competent entity [1]. Cellular uptake of non-viral transfection reagents occurs primarily via endocytosis. Escape from the endosome is known to be a limiting step when using lipidic systems to deliver nucleic acids. Fusogenic systems readily overcome this barrier since they promote the breakdown of the endosomal membrane leading to cytoplasmic translocation of their nucleic acid payloads. Lipidic systems are most fusogenic when arranged in the reversed hexagonal phase ($H_{II}$), as opposed to the more stable bi-layer forming lamellar phase ($L_\alpha$). A low phase transition temperature between the two states indicates a lower activation energy for the formation of the fusogenic $H_{II}$ phase. Because of the highly defined nature of the SNALP particle, with its fully encapsulated nucleic acid payload and well-characterized mechanism of intracellular delivery, SNALP make an ideal system for examining the role of individual lipid components in the pharmacology of non-viral vector systems. In this work we explore the role of bi-layer fusogenicity in uptake, endosomal escape, and gene-silencing efficiency of SNALP.

Fusogenicity is considered to contribute to cytoplasmic delivery of nucleic acids [8–11]. It has been shown, using gold-labeled particles, that upon uptake via endocytosis the majority of lipoplex remain localized in the endosome, failing to escape to the cytoplasm [12]. The incorporation of fusogenic lipids such as dioleoylphosphatidylethanolamine (DOPE) improves the efficiency of endosomal release by encouraging fusion events between the liposomal and endosomal bi-layers [12–14]. The resulting disruption to the endosomal bi-layer aids in the escape of the therapeutic nucleic acid to the cytoplasm. In the case of a fully encapsulated system, fusion is expected to result in cytoplasmic translocation of the nucleic acid payload.

The fusogenic nature of DOPE-containing bi-layers is thought to be due to their polymorphic nature. Upon formulation, most lipids adopt the bi-layer-forming lamellar phase ($L_\alpha$). DOPE however, has a tendency to form the inverse hexagonal phase ($H_{II}$) [14]. Using video microscopy, Koltover et al. studied the interaction of lipoplexes with giant anionic vesicles (G-vesicles), a model for the endosomal membrane [15]. They demonstrated that while lipoplex comprised of lipids in the $L_\alpha$ phase would simply attach themselves stably to the surface of the G-vesicles, $H_{II}$ phase forming lipoplex rapidly fused with model endosomes. Lipids that adopt the $H_{II}$ phase are therefore regarded as 'fusogenic'.

Other researchers have noted that the degree of saturation of a lipid hydrophobic domain affects its ability to adopt the $H_{II}$ phase [16–19]. All have reported a trend whereby an increasing number of double bonds corresponds with an increasing propensity to form the non-bi-layer phase. It might therefore be possible to increase the tendency of the SNALP bi-layer to form the fusogenic $H_{II}$ phase by decreasing the degree of saturation in the lipid hydrophobic domain of the cationic lipid component. Using the SNALP lipid DODMA (containing a single double bond per lipid chain) as a starting point, we synthesized a homologous series of lipids with 0, 1, 2 or 3 double bonds and studied the effect of these changes on physicochemical properties of bi-layers into which they were incorporated.

The lipids were incorporated in SNALP containing anti-luciferase siRNA and assessed for both uptake efficiency and their ability to inhibit luciferase expression in stably transfected Neuro 2A cells. The surface pKa was investigated using a toluene nitrosulphonic

acid (TNS) assay. The relative influence of each lipid on phase transition temperature ($T_c$) was also studied, using $^{31}$P-NMR analysis.

## 2. Materials and methods

### 2.1. Materials

DPPS, 1,2-Distearoyl-*sn*-glycero-3-phosphocholine (DSPC) and cholesterol were purchased from Avanti Polar Lipids (Alabaster, AL). TNS was obtained from Sigma-Aldrich Canada (Oakville, ON). RiboGreen was obtained from Molecular Probes (Eugene, OR). The alkyl mesylates were purchased from Nu-Chek Prep, Inc. (Elysian, MN, USA). siRNA (anti-luciferase and mismatch control) was purchased from Dharmacon (Lafayette, CO, USA). The anti-luciferase sense sequence was 5′-G.A.U.U.A.U.G.U.C.C.G.-G.U.U.A.U.G.U.A.U.U-3′. The anti-luciferase antisense sequence was 5′-U.A.C.A.U.A.A.C.C.G.G.A.C.A.U.A.A.U.C.U.U-3′. All other chemicals were purchased from Sigma-Aldrich (Oakville, ON, Canada).

### 2.2. Synthesis of DSDMA and DODMA

DSDMA and DODMA were synthesized using the respective alkyl bromides with methodology derived from that of a DOTMA precursor [20]. 3-(Dimethylamino)-1,2-propanediol (714 mg, 6 mmol) and 95% sodium hydride (NaH, 1.26 g, 50 mmol) were stirred in benzene (30 mL) under argon for 30 min. The correct (either oleyl or stearyl) alkyl bromide (5.0 g, 15 mmol) was added and the reaction refluxed under argon for 18 h. The reaction mixture was then cooled in an ice bath while quenching via the slow addition of ethanol. Following dilution with a further 150 mL of benzene, the mixture was washed with distilled water (2 × 150 mL) and brine (150 mL), using ethanol (~20 mL) to aid phase separation if necessary. The organic phase was dried over magnesium sulphate and evaporated. The crude product was purified on a silica gel (Kiesel Gel 60) column eluted with chloroform containing 0–5% methanol. Column fractions were analyzed by thin layer chromatography (TLC) (silica gel, chloroform/methanol 9:1 v/v, visualized with molybdate) and fractions containing pure product ($R_f$=0.5) were pooled and concentrated. The product was decolorized by stirring for 30 min in a suspension of activated charcoal (1 g) in ethanol (75 mL) at 60 °C. The charcoal was removed by filtration through Celite, and the ethanol solution concentrated to typically yield 2.4 g (65%) of pure product. $^1$H-NMR (DSDMA): $\delta_H$ 3.65 – 3.32 (m, 7H, OCH, 3 × $OCH_2$), 2.45 – 2.31 (m, 2H, $NCH_2$), 2.27 (s, 6H, 2 × $NCH_3$), 1.61 – 1.45 (m, 4H, $OCH_2CH_2$), 1.40 – 1.17 (m, 60H, $H_{stearyl}$), 0.86 (t, 6H, $CH_2CH_3$). $^1$H-NMR (DODMA): $\delta_H$ 5.4 – 5.27 (m, 4H, 2 × CH=CH), 3.65 – 3.35 (m, 7H, OCH, 3 × $OCH_2$), 2.47 – 2.33 (m, 2H, $NCH_2$), 2.28 (s, 6H, 2 × $NCH_3$), 2.06 – 1.94 (m, 8H, 4 × $CH_2$CH=CH), 1.61 – 1.50 (m, 4H, $OCH_2CH_2$), 1.38 – 1.20 (m, 48H, $H_{oleyl}$), 0.88 (t, 6H, $CH_2CH_3$).

### 2.3. Synthesis of DLinDMA and DLenDMA

The DLinDMA and DLenDMA were synthesized similarly to the DSDMA and DODMA, but used the alkyl mesylates instead of alky bromides. The general synthetic protocol was identical for those of DSDMA and DODMA, substituting the alkyl mesylates for the bromides in the same molar ratios. The activated charcoal decolorization step was omitted, since the products here contain conjugated double bonds and activated charcoal is expected to adsorb compounds containing such features. Yields were typically 2.0 g (55%). $^1$H-NMR (DLinDMA): $\delta_H$ 5.43 – 5.27 (m, 8H, 4 × CH=CH), 3.65 – 3.35 (m, 7H, OCH, 3 × $OCH_2$), 2.77 (t, 4H,=CH$CH_2$CH=), 2.47 – 2.33 (m, 2H, $NCH_2$), 2.28 (s, 6H, 2 × $NCH_3$), 2.05 (q, 8H, 4 × $CH_2CH_2$CH=), 1.62 – 1.50(m, 4H, $OCH_2CH_2$), 1.40 – 1.22 (m, 32H, $H_{linoleyl}$), 0.89 (t, 6H, $CH_2CH_3$). $^1$H-NMR (DLenDMA): $\delta_H$ 5.44 – 5.27 (m, 8H, 4 × CH=CH), 3.62 – 3.48 (m, 7H, OCH, 3 × $OCH_2$), 2.80 (t, 4H,=CH$CH_2$CH=), 2.43 – 2.32 (m, 2H, $NCH_2$), 2.26 (s, 6H, 2 × $NCH_3$), 2.12 – 1.99 (m, 8H, 4 × $CH_{2/3}CH_2$CH=), 1.61 – 1.51 (m, 4H, $OCH_2CH_2$), 1.40 – 1.22 (m, 20H, $H_{linolenyl}$), 0.98 (t, 6H, $CH_2CH_3$).

### 2.4. Synthesis of PEG2000-C-DMA

PEG-C-DMA was synthesized as follows. In brief, a $C_{14}$ lipid anchor was prepared by first alkylating the hydroxyl groups of 3-allyloxypro-

pane-1,2-diol with myristyl bromide. The allyl group was subsequently removed via palladium catalysis, resulting in the $C_{14}$ hydroxyl lipid. The hydroxyl group was converted to the primary amine by mesylation and amination to yield 1,2-dimyristyloxypropyl-3-amine, the lipid anchor. Conjugation with PEG was effected by treating monomethoxy poly(ethylene glycol) (average molecular weight 2000) with an excess of diphosgene to form the chloroformate. Addition of the $C_{14}$ amine lipid anchor and stirring overnight yielded $PEG_{2000}$-C-DMA, referred to here as PEG-C-DMA.

### 2.5. SNALP Preparation

SNALP with a lipid composition of DSPC:Chol:-PEG-C-DMA:Cationic Lipid (20 : 48 : 2 : 30 molar percent) were prepared using the spontaneous vesicle formation by ethanol dilution method [6]. The samples were diafiltered against 100 mL of PBS (20 wash volumes) using a cross flow ultrafiltration cartridge (Amersham Biosciences, Piscataway, NJ) and sterile filtered through Acrodisc 0.8/0.2 μm syringe filters (Pall Corp., Ann Arbor, MI). The siRNA concentration of final samples was determined using the RiboGreen assay and a siRNA standard curve. Particle size and polydispersity was determined using a Malvern Instruments Zetasizer 3000HSA (Malvern, UK). Nucleic acid encapsulation was determined using a RiboGreen assay, comparing fluorescence in the presence and absence of Triton X-100. RiboGreen fluorescence was measured using a Varian Eclipse Spectrofluorometer (Varian Inc) with $\lambda_{ex}=500$ nm, $\lambda_{em}=525$ nm.

### 2.6. TNS Assay

20 μM of SNALP lipid and 6 μM of TNS were mixed in a fluorescence cuvette in 2mL of 20 mM sodium phosphate, 25 mM citrate, 20 mM ammonium acetate and 150 mM NaCl, at a pH that was varied from 4.5 to 9.5. Fluorescence was determined at each pH using a Varian Eclipse Spectrofluorometer (Varian Inc) with settings of $\lambda_{ex}=322$ nm, $\lambda_{em}=431$ nm. Fluorescence for each system at the various pH values was then normalized to the value at pH 4.5. The pKa values are the point at which 50% of the molecules present are charged. By assuming that minimum fluorescence represents zero charge, and maximum fluorescence represents 100% charge, pKa can be estimated by measuring the pH at the point exactly half way between the values of minimum and maximum charge.

### 2.7. $^{31}P$ Nuclear magnetic resonance spectroscopy

Multilamellar vesicles (MLV) were prepared comprising DPPS and cationic lipid at a molar ratio of 1 : 1. This was accomplished by drying the lipids from chloroform solution, transferring to 10 mm NMR tubes, and hydrating in 1.5 mL of 10 mM sodium citrate, pH 4. Free induction decays (FIDs) corresponding to 1000 scans were obtained with a 3.0 μs, 60° pulse with a 1 s interpulse delay and a spectral width of 25 000 Hz. A gated two-level proton decoupling was used to ensure sufficient decoupling with minimum sample heating. An exponential multiplication corresponding to 50 Hz of line broadening was applied to the FIDs prior to Fourier transformation. The sample temperature (+/− 1 °C) was regulated using a Bruker B-VT1000 variable temperature unit. Chemical shifts were referenced to 85% phosphoric acid as an external standard.

### 2.8. In Vitro Transfection

Cells were cultured in MEM (Invitrogen) containing 10% fetal bovine serum (FBS) (CanSera) and 0.25 mg/mL G418 (Invitrogen). Neuro2A-G cells (Neuro2A cells stably transfected to express luciferase [21]) were plated at a concentration of $4 \times 10^4$ cells per well in 24-well plates and grown overnight. Cells were treated with SNALP at doses of 0.0625 – 1.0 μg/mL nucleic acid (AntiLuc Active or Mismatch Control) and incubated for 48 h at 37 °C and 5% $CO_2$. Cells were then washed with PBS and lysed with 200 μL 250mM sodium phosphate containing 0.1% Triton X-100. The luciferase activity for each well was determined using Luciferase Reagent (Promega) and a standard luciferase protein (Roche). The luminescence for each was measured using a Berthold MicroLumat-Plus LB96V plate luminometer. The resulting luciferase activity was then normalized for the amount of protein using the Micro BCA assay kit (Pierce). Luciferase knockdown relative to a control was then determined for each system.

### 2.9. Cellular uptake

SNALP were prepared incorporating the non-exchangeable tritium-labeled lipid cholesteryl hexadecyl ether ($^3$H-CHE) (11.1 μCi/ μmol total lipid) [22]. Neuro2A cells (ATCC, VA, USA) were plated in 12 well plates at $1.6 \times 10^5$ cells per well in minimal essential media. The following day, media was removed and replaced with media containing radiolabelled SNALP at 0.5 μg/mL nucleic acid. After 24 h, the media and unincorporated SNALP were removed, adherent cells gently washed 4 times with PBS, and then lysed with 600 μL Lysis Buffer (250 mM phosphate with 0.1% Triton X-100). The resulting cell lysate (500 μL) was added to glass scintillation vials containing 5 mL Picofluor 40 (Perkin Elmer) and $^3$H-CHE was determined using a Beckman LS6500 scintillation counter (Beckman Instruments). The protein content of cell lysates was determined using the Micro BCA assay (Pierce). Uptake was expressed as a percentage of the total amount of activity applied to the cells per mg of cellular protein.

### 2.10. Uptake of SNALP containing Cy3-labeled siRNA

SNALP were formulated as previously described, but using siRNA labelled with the fluorophore Cy3 (Cy3-siRNA was a gift of Sirna Therapeutics Inc, Boulder, CO). The encapsulation, siRNA concentration, and particle size were determined as described.

For the uptake study, $8 \times 10^4$ Neuro2A-G cells were grown overnight on 4-well chamber slides (BD Falcon, Mississauga, ON) in MEM containing 0.25 mg/mL G418. DSDMA, DODMA, DLinDMA, and DLenDMA SNALP containing Cy3-siRNA, as well as naked Cy3-siRNA and unlabeled DSDMA SNALP were placed on the cells at 0.5 μg/mL siRNA. After a 4 h incubation with the transfection media, the cells were washed with PBS, then with MEM containing G418 and finally with PBS once more. The cells were then fixed in a 4% paraformaldehyde solution in PBS for 10 min at room temperature. The cells were washed with PBS and stained with 300 nM DAPI (Molecular Probes, Eugene, OR) in PBS for 5 min. The cells were washed with PBS, the mounting media ProLong Gold Antifade Reagent (Molecular Probes, Eugene, OR) applied and a cover slip added. The cells were viewed using an Olympus BX60 Microscope modified for fluorescence capabilities. Cy3 fluorescence within the cells was visualized using a rhodamine cube set (Microgen Optics, Redding, CA) and the DAPI fluorescence was visualized using a DAPI cube set (Carsen Group, Markham, ON). Digital pictures were captured using an Olympus DP70 camera system. Pictures of the cells were taken at exposure times of 1/4 s when examining Cy3 fluorescence and 1/80 s when examining DAPI fluorescence.

## 3. Results

### 3.1. Formulation characteristics of unsaturated lipids are uniform and reproducible

SNALP containing the various cationic lipids were prepared as described and encapsulated RNA and particle size assessed (Table 1). The three unsaturated cationic lipids resulted in formulations that were approximately the same size (132 – 140 nm). Polydispersity of all formulations was low, indicating a narrow distribution of particle size. RNA encapsulation in the final particles was 84– 85% of the total. Attempts to encapsulate siRNA in SNALP using the saturated lipid DSDMA resulted in the formation of slightly larger particles (180 nm) with encapsulation of 67%.

### 3.2. pKa of cationic lipids is influenced by saturation

The apparent pKa of the cationic lipids was determined as described in Materials and Methods. Lipid $pK_a$ correlated with degree of saturation with

Table 1
Physical properties of SNALP formulations

| Cationic lipid | Percentage Encapsulation | Diameter (nm) | Polydispersity |
|---|---|---|---|
| DSDMA | $67 \pm 3$ | $182 \pm 11$ | $0.15 \pm 0.03$ |
| DODMA | $84 \pm 1$ | $137 \pm 4$ | $0.12 \pm 0.01$ |
| DLinDMA | $84 \pm 3$ | $140 \pm 6$ | $0.11 \pm 0.02$ |
| DLenDMA | $85 \pm 1$ | $132 \pm 7$ | $0.13 \pm 0.03$ |

'Percentage Encapsulation' is determined using the RiboGreen fluorescence assay to measure the amount of encapsulated nucleic acid relative to the total nucleic acid present. Particle diameter and polydispersity was measured using a Malvern Zetasizer. Values are the mean of 3 separate experiments, the error is standard deviation.




Fig. 1. Assay to determine the apparent pKa of the cationic lipid incorporated in SNALP. An increase in TNS fluorescence correlates with an increase of positive charge. pKa is defined as the point at which 50% of the molecules are charged, halfway between the upper (completely charged) and lower (completely uncharged) limits of each curve. Error bars represent standard deviation, $n=3$.

DSDMA, DODMA, DLinDMA, and DLenDMA exhibiting $pK_a$s of 7.6, 7.0, 6.7, and 6.7, respectively (Fig. 1).

### *3.3. The bilayer-to-hexagonal phase transition temperature increases with alkyl chain saturation*

$^{31}$P-NMR studies have previously shown that above certain temperatures (the Phase Transition Temperature, $T_c$), lipids may adopt the fusogenic $H_{II}$ phase [23,24]. A higher temperature required to convert a bilayer ($L_\alpha$ phase) to the $H_{II}$ phase indicates a less fusogenic bilayer. MLV were prepared using the anionic lipid DPPS in a 1 : 1 molar ratio with each cationic lipid. The $^{31}$P-NMR spectra of the MLV were measured at various temperatures. As can be seen in Fig. 2A, for the DSDMA/DPPS system, the bilayer pattern occurs from temperatures of 30 to 50 °C (a high-field peak with a low-field shoulder). Therefore, DSDMA would appear to have very little




Fig. 2. $^{31}$P-NMR analysis to determine the effect of unsaturation on phase transition temperature. Lipids were incorporated into MLV with the negatively charged lipid DPPS, in a 1 : 1 ratios. At lower temperatures, bi-layer patterns are observed (a high-field peak with a low-field shoulder). As temperature increases, a low-field peak with a high-field shoulder is observed, indicative of the inverted hexagonal phase transition. DSDMA-containing bilayers have a higher phase transition temperature and are accordingly less fusogenic.

ability to form $H_{II}$ phases in conjunction with the anionic lipid. The cationic lipid with a single double bond, DODMA, possesses a transition temperature between 30 and 35 °C (Fig. 2B). The DLinDMA (2 double bonds) and DLenDMA (3 double bonds) systems exhibit somewhat similar transition temperatures between 20 and 25 °C (Fig. 2C, D). It should be noted that the central, isotropic peak seen in traces 3C and 3D does not represent the phase transition temperature but rather results from small phospholipid vesicles that are also present in the preparation. The shift in lineshape asymmetry from a high-field peak/low-field shoulder (bi-layer phase, lower temperatures) to low-field peak/high-field shoulder (inverted hexagonal phase, higher temperatures) is an indication of phase transition. This is exhibited most clearly in trace 3B (DODMA). Based on these results it may be assumed that the fusogenicity of these systems increases in the following order: DSDMA<<DODMA<DLinDMA=DLenDMA.




Fig. 4. Cellular uptake. Neuro2A cells were treated with SNALP containing $^3$H-labeled CHE for 24 h. The cells were washed to remove unincorporated SNALP prior to determination of $^3$H-CHE. Uptake is expressed as a percentage of the total activity applied to the cells. Cellular uptake is shown to increase with increasing cationic lipid saturation. Error bars represent standard deviation, $n=3$.

### *3.4. SNALP containing unsaturated cationic lipids show increased gene-silencing activity*

The ability of SNALP containing each of the four cationic lipids to effect gene silencing in stably transfected Neuro2A cells was evaluated (Fig. 3). It was found that, as hypothesized, knockdown efficiency corresponded to the ability of lipids to form the fusogenic inverted hexagonal phase. Formulations comprising the saturated lipid DSDMA demonstrated no activity. As unsaturation in the lipid's alkyl chain increased, so did the capacity for RNA interference, with DLinDMA particles yielding an 80% knockdown in gene expression. $^{31}$P-NMR established DLinDMA as having the lowest phase transition temperature in the series and accordingly, being the most fusogenic lipid. Particles comprising DLenDMA, the most unsaturated lipid, were slightly less efficient than those containing DLinDMA. All results were found to be significant by $t$-Test ($P<0.05$ at siRNA concentration of 0.5 µg/mL, and $P<0.01$ at siRNA concentration of 1.0 µg/mL).




Fig. 3. SNALP mediated gene-silencing in vitro. Neuro2A cells stably transfected to express the luciferase were treated with SNALP containing anti-luciferase siRNA for 48 h. Gene-silencing efficiency was evaluated by comparing the remaining luciferase activity in these cells to that remaining in cells treated with control SNALP containing mismatch siRNA. Error bars represent standard deviation, $n=3$.

### *3.5. SNALP uptake is not rate limiting for gene-silencing efficiency*

The extent to which formulations are taken up by cells was measured with SNALP incorporating $^3$H-labeled CHE [22]. After exposing cells to SNALP formulations for 24 h, cells were rinsed, lysed and $^3$H-CHE uptake determined (Fig. 4). Uptake of each individual formulation was independent of SNALP concentration, with DSDMA particles exhibiting the greatest degree of uptake. SNALP uptake was ob-

served to decrease with decreasing saturation the DLenDMA formulation appearing particularly limited in this respect. These results are contrary to our expectations, based on the gene silencing results, where the DSDMA formulation is found to be least effective. They suggest that cellular uptake does not limit the gene silencing ability of SNALP, but that endosomal escape, mediated by a fusion event with the endosomal membrane is critical in SNALP mediated nucleic acid delivery. Analysis by *t*-test found all results to be significant ($P<0.05$), apart from the difference between DODMA and DLinDMA at concentrations of 0.10, 0.50 and 1.00 μg/mL.

### 3.6. Visualization of the uptake process

The uptake process was examined further with the use of fluorescently labelled SNALP. Neuro2A-G cells were treated with formulations containing Cy3-labeled siRNA for 4 h. After washing and fixing, cell nuclei were stained (blue) with the fluorescent marker DAPI, to more accurately determine the location of the fluorescently labelled siRNA (Fig. 5). In keeping with the results of the $^{3}$H-CHE uptake experiment, it can be seen that the DSDMA formulation is clearly the most efficient at delivering siRNA to cells. The Cy3 fluorescence (red) is most intense in cells treated with DSDMA containing SNALP. Again, in agreement with the radiolabelled uptake study, as the degree of saturation of the cationic lipid increases, cellular uptake of Cy3 labelled siRNA increases. Again, Cy3 fluorescence is extremely faint for the DLenDMA formulation, indicating poor uptake. Negative controls treated with either naked Cy3-labeled siRNA or unlabeled SNALP revealing no cell associated Cy3 fluorescence.




Fig. 5. Fluorescent microscopy of SNALP mediated uptake of Cy3 labeled siRNA. SNALP labeled with the fluorophore Cy3 were applied to cells and incubated for 4 h. After washing and fixing, fluorescence microscopy indicates that siRNA uptake, as measured by Cy3 fluorescence, correlates with cationic lipid saturation. Cell nuclei were stained with the fluorophore DAPI (blue). Unlabeled SNALP and naked Cy3-siRNA were used as negative controls. (For interpretation of the references to colour in this figure legend, the reader is referred to the web version of this article.)

## 4. Discussion

Several obstacles beset delivery of genetic drugs. These include the ability to safely deliver the therapeutic to the target cell population, internalization by the cell, endosomal escape and protection from nuclease degradation. Stable Nucleic Acid Lipid Particles (SNALP) are a nucleic acid delivery platform described previously that has shown potential for overcoming these obstacles both in vitro and in vivo [1–5,25]. A diffusible outer PEG layer affords the particles an increased half-life in the bloodstream. This, combined with the particle's small, uniform sizes (~130 – 140 nm), allows them to accumulate passively in solid tumors via the fenestrated epithelia characteristic of such disease sites [1,3].

The model for SNALP mediated nucleic acid delivery suggests that following the accumulation of SNALP in the tumor's interstitial volume, the PEG layer slowly diffuses from the particles and the particle is taken up by endocytosis [12]. Following internalization by the cell, the particle must now either escape the endosome and release its payload into the cytoplasm, or face degradation in the lysosome. The physico-chemical properties of the lipid bi-layer will largely determine how effectively the nucleic acid payload is delivered to the cytoplasm. Fusion events between the SNALP and endosomal bi-layers will either promote their destabilization or facilitate direct translocation of the nucleic acid payload to the cytoplasm.

Fusion events are more likely to occur when lipids are able to adopt the non-bi-layer, inverted hexagonal ($H_{II}$) phase [14]. Increasing unsaturation in a lipid's alkyl chains has been reported to increase their $H_{II}$ phase forming ability [16–19]. In this study we show that the transfection efficiency of SNALP can be improved by increasing the unsaturation of the cationic lipid's hydrophobic domain and thus, increasing the fusogenicity of the system.

Other researchers have examined the impact of lipid saturation on transfection efficiency, usually in the context of other studies examining the effects of lipid chain length on plasmid DNA delivery. Examination of C18 : 0 (oleyl) and C18 : 1 (stearyl) analogues suggests that the oleyl (C18 : 1) lipids are more effective when used to deliver plasmid DNA [9,26,27]. However, while these works suggest this result is related to the transition temperature/fusogenicity of the lipids in question, they have not examined this relationship directly (e.g. with $^{31}$P-NMR).

Our study utilizes a series of four lipids of the *same* alkyl chain length (C18) modified with a systematic addition of double bonds. Further, as successive double bonds are added across the series, the position of existing double bonds within the alkyl chain is retained. The position of double bonds with lipid alkyl chains has previously been noted to have a dramatic effect on bi-layer transition temperature [28,29].

The four lipids examined in this work are DSDMA, DODMA, DLinDMA, and DLenDMA (Fig. 6). These lipids possess a protonatable tertiary amine head group, C18 alkyl chains, ether linkages between the head group and alkyl chains, and 0 to 3 double bonds respectively. DODMA is of interest for nucleic acid delivery since it possesses several desirable characteristics [6]. As well as utilizing the more stable ether linkages, its head group is pH titratable. At physiological pH the lipid is charge neutral, affording SNALP longer systemic circulation time. Inside the endosome however, the more acidic environment results in head group protonation, resulting in a cationic charge that facilitates fusion with the anionic lipid containing endosomal bi-layer. We therefore used DODMA as a starting point for the design of an analogous series of lipids.

PEG-C-DMA is a PEG-lipid modeled after the PEG-ceramides and PEG-diacylglycerols described previously [1,4]. However, unlike these other lipids it possesses no ester bonds, making it more stable in aqueous media. Based on the observation that PEG-lipids with smaller anchors are more effective for in vitro work [1,2,4], we employed a short ($C_{14}$) hydrophobic anchor when synthesizing PEG-C-DMA. Used in conjunction with the unsaturated cationic lipids (DODMA, DLinDMA and DLenDMA), PEG-C-DMA gave SNALP particles within the desired size range (130 – 140 nm, Table 1). When combined with the saturated lipid DSDMA, resulting particles were slightly larger (180 nm) and less efficient in their nucleic acid encapsulation. The increased size could be due to the larger pKa value observed for this formulation (Fig 1). DSDMA containing particles with a more pronounced positive charge are more likely to interact with small amounts of negatively




Fig. 6. Chemical structures of the cationic lipids incorporated into SNALP. Lipids were synthesized to study the effect of saturation on SNALP potency. The series of C18 lipids has a stepwise increase in the number of double bonds in the alkyl domains.

charged, unencapsulated nucleic acid present in SNALP preparations, thereby increasing the chance of particle aggregation. DSDMA was also observed to have a much higher phase transition temperature than the other lipids described in this study (Fig. 2), which would be expected to result in a more rigid bi-layer.

Our determination of lipid pKa utilized TNS, a negatively charged indicator of membrane potential [30]. TNS is electrostatically attracted to positively charged membranes. Subsequent adsorption to the lipid membrane results in the immediate environment of the TNS becoming more lipophilic, removing the water molecules that otherwise quench TNS fluorescence. Since positively charged membranes more readily absorb TNS, TNS fluorescence is an indicator of positive membrane surface charge. The surface pKa values of each SNALP formulation were determined by varying the local pH in the presence of TNS. In Fig. 1, it can be seen that formulations containing unsaturated lipids have similar pKa values (6.7 – 7.0) suggesting that the particles are charge neutral at physiological pH but become positively charged at endosomal pH. This is desirable as it promotes lipid exchange between the SNALP and the anionic components of the endosomal membrane. The increased frequency of fusion events destabilizes the endosomal bilayer, leading to more effective delivery of siRNA to the cytoplasm [23,31]. The saturated lipid DSDMA, however, generates particles with a higher pKa of approximately 7.6. SNALP particles containing DSDMA would be expected to possess some charge at physiological pH.

The significance of saturation with respect to phase transition temperature was investigated using $^{31}$P-NMR. Lipid polymorphism in anionic phospholipid/cationic lipid mixtures has been examined by others using this technique, facilitated by the presence of a phosphate group in the phospholipid [23,24]. The shape of the NMR trace varies depending on the arrangement of the lipids. A bilayer structure yields a high field peak with a low field shoulder. However, above the Phase Transition Temperature, ($T_c$), lipids adopt a fusogenic $H_{II}$ phase, indicated by a reversed pattern with the peak appearing on the low field side. By noting the temperature at which this occurs (Fig. 2), the relative ease with which the lipids form the $H_{II}$ phase, their ‘fusogenicity’, can be determined. MLV containing the saturated lipid DSDMA showed no appreciable sign of adopting the $H_{II}$ phase, even at temperatures as high as 50 °C. However DODMA (1 double bond per alkyl chain) containing MLV exhibit a phase transition temperature between 30 and 35 °C. The presence of a 2nd double bond (DLinDMA) reduced the $T_C$ still further to between 20 and 25 °C, while incorporation of a 3rd double bond (DLenDMA) has

little further effect. We hypothesized that the fusogenicity and thus potency with respect to nucleic acid delivery of the corresponding SNALP would demonstrate a similar hierarchy (DSDMA<<DODMA<DLinDMA=DLenDMA).

The results of luciferase silencing experiments, using SNALP to deliver siRNA directed against the luciferase gene, largely supported the $^{31}$P-NMR data (Fig. 3). Cells were treated with SNALP containing each of the four cationic lipids. After 48 h, SNALP containing DSDMA, which was shown to be poorly fusogenic by NMR, had no effect on luciferase gene expression. In contrast, the unsaturated lipid formulations, which are more amenable to $H_{II}$ phase formation, resulted in significant silencing of the luciferase gene. Further, the extent of silencing corresponds with the propensity for each cationic lipid to form the fusogenic $H_{II}$ phase. DLinDMA, the most fusogenic lipid with the lowest apparent phase transition temperature, yielded the greatest knockdown when incorporated in SNALP, with luciferase expression only 21% that of the untreated control. This was followed by the DLenDMA formulation (32%), and DODMA (54%). The close correspondence between knockdown efficiency and the $H_{II}$ phase forming ability of the cationic lipids observed suggests that the two are intrinsically linked.

Investigating the efficiency of SNALP uptake by incorporation of radiolabelled markers yields further interesting observations (Fig. 4). It might be expected that SNALP uptake would be related to the pKa of the cationic lipid component; the more positively charged particles having a greater affinity for the negatively charged cell surface and subsequently greater uptake. This hypothesis is borne out by the results of this study. The DSDMA containing formulation, possessing the highest pKa (~7.6) is clearly taken up most readily, followed by the DODMA and DLinDMA formulations. Curiously, the uptake of the DLenDMA formulation is limited when compared to that of the DLinDMA formulation given that the pKa of these particles are identical. This suggests that another attribute of these lipids, other than pKa, affects cellular uptake. This finding is unlikely to be related to differences in particle stability, since time-course studies confirm that the rate of DLenDMA formulation uptake is constant over the 24h period, suggesting that the formulation remains intact in tissue culture media.

These results suggest that endocytosis is not rate-limiting in gene-silencing in vitro when using encapsulated siRNA. In fact, differences in cellular uptake appear to have remarkably little impact on formulation potency. DLinDMA and DLenDMA formulations, while similar in their ability to inhibit gene expression, are very different in the extent to which they are taken up by cells. Conversely, the DSDMA formulation has almost no capacity for effecting RNA interference, yet it is clearly taken up by cells quite readily. The data suggest that the events which have the greatest effect on the efficiency of gene-silencing occur once the siRNA has been internalized by the cell.

## 5. Conclusion

In summary, we have synthesized a homologous series of cationic lipids with incremental degrees of saturation. We show that the degree of saturation of cationic lipids affects lipid pKa, fusogenicity, cellular uptake and gene silencing ability when used to encapsulate and deliver siRNA. Remarkably, more fusogenic cationic lipids are more potent mediators of RNAi, in spite of their reduced efficiency at mediating internalization by the cell. This highlights the relative importance of endosomal release of nucleic acid payloads. This knowledge can be used to enhance the efficacy of other lipidic nucleic acid delivery systems and should be considered in the design of delivery systems for small molecule drugs.

## Acknowledgements

The authors wish to thank Dr Kim Wong of the University of British Columbia for assistance with and discussion of $^{31}$P-NMR results. They also wish to thank Dr. Lloyd Jeffs for helpful discussions regarding the intracellular delivery process.

## References

[1] E. Ambegia, S. Ansell, P. Cullis, J. Heyes, L. Palmer, I. MacLachlan, Stabilized plasmid–lipid particles containing PEG-diacylglycerols exhibit extended circulation lifetimes and tumor selective gene expression, Biochim. Biophys. Acta, Biomembr. 1669 (2005) 155–163.

[2] K.W.C. Mok, A.M.I. Lam, P.R. Cullis, Stabilized plasmid-lipid particles: factors influencing plasmid entrapment and transfection properties, Biochim. Biophys. Acta, Biomembr. 1419 (1999) 137–150.
[3] P. Tam, M. Monck, D. Lee, O. Ludkovski, E. Leng, K. Clow, H. Stark, P. Scherrer, R.W. Graham, P.R. Cullis, Stabilized plasmid lipid particles for systemic gene therapy, Gene Ther. 7 (2000) 1867–1874.
[4] J.J. Wheeler, L. Palmer, M. Ossanlou, I. MacLachlan, R.W. Graham, Y.P. Zhang, M.J. Hope, P. Scherrer, P.R. Cullis, Stabilized plasmid-lipid particles: construction and characterization, Gene Ther. 6 (1999) 271–281.
[5] Y.P. Zhang, L. Sekirov, E.G. Saravolac, J.J. Wheeler, P. Tardi, K. Clow, E. Leng, R. Sun, P.R. Cullis, P. Scherrer, Stabilized plasmid-lipid particles for regional gene therapy: formulation and transfection properties, Gene Ther. 6 (1999) 1438–1447.
[6] L.B. Jeffs, L. Palmer, E. Ambegia, C. Giesbrecht, S. Ewanick, I. MacLachlan, A scalable, extrusion free method for efficient liposomal encapsulation of plasmid DNA, Pharm. Res. 22 (2005) 362–372.
[7] I. MacLachlan, P. Cullis, R.W. Graham, Progress towards a synthetic virus for systemic gene therapy, Curr. Opin. Mol. Ther. 1 (1999) 252–259.
[8] H. Farhood, R. Bottega, R.M. Epand, L. Huang, Effect of cationic cholesterol derivatives on gene-transfer and protein-kinase-C activity, Biochim. Biophys. Acta 1111 (1992) 239–246.
[9] J.H. Felgner, R. Kumar, C.N. Sridhar, C.J. Wheeler, Y.J. Tsai, R. Border, P. Ramsey, M. Martin, P.L. Felgner, Enhanced gene delivery and mechanism studies with a novel series of cationic lipid formulations, J. Biol. Chem. 269 (1994) 2550–2561.
[10] J.Y. Legendre, F.C. Szoka, Delivery of plasmid DNA into mammalian-cell lines using ph-sensitive liposomes— comparison with cationic liposomes, Pharm. Res. 9 (1992) 1235–1242.
[11] X.H. Zhou, L. Huang, Dna transfection mediated by cationic liposomes containing lipopolylysine- characterization and mechanism of action, Biochim. Biophys. Acta, Biomembr. 1189 (1994) 195–203.
[12] J. Zabner, A.J. Fasbender, T. Moninger, K.A. Poellinger, M.J. Welsh, Cellular and molecular barriers to gene transfer by a cationic lipid, J. Biol. Chem. 270 (1995) 18997–19007.
[13] H. Farhood, N. Serbina, L. Huang, The role of dioleoyl phosphatidylethanolamine in cationic liposome-mediated gene-transfer, Biochim. Biophys. Acta, Biomembr. 1235 (1995) 289–295.
[14] D.C. Litzinger, L. Huang, Phosphatidylethanolamine liposomes— drug delivery, gene-transfer and immunodiagnostic applications, Biochim. Biophys. Acta 1113 (1992) 201–227.
[15] I. Koltover, T. Salditt, J.O. Radler, C.R. Safinya, An inverted hexagonal phase of cationic liposome-DNA complexes related to DNA release and delivery, Science 281 (1998) 78–81.
[16] M.B. Sankaram, G.L. Powell, D. Marsh, Effect of acyl chain composition on salt-induced lamellar to inverted hexagonal phase-transitions in cardiolipin, Biochim. Biophys. Acta 980 (1989) 389–392.
[17] J.A. Szule, N.L. Fuller, R.P. Rand, The effects of acyl chain length and saturation of diacylglycerols and phosphatidylcholines on membrane monolayer curvature, Biophys. J. 83 (2002) 977–984.
[18] C.J. Dekker, W. Vankessel, J.P.G. Klomp, J. Pieters, B. Dekruijff, Synthesis and polymorphic phase-behavior of poly-unsaturated phosphatidylcholines and phosphatidylethanolamines, Chem. Phys. Lipids 33 (1983) 93–106.
[19] R.M. Epand, R.F. Epand, N. Ahmed, R. Chen, Promotion of hexagonal phase formation and lipid mixing by fatty-acids with varying degrees of unsaturation, Chem. Phys. Lipids 57 (1991) 75–80.
[20] P.L. Felgner, T.R. Gadek, M. Holm, R. Roman, H.W. Chan, M. Wenz, J.P. Northrop, G.M. Ringold, M. Danielsen, Lipofection — a highly efficient, lipid-mediated DNA-transfection procedure, Proc. Natl. Acad. Sci. U. S. A. 84 (1987) 7413–7417.
[21] R.E. Kingston, Current Protocols in Molecular Biology, vol. 2, John Wiley and Sons, Inc., 1997, pp. 9.1.4–9.1.9.
[22] M. Bally, L. Mayer, M. Hope, R. Nayar, Liposome Technology, vol. III, CRC Press, 1993, pp. 27–41.
[23] I.M. Hafez, N. Maurer, P. Cullis, On the mechanism whereby cationic lipids promote intracellular delivery of polynucleic acids, Gene Ther. 8 (2001) 1188–1196.
[24] J. Gaucheron, T. Wong, E.F. Wong, N. Maurer, P.R. Cullis, Synthesis and properties of novel tetraalkyl cationic lipids, Bioconjug. Chem. 13 (2002) 671–675.
[25] J.S. Choi, J.A. MacKay, F.C. Szoka, Low-pH-sensitive PEG-stabilized plasmid-lipid nanoparticles: preparation and characterization, Bioconjug. Chem. 14 (2003) 420–429.
[26] F. Liu, H. Qi, L. Huang, D. Liu, Factors controlling the efficiency of cationic lipid-mediated transfection in vivo via intravenous administration, Gene Ther. 4 (1997) 517–523.
[27] J.A. Heyes, D. Niculescu-Duvaz, R.G. Cooper, C.J. Springer, Synthesis of novel cationic lipids: effect of structural modification on the efficiency of gene transfer, J. Med. Chem. 45 (2002) 99–114.
[28] R.M. Epand, N. Fuller, R.P. Rand, Role of the position of unsaturation on the phase behavior and intrinsic curvature of phosphatidylethanolamines, Biophys. J. 71 (1996) 1806–1810.
[29] G.Q. Wang, S.S. Li, H.N. Lin, E.E. Brumbaugh, C.H. Huang, Effects of various numbers and positions of cis double bonds in the *sn*-2 acyl chain of phosphatidylethanolamine on the chain-melting temperature, J. Biol. Chem. 274 (1999) 12289–12299.
[30] A. Bailey, P. Cullis, Modulation of membrane fusion by asymmetric transbilayer distributions of amino lipids, Biochemistry 33 (1994) 12573–12580.
[31] Y.H. Xu, F.C. Szoka, Mechanism of DNA release from cationic liposome/DNA complexes used in cell transfection, Biochemistry 35 (1996) 5616–5623.

# Joint Claim Construction Brief

# EXHIBIT 14

Molecular Therapy
Nucleic Acids
Original Article

AMERICAN SOCIETY of GENE & CELL THERAPY

# Optimization of Lipid Nanoparticles for Intramuscular Administration of mRNA Vaccines

Kimberly J. Hassett,[1] Kerry E. Benenato,[1] Eric Jacquinet,[1] Aisha Lee,[1] Angela Woods,[1] Olga Yuzhakov,[1] Sunny Himansu,[1] Jessica Deterling,[1] Benjamin M. Geilich,[1] Tatiana Ketova,[1] Cosmin Mihai,[1] Andy Lynn,[1] Iain McFadyen,[1] Melissa J. Moore,[1] Joseph J. Senn,[1] Matthew G. Stanton,[1,2] Örn Almarsson,[1] Giuseppe Ciaramella,[1,3] and Luis A. Brito[1]

[1]Moderna Therapeutics, 200 Technology Square, Cambridge, MA 02139, USA

**mRNA vaccines have the potential to tackle many unmet medical needs that are unable to be addressed with conventional vaccine technologies. A potent and well-tolerated delivery technology is integral to fully realizing the potential of mRNA vaccines. Pre-clinical and clinical studies have demonstrated that mRNA delivered intramuscularly (IM) with first-generation lipid nanoparticles (LNPs) generates robust immune responses. Despite progress made over the past several years, there remains significant opportunity for improvement, as the most advanced LNPs were designed for intravenous (IV) delivery of siRNA to the liver. Here, we screened a panel of proprietary biodegradable ionizable lipids for both expression and immunogenicity in a rodent model when administered IM. A subset of compounds was selected and further evaluated for tolerability, immunogenicity, and expression in rodents and non-human primates (NHPs). A lead formulation was identified that yielded a robust immune response with improved tolerability. More importantly for vaccines, increased innate immune stimulation driven by LNPs does not equate to increased immunogenicity, illustrating that mRNA vaccine tolerability can be improved without affecting potency.**

## INTRODUCTION

Since the first active immunization, vaccines have provided increased life expectancy and improved public health, saving countless lives.[1,2] Today, a variety of technologies exist for vaccine development, including live and attenuated viruses, recombinant proteins, synthetic peptides, glycoconjugates, and nucleic acids.[1] Nucleic-acid (DNA and mRNA)-based vaccines offer several advantages over other technologies. They can be rapidly produced with reduced development time and costs by using a common manufacturing platform and purification methods regardless of the antigen. Unlike manufacturing for other vaccines, these methods would not include propagation of viruses or purification of a recombinant protein. The antigen would be expressed *in situ*, allowing for transmembrane domains to be present, if needed, and multimeric complexes to be formed.[3] Additionally, nucleic acids do not suffer from anti-vector immunity like viral vectored vaccines do. Lastly, proteins produced by nucleic-acid-based vaccines can provide a more natural presentation to the immune system, yielding better T cell responses.[4] Even so, more than two decades after the first proof-of-concept report,[5] no nucleic-acid-based vaccine has been approved for use in humans.

A key factor hampering both DNA and mRNA vaccine development is the lack of a potent, well-tolerated delivery system. Because DNA requires delivery to the nucleus, an inherently inefficient process, high doses (1–2 mg) and an electroporation device are required to generate robust immune responses. Although recent advances in DNA electroporation have shown promise, the broad adoption of the technology will likely be limited due to the necessity of a specialized device and the pain associated with electroporation.[6–8] An advantage of mRNA over DNA is that mRNA only requires cytosolic delivery. In rodents, early studies showed that intramuscular administration of buffer-formulated mRNA can lead to measurable levels of immunogenicity.[9] However, a recent phase I trial of a rabies mRNA vaccine administered in Ringer's buffer yielded no immunogenicity unless delivered with a high-pressure intra-dermal injection device.[10]

Although promising, these results highlight the need for more potent intracellular delivery technologies for mRNA vaccines. One such technology is lipid nanoparticles (LNPs). LNPs are typically composed of an ionizable lipid, cholesterol, PEGylated lipid, and a helper lipid such as distearoylphosphatidylcholine (DSPC). Early work with small interfering RNA (siRNA) identified the ionizable lipid as the primary driver of potency.[11–13] The most clinically

Received 28 September 2018; accepted 26 January 2019;
https://doi.org/10.1016/j.omtn.2019.01.013.

[2]Present address: Generation Bio, 215 First Street, Suite 150, Cambridge, MA 02142, USA

[3]Present address: Beam Therapeutics, 325 Vassar Street, Cambridge, MA 02139, USA

**Correspondence:** Luis A. Brito, Moderna Therapeutics, 200 Technology Square, Cambridge, MA 02139, USA.
**E-mail:** luis.brito@modernatx.com


This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).




**Figure 1. Pharmacokinetics of LNPs containing MC3 after IM administration in mice**
Lipid concentration (nanograms per gram) after IM administration of modified mRNA encoding luciferase formulated in LNPs containing MC3 (gray triangles) in muscle, liver, and spleen up to 24 h post-injection (n = 3 per group per time point).

advanced LNP contains the ionizable lipid MC3 and has been shown to be safe in humans after intravenous (IV) administration of siRNA.[14] Our own vaccine trials with MC3-based LNPs for influenza gave 100% seroconversion with a 100-μg dose of modified mRNA. However, consistent with other vaccines,[15,16] we did observe mild to moderate local and systemic adverse events.[17] As healthy individuals ranging from day-old newborns to the elderly receive vaccines, critical features for broad vaccine adoption are minimal injection site reactivity and high tolerability. To date, the only LNPs evaluated for intramuscular (IM) mRNA vaccine delivery were originally optimized for IV delivery of siRNA to the liver.[18,19] Although there are preclinical reports of novel LNPs being evaluated for vaccines, no rationale has been provided regarding formulation composition or selection.[20–22]

Here, we describe rational evolution and selection of an improved formulation for IM administration of mRNA, focusing on the impact of the ionizable lipid component as the primary driver of expression and tolerability. Our previous experience with IV administration of the proprietary ionizable lipids showed rapid clearance compared to MC3,[23] resulting in improved systemic tolerability. Our work here illustrates that the ideal formulation for IV expression is not necessarily ideal for IM expression. Additionally, we also show that increased innate immune stimulation driven by the LNP is not necessary for increased immunogenicity, illustrating that we have an opportunity to improve vaccine tolerability without affecting vaccine potency.

## RESULTS

Observations of mild to moderate adverse events in our clinical work with MC3[17] and data showing slow MC3 clearance after IV administration[23] fueled a hypothesis that the adverse events might be related to the extended presence of MC3 at the injection site. Mass spectrometry analysis of muscle tissue revealed that, 24 h after IM injection, the MC3 concentration only decreased by 50% compared to $C_{max}$ (Figure 1A). Further, MC3 was also detectable in liver and spleen 24 h post-IM injection (Figures 1B and 1C). Thus, IM administration of MC3-formulated mRNA LNPs resulted in extended local and systemic lipid exposure.

The goal of the work described here was to identify a new ionizable lipid with improved tolerability and a potency equal or better than that of MC3. To do so, we screened 30 novel LNPs, each containing a different ionizable lipid in place of MC3. Each LNP formulation maintained the same lipid-nitrogen-to-phosphate ratio (N:P) and molar composition of lipid components (ionizable lipid, cholesterol, phospholipid, and polytheylene glycol [PEG] lipid). Co-formulation of mRNAs encoding firefly luciferase and the H10N8 influenza hemagglutinin (HA) antigen allowed both protein expression and immunogenicity to be evaluated in the same study. Luciferase activity was measured by whole-body imaging 6 h post-IM injection of the first dose. Immunogenicity was evaluated by quantifying α-H10 immunoglobulin (Ig)G titers 2 weeks after the second dose, which was administered 3 weeks after the first. The ionizable lipids screened here all contain a tertiary amine with ester-containing lipid tails to enable rapid *in vivo* metabolism.[23] In addition, we also tested the quaternary ammonium containing lipid N-[1-(2,3-Dioleoyloxy)propyl]-N,N,N-trimethylammonium (DOTAP).

Consistent with our previous publications, MC3-formulated mRNA yielded robust titers and protein expression at a low dose (0.001 mg per kg).[17,24] In contrast, we observed no detectable protein expression or immunogenicity for DOTAP-containing LNPs (Figure 2A). Many of our novel biodegradable lipids proved superior to MC3 for both protein expression and immunogenicity upon IM administration. However, there was no strong relationship between protein




**Figure 2. Expression and Immunogenicity from LNPs Containing Novel Ionizable Lipids in Mice**

(A) Thirty novel lipid LNPs, A through E′ were compared to a D (MC3) LNP control for expression and immunogenicity. Lipids are arranged left to right in order of pKa from low (A) to high (DOTAP). Expression measured by luminescence in flux (photons per second) 6 h after administration of modified mRNA encoding luciferase delivered at 0.5 mg/kg IV in CD-1 mice, 0.01 mg/kg IM or 0.001 mg/kg IM in BALB/c mice (n = 5 per group). Immunogenicity measured by H10-specific IgG titers measured 2 weeks after two doses administered 3 weeks apart delivered IM at 0.001 mg/kg IM in BALB/c mice (n = 5 per group). Data are represented as $\log_2$ fold change compared to MC3. Squares containing an X indicate >4-fold change ($\log_2$) lower than for MC3. (B) $\text{Log}_2$ fold increase in expression was compared to the $\log_2$ fold change in immunogenicity at the low dose level administered IM (0.001 mg/kg). The five lead novel lipids and MC3 LNPs are labeled accordingly: MC3 (gray triangles), lipid H (green circles), lipid M (orange squares), lipid P (purple diamonds), lipid Q (tan inverted triangles), and lipid N (yellow hexagons). (C) Lipid $pK_a$ versus fold increase in immunogenicity at 0.001 mg/kg IM for lipids A through E′. (D) Circulating IgG antibody (micrograms per milliliter of serum) 6 h after administration of 0.2 mg/kg modified mRNAs encoding the heavy chain and light chain of an influenza monoclonal antibody formulated at a 2:1 mass ratio in LNPs containing MC3 or novel lipids (n = 5 per group). *$p < 0.05$; **$p < 0.01$; ***$p < 0.001$; ****$p < 0.0001$, ordinary one-way ANOVA with Dunnett's multiple comparisons test of each novel lipid versus MC3.

expression and immunogenicity (r = 0.54). Of the 14 lipids yielding higher α-H10 IgG titers than MC3, four lipids yielded significantly less luciferase expression relative to MC3, whereas four lipids yielded significantly greater luciferase activity (Figure 2B). The two lipids with the highest α-H10 IgG titers were only 1.3-fold better than MC3 with regard to protein expression, illustrating that protein expression upon IM administration was a poor predictor of immunogenicity.

We also found little correspondence in rank between the LNPs with regard to IM versus IV expression (Figure 2A), illustrating that formulations can behave differently when administered locally versus systemically. A possible explanation for the lack of correlation between IM and IV performance could be that the optimal physical or chemical properties differ between the two routes. One strong determinant of immunogenicity was the lipid pKa, with a range of 6.6–6.9 being optimal for IM immunogenicity (Figure 2C). This differs from the optimal pKa range for IV delivery of siRNAs and mRNAs, which has been reported as 6.2–6.6.[11,23] mRNA encapsulation efficiencies and LNP sizes ranged from 69% to 100% and from 50 to 142 nm, respectively. While there was no relationship between encapsulation efficiency and either IM protein expression or immunogenicity, there was a relationship between both readouts and LNP size, with the best performing formulations being 75–95 nm (Figures S1A and S1B).

For further study, we picked the five ionizable lipids exhibiting the greatest increase in α-H10 IgG titers compared to MC3 (colored symbols in Figure 2; structures in Figure 3A). Notably, the pKa for all five lipids was very close to 6.75 (Figure 2C). As an additional measure of potency, we compared the ability of each lead LNP to drive the expression of a secreted IgG antibody after IM administration in mice (Figure 2D). With the exception of lipid Q, the other four lipids yielded higher IgG serum concentrations than MC3 ($p < 0.05$).

To understand the biodegradability of these lipids, we measured lipid levels after IM administration. As expected, IM delivery of these LNPs in CD-1 mice was followed by rapid clearance (Figures 3B–3D). All lead lipids degraded faster than MC3 in muscle (Figure 3B), spleen (Figure 3C), and liver (Figure 3D). 24 h post-injection, the amount of lipid present in muscle dropped considerably from peak levels for all formulations tested, though lipids H and Q did not return to baseline levels by 48 h. Liver and spleen lipid levels closely followed




**Figure 3. Chemical Structure and Pharmacokinetics of Lead Lipids**

(A) Chemical structures and p$K_a$ of MC3 and novel lipids. (B–D) Lipid concentration (nanograms per gram) after IM administration of modified mRNA encoding luciferase formulated in LNPs containing lipid H (green circles), lipid M (orange squares), lipid P (purple diamonds), lipid Q (tan inverted triangles), and lipid N (yellow hexagons) in (B) muscle, (C) liver, and (D) spleen up to 48 h post-injection (n = 3 per group per time point).

IM lipid levels, though lipid H showed a peak at 6 h that dropped by 24 h in the spleen and liver.

Immunogenicity in non-human primates (NHPs) was evaluated after IM injections of H10N8 mRNA formulated with the five lead lipids as LNPs. ELISA antibody titers (Figure 4A) and HAI titers (Figure 4B) were not statistically different for any group (one-way ANOVA, $p > 0.05$), except lipid P was significantly lower than MC3 after the first dose (one-way ANOVA, $p < 0.01$) by ELISA and after the second dose (one-way ANOVA, $p < 0.001$) by HAI titer. Immune responses were measurable after a single dose by ELISA. After a second dose, both HAI and ELISA titers boosted considerably, indicating strong immune priming.

We also tested protein expression of the five lead lipids in NHPs. 500 μg IgG mRNA formulated in LNPs was injected IM, and serum antibody expression levels were monitored for 2 weeks. While three out of the five selected lipids yielded expression comparable to that of MC3-based LNPs, lipid H ($p < 0.001$) and lipid M ($p = 0.05$) showed significantly more expression over time then MC3 (Figure 4C). For lipid H, the maximum antibody concentration measured 24 h post-injection was three times the antibody concentration measured with MC3-formulated material.

To assess tolerability in NHPs, the site of injection was monitored for edema (Figure 4D) and erythema (Figure 4E) 1 and 3 days after injection and was rated based on severity. Despite enhanced protein




**Figure 4. Expression and Immunogenicity in Non-human Primates**

(A and B) Immunogenicity measured by H10-specific (A) ELISA or (B) HAI at days 0, 21 (3 weeks after the first dose), and 42 (3 weeks after the second dose). Each dose in cynomolgus monkeys contained 5 μg modified mRNA encoding H10N8 formulated in LNPs containing either MC3 (gray triangles), lipid H (green circles), lipid M (orange squares), lipid P (purple diamonds), lipid Q (tan inverted triangles), or lipid N (yellow hexagons) (n = 3 per group). (C) Circulating IgG levels (in micrograms per milliliter) after a 500-μg IM administration in cynomolgus monkeys of modified mRNA encoding heavy- and light-chain antibodies in a 2:1 weight ratio formulated in LNPs containing MC3 or novel lipids (n = 3 per group). (D and E) Site of injection was monitored for (D) edema and (E) erythema 1 and 3 days after injection. (F) Circulating IL-6 levels (in picograms per milliliter) 6 h after administration. $^{\#}p > 0.05$; $^{\#\#}p > 0.001$, two-way ANOVA with Dunnett's multiple comparison test of each lipid versus MC3 at each time point. $^{**}p > 0.01$; $^{****}p > 0.0001$, z test of areas under the curve (AUCs) for each novel lipid versus MC3.

expression, NHPs injected with lipid-H-based LNPs exhibited no signs of swelling or redness 1 or 3 days post-injection, with all NHPs receiving a score of 0 for both edema and erythema. All other novel lipids evaluated elicited mild to moderate scores for edema and erythema in at least 1 animal dosed. The MC3 group had one NHP receive a score of 3 for edema on day 1 post-injection, resolving to a score of 1 on day 3 post-injection. All lipids tested, except for lipid H, elicited an erythema score of 1 in at least one NHP. Serum interleukin (IL)-6 levels were comparable for all lipids based on one-way ANOVA (Figure 4F). The NHPs in the MC3 group with the highest level of IL-6 also showed the highest level of edema, indicating a strong innate immune response in that individual animal.

To assess and compare the local tolerability of the different ionizable lipid LNPs, we administered 0.01 mg or 0.1 mg mRNA expressing prM-E from the Zika virus formulated in either MC3, lipid H, lipid M, lipid P, lipid Q, or lipid N in Sprague-Dawley rats IM. Serum cytokines in rats receiving both the high and low doses were measured 6 h after administration, using a 22-plex Luminex panel. Changes were observed in eotaxin, GRO-alpha,




**Figure 5. Tolerability in Rats**

Serum concentrations (in picograms per milliliter) of cytokines (A) eotaxin, (B) GRO-alpha, (C) IP-10, (D) RANTES, and (E) MCP-1 were measured 6 h after a single IM administration of 0.01 mg or 0.1 mg modified mRNA encoding prM-E from Zika virus formulated in LNPs containing MC3 (gray), lipid H (green), lipid M (orange), lipid P (purple), lipid Q (tan), or lipid N (yellow) (n = 3 per group). (F–I) Representative histology sections stained with H&E 2 days after a single IM administration of 0.1 mg of modified mRNA encoding prM-E from Zika virus formulated in LNPs containing MC3 or lipid H in the (F and H) muscle and (G and I) skin. (F) MC3 muscle; (G) MC3 skin; (H) lipid H muscle; (I) lipid H skin.

IP-10, RANTES, and MCP-1 (Figures 5A–5E). With the exception of IP-10 at the 0.01 mg dose, lipid H induced the lowest systemic cytokine production.

Forty-eight hours after administration, animals were sacrificed, and the injection sites were collected, paraffin embedded, sectioned, H&E stained, and blindly reviewed by a pathologist (Table 1). To evaluate, compare, and rank the local tolerability of each LNP, various endpoints were evaluated and graded, including mixed-cell inflammation at the injection site and in the dermis, myofiber necrosis, and relative number of degenerated neutrophils. MC3-formulated mRNA was the worst tolerated lipid tested, whereas lipid H was the best tolerated lipid tested (Figures 5F–5I).

Rats dosed with MC3 formulations at both the high and low doses displayed a dose-dependent mixed-cell inflammation characterized by edema; numerous intact and degenerate neutrophils; macrophages; and a few lymphocytes distending endomysium, epimysium, and adjacent connective tissue of the muscle and compressing myofibers at the injection site (Figures 5F and S3A). A dose-dependent multifocal degeneration and/or necrosis of individual myofibers, infiltrated by inflammatory cells at times, was also observed. The mixed inflammation observed in the muscle extended into the subcutaneous portion of the skin (Figures 5G and S3B). The subcutaneous tissue was expanded by edema and numerous intact and degenerate neutrophils, macrophages, and a few lymphocytes.

The dose-related mixed-cell inflammation observed in rats administered lipid H was lower in magnitude and severity when compared to the rats given MC3 (Figure 5H). The relative amount of degenerate neutrophils was also lower, and it is worth noticing that there was less degeneration and/or regeneration and/or necrosis in the myofibers. The extension and spillage of the inflammation from the muscular injection site into the subcutaneous tissue was also less severe and with much less edema than in animals given MC3 (Figure 5I).

**Table 1. Pathology Summary**

| Formulation and Dose | Muscle Fiber Necrosis | Mixed-Cell Inflammation | Degenerate Neutrophils | Mixed-Cell Inflammation | Degenerate Neutrophils |
|---|---|---|---|---|---|
| MC3 | | | | | |
| 0.01 mg | 2.3 | 2.4 | 1.7 | 2 | 0 |
| 0.1 mg | 2.3 | 2.7 | 3.3 | 2 | 1 |
| Lipid H | | | | | |
| 0.01 mg | 1 | 1.8 | 1 | 0 | 0 |
| 0.1 mg | 1.3 | 2.9 | 2.3 | 1.3 | 0 |
| Lipid M | | | | | |
| 0.01 mg | 2 | 2 | 1.3 | 1.7 | 0 |
| 0.1 mg | 1.7 | 2.7 | 2 | 2 | 0 |
| Lipid P | | | | | |
| 0.01 mg | 2.3 | 2.2 | 1.7 | 1.3 | 0 |
| 0.1 mg | 2.3 | 2.8 | 2.3 | 2.3 | 0.7 |
| Lipid Q | | | | | |
| 0.01 mg | 2.3 | 2.2 | 2 | 0.7 | 0 |
| 0.1 mg | 2 | 2.9 | 3 | 2.5 | 1 |
| Lipid N | | | | | |
| 0.01 mg | 0.7 | 1.4 | 2 | 0 | 0 |
| 0.1 mg | 1.3 | 2 | 2.3 | 0 | 0 |

Rats (n = 3 per group) were injected IM with 0.01 or 0.1 mg modified mRNA encoding prM-E from the Zika virus formulated in LNPs containing MC3 or lipid H. Average histopathology scores on a 0–4 scale were recorded for events occurring in the muscle and skin.

## DISCUSSION

mRNA vaccines delivered with LNPs have the potential to address numerous unmet medical needs not accessible with current vaccine technologies. Multiple reports from the siRNA field have shown that the ionizable lipid is the primary driver of LNP potency.[11–13] In this work, we observed the impact of ionizable lipid identity on expression, immunogenicity, and tolerability when delivered IM. Our working hypothesis was that the inclusion of a biodegradable lipid within an LNP would lead to vaccines with improved tolerability, as the lipid would be cleared quickly from the site of injection following mRNA delivery, and other tissues would also have minimal exposure to the lipid due to metabolic breakdown and clearance. Interestingly, throughout our initial screening, we noticed little correlation between expression and vaccine immunogenicity, indicating that expression alone is insufficient to identify improved mRNA vaccine formulations. We also observed a divergence in the best expressing formulations between the IV and IM routes of administration.

Ionizable lipid $pK_a$ is thought to affect the protein opsonization of the particles, cellular uptake, and endosomal escape efficiency. The optimal lipid $pK_a$ for siRNA-mediated knockdown in the liver has been reported to be between 6.2 and 6.5, in line with our finding of the optimal $pK_a$ for mRNA delivery to and expression in the liver as between 6.2 and 6.8.[11,13,23] However, the best lipids with respect to protein expression after IV administration generally had lower $pK_a$s than the best lipids for protein expression after IM administration. Lipids such as V ($pK_a = 6.87$) and AC ($pK_a = 7.09$) show little to no expression after IV administration yet were some of the highest expressing lipids after IM administration, indicating a yet-to-be-elucidated difference between these two routes of administration. Different cell types have shown variations in endosome acidification, demonstrating the need for additional work to better understand the performance of LNPs in the context of mRNA delivery across multiple tissues.[25,26] We also found that optimal lipid $pK_a$ for immunogenicity was between 6.6 and 6.8. Independent of cytosolic mRNA delivery, lipid $pK_a$ may also play a role in formulation interactions with the immune system. Although this research area has not been thoroughly explored, a recent report illustrates how ionizable lipids can drive uptake and transfection in immune cells, demonstrating potential areas of research for LNP-mediated delivery of mRNA vaccines.[27] Although lipid $pK_a$ was found to be an important factor for driving immunogenicity, it was not the only factor, as many lipids fell within that $pK_a$ range and were no better than the MC3 control. In addition to differences in $pK_a$, lipid H also showed an improvement in endosomal escape efficiency, consistent with our previously published report on this class of lipids (Figure S4).[23]

Multiple previous reports speak to the need for a balance between expression and immune stimulation for optimal mRNA vaccine potency.[28,29] Pollard et al. documented the negative impact of interferon signaling on the magnitude of mRNA expression.[29] The mRNAs we used all contained a base modification on uridine to minimize innate immune activation.[24,30] As the mRNA is immune silent compared with canonical uridine-containing mRNA, both antigen selection

and delivery system are important to generate potent immune responses. LNPs have been shown to be effective adjuvants for protein subunit vaccines, but it is unclear how important that adjuvant mechanism is for inducing immune responses from an mRNA vaccine. We previously showed that MC3-based LNPs generated innate immune activation and a potent cellular infiltrate.[31] The histopathology presented here for lipid H, compared to that for MC3, is consistent with improved tolerability and reduced innate immune stimulation. The reduction in inflammatory cell infiltrate, myofiber damage, and systemic cytokines support the hypothesis that mRNA vaccines may not require a strong adjuvant response for potent immune responses.

The improved tolerability and safety mediated by the inclusion of biodegradable lipids within LNPs correlate well with lipid half-life after IV delivery.[23,32] The lead ionizable lipids in this study showed improved biodegradability while maintaining immune titers compared to MC3. The tolerability data suggest that this increased biodegradability leads to a reduction in injection site inflammation. Our data also show that extended residence time of the ionizable lipid post-transfection is not required for a robust immune response. Indeed, clearance is preferred to extended residence, which results in undesirable inflammation at the site of injection beyond when the protein antigen is cleared. Interestingly, the data also indicate that biodegradability is not the only factor in tolerability—lipid H was the best tolerated lipid yet showed a biodegradability similar to that of the other lead lipids tested. Degradation and tolerability of the lipid metabolites likely contribute to the tolerability of any formulation.

Other components, such as PEG, may play a role in vaccine potency due to the impact of anti-PEG responses that have been well described for IV-administered liposomal therapeutics. To date, there is no published information on the impact of anti-PEG responses across other routes of administration. The field of viral vector delivery has described how anti-vector immunity can substantially reduce immune response and can even completely prevent vaccine boosting when a homologous vector is used for both priming and boosting.[33] Given that we see a substantial increase in immune titers after a second dose, we do not believe that a neutralizing anti-PEG response affects the LNP-based vaccines we describe here.

The tolerability of any new vaccine is a key performance criterion, as vaccines are given to healthy individuals throughout different stages of life, from 1-day-old neonates to the elderly. Here, we have described the identification, performance, and tolerability assessment of novel ionizable lipids for inclusion in mRNA vaccine formulations. We focused on the ionizable lipid component of the LNP, as it has been previously demonstrated to be the primary driver of LNP potency and tolerability. Given their improved tolerability and increased antigen expression, the formulations we identified have the potential for both active and passive immunization applications.

## MATERIALS AND METHODS

### mRNA Synthesis and Formulation

UTR sequences and mRNA production processes were performed as previously described.[19] Briefly, mRNA was synthesized *in vitro* by T7 RNA polymerase-mediated transcription from a linearized DNA template, which incorporates the 5′ and 3′ UTRs and a poly(A) tail. The final mRNA utilizes Cap1 and full replacement of uridine with N1-methyl-pseudouridine. mRNA encoding influenza HA genes originated from the H10N8 strain[34], and the mRNA encoding prM-E from Zika utilized the signal sequences from human IgE (MDWTWILFLVAAATRVHS) and the prM and E genes from an Asian ZIKV strain (Micronesia 2007; GenBank: EU545988), which is >99% identical to circulating American strains.[35] All coding sequences were generated using a proprietary algorithm.

LNP formulations were prepared using a modified procedure of a method previously described.[17] Briefly, lipids were dissolved in ethanol at molar ratios of 50:10:38.5:1.5 (ionizable lipid:DSPC:cholesterol:PEG lipid). LNPs formulated with the ionizable lipid MC3 were used as a control throughout these studies and were produced as previously described.[11] Novel ionizable lipids were synthesized as described elsewhere.[36] The lipid mixture was combined with an acidification buffer of 50 mM sodium citrate (pH 4.0) or 25 mM sodium acetate (pH 5.0) containing mRNA at a volume ratio of 3:1 (aqueous:ethanol) using a microfluidic mixer (Precision Nanosystems, Vancouver, BC, Canada). The ratio of nitrogen present on the ionizable N:P ratio was set to 5.67 for each formulation. Formulations were dialyzed against PBS (pH 7.2) or 20 mM Tris (pH 7.4) with 8% sucrose in Slide-A-Lyzer dialysis cassettes (Thermo Scientific, Rockford, IL, USA) for at least 18 h. Formulations were concentrated using Amicon ultra-centrifugal filters (EMD Millipore, Billerica, MA, USA), if needed, and then passed through a 0.22-μm filter and stored at 4°C (PBS) or −20°C (20 mM Tris-8% sucrose) until use. Formulations were tested for particle size, RNA encapsulation, and endotoxin. All LNPs were found to be between 50 and 142 nm in size by dynamic light scattering and with greater than 69% encapsulation and <3 EU/mL endotoxin. Lead lipids selected for further evaluation were between 66 and 107 nm, with greater than 72% encapsulation.

### $pK_a$ Analysis

Assay buffers (buffers containing 150 mM sodium chloride, 10 mM sodium phosphate, 10 mM sodium borate, and 10 mM sodium citrate) were pH adjusted with sodium hydroxide or hydrochloric acid to create buffers with pH ranges from pH 3 to pH 11.5. In a black-bottom, 96-well plate, 300 μM 6-(*p*-toluidino)-2-naphthalenesulfonic acid sodium salt in DMSO (TNS reagent) (Sigma-Aldrich, St. Louis, MO, USA), LNP, and assay buffer were combined. Each pH unit of buffer was repeated in triplicate with TNS reagents and LNPs. Fluorescent measurements were taken using a Synergy H1 microplate reader (BioTek Instruments, Winooski, VT, USA), with excitation set to 325 nm and emission collected at 435 nm. Fluorescence intensity was plotted against the pH of the assay buffer. The log of the inflection point was assigned the apparent $pK_a$ of the LNP.

#### Expression and Immunogenicity Screening Studies in a Murine Model

All animal experiments and husbandry followed guidelines from NIH (NIH publication #8023, eighth edition) and the U.S. National Research Council. Female BALB/c mice 5–8 weeks old were purchased from Charles River Laboratories (Wilmington, MA, USA) and housed at Moderna Therapeutics (Cambridge, MA, USA). Mice were acclimated for at least 3 days before the initiation of a study. Initial murine screening studies evaluated expression and immunogenicity in the same study, as previous work showed that co-formulation of the two mRNAs did not affect individual results (data not shown). On days 1 and 22, mice were injected in the quadriceps with 50 μL lipid nanoparticle formulations encapsulating an equal amount of luciferase and H10N8 mRNAs. 6 h post-dose, animals received an intraperitoneal injection of 3 mg luciferin and were imaged on an *in vivo* imaging system (IVIS Spectrum, PerkinElmer, Waltham, MA, USA). On days 21 and 36, mice were bled through the submandibular cavity. Serum was separated from the blood by centrifugation and then used to evaluate immunogenicity by ELISA. Group geometric means were calculated for each LNP evaluated and compared to the geometric mean of the MC3 group in the same study (expression) or of all MC3 groups tested (immunogenicity).

#### Lipid Clearance in a Murine Model

Female CD-1 mice were purchased from and housed at Charles River Laboratories. Mice were acclimated for at least 3 days before the initiation of a study. Mice were injected IM with 50 μL containing 2 μg of luciferase mRNA formulated in LNPs. At 1, 2, 4, 8, and 24 h post-injection, 3 mice were sacrificed and the plasma, spleen, liver, site of injection muscle, and draining lymph nodes were harvested. Tissues were frozen and sent to Agilux (Worcester, MA, USA) for evaluation of the remaining lipid by mass spectroscopy.

#### Quantification of Lipid by LC-MS/MS

Tissue samples were homogenized by Omni probe following the addition of 19 equivalents (w/v) of water. Lipid and proteins were precipitated and analyzed against calibration standards prepared in a matching blank. Chromatographic separation and quantification was accomplished with a liquid chromatography-tandem mass spectroscopy (LC-MS/MS) system. Samples were separated on a Clipeus C8 column (Higgins Analytical, Mountain View, CA, USA) equilibrated with 35% solvent A containing 5 mM formic acid in 50% methanol ($H_2O$:MeOH:FA, 50:50:1) and 65% solvent B containing 5 mM formic acid in methanol (MeOH:FA, 100:1; Thermo Fisher Scientific). A triple-quadrupole MS/MS system (Applied Biosystems, API 5500) operated in positive ion mode was used for signal detection.

#### Tolerability in a Rat Model

Female Sprague-Dawley rats were purchased from Charles River Laboratories and housed at Moderna Therapeutics, Cambridge MA, USA. Rats were injected with 100 μL containing either 10 or 100 μg of mRNA formulated in LNPs. 6 h post-injection, blood was drawn, and serum was used for Luminex cytokine analysis (Austin, TX, USA). 48 h post-injection, rats were sacrificed, and the liver, site of injection, muscle, and skin were collected. Tissues were sectioned, stained with H&E, evaluated by a blinded board-certified pathologist, and graded on a scale from 0 to 5 based on severity for myofiber necrosis, mixed-cell infiltration within muscle and skin, and degenerate neutrophils in muscle and skin.

#### Expression and Immunogenicity in NHPs

NHP studies were conducted at Charles River Laboratories (Sherbrooke, QC, Canada) using naive cynomolgus monkeys, 2–5 years old and weighing 2–3 kg. Animals were housed in stainless steel, perforated-floor cages, in a temperature- and humidity-controlled environment (21–26°C and 30–70%, respectively), with an automatic 12-h/12-h dark/light cycle. Animals were fed PMI Nutrition Certified Primate Chow No. 5048 twice daily. Tuberculin tests were carried out on arrival at the test facility. The study plan and procedures were approved by pre-clinical services Sherbrook (PCS-SHB) IACUC. Animal experiments and husbandry followed NIH (Publication no. 8023, eighth edition), U.S. National Research Council, and Canadian Council on Animal Care (CCAC) guidelines.

To evaluate expression, cynomolgus NHPs were injected IM with 300 μL containing a total of 500 μg mRNA (heavy chain and light chain in a 2:1 weight:weight ratio) encoding an antibody formulated in LNPs. The site of injection was monitored for erythema and edema and graded for severity from 0 (no reaction) to 4 (severe reaction). Blood was collected 6 h before dosing and then 2, 6, 24, 48, 96, 168, 264, and 336 h post-injection to measure antibody levels. Blood from −6, 48, and 336 h was used to measure hematology, coagulation, D-dimer, and clinical chemistry markers.

To evaluate immunogenicity, cynomolgus monkeys received IM injections of 5 μg H10N8 mRNA-formulated LNP in 100 μL on days 1 and 22. 0.5 mL blood was collected on day 22 and day 43 post-dosing from a peripheral vein and centrifuged at 1200 × *g* for 10 min at 4°C for separation of serum. Serum was stored at −80°C until analysis by hemagglutination inhibition assay (HAI) and ELISA.

#### HAI Assay

The HAI titers of serum samples were determined using a protocol described previously.[17] Sera were first treated with receptor-destroying enzyme (RDE) to inactivate nonspecific inhibitors. The RDE was inactivated by incubation at 56°C for 30 min. Treated sera were serially diluted in 96-well plates, mixed with a standardized amount of recombinant HA (8 HA units of H10N8; Medigen, Frederick, MD, USA), and incubated for 30 min at room temperature. Turkey red blood cells (RBCs) (Lampire Biological Laboratories, Everett, PA, USA) were then added to the wells of the 96-well plates, mixed, and incubated at room temperature for 45 min. The most dilute serum sample that completely inhibited HA was the reported titer for that replicate. Each serum sample was analyzed in triplicate, and the results are reported as the geometric mean of the 3 results.

### Anti-H10N8 ELISA

Nunc MaxiSorp 96-well plates (Thermo Fisher, Rochester, NY, USA) were coated at 100 μL per well with 1 μg/mL H10 protein in PBS overnight at 4°C. Plates were washed three times with PBS containing 0.1% Tween 20 (wash buffer). 200 μL Superblock (Pierce, Rockford, IL, USA) was added to each well and incubated at 37°C for at least 1.5 h and then washed three times with wash buffer. In each well, 100 μL PBS containing 5% goat serum (GIBCO, Gaithersburg, MD, USA) with 0.1% Tween 20 was added, and serum was serially diluted and incubated for 2 h at 37°C. Plates were washed three times, and 100 μL horseradish peroxidase (HRP)-conjugated goat anti-mouse IgG antibody (Southern Biotech, Birmingham, AL, USA) diluted 1:20,000 in PBS containing 5% goat serum with 0.1% Tween 20 was added and incubated for 1 h at 37°C. Plates were washed three times, and 100 μL SureBlue TMB Microwell Peroxidase substrate (Kirkegaard & Perry Labs, Milford, MA, USA) was added to each well and incubated for 15 min. 100 μL TMB Stop Solution (Kirkegaard & Perry Labs, Milford, MA, USA) was added to each well, and the plates were read at 450 nm. The average blank value was subtracted from each sample. Titers were defined as the reciprocal serum dilution at approximately $OD_{450\ nm}$ (optical density 450 nm) = 0.6 (normalized to a standard included on every plate).

### Monoclonal Antibody Detection

QUICKPLEX 96-well plates (MSD) were coated with 100 μg of 1 μg/mL capture protein in PBS per well and incubated overnight at 4°C. Plates were washed with PBS with 0.5% Tween 20 three times. Serial dilutions for a reference standard and samples were performed into a 100-μL final volume in the plate and then were incubated at room temperature for 1.5 h, with shaking at 120 rpm. Plates were washed with PBS with 0.5% Tween 20 three times. 50 μL affinity-purified goat anti-human IgG (sulfo-tagged) at 0.5 μg/mL was added to each well and incubated for 1 h at room temperature, with shaking at 120 rpm. After incubation, plates were washed six times, and 150 μL MSD Read Buffer T was added to each well. The plates were read on an MSD instrument (Meso Scale Diagnostics, Rockville, MD, USA).

## SUPPLEMENTAL INFORMATION

Supplemental Information includes Supplemental Methods and four figures and can be found with this article online at https://doi.org/10.1016/j.omtn.2019.01.013.

## AUTHOR CONTRIBUTIONS

Conceptualization, G.C. and L.A.B.; Methodology, K.J.H., K.E.B., E.J., and L.A.B.; Formal analysis, K.J.H. and I.M.; Investigation, K.J.H., E.J., A. Lee, A.W., O.Y., S.H., J.D., B.M.G., T.K., and A. Lynn; Writing – Original Draft, K.J.H., and L.A.B.; Writing – Review and Editing, K.J.H., M.J.M., and L.A.B.; Visualization, K.J.H., I.M., and L.A.B.; Supervision, K.E.B., C.M., J.J.S., M.G.S., O.A., and G.C.

## CONFLICTS OF INTEREST

All authors are either current or previous employees of Moderna Therapeutics and own stock options and/or shares in the company.

## ACKNOWLEDGMENTS

We would like to thank Moderna's Preclinical Production group for production of mRNA and Moderna's Nonclinical Sciences group for *in vivo* experiments. This work was funded by Moderna Therapeutics.

## REFERENCES


1. Rappuoli, R., Mandl, C.W., Black, S., and De Gregorio, E. (2011). Vaccines for the twenty-first century society. Nat. Rev. Immunol. *11*, 865–872.
2. Riedel, S. (2005). Edward Jenner and the history of smallpox and vaccination. Proc. (Bayl. Univ. Med. Cent.) *18*, 21–25.
3. John, S., Yuzhakov, O., Woods, A., Deterling, J., Hassett, K., Shaw, C.A., and Ciaramella, G. (2018). Multi-antigenic human cytomegalovirus mRNA vaccines that elicit potent humoral and cell-mediated immunity. Vaccine *36*, 1689–1699.
4. Deering, R.P., Kommareddy, S., Ulmer, J.B., Brito, L.A., and Geall, A.J. (2014). Nucleic acid vaccines: prospects for non-viral delivery of mRNA vaccines. Expert Opin. Drug Deliv. *11*, 885–899.
5. Ulmer, J.B., Donnelly, J.J., Parker, S.E., Rhodes, G.H., Felgner, P.L., Dwarki, V.J., Gromkowski, S.H., Deck, R.R., DeWitt, C.M., Friedman, A., et al. (1993). Heterologous protection against influenza by injection of DNA encoding a viral protein. Science *259*, 1745–1749.
6. Ferraro, B., Morrow, M.P., Hutnick, N.A., Shin, T.H., Lucke, C.E., and Weiner, D.B. (2011). Clinical applications of DNA vaccines: current progress. Clin. Infect. Dis. *53*, 296–302.
7. Roos, A.K., Eriksson, F., Walters, D.C., Pisa, P., and King, A.D. (2009). Optimization of skin electroporation in mice to increase tolerability of DNA vaccine delivery to patients. Mol. Ther. *17*, 1637–1642.
8. Tebas, P., Roberts, C.C., Muthumani, K., Reuschel, E.L., Kudchodkar, S.B., Zaidi, F.I., White, S., Khan, A.S., Racine, T., Choi, H., et al. (2017). Safety and immunogenicity of an anti-Zika virus DNA vaccine - preliminary report. N. Engl. J. Med. Published online October 4, 2017. https://doi.org/10.1056/NEJMoa1708120.
9. Carralot, J.P., Probst, J., Hoerr, I., Scheel, B., Teufel, R., Jung, G., Rammensee, H.G., and Pascolo, S. (2004). Polarization of immunity induced by direct injection of naked sequence-stabilized mRNA vaccines. Cell. Mol. Life Sci. *61*, 2418–2424.
10. Alberer, M., Gnad-Vogt, U., Hong, H.S., Mehr, K.T., Backert, L., Finak, G., Gottardo, R., Bica, M.A., Garofano, A., Koch, S.D., et al. (2017). Safety and immunogenicity of a mRNA rabies vaccine in healthy adults: an open-label, non-randomised, prospective, first-in-human phase 1 clinical trial. Lancet *390*, 1511–1520.
11. Jayaraman, M., Ansell, S.M., Mui, B.L., Tam, Y.K., Chen, J., Du, X., Butler, D., Eltepu, L., Matsuda, S., Narayanannair, J.K., et al. (2012). Maximizing the potency of siRNA lipid nanoparticles for hepatic gene silencing in vivo. Angew. Chem. Int. Ed. Engl. *51*, 8529–8533.
12. Love, K.T., Mahon, K.P., Levins, C.G., Whitehead, K.A., Querbes, W., Dorkin, J.R., Qin, J., Cantley, W., Qin, L.L., Racie, T., et al. (2010). Lipid-like materials for low-dose, in vivo gene silencing. Proc. Natl. Acad. Sci. USA *107*, 1864–1869.
13. Semple, S.C., Akinc, A., Chen, J., Sandhu, A.P., Mui, B.L., Cho, C.K., Sah, D.W., Stebbing, D., Crosley, E.J., Yaworski, E., et al. (2010). Rational design of cationic lipids for siRNA delivery. Nat. Biotechnol. *28*, 172–176.
14. Coelho, T., Adams, D., Silva, A., Lozeron, P., Hawkins, P.N., Mant, T., Perez, J., Chiesa, J., Warrington, S., Tranter, E., et al. (2013). Safety and efficacy of RNAi therapy for transthyretin amyloidosis. N. Engl. J. Med. *369*, 819–829.
15. Roman, F., Vaman, T., Kafeja, F., Hanon, E., and Van Damme, P. (2010). AS03(A)-adjuvanted influenza A (H1N1) 2009 vaccine for adults up to 85 years of age. Clin. Infect. Dis. *51*, 668–677.
16. Reisinger, K.S., Baxter, R., Block, S.L., Shah, J., Bedell, L., and Dull, P.M. (2009). Quadrivalent meningococcal vaccination of adults: phase III comparison of an investigational conjugate vaccine, MenACWY-CRM, with the licensed vaccine, Menactra. Clin. Vaccine Immunol. *16*, 1810–1815.
17. Bahl, K., Senn, J.J., Yuzhakov, O., Bulychev, A., Brito, L.A., Hassett, K.J., Laska, M.E., Smith, M., Almarsson, Ö., Thompson, J., et al. (2017). Preclinical and clinical

demonstration of immunogenicity by mRNA vaccines against H10N8 and H7N9 influenza viruses. Mol. Ther. *25*, 1316–1327.

18. Geall, A.J., Verma, A., Otten, G.R., Shaw, C.A., Hekele, A., Banerjee, K., Cu, Y., Beard, C.W., Brito, L.A., Krucker, T., et al. (2012). Nonviral delivery of self-amplifying RNA vaccines. Proc. Natl. Acad. Sci. USA *109*, 14604–14609.
19. Richner, J.M., Himansu, S., Dowd, K.A., Butler, S.L., Salazar, V., Fox, J.M., Julander, J.G., Tang, W.W., Shresta, S., Pierson, T.C., et al. (2017). Modified mRNA vaccines protect against Zika virus infection. Cell *168*, 1114–1125.e10.
20. Pardi, N., Hogan, M.J., Pelc, R.S., Muramatsu, H., Andersen, H., DeMaso, C.R., Dowd, K.A., Sutherland, L.L., Scearce, R.M., Parks, R., et al. (2017). Zika virus protection by a single low-dose nucleoside-modified mRNA vaccination. Nature *543*, 248–251.
21. Lutz, J., Lazzaro, S., Habbeddine, M., Schmidt, K.E., Baumhof, P., Mui, B.L., Tam, Y.K., Madden, T.D., Hope, M.J., Heidenreich, R., and Fotin-Mleczek, M. (2017). Unmodified mRNA in LNPs constitutes a competitive technology for prophylactic vaccines. NPJ Vaccines *2*, 29.
22. Oberli, M.A., Reichmuth, A.M., Dorkin, J.R., Mitchell, M.J., Fenton, O.S., Jaklenec, A., Anderson, D.G., Langer, R., and Blankschtein, D. (2017). Lipid nanoparticle assisted mRNA delivery for potent cancer immunotherapy. Nano Lett. *17*, 1326–1335.
23. Sabnis, S., Kumarasinghe, E.S., Salerno, T., Mihai, C., Ketova, T., Senn, J.J., Lynn, A., Bulychev, A., McFadyen, I., Chan, J., et al. (2018). A novel amino lipid series for mRNA delivery: improved endosomal escape and sustained pharmacology and safety in non-human primates. Mol. Ther. *26*, 1509–1519.
24. Richner, J.M., Himansu, S., Dowd, K.A., Butler, S.L., Salazar, V., Fox, J.M., Julander, J.G., Tang, W.W., Shresta, S., Pierson, T.C., et al. (2017). Modified mRNA vaccines protect against Zika virus infection. Cell *169*, 176.
25. Kou, L., Sun, J., Zhai, Y., and He, Z. (2013). The endocytosis and intracellular fate of nanomedicines: Implication for rational design. Asian Journal of Pharmaceutical Sciences *8*, 1–10.
26. Rybak, S.L., and Murphy, R.F. (1998). Primary cell cultures from murine kidney and heart differ in endosomal pH. J. Cell. Physiol. *176*, 216–222.
27. Fenton, O.S., Kauffman, K.J., Kaczmarek, J.C., McClellan, R.L., Jhunjhunwala, S., Tibbitt, M.W., Zeng, M.D., Appel, E.A., Dorkin, J.R., Mir, F.F., et al. (2017). Synthesis and biological evaluation of ionizable lipid materials for the in vivo delivery of messenger RNA to B lymphocytes. Adv. Mater. *29*, 1606944.
28. Brito, L.A., Chan, M., Shaw, C.A., Hekele, A., Carsillo, T., Schaefer, M., Archer, J., Seubert, A., Otten, G.R., Beard, C.W., et al. (2014). A cationic nanoemulsion for the delivery of next-generation RNA vaccines. Mol. Ther. *22*, 2118–2129.
29. Pollard, C., Rejman, J., De Haes, W., Verrier, B., Van Gulck, E., Naessens, T., De Smedt, S., Bogaert, P., Grooten, J., Vanham, G., and De Koker, S. (2013). Type I IFN counteracts the induction of antigen-specific immune responses by lipid-based delivery of mRNA vaccines. Mol. Ther. *21*, 251–259.
30. Karikó, K., Buckstein, M., Ni, H., and Weissman, D. (2005). Suppression of RNA recognition by Toll-like receptors: the impact of nucleoside modification and the evolutionary origin of RNA. Immunity *23*, 165–175.
31. Liang, F., Lindgren, G., Lin, A., Thompson, E.A., Ols, S., Röhss, J., John, S., Hassett, K., Yuzhakov, O., Bahl, K., et al. (2017). Efficient targeting and activation of antigen-presenting cells in vivo after modified mRNA vaccine administration in rhesus macaques. Mol. Ther. *25*, 2635–2647.
32. Maier, M.A., Jayaraman, M., Matsuda, S., Liu, J., Barros, S., Querbes, W., Tam, Y.K., Ansell, S.M., Kumar, V., Qin, J., et al. (2013). Biodegradable lipids enabling rapidly eliminated lipid nanoparticles for systemic delivery of RNAi therapeutics. Mol. Ther. *21*, 1570–1578.
33. Liu, J., Ewald, B.A., Lynch, D.M., Denholtz, M., Abbink, P., Lemckert, A.A., Carville, A., Mansfield, K.G., Havenga, M.J., Goudsmit, J., and Barouch, D.H. (2008). Magnitude and phenotype of cellular immune responses elicited by recombinant adenovirus vectors and heterologous prime-boost regimens in rhesus monkeys. J. Virol. *82*, 4844–4852.
34. Chen, H., Yuan, H., Gao, R., Zhang, J., Wang, D., Xiong, Y., Fan, G., Yang, F., Li, X., Zhou, J., et al. (2014). Clinical and epidemiological characteristics of a fatal case of avian influenza A H10N8 virus infection: a descriptive study. Lancet *383*, 714–721.
35. Lanciotti, R.S., Kosoy, O.L., Laven, J.J., Velez, J.O., Lambert, A.J., Johnson, A.J., Stanfield, S.M., and Duffy, M.R. (2008). Genetic and serologic properties of Zika virus associated with an epidemic, Yap State, Micronesia, 2007. Emerg. Infect. Dis. *14*, 1232–1239.
36. Benenato, K.E., Kumarasinghe, E.S., and Cornebise, M. (2017). Compounds and compositions for intracellular delivery of therapeutic agents. US patent application publication 20170210697 A1, filed March 31, 2017, and published July 27, 2017.

# Joint Claim Construction Brief

# EXHIBIT 15

Dictionary of

# Biology

Grange BOOKS

Constable & Robinson Ltd
3 The Lanchesters
162 Fulham Palace Road
London W6 9ER
www.constablerobinson.com

This edition published by Magpie Books,
an imprint of Constable & Robinson Ltd, and Grange Books 2005

The text of this book was originally published by Oxford University Press as *Oxford Dictionary of Biology* © Market House Books Ltd 1985, 1990, 1996, 2000, 2004 reprinted here by arrangement with Oxford University Press.

All rights reserved. This book is sold subject to the condition that it shall not, by way of trade or otherwise, be lent, re-sold, hired out or otherwise circulated in any form of binding or cover other than that in which it is published and without a similar condition including this condition being imposed on the subsequent purchaser.

A copy of the British Library Cataloguing in Publication Data
is available from the British Library

ISBN 1 84529 285 5

Printed and bound in the European Union

is required for the conversion of pepsinogen to pepsin in
stomach and kills various microorganisms that enter

*See* **cortisol.**

**tor** *See* **hydrogen carrier.**




*wn as dotted lines) between water molecules*

l A type of electrostatic interaction between
uorine, nitrogen, or oxygen) atoms in one molecule and
ound to electronegative atoms in another molecule. It is a
ole attraction caused by the electron-withdrawing
electronegative atom. Thus, in the water molecule the
acts the electrons in the O–H bonds. The hydrogen atom
ls of electrons to shield the nucleus, and there is an
action between the hydrogen proton and a lone pair of
xygen atom in a neighbouring molecule. Each oxygen
e pairs and can make hydrogen bonds to two different
The strengths of hydrogen bonds are about one tenth of
normal covalent bonds. Hydrogen bonding does, however,
ffects on physical properties. Thus it accounts for the
es of water and for its relatively high boiling point. It is
ortance in living organisms. Hydrogen bonding occurs
the chains of DNA (*see* **base pairing**). It also occurs
and N–H groups in proteins, and is responsible for
secondary structure.

**nate (bicarbonate)** A salt of *carbonic acid in which one
as been replaced; it thus contains the hydrogencarbonate
o **buffer.**

**er (hydrogen acceptor)** A molecule that accepts hydrogen
coming reduced in the process (*see* **oxidation–reduction**).
nsport system, whose function is to generate energy in the
ing respiration, involves a series of hydrogen carriers,
including *NAD and *FAD, which pass on the hydrogen (derived from the breakdown of glucose) to the next carrier in the chain.

**hydroid** A specialized elongated water-conducting cell found in the cortex of certain mosses. Hydroids are aligned end to end; at maturity they lose their cytoplasm and their end walls partially break down, becoming permeable to water and forming a rudimentary vessel.

**hydrolase** Any of a class of enzymes that catalyse the addition of water to, or the removal of water from, a molecule. Hydrolases play an important role in the construction and breakdown of storage materials, such as starch.

**hydrological cycle (water cycle)** The circulation of water between the atmosphere, land, and oceans on the earth. Water evaporates from the oceans and other water bodies on earth to form water vapour in the atmosphere. This may condense to form clouds and be returned to the earth's surface as precipitation (e.g. rainfall, hail, and snow). Some of this precipitation is returned to the atmosphere directly through evaporation or transpiration by plants; some flows off the land surface as overland flow, eventually to be returned to the oceans via rivers; and some infiltrates the ground to flow underground forming groundwater storage.

**hydrophilic** Having an affinity for water.

**hydrophily** A rare form of pollination in which pollen is carried to a flower by water. It occurs by one of two methods. In Canadian pondweed (*Elodea canadensis*) the male flowers break off and float downstream until they contact the female flowers. In *Zostera*, a marine species, the filamentous pollen grains are themselves carried in the water. *Compare* **anemophily; entomophily.**

**hydrophobic** Lacking affinity for water.

**hydrophyte** Any plant that lives either in very wet soil or completely or partially submerged in water. Structural modifications of hydrophytes include the reduction of mechanical and supporting tissues and vascular tissue, the absence or reduction of a root system, and specialized leaves that may be either floating or finely divided, with little or no cuticle. Examples of hydrophytes are waterlilies and certain pondweeds. *Compare* **halophyte; mesophyte; xerophyte.**

**hydroponics** A commercial technique for growing certain crop plants in culture solutions rather than in soil. The roots are immersed in an aerated solution containing the correct proportions of essential mineral salts. The technique is based on various water culture methods used in the laboratory to assess the effects of the absence of certain mineral elements on plant growth.

**hydrosere** The sequence of plant communities (*see* **sere**) occurring during the change from shallow open water to forest or bog. The process commences with accumulations of silt, enabling initial colonization by

altered in several ways; for example by *insertion, *substitution, *deletion, and *inversion. Point mutations result in a misreading of the genetic code during the translation phase of protein synthesis and usually change the order of amino acids making up a protein, which may or may not affect the function of that protein. *See also* **intergenic suppressor**; **missense mutation**. *Compare* **chromosome mutation**; **single nucleotide polymorphism**.

**polar body** *See* **oogenesis**.

**polarity 1.** The property of a cell, tissue, or organism of being structurally and/or functionally different at opposite ends of its long axis. For example, plants consist of roots, which grow in the direction of the force of gravity, and stems, which grow away from the gravitational force (*see* **geotropism**). **2.** The property of molecules of having an uneven distribution of electrons, so that one part has a positive charge and the other a negative charge. Such *polar molecules* include *water.

**polar molecule** *See* **polarity**.

**polar nuclei** Two haploid nuclei in the centre of the *embryo sac of flowering plants. These nuclei fuse with a male gamete nucleus to form a triploid endosperm nucleus, which subsequently divides to form the endosperm. *See also* **double fertilization**.

**pollen** The mass of grains containing the male gametes of seed plants, which are produced in large numbers in the *pollen sacs. The pollen grains of insect-pollinated plants may be spiny or pitted and are usually larger than those of wind-pollinated plants, which are usually smooth and light. The pollen grain represents the male *gametophyte generation; it contains two male nuclei: a *generative nucleus and a *tube nucleus. The wall of the mature pollen grain consists of the tough outer wall (*exine*) and the more delicate narrower *intine*. The latter gives rise to the *pollen tube. *See also* **pollination**.

**pollen analysis** *See* **palynology**.

**pollen sac** The structure in seed plants in which pollen is produced. In angiosperms there are usually four pollen sacs in each *anther; they contain the *microspore mother cells. In gymnosperms variable numbers of pollen sacs are borne on the microsporophylls that make up the male *cone.

**pollen tube** An outgrowth of a pollen grain, which transports the male gametes to the ovule. It will only grow if the pollen grain is compatible with the female tissue. In angiosperms, the pollen grain is deposited on the stigma and the pollen tube grows down through the style and into the ovule. In some conifers, e.g. *Pinus* (pines), the pollen tube penetrates the *nucellus but does not develop further until the following year, when the female part of the plant is mature. *See also* **embryo sac**; **fertilization**; **tube nucleus**.



**pollex** The innermost digit on the forelimb of a tetrapod contains two phalanges (*see* **pentadactyl limb**) and in hum primates it is the thumb, which is opposable (i.e. capable o touching the other digits) and gives the hand greater man In some mammals a pollex is absent. *Compare* **hallux**.

**pollination** The transfer of pollen from an anther (the m organ) to a stigma (the receptive part of the female reproc either of the same flower (*self-pollination*) or of a different same species (*cross-pollination*). Cross-pollination involves th pollinating agent to effect transfer of the pollen (*see* **anem entomophily**; **hydrophily**). *See also* **fertilization**; **incomp**

**pollutant** Any substance, produced and released into the result of human activities, that has damaging effects on li Pollutants may be toxic substances (e.g. *pesticides) or natu of the atmosphere (e.g. carbon dioxide) that are present in amounts. *See* **pollution**.

**pollution** An undesirable change in the physical, chemica characteristics of the natural environment, brought about activities. It may be harmful to human or nonhuman life. affect the soil, rivers, seas, or the atmosphere (*see* **air pollu** two main classes of *pollutants: those that are *biodegradab* i.e. can be rendered harmless by natural processes and nee no permanent harm if adequately dispersed or treated; an *nonbiodegradable* (e.g. heavy metals (such as lead) in industr **heavy-metal pollution**) and DDT and other chlorinated hy as *pesticides), which eventually accumulate in the enviro be concentrated in food chains. Other forms of pollution i environment include noise (e.g. from jet aircraft, traffic, a processes) and thermal pollution (e.g. the release of excessi into lakes or rivers causing harm to wildlife). Recent pollu include the disposal of radioactive waste; *acid rain; *phot increasing levels of human waste; high levels of carbon di greenhouse gases in the atmosphere (*see* **greenhouse effe** the *ozone layer by nitrogen oxides, *chlorofluorocarbons halons; and pollution of inland waters by agricultural *fer sewage effluent, causing eutrophication (*see* **eutrophic**). At contain or prevent pollution include strict regulations con emissions, the use of smokeless fuels, the banning of certa greater use of renewable energy sources, restrictions on th chlorofluorocarbons, and the introduction, in some countr converters to cut pollutants in car exhausts.

**polyacrylamide gel electrophoresis** *See* PAGE.

**Polychaeta** A class of annelid worms in which each body pair of flattened fleshy lobes (*parapodia*) bearing numerous (*chaetae). All polychaetes are aquatic and most of them a

# Joint Claim Construction Brief

# EXHIBIT 16

# lipid


lipid structure

**lipid**, any of a diverse group of organic compounds including fats, oils, hormones, and certain components of membranes that are grouped together because they do not interact appreciably with water. One type of lipid, the triglycerides, is sequestered as fat in adipose cells, which serve as the energy-storage depot for organisms and also provide thermal insulation. Some lipids such as steroid hormones serve as chemical messengers between cells, tissues, and organs, and others communicate signals between biochemical systems within a single cell. The membranes of cells and organelles (structures within cells) are microscopically thin structures formed from two layers of phospholipid molecules. Membranes function to separate individual cells from their environments and to compartmentalize the cell interior into structures that carry out special functions. So important is this compartmentalizing function that membranes, and the lipids that form them, must have been essential to the origin of life itself.

TABLE OF CONTENTS

- Introduction
- Fatty acids
- Fatty acid derivatives
- Cholesterol and its derivatives
- Lipoproteins
- Biological functions of lipids


lipid; oogonium

Water is the biological milieu—the substance that makes life possible—and almost all the molecular components of living cells, whether they be found in animals, plants, or microorganisms, are soluble in water. Molecules such as proteins, nucleic acids, and carbohydrates have an affinity for water and are called hydrophilic (“water-loving”). Lipids, however, are hydrophobic (“water-fearing”). Some lipids are amphipathic—part of their structure is hydrophilic and another part, usually a larger section, is hydrophobic. Amphipathic lipids exhibit a unique behaviour in water: they spontaneously form ordered molecular aggregates, with their hydrophilic ends on the outside, in contact with the water, and their hydrophobic parts on the inside, shielded from the water. This property is key to their role as the fundamental components of cellular and organelle membranes.

Although biological lipids are not large macromolecular polymers (e.g., proteins, nucleic acids, and polysaccharides), many are formed by the chemical linking of several small constituent molecules. Many of these molecular building blocks are similar, or homologous, in structure. The homologies allow lipids to be classified into a few major groups: fatty acids, fatty acid derivatives, cholesterol and its derivatives, and lipoproteins. This article covers the major groups and explains how these molecules function as energy-storage molecules, chemical messengers, and structural components of cells.

## Fatty acids

Fatty acids rarely occur as free molecules in nature but are usually found as components of many complex lipid molecules such as fats (energy-storage compounds) and phospholipids (the primary lipid components of cellular membranes). This section describes the structure and physical and chemical properties of fatty acids. It also explains how living organisms obtain fatty acids, both from their diets and through metabolic breakdown of stored fats.

### Structure



Structural formula of stearic acid.

Biological fatty acids, members of the class of compounds known as carboxylic acids, are composed of a hydrocarbon chain with one terminal carboxyl group (COOH). The fragment of a carboxylic acid not including the hydroxyl (OH) group is called an acyl group. Under physiological conditions in water, this acidic group usually has lost a hydrogen ion ($H^+$) to form a negatively charged carboxylate group ($COO^-$). Most biological fatty acids contain an even number of carbon atoms because the biosynthetic pathway common to all organisms involves chemically linking two-carbon units together (although relatively small amounts of odd-number fatty acids do occur in some organisms). Although the molecule as a whole is water-insoluble by virtue of its hydrophobic hydrocarbon chain, the negatively charged carboxylate is hydrophilic. This common form for biological lipids—one that contains well-separated hydrophobic and hydrophilic parts—is called amphipathic.

Case 1:23-cv-00580-CFC Document 65-2 Filed 06/18/24 Page 72 of 155 PageID #: 6099

In addition to straight-chain hydrocarbons, fatty acids may also contain pairs of carbons linked by one or more double bonds, methyl branches, or a three-carbon cyclopropane ring near the centre of the carbon chain.

## Saturated fatty acids

The simplest fatty acids are unbranched, linear chains of $CH_2$ groups linked by carbon-carbon single bonds with one terminal carboxylic acid group. The term *saturated* indicates that the maximum possible number of hydrogen atoms are bonded to each carbon in the molecule. Many saturated fatty acids have a trivial or common name as well as a chemically descriptive systematic name. The systematic names are based on numbering the carbon atoms, beginning with the acidic carbon. The table gives the names and typical biological sources of the most common saturated fatty acids. Although the chains are usually between 12 and 24 carbons long, several shorter-chain fatty acids are biochemically important. For instance, butyric acid ($C_4$) and caproic acid ($C_6$) are lipids found in milk. Palm kernel oil, an important dietary source of fat in certain areas of the world, is rich in fatty acids that contain 8 and 10 carbons ($C_8$ and $C_{10}$).

Common saturated fatty acids

| trivial name | systematic name | number of carbons in chain | typical sources |
|---|---|---|---|
| lauric acid | n-dodecanoic acid | 12 | palm kernel oil, nutmeg |
| myristic acid | n-tetradecanoic acid | 14 | palm kernel oil, nutmeg |
| palmitic acid | n-hexadecanoic acid | 16 | olive oil, animal lipids |
| stearic acid | n-octadecanoic acid | 18 | cocoa butter, animal lipids |
| behenic acid | n-docosanoic acid | 22 | brain tissue, radish oil |
| lignoceric acid | n-tetracosanoic acid | 24 | brain tissue, carnauba wax |

## Unsaturated fatty acids

Unsaturated fatty acids have one or more carbon-carbon double bonds. The term *unsaturated* indicates that fewer than the maximum possible number of hydrogen atoms are bonded to each carbon in the molecule. The number of double bonds is indicated by the generic name—*monounsaturated* for molecules with one double bond or *polyunsaturated* for molecules with two or more double bonds. Oleic acid is an example of a monounsaturated fatty acid. Common representative monounsaturated fatty acids together with their names and typical sources are listed in the table. The prefix *cis-9* in the systematic name of palmitoleic acid denotes that the position of the double bond is between carbons 9 and 10. Two possible conformations, *cis* and *trans*, can be taken by the two $CH_2$ groups immediately adjacent to the double-bonded carbons. In the *cis* configuration, the one occurring in all biological unsaturated fatty acids, the two adjacent carbons lie on the same side of the double-bonded carbons. In the *trans* configuration, the two adjacent carbons lie on opposite sides of the double-bonded carbons.

Common monounsaturated fatty acids

| trivial name | systematic name | number of carbons in chain | typical sources |
|---|---|---|---|
| palmitoleic acid | cis-9-hexadecenoic acid | 16 | marine algae, pine oil |
| oleic acid | cis-9-octadecenoic acid | 18 | animal tissues, olive oil |
| gadoleic acid | cis-9-eicosenoic acid | 20 | fish oils (cod, sardine) |
| erucic acid | cis-13-docosenoic acid | 22 | rapeseed oil |
| nervonic acid | cis-15-tetracosenoic acid | 24 | sharks, brain tissue |

Fatty acids containing more than one carbon-carbon double bond (polyunsaturated fatty acids) are found in relatively minor amounts. The multiple double bonds are almost always separated by a $CH_2$ group ($—CH_2—CH{=}CH—CH_2—CH{=}CH—CH_2—$), a regular spacing motif that is the result of the biosynthetic mechanism by which the double bonds are introduced into the hydrocarbon chain. The table lists the most common polyunsaturated fatty acids, linoleic and arachidonic, together with several that are less common. Arachidonic acid ($C_{20}$) is of particular interest as the precursor of a family of molecules, known as eicosanoids (from Greek *eikosi*, "twenty"), that includes prostaglandins, thromboxanes, and leukotrienes. These compounds, produced by cells under certain conditions, have potent physiological properties, as explained in the section Intracellular and extracellular messengers. Animals cannot synthesize two important fatty acids,

Case 1:23-cv-00580-CFC Document 65-2 Filed 06/18/24 Page 73 of 155 PageID #: 6100

linoleic acid (an omega-6 fatty acid) and alpha-linolenic acid (an omega-3 fatty acid), that are the precursors of the eicosanoids and so must obtain them in the diet from plant sources. For this reason, these precursors are called essential fatty acids.

Common polyunsaturated fatty acids

| trivial name | systematic name | number of carbons in chain | typical sources |
|---|---|---|---|
| linoleic acid | cis-9-, cis-12-octadecadienoic acid | 18 | corn oil, animal tissues, bacteria |
| | cis-9-, cis-12-, cis-15-octadecatrienoic acid | 18 | animal tissues |
| | 5,8,11-eicosatrienoic acid | 20 | |
| linolenic acid | 8,11,14-eicosatrienoic acid | 20 | brain tissue |
| | 7,10,13-docosatrienoic acid | 22 | phospholipids |
| | 8,11,14-docosatrienoic acid | 22 | |
| | 5,8,11,14-eicosatetraenoic acid | 20 | liver, brain tissue |
| arachidonic acid | 4,7,10,13-docosatetraenoic acid | 22 | brain tissue |
| | 4,7,10,13,16,19-docosahexaenoic acid | 22 | brain tissue |

*Trans* polyunsaturated fatty acids, although not produced biosynthetically by mammals, are produced by microorganisms in the gut of ruminant animals such as cows and goats, and they are also produced synthetically by partial hydrogenation of fats and oils in the manufacture of margarine (the so-called *trans* fats). There is evidence that ingestion of *trans* fats can have deleterious metabolic effects.

## Substituent groups

In addition to the very common fatty acids with straight saturated or unsaturated acyl chains, many fatty acids are chemically modified by substituents on the hydrocarbon chain. For example, the preening gland of ducks secretes a fatty acid 10 carbons long with methyl ($CH_3$) groups substituted for one of the hydrogens on carbons 2, 4, 6, and 8. Some bacteria produce fatty acids that have a methyl group on the carbon atom farthest from the acidic group or on the penultimate carbon. Other bacteria incorporate a cyclopropane ring near the centre of the acyl chain. The bacterium that causes tuberculosis (*Mycobacterium tuberculosis*) synthesizes a whole family of cyclopropane-containing fatty acids called α-mycolic acids. Similar fatty acids are found in related bacteria. A third common constituent is a hydroxyl group (OH). Monohydroxyl acids are found in both plants and animals in relatively small amounts, but they are more prevalent in bacteria.

## Physical properties

Pure fatty acids form crystals that consist of stacked layers of molecules, with each layer the thickness of two extended molecules. The molecules in a layer are arranged so that the hydrophobic (water-fearing) hydrocarbon chains form the interior of the layer and the hydrophilic (water-loving) carboxylic acid groups form the two faces. For a specific fatty acid the details of the molecular packing may vary, giving rise to different crystal forms known as polymorphs.

The melting temperatures of saturated fatty acids of biological interest are above 27 °C (81 °F) and rise with increasing length of the hydrocarbon chain. Monounsaturated and polyunsaturated molecules melt at substantially lower temperatures than do their saturated analogs, with the lowest melting temperatures occurring when the carbon-carbon double bonds are located near the centre of the hydrocarbon chain, as they are in most biological molecules. As a result, these molecules form viscous liquids at room temperature.

The hydrophobic character of the hydrocarbon chain of most biological fatty acids exceeds the hydrophilic nature of the carboxylic acid group, making the water solubility of these molecules very low. For example, at 25 °C (77 °F) the solubility in grams of fatty acid per gram of solution is $3 \times 10^{-6}$. Water solubility decreases exponentially with the addition of each carbon atom to the hydrocarbon chain. This relationship reflects the energy required to transfer the molecule from a pure hydrocarbon solvent to water. With each $CH_2$ group, for instance, more energy is required to order water molecules around the hydrocarbon chain of the fatty acid, which results in the hydrophobic effect.

In pure water the carboxylate group can dissociate a positively charged hydrogen ion to only a very small degree thus:

$R—COOH \rightarrow RCOO^- + H^+$.




When a soap is dissolved in water, fatty acids in the soap form spherical structures called micelles, in which the hydrophilic “heads” of the fatty acid molecules are turned toward the water and the hydrophobic “tails” are sheltered in the interior.

Here R represents the hydrocarbon chain. The carboxylate ion, bearing a negative charge, is more polar than the undissociated acid. RCOOH can be converted completely to the ion $RCOO^-$ by adding an equal number of molecules of a base such as sodium hydroxide (NaOH). This effectively replaces the $H^+$ with $Na^+$ to give the salt of the fatty acid, which is a soap. The very useful detergent property of soaps stems from the fact that the $RCOO^-$ anions in water spontaneously form stable, spherical aggregates called micelles. The interior of these structures, formed by the hydrocarbon chains, is an excellent solvent in which grease and hydrophobic dirt of all sorts can be sequestered. The diameter of each micelle is roughly twice the length of the extended fatty acid. Dispersions of micelles in water can be made quite concentrated and exhibit great cleansing power. These dispersions are stable and generally look very much like pure water. Bubbles and foams on the surface of soap dispersions are the result of the spontaneous adsorption of $RCOO^-$ ions at the interface between the aqueous dispersion and air, with the result that the air-water interfaces are energetically stabilized and can therefore be mechanically expanded.

## Chemical properties

The most chemically reactive portion of fatty acids is the acidic carboxyl group (COOH). It reacts with alcohols (R′OH) to form products known as esters (RCOOR′) and releases water in the process. This ester bond is the principal covalent bond linking fatty acid moieties to other groups in the more-complex lipids discussed in other sections of this article. A second chemical bond, occurring much less frequently in biological lipids involving fatty acids, is the ether bond (R′—O—R). Ether bonds are chemically more stable than ester bonds.

The hydrocarbon part of a fatty acid molecule is quite resistant to chemical attack unless carbon-carbon double bonds are present. A number of different kinds of molecules react with such a double bond. For example, when a catalyst such as platinum is present, hydrogen gas adds to the double bond to give a saturated fatty acid. Halogens (chlorine, bromine, and iodine) and their derivatives such as hydroiodic acid (HI) also react with the double bond to form saturated fatty acids, but in these cases one or two atoms of the halogen replace one or two of the hydrogens normally found in the saturated acyl chain. Carbon-carbon double bonds can also react with oxygen in either nonenzymatic processes or enzymatically catalyzed oxidation reactions. This process generates a variety of products, some of which contribute to the rancid smell in spoiled meat and vegetable products. In general, the more highly unsaturated the fatty acid, the more easily it is oxidized.

## Biological sources

Fatty acids are found in biological systems either as free molecules or as components of more-complex lipids. They are derived from dietary sources or produced by metabolism, as described below.

## Digestion of dietary fatty acids

The main source of fatty acids in the diet is triglycerides, generically called fats. In humans, fat constitutes an important part of the diet, and in some countries it can contribute as much as 45 percent of energy intake. Triglycerides consist of three fatty acid molecules, each linked by an ester bond to one of the three OH groups of a glycerol molecule. After ingested triglycerides pass through the stomach and into the small intestine, detergents called bile salts are secreted by the liver via the gall bladder and disperse the fat as micelles. Pancreatic enzymes called lipases then hydrolyze the dispersed fats to give monoglycerides and free fatty acids. These products are absorbed into the cells lining the small intestine, where they are resynthesized into triglycerides. The triglycerides, together with other types of lipids, are then secreted by these cells in lipoproteins, large molecular complexes that are transported in the lymph and blood to recipient organs. In detail, the process of triglyceride or fat absorption from dietary sources is quite complex and differs somewhat depending upon the animal species.

## Storage

After transport through the circulation, triglycerides are hydrolyzed yet again to fatty acids in the adipose tissue. There they are transported into adipose cells, where once again they are resynthesized into triglycerides and stored as droplets. Fat or adipose tissue

Case 1:23-cv-00580-CFC Document 65-2 Filed 06/18/24 Page 75 of 155 PageID #: 6102

essentially consists of cells, whereby the interior of each cell is largely occupied by a fat droplet. The triglyceride in these droplets is available to the body on demand as communicated to adipose tissue by hormone messengers.

Various animals store triglycerides in different ways. In sharks, for example, fat is stored in the liver, but in bony fish it is deposited in and around muscle fibres. Insects store fat in a special organ called the fat body. The development of true adipose tissue is found only in higher animals.

## Biosynthesis

In mammals, fatty acids are synthesized in adipose and liver cells from glucose via a fairly complex pathway. In essence, the six carbons of a glucose molecule are oxidized to a pair of two-carbon carboxylic acid fragments called acetate. The starting point for biosynthesis is an acetate group chemically linked to a molecule of CoA (coenzyme A). The process of building up the acyl chain of a fatty acid then begins, basically through the sequential chemical addition of two-carbon fragments from CoA-acetate to generate, for example, the 16-carbon saturated fatty acid palmitate. This process is catalyzed by a complex enzyme known as fatty acid synthase. Elongation of the palmitate carbon chain and the introduction of carbon-carbon double bonds are carried out subsequently by other enzyme systems. The overall process is basically the same in organisms ranging from bacteria to humans.

## Fatty acid derivatives

## Triglycerides

## Structure



Structural formula of tristearin (tristearic acid).

Triglycerides (chemical name triacylglycerol), the principal means of storing fatty acids in biological systems, are a class of compounds that consist of glycerol (a three-carbon trihydroxy alcohol) with a fatty acid linked to each of the three OH groups by an ester bond. An example of a typical triglyceride is tristearin. Because this molecule contains only one type of fatty acid, it is referred to as a simple triglyceride. Almost all naturally occurring triglyceride molecules, however, contain more than one type of fatty acid; when two or more in a given molecule are different, it is called a mixed triglyceride. For any specific combination of three fatty acids, three different molecules are possible, depending upon which of the three fatty acids is bonded to the central carbon of glycerol. Considering the numbers of common saturated, monounsaturated, and polyunsaturated fatty acids, it is evident that there are a great many different triglycerides.

## Physical properties

Triglycerides are hydrophobic substances that are soluble only in some organic solvents. Unlike many other types of complex lipids, they possess no electric charges and are therefore referred to as neutral lipids. The molecular structure of a few triglycerides that have been studied in crystals indicates that the acyl chains on the 1 and 2 carbons of glycerol, together with the 1 and 2 carbons of glycerol itself, form a straight line. Carbon 3 projects at right angles to this line, but the acyl chain on its glycerol folds over at the carboxyl carbon to lie alongside the acyl chain on carbon 1. Triglyceride molecules look much like a tuning fork and, when packed together, produce layered crystals.

The melting temperatures of mixed triglycerides are roughly an average of the melting temperatures of their constituent fatty acids. In simple triglycerides, melting temperatures rise with increasing acyl chain length but drop with increasing number of double bonds. Melted triglycerides are generally quite viscous oils. From the physiological standpoint, it is important that most stored triglycerides be fluid at body temperature in order to permit their rapid mobilization as an energy source. Liquidity is also important since subcutaneous stored fats perform an insulating function that must not interfere with the mobility of the organism and its parts.

## Waxes

A second group of neutral lipids that are of physiological importance, though they are a minor component of biological systems, are waxes. Essentially, waxes consist of a long-chain fatty acid linked through an ester oxygen to a long-chain alcohol. These molecules are completely water-insoluble and generally solid at biological temperatures. Their strongly hydrophobic nature allows them to function as

water repellents on the leaves of some plants, on feathers, and on the cuticles of certain insects. Waxes also serve as energy-storage substances in plankton (microscopic aquatic plants and animals) and in higher members of the aquatic food chain. Plankton apparently use the biosynthesis of waxes to adjust their buoyant density and thus their depth in the ocean. It has been suggested that a major source of petroleum found in deep-sea sediments originates from the deposition of wax-rich dead plankton over vast periods of time. Whales and many fishes also store large quantities of waxes.

## Biological membrane lipids

The three principal classes of lipids that form the bilayer matrix of biological membranes are glycerophospholipids, sphingolipids, and sterols (principally cholesterol). The most important characteristic of molecules in the first two groups is their amphipathic structure—well separated hydrophilic (polar) and hydrophobic (nonpolar) regions. Generally, their shape is elongated, with a hydrophilic end or head attached to a hydrophobic moiety by a short intervening region of intermediate polarity. Because of the segregation of polarity and nonpolarity, amphipathic molecules in any solvent will spontaneously form aggregates that minimize energetically unfavourable contacts (by keeping unlike regions of molecules apart) and maximize favourable contacts with the solvent (by keeping similar regions of molecules together). The molecular arrangement of the aggregate depends upon the solvent and the details of the amphipathic structure of the lipid.



lipid bilayer; cell membrane

In water, micelles formed by soaps (the sodium or potassium salts of fatty acids) are one such aggregate. The polar or hydrophilic portion of the soap molecules forms the surface of the micelle, while the hydrocarbon chains form its interior and are thus completely protected from the energetically unfavourable contact with water, as described in the section Fatty acids: Physical properties. Biological membrane lipids, however, do not form spherical micelles in water but instead form topologically closed lamellar (layered) structures. The polar heads of the component molecules form the two faces of the lamella, while the hydrophobic moieties form its interior. Each lamella is thus two molecules in thickness, with the long axis of the component molecules perpendicular to the plane of the bilayer.


liposome

Other types of aggregates are also formed in water by certain amphipathic lipids. For example, liposomes are artificial collections of lipids arranged in a bilayer, having an inside and an outside surface. The lipid bilayers form a sphere that can trap a molecule inside. The liposome structure can be useful for protecting sensitive molecules that are to be delivered orally.

## Glycerophospholipids



glycerophospholipid structure

Lipids of this class are the most abundant in biological membranes. In glycerophospholipids, fatty acids are linked through an ester oxygen to carbons 1 and 2 of glycerol, the backbone of the molecule. Phosphate is ester-linked to carbon 3, while any one of several possible substituents is also linked to the phosphate moiety. Glycerophospholipids are amphipathic—glycerol and phosphate form the polar end of the molecule, while hydrocarbon chains form the nonpolar end. Although the fatty acids can be any of those common in biological systems, usually those attached to carbon 1 are saturated and those attached to carbon 2 are unsaturated. The various combinations of two fatty acids give rise to many different molecules bearing the same substituent group. Since this is true for each head group, there are altogether about a thousand possible types of glycerophospholipids. The great majority are found in biological membranes.

From the standpoint of physical properties, the greatest difference among various molecules lies in the particular substituent. This is due in part to the different sizes of the various types and in part to differences in their electric charges. The phosphatidylcholines and phosphatidylethanolamines are zwitterionic, meaning they have one negative and one positive charge on the substituent group. Phosphatidic acid, phosphatidylserine, and phosphatidylinositol have a net negative charge. Differences in fatty acid composition also contribute to differences in physical properties of a series of molecules with the same substituent. In the presence of an excess of water, the molecules form aggregates with a variety of geometries, the most common of which is the bilayer.

In bilayers many glycerophospholipids as well as sphingomyelin (discussed below) can be in either one of two states, gel or liquid-crystalline. In the solidlike gel state, the lipid molecules in each half of the bilayer are arranged in a two-dimensional lattice, with their two acyl chains in the extended form. With the application of heat, the gel converts into the liquid-crystalline state at some temperature characteristic of the lipid mixture. In this state the molecules in each half of the bilayer remain in a fairly regular two-dimensional lattice but are free to rotate about their long axes and slide laterally through the layer. Their acyl chains now undergo considerable motion, leading to transiently kinked conformations. These motions give the bilayer a quasi-liquid behaviour that is characteristic of the bilayers in all biological membranes.

## Sphingolipids



General structural formula of a sphingolipid. The composition of the specific molecule depends on the chemical group (designated R2 in the diagram) linked to the alcohol "head" and also on the length of the fatty acid "tail" (R1).

A second major class of lipids usually associated with the membranes surrounding cells is sphingolipids. Sphingolipids are based on an 18-carbon amine alcohol, sphingosine, and to a much lesser extent on a 20-carbon analog, phytosphingosine. All but one generic member of this class have a simple or complex sugar linked to the alcohol on carbon 1. The single deviant member is sphingomyelin, a molecule with a phosphorylcholine group (the same polar head group as in phosphatidylcholine) instead of the sugar moiety, making it an analog of phosphatidylcholine. All sphingolipids have, in addition to the sugar, a fatty acid attached to the amino group of sphingosine. Among the sphingolipids, only sphingomyelin, a phospholipid, is a major component of biological membranes.

The principal factor determining the physical properties of sphingolipids is the substituent group attached to carbon 1 of sphingosine. Minor variations in properties depend upon the particular fatty acid component. The glycosphingolipids, all containing a sugar attached to carbon 1 of sphingosine, have physical properties that depend primarily on the complexity and composition of this substituent. Two generic types of glycosphingolipids are recognized: neutral glycosphingolipids, which contain only neutral sugars, and gangliosides, which contain one or more sialic acid residues linked to the sugar. Many hundreds of different glycosphingolipids have been isolated, and many more unidentified types probably exist. Glycosphingolipids are found exclusively on the external surface of the cell membrane, where their sugar moieties often act as antigens and as receptors for hormones and other signaling molecules.

## Cholesterol and its derivatives

Cholesterol may be the most intensely studied small molecule of biological origin. Not only are its complex biosynthetic pathway and the physiologically important products derived from it of scientific interest, but also the strong correlation in humans between high blood cholesterol levels and the incidence of heart attack and stroke (diseases that are leading causes of death worldwide) is of paramount medical importance. The study of this molecule and its biological origin have resulted in more than a dozen Nobel Prizes.

Cholesterol is a prominent member of a large class of lipids called isoprenoids that are widely distributed in nature. The class name derives from the fact that these molecules are formed by chemical condensation of a simple five-carbon molecule, isoprene. Isoprenoids encompass diverse biological molecules such as steroid hormones, sterols (cholesterol, ergosterol, and sitosterol), bile acids, the lipid-soluble vitamins (A, D, E, and K), phytol (a lipid component of the photosynthetic pigment chlorophyll), the insect juvenile hormones, plant hormones (gibberellins), and polyisoprene (the major component of natural rubber). Many other biologically important isoprenoids play more-subtle roles in biology.

## Structure and properties



structural formula of cholesterol

The sterols are major components of biological membranes in eukaryotes (organisms whose cells have a nucleus) but are rare in prokaryotes (cells without a nucleus, such as bacteria). Cholesterol is the principal sterol of animals, whereas the major sterol in fungi is ergosterol and that in plants is sitosterol. The characteristic feature of each of these three important molecules is four rigidly fused carbon rings forming the steroid nucleus and a hydroxyl (OH) group attached to the first ring. One molecule is distinguished from another by the positions of the carbon-carbon double bonds and by the structure of the hydrocarbon side chain on the fourth ring.

Cholesterol and its relatives are hydrophobic molecules with exceedingly low water solubility. The overall hydrophobicity is negligibly affected by the hydrophilic OH group. The structure of cholesterol is such that it does not form aggregates in water, although it does shoehorn between the molecules of biological membranes, with its OH group located at the water-membrane interface. The stiff fused ring structure of cholesterol adds rigidity to liquid-crystalline phospholipid bilayers and strengthens them against mechanical rupture. Cholesterol is thus an important component of the membrane surrounding a cell, where its concentration may rise as high as 50 percent by weight.

## Biosynthesis

Cholesterol biosynthesis can be divided into four stages. The first stage generates a six-carbon compound called mevalonic acid from three two-carbon acetate units (derived from the oxidation of fuel molecules—e.g., glucose) in the form of acetyl-CoA, the same initial building block used to form biological fatty acids described in the section Fatty acids: Biosynthesis. In the second stage mevalonate is converted to a five-carbon molecule of isopentenyl pyrophosphate in a series of four reactions. The conversion of this product to a 30-carbon compound, squalene, in the third stage requires the condensation of six molecules of isopentenyl pyrophosphate. In the fourth stage the linear squalene molecule is formed into rings in a complex reaction sequence to give the 27-carbon cholesterol.

## Biosynthetic derivatives

Two classes of important molecules, bile acids and steroid hormones, are derived from cholesterol in vertebrates. These derivatives are described below.

## Bile acids

The bile acids and their salts are detergents that emulsify fats in the gut during digestion. They are synthesized from cholesterol in the liver by a series of reactions that introduce a hydroxyl group into ring B and ring C and shorten the acyl side chain of ring D to seven carbons with the terminal carbon changed to a carboxyl group. The resulting molecule, cholic acid—as well as chenodeoxycholic acid (a close relative lacking the OH on ring C)—are usually found in the form of their salts, in which the amino acids taurine and glycine are chemically linked to the side-chain carboxyl group. These detergents are secreted from the liver into the gall bladder, where they are stored before being released through the bile duct into the small intestine. After performing an emulsifying action that is essential in fat digestion (described in the section Fatty acids), they are reabsorbed in the lower small intestine, returned through the blood to the liver, and reused. This cyclic process, called the enterohepatic circulation, handles 20 to 30 grams of bile acids per day in human beings. The small fraction that escapes this circulation is lost in the feces. This is the major excretory route for cholesterol (though a smaller fraction is lost through the normal sloughing of dead skin cells).

## Steroid hormones

The steroid hormones consume a very small fraction of the total cholesterol available in the organism, but they are very important physiologically. (*See below* Biological functions of lipids.) There are five principal classes, all derived from cholesterol: progestins (active during pregnancy), the glucocorticoids (promoting the synthesis of glucose and suppressing inflammatory reactions), the mineralocorticoids (regulating ion balances), estrogens (promoting female sex characteristics), and androgens (promoting male sex characteristics). With the exception of progesterone, all of these closely related biologically active molecules have in common a shortened side chain in ring D and, in some cases, an oxidized OH group on ring A. The individual molecules are synthesized on demand by the placenta in pregnant women, by the adrenal cortex, and by the gonads.

## Regulation of cholesterol metabolism

High blood levels of cholesterol have been recognized as a primary risk factor for heart disease. For this reason, much research has been focused on the control of cholesterol's biosynthesis, on its transport in the blood, and on its storage in the body. The overall level of cholesterol in the body is the result of a balance between dietary intake and cellular biosynthesis on the one hand and, on the other hand, elimination of cholesterol from the body (principally as its metabolic products, bile acids).

As the dietary intake of cholesterol increases in normal persons, there is a corresponding decrease in absorption from the intestines and an increase in the synthesis and excretion of bile acids—which normally accounts for about 70 percent of the cholesterol lost from the body.

The molecular details of these control processes are poorly understood.

Regulation of cholesterol biosynthesis in the liver and other cells of the body is better understood. The initial enzyme that forms mevalonate in the first stage of biosynthesis is controlled by two processes. One is inhibition of the synthesis of this enzyme by cholesterol itself or a derivative of it. The other is regulation of the catalytic activity of the enzyme by phosphorylation/dephosphorylation in response to intracellular signals. Several pharmacological agents also inhibit the enzyme, with the result that unhealthy levels of cholesterol can be lowered over a period of time.

## Transport and storage

The normal human body contains about 100 grams of cholesterol, although this amount can vary considerably among healthy people. Approximately 60 grams of this total are moving dynamically through the organism. Because cholesterol is insoluble in water, the basis of the bodily fluids, it is carried through the circulatory system by transport particles in the blood called lipoproteins. These microscopic complexes (described in the section Lipoproteins) contain both lipids and proteins that can accommodate cholesterol and still remain soluble in blood.

Cholesterol is absorbed into the cells of the intestinal lining, where it is incorporated into lipoprotein complexes called chylomicrons and then secreted into the lymphatic circulation. The lymph ultimately enters the bloodstream, and the lipoproteins are carried to the liver. Cholesterol, whether derived from the diet or newly synthesized by the liver, is transported in the blood in lipoproteins (VLDL and LDL) to the tissues and organs of the body. There the cholesterol is incorporated into biological membranes or stored as cholesteryl esters—molecules formed by the reaction of a fatty acid (most commonly oleate) with the hydroxyl group of cholesterol. Esters of cholesterol are even more hydrophobic than cholesterol itself, and in cells they coalesce into droplets analogous to the fat droplets in adipose cells.

Cholesterol is lost from cells in peripheral tissues by transfer to another type of circulating lipoprotein (HDL) in the blood and is then returned to the liver, where it is metabolized to bile acids and salts.

## Lipoproteins



low-density lipoprotein (LDL) complex

Lipoproteins are lipid-protein complexes that allow all lipids derived from food or synthesized in specific organs to be transported throughout the body by the circulatory system. The basic structure of these aggregates is that of an oil droplet made up of triglycerides and cholesteryl esters surrounded by a layer of proteins and amphipathic lipids—very similar to that of a micelle, a spherical structure described in the section Fatty acids. If the concentration of one or another lipoprotein becomes too high, then a fraction of the complex becomes insoluble and is deposited on the walls of arteries and capillaries. This buildup of deposits is called atherosclerosis and ultimately results in blockage of critical arteries to cause a heart attack or stroke. Because of the gravity of this condition, much research is focused on lipoproteins and their functions. The emphasis in the following discussion is therefore placed on human lipoproteins.

## Classification and formation

There are four major classes of circulating lipoproteins, each with its own characteristic protein and lipid composition. They are chylomicrons, very low-density lipoproteins (VLDL), low-density lipoproteins (LDL), and high-density lipoproteins (HDL). Within all these classes of complexes, the various molecular components are not chemically linked to each other but are simply associated in such a way as to minimize hydrophobic contacts with water. The most distinguishing feature of each class is the relative amounts of lipid and protein. Because the lipid and protein composition is reflected in the density of each lipoprotein (lipid molecules being less dense than proteins), density, an easily measured attribute, forms the operational basis of defining the lipoprotein classes. Measuring density also provides the basis of separating and purifying lipoproteins from plasma for study and diagnosis. The table gives a summary of the characteristics of the lipoprotein classes and shows the correlation between composition and density.

**Human plasma lipoproteins**

| | chylomicron | VLDL | IDL | LDL | HDL |
|---|---|---|---|---|---|

Source: From Christopher K. Mathews, K.E. van Holde, and Kevin G. Ahern, *Biochemistry*, 3rd ed. (2000), Table 18.1.

**Human plasma lipoproteins**

| Density (g/ml) | <0.95 | 0.950–1.006 | 1.006–1.019 | 1.019–1.063 | 1.063–1.210 |
|---|---|---|---|---|---|
| **Components (% dry weight)** | | | | | |
| **protein** | 2 | 7 | 15 | 20 | 40–55 |
| **triglycerides** | 83 | 50 | 31 | 10 | 8 |
| **free cholesterol** | 2 | 7 | 7 | 8 | 4 |
| **cholesteryl esters** | 3 | 12 | 23 | 42 | 12–20 |
| **phospholipids** | 7 | 20 | 22 | 22 | 22 |
| **Apoprotein composition** | **A-I, A-II, B-48, C-I, C-II, C-III** | **B-100, C-I, C-II, C-III, E** | **B-100, C-I, C-II, C-III, E** | **B-100** | **A-I, A-II, C-I, C-II, C-III, D, E** |

Source: From Christopher K. Mathews, K.E. van Holde, and Kevin G. Ahern, *Biochemistry*, 3rd ed. (2000), Table 18.1.

The principal lipid components are triglycerides, cholesterol, cholesteryl esters, and phospholipids. The hydrophobic core of the particle is formed by the triglycerides and cholesteryl esters. The fatty acyl chains of these components are unsaturated, and so the core structure is liquid at body temperature. The table gives more details about the nine different protein components, called apoproteins, of the lipoprotein classes. With the exception of LDL, which contains only one type of apoprotein, all classes have multiple apoprotein components. All the apoproteins, like phospholipids, are amphipathic and interact favourably with both lipids and water. A more-detailed consideration of the character and functions of these lipoprotein particles follows.

**Human plasma apolipoproteins**

| apolipoprotein | molecular weight | lipoprotein distribution |
|---|---|---|
| **apoA-I** | 28,331 | HDL |
| **apoA-II** | 17,380 | HDL |
| **apoB-48** | 241,000 | chylomicrons |
| **apoB-100** | 500,000 | VLDL, LDL |
| **apoC-I** | 7,000 | HDL, VLDL |
| **apoC-II** | 8,837 | chylomicrons, VLDL, HDL |
| **apoC-III** | 8,750 | chylomicrons, VLDL, HDL |
| **apoD** | 33,000 | HDL |
| **apoE** | 34,145 | chylomicrons, VLDL, HDL |

Source: From Dennis E. Vance and Jean E. Vance, *Biochemistry of Lipids and Membranes* (1985), Table 13.4.

## Chylomicrons

Chylomicrons are the largest lipoproteins, with diameters of 75–600 nanometres (nm; 1 nm = $10^{-9}$ metre). They have the lowest protein-to-lipid ratio (being about 90 percent lipid) and therefore the lowest density. Chylomicrons are synthesized by the absorptive cells of the intestinal lining and are secreted by these cells into the lymphatic system, which joins the blood circulation at the subclavian vein. The triglyceride, cholesteryl ester, and free cholesterol content of these particles is derived from the digestion of dietary fat. Their primary destinations in peripheral areas are heart muscle, skeletal muscle, adipose tissue, and lactating mammary tissue. The transfer of triglycerides and cholesteryl esters to the tissues depletes the lipid-protein aggregates of these substances and leaves remnant chylomicrons, which are eventually taken up by the liver. The lipid and protein remnants are used to form VLDL and LDL, described below.

## Very low-density lipoproteins (VLDL)

VLDL is a lipoprotein class synthesized by the liver that is analogous to the chylomicrons secreted by the intestine. Its purpose is also to deliver triglycerides, cholesteryl esters, and cholesterol to peripheral tissues. VLDL is largely depleted of its triglyceride content in these tissues and gives rise to an intermediate-density lipoprotein (IDL) remnant, which is returned to the liver in the bloodstream. As might be expected (*see* table), the same proteins are present in both VLDL and IDL.

## Low-density lipoproteins (LDL)

Low-density lipoproteins are derived from VLDL and IDL in the plasma and contain a large amount of cholesterol and cholesteryl esters. Their principal role is to deliver these two forms of cholesterol to peripheral tissues. Almost two-thirds of the cholesterol and its esters found in plasma (blood free of red and white cells) is associated with LDL.

## High-density lipoproteins (HDL)

Lipoproteins of this class are the smallest, with a diameter of 10.8 nm and the highest protein-to-lipid ratio. The resulting high density gives this class its name. HDL plays a primary role in the removal of excess cholesterol from cells and returning it to the liver, where it is metabolized to bile acids and salts that are eventually eliminated through the intestine. LDL and HDL together are the major factors in maintaining the cholesterol balance of the body. Because of the high correlation between blood cholesterol levels and atherosclerosis, high ratios of HDL to cholesterol (principally as found in LDL) correlate well with a lower incidence of this disease in humans.

## Functions, origins, and recycling of apolipoproteins

The nine classes of apoproteins listed in the table are synthesized in the mucosal cells of the intestine and in the liver, with the liver accounting for about 80 percent of production.

Chylomicrons are synthesized in the intestinal mucosa. The cells of this tissue, although able to make most apoproteins, are the principal source of apoB (the B-48 form) and apoA-I. The apoC-II component of chylomicrons is an activator for a plasma enzyme that hydrolyzes the triglyceride of these complexes. This enzyme, called lipoprotein lipase, resides on the cell surface and makes the fatty acids of triglycerides available to the cell for energy metabolism. To some degree, the enzyme is also activated by apoC-II, present in minor amounts in chylomicrons.

VLDL, the lipoprotein carrier for triglycerides synthesized in the liver and destined for use in the heart and muscle, has a complement of five apoproteins. Among them are apoB-100, a protein performing a structural role in the complex, and apoC-I, -II, and -III. The first two of these activate the enzymes lecithin cholesterol acyltransferase (LCAT) and lipoprotein lipase. Curiously, apoC-III, a minor component of both chylomicrons and VLDL, inhibits lipoprotein lipase. Following discharge of the triglycerides, the remnants of VLDL return to the liver.

LDL contains a single apoprotein and is the principal carrier of cholesterol to the peripheral tissue as both the free sterol and esters. The discharge of the lipid contents of this complex requires the recognition of the LDL B-100 apoprotein by a receptor located on the surface of recipient cells. When the protein is bound to the receptor, the receptor-LDL complex is engulfed by the cell in a process known as endocytosis. The endocytosed LDL discharges its contents within the cell, and B-100 is degraded to free amino acids that are used to synthesize new proteins or are metabolized as an energy source. The elucidation of the process of cellular uptake of LDL by Michael Brown and Joseph Goldstein earned them the Nobel Prize for Physiology or Medicine in 1985.

The primary function of HDL with its complement of apoproteins is to take up cholesterol from the cells of the body and deliver it to the liver for its ultimate excretion as bile acids and salts. The major apoproteins are A-I, an LCAT activator, and A-II. All of the HDL apoproteins have their biosynthetic origin in the liver. When HDL is secreted by this organ, it is a small, flattened discoid devoid of cholesterol but containing phospholipids and the apoproteins. In the peripheral tissues, HDL picks up cholesterol from the surface membranes of cells and, through the agency LCAT, converts it into esters using acyl chains from phosphatidylcholine.

## Biological functions of lipids

The majority of lipids in biological systems function either as a source of stored metabolic energy or as structural matrices and permeability barriers in biological membranes. Very small amounts of special lipids act as both intracellular messengers and extracellular messengers such as hormones and pheromones. Amphipathic lipids, the molecules that allow membranes to form compartments, must have been among the progenitors of living beings. This theory is supported by studies of several simple, single-cell organisms, in which up to one-third of the genome is thought to code for membrane proteins and the enzymes of membrane lipid biosynthesis.

## Cellular energy source

Fatty acids that are stored in adipose tissue as triglycerides are a major energy source in higher animals, as is glucose, a simple six-carbon carbohydrate. In healthy, well-fed humans only about 2 percent of the energy is derived from the metabolism of protein. Large amounts of lipids are stored in adipose tissue. In the average American male about 25 percent of body weight is fat, whereas only 1 percent is accounted for by glycogen (a polymer of glucose). In addition, the energy available to the body from oxidative metabolism of 1 gram of triglyceride is more than twice that produced by the oxidation of an equal weight of carbohydrate such as glycogen.

## Storage of triglyceride in adipose cells

In higher animals and humans, adipose tissue consisting of adipocytes (fat cells) is widely distributed over the body—mainly under the skin, around deep blood vessels, and in the abdominal cavity and to a lesser degree in association with muscles. Bony fishes have adipose tissue mainly distributed among muscle fibres, but sharks and other cartilaginous fishes store lipids in the liver. The fat stored in adipose tissue arises from the dietary intake of fat or carbohydrate in excess of the energy requirements of the body. A dietary excess of 1 gram of triglyceride is stored as 1 gram of fat, but only about 0.3 gram of dietary excess carbohydrate can be stored as triglyceride. The reverse process, the conversion of excess fat to carbohydrate, is metabolically impossible. In humans, excessive dietary intake can make adipose tissue the largest mass in the body.

Excess triglyceride is delivered to the adipose tissue by lipoproteins in the blood. There the triglycerides are hydrolyzed to free fatty acids and glycerol through the action of the enzyme lipoprotein lipase, which is bound to the external surface of adipose cells. Apoprotein C-II activates this enzyme, as do the quantities of insulin that circulate in the blood following ingestion of food. The liberated free fatty acids are then taken up by the adipose cells and resynthesized into triglycerides, which accumulate in a fat droplet in each cell.

## Mobilization of fatty acids



hormone signaling; adipose tissue

In times of stress when the body requires energy, fatty acids are released from adipose cells and mobilized for use. The process begins when levels of glucagon and adrenaline in the blood increase and these hormones bind to specific receptors on the surface of adipose cells. This binding action starts a cascade of reactions in the cell that results in the activation of yet another lipase that hydrolyzes triglyceride in the fat droplet to produce free fatty acids. These fatty acids are released into the circulatory system and delivered to skeletal and heart muscle as well as to the liver. In the blood the fatty acids are bound to a protein called serum albumin; in muscle tissue they are taken up by the cells and oxidized to carbon dioxide ($CO_2$) and water to produce energy, as described below. It is not clear whether a special transport mechanism is required for enabling free fatty acids to enter cells from the circulation.

The liver takes up a large fraction of the fatty acids. There they are in part resynthesized into triglycerides and are transported in VLDL lipoproteins to muscle and other tissues. A fraction is also converted to small ketone molecules that are exported via the circulation to peripheral tissues, where they are metabolized to yield energy.

## Oxidation of fatty acids

Inside the muscle cell, free fatty acids are converted to a thioester of a molecule called coenzyme A, or CoA. (A thioester is a compound in which the linking oxygen in an ester is replaced by a sulfur atom.) Oxidation of the fatty acid–CoA thioesters actually takes place in discrete vesicular bodies called mitochondria. Most cells contain many mitochondria, each roughly the size of a bacterium, ranging from 0.5 to 10 m (micrometre; 1 m = one-millionth of a metre) in diameter; their size and shape differ depending on the cell type in which they occur. The mitochondrion is surrounded by a double membrane system enclosing a fluid interior space called the matrix. In the matrix are found the enzymes that convert the fatty acid–CoA thioesters into $CO_2$ and water (the chemical waste products of oxidation) and also adenosine triphosphate (ATP), the energy currency of living systems. The process consists of four sequential steps.

The first step is the transport of the fatty acid across the innermost of the two concentric mitochondrial membranes. The outer membrane is very porous so that the CoA thioesters freely permeate through it. The impermeable inner membrane is a different matter; here the fatty acid chains are transported across in the following way. On the cytoplasmic side of the membrane, an enzyme catalyzes the transfer of the fatty acid from CoA to a molecule of carnitine, a hydroxy amino acid. The carnitine ester is transported across the membrane by a

transferase protein located in the membrane, and on the matrix side a second enzyme catalyzes the transfer of the fatty acid from carnitine back to CoA. The carnitine that is re-formed by loss of the attached fatty acid is transferred back to the cytoplasmic side of the mitochondrial membrane to be reused. The transfer of a fatty acid from the cytoplasm to the mitochondrial matrix thus occurs without the transfer of CoA itself from one compartment to the other. No energy is generated or consumed in this transport process, although energy is required for the initial formation of the fatty acid–CoA thioester in the cytoplasm.

The second step is the oxidation of the fatty acid to a set of two-carbon acetate fragments with thioester linkages to CoA. This series of reactions, known as β-oxidation, takes place in the matrix of the mitochondrion. Since most biological fatty acids have an even number of carbons, the number of acetyl-CoA fragments derived from a specific fatty acid is equal to one-half the number of carbons in the acyl chain. For example, palmitic acid ($C_{16}$) yields eight acetyl-CoA thioesters. In the case of rare unbranched fatty acids with an odd number of carbons, one three-carbon CoA ester is formed as well as the two-carbon acetyl-CoA thioesters. Thus, a $C_{17}$ acid yields seven acetyl and one three-carbon CoA thioester. The energy in the successive oxidation steps is conserved by chemical reduction (the opposite of oxidation) of molecules that can subsequently be used to form ATP. ATP is the common fuel used in all the machinery of the cell (e.g., muscle, nerves, membrane transport systems, and biosynthetic systems for the formation of complex molecules such as DNA and proteins).

The two-carbon residues of acetyl-CoA are oxidized to $CO_2$ and water, with conservation of chemical energy in the form of $FADH_2$ and NADH and a small amount of ATP. This process is carried out in a series of nine enzymatically catalyzed reactions in the mitochondrial matrix space. The reactions form a closed cycle, often called the citric acid, tricarboxylic acid, or Krebs cycle (after its discoverer, Nobelist Sir Hans Krebs).

The final stage is the conversion of the chemical energy in NADH and $FADH_2$ formed in the second and third steps into ATP by a process known as oxidative phosphorylation. All the participating enzymes are located inside the mitochondrial inner membrane—except one, which is trapped in the space between the inner and outer membranes. In order for the process to produce ATP, the inner membrane must be impermeable to hydrogen ions ($H^+$). In the course of oxidative phosphorylation, molecules of NADH and $FADH_2$ are subjected to a series of linked oxidation-reduction reactions. NADH and $FADH_2$ are rich in electrons and give up these electrons to the first member of the reaction chain. The electrons then pass down the series of oxidation-reduction reactions and in the last reaction reduce molecular oxygen ($O_2$) to water ($H_2O$). This part of oxidative phosphorylation is called electron transport.

The chemical energy available in these electron-transfer reactions is conserved by pumping $H^+$ across the mitochondrial inner membrane from matrix to cytoplasm. Essentially an electrical battery is created, with the cytoplasm acting as the positive pole and the mitochondrial matrix as the negative pole. The net effect of electron transport is thus to convert the chemical energy of oxidation into the electrical energy of the transmembrane "battery." The energy stored in this battery is in turn used to generate ATP from adenosine diphosphate (ADP) and inorganic phosphate by the action of a complex enzyme called ATP synthase, also located on the inner mitochondrial membrane. Peter Mitchell received the Nobel Prize for Chemistry in 1978 for his discovery of the conversion of electron transport energy into a transmembrane battery and the use of this battery to generate ATP. It is interesting that a similar process forms the basis of photosynthesis—the mechanism by which green plants convert light energy from the Sun into carbohydrates and fats, the basic foods of both plants and animals. Many of the molecular details of the oxidative phosphorylation system are now known, but there is still much to learn about it and the equally complex process of photosynthesis.

The β-oxidation also occurs to a minor extent within small subcellular organelles called peroxisomes in animals and glyoxysomes in plants. In these cases fatty acids are oxidized to $CO_2$ and water, but the energy is released as heat. The biochemical details and physiological functions of these organelles are not well understood.

## Regulation of fatty acid oxidation

The rate of utilization of acetyl-CoA, the product of β-oxidation, and the availability of free fatty acids are the determining factors that control fatty acid oxidation. The concentrations of free fatty acids in the blood are hormone-regulated, with glucagon stimulating and

insulin inhibiting fatty acid release from adipose tissue. The utilization in muscle of acetyl-CoA depends upon the activity of the citric acid cycle and oxidative phosphorylation—whose rates in turn reflect the demand for ATP.

In the liver the metabolism of free fatty acids reflects the metabolic state of the animal. In well-fed animals the liver converts excess carbohydrates to fatty acids, whereas in fasting animals fatty acid oxidation is the predominant activity, along with the formation of ketones. Although the details are not completely understood, it is clear that in the liver the metabolism of fatty acids is tightly linked to fatty acid synthesis so that a wasteful closed cycle of fatty acid synthesis from and metabolism back to acetyl-CoA is prevented.

## Lipids in biological membranes



molecular view of the cell membrane

Biological membranes separate the cell from its environment and compartmentalize the cell interior. The various membranes playing these vital roles are composed of roughly equal weight percent protein and lipid, with carbohydrates constituting less than 10 percent in a few membranes. Although many hundreds of molecular species are present in any one membrane, the general organization of the generic components is known. All the lipids are amphipathic, with their hydrophilic (polar) and hydrophobic (nonpolar) portions located at separate parts of each molecule. As a result, the lipid components of membranes are arranged in what may be called a continuous bimolecular leaflet, or bilayer. The polar portions of the constituent molecules lie in the two bilayer faces, while the nonpolar portions constitute the interior of the bilayer. The lipid bilayer structure forms an impermeable barrier for essential water-soluble substances in the cell and provides the basis for the compartmentalizing function of biological membranes.

Some protein components are inserted into the bilayer, and most span this structure. These so-called integral, or intrinsic, membrane proteins have amino acids with nonpolar side chains at the interface between the protein and the nonpolar central region of the lipid bilayer. A second class of proteins is associated with the polar surfaces of the bilayer and with the intrinsic membrane proteins. The protein components are specific for each type of membrane and determine their predominant physiological functions. The lipid component, apart from its critical barrier function, is for the most part physiologically silent, although derivatives of certain membrane lipids can serve as intracellular messengers.

The most remarkable feature of the general biomembrane structure is that the lipid and the protein components are not covalently bonded to one another or to molecules of the other group. This sheetlike structure, formed only by molecular associations, is less than 10 nm in thickness but many orders of magnitude larger in its other two dimensions. Membranes are surprisingly strong mechanically, yet they exhibit fluidlike properties. Although the surfaces of membranes contain polar units, they act as an electric insulator and can withstand several hundred thousand volts without breakdown. Experimental and theoretical studies have established that the structure and these unusual properties are conferred on biological membranes by the lipid bilayer.

## Composition of the lipid bilayer

Most biological membranes contain a variety of lipids, including the various glycerophospholipids such as phosphatidyl-choline, -ethanolamine, -serine, -inositol, and -glycerol as well as sphingomyelin and, in some membranes, glycosphingolipids. (These compounds are described in the section Fatty acid derivatives.) Cholesterol, ergosterol, and sitosterol (described in the section Cholesterol and its derivatives) are sterols found in many membranes. The relative amounts of these lipids differ even in the same type of cell in different organisms, as shown in the table on the lipid composition of red blood cell membranes from different mammalian species. Even in a single cell, the lipid compositions of the membrane surrounding the cell (the plasma membrane) and the membranes of the various organelles within the cell (such as the microsomes, mitochondria, and nucleus) are different, as shown in the table on various membranes in a rat liver cell.

**Organelle membrane lipid composition by weight percent of rat liver cells**

| | membrane | | | | |
|---|---|---|---|---|---|
| **lipid** | **plasma membrane** | **microsome** | **inner mitochondria** | **outer mitochondria** | **nuclear** |

Source: From Thomas E. Andreoli et al., *Membrane Physiology*, 2nd ed. (1987), Table II, chapter 27.

Case 1:23-cv-00580-CFC Document 65-2 Filed 06/18/24 Page 85 of 155 PageID #: 6112

**Organelle membrane lipid composition by weight percent of rat liver cells**

| | | | | | |
|---|---|---|---|---|---|
| **cholesterol** | 28.0 | 6.0 | <1.0 | 6.0 | 5.1 |
| **phosphatidylcholine** | 31.0 | 55.20 | 37.9 | 42.70 | 58.30 |
| **sphingomyelin** | 16.6 | 3.7 | 00.8 | 4.1 | 3.0 |
| **phosphatidylethanolamine** | 14.3 | 24.00 | 38.3 | 28.60 | 21.50 |
| **phosphatidylserine** | 02.7 | — | <1.0 | <1.00 | 3.4 |
| **phosphatidylinositol** | 04.7 | 7.7 | 02.0 | 7.9 | 8.2 |
| **phosphatidic acid and cardiolipin** | 01.4 | 1.5 | 20.4 | 8.9 | <1.00 |
| **lysophosphatidylcholine** | 01.3 | 1.9 | 00.6 | 1.7 | 1.4 |

Source: From Thomas E. Andreoli et al., *Membrane Physiology*, 2nd ed. (1987), Table II, chapter 27.

**Plasma membrane lipid composition by weight percent of mammalian red blood cells**

| | species | | | | | |
|---|---|---|---|---|---|---|
| **lipid** | **pig** | **human** | **cat** | **rabbit** | **horse** | **rat** |
| **cholesterol** | 26.8 | 26.0 | 26.8 | 28.9 | 24.5 | 24.7 |
| **phosphatidylcholine** | 13.9 | 17.5 | 18.7 | 22.3 | 22.0 | 31.8 |
| **sphingomyelin** | 15.8 | 16.0 | 16.0 | 12.5 | 07.0 | 08.6 |
| **phosphatidylethanolamine** | 17.7 | 16.6 | 13.6 | 21.0 | 12.6 | 14.4 |
| **phosphatidylserine** | 10.6 | 07.9 | 08.1 | 08.0 | 09.4 | 07.2 |
| **phosphatidylinositol** | 01.1 | 01.2 | 04.5 | 01.0 | <0.2 | 02.3 |
| **phosphatidic acid** | <0.2 | 00.6 | 00.5 | 01.0 | <0.2 | <0.2 |
| **lysophosphatidylcholine** | 00.5 | 00.9 | <0.2 | <0.2 | 00.9 | 02.6 |
| **glycosphingolipids** | 13.4 | 11.0 | 11.9 | 05.3 | 23.5 | 08.3 |

Source: From Thomas E. Andreoli et al., *Membrane Physiology*, 2nd ed. (1987), Table I, chapter 27.

On the other hand, the lipid compositions of all the cells of a specific type in a specific organism at a given time in its life are identical and thus characteristic. During the life of an organism, there may be changes in the lipid composition of some membranes; the physiological significance of these age-related changes is unknown, however.

## Physical characteristics of membranes

One of the most surprising characteristics of biological membranes is the fact that both the lipid and the protein molecules, like molecules in any viscous liquid, are constantly in motion. Indeed, the membrane can be considered a two-dimensional liquid in which the protein components ride like boats. However, the lipid molecules in the bilayer must always be oriented with their polar ends at the surface and their nonpolar parts in the central region of the bilayer. The bilayer structure thus has the molecular orientation of a crystal and the fluidity of a liquid. In this liquid-crystalline state, thermal energy causes both lipid and protein molecules to diffuse laterally and also to rotate about an axis perpendicular to the membrane plane. In addition, the lipids occasionally flip from one face of the membrane bilayer to the other and attach and detach from the surface of the bilayer at very slow but measurable rates. Although these latter motions are forbidden to intrinsic proteins, both lipids and proteins can exhibit limited bobbing motions. Within this seemingly random, dynamic mixture of components, however, there is considerable order in the plane of the membrane. This order takes the form of a “fluid mosaic” of molecular association complexes of both lipids and proteins in the membrane plane. The plane of the biological membrane is thus compartmentalized by domain structures much as the three-dimensional space of the cell is compartmentalized by the membranes themselves. The domain mosaics run in size from tens of nanometres (billionths of a metre) to micrometres (millionths of a metre) and are stable over time intervals of nanoseconds to minutes. In addition to this in-plane domain structure, the two lipid monolayers making up the membrane bilayer frequently have different compositions. This asymmetry, combined with the fact that intrinsic membrane proteins do not rotate about an axis in the membrane plane, makes the two halves of the bilayer into separate domains.

An interesting class of proteins is attached to biological membranes by a lipid that is chemically linked to the protein. Many of these proteins are involved in intra- and intercellular signaling. In some cases defects in their structure render the cells cancerous, presumably because growth-limiting signals are blocked by the structural error.

## Intracellular and extracellular messengers

In multicellular organisms (eukaryotes), the internal mechanisms that control and coordinate basic biochemical reactions are connected to other cells by means of nerves and chemical "messengers." The overall process of receiving these messages and converting the information they contain into metabolic and physiological effects is known as signal transduction. Many of the chemical messengers are lipids and are thus of special interest here. There are several types of external messengers. The first of these are hormones such as insulin and glucagon and the lipids known collectively as steroid hormones. A second class of lipid molecules is eicosanoids, which are produced in tissues and elicit cellular responses close to their site of origin. They are produced in very low levels and are turned over very rapidly (in seconds). Hormones have sites of action that are remote from their cells of origin and remain in the circulation for long periods (minutes to hours).

## Steroid hormones

Lipid hormones invoke changes in gene expression; that is, their action is to turn on or off the instructions issued by deoxyribonucleic acid (DNA) to produce proteins that regulate the biosynthesis of other important proteins. Steroids are carried in the circulation bound singly to specific carrier proteins that target them to the cells in particular organs. After permeating the external membranes of these cells, the steroid interacts with a specific carrier protein in the cytoplasm. This soluble complex migrates into the cell nucleus, where it interacts with the DNA to activate or repress transcription, the first step in protein biosynthesis.

All five major classes of steroid hormones produced from cholesterol contain the characteristic five rings of carbon atoms of the parent molecule. Progestins are a group of steroids that regulate events during pregnancy and are the precursors of the other steroid hormones. The glucocorticoids, cortisol, and corticosterones promote the biosynthesis of glucose and act to suppress inflammation. The mineralocorticoids regulate ion balances between the interior and the exterior of the cell. Androgens regulate male sexual characteristics, and estrogens perform an analogous function in females. The target organs for these hormones are listed in the table.

**Organs affected by steroid hormones**

| hormone class | target organs |
|---|---|
| glucocorticoids | liver, retina, kidney, oviduct, pituitary |
| estrogens | oviduct, liver |
| progesterone | oviduct, uterus |
| androgens | prostate, kidney, oviduct |

Source: From Christopher K. Mathews, K.E. van Holde, and Kevin G. Ahern, *Biochemistry*, 3rd ed. (2000), Table 23.6.

## Eicosanoids

Three types of locally acting signaling molecules are derived biosynthetically from $C_{20}$ polyunsaturated fatty acids, principally arachidonic acid. Twenty-carbon fatty acids are all known collectively as eicosanoic acids. The three chemically similar classes are prostaglandins, thromboxanes, and leukotrienes. The eicosanoids interact with specific cell surface receptors to produce a variety of different effects on different tissues, but generally they cause inflammatory responses and changes in blood pressure, and they also affect the clotting of blood. Little is known about how these effects are produced within the cells of target tissues. However, it is known that aspirin and other anti-inflammatory drugs inhibit either an enzyme in the biosynthesis pathway or the eicosanoid receptor on the cell surface.

## Intracellular second messengers

With the exception of the steroid hormones, most hormones such as insulin and glucagon interact with a receptor on the cell surface. The activated receptor then generates so-called second messengers within the cell that transmit the information to the biochemical systems whose activities must be altered to produce a particular physiological effect. The magnitude of the end effect is generally proportional to the concentration of the second messengers.

An important intracellular second-messenger signaling system, the phosphatidylinositol system, employs two second-messenger lipids, both of which are derived from phosphatidylinositol. One is diacylglycerol (diglyceride), the other is triphosphoinositol. In this system a

membrane receptor acts upon an enzyme, phospholipase C, located on the inner surface of the cell membrane. Activation of this enzyme by one of the agents listed in the table causes the hydrolysis of a minor membrane phospholipid, phosphatidylinositol bisphosphate. Without leaving the membrane bilayer, the diacylglycerol next activates a membrane-bound enzyme, protein kinase C, that in turn catalyzes the addition of phosphate groups to a soluble protein. This soluble protein is the first member of a reaction sequence leading to the appropriate physiological response in the cell. The other hydrolysis product of phospholipase C, triphosphoinositol, causes the release of calcium from intracellular stores. Calcium is required, in addition to triacylglycerol, for the activation of protein kinase C.

**Tissue affected by phosphoinositide second-messenger system**

| extracellular signal | target tissue | cellular response |
|---|---|---|
| **acetylcholine** | pancreas | amylase secretion |
| | pancreas (islet cells) | insulin release |
| | smooth muscle | contraction |
| **vasopressin** | liver<br>kidney | glycogenolysis |
| **thrombin** | blood platelets | platelet aggregation |
| **antigens** | lymphoblasts | DNA synthesis |
| | mast cells | histamine secretion |
| **growth factors** | fibroblasts | DNA synthesis |
| **spermatozoa** | eggs (sea urchin) | fertilization |
| **light** | photoreceptors (horseshoe crab) | phototransduction |
| **thyrotropin-releasing hormone** | pituitary anterior lobe | prolactin secretion |

Source: From Christopher K. Mathews, K.E. van Holde, and Kevin G. Ahern, *Biochemistry*, 3rd ed. (2000), Table 23.5.

Thomas E. Thompson

Citation Information

Article Title: lipid

Website Name: Encyclopaedia Britannica

Publisher: Encyclopaedia Britannica, Inc.

Date Published: 04 July 2023

URL: https://www.britannica.comhttps://www.britannica.com/science/lipid

Access Date: August 11, 2023

1 / 16 VIEW ALL

VIEW FULL-SIZE PRINT CAPTION CITE




## lipid structure

Structure and properties of two representative lipids. Both stearic acid (a fatty acid) and phosphatidylcholine (a phospholipid) are composed of chemical groups that form polar "heads" and nonpolar "tails." The polar heads are hydrophilic, or soluble in water, whereas the nonpolar tails are hydrophobic, or insoluble in water. Lipid molecules of this composition spontaneously form aggregate structures such as micelles and lipid bilayers, with their hydrophilic ends oriented toward the watery medium and their hydrophobic ends shielded from the water.

Encyclopædia Britannica, Inc.

SHARE



Britannica

2 / 16 VIEW ALL

VIEW FULL-SIZE PRINT

CAPTION CITE



## lipid; oogonium

A false colour transmission electron microscope micrograph of an oogonium (an egg cell of certain algae and fungi), showing an abundance of lipid droplets (yellow), a nucleus (green), an atypical nucleolus (dark blue), and mitochondria (red).

© Jlcalvo/Dreamstime.com

SHARE



3 / 16 VIEW ALL PRINT CAPTION CITE




Structural formula of stearic acid.

Encyclopædia Britannica, Inc.

SHARE



4 / 16 VIEW ALL

PRINT CAPTION CITE




Structural formula of oleic acid.

*Encyclopædia Britannica, Inc.*

SHARE

5 / 16 VIEW ALL PRINT CAPTION CITE




When a soap is dissolved in water, fatty acids in the soap form spherical structures called micelles, in which the hydrophilic "heads" of the fatty acid molecules are turned toward the water and the hydrophobic "tails" are sheltered in the interior.

*Encyclopædia Britannica, Inc.*

SHARE



6 / 16 VIEW ALL PRINT CAPTION CITE




Structural formula of tristearin (tristearic acid).

*Encyclopædia Britannica, Inc.*

SHARE



7 / 16 VIEW ALL PRINT CAPTION CITE




**lipid bilayer; cell membrane**

Phospholipid molecules, like molecules of many lipids, are composed of a hydrophilic "head" and one or more hydrophobic "tails." In a water medium, the molecules form a lipid bilayer, or two-layered sheet, in which the heads are turned toward the watery medium and the tails are sheltered inside, away from the water. This bilayer is the basis of the membranes of living cells.

*Encyclopædia Britannica, Inc.*

SHARE



8 / 16 VIEW ALL

PRINT CAPTION CITE




## liposome

Phospholipids can be used to form artificial structures called liposomes, which are double-walled hollow spheres useful for encapsulating other molecules such as pharmaceutical drugs.

*Encyclopædia Britannica, Inc.*

SHARE

9 / 16 VIEW ALL

VIEW FULL-SIZE PRINT CAPTION CITE




## glycerophospholipid structure

General structural formula of a glycerophospholipid. The composition of the specific molecule depends on the chemical group (designated R3 in the diagram) linked to the phosphate and glycerol "head" and also on the lengths of the fatty acid "tails" (R1 and R2).

Encyclopædia Britannica, Inc.

SHARE



10 / 16 VIEW ALL PRINT CAPTION CITE




General structural formula of a sphingolipid. The composition of the specific molecule depends on the chemical group (designated R2 in the diagram) linked to the alcohol "head" and also on the length of the fatty acid "tail" (R1).

*Encyclopædia Britannica, Inc.*

SHARE



11 / 16 VIEW ALL VIEW FULL-SIZE PRINT CAPTION CITE




**structural formula of cholesterol**

Structural formula of cholesterol.

*Encyclopædia Britannica, Inc.*

SHARE




## low-density lipoprotein (LDL) complex

The LDL complex is essentially a droplet of triacylglycerols and cholesteryl esters encased in a sphere made up of phospholipid, free cholesterol, and protein molecules known as apoprotein B-100 (ApoB-100). The LDL complex is the principal vehicle for delivering cholesterol to body tissues through the blood.

*Encyclopædia Britannica, Inc.*

SHARE

13 / 16 VIEW ALL

PRINT CAPTION CITE




Synthesis of lipoprotein complexes in the small intestine, liver, and blood plasma and their delivery to peripheral tissues of the body.

*Encyclopædia Britannica, Inc.*

SHARE

14 / 16 VIEW ALL VIEW FULL-SIZE PRINT CAPTION CITE




**hormone signaling; adipose tissue**

When hormones signal the need for energy, fatty acids and glycerol are released from triglycerides stored in fat cells (adipocytes) and are delivered to organs and tissues in the body.

*Encyclopædia Britannica, Inc.*

SHARE

15 / 16 VIEW ALL PRINT CAPTION CITE




**molecular view of the cell membrane**

Intrinsic proteins penetrate and bind tightly to the lipid bilayer, which is made up largely of phospholipids and cholesterol and which typically is between 4 and 10 nanometers (nm; 1 nm = $10^{-9}$ metre) in thickness. Extrinsic proteins are loosely bound to the hydrophilic (polar) surfaces, which face the watery medium both inside and outside the cell. Some intrinsic proteins present sugar side chains on the cell's outer surface.

*Encyclopædia Britannica, Inc.*

SHARE



16 / 16 VIEW ALL

VIEW FULL-SIZE PRINT CAPTION CITE



### atheromatous plaque

A typical atheromatous plaque in a coronary artery. The plaque has reduced the lumen (large dark circle at bottom left) to 30 percent of its normal size. The white areas are lipid and cholesterol deposits. The darker layers represent fibrous areas that have probably been scarred from earlier incorporation of thrombi from the lumen. The presence of an atheromatous plaque is a sign of atherosclerosis.

SHARE

# Joint Claim Construction Brief

# EXHIBIT 17

# Molecular Biology of THE CELL

Fifth Edition



ALBERTS JOHNSON LEWIS RAFF ROBERTS WALTER

# Molecular Biology of THE CELL

Fifth Edition

# Molecular Biology of THE CELL

Fifth Edition

Bruce Alberts

Alexander Johnson

Julian Lewis

Martin Raff

Keith Roberts

Peter Walter

*With problems by*

John Wilson

Tim Hunt

Garland Science
Taylor & Francis Group

*Garland Science*
Vice President: Denise Schanck
Assistant Editor: Sigrid Masson
Production Editor and Layout: Emma Jeffcock
Senior Publisher: Jackie Harbor
Illustrator: Nigel Orme
Designer: Matthew McClements, Blink Studio, Ltd.
Editors: Marjorie Anderson and Sherry Granum
Copy Editor: Bruce Goatly
Indexer: Merrall-Ross International, Ltd.
Permissions Coordinator: Mary Dispenza

*Cell Biology Interactive*
Artistic and Scientific Direction: Peter Walter
Narrated by: Julie Theriot
Production Design and Development: Michael Morales

© 2008, 2002 by Bruce Alberts, Alexander Johnson, Julian Lewis, Martin Raff, Keith Roberts, and Peter Walter.
© 1983, 1989, 1994 by Bruce Alberts, Dennis Bray, Julian Lewis, Martin Raff, Keith Roberts, and James D. Watson.

**Bruce Alberts** received his Ph.D. from Harvard University and is Professor of Biochemistry and Biophysics at the University of California, San Francisco. For 12 years, he served as President of the U.S. National Academy of Sciences (1993–2005). **Alexander Johnson** received his Ph.D. from Harvard University and is Professor of Microbiology and Immunology and Director of the Biochemistry, Cell Biology, Genetics, and Developmental Biology Graduate Program at the University of California, San Francisco. **Julian Lewis** received his D.Phil. from the University of Oxford and is a Principal Scientist at the London Research Institute of Cancer Research UK. **Martin Raff** received his M.D. from McGill University and is at the Medical Research Council Laboratory for Molecular Cell Biology and the Biology Department at University College London. **Keith Roberts** received his Ph.D. from the University of Cambridge and is Emeritus Fellow at the John Innes Centre, Norwich. **Peter Walter** received his Ph.D. from The Rockefeller University in New York and is Professor and Chairman of the Department of Biochemistry and Biophysics at the University of California, San Francisco, and an Investigator of the Howard Hughes Medical Institute.

This book contains information obtained from authentic and highly regarded sources. Reprinted material is quoted with permission, and sources are indicated. A wide variety of references are listed. Reasonable efforts have been made to publish reliable data and information, but the author and the publisher cannot assume responsibility for the validity of all materials or for the consequences of their use.

All rights reserved. No part of this book covered by the copyright heron may be reproduced or used in any format in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without permission of the publisher.

**Library of Congress Cataloging-in-Publication Data**
Molecular biology of the cell / Bruce Alberts … [et al.].-- 5th ed.
p. cm
ISBN 978-0-8153-4105-5 (hardcover)---ISBN 978-0-8153-4106-2 (paperback)
1. Cytology. 2. Molecular biology. I. Alberts, Bruce.
QH581.2 .M64 2008
571.6--dc22 2007005475 CIP

Published by Garland Science, Taylor & Francis Group, LLC, an informa business, 270 Madison Avenue, New York NY 10016, USA, and 2 Park Square, Milton Park, Abingdon, OX14 4RN, UK.

Printed in the United States of America

15 14 13 12 11 10 9 8 7 6 5 4 3 2 1

Sugars do not function only in the production and storage of energy. They can also be used, for example, to make mechanical supports. Thus, the most abundant organic chemical on Earth—the *cellulose* of plant cell walls—is a polysaccharide of glucose. Because the glucose–glucose linkages in cellulose differ from those in starch and glycogen, however, humans cannot digest cellulose and use its glucose. Another extraordinarily abundant organic substance, the *chitin* of insect exoskeletons and fungal cell walls, is also an indigestible polysaccharide—in this case a linear polymer of a sugar derivative called *N*-acetylglucosamine (see Panel 2–4). Other polysaccharides are the main components of slime, mucus, and gristle.

Smaller oligosaccharides can be covalently linked to proteins to form glycoproteins and to lipids to form *glycolipids*, both of which are found in cell membranes. As described in Chapter 10, most cell surfaces are clothed and decorated with glycoproteins and glycolipids in the cell membrane. The sugar side chains on these molecules are often recognized selectively by other cells. And differences between people in the details of their cell-surface sugars are the molecular basis for the different major human blood groups, termed A, B, AB, and O.

## Fatty Acids Are Components of Cell Membranes, as Well as a Source of Energy

A fatty acid molecule, such as *palmitic acid*, has two chemically distinct regions (**Figure 2–21**). One is a long hydrocarbon chain, which is hydrophobic and not very reactive chemically. The other is a carboxyl (–COOH) group, which behaves as an acid (carboxylic acid): it is ionized in solution ($–COO^-$), extremely hydrophilic, and chemically reactive. Almost all the fatty acid molecules in a cell are covalently linked to other molecules by their carboxylic acid group.

The hydrocarbon tail of palmitic acid is *saturated:* it has no double bonds between carbon atoms and contains the maximum possible number of hydrogens. Stearic acid, another one of the common fatty acids in animal fat, is also saturated. Some other fatty acids, such as oleic acid, have *unsaturated* tails, with one or more double bonds along their length. The double bonds create kinks in the molecules, interfering with their ability to pack together in a solid mass. It is this that accounts for the difference between hard margarine (saturated) and liquid vegetable oils (polyunsaturated). The many different fatty acids found in cells differ only in the length of their hydrocarbon chains and the number and position of the carbon–carbon double bonds (see Panel 2–5, pp. 114–115).

Fatty acids are stored in the cytoplasm of many cells in the form of droplets of *triacylglycerol* molecules, which consist of three fatty acid chains joined to a glycerol molecule (see Panel 2–5); these molecules are the animal fats found in meat, butter, and cream, and the plant oils such as corn oil and olive oil. When required to provide energy, the fatty acid chains are released from triacylglycerols and broken down into two-carbon units. These two-carbon units are identical to those derived from the breakdown of glucose and they enter the same energy-yielding reaction pathways, as will be described later in this chapter. Triglycerides serve as a concentrated food reserve in cells, because they can be broken down to produce about six times as much usable energy, weight for weight, as glucose.

Fatty acids and their derivatives such as triacylglycerols are examples of **lipids**. Lipids comprise a loosely defined collection of biological molecules that are insoluble in water, while being soluble in fat and organic solvents such as benzene. They typically contain either long hydrocarbon chains, as in the fatty acids and isoprenes, or multiple linked rings, as in the *steroids*.

The most important function of fatty acids in cells is in the construction of cell membranes. These thin sheets enclose all cells and surround their internal organelles. They are composed largely of *phospholipids*, which are small molecules that, like triacylglycerols, are constructed mainly from fatty acids and glycerol. In phospholipids the glycerol is joined to two fatty acid chains, however, rather than to three as in triacylglycerols. The "third" site on the glycerol is linked to a hydrophilic phosphate group, which is in turn attached to a small hydrophilic compound such as choline (see Panel 2–5). Each phospholipid




**Figure 2–21 A fatty acid.** A fatty acid is composed of a hydrophobic hydrocarbon chain to which is attached a hydrophilic carboxylic acid group. Palmitic acid is shown here. Different fatty acids have different hydrocarbon tails. (A) Structural formula. The carboxylic acid group is shown in its ionized form. (B) Ball-and-stick model. (C) Space-filling model.




**Figure 2–22 Phospholipid structure and the orientation of phospholipids in membranes.** In an aqueous environment, the hydrophobic tails of phospholipids pack together to exclude water. Here they have formed a bilayer with the hydrophilic head of each phospholipid facing the water. Lipid bilayers are the basis for cell membranes, as discussed in detail in Chapter 10.

molecule, therefore, has a hydrophobic tail composed of the two fatty acid chains and a hydrophilic head, where the phosphate is located. This gives them different physical and chemical properties from triacylglycerols, which are predominantly hydrophobic. Molecules such as phospholipids, with both hydrophobic and hydrophilic regions, are termed *amphiphilic*.

The membrane-forming property of phospholipids results from their amphiphilic nature. Phospholipids will spread over the surface of water to form a monolayer of phospholipid molecules, with the hydrophobic tails facing the air and the hydrophilic heads in contact with the water. Two such molecular layers can readily combine tail-to-tail in water to make a phospholipid sandwich, or **lipid bilayer**. This bilayer is the structural basis of all cell membranes (**Figure 2–22**).

## Amino Acids Are the Subunits of Proteins

Amino acids are a varied class of molecules with one defining property: they all possess a carboxylic acid group and an amino group, both linked to a single carbon atom called the α-carbon (**Figure 2–23**). Their chemical variety comes from the side chain that is also attached to the α-carbon. The importance of amino acids to the cell comes from their role in making **proteins**, which are polymers of amino acids joined head-to-tail in a long chain that is then folded into a three-dimensional structure unique to each type of protein. The covalent linkage between two adjacent amino acids in a protein chain forms an amide (see Panel 2–1), and it is called a **peptide bond**; the chain of amino acids is also known as a *polypeptide* (**Figure 2–24**). Regardless of the specific amino acids from which it is made, the polypeptide has an amino ($NH_2$) group at one end (its *N-terminus*) and a carboxyl (COOH) group at its other end (its *C-terminus*). This gives it a definite directionality—a structural (as opposed to an electrical) polarity.

Each of the 20 amino acids found commonly in proteins has a different side chain attached to the α-carbon atom (see Panel 3–1, pp. 128–129). All organisms,




**Figure 2–23 The amino acid alanine.** (A) In the cell, where the pH is close to 7, the free amino acid exists in its ionized form; but when it is incorporated into a polypeptide chain, the charges on the amino and carboxyl groups disappear. (B) A ball-and-stick model and (C) a space-filling model of alanine (H, *white;* C, *black;* O, *red;* N, *blue*).

**Figure 2–24 A small part of a protein molecule.** The four amino acids shown are linked together by three peptide bonds, one of which is highlighted in *yellow.* One of the amino acids is shaded in *gray.* The amino acid side chains are shown in *red.* The two ends of a polypeptide chain are chemically distinct. One end, the N-terminus, terminates in an amino group, and the other, the C-terminus, in a carboxyl group. The sequence is always read from the N-terminal end; hence this sequence is Phe–Ser–Glu–Lys.




whether bacteria, archea, plants, or animals, have proteins made of the same 20 amino acids. How this precise set of 20 came to be chosen is one of the mysteries of the evolution of life; there is no obvious chemical reason why other amino acids could not have served just as well. But once the choice was established, it could not be changed; too much depended on it.

Like sugars, all amino acids, except glycine, exist as optical isomers in D- and L-forms (see Panel 3–1). But only L-forms are ever found in proteins (although D-amino acids occur as part of bacterial cell walls and in some antibiotics). The origin of this exclusive use of L-amino acids to make proteins is another evolutionary mystery.

The chemical versatility of the 20 amino acids is essential to the function of proteins. Five of the 20 amino acids have side chains that can form ions in neutral aqueous solution and thereby can carry a charge (**Figure 2–25**). The others are uncharged; some are polar and hydrophilic, and some are nonpolar and hydrophobic. As we discuss in Chapter 3, the properties of the amino acid side chains underlie the diverse and sophisticated functions of proteins.




**Figure 2–25 The charge on amino acid side chains depends on the pH.** The five different side chains that can carry a charge are shown. Carboxylic acids can readily lose $H^+$ in aqueous solution to form a negatively charged ion, which is denoted by the suffix "-ate," as in aspart*ate* or glutam*ate*. A comparable situation exists for amines, which in aqueous solution can take up $H^+$ to form a positively charged ion (which does not have a special name). These reactions are rapidly reversible, and the amounts of the two forms, charged and uncharged, depend on the pH of the solution. At a high pH, carboxylic acids tend to be charged and amines uncharged. At a low pH, the opposite is true—the carboxylic acids are uncharged and amines are charged. The pH at which exactly *half* of the carboxylic acid or amine residues are charged is known as the p*K* of that amino acid side chain (indicated by *yellow* stripe).

In the cell the pH is close to 7, and almost all carboxylic acids and amines are in their fully charged form.

Case 1:23-cv-00580-CFC Document 65-2 Filed 06/18/24 Page 112 of 155 PageID #: 6139






**Figure 2–26 Chemical structure of adenosine triphosphate (ATP).** (A) Structural formula. (B) Space-filling model. In (B) the colors of the atoms are C, *black;* N, *blue;* H, *white;* O, *red;* and P, *yellow.*

## Nucleotides Are the Subunits of DNA and RNA

A **nucleotide** is a molecule made up of a nitrogen-containing ring compound linked to a five-carbon sugar, which in turn carries one or more phosphate groups (Panel 2–6, pp. 116–117). The five-carbon sugar can be either ribose or deoxyribose. Nucleotides containing ribose are known as ribonucleotides, and those containing deoxyribose as deoxyribonucleotides. The nitrogen-containing rings are generally referred to as *bases* for historical reasons: under acidic conditions they can each bind an $H^+$ (proton) and thereby increase the concentration of $OH^-$ ions in aqueous solution. There is a strong family resemblance between the different bases. *Cytosine (C), thymine (T),* and *uracil (U)* are called pyrimidines because they all derive from a six-membered pyrimidine ring; *guanine (G)* and *adenine (A)* are *purine* compounds, and they have a second, five-membered ring fused to the six-membered ring. Each nucleotide is named for the base it contains (see Panel 2–6).

Nucleotides can act as short-term carriers of chemical energy. Above all others, the ribonucleotide **adenosine triphosphate**, or **ATP** (**Figure 2–26**), transfers energy in hundreds of different cell reactions. ATP is formed through reactions that are driven by the energy released by the oxidative breakdown of foodstuffs. Its three phosphates are linked in series by two *phosphoanhydride bonds*, whose rupture releases large amounts of useful energy. The terminal phosphate group in particular is frequently split off by hydrolysis, often transferring a phosphate to other molecules and releasing energy that drives energy-requiring biosynthetic reactions (**Figure 2–27**). Other nucleotide derivatives are carriers for the transfer of other chemical groups, as will be described later.

The most fundamental role of nucleotides in the cell, however, is in the storage and retrieval of biological information. Nucleotides serve as building blocks for the construction of *nucleic acids*—long polymers in which nucleotide subunits are covalently linked by the formation of a **phosphodiester bond** between the




**Figure 2–27 The ATP molecule serves as an energy carrier in cells.** The energy-requiring formation of ATP from ADP and inorganic phosphate is coupled to the energy-yielding oxidation of foodstuffs (in animal cells, fungi, and some bacteria) or to the capture of light energy (in plant cells and some bacteria). The hydrolysis of this ATP back to ADP and inorganic phosphate in turn provides the energy to drive many cell reactions.

## LIPID AGGREGATES

Fatty acids have a hydrophilic head and a hydrophobic tail.



In water they can form a surface film or form small micelles.




Their derivatives can form larger aggregates held together by hydrophobic forces:

Triglycerides can form large spherical fat droplets in the cell cytoplasm.




Phospholipids and glycolipids form self-sealing lipid bilayers that are the basis for all cell membranes.




## OTHER LIPIDS

Lipids are defined as the water-insoluble molecules in cells that are soluble in organic solvents. Two other common types of lipids are steroids and polyisoprenoids. Both are made from isoprene units.




isoprene

## STEROIDS

Steroids have a common multiple-ring structure.




cholesterol—found in many membranes




testosterone—male steroid hormone

## GLYCOLIPIDS

Like phospholipids, these compounds are composed of a hydrophobic region, containing two long hydrocarbon tails, and a polar region, which, however, contains one or more sugars and no phosphate.




a simple glycolipid

## POLYISOPRENOIDS

long-chain polymers of isoprene




dolichol phosphate—used to carry activated sugars in the membrane-associated synthesis of glycoproteins and some polysaccharides




**Figure 10–1 Three views of a cell membrane.** <TAGC> (A) An electron micrograph of a plasma membrane (of a human red blood cell) seen in cross section. (B and C) These drawings show two-dimensional and three-dimensional views of a cell membrane and the general disposition of its lipid and protein constituents. (A, courtesy of Daniel S. Friend.)

special properties of the lipid molecules, which assemble spontaneously into bilayers even under simple artificial conditions.

## Phosphoglycerides, Sphingolipids, and Sterols Are the Major Lipids in Cell Membranes

Lipid molecules constitute about 50% of the mass of most animal cell membranes, nearly all of the remainder being protein. There are approximately $5 \times 10^6$ lipid molecules in a 1 μm × 1 μm area of lipid bilayer, or about $10^9$ lipid molecules in the plasma membrane of a small animal cell. All of the lipid molecules in cell membranes are **amphiphilic**—that is, they have a **hydrophilic** ("water-loving") or *polar* end and a **hydrophobic** ("water-fearing") or *nonpolar* end.

The most abundant membrane lipids are the **phospholipids**. These have a polar head group and two hydrophobic *hydrocarbon tails*. In animal, plant, and bacterial cells, the tails are usually fatty acids, and they can differ in length (they normally contain between 14 and 24 carbon atoms). One tail typically has one or more *cis*-double bonds (that is, it is *unsaturated*), while the other tail does not (that is, it is *saturated*). As shown in **Figure 10–2**, each *cis*-double bond creates a small kink in the tail. Differences in the length and saturation of the fatty acid tails influence how phospholipid molecules pack against one another, thereby affecting the fluidity of the membrane, as we discuss later.

The main phospholipids in most animal cell membranes are the **phosphoglycerides**, which have a three-carbon *glycerol* backbone (see Figure 10–2). Two long-chain fatty acids are linked through ester bonds to adjacent carbon atoms of the glycerol, and the third carbon atom is attached to a phosphate group, which in turn is linked to one of several different types of head group. By combining several different fatty acids and head groups, cells make many different phosphoglycerides. *Phosphatidylethanolamine*, *phosphatidylserine*, and *phosphatidylcholine* are the main ones in mammalian cell membranes (**Figure 10–3**A–C)

Another important phospholipid, called *sphingomyelin*, is built from *sphingosine* rather than glycerol (Figure 10–3D–E). Sphingosine is a long acyl chain with an amino group ($NH_2$) and two hydroxyl groups (OH) at one end of the molecule. In sphingomyelin, a fatty acid tail is attached to the amino group, and a phosphocholine group is attached to the terminal hydroxyl group, leaving one hydroxyl group free. The free hydroxyl group contributes to the polar properties of the adjacent head group, as it can form hydrogen bonds with the head group of a neighboring lipid, with a water molecule, or with a membrane protein. Together, the phospholipids phosphatidylcholine, phosphatidylethanolamine, phosphatidylserine, and sphingomyelin constitute more than half the mass of lipid in most mammalian cell membranes (see Table 10–1).

of a cell
An electron
membrane (of a
een in cross
drawings show
ree-dimensional
e and the
s lipid and
courtesy of




**Figure 10–2 The parts of a phosphoglyceride molecule.** This example is a phosphatidylcholine, represented (A) schematically, (B) by a formula, (C) as a space-filling model, and (D) as a symbol. The kink resulting from the *cis*-double bond is exaggerated for emphasis.




**Figure 10–3 Four major phospholipids in mammalian plasma membranes.** Different head groups are represented by different colors in the symbols. The lipid molecules shown in (A–C) are phosphoglycerides, which are derived from glycerol. The molecule in (D) is sphingomyelin, which is derived from sphingosine (E) and is therefore a sphingolipid. Note that only phosphatidylserine carries a net negative charge, the importance of which we discuss later; the other three are electrically neutral at physiological pH, carrying one positive and one negative charge.




**Figure 10–4 The structure of cholester** Cholesterol is represented (A) by a formula, (B) by a schematic drawing, and (C) as a space-filling model.

In addition to phospholipids, the lipid bilayers in many cell membranes contain *cholesterol* and *glycolipids*. Eucaryotic plasma membranes contain especially large amounts of **cholesterol** (**Figure 10–4**)—up to one molecule for every phospholipid molecule. Cholesterol is a sterol. It contains a rigid ring structure, to which is attached a single polar hydroxyl group and a short nonpolar hydrocarbon chain. The cholesterol molecules orient themselves in the bilayer with their hydroxyl group close to the polar head groups of adjacent phospholipid molecules (**Figure 10–5**).

## Phospholipids Spontaneously Form Bilayers

The shape and amphiphilic nature of the phospholipid molecules cause them to form bilayers spontaneously in aqueous environments. As discussed in Chapter 2, hydrophilic molecules dissolve readily in water because they contain charged groups or uncharged polar groups that can form either favorable electrostatic interactions or hydrogen bonds with water molecules. Hydrophobic molecules, by contrast, are insoluble in water because all, or almost all, of their atoms are uncharged and nonpolar and therefore cannot form energetically favorable interactions with water molecules. If dispersed in water, they force the adjacent water molecules to reorganize into ice-like cages that surround the hydrophobic molecule (**Figure 10–6**). Because these cage structures are more ordered than the surrounding water, their formation increases the free energy. This free energy cost is minimized, however, if the hydrophobic molecules (or the hydrophobic portions of amphiphilic molecules) cluster together so that the smallest number of water molecules is affected.

The hydrophobic and hydrophilic regions of lipid molecules behave in the same way. Thus, lipid molecules spontaneously aggregate to bury their hydrophobic hydrocarbon tails in the interior and expose their hydrophilic heads to water. Depending on their shape, they can do this in either of two ways: they can form spherical *micelles*, with the tails inward, or they can form double-layered sheets, or *bilayers*, with the hydrophobic tails sandwiched between the hydrophilic head groups (**Figure 10–7**).

Being cylindrical, phospholipid molecules spontaneously form bilayers in aqueous environments. In this energetically most favorable arrangement, the hydrophilic heads face the water at each surface of the bilayer, and the hydrophobic tails are shielded from the water in the interior. The same forces that drive phospholipids to form bilayers also provide a self-healing property. A small tear in the bilayer creates a free edge with water; because this is energetically unfavorable, the lipids tend to rearrange spontaneously to eliminate the free edge. (In eucaryotic plasma membranes, the fusion of intracellular vesicles repairs larger tears.) The prohibition of free edges has a profound consequence: the only way for a bilayer to avoid having edges is by closing in on itself and forming a sealed compartment (**Figure 10–8**). This remarkable behavior, fundamental




**Figure 10–5 Cholesterol in a lipid bilayer.** Schematic drawing of a cholesterol molecule interacting with tw phospholipid molecules in one monolayer of a lipid bilayer.




**Figure 10–6 How hydrophilic and hydrophobic molecules interact differently with water.** (A) Because acetone is polar, it can form favorable electrostatic interactions with water molecules, which are also polar. Thus, acetone readily dissolves in water. (B) By contrast, 2-methyl propane is entirely hydrophobic. Because it cannot form favorable interactions with water, it would force adjacent water molecules to reorganize into icelike cage structures, which increases the free energy. This compound is therefore virtually insoluble in water. The symbol $\delta^-$ indicates a partial negative charge, and $\delta^+$ indicates a partial positive charge. Polar atoms are shown in color and nonpolar groups are shown in *gray*.

to the creation of a living cell, follows directly from the shape and amphiphilic nature of the phospholipid molecule.

A lipid bilayer also has other characteristics that make it an ideal structure for cell membranes. One of the most important of these is its fluidity, which is crucial to many membrane functions.

## The Lipid Bilayer Is a Two-dimensional Fluid

Around 1970, researchers first recognized that individual lipid molecules are able to diffuse freely within lipid bilayers. The initial demonstration came from studies of synthetic lipid bilayers. Two types of preparations have been very useful in such studies: (1) bilayers made in the form of spherical vesicles, called **liposomes**, which can vary in size from about 25 nm to 1 µm in diameter




**Figure 10–7 Packing arrangements of lipid molecules in an aqueous environment.** (A) Cone-shaped lipid molecules *(above)* form micelles, whereas cylinder-shaped phospholipid molecules *(below)* form bilayers. (B) A lipid micelle and a lipid bilayer seen in cross section. Lipid molecules spontaneously form one or the other structure in water, depending on their shape.




**Figure 10–8 The spontaneous closure of a phospholipid bilayer to form a sealed compartment.** The closed structure is stable because it avoids the exposure of the hydrophobic hydrocarbon tails to water, which would be energetically unfavorable.

depending on how they are produced (**Figure 10–9**); and (2) planar bilayers, called **black membranes**, formed across a hole in a partition between two aqueous compartments (**Figure 10–10**).

Various techniques have been used to measure the motion of individual lipid molecules and their components. One can construct a lipid molecule, for example, with a fluorescent dye or a small gold particle attached to its polar head group and follow the diffusion of even individual molecules in a membrane. Alternatively, one can modify a lipid head group to carry a "spin label," such as a nitroxyl group (>N–O); this contains an unpaired electron whose spin creates a paramagnetic signal that can be detected by electron spin resonance (ESR) spectroscopy. (The principles of this technique are similar to those of nuclear magnetic resonance, discussed in Chapter 8.) The motion and orientation of a spin-labeled lipid in a bilayer can be deduced from the ESR spectrum. Such studies show that phospholipid molecules in synthetic bilayers very rarely migrate from the monolayer (also called a *leaflet*) on one side to that on the other. This process, known as "flip-flop," occurs less than once a month for any individual molecule, although cholesterol is an exception to this rule and can flip-flop rapidly. In contrast, lipid molecules readily exchange places with their neighbors *within* a monolayer (~$10^7$ times per second). This gives rise to a rapid lateral diffusion, with a diffusion coefficient *(D)* of about $10^{-8}$ $cm^2$/sec, which means that an average lipid molecule diffuses the length of a large bacterial cell (~2 μm) in about 1 second. These studies have also shown that individual lipid molecules rotate very rapidly about their long axis and have flexible hydrocarbon chains. Computer simulations show that lipid molecules in membranes are very disordered, presenting an irregular surface of variously spaced and oriented head groups to the water phase on either side of the bilayer (**Figure 10–11**).

Similar mobility studies on labeled lipid molecules in isolated biological membranes and in living cells give results similar to those in synthetic bilayers. They demonstrate that the lipid component of a biological membrane is a two-dimensional liquid in which the constituent molecules are free to move laterally. As in synthetic bilayers, individual phospholipid molecules are normally confined to their own monolayer. This confinement creates a problem for their synthesis. Phospholipid molecules are manufactured in only one monolayer of a membrane, mainly in the cytosolic monolayer of the endoplasmic reticulum membrane. If none of these newly made molecules could migrate reasonably promptly to the noncytosolic monolayer, new lipid bilayer could not be made. The problem is solved by a special class of transmembrane enzymes called *phospholipid translocators*, which catalyze the rapid flip-flop of phospholipids from one monolayer to the other, as discussed in Chapter 12.




**Figure 10–9 Liposomes.** (A) An electron micrograph of unfixed, unstained phospholipid vesicles—liposomes—in water rapidly frozen to liquid nitrogen temperature. (B) A drawing of a small spherical liposome seen in cross section. Liposomes are commonly used as model membranes in experimental studies. (A, from P. Frederik and W. Hubert, *Meth. Enzymol.* 391:431, 2005. With permission from Elsevier.)

## The Fluidity of a Lipid Bilayer Depends on Its Composition

The fluidity of cell membranes has to be precisely regulated. Certain membrane transport processes and enzyme activities, for example, cease when the bilayer viscosity is experimentally increased beyond a threshold level.

The fluidity of a lipid bilayer depends on both its composition and its temperature, as is readily demonstrated in studies of synthetic bilayers. A synthetic bilayer made from a single type of phospholipid changes from a liquid state to a




**Figure 10–10 A cross-sectional view of a black membrane, a synthetic lipid bilayer.** This planar bilayer appears black when it forms across a small hole in a partition separating two aqueous compartments. Black membranes are used to measure the permeability properties of synthetic membranes.

Joint Claim Construction Brief

# EXHIBIT 18

# Dictionary of Science

Grange BOOKS

Constable & Robinson Ltd
3 The Lanchesters
162 Fulham Palace Road
London W6 9ER
www.constablerobinson.com

This edition published by Magpie Books,
an imprint of Constable & Robinson Ltd, and Grange Books 2005

The text of this book was originally published by Oxford University Press as *Oxford Dictionary of Science* © Market House Books Ltd 1984, 1991, 1996, 1999, 2003 reprinted here by arrangement with Oxford University Press.

All rights reserved. This book is sold subject to the condition that it shall not, by way of trade or otherwise, be lent, re-sold, hired out or otherwise circulated in any form of binding or cover other than that in which it is published and without a similar condition including this condition being imposed on the subsequent purchaser.

A copy of the British Library Cataloguing in Publication Data
is available from the British Library

ISBN 1 84529 286 3

Printed and bound in the European Union

Case 1:23-cv-00580-CFC Document 65-2 Filed 06/18/24 Page 122 of 155 PageID #: 6149


can then be copied into the main memory (*RAM) of a computer when required for processing. Backing store is less costly and can hold more information than semiconductor RAM, but the speed of access of information in RAM is considerably faster. Use of a hierarchy of different memory devices, including backing store and RAM, greatly improves performance, efficiency, and economy in a computer.

**back titration** A technique in *volumetric analysis in which a known excess amount of a reagent is added to the solution to be estimated. The unreacted amount of the added reagent is then determined by titration, allowing the amount of substance in the original test solution to be calculated.

**backup** A resource that can be used as a substitute in the event of, say, a fault in a component or system or loss of data from a computer file. A backup file is a copy of a file taken in case the original is destroyed or unintentionally altered and the data lost.



*A generalized bacterial cell*

**bacteria** A diverse group of ubiquitous microorganisms all of which consist of only a single *cell that lacks a distinct nuclear membrane and has a *cell wall of a unique composition (see illustration). Bacteria constitute the prokaryotic organisms of the living world. However, their classification is a controversial issue. It is now recognized, on the basis of differences in ribosomal RNA structure and nucleotide sequences (*see* **molecular systematics**), that prokaryotes form two evolutionarily distinct groups. Some authorities place them all in a single kingdom, variously named Bacteria or Prokaryotae, which is divided into two subkingdoms: Archaea (archaebacteria), which includes the descendants of ancient bacterial groups (*see also* **methanogen**); and Eubacteria, which represents the vast majority of present-day bacteria. Others argue that these groups of prokaryotes are so distinct that they should each be raised to the status of *domain: Archaea (the archaebacteria, containing a variable number of kingdoms) and Bacteria (containing a single kingdom, Eubacteria). Generally speaking, the term 'bacteria' includes both archaebacteria and eubacteria.

Bacteria can be characterized in a number of ways, for example by their reaction with *Gram's stain or on the basis of their metabolic requirements (e.g. whether or not they require oxygen: *see* **aerobic respiration**; **anaerobic respiration**) and shape. A bacterial cell may be spherical (*see* **coccus**), rodlike (*see* **bacillus**), spiral (*see* **spirillum**), comma-shaped (*see* **vibrio**), corkscrew-shaped (*see* **spirochaete**), or filamentous, resembling a fungal cell. The majority of bacteria range in size from 0.5 to 5 µm. Many are motile, bearing flagella, possess an outer slimy *capsule, and produce resistant spores (*see* **endospore**). In general bacteria reproduce only asexually, by simple division of cells, but a few groups undergo a form of sexual reproduction (*see* **conjugation**). Bacteria are largely responsible for decay and decomposition of organic matter, producing a cycling of such chemicals as carbon (*see* **carbon cycle**), oxygen, nitrogen (*see* **nitrogen cycle**), and sulphur. A few bacteria obtain their food by means of *photosynthesis, including the *Cyanobacteria (blue-green and grass-green bacteria); some are saprotrophs; and others are parasites, causing disease. The symptoms of bacterial infections are produced by *toxins.

**bacterial growth curve** A curve on a graph that shows the changes in size of a bacterial population over time in a culture. The bacteria are cultured in sterile nutrient medium and incubated at the optimum temperature for growth. Samples are removed at intervals and the

number of viable bacteria is counted. A logarithmic growth curve is plotted, which shows various phases (see graph).




*Bacterial growth curve*

In the *lag* (or *latent*) *phase* there is only a small increase in numbers as the bacteria imbibe water, and synthesize ribosomal RNA and subsequently enzymes, in adjusting to the new conditions. The length of this phase depends on which medium was used to culture the bacteria before the investigation and which phase the cells are already in. As the life span (generation time) of the cells decreases, they enter the *log* (or *exponential*) *phase*, in which the cells reach a maximum rate of reproduction and the number of bacteria increases directly with time, giving a straight slope on a logarithmic scale (*see* **exponential growth**). For example, the fastest generation time for *E. coli* is 21 minutes. Growth rate can be estimated in this phase. With time, as the population grows, it enters the *stationary phase*, when the nutrients and electron acceptors are depleted and the pH drops as carbon dioxide and other waste poisons accumulate. As the cell's energy stores are depleted the rate of cell division decreases. The *death* (or *final*) *phase* occurs when the rate at which the bacteria die exceeds the rate at which they are produced; the population declines as the levels of nutrients fall and toxin levels increase. *See also* **population growth**.

**bactericidal** Capable of killing bacteria. Common bactericides are some *antibiotics, *antiseptics, and *disinfectants. *Compare* **bacteriostatic**.

**bacteriochlorophyll** A form of chlorophyll found in photosynthetic bacteria, such as the purple and green bacteria. There are several types, including bacteriochlorophyll *a* and bacteriochlorophyll *b*, which are structurally similar to the chlorophyll *a* and chlorophyll *b* found in plants; the purple bacteria contain either of these two types of bacteriochlorophyll, depending on the species. Bacteriochlorophyll is located in membrane-bound *chromatophores*.

**bacteriology** The study of bacteria, including their identification, form, function, reproduction, and classification. Much attention is focused on the role of bacteria as agents of disease in animals, including humans, and in plants, and on methods of controlling pathogenic bacteria in the food chain and elsewhere in the environment. However, bacteriologists also investigate the many benefits of bacteria, e.g. in the production of antibiotics, enzymes, and amino acids, and in sewage treatment.

**bacteriophage (phage)** A virus that is parasitic within a bacterium. Each phage is specific for only one type of bacterium. Most phages (*virulent phages*) infect, quickly multiply within, and destroy (lyse) their host cells. However, some (*temperate phages*) remain dormant in their hosts after initial infection: their nucleic acid becomes integrated into that of the host and multiplies with it, producing infected daughter cells. Lysis may eventually be triggered by environmental factors Phages are used experimentally to identify bacteria, to control manufacturing processes (such as cheese production) that depend on bacteria, and, because they can alter the genetic makeup of bacterial cells, they are important tools in genetic engineering as cloning *vectors.

**bacteriostatic** Capable of inhibiting or slowing down the growth and reproduction of bacteria. Some *antibiotics are bacteriostatic. *Compare* **bactericidal**.

**Baer, Karl Ernst von** (1792–1876) Estonian-born German biologist. He studied medicine and comparative anatomy be-




*Cathode-ray tube*

ray tube consists of an evacuated tube containing a heated cathode and two or more ring-shaped anodes through which the cathode rays can pass so that they strike the enlarged end of the tube (see illustration). This end of the tube is coated with fluorescent material so that it provides a screen. Any point on the screen that is struck by the cathode ray becomes luminous. A *control grid between the cathode and the anode enables the intensity of the beam to be varied, thus controlling the brightness of the illumination on the screen. The assembly of cathode, control grid, and anode is called the *electron gun. The beam emerging from the electron gun is focused and deflected by means of plates providing an electric field or coils providing a magnetic field. This enables the beam to be focused to a small point of light and deflected to produce the illusion of an illuminated line as this point sweeps across the tube.

The television tube is a form of cathode-ray tube in which the beam is made to scan the screen 625 times to form a frame, with 25 new frames being produced every second. (These are the figures for standard television tubes in the UK). Each frame creates a picture by variations in the intensity of the beam as it forms each line.

**cathodic protection** *See* **sacrificial protection.**

**cation** A positively charged ion, i.e. an ion that is attracted to the cathode in *electrolysis. *Compare* **anion.**

**cationic detergent** *See* **detergent.**

**cationic dye** *See* **dyes.**

**cationic resin** *See* **ion exchange.**

**catkin** A type of flowering shoot (*see* **racemose inflorescence**) in which the axis, which is often long, bears many small stalkless unisexual flowers. Usually the male catkins hang down from the stem; the female catkins are shorter and often erect. Examples include birch and hazel. Most plants with catkins are adapted for wind pollination, the male flowers producing large quantities of pollen; willows are an exception, having nectar-secreting flowers and being pollinated by insects.

**caudal vertebrae** The bones (*see* **vertebra**) of the tail, which articulate with the *sacral vertebrae. The number of caudal vertebrae varies with the species. Rabbits, for example, have 15 caudal vertebrae, while in man these vertebrae are fused to form a single bone, the *coccyx.

**causality** The principle that effect cannot precede cause. The principle is particularly useful when combined with the principle that the highest attainable speed in the universe is the *speed of light in a vacuum. Causality is used to analyse the results of scattering experiments and in optics.

**caustic 1.** ***(in chemistry)*** Describing a substance that is strongly alkaline (e.g. caustic soda). **2.** ***(in optics)*** The curve or surface formed by the reflection of parallel rays of light in a large-aperture concave mirror. The apex of the caustic lies at the principal focus of the mirror. Such a curve can sometimes be seen on the surface of the liquid in a cup as a result of reflection by the curved walls of the cup. A similar curve is formed by a convex lens with spherical surfaces refracting parallel rays of light.

**caustic potash** *See* **potassium hydroxide.**

**caustic soda** *See* **sodium hydroxide.**

**Cavendish, Henry** (1731–1810) British chemist and physicist, born in France. Although untrained, his inheritance from his grandfather, the Duke of Devonshire, enabled him to live as a recluse and study science. In his experiments with gases (1766), he correctly distinguished between hydrogen and carbon dioxide,

can be produced by bombarding lead-208 nuclei with iron-58 nuclei. Only a few atoms have ever been produced. The name comes from the Latinized form of Hesse, the German state where it (and certain other elements) was first synthesized.

**haustorium** A specialized structure of certain parasitic plants and fungi that penetrates the cells of the host plant to absorb nutrients. In parasitic fungi haustoria are formed from enlarged hyphae and in parasitic flowering plants, such as the dodder (*Cuscuta*), they are outgrowths of the stem.

**Haversian canals** Narrow tubes within compact *bone containing blood vessels and nerves. They generally run parallel to the bone surface. Each canal surrounded by a series of rings of bone (*lamellae*) is known as a *Haversian system*. Haversian systems are joined to each other by bone material. They are named after Clopton Havers (1650–1702).

**Hawking, Stephen William** (1942– ) British cosmologist and physicist, who in 1979 became a professor of mathematics at Oxford University. Working with Roger Penrose (1931– ), who had shown how a singularity results from a *black hole, he postulated that the original big bang must have come from a singularity (*see* **big-bang theory**). He also showed how black holes can emit particles by the *Hawking process.

**Hawking process** Emission of particles by a *black hole as a result of quantum-mechanical effects. The process was first suggested by Stephen Hawking. The gravitational field of the black hole causes production of particle–antiparticle pairs in the vicinity of the event horizon (the process is analogous to that of pair production). One member of each pair (either the particle or the antiparticle) falls into the black hole, while the other escapes. To an external observer it appears that the black hole is emitting radiation (*Hawking radiation*). The energy of the particles that fall in is negative and exactly balances the (positive) energy of the escaping particles. This negative energy reduces the mass of the black hole and the net result of the process is that the emitted particle flux appears to carry off the black-hole mass. It can be shown that the black hole radiates like a *black body, with the energy distribution of the particles obeying *Planck's radiation law for a temperature that is inversely proportional to the mass of the hole. For a black hole of the mass of the sun, this temperature is only about $10^{-7}$ K, so the energy loss is negligible. However, for a 'mini' black hole, such as might have been formed in the early universe, with a mass of order $10^{12}$ kg (and a radius of order $10^{-15}$ m), the temperature would be of order $10^{11}$ K and the hole would radiate copiously (at a rate of about $6 \times 10^{9}$ W) a flux of gamma rays, neutrinos, and electron–positron pairs. (The observed levels of cosmic gamma rays put strong constraints on the number of such 'mini' black holes, suggesting that there are too few of them to solve the *missing-mass problem.)

**HCFC (hydrochlorofluorocarbon)** *See* **halocarbons**.

**h.c.p.** Hexagonal close packing. *See* **close packing**.

**health physics** The branch of medical physics concerned with the protection of medical, scientific, and industrial workers from the hazards of ionizing radiation and other dangers associated with atomic physics. Establishing the maximum permissible *dose of radiation, the disposal of radioactive waste, and the shielding of dangerous equipment are the principal activities in this field.

**hearing** The sense by which sound is detected. In vertebrates the organ of hearing is the *ear. In higher vertebrates variation in air pressure caused by sound waves are amplified in the outer and middle ears and transmitted to the inner ear, where sensory cells in the *cochlea register the vibrations. The resulting information is transmitted to the brain via the auditory nerve. The ear can distinguish between sounds of different intensity (*loudness) and frequency (*pitch).

**heart** A hollow muscular organ that, by means of regular contractions, pumps blood through the circulatory system. The vertebrate heart is composed of a specialized muscle (*see* **cardiac muscle**). Mammals have a four-chambered heart

cause of the high cost of the installation and the low efficiency the device has not yet found commercial application.

**line defect** *See* **crystal defect** (Feature).

**line-of-sight velocity (radial velocity)** The component of a celestial body's velocity along the line of sight of the observer. It is usually given in relation to the sun to avoid complications arising from the earth's orbital motion. Line-of-sight velocity is normally calculated from the *Doppler effect on the body's spectrum, a *redshift indicating a receding body (taken as a positive velocity) and a blueshift indicating an approaching body (taken as negative).

**line printer** *See* **printer**.

**lines of force** Imaginary lines in a *field of force that enable the direction and strength of the field to be visualized. They are used primarily in electric and magnetic fields; in electric fields they are sometimes called *tubes of force*, to express their characteristic of being perpendicular to a conducting surface. The tangent to a line of force at any point gives the direction of the field at that point and the number of lines per unit area perpendicular to the force represents the *intensity of the field.

**line spectrum** *See* **spectrum**.

**linkage** The tendency for two different genes on the same chromosome to remain together during the separation of *homologous chromosomes at meiosis. Linkage can be broken by *crossing over or by a *chromosome mutation, when sections of chromosomes are exchanged and new combinations of genes are produced. *See also* **sex linkage**.

**linkage map** *See* **chromosome map**.

**Linnaean system** *See* **binomial nomenclature**.

**Linnaeus, Carolus** (Carl Linné; 1707–78) Swedish botanist. He travelled round Europe and by 1735 had described more than 100 new species of plants. In 1749 he announced his system of *binomial nomenclature, which, with modification, has been used ever since for all organisms.

**linoleic acid** A liquid polyunsaturated *fatty acid with two double bonds, $CH_3(CH_2)_4CH{:}CHCH_2CH{:}CH(CH_2)_7COOH$. Linoleic acid is abundant in many plant fats and oils, e.g. linseed oil, groundnut oil, and soya-bean oil. It is an *essential fatty acid.

**linolenic acid** A liquid polyunsaturated *fatty acid with three double bonds in its structure: $CH_3CH_2CH{:}CHCH_2CH{:}CHCH_2CH{:}CH(CH_2)_7$-$COOH$. Linolenic acid occurs in certain plant oils, e.g. linseed and soya-bean oil, and in algae. It is one of the *essential fatty acids.

**linseed oil** A pale yellow oil pressed from flax seed. It contains a mixture of glycerides of fatty acids, including linoleic acid and linolenic acid. It is a *drying oil, used in oil paints, varnishes, linoleum, etc.

**Linz–Donawitz process** *See* **basic-oxygen process**.

**lipase** An enzyme secreted by the pancreas that catalyses the breakdown of fats into fatty acids and glycerol in the small intestine.

**lipid** Any of a diverse group of organic compounds, occurring in living organisms, that are insoluble in water but soluble in organic solvents, such as chloroform, benzene, etc. Lipids are broadly classified into two categories: *complex lipids*, which are esters of long-chain fatty acids and include the *glycerides (which constitute the *fats and *oils of animals and plants), glycolipids, *phospholipids, and *waxes; and *simple lipids*, which do not contain fatty acids and include the *steroids and *terpenes.

Lipids have a variety of functions in living organisms. Fats and oils are a convenient and concentrated means of storing food energy in plants and animals. Phospholipids and *sterols, such as cholesterol, are major components of cell membranes (*see* **lipid bilayer**). Waxes provide vital waterproofing for body surfaces. Terpenes include vitamins A, E, and K, and phytol (a component of chlorophyll) and occur in essential oils, such as menthol and camphor. Steroids include the adrenal hormones, sex hormones, and bile acids.

Lipids can combine with proteins to




*Structure of a lipid bilayer*

form *lipoproteins, e.g. in cell membranes. In bacterial cell walls, lipids may associate with polysaccharides to form *lipopolysaccharides.*

**lipid bilayer** The arrangement of lipid molecules in biological *membranes, which takes the form of a double sheet. Each lipid molecule comprises a hydrophilic 'head' (having a high affinity for water) and a hydrophobic 'tail' (having a low affinity for water). In the lipid bilayer the molecules are aligned so that their hydrophilic heads face outwards, forming the outer and inner surfaces of the membrane, while the hydrophobic tails face inwards, away from the external aqueous environment. See illustration.

**Lipmann, Fritz** *See* **Krebs, Sir Hans Adolf.**

**lipoic acid** A vitamin of the *vitamin B complex. It is one of the *coenzymes involved in the decarboxylation of pyruvate by the enzyme pyruvate dehydrogenase. This reaction has to take place before carbohydrates can enter the *Krebs cycle during aerobic respiration. Good sources of lipoic acid include liver and yeast.

**lipolysis** The breakdown of storage lipids in living organisms. Most long-term energy reserves are in the form of triglycerides in fats and oils. When these are needed, e.g. during starvation, lipase enzymes convert the triglycerides into glycerol and the component fatty acids. These are then transported to tissues and oxidized to provide energy.

**lipoprotein** One of a group of compounds consisting of a lipid combined with a protein. Lipoproteins are the main structural materials of the membranes of cells and cell organelles. They also occur in blood and lymph, being the form in which lipids are transported in these media. *Cholesterol is transported in the bloodstream in the form of *low-density lipoproteins* (*LDLs*) and is removed by means of LDL receptors in cell membranes; the LDLs are bound to the receptors, which are then taken into the cells. Lack of LDL receptors, occurring as a genetic defect in some individuals, is believed to be a cause of high levels of cholesterol in the blood, predisposing to atherosclerosis.

**liposome** A microscopic spherical membrane-enclosed vesicle or sac (20–30 nm in diameter) made artificially in the laboratory by the addition of an aqueous solution to a phospholipid gel. The membrane resembles a cell membrane and the whole vesicle is similar to a cell organelle. Liposomes can be incorporated into living cells and are used to transport relatively toxic drugs into diseased cells, where they can exert their maximum effects. For example, liposomes containing the drug methotrexate, used in the treatment of cancer, can be injected into the patient's blood. The cancerous organ is heated to a temperature higher than body temperature, so that when the liposome passes through its blood vessels, the membrane melts and the drug is released. The study of the behaviour of liposome membranes is used in research into membrane function, particularly to observe the behaviour of membranes during anaesthesia with respect to permeability changes.

force required to initiate locomotion is generated by *muscles, which act against a supporting framework provided by a *skeleton. *See also* **fins**; **flight**.

**locule (loculus)** A small cavity in a plant or animal body. In plants the locule of the ovary is the cavity containing the ovules and the locules of the anther contain the developing pollen grains.

**locus 1.** ***(in mathematics)*** A set of points whose location is specified by an equation. For example, if a point moves so that the sum of its distances from two fixed points is constant, the locus of the point is an *ellipse. **2.** ***(in genetics)*** The position of a gene on a chromosome or within a DNA (or RNA) molecule. The two alleles of a gene occupy the same locus on *homologous chromosomes.

**lodestone** *See* **magnetite**.

**Lodge, Sir Oliver Joseph** (1851–1940) British physicist, who became principal of the new Birmingham University in 1900. His best-known work was in *radio, particularly his invention in 1894 of the 'coherer', used as a detector in early radio receivers (*see* **demodulation**). After 1910 he became increasingly interested in spiritualism and reconciling science and religion.

**logarithm** The power to which a number, called the *base*, has to be raised to give another number. Any number $y$ can be written in the form $y = x^n$. $n$ is then the logarithm to the base $x$ of $y$, i.e. $n = \log_x y$. If the base is 10, the logarithms are called *common logarithms*. *Natural* (or *Napierian*) *logarithms* (named after John Napier) are to the base e = 2.718 28..., written $\log_e y$ or $\ln y$. Logarithms were formerly used to facilitate calculations, before the advent of electronic calculators.

A logarithm contains two parts, an integer and a decimal. The integer is called the *characteristic*, and the decimal is called the *mantissa*. For example, the logarithm to the base 10 of 210 is 2.3222, where 2 is the characteristic and 0.3222 is the mantissa.

**logarithmic scale 1.** A scale of measurement in which an increase or decrease of one unit represents a tenfold increase or decrease in the quantity measured. Decibels and pH measurements are common examples of logarithmic scales of measurement. **2.** A scale on the axis of a graph in which an increase of one unit represents a tenfold increase in the variable quantity. If a curve $y = x^n$ is plotted on graph paper with logarithmic scales on both axes, the result is a straight line of slope $n$, i.e. $\log y = n \log x$, which enables $n$ to be determined.

**logarithmic series** The expansion of a logarithmic function, such as $\log_e(1+x)$, i.e. $x - x^2/2 + x^3/3 - ... + (-1)^n x^n/n$, or $\log_e(1-x)$, i.e. $-x - x^2/2 - x^3/3 ... - x^n/n$.

**logic circuits** The basic switching circuits or *gates used in digital computers and other digital electronic devices. The output signal, using a *binary notation, is controlled by the logic circuit in accordance with the input system. The three basic logic circuits are the *and*, *or*, and *not* circuits. The *and* circuit gives a binary 1 output if a binary 1 is present on each input circuit; otherwise the output is a binary 0. The *or* circuit gives a binary 1 output if a binary 1 is present on at least one input circuit; otherwise the output is binary 0. The *not* circuit inverts the input signal, giving a binary 1 output for a binary 0 input or a 0 output for a 1 input.

Often these basic logic circuits are used in combination, e.g. a *nand* circuit consists of *not* + *and* circuits. In terms of electronic equipment, logic circuits are now almost exclusively embodied into *integrated circuits. They formerly made use of discrete transistors, although they were originally based on thermionic valves.

**log phase** *See* **bacterial growth curve**.

**lomentum** A type of dry dehiscent fruit formed from a single carpel but divided into one-seeded compartments by constrictions between the seeds. *Legumes (e.g. those of *Acacia*) and *siliquas (e.g. those of wild radish) can be divided in this way.

**lone pair** A pair of electrons having opposite spin in an orbital of an atom. For instance, in ammonia the nitrogen atom has five electrons, three of which are used in forming single bonds with hydrogen atoms. The other two occupy a

**critical mass**) of a *fissile material (uranium–235 or plutonium–239) are brought together by a chemical explosion to produce one supercritical mass. The resulting nuclear explosion is typically in the *kiloton range with temperatures of the order $10^8$ K being reached. The fusion bomb (*thermonuclear weapon*, *hydrogen bomb*, or *H-bomb*) relies on a nuclear-fusion reaction, which becomes self-sustaining at a critical temperature of about $35 \times 10^6$ K. Hydrogen bombs consist of either two-phase fission-fusion devices in which an inner fission bomb is surrounded by a hydrogenous material, such as heavy hydrogen (deuterium) or lithium deuteride, or a three-phase fission-fusion-fission device, which is even more powerful. The *megaton explosion produced by such a thermonuclear reaction has not yet been used in war. A special type of fission-fusion bomb is called a *neutron bomb*, in which most of the energy is released as high-energy neutrons. This neutron radiation destroys people but provides less of the shock waves and blast that destroy buildings.

**nuclease** Any enzyme that breaks down nucleic acids to nucleotides. Nucleases are found in the small intestine. *See also* **DNAase**; **endonuclease**; **exonuclease**.

**nucleic acid** A complex organic compound in living cells that consists of a chain of *nucleotides. There are two types: *DNA (deoxyribonucleic acid) and *RNA (ribonucleic acid).

**nucleoid (nuclear region)** The part of a cell of a bacterium (i.e. a prokaryotic *cell) that contains the genetic material *DNA and therefore controls the activity of the cell. It corresponds to the nucleus of the more advanced eukaryotic cells but is not bounded by a membrane.

**nucleolus** A small dense round body within the nondividing *nucleus of eukaryotic cells that consists of protein, DNA, and ribosomal *RNA. It plays an important role in *ribosome manufacture (and therefore protein synthesis).

**nucleon** A *proton or a *neutron.

**nucleon emission** A decay mechanism in which a particularly unstable *nuclide regains some stability by the emission of a nucleon, i.e. a proton or neutron. Proton emitters have fewer neutrons than their stable isotopes. Proton emitters are therefore found below the *Segrè plot stability line. For example, $^{17}$Ne has three fewer neutrons than its most abundant stable isotope, $^{20}$Ne. There are no naturally occurring proton emitters. Neutron emitters have many more neutrons than their stable isotopes. For this reason, neutron emitters are found above the stability line on the Segrè plot and in most cases can also decay by negative *beta decay. There are no naturally occurring neutron emitters. They are usually produced in nuclear reactors by the negative beta decay of fission products. An example is $^{99}$Y, which has 10 more neutrons than the stable isotope $^{89}$Y.

**nucleonics** The technological aspects of *nuclear physics, including the design of nuclear reactors, devices to produce and detect radiation, and nuclear transport systems. It is also concerned with the technology of *radioactive waste disposal and with radioisotopes.

**nucleon number (mass number)** Symbol A. The number of *nucleons in an atomic nucleus of a particular nuclide.

**nucleophile** An ion or molecule that can donate electrons. Nucleophiles are often oxidizing agents and Lewis bases. They are either negative ions (e.g. $Cl^-$) or molecules that have electron pairs (e.g. $NH_3$). In organic reactions they tend to attack positively charged parts of a molecule. *Compare* **electrophile**.

**nucleophilic addition** A type of addition reaction in which the first step is attachment of a *nucleophile to a positive (electron-deficient) part of the molecule. *Aldehydes and *ketones undergo reactions of this type because of polarization of the carbonyl group (carbon positive).

**nucleophilic substitution** A type of substitution reaction in which a *nucleophile displaces another group or atom from a compound. For example, in

$$CR_3Cl + OH^- \rightarrow CR_3OH + Cl^-$$

the nucleophile is the $OH^-$ ion. There are two possible mechanisms of nucleophilic substitution. In *$S_N1$ reactions*, a positive carbonium ion is first formed:

**pituitary gland** (**pituitary body; hypophysis**) A pea-sized endocrine gland attached by a thin stalk to the *hypothalamus at the base of the brain. It consists of two lobes: the anterior and the posterior. The *anterior pituitary* secretes such hormones as *growth hormone, the *gonadotrophins, *prolactin, thyroid-stimulating hormone (*see* **thyroid gland**) and *ACTH. Because these hormones regulate the growth and activity of several other endocrine glands, the anterior pituitary is often referred to as the *master endocrine gland*. Activity of the anterior pituitary itself is regulated by specific *releasing factors produced by the hypothalamus (*see also* **neuroendocrine system**). The *posterior pituitary* secretes the hormones *oxytocin and antidiuretic hormone.

**pixel** One of the tiny dots that make up an image on the screen of a computer's *visual-display unit (VDU) or on some types of television receiver; it is short for picture element. Screen resolution is determined by the number of pixels (the more pixels, the better the resolution), and each pixel is given a brightness and colour. A typical high-resolution colour VDU screen has a 640 × 480 array of pixels.

**p*K* value** A measure of the strength of an acid or base on a logarithmic scale. For an acid, the value, denoted $pK_a$, is given by $\log_{10}(1/K_a)$, where $K_a$ is the acid dissociation constant. Similarly, for a base $pK_b$ is given by $\log_{10}(1/K_b)$. $pK5_a$ values are often used to compare the strengths of different acids.

**placenta 1.** The organ in mammals and other viviparous animals by means of which the embryo is attached to the wall of the uterus. It is composed of embryonic and maternal tissues: extensions of the *chorion and *allantois grow into the uterine wall so that materials (e.g. oxygen, nutrients) can pass between the blood of the embryo and its mother (there is, however, no direct connection between the maternal and embryonic blood). The placenta is eventually expelled as part of the *afterbirth. **2.** A ridge of tissue on the ovary wall of flowering plants to which the ovules are attached. The arrangement of ovules on the placenta (*placentation*) is variable, depending on the number of carpels and whether they are free (*see* **apocarpy**) or fused (*see* **syncarpy**).

**Placentalia** *See* **Eutheria**.

**placoid scale** (**denticle**) *See* **scales**.

**plagiotropism** The tendency for a *tropism (growth response of a plant) to be orientated at an angle to the line of action of the stimulus concerned. For example, the growth of lateral branches and lateral roots is at an oblique angle to the stimulus of gravity (*plagiogeotropism*). *Compare* **orthotropism**.

**planarians** *See* **Turbellaria**.

**Planck, Max Carl Ernst Ludwig** (1858–1947) German physicist, who became a professor at Berlin University in 1892. Here he formulated the *quantum theory, which had its basis in a paper of 1900. (See also *Planck constant; *Planck's radiation law). One of the most important scientific discoveries of the century, this theory earned him the 1918 Nobel Prize for physics.

**Planck constant** Symbol $h$. The fundamental constant equal to the ratio of the energy $E$ of a quantum of energy to its frequency $\nu$: $E = h\nu$. It has the value $6.626176 \times 10^{-34}$ J s. It is named after Max Planck. In quantum-mechanical calculations (especially particle physics) the *rationalized Planck constant* (or *Dirac constant*) $\hbar = h/2\pi = 1.054589 \times 10^{-34}$ J s is frequently used.

**Planck length** The length scale at which a classical description of gravity ceases to be valid, and *quantum mechanics must be taken into account. It is given by $L_P = \sqrt{(G\hbar/c^3)}$, where $G$ is the gravitational constant, $\hbar$ is the rationalized Planck constant, and $c$ is the speed of light. The value of the Planck length is of order $10^{-35}$ m (twenty orders of magnitude smaller than the size of a proton, $10^{-15}$ m).

**Planck mass** The mass of a particle whose Compton wavelength is equal to the *Planck length. It is given by $m_P = \sqrt{(\hbar c/G)}$, where $\hbar$ is the rationalized Planck constant, $c$ is the speed of light, and $G$ is the gravitational constant. The description of an elementary particle of this

**ring** A closed chain of atoms in a molecule. In compounds, such as naphthalene, in which two rings share a common side, the rings are *fused rings*. *Ring closures* are chemical reactions in which one part of a chain reacts with another to form a ring, as in the formation of *lactams and *lactones.

**Ringer's solution** *See* **physiological saline.**

**R-isomer** *See* **absolute configuration.**

**ritualization** An evolutionary process in which the form or context of an action is altered because it comes to play a role in social communication. For example, many *courtship and greeting ceremonies in animals include ritual food presentation (though the quantities of food may be negligible), derived from the action of feeding the young.

**RME** *See* **biofuel.**

**RMS value** *See* **root-mean-square value.**

**RNA (ribonucleic acid)** A complex organic compound (a nucleic acid) in living cells that is concerned with *protein synthesis. In some viruses, RNA is also the hereditary material. Most RNA is synthesized in the nucleus and then distributed to various parts of the cytoplasm. An RNA molecule consists of a long chain of *nucleotides in which the sugar is *ribose and the bases are adenine, cytosine, guanine, and uracil (see illustration; *compare* **DNA**). *Messenger RNA (mRNA)* is responsible for carrying the *genetic code transcribed from DNA to specialized sites within the cell (known as *ribosomes), where the information is translated into protein composition (*see* **transcription**; **translation**). *Ribosomal RNA (rRNA)* is present in ribosomes; it is single-stranded but helical regions are formed by *base pairing within the strand. *Transfer RNA (tRNA, soluble RNA, sRNA)* is involved in the assembly of amino acids in a protein chain being synthesized at a ribosome. Each tRNA is specific for an amino acid and bears a triplet of bases complementary with a triplet on mRNA (*see* **codon**).

**RNAase (RNase; ribonuclease)** Any enzyme that catalyses the cleavage of nucleotides in RNA. Each RNAase has a




Single-stranded structure of RNA




Detail of molecular structure of sugar–phosphate backbone. Each ribose unit is attached to a phosphate group and a base, forming a nucleotide.




The four bases of RNA

*Molecular structure of RNA*

specificity for a different cleavage site. For example, RNAase A is a digestive enzyme secreted by the pancreas that hydrolyses phosphodiester bonds in the nucleotide chain. Other RNAases are active at the cellular level, for instance in modifying transfer RNA and ribosomal RNA after transcription.

**RNA polymerase** *See* **polymerase.**

**roasting** The heating of a finely ground ore, especially a sulphide, in air prior to *smelting. The roasting process expels moisture, chemically combined water, and volatile matter; in the case of sulphides, the sulphur is expelled as sulphur dioxide and the ore is converted into an oxide. Part of the heat may be provided by the combustion of the sulphur.

**Rochelle salt** Potassium sodium tartrate tetrahydrate, $KNaC_4H_4O_6.4H_2O$. A colourless crystalline salt used for its piezoelectric properties.

**Roche lobe** One of the two pear-shaped regions that surround each of a pair of *binary stars. It is the region in which a particular star's gravitational field is predominant. It is named after Edouard Roche (1820–83).

**Rochon prism** An optical device consisting of two quartz prisms; the first, cut parallel to the optic axis, receives the light; the second, with the optic axis at right angles, transmits the ordinary ray without deviation but the extraordinary ray is deflected and can be absorbed by a screen. The device can be used to produce plane-polarized light and it can also be used with ultraviolet radiation.

**rock** An aggregate of mineral particles that makes up part of the earth's crust. It may be consolidated or unconsolidated (e.g. sand, gravel, mud, shells, coral, and clay).

**rock crystal** *See* **quartz.**

**rocket** A space vehicle or projectile that is forced through space or the atmosphere by *jet propulsion and that carries its own propellants and oxidizers. It is therefore independent of the earth's atmosphere for lift, thrust, or oxygen and is the only known vehicle for travel outside the earth's atmosphere. Rocket motors (or rocket engines) are currently driven by solid or liquid chemical propellants, which burn in an oxidizer carried within the rocket. Typical liquid bipropellant combinations include liquid hydrogen with liquid oxygen for main engines and hydrazine with dinitrogen tetroxide oxidizer for smaller positioning rockets. Experimental rocket motors have also been tested using ionized gases and plasmas to provide thrust (*see also* **ion engine**). The measure of a rocket motor's performance is its *specific impulse.

**rocking-chair cell** *See* **intercalation cell.**

**rock salt** *See* **halite.**

**rod** A type of light-sensitive receptor cell present in the retinas of vertebrates. Rods contain the pigment *rhodopsin and are essential for vision in dim light. They are not evenly distributed on the retina, being absent in the *fovea and occupying all of the retinal margin. *Compare* **cone.**

**Rodentia** An order of mammals characterized by a single pair of long curved incisors in each jaw. These teeth are specialized for gnawing: they continue growing throughout life and have enamel only on the front so that they wear to a chisel-shaped cutting edge. Rodents often breed throughout the year and produce large numbers of quickly maturing young. The order includes the squirrels, beavers, rats, mice, and porcupines.

**roentgen** The former unit of dose equivalent (*see* **radiation units**). It is named after W. K. Roentgen.

**Roentgen, William Konrad** (1845–1923) German physicist, who made many contributions to physics, the best known being his discovery of X-rays in 1895. For this work he was awarded the first Nobel Prize for physics in 1901.

**rolling friction** *Friction between a rolling wheel and the plane surface on which it is rotating. As a result of any small distortions of the two surfaces, there is a frictional force with a component, $F_r$, that opposes the motion. If $N$ is the normal force, $F_r = N\mu_r$, where $\mu_r$ is called the *coefficient of rolling friction*.

# Joint Claim Construction Brief

# EXHIBIT 19

Case 1:23-cv-00580-CFC Document 65-2 Filed 06/18/24 Page 134 of 155 PageID #: 6161

LEHNINGER

# PRINCIPLES OF BIOCHEMISTRY

FIFTH EDITION

**David L. Nelson**
*Professor of Biochemistry*
*University of Wisconsin–Madison*

**Michael M. Cox**
*Professor of Biochemistry*
*University of Wisconsin–Madison*



W.H. FREEMAN AND COMPANY
New York

LEHNINGER

# PRINCIPLES OF BIOCHEMISTRY

| | |
|---|---|
| *Publisher:* | SARA TENNEY |
| *Executive Editor:* | KATHERINE AHR |
| *Senior Developmental Editor:* | RANDI ROSSIGNOL |
| *Associate Director of Marketing:* | DEBBIE CLARE |
| *Marketing Director:* | JOHN BRITCH |
| *Senior Media Editor:* | PATRICK SHRINER |
| *Managing Editor:* | PHILIP McCAFFREY |
| *Project Editor:* | ELIZABETH GELLER |
| *Photo Editor:* | BIANCA MOSCATELLI |
| *Photo Researcher:* | DENA BETZ |
| *Text and Cover Designer:* | VICKI TOMASELLI |
| *Page Makeup:* | MARSHA COHEN |
| *Illustration Coordinator:* | SUSAN TIMMINS |
| *Illustrations:* | H. ADAM STEINBERG; NETWORK GRAPHICS |
| *Molecular Graphics:* | H. ADAM STEINBERG; JEAN-YVES SGRO |
| *Production Coordinator:* | PAUL W. ROHLOFF |
| *Composition:* | APTARA, INC. |
| *Manufacturing:* | QUEBECOR |

On the cover: RNA polymerase II from yeast, bound to DNA and in the act of transcribing it into RNA. Image created by H. Adam Steinberg using PDB ID 1I6H as modified by Seth Darst.

Library of Congress Control Number: 2007941224

ISBN-13: 978-0-7167-7108-1
ISBN-10: 0-7167-7108-X
©2008 by W. H. Freeman and Company
All rights reserved

Printed in the United States of America

Second printing

W. H. Freeman and Company
41 Madison Avenue
New York, NY 10010
Houndmills, Basingstoke RG21 6XS, England
www.whfreeman.com

Case 1:23-cv-00580-CFC Document 65-2 61






**FIGURE 10–7 Some common types of storage and membrane lipids.** All the lipid types shown here have either glycerol or sphingosine as the backbone (pink screen), to which are attached one or more long-chain alkyl groups (yellow) and a polar head group (blue). In triacylglycerols, glycerophospholipids, galactolipids, and sulfolipids, the alkyl groups are fatty acids in ester linkage. Sphingolipids contain a single fatty acid, in amide linkage to the sphingosine backbone. The membrane lipids of archaea are variable; that shown here has two very long, branched alkyl chains, each end in ether linkage with a glycerol moiety. In phospholipids the polar head group is joined through a phosphodiester, whereas glycolipids have a direct glycosidic linkage between the head-group sugar and the backbone glycerol.

## Glycerophospholipids Are Derivatives of Phosphatidic Acid

**Glycerophospholipids**, also called phosphoglycerides, are membrane lipids in which two fatty acids are attached in ester linkage to the first and second carbons of glycerol, and a highly polar or charged group is attached through a phosphodiester linkage to the third carbon. Glycerol is prochiral; it has no asymmetric carbons, but attachment of phosphate at one end converts it into a chiral compound, which can be correctly named either L-glycerol 3-phosphate, D-glycerol 1-phosphate, or *sn*-glycerol 3-phosphate **(Fig. 10–8)**. Glycerophospholipids are named as derivatives of the parent compound, phosphatidic acid **(Fig. 10–9)**, according to the polar alcohol in the head group. Phosphatidylcholine and phosphatidylethanolamine have choline and ethanolamine as their polar head groups, for example. In all these



L-Glycerol 3-phosphate
(*sn*-glycerol 3-phosphate)

**FIGURE 10–8 L-Glycerol 3-phosphate, the backbone of phospholipids.** Glycerol itself is not chiral, as it has a plane of symmetry through C-2. However, glycerol is prochiral—it can be converted to a chiral compound by adding a substituent such as phosphate to either of the —$CH_2OH$ groups. One unambiguous nomenclature for glycerol phosphate is the DL system (described on p. 74), in which the isomers are named according to their stereochemical relationships to glyceraldehyde isomers. By this system, the stereoisomer of glycerol phosphate found in most lipids is correctly named either L-glycerol 3-phosphate or D-glycerol 1-phosphate. Another way to specify stereoisomers is the *sn* (*s*tereospecific *n*umbering) system, in which C-1 is, by definition, the group of the prochiral compound that occupies the pro-*S* position. The common form of glycerol phosphate in phospholipids is, by this system, *sn*-glycerol 3-phosphate.

compounds, the head group is joined to glycerol through a phosphodiester bond, in which the phosphate group bears a negative charge at neutral pH. The polar alcohol may be negatively charged (as in phosphatidylinositol 4,5-bisphosphate), neutral (phosphatidylserine), or positively charged (phosphatidylcholine, phosphatidylethanolamine). As we shall see in Chapter 11, these charges contribute greatly to the surface properties of membranes.

The fatty acids in glycerophospholipids can be any of a wide variety, so a given phospholipid (phosphatidylcholine, for example) may consist of several molecular species, each with its unique complement of fatty acids. The distribution of molecular species is specific for different organisms, different tissues of the same organism, and different glycerophospholipids in the same cell or tissue. In general, glycerophospholipids contain a $C_{16}$ or $C_{18}$ saturated fatty acid at C-1 and a $C_{18}$ or $C_{20}$ unsaturated fatty acid at C-2. With few exceptions, the biological significance of the variation in fatty acids and head groups is not yet understood.

## Some Glycerophospholipids Have Ether-Linked Fatty Acids

Some animal tissues and some unicellular organisms are rich in **ether lipids**, in which one of the two acyl chains is attached to glycerol in ether, rather than ester, linkage. The ether-linked chain may be saturated, as in the alkyl ether lipids, or may contain a double bond between C-1 and C-2, as in **plasmalogens (Fig. 10–10)**. Vertebrate heart tissue is uniquely enriched in ether lipids; about half of the heart phospholipids are plasmalogens. The membranes of halophilic bacteria, ciliated protists, and certain invertebrates also contain high proportions of ether lipids. The functional significance of ether lipids in these membranes is unknown; perhaps their resistance to the phospholipases that cleave ester-linked fatty acids from membrane lipids is important in some roles.

At least one ether lipid, **platelet-activating factor**, is a potent molecular signal. It is released from leukocytes called basophils and stimulates platelet aggregation and the release of serotonin (a vasoconstrictor)

Filed 06/18/24 Page 138 of 155 PageID #:






| Name of glycerophospholipid | Name of X—O | Formula of X | Net charge (at pH 7) |
|---|---|---|---|
| Phosphatidic acid | — | $—H$ | −1 |
| Phosphatidylethanolamine | Ethanolamine | $—CH_2—CH_2—\overset{+}{N}H_3$ | 0 |
| Phosphatidylcholine | Choline | $—CH_2—CH_2—\overset{+}{N}(CH_3)_3$ | 0 |
| Phosphatidylserine | Serine | $—CH_2—CH(COO^-)—\overset{+}{N}H_3$ | −1 |
| Phosphatidylglycerol | Glycerol | $—CH_2—CH(OH)—CH_2—OH$ | −1 |
| Phosphatidylinositol 4,5-bisphosphate | *myo*-Inositol 4,5-bisphosphate |  | −4 |
| Cardiolipin | Phosphatidyl-glycerol |  | −2 |

**FIGURE 10–9 Glycerophospholipids.** The common glycerophospholipids are diacylglycerols linked to head-group alcohols through a phosphodiester bond. Phosphatidic acid, a phosphomonoester, is the parent compound. Each derivative is named for the head-group alcohol (X), with the prefix "phosphatidyl-." In cardiolipin, two phosphatidic acids share a single glycerol ($R^1$ and $R^2$ are fatty acyl groups).







**FIGURE 10–10 Ether lipids.** Plasmalogens have an ether-linked alkenyl chain where most glycerophospholipids have an ester-linked fatty acid (compare Fig. 10–9). Platelet-activating factor has a long ether-linked alkyl chain at C-1 of glycerol, but C-2 is ester-linked to acetic acid, which makes the compound much more water-soluble than most glycerophospholipids and plasmalogens. The head-group alcohol is ethanolamine in plasmalogens and choline in platelet-activating factor.

Case 1:23-cv-00580-CFC Document 65-2 616



from platelets. It also exerts a variety of effects on liver, smooth muscle, heart, uterine, and lung tissues and plays an important role in inflammation and the allergic response. ■

## Chloroplasts Contain Galactolipids and Sulfolipids

The second group of membrane lipids are those that predominate in plant cells: the **galactolipids**, in which one or two galactose residues are connected by a glycosidic linkage to C-3 of a 1,2-diacylglycerol (**Fig. 10–11**; see also Fig. 10–7). Galactolipids are localized in the thylakoid membranes (internal membranes) of chloroplasts; they make up 70% to 80% of the total membrane lipids of a vascular plant. They are probably the most abundant membrane lipids in the biosphere. Phosphate is often the limiting plant nutrient in soil, and perhaps the evolutionary pressure to conserve phosphate for more critical roles favored plants that made phosphate-free lipids. Plant membranes also contain sulfolipids, in which a sulfonated glucose residue is joined to a diacylglycerol in glycosidic linkage. In sulfolipids, the sulfonate on the head group bears a negative charge like that of the phosphate group in phospholipids (Fig. 10–11).

## Archaea Contain Unique Membrane Lipids

The archaea, most of which live in ecological niches with extreme conditions—high temperatures (boiling water), low pH, high ionic strength, for example—have membrane lipids containing long-chain (32 carbons) branched hydrocarbons linked at each end to glycerol (**Fig. 10–12**). These linkages are through ether bonds, which are much more stable to hydrolysis at low pH and high temperature than are the ester bonds found in the lipids of bacteria and eukaryotes. In their fully extended form, these archaeal lipids are twice the length of phospholipids and sphingolipids, and can span the full width of the surface membrane. At each end of the extended molecule is a polar head consisting of glycerol linked to either phosphate or sugar residues. The general name for these compounds, glycerol dialkyl glycerol tetraethers (GDGTs), reflects their unique structure. The glycerol moiety of the archaeal lipids is not the same stereoisomer as that in the lipids of Bacteria and Eukarya; the central carbon is in the R configuration in Archaea, in the S configuration in the other domains (Fig. 10–8).

## Sphingolipids Are Derivatives of Sphingosine

**Sphingolipids**, the fourth large class of membrane lipids, also have a polar head group and two nonpolar tails, but unlike glycerophospholipids and galactolipids they contain no glycerol. Sphingolipids are composed of one molecule of the long-chain amino alcohol sphingosine (also called 4-sphingenine) or one of its derivatives, one molecule of a long-chain fatty acid, and a polar head group that is joined by a glycosidic linkage in some cases and a phosphodiester in others (**Fig. 10–13**).




**FIGURE 10–11 Three glycolipids of chloroplast thylakoid membranes.** In monogalactosyldiacylglycerols (MGDGs) and digalactosyldiacylglycerols (DGDGs), almost all the acyl groups are derived from linoleic acid, 18:2($\Delta^{9,12}$), and the head groups are uncharged. In the sulfolipid 6-sulfo-6-deoxy-α-D-glucopyranosyldiacylglycerol, the sulfonate carries a fixed negative charge.

Filed 06/18/24 Page 140 of 155 PageID #:
67






**FIGURE 10–12 A typical membrane lipid of archaea.** In this diphytanyl tetraether lipid, the diphytanyl moieties (yellow) are long hydrocarbons composed of eight five-carbon isoprene groups condensed end-to-end (on the condensation of isoprene units, see Fig. 21–36; also, compare the diphytanyl groups with the 20-carbon phytol side chain of chlorophylls in Fig. 19–47a). In this extended form, the diphytanyl groups are about twice the length of a 16-carbon fatty acid typically found in the membrane lipids of bacteria and eukaryotes. The glycerol moieties in the archaeal lipids are in the R configuration, in contrast to those of bacteria and eukaryotes, which have the S configuration. Archaeal lipids differ in the substituents on the glycerols. In the molecule shown here, one glycerol is linked to the disaccharide α-glucopyranosyl-(1→2)-β-galactofuranose; the other glycerol is linked to a glycerol phosphate head group.

Sphingolipid (general structure)




| Name of sphingolipid | Name of X—O | Formula of X |
|---|---|---|
| Ceramide | — | —H |
| Sphingomyelin | Phosphocholine | —P(=O)(O$^-$)—O—$CH_2$—$CH_2$—$\overset{+}{N}(CH_3)_3$ |
| Neutral glycolipids Glucosylcerebroside | Glucose |  |
| Lactosylceramide (a globoside) | Di-, tri-, or tetrasaccharide |  |
| Ganglioside GM2 | Complex oligosaccharide |  |





Johann Thudichum, 1829–1901

**FIGURE 10–13 Sphingolipids.** The first three carbons at the polar end of sphingosine are analogous to the three carbons of glycerol in glycerophospholipids. The amino group at C-2 bears a fatty acid in amide linkage. The fatty acid is usually saturated or monounsaturated, with 16, 18, 22, or 24 carbon atoms. Ceramide is the parent compound for this group. Other sphingolipids differ in the polar head group (X) attached at C-1. Gangliosides have very complex oligosaccharide head groups. Standard symbols for sugars are used in this figure, as shown in Table 7–1.

Case 1:23-cv-00580-CFC Document 65-2
6

Carbons C-1, C-2, and C-3 of the sphingosine molecule are structurally analogous to the three carbons of glycerol in glycerophospholipids. When a fatty acid is attached in amide linkage to the —$NH_2$ on C-2, the resulting compound is a **ceramide**, which is structurally similar to a diacylglycerol. Ceramide is the structural parent of all sphingolipids.

There are three subclasses of sphingolipids, all derivatives of ceramide but differing in their head groups: sphingomyelins, neutral (uncharged) glycolipids, and gangliosides. **Sphingomyelins** contain phosphocholine or phosphoethanolamine as their polar head group and are therefore classified along with glycerophospholipids as phospholipids (Fig. 10–7). Indeed, sphingomyelins resemble phosphatidylcholines in their general properties and three-dimensional structure, and in having no net charge on their head groups **(Fig. 10–14)**. Sphingomyelins are present in the plasma membranes of animal cells and are especially prominent in myelin, a membranous sheath that surrounds and insulates the axons of some neurons—thus the name "sphingomyelins."


Phosphatidylcholine

Sphingomyelin

**FIGURE 10–14** The similarities in shape and molecular structure of phosphatidylcholine (a glycerophospholipid) and sphingomyelin (a sphingolipid) are clear when their space-filling and structural formulas are drawn as here.

**Glycosphingolipids**, which occur largely in the outer face of plasma membranes, have head groups with one or more sugars connected directly to the —OH at C-1 of the ceramide moiety; they do not contain phosphate. **Cerebrosides** have a single sugar linked to ceramide; those with galactose are characteristically found in the plasma membranes of cells in neural tissue, and those with glucose in the plasma membranes of cells in nonneural tissues. **Globosides** are glycosphingolipids with two or more sugars, usually D-glucose, D-galactose, or *N*-acetyl-D-galactosamine. Cerebrosides and globosides are sometimes called **neutral glycolipids**, as they have no charge at pH 7.

**Gangliosides**, the most complex sphingolipids, have oligosaccharides as their polar head groups and one or more residues of *N*-acetylneuraminic acid (Neu5Ac), a sialic acid (often simply called "sialic acid"), at the termini. Sialic acid gives gangliosides the negative charge at pH 7 that distinguishes them from globosides. Gangliosides with one sialic acid residue are in the GM (*M* for mono-) series, those with two are in the GD (*D* for di-) series, and so on (GT, three sialic acid residues; GQ, four).


*N*-Acetylneuraminic acid (a sialic acid)
(Neu5Ac)

## Sphingolipids at Cell Surfaces Are Sites of Biological Recognition

When sphingolipids were discovered more than a century ago by the physician-chemist Johann Thudichum, their biological role seemed as enigmatic as the Sphinx, for which he therefore named them. In humans, at least 60 different sphingolipids have been identified in cellular membranes. Many of these are especially prominent in the plasma membranes of neurons, and some are clearly recognition sites on the cell surface, but a specific function for only a few sphingolipids has been discovered thus far. The carbohydrate moieties of certain sphingolipids define the human blood groups and therefore determine the type of blood that individuals can safely receive in blood transfusions **(Fig. 10–15)**.

Gangliosides are concentrated in the outer surface of cells, where they present points of recognition for extracellular molecules or surfaces of neighboring cells. The kinds and amounts of gangliosides in the plasma membrane change dramatically during embryonic development. Tumor formation induces the synthesis of a




**FIGURE 10–15 Glycosphingolipids as determinants of blood groups.** The human blood groups (O, A, B) are determined in part by the oligosaccharide head groups of these glycosphingolipids. The same three oligosaccharides are also found attached to certain blood proteins of individuals of blood types O, A, and B, respectively. Standard symbols for sugars are used here (see Table 7–1).




**FIGURE 10–16 The specificities of phospholipases.** Phospholipases $A_1$ and $A_2$ hydrolyze the ester bonds of intact glycerophospholipids at C-1 and C-2 of glycerol, respectively. When one of the fatty acids has been removed by a type A phospholipase, the second fatty acid is removed by a lysophospholipase (not shown). Phospholipases C and D each split one of the phosphodiester bonds in the head group. Some phospholipases act on only one type of glycerophospholipid, such as phosphatidylinositol 4,5-bisphosphate (shown here) or phosphatidylcholine; others are less specific.

new complement of gangliosides, and very low concentrations of a specific ganglioside have been found to induce differentiation of cultured neuronal tumor cells. Investigation of the biological roles of diverse gangliosides remains fertile ground for future research.

## Phospholipids and Sphingolipids Are Degraded in Lysosomes

Most cells continually degrade and replace their membrane lipids. For each hydrolyzable bond in a glycerophospholipid, there is a specific hydrolytic enzyme in the lysosome **(Fig. 10–16)**. Phospholipases of the A type remove one of the two fatty acids, producing a lysophospholipid. (These esterases do not attack the ether link of plasmalogens.) Lysophospholipases remove the remaining fatty acid.

Gangliosides are degraded by a set of lysosomal enzymes that catalyze the stepwise removal of sugar units, finally yielding a ceramide. A genetic defect in any of these hydrolytic enzymes leads to the accumulation of gangliosides in the cell, with severe medical consequences (Box 10–2).

## Sterols Have Four Fused Carbon Rings

**Sterols** are structural lipids present in the membranes of most eukaryotic cells. The characteristic structure of this fifth group of membrane lipids is the steroid nucleus, consisting of four fused rings, three with six carbons and one with five **(Fig. 10–17)**. The steroid nucleus is almost planar and is relatively rigid; the fused rings do not allow rotation about C—C bonds. **Cholesterol**, the major sterol




**FIGURE 10–17 Cholesterol.** The stick structure of cholesterol is visible through a transparent surface contour model of the molecule. In the chemical structure, the rings are labeled A through D to simplify reference to derivatives of the steroid nucleus; the carbon atoms are numbered in blue. The C-3 hydroxyl group (pink in both representations) is the polar head group. For storage and transport of the sterol, this hydroxyl group condenses with a fatty acid to form a sterol ester.

reaction proceeds at one-half its maximum velocity.

**Michaelis-Menten equation:** The equation describing the hyperbolic dependence of the initial reaction velocity, $V_0$, on substrate concentration, [S], in many enzyme-catalyzed reactions:

$$V_0 = \frac{V_{max}[S]}{K_m + [S]}$$

**Michaelis-Menten kinetics:** A kinetic pattern in which the initial rate of an enzyme-catalyzed reaction exhibits a hyperbolic dependence on substrate concentration.

**microbodies:** Cytoplasmic, membrane-bounded vesicles containing peroxide-forming and peroxide-destroying enzymes; include lysosomes, peroxisomes, and glyoxysomes.

**microfilaments:** Thin filaments composed of actin, found in the cytoplasm of eukaryotic cells; serve in structure and movement.

**micro-RNA:** *See* miRNA.

**microsomes:** Membranous vesicles formed by fragmentation of the endoplasmic reticulum of eukaryotic cells; recovered by differential centrifugation.

**microtubules:** Thin tubules assembled from two types of globular tubulin subunits; present in cilia, flagella, centrosomes, and other contractile or motile structures.

**miRNA (micro-RNA):** A class of small RNA molecules (20 to 25 nucleotides after processing is complete) involved in gene silencing by inhibiting translation and/or promoting the degradation of particular mRNAs.

**mismatch:** A base pair in a nucleic acid that cannot form normal Watson-Crick pairs.

**mismatch repair:** An enzymatic system for repairing base mismatches in DNA.

**mitochondrion:** Membrane-bounded organelle of eukaryotic cells; contains the enzyme systems required for the citric acid cycle, fatty acid oxidation, electron transfer, and oxidative phosphorylation.

**mitosis:** In eukaryotic cells, the multistep process that results in the replication of chromosomes and cell division.

**mixed-function oxidases:** Enzymes (a monooxygenase, for example) that catalyze reactions in which two reductants—one of which is generally NADPH, the other the substrate—are oxidized. One oxygen atom is incorporated into the product, the other is reduced to $H_2O$. These enzymes often use cytochrome P-450 to carry electrons from NADPH to $O_2$.

**mixed inhibition:** The reversible inhibition pattern resulting when an inhibitor molecule can bind to either the free enzyme or the enzyme-substrate complex (not necessarily with the same affinity).

**modulator:** A metabolite that, when bound to the allosteric site of an enzyme, alters its kinetic characteristics.

**molar solution:** One mole of solute dissolved in water to give a total volume of 1,000 mL.

**mole:** One gram molecular weight of a compound. *See also* Avogadro's number.

**monocistronic mRNA:** An mRNA that can be translated into only one protein.

**monoclonal antibodies:** Antibodies produced by a cloned hybridoma cell, which therefore are identical and directed against the same epitope of the antigen.

**monolayer:** A single layer of oriented lipid molecules.

**monoprotic acid:** An acid with only one dissociable proton.

**monosaccharide:** A carbohydrate consisting of a single sugar unit.

**moonlighting enzymes:** Enzymes that play two distinct roles, at least one of which is catalytic; the other may be catalytic, regulatory, or structural.

**motif:** Any distinct folding pattern for elements of secondary structure, observed in one or more proteins. A motif can be simple or complex, and can represent all or just a small part of a polypeptide chain. Also called a fold or supersecondary structure.

**mRNA:** *See* messenger RNA.

**mucopolysaccharide:** *See* glycosaminoglycan.

**multienzyme system:** A group of related enzymes participating in a given metabolic pathway.

**mutarotation:** The change in specific rotation of a pyranose or furanose sugar or glycoside accompanying the equilibration of its $\alpha$- and $\beta$-anomeric forms.

**mutases:** Enzymes that catalyze the transposition of functional groups.

**mutation:** An inheritable change in the nucleotide sequence of a chromosome.

**myocyte:** A muscle cell.

**myofibril:** A unit of thick and thin filaments of muscle fibers.

**myosin:** A contractile protein; the major component of the thick filaments of muscle and other actin-myosin systems.

## n

**NAD, NADP (nicotinamide adenine dinucleotide, nicotinamide adenine dinucleotide phosphate):** Nicotinamide-containing coenzymes functioning as carriers of hydrogen atoms and electrons in some oxidation-reduction reactions.

**native conformation:** The biologically active conformation of a macromolecule.

**ncRNA (noncoding RNA):** Any RNA that does not encode instructions for a protein product.

**negative cooperativity:** A property of some multisubunit enzymes or proteins in which binding of a ligand or substrate to one subunit impairs binding to another subunit.

**negative feedback:** Regulation of a biochemical pathway in which a reaction product inhibits an earlier step in the pathway.

**neuron:** A cell of nervous tissue specialized for transmission of a nerve impulse.

**neurotransmitter:** A low molecular weight compound (usually containing nitrogen) secreted from the axon terminal of a neuron and bound by a specific receptor in the next neuron; serves to transmit a nerve impulse.

**nicotinamide adenine dinucleotide, nicotinamide adenine dinucleotide phosphate:** *See* NAD, NADP.

**ninhydrin reaction:** A color reaction given by amino acids and peptides on heating with ninhydrin, widely used for their detection and estimation.

**nitrogenase complex:** A system of enzymes capable of reducing atmospheric nitrogen to ammonia in the presence of ATP.

**nitrogen cycle:** The cycling of various forms of biologically available nitrogen through the plant, animal, and microbial worlds, and through the atmosphere and geosphere.

**nitrogen fixation:** Conversion of atmospheric nitrogen ($N_2$) into a reduced, biologically available form by nitrogen-fixing organisms.

**NMR:** *See* nuclear magnetic resonance spectroscopy.

**noncoding RNA:** *See* ncRNA.

**noncyclic electron flow:** The light-induced flow of electrons from water to $NADP^+$ in oxygen-evolving photosynthesis; it involves both photosystems I and II.

**nonessential amino acids:** Amino acids that can be made by humans and other vertebrates from simpler precursors and are thus not required in the diet.

**nonheme iron proteins:** Proteins, usually acting in oxidation-reduction reactions, containing iron but no porphyrin groups.

**nonpolar:** Hydrophobic; describes molecules or groups that are poorly soluble in water.

**nonsense codon:** A codon that does not specify an amino acid, but signals the termination of a polypeptide chain.

**nonsense mutation:** A mutation that results in the premature termination of a polypeptide chain.

**nonsense suppressor:** A mutation, usually in the gene for a tRNA, that causes an amino acid to be inserted into a polypeptide in response to a termination codon.

**nuclear magnetic resonance (NMR) spectroscopy:** A technique that utilizes certain quantum mechanical properties of atomic nuclei to study the structure and dynamics of the molecules of which they are a part.

**nucleases:** Enzymes that hydrolyze the internucleotide (phosphodiester) linkages of nucleic acids.

**nucleic acids:** Biologically occurring polynucleotides in which the nucleotide residues are linked in a specific sequence by phosphodiester bonds; DNA and RNA.

**nucleoid:** In bacteria, the nuclear zone that contains the chromosome but has no surrounding membrane.

**nucleolus:** In eukaryotic cells, a densely staining structure in the nucleus; involved in rRNA synthesis and ribosome formation.

**phosphorolysis:** Cleavage of a compound with phosphate as the attacking group; analogous to hydrolysis.

**phosphorylases:** Enzymes that catalyze phosphorolysis.

**phosphorylation:** Formation of a phosphate derivative of a biomolecule, usually by enzymatic transfer of a phosphoryl group from ATP.

**phosphorylation potential ($\Delta G_p$):** The actual free-energy change of ATP hydrolysis under the nonstandard conditions prevailing in a cell.

**photochemical reaction center:** The part of a photosynthetic complex where the energy of an absorbed photon causes charge separation, initiating electron transfer.

**photon:** The ultimate unit (a quantum) of light energy.

**photophosphorylation:** The enzymatic formation of ATP from ADP coupled to the light-dependent transfer of electrons in photosynthetic cells.

**photoreduction:** The light-induced reduction of an electron acceptor in photosynthetic cells.

**photorespiration:** Oxygen consumption occurring in illuminated temperate-zone plants, largely due to oxidation of phosphoglycolate.

**photosynthesis:** The use of light energy to produce carbohydrates from carbon dioxide and a reducing agent such as water.

**photosynthetic phosphorylation:** *See* photophosphorylation.

**photosystem:** In photosynthetic cells, a functional set of light-absorbing pigments and its reaction center.

**phototroph:** An organism that can use the energy of light to synthesize its own fuels from simple molecules such as carbon dioxide, oxygen, and water; as distinct from a chemotroph.

**p$K_a$:** The negative logarithm of an equilibrium constant.

**plasmalogen:** A phospholipid with an alkenyl ether substituent on the C-1 of glycerol.

**plasma membrane:** The exterior membrane surrounding the cytoplasm of a cell.

**plasma proteins:** The proteins present in blood plasma.

**plasmid:** An extrachromosomal, independently replicating, small circular DNA molecule; commonly employed in genetic engineering.

**plastid:** In plants, a self-replicating organelle; may differentiate into a chloroplast.

**platelets:** Small, enucleated cells that initiate blood clotting; they arise from bone marrow cells called megakaryocytes. Also known as thrombocytes.

**pleated sheet:** The side-by-side, hydrogen-bonded arrangement of polypeptide chains in the extended $\beta$ conformation.

**plectonemic:** Describes a structure in a molecular polymer that has a net twisting of strands about each other in some simple and regular way.

**polar:** Hydrophilic, or "water-loving"; describes molecules or groups that are soluble in water.

**polarity:** (1) In chemistry, the nonuniform distribution of electrons in a molecule; polar molecules are usually soluble in water. (2) In molecular biology, the distinction between the 5′ and 3′ ends of nucleic acids.

**poly(A) tail:** A length of adenosine residues added to the 3′ end of many mRNAs in eukaryotes (and sometimes in bacteria).

**polycistronic mRNA:** A contiguous mRNA with more than two genes that can be translated into proteins.

**polyclonal antibodies:** A heterogeneous pool of antibodies produced in an animal by different B lymphocytes in response to an antigen. Different antibodies in the pool recognize different parts of the antigen.

**polylinker:** A short, often synthetic, fragment of DNA containing recognition sequences for several restriction endonucleases.

**polymerase chain reaction (PCR):** A repetitive laboratory procedure that results in a geometric amplification of a specific DNA sequence.

**polymorphic:** Describes a protein for which amino acid sequence variants exist in a population of organisms, but the variations do not destroy the protein's function.

**polynucleotide:** A covalently linked sequence of nucleotides in which the 3′ hydroxyl of the pentose of one nucleotide residue is joined by a phosphodiester bond to the 5′ hydroxyl of the pentose of the next residue.

**polypeptide:** A long chain of amino acids linked by peptide bonds; the molecular weight is generally less than 10,000.

**polyribosome:** *See* polysome.

**polysaccharide:** A linear or branched polymer of monosaccharide units linked by glycosidic bonds.

**polysome:** A complex of an mRNA molecule and two or more ribosomes; also called polyribosome.

**polyunsaturated fatty acid:** *See* PUFA.

**P/O ratio:** The number of moles of ATP formed in oxidative phosphorylation per $\frac{1}{2}O_2$ reduced (thus, per pair of electrons passed to $O_2$). Experimental values used in this text are 2.5 for passage of electrons from NADH to $O_2$, and 1.5 for passage of electrons from FADH to $O_2$. Some textbooks use the integral values of 3.0 and 2.0.

**porphyria:** Inherited condition resulting from the lack of one or more enzymes required to synthesize porphyrins.

**porphyrin:** Complex nitrogenous compound containing four substituted pyrroles covalently joined into a ring; often complexed with a central metal atom.

**positive cooperativity:** A property of some multisubunit enzymes or proteins in which binding of a ligand or substrate to one subunit facilitates binding to another subunit.

**posttranscriptional processing:** The enzymatic processing of the primary RNA transcript to produce functional RNAs, including mRNAs, tRNAs, rRNAs, and many other classes of RNAs.

**posttranslational modification:** Enzymatic processing of a polypeptide chain after translation from its mRNA.

**PPAR (peroxisome proliferator-activated receptor):** A family of nuclear transcription factors, activated by lipidic ligands, that alter the expression of specific genes, including those encoding enzymes of lipid synthesis and breakdown.

**primary structure:** A description of the covalent backbone of a polymer (macromolecule), including the sequence of monomeric subunits and any interchain and intrachain covalent bonds.

**primary transcript:** The immediate RNA product of transcription before any posttranscriptional processing reactions.

**primase:** An enzyme that catalyzes the formation of RNA oligonucleotides used as primers by DNA polymerases.

**primer:** A short oligomer (of sugars or nucleotides, for example) to which an enzyme adds additional monomeric subunits.

**primer terminus:** The end of a primer to which monomeric subunits are added.

**priming:** (1) In protein phosphorylation, the phosphorylation of an amino acid residue that becomes the binding site and point of reference for phosphorylation of other residues in the same protein. (2) In DNA replication, the synthesis of a short oligonucleotide to which DNA polymerases can add additional nucleotides.

**primosome:** An enzyme complex that synthesizes the primers required for lagging strand DNA synthesis.

**probe:** A labeled fragment of nucleic acid containing a nucleotide sequence complementary to a gene or genomic sequence that one wishes to detect in a hybridization experiment.

**processivity:** For any enzyme that catalyzes the synthesis of a biological polymer, the property of adding multiple subunits to the polymer without dissociating from the substrate.

**prochiral molecule:** A symmetric molecule that can react asymmetrically with an enzyme having an asymmetric active site, generating a chiral product.

**projection formulas:** A method for representing molecules to show the configuration of groups around chiral centers; also known as Fischer projection formulas.

**prokaryote:** A term used historically to refer to any species in the kingdoms Bacteria and Archaea. The differences between bacteria (formerly referred to as "eubacteria") and archaea are sufficiently great that the inclusive term is of marginal usefulness. A tendency to use "prokaryote" when referring only to bacteria is common and misleading; "prokaryote" also implies an ancestral

**uncompetitive inhibition:** The reversible inhibition pattern resulting when an inhibitor molecule can bind to the enzyme-substrate complex but not to the free enzyme.

**uncoupling agent:** A substance that uncouples phosphorylation of ADP from electron transfer; for example, 2,4-dinitrophenol.

**uniport:** A transport system that carries only one solute, as distinct from cotransport.

**unsaturated fatty acid:** A fatty acid containing one or more double bonds.

**urea cycle:** A cyclic metabolic pathway in vertebrate liver, synthesizing urea from amino groups and carbon dioxide.

**ureotelic:** Excreting excess nitrogen in the form of urea.

**uricotelic:** Excreting excess nitrogen in the form of urate (uric acid).

## V

**$V_{max}$:** The maximum velocity of an enzymatic reaction when the binding site is saturated with substrate.

**van der Waals interaction:** Weak intermolecular forces between molecules as a result of each inducing polarization in the other.

**vector:** A DNA molecule known to replicate autonomously in a host cell, to which a segment of DNA may be spliced to allow its replication; for example, a plasmid or an artificial chromosome.

**vectorial:** Describes an enzymatic reaction or transport process in which the protein has a specific orientation in a biological membrane such that the substrate is moved from one side of the membrane to the other as it is converted into product.

**vectorial metabolism:** Metabolic transformations in which the location (not the chemical composition) of a substrate changes relative to the plasma membrane or a membrane between two cellular compartments. Transporters catalyze vectorial reactions, as do the proton pumps of oxidative phosphorylation and photophosphorylation.

**viral vector:** A viral DNA altered so that it can act as a vector for recombinant DNA.

**virion:** A virus particle.

**virus:** A self-replicating, infectious, nucleic acid–protein complex that requires an intact host cell for its replication; its genome is either DNA or RNA.

**vitamin:** An organic substance required in small quantities in the diet of some species; generally functions as a component of a coenzyme.

## W

**white adipose tissue (WAT):** Nonthermogenic adipose tissue rich in triacylglycerols stored and mobilized in response to hormonal signals. Transfer of electrons in the mitochondrial respiratory chain is tightly coupled to ATP synthesis. *Compare* brown adipose tissue.

**wild type:** The normal (unmutated) genotype or phenotype.

**wobble:** The relatively loose base pairing between the base at the 3′ end of a codon and the complementary base at the 5′ end of the anticodon.

## X

**x-ray crystallography:** The analysis of x-ray diffraction patterns of a crystalline compound, used to determine the molecule's three-dimensional structure.

## Z

**zinc finger:** A specialized protein motif involved in DNA recognition by some DNA-binding proteins; characterized by a single atom of zinc coordinated to four Lys residues or to two His and two Lys residues.

**zwitterion:** A dipolar ion with spatially separated positive and negative charges.

**zymogen:** An inactive precursor of an enzyme; for example, pepsinogen, the precursor of pepsin.

Joint Claim Construction Brief

# EXHIBIT 20

ELSEVIER

Biochimica et Biophysica Acta 1559 (2002) 87–95

BIOCHIMICA ET BIOPHYSICA ACTA
BBA

www.bba-direct.com

# Anchor-dependent lipofection with non-glycerol based cytofectins containing single 2-hydroxyethyl head groups[1]

Gollapudi Venkata Srilakshmi [a], Joyeeta Sen [a], Arabinda Chaudhuri [a,*], Yerramsetti Ramadas [b], Nalam Madhusudhana Rao [b,2]

[a] *Division of Lipid Science and Technology, Indian Institute of Chemical Technology, Hyderabad 500 007, India*
[b] *Centre for Cellular and Molecular Biology, Hyderabad 500 007, India*

Received 20 August 2001; received in revised form 6 November 2001; accepted 8 November 2001

**Abstract**

Detailed structure–activity investigations aimed at probing the anchor chain length dependency for glycerol-based lipofectins have been reported previously. Herein, we report on the first detailed investigation on the anchor-dependent transfection biology of non-glycerol based simple monocationic cytofectins containing single 2-hydroxyethyl head group functionality using 11 new structural analogs of our previously published first generation of non-glycerol based transfection lipids (lipids **1–11**). The C-14 and C-16 analogs of DOMHAC (lipids **4** and **5**, respectively) were found to be remarkably efficient in transfecting COS-1 cells. In addition, the present anchor-dependency investigation also revealed that the C-14 analog of DOHEMAB (lipid **10**) is significantly efficient in transfecting both COS-1 and NIH3T3 cells. Our results also indicate that too strong lipid–DNA interactions might result in weaker transfection for non-glycerol based cationic lipids. In summary, the anchor-dependence investigations presented here convincingly demonstrate that non-glycerol based cationic lipids containing a single hydroxyethyl head group and hydrophobic C-14 or C-16 anchors are promising non-toxic cationic transfection lipids for future use in liposomal gene delivery. © 2002 Published by Elsevier Science B.V.

*Keywords:* Cytofectin; Cationic lipid; Lipofection; Lipid–DNA interaction; Transfection

Abbreviations: DOTMA, 1,2-dioleyl-3-*N*,*N*,*N*-trimethylaminopropane chloride; DMDHP, (±)-*N*,*N*-[bis(2-hydroxyethyl)]-*N*-[2,3-bis-(tetradecanoyloxy)propyl]ammonium chloride; DMRIE, 1,2-dimyristyloxypropyl-3-dimethyl-hydroethyl ammonium bromide; DOTAP, 1,2-dioleoyloxy-3-(trimethylamino)propane; DOPE, 1,2-dioleoyl-propyl-3-phosphatidylethanolamine; DOMHAC, *N*,*N*-di-n-octadecyl-*N*-methyl,*N*-(2-hydroxyethyl)ammonium chloride; DCMHAC, *N*,*N*-di-n-capryl-*N*-methyl,*N*-(2-hydroxyethyl)ammonium chloride; DDMHAC, *N*,*N*-di-n-decyl-*N*-methyl,*N*-(2-hydroxyethyl)ammonium chloride; DLMHAC, *N*,*N*-di-n-lauryl-*N*-methyl,*N*-(2-hydroxyethyl)-ammonium chloride; DMMHAC, *N*,*N*-di-n-myristyl-*N*-methyl,*N*-(2-hydroxyethyl)ammonium chloride; DHMHAC, *N*,*N*-di-n-hexadecyl-*N*-methyl,*N*-(2-hydroxyethyl)ammonium chloride; DOHEMAB, *N*,*N*-di[*O*-hexadecanoyl]hydroxyethyl-*N*-hydroxyethyl-*N*-methylammonium bromide; DCHEMAB, *N*,*N*-di[*O*-caproyl]hydroxyethyl-*N*-hydroxyethyl-*N*-methylammonium bromide; DDHEMAB, *N*,*N*-di[*O*-decanoyl]hydroxyethyl-*N*-hydroxyethyl-*N*-methylammonium bromide; DLHEMAB, *N*,*N*-di[*O*-lauroyl]hydroxyethyl-*N*-hydroxyethyl-*N*-methylammonium bromide; DMHEMAB, *N*,*N*-di[*O*-myristoyl]hydroxyethyl-*N*-hydroxyethyl-*N*-methylammonium bromide; MOOHAC, *N*-methyl-*N*-n-octadecyl-*N*-oleyl-*N*-hydroxyethylammonium chloride

* Corresponding author. Fax: +91-40-716-0757.
*E-mail addresses:* arabinda@iict.ap.nic.in (A. Chaudhuri), madhu@gene.eembindia.org (N. Madhusudhana Rao).
[1] IICT Communication No. 4813.
[2] Also corresponding author. Fax: +91-40-716-0591

0005-2736/02/$ – see front matter © 2002 Published by Elsevier Science B.V.
PII: S0005-2736(01)00442-4

## 1. Introduction

Synthetic DNA delivery agents are gaining increasing importance in gene therapy as an alternative to viral vectors [1]. Robust manufacture, simplicity of handling techniques, low immunogenic response, and ability to form stable injectable complexes even with large DNA associated with cationic lipid mediated gene delivery are increasingly making them the vectors of choice among the arsenal of non-viral transfection vectors currently in use [2–10], ([11] and references therein), [12–31]. The term 'cytofectins' specifies this class of positively charged lipid molecules that can facilitate the functional entry of polynucleotides, macromolecules, and small molecules into living cells. Molecular architectures of cationic transfection lipids are, in general, composed of three segments namely, a hydrophobic anchor, a linker, and a head group. The contribution of each of these segments on the overall transfection is inadequately understood. Based on several studies it is apparent that the physical properties of the lipid–DNA complex, viz. size, surface charge and accessibility of the DNA in a complex have strong bearing on the transfection efficiency. Mapping transfection efficiency onto various segments of the cationic lipids is a challenging exercise.

A plethora of newer and more efficient cationic transfection lipids have been reported following the pioneering development of the glycerol based cationic lipid DOTMA [1] by Felgner et al. in 1987. Interestingly, the glycerol linker between the cationic head groups and the hydrophobic tails were retained in the molecular design of many of these subsequently developed transfection lipids such as, DOTAP [31], DMDHP [18], DMRIE [8], etc. Recently, we reported four efficient non-glycerol based non-toxic monocationic transfection lipids namely, DHDEAB, MOOHAC, DOMHAC and DOHEMAB [13], in which aliphatic hydrocarbon tails containing 16 or more carbon atoms were covalently linked to the cationic head groups either directly or via an ester group linker. Out of these four non-glycerol based lipids DHDEAB, the most efficient one, contains two 2-hydroxyethyl and two n-dexadecyl aliphatic hydrocarbon tails directly attached to the quaternized nitrogen atom. The in vitro transfection efficiency of DHDEAB in COS-1 cells was found to be 2–3-fold better than that of lipofectamine, one of the most extensively used commercially available transfection lipids. The remaining three transfection lipids of lesser transfection efficiency namely, MOOHAC, DOMHAC and DOHEMAB, contained only one 2-hydroxyethyl head group functionality covalently attached to the positively charged nitrogen atom.

Detailed structure–activity investigations aimed at probing the anchor chain length dependency for glycerol-based lipofectins have been reported [6–8,18]. Herein, we report on the first detailed investigation on the anchor-dependent transfection biology of non-glycerol based simple monocationic cytofectins containing single 2-hydroxyethyl head group functionality using six new DOMHAC (lipids **1**–**6**, Chart 1) and five new DOHEMAB (lipids **7**–**11**, Chart 1) structural analogs. As delineated below, the C-14 and C-16 analogs of DOMHAC (lipids **4** and **5**, respectively, Chart 1) were found to be remarkably efficient in transfecting COS-1 cells. In addition, the present anchor-dependency investigation also revealed that the C-14 analog of DOHEMAB (lipid **10**, Chart 1) is significantly efficient in transfecting COS-1 and NIH3T3 (a hard-to-transfect primary cell line) cells. Our results also indicate that too strong lipid–DNA interactions might result in weaker transfection for non-glycerol based cationic lipids. In summary, the anchor-dependence investigations delineated in this paper convincingly demonstrate that non-glycerol based cationic lipids containing a single hydroxyethyl head group and hydrophobic C-14 or C-16 anchors are promising non-toxic cationic transfection lipids for future use in non-viral gene therapy.

## 2. Materials and methods

### *2.1. Materials*

pCMV.SPORT-β-gal, cell culture media and fetal calf serum were purchased from Gibco BRL, Rockville, MD, USA. NP-40, ethidium bromide, antibiotics, agarose, *o*-nitrophenyl-β-D-galactopyranoside were purchased from Sigma, St. Louis, MO, USA. DNA molecular mass markers were purchased from Bangalore Genei, Bangalore, India. Cholesterol was purchased from Avanti Polar, AL, USA. COS-1 cell

line (SV 40 transformed African green monkey kidney, #ATCC CRL 1650) was obtained from ATCC, MD, USA. Unless otherwise stated, all reagents were of analytical grade purchased from local commercial suppliers and were used without further purification. Column chromatography was performed with silica gel (Acme Synthetic Chemicals, India, finer than 200 and 60–120 mesh).

### 2.2. Syntheses

Lipids **1**–**5** were synthesized following our previously published protocol [13] for the synthesis of DOMHAC (lipid **6**, Chart 1).

[1]H-NMR (200 MHz, $CDCl_3$) of lipids **1--5**:

**DCMHAC** (**1**) δ/ppm = 0.90 [t, 6H, $C\underline{H}_3-(CH_2)_5-$]; 1.20–1.40 [m, 20H, $-(C\underline{H}_2)_5-$]; 1.60–1.75 [br, 4H, $CH_3(HOCH_2-CH_2)N^+(CH_2-C\underline{H}_2-)_2$]; 3.35 [s, 3H, $C\underline{H}_3(HOCH_2-CH_2)N^+(CH_2-CH_2-)_2$]; 3.40–3.58 [br, 2H, $CH_3(HO-CH_2-CH_2)N^+(C\underline{H}_2-CH_2-)_2-$]; 3.70–3.78 [br, 2H, $CH_3$ $(HO-CH_2-C\underline{H}_2)_2N^+(CH_2-CH_2-)_2$]; 4.07–4.13 [br, 2H, $CH_3(HO-C\underline{H}_2-CH_2)-N^+(CH_2-CH_2-)_2$].

**DDMHAC** (**2**) δ/ppm = 0.80–0.90 [t, 6H, $C\underline{H}_3-(CH_2)_7-$]; 1.15–1.45 [m, 28H, $-(C\underline{H}_2)_7-$]; 1.60–1.80 [br, 4H, $CH_3(HOCH_2-CH_2)N^+(CH_2-C\underline{H}_2-)_2$]; 3.35 [s, 3H, $C\underline{H}_3(HOCH_2-CH_2)N^+(CH_2-CH_2-)_2$]; 3.40–3.55 [br, 2H, $CH_3(HO-CH_2-CH_2)N^+(C\underline{H}_2-CH_2-)_2-$]; 3.65–3.78 [br, 2H, $CH_3$ $(HO-CH_2-C\underline{H}_2)_2N^+(CH_2-CH_2-)_2$]; 4.00–4.13 [br, 2H, $CH_3(HO-C\underline{H}_2-CH_2)-N^+(CH_2-CH_2-)_2$].

**DLMHAC** (**3**) δ/ppm = 0.81–0.97 [t, 6H, $C\underline{H}_3-(CH_2)_9-$]; 1.20–1.45 [m, 36H, $-(C\underline{H}_2)_9-$]; 1.60–1.80 [br, 4H, $CH_3(HOCH_2-CH_2)N^+(CH_2-C\underline{H}_2-)_2$]; 3.35 [s, 3H, $C\underline{H}_3(HOCH_2-CH_2)N^+(CH_2-CH_2-)_2$]; 3.41–3.58 [br, 2H, $CH_3(HO-CH_2-CH_2)N^+(C\underline{H}_2-CH_2-)_2-$]; 3.68–3.78 [br, 2H, $CH_3$ $(HO-CH_2-C\underline{H}_2)_2N^+(CH_2-CH_2-)_2$]; 4.05–4.17 [br, 2H, $CH_3(HO-C\underline{H}_2-CH_2)N^+-(CH_2-CH_2-)_2$].

**DMMHAC** (**4**) δ/ppm = 0.90 [t, 6H, $C\underline{H}_3-(CH_2)_{11}-$]; 1.20–1.45 [m, 44H, $-(C\underline{H}_2)_{11}-$]; 1.60–1.80 [br, 4H, $CH_3(HOCH_2-CH_2)N^+(CH_2-C\underline{H}_2-)_2$]; 3.35 [s, 3H, $C\underline{H}_3(HOCH_2-CH_2)N^+(CH_2-CH_2-)_2$]; 3.41–3.58 [br, 2H, $CH_3(HO-CH_2-CH_2)N^+(C\underline{H}_2-CH_2-)_2-$]; 3.70–3.80 [br, 2H, $CH_3$ $(HO-CH_2-C\underline{H}_2)_2N^+(CH_2-CH_2-)_2$]; 4.07–4.13 [br, 2H, $CH_3(HO-C\underline{H}_2-CH_2)N^+(CH_2-CH_2-)_2$].

**DHMHAC** (**5**) δ/ppm = 0.90 [t, 6H, $C\underline{H}_3-(CH_2)_{13}-$]; 1.20–1.45 [m, 52H, $-(C\underline{H}_2)_{13}-$]; 1.60–1.80 [br, 4H, $CH_3(HOCH_2-CH_2)N^+(CH_2-C\underline{H}_2-)_2$]; 3.35 [s, 3H, $C\underline{H}_3(HOCH_2-CH_2)N^+(CH_2-CH_2-)_2$]; 3.41–3.58 [br, 2H, $CH_3(HO-CH_2-CH_2)N^+(C\underline{H}_2-CH_2-)_2-$]; 3.70–3.80 [br, 2H, $CH_3$ $(HO-CH_2-C\underline{H}_2)_2N^+(CH_2-CH_2-)_2$]; 4.07–4.13 [br, 2H, $CH_3(HO-C\underline{H}_2-CH_2)N^+(CH_2-CH_2-)_2$].

Lipids **7**–**10** were synthesized following our previously published protocol [13] for the synthesis of DOHEMAB (lipid **11**, Chart 1).

[1]H-NMR (200 MHz, $CDCl_3$) of lipids **7-10**:

**DCHEMAB** (**7**) δ/ppm = 0.88 [t, 6H, $C\underline{H}_3-(CH_2)_4$]; 1.20–1.40 [m, 16H, $-(C\underline{H}_2)_4-$]; 1.50–1.70 [m, 4H, $CH_3(HOCH_2-CH_2)N^+(CH_2-CH_2-O-CO-CH_2-C\underline{H}_2-)_2$]; 2.22–2.40 [t, 4H, $CH_3(HOCH_2-CH_2)N^+-(CH_2-CH_2-O-CO-C\underline{H}_2-CH_2-)_2$]; 3.43 [S, 3H, $C\underline{H}_3-(HOCH_2-CH_2)N^+(CH_2-CH_2-O-CO-CH_2-CH_2-)_2$];




Chart 1. DOMHAC and DOHEMAB analogs used in the study.

3.90–4.22 [m, 9H, $CH_3(\underline{H}OC\underline{H}_2\text{-}CH_2)N^+(CH_2\text{-}CH_2\text{-}O\text{-}CO\text{-}CH_2\text{-}CH_2\text{-})_2]$; 4.58–4.65 [br, t, 4H, $CH_3\text{-}(HOCH_2\text{-}CH_2)N^+(CH_2\text{-}C\underline{H}_2\text{-}O\text{-}CO\text{-}CH_2\text{-}CH_2\text{-})_2]$.

**DDHEMAB** (**8**) δ/ppm = 0.88 [t, 6H, $C\underline{H}_3\text{-}(CH_2)_6$ ]; 1.20–1.42 [m, 24H, $\text{-}(C\underline{H}_2)_6\text{-}]$; 1.50–1.75 [m, 4H, $CH_3(HOCH_2\text{-}CH_2)N^+(CH_2\text{-}CH_2\text{-}O\text{-}CO\text{-}CH_2\text{-}C\underline{H}_2\text{-})_2]$; 2.22–2.40 [2t, 4H, $CH_3(HOCH_2\text{-}CH_2)N^+\text{-}(CH_2\text{-}CH_2\text{-}O\text{-}CO\text{-}C\underline{H}_2\text{-}CH_2\text{-})_2]$; 3.43 [S, 3H, $C\underline{H}_3\text{-}(\text{-}HOCH_2\text{-}CH_2)N^+(CH_2\text{-}CH_2\text{-}O\text{-}CO\text{-}CH_2\text{-}CH_2\text{-})_2]$; 3.90–4.20 [m, 9H, $CH_3(\underline{H}OC\underline{H}_2\text{-}CH_2)N^+(CH_2\text{-}CH_2\text{-}O\text{-}CO\text{-}CH_2\text{-}CH_2\text{-})_2]$; 4.55–4.65 [br, t, 4H, $CH_3\text{-}(HOCH_2\text{-}CH_2)N^+(CH_2\text{-}C\underline{H}_2\text{-}O\text{-}CO\text{-}CH_2\text{-}CH_2\text{-})_2]$.

**DLHEMAB** (**9**) δ/ppm = 0.88 [t, 6H, $C\underline{H}_3\text{-}(CH_2)_8]$; 1.20–1.40 [m, 32H, $\text{-}(C\underline{H}_2)_8\text{-}]$; 1.50–1.65 [m, 4H, $CH_3(HOCH_2\text{-}CH_2)N^+(CH_2\text{-}CH_2\text{-}O\text{-}CO\text{-}CH_2\text{-}C\underline{H}_2\text{-})_2]$; 2.25–2.42 [2t, 4H, $CH_3(HOCH_2\text{-}CH_2)N^+\text{-}(CH_2\text{-}CH_2\text{-}O\text{-}CO\text{-}C\underline{H}_2\text{-}CH_2\text{-})_2]$; 3.45 [S, 3H, $C\underline{H}_3\text{-}(HOCH_2\text{-}CH_2)N^+(CH_2\text{-}CH_2\text{-}O\text{-}CO\text{-}CH_2\text{-}CH_2\text{-})_2]$; 3.82–4.35 [m, 9H, $CH_3(\underline{H}OC\underline{H}_2\text{-}CH_2)N^+(CH_2\text{-}CH_2\text{-}O\text{-}CO\text{-}CH_2\text{-}CH_2\text{-})_2]$; 4.48–4.68 [br, t, 4H, $CH_3\text{-}(HOCH_2\text{-}CH_2)N^+(CH_2\text{-}C\underline{H}_2\text{-}O\text{-}CO\text{-}CH_2\text{-}CH_2\text{-})_2]$.

**DMHEMAB** (**10**) δ/ppm = 0.88 [t, 6H, $C\underline{H}_3\text{-}(CH_2)_{10}\text{-}]$; 1.20–1.40 [m, 40H, $\text{-}(C\underline{H}_2)_{10}\text{-}]$; 1.50–1.65 [m, 4H, $CH_3(HOCH_2\text{-}CH_2)N^+(CH_2\text{-}CH_2\text{-}O\text{-}CO\text{-}CH_2\text{-}C\underline{H}_2\text{-})_2]$; 2.25–2.40 [2t, 4H, $CH_3(HOCH_2\text{-}CH_2)N^+(CH_2\text{-}CH_2\text{-}O\text{-}CO\text{-}C\underline{H}_2\text{-}CH_2\text{-})_2]$; 3.43 [S, 3H, $C\underline{H}_3(HOCH_2\text{-}CH_2)N^+(CH_2\text{-}CH_2\text{-}O\text{-}CO\text{-}CH_2\text{-}CH_2\text{-})_2]$; 3.85–4.20 [m, 9H, $CH_3(\underline{H}OC\underline{H}_2\text{-}CH_2)N^+\text{-}(CH_2\text{-}CH_2\text{-}O\text{-}CO\text{-}CH_2\text{-}CH_2\text{-})_2]$; 4.55–4.62 [br, t, 4H, $CH_3(HOCH_2\text{-}CH_2)N^+(CH_2\text{-}C\underline{H}_2\text{-}O\text{-}CO\text{-}CH_2\text{-}CH_2\text{-})_2]$.

### 2.3. *Liposome preparation*

The mixtures of cationic amphiphiles and the colipid (cholesterol) in the appropriate ratios were dissolved in chloroform in a glass vial. The chloroform was removed with a thin flow of moisture free nitrogen and the dried film of lipid left in the vial was then kept under high vacuum for 8 h. One ml of autoclaved sterile deionized water was added to the vacuum dried lipid film and the mixture was allowed to swell for 15 h (overnight). The vial was then vortexed for 2–3 min at room temperature and occasionally shaken in 45°C water bath to produce multilamellar vesicles (MLV). Small unilamellar vesicles (SUV) were then prepared by sonicating the MLV placed in an ice bath for 3–4 min until clarity using a Branson 450 sonifier at 100% duty cycle and 25 W output power.

### 2.4. *Preparation of plasmid DNA*

pCMV.SPORT-β-gal plasmid DNA was prepared by alkaline lysis procedure and purified by PEG-8000 precipitation according to Maniatis and coworkers [32]. The plasmid preparations showing $OD_{260}/OD_{280}$ more than 1.8 were used.

### 2.5. *Transfection assays*

COS-1 and NIH3T3 cells were seeded at a density of 15 000 cells/well in a 96-well plate 18 h before the transfection. Plasmid (0.15 μg) was complexed with varying amounts of lipid (0.05–4.3 nmol) in 13 μl of plain DMEM medium for 30 min. The charge ratios were varied from 0.1:1 to 9:1 (±) over this range of the lipid. The complex was diluted to 100 μl with plain DMEM and added to the wells. After 3 h of incubation, 100 μl of DMEM with 10% FCS was added to the cells. The medium was changed to 10% complete medium after 24 h and the reporter gene activity was estimated after 48 h. The cells were washed twice with PBS and lysed in 50 μl of lysis buffer (0.25 M Tris–HCl (pH 8.0) and 0.5% NP40). Care was taken to ensure complete lysis. The β-galactosidase activity per well was estimated by adding 50 μl of 2× substrate solution (1.33 mg/ml of ONPG, 0.2 M sodium phosphate (pH 7.15) and 2 mM magnesium chloride) to the lysate in a 96-well plate. Absorption at 405 nm was converted to β-galactosidase units by using calibration curve constructed with pure commercial β-galactosidase enzyme. The values of β-galactosidase units in replicate plates assayed on the same day varied by less than 30%. The transfection efficiency values reported were average values from four replicate transfection plates assayed on the same day. Each transfection experiment was repeated three times on three different days and the day-to-day variation in average transfection efficiency values for identically treated replicate transfection plates was 2–3-fold and was dependent on the cell density and conditions of the cells.

### 2.6. Exclusion of ethidium bromide (EtBr) from DNA by the cationic lipids

The extent of EtBr binding to the DNA was monitored by the changes in the fluorescence. EtBr fluorescence was monitored in Hitachi 4500 fluorimeter by setting the excitation wavelength at 518 nm and emission wavelength at 585 nm. To one ml of TE buffer (pH 8.0), 0.78 nmol of DNA and 2.5 nmol of EtBr were added. The change in fluorescence was monitored after adding small volumes of lipids **1**–**6** to the EtBr:DNA complex. Arbitrary fluorescence values were recorded after allowing sufficient time for equilibration. The order of addition of EtBr or lipid to DNA did not alter the final values, indicating that the equilibrium does not depend on the order of addition and reaches in minutes. Percent fluorescence was calculated considering the fluorescence value in the absence of lipid as 100.

### 2.7. Toxicity assay

Cytotoxic effects of the lipoplexes made from lipids **1**–**11** were tested on COS-1 cell lines using the MTT assay as described previously [13]. The treatment protocols were identical for both cytotoxicity and transfection assays.

## 3. Results and discussion

### 3.1. Transfection biology for lipids 1–6

The transfection efficiencies of the cationic lipids **1**–**6** were tested using the pCMV-β-gal plasmid carrying the β-galactosidase reporter gene. Since cationic transfection lipids work efficiently with colipids, preferably DOPE or cholesterol, we initially tested the transfection efficiencies of the lipid formulations containing the cationic lipids **1**–**6** using both cholesterol and DOPE as colipids at 1:1 mole ratios, and lipids **1**–**6** showed remarkably higher reporter gene activity with cholesterol as colipid compared to DOPE (data not shown). Lipid/DNA charge ratios between 1 and 3 produced maximal reporter gene activity (Fig. 1A,B). Above 3:1 charge ratio and up to 9:1, the transfection efficiency was poor as seen by the decrease in β-gal activity (Fig. 1A,B). In the present study we have compared the transfection efficiencies of the six lipids **1**–**6** with that of lipofectamine, one of the most widely used commercially available cationic transfection lipids. In COS-1 cells lipids **4**–**6** gave transfection comparable to lipofectamine (Fig. 1A). Lipid **5** containing C-16 hydrophobic chains was better among the monohydroxyethyl head group containing compounds, while lipids **1**–**3**




Fig. 1. Transfection efficiencies of lipids **1**–**6** in COS-1 cells (A) and in NIH3T3 cells (B) using cholesterol as the colipid (at 1:1 mole ratio of lipid to cholesterol). The transfection efficiencies of the lipids **1** (○), **2** (●), **3** (□), **4** (■), **5** (△) and **6** (▲) were compared with that of lipofectamine (▽). Units of β-galactosidase activity were plotted against the varying lipid to DNA (±) charge ratios. The *o*-nitrophenol formation (μmol of *o*-nitrophenol produced/min) was converted to units using standard curve obtained with pure (commercial) β-galactosidase. All lipids were tested on the same day and the data presented are an average of three experiments ($n=3$). DNA (0.3 μg) was complexed with lipid at various charge ratios in a volume of 50 μl for 30 min and added to cells after diluting the medium to 100 μl. The incubation of lipoplex with cells was allowed for 30 min before adding another 100 μl of DMEM medium. The reporter gene activity was assayed after 48 h by lysing the cells with NP40 (0.5%) containing PBS.

did not show any transfection, indicating that minimum 14-carbon anchor length is essential for imparting transfection properties to our novel mono-hydroxyethyl head group containing monocationic lipids (Fig. 1A).

In general, the presence of membrane reorganizing unsaturated hydrophobic alkenyl chains in the molecular architecture of cationic lipids is known to enhance their transfection efficiencies. However, in COS-1 cells, lipids **4–6** with no unsaturated anchors and MOOHAC, an unsaturated alkenyl anchor containing monocationic transfection lipid with a single hydroxyethyl head group previously reported by us [13], were found to be equally transfection efficient (Fig. 1A). Such superior transfection properties of myristyl analogs compared to palmitoyl, stearyl and oleyl derivatives have also been previously reported for cationic transfection lipids with different head groups [15,19,28].

Interestingly, unlike in COS-1 cells, lipid **4** was observed to be the only lipid that showed significant (better than lipofectamine) transfection properties in NIH3T3 cells (Fig. 1B). The cell biological basis of higher transfection by lipid **4** in NIH3T3 cells is not clear. Whether or not the significant transfection property of lipid **4** has any bearing with the efficient cellular uptake of the relevant lipoplexes is still an open question. Very recently, we have observed that lipid **4** is also remarkably efficient in transfecting HepG2 cells (G.V. Srilakshmi et al., unpublished results). Since, in principle, ligands specific to liver cell receptors can be covalently tagged to the surface of lipid **4**, such a surface-modified lipid **4** is likely to find future applications as an efficient transfection vector in targeted gene therapy of liver cancer.

### 3.2. *Transfection biology for lipids 7–11*

The conformational flexibility/rigidity of a transfection lipid as well as optimal contact between the cationic head group and the negatively charged phosphate of the DNA in lipoplexes are likely to be modulated by the linker functionality present in the molecular architecture of the transfection lipid [17]. With a view to introduce a more biodegradable linker group, an ester functionality has been synthetically incorporated in between the hydrophobic anchor and the positively charged nitrogen atoms in lipids **7–11** (Chart 1) using a two-carbon spacer unit.

Transfection efficiencies of these lipids **7–11** were tested in COS-1 and NIH3T3 cells using the pCMV-β-Gal reporter gene across the lipid/DNA charge ratios range 0.1–9 using cholesterol (in 1:1 mole ratio with respect to the cationic lipid) as the colipid. Once again, striking C-14 anchor dependency was observed in both COS-1 and NIH3T3 cells (Fig. 2A,B). The lipids **7–9** and **11** did not show any transfection in both COS-1 and NIH3T3 cells whereas lipid **10** showed higher transfection efficiency to lipofectamine in NIH3T3 cells and somewhat less than




Fig. 2. Transfection efficiencies of lipids **7–11** in COS-1 cells (A) and in NIH3T3 cells (B) using cholesterol as the colipid (at 1:1 mole ratio of lipid to cholesterol). The transfection efficiencies of the lipids **7** (○), **8** (●), **9** (□), **10** (■) and **11** (△) were compared with that of lipofectamine (▲). Experimental details are described in Fig. 1.

Case 1:23-cv-00580-CFC Document 65-2 Filed 06/18/24 Page 153 of 155 PageID #: 6180






Fig. 3. EtBr exclusion from lipid–DNA complex. Decrease in fluorescence of EtBr was used to assess the interaction of DNA with lipids **1**–**6**. DNA:EtBr complex was titrated with increasing amounts of lipid. The order of addition of lipid or EtBr to DNA did not alter the observed profiles. Fluorescence in the absence of lipid was taken to be 100. The data presented are an average of two independent experiments ($n = 2$).

lipofectamine in COS-1 cells (Fig. 2A,B). The optimal lipid to DNA charge ratio for lipid **10** was observed to be 1:1 in both COS-1 and NIH3T3 cells (Fig. 2A,B). As in the case of lipid **4** mentioned above, whether or not the significant transfection property of lipid **10** has any relationship with the efficient cellular uptake of the relevant lipoplexes cannot be ascertained from our present findings. Potential biodegradability and comparable transfection efficiency to lipofectamine in both COS-1 and NIH3T3 cells, makes lipid **10** a promising cationic lipid.

### 3.3. Lipid–DNA interactions

Intercalation-induced fluorescence increase and competition with cationic lipids to bind to DNA has made EtBr an excellent tool to study cationic lipid–DNA interactions. To assess the representative lipid–DNA interactions of the presently described mono-hydroxyethyl head group containing transfection lipids, we have titrated the EtBr:pCMV β-gal complex with increasing amounts of cationic lipids **1**–**6**. The data in Fig. 3 shows that lipids **1**–**3** interact poorly with DNA as seen by their relatively poor ability to exclude ethidium bromide from DNA. Lipids **4**–**6** interact with DNA equally well (Fig. 3) though lipid **4** is marginally weaker than the other two. The decrease in EtBr fluorescence at charge ratios of 3:1 was greater than 80% with lipids **4**–**6**, and greater than 30% with lipid **3**, whereas there was no significant decrease in florescence with lipids **1** and **2**. Given their shorter hydrophobic anchor lengths, lipids **1**–**3** may not form stable lipoplexes that are required for uptake of DNA by the cells. DNA that is not present in a lipid complex either may get degraded by the serum proteins and/or may enter into a non-productive pathway.

### 3.4. Toxicity assay

An MTT-based viability assay was performed to assess the cytotoxicity of the six lipid formulations (**1**–**6**) at various charge ratios with COS-1 cells. Lipids **3** and **6** showed least cytotoxicity even at a 9:1 lipid/DNA charge ratio (Fig. 4). For lipids **1**, **4** and **5** at a 3:1 charge ratio the toxicity varied from 15–25%




Fig. 4. Cytotoxicity (viability) of lipids **1**–**6** on COS-1 cells. Toxicities were assessed in COS-1 cells using MTT assay. The absorption obtained with reduced formazon with cells in the absence of lipids was taken to be 100. The data presented are an average of three independent experiments ($n = 3$). Lipids: **1** (○), **2** (●), **3** (□), **4** (■), **5** (△), **6** (▲).

of the treated cells. Lipid **2** at a 3:1 charge ratio showed the highest toxicity with 40% of the treated cells being affected. The toxicity of lipid **2** (with shorter alkyl chains) may originate from its probable detergent-like cell-lysing activity. The MTT based viability assay was also performed to assess the cytotoxicity of the five lipid formulations (**7–11**) at various charge ratios with COS-1 cells. The lipid–DNA complexation and treatment were identical to the transfections (vide supra). Lipids **8–11** showed low cytotoxicity even at a 9:1 charge ratio (Fig. 5). For lipids **7–11** at a 3:1 charge ratio, the toxicity varied from 10–20% of the treated cells being affected. Lipid **7** at a 3:1 charge ratio showed the highest toxicity with 25% of the treated cells being affected. The toxicity of lipid **7** with its shorter alkyl chains may, like lipid **2**, originate from its probable detergent-like cell-lysing activity.

In summary, the transfection efficiencies of the C-14 and C-16 analogs of DOMHAC (lipids **4** and **5**, respectively, Chart 1) were found to be remarkably efficient in transfecting COS-1 cells (comparable to lipofectamine). Additionally, the present anchor-dependency investigation also revealed that the C-14 analog of DOHEMAB (lipid **10**, Chart 1) is significantly efficient in transfecting COS-1 and NIH3T3 cells. To conclude, the anchor-dependence investigations delineated in this study convincingly demonstrate that non-glycerol based cationic lipids containing a single hydroxyethyl head group and hydrophobic C-14 or C-16 anchors are promising non-toxic cationic transfection lipids for future use in non-viral gene therapy.




Fig. 5. Cytotoxicity (viability) of lipids **7–11** on COS-1 cells. Toxicities were assessed in COS-1 cells using MTT assay. The absorption obtained with reduced formazon with cells in the absence of lipids was taken to be 100. The data presented are an average of three independent experiments ($n = 3$). Lipids: **7** (○), **8** (●), **9** (□), **10** (■), **11** (△).


## Acknowledgements

Financial support for this work from the Department of Biotechnology, Government of India, New Delhi (to A.C.) and doctoral research fellowships from the Council of Scientific and Industrial Research (CSIR), Government of India, New Delhi (to G.V.S.) and University Grant Commission (UGC), Government of India, New Delhi (to J.S.) are gratefully acknowledged.


## References


[1] P.L. Felgner, T.G. Gadek, M. Holm, R. Roman, H.W. Chan, M. Wenz, J.P. Northorp, G.M. Ringold, M. Danielsen, Proc. Natl. Acad. Sci. USA 84 (1987) 7413–7417.

[2] X. Gao, L. Huang, Biochem. Biophys. Res. Commun. 179 (1991) 280–285.

[3] J.P. Behr, B. Demeneix, J.P. Loeffler, J. Perez-Mutul, Proc. Natl. Acad. Sci. USA 86 (1989) 6982–6986.

[4] P. Hawley-Nelson, V. Ciccarone, G. Gebeyehu, J. Jesse, P.L. Felgner, Focus 15 (1993) 73–79.

[5] E.R. Lee, J. Marshall, C.S. Siegel, C. Jiang, N.S. Yew, M.R. Nichols, J.B. Nietupsky, R.J. Ziegler, M.B. Lane, K.X. Wang, N.C. Wan, R.K. Scheule, D.J. Harris, A.E. Smith, H. Cheng, Hum. Gene Ther. 7 (1996) 1701–1717.

[6] A.E. Regelin, S. Fankhaenel, L. Gurtesch, C. Prinz, G.V. Kiedrowski, U. Massing, Biochim. Biophys. Acta 1464 (2000) 151–164.

[7] T. Ren, Y.K. Song, G. Zhang, D. Liu, Gene Ther. 7 (2000) 764–768.

[8] J.H. Felgner, R. Kumar, C.N. Sridhar, C.J. Wheeler, Y.-J. Tsai, R. Border, P. Ramsey, M. Martin, P.L. Felgner, J. Biol. Chem. 269 (1994) 2550–2561.

[9] D. Luo, W.M. Saltzman, Nat. Biotechnol. 18 (2000) 33–37.

[10] S. Li, L. Huang, Gene Ther. 7 (2000) 31–34.

[11] A.D. Miller, Angew. Chem. Int. Engl. Edn. 37 (1998) 1768–1785.

[12] S. Kawakami, A. Sato, M. Nishikawa, F. Yamashita, M. Hashida, Gene Ther. 7 (2000) 292–299.

[13] R. Banerjee, P.K. Das, G.V. Srilakshmi, A. Chaudhuri, N.M. Rao, J. Med. Chem. 42 (1999) 4292–4299.

[14] G.H. Camerol, M.J. Moghddam, V.J. Bender, R.G. Whittaker, M. Mott, T.J. Lockett, Biochim. Biophys. Acta 1417 (1999) 37–50.

[15] J. Wang, X. Guo, Y. Xu, L. Barron, F.C. Szoka, J. Med. Chem. 41 (1998) 2207–2215.

[16] G. Byk, C. Dubertret, V. Escriou, M. Frederic, G. Jaslin, R. Rangaara, B. Pitard, J. Crouzet, P. Wils, B. Schwartz, D. Scherman, J. Med. Chem. 41 (1998) 224–235.

[17] G. Byk, B. Wetzer, M. Frederic, C. Dubertret, B. Pitard, G. Jaslin, D. Scherman, J. Med. Chem. 43 (2000) 4377–4387.

[18] M.J. Bennett, A.M. Aberle, R.P. Balasubramaniam, J.G. Malone, R.W. Malone, M.H. Nantz, J. Med. Chem. 40 (1997) 4069–4078.

[19] V. Floch, G.Le. Bolc'h, C. Gable-Guillaume, N.Le. Bris, J.-J. Yaouanc, H.Des. Abbayes, C. Fe'rec, J.-C. Cle'ment, Eur. J. Med. Chem. 33 (1998) 923–934.

[20] S. Kawakami, F. Yamashita, M. Nishikawa, Y. Takakura, M. Hashida, Biochem. Biophys. Res. Commun. 252 (1998) 78–83.

[21] A.M. Aberle, F. Tablin, J. Zhu, N.J. Walker, D.C. Gruenert, M.H. Nantz, Biochemistry 37 (1998) 6533–6540.

[22] Y. Liu, L.C. Mounkes, H.D. Liggitt, C.S. Brown, I. Solodin, T.D. Heath, R.J. Debs, Nat. Biotechnol. 15 (1997) 167–173.

[23] N.S. Templeton, D.D. Lasic, P.M. Frederik, H.H. Strey, D.D. Roberts, G.N. Pavlakis, Nat. Biotechnol. 15 (1997) 647–652.

[24] N.J. Caplen, E.W. Alton, P.G. Middleton, J.R. Dorin, B.J. Stevenson, X. Gao, S.R. Durham, P.K. Jeffery, M.E. Hodson, C. Coutelle, L. Huang, D.J. Porteous, R. Williamson, D.M. Geddes, Nat. Med. 1 (1995) 39–46.

[25] X. Gao, L. Huang, Biochemistry 35 (1996) 1027–1036.

[26] H.E.J. Hofland, L. Shephard, S.M. Sullivan, Proc. Natl. Acad. Sci. USA 93 (1996) 7305–7309.

[27] C.J. Wheeler, P.L. Felgner, Y.J. Tsai, J. Marshall, L. Sukhu, G. Doh, J. Hartikka, J. Nietupski, M. Manthorpe, M. Nichols, M. Plewe, X. Liang, J. Norman, A. Smith, S.H.A. Cheng, Proc. Natl. Acad. Sci. USA 93 (1996) 11454–11459.

[28] I. Solodin, C. Brown, M. Bruno, C. Chow, E.-H. Jang, R. Debs, T. Heath, Biochemistry 34 (1995) 13537–13544.

[29] Y. Liu, D. Liggitt, G. Tu, W. Zhong, K. Gaensler, R. Debs, J. Biol. Chem. 270 (1995) 24864–24870.

[30] E.W. Alton, P.G. Middleton, N.J. Caplen, S.N. Smith, D.M. Steel, F.M. Munkonge, P.K. Jeffery, B.J. Stevenson, G. McLachlan, J.R. Dorin, D.J. Porteous, Nat. Genet. 5 (1993) 135–142.

[31] R. Leventis, J.R. Silvius, Biochim. Biophys. Acta 1023 (1990) 124–132.

[32] J. Sambrook, E.F. Fritsch, T. Maniatis, Molecular Cloning: A Laboratory Manual, 2nd Edition, Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY, 1989.