# Joint Claim Construction Brief

# EXHIBIT 21

Current
Periodicals
Science
RS
420
C87

# CURRENT PHARMACEUTICAL DESIGN

The number 1 journal for reviews in drug design and discovery



Impact Factor: 5.55

BENTHAM SCIENCE PUBLISHERS LTD.

Abstracted/Indexed in: Biochemistry & Biophysics Citation Index®, BIOSIS, Chemical Abstracts, Current Contents®/Life Sciences, Excerpta Medica/EMBASE, Index Medicus/MEDLINE, Medical Documentation Service®, Research Alert®, Science Citation Index®, SciSearch®, Cambridge Scientific Abstracts (CSA)

*Impact Factor : 5.55 (2003 SCI Journal Citation Reports)*

Eureka Xpress

# Aims and Scope

***Current Pharmaceutical Design*** publishes timely in-depth reviews covering all aspects of current research in rational drug design. Each issue of the journal is devoted to a single major therapeutic area. A Guest Editor who is an acknowledged authority in a therapeutic field, solicits for each issue comprehensive and timely reviews from leading researchers in the pharmaceutical industry and academia.

Each thematic issue of ***Current Pharmaceutical Design*** covers all subject areas of major importance to modern drug design, including: medicinal chemistry, pharmacology, drug targets and disease mechanisms.

***Journal Instructions for Authors***

For the journal Instructions for Authors please refer either to the first published issue of each year or the journal's website at www.bentham.org

***Multiple Journal Subscriptions & Global Online Licenses***

For multiple journal subscriptions, possible discounts and global online licenses please contact our special sales department at E-mail: subscriptions@bentham.org

***Advertising***

To place an advertisement in this journal please contact the advertising department at E-mail: ads@bentham.org

***Journal Sample Copies***

A free online sample issue can be viewed at the journal's internet homepage. Alternatively a free print sample issue may be requested, please send your request to E-mail: sample.copy@bentham.org

Copyright © 2005 Bentham Science Publishers Ltd.

It is a condition of this publication that manuscripts submitted to this journal have not been published and will not be simultaneously submitted or published elsewhere. By submitting a manuscript, the authors agree that the copyright for their article is transferred to the Publisher if and when the article is accepted for publication. The copyright covers the exclusive rights to reproduce and distribute the article, including reprints, photographic reproductions, microform or any other reproduction of similar nature, and translations. All rights reserved: no part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, on-line, mechanical, photocopying, recording or otherwise, without the prior written permission of the Publisher.

***Photocopying Information for Users in the USA***

Authorization to photocopy items for internal or personal use, or the internal or personal use of specific clients, is granted by Bentham Science Publishers Ltd. for libraries and other users registered with the Copyright Clearance Center (CCC) Transactional Reporting Services, provided that the appropriate fee of US$ 50.00 per copy per article is paid directly to Copyright Clearance Center, 222 Rosewood Drive, Danvers MA 01923, USA. Refer also to www.copyright.com

***Photocopying Information for Users Outside the USA***

Bentham Science Publishers Ltd. grants authorization for individuals to photocopy copyright material for private research use, on the sole basis that requests for such use are referred directly to the requestor's local Reproduction Rights Organization (RRO). The copyright fee is US$ 50.00 per copy per article exclusive of any charge or fee levied. In order to contact your local RRO, please contact the International Federation of Reproduction Rights Organizations (IFRRO), Rue du Prince Royal 87, B-1050 Brussels, Belgium; Tel: +32 2 551 08 99; Fax: +32 2 551 08 95; E-mail: secretariat@ifrro.be This authorization does not extend to any other kind of copying by any means, in any form, and for any purpose other than private research use.

The Item-Fee Code for this publication is: 1381-6128/05 $50.00 + .00

***Online Articles***

This publication is available online from Ingenta at www.ingenta.com Individual articles are also available for sale online via Infotrieve at www.infotrieve.com or from Ingenta at www.ingenta.com

***Permission for Other Use***

The Publisher's consent does not extend to copying for general distribution, for promotion, for creating new works, or for resale. Specific permission must be obtained from the Publisher for such copying. Requests must be sent to the permissions department at E-mail: permission@bentham.org

***Disclaimer***

No responsibility is assumed by Bentham Science Publishers Ltd., its staff or members of the editorial board for any injury and/or damage to persons or property as a matter of products liability, negligence or otherwise, or from any use or operation of any methods, products instruction, advertisements or ideas contained in this publication/journal. Any dispute will be governed exclusively by the laws of the U.A.E. and will be settled exclusively by the competent Court at the city of Dubai, U.A.E.

# Current Pharmaceutical Design


***Editor-in-Chief:***

**William A. Banks** (In Care of: Mirza Kazim Ali Baig, Senior Manager Publications, Bentham Science Publishers Ltd., P.O. Box 8484, R-101, Zoramin Residency, Gulzar-e-Hejri, Karachi-75270, Pakistan)

***Executive Editors:***

**Atta-ur-Rahman** (H.E.J. Research Institute of Chemistry, University of Karachi, Karachi-75270, Pakistan)

**Matthew Honan** (Bentham Science Publishers)

***Editorial Advisory Board:***

**Kenneth L. Audus** (The University of Kansas, Lawrence, KS, USA)

**Scott A. Biller** (Novartis Institutes for BioMedical Research, Cambridge, MA, USA)

**Steven J. Brickner** (Pfizer, Groton, CT, USA)

**Giovanni Capranico** (Alma Master Studiorum University of Bologna, Bologna, Italy)

**Craig E. Caufield** (Wyeth-Ayerst Research, Princeton, NJ, USA)

**Daniel T.W. Chu** (Chiron Corporation, Emeryville, CA, USA)

**Stevan W. Djuric** (Abbott Laboratories, Abbott Park, IL, USA)

**Errol B. De Souza** (Neurocrine Biosciences, San Diego, CA, USA)

**Elisabeth G.E. De Vries** (Univ. of Groningen, Groningen, Netherlands)

**Annette M. Doherty** (Pfizer Global Research & Development, Kent, UK)

**Roland E. Dolle** (Pharmacopeia, Inc., Princeton, NJ, USA)

**Catherine L. Farrell** (Amgen, Inc., Thousand Oaks, CA, USA)

**Roger M. Freidinger** (Merck Res. Laboratories, West Point, PA, USA)

**Donald R. Gehlert** (Lilly Research Laboratories, IN, USA)

**James M. Hamby** (Parke-Davis, Pharm. Res. Ann Arbor, MI, USA)

**Graham Johnson** (Bristol-Myers Squibb, CT, USA)

**Abba J. Kastin** (VA Medical Centre and Tulane University School of Medicine, New Orleans, LA, USA)

**Keith W. Kelley** (University of Illinois, Urbana, IL, USA)

**Marlys Koschinsky** (Queen's University, Kingston, Canada)

**Kit S. Lam** (UC Davis Cancer Center, Sacramento, CA, USA)

**Hans Marquardt** (Universität Hamburg, Hamburg, Germany)

**Oreste A. Mascaretti** (IQUIOS, Rosario, Argentina)

**John E. Morley** (Saint Louis University Health Sciences Center, St. Louis, MO, USA)

**John H. Musser** (Glycomed, Alameda, CA, USA)

**Martin Petkovich** (Queen's University, Kingston, Canada)

**Waldemar Priebe** (University of Texas, Houston, TX, USA)

**Andrew V. Schally** (VAMC, New Orleans, LA, USA)

**George J. Schroepfer Jr.** (Rice University, Houston, TX, USA)

**Seiji Shioda** (Showa University Schoold of Medicine, Tokyo, Japan)

**Jeffrey D. Shmitt** (Mol. Design & IT Group, North Carolina, USA)

**Linus L. Shen** (Abbott Laboratories, Abbott Park, IL, USA)

**Nese Tuncel** (Osmangazi University, Eskisehir, Turkey)

**Franco Zunino** (Istituto Nazionale Tumori, Milan, Italy)



***Subscriptions:***

***Current Pharmaceutical Design*** (ISSN: 1381-6128)

**(Vol. 11, 32 issues) January 2005 - December 2005:**
Corporate subscription, print or online: $ 9740.00
Academic subscription, print or online: $ 4920.00
Personal subscription, print & online: $ 960.00

Subscription orders are paid in US dollar currency and include airmail postage. The corporate rate applies for all corporations and the academic rate applies for academic and government institutions. For corporate clients who want to order a combined print and online subscription, there is an additional 20% surcharge to the stated print or online subscription rate and a 10% surcharge for academic clients. The personal subscription rate, which includes both print and online subscriptions, applies only when the subscription is strictly for personal use, and the subscriber is not allowed to distribute the journals for use within a corporation or academic institution.

Subscription orders and single issue orders and enquiries should be sent to either address: Bentham Science Publishers Ltd., Executive Suite Y26, P.O. Box 7917, Saif Zone, Sharjah, U.A.E., Tel: (+971) 65571132, Fax: (+971) 65571134, E-mail: subscriptions@bentham.org Bentham Science Publishers Ltd., P.O. Box 640310, 1400 Pine St., San Francisco, CA 94164-0310, Fax: (+1) 4157754503, E-mail: subscriptions@bentham.org

Visit the journal's homepage at: **http://www.bentham.org/cpd**

RECEIVED
FEB 17 2005
SERIALS DEPT

# Current Pharmaceutical Design

***Executive Guest Editors:***

**Ho-Sam Ahn** (USA): ***Cardiovascular and Hematological Agents***
**Angel Lanas Arbeloa** (Spain): ***COX 2 Inhibitors***
**Masato Asanuma** (Japan): ***CNS Agents***
**Johann Wolfgang Auer** (Austria): ***Cardiovascular and Hematological Agents***
**Mitchell A. Avery/Vassil St. Georgiev** (USA): ***Anti-Infective Agents***
**William A. Banks** (USA): ***The Blood Brain Barrier in Health & Disease***
**John F. Barrett** (USA): ***Genomics and the Prospects of Antibacterial & Antifungal Agents***
**E.S. Bergmann-Leitner** (USA): ***Anti-Cancer Drugs***
**Jay Elliot Blum** (USA): ***Peptide Radiopharmaceuticals***
**Maurizio Botta** (Italy): ***Anti-Angiogenesis Agents***
**Ken Bradstock** (Australia): ***Development of Cytokines for Use in Treatment of Blood Disorders***
**Peter Brooks** (Australia): ***COX-II Inhibitors***
**Dirksen Bussiere** (USA): ***Kinase and Phosphatase Drug Discovery and Design***
**Giovanni Capranico** (Italy): ***Anti-Cancer Agents***
**Tz-Chong Chou** (Taiwan): ***Anti-Inflammatory and Antiallergy Agent***
**Nestor Omar Concha** (USA): ***Enzyme/Protease Inhibitors***
**G.J.R. Cook** (UK): ***Radiolabelled Compounds for Drug Discovery and Development***
**Dermot Cox** (Ireland): ***Anti-Thrombotics***
**E.G. Elisabeth de Vries** (The Netherlands): ***Death Receptor Ligands***
**Colum Dunne** (Ireland): ***Prebiotics and Probiotics: Delivering Therapeutics as Dietary Components***
**Galal Hamza Elgemeie** (Egypt): ***Antimetabolite Agents***
**Illana Gozes** (Israel): ***Neuropeptide-based Drug Design***
**Gurmit Grewal** (USA): ***Analgesic Drug Design and Discovery***
**Salvatore Guccione** (Italy): ***Pharmacophore Elucidation & Their Use in Drug Design***
**D. Hadjipavlou-Litina** (Greece): ***Nitric Oxide in Drug Design & Discovery***
**Xiaoqin Huang** (USA): ***Computational Biology and Drug Design***
**Bernd Ibach** (Germany): ***Recent Therapeutic Approaches to the Treatment of Cognitive Impairment and Dementia***
**Milton John Kiefel** (Australia): ***Anti-Inflammatory and Anti-Allergy Agents***
**Michael Kassiou** (Australia): ***Radiopharmaceuticals in Drug Discovery and Development***
**Makoto Katoh**(Japan): ***Cardiovascular and Hematological Agents***
**Alan P. Kozikowski/Maurizio Pellecchia** (USA): ***Anti-Cancer Agents***
**Gregory Y.H. Lip** (UK): ***Antihypertensive Drugs***
**Eva Lonn**(Canada): ***Cardiovascular and Hematological***
**Jan Lötvall** (Sweden): ***Allergy-Asthma***
**Shigefumi Maesaki** (Japan): ***Infectious Disease - Drug Delivery to Treat***
**Cezary Marcinkiewicz** (USA): ***Angiogenesis Agents***
**Robert W. Marquis** (USA): ***Protease Inhibitors***
**Hiroyui Matsuno** (Japan): ***Antithrombotic Drug Design***
**Agostino Molteni** (USA): ***Applications of ACE Inhibitors and A2 Receptor Blockers***
**Christa E. Mueller** (Germany): ***Purine Receptors as Targets for Future Drugs***
**Gerald Münch** (Germany): ***Alzheimer Drugs - Symptomatic and Neuroprotective Innovations***
**I. Niculescu-Duvaz** (UK): ***Anti-Cancer Agents***
**Vicki L. Nienaber** (USA): ***Protease Inhibitors***
**Atsushi Oda** (Japan): ***Cytokines and Anti-Cytokines***
**Neil Osheroff** (USA): ***DNA Topoisomerases as Targets for Anticancer Drugs***
**Keykavous Parang** (USA): ***HIV Drug Design (Anti-HIV Agents)***
**Laurence H. Patterson** (UK): ***Tumour Selective Drug Activation***
**Antonio Pellegrini** (Switzerland): ***Bactericidal Peptides***
**Peter W. Radke** (Germany): ***Obesity Drug Design (Anti-Obesity Agents)***
**Markus Richter** (Germany): ***Transplantation - Anti-Rejection Agents***
**J.C. Russel** (Canada): ***Obesity Drug Design (Anti-Obesity Agents)***
**Farid Saleh** (Australia): ***Cancer Vaccine and Immunotherapy***
**Michel Salzet** (France): ***Enzyme Inhibition***
**Catherine H. Schein** (USA): ***Cytokines, Computer Aided Design of Proteins for Therapeutic Use***
**Patrick Sexton** (Australia): ***G Protein-Coupled Receptor Drug Targets***
**Lesley Seymour** (Canada): ***Anti-Cancer Agents***
**Shin-Ru Shih** (Taiwan): ***Recent Advances in Antiviral Agents***
**D. Stahl/W. Sibrowski** (Germany): ***Autoimmune Diseases***
**Sandor Solyom** (Hungary): ***Glutamate Receptor***
**Claudio Soto** (Switzerland): ***Protein Misfolding Disorders***
**Kwok-Keung Tai** (USA): ***Ion Channels as a Target for Drug Design***
**Nadya Tarasova** (USA): ***Peptide and Peptidomimetics as Anti-Cancer Therapeutics***
**Gian Mario Tiboni** (Italy): ***Recent Advances in Developmental Toxicology***
**Nese Tuncel** (Turkey): ***Regulatory Peptides***
**Aren van Waarde** (Netherlands): ***PET and SPECT in Drug Design***
**Allan Wagman/Wayne L. Cody** (USA): ***Endocrine & Metabolic Agents***
**Jiguang Wang** (Belgium): ***Antihypertensive Agents***
**Christian Weyer** (USA): ***Obesity Drug Design***

*Current Pharmaceutical Design*, 2005, *11*, 375-394 

# The Design of Cationic Lipids for Gene Delivery

B. Martin[1], M. Sainlos[1], A. Aissaoui[2], N. Oudhriri[2], M. Hauchecorne[2], J.-P. Vigneron[1], J.-M. Lehn[1] and P. Lehn[2,*]

[1]*Laboratoire de Chimie des Interactions Moléculaires, Collège-de-France, 11 Place Marcelin Berthelot, 75005 Paris, France and* [2]*INSERM U458, Hôpital Robert Debré, 48 Boulevard Sérurier, 75019 Paris, France*

**Abstract:** Synthetic gene delivery vectors are gaining increasing importance in gene therapy as an alternative to recombinant viruses. Among the various types of non-viral vectors, cationic lipids are especially attractive as they can be prepared with relative ease and extensively characterised. Further, each of their constituent parts can be modified, thereby facilitating the elucidation of structure-activity relationships. In this forward-looking review, cationic lipid-mediated gene delivery will mainly be discussed in terms of the structure of the three basic constituent parts of any cationic lipid: the polar headgroup, hydrophobic moiety and linker. Particular emphasis will be placed on recent advances in the field as well as on our own original contributions. In addition to reviewing critical physicochemical features (such as headgroup hydration) of monovalent lipids, the use of headgroups with known nucleic-acid binding modes, such as linear and branched polyamines, aminoglycosides and guanidinium functions, will be comprehensively assessed. A particularly exciting innovation in linker design is the incorporation of environment-sensitive groups, the intracellular hydrolysis of which may lead to more controlled DNA delivery. Examples of pH-, redox- and enzyme-sensitive functional groups integrated into the linker are highlighted and the benefits of such degradable vectors can be evaluated in terms of transfection efficiency and cationic lipid-associated cytotoxicity. Finally, possible correlations between the length and type of hydrophobic moiety and transfection efficiency will be discussed. In conclusion it may be foreseen that in order to be successful, the future of cationic lipid-based gene delivery will probably require the development of sophisticated virus-like systems, which can be viewed as "programmed supramolecular systems" incorporating the various functions required to perform in a chronological order the different steps involved in gene transfection.

**Key Words:** Gene therapy, transfection, non-viral vector, cationic lipid, design, headgroup, hydrophobic domain, linker.

## INTRODUCTION

Gene therapy offers a fundamental approach to the treatment of diseases of inherited or acquired origin. However, transfer to the nucleus of target cells of either a functional gene, or a structure capable of interfering with a cellular gene, is a daunting task when considering the number of barriers the vector/DNA complexes must overcome. Numerous roles are required of the vector which include protection of the DNA from the extracellular environments, facilitated uptake into the target cells, escape from intracellular compartments and finally release of the plasmid, which must subsequently pass across the nuclear membrane before transgene expression can occur [1-3]. Viral-associated problems of immunogenicity and toxicity, added to the practical issues of large scale production and quality control, have led to the emergence of cationic gene delivery vectors as non-viral alternatives [4]. Advances in the field of non-viral vectors are now made in two distinct structural categories: cationic polymers and cationic lipids, both of which must face the barriers to gene delivery, which are becoming ever clearer on both a chemical and biological level [1, 5-7].

This article focusses on the advances made to date in the domain of cationic lipids, which are especially attractive as they can be easily prepared and extensively characterised. Further, each of their constituent parts can be modified, thereby facilitating the elucidation of structure-activity relationships. A great number and an impressive variety of synthetic vectors have been prepared and their transfection efficiency evaluated not only in experimental studies, but also in clinical trials for treatment of diseases such as cancer [8, 9] and cystic fibrosis [10-13]. An exhaustive list of clinical trials can be found at www.wiley.co.uk/genmed/clinical.

At this point, some positive results have been attained, but the overall outcome indicates that a crucial requirement for successful gene therapy is the use of more efficient vectors [6, 14, 15]. In this forward-looking review, we aim to outline the recent progress in cationic lipid-mediated gene delivery by considering the lipids at the molecular level in terms of their three fundamental constituent parts: the cationic headgroup, hydrophobic domain and connecting linker. Especial attention is paid to our own work with novel vectors. Critical physicochemical features (such as headgroup hydration) of monovalent lipids will be covered, as well as the use of multivalent headgroups with known nucleic-acid binding modes (such as linear and branched polyamines, aminoglycosides, and guanidinium functions). Subsequently, possible correlations between the length, saturation and type of hydrophobic moiety and transfection efficiency will be considered. Finally, triggered intracellular DNA release strategies will be viewed in relation to the

*Address correspondence to this author at the INSERM U458, Hôpital Robert Debré, 48 Boulevard Sérurier, 75019 Paris, France; Tel: 33(0)140031932; Fax: 33(0)140031903; E-mail: lehn@idf.inserm.fr

1381-6128/05 $50.00+.00 © 2005 Bentham Science Publishers Ltd.

This material may be protected by Copyright law (Title 17 U.S. Code)

incorporation of cellular environment-sensitive groups (pH-, redox- and enzyme-sensitive) within the linker moiety. It is hoped that this article will provide a comprehensive overview of cationic lipid design by highlighting the directions which it has taken until now, and the extension and combination of the current strategies that may bring cationic lipid-mediated gene therapy into the clinical reality.

## BASIC PRINCIPLES OF CATIONIC LIPID-MEDIATED GENE TRANSFECTION

The first step in the preparation of vector/DNA aggregates suitable for gene transfer is the condensation of the large DNA molecules, which is driven by an electrostatic interaction between the cationic lipid (Fig. (**1**)) and the polyanionic DNA. Spontaneous self-assembly into nanometric particles termed lipoplexes results (stage **1**, Fig. (**2**)), leading to shielding of the DNA from the nucleases of the extracellular medium. Use of an excess of cationic amphiphile (quantified by the lipid/DNA ratio resulting in a mean theoretical charge ratio of the lipoplex (+/-)) equips the lipoplex surface with a positive charge, which is presumed to mediate subsequent cellular uptake *via* interaction with negative cell surface structures such as heparin sulphates and other proteoglycans [16-18]. As a result of non-specific endocytosis, the lipoplex is encapsulated in intracellular vesicles [1] (stage **2**), though fusion-based cellular uptake cannot be totally excluded [3]. The DNA must then avoid degradation in the late endosome/lysosome compartment




**Fig. (1).** The three basic domains of any cationic lipid: hydrophobic moiety, linker and headgroup.




① Formation (*via* self-assembly) of vector/DNA complexes (lipoplexes).
② Cellular uptake *via* endocytosis.
③ Endosomal escape to avoid DNA degradation in lysosomes (barred arrow).
④ Trafficking through the cytoplasm and nuclear entry.
⑤ Transgene expression in the nucleus.

**Fig. (2).** A representation of the various steps involved in gene transfection by cationic lipids.

(barred arrow) by escaping from the (early) endosome into the cytoplasm (stage **3**) [1, 19]. Trafficking of the DNA through the cytoplasm precedes uptake by the nucleus of the target cell (stage **4**), and subsequent transgene expression therein (stage **5**). In the nucleus, the DNA appears to be separated from its vector [20] and microinjection experiments [1] have suggested that gene expression does not occur if the DNA remains condensed in intact lipoplexes.

It should be stressed here that the efficiency of cationic lipids for gene transfection can be studied in various ways. First, their efficacy can be evaluated in terms of gene delivery (percentage of transfected cells) or gene expression (amount of transgene protein produced). Second, the efficiency of any transfection reagent also strongly depends on the cell system chosen for its evaluation (transformed cell lines or primary cells *in vitro*, *in vivo* administration *via* various routes), efficiency gains *in vitro* leading therefore not automatically to higher efficiencies *in vivo*. All these considerations highlight the crucial role of how the relative efficiency of cationic lipids is compared and emphasise that quantifying the efficiency of cationic lipid systems needs to be conducted *via* appropriate means depending on their intended use, i.e. on the experimental or clinical setting.

Cationic lipids were first introduced by Felgner *et al.*, following early attempts to transfer DNA *via* encapsulation in liposomes [21, 22]. Thus, the first reported lipid was DOTMA (N-(1-(2,3-dioleyloxy)propyl)-N,N,N-trimethylammonium chloride), which consists of a quaternary amine connected to two unsaturated aliphatic hydrocarbon chains *via* ether groups [23] (Fig. (**3**)). Synthesis of the multivalent lipopolyamine DOGS (dioctadecylamido-glycylspermine) was reported soon afterwards [24] and the efficiency of the vector DC-Chol (3β-[N-(N',N'-dimethylaminoethyl)carbamoyl) cholesterol) with cholesterol as the hydrophobic portion was subsequently reported [25] (Fig. (**3**)). It is noteworthy that the transfection activity of cationic lipids (especially those which are incapable of forming bilayers alone) can be increased by their formulation as stable liposomes with the neutral colipid DOPE (dioleoyl phosphatidylethanolamine, Fig. (**3**)) [26]. Inclusion of DOPE is presumed to enhance endosomal escape of the lipoplexes into the cytoplasm as DOPE is thought to have fusogenic properties important for endosomal membrane disruption [26-28].

The use of these initial lipids demonstrated the transfection ability of cationic lipids. However, this 'proof of




**Fig. (3).** Structures of the 'early' cationic lipids and of the colipid DOPE.

principle' stage has been followed by a highly challenging period. Indeed, progress in improving the level of transfection efficiency up to that required for therapeutic use has been slow. This is possibly linked to an unclear structure-activity relationship in vector design, and to the related incomplete understanding of the highly complex series of steps involved in transfection. Thus, the development of novel lipids is justified, a novel cationic lipid being not just a 'me too' addition, but rather opening new possibilities for differently influencing those steps [29]. Accordingly, numerous novel vectors were developed, representing a wide variety in structures and thus numerous potential mechanisms by which better transfection levels might be obtained. The aim of the present review is to highlight the contents of this extended vector library.

## BASIC STRUCTURAL FEATURES OF ANY CATIONIC LIPID

A cationic lipid is a positively charged amphiphile, which generally contains the three following structural domains: i) a hydrophilic headgroup which is positively charged, usually *via* the protonation of one (monovalent lipid) or several (multivalent lipid) amino groups; ii) a hydrophobic portion composed of a steroid or of alkyl chains (saturated or unsaturated); and iii) a linker (connecting the cationic headgroup with the hydrophobic anchor) whose nature and length may impact on the stability and the biodegradability of the vector (Fig. (1)). Since the initial validation period (see above), progress has been made in the design of each of these moieties. In brief, the choice of cationic headgroups has expanded into the use of natural architectures and functional groups with recognised DNA binding modes as well as non-amino-based cationic moieties. Modifications of the hydrophobic domain have shown that optimal vector structure is often dependant on this moiety, which can fall into various structural classes and variants. Finally, labile linkers have been introduced which are sensitive to various biological stimuli, inducing DNA release at defined time-points during the intracellular trafficking of the lipoplex. The following sections will therefore successively cover the important advances made to these three fundamental functional domains of any cationic lipid.

## CATIONIC HEADGROUP DESIGN

### Monovalent Lipids and the Hydration/Packing Issue

DNA binding by the vector requires a headgroup which is capable of sustaining a positive charge at physiological pH. The charge is most often located on amino groups, as was the case for the 'early' vectors of Fig. (3). However, other charged groups have since been employed. Thus, before dealing more extensively with amino-based headgroups, it is worth considering briefly the other elements that have been shown capable of binding plasmids. Phosphonium groups as well as arsonium groups (which, unlike arsenic (III) compounds, are not toxic) have been used to convey the positive charge of cationic lipids, which incorporate phosphonate linkers (as in natural phospholipids) (Lipids (I) in Fig. (4)) [30]. The order Arsenic > Phosphorous > Nitrogen was found on testing the analogues *in vitro*, with the phosphonium and arsonium vectors being less cytotoxic than the ammonium-based lipid [31]. Further, cationic phosphonolipids were found to be effective into mouse lungs *in vivo* after intratracheal as well as intravenous administration [32, 33].

The vast majority of cationic lipids for gene delivery rely however on the charge accommodated on a nitrogen atom, and there appears to be a relationship between the hydration of such mono-ammonium headgroups and the transfection activity [34]. Schematically, the greater the imbalance between the cross-sectional area of the headgroup (small end) and the hydrophobic moiety (large end) - i.e. the more cone-shaped the cationic lipid - the more unstable the resulting lipid assembly and so the greater the likeliness to undergo fusion with anionic vesicles. Lipoplex instability is presumed to result in improved transfection as fusion between the cationic lipoplex and the endosomal membrane leads to DNA release into the cytoplasm [3, 35, 36]. Such an instability can in fact be related to the formation of inverted hexagonal phases facilitating lipid mixing (especially in the presence of the hexagonal phase-forming colipid DOPE). Of note, headgroup hydration can be decreased by incorporation of a hydroxyalkyl chain capable of hydrogen bonding to neighbouring headgroups; the space available to water is thereby reduced and so is the cross-sectional area of the headgroup. Accordingly, gene transfection by the lipids DOTMA (Fig. (3)) and the ester-linked variant DOTAP (1,2-dioleoyloxy-3-[trimethylammonio]-propane, (Fig. (5)) was improved by incorporation of a hydroxyethyl group to yield vectors DORIE (1,2-dioleoyl-3-dimethyl-hydroxyethyl ammonium bromide) and DORI (1,2-dioleoyloxypropyl-3-dimethyl-hydroxyethyl ammonium chloride) respectively (Fig. (5)) [34, 37].

Interestingly, Bennett *et al.* have quantified the degree of hydration of their series of aliphatic cationic lipids using differential scanning calorimetry [34]. The dehydrating effect of incorporating a hydroxyethyl group into the headgroup of DOTAP (Fig. (5)) was compared with the hydrating effect of attaching alkyl chains of increasing length, which might cause steric repulsion between neighbouring vectors and presumably reduce the hydrogen-bonding interactions. Here, modifications to the hydrophobic domain were found to be the most effective, as replacement of the two unsaturated oleoyl chains by saturated myristoyl chains led




Lipids (I)

A = As, P

$I^-$

**Fig. (4).** Alternative cations in the lipid headgroup.



**DORIE**
**(sat $C_{14}$ variant DMRIE)**

$R = CH_3$ **DOTAP**
$= CH_2CH_2OH$ **DORI**

**Lipid (II)**

**Fig. (5).** Incorporation of hydroxyethyl groups into the cationic headgroup: part A.

to a consistent drop in transfection *in vivo*. This decline was probably correlated to dehydration of the hydrophobic moiety (due to a closer packing of the myristoyl chains) and therefore a decrease in the cross-sectional area of this portion.

Takeuchi *et al.* reported that replacing the dimethylamino headgroup of DC-Chol (Fig. (3)) by diethylamino and diisopropylamino groups resulted in a decreased gene delivery [38]. This again is in agreement with a relationship between headgroup size and transfection efficiency as the alkyl chains may cause steric repulsion between neighbouring headgroups. The same research team also found that Lipid **(II)** (cholesteryl-3β-carboxyamido ethylene-N-hydroxyethylamine) (Fig. (**5**)) was more efficient than its non-hydroxyethylated dimethyl tertiary amino homologue, FRET experiments showing that Lipid **(II)**-based lipoplexes were particularly unstable in the presence of anionic liposomes [36]. Thus, the transfection ability of Lipid **(II)** may be related to lipoplex instability in the endosomes resulting in facilitated DNA release into the cytoplasm. Of note, transfection efficiency was dramatically reduced by addition of a second hydroxyethyl group to the amino group of the lipid. There is however no general trend as both the monohydroxylated lipid DHMHAC (N,N-di-n-hexadecyl-N-methyl,N-(2-hydroxyethyl)ammonium chloride) [39] and the dihydroxylated lipid DHDEAB (N,N-di-n-hexadecyl-N,N-dihydroxyethylammonium bromide) [40] of Fig. (**6**) were found to mediate high levels of gene delivery (greater than the structural relative DDAB (dioctadecyldimethylammonium bromide)).

The hydroxyethyl group can be derived from lactic acid and is a common structural motif which is prevalent in saccharides. In these cases, the hydroxyethyl portion is present in a substituted form, such as in the vector DMHMAC (N,N-myristyl-N-(1-hydroxyprop-2-yl)-N-methylammonium chloride) (Fig. (**6**)). Lipid DMHMAC was found to be twice as efficient as DDAB/DOPE in *in vitro* studies [41]. Lipids **(III)** (1-deoxy-1-[methyl(ditetradecyl)ammonio]-D-arabinitol) and **(IV)** (1-deoxy-1-[dihexadecyl(methyl)-ammonio]-D-xylitol) (Fig. (**6**)), which are respectively derivatives of arabinose and xylose, have also been prepared by the same researchers. Here, incorporation of more than two hydroxyethyl moieties in the headgroup appears to convey increased transfection levels and decreased toxicity [42].

Other studies have however not confirmed the positive effect of incorporating a hydroxyethyl group into the cationic headgroup structure. For example, an ether-linked cholesterol conjugate with a dimethyl hydroxyethyl headgroup (cholest-5-en-3β-oxyethane-N,N-dimethyl-N-2-hydroxyethyl-ammonium bromide) was found to be less efficient than its trimethyl non-hydroxyethylated homologue [43]. It should however be noted here that the transfection activity of the ester analogue Lipid **(V)** (cholesteryl-3β-carboxy-ethylene-N,N-dimethyl-N-2-hydroxyethylammonium iodide) (Fig. (**6**)), was found to be related to the lipoplex charge ratio (which was not assessed for the ether analogue). Indeed, at +/- charge ratios up to 5, the hydroxyethylated Lipid **(V)** was less efficient than its dimethyl tertiary amino and trimethyl quaternary amino homologues; its efficiency was however seen to overtake the methylated homologues at ratios above 7, at which the dimethyl and trimethyl homologues were actually inefficient [43, 44]. Finally, it has been reported that substitution of the hydroxyl group of DMRIE (the $C_{14}$ saturated alkyl chain analogue of DORIE (Fig. (**5**)) by an amino group to give βAE-DMRIE (N-(2-aminoethyl)-N,N-dimethyl-2,3-bis(tetradecyloxy)-l-propanaminium bromide) led to an increase in transfection efficiency [45]. βAE-DMRIE was found to be most effective when formulated




**Fig. (6).** Incorporation of hydroxyethyl groups into the cationic headgroup: part B.

without DOPE, and striking differences in the lipoplex structures were observed by atomic force microscopy.

The nature of the counter-ion has also been identified as a critical factor in transfection activity. When varying the counter-ion of DOTAP (Fig. (**5**)), it has been shown that the *in vitro* and *in vivo* transfection efficiency depends on the known ability of the counter-ion to either shield the cationic charge or structure water [46]. Bisulphate and iodide anions were indeed found to lead to better transfection efficiencies than acetate and chloride anions. Here again, the reduced headgroup hydration presumed to occur with bisulphate or iodide counter-ions is expected to decrease the distance between neighbouring headgroups, leading to liposomes or lipoplexes formed from more conical vectors and therefore prone to undergo the non-bilayer lipid reorganisations required for membrane fusion. In a dramatic example, a series of pyridinium cationic lipids were prepared as either tetrafluoroborates or perchlorates, the former transfecting at the levels of the DOTAP control, whereas the latter were practically devoid of any gene transfer activity [47].

## MULTIVALENT HEADGROUPS

As multivalent cationic lipids may form liposomes with a greater surface charge density than their monovalent counterparts, they are generally expected to be better at DNA binding and delivery. Here, a highly rational approach was the incorporation of natural polyamines such as spermidine and spermine, which have a pre-characterised ability to interact with the minor groove of B-DNA [48]. Incorporation of the triamine spermidine into cholesteryl-spermidine [49] (Fig. (**7**)), and of the tetraamine spermine into the lipid DOGS [24] (Fig. (**3**)) are early representative examples. The presence of protonation sites with different pKa values in DOGS may actually result in buffering of the endosomal acidification, thereby protecting the DNA from degradation and facilitating its escape from the endosome [50]. The multivalent cationic cholesterol derivative Lipid 67 with its T-shaped headgroup (Fig. (**7**)) has been found to be particularly efficient for gene transfer to the lung and has therefore already been used in a clinical gene therapy trial for cystic fibrosis [10, 51, 52]. Interestingly, the importance of the length of, and charge distribution on, a linear polyamine chain was recently investigated. Addition of amino groups separated by methylene portions to the end of a linear polyamine chain did not automatically improve gene transfer by a series of polyamine-steroid conjugates, regardless of the extra protonation sites [53]. Molecular modelling suggested that an increase in chain length led to an increased number of folded conformations for the conjugates due to greater flexibility. The authors therefore concluded that the folded conformations may disfavour interactions with DNA.




**Cholesteryl-spermidine**




**Lipid 67**




**MVL5**




**KanaChol**

**Fig. (7).** Multivalent headgroups for cationic lipids: part A.

Blagbrough and co-workers have shown that the central tetramethylene motif of the polyamine spermine is crucial in conferring high transfection activity in a series of cholesterol-polyamine conjugates [54]. Their aim was to design a polyamine headgroup that had an optimal interaction with DNA. The results suggested that the tetramethylene portion of spermine might be able to bridge between the complementary strands of DNA, whereas a polyamine with a trimethylene central spacer would only interact with adjacent phosphate groups on the same DNA strand. A central tetramethylene motif is also present in branched polyamino headgroups such as in the multivalent lipid MVL5 ($N^1$-[2-1S-1-[3-aminopropylamino]-4-[di-3-aminopropylamino] butylcarboxamidoethyl]-3,4-dioleyloxybenzamide) (Fig. (7)) [55, 56]. As these branched structures have the advantage of avoiding the folding problems of linear polyamine chains (see above) they can include additional protonation sites without affecting DNA binding. Importantly, with more protonation sites per molecule, the resulting lipoplexes can thus achieve the same charge density with lesser amounts of the cationic lipid in the formulation. This may be a simple solution to lessen the drawback of cationic lipid-associated cytotoxicity. Indeed, as cationic lipids exhibit some degree of cytotoxicity, an optimal set of conditions resulting in high transgene expression and acceptable toxicity need to be found [57].

We have recently incorporated aminoglycoside antibiotics into cationic lipid design in an attempt to extend the use of such natural compounds. Aminoglycosides consist of oligosaccharides decorated with up to six amino groups as well as numerous hydroxyl groups, thus providing a versatile polycationic framework [58]. Most importantly, a known interaction between aminoglycosides and rRNA sequences exists, mediated by both ionic and hydrogen-bonding interactions between the various 1,3-hydroxyamine motifs of the aminoglycoside and the phosphodiester backbone [59, 60]. Thus, we have recently reported the synthesis, *via* acylation of the 6' amine of kanamycin A, of a series of transfection vectors typified by KanaChol (3β–[6'-kanamycin-carbamoyl]cholesterol) whose structure is shown in Fig. (7) [61]. KanaChol may be triply charged at physiological pH and was found to be highly effective for *in vitro* gene delivery into a variety of mammalian cell lines, especially when formulated as liposomes with DOPE. KanaChol/DOPE liposomes were also found to mediate efficient gene transfection into the mouse airway epithelium, the target tissue in diseases such as cystic fibrosis [62]. The potential of lipid-derivatives of other members of the aminoglycoside family, (such as neomycin and paromomycin) for gene transfection is currently investigated by our group.

Binding of DNA phosphate anions has also been characterised for guanidinium groups, the binding being mediated by a pair of parallel hydrogen bonds. Guanidinium groups are highly basic, and so DNA binding should therefore be relatively insensitive to pH variations during intracellular trafficking as well as to the proximity of other positively charged groups. The group is found naturally in arginine residues, which play a crucial role in DNA-binding proteins such as histones and protamines, a process also mediated by hydrogen-bonding to nucleic bases (especially guanine). Over the last few years, our group has synthesised and tested two bis-guanidinium cholesterol derivatives: BGSC (bis-guanidinium-spermidine-cholesterol) and BGTC (bis-guanidinium-tren-cholesterol) [63]. The structure of BGTC is shown in Fig. (8). Both vectors were highly efficient for gene transfection *in vitro* into a variety of mammalian cell lines when formulated as cationic liposomes with DOPE. BGTC was found to be soluble in aqueous medium alone and so could be successfully used for transfection when formulated without DOPE, although further studies confirmed the particular ability of BGTC/DOPE liposomes to efficiently transfect airway epithelial cells *in vivo* [64]. Of note, per-guanylation of the amino groups of KanaChol (see above and Fig. (7)) caused however a significant decrease in transfection efficiency [62]. The structurally related amidine function has also been employed as cationic headgroup. Vectamidine (Fig. (8)) was able to transfect a wide-variety of cell lines and has been shown by transmission electron microscopy (TEM) to disrupt endosomal membranes to a high degree [65, 66].

Heyes *et al.* have evaluated the ability of the four natural cationic amino acids to function as headgroups in cationic lipids [67]. Tryptophan caused aggregation during formulation and would not form liposomes. The histidine headgroup yielded moderate levels of transfection, whereas the lysine and arginine headgroups led to highly efficient gene delivery. However, poly-L-lysine [68-70] as well as histidine-rich polymers and peptides have been identified as efficient gene delivery vectors [71, 72]. Interestingly, recent studies with cationic lipids incorporating a single histidine residue suggest that their transfection efficiency is due to histidine-mediated membrane fusion activity within the endosome [73]. Indeed, as membrane fusion by the cationic lipid was only induced at acidic pH, a mechanism whereby protonation of the histidine imidazole group led to an increased interaction between the lipoplexes and the phospholipids of the anionic endosomal membrane was proposed. Incorporation (into monovalent vectors) of the imidazolinium group, the reduced product of the imidazole group found in histidine, has also been reported. The hydroxyethylated DOTIM (1-[2-(9(Z)-octadecenoyloxy)ethyl]-2-(8(Z)-heptadecenyl)-3-(2-hydroxyethyl)imidazolinium chloride) (Fig. (8)) emerged as the most effective *in vivo* of a series of vectors differing in the length of the acyl chain [74].

Finally, vectors adapted from gemini surfactants and containing two alkyl chains and two headgroups connected by a tether have also been developed. About 20 different structural types have been prepared with encouraging transfection properties prompting numerous structure-activity studies [75]. Interestingly, the glucose-based gemini surfactant (Lipid (VI) of Fig. (8)) undergoes a vesicle to micelle transition within the endosomal pH range, which is likely due to the sequential protonation of its two tertiary amines [76]. The subsequent formation of mixed micelles between the gemini surfactants and the endosomal membrane phospholipids may lead to endosomal disruption. Small-angle X-ray scattering (SAXS) and cryo-TEM analysis of the transitions occurring in the lipoplex structure showed three defined morphologies on decreasing pH: a lamellar phase, a condensed lamellar phase and finally an inverted hexagonal phase, the latter being generally difficult to induce in the absence of DOPE [77]. The importance of the length of the tether between the two headgroups has been studied and the optimal spacing was found to be about 10 A, a distance corresponding to the spacing of opposing phosphodiesters in the DNA minor groove.

## LIPID MOIETY DESIGN

It is generally agreed that the length and type of the aliphatic chains incorporated into cationic lipids significantly affect their transfection efficiency. Thus, vectors are often prepared in a series differing in their hydrophobic domain. A set of results obtained with DMRIE [37] (1,2-dimyristyloxypropyl-3-dimethyl-hydroxyethylammonium bromide, an analogue of DOTMA), glycine betaine derivatives [78], alkyl acyl carnitine esters [79], lactic acid derivatives [41] and bis-ether lipids related to DOTAP [67], have shown that a comparison of vectors based solely on the lengths of the two saturated aliphatic chains led to identify the order $C_{14} > C_{16} > C_{18}$ (in terms of transgene expression). It was therefore proposed that a shorter chain length may facilitate intermembrane mixing, an important factor in endosomal escape [37]. A common variation is the use of cis-monounsaturated alkyl chains such as the oleoyl group ($C_{18}$). It appears to lead to higher levels of transfection than the corresponding saturated stearyl derivatives ($C_{18}$), a fact possibly related to the issues of hydrophobic moiety hydration (see above) [37, 79].



**BGTC**

**Vectamidine**

**DOTIM**

**Lipid (VI)**

**Fig. (8).** Multivalent headgroups for cationic lipids: part B.

However, it should be emphasised here that it is rather difficult to make general assumptions based solely on a single aspect of the vector design. For example, Behr and co-workers have prepared a series of lipopolyamines and found that their gene delivery efficiency was independent of chain saturation (oleoyl *vs* stearyl lipopolyamines) [80]. Further, when comparing saturated chains, McGregor *et al.* identified $C_{18}$ chains to be optimal in a series of gemini surfactants according to the order $C_{18} > C_{16} > C_{14}$ [81], which was also reported by Scherman and co-workers with a series of linear polyamine-based vectors [56].

Incorporation of two aliphatic chains of different length has also been assessed. The results suggest that $C_{12}$ / stearyl or $C_{12}$ / oleoyl combinations may lead to vectors with a more fusogenic character which is advantageous for endosomal escape [67, 82]. Micelles are expected to form when using vectors containing either two short alkyl chains of equal length (such as the $C_8$ chain homologue of the $C_{12}$ lipopolyamine DOGS (Fig. (3)), or just a single aliphatic chain (such as the lipopolyamine $C_{18}Sper^{3+}$ (N'-octadecylspermine-carboxamide hydrofluoroacetate)) [80]. Such micellar vectors were however inefficient *in vitro*. Ongoing research focusses on the use of single-chained cationic detergents capable of dimerisation *via* oxidation [83, 84].

Cholesterol has been often used as an alternative to aliphatic chains because of its rigidity, as well as its endo-

genous biodegradability and fusion activity. Covalently bound cholesterol was first included as the hydrophobic portion of the vector DC-Chol by the Huang group [25] (Fig. (3)), and then subsequently by others including ourselves with our own lipids BGTC and KanaChol and their analogues (see above). It is noteworthy that the rigidity of the cholesterol ring may be of particular interest when lipoplexes with a high degree of physical stability are required as for aerosol delivery. Accordingly, it has been shown that BGTC/DOPE/DNA lipoplexes resist to the shear forces involved in nebulisation [85]. Finally, cholesterol can also be used as a neutral colipid alternative to DOPE in the formulation of cationic liposomes.

In a continuation of our studies with bis-guanidinium vectors such as BGTC (see above and Fig. (8)), we have investigated the properties of vectors incorporating diacetylene groups in their alkyl chain typified by BGDA (pentacosa-10,12-diynoic acid (2[bis-(2-guanidino-ethyl)-amino]-ethyl)-amide) of Fig. (9) [86]. Such lipids may provide a favourable degree of fluidity and destabilisation within cell membranes as the presence of the diacetylene units results in their two ends being positioned further apart. In addition, diacetylene groups offer the potential to create polymerised domains, which may enhance the lipoplex biostability and/or provide a means to immobilise a targeting ligand. BGDA/DOPE/DNA lipoplexes demonstrated significant levels of transfection *in vitro* as well as resistance to serum, which suggested their possible exploitation *in vivo.* Although the vector was inefficient without use of the colipid DOPE, it was equally effective when prepared in a ternary formulation with a neutral diacetylene colipid HEDA (pentacosa-10,12-diynoic acid (2-hydroxyethyl)-amide).

Tetraalkylated vectors have been prepared as derivatives of the lipid DODAC (dioleyldimethylammonium chloride), to yield the lipids TODMAC3 (N,N,N',N'-tetraoleyl-N,N'-dimethyl-1,3-propanediammonium chloride) and TODMAC6 (N,N,N',N'-tetraoleyl-N,N'-dimethyl -1,6 -hexanediammonium chloride), which have a three carbon or five carbon tether respectively (Fig. (9)) [87]. Incorporation of four alkyl chains is in keeping with the notion of designing cone-shaped vectors to induce the formation of inverted hexagonal phases, which are considered more prone to the lipid mixing required for endosomal release. Here, it was found that TODMAC6 was better than TODMAC3 at forming non-bilayer structures in mixtures with anionic lipids. TODMAC6 also led to greater transfection levels than TODMAC3 or the double-chained DODAC (at or above a positive charge ratio of 2.5). It was hypothesised that the charges on TODMAC3 may be too close to allow interaction with more than one anionic lipid at a time, thereby diminishing its charge neutralisation capacity.

Finally, the hydrophobic domain has been modified functionally by the inclusion of highly fluorinated alkyl chains which are both hydrophobic and lipophobic, a characteristic which may better protect the lipoplex from unwanted interactions. At first, a series of close fluorinated analogues of DOGS (with either both chains fluorinated to varying degrees or just a single chain fluorinated with the other remaining a regular alkyl chain) were prepared in order to chart the effect of the hydrophobic/lipophobic balance on transfection efficiency (Fig. (9)) [88]. Schematically, it was found that the more fluorinated the vectors, the greater the degree of gene delivery, all the vectors having low cytotoxicity. Subsequently, fluorinated analogues of DOTMA (Fig. (3)) and DMRIE (Fig. (5)) as well as DPPES [24] were also prepared, but their *in vitro* transfection efficiency did not better that of the fluorinated DOGS [89]. It should be added that inclusion of a partially fluorinated DOPE into a lipopolyamine formulation has been found to improve the transfection efficiency both *in vitro* and *in vivo* such that higher transfection levels were achieved than with the popular cationic polymer PEI (polyethylenimine) [90].

## LINKER DESIGN

The hydrophobic and hydrophilic moieties of cationic lipids are commonly linked using carbamate, amide, ester or ether bonds. The linking bond mediates the stability of the cationic amphiphile and so a balanced choice must be made between a vector's persistence and its toxicity which is likely to be related to its half-life in the cell. Although no particular bond emerges as consistently optimal in structure-activity studies across different vector types, it is however generally recognised that ether linked vectors are particularly stable [43]; consequently, they are expected to be more toxic than ester linked lipids, which may be more easily cleaved within the cell [3]. Carbamates are thought to achieve a reasonable balance between stability and toxicity and are therefore often used, e.g. in DC-Chol and BGTC [25, 63].

The use of linkers incorporating functional groups that are cleavable on shorter time scales and under specific stimuli is however of emerging interest, as DNA release may here be facilitated by a triggered decomplexation mechanism. Thus, cleavable vectors have been developed that are sensitive to stimuli such as decrease in pH, change in redox potential, enzymes and, recently, photo-sensitivity [91]. As biological stimuli occurring post-internalisation of the lipoplexes are of obvious interest, only the advances in linker design that incorporate pH, redox or enzymatic sensitivity will be discussed here. A complementary approach would be the incorporation of labile linkers into the colipid rather than the cationic lipid itself. A comprehensive review on this topic has recently been published [92] and it will thus not be covered here. Before detailing the different types of cleavable linkers, it should be stressed that the use of degradable amphiphiles may lead to reduced cytotoxicity when compared with counterparts with a more chemically stable linker.

## pH-SENSITIVE LINKERS

It is generally agreed that lipoplexes are taken up by the target cells *via* an endocytotic mechanism resulting in the lipoplex being enclosed within the endosomal compartment (stage 2, Fig. (2)). Evidence also suggests that the relatively poor transfection activity of non-viral vectors is (at least) in part due to an inefficiency in escaping from the early endosomes (stage 3, Fig. (2)) before degradation of the DNA by the nucleases of the late endosomes and lysosomes (barred arrow in Fig. (2)) [1]. Of particular interest here is the drop in pH within the endosome. Indeed, the endosomal pH, which is initially that of the extracellular medium (pH 7.2-7.4), is progressively lowered to approximately 5.0 by ATP-

Case 1:23-cv-00580-CFC Document 65-3 Filed 06/18/24 Page 17 of 708 PageID #: 6199





**BGDA**



**n = 1 TODMAC3**

**n = 4 TODMAC6**



**Fluorinated Lipids**

$R_1 = F(CF_2)_4(CH_2)_{11}$
$R_2 = F(CF_2)_8(CH_2)_2$

$R_1 = R_2 = F(CF_2)_n(CH_2)_{11}$ where n = 4, 6

$R_1 = R_2 = F(CF_2)_nCH{=}CH(CH_2)_9$ where n = 4, 6

$R_1 = F(CF_2)_4(CH_2)_{11}$
$R_2 = CH_3(CH_2)_{13}$

$R_1 = F(CF_2)_nCH{=}CH(CH_2)_9$
$R_2 = CH_3(CH_2)_{13}$ where n = 4, 6

**Fig. (9).** Modifications made to the hydrophobic domain.

dependent proton pumps located in the endosomal membrane [19]. When incorporating an acid-sensitive functional group into the linker, it may therefore be hoped that the pH drop will act as a trigger, disconnecting the hydrophobic and hydrophilic portions of the lipoplex, and thereby destabilising the lipoplex structure. Thus, if the resulting DNA decomplexation would be concomitant with endosomal membrane destabilisation (by remaining intact cationic lipids or a colipid such as DOPE), release of the DNA into the cytosol should be enhanced and consequently the level of gene transfection may be augmented.

Synthesis of the cationic lipid BCAT (O-(2R-1,2-di-O-(1Z,9Z-octadecadienyl)-glycerol)-3- N -(bis-2-aminoethyl) -carbamate) (Fig. (**10**)) has been reported by Boomer *et al.* [93]. BCAT incorporates acid-sensitive vinyl ether groups which allow the vector to undergo complete hydrolysis in acidic solution, which is the probable cause of the higher levels of transgene expression observed in comparison to a non-hydrolysable control lipid. Likewise, the steroid-based Lipid (**VII**) (cholest-5-en-3-one 3-(dimethylammonium chloride)propylene acetal) (Fig. (**10**)) with an acid-sensitive ketal bond, also underwent hydrolysis in acidic medium where an ether analogue remained undegraded [94]. Lipid (**VII**) achieved levels of gene delivery similar to DC-Chol, but toxicity was correspondingly low. The hydrolytically less stable ortho ester bond has also been integrated into the structure of a cationic lipid by Zhu *et al.* who reported that the hydrolysable trioxabicyclo[2,2,2]octane-containing cationic Lipid (**VIII**) of Fig. (**10**) was roughly ten fold more active than DOTAP and DC-Chol for transfection of NIH 3T3 cells [95].

Finally, in drug-conjugate design, the acid-sensitive acylhydrazone group has been much used as linker between the antineoplastic drug (doxorubicin, daunorubicin) and the carrier (antibody, serum albumin, transferrin, polyethylene glycol) with a view to reduce unwanted drug toxicity [96-98]. In a similar approach, we have recently synthesised a small series of cationic lipids with an acylhydrazone group between a steroid moiety and a bis-guanidinium headgroup. The vectors were prepared in a series differing in the choice of steroid moiety and were found to undergo hydrolytic cleavage in acidic solution while retaining relative stability at physiological pH. *In vitro* transfection experiments indicated that a 'window of stability' of the acylhydrazone bond might be required for efficient gene delivery. Accordingly, a lipid characterised by a cholest-4-enone hydrophobic moiety (i.e. with a double bond in the steroid ring A conjugated to the hydrazone carbon-nitrogen double bond) was found to

REF_ALN_00002063




BCAT

Lipid (VII)

Lipid (VIII)

**Fig. (10).** The incorporation of acid-sensitive linkers into lipid design: pH-triggerable lipids.

allow significant gene transfection. As presumed, the lipid also caused only low levels cytotoxicity likely because of its degradable bond. Further, our acylhydrazone cationic lipid was found to be tolerant to serum and mediated significant gene transfection into the mouse airways *in vivo* (A Aissaoui *et al.*, *submitted for publication*).

## REDOX-SENSITIVE LINKERS

Redox potential-sensitive lipids constitute another family of triggerable vectors. Here, the underlying biological rationale is that, once internalised into the cell, the lipoplex is presented with relatively high concentrations of reductive substances (for example, 10 mM glutathione [99] and the enzymes thioredoxin and glutaredoxin [100]). Incorporation of redox-sensitive disulphide bonds into the linker structure will consequently lead to cleavage of the group, destabilising the complex and leading to DNA release (in a similar manner as the pH-sensitive systems). For example, synthesis of the disulphide-containing ornithine conjugate DOGSDSO (1,2-dioleoyl-sn-glycero-3-succinyl-2-hydroxyethyl disulfide ornithine) (Fig. (**11**)) has been reported [101]. DOGSDSO lipoplexes were found to be cleaved by the reductant dithiothreitol (DTT) with subsequent plasmid DNA release. *In vitro* experiments showed a 6 to 15-fold increase in transfection compared to DOTAP, and an up to 50-fold enhanced transfection compared to a non-cleavable analogue. By employing dithiodiglycolic acid to link the polar and hydrophobic domains, the authors conveyed an increased sensitivity to the disulphide linker. As a result, cleavage of CHDTAEA (cholesteryl hemidithiodiglycolyl tris(aminoethyl)ammonium trifluoracetate) (Fig. (**11**)) could be induced by the less reducing but endogenous glutathione [102]. It is noteworthy that the increased sensitivity to cleavage rendered the lipid non-cytotoxic.

Balakirev *et al.* have based vector design on the natural amphiphile lipoic acid. They have noticeably prepared a compound capable of both intramolecular and intermolecular disulphide bond formation *via* the thermodynamically unstable 1,2-dithiolane ring, which tends towards thiol-disulphide exchange and self-polymerisation (with the monomers linked by the dithiols) [103]. The monomeric or polymeric forms of the bis-dithiolane AP1 (N-[1-(2,3-dilipoyloxy)propyl]-N,N,N-trimethylammonium methylsulfate) (Fig. (**11**)) could be reduced by DTT to form the tetrathiol characterised by a lower binding affinity for DNA, thereby endowing the system with a triggered DNA release mechanism. On addition of the reducing agent, AP1 lipoplexes observed by electron microscopy changed shape and eventually disappeared. Importantly, DNA release by endogenous reducing agents was confirmed, but it required the higher concentrations found in the nucleus rather than the lower ones found in the cytoplasm. Experimental data indicated that only slightly better gene transfection was achieved by lipid AP1 in its polymeric form (compared to the structural relative DOTAP). However, when the vector was polymerised in the presence of the adenovirus fiber peptide pI, improved transfection levels (up to 6-10 times higher than the reference) were observed.

The importance of the site at which the dithiol group is located in the cationic lipid has also been explored. Scherman and co-workers prepared a series of lipopolyamines with three different sites of incorporation: i) in the linker between

REF_ALN_00002064




**Fig. (11).** Redox-sensitive lipids as triggerable vectors: incorporation of a dithiol group.

the polar and hydrophobic regions; ii) in the chain of one of the two fatty chains; and iii) between the linker and an additional side group carrying a $C_5$ or $C_{12}$ hydrocarbon chain (Lipids (**IX**), (**X**) and (**XI**) of Fig. (**12**)) [104, 105]. Interestingly, the vector with the dithiol located between the head and tail regions (Lipid (**IX**)) showed a total loss of activity, whereas the lipids with a dithiol connecting the additional side chain to the vector body (typified by Lipid (**XI**)) showed a substantial improvement in transfection efficiency. Surprisingly, cleavage of one of the two fatty acid chains of Lipid (**X**), effectively converting the lipid into a detergent, also led to higher transfection compared to a non-cleavable analogue.

The thiol-disulphide reaction has also been used to create gemini surfactants (see above) from cationic cysteine detergents [106]. The aim was to condense the DNA into discrete monomolecular particles (containing a single nucleic acid molecule) small enough to cross membranes and diffuse through tissues and blood vessels, i.e. to overcome crucial barriers to gene transfection. The lipoplex comprising of the cationic detergent and a single molecule of DNA was stabilised *via* air-oxidation to generate the gemini disulphide surfactant, and subsequently coated with PEG chains equipped with folic acid residues for tumour targeting purposes [83, 107]. Although receptor-mediated entry was demonstrated, *in vitro* transfection results were disappointing.

Finally, it should be stressed that redox-sensitive cationic lipids are a still developing branch of triggerable non-viral vectors as the cellular mechanism of disulphide reduction is as yet not fully understood. For example, the possibility of endosomal cleavage of disulphides has only recently been recognised with the discovery of the reducing enzyme GILT (gamma-interferon-inducible lysosomal thiol reductase), which is the first to be primarily located in the endosomal pathway [108].

## LINKERS INCORPORATING ESTER FUNCTIONS

Remaining within the domain of cationic lipids that are sensitive to biological conditions, there also exists vectors incorporating activated ester groups. Such groups are designed to be cleaved by endogenous esterases, although pH variations may also serve as trigger to hydrolysis. Indeed, the fragility of the ester function in certain environments has been recognised by numerous groups [79, 109]. Its incorporation into vectors to render them 'biodegradable' has thus been undertaken, especially in an attempt to face the cytotoxicity issue associated with gene delivery by cationic lipids. Leventis and Silvius were the first to investigate the use of cationic lipids with hydrolysis-prone esters located in their linker to provide them specifically with lability on even shorter time-scales (Lipids DOTB (1,2-dioleoyl-3-(4'-trimethylammonio)butanoyl-*sn*-glycerol) and DOSC (1,2-dioleoyl-3-succinyl-*sn*-glycerol) of Fig. (**13**)) [110]. Fluorescent analogues were deemed metabolisable within a few hours of cellular uptake and transfection efficiencies of the vectors were significant and coupled with low cytotoxicity. More recently, the tetraesters DMTM(Gly) (dimyristoyl bis(N,N-trimethylammonioglycyl) tetraester) and DOTM




**Fig. (12).** A series of vectors with a dithiol group located at different sites.

(Gly) (dioleoyl bis(N,N-trimethylammonioglycyl) tetraester) of Fig. (**13**) were prepared and assessed in terms of gene delivery and cytotoxicity [111]. Proximity of the quaternary amines to the two esters of the linker was presumed to enhance the rate of hydrolysis of the latter to yield a non-toxic dilipid. Efficient transfection and reduced cytotoxicity was demonstrated. It should however be stressed here that the specific sensitivity of linker esters to esterases remains generally unconfirmed to date. Accordingly, although the mechanisms are not fully understood, we have ourselves recently observed that a cationic cholesterol derivative, characterised by an ester group in its linker as well as in its cationic headgroup, was highly efficient for gene transfection *in vitro* and into the mouse airways *in vivo* (Aissaoui *et al., unpublished results*).

An ester group has also been introduced between the pyridinium headgroup and alkyl chains of SAINT vectors (for example SAINT-2 of Fig. (**13**)) [112]. The site of attachment of the ester group to the pyridinium heterocycle of the resulting SAINT Esters (Fig. (**13**)) had a significant impact on the transfection efficiency (meta > para) which however, was in each case greater than that of the non-ester control SAINT-2 [113]. As foreseen, the toxicity of the ester analogues was also lower. However, contrary to initial expectations, the SAINT Ester vectors were found to be most stable at low pH, with increasing instability on increasing basicity, thereby confusing any mechanistic predictions for the observed increase in transfection levels based on pH alone. The same pH profile was observed for the latest generation of SAINT vectors, which incorporate an ester group between each of the two aliphatic chains (SAINT diEster of Fig. (**13**)) [114]. The authors noted a cooperative effect in the hydrolysis of the two esters, the cleavage of the first ester group being aided by the electron-withdrawing effect of the second. Because the subsequent hydrolysis of the second group was retarded (due to the zwitterionic nature of the headgroup after cleavage of the first ester), the vector possibly remained in its single-chain surfactant state long enough to induce, in the lipoplex, an inverted hexagonal phase facilitating lipid mixing required for endosomal escape. Transfection levels were found to be cell line-dependent, but they did better than those of the SAINT-2 vector in HepG2 cells.

Environment-sensitive or 'triggerable' vectors represent a new approach to gene delivery by cationic lipids. Here, direct parallels can be drawn with viral vectors which themselves exploit the acidification of the endosome and the reducing environment of the cytoplasm [115, 116]. However, regardless of whether dealing with viral or non-viral vectors, it is clear that the environment-responsive function must be sensitive enough to be triggered at the correct time during the trafficking process with avoidance of premature or late responses. When more than one trigger is included, as is certainly the case with viruses, the sequence of transitions must take place chronologically [4]. The development of highly 'sophisticated' cationic lipid-based gene delivery systems may therefore be viewed as 'programmed supramolecular systems' obtained *via* a defined plan, the information necessary for the assembly process to take place and the algorithm that it follows being stored in the components and operating *via* selective molecular recognition events [117].

## CATIONIC LIPID DESIGN IN RELATION TO OTHER ASPECTS OF GENE TRANSFECTION

In order to situate the present review in a more general background, it should be emphasised that the efficacy of gene delivery does not rest upon improving the design of the cationic lipid alone but also on other factors, such as the supramolecular structure of the lipoplexes [118] as well as the decoration of the nanoparticles with functional elements for steric stabilisation and shielding from extracellular environments [119, 120], targeting of specific cells [121] and facilitated uptake [122]. These features lie outside the scope of this review, whose aim was to provide an overview of the




**Fig. (13).** Incorporation of ester functions into the linker: esterases and/or pH-sensitive vectors.

field at the molecular level in terms of design of the three basic functional domains of any cationic lipid. However, at this level, another unmistakable goal is to facilitate the passage of the DNA or lipoplex (though decomplexation must occur before expression can occur) across the nuclear membrane [123]. Approaches to face this most considerable barrier have up to now relied on DNA chemistry rather than chemistry on the vectoring entities, i.e. modification of the plasmid DNA such that endogenous cellular mechanisms may facilitate its nuclear uptake. Here, advances have been made by conjugation of short NLS (nuclear localisation signal) peptides to the DNA [124, 125]. Steroid-mediated gene delivery (SMGD) is an alternative approach for nuclear uptake of plasmids. Conjugation of a dexamethasone derivative to the DNA to improve gene delivery by exploiting existing glucocorticoid-sensitive shuttling pathways into the nucleus has been reported [126, 127]. DNA-chemistry for gene delivery is likely to be a decisive addition to the complementary approaches to transfection, which at present rely fundamentally on vector design. Finally, it should be emphasised here that, as already discussed above, the potential of a given transfection reagent for a particular clinical gene therapy application can be assessed at best by using relevant experimental systems, a successful transfection being a combination of appropriate gene delivery and adequate transgene expression.

## CONCLUSIONS

Cationic lipids can be readily prepared and characterised, and thereby compared in order to generate the structure-activity relationships which are required if advances in initial design are to take place. As the biological barriers and chemical environments that the lipoplexes traffic through are not fully understood, a wide variety of cationic lipids have been designed *via* more or less empirical modifications to headgroup, hydrophobic domain and linker. New research directions should be able to profit greatly from the results generated in this way and the conciliation of the many separate approaches can now be considered with a fuller picture at hand. However, although it is informative to consider vector design in the context of modifications to a single domain of the three basic parts of any cationic lipid, it should be stressed that it is the properties of the entire molecule that determine its efficiency for gene delivery (hydrophobic/hydrophilic balance, interactions with DNA and eventually a colipid or a membrane lipid). Transfection activity is unlikely therefore to be guided by modification to one domain of the structure alone, but rather by a cooperative interaction of the different constitutive parts. In addition, it may be foreseen that it will be very difficult to equip a single cationic lipid with all the diverse functions required for performing in a chronological order the various steps involved in gene transfection. Thus, in order to be successful, the future of cationic lipid-mediated gene delivery will probably see the development of sophisticated, multimodular systems which can be viewed as 'artificial viruses'.

## ACKNOWLEDGEMENTS

This work was supported by the Marie Curie Individual Fellowship Program and grants from Vaincre la Mucoviscidose (Paris, France) and the Association Française contre les Myopathies (Evry, France).

## ABBREVIATIONS

| | | |
|---|---|---|
| AP1 | = | N-[1-(2,3-dilipoyloxy)propyl]-N,N,N-trimethylammonium methylsulfate |
| βAE-DMRIE | = | N-(2-aminoethyl)-N,N-dimethyl-2,3-bis(tetradecyloxy)-l-propanaminium bromide |
| BCAT | = | O-(2R-1,2-di-O-(1Z,9Z-octadecadienyl)-glycerol)-3-N-(bis-2-aminoethyl)-carbamate |
| BGDA | = | Pentacosa-10,12-diynoic acid (2[bis-(2-guanidino-ethyl)-amino]-ethyl)-amide |
| BGSC | = | Bis-guanidinium-spermidine-cholesterol |
| BGTC | = | Bis-guanidinium-tren-cholesterol |
| CHDTAEA | = | Cholesteryl hemidithiodiglycolyl tris(aminoethyl)ammonium trifluoracetate |
| $C_{18}Sper^{3+}$ | = | N'-octadecylsperminecarboxamide hydrofluoroacetate |
| DC-Chol | = | 3β–[N-(N',N'-dimethylaminoethyl) carbamoyl) cholesterol) |
| DDAB | = | Dioctadecyldimethylammonium bromide |
| DHDEAB | = | N,N-di-n-hexadecyl-N,N-dihydroxyethylammonium bromide |
| DHMHAC | = | N,N-di-n-hexadecyl-N-methyl,N-(2-hydroxyethyl)ammonium chloride |
| DMHMAC | = | N,N–myristyl-N-(1-hydroxyprop-2-yl)-N-methylammonium chloride |
| DMRIE | = | 1,2-dimyristyloxypropyl-3-dimethyl-hydroxyethylammonium bromide |
| DMTM(Gly) | = | Dimyristoyl bis(N,N-trimethylammoniogl-ycyl) tetraester) |
| DODAC | = | Dioleyldimethylammonium chloride |
| DOGS | = | Dioctadecylamido-glycylspermine |
| DOGSDSO | = | 1,2-dioleoyl-sn-glycero-3-succinyl-2-hydroxyethyl disulfide ornithine |
| DOPE | = | Dioleoyl phosphatidylethanolamine |
| DORI | = | 1,2-dioleoyloxypropyl-3-dimethyl-hydroxyethyl ammonium chloride |
| DORIE | = | 1,2-dioleoyl-3-dimethyl-hydroxyethyl ammonium bromide |
| DOSC | = | 1,2-dioleoyl-3-succinyl-*sn*-glycerol |
| DOTAP | = | 1,2-dioleoyloxy-3-[trimethylammonio]-propane |
| DOTB | = | 1,2-dioleoyl-3-(4'-trimethylammonio) butanoyl-*sn*-glycerol |
| DOTIM | = | 1-[2-(9(Z)-octadecenoyloxy)ethy1]-2-(8(Z)-heptadecenyl)-3-(2-hydroxyethyl) imidazolinium chloride |
| DOTM(Gly) | = | Dioleoyl bis(N,N-trimethylammonio-glycyl)tetraester |
| DOTMA | = | N-(1-(2,3-dioleyloxy)propyl)-N,N,N-trimethylammonium chloride) |
| DTT | = | Dithiothreitol |
| GILT | = | Gamma-interferon-inducible lysosomal thiol reductase |
| HEDA | = | Pentacosa-10,12-diynoic acid (2-hydroxyethyl)-amide |
| KanaChol | = | 3β–[6'-kanamycin-carbamoyl]cholesterol |
| MVL5 | = | $N^1$-[2-1S-1-[3-aminopropylamino]-4-[di-3-aminopropylamino]butylcarboxamidoethyl]-3,4-dioleyloxybenzamide |
| NLS | = | Nuclear localisation signal |
| PEI | = | Polyethylenimine |
| SAXS | = | Small-angle X-ray scattering |
| SMGD | = | Steroid-mediated gene delivery |
| TODMAC3 | = | N,N,N',N'-tetraoleyl-N,N'-dimethyl-1,3-propanediammonium chloride |
| TODMAC6 | = | N,N,N',N'-tetraoleyl-N,N'-dimethyl-1,6-hexanediammonium chloride |
| TEM | = | Transmission electron microscopy |

## REFERENCES

References 128-130 are related articles recently published in Current Pharmaceutical Design.


[1] Zabner J, Fasbender AJ, Moninger T, Poellinger KA, Welsh MJ. Cellular and Molecular Barriers to Gene-Transfer by a Cationic Lipid. J Biol Chem 1995; 270(32): 18997-19007.

[2] Behr JP. Synthetic Gene-Transfer Vectors. Acc Chem Res 1993; 26(5): 274-278.

[3] Gao X, Huang L. Cationic liposome-mediated gene transfer. Gene Ther 1995; 2(10): 710-22.

[4] Lehn P, Fabrega S, Oudrhiri N, Navarro J. Gene delivery systems: Bridging the gap between recombinant viruses and artificial vectors. Adv Drug Deliv Rev 1998; 30(1-3): 5-11.

[5] Martin B, Aissaoui A, Sainlos M, Oudrhiri N, Hauchecorne M, Vigneron J-P, *et al.* Advances in Cationic Lipid-Mediated Gene Delivery. Gene Ther Mol Biol 2003; 7: 273-289.

[6] Aissaoui A, Oudrhiri N, Petit L, Hauchecorne M, Kan E, Sainlos M, *et al.* Progress in gene delivery by cationic lipids: Guanidinium-cholesterol-based systems as an example. Curr Drug Targets 2002; 3(1): 1-16.

[7] Miller AD. Cationic liposomes for gene therapy. Angew Chem Int Ed 1998; 37(13-14): 1769-1785.

[8] Roth JA, Cristiano RJ. Gene therapy for cancer: what have we done and where are we going? J Natl Cancer Inst 1997; 89(1): 21-39.

[9] Hersh EM, Stopeck AT. Cancer gene therapy using nonviral vectors: preclinical and clinical observations. In: Kabanov AV, Felgner PL, Seymour LW, editor. Self-assembling Complexes for Gene Delivery. Chichester, UK: John Wiley and Sons 1998; p. 421-436.

[10] Alton EWFW, Stern M, Farley R, Jaffe A, Chadwick SL, Phillips J, *et al.* Cationic lipid-mediated CFTR gene transfer to the lungs and nose of patients with cystic fibrosis: a double-blind placebo-controlled trial. Lancet 1999; 353(9157): 947-954.

[11] Griesenbach U, Geddes DM, Alton EWFW. Cystic fibrosis gene therapy. In: Huang L, Hung MC, Wagner E, editor. Nonviral Vectors for Gene Therapy. San Diego, USA, Academic Press. 1999; p. 337-356.

[12] Davies JC, Geddes DM, Alton EW. Gene therapy for cystic fibrosis. J Gene Med 2001; 3(5): 409-17.

[13] Boucher RC. Status of gene therapy for cystic fibrosis lung disease. J Clin Invest 1999; 103(4): 441-445.

[14] Miller AD. The problem with cationic liposome/micelle-based non-viral vector systems for gene therapy. Curr Med Chem 2003; 10(14): 1195-1211.

[15] Crystal RG. Transfer of genes to humans: early lessons and obstacles to success. Science 1995; 270(5235): 404-10.

[16] Labat-Moleur F, Steffan AM, Brisson C, Perron H, Feugeas O, Furstenberger P, *et al.* An electron microscopy study into the mechanism of gene transfer with lipopolyamines. Gene Ther 1996; 3(11): 1010-1017.

[17] Friend DS, Papahadjopoulos D, Debs RJ. Endocytosis and intracellular processing accompanying transfection mediated by cationic liposomes. Biochim Biophys Acta 1996; 1278(1): 41-50.

[18] Mislick KA, Baldeschwieler JD. Evidence for the role of proteoglycans in cation-mediated gene transfer. Proc Natl Acad Sci USA 1996; 93(22): 12349-12354.

[19] Mukherjee S, Ghosh RN, Maxfield FR. Endocytosis. Physiol Rev 1997; 77(3): 759-803.

[20] Hasegawa S, Hirashima N, Nakanishi M. Microtubule involvement in the intracellular dynamics for gene transfection mediated by cationic liposomes. Gene Ther 2001; 8(21): 1669-1673.

[21] Nicolau C, Sene C. Liposome-mediated DNA transfer in eukaryotic cells. Dependence of the transfer efficiency upon the type of liposomes used and the host cell cycle stage. Biochim Biophys Acta 1982; 721(2): 185-90.

[22] Nicolau C, Le Pape A, Soriano P, Fargette F, Juhel MF. *In vivo* expression of rat insulin after intravenous administration of the liposome-entrapped gene for rat insulin I. Proc Natl Acad Sci USA 1983; 80(4): 1068-72.

[23] Felgner PL, Gadek TR, Holm M, Roman R, Chan HW, Wenz M, *et al.* Lipofection: a highly efficient, lipid-mediated DNA-transfection procedure. Proc Natl Acad Sci USA 1987; 84(21): 7413-17.

[24] Behr JP, Demeneix B, Loeffler JP, Perez-Mutul J. Efficient gene transfer into mammalian primary endocrine cells with lipopolyamine-coated DNA. Proc Natl Acad Sci USA 1989; 86(18): 6982-6.

[25] Gao X, Huang L. A novel cationic liposome reagent for efficient transfection of mammalian cells. Biochem Biophys Res Commun 1991; 179(1): 280-5.

[26] Farhood H, Serbina N, Huang L. The Role of Dioleoyl Phosphatidylethanolamine in Cationic Liposome-Mediated Gene-Transfer. Biochim Biophys Acta 1995; 1235(2): 289-295.

[27] Vidal M, Hoekstra D. *In vitro* fusion of reticulocyte endocytic vesicles with liposomes. J Biol Chem 1995; 270(30): 17823-9.

[28] Ellens H, Bentz J, Szoka FC. Fusion of phosphatidylethanolamine-containing liposomes and mechanism of La-HII phase transition. Biochemistry 1986; 25(14): 4141-7.

[29] Lehn J-M. Preface. In: Huang L, Hung MC, Wagner E, editor. Nonviral Vectors for Gene Therapy. San Diego, USA, Academic Press. 1999; p. xxi.

[30] Guenin E, Herve A-C, Floch V, Loisel S, Yaouanc J-J, Clement J-C, *et al.* Cationic phosphonolipids containing quaternary phosphonium and arsonium groups for DNA transfection with good efficiency and low cellular toxicity. Angew Chem Int Ed 2000; 39(3): 629-631.

[31] Floch V, Loisel S, Guenin E, Herve AC, Clement JC, Yaouanc JJ, *et al.* Cation Substitution in Cationic Phosphonolipids: A New Concept To Improve Transfection Activity and Decrease Cellular Toxicity. J Med Chem 2000; 43(24): 4617-4628.

[32] Floch V, Delepine P, Guillaume C, Loisel S, Chasse S, Le Bolch G, *et al.* Systemic administration of cationic phosphonolipids/DNA complexes and the relationship between formulation and lung transfection efficiency. Biochim Biophys Acta 2000; 1464(1): 95-103.

[33] Guillaume-Gable C, Floch V, Mercier B, Audrezet M-P, Gobin E, Le Bolc'h G, *et al.* Cationic phosphonolipids as nonviral gene transfer agents in the lungs of mice. Hum Gene Ther 1998; 9(16): 2309-2319.

[34] Bennett MJ, Aberle AM, Balasubramaniam RP, Malone JG, Malone RW, Nantz MH. Cationic lipid-mediated gene delivery to murine lung: correlation of lipid hydration with *in vivo* transfection activity. J Med Chem 1997; 40(25): 4069-4078.

[35] Xu YH, Szoka FC. Mechanism of DNA release from cationic liposome/DNA complexes used in cell transfection. Biochemistry 1996; 35(18): 5616-5623.

[36] Hasegawa S, Hirashima N, Nakanishi M. Comparative study of transfection efficiency of cationic cholesterols mediated by liposomes-based gene delivery. Bioorg Med Chem Lett 2002; 12(9): 1299-1302.

[37] Felgner JH, Kumar R, Sridhar CN, Wheeler CJ, Tsai YJ, Border R, *et al.* Enhanced gene delivery and mechanism studies with a novel series of cationic lipid formulations. J Biol Chem 1994; 269(4): 2550-61.

[38] Takeuchi K, Ishihara M, Kawaura C, Noji M, Furuno T, Nakanishi M. Effect of zeta potential of cationic liposomes containing cationic cholesterol derivatives on gene transfection. FEBS Lett 1996; 397(2-3): 207-9.

[39] Srilakshmi GV, Sen J, Chaudhuri A, Ramadas Y, Rao NM. Anchor-dependent lipofection with non-glycerol based cytofectins containing single 2-hydroxyethyl head groups. Biochim Biophys Acta 2002; 1559(2): 87-95.

[40] Banerjee R, Das PK, Srilakshmi GV, Chaudhuri A, Rao NM. Novel Series of Non-Glycerol-Based Cationic Transfection Lipids for Use in Liposomal Gene Delivery. J Med Chem 1999; 42(21): 4292-4299.

[41] Laxmi AA, Vijayalakshmi P, Balagopala Kaimal TN, Chaudhuri A, Ramadas Y, Rao NM. Novel Non-Glycerol-Based Cytofectins with Lactic Acid-Derived Head Groups. Biochem Biophys Res Commun 2001; 289(5): 1057-1062.

[42] Banerjee R, Mahidhar YV, Chaudhuri A, Gopal V, Rao NM. Design, Synthesis, and Transfection Biology of Novel Cationic

Glycolipids for Use in Liposomal Gene Delivery. J Med Chem 2001; 44(24): 4176-4185.

[43] Ghosh YK, Visweswariah SS, Bhattacharya S. Nature of linkage between the cationic headgroup and cholesteryl skeleton controls gene transfection efficiency. FEBS Lett 2000; 473(3): 341-344.

[44] Fichert T, Regelin A, Massing U. Synthesis and transfection properties of novel non-toxic monocationic lipids. Variation of lipid anchor, spacer and head group structure. Bioorg Med Chem Lett 2000; 10(8): 787-791.

[45] Wheeler CJ, Sukhu L, Yang G, Tsai Y, Bustamente C, Felgner P, *et al.* Converting an alcohol to an amine in a cationic lipid dramatically alters the co-lipid requirement, cellular transfection activity and the ultrastructure of DNA-cytofectin complexes. Biochim Biophys Acta 1996; 1280(1): 1-11.

[46] Aberle AM, Bennett MJ, Malone RW, Nantz MH. The counterion influence on cationic lipid-mediated transfection of plasmid DNA. Biochim Biophys Acta 1996; 1299(3): 281-283.

[47] Ilies MA, Seitz WA, Caproiu MT, Wentz M, Garfield RE, Balaban AT. Pyridinium-based cationic lipids as gene-transfer agents. Eur J Org Chem 2003; (14): 2645-2655.

[48] Schmid N, Behr JP. Location of spermine and other polyamines on DNA as revealed by photoaffinity cleavage with poly(amino)benzenediazonium salts. Biochemistry 1991; 30(17): 4357-61.

[49] Moradpour D, Schauer JI, Zurawski J, Vincent R, Wands JR, Boutin RH. Efficient Gene Transfer into Mammalian Cells with Cholesteryl-Spermidine. Biochem Biophys Res Commun 1996; 221(1): 82-88.

[50] Demeneix BA, Behr J-P. The Proton Sponge: A Trick the Viruses Did Not Exploit. In: Felgner PL, Heller HJ, Lehn P, Behr J-P, Szoka Jr FC, editor. Artificial Self-Assembling Systems for Gene Delivery. Washington, DC, USA: American Chemical Society. 1996; p. 146-151.

[51] Lee ER, Marshall J, Siegel CS, Jiang C, Yew NS, Nichols MR, *et al.* Detailed analysis of structures and formulations of cationic lipids for efficient gene transfer to the lung. Hum Gene Ther 1996; 7(14): 1701-1717.

[52] Marshall J, Nietupski JB, Lee ER, Siegel CS, Rafter PW, Rudginsky SA, *et al.* Cationic lipid structure and formulation considerations for optimal gene transfection of the lung. J Drug Target 2000; 7(6): 453-469.

[53] Fujiwara T, Hasegawa S, Hirashima N, Nakanishi M, Ohwada T. Gene transfection activities of amphiphilic steroid-polyamine conjugates. Biochim Biophys Acta 2000; 1468(1-2): 396-402.

[54] Geall AJ, Eaton MAW, Baker T, Catterall C, Blagbrough IS. The regiochemical distribution of positive charges along cholesterol polyamine carbamates plays significant roles in modulating DNA binding affinity and lipofection. FEBS Lett 1999; 459(3): 337-342.

[55] Ewert K, Ahmad A, Evans HM, Schmidt H-W, Safinya CR. Efficient synthesis and cell-transfection properties of a new multivalent cationic lipid for nonviral gene delivery. J Med Chem 2002; 45(23): 5023-5029.

[56] Byk G, Dubertret C, Escriou V, Frederic M, Jaslin G, Rangara R, *et al.* Synthesis, Activity, and Structure-Activity Relationship Studies of Novel Cationic Lipids for DNA Transfer. J Med Chem 1998; 41(2): 224-235.

[57] Scheule RK, Cheng SH. Gene transfer into mammalian cells using synthetic cationic lipids. In: Felgner PL, Heller, H.J., Lehn, P., Behr, J.-P., Szoka, Jr.F.C., editor. Artificial Self-Assembling Systems for Gene Delivery. Washington, DC, USA: American Chemical Society; 1996; p. 177-190.

[58] Umezawa H, Hooper IR. Aminoglycoside Antibiotics.: Springer-Verlag: New York, Heidelburg; 1982.

[59] Moazed D, Noller HF. Interaction of antibiotics with functional sites in 16S ribosomal RNA. Nature 1987; 327(6121): 389-94.

[60] Hendrix M, Alper PB, Priestley ES, Wong C-H. Hydroxyamines as a new motif for the molecular recognition of phosphodiesters: implications for aminoglycoside-RNA interactions. Angew Chem Int Ed 1997; 36(1/2): 95-98.

[61] Sainlos M, Belmont P, Vigneron J-P, Lehn P, Lehn J-M. Aminoglycoside-Derived Cationic Lipids for Gene Transfection: Synthesis of Kanamycin A Derivatives. Eur J Org Chem 2003; 15: 2764-2774.

[62] Belmont P, Aissaoui A, Hauchecorne M, Oudrhiri N, Petit L, Vigneron J-P, *et al.* Aminoglycoside-derived cationic lipids as efficient vectors for gene transfection *in vitro* and *in vivo*. J Gene Med 2002; 4(5): 517-526.

[63] Vigneron JP, Oudrhiri N, Fauquet M, Vergely L, Bradley JC, Basseville M, *et al.* Guanidinium-cholesterol cationic lipids: Efficient vectors for the transfection of eukaryotic cells. Proc Natl Acad Sci USA 1996; 93(18): 9682-9686.

[64] Oudrhiri N, Vigneron JP, Peuchmaur M, Leclerc T, Lehn JM, Lehn P. Gene transfer by guanidinium-cholesterol cationic lipids into airway epithelial cells *in vitro* and *in vivo*. Proc Natl Acad Sci USA 1997; 94(5): 1651-1656.

[65] Zhang G, Gurtu V, Smith TH, Nelson P, Kain SR. A cationic lipid for rapid and efficient delivery of plasmid DNA into mammalian cells. Biochem Biophys Res Commun 1997; 236(1): 126-9.

[66] El Ouahabi A, Thiry M, Pector V, Fuks R, Ruysschaert JM, Vandenbranden M. The role of endosome destabilizing activity in the gene transfer process mediated by cationic lipids. FEBS Lett 1997; 414(2): 187-192.

[67] Heyes JA, Niculescu-Duvaz D, Cooper RG, Springer CJ. Synthesis of Novel Cationic Lipids: Effect of Structural Modification on the Efficiency of Gene Transfer. J Med Chem 2002; 45(1): 99-114.

[68] Monsigny M, Roche A-C, Midoux P, Mayer R. Glycoconjugates as carriers for specific delivery of therapeutic drugs and genes. Adv Drug Deliv Rev 1994; 14(1): 1-24.

[69] Wagner E. Polylysine-conjugate based DNA delivery. In: Kabanov AV, Felgner PL, Seymour LW, editor. Self-assembling Complexes for Gene Delivery. Chichester, UK: John Wiley and Sons 1998; p. 309-322.

[70] Gao X, Huang L. Cationic liposomes and polymers for gene transfer. J Lip Res 1993; 3(1): 17-30.

[71] Pichon C, Goncalves C, Midoux P. Histidine-rich peptides and polymers for nucleic acids delivery. Adv Drug Deliv Rev 2001; 53(1): 75-94.

[72] Ihm J-E, Han K-O, Han I-K, Ahn K-D, Han D-K, Cho C-S. High Transfection Efficiency of Poly(4-vinylimidazole) as a New Gene Carrier. Bioconjug Chem 2003; 14(4): 707-708.

[73] Kumar VV, Pichon C, Refregiers M, Guerin B, Midoux P, Chaudhuri A. Single histidine residue in head-group region is sufficient to impart remarkable gene transfection properties to cationic lipids: evidence for histidine-mediated membrane fusion at acidic pH. Gene Ther 2003; 10(15): 1206-1215.

[74] Solodin I, Brown CS, Bruno MS, Chow C-Y, Jang E-H, Debs RJ, *et al.* A Novel Series of Amphiphilic Imidazolinium Compounds for *in vitro* and *in vivo* Gene Delivery. Biochemistry 1995; 34(41): 13537-44.

[75] Kirby AJ, Camilleri P, Engberts JBFN, Feiters M, C., Nolte RJM, Soderman O, *et al.* Gemini surfactants: new synthetic vectors for gene transfection. Angew Chem Int Ed 2003; 42(13): 1448-57.

[76] Fielden ML, Perrin C, Kremer A, Bergsma M, Stuart MC, Camilleri P, *et al.* Sugar-based tertiary amino gemini surfactants with a vesicle- to-micelle transition in the endosomal pH range mediate efficient transfection *in vitro*. Eur J Biochem 2001; 268(5): 1269-1279.

[77] Bell PC, Bergsma M, Dolbnya IP, Bras W, Stuart MCA, Rowan AE, *et al.* Transfection Mediated by Gemini Surfactants: Engineered Escape from the Endosomal Compartment. J Am Chem Soc 2003; 125(6): 1551-1558.

[78] Floch V, Legros N, Loisel S, Guillaume C, Guilbot J, Benvegnu T, *et al.* New biocompatible cationic amphiphiles derivative from glycine betaine: a novel family of efficient nonviral gene transfer agents. Biochem Biophys Res Commun 1998; 251(1): 360-365.

[79] Wang J, Guo X, Xu Y, Barron L, Szoka FC, Jr. Synthesis and Characterization of Long Chain Alkyl Acyl Carnitine Esters. Potentially Biodegradable Cationic Lipids for Use in Gene Delivery. J Med Chem 1998; 41(13): 2207-2215.

[80] Remy J-S, Sirlin C, Vierling P, Behr J-P. Gene Transfer with a Series of Lipophilic DNA-Binding Molecules. Bioconjug Chem 1994; 5(6): 647-54.

[81] McGregor C, Perrin C, Monck M, Camilleri P, Kirby AJ. Rational approaches to the design of cationic gemini surfactants for gene delivery. J Am Chem Soc 2001; 123(26): 6215-6220.

[82] Balasubramaniam RP, Bennett MJ, Aberle AM, Malone JG, Nantz MH, Malone RW. Structural and functional analysis of cationic transfection lipids: the hydrophobic domain. Gene Ther 1996; 3(2): 163-72.

[83] Zuber G, Zammut-Italiano L, Dauty E, Behr J-P. Targeted gene delivery to cancer cells: Directed assembly of nanometric DNA particles coated with folic acid. Angew Chem Int Ed 2003; 42(23): 2666-2669.

[84] Lleres D, Dauty E, Behr JP, Mely Y, Duportail G. DNA condensation by an oxidizable cationic detergent. Interactions with lipid vesicles. Chem Phys Lipids 2001; 111(1): 59-71.

[85] Densmore CL, Giddings TH, Waldrep JC, Kinsey BM, Knight V. Gene transfer by guanidinium-cholesterol: Dioleoylphosphatidyl-ethanolamine liposome-DNA complexes in aerosol. J Gene Med 1999; 1(4): 251-264.

[86] Patel M, Vivien E, Hauchecorne M, Oudrhiri N, Ramasawmy R, Vigneron JP, *et al.* Efficient gene transfection by bisguanylated diacetylene lipid formulations. Biochem Biophys Res Commun 2001; 281(2): 536-543.

[87] Gaucheron J, Wong T, Wong KF, Maurer N, Cullis PR. Synthesis and Properties of Novel Tetraalkyl Cationic Lipids. Bioconjug Chem 2002; 13(3): 671-675.

[88] Gaucheron J, Santaella C, Vierling P. Highly Fluorinated Lipospermines for Gene Transfer: Synthesis and Evaluation of Their *in vitro* Transfection Efficiency. Bioconjug Chem 2001; 12(1): 114-128.

[89] Gaucheron J, Santaella C, Vierling P. Transfection with fluorinated lipoplexes based on fluorinated analogues of DOTMA, DMRIE and DPPES. Biochim Biophys Acta 2002; 1564(2): 349-358.

[90] Boussif O, Gaucheron J, Boulanger C, Santaella C, Kolbe HV, Vierling P. Enhanced *in vitro* and *in vivo* cationic lipid-mediated gene delivery with a fluorinated glycerophosphoethanolamine helper lipid. J Gene Med 2001; 3(2): 109-14.

[91] Nagasaki T, Taniguchi A, Tamagaki S. Photoenhancement of Transfection Efficiency Using Novel Cationic Lipids Having a Photocleavable Spacer. Bioconjug Chem 2003; 14(3): 513-516.

[92] Guo X, Szoka FC, Jr. Chemical Approaches to Triggerable Lipid Vesicles for Drug and Gene Delivery. Acc Chem Res 2003; 36(5): 335-341.

[93] Boomer JA, Thompson DH, Sullivan SM. Formation of Plasmid-Based Transfection Complexes with an Acid-Labile Cationic Lipid: Characterization of *in vitro* and *in vivo* Gene Transfer. Pharm Res 2002; 19(9): 1292-1301.

[94] Zhu M-Z, Wu Q-H, Zhang G, Ren T, Liu D, Guo Q-X. Synthesis and evaluation of cationic lipids bearing cholesteryl groups for gene delivery *in vitro*. Bull Chem Soc Jpn 2002; 75(10): 2207-2213.

[95] Zhu J, Munn RJ, Nantz MH. Self-Cleaving Ortho Ester Lipids: A New Class of pH-Vulnerable Amphiphiles. J Am Chem Soc 2000; 122(11): 2645-2646.

[96] Mueller BM, Wrasildo WA, Reisfeld RA. Antibody conjugates with morpholinodoxorubicin and acid-cleavable linkers. Bioconjug Chem 1990; 1: 325-330.

[97] Kaneko T, Willner D, Monkovic I, Knipe JO, Braslawsky GR, Greenfield RS, *et al.* New hydrazone derivatives of Adriamycin and their immunoconjugates - a correlation between acid stability and cytotoxicity. Bioconjug Chem 1991; 2(3): 133-41.

[98] Kratz F, Beyer U, Schumacher P, Kruger M, Zahn H, Roth T, *et al.* Synthesis of new maleimide derivatives of daunorubicin and biological activity of acid labile transferrin conjugates. Bioorg Med Chem Lett 1997; 7(5): 617-622.

[99] Meister A, Anderson ME. Glutathione. Annu Rev Biochem 1983; 52: 711-60.

[100] Saito G, Swanson JA, Lee K-D. Drug delivery strategy utilizing conjugation via reversible disulfide linkages: role and site of cellular reducing activities. Adv Drug Deliv Rev 2003; 55(2): 199-215.

[101] Tang F, Hughes JA. Introduction of a disulfide bond into a cationic lipid enhances transgene expression of plasmid DNA. Biochem Biophys Res Commun 1998; 242(1): 141-145.

[102] Tang F, Hughes JA. Use of Dithiodiglycolic Acid as a Tether for Cationic Lipids Decreases the Cytotoxicity and Increases Transgene Expression of Plasmid DNA *in vitro*. Bioconjug Chem 1999; 10(5): 791-796.

[103] Balakirev M, Schoehn G, Chroboczek J. Lipoic acid-derived amphiphiles for redox-controlled DNA delivery. Chem Biol 2000; 7(10): 813-819.

[104] Byk G, Wetzer B, Frederic M, Dubertret C, Pitard B, Jaslin G, *et al.* Reduction-Sensitive Lipopolyamines as a Novel Nonviral Gene Delivery System for Modulated Release of DNA with Improved Transgene Expression. J Med Chem 2000; 43(23): 4377-4387.

[105] Wetzer B, Byk G, Frederic M, Airiau M, Blanche F, Pitard B, *et al.* Reducible cationic lipids for gene transfer. Biochem J 2001; 356(3): 747-756.

[106] Dauty E, Remy J-S, Blessing T, Behr J-P. Dimerizable Cationic Detergents with a Low cmc Condense Plasmid DNA into Nanometric Particles and Transfect Cells in Culture. J Am Chem Soc 2001; 123(38): 9227-9234.

[107] Dauty E, Remy JS, Zuber G, Behr JP. Intracellular delivery of nanometric DNA particles via the folate receptor. Bioconjug Chem 2002; 13(4): 831-839.

[108] Phan UT, Arunachalam B, Cresswell P. Gamma-interferon-inducible lysosomal thiol reductase (GILT). Maturation, activity, and mechanism of action. J Biol Chem 2000; 275(34): 25907-25914.

[109] Obika S, Yu W, Shimoyama A, Uneda T, Miyashita K, Doi T, *et al.* A symmetrical and biodegradable cationic lipid. Synthesis and application for efficient gene transfection. Bioorg Med Chem Lett 1997; 7(14): 1817-1820.

[110] Leventis R, Silvius JR. Interactions of mammalian cells with lipid dispersions containing novel metabolizable cationic amphiphiles. Biochim Biophys Acta 1990; 1023(1): 124-32.

[111] Aberle AM, Tablin F, Zhu J, Walker NJ, Gruenert DC, Nantz MH. A Novel Tetraester Construct That Reduces Cationic Lipid-Associated Cytotoxicity. Implications for the Onset of Cytotoxicity. Biochemistry 1998; 37(18): 6533-6540.

[112] van der Woude I, Wagenaar A, Meekel AAP, ter Beest MBA, Ruiters MHJ, Engberts JBFN, *et al.* Novel pyridinium surfactants for efficient, nontoxic *in vitro* gene delivery. Proc Natl Acad Sci USA 1997; 94(4): 1160-1165.

[113] Roosjen A, Smisterova J, Driessen C, Anders JT, Wagenaar A, Hoekstra D, *et al.* Synthesis and characteristics of biodegradable pyridinium amphiphiles used for *in vitro* DNA delivery. Eur J Org Chem 2002; (7): 1271-1277.

[114] Pijper D, Bulten E, Smisterova J, Wagenaar, Hoekstra D, Engberts JBFN, *et al.* Novel Biodegradable Pyridinium Amphiphiles for Gene Delivery. Eur J Org Chem 2003; (22): 4406-4412.

[115] Goff SP. Intracellular trafficking of retroviral genomes during the early phase of infection: viral exploitation of cellular pathways. J Gene Med 2001; 3(6): 517-28.

[116] Meier O, Greber UF. Adenovirus endocytosis. J Gene Med 2003; 5(6): 451-462.

[117] Lehn J-M. Supramolecular chemistry - molecular information and the design of supramolecular materials. Makromol Chem, Macromol Symp 1993; 69(4th European Polymer Federation Symposium on Polymeric Materials, 1992): 1-17.

[118] Pitard B, Oudrhiri N, Vigneron JP, Hauchecorne M, Aguerre O, Toury R, *et al.* Structural characteristics of supramolecular assemblies formed by guanidinium-cholesterol reagents for gene transfection. Proc Natl Acad Sci USA 1999; 96(6): 2621-2626.

[119] Zhang YP, Sekirov L, Saravolac EG, Wheeler JJ, Tardi P, Clow K, *et al.* Stabilized plasmid-lipid particles for regional gene therapy: formulation and transfection properties. Gene Ther 1999; 6(8): 1438-1449.

[120] Pitard B, Oudrhiri N, Lambert O, Vivien E, Masson C, Wetzer B, *et al.* Sterically stabilized BGTC-based lipoplexes: structural features and gene transfection into the mouse airways *in vivo*. J Gene Med 2001; 3(5): 478-487.

[121] Remy J-S, Kichler A, Mordvinov V, Schuber F, Behr J-P. Targeted gene transfer into hepatoma cells with lipopolyamine-condensed DNA particles presenting galactose ligands: a stage toward artificial viruses. Proc Natl Acad Sci USA 1995; 92(5): 1744-8.

[122] Arangoa MA, Duezguenes N, Tros de Ilarduya C. Increased receptor-mediated gene delivery to the liver by protamine-enhanced-asialofetuin-lipoplexes. Gene Ther 2003; 10(1): 5-14.

[123] Munkonge FM, Dean DA, Hillery E, Griesenbach U, Alton EWFW. Emerging significance of plasmid DNA nuclear import in gene therapy. Adv Drug Deliv Rev 2003; 55(6): 749-760.

[124] Zanta MA, Belguise-Valladier P, Behr JP. Gene delivery: A single nuclear localization signal peptide is sufficient to carry DNA to the cell nucleus. Proc Natl Acad Sci USA 1999; 96(1): 91-96.

[125] Escriou V, Carriere M, Scherman D, Wils P. NLS bioconjugates for targeting therapeutic genes to the nucleus. Adv Drug Deliv Rev 2003; 55(2): 295-306.

[126] Rebuffat AG, Nawrocki AR, Nielsen PE, Bernasconi AG, Bernal-Mendez E, Frey BM, *et al*. Gene delivery by a steroid-peptide nucleic acid conjugate. FASEB J 2002; 16(11): 1426-1428.

[127] Rebuffat A, Bernasconi A, Ceppi M, Wehrli H, Verca SB, Ibrahim M, *et al*. Selective enhancement of gene transfer by steroid-mediated gene delivery. Nat Biotechnol 2001; 19(12): 1155-1161.

[128] Furlan R, Pluchino S, Martino G. Gene therapy-mediated modulation of immune processes in the central nervous system. Curr Pharm Design 2003; 9(24): 2002-8.

[129] Ilies MA, Seitz WA, Balaban AT. Cationic lipids in gene delivery: principles, vector design and therapeutical applications. Curr Pharm Design 2002; 8(27): 2441-73.

[130] Vries EF, Buursma AR, Hospers GA, Mulder NH, Vaalburg W. Scintigraphic imaging of HSVtk gene therapy. Curr Pharm Design 2002; 8(16): 1435-50.

# Joint Claim Construction Brief

# EXHIBIT 22

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
28 December 2006 (28.12.2006)

PCT

(10) International Publication Number
WO 2006/138380 A2

(51) International Patent Classification:
*A61K 48/00* (2006.01)

(21) International Application Number: PCT/US2006/023171

(22) International Filing Date: 14 June 2006 (14.06.2006)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
60/690,608 15 June 2005 (15.06.2005) US
60/785,176 23 March 2006 (23.03.2006) US

(71) Applicant *(for all designated States except US)*: **MASSACHUSETTS INSTITUTE OF TECHNOLOGY** [US/US]; Room NE25-230, 5 Cambridge Center, Kendall Square, Cambridge, MA 02142 (US).

(72) Inventors; and
(75) Inventors/Applicants *(for US only)*: **ANDERSON, Daniel, G.** [US/US]; 270 Belknap Street, Framingham, MA 01701 (US). **ZUMBUEHL, Andreas** [CH/US]; 103 Inman Street, Apt. 2, Cambridge, MA 02139 (US). **LESHCHINER, Elizaveta, Sergeyevna** [RU/US]; 51 Whitney Street, Watertown, MA 02471 (US). **LANGER, Robert, S.** [US/US]; 98 Montvale Rd., Newton, MA 02459 (US). **GOLDBERG, Michael** [US/US]; 70 Pacific Street, #329, Cambridge, MA 02139 (US).

(74) Agent: **BAKER, C., Hunter**; Choate, Hall & Stewart, Two International Place, Boston, MA 02110 (US).

(81) Designated States *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP, KR, KZ, LA, LC, LK, LR, LS, LT, LU, LV, LY, MA, MD, MG, MK, MN, MW, MX, MZ, NA, NG, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RS, RU, SC, SD, SE, SG, SK, SL, SM, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) Designated States *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH,

*[Continued on next page]*

(54) Title: AMINE-CONTAINING LIPIDS AND USES THEREOF




**(57) Abstract:** Nitrogen-containing lipids prepared from the conjugate addition of amines to acrylates, acrylamides, or other carbon-carbon double bonds conjugated to electron-withdrawing groups are described. Methods of preparing these lipids from commercially available starting materials are also provided. These amine-containing lipids or salts forms of these lipids are preferably biodegradable and biocompatible and may be used in a variety of drug delivery systems. Given the amino moiety of these lipids, they are particularly suited for the delivery of polynucleotides. Complexes or nanoparticles containing the inventive lipid and polynucleotide have been prepared. The inventive lipids may also be used to in preparing microparticle for drug delivery. They are particularly useful in delivering labile agents given their ability to buffer the pH of their surroundings.

WO 2006/138380 A2

WO 2006/138380 A2

GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LT, LU, LV, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**

— *without international search report and to be republished upon receipt of that report*

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

# AMINE-CONTAINING LIPIDS AND USES THEREOF

## Related Applications

[0001] The present application claims priority under 35 U.S.C. § 119(e) to U.S. provisional patent applications, USSN 60/690,608, filed June 15, 2005, and USSN 60/785,176, filed March 23, 2006, each of which is incorporated herein by reference.

## Government Support

[0002] The work described herein was supported, in part, by grants from the National Institutes of Health (EB00244). The United States government may have certain rights in the invention.

## Background of the Invention

[0003] The treatment of human diseases through the application of nucleotide-based drugs such as DNA and RNA has the potential to revolutionize the medical field (Anderson *Nature* 392(Suppl.):25-30, 1996; Friedman *Nature Med.* 2:144-147, 1996; Crystal *Science* 270:404-410, 1995; Mulligan *Science* 260:926-932, 1993; each of which is incorporated herein by reference). Thus far, the use of modified viruses as gene transfer vectors has generally represented the most clinically successful approach to gene therapy. While viral vectors are currently the most efficient gene transfer agents, concerns surrounding the overall safety of viral vectors, which include the potential for unsolicited immune responses, have resulted in parallel efforts to develop non-viral alternatives (for leading references, see: Luo *et al. Nat. Biotechnol.* 18:33-37,2000; Behr *Acc. Chem. Res.* 26:274-278, 1993; each of which is incorporated herein by reference). Current alternatives to viral vectors include polymeric delivery systems (Zauner *et al. Adv. Drug Del. Rev.* 30:97-113, 1998; Kabanov *et al. Bioconjugate Chem.* 6:7-20, 1995; each of which is incorporated herein by reference), liposomal formulations (Miller *Angew. Chem. Int. Ed.* 37:1768-1785, 1998; Hope *et al. Molecular Membrane Technology* 15:1-14, 1998; Deshmukh *et al. New J. Chem.* 21:113-124, 1997; each of which is incorporated herein by reference), and "naked" DNA injection protocols (Sanford *Trends Biotechnol.* 6:288-302, 1988; incorporated herein by reference). While these strategies have yet to

achieve the clinical effectiveness of viral vectors, the potential safety, processing, and economic benefits offered by these methods (Anderson *Nature* 392(Suppl.):25-30, 1996; incorporated herein by reference) have ignited interest in the continued development of non-viral approaches to gene therapy (Boussif *et al. Proc. Natl. Acad. Sci. USA* 92:7297-7301, 1995; Putnam *et al. Macromolecules* 32:3658-3662, 1999; Lim *et al. J. Am. Chem. Soc.* 121:5633-5639, 1999; Gonzalez *et al. Bioconjugate Chem.* 10:1068-1074, 1999; Kukowska-Latallo *et al. Proc. Natl. Acad. Sci. USA* 93:4897-4902, 1996; Tang *et al. Bioconjugate Chem.* 7:703-714, 1996; Haensler *et al. Bioconjugate Chem.* 4:372-379, 1993; each of which is incorporated herein by reference).

**[0004]** There exists a continuing need for non-toxic, biodegradable, biocompatible lipids that can be used to transfect nucleic acids and that are easily prepared efficiently and economically. Such lipids would have several uses, including the delivery of nucleic acids in gene therapy as well as in the packaging and/or delivery of diagnostic, therapeutic, and prophylactic agents.

## Summary of the Invention

**[0005]** The present invention provides novel lipids of the formula (**I**):




(**I**).

These lipids may be prepared by the addition of a primary amine to a double bond conjugated with an electron withdrawing groups such as a carbonyl moiety. Two equivalents of an α,β-unsaturated ketone such as an acrylate are reacted with one equivalent of a primary amine to prepare the inventive lipids as shown in the scheme below:



These lipids typically have a hydrophobic half and a hydrophilic half. The hydrophobic portion is typically provided by fatty acid moieties attached to the acrylate, and the hydrophilic portion is provided by the esters, amines, and side chain of the amine. The fatty acid groups may be straight chain alkyl groups ($C_1$-$C_{30}$) with no substitutions. In certain embodiments, the fatty acid groups are substituted and/or branched. The amine may be protonated or alkylated thereby forming a positively charged amine. These lipids may be used in the delivery of therapeutic agents to a subject. The inventive lipids are particularly useful in delivering negatively charged agents given the tertiary amine available for protonation thus forming a positive charge. For example, these lipids may be used to delivery DNA,RNA, or other polynucleotides to a subject or to a cell. As would be appreciated by one of skill in the art, the above reaction may result in a mixture with some lipids have one acrylate tail and other having two acrylate tails. Also, two different acrylates may be used in the reaction mixture to prepare a lipid with two different acrylate tails.

**[0006]** In another aspect, the invention provides lipids of the formula (**II**):



Lipids of the formula (**II**) are prepared by the addition of a primary or secondary diamine to a double bond conjugated to an electron-withdrawing group such as a carbonyl. The lipids of formula (**II**) have two amines per lipid molecule as compared to the one amine per lipid molecule in the lipids of formula (**I**). These amines may be protonated or alkylated to form positively charged amino groups. These lipids may also be used to deliver DNA, RNA, or other polynucleotides. As with the primary

amine, the acrylate tails may be the same or different. Also, the lipid may include any where from one acrylate tail to as many acrylate tails as is chemically possible.

**[0007]** In another aspect, the invention provides lipis of the formulae **(III)** or **(IV)**:


**(III)** or

**(IV)**.

Lipids of the formulae **(III)** or **(IV)** are prepared by the addition of primary or secondary amino groups to a double bond conjugated to an electron-withdrawing groups as as a carbonyl. The lipids of formulae **(III)** and **(IV)** have multiple amino groups per lipid molecule. In certain embodiments, the number of amino groups per lipid molecule is 3, 4, 5, 6, 7, 8, 9, or 10. These amines may be protonated or alkylated to form positively charged amino groups. The acrylate tails may all be the same or they may be different. Any number of acrylate tails may be present on the molecule. The lipids may be used to delivery DNA, RNA, or other polynucleotides.

**[0008]** In one aspect of the invention, the inventive lipids are combined with an agent to form microparticles, liposomes, or micelles. The agent to be delivered by the microparticles, liposomes, or micelles may be in the form of a gas, liquid, or solid, and the agent may be a polynucleotide, protein, peptide, or small molecule. The inventive lipids may be combined with other lipids, polymers, surfactants, cholesterol, carbohydrates, proteins, *etc.* to form the particles. These particles may be combined with a pharmaceutically excipient to form pharmaceutical compositions.

**[0009]** The invention also provides methods of making the inventive lipids. One or more equivalents of an acrylate are allowed to react with one equivalent of a primary amine, diamine, or polyamine under suitable conditions to form a lipid of the formula **(I)**, **(II)**, **(III)**, or **(IV)**. In certain embodiments, all the amino groups of the amine are fully reacted with acrylates to form tertiary amines. In other embodiments, all the amino groups of the amine are not fully reacted with acrylate to form tertiary amines thereby resulting in primary or secondary amines in the lipid molecule. These

primary or secondary amines are left as is or may be reacted with another electrophile such as a different acrylate. As will be appreciated by one of skill in this art, reacting an amine with less than an excess of acrylate will result in a plurality of different lipid amines. Certain molecules may include a full complement of acrylate moieties while other molecules will not include a full complement of acrylates. For example, a diamine or polyamine may include only one , two, three, four, five, or six acrylate moieties off the various amino moieties of the molecule resulting in primary, secondary, and tertiary amines. In certain embodiments, it is preferred that all the amino groups not be fully functionalized. In certain embodiments, the two of the same type of acrylate are used. In other embodiments, two or more different acrylates are used. The synthesis of the lipid may be performed with or without solvent, and the synthesis may be performed at temperatures ranging from 25 °C to 100 °C, preferably approximately 95 °C. The prepared lipids may be optionally purified. For example, the mixture of lipids may be purified to yield a lipid with a certain number of acrylate moieties. The lipids may also be alkylated using an alkyl halide (*e.g.*, methyl iodide) or other alkylating agent.

**[0010]** The invention also provides libraries of lipids prepared by the inventive methods. These lipids may be prepared and/or screened using high-throughput techniques involving liquid handlers, robots, microtiter plates, computers, *etc.* In certain embodiments, the lipids are screened for their ability to transfect DNA, RNA, or other polynucleotides into the cell.

## Definitions

**[0011]** Definitions of specific functional groups and chemical terms are described in more detail below. For purposes of this invention, the chemical elements are identified in accordance with the Periodic Table of the Elements, CAS version, Handbook of Chemistry and Physics, 75th Ed., inside cover, and specific functional groups are generally defined as described therein. Additionally, general principles of organic chemistry, as well as specific functional moieties and reactivity, are described in "Organic Chemistry", Thomas Sorrell, University Science Books, Sausalito: 1999, the entire contents of which are incorporated herein by reference.

**[0012]** Certain compounds of the present invention may exist in particular

geometric or stereoisomeric forms. The present invention contemplates all such compounds, including *cis*- and *trans*-isomers, *R*- and *S*-enantiomers, diastereomers, (D)-isomers, (L)-isomers, the racemic mixtures thereof, and other mixtures thereof, as falling within the scope of the invention. Additional asymmetric carbon atoms may be present in a substituent such as an alkyl group. All such isomers, as well as mixtures thereof, are intended to be included in this invention.

**[0013]** Isomeric mixtures containing any of a variety of isomer ratios may be utilized in accordance with the present invention. For example, where only two isomers are combined, mixtures containing 50:50, 60:40, 70:30, 80:20, 90:10, 95:5, 96:4, 97:3, 98:2, 99:1, or 100:0 isomer ratios are all contemplated by the present invention. Those of ordinary skill in the art will readily appreciate that analogous ratios are contemplated for more complex isomer mixtures.

**[0014]** If, for instance, a particular enantiomer of a compound of the present invention is desired, it may be prepared by asymmetric synthesis, or by derivation with a chiral auxiliary, where the resulting diastereomeric mixture is separated and the auxiliary group cleaved to provide the pure desired enantiomers. Alternatively, where the molecule contains a basic functional group, such as amino, or an acidic functional group, such as carboxyl, diastereomeric salts are formed with an appropriate optically-active acid or base, followed by resolution of the diastereomers thus formed by fractional crystallization or chromatographic means well known in the art, and subsequent recovery of the pure enantiomers.

**[0015]** One of ordinary skill in the art will appreciate that the synthetic methods, as described herein, utilize a variety of protecting groups. By the term "protecting group", as used herein, it is meant that a particular functional moiety, *e.g.*, O, S, or N, is temporarily blocked so that a reaction can be carried out selectively at another reactive site in a multifunctional compound. In preferred embodiments, a protecting group reacts selectively in good yield to give a protected substrate that is stable to the projected reactions; the protecting group should be selectively removable in good yield by readily available, preferably non-toxic reagents that do not attack the other functional groups; the protecting group forms an easily separable derivative (more preferably without the generation of new stereogenic centers); and the protecting group has a minimum of additional functionality to avoid further sites of

reaction. As detailed herein, oxygen, sulfur, nitrogen, and carbon protecting groups may be utilized. Hydroxyl protecting groups include methyl, methoxylmethyl (MOM), methylthiomethyl (MTM), *t*-butylthiomethyl, (phenyldimethylsilyl)methoxymethyl (SMOM), benzyloxymethyl (BOM), *p*-methoxybenzyloxymethyl (PMBM), (4-methoxyphenoxy)methyl (*p*-AOM), guaiacolmethyl (GUM), *t*-butoxymethyl, 4-pentenyloxymethyl (POM), siloxymethyl, 2-methoxyethoxymethyl (MEM), 2,2,2-trichloroethoxymethyl, bis(2-chloroethoxy)methyl, 2-(trimethylsilyl)ethoxymethyl (SEMOR), tetrahydropyranyl (THP), 3-bromotetrahydropyranyl, tetrahydrothiopyranyl, 1-methoxycyclohexyl, 4-methoxytetrahydropyranyl (MTHP), 4-methoxytetrahydrothiopyranyl, 4-methoxytetrahydrothiopyranyl S,S-dioxide, 1-[(2-chloro-4-methyl)phenyl]-4-methoxypiperidin-4-yl (CTMP), 1,4-dioxan-2-yl, tetrahydrofuranyl, tetrahydrothiofuranyl, 2,3,3a,4,5,6,7,7a-octahydro-7,8,8-trimethyl-4,7-methanobenzofuran-2-yl, 1-ethoxyethyl, 1-(2-chloroethoxy)ethyl, 1-methyl-1-methoxyethyl, 1-methyl-1-benzyloxyethyl, 1-methyl-1-benzyloxy-2-fluoroethyl, 2,2,2-trichloroethyl, 2-trimethylsilylethyl, 2-(phenylselenyl)ethyl, *t*-butyl, allyl, *p*-chlorophenyl, *p*-methoxyphenyl, 2,4-dinitrophenyl, benzyl, *p*-methoxybenzyl, 3,4-dimethoxybenzyl, *o*-nitrobenzyl, *p*-nitrobenzyl, *p*-halobenzyl, 2,6-dichlorobenzyl, *p*-cyanobenzyl, *p*-phenylbenzyl, 2-picolyl, 4-picolyl, 3-methyl-2-picolyl *N*-oxido, diphenylmethyl, *p,p'*-dinitrobenzhydryl, 5-dibenzosuberyl, triphenylmethyl, α-naphthyldiphenylmethyl, *p*-methoxyphenyldiphenylmethyl, di(*p*-methoxyphenyl)phenylmethyl, tri(*p*-methoxyphenyl)methyl, 4-(4'-bromophenacyloxyphenyl)diphenylmethyl, 4,4',4''-tris(4,5-dichlorophthalimidophenyl)methyl, 4,4',4''-tris(levulinoyloxyphenyl)methyl, 4,4',4''-tris(benzoyloxyphenyl)methyl, 3-(imidazol-1-yl)bis(4',4''-dimethoxyphenyl)methyl, 1,1-bis(4-methoxyphenyl)-1'-pyrenylmethyl, 9-anthryl, 9-(9-phenyl)xanthenyl, 9-(9-phenyl-10-oxo)anthryl, 1,3-benzodithiolan-2-yl, benzisothiazolyl S,S-dioxido, trimethylsilyl (TMS), triethylsilyl (TES), triisopropylsilyl (TIPS), dimethylisopropylsilyl (IPDMS), diethylisopropylsilyl (DEIPS), dimethylthexylsilyl, *t*-butyldimethylsilyl (TBDMS), *t*-butyldiphenylsilyl (TBDPS), tribenzylsilyl, tri-*p*-xylylsilyl, triphenylsilyl, diphenylmethylsilyl (DPMS), *t*-butylmethoxyphenylsilyl (TBMPS), formate, benzoylformate, acetate, chloroacetate,

dichloroacetate, trichloroacetate, trifluoroacetate, methoxyacetate, triphenylmethoxyacetate, phenoxyacetate, *p*-chlorophenoxyacetate, 3-phenylpropionate, 4-oxopentanoate (levulinate), 4,4-(ethylenedithio)pentanoate (levulinoyldithioacetal), pivaloate, adamantoate, crotonate, 4-methoxycrotonate, benzoate, *p*-phenylbenzoate, 2,4,6-trimethylbenzoate (mesitoate), alkyl methyl carbonate, 9-fluorenylmethyl carbonate (Fmoc), alkyl ethyl carbonate, alkyl 2,2,2-trichloroethyl carbonate (Troc), 2-(trimethylsilyl)ethyl carbonate (TMSEC), 2-(phenylsulfonyl) ethyl carbonate (Psec), 2-(triphenylphosphonio) ethyl carbonate (Peoc), alkyl isobutyl carbonate, alkyl vinyl carbonate alkyl allyl carbonate, alkyl *p*-nitrophenyl carbonate, alkyl benzyl carbonate, alkyl *p*-methoxybenzyl carbonate, alkyl 3,4-dimethoxybenzyl carbonate, alkyl *o*-nitrobenzyl carbonate, alkyl *p*-nitrobenzyl carbonate, alkyl *S*-benzyl thiocarbonate, 4-ethoxy-1-napththyl carbonate, methyl dithiocarbonate, 2-iodobenzoate, 4-azidobutyrate, 4-nitro-4-methylpentanoate, *o*-(dibromomethyl)benzoate, 2-formylbenzenesulfonate, 2-(methylthiomethoxy)ethyl, 4-(methylthiomethoxy)butyrate, 2-(methylthiomethoxymethyl)benzoate, 2,6-dichloro-4-methylphenoxyacetate, 2,6-dichloro-4-(1,1,3,3-tetramethylbutyl)phenoxyacetate, 2,4-bis(1,1-dimethylpropyl)phenoxyacetate, chlorodiphenylacetate, isobutyrate, monosuccinoate, (*E*)-2-methyl-2-butenoate, *o*-(methoxycarbonyl)benzoate, α-naphthoate, nitrate, alkyl *N,N,N',N'*-tetramethylphosphorodiamidate, alkyl *N*-phenylcarbamate, borate, dimethylphosphinothioyl, alkyl 2,4-dinitrophenylsulfenate, sulfate, methanesulfonate (mesylate), benzylsulfonate, and tosylate (Ts). For protecting 1,2- or 1,3-diols, the protecting groups include methylene acetal, ethylidene acetal, 1-*t*-butylethylidene ketal, 1-phenylethylidene ketal, (4-methoxyphenyl)ethylidene acetal, 2,2,2-trichloroethylidene acetal, acetonide, cyclopentylidene ketal, cyclohexylidene ketal, cycloheptylidene ketal, benzylidene acetal, *p*-methoxybenzylidene acetal, 2,4-dimethoxybenzylidene ketal, 3,4-dimethoxybenzylidene acetal, 2-nitrobenzylidene acetal, methoxymethylene acetal, ethoxymethylene acetal, dimethoxymethylene ortho ester, 1-methoxyethylidene ortho ester, 1-ethoxyethylidine ortho ester, 1,2-dimethoxyethylidene ortho ester, α-methoxybenzylidene ortho ester, 1-(*N,N*-dimethylamino)ethylidene derivative, α-(*N,N'*-dimethylamino)benzylidene derivative, 2-oxacyclopentylidene ortho ester, di-*t*-butylsilylene group (DTBS), 1,3-(1,1,3,3-tetraisopropyldisiloxanylidene) derivative

(TIPDS), tetra-*t*-butoxydisiloxane-1,3-diylidene derivative (TBDS), cyclic carbonates, cyclic boronates, ethyl boronate, and phenyl boronate. Amino-protecting groups include methyl carbamate, ethyl carbamante, 9-fluorenylmethyl carbamate (Fmoc), 9-(2-sulfo)fluorenylmethyl carbamate, 9-(2,7-dibromo)fluoroenylmethyl carbamate, 2,7-di-*t*-butyl-[9-(10,10-dioxo-10,10,10,10-tetrahydrothioxanthyl)]methyl carbamate (DBD-Tmoc), 4-methoxyphenacyl carbamate (Phenoc), 2,2,2-trichloroethyl carbamate (Troc), 2-trimethylsilylethyl carbamate (Teoc), 2-phenylethyl carbamate (hZ), 1-(1-adamantyl)-1-methylethyl carbamate (Adpoc), 1,1-dimethyl-2-haloethyl carbamate, 1,1-dimethyl-2,2-dibromoethyl carbamate (DB-*t*-BOC), 1,1-dimethyl-2,2,2-trichloroethyl carbamate (TCBOC), 1-methyl-1-(4-biphenylyl)ethyl carbamate (Bpoc), 1-(3,5-di-*t*-butylphenyl)-1-methylethyl carbamate (*t*-Bumeoc), 2-(2'- and 4'-pyridyl)ethyl carbamate (Pyoc), 2-(*N*,*N*-dicyclohexylcarboxamido)ethyl carbamate, *t*-butyl carbamate (BOC), 1-adamantyl carbamate (Adoc), vinyl carbamate (Voc), allyl carbamate (Alloc), 1-isopropylallyl carbamate (Ipaoc), cinnamyl carbamate (Coc), 4-nitrocinnamyl carbamate (Noc), 8-quinolyl carbamate, *N*-hydroxypiperidinyl carbamate, alkyldithio carbamate, benzyl carbamate (Cbz), *p*-methoxybenzyl carbamate (Moz), *p*-nitobenzyl carbamate, *p*-bromobenzyl carbamate, *p*-chlorobenzyl carbamate, 2,4-dichlorobenzyl carbamate, 4-methylsulfinylbenzyl carbamate (Msz), 9-anthrylmethyl carbamate, diphenylmethyl carbamate, 2-methylthioethyl carbamate, 2-methylsulfonylethyl carbamate, 2-(*p*-toluenesulfonyl)ethyl carbamate, [2-(1,3-dithianyl)]methyl carbamate (Dmoc), 4-methylthiophenyl carbamate (Mtpc), 2,4-dimethylthiophenyl carbamate (Bmpc), 2-phosphonioethyl carbamate (Peoc), 2-triphenylphosphonioisopropyl carbamate (Ppoc), 1,1-dimethyl-2-cyanoethyl carbamate, *m*-chloro-*p*-acyloxybenzyl carbamate, *p*-(dihydroxyboryl)benzyl carbamate, 5-benzisoxazolylmethyl carbamate, 2-(trifluoromethyl)-6-chromonylmethyl carbamate (Tcroc), *m*-nitrophenyl carbamate, 3,5-dimethoxybenzyl carbamate, *o*-nitrobenzyl carbamate, 3,4-dimethoxy-6-nitrobenzyl carbamate, phenyl(*o*-nitrophenyl)methyl carbamate, phenothiazinyl-(10)-carbonyl derivative, *N'*-*p*-toluenesulfonylaminocarbonyl derivative, *N'*-phenylaminothiocarbonyl derivative, *t*-amyl carbamate, *S*-benzyl thiocarbamate, *p*-cyanobenzyl carbamate, cyclobutyl carbamate, cyclohexyl carbamate, cyclopentyl carbamate, cyclopropylmethyl carbamate, *p*-decyloxybenzyl carbamate, 2,2-dimethoxycarbonylvinyl carbamate, *o*-

(*N,N*-dimethylcarboxamido)benzyl carbamate, 1,1-dimethyl-3-(*N,N*-dimethylcarboxamido)propyl carbamate, 1,1-dimethylpropynyl carbamate, di(2-pyridyl)methyl carbamate, 2-furanylmethyl carbamate, 2-iodoethyl carbamate, isoborynl carbamate, isobutyl carbamate, isonicotinyl carbamate, *p*-(*p'*-methoxyphenylazo)benzyl carbamate, 1-methylcyclobutyl carbamate, 1-methylcyclohexyl carbamate, 1-methyl-1-cyclopropylmethyl carbamate, 1-methyl-1-(3,5-dimethoxyphenyl)ethyl carbamate, 1-methyl-1-(*p*-phenylazophenyl)ethyl carbamate, 1-methyl-1-phenylethyl carbamate, 1-methyl-1-(4-pyridyl)ethyl carbamate, phenyl carbamate, *p*-(phenylazo)benzyl carbamate, 2,4,6-tri-*t*-butylphenyl carbamate, 4-(trimethylammonium)benzyl carbamate, 2,4,6-trimethylbenzyl carbamate, formamide, acetamide, chloroacetamide, trichloroacetamide, trifluoroacetamide, phenylacetamide, 3-phenylpropanamide, picolinamide, 3-pyridylcarboxamide, *N*-benzoylphenylalanyl derivative, benzamide, *p*-phenylbenzamide, *o*-nitophenylacetamide, *o*-nitrophenoxyacetamide, acetoacetamide, (*N'*-dithiobenzyloxycarbonylamino)acetamide, 3-(*p*-hydroxyphenyl)propanamide, 3-(*o*-nitrophenyl)propanamide, 2-methyl-2-(*o*-nitrophenoxy)propanamide, 2-methyl-2-(*o*-phenylazophenoxy)propanamide, 4-chlorobutanamide, 3-methyl-3-nitrobutanamide, *o*-nitrocinnamide, *N*-acetylmethionine derivative, *o*-nitrobenzamide, *o*-(benzoyloxymethyl)benzamide, 4,5-diphenyl-3-oxazolin-2-one, *N*-phthalimide, *N*-dithiasuccinimide (Dts), *N*-2,3-diphenylmaleimide, *N*-2,5-dimethylpyrrole, *N*-1,1,4,4-tetramethyldisilylazacyclopentane adduct (STABASE), 5-substituted 1,3-dimethyl-1,3,5-triazacyclohexan-2-one, 5-substituted 1,3-dibenzyl-1,3,5-triazacyclohexan-2-one, 1-substituted 3,5-dinitro-4-pyridone, *N*-methylamine, *N*-allylamine, *N*-[2-(trimethylsilyl)ethoxy]methylamine (SEM), *N*-3-acetoxypropylamine, *N*-(1-isopropyl-4-nitro-2-oxo-3-pyroolin-3-yl)amine, quaternary ammonium salts, *N*-benzylamine, *N*-di(4-methoxyphenyl)methylamine, *N*-5-dibenzosuberylamine, *N*-triphenylmethylamine (Tr), *N*-[(4-methoxyphenyl)diphenylmethyl]amine (MMTr), *N*-9-phenylfluorenylamine (PhF), *N*-2,7-dichloro-9-fluorenylmethyleneamine, *N*-ferrocenylmethylamino (Fcm), *N*-2-picolylamino *N'*-oxide, *N*-1,1-dimethylthiomethyleneamine, *N*-benzylideneamine, *N*-*p*-methoxybenzylideneamine, *N*-diphenylmethyleneamine, *N*-[(2-pyridyl)mesityl]methyleneamine, *N*-(*N',N'*-dimethylaminomethylene)amine, *N,N'*-isopropylidenediamine, *N*-*p*-

nitrobenzylideneamine, *N*-salicylideneamine, *N*-5-chlorosalicylideneamine, *N*-(5-chloro-2-hydroxyphenyl)phenylmethyleneamine, *N*-cyclohexylideneamine, *N*-(5,5-dimethyl-3-oxo-1-cyclohexenyl)amine, *N*-borane derivative, *N*-diphenylborinic acid derivative, *N*-[phenyl(pentacarbonylchromium- or tungsten)carbonyl]amine, *N*-copper chelate, *N*-zinc chelate, *N*-nitroamine, *N*-nitrosoamine, amine *N*-oxide, diphenylphosphinamide (Dpp), dimethylthiophosphinamide (Mpt), diphenylthiophosphinamide (Ppt), dialkyl phosphoramidates, dibenzyl phosphoramidate, diphenyl phosphoramidate, benzenesulfenamide, *o*-nitrobenzenesulfenamide (Nps), 2,4-dinitrobenzenesulfenamide, pentachlorobenzenesulfenamide, 2-nitro-4-methoxybenzenesulfenamide, triphenylmethylsulfenamide, 3-nitropyridinesulfenamide (Npys), *p*-toluenesulfonamide (Ts), benzenesulfonamide, 2,3,6,-trimethyl-4-methoxybenzenesulfonamide (Mtr), 2,4,6-trimethoxybenzenesulfonamide (Mtb), 2,6-dimethyl-4-methoxybenzenesulfonamide (Pme), 2,3,5,6-tetramethyl-4-methoxybenzenesulfonamide (Mte), 4-methoxybenzenesulfonamide (Mbs), 2,4,6-trimethylbenzenesulfonamide (Mts), 2,6-dimethoxy-4-methylbenzenesulfonamide (iMds), 2,2,5,7,8-pentamethylchroman-6-sulfonamide (Pmc), methanesulfonamide (Ms), β-trimethylsilylethanesulfonamide (SES), 9-anthracenesulfonamide, 4-(4',8'-dimethoxynaphthylmethyl)benzenesulfonamide (DNMBS), benzylsulfonamide, trifluoromethylsulfonamide, and phenacylsulfonamide.. Exemplary protecting groups are detailed herein, however, it will be appreciated that the present invention is not intended to be limited to these protecting groups; rather, a variety of additional equivalent protecting groups can be readily identified using the above criteria and utilized in the method of the present invention. Additionally, a variety of protecting groups are described in *Protective Groups in Organic Synthesis,* Third Ed. Greene, T.W. and Wuts, P.G., Eds., John Wiley & Sons, New York: 1999, the entire contents of which are hereby incorporated by reference.

**[0016]** It will be appreciated that the compounds, as described herein, may be substituted with any number of substituents or functional moieties. In general, the term "substituted" whether preceded by the term "optionally" or not, and substituents contained in formulas of this invention, refer to the replacement of hydrogen radicals in a given structure with the radical of a specified substituent. When more than one

position in any given structure may be substituted with more than one substituent selected from a specified group, the substituent may be either the same or different at every position. As used herein, the term "substituted" is contemplated to include all permissible substituents of organic compounds. In a broad aspect, the permissible substituents include acyclic and cyclic, branched and unbranched, carbocyclic and heterocyclic, aromatic and nonaromatic substituents of organic compounds. For purposes of this invention, heteroatoms such as nitrogen may have hydrogen substituents and/or any permissible substituents of organic compounds described herein which satisfy the valencies of the heteroatoms. Furthermore, this invention is not intended to be limited in any manner by the permissible substituents of organic compounds. Combinations of substituents and variables envisioned by this invention are preferably those that result in the formation of stable compounds useful in the treatment, for example, of infectious diseases or proliferative disorders. The term "stable", as used herein, preferably refers to compounds which possess stability sufficient to allow manufacture and which maintain the integrity of the compound for a sufficient period of time to be detected and preferably for a sufficient period of time to be useful for the purposes detailed herein.

**[0017]** The term "aliphatic", as used herein, includes both saturated and unsaturated, straight chain (*i.e.*, unbranched), branched, acyclic, cyclic, or polycyclic aliphatic hydrocarbons, which are optionally substituted with one or more functional groups. As will be appreciated by one of ordinary skill in the art, "aliphatic" is intended herein to include, but is not limited to, alkyl, alkenyl, alkynyl, cycloalkyl, cycloalkenyl, and cycloalkynyl moieties. Thus, as used herein, the term "alkyl" includes straight, branched and cyclic alkyl groups. An analogous convention applies to other generic terms such as "alkenyl", "alkynyl", and the like. Furthermore, as used herein, the terms "alkyl", "alkenyl", "alkynyl", and the like encompass both substituted and unsubstituted groups. In certain embodiments, as used herein, "lower alkyl" is used to indicate those alkyl groups (cyclic, acyclic, substituted, unsubstituted, branched or unbranched) having 1-6 carbon atoms.

**[0018]** In certain embodiments, the alkyl, alkenyl, and alkynyl groups employed in the invention contain 1-20 aliphatic carbon atoms. In certain other embodiments, the alkyl, alkenyl, and alkynyl groups employed in the invention

contain 1-10 aliphatic carbon atoms. In yet other embodiments, the alkyl, alkenyl, and alkynyl groups employed in the invention contain 1-8 aliphatic carbon atoms. In still other embodiments, the alkyl, alkenyl, and alkynyl groups employed in the invention contain 1-6 aliphatic carbon atoms. In yet other embodiments, the alkyl, alkenyl, and alkynyl groups employed in the invention contain 1-4 carbon atoms. Illustrative aliphatic groups thus include, but are not limited to, for example, methyl, ethyl, n-propyl, isopropyl, cyclopropyl, $-CH_2$-cyclopropyl, vinyl, allyl, n-butyl, sec-butyl, isobutyl, tert-butyl, cyclobutyl, $-CH_2$-cyclobutyl, n-pentyl, sec-pentyl, isopentyl, tert-pentyl, cyclopentyl, $-CH_2$-cyclopentyl, n-hexyl, sec-hexyl, cyclohexyl, $-CH_2$-cyclohexyl moieties and the like, which again, may bear one or more substituents. Alkenyl groups include, but are not limited to, for example, ethenyl, propenyl, butenyl, 1-methyl-2-buten-1-yl, and the like. Representative alkynyl groups include, but are not limited to, ethynyl, 2-propynyl (propargyl), 1-propynyl, and the like.

**[0019]** The term "alkyl" as used herein refers to saturated, straight- or branched-chain hydrocarbon radicals derived from a hydrocarbon moiety containing between one and twenty carbon atoms by removal of a single hydrogen atom. Examples of alkyl radicals include, but are not limited to, methyl, ethyl, propyl, isopropyl, n-butyl, tert-butyl, n-pentyl, neopentyl, n-hexyl, n-heptyl, n-octyl, n-decyl, n-undecyl, and dodecyl.

**[0020]** The term "alkenyl" denotes a monovalent group derived from a hydrocarbon moiety having at least one carbon-carbon double bond by the removal of a single hydrogen atom. Alkenyl groups include, for example, ethenyl, propenyl, butenyl, 1-methyl-2-buten-1-yl, and the like.

**[0021]** The term "alkynyl" as used herein refers to a monovalent group derived form a hydrocarbon having at least one carbon-carbon triple bond by the removal of a single hydrogen atom. Representative alkynyl groups include ethynyl, 2-propynyl (propargyl), 1-propynyl, and the like.

**[0022]** The term "alkoxy", or "thioalkyl" as used herein refers to an alkyl group, as previously defined, attached to the parent molecule through an oxygen atom or through a sulfur atom. In certain embodiments, the alkyl, alkenyl, and alkynyl groups contain 1-20 alipahtic carbon atoms. In certain other embodiments, the alkyl,

alkenyl, and alkynyl groups contain 1-10 aliphatic carbon atoms. In yet other embodiments, the alkyl, alkenyl, and alkynyl groups employed in the invention contain 1-8 aliphatic carbon atoms. In still other embodiments, the alkyl, alkenyl, and alkynyl groups contain 1-6 aliphatic carbon atoms. In yet other embodiments, the alkyl, alkenyl, and alkynyl groups contain 1-4 aliphatic carbon atoms. Examples of alkoxy, include but are not limited to, methoxy, ethoxy, propoxy, isopropoxy, n-butoxy, tert-butoxy, neopentoxy, and n-hexoxy. Examples of thioalkyl include, but are not limited to, methylthio, ethylthio, propylthio, isopropylthio, n-butylthio, and the like.

**[0023]** The term "alkylamino" refers to a group having the structure -NHR', wherein R' is aliphatic, as defined herein. In certain embodiments, the aliphatic group contains 1-20 aliphatic carbon atoms. In certain other embodiments, the aliphatic group contains 1-10 aliphatic carbon atoms. In yet other embodiments, the aliphatic group employed in the invention contain 1-8 aliphatic carbon atoms. In still other embodiments, the aliphatic group contains 1-6 aliphatic carbon atoms. In yet other embodiments, the aliphatic group contains 1-4 aliphatic carbon atoms. Examples of alkylamino groups include, but are not limited to, methylamino, ethylamino, n-propylamino, iso-propylamino, cyclopropylamino, n-butylamino, tert-butylamino, neopentylamino, n-pentylamino, hexylamino, cyclohexylamino, and the like.

**[0024]** The term "carboxylic acid" as used herein refers to a group of formula –$CO_2H$.

**[0025]** The term "dialkylamino" refers to a group having the structure -NRR', wherein R and R' are each an aliphatic group, as defined herein. R and R' may be the same or different in an dialkyamino moiety. In certain embodiments, the aliphatic groups contains 1-20 aliphatic carbon atoms. In certain other embodiments, the aliphatic groups contains 1-10 aliphatic carbon atoms. In yet other embodiments, the aliphatic groups employed in the invention contain 1-8 aliphatic carbon atoms. In still other embodiments, the aliphatic groups contains 1-6 aliphatic carbon atoms. In yet other embodiments, the aliphatic groups contains 1-4 aliphatic carbon atoms. Examples of dialkylamino groups include, but are not limited to, dimethylamino, methyl ethylamino, diethylamino, methylpropylamino, di(n-propyl)amino, di(iso-propyl)amino, di(cyclopropyl)amino, di(n-butyl)amino, di(tert-butyl)amino,

di(neopentyl)amino, di(n-pentyl)amino, di(hexyl)amino, di(cyclohexyl)amino, and the like. In certain embodiments, R and R' are linked to form a cyclic structure. The resulting cyclic structure may be aromatic or non-aromatic. Examples of cyclic diaminoalkyl groups include, but are not limted to, aziridinyl, pyrrolidinyl, piperidinyl, morpholinyl, pyrrolyl, imidazolyl, 1,3,4-trianolyl, and tetrazolyl.

**[0026]** Some examples of substituents of the above-described aliphatic (and other) moieties of compounds of the invention include, but are not limited to aliphatic; heteroaliphatic; aryl; heteroaryl; arylalkyl; heteroarylalkyl; alkoxy; aryloxy; heteroalkoxy; heteroaryloxy; alkylthio; arylthio; heteroalkylthio; heteroarylthio; F; Cl; Br; I; -OH; $-NO_2$; -CN; $-CF_3$; $-CH_2CF_3$; $-CHCl_2$; $-CH_2OH$; $-CH_2CH_2OH$; $-CH_2NH_2$; $-CH_2SO_2CH_3$; $-C(O)R_x$; $-CO_2(R_x)$; $-CON(R_x)_2$; $-OC(O)R_x$; $-OCO_2R_x$; $-OCON(R_x)_2$; $-N(R_x)_2$; $-S(O)_2R_x$; $-NR_x(CO)R_x$ wherein each occurrence of $R_x$ independently includes, but is not limited to, aliphatic, heteroaliphatic, aryl, heteroaryl, arylalkyl, or heteroarylalkyl, wherein any of the aliphatic, heteroaliphatic, arylalkyl, or heteroarylalkyl substituents described above and herein may be substituted or unsubstituted, branched or unbranched, cyclic or acyclic, and wherein any of the aryl or heteroaryl substituents described above and herein may be substituted or unsubstituted. Additional examples of generally applicable substituents are illustrated by the specific embodiments shown in the Examples that are described herein.

**[0027]** In general, the terms "aryl" and "heteroaryl", as used herein, refer to stable mono- or polycyclic, heterocyclic, polycyclic, and polyheterocyclic unsaturated moieties having preferably 3-14 carbon atoms, each of which may be substituted or unsubstituted. Substituents include, but are not limited to, any of the previously mentioned substitutents, *i.e.*, the substituents recited for aliphatic moieties, or for other moieties as disclosed herein, resulting in the formation of a stable compound. In certain embodiments of the present invention, "aryl" refers to a mono- or bicyclic carbocyclic ring system having one or two aromatic rings including, but not limited to, phenyl, naphthyl, tetrahydronaphthyl, indanyl, indenyl, and the like. In certain embodiments of the present invention, the term "heteroaryl", as used herein, refers to a cyclic aromatic radical having from five to ten ring atoms of which one ring atom is selected from S, O, and N; zero, one, or two ring atoms are additional heteroatoms independently selected from S, O, and N; and the remaining ring atoms are carbon,

the radical being joined to the rest of the molecule via any of the ring atoms, such as, for example, pyridyl, pyrazinyl, pyrimidinyl, pyrrolyl, pyrazolyl, imidazolyl, thiazolyl, oxazolyl, isooxazolyl, thiadiazolyl,oxadiazolyl, thiophenyl, furanyl, quinolinyl, isoquinolinyl, and the like.

**[0028]** It will be appreciated that aryl and heteroaryl groups can be unsubstituted or substituted, wherein substitution includes replacement of one, two, three, or more of the hydrogen atoms thereon independently with any one or more of the following moieties including, but not limited to: aliphatic; heteroaliphatic; aryl; heteroaryl; arylalkyl; heteroarylalkyl; alkoxy; aryloxy; heteroalkoxy; heteroaryloxy; alkylthio; arylthio; heteroalkylthio; heteroarylthio; -F; -Cl; -Br; -I; -OH; $-NO_2$; -CN; $-CF_3$; $-CH_2CF_3$; $-CHCl_2$; $-CH_2OH$; $-CH_2CH_2OH$; $-CH_2NH_2$; $-CH_2SO_2CH_3$; $-C(O)R_x$; $-CO_2(R_x)$; $-CON(R_x)_2$; $-OC(O)R_x$; $-OCO_2R_x$; $-OCON(R_x)_2$; $-N(R_x)_2$; $-S(O)_2R_x$; $-NR_x(CO)R_x$, wherein each occurrence of $R_x$ independently includes, but is not limited to, aliphatic, heteroaliphatic, aryl, heteroaryl, arylalkyl, or heteroarylalkyl, wherein any of the aliphatic, heteroaliphatic, arylalkyl, or heteroarylalkyl substituents described above and herein may be substituted or unsubstituted, branched or unbranched, cyclic or acyclic, and wherein any of the aryl or heteroaryl substituents described above and herein may be substituted or unsubstituted. Additional examples of generally applicable substitutents are illustrated by the specific embodiments shown in the Examples that are described herein.

**[0029]** The term "cycloalkyl", as used herein, refers specifically to groups having three to seven, preferably three to ten carbon atoms. Suitable cycloalkyls include, but are not limited to cyclopropyl, cyclobutyl, cyclopentyl, cyclohexyl, cycloheptyl and the like, which, as in the case of other aliphatic, heteroaliphatic, or hetercyclic moieties, may optionally be substituted with substituents including, but not limited to aliphatic; heteroaliphatic; aryl; heteroaryl; arylalkyl; heteroarylalkyl; alkoxy; aryloxy; heteroalkoxy; heteroaryloxy; alkylthio; arylthio; heteroalkylthio; heteroarylthio; -F; -Cl; -Br; -I; -OH; $-NO_2$; -CN; $-CF_3$; $-CH_2CF_3$; $-CHCl_2$; $-CH_2OH$; $-CH_2CH_2OH$; $-CH_2NH_2$; $-CH_2SO_2CH_3$; $-C(O)R_x$; $-CO_2(R_x)$; $-CON(R_x)_2$; $-OC(O)R_x$; $-OCO_2R_x$; $-OCON(R_x)_2$; $-N(R_x)_2$; $-S(O)_2R_x$; $-NR_x(CO)R_x$, wherein each occurrence of $R_x$ independently includes, but is not limited to, aliphatic, heteroaliphatic, aryl, heteroaryl, arylalkyl, or heteroarylalkyl, wherein any of the aliphatic, heteroaliphatic,

arylalkyl, or heteroarylalkyl substituents described above and herein may be substituted or unsubstituted, branched or unbranched, cyclic or acyclic, and wherein any of the aryl or heteroaryl substituents described above and herein may be substituted or unsubstituted. Additional examples of generally applicable substitutents are illustrated by the specific embodiments shown in the Examples that are described herein.

**[0030]** The term "heteroaliphatic", as used herein, refers to aliphatic moieties that contain one or more oxygen, sulfur, nitrogen, phosphorus, or silicon atoms, *e.g.*, in place of carbon atoms. Heteroaliphatic moieties may be branched, unbranched, cyclic or acyclic and include saturated and unsaturated heterocycles such as morpholino, pyrrolidinyl, *etc.* In certain embodiments, heteroaliphatic moieties are substituted by independent replacement of one or more of the hydrogen atoms thereon with one or more moieties including, but not limited to aliphatic; heteroaliphatic; aryl; heteroaryl; arylalkyl; heteroarylalkyl; alkoxy; aryloxy; heteroalkoxy; heteroaryloxy; alkylthio; arylthio; heteroalkylthio; heteroarylthio; -F; -Cl; -Br; -I; -OH; $-NO_2$; -CN; $-CF_3$; $-CH_2CF_3$; $-CHCl_2$; $-CH_2OH$; $-CH_2CH_2OH$; $-CH_2NH_2$; $-CH_2SO_2CH_3$; $-C(O)R_x$; $-CO_2(R_x)$; $-CON(R_x)_2$; $-OC(O)R_x$; $-OCO_2R_x$; $-OCON(R_x)_2$; $-N(R_x)_2$; $-S(O)_2R_x$; $-NR_x(CO)R_x$, wherein each occurrence of $R_x$ independently includes, but is not limited to, aliphatic, heteroaliphatic, aryl, heteroaryl, arylalkyl, or heteroarylalkyl, wherein any of the aliphatic, heteroaliphatic, arylalkyl, or heteroarylalkyl substituents described above and herein may be substituted or unsubstituted, branched or unbranched, cyclic or acyclic, and wherein any of the aryl or heteroaryl substituents described above and herein may be substituted or unsubstituted. Additional examples of generally applicable substitutents are illustrated by the specific embodiments shown in the Examples that are described herein.

**[0031]** The terms "halo" and "halogen" as used herein refer to an atom selected from fluorine, chlorine, bromine, and iodine.

**[0032]** The term "haloalkyl" denotes an alkyl group, as defined above, having one, two, or three halogen atoms attached thereto and is exemplified by such groups as chloromethyl, bromoethyl, trifluoromethyl, and the like.

**[0033]** The term "heterocycloalkyl" or "heterocycle", as used herein, refers to a non-aromatic 5-, 6-, or 7- membered ring or a polycyclic group, including, but not

limited to a bi- or tri-cyclic group comprising fused six-membered rings having between one and three heteroatoms independently selected from oxygen, sulfur and nitrogen, wherein (i) each 5-membered ring has 0 to 1 double bonds and each 6-membered ring has 0 to 2 double bonds, (ii) the nitrogen and sulfur heteroatoms may be optionally be oxidized, (iii) the nitrogen heteroatom may optionally be quaternized, and (iv) any of the above heterocyclic rings may be fused to a benzene ring. Representative heterocycles include, but are not limited to, pyrrolidinyl, pyrazolinyl, pyrazolidinyl, imidazolinyl, imidazolidinyl, piperidinyl, piperazinyl, oxazolidinyl, isoxazolidinyl, morpholinyl, thiazolidinyl, isothiazolidinyl, and tetrahydrofuryl. In certain embodiments, a "substituted heterocycloalkyl or heterocycle" group is utilized and as used herein, refers to a heterocycloalkyl or heterocycle group, as defined above, substituted by the independent replacement of one, two or three of the hydrogen atoms thereon with but are not limited to aliphatic; heteroaliphatic; aryl; heteroaryl; arylalkyl; heteroarylalkyl; alkoxy; aryloxy; heteroalkoxy; heteroaryloxy; alkylthio; arylthio; heteroalkylthio; heteroarylthio; -F; -Cl; -Br; -I; -OH; $-NO_2$; -CN; $-CF_3$; $-CH_2CF_3$; $-CHCl_2$; $-CH_2OH$; $-CH_2CH_2OH$; $-CH_2NH_2$; $-CH_2SO_2CH_3$; $-C(O)R_x$; $-CO_2(R_x)$; $-CON(R_x)_2$; $-OC(O)R_x$; $-OCO_2R_x$; $-OCON(R_x)_2$; $-N(R_x)_2$; $-S(O)_2R_x$; $-NR_x(CO)R_x$, wherein each occurrence of $R_x$ independently includes, but is not limited to, aliphatic, heteroaliphatic, aryl, heteroaryl, arylalkyl, or heteroarylalkyl, wherein any of the aliphatic, heteroaliphatic, arylalkyl, or heteroarylalkyl substituents described above and herein may be substituted or unsubstituted, branched or unbranched, cyclic or acyclic, and wherein any of the aryl or heteroaryl substituents described above and herein may be substituted or unsubstituted. Additional examples of generally applicable substitutents are illustrated by the specific embodiments shown in the Examples which are described herein.

**[0034]** "Carbocycle": The term "carbocycle", as used herein, refers to an aromatic or non-aromatic ring in which each atom of the ring is a carbon atom.

**[0035]** "Independently selected": The term "independently selected" is used herein to indicate that the R groups can be identical or different.

**[0036]** "Labeled": As used herein, the term "labeled" is intended to mean that a compound has at least one element, isotope, or chemical compound attached to enable the detection of the compound. In general, labels typically fall into three classes: a)

isotopic labels, which may be radioactive or heavy isotopes, including, but not limited to, $^{2}H$, $^{3}H$, $^{32}P$, $^{35}S$, $^{67}Ga$, $^{99m}Tc$ (Tc-99m), $^{111}In$, $^{123}I$, $^{125}I$, $^{169}Yb$ and $^{186}Re$; b) immune labels, which may be antibodies or antigens,which may be bound to enzymes (such as horseradish peroxidase) that produce detectable agents; and c) colored, luminescent, phosphorescent, or fluorescent dyes. It will be appreciated that the labels may be incorporated into the compound at any position that does not interfere with the biological activity or characteristic of the compound that is being detected. In certain embodiments of the invention, photoaffinity labeling is utilized for the direct elucidation of intermolecular interactions in biological systems. A variety of known photophores can be employed, most relying on photoconversion of diazo compounds, azides, or diazirines to nitrenes or carbenes (See, Bayley, H., Photogenerated Reagents in Biochemistry and Molecular Biology (1983), Elsevier, Amsterdam.), the entire contents of which are hereby incorporated by reference. In certain embodiments of the invention, the photoaffinity labels employed are o-, m- and p-azidobenzoyls, substituted with one or more halogen moieties, including, but not limited to 4-azido-2,3,5,6-tetrafluorobenzoic acid.

**[0037]** The terms *halo* and *halogen* as used herein refer to an atom selected from fluorine, chlorine, bromine, and iodine.

**[0038]** The term "heterocyclic", as used herein, refers to a non-aromatic partially unsaturated or fully saturated 3- to 10-membered ring system, which includes single rings of 3 to 8 atoms in size and bi- and tri-cyclic ring systems which may include aromatic six-membered aryl or aromatic heterocyclic groups fused to a non-aromatic ring. These heterocyclic rings include those having from one to three heteroatoms independently selected from oxygen, sulfur, and nitrogen, in which the nitrogen and sulfur heteroatoms may optionally be oxidized and the nitrogen heteroatom may optionally be quaternized.

**[0039]** The term "heteroaryl", as used herein, refers to a cyclic aromatic radical having from five to ten ring atoms of which one ring atom is selected from sulfur, oxygen, and nitrogen; zero, one, or two ring atoms are additional heteroatoms independently selected from sulfur, oxygen, and nitrogen; and the remaining ring atoms are carbon, the radical being joined to the rest of the molecule via any of the ring atoms, such as, for example, pyridyl, pyrazinyl, pyrimidinyl, pyrrolyl, pyrazolyl,

imidazolyl, thiazolyl, oxazolyl, isooxazolyl, thiadiazolyl, oxadiazolyl, thiophenyl, furanyl, quinolinyl, isoquinolinyl, and the like.

**[0040]** Specific heterocyclic and aromatic heterocyclic groups that may be included in the compounds of the invention include: 3-methyl-4-(3-methylphenyl)piperazine, 3 methylpiperidine, 4-(bis-(4-fluorophenyl)methyl)piperazine, 4-(diphenylmethyl)piperazine, 4-(ethoxycarbonyl)piperazine, 4-(ethoxycarbonylmethyl)piperazine, 4-(phenylmethyl)piperazine, 4-(1-phenylethyl)piperazine, 4-(1,1-dimethylethoxycarbonyl)piperazine, 4-(2-(bis-(2-propenyl) amino)ethyl)piperazine, 4-(2-(diethylamino)ethyl)piperazine, 4-(2-chlorophenyl)piperazine, 4-(2-cyanophenyl)piperazine, 4-(2-ethoxyphenyl)piperazine, 4-(2-ethylphenyl)piperazine, 4-(2-fluorophenyl)piperazine, 4-(2-hydroxyethyl)piperazine, 4-(2-methoxyethyl)piperazine, 4-(2-methoxyphenyl)piperazine, 4-(2-methylphenyl)piperazine, 4-(2-methylthiophenyl) piperazine, 4-(2-nitrophenyl)piperazine, 4-(2-nitrophenyl)piperazine, 4-(2-phenylethyl)piperazine, 4-(2-pyridyl)piperazine, 4-(2-pyrimidinyl)piperazine, 4-(2,3-dimethylphenyl)piperazine, 4-(2,4-difluorophenyl) piperazine, 4-(2,4-dimethoxyphenyl)piperazine, 4-(2,4-dimethylphenyl)piperazine, 4-(2,5-dimethylphenyl)piperazine, 4-(2,6-dimethylphenyl)piperazine, 4-(3-chlorophenyl)piperazine, 4-(3-methylphenyl)piperazine, 4-(3-trifluoromethylphenyl)piperazine, 4-(3,4-dichlorophenyl)piperazine, 4-3,4-dimethoxyphenyl)piperazine, 4-(3,4-dimethylphenyl)piperazine, 4-(3,4-methylenedioxyphenyl)piperazine, 4-(3,4,5-trimethoxyphenyl)piperazine, 4-(3,5-dichlorophenyl)piperazine, 4-(3,5-dimethoxyphenyl)piperazine, 4-(4-(phenylmethoxy)phenyl)piperazine, 4-(4-(3,1-dimethylethyl)phenylmethyl)piperazine, 4-(4-chloro-3-trifluoromethylphenyl)piperazine, 4-(4-chlorophenyl)-3-methylpiperazine, 4-(4-chlorophenyl)piperazine, 4-(4-chlorophenyl)piperazine, 4-(4-chlorophenylmethyl)piperazine, 4-(4-fluorophenyl)piperazine, 4-(4-methoxyphenyl)piperazine, 4-(4-methylphenyl)piperazine, 4-(4-nitrophenyl)piperazine, 4-(4-trifluoromethylphenyl)piperazine, 4-cyclohexylpiperazine, 4-ethylpiperazine, 4-hydroxy-4-(4-chlorophenyl)methylpiperidine, 4-hydroxy-4-phenylpiperidine, 4-hydroxypyrrolidine,

4-methylpiperazine, 4-phenylpiperazine, 4-piperidinylpiperazine, 4-(2-furanyl)carbonyl)piperazine, 4-((1,3-dioxolan-5-yl)methyl)piperazine, 6-fluoro-1,2,3,4-tetrahydro-2-methylquinoline, 1,4-diazacylcloheptane, 2,3-dihydroindolyl, 3,3-dimethylpiperidine, 4,4-ethylenedioxypiperidine, 1,2,3,4-tetrahydroisoquinoline, 1,2,3,4-tetrahydroquinoline, azacyclooctane, decahydroquinoline, piperazine, piperidine, pyrrolidine, thiomorpholine, and triazole.

**[0041]** The terms "substituted," whether preceded by the term "optionally" or not, and *substituent*, as used herein, refer to the ability, as appreciated by one skilled in this art, to change one functional group for another functional group provided that the valency of all atoms is maintained. When more than one position in any given structure may be substituted with more than one substituent selected from a specified group, the substituent may be either the same or different at every position. The substituents may also be further substituted (*e.g.*, an aryl group substituent may have another substituent off it, such as another aryl group, which is further substituted with fluorine at one or more positions).

**[0042]** The following are more general terms used throughout the present application:

**[0043]** "Animal": The term animal, as used herein, refers to humans as well as non-human animals, including, for example, mammals, birds, reptiles, amphibians, and fish. Preferably, the non-human animal is a mammal (*e.g.*, a rodent, a mouse, a rat, a rabbit, a monkey, a dog, a cat, a primate, or a pig). An animal may be a transgenic animal.

**[0044]** "Associated with": When two entities are "associated with" one another as described herein, they are linked by a direct or indirect covalent or non-covalent interaction. Preferably, the association is covalent. Desirable non-covalent interactions include hydrogen bonding, van der Waals interactions, hydrophobic interactions, magnetic interactions, electrostatic interactions, *etc.*

**[0045]** "Biocompatible": The term "biocompatible", as used herein is intended to describe compounds that are not toxic to cells. Compounds are "biocompatible" if their addition to cells *in vitro* results in less than or equal to 20 % cell death, and their administration *in vivo* does not induce inflammation or other such adverse effects.

**[0046]** "Biodegradable": As used herein, "biodegradable" compounds are those that, when introduced into cells, are broken down by the cellular machinery or by hydrolysis into components that the cells can either reuse or dispose of without significant toxic effect on the cells (*i.e.*, fewer than about 20 % of the cells are killed when the components are added to cells *in vitro*). The components preferably do not induce inflammation or other adverse effects *in vivo*. In certain preferred embodiments, the chemical reactions relied upon to break down the biodegradable compounds are uncatalyzed.

**[0047]** "Effective amount": In general, the "effective amount" of an active agent or drug delivery device refers to the amount necessary to elicit the desired biological response. As will be appreciated by those of ordinary skill in this art, the effective amount of an agent or device may vary depending on such factors as the desired biological endpoint, the agent to be delivered, the composition of the encapsulating matrix, the target tissue, *etc.* For example, the effective amount of microparticles containing an antigen to be delivered to immunize an individual is the amount that results in an immune response sufficient to prevent infection with an organism having the administered antigen.

**[0048]** "Peptide" or "protein": According to the present invention, a "peptide" or "protein" comprises a string of at least three amino acids linked together by peptide bonds. The terms "protein" and "peptide" may be used interchangeably. Peptide may refer to an individual peptide or a collection of peptides. Inventive peptides preferably contain only natural amino acids, although non-natural amino acids (*i.e.*, compounds that do not occur in nature but that can be incorporated into a polypeptide chain) and/or amino acid analogs as are known in the art may alternatively be employed. Also, one or more of the amino acids in an inventive peptide may be modified, for example, by the addition of a chemical entity such as a carbohydrate group, a phosphate group, a farnesyl group, an isofarnesyl group, a fatty acid group, a linker for conjugation, functionalization, or other modification, *etc.* In a preferred embodiment, the modifications of the peptide lead to a more stable peptide (*e.g.*, greater half-life *in vivo*). These modifications may include cyclization of the peptide, the incorporation of D-amino acids, *etc.* None of the modifications should substantially interfere with the desired biological activity of the peptide.

**[0049]** "Polynucleotide" or "oligonucleotide": Polynucleotide or oligonucleotide refers to a polymer of nucleotides. Typically, a polynucleotide comprises at least three nucleotides. The polymer may include natural nucleosides (*i.e.*, adenosine, thymidine, guanosine, cytidine, uridine, deoxyadenosine, deoxythymidine, deoxyguanosine, and deoxycytidine), nucleoside analogs (*e.g.*, 2-aminoadenosine, 2-thiothymidine, inosine, pyrrolo-pyrimidine, 3-methyl adenosine, C5-propynylcytidine, C5-propynyluridine, C5-bromouridine, C5-fluorouridine, C5-iodouridine, C5-methylcytidine, 7-deazaadenosine, 7-deazaguanosine, 8-oxoadenosine, 8-oxoguanosine, O(6)-methylguanine, and 2-thiocytidine), chemically modified bases, biologically modified bases (*e.g.*, methylated bases), intercalated bases, modified sugars (*e.g.*, 2′-fluororibose, ribose, 2′-deoxyribose, arabinose, and hexose), or modified phosphate groups (*e.g.*, phosphorothioates and 5′-N-phosphoramidite linkages).

**[0050]** "Small molecule": As used herein, the term "small molecule" refers to organic compounds, whether naturally-occurring or artificially created (*e.g.*, via chemical synthesis) that have relatively low molecular weight and that are not proteins, polypeptides, or nucleic acids. Typically, small molecules have a molecular weight of less than about 1500 g/mol. Also, small molecules typically have multiple carbon-carbon bonds. Known naturally-occurring small molecules include, but are not limited to, penicillin, erythromycin, taxol, cyclosporin, and rapamycin. Known synthetic small molecules include, but are not limited to, ampicillin, methicillin, sulfamethoxazole, and sulfonamides.

## Brief Description of the Drawing

**[0051]** *Figure 1* shows acrylates and amines used in the synthesis of exemplary amine-containing lipids.

**[0052]** *Figure 2* shows $^{1}$H NMR spectra of lipids **LD28** (A), **LD86** (B), **LD87** (C), **ND32** (D), **ND86** (E), and **ND87** (F).

**[0053]** *Figure 3* shows the DNA transfection efficiency of several of the inventive amine-containing lipids.

**[0054]** *Figure 4* shows the percentage of luciferase knockdown for several of the inventive lipids.

**Detailed Description of Certain Preferred Embodiments of the Invention**

**[0055]** The present invention provides novel lipids and delivery systems based on the use of amino lipids. The system may be used in the pharmaceutical/drug delivery arts to delivery polynucleotides, proteins, small molecules, peptides, antigen, drugs, *etc.* to a patient, tissue, organ, cell, *etc.*

**[0056]** The amino lipids of the present invention provide for several different uses in the drug delivery art. The lipids with their amine-containing hydrophilic portion may be used to complex polynucleotides and thereby enhance the delivery of polynucleotide and prevent their degradation. The lipids may also be used in the formation of nanoparticles, microparticles, liposomes, and micelles containing the agent to be delivered. Preferably, the lipids are biocompatible and biodegradable, and the formed particles are also biodegradable and biocompatible and may be used to provide controlled, sustained release of the agent. These lipids and their corresponding particles may also be responsive to pH changes given that these lipids are protonated at lower pH.

*Lipids*

**[0057]** The lipids of the present invention are lipids containing primary, secondary, or tertiary amines and salts thereof. In a particularly preferred embodiment, the inventive lipids are relatively non-cytotoxic. In another particularly preferred embodiment, the inventive lipids are biocompatible and biodegradable. In a particularly preferred embodiment, the lipids of the present invention have $pK_a$s in the range of 5.5 to 7.5, more preferably between 6.0 and 7.0. In another particularly preferred embodiment, the lipid may be designed to have a desired $pK_a$ between 3.0 and 9.0, more preferably between 5.0 and 8.0. The inventive lipids are particularly attractive for drug delivery for several reasons: 1) they contain amino groups for interacting with DNA, RNA, other polynucleotides, and other negatively charged agents, for buffering the pH, for causing endosomolysis, *etc.*; 2) they can be synthesized from commercially available starting materials; and 3) they are pH responsive and can be engineered with a desired $pK_a$.

**[0058]** In certain embodiments, the lipids of the present invention are of the formula (**I**):



(**I**)

wherein each occurrence of V is independently selected from the group consisting of C=O, C=S, S=O, and $SO_2$;

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; -CN; -SCN; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; or $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_2$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_B$; $-C(=O)R_B$; $-CO_2R_B$; -CN; -SCN; $-SR_B$; $-SOR_B$; $-SO_2R_B$; $-NO_2$; $-N_3$; $-N(R_B)_2$; $-NHC(=O)R_B$; $-NR_BC(=O)N(R_B)_2$; $-OC(=O)OR_B$; $-OC(=O)R_B$; $-OC(=O)N(R_B)_2$; $-NR_BC(=O)OR_B$; or $-C(R_B)_3$; wherein each occurrence

of $R_B$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_1$ and $R_2$ may be taken together to form a cyclic structure;

$R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_C$; $-C(=O)R_C$; $-CO_2R_C$; -CN; -SCN; $-SR_C$; $-SOR_C$; $-SO_2R_C$; $-NO_2$; $-N_3$; $-N(R_C)_2$; $-NHC(=O)R_C$; $-NR_CC(=O)N(R_C)_2$; $-OC(=O)OR_C$; $-OC(=O)R_C$; $-OC(=O)N(R_C)_2$; $-NR_CC(=O)OR_C$; or $-C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

each occurrence of $R_5$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

each occurrence of $R_6$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl; and salts thereof.

**[0059]** In certain embodiments, the tertiary amine of formula (**I**) is protonated or alkylated to form a compound of formula (**Ia**):



(Ia)

wherein $R_1$, $R_2$, $R_3$, $R_5$, $R_6$, and V are defined above;

$R_7$ is hydrogen or $C_1$-$C_6$ aliphatic, preferably $C_1$-$C_6$ alkyl, more preferably hydrogen or methyl; and

X is any anion. Possible anions include fluoride, chloride, bromide, iodide, sulfate, bisulfate, phosphate, nitrate, acetate, fumarate, oleate, citrate, valerate, maleate, oxalate, isonicotinate, lactate, salicylate, tartrate, tannate, pantothenate, bitartrate, ascorbate, succinate, gentisinate, gluconate, glucaronate, saccharate, formate, benzoate, glutamate, methanesulfonate, ethanesulfonate, benzenesulfonate, p-toluenesulfonate, and pamoate (*i.e.*, 1,1'-methylene-bis-(2-hydroxy-3-naphthoate).

**[0060]** In certain embodiments, V is C=O. In other embodiments, V is C=S. In yet other embodiments, V is S=O. In still other embodiments, V is $SO_2$.

**[0061]** In certain embodiments, $R_1$ is hydrogen. In other embodiments, $R_1$ is a cyclic or acyclic, substituted or unsubstituted, branched or un branched aliphatic or heteroaliphatic moiety. In certain embodiments, $R_1$ is a substituted or unsubstituted aryl or heteroaryl moiety. Preferably, the aryl or heteroaryl moiety is a monocyclic 5- or 6-membered ring system. In certain embodiments, $R_1$ is $-OR_A$, $-SR_A$, $-N(R_A)_2$, or $-NHR_A$. In certain embodiments, $R_1$ is $-OR_A$. In other embodiments, $R_1$ is $-N(R_A)_2$ or $-NHR_A$. In certain embodiments, $R_A$ is hydrogen. In other embodiments, $R_A$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic or heteroaliphatic moiety. In certain embodiments, $R_A$ is an acyclic, substituted or unsubstituted aliphatic moiety. In certain other embodiments, $R_A$ is an acyclic, unsubstituted, unbranched aliphatic moiety, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$. In certain embodiments, $R_A$ is an unsubstituted, straight chain alkyl group with at least 5 carbons. In certain embodiments, $R_A$ is an unsubstituted, straight chain alkyl group, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_9$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{10}$ alkyl

chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{11}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{12}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{13}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{14}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{15}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{16}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{17}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{18}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{19}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{20}$ alkyl chain. In yet other embodiments, $R_A$ is a substituted or unsubstituted aryl or heteroaryl moiety.

**[0062]** In certain embodiments, $R_2$ is hydrogen. In other embodiments, $R_2$ is a cyclic or acyclic, substituted or unsubstituted, branched or un branched aliphatic or heteroaliphatic moiety. In certain embodiments, $R_2$ is a substituted or unsubstituted aryl or heteroaryl moiety. Preferably, the aryl or heteroaryl moiety is a monocylic 5- or 6-membered ring system. In certain embodiments, $R_2$ is $-OR_B$, $-SR_B$, $-N(R_B)_2$, or $-NHR_B$. In certain embodiments, $R_2$ is $-OR_B$. In other embodiments, $R_2$ is $-N(R_B)_2$ or $-NHR_B$. In certain embodiments, $R_B$ is hydrogen. In other embodiments, $R_B$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic or heteroaliphatic moiety. In certain embodiments, $R_B$ is an acyclic, substituted or unsubstituted aliphatic moiety. In certain embodiments, $R_B$ is an unsubstituted, straight chain alkyl group with at least 5 carbons. In certain other embodiments, $R_B$ is an acyclic, unsubstituted, unbranched aliphatic moiety, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$. In certain embodiments, $R_B$ is an unsubstituted, straight chain alkyl group, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_9$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{10}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{11}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an

unsubstituted, unbranched $C_{12}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{13}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{14}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{15}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_A$, wherein $R_B$ is an unsubstituted, unbranched $C_{16}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_A$, wherein $R_B$ is an unsubstituted, unbranched $C_{17}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_A$, wherein $R_B$ is an unsubstituted, unbranched $C_{18}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{19}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{20}$ alkyl chain. In yet other embodiments, $R_B$ is a substituted or unsubstituted aryl or heteroaryl moiety.

**[0063]** In certain embodiments, $R_3$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic moiety. In other embodiments, $R_3$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic moiety. In certain embodiments, $R_3$ is a polyethylene glycol moiety. In certain embodiments, $R_3$ is an aliphatic moiety substituted with one or more hydroxyl groups. In other embodiments, $R_3$ is an aliphatic moiety substituted with one or more amino, alkylamino, or dialkylamino groups. In certain embodiments, $R_3$ is a heteroaliphatic moiety. In certain embodiments, $R_3$ is cyclic aliphatic, preferably a monocylic ring system with a 5- or 6-membered ring. In other embodiments, $R_3$ is aryl or heteroaryl, preferably a monocyclic ring system with a 5- or 6-membered ring. In certain embodiments, the lipids are prepared from the primary amines 1, 11, 20, 24, 25, 28, 31, 32, 36, 76, 77, 80, 86, 87, 93, 94, 95, 96, 99, or 100 shown in *Figure 1*. In certain other embodiments the lipids are prepared from the primary amines 31, 93, or 94 as shwon in *Figure 1*.

**[0064]** In certain embodiments, each occurrence of $R_5$ is hydrogen. In certain embodiments, at least one occurrence of $R_5$ is methyl and the other occurrences are hydrogen. In certain embodiments, at least two occurrences of $R_5$ are methyl, and the other occurrences are hydrogen. In other embodiments, at least two occurrences of $R_5$ are hydrogen.

**[0065]** In certain embodiments, each occurrence of $R_6$ is hydrogen. In certain

other embodiments, at least two occurrences of $R_6$ are hydrogen. In certain embodiments, at least one occurrence of $R_6$ is methyl, and the other occurrences are hydrogen. In certain embodiments, at least two occurrences of $R_6$ are methyl, and the other occurrences are hydrogen.

[0066] In certain embodiments,  and  which are attached to N, are the same. In other embodiments,  and  which are attached to N are the same and are different than $R_3$. In yet other embodiments,  ,  , and $R_3$ are all different.

[0067] In certain subclasses of lipids, the lipids are of the formula:



wherein V, $R_1$, $R_2$, and $R_3$ are defined as above; and all occurrences of $R_5$ and $R_6$ are hydrogen.. In certain embodiments, $R_1$ and $R_2$ are the same. In other embodiments, $R_1$ and $R_2$ are different. In certain embodiments, V is C=O as shown in the formula:



.

In certain embodiments, $R_1$ and $R_2$ are the same. In other embodimets, $R_1$ and $R_2$ are different. In certain embodiments, $R_1$ is $-OR_A$ and $R_2$ is $-OR_B$, as shown in the formula below:



. In certain embodiments, $R_A$ and $R_B$ are the same. In other embodiments, $R_A$ and $R_B$ are different. In certain embodiments, at least one of $R_A$ and $R_B$ is an unsubstituted, straight chain alkyl group with at least 5 carbons. In certain embodiments, both of $R_A$ and $R_B$ are an unsubstituted, straight chain alkyl group with at least 5 carbons. In certain embodiments, $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkyl groups, or $C_{21}$-$C_{30}$ straight chain alkyl groups, preferably $C_9$-$C_{20}$ straight chain alkyl groups. In certain embodiments, $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkenyl groups, or $C_{21}$-$C_{30}$ straight chain alkenyl groups, preferably $C_9$-$C_{20}$ straight chain alkenyl groups. In certain embodiments, $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkynyl groups, or $C_{21}$-$C_{30}$ straight chain alkynyl groups, preferably $C_9$-$C_{20}$ straight chain alkynyl groups. In certain embodiments, when $R_A$ and $R_B$ are the same, $R_A$ and $R_B$ are not methyl, ethyl, *n*-propyl, , or . In other embodiments, when $R_A$ and $R_B$ are the same, $R_A$ and $R_B$ each comprise at least 4 carbon atoms. In other embodiments, when $R_A$ and $R_B$ are the same, $R_A$ and $R_B$ each comprise at least 5 carbon atoms. In other embodiments, when $R_A$ and $R_B$ are the same, $R_A$ and $R_B$ each comprise at least 6 carbon atoms. In other embodiments, $R_A$ and $R_B$ each comprise at least 4 carbon atoms. In other embodiments, $R_A$ and $R_B$ each comprise at least 5 carbon atoms. In other embodiments, $R_A$ and $R_B$ each comprise at least 6 carbon atoms. Exemplary classes of the above formula include:




In certain embodiments, the acrylate used in the synthesis of the lipid is acrylate LD, LF, or LG in *Figure 1*. In certain embodiments the acrylate is acrylate LF in *Figure 1*. In certain embodiments the acrylate is acrylate LG in *Figure 1*.

In certain embodiments, $R_3$ is not , wherein $R_C$ is defined as above. In certain embodiments, $R_3$ is not —$CH_2CH_2OR_C$', wherein $R_C$' is methyl, ethyl, propyl, isopropyl, butyl, s-butyl, isobutyl, t-butyl, pentyl, cyclopentyl, hexyl, cyclohexyl, decyl, methoxymethyl, 2-methoxyethyl, 1-ethoxyethyl, 2-ethoxyethyl, (2-methoxyethoxy)methyl, 2-tetrahydrofuranyl, 2-tetrahydropyranyl, tetrahydrofurfuryl, formyl, acetyl, propionyl, butyryl, isobutyryl, pivaloyl, valeryl, methoxyacetyl, ethoxyacetyl, acetoxyacetyl, 2-formyloxyethyl, 2-acetoxyethyl, 2-oxopropyl, 2-oxobutyl, 2-oxocyclopentyl, 2-oxo-3-tetrahydrofuranyl, 2-oxo-3-tetrahydropyranyl, methoxycarbonyl, ethoxycarbonyl, and t-butoxycarbonyl. In yet other embodiments, $R_3$ is not —$CH_2CH_2OR_C$", wherein $R_C$" is a straight chain, branched or cyclic alkyl group of 1 to 20 carbons atoms, which may contain an ether, carbonyl, or carbonyloxy group. In yet other embodiments, $R_3$ is not —$CH_2CH_2OR_C$", wherein $R_C$" is a straight chain, branched or cyclic alkyl group of 1 to 10 carbons atoms, which may contain an ether, carbonyl, or carbonyloxy group. In certain particular embodiments, $R_3$ is not —$CH_2CH_2OR_C$", wherein $R_C$" is formyl; acetyl; or methyl group.

**[0068]** In other embodiments, $R_1$ is –$NR_A$ and $R_2$ is –$NR_B$, as shown in the formula below:



. In certain embodiments, $R_A$ and $R_B$ are the same. In other embodiments, $R_A$ and $R_B$ are different. In certain embodiments, $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkyl groups, or $C_{21}$-$C_{30}$ straight chain alkyl groups, preferably $C_9$-$C_{20}$ straight chain alkyl groups. In certain embodiments, $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkenyl groups, or $C_{21}$-$C_{30}$ straight chain alkenyl groups, preferably $C_9$-$C_{20}$ straight chain alkenyl groups. In certain embodiments, $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkynyl groups, or $C_{21}$-$C_{30}$ straight chain alkynyl groups, preferably $C_9$-$C_{20}$

straight chain alkynyl groups. In certain embodiments, when $R_A$ and $R_B$ are the same, $R_A$ and $R_B$ are not methyl, ethyl, *n*-propyl, , or . In other embodiments, when $R_A$ and $R_B$ are the same, $R_A$ and $R_B$ each comprise at least 4 carbon atoms. In other embodiments, when $R_A$ and $R_B$ are the same, $R_A$ and $R_B$ each comprise at least 5 carbon atoms. In other embodiments, when $R_A$ and $R_B$ are the same, $R_A$ and $R_B$ each comprise at least 6 carbon atoms. In other embodiments, $R_A$ and $R_B$ each comprise at least 4 carbon atoms. In other embodiments, $R_A$ and $R_B$ each comprise at least 5 carbon atoms. In other embodiments, $R_A$ and $R_B$ each comprise at least 6 carbon atoms. Exemplary classes of the above formula include:
















In certain embodiments, the acrylate used in the synthesis of the lipid is acrylate ND, NF, NG, or NP in *Figure 1*. In certain embodiments the acrylate is acrylate ND in *Figure 1*. In certain embodiments the acrylate is acrylate NF in *Figure 1*. In certain embodiments the acrylate is acrylate NP in *Figure 1*.

**[0069]** Particular exemplary compounds include:















LD31



LF31



LF93



LF94



LG93



ND28



QG87



QG100

**[0070]** In other subclasses of lipids, the lipids are of the formula:



wherein V, $R_1$, and $R_3$ are defined as above; all occurrences of $R_6$ are hydrogen; and $R_5$ is defined as in the formula. In certain embodiments, $R_1$ and $R_2$ are the same. In

certain embodiments, V is C=O as shown in the formula:




, preferably $R_1$ and $R_2$ are the same.

In certain embodiments, $R_1$ is $-OR_A$ and $R_2$ is $-OR_B$, as shown in the formula below:




, preferably $R_A$ and $R_B$ are the same. In certain embodiments, $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkyl groups, preferably $C_9$-$C_{20}$ straight chain alkyl groups.

In other embodiments, $R_1$ is $-NR_A$ and $R_2$ is $-NR_B$, as shown in the formula below:




, preferably $R_A$ and $R_B$ are the same. In certain embodiments, $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkyl groups, preferably $C_9$-$C_{20}$ straight chain alkyl groups.

**[0071]** In certain embodiments, 

and 

in formulae **(I)** and **(Ia)** are selected from the group consisting of:



In certain embodiments, the lipids are prepared using acrylates LC, LD, LE, LF, and LG in *Figure 1.*

**[0072]** In certain embodiments,  and  in formulae (**I**) and (**Ia**) are selected from the group consisting of:



In certain embodiments, the lipids are prepared using acrylates NC, ND, NF, NG, or NP in *Figure 1.* In certain embodiments, the lipids are prepared using acrylate ND. In other embodiments, the lipids are prepared using acrylate NF.

**[0073]** In certain embodiments,  is selected from the group consisting of:





**[0074]** In certain embodiments,  is selected from the group consisting of:



**[0075]** In certain embodiments,  is



, wherein n is an interger between 0 and 10,

inclusive; and $R_3$' is hydrogen, aliphatic, heteroaliphatic, carbocyclic, heterocyclic, aryl, acyl, or heteroaryl. In certain embodiments, $R_3$' is hydrogen, In other embodiments, $R_3$' is $C_1$-$C_6$ alkyl. In yet other embodiments, $R_3$' is acyl (*e.g.*, acetyl).

**[0076]** In certain embodiments, the inventive lipid is of formula:




,

wherein

n is an integer between 5 and 20, inclusive; and

m is an integer between 1 and 10, inclusive; and pharmaceutically acceptable salts thereof. In certain embodiments, n is 11. In other embodiments, n is 12. In yet other embodiments, n is 13. In still other embodiments, n is 14. In certain embodiments, m is 1. In other embodiments, m is 2. In other embodiments, m is 3. In other embodiments, m is 4. In other embodiments, m is 5. In other embodiments, m is 6.

**[0077]** In certain embodiments, the inventive lipid is of formula:




,

wherein

n is an integer between 5 and 20, inclusive; and

m is an integer between 1 and 10, inclusive; and pharmaceutically acceptable salts thereof. In certain embodiments, n is 11. In other embodiments, n is 12. In yet

other embodiments, n is 13. In still other embodiments, n is 14. In certain embodiments, m is 1. In other embodiments, m is 2. In other embodiments, m is 3. In other embodiments, m is 4. In other embodiments, m is 5. In other embodiments, m is 6.

**[0078]** In certain embodiments, the inventive lipid is of formula:




,

wherein

$R_3$' is $C_{1-6}$alkyl;

n is an integer between 5 and 20, inclusive; and

m is an integer between 1 and 10, inclusive; and pharmaceutically acceptable salts thereof. In certain embodiments, $R_3$' is methyl. In other embodiments, $R_3$' is ethyl. In other embodiments, $R_3$' is *n*-propyl. In still other embodiments, $R_3$' is *iso*-propyl. In certain embodiments, n is 11. In other embodiments, n is 12. In yet other embodiments, n is 13. In still other embodiments, n is 14. In certain embodiments, m is 1. In other embodiments, m is 2. In other embodiments, m is 3. In other embodiments, m is 4. In other embodiments, m is 5. In other embodiments, m is 6.

**[0079]** In certain embodiments, the inventive lipid is of formula:




wherein

$R_3$' is $C_{1-6}$alkyl;

n is an integer between 5 and 20, inclusive; and

m is an integer between 1 and 10, inclusive; and pharmaceutically acceptable salts thereof. In certain embodiments, $R_3$' is methyl. In other embodiments, $R_3$' is ethyl. In other embodiments, $R_3$' is *n*-propyl. In still other embodiments, $R_3$' is *iso*-propyl. In certain embodiments, n is 11. In other embodiments, n is 12. In yet other embodiments, n is 13. In still other embodiments, n is 14. In certain embodiments, m is 1. In other embodiments, m is 2. In other embodiments, m is 3. In other embodiments, m is 4. In other embodiments, m is 5. In other embodiments, m is 6.

**[0080]** In certain embodiments, the inventive lipid is of formula:




,

wherein

$R_3$' is carbocyclic; heterocyclic; aryl or heteroaryl;

n is an integer between 5 and 20, inclusive; and

m is an integer between 1 and 10, inclusive; and pharmaceutically acceptable salts thereof. In certain embodiments, $R_3$' is phenyl. In other embodiments, $R_3$' is heteroaryl. In other embodiments, $R_3$' is aryl. In still other embodiments, $R_3$' is histidine. In certain embodiments, n is 11. In other embodiments, n is 12. In yet other embodiments, n is 13. In still other embodiments, n is 14. In certain embodiments, m is 1. In other embodiments, m is 2. In other embodiments, m is 3. In other embodiments, m is 4. In other embodiments, m is 5. In other embodiments, m is 6.

**[0081]** In certain embodiments, the inventive lipid is of formula:



wherein

$R_3$' is carbocyclic; heterocyclic; aryl or heteroaryl;

n is an integer between 5 and 20, inclusive; and

m is an integer between 1 and 10, inclusive; and pharmaceutically acceptable salts thereof. In certain embodiments, $R_3$' is phenyl. In other embodiments, $R_3$' is heteroaryl. In other embodiments, $R_3$' is aryl. In still other embodiments, $R_3$' is histidine. In certain embodiments, n is 11. In other embodiments, n is 12. In yet other embodiments, n is 13. In still other embodiments, n is 14. In certain embodiments, m is 1. In other embodiments, m is 2. In other embodiments, m is 3. In other embodiments, m is 4. In other embodiments, m is 5. In other embodiments, m is 6.

**[0082]** In certain embodiments, the inventive lipid is of formula:



,

wherein

n is an integer between 5 and 20, inclusive; and

m is an integer between 1 and 10, inclusive; and pharmaceutically acceptable salts thereof. In certain embodiments, n is 11. In other embodiments, n is 12. In yet other embodiments, n is 13. In still other embodiments, n is 14. In certain embodiments, m is 1. In other embodiments, m is 2. In other embodiments, m is 3.

In other embodiments, m is 4. In other embodiments, m is 5. In other embodiments, m is 6.

[0083] In certain embodiments, the inventive lipid is of formula:



wherein

n is an integer between 5 and 20, inclusive; and

m is an integer between 1 and 10, inclusive; and pharmaceutically acceptable salts thereof. In certain embodiments, n is 11. In other embodiments, n is 12. In yet other embodiments, n is 13. In still other embodiments, n is 14. In certain embodiments, m is 1. In other embodiments, m is 2. In other embodiments, m is 3. In other embodiments, m is 4. In other embodiments, m is 5. In other embodiments, m is 6.

[0084] The present invention also provides amino lipids prepared from reacting acrylates with diamines, triamines, or polyamines. The amino moieties are completely or partially reacted with acrylate or acrylamides. Also, as would be appreciated by one of skill in this art, amino lipids with different number of acrylate or acrylamide tails will result in various isomers. These various forms of the linventive lipids are prepared individually, or the lipid is prepared as a mixture and then purified from the other forms. A single form mya be used in a composition, or a mixture of forms may be used.

[0085] The tails of the inventive amino lipids may also be the same or different. Non-exhaustively reacted amino groups may be reacted with a second acrylate, second acrylamide, or other electrophiles to created a mixed amino lipid. Again, various isomeric forms may be prepared and may optionally be purified.

[0086] In certain embodiments, the lipids of the present invention are of the

formula (**II**):



wherein A is selected from the group consisting of cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; and substituted or unsubstituted, branched or unbranched heteroaryl;

V is selected from the group consisting of C=O, C=S, S=O, and $SO_2$;

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; -CN; -SCN; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; and $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_2$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or

unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_B$; $-C(=O)R_B$; $-CO_2R_B$; -CN; -SCN; $-SR_B$; $-SOR_B$; $-SO_2R_B$; $-NO_2$; $-N_3$; $-N(R_B)_2$; $-NHC(=O)R_B$; $-NR_BC(=O)N(R_B)_2$; $-OC(=O)OR_B$; $-OC(=O)R_B$; $-OC(=O)N(R_B)_2$; $-NR_BC(=O)OR_B$; or $-C(R_B)_3$; wherein each occurrence of $R_B$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_1$ and $R_2$ may be taken together to form a cyclic structure;

$R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_C$; $-C(=O)R_C$; $-CO_2R_C$; -CN; -SCN; $-SR_C$; $-SOR_C$; $-SO_2R_C$; $-NO_2$; $-N_3$; $-N(R_C)_2$; $-NHC(=O)R_C$; $-NR_CC(=O)N(R_C)_2$; $-OC(=O)OR_C$; $-OC(=O)R_C$; $-OC(=O)N(R_C)_2$; $-NR_CC(=O)OR_C$; or $-C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_4$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or

unbranched heteroaryl; $-OR_D$; $-C(=O)R_D$; $-CO_2R_D$; -CN; -SCN; $-SR_D$; $-SOR_D$; $-SO_2R_D$; $-NO_2$; $-N_3$; $-N(R_D)_2$; $-NHC(=O)R_D$; $-NR_CC(=O)N(R_D)_2$; $-OC(=O)OR_D$; $-OC(=O)R_D$; $-OC(=O)N(R_D)_2$; $-NR_CC(=O)OR_D$; or $-C(R_D)_3$; wherein each occurrence of $R_D$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_3$ and $R_4$ may be taken together to form a cyclic structure;

each occurrence of $R_5$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

each occurrence of $R_6$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl; and salts thereof. In certain embodiments, the lipid is prepared using amine 95, 96, 99, 100, 103, and 109 in *Figure 1*. In certain embodiments, the lipid is prepared using amine 99 in *Figure 1*. In certain embodiments, the lipid is prepared using amine 100 in *Figure 1*. In certain embodiments, the lipid is prepared using acrylate ND, NF, NP, LF, and LG in *Figure 1*. In certain embodiments, the lipid is prepared using acrylate ND in *Figure 1*. In certain embodiments, the lipid is prepared using acrylate NF in *Figure 1*. In certain embodiments, the lipid is prepared using acrylate NP in *Figure 1*.

**[0087]** In certain embodiments, the tertiary amine of formula **(II)** is protonated or alkylated to form a compound of formula **(IIa)**:



**(IIa)**

wherein $R_1$, $R_2$, $R_3$, $R_4$, $R_5$, $R_6$, and V are defined above;

each occurrence of $R_7$ is hydrogen or $C_1$-$C_6$ aliphatic, preferably $C_1$-$C_6$ alkyl, more preferably hydrogen or methyl;

each dashed line represents a bond or the absence of a bond, wherein when the dashed line represents a bond, the attached nitrogen is positively charged; and

X is any anion. Possible anions include fluoride, chloride, bromide, iodide, sulfate, bisulfate, phosphate, nitrate, acetate, fumarate, oleate, citrate, valerate, maleate, oxalate, isonicotinate, lactate, salicylate, tartrate, tannate, pantothenate, bitartrate, ascorbate, succinate, gentisinate, gluconate, glucaronate, saccharate, formate, benzoate, glutamate, methanesulfonate, ethanesulfonate, benzenesulfonate, p-toluenesulfonate, and pamoate (*i.e.*, 1,1'-methylene-bis-(2-hydroxy-3-naphthoate). In certain embodiments, both dashed lines presents bonds, and both nitrogen atoms are positively charged.

**[0088]** In certain embodiments, A is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic or heteroaliphatic group. In certain embodiments, A is a substituted or unsubstituted, branched or unbranched aliphatic group. In certain particular embodiments, A is a substituted or unsubstituted, branched or unbranched alkyl group. In certain embodiments, A is an unsubstituted, $C_1$-$C_6$ straight chain alkyl group. In other embodiments, A is a polyethylene group. In yet other embodiments, A is a polyethylene glycol moiety. In certain embodiments, A, the two nitrogen atoms attached to A, $R_3$ and $R_4$ form a heterocyclic ring. In certain embodiments, the ring is aromatic. In other embodiments, the ring is non-aromatic. In certain embodiments, 

is selected from the group consisting of:



In certain particular embodiments,  is . In certain embodiments,  is . In certain embodiments, A is , wherein n is an interger between 0 and 10, inclusive.

[0089] In certain embodiments, V is C=O. In other embodiments, V is C=S. In yet other embodiments, V is S=O. In still other embodiments, V is $SO_2$.

[0090] In certain embodiments, $R_1$ is hydrogen. In other embodiments, $R_1$ is a cyclic or acyclic, substituted or unsubstituted, branched or un branched aliphatic or heteroaliphatic moiety. In certain embodiments, $R_1$ is a substituted or unsubstituted aryl or heteroaryl moiety. Preferably, the aryl or heteroaryl moiety is a monocylic 5- or 6-membered ring system. In certain embodiments, $R_1$ is $-OR_A$, $-SR_A$, $-N(R_A)_2$, or $-NHR_A$. In certain embodiments, $R_1$ is $-OR_A$. In other embodiments, $R_1$ is $-N(R_A)_2$ or $-NHR_A$. In certain embodiments, $R_A$ is hydrogen. In certain embodiments, $R_A$ is not hydrogen. In other embodiments, $R_A$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic or heteroaliphatic moiety. In certain embodiments, $R_A$ is an acyclic, substituted or unsubstituted aliphatic moiety. In certain embodiments, $R_A$ is an unsubstituted, straight chain alkyl group with at least 5 carbons. In certain other embodiments, $R_A$ is an acyclic, unsubstituted, unbranched aliphatic moiety, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$. In certain embodiments, $R_A$ is an unsubstituted, straight chain alkyl group, preferably $C_6$-$C_{30}$, more preferably

$C_{10}$-$C_{20}$. In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_9$ alkyl chain. In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{10}$ alkyl chain. In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{11}$ alkyl chain. In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{12}$ alkyl chain. In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{13}$ alkyl chain. In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{14}$ alkyl chain. In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{15}$ alkyl chain. In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{16}$ alkyl chain. In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{17}$ alkyl chain. In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{18}$ alkyl chain. In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{19}$ alkyl chain. In certain embodiments, $R_1$ is –$OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{20}$ alkyl chain. In yet other embodiments, $R_A$ is a substituted or unsubstituted aryl or heteroaryl moiety.

**[0091]** In certain embodiments, $R_2$ is hydrogen. In other embodiments, $R_2$ is a cyclic or acyclic, substituted or unsubstituted, branched or un branched aliphatic or heteroaliphatic moiety. In certain embodiments, $R_2$ is a substituted or unsubstituted aryl or heteroaryl moiety. Preferably, the aryl or heteroaryl moiety is a monocylic 5- or 6-membered ring system. In certain embodiments, $R_2$ is –$OR_B$, -$SR_B$, -$N(R_B)_2$, or –$NHR_B$. In certain embodiments, $R_2$ is –$OR_B$. In other embodiments, $R_2$ is –$N(R_B)_2$ or –$NHR_B$. In certain embodiments, $R_B$ is hydrogen. In certain embodiments, $R_B$ is not hydrogen. In other embodiments, $R_B$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic or heteroaliphatic moiety. In certain embodiments, $R_B$ is an acyclic, substituted or unsubstituted aliphatic moiety. In certain embodiments, $R_B$ is an unsubstituted, straight chain alkyl group with at least 5 carbons. In certain other embodiments, $R_B$ is an acyclic, unsubstituted, unbranched aliphatic moiety, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$. In certain embodiments, $R_B$ is an unsubstituted, straight chain alkyl group, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$. In certain embodiments, $R_2$ is –$OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_9$ alkyl chain. In certain embodiments, $R_2$ is –$OR_B$, wherein $R_B$ is an

unsubstituted, unbranched $C_{10}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{11}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{12}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{13}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{14}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{15}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_A$, wherein $R_B$ is an unsubstituted, unbranched $C_{16}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_A$, wherein $R_B$ is an unsubstituted, unbranched $C_{17}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_A$, wherein $R_B$ is an unsubstituted, unbranched $C_{18}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{19}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{20}$ alkyl chain. In yet other embodiments, $R_B$ is a substituted or unsubstituted aryl or heteroaryl moiety.

**[0092]** In certain embodiments, $R_3$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic moiety. In other embodiments, $R_3$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic moiety. In certain embodiments, $R_3$ is an aliphatic moiety substituted with one or more hydroxyl groups. In other embodiments, $R_3$ is an aliphatic moiety substituted with one or more amino, alkylamino, or dialkylamino groups. In certain embodiments, $R_3$ is $C_1$-$C_6$ alkyl. In certain embodiments, $R_3$ is methyl. In certain embodiments, $R_3$ is ethyl. In other embodiments, $R_3$ is *n*-propyl. In other embodiments, $R_3$ is *iso*-propyl. In certain embodiments, $R_3$ is hydrogen. In certain embodiments, $R_3$ is a heteroaliphatic moiety. In certain embodiments, $R_3$ is cyclic aliphatic, preferably a monocylic ring system with a 5- or 6-membered ring. In other embodiments, $R_3$ is aryl or heteroaryl, preferably a monocyclic ring system with a 5- or 6-membered ring. In certain embodiments, $R_3$ is 

, wherein n is an interger between 0 and 10, inclusive; and $R_3$' is hydrogen, aliphatic, heteroaliphatic, carbocyclic, heterocyclic, aryl, acyl, or heteroaryl. In certain embodiments, $R_3$' is hydrogen, In other embodiments, $R_3$' is $C_1$-$C_6$ alkyl. In yet

other embodiments, $R_3$' is acyl (*e.g.*, acetyl). In certain embodiments, $R_3$ is



. In other embodiments, $R_3$ is



**[0093]** In certain embodiments, $R_4$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic moiety. In other embodiments, $R_4$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic moiety. In certain embodiments, $R_4$ is an aliphatic moiety substituted with one or more hydroxyl groups. In other embodiments, $R_4$ is an aliphatic moiety substituted with one or more amino, alkylamino, or dialkylamino groups. In certain embodiments, $R_4$ is $C_1$-$C_6$ alkyl. In certain embodiments, $R_3$ is methyl. In certain embodiments, $R_3$ is ethyl. In other embodiments, $R_3$ is *n*-propyl. In other embodiments, $R_3$ is *iso*-propyl. In certain embodiments, $R_4$ is hydrogen. In certain embodiments, $R_4$ is a heteroaliphatic moiety. In certain embodiments, $R_3$ is cyclic aliphatic, preferably a monocylic ring system with a 5- or 6-membered ring. In other embodiments, $R_4$ is aryl or heteroaryl, preferably a monocyclic ring system with a 5- or 6-membered ring. In certain embodiments, $R_4$ is



, wherein n is an interger between 0 and 10, inclusive; and $R_4$' is hydrogen, aliphatic, heteroaliphatic, carbocyclic, heterocyclic, aryl, acyl, or heteroaryl. In certain embodiments, $R_4$' is hydrogen, In other embodiments, $R_4$' is $C_1$-$C_6$ alkyl. In yet other embodiments, $R_4$' is acyl (*e.g.*, acetyl). In certain embodiments, $R_4$ is



. In other embodiments, $R_4$ is



.

**[0094]** In certain embodiments, $R_3$ and $R_4$ are the same. In other embodiments, $R_3$ and $R_4$ are different.

**[0095]** In certain embodiments, each occurrence of $R_5$ is hydrogen. In certain embodiments, at least one occurrence of $R_5$ is methyl and the other occurrences are hydrogen. In certain embodiments, at least two occurrences of $R_5$ are methyl, and the other occurrences are hydrogen. In other embodiments, at least two occurrences of $R_5$ are hydrogen.

**[0096]** In certain embodiments, each occurrence of $R_6$ is hydrogen. In certain

Case 1:23-cv-00580-CFC Document 65-3 Filed 06/18/24 Page 87 of 708 PageID #: 6269



other embodiments, at least two occurrences of $R_6$ are hydrogen. In certain embodiments, at least one occurrence of $R_6$ is methyl, and the other occurrences are hydrogen. In certain embodiments, at least two occurrences of $R_6$ are methyl, and the other occurrences are hydrogen.

**[0097]** In certain embodiments,  and  which are attached to N are the same. In other embodiments,  and  which are attached to N are the same and are different than $R_3$. In yet other embodiments, , , and $R_3$ are all different.

**[0098]** In certain embodiments,  and  in formulae (**II**) and (**IIa**) are selected from the group consisting of:



In certain embodiments, the lipids are prepared using acrylates LC, LD, LE, LF, and LG in *Figure 1.*

**[0099]** In certain embodiments,  and  in formulae **(II)** and **(IIa)** are selected from the group consisting of:



In certain embodiments, the lipids are prepared using acrylates NC, ND, NF, NG, or NP in *Figure 1*. In certain embodiments, the lipids are prepared using acrylate ND. In other embodiments, the lipids are prepared using acrylate NF. In other embodiments, the lipids are prepared using acrylate NP.

**[00100]** In certain embodiments,  and  in formulae **(II)** and **(IIa)** are the same. In other embodiments,  and

 in formulae (**II**) and (**IIa**) are different.

**[00101]** In certain embodiments,  is selected from the group consisting of:



**[00102]** In certain embodiments,  is selected from the group consisting of:



,

wherein $R_3$ and $R_4$ form a cyclic structure.

**[00103]** In other embodiments, the lipids of the present invention are of the formula **(III)**:



**(III)**

wherein

A is selected from the group consisting of cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; and substituted or unsubstituted, branched or unbranched heteroaryl;

V is selected from the group consisting of C=O, C=S, S=O, and $SO_2$;

n is an integer between 0 and 10, inclusive;

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; -CN; -SCN; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; and $-C(R_A)_3$; wherein each occurrence

of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_2$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_B$; $-C(=O)R_B$; $-CO_2R_B$; -CN; -SCN; $-SR_B$; $-SOR_B$; $-SO_2R_B$; $-NO_2$; $-N_3$; $-N(R_B)_2$; $-NHC(=O)R_B$; $-NR_BC(=O)N(R_B)_2$; $-OC(=O)OR_B$; $-OC(=O)R_B$; $-OC(=O)N(R_B)_2$; $-NR_BC(=O)OR_B$; or $-C(R_B)_3$; wherein each occurrence of $R_B$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_1$ and $R_2$ may be taken together to form a cyclic structure;

$R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_C$; $-C(=O)R_C$; $-CO_2R_C$; -CN; -SCN; $-SR_C$; $-SOR_C$; $-SO_2R_C$; $-NO_2$; $-N_3$; $-N(R_C)_2$; $-NHC(=O)R_C$; $-NR_CC(=O)N(R_C)_2$; $-OC(=O)OR_C$; $-OC(=O)R_C$; $-OC(=O)N(R_C)_2$; $-NR_CC(=O)OR_C$; or $-C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic,

substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_4$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_D$; $-C(=O)R_D$; $-CO_2R_D$; -CN; -SCN; $-SR_D$; $-SOR_D$; $-SO_2R_D$; $-NO_2$; $-N_3$; $-N(R_D)_2$; $-NHC(=O)R_D$; $-NR_CC(=O)N(R_D)_2$; $-OC(=O)OR_D$; $-OC(=O)R_D$; $-OC(=O)N(R_D)_2$; $-NR_CC(=O)OR_D$; or $-C(R_D)_3$; wherein each occurrence of $R_D$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_3$ and $R_4$ may be taken together to form a cyclic structure;

each occurrence of $R_5$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

each occurrence of $R_6$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

$R_7$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_G$; $-C(=O)R_G$; $-CO_2R_G$; -CN; -SCN; $-SR_G$; $-SOR_G$; -

$SO_2R_G$; $-NO_2$; $-N_3$; $-N(R_G)_2$; $-NHC(=O)R_G$; $-NR_GC(=O)N(R_G)_2$; $-OC(=O)OR_G$; $-OC(=O)R_G$; $-OC(=O)N(R_G)_2$; $-NR_GC(=O)OR_G$; and $-C(R_G)_3$; wherein each occurrence of $R_G$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moietyand salts thereof. In certain embodiments, n is 0. In other embodiments, n is 1. In still other embodiments, n is 2. In other embodimetns, n is 3. In yet other embodiments, n is 4. In other embodiments, n is 5. In other embodiments, n is 6. In certain embodiments, the lipid is prepared using amine 98. In other embodiments, the lipid is prepared using amine 100.

**[00104]** In certain embodiments, the tertiary amine of formula (**III**) is protonated or alkylated to form a compound of formula (**IIIa**):




(**IIIa**)

wherein $R_1$, $R_2$, $R_3$, $R_4$, $R_5$, $R_6$, $R_7$, n, and V are defined above;

each occurrence of $R_8$ is hydrogen or $C_1$-$C_6$ aliphatic, preferably $C_1$-$C_6$ alkyl, more preferably hydrogen or methyl;

each dashed line represents a bond or the absence of a bond, wherein when the dashed line represents a bond, the attached nitrogen is positively charged; and

X is any anion. Possible anions include fluoride, chloride, bromide, iodide, sulfate, bisulfate, phosphate, nitrate, acetate, fumarate, oleate, citrate, valerate, maleate, oxalate, isonicotinate, lactate, salicylate, tartrate, tannate, pantothenate, bitartrate, ascorbate, succinate, gentisinate, gluconate, glucaronate, saccharate, formate, benzoate, glutamate, methanesulfonate, ethanesulfonate, benzenesulfonate,

p-toluenesulfonate, and pamoate (*i.e.*, 1,1'-methylene-bis-(2-hydroxy-3-naphthoate). In certain embodiments, both dashed lines presents bonds, and both nitrogen atoms are positively charged.

**[00105]** In certain embodiments, A is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic or heteroaliphatic group. In certain embodiments, A is a substituted or unsubstituted, branched or unbranched aliphatic group. In certain particular embodiments, A is a substituted or unsubstituted, branched or unbranched alkyl group. In certain embodiments, A is an unsubstituted, $C_1$-$C_6$ straight chain alkyl group. In other embodiments, A is a polyethylene group. In yet other embodiments, A is a polyethylene glycol moiety. In certain embodiments, A, the two nitrogen atoms attached to A, $R_3$ and $R_4$ form a heterocyclic ring. In certain embodiments, the ring is aromatic. In other embodiments, the ring is non-aromatic.

**[00106]** In certain embodiments, V is C=O. In other embodiments, V is C=S. In yet other embodiments, V is S=O. In still other embodiments, V is $SO_2$.

**[00107]** In certain embodiments, $R_1$ is hydrogen. In other embodiments, $R_1$ is a cyclic or acyclic, substituted or unsubstituted, branched or un branched aliphatic or heteroaliphatic moiety. In certain embodiments, $R_1$ is a substituted or unsubstituted aryl or heteroaryl moiety. Preferably, the aryl or heteroaryl moiety is a monocylic 5- or 6-membered ring system. In certain embodiments, $R_1$ is $-OR_A$, $-SR_A$, $-N(R_A)_2$, or $-NHR_A$. In certain embodiments, $R_1$ is $-OR_A$. In other embodiments, $R_1$ is $-N(R_A)_2$ or $-NHR_A$. In certain embodiments, $R_A$ is hydrogen. In other embodiments, $R_A$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic or heteroaliphatic moiety. In certain embodiments, $R_A$ is an acyclic, substituted or unsubstituted aliphatic moiety. In certain other embodiments, $R_A$ is an acyclic, unsubstituted, unbranched aliphatic moiety, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$. In certain embodiments, $R_A$ is an unsubstituted, straight chain alkyl group, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_9$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{10}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{11}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted,

unbranched $C_{12}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{13}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{14}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{15}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{16}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{17}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{18}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{19}$ alkyl chain. In certain embodiments, $R_1$ is $-OR_A$, wherein $R_A$ is an unsubstituted, unbranched $C_{20}$ alkyl chain. In yet other embodiments, $R_A$ is a substituted or unsubstituted aryl or heteroaryl moiety.

**[00108]** In certain embodiments, $R_2$ is hydrogen. In other embodiments, $R_2$ is a cyclic or acyclic, substituted or unsubstituted, branched or un branched aliphatic or heteroaliphatic moiety. In certain embodiments, $R_2$ is a substituted or unsubstituted aryl or heteroaryl moiety. Preferably, the aryl or heteroaryl moiety is a monocylic 5- or 6-membered ring system. In certain embodiments, $R_2$ is $-OR_B$, $-SR_B$, $-N(R_B)_2$, or $-NHR_B$. In certain embodiments, $R_2$ is $-OR_B$. In other embodiments, $R_2$ is $-N(R_B)_2$ or $-NHR_B$. In certain embodiments, $R_B$ is hydrogen. In other embodiments, $R_B$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic or heteroaliphatic moiety. In certain embodiments, $R_B$ is an acyclic, substituted or unsubstituted aliphatic moiety. In certain other embodiments, $R_B$ is an acyclic, unsubstituted, unbranched aliphatic moiety, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$. In certain embodiments, $R_B$ is an unsubstituted, straight chain alkyl group, preferably $C_6$-$C_{30}$, more preferably $C_{10}$-$C_{20}$. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_9$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{10}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{11}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{12}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{13}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{14}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{15}$ alkyl chain. In certain

embodiments, $R_2$ is $-OR_A$, wherein $R_B$ is an unsubstituted, unbranched $C_{16}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_A$, wherein $R_B$ is an unsubstituted, unbranched $C_{17}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_A$, wherein $R_B$ is an unsubstituted, unbranched $C_{18}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{19}$ alkyl chain. In certain embodiments, $R_2$ is $-OR_B$, wherein $R_B$ is an unsubstituted, unbranched $C_{20}$ alkyl chain. In yet other embodiments, $R_B$ is a substituted or unsubstituted aryl or heteroaryl moiety.

**[00109]** In certain embodiments, $R_3$ is hydrogen. In certain embodiments, $R_3$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic moiety. In other embodiments, $R_3$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic moiety. In certain embodiments, $R_3$ is an aliphatic moiety substituted with one or more hydroxyl groups. In other embodiments, $R_3$ is an aliphatic moiety substituted with one or more amino, alkylamino, or dialkylamino groups. In certain embodiments, $R_3$ is $C_1$-$C_6$ alkyl. In certain embodiments, $R_3$ is hydrogen. In certain embodiments, $R_3$ is a heteroaliphatic moiety. In certain embodiments, $R_3$ is cyclic aliphatic, preferably a monocylic ring system with a 5- or 6-membered ring. In other embodiments, $R_3$ is aryl or heteroaryl, preferably a monocyclic ring system with a 5- or 6-membered ring. In certain embodiments, $R_3$ is




or




, wherein $R_1$, $R_2$, $R_5$, $R_6$, and V are defined as above.

**[00110]** In other embodimets, $R_4$ is hydrogen. In certain embodiments, $R_4$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic moiety. In other embodiments, $R_4$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic moiety. In certain embodiments, $R_4$ is an aliphatic moiety substituted with one or more hydroxyl groups. In other embodiments, $R_4$ is an aliphatic moiety substituted with one or more amino, alkylamino, or dialkylamino groups. In certain embodiments, $R_4$ is $C_1$-$C_6$ alkyl. In certain embodiments, $R_4$ is hydrogen. In certain embodiments, $R_4$ is a heteroaliphatic moiety. In certain embodiments, $R_3$ is cyclic aliphatic, preferably a monocylic ring system with a 5- or 6-membered ring. In other embodiments, $R_4$ is aryl or heteroaryl,

preferably a monocyclic ring system with a 5- or 6-membered ring. In certain embodiments, $R_4$ is  or , wherein $R_1$, $R_2$, $R_5$, $R_6$, and V are defined as above.

[00111] In certain embodiments, $R_3$ and $R_4$ are the same. In other embodiments, $R_3$ and $R_4$ are different. In certain embodiments, both $R_3$ and $R_4$ are hydrogen. In certain embodiments, only one of $R_3$ and $R_4$ is hydrogen. In certain embodiments, both $R_3$ and $R_4$ are  or , wherein $R_1$, $R_2$, $R_5$, $R_6$, and V are defined as above. In certain embodiments, one of $R_3$ and $R_4$ is  or , wherein $R_1$, $R_2$, $R_5$, $R_6$, and V are defined as above; and the other is hydrogen. In certain embodiments, both $R_3$ and $R_4$ are , wherein $R_1$is as defined above. In certain embodiments, one of $R_3$ and $R_4$ is , wherein $R_1$ is defined as above; and the other is hydrogen.

In certain embodiments, each occurrence of $R_5$ is hydrogen. In certain embodiments, at least one occurrence of $R_5$ is methyl and the other occurrences are hydrogen. In certain embodiments, at least two occurrences of $R_5$ are methyl, and the other occurrences are hydrogen. In other embodiments, at least two occurrences of $R_5$ are hydrogen.

In certain embodiments, each occurrence of $R_6$ is hydrogen. In certain other embodiments, at least two occurrences of $R_6$ are hydrogen. In certain embodiments, at least one occurrence of $R_6$ is methyl, and the other occurrences are hydrogen. In certain embodiments, at least two occurrences of $R_6$ are methyl, and the other occurrences are hydrogen.

**[00112]** In certain embodiments, $R_7$ is  or , wherein $R_1$, $R_2$, $R_5$, $R_6$, and V are defined as above. In certain embodiments, $R_7$, , and  are the same. In other embodiments, $R_7$, , and  are different. In certain embodiments, $R_7$ and  are the same. In other embodiments, $R_7$ and  are the same. In certain embodiments, all $R_7$ are the same.

**[00113]** In certain embodiments,  and  which are attached to N are the same. In other embodiments,  and  which are attached to N are the same and are different than $R_3$ or $R_4$. In yet other embodiments, , , $R_3$, and $R_4$ are all different. In certain embodiments, $R_3$ and $R_4$ are the same. In other embodiments, $R_3$ and $R_4$ are different.

**[00114]** In certain embodiments,  and  in formulae **(III)** and **(IIIa)** are selected from the group consisting of:



In certain embodiments, the lipids are prepared using acrylates LC, LD, LE, LF, and LG in *Figure 1*.

**[00115]** In certain embodiments,  and  in formulae (**III**) and (**IIIa**) are selected from the group consisting of:




In certain embodiments, the lipids are prepared using acrylates NC, ND, NF, NG, and NP in *Figure 1*. In certain embodiments, the lipids are prepared using acrylate ND. In other embodiments, the lipids are prepared using acrylate NF.

**[00116]** In certain embodiments,  is selected from the group consisting of:




In certain particular embodiments,  is . In certain particular embodiments,  is ; and n is 0, 1, 2, 3, 4, 5, or 6. In certain particular embodiments,  is ; and n is 2. In certain embodiments,  is . In certain embodiments,  is ; and n is 0, 1, 2, 3, 4, 5, or 6. In certain embodiments,  is ; and n is 2.

**[00117]** In certain embodiments, the lipid is of the formula **(IV)**:




wherein

each occurrence of x is an integer between 1 and 10, inclusive; preferably, between 1 and 6, inclusive;

y is an integer between 0 and 10, inclusive; preferably, between 0 and 6, inclusive;

each occurrence of $R_7$ is hydrogen; substituted or unsubstituted, branched or unbranched aliphatic; substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted aryl; substituted or unsubstituted heteroaryl; or ;

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; -CN; -SCN; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; and $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety; and salts thereof. In certain embodiments, x is 1, 2, 3, 4, or 5. In certain particular embodiments, x is 1. In other particular embodiments, x is 2. In certain embodiments, y is 0. In certain embodiments, y is 1. In other embodiments, y is 2. In yet other embodiments, y is 3. In still other embodiments, y is 4. In certain embodiments, $R_1$ is $-OR_A$. In other embodiments, $R_1$ is $-NHR_A$. In certain embodiments, at least one $R_1$ is $C_1$-$C_{20}$ alkyl. In certain embodiments, all $R_7$ are of the formula . In certain embodiments, at least one $R_7$ is branched or unbranched, substituted or unsubstituted aliphatic. In certain embodiments, at least one $R_7$ is $C_1$-$C_{20}$ alkyl. In certain embodiments, at least

one $R_7$ is $C_1$-$C_{12}$ alkyl. In certain embodiments, at least one $R_7$ is branched or unbranched, substituted or unsubstituted heteroaliphatic. In certain embodiments, at least one $R_7$ is , wherein k is an interger between 0 and 10, inclusive, and $R_7$' is hydrogen or $C_{1-6}$alkyl. In certain embodiments, at least one $R_7$ is . In other embodiments, at least one $R_7$ is . In other embodiments, at least one $R_7$ is a hydrogen. In other embodiments, at least two $R_7$ are each hydrogen. In still other embodiments, at least three $R_7$ are each hydrogen. In still furthe embodiments, at least four $R_7$ are each hydrogen.

**[00118]** In certain embodiments, each $R_7$ in formulae (**IV**) is independently selected from the group consisting of hydrogen and



[00119] In certain embodiments, each $R_7$ in formulae (**IV**) is independently selected from the group consisting of hydrogen and



[00120] In certain embodiments, the lipid is of the formula **(V)**, **(VI)**, or **(VII)**:



wherein

x is an integer between 1 and 10, inclusive; preferably, between 1 and 6,

inclusive; more preferably, between 1 and 3, inclusive;

each occurrence of $R_7$ is hydrogen or 

;

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; -CN; -SCN; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; and $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

each occurrence of $R_8$ is independently hydrogen, $C_1$-$C_6$ alkyl, hydroxy-$C_1$-$C_6$-alkyl; or 

, wherein k is an interger between 0 and 10, inclusive, and $R_8$' is hydrogen or $C_{1\text{-}6}$alkyl; and salts thereof. In certain embodiments, x is 1, 2, 3, 4, or 5. In certain particular embodiments, x is 1. In other particular embodiments, x is 2. In other embodiments, x is 3. In certain embodiments, $R_1$ is $-OR_A$. In other embodiments, $R_1$ is $-NHR_A$. In certain embodiments, all $R_7$ are of the formula 

. In other embodiments, at least one $R_7$ is a hydrogen. In other embodiments, at least two $R_7$ are each hydrogen. In still other embodiments, at least three $R_7$ are each hydrogen. In still furthe embodiments, at least four $R_7$ are each hydrogen. In certain embodiments, all $R_8$ are the same. In certain particular

embodiments, $R_8$ is hydrogen. In certain embodiments, $R_8$ is methyl. In other embodiments, $R_8$ is ethyl. In yet other embodiments, $R_8$ is hydroxymethyl. In still other embodiments, $R_8$ is hydroxyethyl.

**[00121]** In certain embodiments, each $R_7$ in formula (**V**), (**VI**), or (**VII**) is independently selected from the group consisting of hydrogen and



**[00122]** In certain embodiments, each $R_7$ in formula (**V**), (**VI**), or (**VII**) is independently selected from the group consisting of hydrogen and



[00123] Exemplary compounds of the formulae (V), (VI), and (VII) are of the formula:



In certain embodiments, the lipid is one of the formulae:











or




wherein n is an integer ranging from 1 to 15, inclusive; prefererably, n is an integer ranging from 6 to 12, inclusive, or 1 to 6, inclusive. In certain embodiments, n is 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, or 15. In certain particular embodiments, n is 10, 11, or 12. In certain embodiments, n is 11. In other emboidments, n is 10. In certain embodiments, each n is independently an integer ranging from 1 to 15, inclusive. In other embodiments, all n are the same integer. In certain embodiments, one n is different from the other n in the compound.

**[00124]** In other embodiments, the compound is of one of the formulae:









or




wherein n is an integer ranging from 1 to 15, inclusive; prefererably, n is an integer ranging from 6 to 12, inclusive, or 1 to 6, inclusive. In certain embodiments, n is 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, or 15. In certain particular embodiments, n is 10, 11, or 12. In certain embodiments, n is 11. In other emboidments, n is 10. In certain embodiments, each n is independently an integer ranging from 1 to 15, inclusive. In other embodiments, all n are the same integer. In certain embodiments, one n is different from the other n in the compound.

**[00125]** In certain embodiments, the lipid is of one of the formulae:









or



wherein n is an integer ranging from 1 to 15, inclusive; prefererably, n is an integer ranging from 6 to 12, inclusive, or 1 to 6, inclusive. In certain embodiments, n is 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, or 15. In certain particular embodiments, n is 10, 11, or 12. In certain embodiments, n is 11. In other emboidments, n is 10. In certain embodiments, each n is independently an integer ranging from 1 to 15, inclusive. In other embodiments, all n are the same integer. In certain embodiments, one n is different from the other n in the compound.

**[00126]** In certain embodiments, the lipid is of one of the formulae:









or



,

wherein n is an integer ranging from 1 to 15, inclusive; prefererably, n is an integer ranging from 6 to 12, inclusive, or 1 to 6, inclusive. In certain embodiments, n is 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, or 15. In certain particular embodiments, n is 10, 11, or 12. In certain embodiments, n is 11. In other emboidments, n is 10. In certain embodiments, each n is independently an integer ranging from 1 to 15, inclusive. In other embodiments, all n are the same integer. In certain embodiments, one n is different from the other n in the compound.

**[00127]** In certain embodiments, the lipid is of one of the formulae:




















(CH2)nCH3
HN
O
(CH2)nCH3
HN
O
N
N
H
N
NH2
O
HN
(CH2)nCH3


(CH2)nCH3
HN
O
N
N
H
N
NH2
O
HN
(CH2)nCH3
O
NH
(CH2)nCH3


(CH2)nCH3
HN
O
H2N
N
N
NH2
O
NH
(CH2)nCH3









or




,

wherein n is an integer ranging from 1 to 15, inclusive; prefererably, n is an integer ranging from 6 to 12, inclusive, or 1 to 6, inclusive. In certain embodiments, n is 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, or 15. In certain particular embodiments, n is 10, 11, or 12. In certain embodiments, n is 11. In other emboidments, n is 10. In certain embodiments, each n is independently an integer ranging from 1 to 15, inclusive. In other embodiments, all n are the same integer. In certain embodiments, one n is different from the other n in the compound.

**[00128]** In certain embodiments, the lipid is of one of the formulae:





(CH2)nCH3
O
O
H
N
N
N
N
O
O
(CH2)nCH3
O
O
(CH2)nCH3
O
O
(CH2)nCH3
O
O
(CH2)nCH3




(CH2)nCH3
(CH2)nCH3
O
O
O
O
N
N
H
N
N
O
O
(CH2)nCH3
O
O
(CH2)nCH3
O
O
(CH2)nCH3




(CH2)nCH3
O
O
H
N
N
N
NH
O
O
(CH2)nCH3
O
O
(CH2)nCH3
O
O
(CH2)nCH3














(CH2)nCH3
O
O
N
N
H
N
NH2
O
O
(CH2)nCH3
O
O
(CH2)nCH3


(CH2)nCH3
O
O
H2N
N
N
NH2
O
O
(CH2)nCH3


(CH2)nCH3
O
O
HN
N
H
N
NH2
O
O
(CH2)nCH3










or




,

wherein n is an integer ranging from 1 to 15, inclusive; preferérably, n is an integer ranging from 6 to 12, inclusive, or 1 to 6, inclusive. In certain embodiments, n is 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, or 15. In certain particular embodiments, n is 10, 11, or 12. In certain embodiments, n is 11. In other emboidments, n is 10. In certain embodiments, each n is independently an integer ranging from 1 to 15, inclusive. In other embodiments, all n are the same integer. In certain embodiments, one n is different from the other n in the compound.

**[00129]** In another aspect of the invention, the lipid or composition of lipids of the invention is lipid or composition prepared by reacting an amine of one of the formula (**1-117**):



1, 6, 7, 10, 11, 13, 15, 17, 20, 21, 22



24, 25, 26, 28, 31, 32, 33, 34, 36, 38, 60, 61, 62, 63, 64, 70, 75, 76



77, 79, 80, 81, 82, 86, 87, 90, 91, 93, 94, 95, 96, 98, 99, 100, 103, 109

95 

96 

98 

99 

100 

109 

110 

111 

112 

113 

114 

115 

116 

117 

with an acrylate of formula:

LA 

LB 

LC 

LD 

LE 

LF 

LG 

LG.2 

LH 

NA 

NB 

NC 

ND 

NE 

NF 

NG 

NP 

NH .

In certain embodiments, one equivalent of amine is reacted with one equivalent of acrylate. In certain embdiments, one equivalent of amine is reacted with one, two, three, four, five, six, or more equivalents of acrylate. In certain embodiments, the amount of acrylate is limiting to prevent the functionalization of all amino groups. The resulting lipid or lipid composition in these instances contain secondary amino

groups or primary amino groups. Lipids having secondary amines are particular useful in certain instances. In certain embodiments, amine-containing lipids that have not been fully functionalize are futher reacted with another electrophile (*e.g.*, an acrylate, acrylamide, alkylating agent, acylating agent, *etc.*). Such further functionalization of the amines of the lipid results in lipids with different tails. One, two, three, four, five, or more tails may be different from the other tails of the lipid.

**[00130]** In certain embodiments, the amine and acrylate are reacted together neat. In other embodiments, the reaction is done in a solvent (*e.g.*, THF, $CH_2Cl_2$, MeOH, EtOH, $CHCl_3$, hexanes, toluene, benzene, $CCl_4$, glyme, diethyl ether, *etc.*). In certain embodiments, the reaction mixture is heated. In a particularly preferred embodiment, the reaction mixture is heated to temperature ranging from 50-150 °C. In another particularly preferred embodiment, the reaction mixture is heated to approximately 95 °C. The reaction may also be catalyzed. For example, the reaction may be catalyzed by the addition of an acid, base, or metal. The reaction may be allowed to proceed for hours, days, or weeks. In certain embodiments, the reaction is allowed to proceed for 1-7 days, preferably 7 days. The resulting composition may be used with or without purification. In certain embodiments, the lipids are subsequently subjected to an alkylation step (*e.g.*, reaction with methyl iodide) to form quanternary amine salts. Optionally, various salt forms of the lipids may be prepared. In certain embodiments, the salts are pharmaceutically acceptable salts.

**[00131]** In certain embodiments, the lipid is prepared by reacting amine 98 with acrylate NC to form lipid NC98. In certain embodiments, the lipid NC98 is of one of the formulae below:




















(CH2)10CH3
HN
O
N
H
NH2


(CH2)10CH3
HN
O
N
H
NH2
NH


(CH2)10CH3
HN
O
H2N
N
NH2
NH









or




In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00132]** In certain embodiments, the lipid is prepared by reacting amine 99 with acrylate NC to form lipid NC99. In certain embodiments, the lipid NC99 is of one of the formulae below:










or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00133]** In certain embodiments, the lipid is prepared by reacting amine 100 with acrylate NC to form lipid NC100. In certain embodiments, the lipid NC100 is of one of the formulae below:









or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00134]** In certain embodiments, the lipid is prepared by reacting amine 20 with acrylate ND to form lipid ND20. In certain embodiments, the lipid ND20 is of one of the formulae below:



or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00135]** In certain embodiments, the lipid is prepared by reacting amine 24 with acrylate ND to form lipid ND24. In certain embodiments, the lipid ND24 is of one of the formulae below:




or




.

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00136]** In certain embodiments, the lipid is prepared by reacting amine 25 with acrylate ND to form lipid ND25. In certain embodiments, the lipid ND25 is of one of the formulae below:




or




In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00137]** In certain embodiments, the lipid is prepared by reacting amine 28 with acrylate ND to form lipid ND28. In certain embodiments, the lipid ND28 is of one of the formulae below:



or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00138]** In certain embodiments, the lipid is prepared by reacting amine 32 with acrylate ND to form lipid ND32. In certain embodiments, the lipid ND32 is of one of the formulae below:



or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00139]** In certain embodiments, the lipid is prepared by reacting amine 36 with acrylate ND to form lipid ND36. In certain embodiments, the lipid ND36 is of one of the formulae below:



or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00140]** In certain embodiments, the lipid is prepared by reacting amine 98 with acrylate ND to form lipid ND98. In certain embodiments, the lipid ND98 is of one of the formulae below:



















(CH2)11CH3
HN
O
HN
N
H
N
NH
O
NH
(CH2)11CH3
O
NH
(CH2)11CH3




(CH2)11CH3
HN
O
(CH2)11CH3
HN
O
N
N
H
N
NH2
O
HN
(CH2)11CH3




(CH2)11CH3
HN
O
N
N
H
N
NH2
O
HN
(CH2)11CH3
O
NH
(CH2)11CH3


(CH2)11CH3
HN
O
H2N
N
N
NH2
O
NH
(CH2)11CH3


(CH2)11CH3
HN
O
HN
N
H
N
NH2
O
NH
(CH2)11CH3


(CH2)11CH3
HN
O
H
N
N
H
N
NH2
O
HN
(CH2)11CH3





or



.

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00141]** In certain embodiments, the lipid is prepared by reacting amine 94 with acrylate ND to form lipid ND94. In certain embodiments, the lipid ND94 is of one of the formulae below:



or



.

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00142]** In certain embodiments, the lipid is prepared by reacting amine 95 with

acrylate ND to form lipid ND95. In certain embodiments, the lipid ND95 is of one of the formulae below:









or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00143]** In certain embodiments, the lipid is prepared by reacting amine 96 with acrylate ND to form lipid ND96. In certain embodiments, the lipid ND96 is of one of the formulae below:







or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00144]** In certain embodiments, the lipid is prepared by reacting amine 99 with acrylate ND to form lipid ND99. In certain embodiments, the lipid ND99 is of one of the formulae below:


(CH2)11CH3
HN
O
O
N
N
(CH2)11CH3
N
H
O
HN
(CH2)11CH3
O
NH
(CH2)11CH3


(CH2)11CH3
HN
O
N
NH
O
HN
(CH2)11CH3
O
NH
(CH2)11CH3


(CH2)11CH3
HN
O
N
NH2
O
HN
(CH2)11CH3


(CH2)11CH3
HN
O
HN
NH
O
NH
(CH2)11CH3

or




In other embodiments, the lipid is a composition of one or more of the above lipids. In certain embodiments, ND99 is treated with MeI or another alkylating agent to form lipids of the formulae:












or




[00145] In certain embodiments, the lipid is prepared by reacting amine 100 with acrylate ND to form lipid ND100. In certain embodiments, the lipid ND100 is of one of the formulae below:










or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00146]** In certain embodiments, the lipid is prepared by reacting amine 103 with acrylate ND to form lipid ND103. In certain embodiments, the lipid ND103 is of one of the formulae below:



or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00147]** In certain embodiments, the lipid is prepared by reacting amine 109 with acrylate ND to form lipid ND109. In certain embodiments, the lipid ND109 is of one of the formulae below:









or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00148]** In certain embodiments, the lipid is prepared by reacting amine 98 with acrylate NE to form lipid NE98. In certain embodiments, the lipid NE98 is of one of the formulae below:


(CH2)12CH3
HN
O
(CH2)12CH3
HN
O
N
N
N
N
O
N
H
(CH2)12CH3
O
HN
(CH2)12CH3
O
NH
(CH2)12CH3
O
NH
(CH2)12CH3


(CH2)12CH3
HN
O
H
N
N
N
N
O
N
H
(CH2)12CH3
O
HN
(CH2)12CH3
O
NH
(CH2)12CH3
O
NH
(CH2)12CH3


(CH2)12CH3
HN
O
(CH2)12CH3
HN
O
N
N
H
N
N
O
N
H
(CH2)12CH3
O
HN
(CH2)12CH3
O
NH
(CH2)12CH3


(CH2)12CH3
HN
O
H
N
N
N
NH
O
HN
(CH2)12CH3
O
NH
(CH2)12CH3
O
NH
(CH2)12CH3


(CH2)12CH3
HN
O
O
H
N
N
N
H
N
N
H
(CH2)12CH3
O
HN
(CH2)12CH3
O
NH
(CH2)12CH3


(CH2)12CH3
HN
O
O
HN
N
H
N
N
N
H
(CH2)12CH3
O
NH
(CH2)12CH3
O
NH
(CH2)12CH3



(CH2)12CH3
HN
O
N
N
H
H
N
N
O
N
H
(CH2)12CH3
O
HN
(CH2)12CH3
O
NH
(CH2)12CH3




H
N
N
H
H
N
N
O
N
H
(CH2)12CH3
O
HN
(CH2)12CH3
O
NH
(CH2)12CH3




(CH2)12CH3
HN
O
HN
N
H
N
NH
O
NH
(CH2)12CH3
O
NH
(CH2)12CH3









(CH2)12CH3
HN
O
HN
N
H
N
NH2
O
NH
(CH2)12CH3




(CH2)12CH3
HN
O
H
N
N
H
N
NH2
O
HN
(CH2)12CH3




H
N
N
H
H
N
NH
O
HN
(CH2)12CH3
O
NH
(CH2)12CH3




H
N
N
H
H
N
NH2
O
HN
(CH2)12CH3


or




In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00149]** In certain embodiments, the lipid is prepared by reacting amine 94 with acrylate NE to form lipid NE94. In certain embodiments, the lipid NE94 is of one of the formulae below:




or




.

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00150]** In certain embodiments, the lipid is prepared by reacting amine 95 with acrylate NE to form lipid NE95. In certain embodiments, the lipid NE95 is of one of the formulae below:









or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00151]** In certain embodiments, the lipid is prepared by reacting amine 96 with acrylate NE to form lipid NE96. In certain embodiments, the lipid NE96 is of one of the formulae below:







or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00152]** In certain embodiments, the lipid is prepared by reacting amine 99 with acrylate NE to form lipid NE99. In certain embodiments, the lipid NE99 is of one of the formulae below:












or




In other embodiments, the lipid is a composition of one or more of the above lipids.

In certain embodiments, NE99 is treated with MeI or another alkylating agent to form lipids of the formulae:









or



**[00153]** In certain embodiments, the lipid is prepared by reacting amine 100 with acrylate NE to form lipid NE100. In certain embodiments, the lipid NE100 is of one of the formulae below:









or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00154]** In certain embodiments, the lipid is prepared by reacting amine 103 with acrylate NE to form lipid NE103. In certain embodiments, the lipid NE103 is of one of the formulae below:





or

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00155]** In certain embodiments, the lipid is prepared by reacting amine 109 with acrylate NE to form lipid NE109. In certain embodiments, the lipid NE109 is of one of the formulae below:









or




In other embodiments, the lipid is a composition of one or more of the above lipids.

[00156] In certain embodiments, the lipid is prepared by reacting amine 1 with acrylate NF to form lipid NF1. In certain embodiments, the lipid NF1 is of one of the formulae below:




or




In other embodiments, the lipid is a composition of one or more of the above lipids.

[00157] In certain embodiments, the lipid is prepared by reacting amine 10 with acrylate NF to form lipid NF10. In certain embodiments, the lipid NF10 is of one of the formulae below:




or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00158]** In certain embodiments, the lipid is prepared by reacting amine 11 with acrylate NF to form lipid NF11. In certain embodiments, the lipid NF10 is of one of the formulae below:



or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00159]** In certain embodiments, the lipid is prepared by reacting amine 20 with acrylate NF to form lipid NF20. In certain embodiments, the lipid NF20 is of one of the formulae below:



or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00160]** In certain embodiments, the lipid is prepared by reacting amine 25 with acrylate NF to form lipid NF25. In certain embodiments, the lipid NF25 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00161]** In certain embodiments, the lipid is prepared by reacting amine 28 with acrylate NF to form lipid NF28. In certain embodiments, the lipid NF28 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00162]** In certain embodiments, the lipid is prepared by reacting amine 32 with acrylate NF to form lipid NF32. In certain embodiments, the lipid NF32 is of one of the formulae below:




or




In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00163]** In certain embodiments, the lipid is prepared by reacting amine 36 with acrylate NF to form lipid NF36. In certain embodiments, the lipid NF36 is of one of the formulae below:




or




In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00164]** In certain embodiments, the lipid is prepared by reacting amine 60 with acrylate NF to form lipid NF60. In certain embodiments, the lipid NF60 is of one of the formulae below:




or




.

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00165]** In certain embodiments, the lipid is prepared by reacting amine 61 with acrylate NF to form lipid NF61. In certain embodiments, the lipid NF61 is of one of the formulae below:




or




.

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00166]** In certain embodiments, the lipid is prepared by reacting amine 63 with acrylate NF to form lipid NF63. In certain embodiments, the lipid NF63 is of one of the formulae below:




or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00167]** In certain embodiments, the lipid is prepared by reacting amine 64 with acrylate NF to form lipid NF64. In certain embodiments, the lipid NF64 is of one of the formulae below:



or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00168]** In certain embodiments, the lipid is prepared by reacting amine 61 with acrylate NF to form lipid NF70. In certain embodiments, the lipid NF70 is of one of the formulae below:



or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00169]** In certain embodiments, the lipid is prepared by reacting amine 86 with acrylate NF to form lipid NF86. In certain embodiments, the lipid NF86 is of one of the formulae below:



or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00170]** In certain embodiments, the lipid is prepared by reacting amine 87 with acrylate NF to form lipid NF87. In certain embodiments, the lipid NF87 is of one of the formulae below:



or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00171]** In certain embodiments, the lipid is prepared by reacting amine 91 with acrylate NF to form lipid NF91. In certain embodiments, the lipid NF91 is of one of the formulae below:



or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00172]** In certain embodiments, the lipid is prepared by reacting amine 95 with acrylate NF to form lipid NF95. In certain embodiments, the lipid NF95 is of one of the formulae below:









or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00173]** In certain embodiments, the lipid is prepared by reacting amine 96 with acrylate NF to form lipid NF96. In certain embodiments, the lipid NF96 is of one of the formulae below:









or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00174]** In certain embodiments, the lipid is prepared by reacting amine 98 with acrylate NF to form lipid NF98. In certain embodiments, the lipid NF98 is of one of

the formulae below:




















(CH2)13CH3
HN
O
(CH2)13CH3
HN
O
N
N
H
N
NH2
O
HN
(CH2)13CH3


(CH2)13CH3
HN
O
H
N
N
N
NH2
O
HN
(CH2)13CH3
O
NH
(CH2)13CH3


(CH2)13CH3
HN
O
H2N
N
N
NH2
O
NH
(CH2)13CH3









or




In other embodiments, the lipid is a composition of one or more of the above lipids.

[00175] In certain embodiments, the lipid is prepared by reacting amine 99 with acrylate NF to form lipid NF99. In certain embodiments, the lipid NF99 is of one of the formulae below:










or



In other embodiments, the lipid is a composition of one or more of the above lipids. In certain embodiments, NF99 is treated with MeI or another alkylating agent to form lipids of the formula:









or



[00176] In certain embodiments, the lipid is prepared by reacting amine 100 with acrylate NF to form lipid NF100. In certain embodiments, the lipid NF100 is of one of the formulae below:









or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00177]** In certain embodiments, the lipid is prepared by reacting amine 103 with acrylate NF to form lipid NF103. In certain embodiments, the lipid NE103 is of one of the formulae below:




or




.

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00178]** In certain embodiments, the lipid is prepared by reacting amine 109 with acrylate NF to form lipid NF109. In certain embodiments, the lipid NF109 is of one of the formulae below:













or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00179]** In certain embodiments, the lipid is prepared by reacting amine 61 with acrylate NG to form lipid NG61. In certain embodiments, the lipid NG61 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00180]** In certain embodiments, the lipid is prepared by reacting amine 64 with acrylate NG to form lipid NG64. In certain embodiments, the lipid NG64 is of one of the formulae below:



In other embodiments, the lipid is a composition of one or more of the above lipids.

[00181] In certain embodiments, the lipid is prepared by reacting amine 77 with acrylate NG to form lipid NG77. In certain embodiments, the lipid NG77 is of one of the formulae below:




or




.

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00182] In certain embodiments, the lipid is prepared by reacting amine 86 with acrylate NG to form lipid NG86. In certain embodiments, the lipid NG86 is of one of the formulae below:




or




.

In other embodiments, the lipid is a composition of one or more of the above lipids.

[00183] In certain embodiments, the lipid is prepared by reacting amine 87 with acrylate NG to form lipid NG87. In certain embodiments, the lipid NG87 is of one of the formulae below:



or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00184]** In certain embodiments, the lipid is prepared by reacting amine 95 with acrylate NG to form lipid NG95. In certain embodiments, the lipid NG95 is of one of the formulae below:









or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00185]** In certain embodiments, the lipid is prepared by reacting amine 100 with acrylate NG to form lipid NG100. In certain embodiments, the lipid NG100 is of one of the formulae below:









or



In other embodiments, the lipid is a composition of one or more of the above lipids. In certain embodiments, NG100 is alkylated with methyl iodide or another alkylating agent.

**[00186]** In certain embodiments, the lipid is prepared by reacting amine 62 with acrylate NP to form lipid NP62. In certain embodiments, the lipid NP62 is of one of the formulae below:




or




.

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00187]** In certain embodiments, the lipid is prepared by reacting amine 63 with acrylate NP to form lipid NP63. In certain embodiments, the lipid NP63 is of one of the formulae below:




or




In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00188]** In certain embodiments, the lipid is prepared by reacting amine 86 with acrylate NP to form lipid NP86. In certain embodiments, the lipid NP86 is of one of the formulae below:




or




.

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00189]** In certain embodiments, the lipid is prepared by reacting amine 87 with acrylate NP to form lipid NP87. In certain embodiments, the lipid NP87 is of one of the formulae below:




or




In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00190]** In certain embodiments, the lipid is prepared by reacting amine 96 with acrylate NP to form lipid NP96. In certain embodiments, the lipid NP96 is of one of the formulae below:









or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00191]** In certain embodiments, the lipid is prepared by reacting amine 98 with acrylate NP to form lipid NP98. In certain embodiments, the lipid NP98 is of one of the formulae below:










(CH2)15CH3
HN
O
H
N
N
H
N
N
O
N
H
(CH2)15CH3
O
HN
(CH2)15CH3
O
NH
(CH2)15CH3


(CH2)15CH3
HN
O
HN
N
H
N
N
O
N
H
(CH2)15CH3
O
NH
(CH2)15CH3
O
NH
(CH2)15CH3


(CH2)15CH3
HN
O
N
N
H
H
N
N
O
N
H
(CH2)15CH3
O
HN
(CH2)15CH3
O
NH
(CH2)15CH3









(CH2)15CH3
HN
O
N
N
H
N
NH2
O
HN
(CH2)15CH3
O
NH
(CH2)15CH3




(CH2)15CH3
HN
O
H2N
N
N
NH2
O
NH
(CH2)15CH3




(CH2)15CH3
HN
O
HN
N
H
N
NH2
O
NH
(CH2)15CH3







or



.

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00192]** In certain embodiments, the lipid is prepared by reacting amine 99 with acrylate NP to form lipid NP99. In certain embodiments, the lipid NP99 is of one of the formulae below:









or




. In other embodiments, the lipid is a composition of one or more of the above lipids. In certain embodiments, NF99 is treated with MeI or another alkylating agent to form lipids of the formula:












or




.

**[00193]** In certain embodiments, the lipid is prepared by reacting amine 100 with acrylate NP to form lipid NP100. In certain embodiments, the lipid NP100 is of one of the formulae below:












or




In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00194]** In certain embodiments, the lipid is prepared by reacting amine 103 with acrylate NP to form lipid NP103. In certain embodiments, the lipid NP103 is of one of the formulae below:




or




.

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00195]** In certain embodiments, the lipid is prepared by reacting amine 31 with acrylate LD to form lipid LD31. In certain embodiments, the lipid LD31 is of one of the formulae below:




or




.

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00196]** In certain embodiments, the lipid is prepared by reacting amine 98 with acrylate LD to form lipid LD98. In certain embodiments, the lipid LD98 is of one of the formulae below:







(CH2)11CH3
O
O
N
N
H
N
N
O
O
(CH2)11CH3
O
O
(CH2)11CH3
O
O
(CH2)11CH3
O
O
(CH2)11CH3
(CH2)11CH3


(CH2)11CH3
O
O
H
N
N
N
NH
O
O
(CH2)11CH3
O
O
(CH2)11CH3
O
O
(CH2)11CH3


(CH2)11CH3
O
O
H
N
N
H
N
N
O
O
(CH2)11CH3
O
O
(CH2)11CH3
O
O
(CH2)11CH3
O
O
(CH2)11CH3


(CH2)11CH3
O
O
HN
N
H
N
N
O
O
(CH2)11CH3
O
O
(CH2)11CH3
O
O
(CH2)11CH3


(CH2)11CH3
O
O
N
N
H
H
N
N
O
O
(CH2)11CH3
O
O
(CH2)11CH3
O
O
(CH2)11CH3


H
N
N
H
H
N
N
O
O
(CH2)11CH3
O
O
(CH2)11CH3
O
O
(CH2)11CH3

Case 1:23-cv-00580-CFC Document 65-3 Filed 06/18/24 Page 203 of 708 PageID #: 6385



















or



. In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00197]** In certain embodiments, the lipid is prepared by reacting amine 99 with acrylate LD to form lipid LD99. In certain embodiments, the lipid LD99 is of one of the formulae below:



Case 1:23-cv-00580-CFC Document 65-3 Filed 06/18/24 Page 206 of 708 PageID #: 6388









or



. In other embodiments, the lipid is a composition of one or more of the above lipids. In certain embodiments, LD99 is treated with MeI or another alkylating agent to form lipids (QD99) of the formula:









or



**[00198]** In certain embodiments, the lipid is prepared by reacting amine 100 with acrylate LD to form lipid LD100. In certain embodiments, the lipid LD100 is of one of the formulae below:









or



In other embodiments, the lipid is a composition of one or more of the above lipids. In certain embodiments, LD100 is treated with MeI or another alkylating agent to form lipids (QD100) of the formula:





 or



**[00199]** In certain embodiments, the lipid is prepared by reacting amine 87 with acrylate LE to form lipid LE87. In certain embodiments, the lipid LE87 is of one of the formulae below:



or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00200]** In certain embodiments, the lipid is prepared by reacting amine 94 with acrylate LE to form lipid LE94. In certain embodiments, the lipid LE94 is of one of the formulae below:



or



.

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00201]** In certain embodiments, the lipid is prepared by reacting amine 31 with acrylate LF to form lipid LF31. In certain embodiments, the lipid LF31 is of one of the formulae below:



or



.

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00202]** In certain embodiments, the lipis is prepared by reacting amine 94 with acrylate LF to form lipid LF94. In certain embodiments, the lipid LF94 is of one of the formulae below:



or



. In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00203]** In certain embodiments, the lipid is prepared by reacting amine 95 with acrylate LF to form lipid LF95. In certain embodiments, the lipid LF95 is of one of the formulae below:









or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00204]** In certain embodiments, the lipid is prepared by reacting amine 99 with acrylate LF to form lipid LF 99. In certain embodiments, the lipid LF99 is of one of the formulae below:









or




. In other embodiments, the lipid is a composition of one or more of the above lipids. In certain embodiments, LF99 is treated with MeI or another alkylating agent to form lipid (QF99) of the formula:












or




.

[00205] In certain embodiments, the lipid is prepared by reacting amine 32 with acrylate LG to form lipid LG32. In certain embodiments, the lipid LG32 is of one of the formulae below:




or




. In other embodiments, the lipid is a composition of one or more of the above lipids.

[00206] In certain embodiments, the lipid is prepared by reacting amine 77 with acrylate LG to form lipid LG77. In certain embodiments, the lipid LG77 is of one of the formulae below:



or



. In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00207]** In certain embodiments, the lipid is prepared by reacting amine 80 with acrylate LG to form lipid LG80. In certain embodiments, the lipid LG80 is of one of the formulae below:



or



.

In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00208]** In certain embodiments, the lipid is prepared by reacting amine 96 with acrylate LG to form lipid LG96. In certain embodiments, the lipid NG96 is of one of the formulae below:









or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00209]** In certain embodiments, the lipid is prepared by reacting amine 100 with acrylate LG to form lipid LG100. In certain embodiments, the lipid LG100 is of one of the formulae below:







 or . In other embodiments, the lipid is a composition of one or more of the above lipids. In certain embodiments, LG100 is treated with MeI or another alkylating agent to form lipids (QG100) of the formula:







 or



**[00210]** In certain embodiments, the lipid is prepared by reacting amine 109 with acrylate LG to form lipid LG109. In certain embodiments, the lipid NG109 is of one of the formulae below:









or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00211]** In certain embodiments, the lipid is prepared by reacting amine 64 with

acrylate LG to form lipid LG64. In certain embodiments, the lipid LG64 is of one of the formulae below:



or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00212]** In certain embodiments, the lipid is prepared by reacting amine 31 with acrylate LG to form lipid LG31. In certain embodiments, the lipid LG31 is of one of the formulae below:



or



In other embodiments, the lipid is a composition of one or more of the above lipids.

**[00213]** In certain embodiments, the lipid is prepared by reacting amine 32 with acrylate LG to form lipid LG32. In certain embodiments, the lipid NG32 is of one of the formulae below:




or




.

In other embodiments, the lipid is a composition of one or more of the above lipids.

*Synthesis of Lipids*

**[00214]** The inventive lipids may be prepared by any method known in the art. Preferably the lipids are prepared from commercially available starting materials, such acrylates or acrylamides, and amines. In another preferred embodiment, the lipids are prepared from easily and/or inexpensively prepared starting materials. As would be appreciated by one of skill in the art, the inventive lipids can be prepared by total synthesis starting from commercially available starting materials A particular lipid may be the desired final product of the synthesis, or a mixture of lipids may be the desired final product.

**[00215]** In a particularly preferred embodiment, the inventive lipid is prepared via the conjugate addition of primary amines to acrylates or acrylamides. An exemplary reaction scheme is shown below:




Any primary amine is useful in preparing inventive lipids. Primary amines useful in this invention include, but are not limited to, methylamine, ethylamine, isopropylamine, aniline, substituted anilines, and ethanolamine. The primary amine

may be a bis(primary amine). Preferably, the amine is commercially available. In certain embodiments, the amine used in the synthesis of the lipid is of the formula:



95 

96 

98 

99 

100 

109 

110 

111 

112 

113 

114 

115 

116 

117 

.

**[00216]** Acrylate or acrylamide monomers that are useful in the present invention include any acrylates and acrylamides In certain embodiments, the acrylates or acrylamides are acrylates or acrylamides of straight chain alkyl groups. In certain embodiments, the acrylate or acrylamide is of the formula:

LA 

LB 

LC 

LD 

LE 

LF 

LG 

LG.2 

LH 

NA 

NB 

NC 

ND 

NE 

NF 

NG 

NP 

NH 

.

In other embodiments, the acrylate or acrylamide may include branched, substituted, or cyclic aliphatic or heteroaliphatic groups. In certain embodiments, the acrylate or

acrylamide is substituted with C1-C6 alkyl group, halogens, amino groups, hydroxyl groups, alkoxy groups, *etc.*

**[00217]** In certain embodiments, the reaction is performed neat without the use of a solvent. In other embodiments, a solvent is used for the reaction. Both or one of the monomers is dissolved in an organic solvent (*e.g.*, THF, $CH_2Cl_2$, MeOH, EtOH, $CHCl_3$, hexanes, toluene, benzene, $CCl_4$, glyme, diethyl ether, *etc.*). The resulting solutions are combined, and the reaction mixture is heated to yield the desired lipid. In a particularly preferred embodiment, the reaction mixture is heated to temperature ranging from 50-150 °C. In another particularly preferred embodiment, the reaction mixture is heated to approximately 95 °C. The reaction may also be catalyzed. For example, the reaction may be catalyzed by the addition of an acid, base, or metal. The reagents may be allowed to react for fours, days, or weeks. Preferably, the reaction is allowed to proceed from overnight (*e.g.*, 8-2 hours) to 7 days.

**[00218]** In another particularly preferred embodiment, the inventive lipids are prepared by the conjugate addition of a bis(amine) to an acrylate. The bis(amine) may be a bis(secondary amine) or a bis(primary amine). En exemplary reaction scheme using bis(amines) is shown below:




In certain embodiments, the reaction is performed neat without a solvent. In other embodiments, the reaction is performed in a solvent. One or both of the monomers are dissolved in an organic solvent (*e.g.*, THF, $CH_2Cl_2$, MeOH, EtOH, $CHCl_3$, hexanes, $CCl_4$, glyme, diethyl ether, *etc.*). Organic solvents are preferred due to the susceptibility of polyesters to hydrolysis. The resulting solutions are combined, and the reaction mixture is heated to yield the desired lipid. In a particularly preferred embodiment, the reaction mixture is maintained at a temperature ranging from 50-150

°C. In another particularly preferred embodiment, the reaction mixture is heated to approximately 95 °C. The reaction may also be catalyzed. For example, the reaction may be catalyzed by the addition of an acid, base, or metal.

[00219] In yet another particularly preferred embodiment, the inventive lipids are prepared by the conjugate addition of a poly(amine) to an acrylate or acrylamide. The poly(amine) may include primary, secondary, tertiary, or quaternary amines. In certain embodiments, the poly(amine) contains only primary and secondary amines. An exemplary reaction scheme using poly(amines) is shown below:




In certain embodiments, the reaction is performed with an excess of acrylate or acrylamide to fully funcationlize all amino groups of the poly(amine). In other embodiments, the equivalents of acrylate are limiting; therefore, all amino groups of the poly(amine) are not functionalized. In certain embodiments, the reaction is performed neat without a solvent. In other embodiments, the reaction is performed in a solvent. One or both of the monomers are dissolved in an organic solvent (*e.g.*, THF, $CH_2Cl_2$, MeOH, EtOH, $CHCl_3$, hexanes, $CCl_4$, glyme, diethyl ether, *etc.*). Organic solvents are preferred due to the susceptibility of polyesters to hydrolysis. The resulting solutions are combined, and the reaction mixture is heated to yield the desired lipid. In a particularly preferred embodiment, the reaction mixture is maintained at a temperature ranging from 50-150 °C. In another particularly preferred embodiment, the reaction mixture is heated to approximately 95 °C. The reaction may also be catalyzed. For example, the reaction may be catalyzed by the addition of an acid, base, or metal.

[00220] The synthesized lipid may be purified by any technique known in the art including, but not limited to, precipitation, crystallization, chromatography, distillation, *etc.* In a particularly preferred embodiment, the lipid is purified through repeated precipitations in organic solvent (*e.g.*, diethyl ether, hexane, *etc.*). In a

particularly preferred embodiment, the lipid is isolated as a salt. The lipid is reacted with an acid (*e.g.*, an organic acid or inorganic acid) to form the corresponding salt. In certain embodiments, the tertiary amine is alkylated to form a quaternary ammonium salt of the lipid. The tertiary amines may be alkylated with any alkylating agent, for example, alkyl halides such as methyl iodide may be used to from the quaternary amino groups. The anion associated with the quaternary amine may be any organic or inorganic anion. Preferably, the anion is a pharmaceutically acceptable anion.

**[00221]** In certain embodiments, the reaction mixture results in a mixture of isomers with varying numbers and positions of acrylate tails. Such mixtures of products may be used as is, or a single isomer may be purified from the reaction mixture. When an amine is not exhaustively alkylated, the resulting primary, secondary, or tertiary amines may be further reacted with another acrylate, acrylamide, or other electrophile. The resulting lipid may then be optionally purified.

**[00222]** In certain embodiments, a desired lipid is prepared by traditional total synthesis. In certain embodiments, a commercially available amine is the starting material. One or more amino groups of the amine are optionally protected. The unprotected amino groups are reacted with a acrylate or acrylamide. The product is optionally purified. Protecting groups are removed, and the free amino groups are optionally reacted with another acrylate, acrylamide, or other electrophile. Such a sequence may be repeated depending on the desired complexity of the inventive product being prepared. The final product may then be optionally purified.

**[00223]** In one embodiment, a library of different lipids is prepared in parallel. A different amine and/or acrylate is added to each vial in a set of vials or to each well of a multi-well plate used to prepare the library. The array of reaction mixtures is incubated at a temperature and length of time sufficient to allow formation of the lipids to occur. In one embodiment, the vials are incubated at approximately 95 °C overnight. In other embodiments, the vials are incubated from 1 to 7 days at approximately 95 °C. The lipids may then be isolated and purified using techniques known in the art. The lipids may then be screened using high-throughput techniques to identify lipids with a desired characteristic (*e.g.*, solubility in water, solubility at different pH, ability to bind polynucleotides, ability to bind heparin, ability to bind

small molecules, ability to form microparticles, ability to increase tranfection efficiency, *etc.*). In certain embodiments the lipids may be screened for properties or characteristics useful in gene therapy (*e.g.*, ability to bind polynucleotides, increase in transfection efficiency).

*Polynucleotide Complexes*

**[00224]** The ability of cationic compounds to interact with negatively charged polynucleotides through electrostatic interactions is well known. Cationic lipids such as Lipofectamine have been prepared and studied for their ability to complex and transfect polynucleotides. The interaction of the lipid with the polynucleotide is thought to at least partially prevent the degradation of the polynucleotide. By neutralizing the charge on the backbone of the polynucleotide, the neutral or slightly-positively-charged complex is also able to more easily pass through the hydrophobic membranes (*e.g.*, cytoplasmic, lysosomal, endosomal, nuclear) of the cell. In a particularly preferred embodiment, the complex is slightly positively charged. In another particularly preferred embodiment, the complex has a positive ζ-potential, more preferably the ζ-potential is between +1 and +30.

**[00225]** The lipids of the present invention possess tertiary amines. Although these amines are hindered, they are available to interact with a polynucleotide (*e.g.*, DNA, RNA, synthetic analogs of DNA and/or RNA, DNA/RNA hydrids, *etc.*). Polynucleotides or derivatives thereof are contacted with the inventive lipids under conditions suitable to form polynucleotide/lipid complexes. The lipid is preferably at least partially protonated so as to form a complex with the negatively charged polynucleotide. In a preferred embodiment, the polynucleotide/lipid complexes form nanoparticles that are useful in the delivery of polynucleotides to cells. In certain embodiments, multiple lipid molecules may be associated with a polynucleotide molecule. The complex may include 1-100 lipid molecules, 1-1000 lipid molecules, 10-1000 lipid molecules, or 100-10,000 lipid molecules. In certain embodiments, the complex may form a nanoparticle. In a particularly preferred embodiment, the diameter of the nanoparticles ranges from 10-500 nm, more preferably the diameter of the nanoparticles ranges from 10-1200 nm, and most preferably from 50-150 nm. The nanoparticles may be associated with a targeting agent as described below.

*Polynucleotide*

**[00226]** The polynucleotide to be complexed, encapsulated by the inventive lipids, or included in a composition with the inventive lipds may be any nucleic acid including but not limited to RNA and DNA. In certain embodiments, the polynucleotide is DNA. In other embodiments, the polynucleotide is RNA. In other embodiments, the polynucleotide is an siRNA. In other embodiments, the polynucleotide is an shRNA. The polynucleotides may be of any size or sequence, and they may be single- or double-stranded. In certain preferred embodiments, the polynucleotide is greater than 100 base pairs long. In certain other preferred embodiments, the polynucleotide is greater than 1000 base pairs long and may be greater than 10,000 base pairs long. The polynucleotide is preferably purified and substantially pure. Preferably, the polynucleotide is greater than 50% pure, more preferably greater than 75% pure, and most preferably greater than 95% pure. The polynucleotide may be provided by any means known in the art. In certain preferred embodiments, the polynucleotide has been engineered using recombinant techniques (for a more detailed description of these techniques, please see Ausubel *et al. Current Protocols in Molecular Biology* (John Wiley & Sons, Inc., New York, 1999); *Molecular Cloning: A Laboratory Manual*, 2nd Ed., ed. by Sambrook, Fritsch, and Maniatis (Cold Spring Harbor Laboratory Press: 1989); each of which is incorporated herein by reference). The polynucleotide may also be obtained from natural sources and purified from contaminating components found normally in nature. The polynucleotide may also be chemically synthesized in a laboratory. In a preferred embodiment, the polynucleotide is synthesized using standard solid phase chemistry.

**[00227]** The polynucleotide may be modified by chemical or biological means. In certain preferred embodiments, these modifications lead to increased stability of the polynucleotide. Modifications include methylation, phosphorylation, end-capping, *etc.*

**[00228]** Derivatives of polynucleotides may also be used in the present invention. These derivatives include modifications in the bases, sugars, and/or phosphate linkages of the polynucleotide. Modified bases include, but are not limited to, those found in the following nucleoside analogs: 2-aminoadenosine, 2-

thiothymidine, inosine, pyrrolo-pyrimidine, 3-methyl adenosine, 5-methylcytidine, C5-bromouridine, C5-fluorouridine, C5-iodouridine, C5-propynyl-uridine, C5-propynyl-cytidine, C5-methylcytidine, 7-deazaadenosine, 7-deazaguanosine, 8-oxoadenosine, 8-oxoguanosine, O(6)-methylguanine, and 2-thiocytidine. Modified sugars include, but are not limited to, 2′-fluororibose, ribose, 2′-deoxyribose, 3′-azido-2′,3′-dideoxyribose, 2′,3′-dideoxyribose, arabinose (the 2′-epimer of ribose), acyclic sugars, and hexoses. The nucleosides may be strung together by linkages other than the phosphodiester linkage found in naturally occurring DNA and RNA. Modified linkages include, but are not limited to, phosphorothioate and 5′-N-phosphoramidite linkages. Combinations of the various modifications may be used in a single polynucleotide. These modified polynucleotides may be provided by any means known in the art; however, as will be appreciated by those of skill in this art, the modified polynucleotides are preferably prepared using synthetic chemistry *in vitro*.

**[00229]** The polynucleotides to be delivered may be in any form. For example, the polynucleotide may be a circular plasmid, a linearized plasmid, a cosmid, a viral genome, a modified viral genome, an artificial chromosome, *etc.*

**[00230]** The polynucleotide may be of any sequence. In certain preferred embodiments, the polynucleotide encodes a protein or peptide. The encoded proteins may be enzymes, structural proteins, receptors, soluble receptors, ion channels, pharmaceutically active proteins, cytokines, interleukins, antibodies, antibody fragments, antigens, coagulation factors, albumin, growth factors, hormones, insulin, *etc.* The polynucleotide may also comprise regulatory regions to control the expression of a gene. These regulatory regions may include, but are not limited to, promoters, enhancer elements, repressor elements, TATA box, ribosomal binding sites, stop site for transcription, *etc.* In other particularly preferred embodiments, the polynucleotide is not intended to encode a protein. For example, the polynucleotide may be used to fix an error in the genome of the cell being transfected.

**[00231]** The polynucleotide may also be provided as an antisense agent or RNA interference (RNAi) (Fire *et al. Nature* 391:806-811, 1998; incorporated herein by reference). Antisense therapy is meant to include, *e.g.*, administration or *in situ* provision of single- or double-stranded oligonucleotides or their derivatives which

specifically hybridize, *e.g.*, bind, under cellular conditions, with cellular mRNA and/or genomic DNA, or mutants thereof, so as to inhibit expression of the encoded protein, *e.g.*, by inhibiting transcription and/or translation (Crooke "Molecular mechanisms of action of antisense drugs" *Biochim. Biophys. Acta* 1489(1):31-44, 1999; Crooke "Evaluating the mechanism of action of antiproliferative antisense drugs" *Antisense Nucleic Acid Drug Dev.* 10(2):123-126, discussion 127, 2000; *Methods in Enzymology* volumes 313-314, 1999; each of which is incorporated herein by reference). The binding may be by conventional base pair complementarity, or, for example, in the case of binding to DNA duplexes, through specific interactions in the major groove of the double helix (*i.e.*, triple helix formation) (Chan *et al. J. Mol. Med.* 75(4):267-282, 1997; incorporated herein by reference).

**[00232]** In a particularly preferred embodiment, the polynucleotide to be delivered comprises a sequence encoding an antigenic peptide or protein. Nanoparticles containing these polynucleotides can be delivered to an individual to induce an immunologic response sufficient to decrease the chance of a subsequent infection and/or lessen the symptoms associated with such an infection. The polynucleotide of these vaccines may be combined with interleukins, interferon, cytokines, and adjuvants such as cholera toxin, alum, Freund's adjuvant, *etc.* A large number of adjuvant compounds are known; a useful compendium of many such compounds is prepared by the National Institutes of Health and can be found on the internet (http:/www.niaid.nih.gov/daids/vaccine/pdf/compendium.pdf, incorporated herein by reference; see also Allison *Dev. Biol. Stand.* 92:3-11, 1998; Unkeless *et al. Annu. Rev. Immunol.* 6:251-281, 1998; and Phillips *et al. Vaccine* 10:151-158,1992, each of which is incorporated herein by reference).

**[00233]** The antigenic protein or peptides encoded by the polynucleotide may be derived from such bacterial organisms as *Streptococccus pneumoniae, Haemophilus influenzae, Staphylococcus aureus, Streptococcus pyrogenes, Corynebacterium diphtheriae, Listeria monocytogenes, Bacillus anthracis, Clostridium tetani, Clostridium botulinum, Clostridium perfringens, Neisseria meningitidis, Neisseria gonorrhoeae, Streptococcus mutans, Pseudomonas aeruginosa, Salmonella typhi, Haemophilus parainfluenzae, Bordetella pertussis, Francisella tularensis, Yersinia pestis, Vibrio cholerae, Legionella pneumophila, Mycobacterium tuberculosis,*

*Mycobacterium leprae, Treponema pallidum, Leptospirosis interrogans, Borrelia burgdorferi, Camphylobacter jejuni,* and the like; from such viruses as smallpox, influenza A and B, respiratory syncytial virus, parainfluenza, measles, HIV, varicella-zoster, herpes simplex 1 and 2, cytomegalovirus, Epstein-Barr virus, rotavirus, rhinovirus, adenovirus, papillomavirus, poliovirus, mumps, rabies, rubella, coxsackieviruses, equine encephalitis, Japanese encephalitis, yellow fever, Rift Valley fever, hepatitis A, B, C, D, and E virus, and the like; and from such fungal, protozoan, and parasitic organisms such as *Cryptococcus neoformans, Histoplasma capsulatum, Candida albicans, Candida tropicalis, Nocardia asteroides, Rickettsia ricketsii, Rickettsia typhi, Mycoplasma pneumoniae, Chlamydial psittaci, Chlamydial trachomatis, Plasmodium falciparum, Trypanosoma brucei, Entamoeba histolytica, Toxoplasma gondii, Trichomonas vaginalis, Schistosoma mansoni,* and the like.

*Microparticles*

**[00234]** The lipids of the present invention may also be used to form drug delivery devices. The inventive lipids may be used to encapsulate agents including polynucleotides, small molecules, proteins, peptides, metals, organometallic compounds, *etc.* The inventive lipids have several properties that make them particularly suitable in the preparation of drug delivery devices. These include 1) the ability of the lipid to complex and "protect" labile agents; 2) the ability to buffer the pH in the endosome; 3) the ability to act as a "proton sponge" and cause endosomolysis; and 4) the ability to neutralize the charge on negatively charged agents. In a preferred embodiment, the lipids are used to form microparticles containing the agent to be delivered. These microparticles may include other materials such as proteins, carbohydrates, synthetic polymers (*e.g.*, PEG, PLGA), and natural polymers. In a particularly preferred embodiment, the diameter of the microparticles ranges from between 500 nm to 50 micrometers, more preferably from 1 micrometer to 20 micrometers, and most preferably from 1 micrometer to 10 micrometers. In another particularly preferred embodiment, the microparticles range from 1-5 micrometers.

*Methods of Preparing Microparticles*

[00235] The inventive microparticles may be prepared using any method known in this art. These include, but are not limited to, spray drying, single and double emulsion solvent evaporation, solvent extraction, phase separation, simple and complex coacervation, and other methods well known to those of ordinary skill in the art. Particularly preferred methods of preparing the particles are the double emulsion process and spray drying. The conditions used in preparing the microparticles may be altered to yield particles of a desired size or property (*e.g.*, hydrophobicity, hydrophilicity, external morphology, "stickiness", shape, *etc.*). The method of preparing the particle and the conditions (*e.g.*, solvent, temperature, concentration, air flow rate, *etc.*) used may also depend on the agent being encapsulated and/or the composition of the matrix.

[00236] Methods developed for making microparticles for delivery of encapsulated agents are described in the literature (for example, please see Doubrow, M., Ed., "Microcapsules and Nanoparticles in Medicine and Pharmacy," CRC Press, Boca Raton, 1992; Mathiowitz and Langer, *J. Controlled Release* 5:13-22, 1987; Mathiowitz *et al. Reactive Polymers* 6:275-283, 1987; Mathiowitz *et al. J. Appl. Polymer Sci.* 35:755-774, 1988; each of which is incorporated herein by reference).

[00237] If the particles prepared by any of the above methods have a size range outside of the desired range, the particles can be sized, for example, using a sieve. The particle may also be coated. In certain embodiments, the particles are coated with a targeting agent. In other embodiments, the particles are coated to achieve deisirable surface properties (*e.g.*, a particular charge).

*Micelles and Liposomes*

[00238] The lipids of the invention may be used to prepare micelles or liposomes. Many techniques for preparing micelles and liposomes are known in the art, and any method may be used with the inventive lipids to make micelles and liposomes. In addition, any agent including polynucleotides, small molecules, proteins, peptides, metals, organometallic compounds, *etc.* may be included in a micelle or liposome. Micelles and liposomes are particularly useful in delivering hydrophobic agents such as hydrophobic small molecules.

**[00239]** In certain embodiments, liposomes (lipid vesicles) are formed through spontaneous assembly. In other embodiments, liposomes are formed when thin lipid films or lipid cakes are hydrated and stacks of lipid crystalline bilayers become fluid and swell. The hydrated lipid sheets detach during agitation and self-close to form large, multilamellar vesicles (LMV). This prevents interaction of water with the hydrocarbon core of the bilayers at the edges. Once these particles have formed, reducing the size of the particle can be modified through input of sonic energy (sonication) or mechanical energy (extrusion). See Walde, P. "Preparation of Vesicles (Liposomes)" In *Encylopedia of Nanoscience and Nanotechnology*; Nalwa, H. S. Ed. American Scientific Publishers: Los Angeles, 2004; Vol. 9, pp. 43-79; Szoka *et al.* "Comparative Properties and Methods of Preparation of Lipid Vesicles (Liposomes)" *Ann. Rev. Biophys. Bioeng.* 9:467-508, 1980; each of which is incorporated herein. The preparation of lipsomes involves preparing the lipid for hydration, hydrating the lipid with agitation, and sizing the vesicles to achieve a homogenous distribution of liposomes. Lipids are first dissolved in an organic solvent to assure a homogeneous mixture of lipids. The solvent is then removed to form a lipid film. This film is thoroughly dried to remove residual organic solvent by placing the vial or flask on a vaccuum pump overnight. Hydration of the lipid film/cake is accomplished by adding an aqueous medium to the container of dry lipid and agitating the mixture. Disruption of LMV suspensions using sonic energy typically produces small unilamellar vesicles (SUV) with diameters in the range of 15-50 nm. Lipid extrusion is a technique in which a lipid suspension is forced through a polycarbonate filter with a defined pore size to yield particles having a diameter near the pore size of the filter used. Extrusion through filters with 100 nm pores typically yields large, unilamellar vesicles (LUV) with a mean diameter of 120-140 nm.

**[00240]** In certain embodiments of the invention, liposomes are formed comprising an inventive lipid, PEG-ceramide, cholesterol, and a polynucleotide. In certain embodiments, the polynucleotide is an RNA molecule (*e.g.*, an RNAi molecule). In other embodiments, the polynucleotide is a DNA molecule. In certain embodiments, the lipid is ND98. In other embodiments, the lipid is ND28, ND32, LF94, ND99, ND95, NP103, NP98, ND25, ND20, ND100, NF96, NF103, NF109,

NF11, ND24, NF86, NP96, ND36, NF61, NF87, NF95, QG100, NF60, NP100, NF1, NP99, QD99, NF63, LG109, ND103, LF95, QF99, LG100, LF31, LG32, NF109, NF64, LE87, LG77, LG96, ND96, LD31, NG64, ND109, or LG80. In certain embodiments, the amount of lipid in the liposome ranges from 30-80 mol%, preferably 40-70 mol%, more preferably 60-70 mol%. In certain embodiments, the amount of PEG-ceramide in the liposomes ranges from 5-20 mol%, preferably 10-15 mol%, more preferably approximately 10 mol%. In certain embodiments, the amount of cholesterol in the liposome ranges from 5-25 mol%, preferably 10-20 mol%, more preferably approximately 15 mol%. In certain embodiments, the amount of cholesterol in the liposome is approximately 20 mol%. These liposomes may be prepared using any method known in the art. In certain embodiments (*e.g.*, liposomes containing RNAi molecules), the liposomes are prepared by lipid extrusion.

**[00241]** Certain lipids can spontaneously self assemble around certain molecules, such as DNA and RNA, to form liposomes. For some applications such as the delivery of polynucleotides, these are preferred. Use of these lipids allows for simple assembly of liposomes without the need for additional steps or devices such as an extruder.

**[00242]** The following scientific papers described other methods for preparing liposomes and micelles: Narang *et al.* "Cationic Lipids with Increased DNA Binding Affinity for Nonviral Gene Transfer in Dividing and Nondividing Cells" *Bioconjugate Chem.* 16:156-68, 2005; Hofland *et al.* "Formation of stable cationic lipid/DNA complexes for gene transfer" *Proc. Natl. Acad. Sci. USA* 93:7305-7309, July 1996; Byk *et al.* "Synthesis, Activity, and Structure—Activity Relationship Studies of Novel Cationic Lipids for DNA Transfer" *J. Med. Chem.* 41(2):224-235, 1998; Wu *et al.* "Cationic Lipid Polymerization as a Novel Approach for Constructing New DNA Delivery Agents" *Bioconjugate Chem.* 12:251-57, 2001; Lukyanov *et al.* "Micelles from lipid derivatives of water-soluble polymers as delivery systems for poorly soluble drugs" *Advanced Drug Delivery Reviews* 56:1273-1289, 2004; Tranchant *et al.* "Physicochemical optimisation of plasmid delivery by cationic lipids" *J. Gene Med.* 6:S24-S35, 2004; van Balen *et al.* "Liposome/Water Lipophilicity: Methods, Information Content, and Pharmaceutical Applications" *Medicinal Research Rev.* 24(3):299-324, 2004; each of which is incorporated herein by reference.

*Agent*

**[00243]** The agents to be delivered by the system of the present invention may be therapeutic, diagnostic, or prophylactic agents. Any chemical compound to be administered to an individual may be delivered using the inventive comlexes, nanoparticles, or microparticles. The agent may be a small molecule, organometallic compound, nucleic acid, protein, peptide, polynucleotide, metal, an isotopically labeled chemical compound, drug, vaccine, immunological agent, *etc.*

**[00244]** In a preferred embodiment, the agents are organic compounds with pharmaceutical activity. In another embodiment of the invention, the agent is a clinically used drug. In a particularly preferred embodiment, the drug is an antibiotic, anti-viral agent, anesthetic, steroidal agent, anti-inflammatory agent, anti-neoplastic agent, antigen, vaccine, antibody, decongestant, antihypertensive, sedative, birth control agent, progestational agent, anti-cholinergic, analgesic, anti-depressant, anti-psychotic, β-adrenergic blocking agent, diuretic, cardiovascular active agent, vasoactive agent, non-steroidal anti-inflammatory agent, nutritional agent, *etc.*

**[00245]** In a preferred embodiment of the present invention, the agent to be delivered may be a mixture of agents.

**[00246]** Diagnostic agents include gases; metals; commercially available imaging agents used in positron emissions tomography (PET), computer assisted tomography (CAT), single photon emission computerized tomography, x-ray, fluoroscopy, and magnetic resonance imaging (MRI); and contrast agents. Examples of suitable materials for use as contrast agents in MRI include gadolinium chelates, as well as iron, magnesium, manganese, copper, and chromium. Examples of materials useful for CAT and x-ray imaging include iodine-based materials.

**[00247]** Prophylactic agents include, but are not limited to, antibiotics, nutritional supplements, and vaccines. Vaccines may comprise isolated proteins or peptides, inactivated organisms and viruses, dead organisms and viruses, genetically altered organisms or viruses, and cell extracts. Prophylactic agents may be combined with interleukins, interferon, cytokines, and adjuvants such as cholera toxin, alum, Freund's adjuvant, *etc.* Prophylactic agents include antigens of such bacterial organisms as *Streptococccus pneumoniae, Haemophilus influenzae, Staphylococcus*

*aureus, Streptococcus pyrogenes, Corynebacterium diphtheriae, Listeria monocytogenes, Bacillus anthracis, Clostridium tetani, Clostridium botulinum, Clostridium perfringens, Neisseria meningitidis, Neisseria gonorrhoeae, Streptococcus mutans, Pseudomonas aeruginosa, Salmonella typhi, Haemophilus parainfluenzae, Bordetella pertussis, Francisella tularensis, Yersinia pestis, Vibrio cholerae, Legionella pneumophila, Mycobacterium tuberculosis, Mycobacterium leprae, Treponema pallidum, Leptospirosis interrogans, Borrelia burgdorferi, Camphylobacter jejuni,* and the like; antigens of such viruses as smallpox, influenza A and B, respiratory syncytial virus, parainfluenza, measles, HIV, varicella-zoster, herpes simplex 1 and 2, cytomegalovirus, Epstein-Barr virus, rotavirus, rhinovirus, adenovirus, papillomavirus, poliovirus, mumps, rabies, rubella, coxsackieviruses, equine encephalitis, Japanese encephalitis, yellow fever, Rift Valley fever, hepatitis A, B, C, D, and E virus, and the like; antigens of fungal, protozoan, and parasitic organisms such as *Cryptococcus neoformans, Histoplasma capsulatum, Candida albicans, Candida tropicalis, Nocardia asteroides, Rickettsia ricketsii, Rickettsia typhi, Mycoplasma pneumoniae, Chlamydial psittaci, Chlamydial trachomatis, Plasmodium falciparum, Trypanosoma brucei, Entamoeba histolytica, Toxoplasma gondii, Trichomonas vaginalis, Schistosoma mansoni,* and the like. These antigens may be in the form of whole killed organisms, peptides, proteins, glycoproteins, carbohydrates, or combinations thereof.

*Targeting Agents*

**[00248]** The inventive complexes, liposomes, micelles, microparticles, and nanoparticles may be modified to include targeting agents since it is often desirable to target a particular cell, collection of cells, or tissue. A variety of targeting agents that direct pharmaceutical compositions to particular cells are known in the art (see, for example, Cotten *et al. Methods Enzym.* 217:618, 1993; incorporated herein by reference). The targeting agents may be included throughout the particle or may be only on the surface. The targeting agent may be a protein, peptide, carbohydrate, glycoprotein, lipid, small molecule, *etc.* The targeting agent may be used to target specific cells or tissues or may be used to promote endocytosis or phagocytosis of the particle. Examples of targeting agents include, but are not limited to, antibodies,

fragments of antibodies, low-density lipoproteins (LDLs), transferrin, asialycoproteins, gp120 envelope protein of the human immunodeficiency virus (HIV), carbohydrates, receptor ligands, sialic acid, *etc.* If the targeting agent is included throughout the particle, the targeting agent may be included in the mixture that is used to form the particles. If the targeting agent is only on the surface, the targeting agent may be associated with (*i.e.*, by covalent, hydrophobic, hydrogen bonding, van der Waals, or other interactions) the formed particles using standard chemical techniques.

*Pharmaceutical Compositions*

**[00249]** Once the complexes, micelles, liposomes, microparticles, or nanoparticles have been prepared, they may be combined with one or more pharmaceutical excipients to form a pharmaceutical composition that is suitable to administer to animals including humans. As would be appreciated by one of skill in this art, the excipients may be chosen based on the route of administration as described below, the agent being delivered, time course of delivery of the agent, *etc.*

**[00250]** Pharmaceutical compositions of the present invention and for use in accordance with the present invention may include a pharmaceutically acceptable excipient or carrier. As used herein, the term "pharmaceutically acceptable carrier" means a non-toxic, inert solid, semi-solid or liquid filler, diluent, encapsulating material or formulation auxiliary of any type. Some examples of materials which can serve as pharmaceutically acceptable carriers are sugars such as lactose, glucose, and sucrose; starches such as corn starch and potato starch; cellulose and its derivatives such as sodium carboxymethyl cellulose, ethyl cellulose, and cellulose acetate; powdered tragacanth; malt; gelatin; talc; excipients such as cocoa butter and suppository waxes; oils such as peanut oil, cottonseed oil; safflower oil; sesame oil; olive oil; corn oil and soybean oil; glycols such as propylene glycol; esters such as ethyl oleate and ethyl laurate; agar; detergents such as Tween 80; buffering agents such as magnesium hydroxide and aluminum hydroxide; alginic acid; pyrogen-free water; isotonic saline; Ringer's solution; ethyl alcohol; and phosphate buffer solutions, as well as other non-toxic compatible lubricants such as sodium lauryl sulfate and magnesium stearate, as well as coloring agents, releasing agents, coating

agents, sweetening, flavoring and perfuming agents, preservatives and antioxidants can also be present in the composition, according to the judgment of the formulator. The pharmaceutical compositions of this invention can be administered to humans and/or to animals, orally, rectally, parenterally, intracisternally, intravaginally, intranasally, intraperitoneally, topically (as by powders, creams, ointments, or drops), bucally, or as an oral or nasal spray.

**[00251]** Liquid dosage forms for oral administration include pharmaceutically acceptable emulsions, microemulsions, solutions, suspensions, syrups, and elixirs. In addition to the active ingredients (*i.e.*, microparticles, nanoparticles, liposomes, micelles, polynucleotide/lipid complexes), the liquid dosage forms may contain inert diluents commonly used in the art such as, for example, water or other solvents, solubilizing agents and emulsifiers such as ethyl alcohol, isopropyl alcohol, ethyl carbonate, ethyl acetate, benzyl alcohol, benzyl benzoate, propylene glycol, 1,3-butylene glycol, dimethylformamide, oils (in particular, cottonseed, groundnut, corn, germ, olive, castor, and sesame oils), glycerol, tetrahydrofurfuryl alcohol, polyethylene glycols and fatty acid esters of sorbitan, and mixtures thereof. Besides inert diluents, the oral compositions can also include adjuvants such as wetting agents, emulsifying and suspending agents, sweetening, flavoring, and perfuming agents.

**[00252]** Injectable preparations, for example, sterile injectable aqueous or oleaginous suspensions may be formulated according to the known art using suitable dispersing or wetting agents and suspending agents. The sterile injectable preparation may also be a sterile injectable solution, suspension, or emulsion in a nontoxic parenterally acceptable diluent or solvent, for example, as a solution in 1,3-butanediol. Among the acceptable vehicles and solvents that may be employed are water, Ringer's solution, U.S.P. and isotonic sodium chloride solution. In addition, sterile, fixed oils are conventionally employed as a solvent or suspending medium. For this purpose any bland fixed oil can be employed including synthetic mono- or diglycerides. In addition, fatty acids such as oleic acid are used in the preparation of injectables. In a particularly preferred embodiment, the particles are suspended in a carrier fluid comprising 1% (w/v) sodium carboxymethyl cellulose and 0.1% (v/v) Tween 80.

**[00253]** The injectable formulations can be sterilized, for example, by filtration through a bacteria-retaining filter, or by incorporating sterilizing agents in the form of sterile solid compositions which can be dissolved or dispersed in sterile water or other sterile injectable medium prior to use.

**[00254]** Compositions for rectal or vaginal administration are preferably suppositories which can be prepared by mixing the particles with suitable non-irritating excipients or carriers such as cocoa butter, polyethylene glycol, or a suppository wax which are solid at ambient temperature but liquid at body temperature and therefore melt in the rectum or vaginal cavity and release the microparticles.

**[00255]** Solid dosage forms for oral administration include capsules, tablets, pills, powders, and granules. In such solid dosage forms, the particles are mixed with at least one inert, pharmaceutically acceptable excipient or carrier such as sodium citrate or dicalcium phosphate and/or a) fillers or extenders such as starches, lactose, sucrose, glucose, mannitol, and silicic acid, b) binders such as, for example, carboxymethylcellulose, alginates, gelatin, polyvinylpyrrolidinone, sucrose, and acacia, c) humectants such as glycerol, d) disintegrating agents such as agar-agar, calcium carbonate, potato or tapioca starch, alginic acid, certain silicates, and sodium carbonate, e) solution retarding agents such as paraffin, f) absorption accelerators such as quaternary ammonium compounds, g) wetting agents such as, for example, cetyl alcohol and glycerol monostearate, h) absorbents such as kaolin and bentonite clay, and i) lubricants such as talc, calcium stearate, magnesium stearate, solid polyethylene glycols, sodium lauryl sulfate, and mixtures thereof. In the case of capsules, tablets, and pills, the dosage form may also comprise buffering agents.

**[00256]** Solid compositions of a similar type may also be employed as fillers in soft and hard-filled gelatin capsules using such excipients as lactose or milk sugar as well as high molecular weight polyethylene glycols and the like.

**[00257]** The solid dosage forms of tablets, dragees, capsules, pills, and granules can be prepared with coatings and shells such as enteric coatings and other coatings well known in the pharmaceutical formulating art. They may optionally contain opacifying agents and can also be of a composition that they release the active ingredient(s) only, or preferentially, in a certain part of the intestinal tract, optionally,

in a delayed manner. Examples of embedding compositions which can be used include polymeric substances and waxes.

**[00258]** Solid compositions of a similar type may also be employed as fillers in soft and hard-filled gelatin capsules using such excipients as lactose or milk sugar as well as high molecular weight polyethylene glycols and the like.

**[00259]** Dosage forms for topical or transdermal administration of an inventive pharmaceutical composition include ointments, pastes, creams, lotions, gels, powders, solutions, sprays, inhalants, or patches. The particles are admixed under sterile conditions with a pharmaceutically acceptable carrier and any needed preservatives or buffers as may be required. Ophthalmic formulation, ear drops, and eye drops are also contemplated as being within the scope of this invention.

**[00260]** The ointments, pastes, creams, and gels may contain, in addition to the particles of this invention, excipients such as animal and vegetable fats, oils, waxes, paraffins, starch, tragacanth, cellulose derivatives, polyethylene glycols, silicones, bentonites, silicic acid, talc, and zinc oxide, or mixtures thereof.

**[00261]** Powders and sprays can contain, in addition to the particles of this invention, excipients such as lactose, talc, silicic acid, aluminum hydroxide, calcium silicates, and polyamide powder, or mixtures of these substances. Sprays can additionally contain customary propellants such as chlorofluorohydrocarbons.

**[00262]** Transdermal patches have the added advantage of providing controlled delivery of a compound to the body. Such dosage forms can be made by dissolving or dispensing the microparticles or nanoparticles in a proper medium. Absorption enhancers can also be used to increase the flux of the compound across the skin. The rate can be controlled by either providing a rate controlling membrane or by dispersing the particles in a polymer matrix or gel.

**[00263]** These and other aspects of the present invention will be further appreciated upon consideration of the following Examples, which are intended to illustrate certain particular embodiments of the invention but are not intended to limit its scope, as defined by the claims.

## Examples

### Example 1-Preparation and Testing of Amine-containing Lipids

**[00264]** *Lipid synthesis.* Monomers were purchased from Aldrich (Milwaukee, WI), TCI (Portland, OR), Pfaltz & Bauer (Waterbury, CT), Matrix Scientific (Columbia, SC), Acros-Fisher (Pittsburg, PA), Scientific Polymer (Ontario, NY), Polysciences (Warrington, PA), and Dajac monomer-polymer (Feasterville, PA). The acrylate and amine monomers were used neat to prepare the lipids. All possible pair wise combinations of amine and acrylate monomers shown in *Figure 1* were prepared in sealed vials. The vials were then incubated overnight at approximately 95 °C with shaking. The synthesized lipids were used without further purification.

**[00265]** The molecular weights of the synthesized lipids were determined by mass spectroscopy and compared to predicted molecular weights to confirm synthesis of the lipid. Mass spectrometric data are shown in the table below.

**Table 1:** Mass-spectrometry data of amine-containing lipids.

| Lipid | Formula | Predicted MW | Actual MW |
|---|---|---|---|
| LF1 | $C_{38}H_{75}NO_5$ | 626.572 | 626.651 |
| LF6 | $C_{39}H_{75}NO_6$ | 654.5667 | 654.6604 |
| LF7 | $C_{40}H_{77}NO_6$ | 668.5824 | 668.6972 |
| LF10 | $C_{37}H_{73}NO_5$ | 612.5562 | 612.5917 |
| LF11 | $C_{38}H_{75}NO_5$ | 626.5718 | 626.6789 |
| LF15 | $C_{39}H_{76}NO_5$ | 638.5723 | 638.6649 |
| LF17 | $C_{44}H_{79}NO_6$ | 718.598 | 718.6921 |
| LF20 | $C_{37}H_{73}NO_5$ | 612.5562 | 612.5946 |
| LF21 | $C_{37}H_{73}NO_5$ | 612.556 | 612.5959 |
| LG1 | $C_{40}H_{79}NO_5$ | 654.6036 | 654.8644 |
| LG6 | $C_{41}H_{79}NO_6$ | 682.5985 | 682.8408 |
| LG7 | $C_{42}H_{81}NO_6$ | 696.6142 | 696.9988 |
| LG10 | $C_{39}H_{78}NO_5$ | 640.588 | 640.9817 |
| LG13 | $C_{40}H_{80}NO_6$ | 670.5985 | 670.9156 |
| LG15 | $C_{41}H_{79}NO_5$ | 666.6036 | 666.9696 |
| LG17 | $C_{46}H_{83}NO_5$ | 746.6298 | 746.9586 |
| LG20 | $C_{39}H_{77}NO_5$ | 640.588 | 640.9586 |
| LG21 | $C_{39}H_{77}NO_5$ | 640.588 | 640.9292 |
| LG22 | $C_{39}H_{77}NO5$ | 640.588 | 640.8809 |

| | | | |
|---|---|---|---|
| LG24 | $C_{39}H_{77}NO_6$ | 656.5829 | 656.9402 |
| QF1 | $C_{39}H_{78}NO_5$ | 640.588 | 640.6866 |
| QF6 | $C_{40}H_{78}NO_6$ | 668.5829 | 668.7032 |
| QF7 | $C_{41}H_{80}NO_6$ | 682.5985 | 682.7867 |
| QF10 | $C_{38}H_{76}NO_5$ | 626.5723 | 626.6509 |
| QF11 | $C_{39}H_{78}NO_5$ | 640.588 | 640.6297 |
| ND25 | $C_{33}H_{67}N_3O_4$ | 570.5204 | 570.6493 |
| ND36 | $C_{36}H_{73}N_3O_3$ | 596.5725 | 596.6654 |
| ND75 | $C_{36}H_{74}N_4O_2$ | 595.5885 | 595.6977 |
| ND87 | $C_{37}H_{76}N_4O_4$ | 641.5939 | 641.7349 |
| NH32 | $C4_7H_{96}N_3O_3$ | 750.7451 | 750.8913 |
| NH36 | $C_{48}H_{98}N_3O_3$ | 764.7608 | 764.8723 |
| NH60 | $C_{45}H_{93}N_4O_2$ | 735.7455 | 735.8695 |
| NH86 | $C_{48}H_{99}N4O_4$ | 795.7666 | 795.804 |
| NH87 | $C_{49}H_{100}N_4O_4$ | 809.7822 | 809.8638 |

Q in the lipid name indicates that the amino groups of the lipid were quaternized using methyl iodide. L indicates lipids prepared from the indicated acrylates and amines. N indicates that the ester functional group of the acrylate has been replaced with an amide group.

**[00266]** *Transfection experiments.* 14,000 cos-7 cells (ATCC, Manassas, VA) were seeded into each well of a solid white or clear 96 well plate (Corning-Costar, Kennebunk, ME) and allowed to attached overnight in growth medium, composed of: 500 ml phenol red minus DMEM, 50 ml heat inactivated FBS, 5 ml penicillin/streptomycin (Invitrogen, Carlsbad, CA).

**[00267]** A small liquot of lipid was tranferred to an Eppendorf tube. Based on the mass of the lipid in the tube, sterile 25 mM sodium acetate buffer was added to each tube to yield a concentration of 60 mg/ml. The resulting mixture was vortexed fro approximately 20 minutes until the lipid was fully dissolved. DNA was prepared based on 300 ng DNA per well of a 96-well plate. 291 μg of Lc DNA was dissolved in 9210 μl of 25 mM sodium acetate buffer. Aliquots of 30 μl of DNA solution were added to each well expect for the last column which was reserved for the Lipo2000 standard. For the last column of the plate, 61 μg of DNA was added to 1940 μl Optimem. 150 μl of media/Optimem was added to each well of plates. 50 μl of lipid

solution was aliquoted into wells of robot plate. The following amounts were aliquoted to obtain the correct ratios of DNA to lipid:

For 300 ng DNA well:

| w/w ratio | µl of lipid from robot plate | µl of NaOAc buffer |
|---|---|---|
| 2.5 | 5 | 195 |
| 5 | 10 | 190 |
| 10 | 20 | 180 |
| 15 | 30 | 170 |
| 20 | 40 | 160 |
| 25 | 50 | 150 |

In quadruplicate, 30 µl of lipid was aliquoted onto DNA in four rows for each ratio. For the Lipo2000 control (2.5 w/w ratio to DNA), 152.5 µg of Lipo sample was aliquoted into 1847.5 µl of Optimem. 30 µl of this solution was aliquoted onto DNA in the Optimem in the last columns of each plate. The plates were incubated for 15-20 minutes, and then 36.5 µl of lipid+DNA complexes was transferred into 150 µl of media/Optimem, then add to cells. The media was aspirated off the cells, and 105 µl of the lipid/DNA/media/Optimem solution was added to the cells. The luciferase assay was performed after 48 hours.

**[00268]** Luminescence was analyzed using bright-glo assay kits (Promega). Briefly, 100 µl of bright-glo solution was added to each well of the microtiter plate containing media and cells. Luminescence was measured using a Mithras Luminometer (Berthold, Oak Ridge, TN). In some cases, a neutral density filter (Chroma, Brattleboro, VT) was used to prevent saturation of the luminometer. A standard curve for Luciferase was generated by titration of Luciferase enzyme (Promega) into growth media in white microtiter plates. Luciferase in ng per well are calculated for each of the lipids at 2.5 w/w, 5 w/w, 10 w/w, 15 w/w, 20 w/w, and 25 w/w lipid to DNA based on the standard curve. These data are shown in the table below. eGFP expression was examined using a Zeiss Aciovert 200 inverted microscope.

**Table 2:** Luciferase expression (measured in relative light units) as a percentage of that achieved using Lipofectamine™ 2000 (ng per well) for lipids at specific lipid/DNA (w/w) ratios using 300 ng Luciferase DNA per well

| | 2.5 w/w | 5 w/w | 10 w/w | 15 w/w | 20 w/w | 25 w/w |
|---|---|---|---|---|---|---|
| QG7 | 0.4 | 0.3 | 0.5 | 0.3 | 0.4 | 0.3 |
| QB1 | 0.4 | 0.3 | 0.4 | 0.3 | 0.4 | 0.4 |
| QF1 | 0.4 | 0.3 | 0.4 | 0.3 | 0.3 | 0.3 |
| QG1 | 0.4 | 0.5 | 0.4 | 0.4 | 0.3 | 0.3 |
| QB77 | 0.4 | 0.4 | 0.4 | 0.3 | 0.3 | 0.3 |
| QF77 | 0.4 | 0.4 | 0.7 | 1.3 | 2.7 | 9.9 |
| QG77 | 0.5 | 0.6 | 1.5 | 5.6 | 18.8 | 29.5 |
| LD90 | 0.5 | 0.4 | 0.4 | 0.6 | 0.4 | 0.4 |
| LE90 | 0.5 | 0.3 | 0.4 | 0.4 | 0.4 | 0.4 |
| LF90 | 0.5 | 0.4 | 0.7 | 0.4 | 0.4 | 0.4 |
| LG90 | 0.6 | 0.6 | 0.4 | 0.4 | 0.4 | 0.4 |
| LB64 | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 | 0.2 |
| LD64 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LE64 | 0.1 | 0.1 | 0.1 | 0.0 | 0.1 | 0.1 |
| LF64 | 0.1 | 0.1 | 0.4 | 0.1 | 0.2 | 0.1 |
| LG64 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 |
| LB31 | 1.2 | 0.8 | 8.3 | 1.9 | 1.3 | 4.2 |
| LD31 | 44.2 | 38.7 | 18.8 | 11.3 | 42.8 | 174.1 |
| LE31 | 1.0 | 1.0 | 0.9 | 2.5 | 2.9 | 9.5 |
| LF31 | 64.1 | 78.7 | 13.4 | 69.5 | 97.3 | 266.8 |
| LG31 | 19.6 | 27.6 | 34.0 | 8.5 | 14.3 | 94.0 |
| LB63 | 0.1 | 0.2 | 0.1 | 1.0 | 0.1 | 0.2 |
| ND28 | 124.8 | 116.0 | 28.9 | 0.0 | 0.0 | 0.0 |
| ND86 | 0.5 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 |
| ND87 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| QB6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| QF6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| QG6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| QB7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| QF7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LB1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 |
| LB6 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB7 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 |
| LB10 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB11 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB13 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB15 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB17 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB20 | 0.1 | 0.1 | 0.4 | 0.2 | 0.3 | 0.7 |
| LB21 | 0.7 | 0.8 | 0.7 | 0.7 | 0.7 | 0.8 |
| LB22 | 0.3 | 0.3 | 0.4 | 0.4 | 0.4 | 0.4 |
| LB24 | 0.1 | 0.2 | 0.4 | 0.1 | 0.1 | 0.1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LB25 | 0.8 | 2.4 | 2.6 | 3.3 | 2.3 | 1.8 |
| LB26 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB28 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB31 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB32 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB33 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB34 | 0.1 | 0.1 | 0.2 | 0.4 | 0.1 | 0.1 |
| LB36 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB38 | 0.7 | 0.8 | 0.7 | 0.8 | 0.7 | 0.8 |
| LB60 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| LB61 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB62 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB63 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB64 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB70 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB75 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB76 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB77 | 0.1 | 0.1 | 0.1 | 0.2 | 0.1 | 0.3 |
| LB79 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LB80 | 0.7 | 0.8 | 0.1 | 0.2 | 1.0 | 1.5 |
| LB81 | 0.4 | 0.4 | 0.2 | 0.3 | 0.4 | 0.5 |
| LF1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 |
| LF64 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 |
| LF7 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 |
| LF10 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 |
| LF11 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 |
| LF13 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 |
| LF15 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 |
| LF17 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LF20 | 0.2 | 0.4 | 0.3 | 0.2 | 0.1 | 0.1 |
| LF21 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| LD28 | | | 1.7 | 8.5 | | |
| LD86 | | | 29.6 | 16.0 | | |
| LD87 | | | 53.9 | 43.3 | | |
| LG34 | | | 1.4 | 0.8 | | |
| LG77 | | | 43.5 | 34.0 | | |
| LH28 | | | 0.2 | 0.2 | | |
| QD28 | | | 0.1 | 0.1 | | |
| QD86 | | | 2.0 | 2.0 | | |
| QD87 | | | 0.5 | 0.7 | | |
| LF22 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LF24 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.3 |
| LF25 | 0.1 | 0.2 | 0.3 | 0.4 | 0.9 | 1.5 |
| LF26 | 0.1 | 0.2 | 0.7 | 0.1 | 0.1 | 0.3 |
| LF28 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.4 |
| LF32 | 0.1 | 0.1 | 0.2 | 0.1 | 0.4 | 0.4 |
| LF33 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LF34 | 0.1 | 0.3 | 1.1 | 0.5 | 0.2 | 0.3 |
| LF36 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LF38 | 0.8 | 0.9 | 0.9 | 0.9 | 0.8 | 1.0 |
| LF60 | 0.4 | 0.4 | 0.5 | 0.5 | 0.5 | 0.5 |
| LF61 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LF62 | 0.1 | 0.1 | 0.2 | 0.1 | 0.4 | 0.2 |
| LF63 | 0.1 | 0.1 | 0.1 | 0.3 | 0.3 | 0.4 |
| LF64 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LF70 | 0.1 | 0.1 | 0.2 | 0.3 | 0.2 | 0.3 |
| LF75 | 0.7 | 1.0 | 0.7 | 1.9 | 1.7 | 1.7 |
| LF76 | 1.7 | 5.6 | 9.8 | 24.3 | 22.2 | 19.5 |
| LF77 | 3.7 | 25.1 | 28.2 | 24.1 | 17.0 | 22.1 |
| LF79 | 0.1 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| LF80 | 2.5 | 35.1 | 35.5 | 34.3 | 19.9 | 14.8 |
| LF81 | 0.5 | 1.6 | 1.5 | 4.9 | 4.6 | 4.0 |
| LF82 | 0.4 | 0.3 | 0.7 | 0.5 | 0.6 | 0.8 |
| LF86 | 21.5 | 17.9 | 19.6 | 21.2 | 10.5 | 10.4 |
| LF87 | 19.4 | 11.3 | 30.2 | 13.3 | 11.0 | 10.0 |
| LF90 | 0.4 | 0.5 | 0.3 | 1.3 | 1.1 | 1.5 |
| LF91 | 0.5 | 0.5 | 0.8 | 1.4 | 1.3 | 1.6 |
| LF93 | 32.0 | 50.4 | 15.0 | 150.7 | 143.2 | 171.3 |
| LF94 | 41.8 | 37.7 | 96.3 | 114.7 | 99.0 | 98.6 |
| LF95 | 15.3 | 51.3 | 44.3 | 71.8 | 64.6 | 75.1 |
| LF96 | 52.4 | 62.8 | 79.3 | 47.7 | 64.4 | 36.0 |
| LF98 | 2.5 | 7.9 | 17.8 | 17.2 | 9.5 | 9.9 |
| LF99 | 32.2 | 49.8 | 26.5 | 10.7 | 6.0 | 6.2 |
| LF100 | 17.6 | 70.0 | 69.0 | 85.9 | 44.2 | 50.9 |
| LF103 | 43.9 | 11.6 | 65.4 | 91.8 | 61.6 | 61.4 |
| LF109 | 16.0 | 28.3 | 16.9 | 21.9 | 28.7 | 49.5 |
| LG1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LG64 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LG77 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LG10 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LG11 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LG13 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LG15 | 0.7 | 0.8 | 0.5 | 0.6 | 0.7 | 0.8 |
| LG17 | 0.4 | 0.3 | 0.1 | 0.0 | 0.3 | 0.3 |
| LG20 | 2.0 | 2.5 | 0.4 | 0.2 | 0.1 | 0.1 |
| LG21 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.4 |
| LG22 | 0.2 | 0.3 | 0.4 | 0.5 | 0.4 | 0.7 |
| LG24 | 2.0 | 3.3 | 4.8 | 11.2 | 16.4 | 32.5 |
| LG25 | 15.9 | 32.0 | 43.2 | 56.9 | 42.1 | 63.9 |
| LG26 | 0.6 | 13.0 | 1.9 | 0.5 | 0.3 | 0.4 |
| LG28 | 0.2 | 0.5 | 0.2 | 0.2 | 0.1 | 0.2 |
| LG32 | 0.2 | 10.2 | 1.0 | 0.7 | 0.4 | 0.7 |
| LG33 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| LG60 | 0.9 | 1.0 | 0.8 | 0.9 | 0.8 | 1.0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LG61 | 0.4 | 0.5 | 0.4 | 0.4 | 0.4 | 0.5 |
| LG63* | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.7 |
| LG64* | 0.3 | 0.3 | 1.8 | 1.8 | 1.2 | 1.6 |
| LG75* | 0.9 | 1.1 | 3.1 | 4.7 | 3.1 | 5.3 |
| LG76* | 6.2 | 14.1 | 21.4 | 48.6 | 54.1 | 92.5 |
| LG79* | 0.6 | 0.4 | 1.5 | 1.6 | 1.4 | 1.4 |
| LG93* | 45.0 | 43.8 | 310.5 | 281.8 | 185.9 | 183.8 |
| 160A* | 0.4 | 0.4 | 1.7 | 1.5 | 1.1 | 1.1 |
| 160B* | 0.8 | 0.8 | 1.1 | 1.1 | 0.9 | 0.9 |
| 160C* | 0.5 | 0.5 | 0.7 | 0.7 | 0.6 | 0.8 |
| 160D* | 0.5 | 0.3 | 0.4 | 0.4 | 0.3 | 0.3 |
| 160E* | 0.6 | 0.5 | 0.6 | 0.6 | 0.6 | 0.3 |
| LD109 | 9.3 | 18.6 | 31.1 | 20.7 | 7.0 | 2.0 |
| LD103 | 11.6 | 17.2 | 24.4 | 27.1 | 12.3 | 6.6 |
| LD100 | 3.9 | 1.5 | 12.0 | 15.3 | 6.9 | 1.3 |
| LD99 | 4.4 | 12.8 | 44.6 | 27.0 | 6.2 | 0.8 |
| LD98 | 0.2 | 0.7 | 0.8 | 1.0 | 0.8 | 0.6 |
| LD96 | 2.3 | 0.3 | 1.3 | 3.6 | 1.2 | 0.4 |
| LD95 | 1.2 | 19.5 | 3.6 | 9.1 | 9.4 | 5.9 |
| LD94 | 1.5 | 5.9 | 2.0 | 8.5 | 9.2 | 7.3 |
| LD93 | 1.8 | 4.2 | 3.9 | 24.6 | 15.8 | 10.8 |
| LD91 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| LD90 | 0.4 | 0.4 | 0.4 | 0.4 | 0.5 | 0.5 |
| LD82 | 0.1 | 0.1 | 0.2 | 0.3 | 0.4 | 0.7 |
| LD81 | 0.1 | 0.1 | 15.2 | 7.6 | 5.4 | 2.3 |
| LD80 | 0.1 | 0.1 | 3.7 | 6.5 | 7.1 | 2.1 |
| LD79 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.2 |
| LD77 | 0.1 | 0.1 | 6.9 | 11.1 | 6.4 | 2.9 |
| LD76 | 0.1 | 0.1 | 0.2 | 0.3 | 0.2 | 0.4 |
| LD75 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 |
| LD70 | 0.1 | 0.1 | 0.6 | 0.6 | 0.6 | 0.6 |
| LD64 | 0.1 | 0.1 | 0.3 | 0.3 | 0.3 | 0.4 |
| LD63 | 0.7 | 0.8 | 0.3 | 0.3 | 0.4 | 0.6 |
| LD62 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.5 |
| LG109 | 16.3 | 36.0 | 23.4 | 37.9 | 25.7 | 34.5 |
| LG100 | 21.5 | 32.7 | 11.8 | 18.0 | 8.6 | 8.1 |
| LG98 | 0.7 | 2.3 | 13.2 | 9.8 | 6.8 | 7.8 |
| LG96 | 46.7 | 82.9 | 37.3 | 32.6 | 14.1 | 18.5 |
| LG93 | 3.6 | 9.2 | 19.8 | 37.3 | 24.0 | 24.6 |
| LG91 | 0.2 | 0.2 | 0.1 | 0.2 | 0.1 | 0.1 |
| LG90 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.0 |
| LG87 | 14.5 | 7.5 | 9.2 | 10.4 | 5.9 | 4.7 |
| LG82 | 0.2 | 0.2 | 0.6 | 0.8 | 0.5 | 1.2 |
| LG81 | 0.7 | 0.8 | 1.2 | 4.1 | 14.8 | 19.9 |
| LG80 | 2.2 | 11.9 | 19.8 | 31.3 | 21.9 | 17.4 |
| LH1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LH6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LH7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LH10 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LH11 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LH13 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LH15 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LH17 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LH20 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LH21 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| LH22 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Q in the lipid name indicates that the tertiary amines of the lipid were quaternized using methyl iodide. L indicates lipids prepared from the indicated acrylates and amines. N indicates that the ester functional group of the acrylate has been replaced with an amide group. * indicates 72 hours incubation before bright-glo.

**[00269]** The table below summarizes the data as a % of the luciferase activity obtained from the use of Lipofectamine 2000. The table indicates the best lipids for transfection.

Table 3

| | 2.5 w/w | 5 w/w | 10 w/w | 15 w/w | 20 w/w | 25 w/w |
|---|---|---|---|---|---|---|
| LD28 | | | 1.7 | 8.5 | | |
| LD31 | 44.2 | 38.7 | 18.8 | 11.3 | 42.8 | 174.1 |
| LD77 | 0.1 | 0.1 | 6.9 | 11.1 | 6.4 | 2.9 |
| LD81 | 0.1 | 0.1 | 15.2 | 7.6 | 5.4 | 2.3 |
| LD86 | | | 29.6 | 16.0 | | |
| LD87 | | | 53.9 | 43.3 | | |
| LD93 | 1.8 | 4.2 | 3.9 | 24.6 | 15.8 | 10.8 |
| LD94 | 1.5 | 5.9 | 2.0 | 8.5 | 9.2 | 7.3 |
| LD95 | 1.2 | 19.5 | 3.6 | 9.1 | 9.4 | 5.9 |
| LD99 | 4.4 | 12.8 | 44.6 | 27.0 | 6.2 | 0.8 |
| LD100 | 3.9 | 1.5 | 12.0 | 15.3 | 6.9 | 1.3 |
| LD103 | 11.6 | 17.2 | 24.4 | 27.1 | 12.3 | 6.6 |
| LD109 | 9.3 | 18.6 | 31.1 | 20.7 | 7.0 | 2.0 |
| LE86 | 31.1 | 22.7 | 22.6 | 2.5 | 0.0 | 0.0 |
| LE87 | 10.5 | 9.0 | 38.4 | 4.3 | 0.0 | 0.0 |
| LE96 | 13.5 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 |
| LE99 | 9.9 | 5.4 | 13.7 | 2.7 | 0.0 | 0.0 |
| LE103 | 20.4 | 22.1 | 11.8 | 2.8 | 0.0 | 0.0 |
| LE109 | 1.5 | 5.3 | 28.7 | 18.0 | 1.8 | 0.6 |
| LF31 | 64.1 | 78.7 | 13.4 | 69.5 | 97.3 | 266.8 |
| LF76 | 1.7 | 5.6 | 9.8 | 24.3 | 22.2 | 19.5 |
| LF77 | 3.7 | 25.1 | 28.2 | 24.1 | 17.0 | 22.1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LF80 | 2.5 | 35.1 | 35.5 | 34.3 | 19.9 | 14.8 |
| LF86 | 21.5 | 17.9 | 19.6 | 21.2 | 10.5 | 10.4 |
| LF87 | 19.4 | 11.3 | 30.2 | 13.3 | 11.0 | 10.0 |
| LF93 | 32.0 | 50.4 | 15.0 | 150.7 | 143.2 | 171.3 |
| LF94 | 41.8 | 37.7 | 96.3 | 114.7 | 99.0 | 98.6 |
| LF95 | 15.3 | 51.3 | 44.3 | 71.8 | 64.6 | 75.1 |
| LF96 | 52.4 | 62.8 | 79.3 | 47.7 | 64.4 | 36.0 |
| LF98 | 2.5 | 7.9 | 17.8 | 17.2 | 9.5 | 9.9 |
| LF99 | 32.2 | 49.8 | 26.5 | 10.7 | 6.0 | 6.2 |
| LF100 | 17.6 | 70.0 | 69.0 | 85.9 | 44.2 | 50.9 |
| LF103 | 43.9 | 11.6 | 65.4 | 91.8 | 61.6 | 61.4 |
| LF109 | 16.0 | 28.3 | 16.9 | 21.9 | 28.7 | 49.5 |
| LG25 | 15.9 | 32.0 | 43.2 | 56.9 | 42.1 | 63.9 |
| LG31 | 19.6 | 27.6 | 34.0 | 8.5 | 14.3 | 94.0 |
| LG32 | 0.2 | 10.2 | 1.0 | 0.7 | 0.4 | 0.7 |
| LG76* | 6.2 | 14.1 | 21.4 | 48.6 | 54.1 | 92.5 |
| LG77 | | | 43.5 | 34.0 | | |
| LG80 | 2.2 | 11.9 | 19.8 | 31.3 | 21.9 | 17.4 |
| LG81 | 0.7 | 0.8 | 1.2 | 4.1 | 14.8 | 19.9 |
| LG87 | 14.5 | 7.5 | 9.2 | 10.4 | 5.9 | 4.7 |
| LG93* | 3.6 | 9.2 | 19.8 | 37.3 | 24.0 | 24.6 |
| LG96 | 46.7 | 82.9 | 37.3 | 32.6 | 14.1 | 18.5 |
| LG98 | 0.7 | 2.3 | 13.2 | 9.8 | 6.8 | 7.8 |
| LG100 | 21.5 | 32.7 | 11.8 | 18.0 | 8.6 | 8.1 |
| LG109 | 16.3 | 36.0 | 23.4 | 37.9 | 25.7 | 34.5 |
| LG93 | 45.0 | 43.8 | 310.5 | 281.8 | 185.9 | 183.8 |
| ND28 | 124.8 | 116.0 | 28.9 | 0.0 | 0.0 | 0.0 |
| QG75 | 10.0 | 20.6 | 34.0 | 2.7 | 1.0 | 0.8 |
| QG76 | 5.6 | 16.9 | 20.7 | 2.5 | 0.0 | 0.0 |
| QG80 | 1.3 | 4.9 | 32.2 | 68.4 | 36.2 | 24.5 |
| QG81 | 0.7 | 3.6 | 41.1 | 15.5 | 2.4 | 1.4 |
| QG82 | 25.0 | 24.6 | 32.6 | 8.6 | 2.3 | 1.4 |
| QG87 | 89.0 | 94.0 | 42.4 | 64.7 | 62.1 | 44.1 |
| QG90 | 1.1 | 4.3 | 7.7 | 17.4 | 7.3 | 5.4 |
| QG91 | 0.4 | 3.3 | 25.9 | 45.2 | 18.5 | 2.8 |
| QG98 | 2.1 | 10.3 | 22.3 | 14.9 | 9.3 | 4.5 |
| QG100 | 11.2 | 32.1 | 57.1 | 102.6 | 93.0 | 94.5 |
| QG109 | 29.9 | 40.6 | 31.3 | 52.6 | 51.3 | 46.6 |

Q in the lipid name indicates that the tertiary amines of the lipid were quaternized using methyl iodide. L indicates lipids prepared from the indicated acrylates and amines. N indicates that the ester functional group of the acrylate has been replaced with an amide group. * indicates 72 hour incubation before bright-glo.

**Example 2 – Testing of Lipids for RNA Delivery**

**[00270]** Reporter-protein knockdown achieved by the top transfecting lipids relative to Lipofectamine™ 2000 (where negative values indicate improved knockdown). The assay accounts for toxicity, monitoring expression of both renilla and firefly luciferases, where the latter serves as viability control. For each lipid, 50 ng of siRNA was added per well at specific lipid/RNA w/w ratios (from top to bottom: 2.5, 5, 10, 15).

| ND95 | ND98 | ND99 | ND100 | NF96 | LD31 | LE87 | LF31 | LF95 | LG32 |
|---|---|---|---|---|---|---|---|---|---|
| 19.8058 | -4.00473 | -10.1961 | 10.88263 | -6.262 | 15.3558 | 5.504325 | 50.09235 | 36.29344 | 58.10496 |
| 8.318854 | -4.48242 | -9.86007 | -7.54577 | -2.03466 | -7.89703 | -6.92331 | 11.94445 | 28.86141 | 41.51079 |
| -5.20544 | -4.63444 | -18.2728 | -21.4945 | 63.19863 | -15.5821 | -8.53319 | -0.82516 | -2.22361 | 44.71105 |
| -7.16345 | -13.9514 | -20.0273 | -8.3303 | 90.8142 | -16.8831 | -15.2929 | -10.5366 | -8.09928 | -13.6483 |

| LG77 | LG80 | LG96 | LG100 | LG109 | QD99 | QF99 | NG64 | QF100 | LG31 |
|---|---|---|---|---|---|---|---|---|---|
| 71.00772 | 2.006687 | 27.952 | 33.5374 | 55.7409 | 11.53579 | 9.026287 | -11.7697 | 24.82954 | 41.00232 |
| -0.05414 | -9.08975 | -20.9722 | 15.36957 | 43.90063 | 5.050401 | -1.83976 | -34.6712 | 1.751482 | 21.06244 |
| -7.72114 | -15.9409 | -38.0741 | -21.8017 | -5.23097 | -27.9145 | -8.99917 | 3.073073 | -0.8059 | -2.71354 |
| -21.3897 | -21.0263 | -31.1828 | -20.7012 | -11.1255 | -22.3471 | -34.0996 | 1.439032 | 0.212713 | -5.76419 |

## Example 3 – Testing of Lipds for DNA Delivery

[00271] Raw values for luciferase expression (relative lights units) of best-transfecting lipids at lipid/DNA (w/w) ratios listed. 300 ng of DNA was added per well.

| | 2.5 w/w | 5 w/w | | 10 w/w | 15 w/w |
|---|---|---|---|---|---|
| ND20 | 6868960 | 4880532 | | | |
| ND21 | 1170534 | 1213862 | | | |
| ND22 | 721270 | 1083569 | | | |
| LIPO2000 | 2467624 | 1754800 | | | |
| | | | | | |
| ND24 | 5256861 | 1231973 | | | |
| ND25 | 7548491 | 5088120 | | | |
| ND28 | 20925873 | 1299887 | | | |
| ND32 | 17713202 | 2745231 | ND31 | 1154404 | 936815 |
| ND36 | 4517622 | 2945357 | ND36 | 2043526 | 658985 |
| LIPO2000 | 3334772 | 4043316 | LIPO2000 | 2424297 | 2086728 |
| | | | | | |
| | | | ND66 | 835433 | 1291599 |
| | | | LIPO2000 | 30344816 | 28204810 |
| | | | | | |
| ND94 | 774425 | 1382667 | | | |
| ND95 | 2875811 | 4619654 | ND95 | 7977064 | 10279185 |
| ND96 | 2910700 | 42837 | | | |
| ND98 | 5649897 | 791660 | | | |
| LIPO2000 | 25489210 | 14945620 | LIPO2000 | 21192523 | 19239706 |
| | | | | | |
| ND99 | 10252260 | 9886021 | | | |
| ND100 | 2713327 | 294518 | | | |
| ND109 | 2197484 | 2087995 | | | |
| NF1 | 778473 | 227587 | | | |
| NF10 | 1192178 | 838283 | | | |
| LIPO2000 | 13040527 | 10774995 | | | |
| | | | | | |
| NF20 | 1814886 | 1801431 | | | |
| NF25 | 2473702 | 1366194 | | | |
| LIPO2000 | 19020395 | 15427061 | | | |
| | | | | | |
| NF61 | 4332331 | 3689556 | NF60 | 2401570 | 3739668 |
| NF63 | 1141469 | 865897 | NF63 | 3031718 | 1138429 |
| NF64 | 384317 | 2283250 | NF70 | 1605749 | 887500 |
| LIPO2000 | 6776111 | 5451663 | LIPO2000 | 8309497 | 7617169 |
| | | | | | |
| NF86 | 4798383 | 4087285 | | | |
| NF87 | 3904993 | 3436007 | | | |
| NF91 | 1993690 | 1670695 | | | |
| LIPO2000 | 8463204 | 7664209 | | | |

| | | | | | |
|---|---|---|---|---|---|
| NF95 | 1839462 | 2082965 | NF95 | 1906488 | 918612 |
| NF96 | 3095896 | 650770 | | | |
| NF100 | 1061441 | 8015 | | | |
| NF103 | 2559344 | 347240 | | | |
| NF109 | 2867865 | 678968 | | | |
| LIPO2000 | 1397825 | 1469076 | LIPO2000 | 1897360 | 2712535 |
| | | | | | |
| NG61 | 1452027 | 765795 | | | |
| NG64 | 2585784 | 1972838 | | | |
| LIPO2000 | 7992593 | 9351046 | | | |
| | | | | | |
| NG77 | 972002 | 1184771 | | | |
| NG86 | 1357355 | 1521687 | NG86 | 1513703 | 1223360 |
| NG87 | 823764 | 1005875 | | | |
| LIPO2000 | 6188050 | 5383340 | LIPO2000 | 4484218 | 6094431 |
| | | | | | |
| | | | NG95 | 834849 | 1208120 |
| | | | LIPO2000 | 2308433 | 3627875 |
| | | | | | |
| NP62 | 1443678 | 33188 | | | |
| NP63 | 1180418 | 1543275 | NP63 | 1388102 | 798342 |
| LIPO2000 | 15535841 | 14019561 | LIPO2000 | 15019226 | 14524819 |
| | | | | | |
| | | | NP86 | 595340 | 1323915 |
| | | | NP87 | 1207376 | 1192838 |
| | | | LIPO2000 | 8746668 | 10523338 |
| | | | | | |
| NP96 | 4598787 | 288439 | | | |
| NP98 | 7860614 | 24812 | | | |
| NP99 | 3202948 | 9767 | | | |
| NP103 | 8798627 | 308844 | | | |
| NP109 | 37952 | 19829 | | | |
| NF95 | 12051 | 3775212 | | | |
| NF103 | 19086 | 7008052 | NF103 | 2886271 | 772518 |
| NF109 | 85471 | 3352713 | NF109 | 1151621 | 108854 |
| LIPO2000 | 10602791 | 11196771 | LIPO2000 | 11152535 | 11535693 |
| | | | | | |
| ND20 | 7521540 | 435731 | | | |
| ND98 | 6947385 | 5165088 | ND98 | 1824773 | 643862 |
| ND99 | 11757295 | 7656193 | | | |
| ND100 | 5544902 | 2936058 | | | |
| NF61 | 458095 | 3053999 | | | |
| NF96 | 7037710 | 3202668 | NF96 | 2048655 | 167043 |
| NF103 | 5865613 | 4028907 | | | |
| NF109 | 6605163 | 1767496 | | | |
| LIPO2000 | 8861025 | 7852498 | LIPO2000 | 7017261 | 6964853 |

| | 2.5 w/w | 5 w/w | 10 w/w | 15 w/w | 20 w/w | 25 w/w | |
|---|---|---|---|---|---|---|---|
| LD31 | 44.2 | 38.7 | 18.8 | 11.3 | 42.8 | 174.1 | |
| LD87 | | | 53.9 | 43.3 | | | |
| LF31 | 64.1 | 78.7 | 13.4 | 69.5 | 97.3 | 266.8 | |
| LF93 | 32.0 | 50.4 | 15.0 | 150.7 | 143.2 | 171.3 | |
| LF94 | 41.8 | 37.7 | 96.3 | 114.7 | 99.0 | 98.6 | |
| LF95 | 15.3 | 51.3 | 44.3 | 71.8 | 64.6 | 75.1 | |
| LF96 | 52.4 | 62.8 | 79.3 | 47.7 | 64.4 | 36.0 | |
| LF99 | 32.2 | 49.8 | 26.5 | 10.7 | 6.0 | 6.2 | |
| LF100 | 17.6 | 70.0 | 69.0 | 85.9 | 44.2 | 50.9 | |
| LF103 | 43.9 | 11.6 | 65.4 | 91.8 | 61.6 | 61.4 | |
| LF109 | 16.0 | 28.3 | 16.9 | 21.9 | 28.7 | 49.5 | |
| LG25 | 15.9 | 32.0 | 43.2 | 56.9 | 42.1 | 63.9 | |
| LG31 | 19.6 | 27.6 | 34.0 | 8.5 | 14.3 | 94.0 | |
| LG76 | 6.2 | 14.1 | 21.4 | 48.6 | 54.1 | 92.5 | * 72 hours incubation before bright-glo |
| LG96 | 46.7 | 82.9 | 37.3 | 32.6 | 14.1 | 18.5 | |
| LG93 | 45.0 | 43.8 | 310.5 | 281.8 | 185.9 | 183.8 | * 72 hours incubation before bright-glo |
| ND28 | 124.8 | 116.0 | 28.9 | 0.0 | 0.0 | 0.0 | |
| QF80 | 0.4 | 1.4 | 10.9 | 52.7 | 35.1 | 20.8 | |
| QF86 | 61.1 | 58.1 | 53.2 | 27.8 | 22.2 | 19.6 | |
| QF87 | 11.7 | 41.8 | 57.2 | 64.0 | 53.5 | 45.4 | |
| QF91 | 0.3 | 2.1 | 36.4 | 51.2 | 23.0 | 12.1 | |
| QF94 | 34.2 | 37.6 | 42.5 | 53.6 | 47.7 | 35.6 | |
| QD99 | 5.1 | 22.9 | 16.9 | 83.1 | 91.7 | 96.9 | |
| QD109 | 40.3 | 65.7 | 71.0 | 60.5 | 44.0 | 32.9 | |
| LB100 | 0.0 | 0.9 | 13.2 | 39.9 | 46.6 | 29.0 | |
| LB109 | 0.0 | 0.9 | 1.9 | 13.5 | 47.1 | 61.6 | |
| QG80 | 1.3 | 4.9 | 32.2 | 68.4 | 36.2 | 24.5 | |
| QG87 | 89.0 | 94.0 | 42.4 | 64.7 | 62.1 | 44.1 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| QG100 | 11.2 | 32.1 | 57.1 | 102.6 | 93.0 | 94.5 | | | | | |
| QG109 | 29.9 | 40.6 | 31.3 | 52.6 | 51.3 | 46.6 | | | | | |
| ND20 | 278.4 | 278.1 | 0.2 | 0.1 | 0.0 | 0.0 | ND20 | 84.9 | 5.5 | 0.1 | 0.0 |
| ND21 | 47.4 | 69.2 | 18.7 | 2.6 | 0.1 | 0.4 | | | | | |
| ND22 | 29.2 | 61.7 | 48.0 | 4.4 | 0.4 | 0.2 | | | | | |
| ND24 | 157.6 | 30.5 | 2.4 | 0.2 | 0.0 | 0.0 | | | | | |
| ND25 | 226.4 | 125.8 | 19.5 | 0.5 | 0.0 | 0.0 | | | | | |
| ND26 | 13.4 | 2.3 | 0.1 | 0.0 | 0.0 | 0.0 | | | | | |
| ND28 | 627.5 | 32.1 | 0.1 | 0.1 | 0.0 | 0.0 | | | | | |
| ND31 | 7.7 | 5.6 | 47.6 | 44.9 | 7.6 | 19.7 | | | | | |
| ND32 | 531.2 | 67.9 | 1.1 | 0.1 | 0.0 | 0.0 | | | | | |
| ND36 | 135.5 | 72.8 | 84.3 | 31.6 | 0.8 | 0.0 | | | | | |
| ND95 | 11.3 | 30.9 | 37.6 | 53.4 | 37.8 | 54.0 | | | | | |
| ND98 | 22.2 | 5.3 | 0.5 | 0.4 | 0.4 | 0.3 | ND98 | 78.4 | 65.8 | 26.0 | 9.2 |
| ND99 | 16.8 | 36.5 | 78.6 | 91.7 | | | ND99 | 132.7 | 97.5 | 6.8 | 2.2 |
| ND100 | 45.7 | 48.0 | 20.8 | 2.7 | | | ND100 | 62.6 | 37.4 | 2.5 | 0.6 |
| | 6.8 | 21.9 | 28.9 | 49.1 | | | NF61 | 5.2 | 38.9 | 8.6 | 1.1 |
| | 63.9 | 67.7 | 7.0 | 2.9 | | | | | | | |
| | 5.7 | 41.9 | 0.3 | 0.1 | | | | | | | |
| | 56.7 | 53.3 | 4.5 | 2.3 | | | | | | | |
| | 46.1 | 44.8 | 0.3 | 0.0 | | | | | | | |
| | 131.6 | 141.8 | 100.5 | 33.9 | | | NF95 | 6.0 | 9.4 | 4.7 | 12.1 |
| NF96 | 221.5 | 44.3 | 0.2 | 0.1 | | | NF96 | 79.4 | 40.8 | 29.2 | 2.4 |
| NF100 | 75.9 | 0.5 | 0.0 | 0.0 | | | | | | | |
| NF103 | 183.1 | 23.6 | 0.0 | 0.0 | | | NF103 | 66.2 | 51.3 | 0.6 | 0.0 |
| NF109 | 205.2 | 46.2 | 1.7 | 0.0 | | | NF109 | 74.5 | 22.5 | 3.9 | 1.6 |
| NP96 | 43.4 | 2.6 | 7.1 | 8.2 | | | | | | | |
| NP98 | 74.1 | 0.2 | 0.3 | 0.4 | | | NP98 | 0.4 | 0.3 | 0.3 | 0.2 |
| NP103 | 83.0 | 2.8 | 0.0 | 1.5 | | | NP103 | 2.1 | 2.3 | 3.8 | 1.4 |

The data in the second set of columns represents is a replicate set of data for certain experiments.

## Other Embodiments

**[00272]** The foregoing has been a description of certain non-limiting preferred embodiments of the invention. Those of ordinary skill in the art will appreciate that various changes and modifications to this description may be made without departing from the spirit or scope of the present invention, as defined in the following claims.

## Claims

What is claimed is:

1. A compound of the formula:



wherein V is selected from the group consisting of C=O, C=S, S=O, and $SO_2$;

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; -CN; -SCN; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; -$OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; or $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_2$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_B$; $-C(=O)R_B$; $-CO_2R_B$; -CN; -SCN; $-SR_B$; $-SOR_B$; $-SO_2R_B$; $-NO_2$; $-N_3$; $-N(R_B)_2$; $-NHC(=O)R_B$; $-NR_BC(=O)N(R_B)_2$; $-OC(=O)OR_B$; $-OC(=O)R_B$; -

$OC(=O)N(R_B)_2$; $-NR_BC(=O)OR_B$; or $-C(R_B)_3$; wherein each occurrence of $R_B$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_1$ and $R_2$ may be taken together to form a cyclic structure;

$R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_C$; $-C(=O)R_C$; $-CO_2R_C$; -CN; -SCN; $-SR_C$; $-SOR_C$; $-SO_2R_C$; $-NO_2$; $-N_3$; $-N(R_C)_2$; $-NHC(=O)R_C$; $-NR_CC(=O)N(R_C)_2$; $-OC(=O)OR_C$; $-OC(=O)R_C$; -$OC(=O)N(R_C)_2$; $-NR_CC(=O)OR_C$; or $-C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

each occurrence of $R_5$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

each occurrence of $R_6$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

with the proviso that when all occurrences of $R_5$ and $R_6$ are hydrogen, V is C=O, $R_1$ is $-OR_A$, $R_2$ is $-OR_B$, and $R_1$ and $R_2$ are the same, then $R_3$ is not —$CH_2CH_2OR_C$', wherein $R_C$' is methyl, ethyl, propyl, isopropyl, butyl, s-butyl, isobutyl, t-butyl, pentyl, cyclopentyl, hexyl, cyclohexyl, decyl, methoxymethyl, 2-

methoxyethyl, 1-ethoxyethyl, 2-ethoxyethyl, (2-methoxyethoxy)methyl, 2-tetrahydrofuranyl, 2-tetrahydropyranyl, tetrahydrofurfuryl, formyl, acetyl, propionyl, butyryl, isobutyryl, pivaloyl, valeryl, methoxyacetyl, ethoxyacetyl, acetoxyacetyl, 2-formyloxyethyl, 2-acetoxyethyl, 2-oxopropyl, 2-oxobutyl, 2-oxocyclopentyl, 2-oxo-3-tetrahydrofuranyl, 2-oxo-3-tetrahydropyranyl, methoxycarbonyl, ethoxycarbonyl, and t-butoxycarbonyl; and

with the proviso that when all occurrences of $R_5$ and $R_6$ are hydrogen, V is C=O, $R_1$ is $-OR_A$, wherein $R_A$ is a straight-chain, branched or cyclic alkyl group of 1 to 20 carbon atoms which may contain an ether, carbonyl, or carbonyloxy group; $R_2$ is $-OR_B$, wherein $R_B$ is a straight-chain, branched or cyclic alkyl group of 1 to 20 carbon atoms which may contain an ether, carbonyl, or carbonyloxy group; and $R_1$ and $R_2$ are the same, the $R_3$ is not —$CH_2CH_2OR_C$", wherein $R_C$" is a straight-chain, branched or cyclic alkyl group of 1 to 20 carbon atoms which may contain an ether, carbonyl, or carbonyloxy group;

and salts thereof.

2. A compound of the formula:



wherein V is selected from the group consisting of C=O, C=S, S=O, and $SO_2$;

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; -CN; -SCN; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; or $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted

or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_2$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_B$; $-C(=O)R_B$; $-CO_2R_B$; -CN; -SCN; $-SR_B$; $-SOR_B$; $-SO_2R_B$; $-NO_2$; $-N_3$; $-N(R_B)_2$; $-NHC(=O)R_B$; $-NR_BC(=O)N(R_B)_2$; $-OC(=O)OR_B$; $-OC(=O)R_B$; $-OC(=O)N(R_B)_2$; $-NR_BC(=O)OR_B$; or $-C(R_B)_3$; wherein each occurrence of $R_B$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_1$ and $R_2$ may be taken together to form a cyclic structure;

$R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_C$; $-C(=O)R_C$; $-CO_2R_C$; -CN; -SCN; $-SR_C$; $-SOR_C$; $-SO_2R_C$; $-NO_2$; $-N_3$; $-N(R_C)_2$; $-NHC(=O)R_C$; $-NR_CC(=O)N(R_C)_2$; $-OC(=O)OR_C$; $-OC(=O)R_C$; $-OC(=O)N(R_C)_2$; $-NR_CC(=O)OR_C$; or $-C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or

unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

each occurrence of $R_5$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

each occurrence of $R_6$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

$R_7$ is hydrogen or $C_1$-$C_6$ aliphatic; and

X is an anion;

with the proviso that when all occurrences of $R_5$ and $R_6$ are hydrogen, V is C=O, $R_1$ is –$OR_A$, $R_2$ is –$OR_B$, and $R_1$ and $R_2$ are the same, then $R_3$ is not —$CH_2CH_2OR_C$', wherein $R_C$' is methyl, ethyl, propyl, isopropyl, butyl, s-butyl, isobutyl, t-butyl, pentyl, cyclopentyl, hexyl, cyclohexyl, decyl, methoxymethyl, 2-methoxyethyl, 1-ethoxyethyl, 2-ethoxyethyl, (2-methoxyethoxy)methyl, 2-tetrahydrofuranyl, 2-tetrahydropyranyl, tetrahydrofurfuryl, formyl, acetyl, propionyl, butyryl, isobutyryl, pivaloyl, valeryl, methoxyacetyl, ethoxyacetyl, acetoxyacetyl, 2-formyloxyethyl, 2-acetoxyethyl, 2-oxopropyl, 2-oxobutyl, 2-oxocyclopentyl, 2-oxo-3-tetrahydrofuranyl, 2-oxo-3-tetrahydropyranyl, methoxycarbonyl, ethoxycarbonyl, and t-butoxycarbonyl; and

with the proviso that when all occurrences of $R_5$ and $R_6$ are hydrogen, V is C=O, $R_1$ is –$OR_A$, wherein $R_A$ is a straight-chain, branched or cyclic alkyl group of 1 to 20 carbon atoms which may contain an ether, carbonyl, or carbonyloxy group; $R_2$ is –$OR_B$, wherein $R_B$ is a straight-chain, branched or cyclic alkyl group of 1 to 20 carbon atoms which may contain an ether, carbonyl, or carbonyloxy group; and $R_1$ and $R_2$ are the same, the $R_3$ is not —$CH_2CH_2OR_C$", whererin $R_C$" is a straight-chain, branched or cyclic alkyl group of 1 to 20 carbon atoms which may contain an ether, carbonyl, or carbonyloxy group;

and salts thereof.

3. The compound of claim 2, wherein X is an anion selected from the group

consisting of fluoride, chloride, bromide, iodide, sulfate, bisulfate, phosphate, nitrate, acetate, fumarate, oleate, citrate, valerate, maleate, oxalate, isonicotinate, lactate, salicylate, tartrate, tannate, pantothenate, bitartrate, ascorbate, succinate, gentisinate, gluconate, glucaronate, saccharate, formate, benzoate, glutamate, methanesulfonate, ethanesulfonate, benzenesulfonate, p-toluenesulfonate, and pamoate (*i.e.*, 1,1'-methylene-bis-(2-hydroxy-3-naphthoate).

4. The compound of claim 2, wherein $R_7$ is $C_1$-$C_6$ alkyl

5. The compound of claim 2, wherein $R_7$ is hydrogen.

6. The compound of claim 2, wherein $R_7$ is methyl

7. The compound of claim 1 or 2, wherein each occurrence of $R_5$ and $R_6$ is hydrogen.

8. The compound of claim 1 or 2, wherein 

and 

are the same.

9. The compound of claim 1 or 2, wherein 

and 

are the same and are different than $R_3$.

10. The compound of claim 1 or 2, wherein 

, 

, and $R_3$ are all different.

11. The compound of claim 1 or 2, wherein  and

 are independently selected from the group consisting of:



12. The compound of claim 1 or 2, wherein  and

 are the same and are selected from the group consisting of:



13. The compound of claim 1 or 2, wherein  and  are the same and are selected from the group consisting of:



14. The compound of claim 1 or 2, wherein  and  are independently selected from the group consisting of:



15. The compound of claim 1 or 2, wherein  and  are the same and are selected from the group consisting of:



16. The compound of claim 1 or 2, wherein  and  are the same and are selected from the group consisting of:



17. The compound of claim 1, wherein  is selected from the group consisting of:







18. The compound of claim 1, wherein  is selected from the group consisting of:



19. The compound of claim 1, wherein  is selected from the group consisting of:





20. The compound of claim 1 of formula:



wherein

$R_3$' is $C_{1-6}$alkyl, hydroxyl, thiol; $C_{1-6}$alkoxy; amino, $C_{1-6}$alkylamino, di$C_{1-6}$alkylamino; carbocyclic moiety; heterocyclic moiety; aryl; or heteroaryl moiety;

n is an integer between 5 and 20, inclusive; and

m is an integer between 1 and 10, inclusive; and pharmaceutically acceptable salts thereof.

21. The compound of claim 20, wherein $R_3$' is hydroxyl.

22. The compound of claim 20, wherein $R_3$' is methoxy or ethoxy.

23. The compound of claim 20, wherein $R_3$' is heteroaryl.

24. The compound of claim 20, wherein $R_3$' is histidinyl.

25. The compound of claim 20, wherein $R_3$' is a heterocyclic moiety.

25. The compound of claim 1 selected from the group consisting of:









LD31



LF31



LF93



LF94



LG93



ND28



QG87



QG100

27. The compound of claim 1 of the formula:



28. The compound of claim 1 of the formula:




wherein V is C=O.

29. The compound of claim 28 of the formula:




wherein $R_1$ is $-OR_A$; and $R_2$ is $-OR_B$.

30. The compound of claim 29, wherein $R_A$ and $R_B$ are the same.

31. The compound of claim 29, wherein $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkyl groups.

32. The compound of claim 29, wherein $R_A$ and $R_B$ are $C_9$-$C_{20}$ straight- chain alkyl groups.

33. The compound of claim 29, wherein $R_A$ and $R_B$ are $C_{21}$-$C_{30}$ straight-chain alkyl groups.

34. The compound of claim 29, wherein $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkenyl groups.

35. The compound of claim 29, wherein $R_A$ and $R_B$ are $C_6$-$C_{30}$ straight chain alkynyl groups.

36. The compound of claim 29, wherein $R_A$ and $R_B$ each comprise at least 4 carbon atoms.

37. The compound of claim 29, wherein $R_A$ and $R_B$ each comprise at least 5 carbon atoms.

38. The compound of claim 29, wherein $R_A$ and $R_B$ each comprise at least 6 carbon atoms.

39. The compound of claim 29, wherein $R_A$ and $R_B$ are independently selected from the group consisting of a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety.

40. The compound of claim 29, wherein $R_A$ and $R_B$ are cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic moities.

41. The compound of claim 29, wherein $R_A$ and $R_B$ are the same.

42. The compound of claim 29, wherein $R_A$ and $R_B$ are acyclic, substituted or unsubstituted, branched or unbranched aliphatic moieties.

43. The compound of claim 29, wherein $R_A$ and $R_B$ are acyclic, unsubstituted, unbranched aliphatic moeities.

44. The compound of claim 29, wherein $R_A$ and $R_B$ are alkyl groups.

45. The compound of claim 29, wherein $R_A$ and $R_B$ are $C_1$-$C_{30}$ alkyl groups.

46. The compound of claim 29, wherein $R_A$ and $R_B$ are $C_5$-$C_{20}$ alkyl groups.

47. The compound of claim 29, wherein $R_A$ and $R_B$ are $C_5$-$C_{12}$ alkyl groups.

48. The compound of claim 29, wherein $R_A$ and $R_B$ are polyethylene glycol groups.

49. The compound of claim 29, wherein $R_3$ is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic moiety; a cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic moiety; a substituted or unsubstitued, branched or unbranched aryl moiety; or a substituted or unsubstituted, branched or unbranched heteroaryl moiety.

50. The compound of claim 29, wherein $R_3$ is not 

.

51. The compound of claim 28 of the formula:




wherein $R_1$ is $-N(R_A)_2$; and $R_2$ is $-N(R_B)_2$.

52. The compound of claim 28 of the formula:



wherein $R_1$ is –$NHR_A$; and $R_2$ is –$NHR_B$.

53. A compound of the formula:



wherein A is selected from the group consisting of cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; and substituted or unsubstituted, branched or unbranched heteroaryl;

V is selected from the group consisting of C=O, C=S, S=O, and $SO_2$;

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; -$OR_A$; -C(=O)$R_A$; -$CO_2R_A$; -CN; -SCN; -$SR_A$; -$SOR_A$; -$SO_2R_A$; -$NO_2$; -$N_3$; -$N(R_A)_2$; -NHC(=O)$R_A$; -$NR_A$C(=O)$N(R_A)_2$; -OC(=O)$OR_A$; -OC(=O)$R_A$; -OC(=O)$N(R_A)_2$; -$NR_A$C(=O)$OR_A$; and -$C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted,

branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_2$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_B$; $-C(=O)R_B$; $-CO_2R_B$; -CN; -SCN; $-SR_B$; $-SOR_B$; $-SO_2R_B$; $-NO_2$; $-N_3$; $-N(R_B)_2$; $-NHC(=O)R_B$; $-NR_BC(=O)N(R_B)_2$; $-OC(=O)OR_B$; $-OC(=O)R_B$; $-OC(=O)N(R_B)_2$; $-NR_BC(=O)OR_B$; or $-C(R_B)_3$; wherein each occurrence of $R_B$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_1$ and $R_2$ may be taken together to form a cyclic structure;

$R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_C$; $-C(=O)R_C$; $-CO_2R_C$; -CN; -SCN; $-SR_C$; $-SOR_C$; $-SO_2R_C$; $-NO_2$; $-N_3$; $-N(R_C)_2$; $-NHC(=O)R_C$; $-NR_CC(=O)N(R_C)_2$; $-OC(=O)OR_C$; $-OC(=O)R_C$; $-OC(=O)N(R_C)_2$; $-NR_CC(=O)OR_C$; or $-C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched

aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_4$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_D$; $-C(=O)R_D$; $-CO_2R_D$; -CN; -SCN; $-SR_D$; $-SOR_D$; $-SO_2R_D$; $-NO_2$; $-N_3$; $-N(R_D)_2$; $-NHC(=O)R_D$; $-NR_CC(=O)N(R_D)_2$; $-OC(=O)OR_D$; $-OC(=O)R_D$; $-OC(=O)N(R_D)_2$; $-NR_CC(=O)OR_D$; or $-C(R_D)_3$; wherein each occurrence of $R_D$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_3$ and $R_4$ may be taken together to form a cyclic structure;

and salts thereof.

54. A compound of the formula:




wherein A is selected from the group consisting of cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or

unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; and substituted or unsubstituted, branched or unbranched heteroaryl;

V is selected from the group consisting of C=O, C=S, S=O, and $SO_2$;

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; -CN; -SCN; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; and $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_2$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_B$; $-C(=O)R_B$; $-CO_2R_B$; -CN; -SCN; $-SR_B$; $-SOR_B$; $-SO_2R_B$; $-NO_2$; $-N_3$; $-N(R_B)_2$; $-NHC(=O)R_B$; $-NR_BC(=O)N(R_B)_2$; $-OC(=O)OR_B$; $-OC(=O)R_B$; $-OC(=O)N(R_B)_2$; $-NR_BC(=O)OR_B$; or $-C(R_B)_3$; wherein each occurrence of $R_B$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety;

alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_1$ and $R_2$ may be taken together to form a cyclic structure;

$R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_C$; $-C(=O)R_C$; $-CO_2R_C$; -CN; -SCN; $-SR_C$; $-SOR_C$; $-SO_2R_C$; $-NO_2$; $-N_3$; $-N(R_C)_2$; $-NHC(=O)R_C$; $-NR_CC(=O)N(R_C)_2$; $-OC(=O)OR_C$; $-OC(=O)R_C$; $-OC(=O)N(R_C)_2$; $-NR_CC(=O)OR_C$; or $-C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_4$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_D$; $-C(=O)R_D$; $-CO_2R_D$; -CN; -SCN; $-SR_D$; $-SOR_D$; $-SO_2R_D$; $-NO_2$; $-N_3$; $-N(R_D)_2$; $-NHC(=O)R_D$; $-NR_CC(=O)N(R_D)_2$; $-OC(=O)OR_D$; $-OC(=O)R_D$; $-OC(=O)N(R_D)_2$; $-NR_CC(=O)OR_D$; or $-C(R_D)_3$; wherein each occurrence of $R_D$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy;

or heteroarylthio moiety;

wherein $R_3$ and $R_4$ may be taken together to form a cyclic structure;

each occurrence of $R_7$ is $C_1$-$C_6$ aliphatic;

X is an anion; and salts thereof.

55. The compound of claim 54, wherein X is an anion selected from the group consisting of fluoride, chloride, bromide, iodide, sulfate, bisulfate, phosphate, nitrate, acetate, fumarate, oleate, citrate, valerate, maleate, oxalate, isonicotinate, lactate, salicylate, tartrate, tannate, pantothenate, bitartrate, ascorbate, succinate, gentisinate, gluconate, glucaronate, saccharate, formate, benzoate, glutamate, methanesulfonate, ethanesulfonate, benzenesulfonate, p-toluenesulfonate, and pamoate (*i.e.*, 1,1'-methylene-bis-(2-hydroxy-3-naphthoate).

56. The compound of claim 54, wherein $R_7$ is hydrogen.

57. The compound of claim 54, wherein $R_7$ is $C_1$-$C_6$ alkyl.

58. The compound of claim 54, wherein $R_7$ is methyl.

59. The compound of claim 53, wherein A is a cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic moiety; or a cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic moiety.

60. The compound of claim 53, wherein A is an acyclic, unsubstituted, unbranched aliphatic moiety.

61. The compound of claim 53, wherein A is an acyclic, unsubstituted, unbranched alkyl group.

62. The compound of claim 53, wherein A is an acyclic, unsubstituted, unbranched $C_1$-$C_6$ alkyl group.

63. The compound of claim 53, wherein A is an acyclic, unsubstituted, unbranched heteroaliphatic moiety.

64. The compound of claim 53, wherein A is a polyethylene glycol moiety.

65. The compound of claim 53, wherein $R_3$ and $R_4$ are the same.

66. The compound of claim 53, wherein $R_3$ and $R_4$ are $C_1$-$C_6$ alkyl group.

67. The compound of claim 53, wherein $R_3$ or $R_4$ is 

.

68. The compound of claim 53, wherein 

is selected from the group consisting of:



69. The compound of claim 53, wherein  is selected from the group consisting of:



70. The compound of claim 53, wherein  is selected from the group consisting of:



71. The compound of claim 53, wherein  is selected from the group consisting of:



72. A compound of formula:



wherein

A is selected from the group consisting of cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or

unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; and substituted or unsubstituted, branched or unbranched heteroaryl;

V is selected from the group consisting of C=O, C=S, S=O, and $SO_2$;

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; -CN; -SCN; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; and $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_2$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_B$; $-C(=O)R_B$; $-CO_2R_B$; -CN; -SCN; $-SR_B$; $-SOR_B$; $-SO_2R_B$; $-NO_2$; $-N_3$; $-N(R_B)_2$; $-NHC(=O)R_B$; $-NR_BC(=O)N(R_B)_2$; $-OC(=O)OR_B$; $-OC(=O)R_B$; $-OC(=O)N(R_B)_2$; $-NR_BC(=O)OR_B$; or $-C(R_B)_3$; wherein each occurrence of $R_B$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an

acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_1$ and $R_2$ may be taken together to form a cyclic structure;

$R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_C$; $-C(=O)R_C$; $-CO_2R_C$; -CN; -SCN; $-SR_C$; $-SOR_C$; $-SO_2R_C$; $-NO_2$; $-N_3$; $-N(R_C)_2$; $-NHC(=O)R_C$; $-NR_CC(=O)N(R_C)_2$; $-OC(=O)OR_C$; $-OC(=O)R_C$; $-OC(=O)N(R_C)_2$; $-NR_CC(=O)OR_C$; or $-C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_4$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_D$; $-C(=O)R_D$; $-CO_2R_D$; -CN; -SCN; $-SR_D$; $-SOR_D$; $-SO_2R_D$; $-NO_2$; $-N_3$; $-N(R_D)_2$; $-NHC(=O)R_D$; $-NR_CC(=O)N(R_D)_2$; $-OC(=O)OR_D$; $-OC(=O)R_D$; $-OC(=O)N(R_D)_2$; $-NR_CC(=O)OR_D$; or $-C(R_D)_3$; wherein each occurrence of $R_D$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino,

heteroaryloxy; or heteroarylthio moiety;

wherein $R_3$ and $R_4$ may be taken together to form a cyclic structure;

each occurrence of $R_5$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

each occurrence of $R_6$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

$R_7$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_G$; $-C(=O)R_G$; $-CO_2R_G$; -CN; -SCN; $-SR_G$; $-SOR_G$; $-SO_2R_G$; $-NO_2$; $-N_3$; $-N(R_G)_2$; $-NHC(=O)R_G$; $-NR_GC(=O)N(R_G)_2$; $-OC(=O)OR_G$; $-OC(=O)R_G$; $-OC(=O)N(R_G)_2$; $-NR_GC(=O)OR_G$; and $-C(R_G)_3$; wherein each occurrence of $R_G$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moietyand salts thereof.

73. A compounds of the formula:




wherein

A is selected from the group consisting of cyclic or acyclic, substituted or

unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; and substituted or unsubstituted, branched or unbranched heteroaryl;

V is selected from the group consisting of C=O, C=S, S=O, and $SO_2$;

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; -CN; -SCN; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; and $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_2$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_B$; $-C(=O)R_B$; $-CO_2R_B$; -CN; -SCN; $-SR_B$; $-SOR_B$; $-SO_2R_B$; $-NO_2$; $-N_3$; $-N(R_B)_2$; $-NHC(=O)R_B$; $-NR_BC(=O)N(R_B)_2$; $-OC(=O)OR_B$; $-OC(=O)R_B$; $-OC(=O)N(R_B)_2$; $-NR_BC(=O)OR_B$; or $-C(R_B)_3$; wherein each occurrence of $R_B$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or

unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_1$ and $R_2$ may be taken together to form a cyclic structure;

$R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_C$; $-C(=O)R_C$; $-CO_2R_C$; -CN; -SCN; $-SR_C$; $-SOR_C$; $-SO_2R_C$; $-NO_2$; $-N_3$; $-N(R_C)_2$; $-NHC(=O)R_C$; $-NR_CC(=O)N(R_C)_2$; $-OC(=O)OR_C$; $-OC(=O)R_C$; $-OC(=O)N(R_C)_2$; $-NR_CC(=O)OR_C$; or $-C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_4$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_D$; $-C(=O)R_D$; $-CO_2R_D$; -CN; -SCN; $-SR_D$; $-SOR_D$; $-SO_2R_D$; $-NO_2$; $-N_3$; $-N(R_D)_2$; $-NHC(=O)R_D$; $-NR_CC(=O)N(R_D)_2$; $-OC(=O)OR_D$; $-OC(=O)R_D$; $-OC(=O)N(R_D)_2$; $-NR_CC(=O)OR_D$; or $-C(R_D)_3$; wherein each occurrence of $R_D$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an

acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_3$ and $R_4$ may be taken together to form a cyclic structure;

each occurrence of $R_5$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

each occurrence of $R_6$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

$R_7$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_G$; $-C(=O)R_G$; $-CO_2R_G$; -CN; -SCN; $-SR_G$; $-SOR_G$; $-SO_2R_G$; $-NO_2$; $-N_3$; $-N(R_G)_2$; $-NHC(=O)R_G$; $-NR_GC(=O)N(R_G)_2$; $-OC(=O)OR_G$; $-OC(=O)R_G$; $-OC(=O)N(R_G)_2$; $-NR_GC(=O)OR_G$; and $-C(R_G)_3$; wherein each occurrence of $R_G$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

each occurrence of $R_8$ is hydrogen or $C_1$-$C_6$ aliphatic;

each dashed line represents a bond or the absence of a bond, wherein when the dashed line represents a bond, the attached nitrogen is positively charged; and

X is any anion.

74. The compound of claim 73, wherein each occurrence of $R_8$ is hydrogen or methyl.

75. The compound of claim 72, wherein 

is selected from the group

consisting of:



76. The compound of claim 72 of the formula:



wherein

each occurrence of x is an integer between 1 and 10, inclusive;

y is an integer between 0 and 10, inclusive;

each occurrence of $R_7$ is hydrogen or ;

$R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; -CN; -SCN; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; and $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic,

substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstituted, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety; and salts thereof.

77. The compound of claim 76, wherein x is an integer between 1 and 6, inclusive.

78. The compound of claim 76, wherein y is an integer between 1 and 3, inclusive.

79. The compound of claim 76, whereinR$_1$ is –OR$_A$.

80. The compound of claim 76, wherein R$_1$ is –ONHR$_A$.

81. The compound of claim 76, wherein R$_7$ is hydrogen or



82. The compound of claim 76, wherein $R_7$ is hydrogen or




83. A composition prepared by the method of reacting an amine of one of the formula (**1-117**):


1
6
7
10
11
13
15
17
20
21
22
24
25
26
28
31
32
33
34
36
38
60
61
62
63
64
70
75
76
77
79
80
81
82
86
87
90
91
93
94
95
96
98
99
100
103
109

95 

96 

98 

99 

100 

109 

110 

111 

112 

113 

114 

115 

116 

117 

with an acrylate or acrylamide of formula:

LA 

LB 

LC 

LD 

LE 

LF 

LG 

LG.2 

LH 

NA 

NB 

NC 

ND 

NE 

NF 

NG 

NP 

NH 

84. The composition of claim 83, wherein the amine is amine 1, 10, 11, 20, 24, 25, 28, 31, 32, 36, 60, 61, 62, 63, 64, 66, 77, 80, 86, 87, 91, 94, 95, 96, 98, 99, 100, 103, or 109.

85. The composition of claim 83, wherein an amine is reacted with an acrylate.

86. The composition of claim 83, wherein an amine is reacted with an acrylamide.

87. The composition of claim 83, wherein the acrylate is acrylate LD, LE, LF, or LG.

88. The composition of claim 83, wherein the acrylamide is acrylamide ND, NF, NG, or NP.

89. The composition of claim 83, wherein amine 98 is reacted with acrylamide ND; or amine 94 is reacted with acrylamide ND; or amine 20 is reacted with acrylamide ND; or amine 24 is reacted with acrylamide ND; or amine 25 is reacted with acrylamide ND; or amine 28 is reacted with acrylamide ND; or amine 36 is reacted with acrylamide ND; or amine 95 is reacted with acrylamide ND; or amine 96 is reacted with acrylamide ND; or amine 99 is reacted with acrylamide ND; or amine 100 is reacted with acrylamide ND; or amine 32 is reacted with acrylamide ND; or amine 103 is reacted with acrylamide ND; or amine 109 is reacted with acrylamide ND; or amine 1 is reacted with acrylamide NF; or amine 10 is reacted with acrylamide NF; or amine 11 is reacted with acrylamide NF; or amine 20 is reacted with acrylamide NF; or amine 25 is reacted with acrylamide NF; or amine 63 is reacted with acrylamide NF; or amine 60 is reacted with acrylamide NF; or amine 61 is reacted with acrylamide NF; or amine 64 is reacted with acrylamide NF; or amine 86 is reacted with acrylamide NF; or amine 87 is reacted with acrylamide NF; or amine 103 is reacted with acrylamide NF; or amine 91 is reacted with acrylamide NF; or amine 95 is reacted with acrylamide NF; or amine 96 is reacted with acrylamide NF; or amine 109 is reacted with acrylamide NF; or amine 61 is reacted with acrylamide NG; or amine 64 is reacted with acrylamide NG; or amine 77 is reacted with acrylamideNG; or amine 86 is reacted with acrylamide NG; or amine 87 is reacted with acrylamide NG; or amine 95 is reacted with acrylamide NG; or amine 62 is reacted with acrylamide NP; or amine 63 is reacted with acrylamine NP, or amine 86 is reacted with acrylamide NP; or amine 87 is reacted with acrylamide NP; or

amine 96 is reacted with acrylamide NP; or amine 98 is reacted with acrylamide NP; or amine 99 is reacted with acrylamide NP; or amine 100 is reacted with acrylamide NP; or amine 103 is reacted with acrylamide NP; or amine 31 is reacted with acrylate LD; or amine 99 is reacted with acrylate LD; or amine 87 is reacted with acrylate LE; or amine 31 is reacted with acrylate LF; or amine 95 is reacted with acrylate LF; or amine 94 is reacted with acrylate LF; or amine 99 is reacted with acrylate LF; or amine 32 is reacted with acrylate LG; or amine 77 is reacted with acrylate LG; or amine 80 is rected with acrylate LG; or amine 96 is reacted with acrylate LG; or amine 100 is reacted with acrylate LG; or amine 109 is reacted with acrylate LG; or amine 64 is reacted with acrylate NG; or amine 32 is reacted with acrylate LG; or amine 31 is reacted with acrylate LG.

90. The composition of claim 83, wherein amine 98 is reacted with acrylamide ND.

91. The composition of claim 83, wherein the composition is a mixture of lipids

92. A compound of formula:






















(CH2)11CH3
HN
O
N
N
H
N
NH2
O
HN
(CH2)11CH3
O
NH
(CH2)11CH3


(CH2)11CH3
HN
O
H2N
N
N
NH2
O
NH
(CH2)11CH3


(CH2)11CH3
HN
O
HN
N
H
N
NH2
O
NH
(CH2)11CH3










or




.

93. The compound of claim 92 of formula:



94. The compound of claim 92 of formula:



95. A composition comprising one or more of the compounds of formula:


(CH2)11CH3
HN
O
N
N
NH
(CH2)11CH3


(CH2)11CH3
HN
O
N
H
NH
(CH2)11CH3


(CH2)11CH3
HN
O
N
H
NH
(CH2)11CH3








(CH2)11CH3
HN
O
N
H
N
H
N
N
O
N
(CH2)11CH3
O
HN
(CH2)11CH3
O
NH
(CH2)11CH3


H
N
N
H
H
N
N
O
N
(CH2)11CH3
O
HN
(CH2)11CH3
O
NH
(CH2)11CH3


(CH2)11CH3
HN
O
HN
N
H
N
NH
O
NH
(CH2)11CH3
O
NH
(CH2)11CH3


(CH2)11CH3
HN
O
(CH2)11CH3
HN
O
N
N
H
N
NH2
O
HN
(CH2)11CH3


(CH2)11CH3
HN
O
N
N
H
N
NH2
O
HN
(CH2)11CH3
O
NH
(CH2)11CH3


(CH2)11CH3
HN
O
H2N
N
N
NH2
O
NH
(CH2)11CH3


(CH2)11CH3
HN
O
HN
N
H
N
NH2
O
NH
(CH2)11CH3


(CH2)11CH3
HN
O
H
N
N
H
N
NH2
O
HN
(CH2)11CH3


H
N
N
H
H
N
NH
O
HN
(CH2)11CH3
O
NH
(CH2)11CH3


H
N
N
H
H
N
NH2
O
HN
(CH2)11CH3

or




.

96. A microparticle comprising a compound of claim 1 and an agent to be delivered.

97. A liposome comprising a compound of claim 1 and an agent to be delivered.

98. The liposome of claim 97, wherein the agent is a polynucleotide.

99. The liposome of claim 97, hwerein the agent is RNA.

100. The liposome of claim 97, wherein the agent is a drug.

101. The liposome of claim 97, wherein the agent is a protein or peptide.

102. The liposome of claim 97, wherein the agent is a small molecule.

103. The liposome of claim 97, wherein the agent is a gas.

104. The liposome of claim 97, wherein the liposome ranges in size from 20 nanometers to 2000 nanometers.

105. The liposome of claim 97 further comprising cholesterol.

106. The liposome of claim 97 further comprising PEG-ceramide.

107. The liposome of claim 97 comprising a compound of claim 1;

an agent, wherein the agent is an RNA;

cholesterol; and

PEG-ceramide.

108. A micelle comprising a compound of claim 1 and an agent to be delivered.

109. A pharmaceutical composition comprising a compound of claim 1 and pharmaceutical agent.

110. The pharmaceutical composition of claim 109, wherein the pharmaceutical agent is selected from the groups consisting of polynucleotides, proteins, peptides, and small molecule drugs.

111. The pharmaceutical composition of claim 109, wherein the pharmaceutical agent is a polynucleotide.

112. A method of preparing a compound of claim 1, the method comprising steps of:

reacting one or more equivalents of a compound of formula:



,

wherein $R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; -CN; -SCN; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; or $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted

or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety; and

$R_5$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

with an amine of formula:



wherein $R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_C$; $-C(=O)R_C$; $-CO_2R_C$; -CN; -SCN; $-SR_C$; $-SOR_C$; $-SO_2R_C$; $-NO_2$; $-N_3$; $-N(R_C)_2$; $-NHC(=O)R_C$; $-NR_CC(=O)N(R_C)_2$; $-OC(=O)OR_C$; $-OC(=O)R_C$; $-OC(=O)N(R_C)_2$; $-NR_CC(=O)OR_C$; or $-C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

to form a compound of formula:



113. A method of preparing a compound of claim 53, the method comprising steps of:

reacting a compound of formula:


,

wherein $R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; -CN; -SCN; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; or $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety; and

$R_5$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

with an amine of formula:



wherein A is selected from the group consisting of cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; and substituted or unsubstituted, branched or unbranched heteroaryl;

$R_3$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_C$; $-C(=O)R_C$; $-CO_2R_C$; -CN; -SCN; $-SR_C$; $-SOR_C$; $-SO_2R_C$; $-NO_2$; $-N_3$; $-N(R_C)_2$; $-NHC(=O)R_C$; $-NR_CC(=O)N(R_C)_2$; $-OC(=O)OR_C$; $-OC(=O)R_C$; $-OC(=O)N(R_C)_2$; $-NR_CC(=O)OR_C$; or $-C(R_C)_3$; wherein each occurrence of $R_C$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

$R_4$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_D$; $-C(=O)R_D$; $-CO_2R_D$; -CN; -SCN; $-SR_D$; $-SOR_D$; $-SO_2R_D$; $-NO_2$; $-N_3$; $-N(R_D)_2$; $-NHC(=O)R_D$; $-NR_CC(=O)N(R_D)_2$; $-OC(=O)OR_D$; $-OC(=O)R_D$; -

OC(=O)N($R_D$)$_2$; -NR$_C$C(=O)OR$_D$; or -C($R_D$)$_3$; wherein each occurrence of $R_D$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety;

wherein $R_3$ and $R_4$ may be taken together to form a cyclic structure to form a compound of formula:




.

114. The method of claim 113, wherein wherein  is selected from the group consisting of:



115. The method of claim 112, wherein $R_1$ is $-OR_A$.

116. The method of claim 115, wherein $-OR_A$ is



117. The method of claim 112, wherein $R_1$ is $-NHR_A$.

118. The method of claim 117, wherein $-NHR_A$ is



119. The method of claim 112, wherein  is selected from the group consisting of:



N
OH
NH
O
HO



120. The method of claim 112, wherein the step of reacting is performed with no solvent present.

121. The method of claim 112, wherein the step of reacting is performed in the presence of an aprotic solvent.

122. The method of claim 112, wherein the solvent is tetrahydrofuran, diethyl ether, ethyl acetate, DMSO, or DMF.

123. The method of claim 112, wherein the step of reacting is performed at a temperature ranging from 25 °C to 100 °C.

124. The method of claim 123, wherein the step of reacting is performed at approximately 95°C.

125. The method of claim 112 further comprising the step of purifying the product.

126. The method of claim 112 further comprising alkylating at least one amine in

the product with an alkyl halide.

127. The method of claim 126, wherein the alkyl halide is methyl iodide.

128. 1A method of preparing a compound of claim 53, the method comprising steps of:

reacting a compound of formula:




,

wherein $R_1$ is selected from the group consisting of hydrogen; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; $-OR_A$; $-C(=O)R_A$; $-CO_2R_A$; -CN; -SCN; $-SR_A$; $-SOR_A$; $-SO_2R_A$; $-NO_2$; $-N_3$; $-N(R_A)_2$; $-NHC(=O)R_A$; $-NR_AC(=O)N(R_A)_2$; $-OC(=O)OR_A$; $-OC(=O)R_A$; $-OC(=O)N(R_A)_2$; $-NR_AC(=O)OR_A$; or $-C(R_A)_3$; wherein each occurrence of $R_A$ is independently a hydrogen; a protecting group; halogen; cyclic or acyclic, substituted or unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; substituted or unsubstituted, branched or unbranched heteroaryl; an acyl moiety; alkoxy; aryloxy; alkylthio; arylthio; amino, alkylamino, dialkylamino, heteroaryloxy; or heteroarylthio moiety; and

$R_5$ is independently selected from the group consisting of hydrogen and $C_1$-$C_6$ alkyl;

with an amine of formula:




wherein A is selected from the group consisting of cyclic or acyclic, substituted or

unsubstituted, branched or unbranched aliphatic; cyclic or acyclic, substituted or unsubstituted, branched or unbranched heteroaliphatic; substituted or unsubstituted, branched or unbranched acyl; substituted or unsubstitued, branched or unbranched aryl; and substituted or unsubstituted, branched or unbranched heteroaryl;

to form a compound of formula:



129. A method of preparing microparticles, the method comprising steps of:

contacting a compound of claim 1 with an agent to be delivered in the presence of a solvent to form a mixture; and

spray drying the mixture.

130. A method of administering an agent, the method comprising steps of:

administering to a subject in need thereof a therapeutically effective amount of a pharmaceutical composition comprising a compound of claim 1 and an agent to be delivered.

131. The method claim 130, wherein the agent is selected from the group consisting of polynucleotides, proteins, peptides, and small molecules.


LB
LD
LE
LF
LG
LH
ND
NF
NG
NP
NH
1
6
7
10
11
13
15
17
20
21
22
24
25
26
28
31
32
33
34
36
38
60
61
62
63
64
70
75
76
77
79
80
81
82
86
87
90
91
93
94
95
96
98
99
100
103
109

**Figure 1A**

95 

96 

98 

99 

100 

109 

110 

111 

112 

113 

114 

115 

116 

117 

**Figure 1B**

## NMR data: Proof of the structure

**Fig. 2A** LD28




**Fig. 2B** LD86



Fig. 2C LD87




Fig. 2D ND32



**Fig. 2E** **ND86**




**Fig. 2F** **ND87, different magnification, to show that impurities are minute.**




DNA Transfection Efficiency
Lipidoids
ND28
ND32
LF94
ND99
ND95
NP103
NP98
ND25
ND20
ND100
NF96
NF103
ND98
NF109
NF11
ND24
NF86
NP96
ND36
NF61
NF87
NF95
QG100
NF60
NP100
NF1
NP99
QD99
NF63
PEI
0
5
10
15
20
Luciferase [ng/well]

Figure 3


Percentage Luciferase Knockdown
Knockdown [%]
100
90
80
10
0
Lipo2000
LG109
QD99
ND103
ND28
LF95
QF99
LG100
ND95
ND100
LF31
LG32
ND99
NF109
NF64
LE87
LG77
LG96
ND96
LD31
ND98
NG64
NF96
ND109
LG80
Lipidoids

**Figure 4**

# Joint Claim Construction Brief

# EXHIBIT 23

nature biotechnology

# A combinatorial library of lipid-like materials for delivery of RNAi therapeutics

Akin Akinc[1,2], Andreas Zumbuehl[3,4], Michael Goldberg[5], Elizaveta S Leshchiner[3], Valentina Busini[3], Naushad Hossain[3], Sergio A Bacallado[3], David N Nguyen[3], Jason Fuller[3], Rene Alvarez[2], Anna Borodovsky[2], Todd Borland[2], Rainer Constien[6,7], Antonin de Fougerolles[2], J Robert Dorkin[2], K Narayanannair Jayaprakash[2], Muthusamy Jayaraman[2], Matthias John[6,7], Victor Koteliansky[2], Muthiah Manoharan[2], Lubomir Nechev[2], June Qin[2], Timothy Racie[2], Denitza Raitcheva[2], Kallanthottathil G Rajeev[2], Dinah W Y Sah[2], Jürgen Soutschek[6,7], Ivanka Toudjarska[2], Hans-Peter Vornlocher[6,7], Tracy S Zimmermann[2], Robert Langer[1,3,5] & Daniel G Anderson[1]

**The safe and effective delivery of RNA interference (RNAi) therapeutics remains an important challenge for clinical development. The diversity of current delivery materials remains limited, in part because of their slow, multi-step syntheses. Here we describe a new class of lipid-like delivery molecules, termed lipidoids, as delivery agents for RNAi therapeutics. Chemical methods were developed to allow the rapid synthesis of a large library of over 1,200 structurally diverse lipidoids. From this library, we identified lipidoids that facilitate high levels of specific silencing of endogenous gene transcripts when formulated with either double-stranded small interfering RNA (siRNA) or single-stranded antisense 2′-*O*-methyl (2′-*O*Me) oligoribonucleotides targeting microRNA (miRNA). The safety and efficacy of lipidoids were evaluated in three animal models: mice, rats and nonhuman primates. The studies reported here suggest that these materials may have broad utility for both local and systemic delivery of RNA therapeutics.**

The specific reduction, or silencing, of gene expression through RNAi has considerable potential to create a new class of therapeutics that addresses previously untreatable diseases[1,2]. High doses of cholesterol-modified siRNA[3] and cholesterol-modified 2′-OMe oligoribonucleotides (antagomirs)[4] have been demonstrated to reduce gene expression specifically *in vivo* in liver and other tissues. Certain viruses, such as respiratory syncytial virus can be inhibited locally after administration of naked siRNA[5,6]. Recently, systemic delivery of siRNA to the liver of mice and nonhuman primates was demonstrated using a lipid formulation[7,8]. Despite these advances, there are few published reports demonstrating efficacy of systemically delivered siRNA in primates[8,9]. Although significant efforts have been dedicated to cationic lipid delivery systems, the development of safe and effective methods both *in vitro* and *in vivo* has proven challenging.

To date, the delivery of siRNA has been mediated by direct conjugation of delivery agents to the RNA moiety[3,10–12], formulation using lipid-[7,8,13–16], polymer-[9,17–20] or peptide-based delivery systems[21–23] and, more recently, complexation with antibody fusion proteins[24,25]. A key barrier to the exploration of delivery material space is new material synthesis. Conventional lipid synthesis typically requires individually optimized, multiple-step synthesis, including time-intensive procedures such as chemical protection and deprotection, use and removal of catalysts, solvent exchanges and purification[26]. The customization of each synthetic reaction and the multiple steps required limit throughput and, correspondingly, limit the ability to generate substantial library size and diversity. To address these problems, we developed chemical methods capable of rapid, parallel generation of lipid-like molecules (**Fig. 1** and **Supplementary Methods** online).

## RESULTS

### Synthesis of lipidoid library

The synthesis scheme is based upon the conjugate addition of alkyl-acrylates or alkyl-acrylamides to primary or secondary amines (**Fig. 1b**). This particular chemistry, unlike many traditional lipid synthesis chemistries, allows for reactions in the absence of solvent or catalysts, results only in lipidoid product, and thereby eliminates the need for protection and deprotection steps, purification or concentration steps (**Supplementary Methods** and **Supplementary Table 1** online for details on synthesis and characterization). Using these methods, we first synthesized a pilot library of nearly 700 lipidoid

[1]David H. Koch Institute for Integrative Cancer Research, Massachusetts Institute of Technology, Cambridge, Massachusetts 02139, USA. [2]Alnylam Pharmaceuticals, Inc., 300 Third Street, Cambridge, Massachusetts 02142, USA. [3]Department of Chemical Engineering, Massachusetts Institute of Technology, Cambridge, Massachusetts 02139, USA. [4]Department of Organic Chemistry, University of Geneva, 30 quai E. Ansermet 30, 1211 Geneva 4, Switzerland. [5]Department of Chemistry, Massachusetts Institute of Technology, Cambridge, Massachusetts 02139, USA. [6]Alnylam Europe AG, Fritz-Hornschuch-Str. 9, 95326 Kulmbach, Germany. [7]Present addresses: Roche Kulmbach GmbH, Fritz-Hornschuch-Str. 9, 95326 Kulmbach, Germany (R.C., M.J. and H.-P.V.) and Regulus Therapeutics, 1896 Rutherford Road, Carlsbad, California 92008, USA (J.S.). Correspondence should be addressed to D.G.A. (dgander@mit.edu).

Received 29 November 2007; accepted 7 April 2008; published online 27 April 2008; doi:10.1038/nbt1402

members, in which a number of parameters were systematically varied, including (i) alkyl chain length from C10 to C18, (ii) linkage between the alkyl chain and the amine through the degradable ester or the more stable amide, (iii) primary R group on the amine and (iv) the post-synthetic introduction of a constitutive positive charge to certain lipidoids by quaternization of the amine with the alkylating agent methyl iodide.

Characterization of representative lipidoids demonstrates nearly complete conjugation for acrylate-based lipidoids under the conditions used (**Supplementary Methods**). Acrylamide conjugation was slower, but after one week at elevated temperature the majority of material was conjugated (**Supplementary Methods**). This combinatorial approach has the advantages of both simple and rapid synthesis, as well as the potential to generate a large and diverse collection of materials.

## Lipidoid-mediated delivery *in vitro*

Once synthesized, this first library was screened for the ability to deliver siRNA to a HeLa cell line that stably expresses both firefly (*Photinus pyralis)* and *Renilla (Renilla reniformis)* luciferase (**Fig. 2a**).




**Figure 1** Synthesis of lipidoids. (**a**) Alkyl-acrylate, alkyl-acrylamide and amino molecules were used to synthesize a combinatorial library of lipidoids. (**b**) Synthesis occurs through the conjugate addition of amines to an acrylate or acrylamide. Depending on the number of addition sites in the amino monomer, lipidoids can be formed with anywhere from 1 to 7 tails. Amino groups in the lipidoid can be quaternized by treatment with methyl iodide. For ease of nomenclature, lipidoids are named as follows: (amine number)(acrylate or acrylamide name)-(number of tails)("+" if quaternized).

Efficacy of siRNA delivery by lipidoids was determined by treating cells with siRNA-lipidoid complexes, prepared using a firefly luciferase-targeting siRNA (siLuc), and then measuring the ratio of firefly to *Renilla* luciferase expression. In this assay, toxic or other nonspecific effects result in reduction of expression of both luciferase proteins, whereas noncytotoxic, specific silencing results in reduction of only firefly luciferase. To facilitate screening throughput, we formed siRNA-lipid complexes by simple mixing of siRNA-lipidoid solutions in microtiter plates.

Analysis of these results revealed several trends in lipidoids capable of delivering siRNA to HeLa cells. Overall, enhanced delivery performance was achieved using lipidoids containing more than two amines per head unit (e.g., monomers 61-64, 95-103). Furthermore, effective materials often had either two long amide tails (e.g., $N_{16}$) or several smaller amide tails (e.g., $98N_{12}$). Based on this data set, we synthesized a second-generation library of 500 lipidoids, expanding the structures tested based on these trends. In particular, we hypothesized that a number of these design features could enrich the library with effective materials. Specifically, we expanded the library to include lipidoids with even shorter amide tails (e.g., $N_{11}$, $N_9$), and more head units (e.g., monomers 109–117). Because many of these head units have the potential to form more than two tails, lipidoids were resynthesized with varied reaction stoichiometry to generate lipidoids with a diverse number of tails.

The ratio of delivery material to nucleic acid is known to affect delivery potential of formulations. Therefore, this second generation library of 500 lipidoids was screened for delivery to HeLa cells at four different lipidoid/siRNA ratios, in quadruplicate. Using these screening methods, we identified 56 lipidoids that induced gene silencing at levels similar to the commercially available *in vitro* transfection agent, Lipofectamine 2000 (**Fig. 2b**). Notably, the top performing lipidoids in this second library contained several structural similarities: (i) amide linkages, (ii) more than two alkyl tails, (iii) tail length in the range of 8–12 carbons and (iv) one tail short of total substitution of the amine reactants, therefore containing one secondary amine. These relatively short tails are surprising in comparison to typical gene delivery lipids such as DOTAP and DOTMA, which contain 18 aliphatic carbon atoms[26]. Notably, many of the effective lipidoids are structurally unlike either conventional lipids or cationic polymers (e.g., $100N_9$). This synthesized set of effective siRNA delivery materials substantially expands the collection and chemical diversity of materials known to facilitate siRNA delivery to cells.

To more closely examine *in vitro* performance, we tested a collection of purified lipidoids selected from those showing efficacy in HeLa cells at different doses, with three cell types. HeLa, human hepatocellular liver carcinoma cell line HepG2 and primary bone marrow–derived murine macrophages




**Figure 2** *In vitro* screening of lipidoids for siRNA delivery. (**a**) HeLa cells expressing both firefly and *Renilla* luciferase were treated with firefly luciferase targeting siRNA-lipidoid complexes. The average percent reduction in firefly luciferase activity after treatment with siRNA-lipidoid complexes at a 5:1 (wt/wt) ratio in quadruplicate is shown. For ease of analysis, data are grouped as follows: no test, 0–20% knockdown, 20–40%, 40–60%, 60–80%, 80–100%. (**b**) Optimized *in vitro* knockdown by lipidoids in HeLa cells. Lipidoids were optimized for delivery using four lipidoid/siRNA ratios: 5:1, 10:1, 15:1 and 20:1. Materials were tested in quadruplicate. Data are presented for the optimal siRNA/lipidoid wt/wt ratio for each lipidoid, including s.d. This data set includes only lipidoids with no significant cytoxicity, as assessed by no significant change in *Renilla* luciferase expression relative to untreated cells. (**c**–**e**) Dose response of silencing in HeLa (**c**), HepG2 (**d**) and primary macrophage cultures (**e**). Data were generated in quadruplicate, as a function of siRNA molarity, at ratio of 5:1 wt/wt. s.d. is shown. Day 5 GFP-expressing bone marrow-derived macrophage cultures were incubated with siRNA-lipidoid complexes composed of the indicated lipidoids or commercial transfection reagents (Lipofectamine 2000 and Lipofectamine RNAiMAX) and siGFP or siCD45 for 6 h. GFP expression was quantified by flow cytometry. Silencing is expressed as the percentage of untreated cultures performed in parallel.

(**Fig. 2c**–**e**). *In vitro* analysis shows that, in general, both lipidoids and commercial lipids are relatively noncytotoxic at the concentration ranges in which they are efficacious (**Supplementary Fig. 1a**–**d** online). Notably, these lipidoids performed differently in the different cell types. Whereas all materials were able to facilitate good silencing at the highest siRNA levels, the commercial reagents Lipofectamine RNAiMAX and Lipofectamine 2000 were able to facilitate greater silencing at the lowest siRNA levels in HeLa and HepG2 cells. In contrast, with primary bone marrow–derived macrophages, lipidoids were more effective delivery vehicles at low siRNA concentrations. Dose-dependent silencing of green fluorescent protein (GFP) expression was observed for 6 of the 7 lipidoids tested with 50% silencing observed even at a 1-nM siRNA concentration (**Fig. 2e**). In contrast Lipofectamine 2000 and Lipofectamine RNAiMAX were not effective at silencing GFP expression even at higher siRNA concentrations (**Fig. 2e**). Whereas the overall silencing at low complex concentrations in HeLa and HepG2 cells lines is less than with commercial reagents, these lipidoids provide for more effective silencing in primary bone marrow–derived macrophages. This library approach provides a substantial number of new materials that may be useful for transfecting cells that have thus far proven refractory to transfection by currently available reagents.

## Lipidoid-mediated delivery of siRNA to mouse and rat liver

To examine the utility of this library, we first tested the lipidoids for the *in vivo* systemic delivery of siRNA to liver. The liver represents an attractive organ for therapeutic intervention, because of the number of potential hepatic targets and the highly perfused nature of the organ, which may render it more amenable to delivery of exogenous siRNAs. Using a liver-directed *in vivo* screen of the lipidoid libraries, we identified a series of compounds that facilitate high levels of siRNA-mediated gene silencing in hepatocytes, the cells comprising the liver parenchyma. Factor VII, a blood clotting factor, is an ideal target gene for assaying functional siRNA delivery to liver. Because this factor is produced specifically in hepatocytes, gene silencing indicates successful delivery to parenchyma, as opposed to delivery to the cells of the reticulo-endothelial system (e.g., Kupffer cells). Furthermore, Factor VII is a secreted protein that can be readily measured in serum, obviating the need to euthanize animals. Finally, because of the protein's short half-life (2–5 h), silencing at the mRNA level is manifest as silencing at the protein level with minimal lag.

Seventeen top-performing lipidoids, identified through *in vitro* screens, were formulated for *in vivo* use. The complexes contained lipidoid, cholesterol and PEG-lipid. Generally, simple ionic complexes are not suitable for *in vivo* systemic administration owing to poor serum stability, tendency to form aggregates and poor *in vivo* tolerability. At least seven lipidoid formulations were identified that mediated significant reduction of serum Factor VII protein levels, with the largest reduction observed for $98N_{12}$ (>90%) (**Fig. 3a**). Five variants of $98N_{12}$ containing different tail numbers were purified and tested individually (**Supplementary Fig. 2** online). $98N_{12}$-5 (5-tail) was found to be optimal for *in vivo* delivery. To verify the specificity of gene silencing, liver mRNA levels were measured for both Factor VII and another hepatocyte-expressed gene, apolipoprotein B (*Apob*)

(**Fig. 3b**). In animals treated with formulations containing siFVII, only silencing of the Factor VII mRNA was observed. Conversely, in animals treated with formulations containing *Apob*-specific siRNA (siApoB), only silencing of the *Apob* mRNA was observed. Further, administration of a lipidoid-formulated 1:1 (wt/wt) mixture of the two siRNAs resulted in silencing of both Factor VII and *Apob* genes with no detectable loss in potency or competition between siRNAs. No silencing of Factor VII was observed when a mismatch Factor VII siRNA was used (data not shown). These data indicate that the observed gene silencing is a direct result of the specific effects of lipidoid-siRNA on mRNA levels in the liver and that these effects are applicable to multiple hepatocyte-expressed genes.







**Figure 3** *In vivo* delivery of siRNA to liver in rodents. (**a**) Mice ($n = 3$) received two daily i.v. injections of different lipidoid formulations of siRNA at a dose of 2.5 mg/kg. Factor VII protein levels were quantified 24 h after the second administration. (**b**) Simultaneous silencing of two genes *in vivo* in mice. Mice ($n = 3$) received a single i.v. bolus injection of a 98N12-5(1)-formulated 1:1 (wt/wt) mixture of siFVII and siApoB at 10, 6 or 4 mg/kg (5, 3 or 2 mg/kg of each siRNA). For comparison, control animals received PBS or lipidoid-formulated siFVII alone or lipidoid-formulated siApoB alone at 5, 3 or 2 mg/kg. Forty-eight hours after administration animals were killed and livers were harvested. Liver mRNA levels of Factor VII or ApoB (normalized to GAPDH) were determined by branched DNA assay. (**c**–**e**) Rats ($n = 4$) were injected with lipidoid-formulated siRNA at 1.25, 2.5, 5 and 10 mg/kg. Animals were bled and killed 48 h after administration; shown are liver mRNA levels (**c**), serum Factor VII protein levels (**d**) and prothrombin time (**e**). (**f**) Durability of silencing in rats. Rats ($n = 5$) received a single i.v. administration of lipidoid-formulated siRNA at 5 mg/kg. Animals were bled at various time points after administration and serum Factor VII protein levels were quantified. Data points represent group mean ± s.d. Data points marked with asterisks are statistically significant relative to control treated groups (*, $P < 0.05$; **, $P < 0.005$; ***, $P < 0.001$; *t*-test, single-tailed).

**Table 1 Clinical chemistry and hematology parameters for lipidoid-siRNA treated rats**

| Group | ALT (U/L) | AST (U/L) | Bilirubin (mg/dl) | BUN (mg/dl) | RBC (× $10^6$/μl) | Hemoglobin (g/dl) | WBC (× $10^3$/μl) | PLT (× $10^3$/μl) | Spleen (g) |
|---|---|---|---|---|---|---|---|---|---|
| 0 mg/kg | 34 ± 3 | 134 ± 11 | 0.1 ± 0.0 | 13.5 ± 1.3 | 6.9 ± 0.4 | 14.7 ± 0.3 | 7.6 ± 3.0 | 1,019 ± 91 | 0.67 ± 0.13 |
| 2 mg/kg | 37 ± 5 | 118 ± 16 | 0.1 ± 0.0 | 15.3 ± 0.5 | 6.4 ± 0.4 | 13.8 ± 0.8 | 6.5 ± 1.5 | 999 ± 16 | 0.79 ± 0.11 |
| 5 mg/kg | 39 ± 6 | 114 ± 27 | 0.1 ± 0.0 | 15.0 ± 1.8 | 6.6 ± 0.4 | 13.9 ± 0.7 | 5.4 ± 2.1 | 866 ± 187 | 1.10 ± 0.39 |
| 7.5 mg/kg | 41 ± 8 | 98 ± 30 | 0.1 ± 0.0 | 16.5 ± 2.1 | 6.3 ± 0.5 | 13.5 ± 0.8 | 9.1 ± 1.8 | 1,106 ± 156 | 1.04 ± 0.13 |
| 10 mg/kg | 43 ± 9 | 86 ± 8 | 0.1 ± 0.1 | 16.5 ± 2.9 | 6.2 ± 0.4 | 13.5 ± 0.6 | 9.2 ± 0.7 | 871 ± 83 | 1.12 ± 0.09 |

Sprague-Dawley rats ($n$ = 8) were given four once-per-week bolus i.v. injections of formulated siCont at different dose levels. Blood samples were taken 2 d after the 4th and final dose (day 24). ALT, alanine aminotransferase; AST, aspartate aminotransferase; BUN, blood urea nitrogen; RBC, red blood cells; WBC, white blood cells; PLT, platelets.

To further explore the *in vivo* activity of $98N_{12}$-5 observed in mice, we conducted efficacy and tolerability studies in rats. Rats were given a single intravenous (i.v.) injection of siFVII formulated in $98N_{12}$-5 at doses of 1.25, 2.5, 5 and 10 mg/kg. Significant, dose-dependent reductions in liver Factor VII mRNA levels were observed, with 40%, 80% and >90% silencing at 1.25, 2.5 and 5 mg/kg, respectively (**Fig. 3c** and **Supplementary Table 2** online). No silencing was observed using a formulated control siRNA (siCont), demonstrating specificity of silencing. The reduction in liver Factor VII mRNA levels produced a concomitant dose-dependent reduction in serum Factor VII protein levels, with nearly complete silencing at the highest dose levels (**Fig. 3d**).

As would be expected, significantly reduced serum Factor VII levels produced a phenotypic effect in the treated animals. As Factor VII is part of the extrinsic coagulation pathway, treated animals had impaired clotting through this pathway as measured by prolongation in prothrombin time (**Fig. 3e**). The phenotypic effect was found to be specific and not attributable to the delivery vehicle, as the formulated control group demonstrated no perturbations in prothrombin time. The resultant gene silencing was highly sustainable. Single injections of $98N_{12}$-5 formulated Factor VII-targeting siRNA (siFVII) were capable of mediating silencing that persisted for nearly 4 weeks (**Fig. 3f**).

Next, we investigated the tolerability of the $98N_{12}$-5 formulation in rats. Animals received four once-per-week i.v. bolus injections of a formulated siRNA at doses as high as 10 mg/kg/week. The non-physiological siRNA siCont was used to eliminate any potential target silencing–related toxicities. The formulation was generally well-tolerated at the dose levels tested, as determined by cage-side observations and measures of clinical chemistry and hematology parameters (**Table 1**). However, enlargement of the spleen—a major clearance organ for nanoparticles—was observed at the highest doses. The appearance and weight of all other organs were normal.

## siRNA delivery to lung and peritoneal macrophages *in vivo*

We examined an additional disease model to explore the versatility of the lipidoid approach. Local siRNA delivery to the lung after intranasal administration was tested in a mouse model of respiratory syncytial virus infection (**Fig. 4a**)[5]. In separate experiments, we confirmed the absence of gene silencing in the liver and kidney after local pulmonary administration of the formulation (data not shown).




**Figure 4** *In vivo* delivery of siRNA to lung and peritoneal macrophages and delivery of anti-miRs to liver. (**a**) Inhibition of RSV/A2 in BALB/c mouse lungs. Mice ($n$ = 5) were intranasally administered naked siRNA or lipidoid-siRNA (siRSV or mm-siRSV) formulation at a dose of 2 mg/kg. Lungs were harvested at day 4 post-infection and assayed by immunostaining plaque assay. (**b**) Inhibition of CD45 protein in thioglycollate elicited mouse peritoneal macrophages. Mice ($n$ = 4) were injected with thioglycollate (i.p.) 3 d before treatment with 10 mg/kg of lipodoid-formulated siCD45 or siGFP administered via i.p. injection. We analyzed 4 d post administration CD45 expression on macrophages by flow cytometry. Macrophage cells were gated and median fluorescence intensity of the CD45 staining is plotted. MFI, mean fluorescence intensity. (**c**) Lipidoid delivery of anti-miR122 *in vivo.* Nuclease protection assay and miRNA detection. Liver RNA samples of three representative animals per treatment group are shown. The U6 signal serves as RNA input control. Animals treated with antagomir122 show a marked decrease of miR-122 signal (lanes 7–9). Even further reduction of miR-122 signal is observed for lipidoid-formulated anti-miR122–treated animals (lanes 10–12). The mismatched control antagomir and anti-miR had little effect on miR-122 signals (lanes 4–6 and 13–15). (**d**) Derepression of miR-122 target genes after miR-122 inhibition in mice. Mice ($n$ = 6) received i.v. injections of either lipidoid-anti-miR122 (black bars) or lipidoid-mm-anti-miR122 (gray bars) at a daily dose of 5 mg/kg for 3 consecutive days. Twenty-four hours after the last injection, expression levels of seven reported miR-122 target genes were analyzed. Data points represent group mean ± s.d. Data points marked with asterisks are statistically significant relative to control treated groups (* $P < 0.05$, ** $P < 0.005$, *** $P < 0.001$; $t$-test, single-tailed).







**Figure 5** *In vivo* delivery in primates. (**a**) Extent and duration of serum ApoB-100 protein reduction in cynomolgus monkeys after single bolus i.v. administration of lipidoid-formulated siRNA For all groups except saline control; $n = 6$ for data points up to and including 2 d and $n = 3$ for data points after 2 d. For saline control, $n = 4$ for data points up to and including 2 d, and $n = 2$ for data points beyond 2 d. Data points represent group mean ± s.d. No error bars shown for saline group where $n = 2$. (**b**–**d**) Animals ($n = 3$) were treated with either formulated control siRNA at 2.5 mg/kg, formulated *Apob* targeting siRNA at 2.5 mg/kg, or formulated *Apob* targeting siRNA at 6.25 mg/kg. (**b**) Liver *Apob* mRNA levels normalized to GAPDH mRNA 48 h after administration. (**c**) Serum ApoB-100 protein reduction at 12, 24 and 48 h after administration as percentage of predose levels. (**d**) LDL-C and high-density lipoprotein (HDL) cholesterol levels at 48 h after administration, normalized to predose levels. Data points represent group mean ± s.d. Data points marked with asterisks are statistically significant relative to control treated groups (* $P < 0.05$, ** $P < 0.005$, *** $P < 0.001$; *t*-test, single-tailed).

Whereas 'naked' siRNA provided roughly one log reduction in viral plaques, 98N$_{12}$-5-formulated siRNA at the same dose provided greater than two log reduction in viral plaques. These data demonstrate that lipidoids can be used in nonsystemic applications of RNAi technology and are capable of delivering siRNA to nonhepatic cell types.

The macrophage is a cell type frequently implicated in the pathology of inflammatory diseases. Following our success in transfecting siRNAs into primary macrophages in *in vitro* cultures (**Fig. 2e**), we tested whether lipidoid-formulated siRNAs can mediate silencing in macrophages *in vivo*. Mice were injected intraperitoneally with thioglycollate as a sterile inflammation stimulus followed by injection of 98N$_{12}$-5-formulated siCD45. A 65% reduction of CD45 protein expression was observed in the peritoneal macrophage population (**Fig. 4b**). Although the intraperitoneal administration circumvents the localization challenge associated with systemic delivery to peritoneal macrophages, these results indicate that lipidoid formulations can potentially be used for the delivery of siRNA to macrophages *in vivo*.

## Delivery of single-stranded oligoribonucleotides targeting miRNAs *in vivo*

To examine the utility of lipidoid materials in the delivery of other nucleic acid therapeutic drugs, we tested the potential of 98N$_{12}$-5 to facilitate the delivery of single-stranded 2′-OMe oligoribonucleotides targeting miRNAs (anti-miRs). *In vivo* delivery of anti-miR results in silencing of a specific target miRNA, and consequently, the upregulation of specific genes regulated by the target miRNA[4]. 98N$_{12}$-5-formulated anti-miR122 dosed at 5 mg/kg on 3 consecutive days in mice resulted in greater miR-122 repression than the cholesterol-conjugated version of the same oligoribonucleotide (antagomir122) dosed at 80 mg/kg on 3 consecutive days (**Fig. 4c**). Further, this effect was shown to be specific, as mismatched control anti-miR122 (mm-anti-miR122) did not result in appreciable effects on miR-122. Consistent with miR-122 downregulation, gene targets of miR-122 were shown to be derepressed in anti-miR122–treated mice relative to mismatched controls (**Fig. 4d**).

## Lipidoid-mediated gene silencing in nonhuman primates

To determine the effects of 98N$_{12}$-5 lipidoid in a third animal species, we initiated studies in nonhuman primates. Cynomolgus monkeys were treated with a single i.v. injection of lipidoid-formulated siApoB at siRNA doses of 2.5 and 6.25 mg/kg. Separate control animals were treated with either saline or lipidoid-formulated siCont. Serum samples were taken from animals for up to 30 d after administration to determine both the extent and duration of serum ApoB protein silencing. Silencing of ApoB was observed in a dose-dependent manner, with maximal serum ApoB reduction of up to 75% relative to pre-dose levels (**Fig. 5a**). In contrast, no significant silencing was observed in the saline or formulated control groups, indicating specific activity of the formulated ApoB siRNA. Silencing was remarkably persistent for animals in the high-dose group after a single i.v. bolus injection, with the lowest levels of ApoB achieved rapidly by day 3, >50% silencing still maintained at 2 weeks and full recovery of expression achieved only 1 month later. The data herein regarding durability for ApoB silencing extends the previous reports for systemic RNAi in nonhuman primates reported by Zimmermann *et al.*[8], where the study terminated at 11 d. Consistent with ApoB silencing, therapeutic efficacy as measured by specific and persistent reductions in low-density lipoprotein cholesterol (LDL-C) of up to 60% was also observed (**Supplementary Fig. 3** online).

A subsequent primate study was performed with a next-generation 98N$_{12}$-5 lipidoid-based formulation in cynomolgus monkeys. This formulation was optimized in part by maximizing the siRNA loading in the lipidoid complex. Notably, the total mass of delivery material relative to siRNA in this formulation is roughly one-third that of the previously published stable nucleic acid lipid particles (SNALP) delivery system[8]. Also, unlike the previously published SNALP system, this formulation contains fewer total components: three different agents plus siRNA instead of four. Animals were treated with formulated ApoB siRNA at siRNA doses of 2.5 and 6.25 mg/kg, or formulated control siRNA at 2.5 mg/kg administered via single i.v. injection. Tissues were harvested 48 h after administration for liver mRNA determination. Silencing of *ApoB* liver mRNA of up to 85% was observed (**Fig. 5b**), corresponding to a maximal reduction in

**Table 2 ALT and AST levels for lipidoid-siRNA treated cynomolgus monkeys**

| Group | Time | ALT (U/L) | AST (U/L) |
|---|---|---|---|
| siCont, 2.5 mg/kg | Pre-dose | 50 ± 10 | 53 ± 14 |
| | 24 h | 76 ± 5 | 100 ± 5 |
| | 48 h | 64 ± 27 | 61 ± 19 |
| siApoB, 2.5 mg/kg | Pre-dose | 40 ± 21 | 45 ± 42 |
| | 24 h | 61 ± 10 | 65 ± 13 |
| | 48 h | 53 ± 38 | 48 ± 45 |
| siApoB, 6.25 mg/kg | Pre-dose | 44 ± 19 | 53 ± 27 |
| | 24 h | 70 ± 6 | 127 ± 10 |
| | 48 h | 67 ± 32 | 81 ± 38 |

serum ApoB protein of up to 74% (**Fig. 5c**). As early as 2 d after administration, LDL-C was reduced by >50% (**Fig. 5d**). Toxicological analysis indicated that the formulations were well tolerated at the dose levels tested, with no observed treatment-related changes in appearance or behavior. No clinically relevant changes in coagulation or hematological parameters were observed other than a mild reduction in platelets at the highest dose. No significant changes in clinical chemistry parameters were observed except for a slight increase in alanine aminotransferase (ALT) and aspartate aminotransferase (AST). These elevations were less than those observed with the previously published SNALP formulations[8]. (**Table 2** and **Supplementary Table 3** online).

## DISCUSSION

RNAi technology is poised to form the basis for the next major class of pharmaceutical drugs. However, effective delivery of RNAi therapeutics remains the key hurdle for advancement of this technology. We believe the development of lipidoids could extend the scale and diversity of available delivery solutions. Lipidoid formulations of siRNA and anti-miR demonstrated potent, specific and durable effects on gene expression in three distinct species, including nonhuman primates. Therapeutic efficacy was observed *in vivo* in liver, lung and peritoneal macrophages. Prior studies have demonstrated successful silencing in lung models using delivery reagents; however, in contrast to our results, these cases did not demonstrate substantial improvement in silencing over that achieved with naked siRNA[5,6]. We note that gene silencing in lung continues to be difficult to achieve, even with the best available lung delivery formulations[27]. In addition, to our knowledge, there are currently no other reagents available that have demonstrated specific, endogenous gene silencing in peritoneal macrophages. Previous reports, based on delivery of Cy3-labeled siRNA, suggest Transit-TKO may have this ability, but data demonstrating *in vivo* silencing have not been published[28].

We believe the development of this library of lipid-like materials represents an important expansion of the diversity and collection of intracellular delivery materials. This one-step synthetic scheme enables the straightforward parallel generation of large libraries of delivery material. Notably, a number of materials were identified with both *in vitro* and *in vivo* utility and the common structural features of these materials suggest certain design criteria for creating future intracellular delivery agents, including (i) amide linkages, (ii) more than two alkyl tails, (iii) tail length in the range of 8–12 carbons and (iv) a secondary amine. Finally, further studies are warranted to investigate lipidoid-based delivery of RNA and other drugs to extend this technology for the broadest applications of RNAi therapy and drug delivery.

## METHODS

**Library synthesis.** Lipidoids were synthesized by addition of acrylamides or acrylates to amines. Amines were purchased from Sigma-Aldrich and TCI America. Acrylates were purchased from Sigma-Aldrich, Dajac Monomer-Polymer, Hampford Research, Scientific Polymer and TCI America. Acrylamides were synthesized by the drop-wise addition of acryloyl chloride to the appropriate 1-aminoalkane (see **Supplementary Methods** for details). The ester portion of the lipidoid library was synthesized at a ratio of 2:1 acrylate/amine, with no solvent, unless otherwise specified. The amide portion of the lipidoid library was synthesized at the maximal ratio of acylamide/amine for each amine (e.g., 6 acrylamide/amine for amine monomer 98). All library reactions were carried out in 5-ml Teflon-lined glass screw-top vials. 200 mg of amine was added to the corresponding amount of acrylate or acrylamide. The mixture was stirred at 90 °C for 1 or 7 d for acrylate or acrylamide monomers, respectively. After cooling, the lipid mixtures were used without purification unless otherwise specified.

**Nucleic acids.** All siRNAs and 2′-OMe oligoribonucleotides were synthesized by Alnylam. Oligonucleotides were characterized by electrospray mass spectrometry and anion-exchange high-performance liquid chromatography. The sequences for the sense and antisense strands of siRNAs are as follows:

siLuc sense: 5′-CUUACGCUGAGUACUUCGATT-3′, antisense: 5′-UCGAAGUACUCAGCGUAAGTT-3′.

siFVII sense: 5′-GGA**ucAucuc**AAG**ucuu**AcT*T-3′, antisense: 5′-G**u**AAGA**cuu**GAGA**u**GA**ucc**T*T-3′.

siApoB sense: 5′-GGAAUCuuAuAuuuGAUCcA*A-3′, antisense: 5′-uuGGAUcAAAuAuAAGAuUCc*c*U-3′.

siCont sense: 5′-cuuAcGcuGAGuAcuucGAT*T-3′, antisense: 5′-UCGAAGuACUcAGCGuAAGT*T-3′.

siGFP sense: 5′-CcAcAuGAAGcAGcACGACu*U-3′, antisense: 5′-AAGUCGUGCUGCUUCAUGUGg*u*C-3′.

siCD45 sense: 5′-cuGGcuGAAuuucAGAGcAT*T-3′, antisense: 5′-UGCUCUGAAAUUcAGCcAGT*T-3′.

mm-siRSV sense: 5′-CGAUUAUAUUACAGGAUGAT*T-3′, antisense: 5′- UCAUCCUGUAAUAUAAUCGT*T-3′.

siRSV sense: 5′-UCCUAGAAUCAAUAAAGGGTT-3′, antisense: 5′- CCCUUUAUUGAUUCUAGGATT-3′.

2′-OMe oligoribonucleotides:

antagomir122: 5′-a*c*aaacaccauugucacacu*c*c*a-Cholesterol-3′
mm-antagomir122: 5′- a*c*acacaacacugucacauu*c*c*a-Cholesterol-3′
anti-miR122: 5′-a*c*aaacaccauugucacacu*c*c*a-3′
mm-anti-miR122: 5′- a*c*acacaacacugucacauu*c*c*a-3′

2′-OMe modified nucleotides are in lower case, 2′-fluoro modified nucleotides are in bold lower case, and phosphorothioate linkages are represented by asterisks. siRNAs were generated by annealing equimolar amounts of complementary sense and antisense strands.

***In vitro* siRNA transfection assay.** The protocol was adapted from ref. 29. HeLa cells, stably expressing firefly luciferase and *Renilla* luciferase were seeded (14,000 cells/well) into each well of an opaque white 96-well plate (Corning-Costar) and allowed to attach overnight in growth medium. Growth medium was composed of 90% phenol red-free DMEM, 10% FBS, 100 units/ml penicillin, 100 µg/ml streptomycin (Invitrogen). Cells were transfected with 50 ng of firefly-specific siLuc complexed with lipidoid at lipidoid/siRNA ratios of 2.5:1, 5:1, 10:1 and 15:1 (wt/wt) to determine the optimum for transfection efficiency. Transfections were performed in quadruplicate.

Working dilutions of each lipid were prepared (at concentrations necessary to yield the different lipid/siRNA weight ratios) in 25-mM sodium acetate buffer (pH 5).

We added 25 µl of the diluted lipid to 25 µl of 60 µg/ml siRNA in a well of a 96-well plate. The mixtures were incubated for 20 min to allow for complex formation, and then 30 µl of each of the lipidoid/siRNA solutions was added to 200 µl of medium in 96-well polystyrene plates. The growth medium was removed from the cells using a 12-channel aspirating wand (V&P Scientific) after which 150 µl of the DMEM/lipidoid/siRNA solution was immediately added. Cells were allowed to grow for 1 d at 37 °C, 5% $CO_2$ and were then

analyzed for luciferase expression. Control experiments were performed with Lipofectamine 2000, as described by the vendor (Invitrogen).

Firefly and *Renilla* luciferase expression was analyzed using Dual-Glo assay kits (Promega). Luminescence was measured using a Victor3 luminometer (Perkin Elmer). A standard curve for luciferase was generated by titration of luciferase enzyme (Promega) into growth medium in an opaque white 96-well plate.

**Bone marrow–derived macrophage transfection.** Murine bone marrow–derived macrophages were cultures according to standard protocol[30]. C57Bl/6 mice expressing GFP under the control of the RAGE locus promoter were used as a source of bone marrow[31]. Cells were cultured in 12-well dishes for 5 d in the presence of 8 ng/ml of macrophage colony stimulating factor (M-CSF). The optimal siRNA/lipidoid ratio was determined for each lipidoid (a ratio of either 5 or 10 wt/wt was used). Mixtures of siGFP or control siCD45 with lipidoids were prepared as described above. Lipofectamine 2000 and Lipofectamine RNAiMAX (Invitrogen) were complexed with siRNA according to manufacturer's instruction. siRNA-lipidoid mixtures were added to macrophage cultures at the desired concentrations for 6 h. Medium was exchanged and GFP expression was analyzed by flow cytometry 5 d later.

**Lipidoid-siRNA formulation.** Lipidoid-based siRNA formulations comprised lipidoid, cholesterol, polyethylene glycol-lipid (PEG-lipid) and siRNA. Formulations were prepared using a protocol similar to that described in refs. 32,33. Stock solutions of 98N12-5(1)·4HCl MW 1489, mPEG2000-Ceramide C16 (Avanti Polar Lipids) MW 2634 or $mPEG_{2000}$-DMG MW 2660 (synthesized by Alnylam, see **Supplementary Methods**), and cholesterol MW 387 (Sigma-Aldrich) were prepared in ethanol and mixed to yield a molar ratio of 42:10:48. Mixed lipids were added to 125 mM sodium acetate buffer pH 5.2 to yield a solution containing 35% ethanol, resulting in spontaneous formation of empty lipidoid nanoparticles. Resulting nanoparticles were extruded through a 0.08 μm membrane (two passes). siRNA in 35% ethanol and 50 mM sodium acetate pH 5.2 was added to the nanoparticles at 1:7.5 (wt/wt) siRNA/total lipids and incubated at 37 °C for 30 min. Ethanol removal and buffer exchange of siRNA-containing lipidoid nanoparticles was achieved by tangential flow filtration against PBS using a 100,000 MWCO membrane. Finally, the formulation was filtered through a 0.2 μm sterile filter. Particle size was determined using a Malvern Zetasizer NanoZS (Malvern). siRNA content was determined by UV absorption at 260 nm and siRNA entrapment efficiency was determined by Ribogreen assay[34]. Resulting particles had a mean particle diameter of ~50 nm, with peak width of 20 nm, and siRNA entrapment efficiency >95%.

***In vivo* rodent Factor VII and *Apob* silencing experiments.** All procedures used in animal studies conducted at Alnylam were approved by the Institutional Animal Care and Use Committee (IACUC) and were consistent with local, state and federal regulations as applicable. C57BL/6 mice (Charles River Labs) and Sprague-Dawley rats (Charles River Labs) received either saline or siRNA in lipidoid formulations via tail vein injection at a volume of 0.01 ml/g. At various time points after administration, animals were anesthetized by isofluorane inhalation and blood was collected into serum separator tubes by retroorbital bleed. Serum levels of Factor VII protein were determined in samples using a chromogenic assay (Coaset Factor VII, DiaPharma Group; or Biophen FVII, Aniara Corporation) according to manufacturers' protocols. A standard curve was generated using serum collected from saline-treated animals. In experiments where liver mRNA levels were assessed, at various time points after administration, animals were killed and livers were harvested and snap frozen in liquid nitrogen. Frozen liver tissue was ground into powder. Tissue lysates were prepared and liver mRNA levels of Factor VII and *Apob* were determined using a branched DNA assay (QuantiGene Assay, Panomics)[8].

***In vivo* mouse RSV silencing experiments.** BALB/c mice (Harlan Sprague-Dawley Laboratories) were anesthetized by intraperitoneal (i.p.) administration of 2,2,2-tribromoethanol (Avertin) and instilled intranasally (i.n.) with lipidoid-siRNA formulations in a total volume of 50 μl. At 4 h after siRNA instillation, the mice were anesthetized and infected i.n. with $10^6$ plaque-forming units (PFU) of respiratory syncytial virus (RSV)/A2 or RSV/B1. Before removal of lungs at day 4 after infection, anesthetized mice were exsanguinated by severing the right caudal artery. Lung tissue was collected on ice in PBS (Invitrogen) to determine virus titers. RSV titers from lungs were measured by immunostaining plaque assay. Lungs were homogenized with a hand-held Tissumiser homogenizer (Fisher Scientific). The lung homogenates were placed on ice for 5–10 min to allow debris to settle. Clarified lung lysates were diluted tenfold in serum-free DMEM, added to 95% confluent Vero E6 cells cultured in DMEM in 24-well plates, and incubated for 1 h at 37 °C, followed by 2% methylcellulose overlay. At 5 d post-infection, the medium was removed and the cells were fixed with acetone/methanol (60:40) and immunostained. Plaques were counted and log (10) PFU/g lung versus PBS or siRNA mismatch control was determined.

**Silencing in peritoneal macrophages.** C57Bl/6J mice (Jackson Labs) were injected intraperitoneally with 1 ml of 4% Brewers thioglycollate medium (Difco) 3 d before injecting 10 mg/kg of siCD45, or siGFP i.p. (four mice per group). Peritoneal lavage was collected 4 d later and stained with fluorophore-conjugated antibodies to CD11b, Gr1 and CD45 (BD Biosciences). Flow cytometry samples were run on the LSRII flowcytometer (BD Bioscience) and FlowJo software (Treestar) was used to identify the $CD11b^{high}Gr1^{low}$ macrophage population and quantify CD45 expression.

***In vivo* miRNA silencing experiments.** C57BL/6NCRL mice (Charles River) received lipidoid formulations of antagomir or anti-miR via tail vein injection at 5 mg/kg (0.5 mg/ml) on 3 consecutive days. Livers were taken at day 4 and expression levels of miR-122 were determined. Liver tissue was dissolved in proteinase K-containing cell and tissue lysis buffer (EPICENTRE) and subjected to sonication. Total RNA was extracted with TE-saturated phenol (Roth) and subsequent precipitation in ethanol. Synthetic DNA probes complementary to mouse miR-122, as well as mouse U6 RNA were 5′-end labeled using polynucleotide kinase (New England Biolabs) and γ-32P ATP (GE Healthcare). Probe sequences were: miR-122, 5′- AAACACCATTGTCACACTCCACAGC TCTCTCTTCT -3′; U6, 5′ -CACGAATTTGCGTGTCATCCTTGCGCAGGGGC CATGTTCTTCTTCTTCTTC - 3.

Total liver RNA was simultaneously hybridized in solution to a miR-122-specific probe and the U6 probe. The hybridization conditions allowed detection of U6 RNA and mature miRNA, but not pre-miRNA. After treatment with S1 nuclease, samples were loaded on denaturing 10% acrylamide gels. Gels were exposed to a phosphoimager screen and analyzed on a Typhoon 9200 instrument (GE Healthcare). Relative signal intensities of miR-122 versus U6 were calculated for each sample.

**Expression level analysis of miR-122 target genes by branched DNA assay.** Assay was performed as described before[4]. Briefly, 30–50mg of frozen liver tissue was lysed in 1 ml tissue and cell lysis buffer (EPICENTRE) by sonication. 10–40 μl lysate was used for branched DNA assay, depending on signal strength of target gene. Probe sets were designed using QuantiGene ProbeDesigner software. Target gene expression was assayed according to QuantiGene Detection Assay recommendations and normalized to corresponding glyceraldehyde 3-phosphate dehydrogenase (GAPDH) housekeeper expression from same liver tissue lysate.

***In vivo* nonhuman primate experiments.** All procedures using cynomolgus monkeys were conducted by a certified contract research organization using protocols consistent with local, state and federal regulations as applicable and approved by the Institutional Animal Care and Use Committee (IACUC). Cynomolgus monkeys ($n = 6$ per group) received either 5 ml/kg PBS, 2.5 mg/kg formulated siCont (1.25 ml/kg), 2.5 mg/kg (1.25 ml/kg) formulated siApoB or 6.25 mg/kg (3.125 ml/kg) formulated siApoB as bolus i.v. injections via the brachial vein. For apoB-100 protein measurements, serum was collected pre-dose and at 0.5, 1, 2, 3, 4, 6, 8, 11, 14, 17, 20, 23, 26 and 30 d after administration. In a subsequent experiment, cynomolgus monkeys ($n = 3$ per group) received either 2.5 mg/kg formulated siCont or 2.5 or 6.25 mg/kg of formulated siApoB as bolus i.v. injections via the saphenous vein. For apoB-100 protein measurements, serum was collected pre-dose and at 12, 24 and 48 h after administration. ApoB-100 protein was determined by using an enzyme-linked immunosorbent assay as previously described[8]. Clinical chemistries were analyzed at pre-dose and 24 and 48 h after administration. Hematology and coagulation parameters were analyzed at pre-dose and 48 h after

administration. Animals were killed at 48 h. Liver *Apob* mRNA levels were determined in liver samples using a branched DNA assay (QuantiGene Assay)[8].

*Note: Supplementary information is available on the Nature Biotechnology website.*


**ACKNOWLEDGMENTS**

The authors would like to thank funding by the National Institutes of Health grant R01 EB00244. A.Z. would like to thank the Swiss National Science Foundation for his postdoctoral fellowship. We would also like to thank John Maraganore for helpful comments and Maryellen Duckman for assistance with manuscript preparation.


**COMPETING INTERESTS STATEMENT**

The authors declare competing financial interests: details accompany the full-text HTML version of the paper at http://www.nature.com/naturebiotechnology/.


Published online at http://www.nature.com/naturebiotechnology/
Reprints and permissions information is available online at http://npg.nature.com/reprintsandpermissions



1. de Fougerolles, A., Vornlocher, H.P., Maraganore, J. & Lieberman, J. Interfering with disease: a progress report on siRNA-based therapeutics. *Nat. Rev. Drug Discov.* **6**, 443–453 (2007).
2. Novina, C.D. & Sharp, P.A. The RNAi revolution. *Nature* **430**, 161–164 (2004).
3. Soutschek, J. *et al.* Therapeutic silencing of an endogenous gene by systemic administration of modified siRNAs. *Nature* **432**, 173–178 (2004).
4. Krutzfeldt, J. *et al.* Silencing of microRNAs in vivo with 'antagomirs'. *Nature* **438**, 685–689 (2005).
5. Bitko, V., Musiyenko, A., Shulyayeva, O. & Barik, S. Inhibition of respiratory viruses by nasally administered siRNA. *Nat. Med.* **11**, 50–55 (2005).
6. Li, B.J. *et al.* Using siRNA in prophylactic and therapeutic regimens against SARS coronavirus in Rhesus macaque. *Nat. Med.* **11**, 944–951 (2005).
7. Morrissey, D.V. *et al.* Potent and persistent in vivo anti-HBV activity of chemically modified siRNAs. *Nat. Biotechnol.* **23**, 1002–1007 (2005).
8. Zimmermann, T.S. *et al.* RNAi-mediated gene silencing in non-human primates. *Nature* **441**, 111–114 (2006).
9. Heidel, J.D. *et al.* Administration in non-human primates of escalating intravenous doses of targeted nanoparticles containing ribonucleotide reductase subunit M2 siRNA. *Proc. Natl. Acad. Sci. USA* **104**, 5715–5721 (2007).
10. Chu, T.C., Twu, K.Y., Ellington, A.D. & Levy, M. Aptamer mediated siRNA delivery. *Nucleic Acids Res.* **34**, e73 (2006).
11. McNamara, J.O., II *et al.* Cell type-specific delivery of siRNAs with aptamer-siRNA chimeras. *Nat. Biotechnol.* **24**, 1005–1015 (2006).
12. Muratovska, A. & Eccles, M.R. Conjugate for efficient delivery of short interfering RNA (siRNA) into mammalian cells. *FEBS Lett.* **558**, 63–68 (2004).
13. Pal, A. *et al.* Systemic delivery of RafsiRNA using cationic cardiolipin liposomes silences Raf-1 expression and inhibits tumor growth in xenograft model of human prostate cancer. *Int. J. Oncol.* **26**, 1087–1091 (2005).
14. Palliser, D. *et al.* An siRNA-based microbicide protects mice from lethal herpes simplex virus 2 infection. *Nature* **439**, 89–94 (2006).
15. Sorensen, D.R., Leirdal, M. & Sioud, M. Gene silencing by systemic delivery of synthetic siRNAs in adult mice. *J. Mol. Biol.* **327**, 761–766 (2003).
16. Zhang, Y. *et al.* Engineering mucosal RNA interference in vivo. *Mol. Ther.* **14**, 336–342 (2006).
17. Ge, Q. *et al.* Inhibition of influenza virus production in virus-infected mice by RNA interference. *Proc. Natl. Acad. Sci. USA* **101**, 8676–8681 (2004).
18. Howard, K.A. *et al.* RNA interference in vitro and in vivo using a novel chitosan/siRNA nanoparticle system. *Mol. Ther.* **14**, 476–484 (2006).
19. Takei, Y., Kadomatsu, K., Yuzawa, Y., Matsuo, S. & Muramatsu, T. A small interfering RNA targeting vascular endothelial growth factor as cancer therapeutics. *Cancer Res.* **64**, 3365–3370 (2004).
20. Urban-Klein, B., Werth, S., Abuharbeid, S., Czubayko, F. & Aigner, A. RNAi-mediated gene-targeting through systemic application of polyethylenimine (PEI)-complexed siRNA in vivo. *Gene Ther.* **12**, 461–466 (2005).
21. Davidson, T.J. *et al.* Highly efficient small interfering RNA delivery to primary mammalian neurons induces MicroRNA-like effects before mRNA degradation. *J. Neurosci.* **24**, 10040–10046 (2004).
22. Kim, W.J. *et al.* Cholesteryl oligoarginine delivering vascular endothelial growth factor siRNA effectively inhibits tumor growth in colon adenocarcinoma. *Mol. Ther.* **14**, 343–350 (2006).
23. Simeoni, F., Morris, M.C., Heitz, F. & Divita, G. Insight into the mechanism of the peptide-based gene delivery system MPG: implications for delivery of siRNA into mammalian cells. *Nucleic Acids Res.* **31**, 2717–2724 (2003).
24. Peer, D., Zhu, P., Carman, C.V., Lieberman, J. & Shimaoka, M. Selective gene silencing in activated leukocytes by targeting siRNAs to the integrin lymphocyte function-associated antigen-1. *Proc. Natl. Acad. Sci. USA* **104**, 4095–4100 (2007).
25. Song, E. *et al.* Antibody mediated in vivo delivery of small interfering RNAs via cell-surface receptors. *Nat. Biotechnol.* **23**, 709–717 (2005).
26. Miller, A. Cationic Liposomes for Gene Therapy. *Angew. Chem. Int. Ed.* **37**, 1769–1785 (1998).
27. Griesenbach, U. *et al.* Inefficient cationic lipid-mediated siRNA and antisense oligonucleotide transfer to airway epithelial cells *in vivo*. *Respir. Res.* **7**, 26 (2006).
28. Amarzguioui, M. *et al.* Rational design and in vitro and in vivo delivery of Dicer substrate siRNA. *Nat. Protocols* **1**, 508–517 (2006).
29. Anderson, D.G., Akinc, A., Hossain, N. & Langer, R. Structure/property studies of polymeric gene delivery using a library of poly(beta-amino esters). *Mol. Ther.* **11**, 426–434 (2005).
30. Cunnick, J., Kaur, P., Cho, Y., Groffen, J. & Heisterkamp, N. Use of bone marrow-derived macrophages to model murine innate immune responses. *J. Immunol. Methods* **311**, 96–105 (2006).
31. Constien, R. *et al.* Characterization of a novel EGFP reporter mouse to monitor Cre recombination as demonstrated by a Tie2 Cre mouse line. *Genesis* **30**, 36–44 (2001).
32. Maurer, N. *et al.* Spontaneous entrapment of polynucleotides upon electrostatic interaction with ethanol-destabilized cationic liposomes. *Biophys. J.* **80**, 2310–2326 (2001).
33. Semple, S.C. *et al.* Efficient encapsulation of antisense oligonucleotides in lipid vesicles using ionizable aminolipids: formation of novel small multilamellar vesicle structures. *Biochim. Biophys. Acta* **1510**, 152–166 (2001).
34. Heyes, J., Palmer, L., Bremner, K. & Maclachlan, I. Cationic lipid saturation influences intracellular delivery of encapsulated nucleic acids. *J. Control. Release* **107**, 276–287 (2005).

# Joint Claim Construction Brief

# EXHIBIT 24

# Synergistic Silencing: Combinations of Lipid-like Materials for Efficacious siRNA Delivery

Kathryn A Whitehead[1], Gaurav Sahay[1], George Z Li[2], Kevin T Love[2], Christopher A Alabi[1], Minglin Ma[1], Christopher Zurenko[3], William Querbes[3], Robert S Langer[1,2,4] and Daniel G Anderson[1,2,4]

[1]Koch Institute for Integrative Cancer Research, Massachusetts Institute of Technology, Cambridge, Massachusetts, USA; [2]Department of Chemical Engineering, Massachusetts Institute of Technology, Cambridge, Massachusetts, USA; [3]Alnylam Pharmaceuticals, Cambridge, Massachusetts, USA; [4]Harvard-MIT, Division of Health Sciences and Technology, Massachusetts Institute of Technology, Cambridge, Massachusetts, USA

Despite the promise of RNA interference (RNAi) therapeutics, progress toward the clinic has been slowed by the difficulty of delivering short interfering RNA (siRNA) into cellular targets within the body. Nearly all siRNA delivery vehicles developed to date employ a single cationic or ionizable material. In order to increase the material space available for development of siRNA delivery therapeutics, this study examined the possibility of using binary combinations of ionizable lipid-like materials to synergistically achieve gene silencing. Interestingly, it was found that ineffective single lipid-like materials could be formulated together in a single delivery vehicle to induce near-complete knockdown of firefly luciferase and factor VII in HeLa cells and in mice, respectively. Microscopy experiments suggested that synergistic action resulted when combining materials that respectively mediated cellular uptake and endosomal escape, two important steps in the delivery process. Together, the data indicate that formulating lipid-like materials in combination can significantly improve siRNA delivery outcomes while increasing the material space available for therapeutic development. It is anticipated that this binary formulation strategy could be applicable to any siRNA delivery material in any target cell population that utilizes the two-step endosomal delivery pathway.

*Received 18 March 2011; accepted 17 June 2011; published online 12 July 2011. doi:10.1038/mt.2011.141*

## INTRODUCTION

The discovery of RNA interference (RNAi) in mammalian cells[1] has enabled the development of short interfering RNA (siRNA) therapeutics,[2] which have the potential to treat a wide variety of human diseases, including viral infections[3–7] and cancer,[8–10] through genetic modulation. Theoretically, siRNA can be used to alter the expression of nearly any gene in the body through the silencing of complementary messenger RNA. Such precise genetic control offers a broad therapeutic potential that is typically not attainable using conventional small molecule drugs. It has already been reported that synthetic siRNAs are capable of treating a variety of disease targets *in vivo*, including hypercholesterolemia,[11,12] liver cirrhosis,[13] intestinal colitis,[14] human immunodeficiency virus,[4,15] and ovarian cancer.[9,16]

Advances in siRNA delivery vehicle technology must be made before RNAi can attain its broadest potential in the clinic. Efficacious delivery materials facilitate several steps in the delivery process. In addition to escorting therapeutic cargo through the bloodstream and extracellular matrix, delivery vehicles must mediate siRNA transport across the cellular membrane of the target cell and facilitate endosomal escape before lysosomal digestion.[17,18] It is only once all of these barriers have been breached that siRNA can interact with the RNAi machinery in the cytoplasm and trigger the gene silencing process.[19]

To date, siRNA delivery has been achieved primarily using vehicles that contain a single cationic or ionizable delivery material.[3,10,20–22] On the cellular level, these efficacious materials must mediate several distinct steps in the siRNA delivery process, including cellular entry and intracellular compartmental escape. As such, most siRNA delivery efforts have focused on materials able to mediate all steps in the delivery pathway, particularly *in vitro*. In order to increase the material space available for therapeutic development, we started with a one-dimensional space of materials and studied them in binary combination to explore a two-dimensional space of materials. Using this technique, we sought to identify synergistic combinations of siRNA delivery materials capable of facilitating complete delivery. It was hypothesized that gene silencing could be achieved by formulating a material capable of cellular entry with a material capable of compartmental escape together into one delivery nanoparticle.

This hypothesis was interrogated using a library of lipid-like materials, termed lipidoids.[20] Lipidoids, which contain tertiary amines, are among the ionizable lipids and polymers identified as promising nonviral siRNA delivery vehicles.[20,23–26] Previously, over 1,000 lipidoids have been analyzed for delivery efficacy, and several leading candidates have been employed for siRNA delivery applications.[9,16,20] However, the library also included hundreds of members unable to induce gene silencing. Using these compounds as model delivery materials, we sought out synergistic delivery behavior through the analysis of nanoparticles formulated with binary combinations of ineffective lipidoids. Herein,

***Correspondence:*** *Daniel G Anderson, Harvard-MIT, Division of Health Science Technology, Massachusetts Institute of Technology, 77 Massachusetts Avenue, Cambridge, Massachusetts 02139, USA. E-mail: dgander@mit.edu*

© The American Society of Gene & Cell Therapy





**Figure 1 Lipidoid synthesis reaction and library.** (**a**) A Michael addition reaction was used to synthesize lipidoids from the conjugate addition of amino molecules to alkyl-acrylate or alkyl-acrylamide molecules. (**b**) Six amines, three alkyl-acrylates, and three alkyl-acrylamides were used to create a library of 36 lipidoids. Lipidoids are named for the two molecules from which they were synthesized (*e.g.*, $26O_{10}$ or $98N_9$).

the search for and identification of synergistic lipidoid combinations is described.

## RESULTS

In order to explore the potential of binary lipidoid combinations for enhanced siRNA delivery, 36 lipidoids from the original library[20] were selected for further examination. These lipidoids were synthesized through the Michael addition of an amine to an alkyl-acrylate or alkyl-acrylamide tail (**Figure 1a**). The lipidoid building blocks employed in this study (**Figure 1b**) were chosen to incorporate structural diversity (*e.g.*, number and length of tails) into the 36 resulting lipidoids, many of which had been previously determined to lack transfection capability *in vitro*.[20]

It was hypothesized that certain binary combinations of lipidoids may form better siRNA delivery vehicles than either lipidoid alone. To test this hypothesis, the 36 synthetic lipidoids were combined with one another during the formulation process before the addition of siRNA. These combinations yielded 630 binary pairs, which were each generated at six weight fractions varying from 0 to 1 with a step size of 0.2. This resulted in a total of 3,780 unique formulations, which were tested for their ability to deliver siRNA to a HeLa cell line that stably expressed both *Renilla* and firefly luciferase proteins. All *in vitro* experiments were performed at a lipioid: siRNA weight ratio of 5:1 and a siRNA concentration of 20 nmol/l. Efficacy was determined by delivering an anti-firefly luciferase siRNA and measuring the ratio of firefly to *Renilla* luciferase activity. *Renilla* activity served as a built-in control, as lipidoids with cytotoxic or nonspecific silencing properties resulted in reduced activity of both types of luciferase. Results are presented as relative firefly luciferase activity, which is the ratio of firefly luciferase activity relative to the untreated control after normalization to *Renilla* luciferase activity.

The primary goal of the *in vitro* screen was to determine whether binary combinations of lipidoids offered improved transfection over their individual lipidoid counterparts. In order to quantify any improvements in gene silencing enabled by a lipidoid formulation comprised of two distinct lipidoids (A and B), we defined a synergy value (*S* value) as follows:

$$S \text{ value} = X_A \cdot F_A + (1 - X_A) \cdot F_B - F_{AB} \quad (1)$$

where $X_A$ is the weight fraction of lipidoid A, and $F_A$, $F_B$, and $F_{AB}$ are the relative firefly luciferase activity levels achieved with lipidoids A, B, and the A-B combination at weight fraction $X_A$, respectively. In other words, the *S* value represents the difference between the expected value and the actual value of luciferase expression for lipidoid combinations. *S* values can range from 1 to −1, with 1 representing a combination that, while capable of maximal gene silencing *in vitro*, is comprised of two lipidoids that have no transfection ability on their own. An *S* value of 0 indicates that the combination offers no advantage over its single counterparts, whereas a negative S value signifies that a combination is less effective than its corresponding individual components.

By plotting *S* values, the wide variety of transfection results obtained when lipidoid combinations were screened in HeLa




**Figure 2 The *in vitro* screen identified numerous efficacious and synergistic lipidoid delivery formulations.** (**a**) Although the transfection properties of most binary lipidoid combinations were not improved over their single lipidoid counterparts (*S* values close to zero), a small fraction of lipidoid combinations enabled markedly improved gene silencing (*S* values close to one). (**b**) Library members exhibited a broad range of transfection abilities. While the majority of materials lacked efficacy (relative luciferase values near 1), one quarter of the library was capable of inducing >50% firefly luciferase silencing. (**c**) High *S* values correlated well with higher levels of gene silencing, and low *S* values indicated poor gene silencing. Intermediate S values ($-0.2 < S < 0.2$) had little to no correlation with *in vitro* luciferase knockdown ability.

cells can be observed (**Figure 2a**). Many binary formulations offered no significant improvement over their individual lipidoids (*S* values near 0), as is evidenced by the clustering of data points near the middle of the graph. Interestingly, however, 5% of the specific binary combinations screened *in vitro* exhibited *S* values ≥0.5 without inducing cytotoxicity, providing proof-of-principle that ineffective individual lipidoids can synergistically enable significant levels of gene silencing when formulated in combination.

The *in vitro* gene silencing efficacy of the nearly 4,000 binary lipidoid combinations tested is shown in **Figure 2b**. A range of transfection behavior is seen across the library, with the majority of materials lacking efficacy (relative luciferase values near 1). A subset of the library, however, exhibited significant firefly luciferase knockdown efficiency. 26% and 8% of the materials tested induced >50% and >75% gene silencing, respectively. As a point of reference, the leading compound from the original lipidoid library, 98N12, mediates 61% silencing under the *in vitro* conditions used in this study.[20] **Figure 2c** shows the relationship between *S* values and *in vitro* silencing efficiency for all members of the library. High *S* values correlated well with higher levels of gene silencing, and low *S* values indicated poor gene silencing. Intermediate *S* values ($-0.2 < S < 0.2$) had little to no correlation with *in vitro* luciferase knockdown ability.

Although many binary combinations yielded high *S* values, we will use one particular lipidoid pair, $86N_{15}$–$98O_{13}$, to illustrate the synergistic potential of a binary delivery material approach. It is representative of other synergistic combinations. **Figure 3** demonstrates the *in vitro* ability of various weight fractions of the $86N_{15}$–$98O_{13}$ combination to silence the production of firefly luciferase in HeLa cells. Firefly luciferase levels are reported relative to normal expression in HeLa cells (negative control). Although neither $86N_{15}$ ($X_{98O13} = 0$) nor $98O_{13}$ ($X_{98O13} = 1$) demonstrated any detectable transfection capability on their own *in vitro*, combinations of the two lipidoids at all weight fractions exhibited marked improvement in firefly luciferase silencing, with the best performing combination of $86N_{15}$–$98O_{13}$ ($X_{98O13} = 0.6$) yielding 83% knockdown and an *S* value of over 0.7.




**Figure 3 The binary lipidoid combination $86N_{15}$–$98O_{13}$ mediated synergistic gene silencing *in vitro*.** The negative control (NC), non-treated HeLa cells, maintained full firefly luciferase activity (hatched bar), while the positive control (PC), HeLa cells transfected with Lipofectamine RNAiMax, exhibited ~80% knockdown (white bar). Binary lipidoid combinations significantly enhanced short interfering RNA (siRNA) delivery over single lipidoid counterparts (black bars). All compounds were tested at an siRNA concentration of 20 nmol/l. Error bars represent s.d. ($n = 4$).

In order to further assess the potential of lipidoid siRNA delivery vehicles, *in vivo* testing was performed on the leading hits from the *in vitro* screen. Binary lipidoid combinations were formulated with cholesterol, polyethylene glycol, and siRNA into nanoparticles, which were then injected into mice via the tail vein. The siRNA used in *in vivo* formulations was specific against the factor VII gene, which encodes a model protein produced in hepatocytes. Silencing was assessed at 48 hours postinjection through the measurement of factor VII levels in the serum. Several binary lipidoid combinations were capable of inducing gene silencing in mouse hepatocytes, with the combination $86N_{15}$–$98O_{13}$ demonstrating the most significant synergistic siRNA delivery capability (**Figure 4**).

The combination $86N_{15}$–$98O_{13}$ was first analyzed at a total siRNA dose of 5 mg/kg, shown in **Figure 4a**. The single lipidoid components, $86N_{15}$ ($X_{98O13} = 0$) and $98O_{13}$ ($X_{98O13} = 1$), did not facilitate factor VII silencing. However, each of the binary combinations of

© The American Society of Gene & Cell Therapy





**Figure 4 The binary lipidoid combination 86N$_{15}$–98O$_{13}$ synergistically improved gene silencing in mice.** (**a**) Factor VII silencing of >85% is achieved with weight fraction 98O$_{13}$ = 0.75, despite the ineffectiveness of the single lipidoid constituents (weight fractions = 0, 1). Formulations were delivered systemically at a total short interfering RNA (siRNA) dose of 5 mg/kg. (**b**) The factor VII silencing capability of the lead combination, 86N$_{15}$–98O$_{13}$ (weight fraction 98O$_{13}$ = 0.75), is dose-dependent. Error bars in both figures represent s.d. (*n* = 3–6).

**Table 1 Characterization of selected lipidoid binary combinations**

| | $X_{98O13}$ | Diameter[a] (nm) | Entrapment (%) | Zeta potential[a] (mV) | Relative FVII activity[b] |
|---|---|---|---|---|---|
| 86N$_{15}$–98O$_{13}$ | 0 | 100 ± 26 | 44 | 3.5 ± 0.7 | 0.93 |
| | 0.25 | 131 ± 14 | 50 | 4.5 ± 0.3 | 0.82 |
| | 0.5 | 182 ± 35 | 46 | 4.3 ± 0.9 | 0.51 |
| | 0.75 | 88 ± 13 | 43 | 5.8 ± 0.5 | 0.11 |
| | 1 | 102 ± 16 | 41 | 5.5 ± 0.7 | 0.89 |

*Abbreviations*: FVII, factor VII; siRNA, short interfering RNA.
[a]Diameter and zeta-potential reported as mean ± s.e.m. [b]*In vivo* gene silencing ability is provided in the form of relative FVII activity at a total siRNA dose of 5 mg/kg.

86N$_{15}$ and 98O$_{13}$ offered some level of gene silencing improvement. The most efficacious delivery to mouse hepatocytes was achieved at a 98O$_{13}$ weight fraction of 0.75, which resulted in ~85% factor VII knockdown at 5 mg/kg siRNA. A dose–response analysis was performed for this particular combination (**Figure 4b**). 86N$_{15}$–98O$_{13}$ ($X_{98O13}$ = 0.75) mediated dose-dependent protein silencing, with an $IC_{50}$ dose of ~1.5 mg/kg. The toxicity of lipidoid nanoparticles was assessed by monitoring mouse body weight at the time of injection and 48 hours postinjection. No changes in bodyweight for any of the combinations depicted in **Figure 4** were detected compared to negative control mice.

Nanoparticle characterization data for the 86N$_{15}$–98O$_{13}$ combination lipidoids can be found in **Table 1**. Sizes ranged from 78 to 182 nm in diameter, while zeta potentials were all slightly positive, reflecting the slightly protonated state of the lipidoid amines at a neutral pH. siRNA entrapment values were all ~50%. Neither the size, siRNA entrapment ability, nor surface charge appear to lend any obvious advantage to the most efficacious combination, 86N$_{15}$–98O$_{13}$ ($X_{98O13}$ = 0.75).

To elucidate the *in vitro* mechanism of action of the leading lipidoid combination, 86N$_{15}$–98O$_{13}$, uptake and the final fate of the delivery material was monitored using automated high throughput confocal microscopy. The lipidoids 86N$_{15}$ and 98O$_{13}$, and the synergistic combinations 86N$_{15}$–98O$_{13}$ ($X_{98O13}$ = 0.5) and 86N$_{15}$–98O$_{13}$ ($X_{98O13}$ = 0.75), were analyzed in this study. HeLa cells were transfected with lipidoid nanoparticles containing Alexa 594-labeled siRNA at doses ranging from 50 to 1,600 nmol/l. Cells were imaged at 60 minutes post-transfection, and fluorescence intensity was quantified (**Figure 5**). Both the images (**Figure 5a–d**) and the quantification (**Figure 5e**) indicate that 86N$_{15}$ was internalized in greater amounts than the other lipidoids. In contrast, cells were not able to internalize 98O$_{13}$ at any concentration (**Figure 5d,e**). Combinations of 86N$_{15}$ and 98O$_{13}$, however, showed intermediate uptake, with higher weight fractions of 86N$_{15}$ corresponding with higher levels of internalization (**Figure 5b,c,e**). A similar internalization pattern of lipidoid nanoparticles was observed with alternative dyes (Cy3 and Cy5) and with longer incubation times (24 hours) at low nanoparticle concentrations (50 nmol/l) (data not shown).

Next, to assess the intracellular trafficking fate of lipidoid nanoparticles, we quantified the localization of the nanoparticles with LysoTracker Green, a marker for lysosomes, at 1 hour post-transfection. 98O$_{13}$ was not included in this portion of the study, as it did not internalize sufficiently to provide useful trafficking data. 86N$_{15}$ nanoparticles experienced a dose-dependent increase in the % colocalization with cell lysosomes (**Figure 5f**), indicating that these nanoparticles are being trafficked into degradative pathways. The percent colocalization for 86N$_{15}$ is quantitatively lower than what appears in **Figure 5a** because quantitation has been performed using Acapella software (see Materials and Methods section), which has a strict definition of colocalization. In contrast, combinations of 86N$_{15}$–98O$_{13}$ did not show appreciable localization with lysosomes (~3%), even at higher doses (**Figure 5f**).

Lipidoid nanoparticles were also imaged *in vivo* in order to evaluate any differences between synergistic combinations and ineffective single lipidoids following intravenous delivery. Biodistribution profiles related to the synergistic 86N$_{15}$–98O$_{13}$ system obtained using an IVIS imaging system are shown in **Figure 6**. All nanoparticles were formulated with Cy5-labeled siRNA and were injected at a total siRNA dose of 1 mg/kg. One hour postinjection, organs were excised from sacrificed animals and imaged using an IVIS imaging system. The images in **Figure 6** demonstrate that naked siRNA as well as siRNA introduced via 86N$_{15}$ and 98O$_{13}$ nanoparticles did not accumulate in the liver, spleen, lungs, or heart. On the other hand, the synergistic delivery combination 86N$_{15}$–98O$_{13}$ ($X_{98O13}$ = 0.75) enabled siRNA localization to the target organ, the liver, as well as the spleen. All siRNA formulations were subject to some level of clearance at 1 hour postinjection, as was evidenced by siRNA accumulation in the kidneys of all injection groups.




**Figure 5 Synergistic $86N_{15}$–$98O_{13}$ lipidoid combinations were uptaken into cells and avoided accumulation in the lysosomes.** Confocal images were taken of the lipidoids (**a**) $86N_{15}$, (**b**) $86N_{15}$–$98O_{13}$ (weight fraction $98O_{13}$ = 0.5), (**c**) $86N_{15}$–$98O_{13}$ (weight fraction $98O_{13}$ = 0.75), and (**d**) $98O_{13}$ formulated into nanoparticles with Alexa-594-short interfering RNA (siRNA) and exposed to HeLa cells in the presence of Lysotracker Green. Representative images of the 400 nmol/l siRNA dose are shown. Inset-magnified images have been labeled with red and green arrows indicative of lipidoid and lysosomes, respectively. Yellow arrows show colocalization between the lipidoid nanoparticles and the endosomes, while the white arrow in **d** shows aggregated nonspecific binding of lipidoid to plate. (**e**) Quantification of lipidoid internalization. (**f**) Quantification of internalized lipidoid nanoparticle colocalization with lysosomes. All quantification data presented was averaged from 20 different fields per well using Acapella software. Experiments were performed in triplicate, and error bars represent s.e.

In order to assess the importance of serum stability on *in vivo* gene silencing, all $86N_{15}$, $98O_{13}$, and the three combinations $86N_{15}$–$98O_{13}$ ($X_{98O13}$ = 0.25, 0.5, and 0.75) were exposed to serum for a period of 24 hours. Fluorescent siRNAs individually tagged with Alexa 594 and Alexa 647 were incorporated into each lipidoid nanoparticle. Fluorescence resonance energy transfer (FRET) was used to assess the proximity of siRNAs contained within the nanoparticle to one another. Decreases in FRET signal correspond to an increased distance between neighboring siRNAs, indicating that the nanoparticle is losing stability. Data obtained using this technique indicated that all of the nanoparticles tested were very stable in serum over a 24 hours period, with only 5–20% decreases in FRET signal (**Supplementary Figure S1**). At 24 hours, a 1% Triton-X solution was added to the nanoparticles to confirm extinguishment of FRET signal upon particle rupture.[27] This suggests that serum stability was not specifically responsible for the synergistic gene silencing ability of $86N_{15}$–$98O_{13}$ ($X_{98O13}$ = 0.75).

## DISCUSSION

Since the discovery of RNAi, the identification of safe and efficacious siRNA delivery materials has proven to be a considerable challenge. Although progress has been made in identifying increasingly viable delivery candidates, either through rational design[25] or high-throughput synthesis,[12,20] no such material has yet been approved for use in the clinic. Most siRNA delivery vehicles developed to date employ a single cationic or ionizable material that negotiates the varied obstacles en route to the cytoplasm of target cells. In an attempt to rescue ineffective delivery materials while increasing the material space available for therapeutic development, this study examined the possibility of using combinations of ionizable materials to synergistically achieve gene silencing using lipidoid materials as a model delivery system. Interestingly, we have shown that it is possible to formulate two ineffective siRNA delivery materials together in a nanoparticle to facilitate near-complete protein silencing both *in vitro* and *in vivo*.

Our data suggest that, *in vitro*, synergistic gene silencing phenomena may involve two important steps in the siRNA delivery process. Although certain lipidoids are able to facilitate transport of siRNA across the cellular membrane, they may lack the ability to escape from the intracellular compartments once inside the cell. Similarly, other lipidoids may mediate intracellular delivery to the cytoplasm, but are not able to gain cellular entry. However,

© The American Society of Gene & Cell Therapy





**Figure 6 The synergistic binary combination $86N_{15}$–$98O_{13}$ localizes to the liver.** Mice were injected via the tail vein with lipidoid delivery formulations containing Cy5-labeled short interfering RNA (siRNA), and organs were harvested 60 minutes postinjection and imaged using an IVIS imaging system. Neither naked siRNA nor single lipidoid formulations accumulated in any organs besides the kidneys. However, the synergistic binary combination $86N_{15}$–$98O_{13}$ mediated significant siRNA accumulation in the liver. Experiments were performed in triplicate, with representative images shown here.

by formulating these materials together into one delivery vehicle, it may be possible to capitalize upon the unique capabilities of each lipidoid to achieve RNAi-mediated gene silencing.

This hypothesis is supported by the confocal microscopy experiments is shown in **Figure 5**. $86N_{15}$ entered cells readily *in vitro* but was not capable of inducing siRNA-mediated gene knockdown, indicating that it faltered as a delivery material at a step downstream of cellular entry. $98O_{13}$, on the other hand, was not adept at cellular entry. Yet, when combined together in one delivery vehicle, $86N_{15}$ and $98O_{13}$ work synergistically to deliver siRNA to the cytoplasm and enable gene silencing. The data, taken together, imply that $86N_{15}$ helps the combination enter cells while $98O_{13}$ facilities downstream delivery obstacles, allowing siRNA to reach the RNAi machinery in the cytosol. The asymmetry of the data presented in **Figure 4a** lends further insight into the *in vitro* delivery mechanisms of the synergistic combination $86N_{15}$–$98O_{13}$. Only a small amount of $86N_{15}$ needed to be added to $98O_{13}$ to achieve effective factor VII silencing. As such, $86N_{15}$ is likely more efficient at gaining cellular entry than $98O_{13}$ is at mediating internal delivery.

Interestingly, the biodistribution data presented in **Figure 6** suggest that the mechanism for synergistic delivery *in vivo* may be more complex than what had been observed *in vitro*. When siRNA was delivered using single lipidoids $86N_{15}$ and $98O_{13}$, it accumulated only in the kidneys of injected mice. This type of biodistribution is the same as that achieved with naked siRNA. Additionally, it was found that both the efficacious combination $86N_{15}$–$98O_{13}$ ($X_{98O13}$ = 0.75) as well as its individual nonpotent counterparts, $86N_{15}$ and $98O_{13}$, were very stable in serum over a 24-hour period (**Supplementary Figure S1**). This indicates that serum stability does not give the synergistic combination a delivery advantage over $86N_{15}$ and $98O_{13}$. Together, these data suggest that the combination $86N_{15}$–$98O_{13}$ ($X_{98O13}$ = 0.75) derives its synergistic *in vivo* siRNA delivery ability from two sources. It (i) facilities uptake into hepatocytes via $86N_{15}$, and (ii) mediates intracellular delivery of siRNA into the cytoplasm via $98O_{13}$, where the siRNA interacts with RNAi machinery to trigger gene silencing.

Results presented here establish the proof-of-principle that binary combinations of lipidoid materials can be formulated together in a single vehicle to synergistically achieve high levels of gene silencing both *in vitro* and *in vivo*. Because the multistep siRNA delivery process is not unique to lipidoid-mediated delivery, it is anticipated that a binary formulation strategy may be used achieve enhanced delivery in any target cell population with any delivery material that employs endosomal delivery, including lipids, polymers and siRNA conjugates. Such a discovery increases the material space available for therapeutic development of siRNA delivery materials and has the potential to hasten the advent of RNAi applications in the clinic.

## MATERIALS AND METHODS

***Lipidoid synthesis.*** Lipidoids were synthesized through the addition of alkyl-acrylates or alkyl-acrylamides to amines. Amines were purchased from Sigma-Aldrich (St Louis, MO), acrylates were purchased from Scientific Polymer Products (Ontario, NY) and Hampford Research (Stratford, CT) and acrylamides were synthesized via the drop-wise addition of acryloyl chloride to the appropriate 1-aminoalkane in dry tetrahydrofuran at −15 °C with stirring for several hours. Two hundred milligram of amine was added to the maximal stoichiometric ratio of acrylate or acrylamide. The mixture was stirred in a glass scintillation vial at 90 °C for either for 1 or 7 days for acrylates or acrylamides, respectively.

**In vitro *testing of lipidoids.*** HeLa cells, which were modified to stably express both firefly and Renilla luciferase, were maintained in phenol-red free Dulbecco's modified Eagle's medium (Invitrogen, Carlsbad, CA) supplemented with 10% fetal bovine serum (Invitrogen) at 37 °C and 5% carbon dioxide. Each lipidoid was mixed with 50 ng of anti-firefly luciferase siRNA (Dharmacon, Lafayette, CO) at a weight ratio of 5:1 in 25 mmol/l sodium acetate buffer. Then, 50 µl of siRNA-lipidoid complexes were applied to 1.5 × 10 HeLa cells in serum-containing medium. Transfections were performed at an siRNA concentration of 20 nmol/l, and the transfection medium (which included 10% serum) was kept on cells for the entire experiment. Luciferase silencing was assessed 24 hours post-transfection using a Dual-Glo Luciferase Assay kit (Promega, Madison, WI). Transfections were performed in quadruplicate. Lipofectamine RNAiMax (Invitrogen) was used as a positive control.

***Formulation of lipidoid nanoparticles for* in vivo *applications.*** Lipidoid nanoparticles were formed by mixing lipidoids, cholesterol (Sigma-Aldrich), and mPEG2000-DMG (MW 2660, synthesized by Alnylam Pharmaceuticals[20]) at a molar ratio of 42:48:10 in ethanol and then diluting in 200 mmol/l sodium acetate buffer. Particles were extruded through a 100-nm filter membrane. Anti-factor VII siRNA was then mixed with the lipidoid nanoparticles at a total lipid:siRNA weight ratio of 10:1 and incubated for 30 minutes at 37 °C. Nanoparticles were dialyzed into phosphate-buffered saline (PBS) for 75 minutes in 3,500 MWCO cassettes (Pierce/Thermo Scientific, Rockford, IL). siRNA concentration and entrapment efficiency were determined using the Quant-iT RiboGreen RNA assay from Invitrogen.[27] Nanoparticle size and zeta-potential were acquired in PBS using a ZETAPals analyzer (Brookhaven Instruments, Holtsville, NY). Each formulation was run in triplicate. Particle size and zeta potential are expressed as the average values of each run.

***siRNA delivery in mice using lipidoids.*** All animal experiments were conducted using institutionally approved protocols. Female C57BL/6 mice (Charles River Laboratories, Wilmington, MA) received tail vein injections of either PBS (negative control) or lipidoid nanoparticles containing anti-factor VII siRNA diluted in PBS at a volume of 0.01 ml/g. siFVII was synthesized by Alnylam Pharmaceuticals, and the sequence is as follows:

sense: 5′-GGAucAucucAAGucuuAcT*T-3′

antisense: 5′-GuAAGAcuuGAGAuGAuccT*T-3′,

where 2′-fluoro-modified nucleotides are in lower case and phosphorothioate linkages are represented by asterisks. Two days postinjection, mice were anesthetized via isoflurane inhalation and bled retro-orbitally into serum separator tubes. Serum levels of factor VII were analyzed using a Biophen FVII assay kit (Aniara, Mason, OH).

***Whole-mouse fluorescent imaging.*** Female SKH1 hairless mice received tail vein injections of either PBS (negative control) or lipidoid nanoparticles containing Cy5-labeled siRNA (Integrated DNA Technologies, Coralville, IA) at a dose of 1 mg/kg and volume of 0.01 ml/g. For organ imaging experiments, mice were euthanized at various time points postdelivery, and the heart, lungs, liver, spleen, and kidneys were removed for imaging with an IVIS Spectrum system (Caliper Life Sciences, Hopkinton, MA). Excitation and emission wavelengths used for Cy5 imaging on the IVIS were 640 and 680 nm, respectively.

***Automated confocal microscopy.*** HeLa cells were seeded at $1.5 \times 10^4$ cells/well in black 96-well plates (Greiner Bio-one, Longwood, FL). Cells were starved for 30 minutes in the presence of PBS/BSA and incubated with various concentrations (0–1,600 nmol/l) of lipidoid nanoparticles-containing BLOCK-iT Alexa Fluor Red Fluorescent Oligo (Invitrogen) for 60 minutes at 37 °C. Cells were washed with PBS and incubated with LysoTracker green (500 nmol/l) for 15 minutes. Cells were then counterstained in OPTIMEM-containing Hoescht (2 µg/ml) for nuclei identification. Triple-stained live cell imaging was performed with an automated spinning disk confocal microscope (OPERA; Perkin Elmer, Shelton, CT) with a ×40 objective. The same defined pattern of 20 fields from each well was acquired to eliminate bias and provide a statistically significant number of cells for analysis. After identification of cell location and perimeter, intracellular siRNA signal intensity and % colocalization over single field was calculated using Acapella software. Data presented are an average of intracellular intensity from 20 different fields.

***FRET.*** FRET was used to assess the stability of nanoparticles in serum through the measurement between siRNA neighbors within the nanoparticle. Lipidoid nanoparticles were formulated for *in vivo* applications as described above, except that half of the siRNA that was used was labeled with Alexa 594, and the other half was labeled with Alexa 647 (Integrated DNA Technologies). Nanoparticles were incubated in 100% mouse serum (Invitrogen) or in PBS at 37°C, and their fluorescence intensity was measured once per hour (excitation = 540 nm, emission = 620 and 690 nm). The 690/620 nm signal ratio was normalized to that of naked, labeled siRNAs in serum or PBS. Data are presented normalized to FRET signal at $t = 0$. After 24 hours, a 1% Triton-X (Sigma-Aldrich, St Louis, MO) solution was added to nanoparticles[27] to confirm the extinguishment of FRET signal upon particle destruction.

## SUPPLEMENTARY MATERIAL

**Figure S1.** The binary combination $86N_{15}$–$98O_{13}$ is stable in serum.

## ACKNOWLEDGMENTS

K.A.W. would like to thank Kaitlin Bratlie (MIT), Christopher Levins (MIT), and Daniel Siegwart (MIT) for technical assistance, as well as Arturo Vegas (MIT) for helpful discussions and feedback on the manuscript. This work was supported by Alnylam Pharmaceuticals as well as NIH grants EB000244, R01CA115527, and R01CA132091. K.A.W. was also supported by an NIH fellowship (award number F32EB009623) from the National Institute of Biomedical Imaging and Bioengineering. C.Z. and W.Q. are current employees of Alnylam Pharmaceuticals. D.G.A and R.S.L. report receiving consulting fees from Alnylam Pharmaceuticals.

## REFERENCES

1. Fire, A, Xu, S, Montgomery, MK, Kostas, SA, Driver, SE and Mello, CC (1998). Potent and specific genetic interference by double-stranded RNA in Caenorhabditis elegans. *Nature* **391**: 806–811.
2. Elbashir, SM, Harborth, J, Lendeckel, W, Yalcin, A, Weber, K and Tuschl, T (2001). Duplexes of 21-nucleotide RNAs mediate RNA interference in cultured mammalian cells. *Nature* **411**: 494–498.
3. Geisbert, TW, Lee, AC, Robbins, M, Geisbert, JB, Honko, AN, Sood, V *et al.* (2010). Postexposure protection of non-human primates against a lethal Ebola virus challenge with RNA interference: a proof-of-concept study. *Lancet* **375**: 1896–1905.
4. Kumar, P, Ban, H-S, Kim, S-S, Wu, H. Pearson, T, Greiner, DL, *et al.* (2008). T cell-specific siRNA delivery suppresses HIV-1 infection in humanized mice. *Cell* **134**: 577–586.
5. Morrissey, DV, Lockridge, JA, Shaw, L, Blanchard, K, Jensen, K, Breen, W *et al.* (2005). Potent and persistent *in vivo* anti-HBV activity of chemically modified siRNAs. *Nat Biotechnol* **23**: 1002–1007.
6. Niu, XY, Peng, ZL, Duan, WQ, Wang, H and Wang, P (2006). Inhibition of HPV 16 E6 oncogene expression by RNA interference *in vitro* and *in vivo*. *Int J Gynecol Cancer* **16**: 743–751.
7. Okumura, A, Pitha, PM and Harty, RN (2008). ISG15 inhibits Ebola VP40 VLP budding in an L-domain-dependent manner by blocking Nedd4 ligase activity. *Proc Natl Acad Sci USA* **105**: 3974–3979.
8. Takeshita F, Minakuchi Y, Nagahara S, Honma K, Sasaki H, Hirai K *et al.* (2005). Efficient delivery of small interfering RNA to bone-metastatic tumors by using atelocollagen *in vivo*. *PNAS* **102**: 12177–12182.
9. Huang, YH, Bao, Y, Peng, W, Goldberg, M, Love, K, Bumcrot, DA *et al.* (2009). Claudin-3 gene silencing with siRNA suppresses ovarian tumor growth and metastasis. *Proc Natl Acad Sci USA* **106**: 3426–3430.
10. Davis, ME, Zuckerman, JE, Choi, CH, Seligson, D, Tolcher, A, Alabi, CA *et al.* (2010). Evidence of RNAi in humans from systemically administered siRNA via targeted nanoparticles. *Nature* **464**: 1067–1070.
11. Frank-Kamenetsky, M, Grefhorst, A, Anderson, NN, Racie, TS, Bramlage, B, Akinc, A *et al.* (2008). Therapeutic RNAi targeting PCSK9 acutely lowers plasma cholesterol in rodents and LDL cholesterol in nonhuman primates. *Proc Natl Acad Sci USA* **105**: 11915–11920.
12. Love, KT, Mahon, KP, Levins, CG, Whitehead, KA, Querbes, W, Dorkin, JR *et al.* (2010). Lipid-like materials for low-dose, *in vivo* gene silencing. *Proc Natl Acad Sci USA* **107**: 1864–1869.
13. Sato, Y, Murase, K, Kato, J, Kobune, M, Sato, T, Kawano, Y *et al.* (2008). Resolution of liver cirrhosis using vitamin A-coupled liposomes to deliver siRNA against a collagen-specific chaperone. *Nat Biotechnol* **26**: 431–442.
14. Wilson, DS, Dalmasso, G, Wang, L, Sitaraman, SV, Merlin, D and Murthy, N (2010). Orally delivered thioketal nanoparticles loaded with TNF-a-siRNA target inflammation and inhibit gene expression in the intestines. *Nat Mater* **9**: 923–928.
15. Subramanya, S, Armant, M, Salkowitz, JR, Nyakeriga, AM, Haridas, V, Hasan, M *et al.* (2010). Enhanced induction of HIV-specific cytotoxic T lymphocytes by dendritic cell-targeted delivery of SOCS-1 siRNA. *Mol Ther* **18**: 2028–2037.
16. Goldberg, MS, Xing, D, Ren, Y, Orsulic, S, Bhatia, SN and Sharp, PA (2011). Nanoparticle-mediated delivery of siRNA targeting Parp1 extends survival of mice bearing tumors derived from Brca1-deficient ovarian cancer cells. *Proc Natl Acad Sci USA* **108**: 745–750.
17. Deshayes, S, Morris, M, Heitz, F and Divita, G (2008). Delivery of proteins and nucleic acids using a non-covalent peptide-based strategy. *Adv Drug Deliv Rev* **60**: 537–547.
18. Akinc, A and Langer, R (2002). Measuring the pH environment of DNA delivered using nonviral vectors: implications for lysosomal trafficking. *Biotechnol Bioeng* **78**: 503–508.
19. Whitehead, KA, Langer, R and Anderson, DG (2009). Knocking down barriers: advances in siRNA delivery. *Nat Rev Drug Discov* **8**: 129–138.
20. Akinc, A, Zumbuehl, A, Goldberg, M, Leshchiner, ES, Busini, V, Hossain, N *et al.* (2008). A combinatorial library of lipid-like materials for delivery of RNAi therapeutics. *Nat Biotechnol* **26**: 561–569.
21. Rozema, DB, Lewis, DL, Wakefield, DH, Wong, SC, Klein, JJ, Roesch, PL *et al.* (2007). Dynamic PolyConjugates for targeted *in vivo* delivery of siRNA to hepatocytes. *Proc Natl Acad Sci USA* **104**: 12982–12987.
22. Wolfrum, C, Shi, S, Jayaprakash, KN, Jayaraman, M, Wang, G, Pandey, RK *et al.* (2007). Mechanisms and optimization of *in vivo* delivery of lipophilic siRNAs. *Nat Biotechnol* **25**: 1149–1157.
23. Woodrow, KA, Cu, Y, Booth, CJ, Saucier-Sawyer, JK, Wood, MJ and Saltzman, WM (2009). Intravaginal gene silencing using biodegradable polymer nanoparticles densely loaded with small-interfering RNA. *Nat Mater* **8**: 526–533.
24. Zhang, S, Zhao, B, Jiang, H, Wang, B and Ma, B (2007). Cationic lipids and polymers mediated vectors for delivery of siRNA. *J Control Release* **123**: 1–10.
25. Semple, SC, Akinc, A, Chen, J, Sandhu, AP, Mui, BL, Cho, CK *et al.* (2010). Rational design of cationic lipids for siRNA delivery. *Nat Biotechnol* **28**: 172–176.
26. Han, SE, Kang, H, Shim, GY, Suh, MS, Kim, SJ, Kim, JS *et al.* (2008). Novel cationic cholesterol derivative-based liposomes for serum-enhanced delivery of siRNA. *Int J Pharm* **353**: 260–269.
27. Heyes, J, Palmer, L, Bremner, K and MacLachlan, I (2005). Cationic lipid saturation influences intracellular delivery of encapsulated nucleic acids. *J Control Release* **107**: 276–287.

# Joint Claim Construction Brief

# EXHIBIT 25

ELSEVIER

Journal of Controlled Release 62 (1999) 345–358

journal of controlled release

www.elsevier.com/locate/jconrel

# Synthesis of a single-tailed cationic lipid and investigation of its transfection

Fuxing Tang, Jeffrey A. Hughes*

*University of Florida, College of Pharmacy, Department of Pharmaceutics, Box 100494, Gainesville, FL 32610, USA*

Received 7 April 1999; accepted 2 July 1999

**Abstract**

Single-tailed cationic lipids were originally reported to have low transfection efficiency and high toxicity in plasmid delivery. We hypothesized that particular single-tailed cationic lipids may also function in plasmid transfection. To test this hypothesis, we synthesized a new cationic lipid-oleoyl ornithinate (OLON). To decrease cytotoxicity, we then introduced a potential biodegradable ester bond in the tail of lipid yielding 6-lauroxyhexyl ornithinate (LHON). The data demonstrated that the cytotoxicity of LHON was lower than that of 1,2-dioleoyl-3-trimethylammonium-propane (DOTAP) or OLON. To investigate the transfection activity of the new lipids and determine the cellular uptake of DNA/liposome complexes, we compared the transfection of liposomes produced from double-tailed 1′,2′-dioleyl-*sn*-glycero-3′-succinyl-1, 6-hexanediol ornithine conjugate (DOGSHDO) with an ornithine headgroup, single-tailed OLON with an ornithine head group, double-tailed DOTAP with quaternary amine group, and single-tailed cetyltrimethylammonium bromide (CTAB) with a quaternary amine group. At the optimal ratios as defined in transfection experiments, OLON/DOPE had more than 10 times the transgene expression than other liposomes even though the DNA uptake was not necessarily greater. In the experiments comparing the release of DNA from DNA/liposome complexes by anionic substances, a greater fraction of DNA was released from DNA/OLON/DOPE complexes than that from DNA/DOTAP/DOPE complexes. © 1999 Elsevier Science B.V. All rights reserved.

*Keywords:* Single-tailed; Plasmid DNA; Gene delivery; Liposome

## 1. Introduction

Many cationic lipids have been synthesized and used for gene therapy in cell culture, animals, or clinical trials [1–5], since a cationic lipid was reported to be used in plasmid delivery by Felgner's group in 1987 [1]. It is very hard to predict the gene transfection activities of synthetic cationic lipids due to the poor understanding of the mechanism of cationic lipid-mediated gene transfection. All cationic lipid molecules contain three functional do-

*Abbreviations*: DOTAP, 1,2-Dioleoyl-3-trimethylammonium-propane; DOPE, L-dioleoyl phosphatidylethanolamine; LHON, 6-Lauroxyhexyl ornithinate; OLON, Oleoyl ornithinate; DOGSHDO, 1′,2′-Dioleyl-*sn*-glycero-3′-succinyl-1,6-hexanediol ornithine conjugate; CTAB, Cetyltrimethylammonium bromide; Rh-PE, *N*-(lissamine rhodamine B sulfonyl)-phosphatidylethenolamine; Calcein-AM, Acetoxymethyl ester of calcein; DC-Chol, 3-β-[*N*-(*N*′,*N*′-dimethylaminoethanol)carbarmoyl] cholesterol; RLU, Relative light unit

*Corresponding author. Tel.: +1-352-846-2725; fax: +1-352-392-4447.

*E-mail address:* hughes@cop.ufl.edu (J.A. Hughes)

0168-3659/99/$ – see front matter © 1999 Elsevier Science B.V. All rights reserved.
PII: S0168-3659(99)00158-3

mains: a positive charged head group, a hydrophobic region, and a linker that tethers the cationic group and hydrophobic groups. Two major types of hydrophobic moieties are used in cationic lipids: one is a pair of aliphatic chains, and the other is based on cholesterol. Huang et al. reported single-tailed cationic lipids, such as cetyl trimethylammonium bromide (CTAB), to be more toxic and less efficient than their double-tailed counterparts, such as *N*-[1-(2,3-dioleyloxy) propyl]-*N*,*N*,*N*-tri-methylammonium chloride (DOTMA) [6]. According to published results, neither the head group nor the tail(s) of the lipid are the determinant for cationic lipids being used as plasmid delivery vectors [2,5]. Therefore, we hypothesized that with a suitable head group, single-tailed cationic lipids may function in gene delivery. We synthesized the single tail cationic lipid oleyl ornithinate (OLON) (Fig. 1) and used it for plasmid transfection in mammalian cells. To decrease the toxicity of the single tailed lipid, we also synthesized a single tail lipid-6-lauroxyhexyl ornithinate (LHON), with an ester bond in the tail (Fig. 1). Cationic lipids with ester bonds are more biodegradable and therefore have been associated with less cytotoxicity [7,8]. Recently, Nantz et al. reported a novel tetraester construct that reduced cationic lipid-associated cytotoxicity [9] using ester bonds as linkers to tether the head group and tail. Here, we address a strategy to introduce an ester bond into the tail. We also address whether the introduction of an ester bond to the single chain of LHON will have a detrimental effect on transfection activity. The difference between LHON and its analog OLON is that LHON has an ester bond in the tail whereas OLON has a double bond in a similar position (oleyl, C18). The monounsaturated chain offers sufficient mem-




Fig. 1. Chemical structures of 6-lauroxyhexyl ornithinate (LHON), oleoyl ornithinate (OLON), 1,2-dioleoyl-3-trimethylammonium-propane (DOTAP), 1′,2′-dioleyl-*sn*-glycero-3′-succinyl-1,6-hexanediol ornithine conjugate (DOGSHDO), and cetyltrimethylammonium bromide (CTAB).

brane fluidity and good lipid mixing within the bilayer at physiological temperature [1,8,10]. Due to flexibility of the ester bond, LHON may also have these properties. An additional ester bond in the tail further increases the chance of cationic lipid being degraded, thus decreasing the toxicity. We compared the transfections of double-tailed 1′,2′-dioleyl-*sn*-glycero-3′-succinyl-1, 6-hexanediol ornithine conjugate (DOGSHDO) which has an ornithine headgroup, single-tailed OLON which has an ornithine head group, double-tailed DOTAP which has a quaternary amine group, and single-tailed CTAB which has a quaternary amine group, in order to investigate the effect of single tailed lipids on transgene expression and cellular uptake of DNA/liposome complexes. At the optimal DNA/lipid ratios, OLON/DOPE had more than 10 times higher transgene expression than the other three liposomes even though the DNA uptake was not necessarily higher. In the experiments involving the release of DNA from DNA/liposome complexes using an anionic substance, a greater fraction of DNA from DNA/OLON/DOPE complexes was released than that from DNA/DOTAP/DOPE complexes. The results indicated that single tailed compounds can function as DNA delivery vectors and the introduction of an ester bond within the alkyl chain can further reduce toxicity associated with cationic lipids.

## 2. Materials and methods

### 2.1. Chemicals

Lauric acid and oleyl alcohol were purchased from Fluka (Ronkonkoma, NY). DOTAP, DOPE, CTAB and *N*-(lissamine rhodamine B sulfonyl)-phosphatidylethenolamine (Rh-PE) were purchased from Avanti Polar Lipids (Alabaster, AL). DOGSHDO was synthesized according to a previous procedure [11]. Acetoxymethyl ester of calcein (calcein-AM) was purchased from Molecular Probes, Inc. (Eugene, OR). 2-(*Tert.*-butoxycarbonyloxyimino)-2-phenylacetonitrile (BOC-ON), triethylamine (TEA), L-ornithine hydrochloride, and 1,3-dicyclohexylcarbodiimide (DCC) were bought from Aldrich (Milwaukee, WI). Sodium dodecyl sulfate (SDS) and dextran sulfate (DS) were purchased from Sigma (St. Louis, MO).




Fig. 2. Schemes for the synthesis of 6-lauroxyhexyl ornithinate (LHON). BOC-ON,2-(*tert.*-butoxycarbonyloxyimino)-2-phenylacetonitrile; TEA, Triethylamine; DCC, 1,3-dicyclohexylcarbodiimide.

*2.2. Syntheses (Fig. 2)*

One equivalent of L-ornithine was stirred with 2.5 equivalents of BOC-ON in wet 1,4-dioxane at room temperature overnight to produce BOC-ornithine. One equivalent of BOC-ornithine was esterified with 5 equivalent of 1,6-hexanediol to form 6-hydroxyhexyl BOC-ornithinate (DCC, 1.1 equiv., RT, in $CH_2Cl_2$) [12]. 6-hydroxyhexyl BOC-ornithinate and 1 equivalent of lauric acid were condensed to generate 6-lauroxyhexyl BOC-ornithinate (DCC, 1.1 equiv., RT, in $CH_2Cl_2$). Oleoyl BOC-ornithinate was synthesized by directly conjugating BOC-ornithine with oleyl alcohol (DCC, 1.1 equiv., RT, in $CH_2Cl_2$). All reactions were followed by thin layer chromatography (TLC). A normal silica gel chromatography method was used to purify the products. The overall yield was 60–65% based on the initial amount of amino acid. The molecular weights were determined by a Micromass Quattro-LC-Z triple quadruple mass spectrometer equipped with an atmospheric pressure chemical ionization (APCI) ion source (Beverly, MA). 6-lauroxyhexyl BOC-ornithinate: MW=615.5 (calculated 615.8 for $C_{33}H_{62}N_2O_8$). $^1H$ NMR ($CDCl_3$, 300 MHZ): 0.89 [t, $CH_3$], 1.20–1.69 [m, $15\times(CH_2)$], 1.42 [s, $2\times(CH_3)_3CO$], 2.29 [t, $COCH_2$], 3.14 [q, $CH_2N$], 4.06 [t, $CH_2OCO$], 4.13 [t, $CH_2OCO$], 4.28 [s, α–H], 4.61 [broad s, NH], 5.03[d, NH]. Oleyl BOC-ornithinate: MW=583.5 (calculated 583.8 for $C_{33}H_{62}N_2O_6$). $^1H$ NMR ($CDCl_3$, 300 MHZ): 0.89 [t, $CH_3$], 1.20–1.69 [m, $14\times(CH_2)$], 1.42 [s, $2\times(CH_3)_3CO$], 2.01 [m, $CH_2C{=}CCH_2$], 3.14 [q, $CH_2N$], 4.11 [t, $CH_2OCO$], 4.28 [s, α–H], 4.58 [broad s, NH], 5.03 [d, NH], 5.30–5.41 [m, CH=CH]. Before preparation of liposomes, BOC groups were detached ($CF_3COOH$, 0°C, 15 min), and excessive trifluoroacetic acid was dried under high vacuum to produce LHON and OLON. This step is quantitative as reported by Behr [13]. The purity of the LHON and OLON were checked using TLC and then used to prepare liposomes without further purification.

*2.3. Liposome preparation*

DOTAP, LHON, OLON, and DOGSHDO were dissolved in chloroform and mixed with a helper lipid DOPE (1:1 molar ratio). CTAB was mixed with DOPE using an optimal molar ratio of 1:4 [6]. The mixture was evaporated to dryness in a round-bottomed flask using a rotary evaporator at room temperature. The resulting lipid film was dried by nitrogen for ten additional minutes to evaporate any residual chloroform. The lipid film was suspended in sterile water to a concentration of 1 mg/ml based on the weight of the cationic lipids. The resultant mixtures were shaken in a water bath at 35°C for 30 min. The suspensions were then sonicated using a Sonic Dismembrator (Fisher Scientific) for 1 min at room temperature to form homogenized liposomes. The particle size distribution and zeta potential of liposomes were measured using a NICOMP 380 ZLS instrument (Santa Barbara, CA). The diameters were expressed by the volume–weight distribution parameter. The average diameters of DOTAP/DOPE, LHON/DOPE and OLON/DOPE were 131.8±17.3 nm, 141.0±18.7 nm, and 173.6±40.8 nm, respectively. The zeta potentials were +9.02 mV, 4.08 mV, and 3.18 mV, respectively. Liposomes were stored at 4°C and stable for at least 3 months without decreasing transfection activities (data not shown).

*2.4. Plasmid DNA*

All supplies were purchased from Promega (Madison, WI). Plasmid DNA was obtained from E. coli (strain JM-109) which had been transformed with pGL3, a luciferase producing plasmid with SV-40 promoter and enhancer sequences. Plasmid DNA was isolated using a Wizard Megaprep DNA purification kit from Promega. Plasmid DNA concentration and purity were determined using a spectrophotometer.

*2.5. Gel retardation analysis of binding of DNA/liposome complexes*

One μg of plasmid DNA (pDNA) was dissolved in 10 μl of phosphate-buffer saline (PBS). Cationic liposomes were added to a pDNA solution at the increasing weight ratios from 0 to 6 respectively. All calculations of the weight of liposomes in this paper

were based on the weights of the cationic lipids. The complexes were incubated at room temperature for 30 min and then analyzed on 1% agarose gel. The amount of free DNA was analyzed using an electrophoresis documentation and analysis system (Kodak digital science, New York, NY).

### 2.6. Cell culture and luciferase gene transfection

Chinese hamster ovary (CHO) cells were obtained from American Tissue Type Collection (Rockville, MD). The cells were maintained in α-MEM media, and supplemented with 10% fetal bovine serum (FBS) and antibiotics (penicillin 100 units/ml and streptomycin 100 μg/ml). All cells were kept in 5% $CO_2$ and at 37°C in humidified air. Cell lines were cultured and seeded in 24 well plates ($2\times10^5$ cells/well) and grown to 60–80% confluence in 1 ml of serum-containing media. DNA/liposome complexes were made and incubated at room temperature in serum free media for 30 min. Before transfection, the media was removed and cells were washed with PBS before the addition of 400 μl of serum free media to each well. DNA/liposome complexes in 100 μl of serum free media were added to each well and incubated for 4.5 h. The transfection activities of single-tailed lipids OLON, CTAB, double-tailed DOGSHDO, and DOTAP were also compared. The weight ratios of DNA to lipid in DOTAP/DOPE, OLON/DOPE, DOGSHDO/DOPE, and CTAB/DOPE complexes were 1:2, 1:3, 1:8 [Tang and Hughes, unpublished data], and 2:7 [6], respectively. The optimal weight ratio of DNA to DOGSHDO/DOPE was based on the weight of DOGSHDO only, the optimal weight ratio of DNA to CTAB/DOPE was based on the weight of both CTAB and DOPE. After transfection for 4.5-h, the transfection media were changed to growth media and cells were incubated for another 24 h. Luciferase activity was measured using a standard luciferase assay [14]. Each experiment was repeated at least twice.

### 2.7. Flow cytometry analysis of the cell associated DNA/liposomes complexes

A fluorescein labeling kit was purchased from PanVera Corporation (Madison, WI), and pDNA was labeled according to the product directions. Liposomes were labeled by incorporating 1 molar percent of Rh-PE in liposomes. One μg/well of fluorescein labeled pDNA was complexed with Rh-PE labeled DOGSHDO/DOPE, OLON/DOPE, DOTAP/DOPE, and CTAB/DOPE liposomes at the optimal DNA/liposome weight ratio of each liposome, respectively. The complexes were used for transfection as described previously with slight modifications. Serum free media at 4°C was used in the experiments involving transfection of the cells at 4°C. After transfecting the cells for 4.5-h at 37°C or 4°C, the cells were quickly washed with PBS three times. The cells were incubated with 1 ml of CellSrub™ (washing) buffer (Gene Therapy System, San Diego, CA) for 10 min, to remove the complexes attached on the cell surface. After the cell washing buffer was removed and the cells were washed with PBS twice followed by 100 μl/well of 0.5% of trypsin-EDTA. The cells were trypsinized for 2–3 min and the reaction was stopped by 200 μl of 1% of bovine serum albumin (BSA) in PBS. The cells were collected and centrifuged at 250 *g* for 10 min. The supernatant was decanted and the cell pellet was resuspended in 500 μl of 1% BSA in PBS and centrifuged for another 10 min to remove any remaining phenol red and extracellular liposome/DNA complexes. After the BSA solution was discharged, the cell pellet was resuspended in 500 μl of PBS and fixed in 500 μl of 2% paraformaldehyde in PBS. The cells were fixed at 0°C for 15 min then stored at 4°C overnight. Cell fluorescence was measured using a Becton Dickinson FACSort flow cytometer (San Jose, CA). 10 000 cells were counted for each treatment. Cells were gated by their morphological properties. The mean fluorescence intensity of the cells was measured in terms of arbitrary units using a LYSYS II software program (Becton Dickinson, San Jose, CA). The sample was excited at a wavelength of 488 nm. The fluorescence of fluorescein-DNA was measured at the wavelength of 530 nm (FL1) and the fluorescence of Rh-PE was measured at the wavelength of 580 nm (FL2). Cells transfected with non-labeled DNA and non-labeled liposome, with fluorescein-DNA and non-labeled liposome, and with non-labeled DNA and Rh-PE labeled liposomes, were used as controls. The background fluorescence intensity was subtracted. Each

Case 1:23-cv-00580-CFC Document 65-3 Filed 06/18/24 Page 357 of 708 PageID #: 6539



experiment was performed in triplicate and repeated twice.

### 2.8. Release of DNA from DNA/liposome complexes by sodium dodecyl sulfate (SDS) and dextran sulfate (DS)

Two μg of DNA was complexed with OLON/DOPE or DOTAP/DOPE at the ∓ charge ratio of 1:5 (12 μg of OLON/DOPE assuming one of primary amino group charged and 22 μg of DOTAP/DOPE) in 500 μl of PBS. At these concentrations, two complexes reached the same fluorescence intensity when exposed to SYBR Green I nucleic acid gel stain (Molecular Probe, Oregon). The complexes were incubated at room temperature for 30 min. Five hundred μl of 2×SYBR PBS solution was added and mixtures were incubated for another 15 min. The fluorescence signal was measured at the excitation wavelength of 497 nm, and emission wavelength of 520 nm. The DNA to OLON/DOPE and DNA to DOTAP/DOPE complexes, initially had the same fluorescence intensity. To test the release of DNA by anionic compounds, DS and SDS, increasing amounts of DS or SDS were added to complexes, and the resultant mixture was vortexed and the recovered fluorescence signal was measured. The release of DNA was expressed as fraction of fluorescence recovered

$$\text{Fraction of fluorescence recovered} = \frac{\text{Fluorescence intensity of sample/SYBR}}{\text{Fluorescence intensity of free DNA/SYBR}}$$

### 2.9. Toxicity assay

The toxicity of LHON/DOPE, OLON/DOPE and DOTAP/DOPE in the CHO was determined using a CARE-LASS (a calcein release assay) [15]. Before the assay, cells were plated in a 96 well plate ($1\times10^5$ cells/well) and grown to 60–80% confluence overnight. To test the toxicity of different liposomes, increasing amounts if liposomes were added to cell cultures. To test the toxicity of the DNA/liposome complexes, a fixed amount of 1 μg/well of DNA was used to complex with increasing amount of liposomes. The ratios of DNA to liposome were the same as the ratios used in transfection studies. After specific treatments, cells were washed three times with PBS and incubated with 100 μl of calcein-AM (1 μg/ml in PBS) for 30 min at room temperature. Calcein fluorescence intensity was measured at the excitation and emission wavelengths of 485 nm and 538 nm using a Molecular Device $f_{max}$ Plate Reader (Molecular Devices Corp., CA). The mean fluorescence intensity was calculated and compared to the mean fluorescence value for non-transfected cells. Both fluorescence values were subtracted by naturally released calcein fluorescence intensity. The final results were expressed in terms of percent cell survival. 100% means no cytotoxicity and 0% means no cells survived the treatments. Each experiment was performed in triplicate and repeated at least twice.

### 2.10. Statistical analysis

Statistical analyses were performed using a one way ANOVA (StatView 4.53, Abacus Concepts, Inc., Berkeley, CA). A probability of less than 0.05 was considered to be statistically significant.

## 3. Results

### 3.1. Binding assays

As shown in Fig. 3, more than 99% of DNA was complexed by the liposomes of LHON/DOPE and OLON/DOPE at the weight ratios from 1 to 6. When DNA was mixed with DOTAP/DOPE at a weight ratio of 1:1, 52% of DNA was free. At the ratio of 2:1, 92% of DNA was complexed.

### 3.2. Luciferase plasmid transfection

LHON/DOPE, OLON/DOPE, and DOTAP/DOTAP were used to deliver pGL3 luciferase plasmid to CHO cells. To screen the effects of DNA dose on the transgene expression, pDNA doses of 3 μg/well and 1 μg/well were evaluated. As shown in Fig. 4A and B, LHON had similar transfection activity to OLON. The transfection activities of LHON/DOPE and OLON/DOPE peaked at weight ratio of 1:3. DOTAP/DOPE liposomes exhibited a maximum transfection activity at the weight ratio of

ALNY-00955153

Case 1:23-cv-00580-CFC Document 65-3 Filed 06/18/24 Page 358 of 708 PageID #: 6540






Fig. 3. Gel retardation assays of DNA/liposome complexes. One μg of plasmid DNA was complexed with cationic liposomes LHON/DOPE, OLON/DOPE or DOTAP/DOPE at increasing weight ratios from 0 to 6 respectively. The complexes were analyzed by 1% agarose gel electrophoresis as described in Methods. A: LHDO/DOPE/DNA, B: OLON/DOPE/DNA, and C: DOTAP/DOPE/DNA.

1:1 at DNA concentration of 3 μg/well (Fig. 4A). It is worthy noting that, at the ratio of 1:1 only 48% of DNA was complexed although DOTAP/DOPE had greater transfection activity than at other ratios (Fig. 3C). When 1 μg/well of DNA was used, transfection activity of DOTAP/DOPE peaked at the ratio of 1:2; however, the transfection activity was not significantly different from DOTAP/DOPE at the weight ratio of 1:1 (Fig. 4B, $p>0.05$). The optimal transgene expressions of LHON/DOPE and OLON/DOPE liposomes were greater than 10 times higher than that of DOTAP/DOPE liposomes (Fig. 4) (similar transfection results were also demonstrated in COS 1 cells, data not shown). The DNA dose response was not linear for transgene expression. These results are in agreement with Farhood's [7]. As shown in Fig. 4, DNA complexed at doses three times greater did not result in a corresponding increase in transgene expression. When 3 μg/well of DNA was used, the optimal transgene expression was only 1.5 to 2 times higher than the expression at a DNA concentration of 1 μg/well, instead of the expected 3 times. In order to compare the transfection efficiency of liposomes with the same head groups (i.e., ornithine or quaternary amine) but different tails (i.e., single tail or double tail), we compared the transfections of double tailed DOGSHDO which has an ornithine head group, single-tailed OLON which has a ornithine head group, double-tailed DOTAP which has a quaternary amine group, and single-tailed CTAB which has a quaternary amine group. As shown in Fig. 5, OLON liposomes had more than 10 times higher transfection activity than other liposomes. CTAB/DOPE had a lower transfection activity than DOTAP/DOPE, although both lipids had a similar head group.

### *3.3. Cellular associated DNA after transfection period*

To investigate the possible reason why OLON/DOPE liposomes demonstrated the highest transfection activity, the cellular associated DNA/liposome complexes after transfection period in CHO cells at 37°C was measured by flow cytometry (Fig. 6A). The relative amount of fluorescein-DNA and Rh-PE liposomes associated with cells was expressed by relative fluorescence intensity (Fig. 6). The weight ratios of the lipids were the same as those used in the experiments which compared the different liposomes (Fig. 5). The cellular associated fluorescence due to fluorescein-DNA delivered by DOGSHDO/DOPE and CTAB/DOPE was less than one-third that of both OLON/DOPE and DOTAP/DOPE (Fig. 6A). It was interesting to note that the cellular uptakes of DNA complexed with either OLON/DOPE or DOTAP/DOPE were not significantly different, whereas their transgene expression was different by more than one order of magnitude (Figa. 4 and 5). The weight ratios of DNA/liposome used in trans-

ALNY-00955154




Fig. 4. Comparison of the transfection of pGl3-luciferase plasmid by LHON/DOPE, OLON/DOPE and DOTAP/DOPE in CHO cells. A fixed dose of pGL3 DNA was mixed with increasing weight ratios of cationic liposomes (calculation based on cationic lipid) and used for transfection. A: 3 μg/well of pGL3 DNA, B: 1 μg/well of pGL3 DNA. ♦: LHON/DOPE, ▩: OLON/DOPE; ▲: DOTAP/DOPE. Data is shown as mean±S.D. ($n=3$).

fection of OLON/DOPE and DOTAP/DOPE were 1:3 and 1:2, respectively. The molar ratio of OLON/DOPE liposomes to DOTAP/DOPE liposomes ideally should be approximately 2.7, using the same concentration of DNA in both complexes. We found the ratio of uptake of OLON/DOPE to DOTAP/DOPE to be approximately 2.6, which agrees with this assumption (Fig. 6A). To investigate the uptake mechanism, the transfection was also carried out at 4°C (Fig. 6B). As shown in Fig. 6B, the degree to which cellular uptake decreased at 4°C from that measured at 37°C was not the same in all the treatments. At 4°C the delivery of DNA by OLON/DOPE was shown to decrease by two-thirds and the delivery of DNA by DOTAP/DOPE decreased by one-half.




Fig. 5. Comparison of the transfection of pGl3-luciferase plasmid by DOGSHDO/DOPE, OLON/DOPE, DOTAP/DOPE, CTAB/DOPE. 3 μg of pGl3 DNA was mixed with cationic liposomes DOGSHDO/DOPE, OLON/DOPE, DOTAP/DOPE, CTAB/DOPE at the optimal ratio of each liposome and used in transfection as stated in Methods. Transfection activity was expressed as RLU/well. Data is shown as mean±S.D. ($n=4$).

### *3.4. Release of DNA from DNA/liposome complexes by anionic molecules*

Although both OLON/DOPE liposomes and DOTAP/DOPE liposomes delivered the same amount of DNA to the cells, OLON/DOPE liposomes resulted in greater than 10 times higher transgene expression. The release of DNA from DNA/liposomes by sodium dodecyl sulfate (SDS) or dextran sulfate (DS) was tested in order to investigate the reason for this phenomenon. As shown in Fig. 7, DNA/OLON/DOPE complexes had about 45% of total fluorescence recovery by excess DS or SDS. DNA/DOTAP/DOPE complexes had less fluorescence recovery and only 35–40% of fluorescence recovery in the presence of excessive DS or SDS. The recovery of fluorescence reached a plateau at the dose 12 μg of dextran sulfate (at the ∓ charge ratio of 2:1) and the further addition of DS or SDS did not help significant greater amount of DNA to be released ($p>0.05$) (Fig. 7A). When SDS was added to DNA/liposome complexes, the recovery of fluorescence of DNA/DOTAP/DOPE reached a plateau (12 μg of SDS (∓ charge ratio of 1.3/1) earlier than that of DNA/OLON/DOPE (16 μg of SDS ($p>0.05$)) (Fig. 7B).

### *3.5. Toxicity assay*

The cytotoxicity of liposomes and DNA/liposome complexes was tested. In the complexes, 1 μg/well of DNA was mixed with liposomes with the same ratios as used in transfection experiments. As shown in Fig. 8A, free liposomes were quite toxic to cells. At concentrations of 6 μg/well, only about 20% of the cells survived. Without an ester bond, single tailed OLON liposomes had greater toxicity than DOTAP and LHON liposomes at 6 μg/well ($p<0.05$). As shown in Fig. 8, DNA/liposome complexes had less toxicity than its free liposome formulation since DNA can cover part of toxicity by neutralizing the positive charges of liposomes. These results were consistent with that of Huang et al. [2]. In Fig. 8B, at low liposome doses (1, 2, and 3 μg/well), the three liposomes did not have significantly different cytotoxicity ($p>0.05$). At higher doses, OLON/DOPE showed greater toxicity than DOTAP/DOPE and LHON/DOPE ($p<0.05$) (Fig. 8B). LHON/DOPE was also less toxic than DOTAP/DOPE at a dose of 6 μg/well (Fig. 8B). LHON/DOPE showed lower toxicity than OLON/DOPE in COS 1 cells at high concentration (data not shown).

## 4. Discussion

In the current work, we presented a convenient method of synthesis of the single-tailed cationic lipid OLON and its analog LHON. The optimal transfection activities of LHON/DOPE and OLON/DOPE were more than one order of magnitude greater than that of DOTAP/DOPE (Fig. 4). Although an ester bond linker has been used to decrease the toxicity of cationic lipids, the strategy of introducing an ester




Fig. 6. Comparison of uptake of DNA/liposome complexes by CHO cells. One μg/well of fluorescein labeled pDNA was complexed with Rh-PE-labeled DOGSHDO/DOPE, OLON/DOPE, DOTAP/DOPE, and CTAB/DOPE at the weight ratios stated in Fig. 5. After 4.5-h transfection period, the fluorescence of fluorescein-DNA and Rh-PE was measured at different wavelength as indicated in Methods. A: incubation at 37°C, B: incubation at 4°C. Data is shown as mean±S.D. ($n=3$).




Fig. 7. Release of DNA from DNA/liposome complexes by sodium dodecyl sulfate (SDS) and dextran sulfate (DS). Two μg of DNA was complexed with OLON/DOPE or DOTAP/DOPE at the ∓ charge ratio of 1:5 and mixed with SYBR. DS or SDS was added to complexes, and the resultant mixture was vortexed and recovered fluorescence signal of SYBR was measured as stated in Methods. ♦: OLON/DOPE, ▩: DOTAP/DOPE. A: release by DS, B: release by SDS. Data is shown as mean±S.D. ($n=4$).

bond in the tail backbone has not previously been reported. LHON/DOPE showed similar transfection activities to its analog OLON/DOPE, therefore, the replacement of a double bond in the tail with an ester did not decrease the plasmid transfection activity of the cationic lipid. It was worth noting that the DOTAP/DOPE had optimal transfection activity at the cationic lipid/DNA ratio of 1:1 or 2:1 (Fig. 4). The gel analysis showed that only 48% of total DNA was complexed at the ratio of 1:1 (Fig. 3). The results indicated that the percentage of DNA complexed by cationic liposomes is not the only determinate for transfection efficiency. The physical properties of the complexes may also play important roles in transfection.

As shown in Fig. 5, liposomes composed of OLON had greater than 10 times transfection activity than its double-tailed analog DOGSHDO, whereas




Fig. 8. Toxicity assays. Cytotoxicity of liposomes and the liposome/DNA complexes in CHO cells. Liposomes only or a fixed dose of 1 μg/well of pDNA was mixed with increasing amount of cationic liposomes and used in the toxicity assay. Cell viability was calculated as percentage of survival cells as stated in Methods. A: liposomes only, B: DNA/liposome complexes. ♦: LHON/DOPE, ■: OLON/DOPE; ▲: DOTAP/DOPE. Data is shown as mean±S.D. ($n=3$).

double-tailed DOTAP had higher transfection activity than its single-tailed analog CTAB. The results support that neither the head group nor the tail group is the determinate of transfection activity of cationic lipids [2,5]. The quaternary amino head group of DOTAP is always charged and strongly hydrophilic thus may require a lipophilic double chain tail group to counterpart it. The primary amino groups of ornithine are not as hydrophilic as quaternary amino groups, so a single chain tail might be optimal.

To address a possible reason for the greater transfection activity of OLON/DOPE compared to DOGSHDO/DOPE, DOTAP/DOPE, and CTAB/DOPE, we used flow cytometry to analyze the delivery of fluorescein-DNA into cells. The application of flow cytometry methods to analyze the uptake of DNA/liposome complexes for plasmid delivery was previously reported by Zabner et al. [17] and Tseng et al. [18]. The flow cytometry data of DNA uptake was consistent with data collected through DNA extraction methods [16]. It was not a surprise that both DOGSHDO and CTAB liposomes delivered less DNA into cells since DOGSHDO and CTAB liposomes had lower transgene expression than OLON/DOPE liposomes (Fig. 5 and 6A). However, the delivery of DNA by OLON/DOPE was not significantly different from that of DOTAP/DOPE ($p>0.05$) even though the transgene expression was different by one order of magnitude (Fig. 6A). The phenomenon of achieving the same level of transgene expression after transfecting with lower amounts of DNA was previously reported by Huang

et al [19]. According to Huang's observation, matured 3-β-[*N*-(*N*′,*N*′-dimethylaminoethanol)carbarmoyl] cholesterol (DC-Chol)/DOPE/DNA complex delivered 10 times lower amounts of DNA to BL6 cells in the presence of serum than in the absence of serum whereas the transgene expression levels were the same. Huang rationalized that some components of serum may have played a dominant role in DNA trafficking to the nucleus from the cytoplasm. Since transfections in our experiments were carried out in serum free conditions, other factors, such as release of DNA from complexes and escape of the complexes from endosomes, could play a role. Several groups have suggested that a major barrier to cationic liposome-mediated gene transfection is the ability of the endocytosed liposome/DNA complexes to destabilize the endosome membrane and release plasmid DNA into the cytoplasm [5,17,20]. LHON and OLON have two primary amino groups in the ornithine head group. The $pK_a$ of the primary amino groups of LHON and OLON are similar to the tertiary amino group of DC-Chol since most alkaylamines have $pK_a$'s in the narrow range of 10–11, regardless of their substitution pattern [21]. Barenholz and Zuidam determined electrostatic parameters of DC-Chol/DOPE and DOTAP/DOPE and their DNA complexes [22,23]. According to their results, at pH of 7.4, DC-Chol/DOPE was only 50% charged and DOTAP/DOPE was 100% charged. These results may also be applicable to the LHON/DOPE and OLON/DOPE. After cationic liposomes deliver plasmid DNA into cells by endocytosis, the endosome pH will decrease, resulting in a portion of the uncharged primary amino groups of the ornithine heads on LHON or OLON becoming charged. The increase of charge density of complexes has two effects. First, the buffer effect will slow down the decrease of pH in the endosomes. Secondly, the increase of charge density will increase the ability of DNA/liposome complexes to destabilize the endosome membrane thus helping the complexes escape from endosomes. Since DOTAP/DOPE liposomes are 100% charged, the change of pH in cells will not have an effect on the escape of complexes from the endosomes. DNA must also be released from complexes to allow transcription [17]. The release of DNA may occur in either the endosomes [24] or the cytoplasm after the complexes escape from the endosomes. The interaction between cationic liposome and DNA is a determinant factor. A strong interaction will decrease the release of DNA from complexes. DOTAP/DOPE delivered more DNA into cells at the weight ratio of 3/1 than at 1/1 (data not shown), whereas the transfection at 1/1 was greater (Fig. 4). With a greater fraction of cationic DOTAP in the complexes, it may be more difficult for DNA to dissociate from the complexes. According to Barenhoz, the different protonation of DC-Chol/DOPE and DOTAP/DOPE might result in a different distance between the headgroup and the phosphate group of plasmid DNA [23]. It is likely that dissociation of DNA from LHON/DOPE or OLON/DOPE requires less energy than fully charged DOTAP/DOPE thus resulting in greater amounts of release of DNA from complexes.

Cytoxicity is a major shortcoming of cationic-mediated gene transfection. A potentially biodegradable ester bond is usually used to tether the headgroup and tails to decrease the toxicity. Theoretically, the ester bond is not stable in aqueous solution. However, the chance of the ester bond being exposed to water is greatly decreased when cationic lipids are formulated as liposomes. Some liposomes with ester bonds are fairly stable and can be stored at 4°C for months [25]. The toxicity of free cationic liposomes can be partially masked by DNA [26]. After DNA is dissociated from the complexes, free cationic lipids may fuse with cell membranes thus causing membrane rupture. Single-tailed cationic lipids have been reported to be more toxic than their double-tailed counterparts [6]. Lasch et al. proposed that a single-tail detergent inserted into the bilayer membrane would result in regions of local curvature leading to membrane rupture [27]. As shown in Fig. 8, single-tailed OLON liposomes indeed had greater toxicity than those of DOTAP at high concentrations in CHO cells. However, with a potentially biodegradable ester bond in the tail, LHON had less toxicity than OLON and DOTAP (Fig. 8).

In summary, the single-tailed liposome OLON/DOPE demonstrated greater gene transfection activity than DOTAP/DOPE in CHO cells. Introduction of an ester bond into LHON decreased the toxicity of cationic lipid without sacrificing the transfection activities. OLON/DOPE liposomes achieved a great-

er transgene expression without a greater gene delivery than DOTAP/DOPE. The results may be explained by the previous hypothesis that the escape of DNA from endosomes and release of DNA from complexes may be a major barrier of cationic lipid-mediated gene transfection [5,17,28].

## Acknowledgements

The authors thank the National Institutes of Health R29-H 1 55779 and PO1-AG10485 for financial support and the Gene Therapy Center, University of Florida. Melissa Chen's technical assistance to obtain flow cytometry data is greatly appreciated. The technical help of Siram Krishnaswami in obtaining mass spectrum of the compounds is also greatly appreciated.

## References

[1] P.L. Felgner, T.R. Gadek, M. Holm, R. Roman, H.W. Chan, M. Wenz, J.P. Northrop, G.M. Ringold, M. Danielsen, Lipofection: a highly efficient, lipid-mediated DNA-transfection procedure, Proc. Natl. Acad. Sci. USA 84 (21) (1987) 7413–7417.

[2] X. Gao, L. Huang, Cationic liposome-mediated gene transfer, Gene Ther. 2 (10) (1995) 710–722.

[3] R.J. Lee, L. Huang, Lipidic vector systems for gene transfer, Crit. Rev. Ther. Drug Carrier Syst. 14 (2) (1997) 173–206.

[4] R.I. Mahato, Y. Takakura, M. Hashida, Nonviral vectors for in vivo gene delivery: physicochemical and pharmacokinetic considerations, Crit. Rev. Ther. Drug Carrier Syst. 14 (2) (1997) 133–172.

[5] A.P. Rolland, From genes to gene medicines: recent advances in nonviral gene delivery, Crit. Rev. Ther. Drug Carrier Syst. 15 (2) (1998) 143–198.

[6] P. Pinnaduwage, L. Schmitt, L. Huang, Use of a quaternary ammonium detergent in liposome mediated DNA transfection of mouse L-cells, Biochim. Biophys. Acta 985 (1) (1989) 33–37.

[7] H. Farhood, R. Bottega, R.M. Epand, L. Huang, Effect of cationic cholesterol derivatives on gene transfer and protein kinase C activity, Biochim. Biophys. Acta 1111 (2) (1992) 239–246.

[8] R. Leventis, J.R. Silvius, Interactions of mammalian cells with lipid dispersions containing novel metabolizable cationic amphiphiles, Biochim. Biophys. Acta 1023 (1) (1990) 124–132.

[9] A.M. Aberle, F. Tablin, J. Zhu, N.J. Walker, D.C. Gruenert, M.H. Nantz, A novel tetraester construct that reduces cationic lipid-associated cytotoxicity. Implications for the onset of cytotoxicity, Biochemistry 37 (18) (1998) 6533–6540.

[10] J.H. Felgner, R. Kumar, C.N. Sridhar, C.J. Wheeler, Y.J. Tsai, R. Border, P. Ramsey, M. Martin, P.L. Felgner, Enhanced gene delivery and mechanism studies with a novel series of cationic lipid formulations, J. Biol. Chem. 269 (4) (1994) 2550–2561.

[11] F. Tang, J.A. Hughes, Introduction of a disulfide bond into a cationic lipid enhances transgene expression of plasmid DNA, Biochem. Biophys. Res. Commun. 242 (1) (1998) 141–145.

[12] A. Hassner, V. Alexanian, Direct room temperature esterification of carboxylic acids, Tetrahedron Letters 46 (1978) 4475–4478.

[13] J.P. Behr, B. Demeneix, J.P. Loeffler, J. Perez-Mutul, Efficient gene transfer into mammalian primary endocrine cells with lipopolyamine-coated DNA, Proc. Natl. Acad. Sci. USA 86 (18) (1989) 6982–6986.

[14] J.P. Vigneron, N. Oudrhiri, M. Fauquet, L. Vergely, J.C. Bradley, M. Basseville, P. Lehn, J.M. Lehn, Guanidinium-cholesterol cationic lipids: efficient vectors for the transfection of eukaryotic cells, Proc. Natl. Acad. Sci. USA 93 (18) (1996) 9682–9686.

[15] R. Lichtenfels, W.E. Biddison, H. Schulz, A.B. Vogt, R. Martin, CARE-LASS (calcein-release-assay), an improved fluorescence-based test system to measure cytotoxic T lymphocyte activity, J. Immunol. Methods 172 (2) (1994) 227–239.

[16] J.Y. Legendre, F.C. Szoka Jr., Delivery of plasmid DNA into mammalian cell lines using pH-sensitive liposomes: comparison with cationic liposomes, Pharm. Res. 9 (10) (1992) 1235–1242.

[17] J. Zabner, A.J. Fasbender, T. Moninger, K.A. Poellinger, M.J. Welsh, Cellular and molecular barriers to gene transfer by a cationic lipid, J. Biol. Chem. 270 (32) (1995) 18997–19007.

[18] W.C. Tseng, F.R. Haselton, T.D. Giorgio, Transfection by cationic liposomes using simultaneous single cell measurements of plasmid delivery and transgene expression, J. Biol. Chem. 272 (41) (1997) 25641–25647.

[19] J.P. Yang, L. Huang, Time-dependent maturation of cationic liposome-DNA complex for serum resistance, Gene Ther. 5 (3) (1998) 380–387.

[20] V. Escriou, C. Ciolina, A. Helbling-Leclerc, P. Wils, D. Scherman, Cationic lipid-mediated gene transfer: analysis of cellular uptake and nuclear import of plasmid DNA, Cell Biol. Toxicol. 14 (2) (1998) 95–104.

[21] J. McMurry (Ed.), Organic Chemistry, Brooks/Cole Publishing Company, California, 1988, p. 900.

[22] N.J. Zuidam, Y. Barenholz, Electrostatic parameters of cationic liposomes commonly used for gene delivery as determined by 4-heptadecyl-7-hydroxycoumarin [published erratum appears in Biochem. Biophys. Acta 1998;1372(1):151], Biochim. Biophys. Acta 1329 (2) (1997) 211–222.

[23] N.J. Zuidam, Y. Barenholz, Electrostatic and structural properties of complexes involving plasmid DNA and cationic

lipids commonly used for gene delivery, Biochim. Biophys. Acta 1368 (1) (1998) 115–128.

[24] Y. Xu, F.C. Szoka Jr., Mechanism of DNA release from cationic liposome/DNA complexes used in cell transfection, Biochemistry 35 (18) (1996) 5616–5623.

[25] D.D. Lasic, Liposomes in Gene Delivery, CRC, New York, 1997.

[26] X. Gao, L. Huang, A novel cationic liposome reagent for efficient transfection of mammalian cells, Biochem. Biophys. Res. Commun. 179 (1) (1991) 280–285.

[27] J. Lasch, Interaction of detergents with lipid vesicles, Biochim. Biophys. Acta 1241 (2) (1995) 269–292.

[28] V. Escriou, C. Ciolina, F. Lacroix, G. Byk, D. Scherman, P. Wils, Cationic lipid-mediated gene transfer: effect of serum on cellular uptake and intracellular fate of lipopolyamine/DNA complexes, Biochim. Biophys. Acta 1368 (2) (1998) 276–288.

# Joint Claim Construction Brief

# EXHIBIT 26

Annu. Rev. Biophys. Biomol. Struct. 2000. 29:27–47
Copyright © 2000 by Annual Reviews. All rights reserved

# Structure and Function of Lipid-DNA Complexes for Gene Delivery

S. Chesnoy and L. Huang
*Laboratory of Drug Targeting, Department of Pharmacology, University of Pittsburgh School of Medicine, Pittsburgh, Pennsylvania 15261; e-mail: Leafh+@pitt.edu, Chesnoy+@pitt.edu*

**Key Words** plasmid DNA, cationic lipid, transfection, X-ray diffraction, toxicity

■ **Abstract** Owing to the rapid development of in vivo applications for non-viral gene delivery vectors, it is necessary to have a better understanding of how the structure-activity relationships of these lipid-DNA complexes are affected by their environment. Indeed, research in gene therapy first focused on in vitro cell culture studies to determine the mechanisms involved in the delivery of DNA into the cell. New biophysical techniques such as electron microscopy and X-ray diffraction have been developed to discern the structure of the lipid-DNA complex. However, further studies have revealed discrepancies between optimal lipid-DNA formulations for in vitro transfection and for in vivo administration of these vectors. Furthermore, some immune stimulatory effects have been associated with in vivo lipid-DNA administration. This review summarizes the current state of knowledge on in vitro and in vivo lipid-DNA complex transfections. New prospects of vectors for in vivo gene transfer are also discussed.

CONTENTS

INTRODUCTION . . . . . 27
STRUCTURE AND PHYSICAL PROPERTIES OF CATIONIC LIPIDS . . . . . 28
Hydrophobic Anchor . . . . . 28
Linker . . . . . 30
Head Group . . . . . 31
STRUCTURE OF THE LIPID-DNA COMPLEX . . . . . 33
FUNCTION OF THE LIPID-DNA COMPLEX . . . . . 38
Interaction with Cells In Vitro . . . . . 38
Interaction with Serum Components . . . . . 41
Biodistribution and Toxicity . . . . . 42
FUTURE DIRECTIONS . . . . . 43

## INTRODUCTION

During the past 10 years, there has been keen interest in the design of novel non-viral systems for gene transfer. The first nonviral DNA vector developed was a

1056-8700/00/0610-0027$14.00

complex of a cationic lipid and DNA (lipoplex). A cationic lipid can be used alone or with a helper lipid, usually neutrally charged. These nonviral vectors are very promising because they are easy to mass-produce and less immunogenic than the viral vectors. However, their level of gene transfer efficiency is not as high as that of viral vectors. Some very recent findings suggest that the low efficiency of these vectors could be related to a nonspecific immunogenic response (30, 62). Moreover, these vectors are unstable in the presence of serum, which creates difficulties for in vivo application. Tremendous effort has recently been devoted to solving this problem, including the continuous synthesis of new cationic lipids and the search for new formulations that have reduced interactions with serum proteins.

New techniques have been developed to better characterize these complexes, such as X-ray diffraction and electron microscopy. The most recent X-ray diffraction analyses have revealed very interesting structures in lipid-DNA complexes. Indeed, it appears that DNA and cationic lipids form very well-organized multilamellar structures (25, 41, 45). The structure of lipid-DNA complexes exposed to serum still remains to be elucidated.

The biological fate of lipid-DNA complexes inside the cell involves a complex mechanism comprising several steps: binding of DNA to the cell, escape of DNA into the cytoplasm, and entry of DNA into the nucleus. The role of cationic lipids in this process has been found to be very important, and some correlations have been established between the lipid-DNA structure and its transfection efficiency in vitro (22). However, it has been reported recently that in vitro studies are not predictive of in vivo studies, which emphasizes the importance of the biological environment in the structure-activity relationship of such complexes.

It is beyond the scope of this review to summarize all of the recent findings in lipidic gene delivery. Instead, this review is a general clarification of the structure and function of the lipid-DNA complex for in vitro and in vivo gene delivery.

## STRUCTURE AND PHYSICAL PROPERTIES OF CATIONIC LIPIDS

All cationic lipids are composed of three parts: a hydrophobic anchor, a linker, and a head group (Figure 1).

### Hydrophobic Anchor

Hydrophobic anchors represent the nonpolar hydrocarbon moieties of the cationic lipids and can be grouped into three categories—single-chain hydrocarbons, double-chain hydrocarbons, and cholesterol.

***Single-Chain Hydrocarbons*** Single-chain hydrocarbons are better known as surfactants because of their ability to form micelles in solution. Their use in




**Figure 1** Graphic example of a cationic lipid.

gene therapy has been very restricted because of their toxicity against the cells (37).

***Double-Chain Hydrocarbons*** Double-chain hydrocarbons represent the majority of cationic lipids synthesized so far (Figure 2). Oleoyl chain (C18:1) is the most frequently observed unsaturated acyl chain, whereas C14, C16, and C18 are the commonly observed saturated hydrocarbon chains. The importance of the




DOTAP (1,2-dioleoyloxypropyl)-N, N, N-trimethylammonium chloride




DDAB dimethyldioctadecylammonium bromide




DOTMA N-(2,3-dioleyloxypropyl)-N, N, N-trimethylammonium chloride

**Figure 2** Double-chain cationic lipids.

Case 1:23-cv-00580-CFC Document 65-3 Filed 06/18/24 Page 370 of 708 PageID #: 6552






| | R |
|---|---|
| DOTMA | $CH_3$ |
| DORIE | $HO(CH_2)_2$ |
| DORIE-HP | $HO(CH_2)_3$ |
| DORIE-HB | $HO(CH_2)_4$ |
| DORIE-HPe | $HO(CH_2)_5$ |

**Figure 3** Double-chain cationic lipids synthesized by Felgner et al (12). DOTMA: 1,2-dioleyloxypropyl-3-trimethyl ammonium bromide; DORIE: 1,2-dioleyloxypropyl-3-dimethyl-hydroxyethyl ammonium bromide; DORIE-HP: 1,2-dioleyloxypropyl-3-dimethyl-hydroxypropyl ammonium bromide; DORIE-HB: 1,2-dioleyloxypropyl-3-dimethyl-hydroxybutyl ammonium bromide; DORIE-HPe: 1,2-dioleyloxypropyl-3-dimethyl-hydroxypentyl ammonium bromide.

alkyl chain length in transfection activity in vitro was studied by Felgner et al (12), who varied the alkyl chain length in a homologous series of hydroxyethyl quaternary ammonium derivatives (Figure 3). They observed that the alkyl chain length can influence the transfection activity (C14:0 > C18:1 > C16:0 > C18:0). Usually, double-chain hydrocarbons are capable of forming liposomes by themselves, but they are often used with a helper phospholipid in cationic lipid transfection formulations.

*Cholesterol* The hydroxyl at position 3 was used for derivatization (10, 54). Such compounds are usually mixed with double-chain amphiphiles to form stable cationic liposome formulations (Figure 4).

## Linker

The linker represents any chemical part between the hydrophobic anchor and the head group. The linker is important in ensuring optimal contact between the cationic head group and the negatively charged phosphates of the DNA. In cationic lipids containing double-chain hydrocarbons, a three-carbon skeleton of glycerol is used as the linker [e.g. *N*-(2,3-dioleoyloxypropyl)-*N*,*N*,*N*-trimethylammonium chloride (DOTMA); (1,2-dioleoyloxypropyl)-*N*,*N*,*N*-trimethylammonium chloride (DOTAP); etc]. For cholesterol derivatives, a spacer of ~3–6 atoms between the amino group and linker is optimal for activity (10). Furthermore, cholesterol

ALNY-00946769




DC-chol

BGSC Bis-guanidinium-spermidine-cholesterol

BGTC Bis-guanidinium-tren-cholesterol

**Figure 4** Cholesterol derivatives. DC-chol: 3-$\beta$-[N-(N′, N′-dimethyl-ethane) carbamoyl] cholesterol.

derivatives containing nondegradable ether bonds are generally more toxic than those containing biodegradable linker bonds such as ester, amide, and carbamoyl bonds (10). Comparing the activities of DOTMA and DOTAP for in vivo gene transfer, Liu et al (31) concluded that stable ether bonds may be more beneficial than the less stable ester bonds.

## Head Group

The number of charges on the head group determines whether the cationic lipid will be monovalent or multivalent. In monovalent lipids, the head group consists of either tertiary or quaternary ammonium groups. Chemical modifications of the head group were evaluated by Felgner et al (12), who synthesized a series of 2,3-dialkyloxy quaternary ammonium compounds containing a hydroxyl moiety on the quaternary amine (Figure 3). These compounds are more efficient in transfection compared with DOTMA, which lacks a hydroxyl group on the quaternary amine. It was suggested that the hydroxyl group could improve the compaction of DNA by several mechanisms. DNA can form hydrogen bonds with the lipid, and the hydroxyl group can enhance the membrane hydration. In their study, Felgner et al (12) varied the chain length of the hydroxyalkyl moiety, while keeping the remaining structure unchanged, and observed that the activity of lipid decreased with an increase in the hydroxyalkyl chain length. It was speculated that an increase in the number of carbon atoms in the hydroxyalkyl chain, providing more flexibility to the terminal hydroxyl group, could lead to an inefficient interaction with DNA, which is responsible for the less observed transfection activity. High levels of

transfection were also obtained with -N-(3-aminopropyl)-N, N-dimethyl-2, 3-bis (dodecyloxy)-1-propanaminium (GAP-DLRIE) (56), which contains a primary amine appended to the quaternary ammonium group in the polar head region. This primary amine, protonated at physiological pH, increases the hydrophilic character of the lipid, which may result in optimal cationic lipid-DNA interaction and lipid-DNA packing.

To design lipids containing a head group well adapted for interactions with phosphate groups of DNA, Vigneron et al (54) synthesized divalent cationic cholesterol derivatives bis-guanidinium cholesterol (Figure 4), which are able to form hydrogen bonds with nucleic acid bases. These compounds are very efficient for transfection for a variety of mammalian cell lines.

Multivalent cationic lipids known as lipopolyamines or lipospermine were synthesized by Behr et al (2). Remy et al (42) tested a series of lipopolyamines by varying the number, nature, and location of charges on the head group. They found that increasing the charge on the molecule containing an identical backbone and spacer [lipids $(C_{18})_2GlySper^{3+}$, $(C_{18})_2GlyOrn^{2+}$, and $(C_{18})_2Gly^{+}$] increased the efficacy of transfection (Figure 5).

Most of the structure-function relationship studies performed on cationic lipids have been realized in vitro, but very few are done in vivo. Solodin et al (47), who studied imidazolinium compounds, reported that in vitro efficiency is not predictive of in vivo efficiency. Indeed, short, saturated alkyl chain length compounds were the most effective for in vitro transfection, whereas long, unsaturated alkyl chain length compounds were the most effective in vivo.




**Figure 5** Double-chain multivalent lipids.

In another study, Balasubramaniam et al (1) reported that a cationic lipid containing a hydroxyethylammonium moiety in the polar head group improved in vivo gene delivery to the lung. In contrast, cationic lipids containing a trimethylammonium moiety in the polar head group, such as DOTAP, were less effective. In another study, Song et al (49) compared double-chain amphiphilic cationic lipid with cholesterol-based cationic lipid and observed a better activity of the cationic lipids with alkyl chains for in vivo lung cell transfection.

In summary, the definition of a good cationic lipid for in vitro experiments is not necessarily the same as that of a good cationic lipid for in vivo experiments. Furthermore, the development of systemic lipid-DNA complexes requires that the DNA be efficiently compacted and that particles are small enough to undergo extravasation into target tissues. From this point of view, multivalent cationic lipids are more likely to be the most efficient in compacting DNA. However, small particles have been obtained from new formulations involving monovalent cationic lipids and phospholipids (3, 19). Synthesis of efficient cationic lipids and improvement of current formulations should help define the ideal vector for in vivo administration.

## STRUCTURE OF THE LIPID-DNA COMPLEX

Characterization of the structure of the lipid-DNA complex is gaining more interest, based on the idea that a better understanding of the molecular assembly of DNA and cationic lipids should help to establish correlations with their biological activity. Indeed, the transfection efficiency of a given lipid-DNA complex highly depends on its structural and physicochemical properties.

Electron microscopy was the first technique to visualize the structure of a lipid-DNA complex. Sternberg et al (50) used freeze-fracture electron microscopy to study cationic liposomes composed of 3-$\beta$-[N-(N′,N′-dimethyl-ethane) carbamoyl] cholesterol (DC-chol) and dioleoylphosphatidylethanolamine (DOPE) mixed with plasmid DNA, and they observed several different kinds of structures, depending on incubation time of the complex and DNA concentration. At low lipid-DNA ratios and after short incubation times, semifused liposomes were observed. When the lipid-DNA ratio was increased and the incubation time prolonged, DNA appeared to be covered by a single bilayer of lipids connected to the liposomes, forming "spaghetti and meatball structures." Tubular spaghetti-like structures and spherical meatball-like aggregates were also observed for DOTMA liposome-DNA complexes. A similar study performed by Gustafsson et al (16) by cryotransmission electron microscopy on cationic liposomes composed of DOTAP or dimethyldioctadecylammonium (DDAB) and DOPE mixed with plasmid DNA revealed entrapment of DNA into aggregated multilamellar structures at low lipid-DNA ratios. When the amount of DNA was increased, free plasmid DNA was found to be associated on the surface of the complexes. In another study, Smyth Templeton et al (46) observed, through cryotransmission

Case 1:23-cv-00580-CFC Document 65-3 Filed 06/18/24 Page 374 of 708 PageID #: 6556





**Figure 6** Cryoelectron micrographs of liposomes and DNA-liposome complexes. DOTAP-cholesterol liposomes (5 mM) were mixed with 150 $\mu$g of DNA [reprinted with permission from Smyth Templeton N, Lasic DD, Frederik PM, Strey HH, Roberts DD, et al. 1997. Improved DNA:liposome complexes for increased systemic delivery and gene expression. *Nat. Biotechnol.* 15:647 (46)].

electron microscopy, a unique feature of the liposome-DNA complex in which DNA was internalized within liposomes composed of DOTAP and cholesterol (Figure 6).

Recent cryotransmission electron microscopy studies performed in collaboration with P Frederik (University of Limburg, Maastricht, the Netherlands) on liposome-protamine-DNA complex (lipopolyplex) revealed double-ring structures, suggesting that the protamine-DNA condensed core is surrounded by a lipid bilayer (Figure 7).

Visualization of DNA incorporated into emulsion was also studied by freeze-fracture electron microscopy, and it seems that the DNA is condensed in the oil droplets (Figure 8) by means of formation of a hydrophobic complex between the DNA and cationic lipids (17).

Recently the use of synchrotron radiation combined with optical microscopy has given new insights into the structure of the lipid-DNA complex. Small-angle X-ray

ALNY-00946773




**Figure 7** Cryoelectron micrographs of liposome-protamine-DNA complex from Song Li (Lab of Drug Targeting, University of Pittsburgh, unpublished results).

scattering experiments carried out by Radler et al (41) on liposomes composed of dioleoylphosphatidylcholine (DOPC) and DOTAP (1:1) mixed with plasmid DNA revealed that liposomes and DNA are rearranged in a multilamellar structure, with DNA intercalated between the bilayers (Figure 9). The interlayer spacing is in the range of 65.1 ± 2 Å and represents the lipid membrane thickness plus one monolayer of B-DNA (diameter ~20 Å), including a hydration shell. These authors demonstrated that the DNA interhelical spacing varied as a function of the total lipid-DNA ratio for isoelectric complexes, in which the number of cationic lipids equals the number of phosphate groups on the DNA. Their results showed that the interaxial distance between two helixes of DNA in the multilayers increased with lipid dilution, from being essentially closely packed at 24.5 Å to being significantly diluted at 57.1 Å. The intercalation of DNA between lipid bilayers can be explained as replacement of DNA counterions by cationic lipid. In the absence of DNA, lipidic membranes formed by the mixture of DOPC and DOTAP exhibit strong long-range interlayer electrostatic repulsions. DNA interacting with the cationic lipids effectively screens the electrostatic interactions between the lipid bilayers, resulting in the appearance of the condensed multilayers with intercalated

ALNY-00946774




**Figure 8** Freeze-fracture electron microscopy of hydrophobized DNA incorporated into an emulsion, from Sophie Chesnoy (Lab of Drug Targeting, University of Pittsburgh, unpublished results). *Left*: Freeze fracture electron microscopy of hydrophobized DNA incorporated into an emulsion. *Right*: Schematic representation of DNA coated by cationic lipids in an oil droplet. The oil droplet incorporating the DNA is coated by phospholipids to form the emulsion.



**Figure 9** Condensed multilamellar lipids incorporating DNA and hexagonal arrangement of lipids with DNA [reprinted (abstracted/excerpted) with permission from Koltover I, Salditt T, Radler JO, Safinya CR. 1998. An inverted hexagonal phase of cationic liposome-DNA complexes related to DNA release and delivery. *Science* 281:78]. Copyright © 1998 Am. Assoc. Advance. Sci. $L_{\alpha}^{C}$: lamellar phase; $H_{II}^{C}$: columnar inverted hexagonal phase; a: unit cell spacing; $\delta_m$: bilayer thickness; $\delta_w$: water gap; $d_{DNA}$: interaxial DNA-DNA spacing.

planar DNA rod lattices. The same conclusions were reached by Lasic et al (25), who investigated the structure of dioctadecylammonium bromide/Chol-DNA complexes.

A completely different structure was found when Koltover et al replaced DOPC in DOPC/DOTAP liposomes by DOPE (22). These authors demonstrated that, when the weight fraction of DOPE/(DOPE + DOTAP) is between 0.7 and 0.85, the internal structure of the complex undergoes a structural transition from a lamellar gel-condensed phase to a 2-dimensional columnar, inverted hexagonal structure (Figure 9). In this structure, the lipids are arranged in a hexagonal phase II structure in excess water with the water space inside the lipid micelle filled with DNA.

Formation of a lipid DNA lamellar or inverted hexagonal phase depends on the shape of the lipid molecule. For example, a mixture of DOPC and DOTAP forms lamellar structures characterized by zero natural curvature. Replacement of

DOPC by DOPE gives rise to an inverted hexagonal phase because of the intrinsic conelike shape of DOPE.

For multivalent cationic lipids, lamellar and micellar conformations of lipid-DNA complex have been reported recently (4, 38, 39, 63).

In conclusion, it seems that the formation of a condensed lamellar gel phase is the main structural feature reported at this time on mixtures of monovalent and multivalent cationic lipids with DNA. However, when the cationic lipid is mixed with a helper lipid, other structures can be formed upon mixing with DNA, which are dependent primarily on the intrinsic shape of the helper lipid.

## FUNCTION OF THE LIPID-DNA COMPLEX

### Interaction with Cells In Vitro

Interaction of a lipid-DNA complex with cells can be divided into three steps: binding and internalization of DNA by the cells, escape of DNA into the cytoplasm, and entry of DNA into the nucleus.

***Binding of DNA to the Cell*** The cell membrane is negatively charged owing to its high content of glycoproteins and glycolipids containing negatively charged sialic acid residues that can display, depending on the function of the cell, various types of receptors and antigens. As a direct consequence of the general structure of the cell membrane, the mechanism by which a lipid-DNA complex interacts with the cell will depend primarily on the presence of a specific ligand as well as the overall charge content of the vector.

In the absence of a targeting ligand, the driving force for the binding of the lipid-DNA complex to the cell membrane is electrostatic. Heparansulfate proteoglycan molecules may be involved in the capture of a lipid-DNA complex, especially in vivo (35). The main differences in binding efficiency between various lipid-DNA systems are most likely related to their physical properties, such as size, stability, and charge density.

The charge ratio between cationic lipids and DNA is an important parameter for transfection efficiency. A lipid-DNA complex with a high charge ratio (+/−), in which the number of positive charges is in excess, is more efficient in vitro than a lipid-DNA complex with a charge ratio near neutrality.

In a recent study, Ross & Hui (44) found that lipid-DNA size is a major determinant of in vitro transfection efficiency. They showed that the size of positively charged lipid-DNA complexes incubated in the presence of a polyanionic medium was significantly increased and resulted in a higher transfection efficiency in CHO cells.

Several electron microscopic studies (24, 66) of lipid-DNA complex-to-cell interactions have clearly shown that the internalization of the lipid-DNA complex occurs mainly through endocytosis. However, there is a size limit for particles

to be taken up by the cells through endocytosis. To explain why even large lipid-DNA complexes can be taken up by cells in vitro through endocytosis, Ross & Hui (44) proposed that small lipoplexes incubated in a polyanionic medium enlarged and formed granules on the surface of the cells. The granules then entered cells by membrane-directed movement. Zabner et al (64) and Van der Woude et al (53) also showed that the duration of incubation is an important parameter; they observed that more lipid-DNA complexes were taken up by an endocytic process as incubation time increased. In another study, Hui et al (21) compared the effects of phosphatidylethanolamine and phosphatidylcholine as helper lipids for gene transfer in vitro. They obtained higher transfection efficiencies with phosphatidylcholine than with phosphatidylethanolamine and attributed this effect to the fact that phosphatidylcholine-containing complexes form granules very slowly in transfection medium compared with phosphatidylethanolamine-containing complexes.

So it can be concluded that an optimal lipid-DNA formulation will be determined both by a critical ratio between cationic lipid and DNA and by the structure of the helper lipid, to provide a maximal complex-cell interaction with no toxicity.

***Escape of DNA into the Cytoplasm*** For the gene to be expressed, DNA has to be dissociated from lipids. Using microinjection, Zabner et al (64) clearly demonstrated that DNA cannot be expressed when complexed with lipids.

Zhou & Huang (66) and Friend et al (13) studied the intracellular processing of cationic lipid-DNA complexes by electron microscopy and observed that DNA is released into the cytoplasm from an early endosomal compartment, possibly by disruption of the endosomal membrane. In another study, Wattiaux et al (55) investigated, in vitro, how the endosomal membrane could be affected by cationic lipids (DOTAP). They concluded that destabilization of an endosomal membrane depends on interaction between cationic lipids and anionic molecules present in the membrane. According to Xu & Szoka (59), destabilization could be explained by a flip-flop of anionic lipids from the cytoplasmic facing monolayer of the endosomal membrane and subsequent formation of charge-neutral ion pairs with cationic lipids. Depending on the structure of the hydrophobic part of the cationic lipid, differences in the frequency of endosomal membrane disruption will occur. For example, El Ouahabi et al (9) and Balasubramaniam et al (1) observed that lipids with short alkyl chains may be more efficient in interlipid mixing than longer-chain analogs.

To facilitate disruption of the endosomal membrane, fusogenic lipid molecules such as phosphatidylethanolamine are often used as helper lipids (10, 12, 27, 64). A surprising observation is that this fusion process requires the endocytic pathway to occur and does not seem to occur directly at the plasma membrane (58). Indeed these authors demonstrated that binding to the cell surface is insufficient for lipid-DNA fusion. Furthermore, Farhood et al (10) and Legendre & Szoka (27) demonstrated that the lysosomotropic agent chloroquine inhibited the activity

of the cationic liposome containing DOPE. However, as mentioned above, the binding to cell surface for phosphatidylethanolamine-containing complexes could be relatively inefficient owing to their rapid aggregation upon incubation in the transfection medium (21). Thus, although the endocytic pathway remains the primary mechanism for DNA transfer inside cells, spontaneous fusion between cationic liposome and plasma membrane cannot be ruled out (9).

***Entry of DNA into the Nucleus*** Entry of DNA into the nucleus after its release into the cytosol is necessary for gene expression. The precise mechanism of the nuclear delivery of the lipid-DNA complex is unknown but is believed to be an inefficient process. The aqueous channels of the nuclear pore complex allow the free diffusion of small macromolecules ($\leq$70 kDa), but the transport of larger macromolecules requires an active process (8). Remy et al (43) formulated a virus-like particle containing lipospermine as the cationic lipid and a lipid bearing a head group of nuclear localizing signal peptide, but they did not notice any improvement in transfection. Zabner et al (64) showed that intact lipid-DNA complex microinjected into the cytoplasm of *Xenopus* oocytes has little transfection activity. Thus it can be concluded that DNA has to be freed from lipids to enter the nucleus. Even so, the efficiency of entry is very low. Another drawback to the nuclear transport of plasmid DNA is its instability in the cytoplasm. Lechardeur et al (26) demonstrated that the half-life of naked plasmid DNA after direct injection is very short (1–2 h) and could be attributed to the action of cytosolic nucleases. However, Zanta et al (65) reported that a single nuclear-localization signal peptide linked to one end of a gene is sufficient to promote up to 1000-fold-higher transfection levels compared with naked plasmid DNA lacking the single nuclear-localization signal peptide.

Several studies (11, 34) reported that a correlation exists between mitotic activity and transfection by the cationic lipid-DNA complex. The exact mechanism by which cell proliferation results in gene transfer increase has not been elucidated, yet the breakdown of the nuclear membrane during mitosis could facilitate entry of plasmid DNA into the nucleus.

To overcome the inefficient nuclear transport of plasmid DNA, a cytoplasmic expression system was developed by using a reporter gene driven by a bacteriophage T7 promoter (6, 14). Expression of this gene is dependent on codelivery of T7 RNA polymerase, which remains largely in the cytoplasm owing to the absence of a nuclear localizing signal. Rapid and transient expression of a CAT reporter gene, pT7*cat*, has been reported when codelivered with T7 RNA polymerase and a T7 RNA polymerase regeneration system (15). Recently Brisson et al (5) developed a new T7 RNA polymerase autogene for cytoplasmic expression, which induces a higher and more sustained level of reporter gene expression. This new autogene consists of the T7 RNA polymerase gene driven by both cytomegalovirus and T7 promoters. The cytomegalovirus promoter is used to drive the first round of synthesis of T7 RNA polymerase. The endogenous T7 RNA polymerase produced

from the cytomegalovirus promoter could then act on the T7 promoter of the new autogene in an autocatalytic fashion.

## Interaction with Serum Components

In comparison with viral vectors, a major problem of cationic liposomes is their relatively low transfection efficiency. One of the reasons for this drawback is that the transfection efficiency is strongly inhibited by the presence of serum. This shortcoming limits the application of a cationic liposome for systematic gene delivery in vivo.

Several studies have been carried out to determine how the physicochemical properties of cationic liposome-DNA complexes can be affected in the presence of serum. Yang & Huang (61) investigated the role of the charge ratio of DC-chol liposome to DNA in inhibition of transfection by serum. They found that the inhibitory effect of serum can be overcome by increasing the charge ratio of cationic liposome to DNA. One possible explanation is that, for a higher charge ratio, the neutralizing effect of serum is saturated by excess lipids, allowing some cationic liposome-DNA complexes to bind to the cell surface. In another study, the same authors reported that serum sensitivity of the cationic liposome-DNA complex can also be overcome by prolonging the incubation time of the complex (60). In this study, a DNA–DC-chol liposome complex was incubated for different lengths of time after mixing liposome with DNA. At the end, fetal bovine serum was added to the complex immediately before this mixture was added to murine melanoma BL6 cells. The results showed that, as the incubation time increased, the sensitivity to serum decreased, which indicates that the lipid-DNA complex had undergone a maturation process resulting in a total resistance to serum.

Usually, DOPE is used as a helper lipid in the composition of cationic liposome. Crook et al (7) included cholesterol with DOTAP liposomes instead of DOPE and obtained significant levels of in vitro transfection in serum concentrations of $\leq$80%. These authors suggested that the inclusion of cholesterol in the membrane could create a highly ordered crystalline state, which would increase the stability of lipid-DNA complexes when exposed to serum. Smyth Templeton et al (46) and Liu et al (31) reported good protection and effective delivery to tissue of DNA mixed with DOTAP:cholesterol liposome, after systemic administration into mice.

In a more recent study by Li et al (29), a correlation between the rate of disintegration of lipidic vectors exposed to serum and their in vivo transfection efficiency in the lung was established. Vectors containing DOPE as a helper lipid were characterized by a rapid rate of disintegration, resulting in poor retention of these vectors in the lung and poor transfection efficiency. In contrast, cholesterol-containing vectors had a slower disintegration rate and were highly efficient in transfecting lung cells in vivo.

To increase the stabilization of cationic liposome-DNA complexes in vivo, Hong et al (20) included a small amount of polyethylene glycol phospholipid conjugate in their cationic liposome-DNA complexes to prevent their aggregation upon contact with serum.

In summary, DNA in complex with cationic liposomes has a strong tendency to form large aggregates over time and is unstable when in contact with serum. By changing the helper lipid in the composition of liposomes, increased serum stability of the vectors is obtained.

## Biodistribution and Toxicity

In all of the reported studies on intravenous administration of lipid-DNA and lipid-protamine-DNA complexes, gene expression appeared in all major organs, including heart, lung, liver, spleen, and kidney (28, 32, 33, 46, 48, 52). The lung is always the organ with the highest level of gene expression, and endothelial cells are the major cell type transfected. Intravenous administration of DNA incorporated in emulsion showed that the liver was the organ with the highest level of gene expression (17). However, only transient expression occurred, and repeated injections of cationic liposome-DNA complexes were ineffective at frequent intervals. In a very recent study, Li et al (30) suggested that inactivation in lung endothelial cells might be caused by a nonspecific immune response. Substantial amounts of interferon $\gamma$ and tumor necrosis factor $\alpha$ were induced after intravenous injection of liposome-protamine-DNA complexes, but methylation of plasmid DNA significantly decreased the level of cytokine production. Interferon $\gamma$ and tumor necrosis factor $\alpha$ have been reported as potential inhibitors of gene expression (40). In a recent review, Krieg (23) explained that most microbial-plasmid DNAs, owing to their high content of unmethylated "CpG motifs," are responsible for triggering rapid activation of B cells, monocytes, macrophages, dendritic cells, and natural killer cells. A specific sequence motif has been identified as highly stimulatory (GACGTT). In another study based on cationic lipid-DNA complexes, Yew et al (62) have shown that the CpG motifs induce immune response in a dose-dependent manner. In our laboratory, oligodeoxynucleotides were used to further elucidate the inhibitory role of CpG in lipid-mediated intravenous gene delivery (51). It has been reported that cytokine production is mainly mediated by unmethylated CpG sequences present in the oligodeoxynucleotides. Interestingly, reversal of CG to GC almost completely abolished the immunostimulatory effect. Furthermore, it appeared from this study that the nucleotides flanking CpG are very important in the induction of the immune stimulatory effect. Finally, the degree of immune stimulation was correlated with the degree of inhibition of transgene expression in the lung.

Considerable effort has been spent in reducing the cytokine production after in vivo administration of lipid-DNA complexes. The reduction of CpG-stimulatory motifs in bacterial DNA is one possible way to inhibit cytokine secretion (30, 62).

Another possible approach is the introduction of CpG-neutralizing sequences (23). The use of immunosuppressive drugs can help to improve transgene expression (51).

## FUTURE DIRECTIONS

A promising area of research is the design of targeted lipid-DNA complexes. It is clear that the physicochemical properties of lipid-DNA complexes are very important in the design of the ideal lipidic vector. The requirements for such an ideal vector can be summarized as follows. The particles should be small enough to be taken up by organs and surface protected by polyethylene glycol, to avoid protein interaction in the serum and thus extend their circulation lifetime into the blood. Furthermore, the addition of a targeting ligand is necessary to allow specific recognition by target cells. The DNA should be condensed and protected from nuclease degradation. Finally, DNA should be sufficiently inert to the immune cells to avoid a high level of cytokine production.

Recently several new methods were used to form small and stable lipid-DNA particles. Small and negatively charged particles were obtained by Blessing et al (3), but, because of their negative charge content and their lack of a targeting ligand, these particles are not active in transfection. In another study, Wheeler et al (57) described a detergent dialysis method to form small lipid-DNA particles coated by polyethylene glycol. These particles showed variable degrees of in vitro transfection efficiency depending on the acyl chain length of the polyethylene glycol-conjugated lipid.

Besides the use of cationic lipid, polycations are extensively studied for in vitro and in vivo gene transfer. Several studies have already reported transfer and gene expression via the strategy of receptor-mediated gene transfer (18, 36), using a polycation-DNA complex, but no efficient transfection in vivo has been reported at this time with targeted lipid-DNA complexes.

## ACKNOWLEDGMENTS

We would like to thank *Nature Biotechnology* and Nancy Smyth Templeton for their permission to print the photograph showing cryoelectron micrographs of liposomes and DNA-liposome complexes. We would also like to thank *Science* and Cyrus Safinya for their permission to print the schematic representation of lamellar and hexagonal phases of lipid-DNA complexes.

The work of this laboratory is supported by the following grants: Targeted Genetics Corporation, NIH 1R001DK54225-01, NIH R01 CA 74918-01A2, NIH P01 DK44935-06A1, NIH AR 45925-01, Muscular Dystrophy of America, NIH CA 64654-05A1.

Case 1:23-cv-00580-CFC Document 65-3 Filed 06/18/24 Page 384 of 708 PageID #: 6566



**Visit the Annual Reviews home page at www.AnnualReviews.org**

## LITERATURE CITED


1. Balasubramaniam RP, Bennett MJ, Aberle AM, Malone JG, Nantz MH, et al. 1996. Structural and functional analysis of cationic transfection lipids: the hydrophobic domain. *Gene Ther.* 3:163
2. Behr JP, Demeneix B, Loeffler JP, Mutul JP. 1989. Efficient gene transfer into mammalian primary endocrine cells with lipopolyamine-coated DNA. *Proc. Natl. Acad. Sci. USA* 86:6982
3. Blessing T, Remy JS, Behr JP. 1998. Monomolecular collapse of plasmid DNA into stable virus-like particles. *Proc. Natl. Acad. Sci. USA* 95:1427
4. Boukhnikachvili T, Aguerre-Chariol O, Airiau M, Lesieur S, Ollivon M, et al. 1997. Structure of in-serum transfecting DNA-cationic lipid complexes. *FEBS Lett.* 409:188
5. Brisson M, He Y, Li S, Yang JP, Huang L. 1999. A novel T7 RNA polymerase autogene for efficient cytoplasmic expression of target genes. *Gene Ther.* 6:263
6. Chen X, Li Y, Xiong K, Kie Y, Aizicovici S, et al. 1995. A nonviral cytoplasmic gene expression system and its implications in cancer gene therapy. *Cancer Gene Ther.* 2:281
7. Crook K, Stevenson BJ, Dubouchet M, Porteous DJ. 1998. Inclusion of cholesterol in DOTAP transfection complexes increases the delivery of DNA to cells in vitro in the presence of serum. *Gene Ther.* 5:137
8. Dowty ME, Williams P, Zhang G, Hagstrom J, Wolff JA. 1995. Plasmid DNA entry into postmitotic nuclei of primary rat myotubes. *Proc. Natl. Acad. Sci. USA* 92:4572
9. El Ouahabi A, Thiry M, Pector V, Fuks R, Ruysschaert JM, et al. 1997. The role of endosome destabilizing activity in the gene transfer process mediated by cationic lipids. *FEBS Lett.* 414:187
10. Farhood H, Serbina N, Huang L. 1995. The role of dioleoyl phosphatidylethanolamine in cationic liposome mediated gene transfer. *Biochim. Biophys. Acta* 1235:289
11. Fasbender A, Zabner J, Zeiher BG, Welsh MJ. 1997. A low rate of cell proliferation and reduced DNA uptake limit cationic lipid-mediated gene transfer to primary cultures of ciliated human airway epithelia. *Gene Ther.* 4:1173
12. Felgner JH, Kumar R, Sridhar CN, Wheeler CJ, Tsai YJ, et al. 1994. Enhanced gene delivery and mechanism studies with a novel series of cationic lipid formulations. *J. Biol. Chem.* 269:2550
13. Friend DS, Papahadjopoulos D, Debs RJ. 1996. Endocytosis and intracellular processing accompanying transfection mediated by cationic liposomes. *Biochim. Biophys. Acta* 1278:41
14. Gao X, Huang L. 1993. Cytoplasmic expression of a reporter gene by co-delivery of T7 RNA polymerase and T7 promoter sequence with cationic liposomes. *Nucleic Acids Res.* 68:2867
15. Gao X, Jaffurs D, Robbins PD, Huang L. 1994. A sustained, cytoplasmic transgene expression system delivered by cationic liposomes. *Biochem. Biophys. Res. Commun.* 200:1201
16. Gustafsson J, Arvidson G, Karlsson G, Almgren M. 1995. Complexes between cationic liposomes and DNA visualized by cryo-TEM. *Biochim. Biophys. Acta* 1235:305
17. Hara T, Tan Y, Huang L. 1997. In vivo gene delivery to the liver using reconstituted chylomicron remnants as a novel nonviral vector. *Proc. Natl. Acad. Sci. USA* 94:14547
18. Hisayasu S, Miyauchi M, Akiyama K, Gotoh T, Satoh S, et al. 1999. In vivo targeted gene transfer into liver cells


ALNY-00946783

mediated by a novel galactosyl-D-lysine/D-serine copolymer. *Gene Ther.* 6:689
19. Hofland HEJ, Shepard L, Sullivan SM. 1996. Formation of stable cationic lipid/DNA complexes for gene transfer. *Proc. Natl. Acad. Sci. USA* 93:7305
20. Hong K, Zheng W, Baker A, Papahadjopoulos D. 1997. Stabilization of cationic liposome-plasmid DNA complexes by polyamines and poly(ethylene glycol)-phospholipid conjugates for efficient in vivo gene delivery. *FEBS Lett.* 400:233
21. Hui SW, Langner M, Zhao YL, Ross P, Hurley E, et al. 1996. The role of helper lipids in cationic liposome-mediated gene transfer. *Biophys. J.* 71:590
22. Koltover I, Salditt T, Radler JO, Safinya CR. 1998. An inverted hexagonal phase of cationic liposome-DNA complexes related to DNA release and delivery. *Science* 281:78
23. Krieg AM. 1999. Direct immunologic activities of CpG DNA and implications for gene therapy. *J. Gene Med.* 1:56
24. Labat-Moleur F, Steffan AM, Brisson C, Perron H, Feugeas O, et al. 1996. An electron microscopy study into the mechanism of gene transfer with lipopolyamines. *Gene Ther.* 3:1010
25. Lasic DD, Strey H, Stuart MCA, Podgornik R, Frederik PM. 1997. The structure of DNA-liposome complexes. *J. Am. Chem. Soc.* 119:832
26. Lechardeur D, Sohn KJ, Haardt M, Joshi PB, Monck M, et al. 1999. Metabolic instability of plasmid DNA in the cytosol: a potential barrier to gene transfer. *Gene Ther.* 6:482
27. Legendre JY, Szoka FC Jr. 1992. Delivery of plasmid DNA into mammalian cell lines using pH-sensitive liposomes: comparison with cationic liposomes. *Pharm. Res.* 9 (10):1235
28. Li S, Rizzo MA, Bhattacharya S, Huang L. 1998. Characterization of cationic lipid-protamine-DNA (LPD) complexes for intravenous gene delivery. *Gene Ther.* 5:930
29. Li S, Tseng WC, Beer Stolz D, Wu SP, Watkins SC, et al. 1999. Dynamic changes in the characteristics of cationic lipidic vectors after exposure to mouse serum: implications for intravenous lipofection. *Gene Ther.* 6:585
30. Li S, Wu SP, Whitmore M, Loeffert EJ, Wang L, et al. 1999. Effect of immune response on gene transfer to the lung via systemic administration of cationic lipidic vectors. *Am. J. Physiol.* 276:L796
31. Liu F, Qi H, Huang L, Liu D. 1997. Factors controlling the efficiency of cationic lipid-mediated transfection in vivo via intravenous administration. *Gene Ther.* 4:517
32. Liu Y, Mounkes LC, Liggitt HD, Brown CS, Solodin L, et al. 1997. Factors influencing the efficiency of cationic liposome-mediated intravenous gene delivery. *Nat. Biotechnol.* 15:167
33. Mahato RI, Anwer K, Tagliaferri F, Meaney C, Leonard P, et al. 1998. Biodistribution and gene expression of lipid/plasmid complexes after systemic administration. *Hum. Gene Ther.* 9:2083
34. Mortimer I, Tam P, MacLachlan I, Graham RW, Saravolac EG, et al. 1999. Cationic lipid-mediated transfection of cells in culture requires mitotic activity. *Gene Ther.* 6:403
35. Mounkes LC, Zhong W, Cipres-Palacin G, Heath TD, Debs RJ. 1998. Proteoglycans mediate cationic liposome-DNA complex-based gene delivery in vitro and in vivo. *J. Biol. Chem.* 40:26164
36. Ogris M, Brunner S, Schuller S, Kircheis R, Wagner E. 1999. Pegylated DNA/transferrin-PEI complexes: reduced interaction with blood components, extended circulation in blood and potential for systemic gene delivery. *Gene Ther.* 6:595
37. Pinnaduwage P, Schmitt L, Huang L. 1989. Use of quaternary ammonium detergent in liposome mediated DNA transfection of mouse L-cells. *Biochim. Biophys. Acta* 985:33

38. Pitard B, Aguerre O, Airiau M, Lachages AM, Boukhnikachvili T, et al. 1997. Virus-sized self-assembling lamellar complexes between plasmid DNA and cationic micelles promote gene transfer. *Proc. Natl. Acad. Sci. USA* 94:14412
39. Pitard B, Oudrhiri N, Vigneron JP, Hauchecorne M, Aguerre O. 1999. Structural characteristics of supramolecular assemblies formed by guanidinium–cholesterol reagents for gene transfection. *Proc. Natl. Acad. Sci. USA* 96:2621
40. Qin L, Ding Y, Pahud DR, Chang E, Imperiale MJ, et al. 1997. Promoter attenuation in gene therapy: interferon-gamma and tumor necrosis factor-alpha inhibit transgene expression. *Hum. Gene Ther.* 8:2019
41. Radler JO, Koltover I, Salditt T, Safinya CR. 1997. Structure of DNA-cationic liposome complexes: DNA intercalation in multilamellar membranes in distinct interhelical packing regimes. *Science* 275:810
42. Remy JS, Sirlin C, Vierling P, Behr JP. 1994. Gene transfer with a series of lipophilic DNA-binding molecules. *Bioconjugate Chem.* 5:647
43. Remy JS, Kichler A, Mordvinov V, Schuber F, Behr JP. 1995. Targeted gene transfer into hepatoma cells with lipopolyamine-condensed DNA particles presenting galactose ligands: a stage toward artificial viruses. *Proc. Natl. Acad. Sci. USA* 92:1744
44. Ross PC, Hui SW. 1999. Lipoplex size is a major determinant of in vitro lipofection efficiency. *Gene Ther.* 6:651
45. Salditt T, Koltover I, Radler JO, Safinya CR. Two-dimensional smectic ordering of linear DNA chains in self-assembled DNA-cationic liposome mixtures. *Phys. Rev. Lett.* 79:2582
46. Smyth Templeton N, Lasic DD, Frederik PM, Strey HH, Roberts DD, et al. 1997. Improved DNA:liposome complexes for increased systemic delivery and gene expression. *Nat. Biotechnol.* 15:647
47. Solodin I, Brown CS, Bruno MS, Chow CY, Jang EH, et al. 1995. A novel series of amphiphilic imidazolinium compounds for in vitro and in vivo gene delivery. *Biochemistry* 34:13537
48. Song Y, Liu F, Chu SY, Liu DX. 1997. Characterization of cationic liposome-mediated gene transfer in vivo by intravenous administration. *Hum. Gene Ther.* 8:1585
49. Song YK, Liu F, Liu D. 1998. Enhanced gene expression in mouse lung by prolonging the retention time of intravenously injected plasmid DNA. *Gene Ther.* 5:1531
50. Sternberg B, Sorgi FL, Huang L. 1994. New structures in complex formation between DNA and cationic liposomes visualized by freeze-fracture electron microscopy. *FEBS Lett.* 356:361
51. Tan Y, Li S, Pitt BR, Huang L. 1999. The inhibitory role of CpG immunostimulatory motifs in cationic lipid vector-mediated transgene expression in vivo. *Gene Ther.* In press
52. Thierry AR, Rabinovich P, Peng B, Mahan LC, Bryant JL, et al. 1997. Characterization of liposome-mediated gene delivery: expression, stability and pharmacokinetics of plasmid DNA. *Gene Ther.* 4:226
53. Van der Woude I, Willy Visser H, Ter Beest MBA, Wagenaar A, Ruiters MHJ, et al. 1995. Parameters influencing the introduction of plasmid DNA into cells by the use of synthetic amphiphiles as a carrier system. *Biochim. Biophys. Acta* 1240:34
54. Vigneron JP, Oudrhiri N, Fauquet M, Vergely L, Bradley JC, et al. 1996. Guanidinium-cholesterol cationic lipids: efficient vectors for the transfection of eukaryotic cells. *Proc. Natl. Acad. Sci. USA* 93:9682
55. Wattiaux R, Jadot M, Warnier-Pirotte MT, Wattiaux-De Coninck S. 1997. Cationic lipids destabilize lysosomal membrane in vitro. *FEBS Lett.* 417:199
56. Wheeler CJ, Felgner PL, Tsai YJ, Marshall J, Sukhu L, et al. 1996. A novel cationic lipid greatly enhances plasmid DNA

Case 1:23-cv-00580-CFC Document 65-3 Filed 06/18/24 Page 387 of 708 PageID #: 6569



delivery and expression in mouse lung. *Proc. Natl. Acad. Sci. USA* 93:11454

57. Wheeler JJ, Palmer L, Ossanlou M, MacLachlan I, Graham RW, et al. 1999. Stabilized plasmid-lipid particles: construction and characterization. *Gene Ther.* 6:271
58. Wrobel I, Collins D. 1995. Fusion of cationic liposomes with mammalian cells occurs after endocytosis. *Biochim. Biophys. Acta* 1235:296
59. Xu Y, Szoka FC. 1996. Mechanism of DNA release from cationic liposome/DNA complexes used in cell transfection. *Biochemistry* 35:5616
60. Yang JP, Huang L. 1998. Time-dependent maturation of cationic liposome-DNA complex for serum resistance. *Gene Ther.* 5:380
61. Yang JP, Huang L. 1997. Overcoming the inhibitory effect of serum on lipofection by increasing the charge ratio of cationic liposome to DNA. *Gene Ther.* 4:950
62. Yew NS, Wang KX, Przybylska M, Bagley RG, Stedman M. 1999. Contribution of plasmid DNA to inflammation in the lung after administration of cationic lipid:DNA complexes. *Hum. Gene Ther.* 10:223
63. Yoshikawa Y, Emi N, Kanbe T, Yoshikawa K, Saito H. 1996. Folding and aggregation of DNA chains induced by complexation with lipospermine: formation of a nucleosome-like structure and network assembly. *FEBS Lett.* 396:71
64. Zabner J, Fasbender AJ, Moninger T, Poellinger KA, Welsh MJ. 1995. Cellular and molecular barriers to gene transfer by a cationic lipid. *J. Biol. Chem.* 270:18997
65. Zanta MA, Belguise-Valladier P, Behr JP. 1999. Gene delivery: a single nuclear localization signal peptide is sufficient to carry DNA to the cell nucleus. *Proc. Natl. Acad. Sci. USA* 96:91
66. Zhou X, Huang L. 1994. DNA transfection mediated by cationic liposomes containing lipopolylysine: characterization and mechanism of action. *Biochim. Biophys. Acta* 1189:195
67. Zhu N, Liggitt D, Liu Y, Debs R. 1993. Systemic gene expression after intravenous delivery DNA delivery into adult mice. *Science* 261:209

ALNY-00946786

# Joint Claim Construction Brief

# EXHIBIT 27

Angewandte Chemie International Edition

siRNA Delivery

DOI: 10.1002/anie.201203263

# Maximizing the Potency of siRNA Lipid Nanoparticles for Hepatic Gene Silencing In Vivo**

*Muthusamy Jayaraman,* Steven M. Ansell, Barbara L. Mui, Ying K. Tam, Jianxin Chen, Xinyao Du, David Butler, Laxman Eltepu, Shigeo Matsuda, Jayaprakash K. Narayanannair, Kallanthottathil G. Rajeev, Ismail M. Hafez, Akin Akinc, Martin A. Maier, Mark A. Tracy, Pieter R. Cullis, Thomas D. Madden, Muthiah Manoharan, and Michael J. Hope**

RNA interference (RNAi) is a ubiquitous and highly effective biological mechanism to control gene expression. Over the last few years it has been established that synthetic double-stranded, small interfering RNA (siRNA) molecules can be applied as therapeutics that potently harness RNAi in humans and animal models, by demonstrating silencing of target mRNA transcripts in rodents and non-human primates (NHP).[1] Because of their high molecular weight and polyanionic nature, synthetic siRNAs fail to cross biological membranes by passive diffusion and therefore, generally require transmembrane drug delivery technologies to access the cytoplasm of target cells.[2,3] Once in the cytoplasm, however, siRNAs readily load into the RNA-induced silencing complex (RISC) and direct sequence-specific cleavage of target mRNA. The resulting reduction in expression of protein, for example, can be profound and durable, lasting several weeks after administration of a single dose.[4] This new class of therapeutics, with its unique mechanism of action and ability to specifically inhibit previously "undruggable" disease-causing proteins, has prompted research into intracellular delivery technologies suitable for parenteral administration.

Lipid nanoparticles (LNPs) containing ionizable amino lipids that self-assemble into approximately 100 nm particles when mixed with polyanionic oligonucleotides, represent the most advanced delivery platforms for systemic administration of RNAi therapeutics. Substantial progress has been made in recent years to maximize efficacy and to achieve a favorable therapeutic index for human applications.[2,4] The ionizable amino lipid plays a dual role in the drug delivery process. First, through electrostatic interaction with polyanionic nucleic acids, it promotes the self-assembly of formulation components into macromolecular nanoparticles encapsulating the siRNA. Second, following endocytosis of LNPs by target cells, it enables siRNA to escape the endosomal compartment and access the cell cytoplasm. In a recently published analysis of the structure–activity relationship of cationic lipid molecules we noted that permanently charged quaternary amine moieties in the hydrophilic head group region were consistently less effective in RNAi-mediated gene knockdown in vivo as compared to ionizable lipids.[5]

Herein, we report on a detailed study aimed at further investigating the role of the amine head group in the delivery of siRNA in vivo. Through systematic structural modifications to the hydrophilic head group we have modulated the apparent acid dissociation constant ($pK_a$) of the ionizable amino lipids present in the LNPs and investigated the relationship between the $pK_a$ value and activity, that is, the ability of the LNPs to deliver functionally active siRNAs into hepatocytes for eliciting gene silencing in vivo.

Amino lipid 2,2-dilinoleyl-4-dimethylaminoethyl-[1,3]-dioxolane (DLin-KC2-DMA, **1**), has been identified as a highly potent cationic lipid (Figure 1, Table 1)[5] when incorporated into LNPs encapsulating siRNA to target murine clotting factor VII (FVII) mRNA.[6] The hydrophobic dilinoleyl chain is known to be optimal for activity,[5,7] hence this unsaturated alkyl chain configuration was maintained in all the lipids investigated herein and structural modifications were added to the head group region of the molecule. The formulations were prepared by a preformed vesicle method,




*Figure 1.* 2,2-dilinoleyl-4-dimethylaminoethyl-[1,3]-dioxolane (DLin-KC2-DMA, **1**). No difference in activity between enantiomers (**4**, **5**) or the racemic mixture was observed (Table 1).

[*] Dr. S. M. Ansell, Dr. B. L. Mui, Dr. Y. K. Tam, Dr. J. Chen, Dr. X. Du, Dr. T. D. Madden, Dr. M. J. Hope
AlCana Technologies, Vancouver, BC (Canada)
E-mail: mhope@alcanatech.com
Homepage: http://www.alnylam.com
Dr. M. Jayaraman, Dr. D. Butler, Dr. L. Eltepu, Dr. S. Matsuda, Dr. J. K. Narayanannair, Dr. K. G. Rajeev, Dr. A. Akinc, Dr. M. A. Maier, Dr. M. A. Tracy, Dr. M. Manoharan
Alnylam Pharmaceuticals, Cambridge, MA (USA)
E-mail: mjayaraman@alnylam.com
Dr. I. M. Hafez, Dr. P. R. Cullis
Department of Biochemistry and Molecular Biology, University of British Columbia, Vancouver, BC (Canada)

[**] This work was supported in part by the Canadian Institutes for Health Research (CIHR) through U/I grant FRN 59836. We would like to thank John Maraganore for helpful comments.

Supporting information for this article (experimental details) is available on the WWW under http://dx.doi.org/10.1002/anie.201203263.

Re-use of this article is permitted in accordance with the Terms and Conditions set out at http://angewandte.org/open.

 © 2012 Wiley-VCH Verlag GmbH & Co. KGaA, Weinheim 

as described in the Supporting Information (page 38), with the following lipid composition: amino lipid, distearoylphosphatidylcholine (DSPC), cholesterol and (*R*)-2,3-bis(octadecyloxy)propyl-1-(methoxy poly(ethylene glycol)2000)propylcarbamate (PEG-lipid) in the molar ratio 40/10/40/10, respectively, and a FVII siRNA/total lipid ratio of approximately 0.05 (*w/w*).[5] To ensure a narrow particle size distribution in the range of 70–90 nm and a low polydispersity index of $0.11 \pm 0.04$ ($n = 56$), the particles were extruded up to three times through 80 nm membranes prior to adding the siRNA.[5] Amino lipid p$K_a$ values were determined for each LNP by measuring the fluorescence of 2-(*p*-toluidino)-6-napthalene sulfonic acid (TNS) during titration from pH 3 to 10 in increments of 0.5 pH units (Supporting Information, page 40).[8–10] The anionic TNS molecule fluoresces when associated with the surface of positively charged membranes, but is not fluorescent when free in solution, and this property has been used extensively to probe positive charge at membrane surfaces.[8–10]

From the resulting fluorescence titration curve a pH value, at which the charge on the LNP is 50 % of maximum (p$K_a$), can be calculated using curve-fit analysis (Figure 2). Importantly, this method enables a p$K_a$ determination of amino lipids in situ, which accounts for potential influences of membrane structure and neighboring lipids on the dissociation properties of the amino group. Similar p$K_a$ values were obtained for select formulations using zeta potential measurements over the same pH titration range, but TNS was found to be the more sensitive method (data not shown).




*Figure 2.* Determination of p$K_a$ by in situ TNS fluorescence titration. The four amino lipids shown are examples illustrating the full p$K_a$ range evaluated. Sigmoidal best-fit analyses were applied with p$K_a$ defined as the pH at half-maximal fluorescence intensity. A) **14**, p$K_a$ = 4.17; B) **52**, p$K_a$ = 5.73; C) **19**, p$K_a$ = 6.95; D) **48**, p$K_a$ = 8.12 (see Supporting Information page 40 for details).

The hydrophilic head-group region of **1** was extensively modified, producing 53 novel amino lipids with p$K_a$ values ranging from 4.17 to 8.12 (Table 1; see the Supporting Information for full experimental details on lipid synthesis). Lipids **1**, **3**, and **53** have been reported earlier and were used as references in this study.[5,7] The structural modifications introduced were sufficient to affect the p$K_a$ value without significantly altering the molecular dimensions of the hydrophilic region. This is important because having a small head group is a characteristic that enables amino lipids to adopt inverted, non-bilayer structures, which are hypothesized to be responsible for destabilizing the endosomal membrane, resulting in efficient release of siRNA into the cytoplasm of target cells.[5,11]

A plot of p$K_a$ value versus $ED_{50}$ (median effective dose for FVII gene silencing in female C57BL/6 mice by i.v. administration) for all 56 amino lipids tested reveals a strong correlation between the in vivo activity and the acid dissociation constant of the amine, with a p$K_a$ optimum seen between 6.2 and 6.5, on either side of which LNP potency rapidly decreases (Figure 3). On the other hand, significant




*Figure 3.* Plot of in vivo hepatic gene silencing activity vs. p$K_a$ in mice. The 56 amino lipids were formulated in LNPs and subjected to an $ED_{50}$ analysis (described in Supporting Information, page 39) and plotted against their p$K_a$. For 15 lipids the $ED_{50}$ dose was not achieved, these are indicated by the open diamonds representing the highest dose tested for that lipid. For the remaining lipids (closed diamonds), a polynomial best-fit curve highlights the most active compounds, which exhibit an optimal p$K_a$ between 6.2 and 6.5. Each data point is derived from a four-dose response curve with groups of $n = 4$ mice per dose.

potency differences were found for lipids with similar p$K_a$ values. These results indicate that an optimal p$K_a$ value is a necessary but not sufficient requirement for good in vivo activity and other structural features, such as the nature of the linker between the head group and the lipid tails, can also contribute substantially to the in vivo activity.

To further investigate the p$K_a$–activity relationship, a selected group of lipids were studied in more detail. These novel lipids were designed around the structure of dilinoleylmethyl-4-dimethylaminobutyrate (**16**, $ED_{50} = 0.03$ mg kg$^{-1}$, p$K_a$ = 6.44) also referred to as DLin-MC3-DMA (Figure 4), one of the most active cationic lipids from the group of 56 lipids. In the first group of lipids (**31**, **30**, **38**, and **37**), the distance between ester and amine is maintained at three methylene units and the substitution on the *N*-atom altered to create a p$K_a$ range between 5.44 and 7.62.

In the second group (**14**, **15**, **17**, and **18**), the dimethylamino moiety is maintained but the distance between the


© 2012 Wiley-VCH Verlag GmbH & Co. KGaA, Weinheim

ALNY-00954964

*Table 1:* Structures of the 56 amino lipids tested for gene silencing activity in vivo. $ED_{50}$ is for FVII gene silencing in mice (mg siRNA $kg^{-1}$) and the $pK_a$ of the lipid was measured in situ. Lipids **1**, **3**, and **53** were reported earlier and used as references in this study.[5,7]





| ID | Novel Lipid | $ED_{50}$ | $pK_a$ | ID | Novel Lipid | $ED_{50}$ | $pK_a$ | ID | Novel Lipid | $ED_{50}$ | $pK_a$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** | | 0.10 | 6.68 | **2** | | 0.10 | 5.97 | **3** | | 0.25 | 5.94 |
| **4** | | 0.10 | 6.65 | **5** | | 0.10 | 6.79 | **6** | | 0.30 | 6.42 |
| **7** | | 0.15 | 6.43 | **8** | | >2 | 7.29 | **9** | | 2.50 | 6.98 |
| **10** | | 0.25 | 6.73 | **11** | | 2.5 | 5.65 | **12** | | 1.5 | 5.60 |
| **13** | | 0.30 | 6.85 | **14** | | >5 | 4.17 | **15** | | 0.60 | 5.64 |
| **16** | | 0.03 | 6.44 | **17** | | 0.15 | 6.93 | **18** | | 0.65 | 7.16 |
| **19** | | 0.70 | 6.95 | **20** | | >1 | 6.78 | **21** | | >1 | 6.77 |
| **22** | | 0.30 | 6.53 | **23** | | >5 | 4.95 | **24** | | 1.5 | 6.66 |
| **25** | | 0.50 | 6.60 | **26** | | 0.55 | 6.65 | **27** | | >5 | 7.73 |
| **28** | | 0.15 | 6.60 | **29** | | 1.4 | 7.03 | **30** | | 0.30 | 6.17 |
| **31** | | 4.5 | 5.44 | **32** | | >5 | 7.88 | **33** | | >3 | 7.25 |
| **34** | | 4.0 | 7.61 | **35** | | 0.47 | 6.49 | **36** | | 0.12 | 6.52 |
| **37** | | >5 | 7.62 | **38** | | >1 | 7.31 | **39** | | 0.14 | 6.62 |
| **40** | | >5 | 8.02 | **41** | | >5 | 8.11 | **42** | | >5 | 7.23 |
| **43** | | 0.10 | 6.08 | **44** | | 2.1 | 7.21 | **45** | | >5 | 7.07 |
| **46** | | >5 | 5.50 | **47** | | 0.03 | 6.21 | **48** | | >5 | 8.12 |
| **49** | | >5 | 7.57 | **50** | | 0.60 | 6.87 | **51** | | 2.6 | 5.49 |
| **52** | | 0.25 | 5.73 | **53** | | 1 | 6.38 | **54** | | 0.25 | 6.63 |
| **55** | | >1 | 7.27 | **56** | | 0.41 | 6.91 | | | | |




 © 2012 Wiley-VCH Verlag GmbH & Co. KGaA, Weinheim 

Case 1:23-cv-00580-CFC Document 65-3 Filed 06/18/24 Page 392 of 708 PageID #: 6574





16

*Figure 4.* (6Z,9Z,28Z,31Z)-Heptatriaconta-6,9,28,31-tetraen-19-yl 4-(dimethylamino)butanoate (**16**, Table 1).

ester and the amine is varied from one to five methylene units to generate lipids with p$K_a$ values ranging from 4.17 to 7.16. The plot of $ED_{50}$ as a function of p$K_a$ value shows that the highest potency is achieved at a p$K_a$ of 6.44 for the siRNA LNP formulation containing lipid **16** (Figure 5, blue line).




*Figure 5.* Plot of hepatic gene silencing activity in mice, p$K_a$ and calculated protonated/unprotonated amino lipid (% mole fractions) for the set of novel lipids between p$K_a$ 4 and 8.5. Each FVII $ED_{50}$ data point (blue) is derived from a four-dose response ($n=4$ mice per dose level). Open diamonds represent lipids for which the $ED_{50}$ was not achieved and are shown at the highest dose tested. The mole % of each amino lipid estimated to carry a positive charge in blood, assuming pH 7.4, is shown in red and the mole % amino lipid estimated to be uncharged in acidified endosomes at pH 5.5 is shown in green.

Activity substantially decreases as the p$K_a$ value shifts to either the acidic or basic side, underlining the importance of the ionization behavior of LNPs in the functional delivery of siRNA to hepatocytes in mice.

The surprisingly sharp p$K_a$ value dependence of LNP activity provides more insight into the complex in vivo mechanism for this highly potent class of LNPs for siRNA delivery. In brief, it has been proposed that intravenous administration of LNPs with low to zero surface charge will minimize nonspecific binding of LNPs to tissues and proteins thus increasing the likelihood of particles reaching hepatocytes.[5] In addition, we recently demonstrated that uptake of ionizable LNPs by hepatocytes in vitro and in vivo is mediated by apolipoprotein E (ApoE),[12] which is also known to preferentially associate with neutral membrane surfaces.[13]

On the other hand, LNPs must acquire sufficient positive surface charge following endocytosis to promote an electrostatic interaction with the negative surface of the endosome lumen. The resulting close proximity of LNP and membrane allows lipid mixing to occur, leading to the formation of ion pairs between the exogenous amphipathic amine and endogenous anionic membrane lipids.[11,14] The ion pairs prefer to adopt inverted, non-bilayer configurations that disrupt the integrity of the endosome membrane and the siRNA is subsequently released into the cytoplasm.[5] The $ED_{50}$–p$K_a$ profile may, therefore, represent a balance between two opposing delivery requirements, namely minimum charge at pH 7.4 to maximize hepatocyte uptake by ApoE-mediated endocytosis and maximum positive charge in the acidified lumen of endosomes to promote membrane disruption.

If potency differences of structurally similar lipids are predominantly a function of p$K_a$ value, we hypothesized that the activity of LNPs containing two or more cationic lipids should reflect the average p$K_a$ of the particle and not the average activity measured for the individual amino lipids. To test this, LNP formulations encapsulating FVII siRNA were prepared in which the 40 mole % amino lipid component consisted of different ratios of lipids **15**, **16**, and **17** thus producing LNPs with average surface p$K_a$ values that increased incrementally from 5.64 (**15**) to 6.93 (**17**). The measured p$K_a$ value for mixed lipid LNPs was shown to be the same (within experimental error) as that calculated from the mole ratio of the mixed amino lipids (Supporting Information, page 41). Each LNP was administered at the same dose (0.1 mg kg$^{-1}$ siRNA) and the concentration of murine plasma FVII protein was determined 24 h later and expressed as a percentage of that measured in a saline-treated control (Figure 6).




*Figure 6.* Lipid mixing supports p$K_a$ value as the dominant factor in determining in vivo hepatic gene-silencing activity for a given set of amino lipids. Mixtures of amino lipids **15**, **16**, and **17** were made to incrementally shift the average surface p$K_a$ value of the resulting LNP between 5.64 and 6.93. Numbers in parenthesis indicate the amount of each lipid in the mixture to make up the 40 mole % amino lipid component of the LNP. Bars represent group mean ($n=4$) ± s.d.

As the average p$K_a$ value increases from 5.64 (**15**) or decreases from 6.93 (**17**) by mixing with **16**, LNP activity increases. We did not identify a mixture with greater activity than **16** alone, but importantly, LNPs containing an equimolar mixture of **15** ($ED_{50}=0.6$) and **17** ($ED_{50}=0.15$), lipids that individually are 20- and 5-fold less potent than **16**, respectively, showed an average apparent p$K_a$ value similar to **16** and equivalent activity. These data further confirm that for amino lipids of similar structure, in vivo hepatic gene silencing is driven by p$K_a$ rather than specific head group structure or linker length (the distance between the ester and the amine). We have subsequently shown this to be true for

 © 2012 Wiley-VCH Verlag GmbH & Co. KGaA, Weinheim 

ALNY-00954966

Angewandte International Edition Chemie

mixtures of other cationic lipids with different head group structures (data not shown).

The pH-dependent surface charge for each LNP in the blood or endosomal compartment can be calculated from their $pK_a$, using the Henderson–Hasselbach equation, assuming blood pH 7.4 and acidified endosome pH 5.5.[15] The amount of fully or partially charged LNPs carrying positive charge for each chosen lipid (**14–18**, **30**, **31**, **37**, and **38**) is expressed as a fraction of charged amino lipids plotted red in Figure 5 along with the fraction of amino lipids that would be uncharged at pH 5.5 in the endosome, plotted green. This demonstrates that the optimal $pK_a$ value for in vivo hepatic gene silencing coincides with the $pK_a$ giving rise to LNPs that exhibit minimum surface charge in the blood at pH 7.4 and maximum charge in acidified endosomes at pH 5.5. It should be noted, however, that the $pK_a$-value trend found for this class of ionizable lipids with apoE-dependent hepatic delivery may not apply to other cationic and potentially ApoE-independent delivery systems.[6,12]

To identify potent and safe siRNA delivery systems for clinical development, it is important that the potency in mice translates to non-human primates. For the following experiments LNPs containing the highly potent amino lipid **16** were used, in which the molar ratio of the four lipid components **16**, DSPC, cholesterol and PEG-lipid (50/10/38.5/1.5) had been further optimized to enhance in vivo activity. In the murine FVII model, an $ED_{50}$ of 0.005 mg kg$^{-1}$ siRNA was achieved in the optimized composition, which represented a sixfold improvement relative to the 40/10/40/10 molar ratio composition (Figure 7, inset). The same lipid composition was administered to cynomolgus monkeys but with an encapsulated siRNA targeting hepatic transthyretin (TTR), a gene of therapeutic interest in the treatment of familial amyloidotic polyneuropathy.[16] Animals received a 15 min intravenous infusion at siRNA doses of 0.03, 0.1, or 0.3 mg kg$^{-1}$ and from the dose response curve an $ED_{50}$ less than 0.03 mg kg$^{-1}$ was obtained (Figure 7).




*Figure 7.* Efficacy of siRNA-LNP containing amino lipid **16** in mice and non-human primates. An optimized formulation composition containing 50 mole% of **16** was employed in this study (see text and Supporting Information page 41 for details). Inset: residual FVII activity in mouse serum relative to a saline control group with a median effective siRNA dose ($ED_{50}$) of about 0.005 mg kg$^{-1}$; data points represent group mean ($n = 5$) ± s.d. Cynomolgus monkeys were administered siRNA targeting the TTR gene at doses of 0.03, 0.1 and 0.3 mg kg$^{-1}$ (bar graph). Data represent group mean ($n = 3$) ± s.d., expressed as TTR mRNA relative to GAPDH mRNA levels determined in liver samples, with the $ED_{50}$ estimated to be < 0.03 mg kg$^{-1}$.

In conclusion, we have identified the lipid $pK_a$ value as an important molecular characteristic of amino lipids, which determines their ability to mediate potent hepatic gene silencing in vivo. Combined with our current understanding of the optimal hydrocarbon chain length, lipid-chain unsaturation and linker chemistry for these molecules, the tight correlation between activity and ionization behavior, with a sharp $pK_a$ optimum between 6.2–6.5, serves as a guide for the design of LNPs for efficient delivery of therapeutic siRNAs. In fact, a LNP formulation based on DLin-MC3-DMA (**16**), one of the most potent lipids identified in this work, is currently being utilized in a clinical trial for treating hypercholesterolemia; the target is PCSK9 and the data (not shown) indicate decreases in LDL-C after a single low dose.[17,18]

Received: April 27, 2012
Published online: July 10, 2012

**Keywords:** drug delivery · gene silencing · ionizable amino lipids · liposomes · siRNA

[1] A. De Fougerolles, H. P. Vornlocher, J. Maraganore, J. Lieberman, *Nat. Rev. Drug Discovery* **2007**, *6*, 443–453.
[2] S. Akhtar, I. F. Benter, *J. Clin. Invest.* **2007**, *117*, 3623–3632.
[3] K. A. Whitehead, R. Langer, D. G. Anderson, *Nat. Rev. Drug Discovery* **2009**, *8*, 129–138.
[4] T. S. Zimmermann, et al., *Nature* **2006**, *441*, 111–114.
[5] S. C. Semple, et al., *Nat. Biotechnol.* **2010**, *28*, 172–176.
[6] A. Akinc, M. Goldberg, J. Qin, J. R. Dorkin, C. Gamba-Vitalo, M. Maier, K. N. Jayaprakash, M. Jayaraman, K. G. Rajeev, M. Manoharan, V. Koteliansky, I. Rohl, E. S. Leshchiner, R. Langer, *Mol. Ther.* **2009**, *17*, 872–879.
[7] J. Heyes, L. Palmer, K. Bremner, I. MacLachlan, *J. Controlled Release* **2005**, *107*, 276–287.
[8] A. L. Bailey, P. R. Cullis, *Biochemistry* **1994**, *33*, 12573–12580.
[9] S. J. Eastman, M. J. Hope, P. R. Cullis, *Biochemistry* **1991**, *30*, 1740–1745.
[10] J. Zhang, H. Fan, D. A. Levorse, L. S. Crocker, *Langmuir* **2011**, *27*, 1907–1914.
[11] I. M. Hafez, N. Maurer, P. R. Cullis, *Gene Ther.* **2001**, *8*, 1188–1196.
[12] A. Akinc, et al., *Mol. Ther.* **2010**, *18*, 1357–1364.
[13] X. Yan, F. Kuipers, L. M. Havekes, R. Havinga, B. Dontje, K. Poelstra, G. L. Scherphof, J. A. Kamps, *Biochem. Biophys. Res. Commun.* **2005**, *328*, 57–62.
[14] O. Zelphati, F. C. Szoka Jr., *J. Liposome Res.* **1997**, *7*, 31–49.
[15] N. Demaurex, *News Physiol. Sci.* **2002**, *17*, 1–5.
[16] T. Kurosawa, S. Igarashi, M. Nishizawa, O. Onodera, *Biochem. Biophys. Res. Commun.* **2005**, *337*, 1012–1018.
[17] Trial to Evaluate Safety and Tolerability of ALN-PCS02 in Subjects With Elevated LDL-Cholesterol (LDL-C). (Registry of Federally and Privately Supported Clinical Trials, U.S. National Institutes of Health, **2011**).
[18] A. Simon, Phase I Safety, Pharmacokinetic and Pharmacodynamic Results for ALN-PCS, Preliminary Study Results. (Alnylam Pharmaceuticals, Inc, **2012**).


© 2012 Wiley-VCH Verlag GmbH & Co. KGaA, Weinheim


ALNY-00954967

# Joint Claim Construction Brief

# EXHIBIT 28

nature biotechnology

# Rational design of cationic lipids for siRNA delivery

Sean C Semple[1,6], Akin Akinc[2,6], Jianxin Chen[1,5], Ammen P Sandhu[1], Barbara L Mui[1,5], Connie K Cho[1], Dinah W Y Sah[2], Derrick Stebbing[1], Erin J Crosley[1], Ed Yaworski[1], Ismail M Hafez[3], J Robert Dorkin[2], June Qin[2], Kieu Lam[1], Kallanthottathil G Rajeev[2], Kim F Wong[3], Lloyd B Jeffs[1], Lubomir Nechev[2], Merete L Eisenhardt[1], Muthusamy Jayaraman[2], Mikameh Kazem[3], Martin A Maier[2], Masuna Srinivasulu[4], Michael J Weinstein[2], Qingmin Chen[2], Rene Alvarez[2], Scott A Barros[2], Soma De[2], Sandra K Klimuk[1], Todd Borland[2], Verbena Kosovrasti[2], William L Cantley[2], Ying K Tam[1,5], Muthiah Manoharan[2], Marco A Ciufolini[4], Mark A Tracy[2], Antonin de Fougerolles[2], Ian MacLachlan[1], Pieter R Cullis[3], Thomas D Madden[1,5] & Michael J Hope[1,5]

© 2010 Nature America, Inc. All rights reserved.

**We adopted a rational approach to design cationic lipids for use in formulations to deliver small interfering RNA (siRNA). Starting with the ionizable cationic lipid 1,2-dilinoleyloxy-3-dimethylaminopropane (DLinDMA), a key lipid component of stable nucleic acid lipid particles (SNALP) as a benchmark, we used the proposed *in vivo* mechanism of action of ionizable cationic lipids to guide the design of DLinDMA-based lipids with superior delivery capacity. The best-performing lipid recovered after screening (DLin-KC2-DMA) was formulated and characterized in SNALP and demonstrated to have *in vivo* activity at siRNA doses as low as 0.01 mg/kg in rodents and 0.1 mg/kg in nonhuman primates. To our knowledge, this represents a substantial improvement over previous reports of *in vivo* endogenous hepatic gene silencing.**

A key challenge in realizing the full potential of RNA interference (RNAi) therapeutics is the efficient delivery of siRNA, the molecules that mediate RNAi. The physicochemical characteristics of siRNA—high molecular weight, anionic charge and hydrophilicity—prevent passive diffusion across the plasma membrane of most cell types. Therefore, delivery mechanisms are required that allow siRNA to enter cells, avoid endolysosomal compartmentalization and localize in the cytoplasm where it can be loaded into the RNA-induced silencing complex. To date, formulation in lipid nanoparticles (LNPs) represents one of the most widely used strategies for *in vivo* delivery of siRNA[1,2]. LNPs represent a class of particles comprised of different lipid compositions and ratios as well as different sizes and structures formed by different methods. A family of LNPs, SNALP[3–6], is characterized by very high siRNA-encapsulation efficiency and small, uniformly sized particles, enabled by a controlled step-wise dilution methodology. LNPs, including SNALP, have been successfully used to silence therapeutically relevant genes in nonhuman primates[6–8] and are currently being evaluated in several clinical trials.

An empirical, combinatorial chemistry–based approach recently identified novel materials for use in LNP systems[7]. A key feature of this approach was the development of a one-step synthetic strategy that allowed the rapid generation of a diverse library of ~1,200 compounds. This library was then screened for novel materials capable of mediating efficient delivery of siRNA *in vitro* and *in vivo*. Here, we instead used a medicinal chemistry (that is, structure-activity relationship) approach, guided by the putative *in vivo* mechanism of action of ionizable cationic lipids, for rational lipid design. Specifically, we hypothesized that after endocytosis, the cationic lipid interacts with naturally occurring anionic phospholipids in the endosomal membrane, forming ion pairs that adopt nonbilayer structures and disrupt membranes (**Fig. 1**)[9–12]. We previously advanced the concept




**Figure 1** Proposed mechanism of action for membrane disruptive effects of cationic lipids and structural diagram of DLinDMA divided into headgroup, linker and hydrocarbon chain domains. In isolation, cationic lipids and endosomal membrane anionic lipids such as phosphatidylserine adopt a cylindrical molecular shape, which is compatible with packing in a bilayer configuration. However, when cationic and anionic lipids are mixed together, they combine to form ion pairs where the cross-sectional area of the combined headgroup is less than that of the sum of individual headgroup areas in isolation. The ion pair therefore adopts a molecular 'cone' shape, which promotes the formation of inverted, nonbilayer phases such as the hexagonal $H_{II}$ phase illustrated. Inverted phases do not support bilayer structure and are associated with membrane fusion and membrane disruption[9,21].

[1]Tekmira Pharmaceuticals, Burnaby, British Columbia, Canada. [2]Alnylam Pharmaceuticals, Cambridge, Massachusetts, USA. [3]Department of Biochemistry and Molecular Biology and [4]Department of Chemistry, University of British Columbia, Vancouver, British Columbia, Canada. [5]Present address: Alcana Technologies, Vancouver, British Columbia, Canada. [6]These authors contributed equally to this work. Correspondence should be addressed to S.C.S. (ssemple@tekmirapharm.com) or A.A. (aakinc@alnylam.com).

Received 16 September 2009; accepted 17 December 2009; published online 17 January 2010; doi:10.1038/nbt.1602




**Figure 2** *In vivo* evaluation of novel cationic lipids. (**a**) Silencing activity of DLinDAP (▾), DLinDMA (▴), DLin-K-DMA (■) and DLin-KC2-DMA (●) screening formulations in the mouse Factor VII model. All LNP-siRNA systems were prepared using the preformed vesicle (PFV) method and were composed of ionizable cationic lipid, DSPC, cholesterol and PEG-lipid (40:10:40:10 mol/mol) with a Factor VII siRNA/total lipid ratio of ~0.05 (wt/wt). Data points are expressed as a percentage of PBS control animals and represent group mean ($n$ = 5) ± s.d., and all formulations were compared within the same study. (**b**) Influence of headgroup extensions on the activity of DLin-K-DMA. DLin-K-DMA (■) had additional methylene groups added between the DMA headgroup and the ketal ring linker to generate DLin-KC2-DMA (●), DLin-KC3-DMA (▴) and DLin-KC4-DMA (▾). The activity of PFV formulations of each lipid was assessed in the mouse Factor VII model. Data points are expressed as a percentage of PBS control animals and represent group mean ($n$ = 4) ± s.d. (**c**) Chemical structures of novel cationic lipids.

of using ionizable cationic lipids with p$K_a$s < pH 7.0 to efficiently formulate nucleic acids at low pH and maintaining a neutral or low cationic surface charge density at pH 7.4 (ref. 13). This strategy should provide better control of the circulation properties of these systems and reduce nonspecific disruption of plasma membranes. As positive charge density is minimal in the blood but increases substantially in the acidic environment of the endosome, this should activate the membrane-destabilizing property of the LNP. Although these attributes may account for the activity of these systems upon internalization by hepatocytes, they do not necessarily explain the high levels of hepatic biodistribution observed for many LNPs, including SNALP. Although these LNPs do not specifically include a targeting ligand to direct them to hepatocytes after systemic administration, it is possible that these LNPs associate with one or more proteins in plasma that may promote hepatocyte endocytosis.

The ionizable cationic lipid DLinDMA has proven to be highly effective in SNALP, has been extensively tested in rodents and nonhuman primates, and is now being evaluated in human clinical trials. Therefore, we selected it as the starting point for the design and synthesis of novel lipids. We chose the mouse Factor VII model[7], as the primary *in vivo* screening system to assess functional LNP-mediated delivery to hepatocytes. Briefly, C57BL/6 mice received a single dose of LNP-formulated Factor VII siRNA through bolus tail vein injection and serum was collected from animals 24 h after administration to analyze Factor VII protein level. The initial screening of LNP-siRNA systems was conducted using LNPs prepared by a preformed vesicle method[14] and composed of ionizable cationic lipid, distearoylphosphatidylcholine (DSPC), cholesterol and PEG-lipid (40:10:40:10 mol/mol), with a Factor VII siRNA/total lipid ratio of ~0.05 (wt/wt). Although not a bilayer-destabilizing lipid, a small amount of phosphatidylcholine was incorporated into the LNP to help stabilize the LNP both during formulation and while it was in circulation. A short acyl chain PEG-lipid was incorporated into the LNP to control particle size during formulation, but is designed to leave the LNP rapidly upon intravenous injection. As our goal was to identify novel ionizable cationic lipids for use in LNPs, we aimed to minimize other effects by using a single robust composition and set of formulation conditions suitable for all novel lipids tested. The preformed vesicle method employing the composition listed above provides a convenient platform for such testing, but uses a different formulation process, a different lipid composition and a different siRNA/lipid ratio than SNALP. The structure of DLinDMA can be divided into three main regions: the hydrocarbon chains, the linker and the headgroup (**Fig. 1**). A detailed structure-function study to investigate the impact of increasing the number of *cis* double bonds in the hydrocarbon chains found the linoleyl lipid containing two double bonds per hydrocarbon chain (DLinDMA) to be optimal[15]. We therefore maintained the linoleyl hydrocarbon chains present in DLinDMA as an element in our lipid design, and focused on optimizing the linker and headgroup moieties.

The linker region in a bilayer structure resides at the membrane interface, an area of transition between the hydrophobic membrane core and hydrophilic headgroup surface. Our approach to linker modification of DLinDMA involved introducing groups expected to exhibit different rates of chemical or enzymatic stability and to span a range of hydrophilicity. A variety of these rationally designed lipids were made, characterized and tested (**Supplementary Syntheses 1** and **Supplementary Table 1**). LNPs based on the ester-containing lipid DLinDAP showed substantially reduced *in vivo* activity compared to LNPs based on the alkoxy-containing lipid DLinDMA (**Fig. 2**). Further, LNPs based on DLin-2-DMAP, a lipid with one alkoxy linkage and one ester linkage, yielded activity intermediate between DLinDAP- and DLinDMA-based LNPs (**Supplementary Table 1**). Although it is uncertain why the ester-containing lipids are considerably less active *in vivo*, we speculate that the diester lipid (DLinDAP) is relatively inactive because it is more readily hydrolyzed *in vivo* than the alkoxy analog (DLinDMA), and therefore, unable to either protect the siRNA adequately before release from the endosome and/or survive long enough in the endosome to disrupt the membrane. These hypotheses are being investigated. LNPs based on lipids containing carbamate or thioether linkages also resulted in dramatically reduced *in vivo* activity. Interestingly, the introduction of a ketal ring linker into DLinDMA resulted in LNPs that were ~2.5-fold more potent in reducing serum Factor VII protein levels relative to the DLinDMA benchmark, with an $ED_{50}$ (that is, dose to achieve 50% gene silencing) of ~0.4 mg/kg versus 1 mg/kg, respectively (**Fig. 2**).

Given the importance of positive charge in the mechanism-of-action hypothesis guiding the lipid design, the effects of structural changes in the amine-based headgroup were investigated in the context of DLin-K-DMA as the new benchmark lipid. A series of headgroup modifications were made, characterized and tested to explore the effects of size, acid-dissociation constant and number of ionizable groups (**Supplementary Syntheses 2** and **Supplementary Table 2**). Piperazino, morpholino, trimethylamino or bis-dimethylamino modifications tested were not better than the benchmark dimethylamino headgroup of DLin-K-DMA. As an additional parameter, the distance between the dimethylamino group and the dioxolane linker was varied by introducing additional methylene groups. This parameter can

© 2010 Nature America, Inc. All rights reserved.

Case 1:23-cv-00580-CFC Document 65-3 Filed 06/18/24 Page 397 of 708 PageID #: 6579



**Table 1 Biophysical parameters and *in vivo* activities of LNPs containing novel lipids**

| Cationic lipid | Apparent lipid $pK_a$[a] | $L_{II}$ to $H_{II}$ phase transition temperature (°C)[b] | *In vivo* $ED_{50}$ (mg/kg) |
|---|---|---|---|
| DLinDMA | 6.8 ± 0.10 | 27 | ~1 |
| DLinDAP | 6.2 ± 0.05 | 26 | 40–50 |
| DLin-K-DMA | 5.9 ± 0.03 | 19 | ~0.4 |
| DLin-KC2-DMA | 6.7 ± 0.08 | 20 | ~0.1 |
| DLin-KC3-DMA | 7.2 ± 0.05 | 18 | ~0.6 |
| DLin-KC4-DMA | 7.3 ± 0.07 | 18 | >3 |

[a]$pK_a$ values ± s.d. ($n$ = 3 to 9). [b]$L_{II}$ to $H_{II}$ phase transition was measured at pH 4.8 in equimolar mixtures with DSPS, using differential scanning calorimetric, repeat scans reproducible to within 0.1 °C.

affect both the $pK_a$ of the amine headgroup as well as the distance and flexibility of the charge presentation relative to the lipid bilayer interface. Inserting a single additional methylene group into the headgroup (DLin-KC2-DMA) produced a dramatic increase in potency relative to DLin-K-DMA. The $ED_{50}$ for this lipid was ~0.1 mg/kg, making it fourfold more potent than DLin-K-DMA and tenfold more potent than the DLinDMA benchmark when compared head-to-head in the Factor VII model (**Fig. 2a**). Further extension of the tether with additional methylene groups, however, substantially decreased activity, with an $ED_{50}$ of ~0.6 mg/kg for DLin-KC3-DMA and >3 mg/kg for DLin-KC4-DMA (**Fig. 2b**).

As changes in lipid design and chemistry may affect the pharmacokinetics, target tissue accumulation and intracellular delivery of LNP formulations, we investigated the relative importance of these parameters on LNP activity at an early stage in this research program. Several of the novel lipids were incorporated into LNP-siRNA formulations containing cyanine dye (Cy3)-labeled siRNA. Plasma, liver and spleen levels of siRNA were determined at 0.5 and 3 h after injection at siRNA doses of 5 mg/kg, and the results are presented in **Supplementary Table 3**. In general, formulations that were the most active in the mouse Factor VII screens achieved the highest liver levels of siRNA at 0.5 h; however, delivery of siRNA to the target tissue was not the primary factor responsible for activity. This is supported by the observations that most formulations accumulated in the liver and spleen quite quickly and that some formulations with similar liver levels of siRNA had large differences in activity. Moreover, plasma pharmacokinetics alone did not predict activity. For example, although DLin-KC2-DMA and DLinDMA had virtually indistinguishable blood pharmacokinetic profiles in mice (data not shown), the activity of DLin-KC2-DMA in LNPs is approximately tenfold greater than the same formulation with DLinDMA. Taken together, these results led us to conclude that rapid target tissue accumulation was important, but not sufficient, for activity. Moreover, other parameters were more critical for maximizing the activity of LNP-siRNA formulations.

Two important parameters underlying lipid design for SNALP-mediated delivery are the $pK_a$ of the ionizable cationic lipid and the abilities of these lipids, when protonated, to induce a nonbilayer (hexagonal $H_{II}$) phase structure when mixed with anionic lipids. The $pK_a$ of the ionizable cationic lipid determines the surface charge on the LNP under different pH conditions. The charge state at physiologic pH (e.g., in circulation) can influence plasma protein adsorption, blood clearance and tissue distribution behavior[16], whereas the charge state at acidic pH (e.g., in endosomes) can influence the ability of the LNP to combine with endogenous anionic lipids to form endosomolytic nonbilayer structures[9]. Consequently, the ability of these lipids to induce $H_{II}$ phase structure in mixtures with anionic lipids is a measure of their bilayer-destabilizing capacity and relative endosomolytic potential.

The fluorescent probe 2-(*p*-toluidino)-6-napthalene sulfonic acid (TNS), which exhibits increased fluorescence in a hydrophobic environment, can be used to assess surface charge on lipid bilayers. Titrations of surface charge as a function of pH can then be used to determine the apparent $pK_a$ of the lipid in the bilayer (hereafter referred to as $pK_a$) of constituent lipids[17]. Using this approach, the $pK_a$ values for LNPs containing DLinDAP, DLinDMA, DLin-K-DMA, DLin-KC2-DMA, DLin-KC3-DMA and DLin-KC4-DMA were determined (**Table 1**). The relative ability of the protonated form of the ionizable cationic lipids to induce $H_{II}$ phase structure in anionic lipids was ascertained by measuring the bilayer-to-hexagonal $H_{II}$ transition temperature ($T_{BH}$) in equimolar mixtures with distearoylphosphatidylserine (DSPS) at pH 4.8, using $^{31}$P NMR[18] and differential scanning calorimetric analyses[19]. Both techniques gave similar results.

The data presented in **Table 1** indicate that the highly active lipid DLin-KC2-DMA has $pK_a$ and $T_{BH}$ values that are theoretically favorable for use in siRNA delivery systems. The $pK_a$ of 6.4 indicates that LNPs based on DLin-KC2-DMA have limited surface charge in circulation, but will become positively charged in endosomes. Further, the $T_{BH}$ for DLin-KC2-DMA is 7 °C lower than that for DLinDMA, suggesting that this lipid has improved capacity for destabilizing bilayers. However, the data also demonstrate that $pK_a$ and $T_{BH}$ do not fully account for the *in vivo* activity of lipids used in LNPs. For example, although DLin-KC3-DMA and DLin-KC4-DMA have identical $pK_a$ and $T_{BH}$ values, DLin-KC4-DMA requires a more than fivefold higher dose to achieve the same activity *in vivo*. Moreover,




**Figure 3** Efficacy of KC2-SNALP in rodents and nonhuman primates. (**a**) Improved efficacy of KC2-SNALP relative to the initial screening formulation tested in mice. The *in vivo* efficacy of KC2-SNALP (○) was compared to that of the unoptimized DLin-KC2-DMA screening (that is, PFV) formulation (●) in the mouse Factor VII model. Data points are expressed as a percentage of PBS control animals and represent group mean ($n$ = 5) ± s.d. (**b**) Efficacy of KC2-SNALP in nonhuman primates. Cynomolgus monkeys ($n$ = 3 per group) received a total dose of either 0.03, 0.1, 0.3 or 1 mg/kg siTTR, or 1 mg/kg siApoB formulated in KC2-SNALP or PBS as 15-min intravenous infusions (5 ml/kg) through the cephalic vein. Animals were euthanized 48 h after administration. *TTR* mRNA levels relative to *GAPDH* mRNA levels were determined in liver samples. Data points represent group mean ± s.d. *, $P < 0.05$; **, $P < 0.005$.

© 2010 Nature America, Inc. All rights reserved.



ALNY-00955119

**Table 2 Clinical chemistry and hematology parameters for KC2-SNALP–treated rats**

| Vehicle | siRNA dose (mg/kg)[a] | ALT (U/L) | AST (U/L) | Total Bilirubin (mg/dl) | BUN (mg/dl) | RBC (× $10^6$/µl) | Hemoglobin (g/dl) | WBC (× $10^3$/µl) | PLT (× $10^3$/µl) |
|---|---|---|---|---|---|---|---|---|---|
| PBS | | 56 ± 16 | 109 ± 31 | 2 ± 0 | 4.8 ± 0.8 | 5.5 ± 0.3 | 11.3 ± 0.4 | 11 ± 3 | 1,166 ± 177 |
| KC2-SNALP | 1 | 58 ± 22 | 100 ± 14 | 2 ± 0 | 4.4 ± 0.6 | 5.6 ± 0.2 | 11.6 ± 0.6 | 13 ± 2 | 1,000 ± 272 |
| KC2-SNALP | 2 | 73 ± 9 | 81 ± 10 | 2.2 ± 0.4 | 4.3 ± 0.6 | 5.9 ± 0.3 | 11.6 ± 0.3 | 13 ± 4 | 1,271 ± 269 |
| KC2-SNALP | 3 | 87 ± 19 | 100 ± 30 | 2 ± 0 | 5.0 ± 0.8 | 6.0 ± 0.2 | 11.9 ± 0.4 | 15 ± 2 | 958 ± 241 |

[a]Nontargeting, luciferase siRNA. Sprague-Dawley rats ($n$ = 5) received 15-min intravenous infusions of KC2-SNALP formulated siRNA at different dose levels. Blood samples were taken 24 h after administration. ALT, alanine aminotransferase; AST, aspartate aminotransferase; BUN, blood urea nitrogen; RBC, red blood cells; WBC, white blood cells; PLT, platelets.

DLin-KC2-DMA and DLin-KC4-DMA, which have very similar p$K_a$ and $T_{BH}$ values, exhibit a >30-fold difference in *in vivo* activity. This result suggests that other parameters, such as the distance and flexibility of the charged group relative to the lipid bilayer interface, may also be important. Thus, although the biophysical parameters of p$K_a$ and $T_{BH}$ are useful for guiding lipid design, the results presented in **Table 1** support the strategy of testing variants of lead lipids, even ones with very similar p$K_a$ and $T_{BH}$ values.

The lipid composition chosen for the initial formulation and screening of novel ionizable cationic lipids (cationic lipid/DSPC/cholesterol/PEG-lipid = 40:10:40:10 mol/mol, siRNA/total lipid ~ 0.05 wt/wt) was useful for determining the rank-order potency of novel lipids, but is not necessarily optimal for *in vivo* delivery. In addition, the *in vivo* activity of resultant LNP-siRNA formulations is affected by the formulation process employed and the resulting particle structure. Improvements in activity were possible with the preformed vesicle process by modifying and optimizing lipid ratios and formulation conditions (results not shown). However, we chose to further validate DLin-KC2-DMA activity specifically in the context of the SNALP platform, currently the most advanced LNP formulation for delivery of siRNA *in vivo*. We therefore tested *in vivo* a version of SNALP (termed KC2-SNALP), which uses less PEG lipid than reported previously[6] and in which DLinDMA was replaced with DLin-KC2-DMA. The incorporation of DLin-KC2-DMA into SNALP led to a marked improvement in potency in the mouse Factor VII model; the measured $ED_{50}$ decreased from ~0.1 mg/kg for the unoptimized screening formulation to ~0.02 mg/kg for the KC2-SNALP formulation (**Fig. 3a**). KC2-SNALP also exhibited similar potency in rats (data not shown). Furthermore, after a single administration in rats, KC2-SNALP–mediated gene silencing was found to persist for over 10 d (**Supplementary Fig. 1**).

In addition to efficacy, tolerability is another critical attribute of a suitable LNP-siRNA delivery system for human use. We therefore studied the single-dose tolerability of KC2-SNALP in rats—a popular rodent model for assessing the toxicology of siRNA and nucleic acid–based therapeutics. As doses near the efficacious dose level were found to be very well tolerated (data not shown), single-dose escalation studies were conducted starting at doses ~50-fold higher (1 mg/kg) than the observed $ED_{50}$ of the formulation. To understand formulation toxicity in the absence of any toxicity or pharmacologic effects resulting from target silencing, we conducted the experiments using a nontargeting control siRNA sequence directed against luciferase. KC2-SNALP containing luciferase siRNA was prepared in the exact same manner as that containing Factor VII siRNA, and the resultant size, lipid composition and entrapped siRNA/lipid ratio were similar. Clinical signs were observed daily and body weights, serum chemistry and hematology parameters were measured 72 h after dosing. KC2-SNALP was very well tolerated at the high dose levels examined (relative to the observed $ED_{50}$ dose) with no dose-dependent, clinically significant changes in key serum chemistry or hematology parameters (**Table 2**).

Given the promising activity and safety profile observed in rodents, studies were initiated in nonhuman primates to investigate the translation of DLin-KC2-DMA activity in higher species. For these studies, we chose to target transthyretin (*TTR*), a hepatic gene of high therapeutic interest[20]. TTR is a serum protein synthesized primarily in the liver, and although amyloidogenic TTR mutations are rare, they are endemic to certain populations and can affect the peripheral nerves, leading to familial amyloidotic polyneuropathy, and the heart, leading to familial amyloid cardiomyopathy. Currently, the only disease-modifying therapy is liver transplantation. We treated cynomolgus monkeys with a single 15-min intravenous infusion of KC2-SNALP–formulated siTTR at siRNA doses of 0.03, 0.1, 0.3 and 1 mg/kg. Control animals received a single 15-min intravenous infusion of PBS or KC2-SNALP–formulated ApoB siRNA at a dose of 1 mg/kg. Tissues were harvested 48 h after administration and liver mRNA levels of *TTR* were determined. A clear dose response was obtained with an apparent $ED_{50}$ of ~0.3 mg/kg (**Fig. 3b**). A toxicological analysis indicated that the treatment was well tolerated at the dose levels tested, with no treatment-related changes in animal appearance or behavior. No dose-dependent, clinically significant alterations in key clinical chemistry or hematological parameters were observed (**Supplementary Table 4**).

In summary, we applied a rational approach to the design of novel cationic lipids, which were screened for use in LNP-based siRNA delivery systems. Lipid structure was divided into three main functional elements: alkyl chain, linker and headgroup. With DLinDMA as a starting point, the effect of each of these elements was investigated in a systematic fashion, by holding the other two constant. First, the alkyl chains were established, then linker was varied and, finally, different headgroup structures were explored. Using this approach, important structure-activity considerations for ionizable cationic lipids were described and lipids with improved activity relative to the DLinDMA benchmark were identified. A SNALP formulation of the best-performing lipid (DLin-KC2-DMA) was well-tolerated in both rodent and nonhuman primates and exhibited *in vivo* activity at siRNA doses as low as 0.01 mg/kg in rodents, as well as silencing of a therapeutically significant gene (*TTR*) in nonhuman primates. Although the scope of the current work has been limited to hepatic delivery *in vivo*, the TTR silencing achieved in this work ($ED_{50}$ ~ 0.3 mg/kg) represents a substantial improvement in activity relative to previous reports of LNP-siRNA mediated silencing in nonhuman primates.

## METHODS

Methods and any associated references are available in the online version of the paper at http://www.nature.com/naturebiotechnology/.

*Note: Supplementary information is available on the Nature Biotechnology website.*

ACKNOWLEDGMENTS
The authors thank K. McClintock for assistance with animal studies. The authors also thank the Centre for Drug Research and Development at the University

© 2010 Nature America, Inc. All rights reserved.

of British Columbia for use of the NMR facilities and M. Heller for his expert assistance in setting up the $^{31}$P-NMR experiments.

AUTHOR CONTRIBUTIONS

J.C., M.A.C., P.R.C., T.D.M., M.J.H. and K.F.W. designed and advised on novel lipids. J.C., K.F.W. and M.S. synthesized novel lipids. M.J.H., T.D.M., J.C., K.F.W., M.M., K.G.R., M.A.M., M.T. and M.J. analyzed and interpreted lipid data. T.D.M., M.J.H. and M.A.T. co-directed novel lipid synthesis and screening program. S.C.S. designed and directed rodent *in vivo* studies. S.C.S., S.K.K., B.L.M., K.L., M.L.E., M.K., A.P.S., Y.K.T., S.A.B., W.L.C., M.J.W. and E.J.C. generated rodent *in vivo* data, including Factor VII and tolerability analyses. L.N., V.K., T.B., R.A., Q.C. and D.W.Y.S. developed novel siRNAs targeting *TTR*. R.A. and A.A. designed and directed NHP *in vivo* studies. S.C.S., S.K.K., A.A., B.L.M., I.M., A.P.S., Y.K.T., R.A., T.B., D.W. Y. S., S.A.B., J.Q., J.R.D. and A.d.F. analyzed and interpreted *in vivo* data. B.L.M., K.L., A.P.S., S.K.K., S.C.S. and E.J.C. generated and characterized preformed vesicle formulations with novel lipids. D.S. and C.K.C. developed methods and designed and conducted HPLC lipid analyses of preformed vesicle formulations. E.Y. and L.B.J. prepared SNALP formulations. P.R.C. directed biophysical studies and advised on methods. A.P.S., I.M.H., S.D. and K.W. performed biophysical characterization studies (p$K_a$, NMR, differential scanning calorimetric) of novel lipids and formulations. M.J.H., P.R.C., T.D.M., A.P.S., I.M.H. and K.F.W. analyzed biophysical data. S.C.S., M.J.H., A.A. and P.R.C. co-wrote the manuscript. T.D.M., M.M., M.A.M., M.A.T. and A.D.F. reviewed and edited the manuscript. S.C.S., M.J.H., A.A., P.R.C., I.M. and A.D.F. were responsible for approval of the final draft.

COMPETING INTERESTS STATEMENT

The authors declare competing financial interests: details accompany the full-text HTML version of the paper at http://www.nature.com/naturebiotechnology/.

Published online at http://www.nature.com/naturebiotechnology/.
Reprints and permissions information is available online at http://npg.nature.com/reprintsandpermissions/.

© 2010 Nature America, Inc. All rights reserved.

1. de Fougerolles, A.R. Delivery vehicles for small interfering RNA in vivo. *Hum. Gene Ther.* **19**, 125–132 (2008).
2. Whitehead, K.A., Langer, R. & Anderson, D.G. Knocking down barriers: advances in siRNA delivery. *Nat. Rev. Drug Discov.* **8**, 129–138 (2009).
3. Judge, A.D. *et al.* Confirming the RNAi-mediated mechanism of action of siRNA-based cancer therapeutics in mice. *J. Clin. Invest.* **119**, 661–673 (2009).
4. Judge, A.D. *et al.* Sequence-dependent stimulation of the mammalian innate immune response by synthetic siRNA. *Nat. Biotechnol.* **23**, 457–462 (2005).
5. Morrissey, D.V. *et al.* Potent and persistent *in vivo* anti-HBV activity of chemically modified siRNAs. *Nat. Biotechnol.* **23**, 1002–1007 (2005).
6. Zimmermann, T.S. *et al.* RNAi-mediated gene silencing in non-human primates. *Nature* **441**, 111–114 (2006).
7. Akinc, A. *et al.* A combinatorial library of lipid-like materials for delivery of RNAi therapeutics. *Nat. Biotechnol.* **26**, 561–569 (2008).
8. Frank-Kamenetsky, M. *et al.* Therapeutic RNAi targeting PCSK9 acutely lowers plasma cholesterol in rodents and LDL cholesterol in nonhuman primates. *Proc. Natl. Acad. Sci. USA* **105**, 11915–11920 (2008).
9. Hafez, I.M., Maurer, N. & Cullis, P.R. On the mechanism whereby cationic lipids promote intracellular delivery of polynucleic acids. *Gene Ther.* **8**, 1188–1196 (2001).
10. Xu, Y. & Szoka, F.C. Jr. Mechanism of DNA release from cationic liposome/DNA complexes used in cell transfection. *Biochemistry* **35**, 5616–5623 (1996).
11. Zelphati, O. & Szoka, F.C. Jr. Mechanism of oligonucleotide release from cationic liposomes. *Proc. Natl. Acad. Sci. USA* **93**, 11493–11498 (1996).
12. Torchilin, V.P. Recent approaches to intracellular delivery of drugs and DNA and organelle targeting. *Annu. Rev. Biomed. Eng.* **8**, 343–375 (2006).
13. Semple, S.C. *et al.* Efficient encapsulation of antisense oligonucleotides in lipid vesicles using ionizable aminolipids: formation of novel small multilamellar vesicle structures. *Biochim. Biophys. Acta* **1510**, 152–166 (2001).
14. Maurer, N. *et al.* Spontaneous entrapment of polynucleotides upon electrostatic interaction with ethanol-destabilized cationic liposomes. *Biophys. J.* **80**, 2310–2326 (2001).
15. Heyes, J., Palmer, L., Bremner, K. & Maclachlan, I. Cationic lipid saturation influences intracellular delivery of encapsulated nucleic acids. *J. Control. Release* **107**, 276–287 (2005).
16. Semple, S.C., Chonn, A. & Cullis, P.R. Interactions of liposomes and lipid-based carrier systems with blood proteins: Relation to clearance behaviour in vivo. *Adv. Drug Deliv. Rev.* **32**, 3–17 (1998).
17. Bailey, A.L. & Cullis, P.R. Modulation of membrane fusion by asymmetric transbilayer distributions of amino lipids. *Biochemistry* **33**, 12573–12580 (1994).
18. Cullis, P.R. & de Kruijff, B. The polymorphic phase behaviour of phosphatidylethanolamines of natural and synthetic origin. A 31P NMR study. *Biochim. Biophys. Acta* **513**, 31–42 (1978).
19. Epand, R.M., Robinson, K.S., Andrews, M.E. & Epand, R.F. Dependence of the bilayer to hexagonal phase transition on amphiphile chain length. *Biochemistry* **28**, 9398–9402 (1989).
20. Sekijima, Y., Kelly, J.W. & Ikeda, S. Pathogenesis of and therapeutic strategies to ameliorate the transthyretin amyloidoses. *Curr. Pharm. Des.* **14**, 3219–3230 (2008).
21. Cullis, P.R., Hope, M.J. & Tilcock, C.P. Lipid polymorphism and the roles of lipids in membranes. *Chem. Phys. Lipids* **40**, 127–144 (1986).



ALNY-00955121

## ONLINE METHODS

**Synthesis of cationic and PEG-lipids.** A detailed description of the cationic lipid syntheses is available in the **Supplementary Syntheses 1** and **2**. The synthesis of N-[(methoxy poly(ethylene glycol)$_{2000}$)carbamoyl]-1,2-dimyristyloxlpropyl-3-amine (PEG-C-DMA) was as described[22]. The synthesis of R-3-[(ω-methoxy poly(ethylene glycol)$_{2000}$)carbamoyl)]-1,2-dimyristyloxlpropyl-3-amine (PEG-C-DOMG) was as described[7]. These lipids were interchangeable in the formulation without substantially affecting activity (data not shown), and are collectively referred to as PEG-lipid.

**siRNA synthesis.** All siRNAs were synthesized by Alnylam and were characterized by electrospray mass spectrometry and anion exchange high-performance liquid chromatography (HPLC). The sequences for the sense and antisense strands of Factor VII, ApoB and control siRNAs have been reported[7]. The sequences for the sense and antisense strands of the TTR siRNA is as follows:

siTTR sense: 5′-GuAAccAAGAGuAuuccAudTdT-3′; antisense: 5′-AUGGAAuACUCUUGGUuACdTdT-3′.

2′-O-Me–modified nucleotides are in lowercase. siRNAs were generated by annealing equimolar amounts of complementary sense and antisense strands.

**Preformed vesicle method to formulate LNP-siRNA systems.** LNP-siRNA systems were made using the preformed vesicle method[14]. Cationic lipid, DSPC, cholesterol and PEG-lipid were solubilized in ethanol at a molar ratio of 40:10:40:10, respectively. The lipid mixture was added to an aqueous buffer (50 mM citrate, pH 4) with mixing to a final ethanol and lipid concentration of 30% (vol/vol) and 6.1 mg/ml, respectively, and allowed to equilibrate at 22 °C for 2 min before extrusion. The hydrated lipids were extruded through two stacked 80 nm pore-sized filters (Nuclepore) at 22 °C using a Lipex Extruder (Northern Lipids) until a vesicle diameter of 70–90 nm, as determined by dynamic light scattering analysis, was obtained. This generally required 1–3 passes. The siRNA (solubilized in a 50 mM citrate, pH 4 aqueous solution containing 30% ethanol) was added to the pre-equilibrated (35 °C) vesicles at a rate of ~5 ml/min with mixing. After a final target siRNA/lipid ratio of 0.06 (wt/wt) was reached, the mixture was incubated for a further 30 min at 35 °C to allow vesicle reorganization and encapsulation of the siRNA. The ethanol was then removed and the external buffer replaced with PBS (155 mM NaCl, 3 mM $Na_2HPO_4$, 1 mM $KH_2PO_4$, pH 7.5) by either dialysis or tangential flow diafiltration.

**Preparation of KC2-SNALP.** siRNA were encapsulated in SNALP using a controlled step-wise dilution method process as described[23]. The lipid constituents of KC2-SNALP were DLin-KC2-DMA (cationic lipid), dipalmitoylphosphatidylcholine (DPPC; Avanti Polar Lipids), synthetic cholesterol (Sigma) and PEG-C-DMA used at a molar ratio of 57.1:7.1:34.3:1.4. Upon formation of the loaded particles, SNALP were dialyzed against PBS and filter sterilized through a 0.2 µm filter before use. Mean particle sizes were 75–85 nm and 90–95% of the siRNA was encapsulated within the lipid particles. The final siRNA/lipid ratio in formulations used for *in vivo* testing was ~0.15 (wt/wt).

***In vivo* screening of cationic lipids for Factor VII activity.** Eight- to 10-week-old, female C57BL/6 mice were obtained from Harlan. Mice were held in a pathogen-free environment and all procedures involving animals were performed in accordance with local, state and federal regulations, as applicable, and approved by the Institutional Animal Care and Use Committee (IACUC). LNP-siRNA systems containing Factor VII siRNA were diluted to the appropriate concentrations in sterile PBS immediately before use and the formulations were administered intravenously through the lateral tail vein in a total volume of 10 ml/kg. After 24 h, animals were anesthetized with ketamine/xylazine and blood was collected by cardiac puncture and processed to serum (microtainer serum separator tubes; Becton Dickinson). Serum was tested immediately or stored at −70 °C for later analysis for Factor VII levels.

**Measurement of Factor VII protein in serum.** Serum Factor VII levels were determined using the colorimetric Biophen VII assay kit (Aniara)[7]. Briefly, serially diluted pooled control serum (200–3.125%) and appropriately diluted serum samples from treated animals ($n$ = 4–5 animals per dose level) were analyzed in 96-well, flat bottom, nonbinding polystyrene assay plates (Corning) using the Biophen VII kit according to manufacturer's instructions. Absorbance was measured at 405 nm and a calibration curve was generated using the serially diluted control serum to determine levels of Factor VII in serum from treated animals, relative to the saline-treated control animals. $ED_{50}$ values for each formulation were derived from linear interpolation of the Factor VII activity profile, and included data points within 10–90% residual Factor VII activity (typically three to six points). Formulations containing novel lipids were always screened with one or more benchmark formulations to control and assess assay variability over time, and formulations with promising activity were repeated, with an expanded number of dose levels.

***In situ* determination of p$K_a$ using TNS.** The p$K_a$ of each cationic lipid was determined in LNPs using TNS[17] and preformed vesicles composed of cationic lipid/DSPC/cholesterol/PEG-lipid (40:10:40:10 mol%) in PBS at a concentration of ~6 mM total lipid. TNS was prepared as a 100 µM stock solution in distilled water. Vesicles were diluted to 100 µM lipid in 2 ml of buffered solutions containing 1 µM TNS, 10 mM HEPES, 10 mM 4-morpholineethanesulfonic acid , 10 mM ammonium acetate, 130 mM NaCl, where the pH ranged from 2.5 to 11. Fluorescence intensity was monitored in a stirred, thermostated cuvette (25 °C) in a PerkinElmer LS-50 Spectrophotometer using excitation and emission wavelengths of 321 nm and 445 nm. Fluorescence measurements were made 30 s after the addition of the lipid to the cuvette. A sigmoidal best fit analysis was applied to the fluorescence data and the p$K_a$ was measured as the pH giving rise to half-maximal fluorescence intensity.

**Differential scanning calorimetry.** Analyses were performed using the same samples used for $^{31}$P NMR, on a TA Instruments Q2000 calorimeter using a heat/cool/heat cycle and a scan rate of 1 °C/minute between 10 °C and 70 °C. Repeat scans were reproducible to within 0.1 °C. The temperature at the peak amplitude of the endo- and exotherms was measured for both the heating and cooling scans, and the $T_{BH}$ values observed correlated closely with the phase transition temperatures measured using $^{31}$P NMR.

**Determination of siRNA plasma levels.** Plasma levels of fluorescently labeled Cy3 siRNA were evaluated at 0.5 and 3 h after intravenous injection of selected LNP (preformed vesicle) formulations, administered at an siRNA dose of 5 mg/kg, in C57BL/6 mice. Blood was collected in EDTA-containing Vacutainer tubes, processed to plasma at 2–8 °C, and either assayed immediately or stored at −30 °C. An aliquot of the plasma (100 µl maximum) was diluted to 500 µl with PBS (145 mM NaCl, 10 mM phosphate, pH 7.5); methanol (1.05 ml) and chloroform (0.5 ml) were added; and the sample was vortexed to obtain a clear, single-phase solution. Additional water (0.5 ml) and chloroform (0.5 ml) was added and the resulting emulsion was sustained by periodic mixing. The mixture was centrifuged at 500$g$ for 20 min and the aqueous phase containing the Cy3-labeled siRNA was collected and the fluorescence measured using an SLM Fluorimeter at an excitation wavelength of 550 nm (2 nm bandwidth) and emission wavelength of 600 nm (16 nm bandwidth). A standard curve was generated by spiking aliquots of plasma from untreated animals with the formulation containing Cy-3-siRNA (0 to 15 µg/ml), and the resulting standards were processed as indicated above.

**Determination of siRNA biodistribution.** Tissue (liver and spleen) levels of siRNA were evaluated at 0.5 and 3 h after intravenous injection in C57BL/6 mice after administration of LNP (preformed vesicle) formulations containing selected novel lipids. After blood collection, animals were perfused with saline to remove residual blood from the tissues; liver and spleen were then collected, weighed and divided into two pieces. Portions (400–500 mg) of liver or whole spleens were weighed into Fastprep tubes and homogenized in 1 ml of Trizol using a Fastprep FP120 instrument. An aliquot of the homogenate (typically equivalent to 50 mg of tissue) was transferred to an Eppendorf tube and additional Trizol was added to achieve a final volume of 1 ml. Chloroform (0.2 ml) was added and the solution was mixed and incubated for 2–3 min, before being centrifuged for 15 min at 12,000$g$. An aliquot (0.5 ml) of the aqueous phase was diluted with 0.5 ml of PBS and the

© 2010 Nature America, Inc. All rights reserved.

sample fluorescence was measured as described above. The data were expressed as the percent of the injected dose (in each tissue).

***In vivo* nonhuman primate experiments.** All procedures using cynomolgus monkeys were conducted by a certified contract research organization using protocols consistent with local, state and federal regulations, as applicable, and approved by the IACUC. Cynomolgus monkeys ($n = 3$ per group) received either 0.03, 0.1, 0.3 or 1 mg/kg siTTR, or 1 mg/kg siApoB (used as control) formulated in KC2-SNALP as 15-min intravenous infusions (5 ml/kg) through the cephalic vein. Animals were euthanized 48 h after administration, and a 0.15–0.20 g sample of the left lateral lobe of the liver was collected and snap-frozen in liquid nitrogen. Prior studies have established uniformity of silencing activity throughout the liver[6]. *TTR* mRNA levels, relative to *GAPDH* mRNA levels, were determined in liver samples using a branched DNA assay (QuantiGene Assay)[6]. Clinical chemistry and hematology parameters were analyzed before and 48 h after administration.

**Statistical analysis.** *P*-values were calculated for comparison of K2C-SNALP–treated animals with PBS-treated animals using analysis of variance (ANOVA, single-factor) with an alpha value of 0.05. $P < 0.05$ was considered significant.

22. Heyes, J., Hall, K., Tailor, V., Lenz, R. & MacLachlan, I. Synthesis and characterization of novel poly(ethylene glycol)-lipid conjugates suitable for use in drug delivery. *J. Control. Release* **112**, 280–290 (2006).
23. Jeffs, L.B. *et al.* A scalable, extrusion-free method for efficient liposomal encapsulation of plasmid DNA. *Pharm. Res.* **22**, 362–372 (2005).

© 2010 Nature America, Inc. All rights reserved.



doi:10.1038/nbt.1602

# Joint Claim Construction Brief

# EXHIBIT 29

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
14 May 2010 (14.05.2010)

PCT

(10) International Publication Number
WO 2010/054406 A1

(51) International Patent Classification: *A01N 43/04* (2006.01)

(21) International Application Number: PCT/US2009/063933

(22) International Filing Date: 10 November 2009 (10.11.2009)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:

| | | |
|---|---|---|
| 61/113,179 | 10 November 2008 (10.11.2008) | US |
| 61/154,350 | 20 February 2009 (20.02.2009) | US |
| 61/171,439 | 21 April 2009 (21.04.2009) | US |
| 61/185,438 | 9 June 2009 (09.06.2009) | US |
| 61/225,898 | 15 July 2009 (15.07.2009) | US |
| 61/234,098 | 14 August 2009 (14.08.2009) | US |

(71) Applicant *(for all designated States except US)*: **ALNYLAM PHARMACEUTICALS, INC.** [US/US]; 300 Third Street, Cambridge, MA 02142 (US).

(72) **Inventors; and**
(75) **Inventors/Applicants** *(for US only)*: **MANOHARAN, Muthiah** [US/US]; Alnylam Pharmaceuticals, Inc., 300 Third Street, Cambridge, MA 02142 (US). **RAJEEV, Kallanthottathil, G.** [IN/US]; Alnylam Pharmaceuticals, Inc., 300 Third Street, Cambridge, MA 02142 (US). **BUTLER, David** [GB/US]; Alnylam Pharmaceuticals, Inc., 300 Third Street, Cambridge, MA 02142 (US). **NARAYANANNAIR, Jayaprakash, K.** [IN/US]; Alnylam Pharmaceuticals, Inc., 300 Third Street, Cambridge, MA 02142 (US). **JAYARAMAN, Muthusamy** [IN/US]; Alnylam Pharmaceuticals, Inc., 300 Third Street, Cambridge, MA 02142 (US). **ELTEPU, Laxman** [—/US]; Alnylam Pharmaceuticals, Inc., 300 Third Street, Cambridge, MA 02142 (US).

(74) **Agent**: **MCCARTY, Catherine, M.**; Lando & Anastasi, LLP, Riverfront Office Park, One Main Street - 11th Floor, Cambridge, MA 02142 (US).

(81) **Designated States** *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP, KR, KZ, LA, LC, LK, LR, LS, LT, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PE, PG, PH, PL, PT, RO, RS, RU, SC, SD, SE, SG, SK, SL, SM, ST, SV, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) **Designated States** *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, SE, SI, SK, SM, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Declarations under Rule 4.17**:

— *as to applicant's entitlement to apply for and be granted a patent (Rule 4.17(ii))*

— *as to the applicant's entitlement to claim the priority of the earlier application (Rule 4.17(iii))*

**Published**:

— *with international search report (Art. 21(3))*

— *before the expiration of the time limit for amending the claims and to be republished in the event of receipt of amendments (Rule 48.2(h))*

— *with sequence listing part of description (Rule 5.2(a))*

WO 2010/054406 A1

(54) **Title**: NOVEL LIPIDS AND COMPOSITIONS FOR THE DELIVERY OF THERAPEUTICS




(I) (XXXV)

(57) **Abstract**: The present invention provides lipids that are advantageously used in lipid particles for the in vivo delivery of therapeutic agents to cells. In particular, the invention provides lipids having the following structures: (Formula (I) or (XXXV))

# NOVEL LIPIDS AND COMPOSITIONS FOR THE DELIVERY OF THERAPEUTICS

## GOVERNMENT SUPPORT

The work described herein was carried out, at least in part, using funds from the U.S. Government under grant number HHSN266200600012C awarded by the National Institute of Allergy and Infectious Diseases. The government may therefore have certain rights in the invention.

## PRIORITY

This application claims priority to U.S.S.N. 61/113,179, filed November 10, 2008; U.S.S.N. 61/154,350, filed February 20, 2009; U.S.S.N. 61/171,439, filed April 21, 2009; U.S.S.N. 61/185,438, filed June 9, 2009; U.S.S.N. 61/225,898, filed July 15, 2009; and U.S.S.N. 61/234,098, filed August 14, 2009, the contents of each of which is incorporated herein by reference in its entirety.

## BACKGROUND

### Technical Field

The present invention relates to the field of therapeutic agent delivery using lipid particles. In particular, the present invention provides cationic lipids and lipid particles comprising these lipids, which are advantageous for the *in vivo* delivery of nucleic acids, as well as nucleic acid-lipid particle compositions suitable for *in vivo* therapeutic use. Additionally, the present invention provides methods of making these compositions, as well as methods of introducing nucleic acids into cells using these compositions, *e.g.*, for the treatment of various disease conditions.

### Description of the Related Art

Therapeutic nucleic acids include, *e.g.*, small interfering RNA (siRNA), micro RNA (miRNA), antisense oligonucleotides, ribozymes, plasmids, immune stimulating nucleic acids, antisense, antagomir, antimir, microRNA mimic, supermir, U1 adaptor, and aptamer. These nucleic acids act via a variety of mechanisms. In the case of siRNA or miRNA, these nucleic acids can down-regulate intracellular levels of specific proteins

through a process termed RNA interference (RNAi). Following introduction of siRNA or miRNA into the cell cytoplasm, these double-stranded RNA constructs can bind to a protein termed RISC. The sense strand of the siRNA or miRNA is displaced from the RISC complex providing a template within RISC that can recognize and bind mRNA with a complementary sequence to that of the bound siRNA or miRNA. Having bound the complementary mRNA the RISC complex cleaves the mRNA and releases the cleaved strands. RNAi can provide down-regulation of specific proteins by targeting specific destruction of the corresponding mRNA that encodes for protein synthesis.

The therapeutic applications of RNAi are extremely broad, since siRNA and miRNA constructs can be synthesized with any nucleotide sequence directed against a target protein. To date, siRNA constructs have shown the ability to specifically down-regulate target proteins in both *in vitro* and *in vivo* models. In addition, siRNA constructs are currently being evaluated in clinical studies.

However, two problems currently faced by siRNA or miRNA constructs are, first, their susceptibility to nuclease digestion in plasma and, second, their limited ability to gain access to the intracellular compartment where they can bind RISC when administered systemically as the free siRNA or miRNA. These double-stranded constructs can be stabilized by incorporation of chemically modified nucleotide linkers within the molecule, for example, phosphothioate groups. However, these chemical modifications provide only limited protection from nuclease digestion and may decrease the activity of the construct. Intracellular delivery of siRNA or miRNA can be facilitated by use of carrier systems such as polymers, cationic liposomes or by chemical modification of the construct, for example by the covalent attachment of cholesterol molecules. However, improved delivery systems are required to increase the potency of siRNA and miRNA molecules and reduce or eliminate the requirement for chemical modification.

Antisense oligonucleotides and ribozymes can also inhibit mRNA translation into protein. In the case of antisense constructs, these single stranded deoxynucleic acids have a complementary sequence to that of the target protein mRNA and can bind to the mRNA by Watson-Crick base pairing. This binding either prevents translation of the target mRNA and/or triggers RNase H degradation of the mRNA transcripts. Consequently,

antisense oligonucleotides have tremendous potential for specificity of action (*i.e.*, down-regulation of a specific disease-related protein). To date, these compounds have shown promise in several *in vitro* and *in vivo* models, including models of inflammatory disease, cancer, and HIV (reviewed in Agrawal, *Trends in Biotech.* 14:376-387 (1996)). Antisense can also affect cellular activity by hybridizing specifically with chromosomal DNA. Advanced human clinical assessments of several antisense drugs are currently underway. Targets for these drugs include the bcl2 and apolipoprotein B genes and mRNA products.

Immune-stimulating nucleic acids include deoxyribonucleic acids and ribonucleic acids. In the case of deoxyribonucleic acids, certain sequences or motifs have been shown to illicit immune stimulation in mammals. These sequences or motifs include the CpG motif, pyrimidine-rich sequences and palindromic sequences. It is believed that the CpG motif in deoxyribonucleic acids is specifically recognized by an endosomal receptor, toll-like receptor 9 (TLR-9), which then triggers both the innate and acquired immune stimulation pathway. Certain immune stimulating ribonucleic acid sequences have also been reported. It is believed that these RNA sequences trigger immune activation by binding to toll-like receptors 6 and 7 (TLR-6 and TLR-7). In addition, double-stranded RNA is also reported to be immune stimulating and is believe to activate via binding to TLR-3.

One well known problem with the use of therapeutic nucleic acids relates to the stability of the phosphodiester internucleotide linkage and the susceptibility of this linker to nucleases. The presence of exonucleases and endonucleases in serum results in the rapid digestion of nucleic acids possessing phosphodiester linkers and, hence, therapeutic nucleic acids can have very short half-lives in the presence of serum or within cells. (Zelphati, O., *et al.*, *Antisense. Res. Dev.* 3:323-338 (1993); and Thierry, A.R., *et al.*, pp147-161 in Gene Regulation: Biology of Antisense RNA and DNA (Eds. Erickson, RP and Izant, JG; Raven Press, NY (1992)). Therapeutic nucleic acid being currently being developed do not employ the basic phosphodiester chemistry found in natural nucleic acids, because of these and other known problems.

This problem has been partially overcome by chemical modifications that reduce serum or intracellular degradation. Modifications have been tested at the internucleotide

phosphodiester bridge (*e.g.*, using phosphorothioate, methylphosphonate or phosphoramidate linkages), at the nucleotide base (*e.g.*, 5-propynyl-pyrimidines), or at the sugar (*e.g.*, 2'-modified sugars) (Uhlmann E., *et al.* Antisense: Chemical Modifications. Encyclopedia of Cancer, Vol. X., pp 64-81 Academic Press Inc. (1997)). Others have attempted to improve stability using 2'-5' sugar linkages (*see, e.g.*, U.S. Pat. No. 5,532,130). Other changes have been attempted. However, none of these solutions have proven entirely satisfactory, and *in vivo* free therapeutic nucleic acids still have only limited efficacy.

In addition, as noted above relating to siRNA and miRNA, problems remain with the limited ability of therapeutic nucleic acids to cross cellular membranes (see, Vlassov, *et al., Biochim. Biophys. Acta* 1197:95-1082 (1994)) and in the problems associated with systemic toxicity, such as complement-mediated anaphylaxis, altered coagulatory properties, and cytopenia (Galbraith, *et al., Antisense Nucl. Acid Drug Des.* 4:201-206 (1994)).

To attempt to improve efficacy, investigators have also employed lipid-based carrier systems to deliver chemically modified or unmodified therapeutic nucleic acids. In Zelphati, O and Szoka, F.C., *J. Contr. Rel.* 41:99-119 (1996), the authors refer to the use of anionic (conventional) liposomes, pH sensitive liposomes, immunoliposomes, fusogenic liposomes, and cationic lipid/antisense aggregates. Similarly siRNA has been administered systemically in cationic liposomes, and these nucleic acid-lipid particles have been reported to provide improved down-regulation of target proteins in mammals including non-human primates (Zimmermann et al., *Nature* 441: 111-114 (2006)).

In spite of this progress, there remains a need in the art for improved lipid-therapeutic nucleic acid compositions that are suitable for general therapeutic use. Preferably, these compositions would encapsulate nucleic acids with high-efficiency, have high drug:lipid ratios, protect the encapsulated nucleic acid from degradation and clearance in serum, be suitable for systemic delivery, and provide intracellular delivery of the encapsulated nucleic acid. In addition, these lipid-nucleic acid particles should be well-tolerated and provide an adequate therapeutic index, such that patient treatment at an effective dose of the nucleic acid is not associated with significant toxicity and/or risk to the patient. The present invention provides such compositions, methods of making the

compositions, and methods of using the compositions to introduce nucleic acids into cells, including for the treatment of diseases.

## BRIEF SUMMARY

The present invention provides novel cationic lipids, as well as lipid particles comprising the same. These lipid particles may further comprise an active agent and be used according to related methods of the invention to deliver the active agent to a cell.

In one aspect, the invention provides lipids having the structure of formula I:



I

, salts or isomers thereof, wherein:

$R_1$ and $R_2$ are each independently for each occurrence optionally substituted $C_{10}$-$C_{30}$ alkyl, optionally substituted $C_{10}$-$C_{30}$ alkoxy, optionally substituted $C_{10}$-$C_{30}$ alkenyl, optionally substituted $C_{10}$-$C_{30}$ alkenyloxy, optionally substituted $C_{10}$-$C_{30}$ alkynyl, optionally substituted $C_{10}$-$C_{30}$ alkynyloxy, or optionally substituted $C_{10}$-$C_{30}$ acyl, or –linker-ligand;

$R_3$ is independently for each occurrence H, optionally substituted $C_1$-$C_{10}$ alkyl, optionally substituted $C_2$-$C_{10}$ alkenyl, optionally substituted $C_2$-$C_{10}$ alkynyl, optionally substituted alkylheterocycle, optionally substituted heterocyclealkyl, optionally substituted alkylphosphate, optionally substituted phosphoalkyl, optionally substituted alkylphosphorothioate, optionally substituted phosphorothioalkyl, optionally substituted alkylphosphorodithioate, optionally substituted phosphorodithioalkyl, optionally substituted alkylphosphonate, optionally substituted phosphonoalkyl, optionally substituted amino, optionally substituted alkylamino, optionally substituted di(alkyl)amino, optionally substituted aminoalkyl, optionally substituted alkylaminoalkyl, optionally substituted di(alkyl)aminoalkyl, optionally substituted hydroxyalkyl, optionally substituted polyethylene glycol (PEG, mw 100-40K), optionally substituted mPEG (mw 120-40K), optionally substituted heteroaryl, or optionally substituted heterocycle, or linker-ligand;

X and Y are each independently -O-, -S-, alkylene, -N(Q)-, -C(O)-, -O(CO), -OC(O)N(Q)-, -N(Q)C(O)O-, -C(O)O, -OC(O)O-, -OS(O)($Q_2$)O-, or -OP(O)($Q_2$)O-;

Q is H, alkyl, ω-aminoalkyl, ω-(substituted)aminoalkyl, ω-phosphoalkyl, or ω-thiophosphoalkyl;

$Q_1$ is independently for each occurrence O or S;

$Q_2$ is independently for each occurrence O, S, N(Q)(Q), alkyl or alkoxy;

$A_1$, and $A_2$ are each independently -O-, -S-, -$CH_2$-, -$CHR^5$-, -$CR^5R^5$-, -CHF- or -$CF_2$-;

Z is N, or C($R_3$); and

m and n are each independently 0 to 5, where m and n taken together result in a 3, 4, 5, 6, 7 or 8 member ring.

In another aspect, the invention provides a lipid having the structure of formula XXXV:




**XXXV**

, salts or isomers thereof, wherein:

$R_1$ and $R_2$ are each independently for each occurrence optionally substituted $C_{10}$-$C_{30}$ alkyl, optionally substituted $C_{10}$-$C_{30}$ alkoxy, optionally substituted $C_{10}$-$C_{30}$ alkenyl, optionally substituted $C_{10}$-$C_{30}$ alkenyloxy, optionally substituted $C_{10}$-$C_{30}$ alkynyl, optionally substituted $C_{10}$-$C_{30}$ alkynyloxy, or optionally substituted $C_{10}$-$C_{30}$ acyl, or –linker-ligand;

$R_3$ is independently for each occurrence H, optionally substituted $C_1$-$C_{10}$ alkyl, optionally substituted $C_2$-$C_{10}$ alkenyl, optionally substituted $C_2$-$C_{10}$ alkynyl, optionally substituted alkylheterocycle, optionally substituted heterocyclealkyl, optionally substituted alkylphosphate, optionally substituted phosphoalkyl, optionally substituted alkylphosphorothioate, optionally substituted phosphorothioalkyl, optionally substituted alkylphosphorodithioate, optionally substituted phosphorodithioalkyl, optionally substituted alkylphosphonate, optionally substituted phosphonoalkyl, optionally

substituted amino, optionally substituted alkylamino, optionally substituted di(alkyl)amino, optionally substituted aminoalkyl, optionally substituted alkylaminoalkyl, optionally substituted di(alkyl)aminoalkyl, optionally substituted hydroxyalkyl, optionally substituted polyethylene glycol (PEG, mw 100-40K), optionally substituted mPEG (mw 120-40K), optionally substituted heteroaryl, or optionally substituted heterocycle, or linker-ligand; or,

each $R_3$ taken together with the atom to which they are attached are a 3-8 membered optionally substituted cycloalkyl group or a 3-8 membered optionally substituted heterocycle group;

X and Y are each independently -O-, -S-, alkylene, -N(Q)-, -C(O)-, -O(CO)-, -OC(O)N(Q)-, -N(Q)C(O)O-, -C(O)O, -OC(O)O-, -OS(O)($Q_2$)O-, or -OP(O)($Q_2$)O-;

Q is H, alkyl, ω-aminoalkyl, ω-(substituted)aminoalkyl, ω-phosphoalkyl, or ω-thiophosphoalkyl;

$Q_1$ is independently for each occurrence O or S; and,

$Q_2$ is independently for each occurrence O, S, N(Q)(Q), alkyl or alkoxy;

In another aspect, the invention provides a lipid particle comprising the lipids of the present invention. In certain embodiments, the lipid particle further comprises a neutral lipid and a lipid capable of reducing particle aggregation. In one embodiment, the lipid particle consists essentially of (i) at least one lipid of the present invention; (ii) a neutral lipid selected from DSPC, DPPC, POPC, DOPE and SM; (iii) sterol, e.g. cholesterol; and (iv) peg-lipid, e.g. PEG-DMG or PEG-DMA, in a molar ratio of about 20-60% cationic lipid: 5-25% neutral lipid: 25-55% sterol; 0.5-15% PEG-lipid. In one embodiment, the lipid of the present invention is optically pure.

In one embodiment, the lipid particle comprises at least two lipids disclosed herein. For example, a mixture of cationic lipids can be used in a lipid particle, such that the mixture comprises 20-60% of the total lipid content on a molar basis.

In additional related embodiments, the present invention includes lipid particles of the invention that further comprise therapeutic agent. In one embodiment, the therapeutic agent is a nucleic acid. In one embodiment, the nucleic acid is a plasmid, an immunostimulatory oligonucleotide, a single stranded oligonucleotide, e.g. an antisense

oligonucleotide, an antagomir; a double stranded oligonucleotide, e.g. a siRNA; an aptamer or a ribozyme.

In yet another related embodiment, the present invention includes a pharmaceutical composition comprising a lipid particle of the present invention and a pharmaceutically acceptable excipient, carrier of diluent.

The present invention further includes, in other related embodiments, a method of modulating the expression of a target gene in a cell, the method comprising providing to a cell a lipid particle or pharmaceutical composition of the present invention. The target gene can be a wild type gene. In another embodiment, the target gene contains one or more mutations. In a particular embodiment, the method comprises specifically modulating expression of a target gene containing one or more mutations. In particular embodiments, the lipid particle comprises a therapeutic agent selected from an immunostimulatory oligonucleotide, a single stranded oligonucleotide, e.g. an antisense oligonucleotide, an antagomir; a double stranded oligonucleotide, e.g. a siRNA, an aptamer, a ribozyme. In one embodiment, the nucleic acid is plasmid that encodes a siRNA, an antisense oligonucleotide, an aptamer or a ribozyme.

In one aspect of the invention, the target gene is selected from the group consisting of Factor VII, Eg5, PCSK9, TPX2, apoB, SAA, TTR, RSV, PDGF beta gene, Erb-B gene, Src gene, CRK gene, GRB2 gene, RAS gene, MEKK gene, JNK gene, RAF gene, Erk1/2 gene, PCNA(p21) gene, MYB gene, JUN gene, FOS gene, BCL-2 gene, Cyclin D gene, VEGF gene, EGFR gene, Cyclin A gene, Cyclin E gene, WNT-1 gene, beta-catenin gene, c-MET gene, PKC gene, NFKB gene, STAT3 gene, survivin gene, Her2/Neu gene, SORT1 gene, XBP1 gene, topoisomerase I gene, topoisomerase II alpha gene, p73 gene, p21(WAF1/CIP1) gene, p27(KIP1) gene, PPM1D gene, RAS gene, caveolin I gene, MIB I gene, MTAI gene, M68 gene, mutations in tumor suppressor genes, p53 tumor suppressor gene, and combinations thereof.

In another embodiment, the nucleic acid is a plasmid that encodes a polypeptide or a functional variant or fragment thereof, such that expression of the polypeptide or the functional variant or fragment thereof is increased.

In yet a further related embodiment, the present invention includes a method of treating a disease or disorder characterized by overexpression of a polypeptide in a

subject, comprising providing to the subject a lipid particle or pharmaceutical composition of the present invention, wherein the therapeutic agent is selected from an siRNA, a microRNA, an antisense oligonucleotide, and a plasmid capable of expressing an siRNA, a microRNA, or an antisense oligonucleotide, and wherein the siRNA, microRNA, or antisense RNA comprises a polynucleotide that specifically binds to a polynucleotide that encodes the polypeptide, or a complement thereof.

In another related embodiment, the present invention includes a method of treating a disease or disorder characterized by underexpression of a polypeptide in a subject, comprising providing to the subject the pharmaceutical composition of the present invention, wherein the therapeutic agent is a plasmid that encodes the polypeptide or a functional variant or fragment thereof.

In a further embodiment, the present invention includes a method of inducing an immune response in a subject, comprising providing to the subject a pharmaceutical composition of the present invention, wherein the therapeutic agent is an immunostimulatory oligonucleotide. In particular embodiments, the pharmaceutical composition is provided to the patient in combination with a vaccine or antigen.

In a related embodiment, the present invention includes a vaccine comprising the lipid particle of the present invention and an antigen associated with a disease or pathogen. In one embodiment, the lipid particle comprises an immunostimulatory nucleic acid or oligonucleotide. In a particular embodiment, the antigen is a tumor antigen. In another embodiment, the antigen is a viral antigen, a bacterial antigen, or a parasitic antigen.

The present invention further includes methods of preparing the lipid particles and pharmaceutical compositions of the present invention, as well as kits useful in the preparation of these lipid particle and pharmaceutical compositions.

In another aspect, the invention provides a method of evaluating a composition that includes an agent, e.g. a therapeutic agent or diagnostic agent, and a lipid of the present invention.

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

**Figure 1.** Schematic representation of an optically pure lipid with conjugated targeting ligands.

**Figure 2.** Schematic representation of an optically pure lipid with conjugated targeting ligands.

**Figure 3.** Schematic representation of racemic lipids with conjugated targeting ligands.

**Figure 4.** Shows the results of *in vivo* modulation of FVII gene using formulations comprising the lipids **506**, **512** or **519**.

**Figure 5.** Schematic representation of features of the lipids of the present invention.

**Figure 6** shows a graph illustrating the relative FVII protein levels in animals administered with 0.05 or 0.005 mg/kg of lipid particles containing different cationic lipids.

## DETAILED DESCRIPTION

The present invention is based, in part, upon the discovery of cationic lipids that provide advantages when used in lipid particles for the *in vivo* delivery of a therapeutic agent. In particular, as illustrated by the accompanying Examples, the present invention provides nucleic acid-lipid particle compositions comprising a cationic lipid according to the present invention. In some embodiments, a composition described herein provides increased activity of the nucleic acid and/or improved tolerability of the compositions *in vivo*, which can result in a significant increase in therapeutic index as compared to lipid-nucleic acid particle compositions previously described. Additionally compositions and methods of use are disclosed that can provide for amelioration of the toxicity observed with certain therapeutic nucleic acid-lipid particles.

In certain embodiments, the present invention specifically provides for improved compositions for the delivery of siRNA molecules. It is shown herein that these compositions are effective in down-regulating the protein levels and/or mRNA levels of target proteins. Furthermore, it is shown that the activity of these improved compositions

is dependent on the presence of a certain cationic lipids and that the molar ratio of cationic lipid in the formulation can influence activity.

The lipid particles and compositions of the present invention may be used for a variety of purposes, including the delivery of associated or encapsulated therapeutic agents to cells, both *in vitro* and *in vivo*. Accordingly, the present invention provides methods of treating diseases or disorders in a subject in need thereof, by contacting the subject with a lipid particle of the present invention associated with a suitable therapeutic agent.

As described herein, the lipid particles of the present invention are particularly useful for the delivery of nucleic acids, including, *e.g.*, siRNA molecules and plasmids. Therefore, the lipid particles and compositions of the present invention may be used to modulate the expression of target genes and proteins both in vitro and in vivo by contacting cells with a lipid particle of the present invention associated with a nucleic acid that reduces target gene expression (e.g., an siRNA) or a nucleic acid that may be used to increase expression of a desired protein (*e.g.*, a plasmid encoding the desired protein).

Various exemplary embodiments of the cationic lipids of the present invention, as well as lipid particles and compositions comprising the same, and their use to deliver therapeutic agents and modulate gene and protein expression are described in further detail below.

## LIPIDS

The present invention provides novel lipids having certain design features. As shown in Figure 5, the lipid design features include at least one of the following: a head group with varying pKa, a cationic, $1^o$, $2^o$ and $3^o$, monoamine, Di and triamine, Oligoamine/polyamine, a low pKa head groups – imidazoles and pyridine, guanidinium, anionic, zwitterionic and hydrophobic tails can include symmetric and/or unsymmetric chains, long and shorter, saturated and unsaturated chain the back bone includes Backbone glyceride and other acyclic analogs, cyclic, spiro, bicyclic and polycyclic linkages with ethers, esters, phosphate and analogs, sulfonate and analogs, disulfides, pH sensitive linkages like acetals and ketals, imines and hydrazones, and oximes.

The present invention provides novel lipids that are advantageously used in lipid particles of the present invention for the *in vivo* delivery of therapeutic agents to cells, including lipids having the following structure , salts or isomers thereof wherein:

cy is optionally substituted cyclic, optionally substituted heterocyclic or heterocycle, optionally substituted aryl or optionally substituted heteroaryl;

$R_1$ and $R_2$ are each independently for each occurrence optionally substituted $C_{10}$-$C_{30}$ alkyl, optionally substituted $C_{10}$-$C_{30}$ alkenyl, optionally substituted $C_{10}$-$C_{30}$ alkynyl, optionally substituted $C_{10}$-$C_{30}$ acyl or –linker-ligand;

X and Y are each independently O or S, alkyl or N(Q); and

Q is H, alkyl, acyl, ω-amninoalkyl, ω-(substituted)amninoalky, ω-phosphoalkyl or ω-thiophosphoalkyl.

In one embodiment, the lipid has the structure , salts or isomers thereof , wherein:

$R_1$ and $R_2$ are each independently for each occurrence optionally substituted $C_{10}$-$C_{30}$ alkyl, optionally substituted $C_{10}$-$C_{30}$ alkenyl, optionally substituted $C_{10}$-$C_{30}$ alkynyl, optionally substituted $C_{10}$-$C_{30}$ acyl or –linker-ligand;

X and Y are each independently O or S, alkyl or N(Q);

Q is H, alkyl, acyl, alkylamino or alkylphosphate; and

$R^A$ and $R^B$ are each independently H, $R_3$, -Z'-$R_3$, -$(A_2)_j$-Z'-$R_3$, acyl, sulfonate or ;

$Q_1$ is independently for each occurrence O or S;

$Q_2$ is independently for each occurrence O, S, N(Q), alkyl or alkoxy;

Q is H, alkyl, ω-amninoalkyl, ω-(substituted)amninoalky, ω-phosphoalkyl or ω-thiophosphoalkyl;

$A_1$, $A_4$, and $A_5$ are each independently O, S, $CH_2$, CHF or $CF_2$;

Z' is O, S, N(Q) or alkyl;

i and j are independently 0 to 10; and

$R_3$ is H, optionally substituted $C_1$-$C_{10}$ alkyl, optionally substituted $C_2$-$C_{10}$ alkenyl, optionally substituted $C_2$-$C_{10}$ alkenyl, alkylhetrocycle, alkylphosphate, alkylphosphorothioate, alkylphosphonates, alkylamines, hydroxyalkyls, ω-aminoalkyls, ω -(substituted)aminoalkyls, ω -phosphoalkyls, ω -thiophosphoalkyls, polyethylene glycol (PEG, mw 100-40K), mPEG (mw 120-40K), heteroaryl, heterocycle or linker-ligand.

In another aspect, the lipid has one of the following structures, salts or isomers thereof:



I



II



III



IV



V



VI



VII



VIII



IX



X



XI



XII



XIII



XV



XVI



XVII



XVIII



XIX



XX



XXI



XXII



XXIII



XXIV



XXV



**XXVI**



**XXVII**



**XXVIII**



**XXIX**



**XXX**



**XXXI**



**XXXII**



**XXXIII**



**XXXIV**



**XXXV**



**XXXVI**



**XXXVII**

wherein:

$R_1$ and $R_2$ are each independently for each occurrence optionally substituted $C_{10}$-$C_{30}$ alkyl, optionally substituted $C_{10}$-$C_{30}$ alkenyl, optionally substituted $C_{10}$-$C_{30}$ alkynyl, optionally substituted $C_{10}$-$C_{30}$ acyl, or –linker-ligand;

$R_3$ is independently for each occurrence H, optionally substituted $C_1$-$C_{10}$ alkyl, optionally substituted $C_2$-$C_{10}$ alkenyl, optionally substituted $C_2$-$C_{10}$ alkynyl, alkylhetrocycle, alkylphosphate, alkylphosphorothioate, alkylphosphorodithioate, alkylphosphonates, alkylamines, hydroxyalkyls, ω-aminoalkyls, ω -(substituted)aminoalkyls, ω -phosphoalkyls, ω -thiophosphoalkyls, optionally substituted polyethylene glycol (PEG, mw 100-40K), optionally substituted mPEG (mw 120-40K), heteroaryl, heterocycle, or linker-ligand;

$R^4$ is independently for each occurrence H, =O, $OR_3$ or $R_3$;

X and Y are each independently O, S, alkyl or N(Q);

Q is H, alkyl, ω-amninoalkyl, ω-(substituted)amninoalky, ω-phosphoalkyl or ω-thiophosphoalkyl;

$Q_1$ is independently for each occurrence O or S;

$Q_2$ is independently for each occurrence O, S, N(Q), alkyl or alkoxy;

$A_1$, $A_2$, $A_3$, $A_4$, $A_5$ and $A_6$ are each independently O, S, $CH_2$, CHF or $CF_2$;

$A_7$ is O, S or N(Q);

$A_8$ is independently for each occurrence $CH_2$, CHF or $CF_2$;

$A_9$ is -C(O)- or -C(H)($R_3$)-;

E and F are each independetly for each occurrence O, S, N(Q), C(O), C(O)O, C(O)N, S(O), $S(O)_2$, SS, O=N, aryl, heteroaryl, cyclic or heterocycle

Z is N, C($R_3$);

Z' is O, S, N(Q) or alkyl;

k is 0, 1 or 2;

m and n are 0 to 5, where m and n taken together result in a 3, 4, 5, 6, 7 or 8 member ring;

p is 1 -5;

q is 0-5, where p and q taken together result in a 3, 4, 5, 6, 7 or 8 member ring

i and j are 0-10; and

a and b are 0-2.

In one embodiment, X and Y can be independently (CO), O(CO), O(CO)N, N(CO)O, (CO)O, O(CO)O, a sulfonate, or a phosphate.

In one embodiment, $R_1$ and $R_2$ are each independently for each occurrence optionally substituted $C_{10}$-$C_{30}$ alkyl, optionally substituted $C_{10}$-$C_{30}$ alkoxy, optionally substituted $C_{10}$-$C_{30}$ alkenyl, optionally substituted $C_{10}$-$C_{30}$ alkenyloxy, optionally substituted $C_{10}$-$C_{30}$ alkynyl, optionally substituted $C_{10}$-$C_{30}$ alkynyloxy, or optionally substituted $C_{10}$-$C_{30}$ acyl, or –linker-ligand.

In one embodiment, $R_3$ is independently for each occurrence H, optionally substituted $C_1$-$C_{10}$ alkyl, optionally substituted $C_2$-$C_{10}$ alkenyl, optionally substituted $C_2$-$C_{10}$ alkynyl, optionally substituted alkylheterocycle, optionally substituted heterocyclealkyl, optionally substituted alkylphosphate, optionally substituted phosphoalkyl, optionally substituted alkylphosphorothioate, optionally substituted phosphorothioalkyl, optionally substituted alkylphosphorodithioate, optionally substituted phosphorodithioalkyl, optionally substituted alkylphosphonate, optionally substituted phosphonoalkyl, optionally substituted amino, optionally substituted

alkylamino, optionally substituted di(alkyl)amino, optionally substituted aminoalkyl, optionally substituted alkylaminoalkyl, optionally substituted di(alkyl)aminoalkyl, optionally substituted hydroxyalkyl, optionally substituted polyethylene glycol (PEG, mw 100-40K), optionally substituted mPEG (mw 120-40K), optionally substituted heteroaryl, or optionally substituted heterocycle, or linker-ligand.

In one embodiment, X and Y are each independently -O-, -S-, alkylene, -N(Q)-, -C(O)-, -O(CO)-, -OC(O)N(Q)-, -N(Q)C(O)O-, -C(O)O, -OC(O)O-, -OS(O)($Q_2$)O-, or -OP(O)($Q_2$)O-.

In one embodiment, Q is H, alkyl, ω-aminoalkyl, ω-(substituted)aminoalkyl, ω-phosphoalkyl, or ω-thiophosphoalkyl.

In one embodiment, $Q_2$ is independently for each occurrence O, S, N(Q)(Q), alkyl or alkoxy,

In one embodiment, $A_1$, $A_2$, $A_3$, $A_4$, $A_5$ and $A_6$ are each independently -O-, -S-, -$CH_2$-, -$CHR^5$-, -$CR^5R^5$-, -CHF- or -$CF_2$-.

In one embodiment, $A_8$ is independently for each occurrence -$CH_2$-, -$CHR^5$-, -$CR^5R^5$-, -CHF-, or -$CF_2$-.

In one embodiment, E and F are each independetly for each occurrence -O-, -S-, -N(Q)-, -C(O)-, -C(O)O-, -OC(O)-, -C(O)N(Q)-, -N(Q)C(O)-, -S(O)-, -$S(O)_2$-, -SS-, -O-N=, =N-O-, arylene, heteroarylene, cycloalkylene, or heterocyclylene.

In one embodiment, Z is N, or C($R_3$).

In one embodiment, Z' is -O-, -S-, -N(Q)-, or alkylene.

In one embodiment, $R^5$ is H, halo, cyano, hydroxy, amino, optionally substituted alkyl, optionally substituted alkoxy, or optionally substituted cycloalkyl.

In one embodiment, i and j are each independently 0-10.

In one embodiment, a and b are each independently 0-2.

In some circumstances, $R_3$ is ω-aminoalkyl, ω-(substituted)aminoalkyl, ω-phosphoalkyl, or ω-thiophosphoalkyl; each of which is optionally substituted. Examples of ω-(substituted)aminoalkyl groups include 2-(dimethylamino)ethyl, 3-(diisopropylamino)propyl, or 3-(N-ethyl-N-isopropylamino)-1-methylpropyl.

In one embodiment, X and Y can be independently -O-, -S-, alkylene, or -N(Q)-.

It has been found that cationic lipids comprising unsaturated alkyl chains are particularly useful for forming lipid nucleic acid particles with increased membrane fluidity. In one embodiment, at least one of $R_1$ or $R_2$ comprises at least one, at least two or at least three sites of unsaturation, e.g. double bond or triple bond.

In one embodiment, only one of $R_1$ or $R_2$ comprises at least one, at least two or at least three sites of unsaturation.

In one embodiment, $R_1$ and $R_2$ both comprise at least one, at least two or at least three sites of unsaturation.

In one embodiment, $R_1$ and $R_2$ comprise different numbers of unsaturation, e.g., one of $R_1$ and $R_2$ has one site of unsaturation and the other has two or three sites of unsaturation.

In one embodiment, $R_1$ and $R_2$ both comprise the same number of unsaturation sites.

In one embodiment, $R_1$ and $R_2$ comprise different types of unsaturation, e.g. unsaturation in one of $R_1$ and $R_2$ is double bond and in the other unsaturation is triple bond.

In one embodiment, $R_1$ and $R_2$ both comprise the same type of unsaturation, e.g. double bond or triple bond.

In one embodiment, at least one of $R_1$ or $R_2$ comprises at least one double bond and at least one triple bond.

In one embodiment, only one of $R_1$ or $R_2$ comprises at least one double bond and at least one triple bond.

In one embodiment, $R_1$ and $R_2$ both comprise at least one double bond and at least one triple bond.

In one embodiment, $R_1$ and $R_2$ are both same, e.g. $R_1$ and $R_2$ are both linoleyl (C18) or $R_1$ and $R_2$ are both heptadeca-9-enyl.

In one embodiment, $R_1$ and $R_2$ are different from each other.

In one embodiment, at least one of $R_1$ and $R_2$ is cholesterol.

In one embodiment, one of $R_1$ and $R_2$ is –linker-ligand.

In one embodiment, one of $R_1$ and $R_2$ is –linker-ligand and ligand is a lipophile.

In one embodiment, at least one of $R_1$ or $R_2$ comprises at least one $CH_2$ group with one or both H replaced by F, e.g. CHF or $CF_2$. In one embodiment, both $R_1$ and $R_2$ comprise at least one $CH_2$ group with one or two H replaced by F, e.g. CHF or $CF_2$.

In one embodiment, only one of $R_1$ and $R_2$ comprises at least one $CH_2$ group with one or both H replaced by F.

In one embodiment, at least one of $R_1$ or $R_2$ terminates in $CH_2F$, $CHF_2$ or $CF_3$. In one embodiment, both $R_1$ and $R_2$ terminate in $CH_2F$, $CHF_2$ or $CF_3$.

In one embodiment, at least one of $R_1$ or $R_2$ is $-(CF_2)_y$-Z”-$(CH_2)_y$-$CH_3$, wherein each y is independently 1-10 and Z’’ is O, S or N(Q).

In one embodiment, both of $R_1$ and $R_2$ are $-(CF_2)_y$-Z”-$(CH_2)_y$-$CH_3$, wherein each y is independently 1-10 and Z’’ is O, S or N(Q).

In one embodiment, at least one of $R_1$ or $R_2$ is $-(CH_2)_y$-Z”-$(CF_2)_y$-$CF_3$, wherein each y is independently 1-10 and Z’’ is O, S or N(Q).

In one embodiment, both of $R_1$ and $R_2$ are $-(CH_2)_y$-Z”-$(CF_2)_y$-$CF_3$, wherein each y is independently 1-10 and Z’’ is O, S or N(Q).

In one embodiment, at least one of $R_1$ or $R_2$ is $-(CF_2)_y$-$(CF_2)_y$-$CF_3$, wherein each y is independently 1-10.

In one embodiment, both of $R_1$ and $R_2$ are $-(CF_2)_y$-$(CF_2)_y$-$CF_3$, wherein each y is independently 1-10.

In one embodiment,  is selected from the group consisting of:





and



In one embodiment, $R_3$ is chosen from a group consisting of methyl, ethyl, polyamine, -$(CH_2)_h$-heteroaryl, -$(CH_2)_h$-N$(Q)_2$, -O-N$(Q)_2$, -$(CH_2)_h$-Z'-$(CH_2)_h$-heteroaryl, linker-lignad, -$(CH_2)_h$-hetercycle, and -$(CH_2)_h$-Z''-$(CH_2)_h$-heterocycle, wherein each h is independently 0-13 and Z'' is O, S or N(Q).

In one embodiment, when Z is C($R_3$), at least one $R_3$ is ω-aminoalkyl or ω -(substituted)aminoalkyl.

In one embodiment, when Z' is O, S or alkyl, at least one $R_3$ is ω-aminoalkyl or ω -(substituted)aminoalkyl.

In one embodiment, Q is linker-ligand.

In one embodiment, ligand is fusogenic peptide.

In one embodiment, the lipid is a racemic mixture.

In one embodiment, the lipid is enriched in one diastereomer, e.g. the lipid has at least 95%, at least 90%, at least 80% or at least 70% diastereomeric excess.

In one embodiment, the lipid is enriched in one enantiomer, e.g. the lipid has at least 95%, at least 90%, at least 80% or at least 70% enantiomer excess.

In one embodiment, the lipid is chirally pure, e.g. is a single optical isomer.

In one embodiment, the lipid is enriched for one optical isomer.

Where a double bond is present (e.g., a carbon-carbon double bond or carbon-nitrogen double bond), there can be isomerism in the configuration about the double bond (i.e. cis/trans or E/Z isomerism). Where the configuration of a double bond is illustrated in a chemical structure, it is understood that the corresponding isomer can also be present. The amount of isomer present can vary, depending on the relative stabilities of the isomers and the energy required to convert between the isomers. Accordingly, some double bonds are, for practical purposes, present in only a single configuration, whereas others (e.g., where the relative stabilities are similar and the energy of conversion low) may be present as inseparable equilibrium mixture of configurations.

In another aspect, the invention features a compound of formula XXXIVa, XXXIVb, XXXIVc, XXXIVd, or XXXIVe, salts or isomers thereof:




XXXIVa XXXIVb XXXIVc XXXIVd XXXIVe

wherein:

$R_1$ and $R_2$ are each independently for each occurrence optionally substituted $C_{10}$-$C_{30}$ alkyl, optionally substituted $C_{10}$-$C_{30}$ alkenyl, or optionally substituted $C_{10}$-$C_{30}$ alkynyl;

$R_3$ is independently for each occurrence H, optionally substituted $C_1$-$C_{10}$ alkyl, optionally substituted $C_2$-$C_{10}$ alkenyl, optionally substituted $C_2$-$C_{10}$ alkynyl, optionally substituted alkylheterocycle, optionally substituted heterocyclealkyl, optionally substituted alkylphosphate, optionally substituted phosphoalkyl, optionally substituted

alkylphosphorothioate, optionally substituted phosphorothioalkyl, optionally substituted alkylphosphorodithioate, optionally substituted phosphorodithioalkyl, optionally substituted alkylphosphonate, optionally substituted phosphonoalkyl, optionally substituted amino, optionally substituted alkylamino, optionally substituted di(alkyl)amino, optionally substituted aminoalkyl, optionally substituted alkylaminoalkyl, optionally substituted di(alkyl)aminoalkyl, optionally substituted hydroxyalkyl, optionally substituted polyethylene glycol (PEG, mw 100-40K), optionally substituted mPEG (mw 120-40K), optionally substituted heteroaryl, or optionally substituted heterocycle; and

n is 1, 2, or 3.

In some embodiments, $R_3$ is optionally substituted heterocyclealkyl, optionally substituted amino, optionally substituted alkylamino, optionally substituted di(alkyl)amino, optionally substituted aminoalkyl, optionally substituted alkylaminoalkyl, optionally substituted di(alkyl)aminoalkyl, or optionally substituted heterocycle.

In one aspect, the lipid is a compound of formula XIIIa:




(XIIIa)

wherein:

$R_1$ and $R_2$ are each independently for each occurrence optionally substituted $C_{10}$-$C_{30}$ alkyl, optionally substituted $C_{10}$-$C_{30}$ alkenyl, or optionally substituted $C_{10}$-$C_{30}$ alkynyl;

$R_3$ and $R_{3'}$ are independently for each occurrence H, optionally substituted $C_1$-$C_{10}$ alkyl, optionally substituted $C_2$-$C_{10}$ alkenyl, optionally substituted $C_2$-$C_{10}$ alkynyl, optionally substituted alkylheterocycle, optionally substituted heterocyclealkyl, optionally substituted alkylphosphate, optionally substituted phosphoalkyl, optionally substituted alkylphosphorothioate, optionally substituted phosphorothioalkyl, optionally substituted alkylphosphorodithioate, optionally substituted phosphorodithioalkyl, optionally substituted alkylphosphonate, optionally substituted phosphonoalkyl, optionally substituted amino, optionally substituted alkylamino, optionally substituted di(alkyl)amino, optionally substituted aminoalkyl, optionally substituted alkylaminoalkyl,

optionally substituted di(alkyl)aminoalkyl, optionally substituted hydroxyalkyl, optionally substituted polyethylene glycol (PEG, mw 100-40K), optionally substituted mPEG (mw 120-40K), optionally substituted heteroaryl, or optionally substituted heterocycle;

or $R_3$ and $R_{3'}$ can be taken together with the atoms to which they are attached to form an optionally substituted carbocyclyl, optionally substituted heterocyclyl, optionally substituted aryl or optionally substituted heteroaryl; each of which is substituted with 0-4 occurrences of $R_4$;

each $R_4$ is independently selected from optionally substituted $C_1$-$C_{10}$ alkyl, optionally substituted $C_2$-$C_{10}$ alkenyl, optionally substituted $C_2$-$C_{10}$ alkynyl, optionally substituted amino, optionally substituted alkylamino, optionally substituted di(alkyl)amino, optionally substituted aminoalkyl, optionally substituted alkylaminoalkyl, optionally substituted di(alkyl)aminoalkyl, optionally substituted hydroxyalkyl, optionally substituted aryl, optionally substituted heteroaryl, or optionally substituted heterocycle;

X and Y are each independently -O-, -S-, alkylene, or -N(Q)-;

Q is H, alkyl, ω-aminoalkyl, ω-(substituted)aminoalkyl, ω-phosphoalkyl, or ω-thiophosphoalkyl;

$A_1$ and $A_2$ are each independently -O-, -S-, or -$CR^5R^5$-; and

$R^5$ is H, halo, cyano, hydroxy, amino, optionally substituted alkyl, optionally substituted alkoxy, or optionally substituted cycloalkyl; and

Z and Z' are each independently selected from -O-, -S-, -N(Q)-, alkylene or absent; and

a and b are each independently 0-2.

In some embodiments, X and Y are each independently O.

In some embodiments, the sum of a and b is 1, 2, or 3.

In some embodiments, $A_1$ and $A_2$ are each independently -$CR^5R^5$-.

In some embodiments, Z and Z' are each a bond.

In some embodiments, $R_3$ and $R_{3'}$ can be taken together with the atoms to which they are attached to form an optionally substituted carbocyclyl, optionally substituted heterocyclyl, optionally substituted aryl or optionally substituted heteroaryl.

In some embodiments, $R_3$ and $R_{3'}$ can be taken together with the atoms to which they are attached to form an optionally substituted carbocyclyl (e.g., optionally substituted with amino, alkylamino, or dialkylamino).

In some embodiments, $R_3$ and $R_{3'}$ can be taken together with the atoms to which they are attached to form an optionally substituted heterocyclyl (e.g., a nitrogen containing heterocyclyl).

In some embodiments, $R_3$ and $R_{3'}$ are taken together to form a carbocyclic ring (e.g., cyclohexyl) substituted with 0-3 occurrence of $R_4$.

In some embodiments, $R_3$ and $R_{3'}$ are taken together to form a heterocyclic ring (e.g., piperidine) substituted with 0-3 occurrences of $R_4$.

In some embodiments, each $R_4$ is independently selected from optionally optionally substituted amino, optionally substituted alkylamino, optionally substituted di(alkyl)amino, optionally substituted aminoalkyl, optionally substituted alkylaminoalkyl, optionally substituted di(alkyl)aminoalkyl, and optionally substituted hydroxyalkyl.

In one aspect, the lipid is a compound of formula XXXIX, salts or isomers thereof:




**XXXIX**

wherein:

$R_1$ and $R_2$ are each independently for each occurrence optionally substituted $C_{10}$-$C_{30}$ alkyl, optionally substituted $C_{10}$-$C_{30}$ alkenyl, optionally substituted $C_{10}$-$C_{30}$ alkynyl, optionally substituted $C_{10}$-$C_{30}$ acyl, or –linker-ligand;

$R_3$ is independently for each occurrence H, optionally substituted $C_1$-$C_{10}$ alkyl, optionally substituted $C_2$-$C_{10}$ alkenyl, optionally substituted $C_2$-$C_{10}$ alkynyl, alkylhetrocycle, alkylphosphate, alkylphosphorothioate, alkylphosphorodithioate, alkylphosphonates, alkylamines, hydroxyalkyls, ω-aminoalkyls, ω -(substituted)aminoalkyls, ω -phosphoalkyls, ω -thiophosphoalkyls, optionally substituted

polyethylene glycol (PEG, mw 100-40K), optionally substituted mPEG (mw 120-40K), heteroaryl, heterocycle, or linker-ligand;

X and Y are each independently O, C(O)O, S, alkyl or N(Q);

Q is H, alkyl, ω-amninoalkyl, ω-(substituted)amninoalky, ω-phosphoalkyl or ω-thiophosphoalkyl;

In one aspect, the lipid is a compound of formula XXXIII, salts or isomers thereof




**XXXIII** wherein:

$R_1$ and $R_2$ are each independently for each occurrence optionally substituted $C_{10}$-$C_{30}$ alkyl, optionally substituted $C_{10}$-$C_{30}$ alkenyl, optionally substituted $C_{10}$-$C_{30}$ alkynyl, optionally substituted $C_{10}$-$C_{30}$ acyl, or –linker-ligand;

$R_3$ is H, optionally substituted $C_1$-$C_{10}$ alkyl, optionally substituted $C_2$-$C_{10}$ alkenyl, optionally substituted $C_2$-$C_{10}$ alkynyl, alkylhetrocycle, alkylphosphate, alkylphosphorothioate, alkylphosphorodithioate, alkylphosphonates, alkylamines, hydroxyalkyls, ω-aminoalkyls, ω -(substituted)aminoalkyls, ω -phosphoalkyls, ω -thiophosphoalkyls, optionally substituted polyethylene glycol (PEG, mw 100-40K), optionally substituted mPEG (mw 120-40K), heteroaryl, heterocycle, or linker-ligand;

E is O, S, N(Q), C(O)O, C(O), N(Q)C(O), C(O)N(Q), (Q)N(CO)O, O(CO)N(Q), S(O), NS(O)2N(Q), S(O)2, N(Q)S(O)2, SS, O=N, aryl, heteroaryl, cyclic or heterocycle; and,

Q is H, alkyl, ω-amninoalkyl, ω-(substituted)amninoalky, ω-phosphoalkyl or ω-thiophosphoalkyl.

In one embodiment, $R_1$ and $R_2$ are each independently for each occurrence optionally substituted $C_{10}$-$C_{30}$ alkyl, optionally substituted $C_{10}$-$C_{30}$ alkoxy, optionally substituted $C_{10}$-$C_{30}$ alkenyl, optionally substituted $C_{10}$-$C_{30}$ alkenyloxy, optionally substituted $C_{10}$-$C_{30}$ alkynyl, optionally substituted $C_{10}$-$C_{30}$ alkynyloxy, or optionally substituted $C_{10}$-$C_{30}$ acyl.

In another embodiment, $R_3$ is H, optionally substituted $C_1$-$C_{10}$ alkyl, optionally substituted $C_2$-$C_{10}$ alkenyl, optionally substituted $C_2$-$C_{10}$ alkynyl, optionally substituted

alkylheterocycle, optionally substituted heterocyclealkyl, optionally substituted alkylphosphate, optionally substituted phosphoalkyl, optionally substituted alkylphosphorothioate, optionally substituted phosphorothioalkyl, optionally substituted alkylphosphorodithioate, optionally substituted phosphorodithioalkyl, optionally substituted alkylphosphonate, optionally substituted phosphonoalkyl, optionally substituted amino, optionally substituted alkylamino, optionally substituted di(alkyl)amino, optionally substituted aminoalkyl, optionally substituted alkylaminoalkyl, optionally substituted di(alkyl)aminoalkyl, optionally substituted hydroxyalkyl, optionally substituted polyethylene glycol (PEG, mw 100-40K), optionally substituted mPEG (mw 120-40K), optionally substituted heteroaryl, optionally substituted heterocycle, or linker-ligand.

In yet another embodiment, E is -O-, -S-, -N(Q)-, -C(O)O-, -OC(O)-, -C(O)-, -N(Q)C(O)-, -C(O)N(Q)-, -N(Q)C(O)O-, -OC(O)N(Q)-, S(O), -N(Q)S(O)$_2$N(Q)-, -S(O)$_2$-, -N(Q)S(O)$_2$-, -SS-, -O-N=, =N-O-, -C(O)-N(Q)-N=, -N(Q)-N=, -N(Q)-O-, -C(O)S-, arylene, heteroarylene, cyclalkylene, or heterocyclylene.

In another embodiment, Q is H, alkyl, ω-aminoalkyl, ω-(substituted)aminoalkyl, ω-phosphoalkyl or ω-thiophosphoalkyl.

In one embodiment, where the lipid is a compound of formula XXXIII, provided that when E is C(O)O and $R^3$ is , $R^1$ and $R^2$ are not both linoleyl.

In another embodiment, the lipid is a compound of formula XXXIII, wherein E is O, S, N(Q), C(O), N(Q)C(O), C(O)N(Q), (Q)N(CO)O, O(CO)N(Q), S(O), NS(O)2N(Q), S(O)$_2$, N(Q)S(O)2, SS, O=N, aryl, heteroaryl, cyclic or heterocycle.

In one embodiment, the lipid is a compound of formula XXXIII, wherein $R_3$ is H, optionally substituted $C_2$-$C_{10}$ alkenyl, optionally substituted $C_2$-$C_{10}$ alkynyl, alkylhetrocycle, alkylphosphate, alkylphosphorothioate, alkylphosphorodithioate, alkylphosphonates, alkylamines, hydroxyalkyls, ω-aminoalkyls, ω -(substituted)aminoalkyls, ω -phosphoalkyls, ω -thiophosphoalkyls, optionally substituted polyethylene glycol (PEG, mw 100-40K), optionally substituted mPEG (mw 120-40K), heteroaryl, heterocycle, or linker-ligand.

In yet another embodiment, the lipid is a compound of formula XXXIII, wherein $R_1$ and $R_2$ are each independently for each occurrence optionally substituted $C_{10}$-$C_{30}$ alkyl, optionally substituted $C_{10}$-$C_{30}$ alkynyl, optionally substituted $C_{10}$-$C_{30}$ acyl, or –linker-ligand.

In one embodiment, the invention features a lipid of formula XXXVIII:




wherein

E is O, S, N(Q), C(O)O, C(O), N(Q)C(O), C(O)N(Q), (Q)N(CO)O, O(CO)N(Q), S(O), NS(O)2N(Q), S(O)2, N(Q)S(O)2, SS, O=N, aryl, heteroaryl, cyclic or heterocycle;

Q is H, alkyl, ω-amninoalkyl, ω-(substituted)amninoalky, ω-phosphoalkyl or ω-thiophosphoalkyl;

$R_1$ and $R_2$ and $R_x$ are each independently for each occurrence H, optionally substituted $C_1$-$C_{10}$ alkyl, optionally substituted $C_{10}$-$C_{30}$ alkyl, optionally substituted $C_{10}$-$C_{30}$ alkenyl, optionally substituted $C_{10}$-$C_{30}$ alkynyl, optionally substituted $C_{10}$-$C_{30}$ acyl, or linker-ligand, provided that at least one of $R_1$, $R_2$ and $R_x$ is not H;

$R_3$ is H, optionally substituted $C_1$-$C_{10}$ alkyl, optionally substituted $C_2$-$C_{10}$ alkenyl, optionally substituted $C_2$-$C_{10}$ alkynyl, alkylhetrocycle, alkylphosphate, alkylphosphorothioate, alkylphosphorodithioate, alkylphosphonates, alkylamines, hydroxyalkyls, ω-aminoalkyls, ω -(substituted)aminoalkyls, ω -phosphoalkyls, ω -thiophosphoalkyls, optionally substituted polyethylene glycol (PEG, mw 100-40K), optionally substituted mPEG (mw 120-40K), heteroaryl, heterocycle, or linker-ligand;

n is 0, 1, 2, or 3.

In one embodiment, where the lipid is a compound of formula XXXVIII, provided that when E is C(O)O, $R^3$ is 

, and one of $R_1$, $R_2$, or $R_x$ is H, then the remaining of $R_1$, $R_2$, or $R_x$ are not both linoleyl.

In some embodiments, each of $R_1$ and $R_2$ is independently for each occurance optionally substituted $C_{10}$-$C_{30}$ alkyl, optionally substituted $C_{10}$-$C_{30}$ alkenyl, optionally substituted $C_{10}$-$C_{30}$ alkynyl, optionally substituted $C_{10}$-$C_{30}$ acyl, or linker-ligand.

In some embodiments, $R_x$ is H or optionally substituted $C_1$-$C_{10}$ alkyl.

In some embodiments, $R_x$ is optionally substituted $C_{10}$-$C_{30}$ alkyl, optionally substituted $C_{10}$-$C_{30}$ alkenyl, optionally substituted $C_{10}$-$C_{30}$ alkynyl, optionally substituted $C_{10}$-$C_{30}$ acyl, or linker-ligand.

In one aspect, the invention features a lipid of the following formula XL,




XL

wherein:

$Q_1$ is O, S, $CH_2$, CHMe, $CMe_2$, N(R);

$Q_2$ is O, S, $CH_2$, CHMe, $CMe_2$, N(R), C(H)=N-N(R)-, N(R)-N=C(H), -C(H)=N-O-, -O-N=C(H), C(H)=N-N(R)-C(O)-, -C(O)-N(R)-N=C(H)

$Q_3$ and or $Q_4$ is O, S, N(R), $Q_1$-C(=Z)$Q_2$, C(H)=N-N(R)-, N(R)-N=C(H); -C(H)=N-O-, -O-N=C(H); C(H)=N-N(R)-C(O)-, -C(O)-N(R)-N=C(H);

Z = O, S, N(R) or absent and when Z is absent C(=Z) is $C(R_n)_2$

p is 0 to 20; q is 0 to 10; r is 0 to 6; s is 0 to 6.

R' and/or R' are: alkyl, substituted alkyls, alkenyls, substituted alkenyls, alkynyls, substituted alkynyls and combinations thereof with number of carbon atoms in the chain varying from 4 to 30. R' and/or R" with alkenyl chain has at least one C=C or substituted C=C moiety and when there is more than one C=C moiety is present they are separated by at least one methylene or substituted methylene group. R' and/or R" with alkynyl chain has at least one C≡C moiety and when there is more than one C≡C moiety is present they are separated by at least one methylene or substituted methylene group. One or more of methylene or substituted methylene is interrupted by hetero atoms such as O, S or N(R). The double bond or bonds in the alkyl chain are all with *cis*- or *trans*-configuration or combination of both. The stereochemistry of chiral center of formula XL is *R*, *S* or *racemic*.

R is H, R', ω-substituted amino-alkyls, ω-substituted amino-alkenyls, ω-substituted amino-alkynyls with number of carbon atoms in the chain varying from 1 to 30

$R_1$ to $R_n$ each occurrence is R;

X is: R, C(O)-NH(R), C(O)$NR_2$, C(=NR) NH(R), C(=NR) $NR_2$, N(R)-C(O)Y and Y is independently X.

In one aspect, the invention features a lipid of the following formula XLI,




XLI

wherein:

$Q_1$ is O, S, $CH_2$, CHMe, $CMe_2$, N(R);

$Q_2$ is O, S, $CH_2$, CHMe, $CMe_2$, N(R), C(H)=N-N(R)-, N(R)-N=C(H), -C(H)=N-O-, -O-N=C(H), C(H)=N-N(R)-C(O)-, -C(O)-N(R)-N=C(H)

$Q_3$ and or $Q_4$ is O, S, N(R), $CH_2$, substituted methylene;

$Q_5$ and or $Q_6$ is O, S, N(R), $CH_2$, substituted methylene

Z = O, S, N(R) or absent and when Z is absent C(=Z) is $C(R_n)_2$

p is 0 to 20; q is 0 to 10; r is 0 to 6; s is 0 to 6.

R' and/or R' are: alkyl, substituted alkyls, alkenyls, substituted alkenyls, alkynyls, substituted alkynyls and combinations thereof with number of carbon atoms in the chain varying from 4 to 30. R' and/or R" with alkenyl chain has at least one C=C or substituted C=C moiety and when there is more than one C=C moiety is present they are separated by at least one methylene or substituted methylene group. R' and/or R" with alkynyl chain has at least one C≡C moiety and when there is more than one C≡C moiety is present they are separated by at least one methylene or substituted methylene group. One or more of methylene or substituted methylene is interrupted by hetero atoms such as O, S or N(R). The double bond or bonds in the alkyl chain are all with *cis*- or *trans*-configuration or combination of both. The stereochemistry of chiral center of formula XLI is *R*, *S* or *racemic*.

R is H, R', ω-substituted amino-alkyls, ω-substituted amino-alkenyls, ω-substituted amino-alkynyls with number of carbon atoms in the chain varying from 1 to 30

$R_1$ to $R_n$ each occurrence is R;

X is: R, C(O)-NH(R), C(O)NR$_2$, C(=NR) NH(R), C(=NR) NR$_2$, N(R)-C(O)Y and Y is independently X.

In another aspect, the invention features a lipid of one of the following formula XLII, XLIII, XLIV, XLV, XLVI, XLVII, XLVIII, or XLIX



XLII



XLIII



XLIV



XLV



XLVI



XLVII



XLVIII



XLIX



L



LI



LII



LIII



LIV



LV



LVI



LVII

Wherein the variables recited above are as described herein and wherein for the compounds of formulae above: p is 0 to 20; q is 0 to 10; r is 0 to 6; s is 0 to 6, t is 0 to 6 and u is 0 to 10 and the other variables are as described above.

The present invention comprises of synthesis of lipids described herein in racemic as well as in optically pure form.

In one aspect, the invention features a lipid of the formula provided below:


LX


LXI


LXII


LXIII


LXIV


LXV


LXVI


LXVII


LXVIII


LXIX


LXX


LXXI


LXXII


LXXIII

X = O, S, $CH_2$, $N(Q_3)$ where Q is H, Me, Et, $-(CH_2)_r-N(Q_3, Q_4)$; Y = O, S, $CH_2$, $N(Q_3)$ where Q is H, Me, Et, $-(CH_2)_r-N(Q_3, Q_4)$ ; Z = N, CH, C(Me), C(Et); $Q_1$ = O or S; $Q_2$ = O or S; $A_1$, $A_2$, = $CH_2$, CHF, $CF_2$; m, n, p and/or q is independently 0 to 5.

The present invention comprises of synthesis of cationic lipids of described above in racemic as well as in optically pure form.

$R_1$,$R_2$ and $R_4$ are each independently selected from the group consisting of alkyl groups having about 10 to 30 carbon atoms, wherein $R_1$, $R_2$ and $R_4$ independently

comprises of: fully saturated alkyl chain, at least one double bond, at least one triple bond, at least one hetero atom, at least one $CF_2$, at least one CHF or at least one perfluoroalkylated chain. $CF_2$/CHF could be on the lipid anchor or on the core. $R_3$ is independently selected from the group consisting of: H and $C_1$-$C_{10}$ alkyls, $C_1$-$C_{10}$ alkenyls, $C_1$-$C_{10}$ alkynyls, alkylheterocycles, alkylphospates, alkylphosphorothioate, alkylphosphonates, alkylamines, hydroxyalkyls, ω-aminoalkyls, ω-(substituted)aminoalkyls, ω-phosphoalkyls, ω-thiophosphoalkyls, PEG with MW range from 100 – 40000, mPEG with MW range from 120-40000, heterocycles such as imidazoles, triazoles, pyridines, pyrimidines, purines, substituted pyridines, alkyl/PEG spacer containing receptor targeting ligands such as GalNAc, folic acid, mannose, Fucose, naproxen, ibuprofen and the ligands include small molecules that binds to chemokines, integrins, somatostatin, androgen and CNS receptors. $R_3$ also covers above ligands without spacer between the lipids core/anchor.

In one embodiment, the cationic lipid is chosen from a group consisting of lipids shown in Table 1 below.

**Table 1: Some cationic lipids of the present invention.**

| | |
|---|---|
|  meso, *cis* |  Racemic, *trans* |
|  |  |
|  |  |
|  Racemic, *cis* |  |

| | |
|---|---|
|  Racemic, *trans* |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  | |
|  Racemic *cis* |  |
|  |  |
|  |  |

| | |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  *cis* Racemic and optically pure |  |
|  Racemic and optically pure |  |
|  |  |
|  |  |
|  |  |
|  |  |

| | |
|---|---|
|  | |
|  |  |
|  |  *cis* Racemic and optically pure |
|  |  *cis* Racemic and optically pure |
|  |  |
|  *cis* Racemic and optically pure |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  *cis* Racemic and optically pure |

| | |
|---|---|
|  meso compound |  meso compound |
|  |  |
|  |  |
|  racemic compound |  racemic compound |
|  racemic compound |  racemic compound |
|  racemic compound |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| | |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  n = 1-10 |
|  |  |
|  |  |

| | |
|---|---|
|  |  |
|  |  |
|  |  |
|  n = 0-6 |  *cis* Racemic and optically pure |
|  n =0-6 |  n =0-6 |
|  |  |
|  |  |
|  |  |
|  |  |
|  Racemic and optically pure |  Racemic and optically pure |
|  |  |

| | |
|---|---|
|  | |
|  |  |
|  |  n = 0-6 |
|  n = 0-6 |  |
|  n = 0-6 |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| | |
|---|---|
|  |  |
|  | |
|  |  n = 0-6 |
|  |  |
|  |  |
|  |  n = 0-6 |
|  n = 0-6 |  |
|  |  |
|  |  |
|  |  |
|  |  |























n = 0-6



| | |
|---|---|
|  |  |
|  |  |
|  | |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| | |
|---|---|
|  |  |
| | |
|  |  |
|  |  |
|  | |
|  |  |
|  |  |
|  |  |

| | |
|---|---|
|  |  |
| <br>Q is O, NH, NMe | <br>Q is O, NH, NMe |
| <br>Q is O, NH, NMe | <br>Q is O, NH, NMe |
| <br>Q is O, NH, NMe | <br>Q is O, NH, NMe |
|  |  |
|  |  |
|  |  |
|  |  |
| <br>Q is O, NH, NMe | <br>Q is O, NH, NMe |
| <br>Q is O, NH, NMe | <br>Q is O, NH, NMe |

| | |
|---|---|
|  Q is O, NH, NMe |  Q is O, NH, NMe |
|  Q is O, NH, NMe |  Q is O, NH, NMe |
|  Q is O, NH, NMe |  Q is O, NH, NMe |
|  Q is O, NH, NMe |  Q is O, NH, NMe |
|  Q is O, NH, NMe |  Q is O, NH, NMe |
|  Q is O, NH, NMe |  Q is O, NH, NMe |
|  Q is O, NH, NMe |  Q is O, NH, NMe |

| | |
|---|---|
|  Q is O, NH, NMe |  Q is O, NH, NMe |
|  Q is O, NH, NMe |  Q is O, NH, NMe |
|  Q is O, NH, NMe |  Q is O, NH, NMe |
|  |  |
|  Q is O, NH, NMe |  |
|  |  |
|  |  |
| | |

| | |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  X = O, S, NH, NMe; n = 0-6 |

| | |
|---|---|
|  X = O, S, NH, NMe; n = 0-6 |  |
|  | |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| | |

| | |
|---|---|
|  |  |

Although not all diasteromers for a lipid are shown, one aspect of the present invention is to provide all diastereomers and as such chirally pure and diastereomerically enriched lipids are also part of this invention.

In one embodiment, $R_3$ is –linker-ligand.

In one embodiment, the lipid is a targeting cationic lipid and chosen from a group consisting of lipids shown in Table 2 below.

**Table 2 Targeting lipids.**

| # | Structure |
|---|---|
| 1. |  GalNAc-Mono |
| 2. |  Mannose-Mono |
| 3. |  GalNAc-Biantineary |
| 4. |  Mannose-Biantineary |

| | |
|---|---|
| 5. |  GalNAc-Triantineary |
| 6. |  Mannose-Triantineary |

Although not all diasteromers for a lipid are shown, one aspect of the present invention is to provide all diastereomers and as such chirally pure and diastereomerically enriched lipids are also part of this invention.

In particular embodiments, the lipids of the present invention are cationic lipids. As used herein, the term "cationic lipid" is meant to include those lipids having one or two fatty acid or fatty alkyl chains and an amino head group (including an alkylamino or dialkylamino group) that may be protonated to form a cationic lipid at physiological pH. In some embodiments, a cationic lipid is referred to as an “amino lipid.”

Other cationic lipids would include those having alternative fatty acid groups and other dialkylamino groups, including those in which the alkyl substituents are different (*e.g.,* N-ethyl-N-methylamino-, N-propyl-N-ethylamino- and the like). For those embodiments in which $R_1$ and $R_2$ are both long chain alkyl or acyl groups, they can be the same or different. In general, lipids (e.g., a cationic lipid) having less saturated acyl chains are more easily sized, particularly when the complexes are sized below about 0.3 microns, for purposes of filter sterilization. Cationic lipids containing unsaturated fatty acids with carbon chain lengths in the range of $C_{10}$ to $C_{20}$ are typical. Other scaffolds can also be used to separate the amino group (e.g., the amino group of the cationic lipid) and the fatty acid or fatty alkyl portion of the cationic lipid. Suitable scaffolds are known to those of skill in the art.

In certain embodiments, cationic lipids of the present invention have at least one protonatable or deprotonatable group, such that the lipid is positively charged at a pH at or below physiological pH (e.g. pH 7.4), and neutral at a second pH, preferably at or above physiological pH. Such lipids are also referred to as cationic lipids. It will, of course, be understood that the addition or removal of protons as a function of pH is an equilibrium process, and that the reference to a charged or a neutral lipid refers to the nature of the predominant species and does not require that all of the lipid be present in the charged or neutral form. Lipids that have more than one protonatable or deprotonatable group, or which are zwiterrionic, are not excluded from use in the invention.

In certain embodiments, protonatable lipids (i.e., cationic lipids) according to the invention have a pKa of the protonatable group in the range of about 4 to about 11. Typically, lipids will have a pKa of about 4 to about 7, e.g., between about 5 and 7, such as between about 5.5 and 6.8, when incorporated into lipid particles. Such lipids will be cationic at a lower pH formulation stage, while particles will be largely (though not completely) surface neutralized at physiological pH around pH 7.4. One of the benefits of a pKa in the range of between about 4 and 7 is that at least some nucleic acid associated with the outside surface of the particle will lose its electrostatic interaction at physiological pH and be removed by simple dialysis; thus greatly reducing the particle's susceptibility to clearance. pKa measurements of lipids within lipid particles can be performed, for example, by using the fluorescent probe 2-(p-toluidino)-6-napthalene sulfonic acid (TNS), using methods described in Cullis et al., (1986) *Chem Phys Lipids* 40, 127-144.

In one embodiment, the formulations of the invention are entrapped by at least 75%, at least 80% or at least 90%.

In one embodiment, the formulations of the invention further comprise an apolipoprotein. As used herein, the term "apolipoprotein" or "lipoprotein" refers to apolipoproteins known to those of skill in the art and variants and fragments thereof and to apolipoprotein agonists, analogues or fragments thereof described below.
Suitable apolipoproteins include, but are not limited to, ApoA-I, ApoA-II, ApoA-IV, ApoA-V and ApoE, and active polymorphic forms, isoforms, variants and mutants as

well as fragments or truncated forms thereof. In certain embodiments, the apolipoprotein is a thiol containing apolipoprotein. "Thiol containing apolipoprotein" refers to an apolipoprotein, variant, fragment or isoform that contains at least one cysteine residue. The most common thiol containing apolipoproteins are ApoA-I Milano (ApoA-$I_M$) and ApoA-I Paris (ApoA-$I_P$) which contain one cysteine residue (Jia et al., 2002, Biochem. Biophys. Res. Comm. 297: 206-13; Bielicki and Oda, 2002, Biochemistry 41: 2089-96). ApoA-II, ApoE2 and ApoE3 are also thiol containing apolipoproteins. Isolated ApoE and/or active fragments and polypeptide analogues thereof, including recombinantly produced forms thereof, are described in U.S. Pat. Nos. 5,672,685; 5,525,472; 5,473,039; 5,182,364; 5,177,189; 5,168,045; 5,116,739; the disclosures of which are herein incorporated by reference. ApoE3 is disclosed in Weisgraber, et al., "Human E apoprotein heterogeneity: cysteine-arginine interchanges in the amino acid sequence of the apo-E isoforms," J. Biol. Chem. (1981) 256: 9077-9083; and Rall, et al., "Structural basis for receptor binding heterogeneity of apolipoprotein E from type III hyperlipoproteinemic subjects," Proc. Nat. Acad. Sci. (1982) 79: 4696-4700. See also GenBank accession number K00396.

In certain embodiments, the apolipoprotein can be in its mature form, in its preproapolipoprotein form or in its proapolipoprotein form. Homo- and heterodimers (where feasible) of pro- and mature ApoA-I (Duverger et al., 1996, Arterioscler. Thromb. Vasc. Biol. 16(12):1424-29), ApoA-I Milano (Klon et al., 2000, Biophys. J. 79:(3)1679-87; Franceschini et al., 1985, J. Biol. Chem. 260: 1632-35), ApoA-I Paris (Daum et al., 1999, J. Mol. Med. 77:614-22), ApoA-II (Shelness et al., 1985, J. Biol. Chem. 260(14):8637-46; Shelness et al., 1984, J. Biol. Chem. 259(15):9929-35), ApoA-IV (Duverger et al., 1991, Euro. J. Biochem. 201(2):373-83), and ApoE (McLean et al., 1983, J. Biol. Chem. 258(14):8993-9000) can also be utilized within the scope of the invention.

In certain embodiments, the apolipoprotein can be a fragment, variant or isoform of the apolipoprotein. The term "fragment" refers to any apolipoprotein having an amino acid sequence shorter than that of a native apolipoprotein and which fragment retains the activity of native apolipoprotein, including lipid binding properties. By "variant" is meant substitutions or alterations in the amino acid sequences of the apolipoprotein, which substitutions or alterations, e.g., additions and deletions of amino acid residues, do not

abolish the activity of native apolipoprotein, including lipid binding properties. Thus, a variant can comprise a protein or peptide having a substantially identical amino acid sequence to a native apolipoprotein provided herein in which one or more amino acid residues have been conservatively substituted with chemically similar amino acids. Examples of conservative substitutions include the substitution of at least one hydrophobic residue such as isoleucine, valine, leucine or methionine for another. Likewise, the present invention contemplates, for example, the substitution of at least one hydrophilic residue such as, for example, between arginine and lysine, between glutamine and asparagine, and between glycine and serine (see U.S. Pat. Nos. 6,004,925, 6,037,323 and 6,046,166). The term "isoform" refers to a protein having the same, greater or partial function and similar, identical or partial sequence, and may or may not be the product of the same gene and usually tissue specific (see Weisgraber 1990, J. Lipid Res. 31(8):1503-11; Hixson and Powers 1991, J. Lipid Res. 32(9):1529-35; Lackner et al., 1985, J. Biol. Chem. 260(2):703-6; Hoeg et al., 1986, J. Biol. Chem. 261(9):3911-4; Gordon et al., 1984, J. Biol. Chem. 259(1):468-74; Powell et al., 1987, Cell 50(6):831-40; Aviram et al., 1998, Arterioscler. Thromb. Vase. Biol. 18(10):1617-24; Aviram et al., 1998, J. Clin. Invest. 101(8):1581-90; Billecke et al., 2000, Drug Metab. Dispos. 28(11):1335-42; Draganov et al., 2000, J. Biol. Chem. 275(43):33435-42; Steinmetz and Utermann 1985, J. Biol. Chem. 260(4):2258-64; Widler et al., 1980, J. Biol. Chem. 255(21):10464-71; Dyer et al., 1995, J. Lipid Res. 36(1):80-8; Sacre et al., 2003, FEBS Lett. 540(1-3):181-7; Weers, et al., 2003, Biophys. Chem. 100(1-3):481-92; Gong et al., 2002, J. Biol. Chem. 277(33):29919-26; Ohta et al., 1984, J. Biol. Chem. 259(23):14888-93 and U.S. Pat. No. 6,372,886).

In certain embodiments, the methods and compositions of the present invention include the use of a chimeric construction of an apolipoprotein. For example, a chimeric construction of an apolipoprotein can be comprised of an apolipoprotein domain with high lipid binding capacity associated with an apolipoprotein domain containing ischemia reperfusion protective properties. A chimeric construction of an apolipoprotein can be a construction that includes separate regions within an apolipoprotein (i.e., homologous construction) or a chimeric construction can be a construction that includes separate regions between different apolipoproteins (i.e., heterologous constructions).

Compositions comprising a chimeric construction can also include segments that are apolipoprotein variants or segments designed to have a specific character (e.g., lipid binding, receptor binding, enzymatic, enzyme activating, antioxidant or reduction-oxidation property) (see Weisgraber 1990, J. Lipid Res. 31(8):1503-11; Hixson and Powers 1991, J. Lipid Res. 32(9):1529-35; Lackner et al., 1985, J. Biol. Chem. 260(2):703-6; Hoeg et al, 1986, J. Biol. Chem. 261(9):3911-4; Gordon et al., 1984, J. Biol. Chem. 259(1):468-74; Powell et al., 1987, Cell 50(6):831-40; Aviram et al., 1998, Arterioscler. Thromb. Vasc. Biol. 18(10):1617-24; Aviram et al., 1998, J. Clin. Invest. 101(8):1581-90; Billecke et al., 2000, Drug Metab. Dispos. 28(11):1335-42; Draganov et al., 2000, J. Biol. Chem. 275(43):33435-42; Steinmetz and Utermann 1985, J. Biol. Chem. 260(4):2258-64; Widler et al., 1980, J. Biol. Chem. 255(21):10464-71; Dyer et al., 1995, J. Lipid Res. 36(1):80-8; Sorenson et al., 1999, Arterioscler. Thromb. Vasc. Biol. 19(9):2214-25; Palgunachari 1996, Arterioscler. Throb. Vasc. Biol. 16(2):328-38: Thurberg et al., J. Biol. Chem. 271(11):6062-70; Dyer 1991, J. Biol. Chem. 266(23):150009-15; Hill 1998, J. Biol. Chem. 273(47):30979-84).

Apolipoproteins utilized in the invention also include recombinant, synthetic, semi-synthetic or purified apolipoproteins. Methods for obtaining apolipoproteins or equivalents thereof, utilized by the invention are well-known in the art. For example, apolipoproteins can be separated from plasma or natural products by, for example, density gradient centrifugation or immunoaffinity chromatography, or produced synthetically, semi-synthetically or using recombinant DNA techniques known to those of the art (see, e.g., Mulugeta et al., 1998, J. Chromatogr. 798(1-2): 83-90; Chung et al., 1980, J. Lipid Res. 21(3):284-91; Cheung et al., 1987, J. Lipid Res. 28(8):913-29; Persson, et al., 1998, J. Chromatogr. 711:97-109; U.S. Pat. Nos. 5,059,528, 5,834,596, 5,876,968 and 5,721,114; and PCT Publications WO 86/04920 and WO 87/02062).

Apolipoproteins utilized in the invention further include apolipoprotein agonists such as peptides and peptide analogues that mimic the activity of ApoA-I, ApoA-I Milano (ApoA-$I_M$), ApoA-I Paris (ApoA-$I_P$), ApoA-II, ApoA-IV, and ApoE. For example, the apolipoprotein can be any of those described in U.S. Pat. Nos. 6,004,925, 6,037,323, 6,046,166, and 5,840,688, the contents of which are incorporated herein by reference in their entireties.

Apolipoprotein agonist peptides or peptide analogues can be synthesized or manufactured using any technique for peptide synthesis known in the art including, e.g., the techniques described in U.S. Pat. Nos. 6,004,925, 6,037,323 and 6,046,166. For example, the peptides may be prepared using the solid-phase synthetic technique initially described by Merrifield (1963, J. Am. Chem. Soc. 85:2149-2154). Other peptide synthesis techniques may be found in Bodanszky et al., Peptide Synthesis, John Wiley & Sons, 2d Ed., (1976) and other references readily available to those skilled in the art. A summary of polypeptide synthesis techniques can be found in Stuart and Young, Solid Phase Peptide. Synthesis, Pierce Chemical Company, Rockford, Ill., (1984). Peptides may also be synthesized by solution methods as described in The Proteins, Vol. II, 3d Ed., Neurath et. al., Eds., p. 105-237, Academic Press, New York, N.Y. (1976). Appropriate protective groups for use in different peptide syntheses are described in the above-mentioned texts as well as in McOmie, Protective Groups in Organic Chemistry, Plenum Press, New York, N.Y. (1973). The peptides of the present invention might also be prepared by chemical or enzymatic cleavage from larger portions of, for example, apolipoprotein A-I.

In certain embodiments, the apolipoprotein can be a mixture of apolipoproteins. In one embodiment, the apolipoprotein can be a homogeneous mixture, that is, a single type of apolipoprotein. In another embodiment, the apolipoprotein can be a heterogeneous mixture of apolipoproteins, that is, a mixture of two or more different apolipoproteins. Embodiments of heterogenous mixtures of apolipoproteins can comprise, for example, a mixture of an apolipoprotein from an animal source and an apolipoprotein from a semi-synthetic source. In certain embodiments, a heterogenous mixture can comprise, for example, a mixture of ApoA-I and ApoA-I Milano. In certain embodiments, a heterogeneous mixture can comprise, for example, a mixture of ApoA-I Milano and ApoA-I Paris. Suitable mixtures for use in the methods and compositions of the invention will be apparent to one of skill in the art.

If the apolipoprotein is obtained from natural sources, it can be obtained from a plant or animal source. If the apolipoprotein is obtained from an animal source, the apolipoprotein can be from any species. In certain embodiments, the apolipoprotien can be obtained from an animal source. In certain embodiments, the apolipoprotein can be

obtained from a human source. In preferred embodiments of the invention, the apolipoprotein is derived from the same species as the individual to which the apolipoprotein is administered.

**LIPID PARTICLES**

The present invention also provides lipid particles comprising one or more of the cationic lipids described above. Lipid particles include, but are not limited to, liposomes. As used herein, a liposome is a structure having lipid-containing membranes enclosing an aqueous interior. Liposomes may have one or more lipid membranes. The invention contemplates both single-layered liposomes, which are referred to as unilamellar, and multi-layered liposomes, which are referred to as multilamellar. When complexed with nucleic acids, lipid particles may also be lipoplexes, which are composed of cationic lipid bilayers sandwiched between DNA layers, as described, *e.g.*, in Felgner, *Scientific American*.

The lipid particles of the present invention may further comprise one or more additional lipids and/or other components such as cholesterol. Other lipids may be included in the liposome compositions of the present invention for a variety of purposes, such as to prevent lipid oxidation or to attach ligands onto the liposome surface. Any of a number of lipids may be present in liposomes of the present invention, including amphipathic, neutral, cationic, and anionic lipids. Such lipids can be used alone or in combination. Specific examples of additional lipid components that may be present are described below.

Additional components that may be present in a lipid particle of the present invention include bilayer stabilizing components such as polyamide oligomers (*see, e.g.*, U.S. Patent No. 6,320,017), peptides, proteins, detergents, lipid-derivatives, such as PEG coupled to phosphatidylethanolamine and PEG conjugated to ceramides (*see*, U.S. Patent No. 5,885,613).

In particular embodiments, the lipid particles include one or more of a second amino lipid or cationic lipid, a neutral lipid, a sterol, and a lipid selected to reduce aggregation of lipid particles during formation, which may result from steric stabilization of particles which prevents charge-induced aggregation during formation.

Examples of lipids that reduce aggregation of particles during formation include polyethylene glycol (PEG)-modified lipids, monosialoganglioside Gm1, and polyamide oligomers ("PAO") such as (described in U.S. Pat. No. 6,320,017). Other compounds with uncharged, hydrophilic, steric-barrier moieties, which prevent aggregation during formulation, like PEG, Gm1 or ATTA, can also be coupled to lipids for use as in the methods and compositions of the invention. ATTA-lipids are described, *e.g.*, in U.S. Patent No. 6,320,017, and PEG-lipid conjugates are described, *e.g.*, in U.S. Patent Nos. 5,820,873, 5,534,499 and 5,885,613. Typically, the concentration of the lipid component selected to reduce aggregation is about 1 to 15% (by mole percent of lipids).

Specific examples of PEG-modified lipids (or lipid-polyoxyethylene conjugates) that are useful in the present invention can have a variety of "anchoring" lipid portions to secure the PEG portion to the surface of the lipid vesicle. Examples of suitable PEG-modified lipids include PEG-modified phosphatidylethanolamine and phosphatidic acid, PEG-ceramide conjugates (*e.g.,* PEG-CerC14 or PEG-CerC20) which are described in co-pending USSN 08/486,214, incorporated herein by reference, PEG-modified dialkylamines and PEG-modified 1,2-diacyloxypropan-3-amines. Particularly preferred are PEG-modified diacylglycerols and dialkylglycerols.

In embodiments where a sterically-large moiety such as PEG or ATTA are conjugated to a lipid anchor, the selection of the lipid anchor depends on what type of association the conjugate is to have with the lipid particle. It is well known that mPEG (mw2000)-diastearoylphosphatidylethanolamine (PEG-DSPE) will remain associated with a liposome until the particle is cleared from the circulation, possibly a matter of days. Other conjugates, such as PEG-CerC20 have similar staying capacity. PEG-CerC14, however, rapidly exchanges out of the formulation upon exposure to serum, with a $T_{1/2}$ less than 60 mins. in some assays. As illustrated in U.S. Pat. Application SN 08/486,214, at least three characteristics influence the rate of exchange: length of acyl chain, saturation of acyl chain, and size of the steric-barrier head group. Compounds having suitable variations of these features may be useful for the invention. For some therapeutic applications it may be preferable for the PEG-modified lipid to be rapidly lost from the nucleic acid-lipid particle *in vivo* and hence the PEG-modified lipid will possess relatively short lipid anchors. In other therapeutic applications it may be preferable for

the nucleic acid-lipid particle to exhibit a longer plasma circulation lifetime and hence the PEG-modified lipid will possess relatively longer lipid anchors.

It should be noted that aggregation preventing compounds do not necessarily require lipid conjugation to function properly. Free PEG or free ATTA in solution may be sufficient to prevent aggregation. If the particles are stable after formulation, the PEG or ATTA can be dialyzed away before administration to a subject.

Neutral lipids, when present in the lipid particle, can be any of a number of lipid species which exist either in an uncharged or neutral zwitterionic form at physiological pH. Such lipids include, for example diacylphosphatidylcholine, diacylphosphatidylethanolamine, ceramide, sphingomyelin, dihydrosphingomyelin, cephalin, and cerebrosides. The selection of neutral lipids for use in the particles described herein is generally guided by consideration of, *e.g.*, liposome size and stability of the liposomes in the bloodstream. Preferably, the neutral lipid component is a lipid having two acyl groups, (*i.e.,* diacylphosphatidylcholine and diacylphosphatidylethanolamine). Lipids having a variety of acyl chain groups of varying chain length and degree of saturation are available or may be isolated or synthesized by well-known techniques. In one group of embodiments, lipids containing saturated fatty acids with carbon chain lengths in the range of $C_{10}$ to $C_{20}$ are preferred. In another group of embodiments, lipids with mono or diunsaturated fatty acids with carbon chain lengths in the range of $C_{10}$ to $C_{20}$ are used. Additionally, lipids having mixtures of saturated and unsaturated fatty acid chains can be used. Preferably, the neutral lipids used in the present invention are DOPE, DSPC, POPC, DPPC or any related phosphatidylcholine. The neutral lipids useful in the present invention may also be composed of sphingomyelin, dihydrosphingomyeline, or phospholipids with other head groups, such as serine and inositol.

The sterol component of the lipid mixture, when present, can be any of those sterols conventionally used in the field of liposome, lipid vesicle or lipid particle preparation. A preferred sterol is cholesterol.

Other cationic lipids, which carry a net positive charge at about physiological pH, in addition to those specifically described above, may also be included in lipid particles of the present invention. Such cationic lipids include, but are not limited to, N,N-dioleyl-

N,N-dimethylammonium chloride ("DODAC"); N-(2,3-dioleyloxy)propyl-N,N-N-triethylammonium chloride ("DOTMA"); N,N-distearyl-N,N-dimethylammonium bromide ("DDAB"); N-(2,3-dioleoyloxy)propyl)-N,N,N-trimethylammonium chloride ("DOTAP"); 1,2-Dioleyloxy-3-trimethylaminopropane chloride salt ("DOTAP.Cl"); 3 - (N-(N',N'-dimethylaminoethane)-carbamoyl)cholesterol ("DC-Chol"), N-(1-(2,3-dioleyloxy)propyl)-N-2-(sperminecarboxamido)ethyl)-N,N-dimethylammonium trifluoracetate ("DOSPA"), dioctadecylamidoglycyl carboxyspermine ("DOGS"), 1,2-dileoyl-sn-3-phosphoethanolamine ("DOPE"), 1,2-dioleoyl-3-dimethylammonium propane ("DODAP"), N, N-dimethyl-2,3-dioleyloxy)propylamine ("DODMA"), and N-(1,2-dimyristyloxyprop-3-yl)-N,N-dimethyl-N-hydroxyethyl ammonium bromide ("DMRIE"). Additionally, a number of commercial preparations of cationic lipids can be used, such as, *e.g.*, LIPOFECTIN (including DOTMA and DOPE, available from GIBCO/BRL), and LIPOFECTAMINE (comprising DOSPA and DOPE, available from GIBCO/BRL). In particular embodiments, a cationic lipid is an amino lipid.

Anionic lipids suitable for use in lipid particles of the present invention include, but are not limited to, phosphatidylglycerol, cardiolipin, diacylphosphatidylserine, diacylphosphatidic acid, N-dodecanoyl phosphatidylethanoloamine, N-succinyl phosphatidylethanolamine, N-glutaryl phosphatidylethanolamine, lysylphosphatidylglycerol, and other anionic modifying groups joined to neutral lipids.

In numerous embodiments, amphipathic lipids are included in lipid particles of the present invention. "Amphipathic lipids" refer to any suitable material, wherein the hydrophobic portion of the lipid material orients into a hydrophobic phase, while the hydrophilic portion orients toward the aqueous phase. Such compounds include, but are not limited to, phospholipids, aminolipids, and sphingolipids. Representative phospholipids include sphingomyelin, phosphatidylcholine, phosphatidylethanolamine, phosphatidylserine, phosphatidylinositol, phosphatidic acid, palmitoyloleoyl phosphatdylcholine, lysophosphatidylcholine, lysophosphatidylethanolamine, dipalmitoylphosphatidylcholine, dioleoylphosphatidylcholine, distearoylphosphatidylcholine, or dilinoleoylphosphatidylcholine. Other phosphorus-lacking compounds, such as sphingolipids, glycosphingolipid families, diacylglycerols,

and -acyloxyacids, can also be used. Additionally, such amphipathic lipids can be readily mixed with other lipids, such as triglycerides and sterols.

Also suitable for inclusion in the lipid particles of the present invention are programmable fusion lipids. Such lipid particles have little tendency to fuse with cell membranes and deliver their payload until a given signal event occurs. This allows the lipid particle to distribute more evenly after injection into an organism or disease site before it starts fusing with cells. The signal event can be, for example, a change in pH, temperature, ionic environment, or time. In the latter case, a fusion delaying or "cloaking" component, such as an ATTA-lipid conjugate or a PEG-lipid conjugate, can simply exchange out of the lipid particle membrane over time. By the time the lipid particle is suitably distributed in the body, it has lost sufficient cloaking agent so as to be fusogenic. With other signal events, it is desirable to choose a signal that is associated with the disease site or target cell, such as increased temperature at a site of inflammation.

In certain embodiments, it is desirable to target the lipid particles of this invention using targeting moieties that are specific to a cell type or tissue. Targeting of lipid particles using a variety of targeting moieties, such as ligands, cell surface receptors, glycoproteins, vitamins (*e.g.,* riboflavin) and monoclonal antibodies, has been previously described (*see*, *e.g.*, U.S. Patent Nos. 4,957,773 and 4,603,044). The targeting moieties can comprise the entire protein or fragments thereof. Targeting mechanisms generally require that the targeting agents be positioned on the surface of the lipid particle in such a manner that the target moiety is available for interaction with the target, for example, a cell surface receptor. A variety of different targeting agents and methods are known and available in the art, including those described, *e.g.*, in Sapra, P. and Allen, TM, *Prog. Lipid Res.* 42(5):439-62 (2003); and Abra, RM *et al.*, *J. Liposome Res.* 12:1-3, (2002).

The use of lipid particles, *i.e.*, liposomes, with a surface coating of hydrophilic polymer chains, such as polyethylene glycol (PEG) chains, for targeting has been proposed (Allen, *et al.*, *Biochimica et Biophysica Acta* 1237: 99-108 (1995); DeFrees, *et al.*, *Journal of the American Chemistry Society* 118: 6101-6104 (1996); Blume, *et al.*, *Biochimica et Biophysica Acta* 1149: 180-184 (1993); Klibanov, *et al.*, *Journal of Liposome Research* 2: 321-334 (1992); U.S. Patent No. 5,013556; Zalipsky,

*Bioconjugate Chemistry* 4: 296-299 (1993); Zalipsky, *FEBS Letters* 353: 71-74 (1994); Zalipsky, in Stealth Liposomes Chapter 9 (Lasic and Martin, Eds) CRC Press, Boca Raton Fl (1995). In one approach, a ligand, such as an antibody, for targeting the lipid particle is linked to the polar head group of lipids forming the lipid particle. In another approach, the targeting ligand is attached to the distal ends of the PEG chains forming the hydrophilic polymer coating (Klibanov, *et al.*, *Journal of Liposome Research* 2: 321-334 (1992); Kirpotin *et al.*, *FEBS Letters* 388: 115-118 (1996)).

Standard methods for coupling the target agents can be used. For example, phosphatidylethanolamine, which can be activated for attachment of target agents, or derivatized lipophilic compounds, such as lipid-derivatized bleomycin, can be used. Antibody-targeted liposomes can be constructed using, for instance, liposomes that incorporate protein A (*see*, Renneisen, *et al.*, *J. Bio. Chem.*, 265:16337-16342 (1990) and Leonetti, *et al.*, *Proc. Natl. Acad. Sci. (USA)*, 87:2448-2451 (1990). Other examples of antibody conjugation are disclosed in U.S. Patent No. 6,027,726, the teachings of which are incorporated herein by reference. Examples of targeting moieties can also include other proteins, specific to cellular components, including antigens associated with neoplasms or tumors. Proteins used as targeting moieties can be attached to the liposomes via covalent bonds (*see*, Heath, *Covalent Attachment of Proteins to Liposomes, 149 Methods in Enzymology* 111-119 (Academic Press, Inc. 1987)). Other targeting methods include the biotin-avidin system.

In one exemplary embodiment, the lipid particle comprises a mixture of a cationic lipid of the present invention, neutral lipids (other than a cationic lipid), a sterol (*e.g.,* cholesterol) and a PEG-modified lipid (*e.g.,* a PEG-DMG or PEG-DMA). In certain embodiments, the lipid mixture consists of or consists essentially of a cationic lipid of the present invention, a neutral lipid, cholesterol, and a PEG-modified lipid. In further preferred embodiments, the lipid particle consists of or consists essentially of the above lipid mixture in molar ratios of about 20-70% amino lipid: 5-45% neutral lipid:20-55% cholesterol:0.5-15% PEG-modified lipid.

In particular embodiments, the lipid particle consists of or consists essentially of a cationic lipid chosen from Table 1 or Table 2, DSPC, Chol, and either PEG-DMG or PEG-DMA, *e.g.*, in a molar ratio of about 20-60% cationic lipid: 5-25% DSPC :25-55%

Chol:0.5-15% PEG-DMG or PEG-DMA. In particular embodiments, the molar lipid ratio is approximately 40/10/40/10 (mol% cationic lipid/DSPC/Chol/PEG-DMG or PEG-DMA), 35/15/40/10 (mol% cationic lipid/DSPC/Chol/PEG-DMG or PEG-DMA) or 52/13/30/5 (mol% cationic lipid/DSPC/Chol/PEG-DMG or PEG-DMA). In one embodiment, the cationic lipid is ,

 or

. In one preferred embodiment, the cationic lipid is .

In another group of embodiments, the neutral lipid, DSPC, in these compositions is replaced with POPC, DPPC, DOPE or SM.

Therapeutic Agent-Lipid Particle Compositions and Formulations

The present invention includes compositions comprising a lipid particle of the present invention and an active agent, wherein the active agent is associated with the lipid particle. In particular embodiments, the active agent is a therapeutic agent. In particular embodiments, the active agent is encapsulated within an aqueous interior of the lipid particle. In other embodiments, the active agent is present within one or more lipid layers of the lipid particle. In other embodiments, the active agent is bound to the exterior or interior lipid surface of a lipid particle.

"Fully encapsulated" as used herein indicates that the nucleic acid in the particles is not significantly degraded after exposure to serum or a nuclease assay that would significantly degrade free nucleic acids. In a fully encapsulated system, preferably less than 25% of particle nucleic acid is degraded in a treatment that would normally degrade 100% of free nucleic acid, more preferably less than 10% and most preferably less than 5% of the particle nucleic acid is degraded. Alternatively, full encapsulation may be determined by an Oligreen® assay. Oligreen® is an ultra-sensitive fluorescent nucleic acid stain for quantitating oligonucleotides and single-stranded DNA in solution

(available from Invitrogen Corporation, Carlsbad, CA). Fully encapsulated also suggests that the particles are serum stable, that is, that they do not rapidly decompose into their component parts upon *in vivo* administration.

Active agents, as used herein, include any molecule or compound capable of exerting a desired effect on a cell, tissue, organ, or subject. Such effects may be biological, physiological, or cosmetic, for example. Active agents may be any type of molecule or compound, including *e.g.*, nucleic acids, peptides and polypeptides, including, *e.g.*, antibodies, such as, *e.g.*, polyclonal antibodies, monoclonal antibodies, antibody fragments; humanized antibodies, recombinant antibodies, recombinant human antibodies, and Primatized™ antibodies, cytokines, growth factors, apoptotic factors, differentiation-inducing factors, cell surface receptors and their ligands; hormones; and small molecules, including small organic molecules or compounds.

In one embodiment, the active agent is a therapeutic agent, or a salt or derivative thereof. Therapeutic agent derivatives may be therapeutically active themselves or they may be prodrugs, which become active upon further modification. Thus, in one embodiment, a therapeutic agent derivative retains some or all of the therapeutic activity as compared to the unmodified agent, while in another embodiment, a therapeutic agent derivative lacks therapeutic activity.

In various embodiments, therapeutic agents include any therapeutically effective agent or drug, such as anti-inflammatory compounds, anti-depressants, stimulants, analgesics, antibiotics, birth control medication, antipyretics, vasodilators, anti-angiogenics, cytovascular agents, signal transduction inhibitors, cardiovascular drugs, *e.g.*, anti-arrhythmic agents, vasoconstrictors, hormones, and steroids.

In certain embodiments, the therapeutic agent is an oncology drug, which may also be referred to as an anti-tumor drug, an anti-cancer drug, a tumor drug, an antineoplastic agent, or the like. Examples of oncology drugs that may be used according to the invention include, but are not limited to, adriamycin, alkeran, allopurinol, altretamine, amifostine, anastrozole, araC, arsenic trioxide, azathioprine, bexarotene, biCNU, bleomycin, busulfan intravenous, busulfan oral, capecitabine (Xeloda), carboplatin, carmustine, CCNU, celecoxib, chlorambucil, cisplatin, cladribine, cyclosporin A, cytarabine, cytosine arabinoside, daunorubicin, cytoxan, daunorubicin,

dexamethasone, dexrazoxane, dodetaxel, doxorubicin, doxorubicin, DTIC, epirubicin, estramustine, etoposide phosphate, etoposide and VP-16, exemestane, FK506, fludarabine, fluorouracil, 5-FU, gemcitabine (Gemzar), gemtuzumab-ozogamicin, goserelin acetate, hydrea, hydroxyurea, idarubicin, ifosfamide, imatinib mesylate, interferon, irinotecan (Camptostar, CPT-111), letrozole, leucovorin, leustatin, leuprolide, levamisole, litretinoin, megastrol, melphalan, L-PAM, mesna, methotrexate, methoxsalen, mithramycin, mitomycin, mitoxantrone, nitrogen mustard, paclitaxel, pamidronate, Pegademase, pentostatin, porfimer sodium, prednisone, rituxan, streptozocin, STI-571, tamoxifen, taxotere, temozolamide, teniposide, VM-26, topotecan (Hycamtin), toremifene, tretinoin, ATRA, valrubicin, velban, vinblastine, vincristine, VP16, and vinorelbine. Other examples of oncology drugs that may be used according to the invention are ellipticin and ellipticin analogs or derivatives, epothilones, intracellular kinase inhibitors and camptothecins.

*Nucleic Acid-Lipid Particles*

In certain embodiments, lipid particles of the present invention are associated with a nucleic acid, resulting in a nucleic acid-lipid particle. In particular embodiments, the nucleic acid is fully encapsulated in the lipid particle. As used herein, the term "nucleic acid" is meant to include any oligonucleotide or polynucleotide. Fragments containing up to 50 nucleotides are generally termed oligonucleotides, and longer fragments are called polynucleotides. In particular embodiments, oligonucletoides of the present invention are 15-50 nucleotides in length.

In the context of this invention, the terms “polynucleotide” and "oligonucleotide" refer to a polymer or oligomer of nucleotide or nucleoside monomers consisting of naturally occurring bases, sugars and intersugar (backbone) linkages. The terms “polynucleotide” and "oligonucleotide" also includes polymers or oligomers comprising non-naturally occurring monomers, or portions thereof, which function similarly. Such modified or substituted oligonucleotides are often preferred over native forms because of properties such as, for example, enhanced cellular uptake and increased stability in the presence of nucleases.

The nucleic acid that is present in a lipid-nucleic acid particle according to this invention includes any form of nucleic acid that is known. The nucleic acids used herein

can be single-stranded DNA or RNA, or double-stranded DNA or RNA, or DNA-RNA hybrids. Examples of double-stranded DNA include structural genes, genes including control and termination regions, and self-replicating systems such as viral or plasmid DNA. Examples of double-stranded RNA include siRNA and other RNA interference reagents. Single-stranded nucleic acids include, *e.g.*, antisense oligonucleotides, ribozymes, microRNA, and triplex-forming oligonucleotides. The nucleic acid that is present in a lipid-nucleic acid particle of this invention may include one or more of the oligonucleotide modifications described below.

Nucleic acids of the present invention may be of various lengths, generally dependent upon the particular form of nucleic acid. For example, in particular embodiments, plasmids or genes may be from about 1,000 to 100,000 nucleotide residues in length. In particular embodiments, oligonucleotides may range from about 10 to 100 nucleotides in length. In various related embodiments, oligonucleotides, single-stranded, double-stranded, and triple-stranded, may range in length from about 10 to about 50 nucleotides, from about 20 o about 50 nucleotides, from about 15 to about 30 nucleotides, from about 20 to about 30 nucleotides in length.

In particular embodiments, the oligonucleotide (or a strand thereof) of the present invention specifically hybridizes to or is complementary to a target polynucleotide. “Specifically hybridizable" and "complementary" are terms which are used to indicate a sufficient degree of complementarity such that stable and specific binding occurs between the DNA or RNA target and the oligonucleotide. It is understood that an oligonucleotide need not be 100% complementary to its target nucleic acid sequence to be specifically hybridizable. An oligonucleotide is specifically hybridizable when binding of the oligonucleotide to the target interferes with the normal function of the target molecule to cause a loss of utility or expression therefrom, and there is a sufficient degree of complementarity to avoid non-specific binding of the oligonucleotide to non-target sequences under conditions in which specific binding is desired, *i.e.*, under physiological conditions in the case of *in vivo* assays or therapeutic treatment, or, in the case of *in vitro* assays, under conditions in which the assays are conducted. Thus, in other embodiments, this oligonucleotide includes 1, 2, or 3 base substitutions, e.g.

mismatches, as compared to the region of a gene or mRNA sequence that it is targeting or to which it specifically hybridizes.

*RNA Interference Nucleic Acids*

In particular embodiments, nucleic acid-lipid particles of the present invention are associated with RNA interference (RNAi) molecules. RNA interference methods using RNAi molecules may be used to disrupt the expression of a gene or polynucleotide of interest. Small interfering RNA (siRNA) has essentially replaced antisense ODN and ribozymes as the next generation of targeted oligonucleotide drugs under development.

SiRNAs are RNA duplexes normally 16-30 nucleotides long that can associate with a cytoplasmic multi-protein complex known as RNAi-induced silencing complex (RISC). RISC loaded with siRNA mediates the degradation of homologous mRNA transcripts, therefore siRNA can be designed to knock down protein expression with high specificity. Unlike other antisense technologies, siRNA function through a natural mechanism evolved to control gene expression through non-coding RNA. This is generally considered to be the reason why their activity is more potent *in vitro* and *in vivo* than either antisense ODN or ribozymes. A variety of RNAi reagents, including siRNAs targeting clinically relevant targets, are currently under pharmaceutical development, as described, *e.g.*, in de Fougerolles, A. *et al.*, Nature Reviews 6:443-453 (2007).

While the first described RNAi molecules were RNA:RNA hybrids comprising both an RNA sense and an RNA antisense strand, it has now been demonstrated that DNA sense:RNA antisense hybrids, RNA sense:DNA antisense hybrids, and DNA:DNA hybrids are capable of mediating RNAi (Lamberton, J.S. and Christian, A.T., (2003) Molecular Biotechnology 24:111-119). Thus, the invention includes the use of RNAi molecules comprising any of these different types of double-stranded molecules. In addition, it is understood that RNAi molecules may be used and introduced to cells in a variety of forms. Accordingly, as used herein, RNAi molecules encompasses any and all molecules capable of inducing an RNAi response in cells, including, but not limited to, double-stranded oligonucleotides comprising two separate strands, *i.e.* a sense strand and an antisense strand, *e.g.*, small interfering RNA (siRNA); double-stranded oligonucleotide comprising two separate strands that are linked together by non-

nucleotidyl linker; oligonucleotides comprising a hairpin loop of complementary sequences, which forms a double-stranded region, *e.g.*, shRNAi molecules, and expression vectors that express one or more polynucleotides capable of forming a double-stranded polynucleotide alone or in combination with another polynucleotide.

A "single strand siRNA compound" as used herein, is an siRNA compound which is made up of a single molecule. It may include a duplexed region, formed by intra-strand pairing, *e.g.*, it may be, or include, a hairpin or pan-handle structure. Single strand siRNA compounds may be antisense with regard to the target molecule

A single strand siRNA compound may be sufficiently long that it can enter the RISC and participate in RISC mediated cleavage of a target mRNA. A single strand siRNA compound is at least 14, and in other embodiments at least 15, 20, 25, 29, 35, 40, or 50 nucleotides in length. In certain embodiments, it is less than 200, 100, or 60 nucleotides in length.

Hairpin siRNA compounds will have a duplex region equal to or at least 17, 18, 19, 29, 21, 22, 23, 24, or 25 nucleotide pairs. The duplex region will may be equal to or less than 200, 100, or 50, in length. In certain embodiments, ranges for the duplex region are 15-30, 17 to 23, 19 to 23, and 19 to 21 nucleotides pairs in length. The hairpin may have a single strand overhang or terminal unpaired region. In certain embodiments, the overhangs are 2-3 nucleotides in length. In some embodiments, the overhang is at the sense side of the hairpin and in some embodiments on the antisense side of the hairpin.

A "double stranded siRNA compound" as used herein, is an siRNA compound which includes more than one, and in some cases two, strands in which interchain hybridization can form a region of duplex structure.

The antisense strand of a double stranded siRNA compound may be equal to or at least, 14, 15, 16 17, 18, 19, 25, 29, 40, or 60 nucleotides in length. It may be equal to or less than 200, 100, or 50, nucleotides in length. Ranges may be 17 to 25, 19 to 23, and 19 to21 nucleotides in length. As used herein, term "antisense strand" means the strand of an siRNA compound that is sufficiently complementary to a target molecule, e.g. a target RNA.

The sense strand of a double stranded siRNA compound may be equal to or at least 14, 15, 16 17, 18, 19, 25, 29, 40, or 60 nucleotides in length. It may be equal to or less than 200, 100, or 50, nucleotides in length. Ranges may be 17 to 25, 19 to 23, and 19 to 21 nucleotides in length.

The double strand portion of a double stranded siRNA compound may be equal to or at least, 14, 15, 16 17, 18, 19, 20, 21, 22, 23, 24, 25, 29, 40, or 60 nucleotide pairs in length. It may be equal to or less than 200, 100, or 50, nucleotides pairs in length. Ranges may be 15-30, 17 to 23, 19 to 23, and 19 to 21 nucleotides pairs in length.

In many embodiments, the siRNA compound is sufficiently large that it can be cleaved by an endogenous molecule, *e.g.*, by Dicer, to produce smaller siRNA compounds, *e.g.*, siRNAs agents

The sense and antisense strands may be chosen such that the double-stranded siRNA compound includes a single strand or unpaired region at one or both ends of the molecule. Thus, a double-stranded siRNA compound may contain sense and antisense strands, paired to contain an overhang, *e.g.*, one or two 5' or 3' overhangs, or a 3' overhang of 1 - 3 nucleotides. The overhangs can be the result of one strand being longer than the other, or the result of two strands of the same length being staggered. Some embodiments will have at least one 3' overhang. In one embodiment, both ends of an siRNA molecule will have a 3' overhang. In some embodiments, the overhang is 2 nucleotides.

In certain embodiments, the length for the duplexed region is between 15 and 30, or 18, 19, 20, 21, 22, and 23 nucleotides in length, *e.g.*, in the ssiRNA compound range discussed above. ssiRNA compounds can resemble in length and structure the natural Dicer processed products from long dsiRNAs. Embodiments in which the two strands of the ssiRNA compound are linked, *e.g.*, covalently linked are also included. Hairpin, or other single strand structures which provide the required double stranded region, and a 3' overhang are also within the invention.

The siRNA compounds described herein, including double-stranded siRNA compounds and single-stranded siRNA compounds can mediate silencing of a target RNA, *e.g.*, mRNA, *e.g.*, a transcript of a gene that encodes a protein. For convenience,

such mRNA is also referred to herein as mRNA to be silenced. Such a gene is also referred to as a target gene. In general, the RNA to be silenced is an endogenous gene or a pathogen gene. In addition, RNAs other than mRNA, *e.g.*, tRNAs, and viral RNAs, can also be targeted.

As used herein, the phrase "mediates RNAi" refers to the ability to silence, in a sequence specific manner, a target RNA. While not wishing to be bound by theory, it is believed that silencing uses the RNAi machinery or process and a guide RNA, *e.g.*, an ssiRNA compound of 21 to 23 nucleotides.

In one embodiment, an siRNA compound is "sufficiently complementary" to a target RNA, *e.g.*, a target mRNA, such that the siRNA compound silences production of protein encoded by the target mRNA. In another embodiment, the siRNA compound is "exactly complementary" to a target RNA, *e.g.*, the target RNA and the siRNA compound anneal, for example to form a hybrid made exclusively of Watson-Crick base pairs in the region of exact complementarity. A "sufficiently complementary" target RNA can include an internal region (*e.g.*, of at least 10 nucleotides) that is exactly complementary to a target RNA. Moreover, in certain embodiments, the siRNA compound specifically discriminates a single-nucleotide difference. In this case, the siRNA compound only mediates RNAi if exact complementary is found in the region (*e.g.*, within 7 nucleotides of) the single-nucleotide difference.

*MicroRNAs*

Micro RNAs (miRNAs) are a highly conserved class of small RNA molecules that are transcribed from DNA in the genomes of plants and animals, but are not translated into protein. Processed miRNAs are single stranded ~17-25 nucleotide (nt) RNA molecules that become incorporated into the RNA-induced silencing complex (RISC) and have been identified as key regulators of development, cell proliferation, apoptosis and differentiation. They are believed to play a role in regulation of gene expression by binding to the 3'-untranslated region of specific mRNAs. RISC mediates down-regulation of gene expression through translational inhibition, transcript cleavage, or both. RISC is also implicated in transcriptional silencing in the nucleus of a wide range of eukaryotes.

The number of miRNA sequences identified to date is large and growing, illustrative examples of which can be found, for example, in: "*miRBase: microRNA sequences, targets and gene nomenclature*" Griffiths-Jones S, Grocock RJ, van Dongen S, Bateman A, Enright AJ. NAR, 2006, 34, Database Issue, D140-D144; "*The microRNA Registry*" Griffiths-Jones S. NAR, 2004, 32, Database Issue, D109-D111; and also at http://microrna.sanger.ac.uk/sequences/.

*Antisense Oligonucleotides*

In one embodiment, a nucleic acid is an antisense oligonucleotide directed to a target polynucleotide. The term "antisense oligonucleotide" or simply "antisense" is meant to include oligonucleotides that are complementary to a targeted polynucleotide sequence. Antisense oligonucleotides are single strands of DNA or RNA that are complementary to a chosen sequence, e.g. a target gene mRNA. Antisense oligonucleotides are thought to inhibit gene expression by binding to a complementary mRNA. Binding to the target mRNA can lead to inhibition of gene expression by through making the

either by preventing translation of complementary mRNA strands by binding to it or by leading to degradation of the target mRNA Antisense DNA can be used to target a specific, complementary (coding or non-coding) RNA. If binding takes places this DNA/RNA hybrid can be degraded by the enzyme RNase H. In particular embodiment, antisense oligonucleotides contain from about 10 to about 50 nucleotides, more preferably about 15 to about 30 nucleotides. The term also encompasses antisense oligonucleotides that may not be exactly complementary to the desired target gene. Thus, the invention can be utilized in instances where non-target specific-activities are found with antisense, or where an antisense sequence containing one or more mismatches with the target sequence is the most preferred for a particular use.

Antisense oligonucleotides have been demonstrated to be effective and targeted inhibitors of protein synthesis, and, consequently, can be used to specifically inhibit protein synthesis by a targeted gene. The efficacy of antisense oligonucleotides for inhibiting protein synthesis is well established. For example, the synthesis of polygalactauronase and the muscarine type 2 acetylcholine receptor are inhibited by

antisense oligonucleotides directed to their respective mRNA sequences (U. S. Patent 5,739,119 and U. S. Patent 5,759,829). Further, examples of antisense inhibition have been demonstrated with the nuclear protein cyclin, the multiple drug resistance gene (MDG1), ICAM-1, E-selectin, STK-1, striatal $GABA_A$ receptor and human EGF (Jaskulski *et al*., Science. 1988 Jun 10;240(4858):1544-6; Vasanthakumar and Ahmed, Cancer Commun. 1989;1(4):225-32**;** Peris *et al*., Brain Res Mol Brain Res. 1998 Jun 15;57(2):310-20; U. S. Patent 5,801,154; U.S. Patent 5,789,573; U. S. Patent 5,718,709 and U.S. Patent 5,610,288). Furthermore, antisense constructs have also been described that inhibit and can be used to treat a variety of abnormal cellular proliferations, *e.g.* cancer (U. S. Patent 5,747,470; U. S. Patent 5,591,317 and U. S. Patent 5,783,683).

Methods of producing antisense oligonucleotides are known in the art and can be readily adapted to produce an antisense oligonucleotide that targets any polynucleotide sequence. Selection of antisense oligonucleotide sequences specific for a given target sequence is based upon analysis of the chosen target sequence and determination of secondary structure, $T_m$, binding energy, and relative stability. Antisense oligonucleotides may be selected based upon their relative inability to form dimers, hairpins, or other secondary structures that would reduce or prohibit specific binding to the target mRNA in a host cell. Highly preferred target regions of the mRNA include those regions at or near the AUG translation initiation codon and those sequences that are substantially complementary to 5' regions of the mRNA. These secondary structure analyses and target site selection considerations can be performed, for example, using v.4 of the OLIGO primer analysis software (Molecular Biology Insights) and/or the BLASTN 2.0.5 algorithm software (Altschul *et al.,* Nucleic Acids Res. 1997, 25(17):3389-402).

*Antagomirs*

Antagomirs are RNA-like oligonucleotides that harbor various modifications for RNAse protection and pharmacologic properties, such as enhanced tissue and cellular uptake. They differ from normal RNA by, for example, complete 2'-*O*-methylation of sugar, phosphorothioate backbone and, for example, a cholesterol-moiety at 3'-end. Antagomirs may be used to efficiently silence endogenous miRNAs by forming duplexes comprising the antagomir and endogenous miRNA, thereby preventing miRNA-induced

gene silencing. An example of antagomir-mediated miRNA silencing is the silencing of miR-122, described in Krutzfeldt *et al*, Nature, 2005, 438: 685-689, which is expressly incorporated by reference herein in its entirety. Antagomir RNAs may be synthesized using standard solid phase oligonucleotide synthesis protocols. See U.S. Patent Application Ser. Nos. 11/502,158 and 11/657,341 (the disclosure of each of which are incorporated herein by reference).

An antagomir can include ligand-conjugated monomer subunits and monomers for oligonucleotide synthesis. Exemplary monomers are described in U.S. Application No. 10/916,185, filed on August 10, 2004. An antagomir can have a ZXY structure, such as is described in PCT Application No. PCT/US2004/07070 filed on March 8, 2004. An antagomir can be complexed with an amphipathic moiety. Exemplary amphipathic moieties for use with oligonucleotide agents are described in PCT Application No. PCT/US2004/07070, filed on March 8, 2004.

*Aptamers*

Aptamers are nucleic acid or peptide molecules that bind to a particular molecule of interest with high affinity and specificity (Tuerk and Gold, Science **249**:505 (1990); Ellington and Szostak, Nature **346**:818 (1990)). DNA or RNA aptamers have been successfully produced which bind many different entities from large proteins to small organic molecules. See Eaton, Curr. Opin. Chem. Biol. **1**:10-16 (1997), Famulok, Curr. Opin. Struct. Biol. **9**:324-9(1999), and Hermann and Patel, Science **287**:820-5 (2000). Aptamers may be RNA or DNA based, and may include a riboswitch. A riboswitch is a part of an mRNA molecule that can directly bind a small target molecule, and whose binding of the target affects the gene's activity. Thus, an mRNA that contains a riboswitch is directly involved in regulating its own activity, depending on the presence or absence of its target molecule. Generally, aptamers are engineered through repeated rounds of *in vitro* selection or equivalently, SELEX (systematic evolution of ligands by exponential enrichment) to bind to various molecular targets such as small molecules, proteins, nucleic acids, and even cells, tissues and organisms. The aptamer may be prepared by any known method, including synthetic, recombinant, and purification methods, and may be used alone or in combination with other aptamers specific for the same target. Further, as described more fully herein, the term "aptamer" specifically

includes "secondary aptamers" containing a consensus sequence derived from comparing two or more known aptamers to a given target.

*Ribozymes*

According to another embodiment of the invention, nucleic acid-lipid particles are associated with ribozymes. Ribozymes are RNA molecules complexes having specific catalytic domains that possess endonuclease activity (Kim and Cech, Proc Natl Acad Sci U S A. 1987 Dec;84(24):8788-92; Forster and Symons, Cell. 1987 Apr 24;49(2):211-20). For example, a large number of ribozymes accelerate phosphoester transfer reactions with a high degree of specificity, often cleaving only one of several phosphoesters in an oligonucleotide substrate (Cech *et al.*, Cell. 1981 Dec;27(3 Pt 2):487-96; Michel and Westhof, J Mol Biol. 1990 Dec 5;216(3):585-610; Reinhold-Hurek and Shub, Nature. 1992 May 14;357(6374):173-6). This specificity has been attributed to the requirement that the substrate bind via specific base-pairing interactions to the internal guide sequence ("IGS") of the ribozyme prior to chemical reaction.

At least six basic varieties of naturally-occurring enzymatic RNAs are known presently. Each can catalyze the hydrolysis of RNA phosphodiester bonds *in trans* (and thus can cleave other RNA molecules) under physiological conditions. In general, enzymatic nucleic acids act by first binding to a target RNA. Such binding occurs through the target binding portion of a enzymatic nucleic acid which is held in close proximity to an enzymatic portion of the molecule that acts to cleave the target RNA. Thus, the enzymatic nucleic acid first recognizes and then binds a target RNA through complementary base-pairing, and once bound to the correct site, acts enzymatically to cut the target RNA. Strategic cleavage of such a target RNA will destroy its ability to direct synthesis of an encoded protein. After an enzymatic nucleic acid has bound and cleaved its RNA target, it is released from that RNA to search for another target and can repeatedly bind and cleave new targets.

The enzymatic nucleic acid molecule may be formed in a hammerhead, hairpin, a hepatitis δ virus, group I intron or RNaseP RNA (in association with an RNA guide sequence) or Neurospora VS RNA motif, for example. Specific examples of hammerhead motifs are described by Rossi *et al.* Nucleic Acids Res. 1992 Sep 11;20(17):4559-65. Examples of hairpin motifs are described by Hampel *et al.* (Eur. Pat.

Appl. Publ. No. EP 0360257), Hampel and Tritz, Biochemistry 1989 Jun 13;28(12):4929-33; Hampel *et al.,* Nucleic Acids Res. 1990 Jan 25;18(2):299-304 and U. S. Patent 5,631,359. An example of the hepatitis virus motif is described by Perrotta and Been, Biochemistry. 1992 Dec 1;31(47):11843-52; an example of the RNaseP motif is described by Guerrier-Takada *et al.*, Cell. 1983 Dec;35(3 Pt 2):849-57; Neurospora VS RNA ribozyme motif is described by Collins (Saville and Collins, Cell. 1990 May 18;61(4):685-96; Saville and Collins, Proc Natl Acad Sci U S A. 1991 Oct 1;88(19):8826-30; Collins and Olive, Biochemistry. 1993 Mar 23;32(11):2795-9); and an example of the Group I intron is described in U. S. Patent 4,987,071. Important characteristics of enzymatic nucleic acid molecules used according to the invention are that they have a specific substrate binding site which is complementary to one or more of the target gene DNA or RNA regions, and that they have nucleotide sequences within or surrounding that substrate binding site which impart an RNA cleaving activity to the molecule. Thus the ribozyme constructs need not be limited to specific motifs mentioned herein.

Methods of producing a ribozyme targeted to any polynucleotide sequence are known in the art. Ribozymes may be designed as described in Int. Pat. Appl. Publ. No. WO 93/23569 and Int. Pat. Appl. Publ. No. WO 94/02595, each specifically incorporated herein by reference, and synthesized to be tested *in vitro* and *in vivo*, as described therein.

Ribozyme activity can be optimized by altering the length of the ribozyme binding arms or chemically synthesizing ribozymes with modifications that prevent their degradation by serum ribonucleases (see *e.g.*, Int. Pat. Appl. Publ. No. WO 92/07065; Int. Pat. Appl. Publ. No. WO 93/15187; Int. Pat. Appl. Publ. No. WO 91/03162; Eur. Pat. Appl. Publ. No. 92110298.4; U. S. Patent 5,334,711; and Int. Pat. Appl. Publ. No. WO 94/13688, which describe various chemical modifications that can be made to the sugar moieties of enzymatic RNA molecules), modifications which enhance their efficacy in cells, and removal of stem II bases to shorten RNA synthesis times and reduce chemical requirements.

*Immunostimulatory Oligonucleotides*

Nucleic acids associated with lipid particles of the present invention may be immunostimulatory, including immunostimulatory oligonucleotides (ISS; single-or

double-stranded) capable of inducing an immune response when administered to a subject, which may be a mammal or other patient. ISS include, *e.g.*, certain palindromes leading to hairpin secondary structures (see Yamamoto S., et al. (1992) J. Immunol. 148: 4072-4076), or CpG motifs, as well as other known ISS features (such as multi-G domains, see WO 96/11266).

The immune response may be an innate or an adaptive immune response. The immune system is divided into a more innate immune system, and acquired adaptive immune system of vertebrates, the latter of which is further divided into humoral cellular components. In particular embodiments, the immune response may be mucosal.

In particular embodiments, an immunostimulatory nucleic acid is only immunostimulatory when administered in combination with a lipid particle, and is not immunostimulatory when administered in its "free form." According to the present invention, such an oligonucleotide is considered to be immunostimulatory.

Immunostimulatory nucleic acids are considered to be non-sequence specific when it is not required that they specifically bind to and reduce the expression of a target polynucleotide in order to provoke an immune response. Thus, certain immunostimulatory nucleic acids may comprise a seuqence correspondign to a region of a naturally occurring gene or mRNA, but they may still be considered non-sequence specific immunostimulatory nucleic acids.

In one embodiment, the immunostimulatory nucleic acid or oligonucleotide comprises at least one CpG dinucleotide. The oligonucleotide or CpG dinucleotide may be unmethylated or methylated. In another embodiment, the immunostimulatory nucleic acid comprises at least one CpG dinucleotide having a methylated cytosine. In one embodiment, the nucleic acid comprises a single CpG dinucleotide, wherein the cytosine in said CpG dinucleotide is methylated. In a specific embodiment, the nucleic acid comprises the sequence 5' TAACGTTGAGGGGCAT 3'. In an alternative embodiment, the nucleic acid comprises at least two CpG dinucleotides, wherein at least one cytosine in the CpG dinucleotides is methylated. In a further embodiment, each cytosine in the CpG dinucleotides present in the sequence is methylated. In another embodiment, the nucleic acid comprises a plurality of CpG dinucleotides, wherein at least one of said CpG dinucleotides comprises a methylated cytosine.

In one specific embodiment, the nucleic acid comprises the sequence 5' TTCCATGACGTTCCTGACGT 3'. In another specific embodiment, the nucleic acid sequence comprises the sequence 5' TCCATGA**C**GTTCCTGA**C**GT 3', wherein the two cytosines indicated in bold are methylated. In particular embodiments, the ODN is selected from a group of ODNs consisting of ODN #1, ODN #2, ODN #3, ODN #4, ODN #5, ODN #6, ODN #7, ODN #8, and ODN #9, as shown below.

**Table 3. Exemplary Immunostimulatory Oligonucleotides (ODNs)**

| ODN NAME | SEQ ID | ODN SEQUENCE (5'-3') . |
|---|---|---|
| ODN 1<br>human c-myc | | 5'-TAACGTTGAGGGGCAT-3 |
| * ODN 1m | | 5'-TAAZGTTGAGGGGCAT-3 |
| ODN 2 | | 5'-TCCATGACGTTCCTGACGTT-3 |
| * ODN 2m | | 5'-TCCATGAZGTTCCTGAZGTT-3 |
| ODN 3 | | 5'-TAAGCATACGGGGTGT-3 |
| ODN 5 | | 5'-AACGTT-3 |
| ODN 6 | | 5'-<br>GATGCTGTGTCGGGGTCTCCGGGC-<br>3' |
| ODN 7 | | 5'-TCGTCGTTTTGTCGTTTTGTCGTT-<br>3' |
| ODN 7m | | 5'-TZGTZGTTTTGTZGTTTTGTZGTT-<br>3' |
| ODN 8 | | 5'-TCCAGGACTTCTCTCAGGTT-3' |
| ODN 9 | | 5'-TCTCCCAGCGTGCGCCAT-3' |
| ODN 10 murine Intracellular Adhesion Molecule-1 | | 5'-TGCATCCCCCAGGCCACCAT-3 |
| ODN 11 human Intracellular Adhesion Molecule-1 | | 5'-GCCCAAGCTGGCATCCGTCA-3' |
| ODN 12 human Intracellular Adhesion Molecule-1 | | 5'-GCCCAAGCTGGCATCCGTCA-3' |
| ODN 13 human erb-B-2 | | 5'-GGT GCTCACTGC GGC-3' |
| ODN 14 human c-myc | | 5'-AACC GTT GAG GGG CAT-3' |
| ODN 15 human c-myc | | 5'-TAT GCT GTG CCG GGG TCT TCG GGC-3' |
| ODN 16 | | 5'-GTGCCG GGGTCTTCGGGC-3' |

| ODN NAME | SEQ ID | ODN SEQUENCE (5'-3') . |
|---|---|---|
| ODN 17 human Insulin Growth Factor 1 - Receptor | | 5'-GGACCCTCCTCCGGAGCC-3' |
| ODN 18 human Insulin Growth Factor 1 - Receptor | | 5'-TCC TCC GGA GCC AGA CTT-3' |
| ODN 19 human Epidermal Growth Factor - Receptor | | 5'-AAC GTT GAG GGG CAT-3' |
| ODN 20 Epidermal Growth Factor - Receptor | | 5'-CCGTGGTCA TGCTCC-3' |
| ODN 21 human Vascular Endothelial Growth Factor | | 5'-CAG CCTGGCTCACCG CCTTGG-3' |
| ODN 22 murine Phosphokinase C - alpha | | 5'-CAG CCA TGG TTC CCC CCA AC-3' |
| ODN 23 | | 5'-GTT CTC GCT GGT GAG TTT CA-3' |
| ODN 24 human Bcl-2 | | 5'-TCT CCCAGCGTGCGCCAT-3' |
| ODN 25 human C-Raf-s | | 5'-GTG CTC CAT TGA TGC-3' |
| ODN #26 human Vascular Endothelial Growth Factor Receptor-1 | | 5'-GAGUUCUGAUGAGGCCGAAAGG-CCGAAAGUCUG-3' |
| ODN #27 | | 5'-RRCGYY-3' |
| ODN # 28 | | 5'-AACGTTGAGGGGCAT-3' |
| ODN #29 | | 5'-CAACGTTATGGGGAGA-3' |
| ODN #30 human c-myc | | 5'-TAACGTTGAGGGGCAT-3' |

"Z" represents a methylated cytosine residue. ODN 14 is a 15-mer oligonucleotide and ODN 1 is the same oligonucleotide having a thymidine added onto the 5' end making ODN 1 into a 16-mer. No difference in biological activity between ODN 14 and ODN 1 has been detected and both exhibit similar immunostimulatory activity (Mui *et al.*, 2001)

Additional specific nucleic acid sequences of oligonucleotides (ODNs) suitable for use in the compositions and methods of the invention are described in Raney *et al.*, Journal of Pharmacology and Experimental Therapeutics, 298:1185-1192 (2001). In certain embodiments, ODNs used in the compositions and methods of the present invention have a phosphodiester ("PO") backbone or a phosphorothioate ("PS") backbone, and/or at least one methylated cytosine residue in a CpG motif.

*Decoy Oligonucleotides*

Because transcription factors recognize their relatively short binding sequences, even in the absence of surrounding genomic DNA, short oligonucleotides bearing the

consensus binding sequence of a specific transcription factor can be used as tools for manipulating gene expression in living cells. This strategy involves the intracellular delivery of such "decoy oligonucleotides", which are then recognized and bound by the target factor. Occupation of the transcription factor's DNA-binding site by the decoy renders the transcription factor incapable of subsequently binding to the promoter regions of target genes. Decoys can be used as therapeutic agents, either to inhibit the expression of genes that are activated by a transcription factor, or to upregulate genes that are suppressed by the binding of a transcription factor. Examples of the utilization of decoy oligonucleotides may be found in Mann et al., J. Clin. Invest., 2000, 106: 1071-1075, which is expressly incorporated by reference herein, in its entirety

*Supermir*

A supermir refers to a single stranded, double stranded or partially double stranded oligomer or polymer of ribonucleic acid (RNA) or deoxyribonucleic acid (DNA) or both or modifications thereof, which has a nucleotide sequence that is substantially identical to an miRNA and that is antisense with respect to its target. This term includes oligonucleotides composed of naturally-occurring nucleobases, sugars and covalent internucleoside (backbone) linkages and which contain at least one non-naturally-occurring portion which functions similarly. Such modified or substituted oligonucleotides are preferred over native forms because of desirable properties such as, for example, enhanced cellular uptake, enhanced affinity for nucleic acid target and increased stability in the presence of nucleases. In a preferred embodiment, the supermir does not include a sense strand, and in another preferred embodiment, the supermir does not self-hybridize to a significant extent. An supermir featured in the invention can have secondary structure, but it is substantially single-stranded under physiological conditions. An supermir that is substantially single-stranded is single-stranded to the extent that less than about 50% (*e.g.*, less than about 40%, 30%, 20%, 10%, or 5%) of the supermir is duplexed with itself. The supermir can include a hairpin segment, e.g., sequence, preferably at the 3' end can self hybridize and form a duplex region, e.g., a duplex region of at least 1, 2, 3, or 4 and preferably less than 8, 7, 6, or n nucleotides, e.g., 5 nuclotides. The duplexed region can be connected by a linker, e.g., a nucleotide linker, e.g., 3, 4, 5, or 6 dTs, e.g., modified dTs. In another embodiment the supermir is duplexed with a

shorter oligo, e.g., of 5, 6, 7, 8, 9, or 10 nucleotides in length, e.g., at one or both of the 3' and 5' end or at one end and in the non-terminal or middle of the supermir.

*miRNA mimics*

miRNA mimics represent a class of molecules that can be used to imitate the gene silencing ability of one or more miRNAs. Thus, the term "microRNA mimic" refers to synthetic non-coding RNAs (i.e. the miRNA is not obtained by purification from a source of the endogenous miRNA) that are capable of entering the RNAi pathway and regulating gene expression. miRNA mimics can be designed as mature molecules (e.g. single stranded) or mimic precursors (e.g., pri- or pre-miRNAs). miRNA mimics can be comprised of nucleic acid (modified or modified nucleic acids) including oligonucleotides comprising, without limitation, RNA, modified RNA, DNA, modified DNA, locked nucleic acids, or 2'-O,4'-C-ethylene-bridged nucleic acids (ENA), or any combination of the above (including DNA-RNA hybrids). In addition, miRNA mimics can comprise conjugates that can affect delivery, intracellular compartmentalization, stability, specificity, functionality, strand usage, and/or potency. In one design, miRNA mimics are double stranded molecules (e.g., with a duplex region of between about 16 and about 31 nucleotides in length) and contain one or more sequences that have identity with the mature strand of a given miRNA. Modifications can comprise 2' modifications (including 2'-O methyl modifications and 2' F modifications) on one or both strands of the molecule and internucleotide modifications (e.g. phorphorthioate modifications) that enhance nucleic acid stability and/or specificity. In addition, miRNA mimics can include overhangs. The overhangs can consist of 1-6 nucleotides on either the 3' or 5' end of either strand and can be modified to enhance stability or functionality. In one embodiment, a miRNA mimic comprises a duplex region of between 16 and 31 nucleotides and one or more of the following chemical modification patterns: the sense strand contains 2'-O-methyl modifications of nucleotides 1 and 2 (counting from the 5' end of the sense oligonucleotide), and all of the Cs and Us; the antisense strand modifications can comprise 2' F modification of all of the Cs and Us, phosphorylation of the 5' end of the oligonucleotide, and stabilized internucleotide linkages associated with a 2 nucleotide 3 ' overhang.

*Antimir or miRNA inhibitor*.

The terms “ antimir” "microRNA inhibitor", "miR inhibitor", or "inhibitor" are synonymous and refer to oligonucleotides or modified oligonucleotides that interfere with the ability of specific miRNAs. In general, the inhibitors are nucleic acid or modified nucleic acids in nature including oligonucleotides comprising RNA, modified RNA, DNA, modified DNA, locked nucleic acids (LNAs), or any combination of the above. Modifications include 2' modifications (including 2'-0 alkyl modifications and 2' F modifications) and internucleotide modifications (e.g. phosphorothioate modifications) that can affect delivery, stability, specificity, intracellular compartmentalization, or potency. In addition, miRNA inhibitors can comprise conjugates that can affect delivery, intracellular compartmentalization, stability, and/or potency. Inhibitors can adopt a variety of configurations including single stranded, double stranded (RNA/RNA or RNA/DNA duplexes), and hairpin designs, in general, microRNA inhibitors comprise contain one or more sequences or portions of sequences that are complementary or partially complementary with the mature strand (or strands) of the miRNA to be targeted, in addition, the miRNA inhibitor may also comprise additional sequences located 5' and 3' to the sequence that is the reverse complement of the mature miRNA. The additional sequences may be the reverse complements of the sequences that are adjacent to the mature miRNA in the pri-miRNA from which the mature miRNA is derived, or the additional sequences may be arbitrary sequences (having a mixture of A, G, C, or U). In some embodiments, one or both of the additional sequences are arbitrary sequences capable of forming hairpins. Thus, in some embodiments, the sequence that is the reverse complement of the miRNA is flanked on the 5' side and on the 3' side by hairpin structures. Micro-RNA inhibitors, when double stranded, may include mismatches between nucleotides on opposite strands. Furthermore, micro-RNA inhibitors may be linked to conjugate moieties in order to facilitate uptake of the inhibitor into a cell. For example, a micro-RNA inhibitor may be linked to cholesteryl 5-(bis(4-methoxyphenyl)(phenyl)methoxy)-3 hydroxypentylcarbamate) which allows passive uptake of a micro-RNA inhibitor into a cell. Micro-RNA inhibitors, including hairpin miRNA inhibitors, are described in detail in Vermeulen et al., "Double-Stranded Regions Are Essential Design Components Of Potent Inhibitors of RISC Function," RNA 13: 723-730 (2007) and in WO2007/095387 and WO 2008/036825 each of which is incorporated

herein by reference in its entirety. A person of ordinary skill in the art can select a sequence from the database for a desired miRNA and design an inhibitor useful for the methods disclosed herein.

*U1 adaptor*

U1 adaptor inhibit polyA sites and are bifunctional oligonucleotides with a target domain complementary to a site in the target gene's terminal exon and a 'U1 domain' that binds to the U1 smaller nuclear RNA component of the U1 snRNP (Goraczniak, et al., 2008, Nature Biotechnology, 27(3), 257-263, which is expressly incorporated by reference herein, in its entirety). U1 snRNP is a ribonucleoprotein complex that functions primarily to direct early steps in spliceosome formation by binding to the pre-mRNA exon- intron boundary (Brown and Simpson, 1998, Annu Rev Plant Physiol Plant MoI Biol 49:77-95). Nucleotides 2-11 of the 5'end of U1 snRNA base pair bind with the 5'ss of the pre mRNA. In one embodiment, oligonucleotides of the invention are U1 adaptors. In one embodiment, the U1 adaptor can be administered in combination with at least one other iRNA agent.

*Oligonucleotide modifications*

Unmodified oligonucleotides may be less than optimal in some applications, *e.g.*, unmodified oligonucleotides can be prone to degradation by *e.g.*, cellular nucleases. Nucleases can hydrolyze nucleic acid phosphodiester bonds. However, chemical modifications of oligonucleotides can confer improved properties, and, *e.g.*, can render oligonucleotides more stable to nucleases.

As oligonucleotides are polymers of subunits or monomers, many of the modifications described below occur at a position which is repeated within an oligonucleotide, *e.g.*, a modification of a base, a sugar, a phosphate moiety, or the non-bridging oxygen of a phosphate moiety. It is not necessary for all positions in a given oligonucleotide to be uniformly modified, and in fact more than one of the aforementioned modifications may be incorporated in a single oligonucleotide or even at a single nucleoside within an oligonucleotide.

In some cases the modification will occur at all of the subject positions in the oligonucleotide but in many, and in fact in most cases it will not. By way of example, a

modification may only occur at a 3' or 5' terminal position, may only occur in the internal region, may only occur in a terminal regions, *e.g.* at a position on a terminal nucleotide or in the last 2, 3, 4, 5, or 10 nucleotides of an oligonucleotide. A modification may occur in a double strand region, a single strand region, or in both. A modification may occur only in the double strand region of a double-stranded oligonucleotide or may only occur in a single strand region of a double-stranded oligonucleotide. *E.g.*, a phosphorothioate modification at a non-bridging oxygen position may only occur at one or both termini, may only occur in a terminal regions, *e.g.*, at a position on a terminal nucleotide or in the last 2, 3, 4, 5, or 10 nucleotides of a strand, or may occur in double strand and single strand regions, particularly at termini. The 5' end or ends can be phosphorylated.

A modification described herein may be the sole modification, or the sole type of modification included on multiple nucleotides, or a modification can be combined with one or more other modifications described herein. The modifications described herein can also be combined onto an oligonucleotide, e.g. different nucleotides of an oligonucleotide have different modifications described herein.

In some embodiments it is particularly preferred, *e.g.*, to enhance stability, to include particular nucleobases in overhangs, or to include modified nucleotides or nucleotide surrogates, in single strand overhangs, *e.g.*, in a 5' or 3' overhang, or in both. *E.g.*, it can be desirable to include purine nucleotides in overhangs. In some embodiments all or some of the bases in a 3' or 5' overhang will be modified, *e.g.*, with a modification described herein. Modifications can include, *e.g.*, the use of modifications at the 2' OH group of the ribose sugar, *e.g.*, the use of deoxyribonucleotides, *e.g.*, deoxythymidine, instead of ribonucleotides, and modifications in the phosphate group, *e.g.*, phosphothioate modifications. Overhangs need not be homologous with the target sequence.

Specific modifications are discussed in more detail below.

*The Phosphate Group*

The phosphate group is a negatively charged species. The charge is distributed equally over the two non-bridging oxygen atoms. However, the phosphate group can be modified by replacing one of the oxygens with a different substituent. One result of this

modification to RNA phosphate backbones can be increased resistance of the oligoribonucleotide to nucleolytic breakdown. Thus while not wishing to be bound by theory, it can be desirable in some embodiments to introduce alterations which result in either an uncharged linker or a charged linker with unsymmetrical charge distribution.

Examples of modified phosphate groups include phosphorothioate, phosphoroselenates, borano phosphates, borano phosphate esters, hydrogen phosphonates, phosphoroamidates, alkyl or aryl phosphonates and phosphotriesters. In certain embodiments, one of the non-bridging phosphate oxygen atoms in the phosphate backbone moiety can be replaced by any of the following: S, Se, $BR_3$ (R is hydrogen, alkyl, aryl), C (i.e. an alkyl group, an aryl group, etc…), H, $NR_2$ (R is hydrogen, alkyl, aryl), or OR (R is alkyl or aryl). The phosphorous atom in an unmodified phosphate group is achiral. However, replacement of one of the non-bridging oxygens with one of the above atoms or groups of atoms renders the phosphorous atom chiral; in other words a phosphorous atom in a phosphate group modified in this way is a stereogenic center. The stereogenic phosphorous atom can possess either the "R" configuration (herein Rp) or the "S" configuration (herein Sp).

Phosphorodithioates have both non-bridging oxygens replaced by sulfur. The phosphorus center in the phosphorodithioates is achiral which precludes the formation of oligoribonucleotides diastereomers. Thus, while not wishing to be bound by theory, modifications to both non-bridging oxygens, which eliminate the chiral center, *e.g.* phosphorodithioate formation, may be desirable in that they cannot produce diastereomer mixtures. Thus, the non-bridging oxygens can be independently any one of S, Se, B, C, H, N, or OR (R is alkyl or aryl).

The phosphate linker can also be modified by replacement of bridging oxygen, (i.e. oxgen that links the phosphate to the nucleoside), with nitrogen (bridged phosphoroamidates), sulfur (bridged phosphorothioates) and carbon (bridged methylenephosphonates). The replacement can occur at the either linking oxygen or at both the linking oxygens. When the bridging oxygen is the 3'-oxygen of a nucleoside, replcament with carbobn is preferred. When the bridging oxygen is the 5'-oxygen of a nucleoside, replcament with nitrogen is preferred.

*Replacement of the Phosphate Group*

The phosphate group can be replaced by non-phosphorus containing connectors. While not wishing to be bound by theory, it is believed that since the charged phosphodiester group is the reaction center in nucleolytic degradation, its replacement with neutral structural mimics should impart enhanced nuclease stability. Again, while not wishing to be bound by theory, it can be desirable, in some embodiment, to introduce alterations in which the charged phosphate group is replaced by a neutral moiety.

Examples of moieties which can replace the phosphate group include methyl phosphonate, hydroxylamino, siloxane, carbonate, carboxymethyl, carbamate, amide, thioether, ethylene oxide linker, sulfonate, sulfonamide, thioformacetal, formacetal, oxime, methyleneimino, methylenemethylimino, methylenehydrazo, methylenedimethylhydrazo and methyleneoxymethylimino. Preferred replacements include the methylenecarbonylamino and methylenemethylimino groups.

Modified phosphate linkages where at least one of the oxygens linked to the phosphate has been replaced or the phosphate group has been replaced by a non-phosphorous group, are also referred to as “non phosphodiester backbone linkage.”

*Replacement of Ribophosphate Backbone*

Oligonucleotide- mimicking scaffolds can also be constructed wherein the phosphate linker and ribose sugar are replaced by nuclease resistant nucleoside or nucleotide surrogates. While not wishing to be bound by theory, it is believed that the absence of a repetitively charged backbone diminishes binding to proteins that recognize polyanions (*e.g.* nucleases). Again, while not wishing to be bound by theory, it can be desirable in some embodiment, to introduce alterations in which the bases are tethered by a neutral surrogate backbone. Examples include the mophilino, cyclobutyl, pyrrolidine and peptide nucleic acid (PNA) nucleoside surrogates. A preferred surrogate is a PNA surrogate.

*Sugar modifications*

A modified RNA can include modification of all or some of the sugar groups of the ribonucleic acid. *E.g.*, the 2′ hydroxyl group (OH) can be modified or replaced with a number of different “oxy” or “deoxy” substituents. While not being bound by theory, enhanced stability is expected since the hydroxyl can no longer be deprotonated to form a

2′-alkoxide ion. The 2′-alkoxide can catalyze degradation by intramolecular nucleophilic attack on the linker phosphorus atom. Again, while not wishing to be bound by theory, it can be desirable to some embodiments to introduce alterations in which alkoxide formation at the 2′ position is not possible.

Examples of "oxy"-2′ hydroxyl group modifications include alkoxy or aryloxy (OR, *e.g.*, R = H, alkyl, cycloalkyl, aryl, aralkyl, heteroaryl or sugar); polyethyleneglycols (PEG), $O(CH_2CH_2O)_nCH_2CH_2OR$; "locked" nucleic acids (LNA) in which the 2′ hydroxyl is connected, *e.g.*, by a methylene bridge, to the 4′ carbon of the same ribose sugar; O-AMINE (AMINE = $NH_2$; alkylamino, dialkylamino, heterocyclyl, arylamino, diaryl amino, heteroaryl amino, or diheteroaryl amino, ethylene diamine, polyamino) and aminoalkoxy, $O(CH_2)_n$AMINE, (*e.g.*, AMINE = $NH_2$; alkylamino, dialkylamino, heterocyclyl, arylamino, diaryl amino, heteroaryl amino, or diheteroaryl amino, ethylene diamine, polyamino). It is noteworthy that oligonucleotides containing only the methoxyethyl group (MOE), ($OCH_2CH_2OCH_3$, a PEG derivative), exhibit nuclease stabilities comparable to those modified with the robust phosphorothioate modification.

"Deoxy" modifications include hydrogen (*i.e.* deoxyribose sugars, which are of particular relevance to the overhang portions of partially ds RNA); halo (*e.g.*, fluoro); amino (*e.g.* $NH_2$; alkylamino, dialkylamino, heterocyclyl, arylamino, diaryl amino, heteroaryl amino, diheteroaryl amino, or amino acid); $NH(CH_2CH_2NH)_nCH_2CH_2$-AMINE (AMINE = $NH_2$; alkylamino, dialkylamino, heterocyclyl, arylamino, diaryl amino, heteroaryl amino,or diheteroaryl amino), -NHC(O)R (R = alkyl, cycloalkyl, aryl, aralkyl, heteroaryl or sugar), cyano; mercapto; alkyl-thio-alkyl; thioalkoxy; and alkyl, cycloalkyl, aryl, alkenyl and alkynyl, which may be optionally substituted with *e.g.*, an amino functionality. Preferred substitutents are 2′-methoxyethyl, 2′-OCH3, 2′-O-allyl, 2′-C- allyl, and 2′-fluoro.

The sugar group can also contain one or more carbons that possess the opposite stereochemical configuration than that of the corresponding carbon in ribose. Thus, an oligonucleotide can include nucleotides containing *e.g.*, arabinose, as the sugar. The monomer can have an alpha linkage at the 1' position on the sugar, e.g., alpha-nucleosides. Oligonucleotides can also include "abasic" sugars, which lack a nucleobase

at C-1′. These abasic sugars can also be further containing modifications at one or more of the constituent sugar atoms. Oligonucleotides can also contain one or more sugars that are in the L form, e.g. L-nucleosides.

*Terminal Modifications*

The 3′ and 5′ ends of an oligonucleotide can be modified. Such modifications can be at the 3′ end, 5′ end or both ends of the molecule. They can include modification or replacement of an entire terminal phosphate or of one or more of the atoms of the phosphate group. *E.g.*, the 3′ and 5′ ends of an oligonucleotide can be conjugated to other functional molecular entities such as labeling moieties, *e.g.*, fluorophores (*e.g.*, pyrene, TAMRA, fluorescein, Cy3 or Cy5 dyes) or protecting groups (based *e.g.*, on sulfur, silicon, boron or ester). The functional molecular entities can be attached to the sugar through a phosphate group and/or a linker. The terminal atom of the linker can connect to or replace the linking atom of the phosphate group or the C-3′ or C-5′ O, N, S or C group of the sugar. Alternatively, the linker can connect to or replace the terminal atom of a nucleotide surrogate (*e.g.*, PNAs).

When a linker/phosphate-functional molecular entity-linker/phosphate array is interposed between two strands of a dsRNA, this array can substitute for a hairpin RNA loop in a hairpin-type RNA agent.

Terminal modifications useful for modulating activity include modification of the 5’ end with phosphate or phosphate analogs. *E.g.*, in preferred embodiments antisense strands of dsRNAs, are 5’ phosphorylated or include a phosphoryl analog at the 5’ prime terminus. 5'-phosphate modifications include those which are compatible with RISC mediated gene silencing. Suitable modifications include: 5'-monophosphate ((HO)2(O)P-O-5'); 5'-diphosphate ((HO)2(O)P-O-P(HO)(O)-O-5'); 5'-triphosphate ((HO)2(O)P-O-(HO)(O)P-O-P(HO)(O)-O-5'); 5'-guanosine cap (7-methylated or non-methylated) (7m-G-O-5'-(HO)(O)P-O-(HO)(O)P-O-P(HO)(O)-O-5'); 5'-adenosine cap (Appp), and any modified or unmodified nucleotide cap structure (N-O-5'-(HO)(O)P-O-(HO)(O)P-O-P(HO)(O)-O-5'); 5'-monothiophosphate (phosphorothioate; (HO)2(S)P-O-5'); 5'-monodithiophosphate (phosphorodithioate; (HO)(HS)(S)P-O-5'), 5'-phosphorothiolate ((HO)2(O)P-S-5'); any additional combination of oxgen/sulfur replaced monophosphate, diphosphate and triphosphates (*e.g.* 5'-alpha-thiotriphosphate,

5'-gamma-thiotriphosphate, etc.), 5'-phosphoramidates ((HO)2(O)P-NH-5', (HO)(NH2)(O)P-O-5'), 5'-alkylphosphonates (R=alkyl=methyl, ethyl, isopropyl, propyl, etc., *e.g*. RP(OH)(O)-O-5'-, (OH)2(O)P-5'-CH2-), 5'-alkyletherphosphonates (R=alkylether=methoxymethyl (MeOCH2-), ethoxymethyl, etc., *e.g*. RP(OH)(O)-O-5'-).

Terminal modifications can also be useful for monitoring distribution, and in such cases the preferred groups to be added include fluorophores, *e.g*., fluorscein or an Alexa dye, *e.g*., Alexa 488. Terminal modifications can also be useful for enhancing uptake, useful modifications for this include cholesterol. Terminal modifications can also be useful for cross-linking an RNA agent to another moiety; modifications useful for this include mitomycin C.

*Nucleobases*

Adenine, guanine, cytosine and uracil are the most common bases found in RNA. These bases can be modified or replaced to provide RNA's having improved properties. *E.g*., nuclease resistant oligoribonucleotides can be prepared with these bases or with synthetic and natural nucleobases (*e.g*., inosine, thymine, xanthine, hypoxanthine, nubularine, isoguanisine, or tubercidine) and any one of the above modifications. Alternatively, substituted or modified analogs of any of the above bases, e.g., "unusual bases", "modified bases", "non-natual bases" and "universal bases" described herein, can be employed. Examples include without limitation 2-aminoadenine, 6-methyl and other alkyl derivatives of adenine and guanine, 2-propyl and other alkyl derivatives of adenine and guanine, 5-halouracil and cytosine, 5-propynyl uracil and cytosine, 6-azo uracil, cytosine and thymine, 5-uracil (pseudouracil), 4-thiouracil, 5-halouracil, 5-(2-aminopropyl)uracil, 5-amino allyl uracil, 8-halo, amino, thiol, thioalkyl, hydroxyl and other 8-substituted adenines and guanines, 5-trifluoromethyl and other 5-substituted uracils and cytosines, 7-methylguanine, 5-substituted pyrimidines, 6-azapyrimidines and N-2, N-6 and O-6 substituted purines, including 2-aminopropyladenine, 5-propynyluracil and 5-propynylcytosine, dihydrouracil, 3-deaza-5-azacytosine, 2-aminopurine, 5-alkyluracil, 7-alkylguanine, 5-alkyl cytosine,7-deazaadenine, N6, N6-dimethyladenine, 2,6-diaminopurine, 5-amino-allyl-uracil, N3-methyluracil, substituted 1,2,4-triazoles, 2-pyridinone, 5-nitroindole, 3-nitropyrrole, 5-methoxyuracil, uracil-5-oxyacetic acid, 5-methoxycarbonylmethyluracil, 5-methyl-2-thiouracil, 5-methoxycarbonylmethyl-2-

thiouracil, 5-methylaminomethyl-2-thiouracil, 3-(3-amino-3carboxypropyl)uracil, 3-methylcytosine, 5-methylcytosine, $N^4$-acetyl cytosine, 2-thiocytosine, N6-methyladenine, N6-isopentyladenine, 2-methylthio-N6-isopentenyladenine, N-methylguanines, or O-alkylated bases. Further purines and pyrimidines include those disclosed in U.S. Pat. No. 3,687,808, those disclosed in the Concise Encyclopedia Of Polymer Science And Engineering, pages 858-859, Kroschwitz, J. I., ed. John Wiley & Sons, 1990, and those disclosed by Englisch *et al*., Angewandte Chemie, International Edition, 1991, 30, 613.

*Cationic Groups*

Modifications to oligonucleotides can also include attachment of one or more cationic groups to the sugar, base, and/or the phosphorus atom of a phosphate or modified phosphate backbone moiety. A cationic group can be attached to any atom capable of substitution on a natural, unusual or universal base. A preferred position is one that does not interfere with hybridization, i.e., does not interfere with the hydrogen bonding interactions needed for base pairing. A cationic group can be attached e.g., through the C2' position of a sugar or analogous position in a cyclic or acyclic sugar surrogate. Cationic groups can include e.g., protonated amino groups, derived from e.g., O-AMINE (AMINE = $NH_2$; alkylamino, dialkylamino, heterocyclyl, arylamino, diaryl amino, heteroaryl amino, or diheteroaryl amino, ethylene diamine, polyamino); aminoalkoxy, e.g., $O(CH_2)_n$AMINE, (*e.g*., AMINE = $NH_2$; alkylamino, dialkylamino, heterocyclyl, arylamino, diaryl amino, heteroaryl amino, or diheteroaryl amino, ethylene diamine, polyamino); amino (*e.g*. $NH_2$; alkylamino, dialkylamino, heterocyclyl, arylamino, diaryl amino, heteroaryl amino, diheteroaryl amino, or amino acid); or $NH(CH_2CH_2NH)_nCH_2CH_2$-AMINE (AMINE = $NH_2$; alkylamino, dialkylamino, heterocyclyl, arylamino, diaryl amino, heteroaryl amino,or diheteroaryl amino).

*Placement within an oligonucleotide*

Some modifications may preferably be included on an oligonucleotide at a particular location, e.g., at an internal position of a strand, or on the 5' or 3' end of an oligonucleotide. A preferred location of a modification on an oligonucleotide, may confer preferred properties on the agent. For example, preferred locations of particular

modifications may confer optimum gene silencing properties, or increased resistance to endonuclease or exonuclease activity.

One or more nucleotides of an oligonucleotide may have a 2'-5' linkage. One or more nucleotides of an oligonucleotide may have inverted linkages, e.g. 3'-3', 5'-5', 2'-2' or 2'-3' linkages.

A double-stranded oligonucleotide may include at least one 5'-uridine-adenine-3' (5'-UA-3') dinucleotide wherein the uridine is a 2'-modified nucleotide, or a terminal 5'-uridine-guanine-3' (5'-UG-3') dinucleotide, wherein the 5'-uridine is a 2'-modified nucleotide, or a terminal 5'-cytidine-adenine-3' (5'-CA-3') dinucleotide, wherein the 5'-cytidine is a 2'-modified nucleotide, or a terminal 5'-uridine-uridine-3' (5'-UU-3') dinucleotide, wherein the 5'-uridine is a 2'-modified nucleotide, or a terminal 5'-cytidine-cytidine-3' (5'-CC-3') dinucleotide, wherein the 5'-cytidine is a 2'-modified nucleotide, or a terminal 5'-cytidine-uridine-3' (5'-CU-3') dinucleotide, wherein the 5'-cytidine is a 2'-modified nucleotide, or a terminal 5'-uridine-cytidine-3' (5'-UC-3') dinucleotide, wherein the 5'-uridine is a 2'-modified nucleotide. Double-stranded oligonucleotides including these modifications are particularly stabilized against endonuclease activity.

*General References*

The oligoribonucleotides and oligoribonucleosides used in accordance with this invention may be synthesized with solid phase synthesis, see for example "Oligonucleotide synthesis, a practical approach", Ed. M. J. Gait, IRL Press, 1984; "Oligonucleotides and Analogues, A Practical Approach", Ed. F. Eckstein, IRL Press, 1991 (especially Chapter 1, Modern machine-aided methods of oligodeoxyribonucleotide synthesis, Chapter 2, Oligoribonucleotide synthesis, Chapter 3, 2'-O--Methyloligoribonucleotide- s: synthesis and applications, Chapter 4, Phosphorothioate oligonucleotides, Chapter 5, Synthesis of oligonucleotide phosphorodithioates, Chapter 6, Synthesis of oligo-2'-deoxyribonucleoside methylphosphonates, and. Chapter 7, Oligodeoxynucleotides containing modified bases. Other particularly useful synthetic procedures, reagents, blocking groups and reaction conditions are described in Martin, P., *Helv. Chim. Acta*, **1995**, *78*, 486-504; Beaucage, S. L. and Iyer, R. P., *Tetrahedron*, **1992**,

*48*, 2223-2311 and Beaucage, S. L. and Iyer, R. P., *Tetrahedron*, **1993**, *49*, 6123-6194, or references referred to therein. Modification described in WO 00/44895, WO01/75164, or WO02/44321 can be used herein. The disclosure of all publications, patents, and published patent applications listed herein are hereby incorporated by reference.

*Phosphate Group References*

The preparation of phosphinate oligoribonucleotides is described in U.S. Pat. No. 5,508,270. The preparation of alkyl phosphonate oligoribonucleotides is described in U.S. Pat. No. 4,469,863. The preparation of phosphoramidite oligoribonucleotides is described in U.S. Pat. No. 5,256,775 or U.S. Pat. No. 5,366,878. The preparation of phosphotriester oligoribonucleotides is described in U.S. Pat. No. 5,023,243. The preparation of borano phosphate oligoribonucleotide is described in U.S. Pat. Nos. 5,130,302 and 5,177,198. The preparation of 3'-Deoxy-3'-amino phosphoramidate oligoribonucleotides is described in U.S. Pat. No. 5,476,925. 3'-Deoxy-3'-methylenephosphonate oligoribonucleotides is described in An, H, *et al. J. Org. Chem.* **2001**, *66*, 2789-2801. Preparation of sulfur bridged nucleotides is described in Sproat *et al. Nucleosides Nucleotides* **1988**, *7*,651 and Crosstick *et al. Tetrahedron Lett.* **1989**, *30*, 4693.

*Sugar Group References*

Modifications to the 2' modifications can be found in Verma, S. *et al. Annu. Rev. Biochem*. **1998**, *67*, 99-134 and all references therein. Specific modifications to the ribose can be found in the following references: 2'-fluoro (Kawasaki et. al., *J. Med. Chem.*, **1993**, *36*, 831-841), 2'-MOE (Martin, P. *Helv. Chim. Acta* **1996**, *79*, 1930-1938), "LNA" (Wengel, J. *Acc. Chem. Res.* **1999**, *32*, 301-310).

*Replacement of the Phosphate Group References*

Methylenemethylimino linked oligoribonucleosides, also identified herein as MMI linked oligoribonucleosides, methylenedimethylhydrazo linked oligoribonucleosides, also identified herein as MDH linked oligoribonucleosides, and methylenecarbonylamino linked oligonucleosides, also identified herein as amide-3 linked oligoribonucleosides, and methyleneaminocarbonyl linked oligonucleosides, also

identified herein as amide-4 linked oligoribonucleosides as well as mixed backbone compounds having, as for instance, alternating MMI and PO or PS linkages can be prepared as is described in U.S. Pat. Nos. 5,378,825, 5,386,023, 5,489,677 and in published PCT applications PCT/US92/04294 and PCT/US92/04305 (published as WO 92/20822 WO and 92/20823, respectively). Formacetal and thioformacetal linked oligoribonucleosides can be prepared as is described in U.S. Pat. Nos. 5,264,562 and 5,264,564. Ethylene oxide linked oligoribonucleosides can be prepared as is described in U.S. Pat. No. 5,223,618. Siloxane replacements are described in Cormier,J.F. *et al. Nucleic Acids Res*. **1988**, *16*, 4583. Carbonate replacements are described in Tittensor, J.R. *J. Chem. Soc. C* **1971**, 1933. Carboxymethyl replacements are described in Edge, M.D. *et al. J. Chem. Soc. Perkin Trans. 1* **1972**, 1991. Carbamate replacements are described in Stirchak, E.P. Nucleic Acids Res. 1989, 17, 6129.

*Replacement of the Phosphate-Ribose Backbone References*

Cyclobutyl sugar surrogate compounds can be prepared as is described in U.S. Pat. No. 5,359,044. Pyrrolidine sugar surrogate can be prepared as is described in U.S. Pat. No. 5,519,134. Morpholino sugar surrogates can be prepared as is described in U.S. Pat. Nos. 5,142,047 and 5,235,033, and other related patent disclosures. Peptide Nucleic Acids (PNAs) are known per se and can be prepared in accordance with any of the various procedures referred to in Peptide Nucleic Acids (PNA): Synthesis, Properties and Potential Applications, Bioorganic & Medicinal Chemistry, 1996, 4, 5-23. They may also be prepared in accordance with U.S. Pat. No. 5,539,083.

*Terminal Modification References*

Terminal modifications are described in Manoharan, M. *et al. Antisense and Nucleic Acid Drug Development 12*, 103-128 (2002) and references therein.

*Nucleobases References*

N-2 substitued purine nucleoside amidites can be prepared as is described in U.S. Pat. No. 5,459,255. 3-Deaza purine nucleoside amidites can be prepared as is described in U.S. Pat. No. 5,457,191. 5,6-Substituted pyrimidine nucleoside amidites can be prepared as is described in U.S. Pat. No. 5,614,617. 5-Propynyl pyrimidine nucleoside amidites can be prepared as is described in U.S. Pat. No. 5,484,908.

**Linkers**

The term "linker" means an organic moiety that connects two parts of a compound. Linkers typically comprise a direct bond or an atom such as oxygen or sulfur, a unit such as $NR^1$, C(O), C(O)NH, SO, $SO_2$, $SO_2NH$ or a chain of atoms, such as substituted or unsubstituted alkyl, substituted or unsubstituted alkenyl, substituted or unsubstituted alkynyl, arylalkyl, arylalkenyl, arylalkynyl, heteroarylalkyl, heteroarylalkenyl, heteroarylalkynyl, heterocyclylalkyl, heterocyclylalkenyl, heterocyclylalkynyl, aryl, heteroaryl, heterocyclyl, cycloalkyl, cycloalkenyl, alkylarylalkyl, alkylarylalkenyl, alkylarylalkynyl, alkenylarylalkyl, alkenylarylalkenyl, alkenylarylalkynyl, alkynylarylalkyl, alkynylarylalkenyl, alkynylarylalkynyl,

alkylheteroarylalkyl, alkylheteroarylalkenyl, alkylheteroarylalkynyl, alkenylheteroarylalkyl, alkenylheteroarylalkenyl, alkenylheteroarylalkynyl, alkynylheteroarylalkyl, alkynylheteroarylalkenyl, alkynylheteroarylalkynyl, alkylheterocyclylalkyl, alkylheterocyclylalkenyl, alkylhererocyclylalkynyl, alkenylheterocyclylalkyl, alkenylheterocyclylalkenyl, alkenylheterocyclylalkynyl, alkynylheterocyclylalkyl, alkynylheterocyclylalkenyl, alkynylheterocyclylalkynyl, alkylaryl, alkenylaryl, alkynylaryl, alkylheteroaryl, alkenylheteroaryl, alkynylhereroaryl, where one or more methylenes can be interrupted or terminated by O, S, S(O), $SO_2$, $N(R^1)_2$, C(O), cleavable linking group, substituted or unsubstituted aryl, substituted or unsubstituted heteroaryl, substituted or unsubstituted heterocyclic; where $R^1$ is hydrogen, acyl, aliphatic or substituted aliphatic.

In one embodiment, the linker is $–[(P\text{-}Q\text{-}R)_q\text{-}X\text{-}(P'\text{-}Q'\text{-}R')_{q'}]_{q''}\text{-}T\text{-}$, wherein:

P, R, T, P’, R’ and T are each independently for each occurrence absent, CO, NH, O, S, OC(O), NHC(O), $CH_2$, $CH_2NH$, $CH_2O$; $NHCH(R^a)C(O)$, $-C(O)-CH(R^a)-NH-$, CH=N-O ,  ,  ,  ,  ,  or heterocyclyl;

Q and Q’ are each independently for each occurrence absent, $-(CH_2)_n-$, $-C(R^1)(R^2)(CH_2)_n-$, $-(CH_2)_nC(R^1)(R^2)-$, $-(CH_2CH_2O)_mCH_2CH_2-$, or $-(CH_2CH_2O)_mCH_2CH_2NH-$;

X is absent or a cleavable linking group;

$R^a$ is H or an amino acid side chain;

$R^1$ and $R^2$ are each independently for each occurrence H, $CH_3$, OH, SH or $N(R^N)_2$;

$R^N$ is independently for each occurrence H, methyl, ethyl, propyl, isopropyl, butyl or benzyl;

q, q’ and q” are each independently for each occurrence 0-20 and wherein the repeating unit can be the same or different;

n is independently for each occurrence 1-20; and

m is independently for each occurrence 0-50.

In one embodiment, the linker comprises at least one cleavable linking group.

In certain embodiments, the linker is a branched linker. The branchpoint of the branched linker may be at least trivalent, but may be a tetravalent, pentavalent or hexavalent atom, or a group presenting such multiple valencies. In certain embodiments, the branchpoint is , -N, -N(Q)-C, -O-C, -S-C, -SS-C, -C(O)N(Q)-C, -OC(O)N(Q)-C, -N(Q)C(O)-C, or -N(Q)C(O)O-C; wherein Q is independently for each occurrence H or optionally substituted alkyl. In other embodiment, the branchpoint is glycerol or glycerol derivative.

*Cleavable Linking Groups*

A cleavable linking group is one which is sufficiently stable outside the cell, but which upon entry into a target cell is cleaved to release the two parts the linker is holding together. In a preferred embodiment, the cleavable linking group is cleaved at least 10 times or more, preferably at least 100 times faster in the target cell or under a first reference condition (which can, e.g., be selected to mimic or represent intracellular conditions) than in the blood of a subject, or under a second reference condition (which can, e.g., be selected to mimic or represent conditions found in the blood or serum). Cleavable linking groups are susceptible to cleavage agents, e.g., pH, redox potential or the presence of degradative molecules. Generally, cleavage agents are more prevalent or found at higher levels or activities inside cells than in serum or blood. Examples of such degradative agents include: redox agents which are selected for particular substrates or which have no substrate specificity, including, e.g., oxidative or reductive enzymes or reductive agents such as mercaptans, present in cells, that can degrade a redox cleavable linking group by reduction; esterases; endosomes or agents that can create an acidic environment, e.g., those that result in a pH of five or lower; enzymes that can hydrolyze or degrade an acid cleavable linking group by acting as a general acid, peptidases (which can be substrate specific), and phosphatases.

A cleavable linkage group, such as a disulfide bond can be susceptible to pH. The pH of human serum is 7.4, while the average intracellular pH is slightly lower, ranging from about 7.1-7.3. Endosomes have a more acidic pH, in the range of 5.5-6.0, and lysosomes have an even more acidic pH at around 5.0. Some linkers will have a

cleavable linking group that is cleaved at a preferred pH, thereby releasing the cationic lipid from the ligand inside the cell, or into the desired compartment of the cell.

A linker can include a cleavable linking group that is cleavable by a particular enzyme. The type of cleavable linking group incorporated into a linker can depend on the cell to be targeted. For example, liver targeting ligands can be linked to the cationic lipids through a linker that includes an ester group. Liver cells are rich in esterases, and therefore the linker will be cleaved more efficiently in liver cells than in cell types that are not esterase-rich. Other cell-types rich in esterases include cells of the lung, renal cortex, and testis.

Linkers that contain peptide bonds can be used when targeting cell types rich in peptidases, such as liver cells and synoviocytes.

In general, the suitability of a candidate cleavable linking group can be evaluated by testing the ability of a degradative agent (or condition) to cleave the candidate linking group. It will also be desirable to also test the candidate cleavable linking group for the ability to resist cleavage in the blood or when in contact with other non-target tissue. Thus one can determine the relative susceptibility to cleavage between a first and a second condition, where the first is selected to be indicative of cleavage in a target cell and the second is selected to be indicative of cleavage in other tissues or biological fluids, e.g., blood or serum. The evaluations can be carried out in cell free systems, in cells, in cell culture, in organ or tissue culture, or in whole animals. It may be useful to make initial evaluations in cell-free or culture conditions and to confirm by further evaluations in whole animals. In preferred embodiments, useful candidate compounds are cleaved at least 2, 4, 10 or 100 times faster in the cell (or under in vitro conditions selected to mimic intracellular conditions) as compared to blood or serum (or under in vitro conditions selected to mimic extracellular conditions).

*Redox cleavable linking groups*

One class of cleavable linking groups are redox cleavable linking groups that are cleaved upon reduction or oxidation. An example of reductively cleavable linking group is a disulphide linking group (-S-S-). To determine if a candidate cleavable linking group is a suitable "reductively cleavable linking group," or for example is suitable for use with a particular iRNA moiety and particular targeting agent one can look to methods

described herein. For example, a candidate can be evaluated by incubation with dithiothreitol (DTT), or other reducing agent using reagents know in the art, which mimic the rate of cleavage which would be observed in a cell, e.g., a target cell. The candidates can also be evaluated under conditions which are selected to mimic blood or serum conditions. In a preferred embodiment, candidate compounds are cleaved by at most 10% in the blood. In preferred embodiments, useful candidate compounds are degraded at least 2, 4, 10 or 100 times faster in the cell (or under in vitro conditions selected to mimic intracellular conditions) as compared to blood (or under in vitro conditions selected to mimic extracellular conditions). The rate of cleavage of candidate compounds can be determined using standard enzyme kinetics assays under conditions chosen to mimic intracellular media and compared to conditions chosen to mimic extracellular media.

*Phosphate-based cleavable linking groups*

Phosphate-based cleavable linking groups are cleaved by agents that degrade or hydrolyze the phosphate group. An example of an agent that cleaves phosphate groups in cells are enzymes such as phosphatases in cells. Examples of phosphate-based linking groups are -O-P(O)(ORk)-O-, -O-P(S)(ORk)-O-, -O-P(S)(SRk)-O-, -S-P(O)(ORk)-O-, -O-P(O)(ORk)-S-, -S-P(O)(ORk)-S-, -O-P(S)(ORk)-S-, -S-P(S)(ORk)-O-, -O-P(O)(Rk)-O-, -O-P(S)(Rk)-O-, -S-P(O)(Rk)-O-, -S-P(S)(Rk)-O-, -S-P(O)(Rk)-S-, -O-P(S)( Rk)-S-. Preferred embodiments are -O-P(O)(OH)-O-, -O-P(S)(OH)-O-, -O-P(S)(SH)-O-, -S-P(O)(OH)-O-, -O-P(O)(OH)-S-, -S-P(O)(OH)-S-, -O-P(S)(OH)-S-, -S-P(S)(OH)-O-, -O-P(O)(H)-O-, -O-P(S)(H)-O-, -S-P(O)(H)-O-, -S-P(S)(H)-O-, -S-P(O)(H)-S-, -O-P(S)(H)-S-. A preferred embodiment is -O-P(O)(OH)-O-. These candidates can be evaluated using methods analogous to those described above.

*Acid cleavable linking groups*

Acid cleavable linking groups are linking groups that are cleaved under acidic conditions. In preferred embodiments acid cleavable linking groups are cleaved in an acidic environment with a pH of about 6.5 or lower (e.g., about 6.0, 5.5, 5.0, or lower), or by agents such as enzymes that can act as a general acid. In a cell, specific low pH organelles, such as endosomes and lysosomes can provide a cleaving environment for

acid cleavable linking groups. Examples of acid cleavable linking groups include but are not limited to hydrazones, esters, and esters of amino acids. Acid cleavable groups can have the general formula -C=NN-, C(O)O, or -OC(O). A preferred embodiment is when the carbon attached to the oxygen of the ester (the alkoxy group) is an aryl group, substituted alkyl group, or tertiary alkyl group such as dimethyl pentyl or t-butyl. These candidates can be evaluated using methods analogous to those described above.

*Ester-based linking groups*

Ester-based cleavable linking groups are cleaved by enzymes such as esterases and amidases in cells. Examples of ester-based cleavable linking groups include but are not limited to esters of alkylene, alkenylene and alkynylene groups. Ester cleavable linking groups have the general formula -C(O)O-, or -OC(O)-. These candidates can be evaluated using methods analogous to those described above.

*Peptide-based cleaving groups*

Peptide-based cleavable linking groups are cleaved by enzymes such as peptidases and proteases in cells. Peptide-based cleavable linking groups are peptide bonds formed between amino acids to yield oligopeptides (e.g., dipeptides, tripeptides etc.) and polypeptides. Peptide-based cleavable groups do not include the amide group (-C(O)NH-). The amide group can be formed between any alkylene, alkenylene or alkynelene. A peptide bond is a special type of amide bond formed between amino acids to yield peptides and proteins. The peptide based cleavage group is generally limited to the peptide bond (i.e., the amide bond) formed between amino acids yielding peptides and proteins and does not include the entire amide functional group. Peptide-based cleavable linking groups have the general formula – $NHCHR^AC(O)NHCHR^BC(O)$-, where $R^A$ and $R^B$ are the R groups of the two adjacent amino acids. These candidates can be evaluated using methods analogous to those described above.

***Ligands***

A wide variety of entities can be coupled to the oligonucleotides and lipids of the present invention. Preferred moieties are ligands, which are coupled, preferably covalently, either directly or indirectly via an intervening tether.

In preferred embodiments, a ligand alters the distribution, targeting or lifetime of the molecule into which it is incorporated. In preferred embodiments a ligand provides an enhanced affinity for a selected target, *e.g.*, molecule, cell or cell type, compartment, *e.g.*, a cellular or organ compartment, tissue, organ or region of the body, as, e.g., compared to a species absent such a ligand. Ligands providing enhanced affinity for a selected target are also termed targeting ligands. Preferred ligands for conjugation to the lipids of the present invention are targeting ligands.

Some ligands can have endosomolytic properties. The endosomolytic ligands promote the lysis of the endosome and/or transport of the composition of the invention, or its components, from the endosome to the cytoplasm of the cell. The endosomolytic ligand may be a polyanionic peptide or peptidomimetic which shows pH-dependent membrane activity and fusogenicity. In certain embodiments, the endosomolytic ligand assumes its active conformation at endosomal pH. The "active" conformation is that conformation in which the endosomolytic ligand promotes lysis of the endosome and/or transport of the composition of the invention, or its components, from the endosome to the cytoplasm of the cell. Exemplary endosomolytic ligands include the GALA peptide (Subbarao et al., Biochemistry, 1987, 26: 2964-2972), the EALA peptide (Vogel et al., J. Am. Chem. Soc., 1996, 118: 1581-1586), and their derivatives (Turk et al., Biochem. Biophys. Acta, 2002, 1559: 56-68). In certain embodiments, the endosomolytic component may contain a chemical group (e.g., an amino acid) which will undergo a change in charge or protonation in response to a change in pH. The endosomolytic component may be linear or branched. Exemplary primary sequences of peptide based endosomolytic ligands are shown in Table 4.

**Table 4:** List of peptides with endosomolytic activity.

| Name | Sequence (N to C) | Ref. |
|---|---|---|
| GALA | AALEALAEALEALAEALEALAEAAAAGGC | 1 |
| EALA | AALAEALAEALAEALAEALAEALAAAAGGC | 2 |
| | ALEALAEALEALAEA | 3 |
| INF-7 | GLFEAIEGFIENGWEGMIWDYG | 4 |
| Inf HA-2 | GLFGAIAGFIENGWEGMIDGWYG | 5 |

| | | |
|---|---|---|
| diINF-7 | GLF EAI EGFI ENGW EGMI DGWYGC<br>GLF EAI EGFI ENGW EGMI DGWYGC | 5 |
| diINF3 | GLF EAI EGFI ENGW EGMI DGGC<br>GLF EAI EGFI ENGW EGMI DGGC | 6 |
| GLF | GLFGALAEALAEALAEHLAEALAEALEALAAGGSC | 6 |
| GALA-INF3 | GLFEAIEGFIENGWEGLAEALAEALEALAAGGSC | 6 |
| INF-5 | GLF EAI EGFI ENGW EGnI DG K<br>GLF EAI EGFI ENGW EGnI DG | 4 |

*n, norleucine*

**References**

1. Subbarao et al., Biochemistry, 1987, 26: 2964-2972.
2. Vogel et al., J. Am. Chem. Soc., 1996, 118: 1581-1586
3. Turk, M. J., Reddy, J. A. et al. (2002). Characterization of a novel pH-sensitive peptide that enhances drug release from folate-targeted liposomes at endosomal pHs. *Biochim. Biophys. Acta* 1559, 56-68.
4. Plank, C. Oberhauser, B. Mechtler, K. Koch, C. Wagner, E. (1994). The influence of endosome-disruptive peptides on gene transfer using synthetic virus-like gene transfer systems, J. Biol. Chem. 269 12918–12924.
5. Mastrobattista, E., Koning, G. A. et al. (2002). Functional characterization of an endosome-disruptive peptide and its application in cytosolic delivery of immunoliposome-entrapped proteins. *J. Biol. Chem.* 277, 27135-43.
6. Oberhauser, B., Plank, C. et al. (1995). Enhancing endosomal exit of nucleic acids using pH-sensitive viral fusion peptides. Deliv. Strategies Antisense Oligonucleotide Ther. 247-66.

Preferred ligands can improve transport, hybridization, and specificity properties and may also improve nuclease resistance of the resultant natural or modified oligoribonucleotide, or a polymeric molecule comprising any combination of monomers described herein and/or natural or modified ribonucleotides.

Ligands in general can include therapeutic modifiers, e.g., for enhancing uptake; diagnostic compounds or reporter groups e.g., for monitoring distribution; cross-linking agents; and nuclease-resistance conferring moieties. General examples include lipids, steroids, vitamins, sugars, proteins, peptides, polyamines, and peptide mimics.

Ligands can include a naturally occurring substance, such as a protein (e.g., human serum albumin (HSA), low-density lipoprotein (LDL), high-density lipoprotein (HDL), or globulin); an carbohydrate (e.g., a dextran, pullulan, chitin, chitosan, inulin, cyclodextrin or hyaluronic acid); or a lipid. The ligand may also be a recombinant or synthetic molecule, such as a synthetic polymer, e.g., a synthetic polyamino acid, an oligonucleotide (e.g. an aptamer). Examples of polyamino acids include polyamino acid

is a polylysine (PLL), poly L-aspartic acid, poly L-glutamic acid, styrene-maleic acid anhydride copolymer, poly(L-lactide-co-glycolied) copolymer, divinyl ether-maleic anhydride copolymer, N-(2-hydroxypropyl)methacrylamide copolymer (HMPA), polyethylene glycol (PEG), polyvinyl alcohol (PVA), polyurethane, poly(2-ethylacryllic acid), N-isopropylacrylamide polymers, or polyphosphazine. Example of polyamines include: polyethylenimine, polylysine (PLL), spermine, spermidine, polyamine, pseudopeptide-polyamine, peptidomimetic polyamine, dendrimer polyamine, arginine, amidine, protamine, cationic lipid, cationic porphyrin, quaternary salt of a polyamine, or an alpha helical peptide.

Ligands can also include targeting groups, e.g., a cell or tissue targeting agent, e.g., a lectin, glycoprotein, lipid or protein, e.g., an antibody, that binds to a specified cell type such as a kidney cell. A targeting group can be a thyrotropin, melanotropin, lectin, glycoprotein, surfactant protein A, Mucin carbohydrate, multivalent lactose, multivalent galactose, N-acetyl-galactosamine, N-acetyl-gulucosamine multivalent mannose, multivalent fucose, glycosylated polyaminoacids, multivalent galactose, transferrin, bisphosphonate, polyglutamate, polyaspartate, a lipid, cholesterol, a steroid, bile acid, folate, vitamin B12, biotin, an RGD peptide, an RGD peptide mimetic or an aptamer. Table 5 shows some examples of targeting ligands and their associated receptors.

**Table 5:** Targeting Ligands and their associated receptors

| Liver Cells | Ligand | Receptor |
|---|---|---|
| | | |
| 1) Parenchymal Cell (PC) (Hepatocytes) | Galactose | ASGP-R (Asiologlycoprotein receptor) |
| | Gal NAc (n-acetyl-galactosamine) | ASPG-R Gal NAc Receptor |
| | Lactose | |
| | Asialofetuin | ASPG-r |
| | | |
| 2) Sinusoidal Endothelial Cell (SEC) | Hyaluronan | Hyaluronan receptor |
| | Procollagen | Procollagen receptor |
| | Negatively charged molecules | Scavenger receptors |
| | Mannose | Mannose receptors |
| | N-acetyl Glucosamine | Scavenger receptors |
| | Immunoglobulins | Fc Receptor |
| | LPS | CD14 Receptor |
| | Insulin | Receptor mediated transcytosis |
| | Transferrin | Receptor mediated transcytosis |
| | Albumins | Non-specific |
| | Sugar-Albumin conjugates | |
| | Mannose-6-phosphate | Mannose-6-phosphate receptor |
| | | |
| 3) Kupffer Cell (KC) | Mannose | Mannose receptors |
| | Fucose | Fucose receptors |
| | Albumins | Non-specific |
| | Mannose-albumin conjugates | |

Other examples of ligands include dyes, intercalating agents (*e.g.* acridines), cross-linkers (*e.g.* psoralene, mitomycin C), porphyrins (TPPC4, texaphyrin, Sapphyrin), polycyclic aromatic hydrocarbons (*e.g.*, phenazine, dihydrophenazine), artificial endonucleases (*e.g.* EDTA), lipophilic molecules, e.g, cholesterol, cholic acid, adamantane acetic acid, 1-pyrene butyric acid, dihydrotestosterone, 1,3-Bis-O(hexadecyl)glycerol, geranyloxyhexyl group, hexadecylglycerol, borneol, menthol, 1,3-propanediol, heptadecyl group, palmitic acid, myristic acid,O3-(oleoyl)lithocholic acid, O3-(oleoyl)cholenic acid, dimethoxytrityl, or phenoxazine)and peptide conjugates (*e.g.*, antennapedia peptide, Tat peptide), alkylating agents, phosphate, amino, mercapto, PEG (*e.g.*, PEG-40K), MPEG, $[MPEG]_2$, polyamino, alkyl, substituted alkyl, radiolabeled markers, enzymes, haptens (*e.g.* biotin), transport/absorption facilitators (*e.g.*, aspirin, vitamin E, folic acid), synthetic ribonucleases (*e.g.*, imidazole, bisimidazole, histamine,

imidazole clusters, acridine-imidazole conjugates, Eu3+ complexes of tetraazamacrocycles), dinitrophenyl, HRP, or AP.

Ligands can be proteins, e.g., glycoproteins, or peptides, e.g., molecules having a specific affinity for a co-ligand, or antibodies *e.g.*, an antibody, that binds to a specified cell type such as a cancer cell, endothelial cell, or bone cell. Ligands may also include hormones and hormone receptors. They can also include non-peptidic species, such as lipids, lectins, carbohydrates, vitamins, cofactors, multivalent lactose, multivalent galactose, N-acetyl-galactosamine, N-acetyl-gulucosamine multivalent mannose, multivalent fucose, or aptamers. The ligand can be, for example, a lipopolysaccharide, an activator of p38 MAP kinase, or an activator of NF-κB.

The ligand can be a substance, e.g, a drug, which can increase the uptake of the iRNA agent into the cell, for example, by disrupting the cell's cytoskeleton, e.g., by disrupting the cell's microtubules, microfilaments, and/or intermediate filaments. The drug can be, for example, taxon, vincristine, vinblastine, cytochalasin, nocodazole, japlakinolide, latrunculin A, phalloidin, swinholide A, indanocine, or myoservin.

The ligand can increase the uptake of the iRNA agent into the cell by activating an inflammatory response, for example. Exemplary ligands that would have such an effect include tumor necrosis factor alpha (TNFalpha), interleukin-1 beta, or gamma interferon.

In one aspect, the ligand is a lipid or lipid-based molecule. Such a lipid or lipid-based molecule preferably binds a serum protein, e.g., human serum albumin (HSA). An HSA binding ligand allows for distribution of the conjugate to a target tissue, e.g., a non-kidney target tissue of the body. For example, the target tissue can be the liver, including parenchymal cells of the liver. Other molecules that can bind HSA can also be used as ligands. For example, neproxin or aspirin can be used. A lipid or lipid-based ligand can (a) increase resistance to degradation of the conjugate, (b) increase targeting or transport into a target cell or cell membrane, and/or (c) can be used to adjust binding to a serum protein, e.g., HSA.

A lipid based ligand can be used to modulate, e.g., control the binding of the conjugate to a target tissue. For example, a lipid or lipid-based ligand that binds to HSA more strongly will be less likely to be targeted to the kidney and therefore less likely to

be cleared from the body. A lipid or lipid-based ligand that binds to HSA less strongly can be used to target the conjugate to the kidney.

In a preferred embodiment, the lipid based ligand binds HSA. Preferably, it binds HSA with a sufficient affinity such that the conjugate will be preferably distributed to a non-kidney tissue. However, it is preferred that the affinity not be so strong that the HSA-ligand binding cannot be reversed.

In another preferred embodiment, the lipid based ligand binds HSA weakly or not at all, such that the conjugate will be preferably distributed to the kidney. Other moieties that target to kidney cells can also be used in place of or in addition to the lipid based ligand.

In another aspect, the ligand is a moiety, e.g., a vitamin, which is taken up by a target cell, e.g., a proliferating cell. These are particularly useful for treating disorders characterized by unwanted cell proliferation, e.g., of the malignant or non-malignant type, e.g., cancer cells. Exemplary vitamins include vitamin A, E, and K. Other exemplary vitamins include are B vitamin, e.g., folic acid, B12, riboflavin, biotin, pyridoxal or other vitamins or nutrients taken up by cancer cells. Also included are HAS, low density lipoprotein (LDL) and high-density lipoprotein (HDL).

In another aspect, the ligand is a cell-permeation agent, preferably a helical cell-permeation agent. Preferably, the agent is amphipathic. An exemplary agent is a peptide such as tat or antennopedia. If the agent is a peptide, it can be modified, including a peptidylmimetic, invertomers, non-peptide or pseudo-peptide linkages, and use of D-amino acids. The helical agent is preferably an alpha-helical agent, which preferably has a lipophilic and a lipophobic phase.

The ligand can be a peptide or peptidomimetic. A peptidomimetic (also referred to herein as an oligopeptidomimetic) is a molecule capable of folding into a defined three-dimensional structure similar to a natural peptide. The peptide or peptidomimetic moiety can be about 5-50 amino acids long, *e.g.*, about 5, 10, 15, 20, 25, 30, 35, 40, 45, or 50 amino acids long (see Table 6, for example).

**Table 6.** Exemplary Cell Permeation Peptides.

| Cell Permeation Peptide | Amino acid Sequence | Reference |
|---|---|---|
| Penetratin | RQIKIWFQNRRMKWKK | Derossi *et al.*, J. Biol. Chem. 269:10444, 1994 |
| Tat fragment (48-60) | GRKKRRQRRRPPQC | Vives *et al.*, J. Biol. Chem., 272:16010, 1997 |
| Signal Sequence-based peptide | GALFLGWLGAAGSTMGAWSQPKKKRKV | Chaloin *et al.*, Biochem. Biophys. Res. Commun., 243:601, 1998 |
| PVEC | LLIILRRRIRKQAHAHSK | Elmquist *et al.*, Exp. Cell Res., 269:237, 2001 |
| Transportan | GWTLNSAGYLLKINLKALAALAKKIL | Pooga *et al.*, FASEB J., 12:67, 1998 |
| Amphiphilic model peptide | KLALKLALKALKAALKLA | Oehlke *et al.*, Mol. Ther., 2:339, 2000 |
| $Arg_9$ | RRRRRRRRR | Mitchell *et al.*, J. Pept. Res., 56:318, 2000 |
| Bacterial cell wall permeating | KFFKFFKFFK | |
| LL-37 | LLGDFFRKSKEKIGKEFKRIVQRIKDFLRNLVPRTES | |
| Cecropin P1 | SWLSKTAKKLENSAKKRISEGIAIAIQGGPR | |
| α-defensin | ACYCRIPACIAGERRYGTCIYQGRLWAFCC | |
| b-defensin | DHYNCVSSGGQCLYSACPIFTKIQGTCYRGKAKCCK | |
| Bactenecin | RKCRIVVIRVCR | |
| PR-39 | RRRPRPPYLPRPRPPPFFPPRLPPRIPPGFPPRFPPRFPGKR-NH2 | |
| Indolicidin | ILPWKWPWWPWRR-NH2 | |

A peptide or peptidomimetic can be, for example, a cell permeation peptide, cationic peptide, amphipathic peptide, or hydrophobic peptide (*e.g.*, consisting primarily of Tyr, Trp or Phe). The peptide moiety can be a dendrimer peptide, constrained peptide or crosslinked peptide. In another alternative, the peptide moiety can include a

hydrophobic membrane translocation sequence (MTS). An exemplary hydrophobic MTS-containing peptide is RFGF having the amino acid sequence AAVALLPAVLLALLAP. An RFGF analogue (*e.g.*, amino acid sequence AALLPVLLAAP) containing a hydrophobic MTS can also be a targeting moiety. The peptide moiety can be a "delivery" peptide, which can carry large polar molecules including peptides, oligonucleotides, and protein across cell membranes. For example, sequences from the HIV Tat protein (GRKKRRQRRRPPQ) and the Drosophila Antennapedia protein (RQIKIWFQNRRMKWKK) have been found to be capable of functioning as delivery peptides. A peptide or peptidomimetic can be encoded by a random sequence of DNA, such as a peptide identified from a phage-display library, or one-bead-one-compound (OBOC) combinatorial library (Lam *et al.*, Nature, 354:82-84, 1991). Preferably the peptide or peptidomimetic tethered to an iRNA agent via an incorporated monomer unit is a cell targeting peptide such as an arginine-glycine-aspartic acid (RGD)-peptide, or RGD mimic. A peptide moiety can range in length from about 5 amino acids to about 40 amino acids. The peptide moieties can have a structural modification, such as to increase stability or direct conformational properties. Any of the structural modifications described below can be utilized.

An RGD peptide moiety can be used to target a tumor cell, such as an endothelial tumor cell or a breast cancer tumor cell (Zitzmann *et al.*, Cancer Res., 62:5139-43, 2002). An RGD peptide can facilitate targeting of an iRNA agent to tumors of a variety of other tissues, including the lung, kidney, spleen, or liver (Aoki *et al.*, Cancer Gene Therapy 8:783-787, 2001). Preferably, the RGD peptide will facilitate targeting of an iRNA agent to the kidney. The RGD peptide can be linear or cyclic, and can be modified, *e.g.,* glycosylated or methylated to facilitate targeting to specific tissues. For example, a glycosylated RGD peptide can deliver an iRNA agent to a tumor cell expressing $\alpha_V\beta_3$ (Haubner *et al.*, Jour. Nucl. Med., 42:326-336, 2001).

Peptides that target markers enriched in proliferating cells can be used. *E.g.*, RGD containing peptides and peptidomimetics can target cancer cells, in particular cells that exhibit an αvβ3 integrin. Thus, one could use RGD peptides, cyclic peptides containing RGD, RGD peptides that include D-amino acids, as well as synthetic RGD mimics. In addition to RGD, one can use other moieties that target the αvβ3 integrin

ligand. Generally, such ligands can be used to control proliferating cells and angiogeneis. Preferred conjugates of this type lignads that targets PECAM-1, VEGF, or other cancer gene, e.g., a cancer gene described herein.

A "cell permeation peptide" is capable of permeating a cell, *e.g.,* a microbial cell, such as a bacterial or fungal cell, or a mammalian cell, such as a human cell. A microbial cell-permeating peptide can be, for example, an α-helical linear peptide (*e.g.*, LL-37 or Ceropin P1), a disulfide bond-containing peptide (*e.g.*, α -defensin, β-defensin or bactenecin), or a peptide containing only one or two dominating amino acids (*e.g.*, PR-39 or indolicidin). A cell permeation peptide can also include a nuclear localization signal (NLS). For example, a cell permeation peptide can be a bipartite amphipathic peptide, such as MPG, which is derived from the fusion peptide domain of HIV-1 gp41 and the NLS of SV40 large T antigen (Simeoni *et al.*, Nucl. Acids Res. 31:2717-2724, 2003).

In one embodiment, a targeting peptide tethered to an iRNA agent and/or the carrier oligomer can be an amphipathic α-helical peptide. Exemplary amphipathic α-helical peptides include, but are not limited to, cecropins, lycotoxins, paradaxins, buforin, CPF, bombinin-like peptide (BLP), cathelicidins, ceratotoxins, *S. clava* peptides, hagfish intestinal antimicrobial peptides (HFIAPs), magainines, brevinins-2, dermaseptins, melittins, pleurocidin, $H_2A$ peptides, Xenopus peptides, esculentinis-1, and caerins. A number of factors will preferably be considered to maintain the integrity of helix stability. For example, a maximum number of helix stabilization residues will be utilized (*e.g.*, leu, ala, or lys), and a minimum number helix destabilization residues will be utilized (*e.g.,* proline, or cyclic monomeric units. The capping residue will be considered (for example Gly is an exemplary N-capping residue and/or C-terminal amidation can be used to provide an extra H-bond to stabilize the helix. Formation of salt bridges between residues with opposite charges, separated by i ± 3, or i ± 4 positions can provide stability. For example, cationic residues such as lysine, arginine, homo-arginine, ornithine or histidine can form salt bridges with the anionic residues glutamate or aspartate.

Peptide and peptidomimetic ligands include those having naturally occurring or modified peptides, e.g., D or L peptides; α, β, or γ peptides; N-methyl peptides; azapeptides; peptides having one or more amide, i.e., peptide, linkages replaced with one or more urea, thiourea, carbamate, or sulfonyl urea linkages; or cyclic peptides.

The targeting ligand can be any ligand that is capable of targeting a specific receptor. Examples are: folate, GalNAc, galactose, mannose, mannose-6P, clusters of sugars such as GalNAc cluster, mannose cluster, galactose cluster, or an apatamer. A cluster is a combination of two or more sugar units. The targeting ligands also include integrin receptor ligands, Chemokine receptor ligands, transferrin, biotin, serotonin receptor ligands, PSMA, endothelin, GCPII, somatostatin, LDL and HDL ligands. The ligands can also be based on nucleic acid, e.g., an aptamer. The aptamer can be unmodified or have any combination of modifications disclosed herein.

Endosomal release agents include imidazoles, poly or oligoimidazoles, PEIs, peptides, fusogenic peptides, polycaboxylates, polyacations, masked oligo or poly cations or anions, acetals, polyacetals, ketals/polyketyals, orthoesters, polymers with masked or unmasked cationic or anionic charges, dendrimers with masked or unmasked cationic or anionic charges.

PK modulator stands for pharmacokinetic modulator. PK modulator include lipophiles, bile acids, steroids, phospholipid analogues, peptides, protein binding agents, PEG, vitamins etc. Examplary PK modulator include, but are not limited to, cholesterol, fatty acids, cholic acid, lithocholic acid, dialkylglycerides, diacylglyceride, phospholipids, sphingolipids, naproxen, ibuprofen, vitamin E, biotin etc. Oligonucleotides that comprise a number of phosphorothioate linkages are also known to bind to serum protein, thus short oligonucleotides, e.g. oligonucleotides of about 5 bases, 10 bases, 15 bases or 20 bases, comprising multiple of phosphorothioate linkages in the backbaone are also amenable to the present invention as ligands (e.g. as PK modulating ligands).

In addition, aptamers that bind serum components (e.g. serum proteins) are also amenable to the present invention as PK modulating ligands.

Other ligands amenable to the invention are described in copending applications USSN: 10/916,185, filed August 10, 2004; USSN: 10/946,873, filed September 21, 2004; USSN: 10/833,934, filed August 3, 2007; USSN: 11/115,989 filed April 27, 2005 and USSN: 11/944,227 filed November 21, 2007, which are incorporated by reference in their entireties for all purposes.

When two or more ligands are present, the ligands can all have same properties, all have different properties or some ligands have the same properties while others have

different properties. For example, a ligand can have targeting properties, have endosomolytic activity or have PK modulating properties. In a preferred embodiment, all the ligands have different properties.

Ligands can be coupled to the oligonucleotides various places, for example, 3'-end, 5'-end, and/or at an internal position. In preferred embodiments, the ligand is attached to the oligonucleotides *via* an intervening tether. The ligand or tethered ligand may be present on a monomer when said monomer is incorporated into the growing strand. In some embodiments, the ligand may be incorporated via coupling to a "precursor" monomer after said "precursor" monomer has been incorporated into the growing strand. For example, a monomer having, e.g., an amino-terminated tether (i.e., having no associated ligand), e.g., TAP-$(CH_2)_nNH_2$ may be incorporated into a growing sense or antisense strand. In a subsequent operation, i.e., after incorporation of the precursor monomer into the strand, a ligand having an electrophilic group, e.g., a pentafluorophenyl ester or aldehyde group, can subsequently be attached to the precursor monomer by coupling the electrophilic group of the ligand with the terminal nucleophilic group of the precursor monomer's tether.

For double- stranded oligonucleotides, ligands can be attached to one or both strands. In some embodiments, a double-stranded iRNA agent contains a ligand conjugated to the sense strand. In other embodiments, a double-stranded iRNA agent contains a ligand conjugated to the antisense strand.

In some embodiments, lignad can be conjugated to nucleobases, sugar moieties, or internucleosidic linkages of nucleic acid molecules. Conjugation to purine nucleobases or derivatives thereof can occur at any position including, endocyclic and exocyclic atoms. In some embodiments, the 2-, 6-, 7-, or 8-positions of a purine nucleobase are attached to a conjugate moiety. Conjugation to pyrimidine nucleobases or derivatives thereof can also occur at any position. In some embodiments, the 2-, 5-, and 6-positions of a pyrimidine nucleobase can be substituted with a conjugate moiety. Conjugation to sugar moieties of nucleosides can occur at any carbon atom. Example carbon atoms of a sugar moiety that can be attached to a conjugate moiety include the 2', 3', and 5' carbon atoms. The 1' position can also be attached to a conjugate moiety, such as in an abasic residue. Internucleosidic linkages can also bear conjugate moieties. For phosphorus-

containing linkages (e.g., phosphodiester, phosphorothioate, phosphorodithiotate, phosphoroamidate, and the like), the conjugate moiety can be attached directly to the phosphorus atom or to an O, N, or S atom bound to the phosphorus atom. For amine- or amide-containing internucleosidic linkages (e.g., PNA), the conjugate moiety can be attached to the nitrogen atom of the amine or amide or to an adjacent carbon atom.

There are numerous methods for preparing conjugates of oligomeric compounds. Generally, an oligomeric compound is attached to a conjugate moiety by contacting a reactive group (e.g., OH, SH, amine, carboxyl, aldehyde, and the like) on the oligomeric compound with a reactive group on the conjugate moiety. In some embodiments, one reactive group is electrophilic and the other is nucleophilic.

For example, an electrophilic group can be a carbonyl-containing functionality and a nucleophilic group can be an amine or thiol. Methods for conjugation of nucleic acids and related oligomeric compounds with and without linking groups are well described in the literature such as, for example, in Manoharan in Antisense Research and Applications, Crooke and LeBleu, eds., CRC Press, Boca Raton, Fla., 1993, Chapter 17, which is incorporated herein by reference in its entirety.

Representative United States patents that teach the preparation of oligonucleotide conjugates include, but are not limited to, U.S. Pat. Nos. 4,828,979; 4,948,882; 5,218, 105; 5,525,465; 5,541,313; 5,545,730; 5,552,538; 5,578, 717, 5,580,731; 5,580,731; 5,591,584; 5,109,124; 5,118, 802; 5,138,045; 5,414,077; 5,486,603; 5,512,439; 5,578, 718; 5,608,046; 4,587,044; 4,605,735; 4,667,025; 4,762, 779; 4,789,737; 4,824,941; 4,835,263; 4,876,335; 4,904, 582; 4,958,013; 5,082,830; 5,112,963; 5,214,136; 5,082, 830; 5,112,963; 5,149,782; 5,214,136; 5,245,022; 5,254, 469; 5,258,506; 5,262,536; 5,272,250; 5,292,873; 5,317, 098; 5,371,241, 5,391,723; 5,416,203, 5,451,463; 5,510, 475; 5,512,667; 5,514,785; 5,565,552; 5,567,810; 5,574, 142; 5,585,481; 5,587,371; 5,595,726; 5,597,696; 5,599, 923; 5,599,928; 5,672,662; 5,688,941; 5,714,166; 6,153, 737; 6,172,208; 6,300,319; 6,335,434; 6,335,437; 6,395, 437; 6,444,806; 6,486,308; 6,525,031; 6,528,631; 6,559, 279; each of which is herein incorporated by reference.

**Characteristic of Nucleic Acid-Lipid Particles**

In certain embodiments, the present invention relates to methods and compositions for producing lipid-encapsulated nucleic acid particles in which nucleic acids are encapsulated within a lipid layer. Such nucleic acid-lipid particles, incorporating siRNA oligonucleotides, are characterized using a variety of biophysical parameters including: (1)drug to lipid ratio; (2) encapsulation efficiency; and (3) particle size. High drug to lipid rations, high encapsulation efficiency, good nuclease resistance and serum stability and controllable particle size, generally less than 200 nm in diameter are desirable. In addition, the nature of the nucleic acid polymer is of significance, since the modification of nucleic acids in an effort to impart nuclease resistance adds to the cost of therapeutics while in many cases providing only limited resistance. Unless stated otherwise, these criteria are calculated in this specification as follows:

Nucleic acid to lipid ratio is the amount of nucleic acid in a defined volume of preparation divided by the amount of lipid in the same volume. This may be on a mole per mole basis or on a weight per weight basis, or on a weight per mole basis. For final, administration-ready formulations, the nucleic acid:lipid ratio is calculated after dialysis, chromatography and/or enzyme (*e.g.*, nuclease) digestion has been employed to remove as much of the external nucleic acid as possible;

Encapsulation efficiency refers to the drug to lipid ratio of the starting mixture divided by the drug to lipid ratio of the final, administration competent formulation. This is a measure of relative efficiency. For a measure of absolute efficiency, the total amount of nucleic acid added to the starting mixture that ends up in the administration competent formulation, can also be calculated. The amount of lipid lost during the formulation process may also be calculated. Efficiency is a measure of the wastage and expense of the formulation; and

Size indicates the size (diameter) of the particles formed. Size distribution may be determined using quasi-elastic light scattering (QELS) on a Nicomp Model 370 sub-micron particle sizer. Particles under 200 nm are preferred for distribution to neo-vascularized (leaky) tissues, such as neoplasms and sites of inflammation.

**Pharmaceutical Compositions**

The lipid particles of present invention, particularly when associated with a therapeutic agent, may beformulated as a pharmaceutical composition, e.g., which further comprises a pharmaceutically acceptable diluent, excipient, or carrier, such as physiological saline or phosphate buffer, selected in accordance with the route of administration and standard pharmaceutical practice.

In particular embodiments, pharmaceutical compositions comprising the lipid-nucleic acid particles of the invention are prepared according to standard techniques and further comprise a pharmaceutically acceptable carrier. Generally, normal saline will be employed as the pharmaceutically acceptable carrier. Other suitable carriers include, *e.g.*, water, buffered water, 0.9% saline, 0.3% glycine, and the like, including glycoproteins for enhanced stability, such as albumin, lipoprotein, globulin, *etc*. In compositions comprising saline or other salt containing carriers, the carrier is preferably added following lipid particle formation. Thus, after the lipid-nucleic acid compositions are formed, the compositions can be diluted into pharmaceutically acceptable carriers such as normal saline.

The resulting pharmaceutical preparations may be sterilized by conventional, well known sterilization techniques. The aqueous solutions can then be packaged for use or filtered under aseptic conditions and lyophilized, the lyophilized preparation being combined with a sterile aqueous solution prior to administration. The compositions may contain pharmaceutically acceptable auxiliary substances as required to approximate physiological conditions, such as pH adjusting and buffering agents, tonicity adjusting agents and the like, for example, sodium acetate, sodium lactate, sodium chloride, potassium chloride, calcium chloride, *etc*. Additionally, the lipidic suspension may include lipid-protective agents which protect lipids against free-radical and lipid-peroxidative damages on storage. Lipophilic free-radical quenchers, such as α-tocopherol and water-soluble iron-specific chelators, such as ferrioxamine, are suitable.

The concentration of lipid particle or lipid-nucleic acid particle in the pharmaceutical formulations can vary widely, *i.e.*, from less than about 0.01%, usually at or at least about 0.05-5% to as much as 10 to 30% by weight and will be selected primarily by fluid volumes, viscosities, *etc*., in accordance with the particular mode of

administration selected. For example, the concentration may be increased to lower the fluid load associated with treatment. This may be particularly desirable in patients having atherosclerosis-associated congestive heart failure or severe hypertension. Alternatively, complexes composed of irritating lipids may be diluted to low concentrations to lessen inflammation at the site of administration. In one group of embodiments, the nucleic acid will have an attached label and will be used for diagnosis (by indicating the presence of complementary nucleic acid). In this instance, the amount of complexes administered will depend upon the particular label used, the disease state being diagnosed and the judgement of the clinician but will generally be between about 0.01 and about 50 mg per kilogram of body weight, preferably between about 0.1 and about 5 mg/kg of body weight.

As noted above, the lipid-therapeutic agent (*e.g.,* nucleic acid) particels of the invention may include polyethylene glycol (PEG)-modified phospholipids, PEG-ceramide, or ganglioside $G_{M1}$-modified lipids or other lipids effective to prevent or limit aggregation. Addition of such components does not merely prevent complex aggregation. Rather, it may also provide a means for increasing circulation lifetime and increasing the delivery of the lipid-nucleic acid composition to the target tissues.

The present invention also provides lipid-therapeutic agent compositions in kit form. The kit will typically be comprised of a container that is compartmentalized for holding the various elements of the kit. The kit will contain the particles or pharmaceutical compositions of the present invention, preferably in dehydrated or concentrated form, with instructions for their rehydration or dilution and administration. In certain embodiments, the particles comprise the active agent, while in other embodiments, they do not.

***Methods of Manufacture***

The methods and compositions of the invention make use of certain cationic lipids, the synthesis, preparation and characterization of which is described below and in the accompanying Examples. In addition, the present invention provides methods of preparing lipid particles, including those associated with a therapeutic agent, *e.g.*, a nucleic acid. In the methods described herein, a mixture of lipids is combined with a buffered aqueous solution of nucleic acid to produce an intermediate mixture containing

nucleic acid encapsulated in lipid particles wherein the encapsulated nucleic acids are present in a nucleic acid/lipid ratio of about 3 wt% to about 25 wt%, preferably 5 to 15 wt%. The intermediate mixture may optionally be sized to obtain lipid-encapsulated nucleic acid particles wherein the lipid portions are unilamellar vesicles, preferably having a diameter of 30 to 150 nm, more preferably about 40 to 90 nm. The pH is then raised to neutralize at least a portion of the surface charges on the lipid-nucleic acid particles, thus providing an at least partially surface-neutralized lipid-encapsulated nucleic acid composition.

As described above, several of these cationic lipids are amino lipids that are charged at a pH below the $pK_a$ of the amino group and substantially neutral at a pH above the $pK_a$. These cationic lipids are termed titratable cationic lipids and can be used in the formulations of the invention using a two-step process. First, lipid vesicles can be formed at the lower pH with titratable cationic lipids and other vesicle components in the presence of nucleic acids. In this manner, the vesicles will encapsulate and entrap the nucleic acids. Second, the surface charge of the newly formed vesicles can be neutralized by increasing the pH of the medium to a level above the $pK_a$ of the titratable cationic lipids present, *i.e.*, to physiological pH or higher. Particularly advantageous aspects of this process include both the facile removal of any surface adsorbed nucleic acid and a resultant nucleic acid delivery vehicle which has a neutral surface. Liposomes or lipid particles having a neutral surface are expected to avoid rapid clearance from circulation and to avoid certain toxicities which are associated with cationic liposome preparations. Additional details concerning these uses of such titratable cationic lipids in the formulation of nucleic acid-lipid particles are provided in U.S. Patent 6,287,591 and U.S. Patent 6,858,225, incorporated herein by reference.

It is further noted that the vesicles formed in this manner provide formulations of uniform vesicle size with high content of nucleic acids. Additionally, the vesicles have a size range of from about 30 to about 150 nm, more preferably about 30 to about 90 nm.

Without intending to be bound by any particular theory, it is believed that the very high efficiency of nucleic acid encapsulation is a result of electrostatic interaction at low pH. At acidic pH (e.g. pH 4.0) the vesicle surface is charged and binds a portion of the nucleic acids through electrostatic interactions. When the external acidic buffer is

exchanged for a more neutral buffer (*e.g.*, pH 7.5) the surface of the lipid particle or liposome is neutralized, allowing any external nucleic acid to be removed. More detailed information on the formulation process is provided in various publications (*e.g.*, U.S. Patent 6,287,591 and U.S. Patent 6,858,225).

In view of the above, the present invention provides methods of preparing lipid/nucleic acid formulations. In the methods described herein, a mixture of lipids is combined with a buffered aqueous solution of nucleic acid to produce an intermediate mixture containing nucleic acid encapsulated in lipid particles, *e.g.*, wherein the encapsulated nucleic acids are present in a nucleic acid/lipid ratio of about 10 wt% to about 20 wt%. The intermediate mixture may optionally be sized to obtain lipid-encapsulated nucleic acid particles wherein the lipid portions are unilamellar vesicles, preferably having a diameter of 30 to 150 nm, more preferably about 40 to 90 nm. The pH is then raised to neutralize at least a portion of the surface charges on the lipid-nucleic acid particles, thus providing an at least partially surface-neutralized lipid-encapsulated nucleic acid composition.

In certain embodiments, the mixture of lipids includes at least two lipid components: a first lipid component of the present invention that is selected from among lipids which have a pKa such that the lipid is cationic at pH below the pKa and neutral at pH above the pKa, and a second lipid component that is selected from among lipids that prevent particle aggregation during lipid-nucleic acid particle formation. In particular embodiments, the amino lipid is a novel cationic lipid of the present invention.

In preparing the nucleic acid-lipid particles of the invention, the mixture of lipids is typically a solution of lipids in an organic solvent. This mixture of lipids can then be dried to form a thin film or lyophilized to form a powder before being hydrated with an aqueous buffer to form liposomes. Alternatively, in a preferred method, the lipid mixture can be solubilized in a water miscible alcohol, such as ethanol, and this ethanolic solution added to an aqueous buffer resulting in spontaneous liposome formation. In most embodiments, the alcohol is used in the form in which it is commercially available. For example, ethanol can be used as absolute ethanol (100%), or as 95% ethanol, the remainder being water. This method is described in more detail in U.S. Patent 5,976,567).

In one exemplary embodiment, the mixture of lipids is a mixture of cationic lipids, neutral lipids (other than a cationic lipid), a sterol (*e.g.,* cholesterol) and a PEG-modified lipid (*e.g.,* a PEG-DMG or PEG-DMA) in an alcohol solvent. In preferred embodiments, the lipid mixture consists essentially of a cationic lipid, a neutral lipid, cholesterol and a PEG-modified lipid in alcohol, more preferably ethanol. In further preferred embodiments, the first solution consists of the above lipid mixture in molar ratios of about 20-70% cationic lipid: 5-45% neutral lipid:20-55% cholesterol:0.5-15% PEG-modified lipid. In still further preferred embodiments, the first solution consists essentially of a lipid chosen from Table 1 or Table 2, DSPC, Chol and PEG-DMG or PEG-DMA, more preferably in a molar ratio of about 20-60% cationic lipid: 5-25% DSPC:25-55% Chol:0.5-15% PEG-DMG or PEG-DMA. In particular embodiments, the molar lipid ratio is approximately 40/10/40/10 (mol% cationic lipid/DSPC/Chol/PEG-DMG or PEG-DMA), 35/15/40/10 (mol% cationic lipid/DSPC/Chol/PEG-DMG or PEG-DMA) or 52/13/30/5 (mol% cationic lipid/DSPC/Chol/PEG-DMG or PEG-DMA). In another group of preferred embodiments, the neutral lipid in these compositions is replaced with POPC, DPPC, DOPE or SM.

In accordance with the invention, the lipid mixture is combined with a buffered aqueous solution that may contain the nucleic acids. The buffered aqueous solution of is typically a solution in which the buffer has a pH of less than the $pK_a$ of the protonatable lipid in the lipid mixture. Examples of suitable buffers include citrate, phosphate, acetate, and MES. A particularly preferred buffer is citrate buffer. Preferred buffers will be in the range of 1-1000 mM of the anion, depending on the chemistry of the nucleic acid being encapsulated, and optimization of buffer concentration may be significant to achieving high loading levels (*see, e.g.,* U.S. Patent 6,287,591 and U.S. Patent 6,858,225). Alternatively, pure water acidified to pH 5-6 with chloride, sulfate or the like may be useful. In this case, it may be suitable to add 5% glucose, or another non-ionic solute which will balance the osmotic potential across the particle membrane when the particles are dialyzed to remove ethanol, increase the pH, or mixed with a pharmaceutically acceptable carrier such as normal saline. The amount of nucleic acid in buffer can vary, but will typically be from about 0.01 mg/mL to about 200 mg/mL, more preferably from about 0.5 mg/mL to about 50 mg/mL.

The mixture of lipids and the buffered aqueous solution of therapeutic nucleic acids is combined to provide an intermediate mixture. The intermediate mixture is typically a mixture of lipid particles having encapsulated nucleic acids. Additionally, the intermediate mixture may also contain some portion of nucleic acids which are attached to the surface of the lipid particles (liposomes or lipid vesicles) due to the ionic attraction of the negatively-charged nucleic acids and positively-charged lipids on the lipid particle surface (the amino lipids or other lipid making up the protonatable first lipid component are positively charged in a buffer having a pH of less than the $pK_a$ of the protonatable group on the lipid). In one group of preferred embodiments, the mixture of lipids is an alcohol solution of lipids and the volumes of each of the solutions is adjusted so that upon combination, the resulting alcohol content is from about 20% by volume to about 45% by volume. The method of combining the mixtures can include any of a variety of processes, often depending upon the scale of formulation produced. For example, when the total volume is about 10-20 mL or less, the solutions can be combined in a test tube and stirred together using a vortex mixer. Large-scale processes can be carried out in suitable production scale glassware.

Optionally, the lipid-encapsulated therapeutic agent (*e.g.*, nucleic acid) complexes which are produced by combining the lipid mixture and the buffered aqueous solution of therapeutic agents (nucleic acids) can be sized to achieve a desired size range and relatively narrow distribution of lipid particle sizes. Preferably, the compositions provided herein will be sized to a mean diameter of from about 70 to about 200 nm, more preferably about 90 to about 130 nm. Several techniques are available for sizing liposomes to a desired size. One sizing method is described in U.S. Pat. No. 4,737,323, incorporated herein by reference. Sonicating a liposome suspension either by bath or probe sonication produces a progressive size reduction down to small unilamellar vesicles (SUVs) less than about 0.05 microns in size. Homogenization is another method which relies on shearing energy to fragment large liposomes into smaller ones. In a typical homogenization procedure, multilamellar vesicles are recirculated through a standard emulsion homogenizer until selected liposome sizes, typically between about 0.1 and 0.5 microns, are observed. In both methods, the particle size distribution can be

monitored by conventional laser-beam particle size determination. For certain methods herein, extrusion is used to obtain a uniform vesicle size.

Extrusion of liposome compositions through a small-pore polycarbonate membrane or an asymmetric ceramic membrane results in a relatively well-defined size distribution. Typically, the suspension is cycled through the membrane one or more times until the desired liposome complex size distribution is achieved. The liposomes may be extruded through successively smaller-pore membranes, to achieve a gradual reduction in liposome size. In some instances, the lipid-nucleic acid compositions which are formed can be used without any sizing.

In particular embodiments, methods of the present invention further comprise a step of neutralizing at least some of the surface charges on the lipid portions of the lipid-nucleic acid compositions. By at least partially neutralizing the surface charges, unencapsulated nucleic acid is freed from the lipid particle surface and can be removed from the composition using conventional techniques. Preferably, unencapsulated and surface adsorbed nucleic acids are removed from the resulting compositions through exchange of buffer solutions. For example, replacement of a citrate buffer (pH about 4.0, used for forming the compositions) with a HEPES-buffered saline (HBS pH about 7.5) solution, results in the neutralization of liposome surface and nucleic acid release from the surface. The released nucleic acid can then be removed via chromatography using standard methods, and then switched into a buffer with a pH above the pKa of the lipid used.

Optionally the lipid vesicles (*i.e.*, lipid particles) can be formed by hydration in an aqueous buffer and sized using any of the methods described above prior to addition of the nucleic acid. As described above, the aqueous buffer should be of a pH below the pKa of the amino lipid. A solution of the nucleic acids can then be added to these sized, preformed vesicles. To allow encapsulation of nucleic acids into such “pre-formed” vesicles the mixture should contain an alcohol, such as ethanol. In the case of ethanol, it should be present at a concentration of about 20% (w/w) to about 45% (w/w). In addition, it may be necessary to warm the mixture of pre-formed vesicles and nucleic acid in the aqueous buffer-ethanol mixture to a temperature of about 25° C to about 50° C depending on the composition of the lipid vesicles and the nature of the nucleic acid. It

will be apparent to one of ordinary skill in the art that optimization of the encapsulation process to achieve a desired level of nucleic acid in the lipid vesicles will require manipulation of variable such as ethanol concentration and temperature. Examples of suitable conditions for nucleic acid encapsulation are provided in the Examples. Once the nucleic acids are encapsulated within the prefromed vesicles, the external pH can be increased to at least partially neutralize the surface charge. Unencapsulated and surface adsorbed nucleic acids can then be removed as described above.

***Method of Use***

The lipid particles of the present invention may be used to deliver a therapeutic agent to a cell, *in vitro* or *in vivo*. In particular embodiments, the therapeutic agent is a nucleic acid, which is delivered to a cell using a nucleic acid-lipid particles of the present invention. While the following description o various methodsof using the lipid particles and related pharmaceutical compositions of the present invention are exemplified by description related to nucleic acid-lipid particles, it is understood that these methods and compositions may be readily adapted for the delivery of any therapeutic agent for the treatment of any disease or disorder that would benefit from such treatment.

In certain embodiments, the present invention provides methods for introducing a nucleic acid into a cell. Preferred nucleic acids for introduction into cells are siRNA, immune-stimulating oligonucleotides, plasmids, antisense and ribozymes. These methods may be carried out by contacting the particles or compositions of the present invention with the cells for a period of time sufficient for intracellular delivery to occur.

The compositions of the present invention can be adsorbed to almost any cell type. Once adsorbed, the nucleic acid-lipid particles can either be endocytosed by a portion of the cells, exchange lipids with cell membranes, or fuse with the cells. Transfer or incorporation of the nucleic acid portion of the complex can take place via any one of these pathways. Without intending to be limited with respect to the scope of the invention, it is believed that in the case of particles taken up into the cell by endocytosis the particles then interact with the endosomal membrane, resulting in destabilization of the endosomal membrane, possibly by the formation of non-bilayer phases, resulting in introduction of the encapsulated nucleic acid into the cell cytoplasm. Similarly in the

case of direct fusion of the particles with the cell plasma membrane, when fusion takes place, the liposome membrane is integrated into the cell membrane and the contents of the liposome combine with the intracellular fluid. Contact between the cells and the lipid-nucleic acid compositions, when carried out *in vitro*, will take place in a biologically compatible medium. The concentration of compositions can vary widely depending on the particular application, but is generally between about 1 μmol and about 10 mmol. In certain embodiments, treatment of the cells with the lipid-nucleic acid compositions will generally be carried out at physiological temperatures (about 37°C) for periods of time from about 1 to 24 hours, preferably from about 2 to 8 hours. For *in vitro* applications, the delivery of nucleic acids can be to any cell grown in culture, whether of plant or animal origin, vertebrate or invertebrate, and of any tissue or type. In preferred embodiments, the cells will be animal cells, more preferably mammalian cells, and most preferably human cells.

In one group of embodiments, a lipid-nucleic acid particle suspension is added to 60-80% confluent plated cells having a cell density of from about $10^3$ to about $10^5$ cells/mL, more preferably about $2 \times 10^4$ cells/mL. The concentration of the suspension added to the cells is preferably of from about 0.01 to 20 μg/mL, more preferably about 1 μg/mL.

In another embodiment, the lipid particles of the invention can be may be used to deliver a nucleic acid to a cell or cell line (for example, a tumor cell line). Non-limiting examples of such cell lines include: HELA (ATCC Cat N: CCL-2), KB (ATCC Cat N: CCL-17), HEP3B (ATCC Cat N: HB-8064), SKOV-3 (ATCC Cat N: HTB-77), HCT-116 (ATCC Cat N: CCL-247), HT-29 (ATCC Cat N: HTB-38), PC-3 (ATCC Cat N: CRL-1435), A549 (ATCC Cat N: CCL-185), MDA-MB-231 (ATCC Cat N: HTB-26).

Typical applications include using well known procedures to provide intracellular delivery of siRNA to knock down or silence specific cellular targets. Alternatively applications include delivery of DNA or mRNA sequences that code for therapeutically useful polypeptides. In this manner, therapy is provided for genetic diseases by supplying deficient or absent gene products (*i.e.,* for Duchenne's dystrophy, see Kunkel, *et al., Brit. Med. Bull.* 45(3):630-643 (1989), and for cystic fibrosis, see Goodfellow, *Nature* 341:102-103 (1989)). Other uses for the compositions of the present invention

include introduction of antisense oligonucleotides in cells (see, Bennett, *et al., Mol. Pharm.* 41:1023-1033 (1992)).

Alternatively, the compositions of the present invention can also be used for deliver of nucleic acids to cells *in vivo*, using methods which are known to those of skill in the art. With respect to delivery of DNA or mRNA sequences, Zhu, *et al., Science* 261:209-211 (1993), incorporated herein by reference, describes the intravenous delivery of cytomegalovirus (CMV)-chloramphenicol acetyltransferase (CAT) expression plasmid using DOTMA-DOPE complexes. Hyde, *et al., Nature* 362:250-256 (1993), incorporated herein by reference, describes the delivery of the cystic fibrosis transmembrane conductance regulator (CFTR) gene to epithelia of the airway and to alveoli in the lung of mice, using liposomes. Brigham, *et al., Am. J. Med. Sci.* 298:278-281 (1989), incorporated herein by reference, describes the *in vivo* transfection of lungs of mice with a functioning prokaryotic gene encoding the intracellular enzyme, chloramphenicol acetyltransferase (CAT). Thus, the compositions of the invention can be used in the treatment of infectious diseases.

For *in vivo* administration, the pharmaceutical compositions are preferably administered parenterally, *i.e.*, intraarticularly, intravenously, intraperitoneally, subcutaneously, or intramuscularly. In particular embodiments, the pharmaceutical compositions are administered intravenously or intraperitoneally by a bolus injection. For one example, see Stadler, *et al.*, U.S. Patent No. 5,286,634, which is incorporated herein by reference. Intracellular nucleic acid delivery has also been discussed in Straubringer, *et al.,* METHODS IN ENZYMOLOGY, Academic Press, New York. 101:512-527 (1983); Mannino, *et al., Biotechniques* 6:682-690 (1988); Nicolau, *et al., Crit. Rev. Ther. Drug Carrier Syst.* 6:239-271 (1989), and Behr, *Acc. Chem. Res.* 26:274-278 (1993). Still other methods of administering lipid-based therapeutics are described in, for example, Rahman *et al.,* U.S. Patent No. 3,993,754; Sears, U.S. Patent No. 4,145,410; Papahadjopoulos *et al.,* U.S. Patent No. 4,235,871; Schneider, U.S. Patent No. 4,224,179; Lenk *et al.,* U.S. Patent No. 4,522,803; and Fountain *et al.,* U.S. Patent No. 4,588,578.

In other methods, the pharmaceutical preparations may be contacted with the target tissue by direct application of the preparation to the tissue. The application may be

made by topical, "open" or "closed" procedures. By "topical," it is meant the direct application of the pharmaceutical preparation to a tissue exposed to the environment, such as the skin, oropharynx, external auditory canal, and the like. "Open" procedures are those procedures which include incising the skin of a patient and directly visualizing the underlying tissue to which the pharmaceutical preparations are applied. This is generally accomplished by a surgical procedure, such as a thoracotomy to access the lungs, abdominal laparotomy to access abdominal viscera, or other direct surgical approach to the target tissue. "Closed" procedures are invasive procedures in which the internal target tissues are not directly visualized, but accessed via inserting instruments through small wounds in the skin. For example, the preparations may be administered to the peritoneum by needle lavage. Likewise, the pharmaceutical preparations may be administered to the meninges or spinal cord by infusion during a lumbar puncture followed by appropriate positioning of the patient as commonly practiced for spinal anesthesia or metrazamide imaging of the spinal cord. Alternatively, the preparations may be administered through endoscopic devices.

The lipid-nucleic acid compositions can also be administered in an aerosol inhaled into the lungs (*see*, Brigham, *et al., Am. J. Sci.* 298(4):278-281 (1989)) or by direct injection at the site of disease (Culver, Human Gene Therapy, MaryAnn Liebert, Inc., Publishers, New York. pp.70-71 (1994)).

The methods of the present invention may be practiced in a variety of hosts. Preferred hosts include mammalian species, such as humans, non-human primates, dogs, cats, cattle, horses, sheep, and the like.

Dosages for the lipid-therapeutic agent particles of the present invention will depend on the ratio of therapeutic agent to lipid and the administrating physician's opinion based on age, weight, and condition of the patient.

In one embodiment, the present invention provides a method of modulating the expression of a target polynucleotide or polypeptide. These methods generally comprise contacting a cell with a lipid particle of the present invention that is associated with a nucleic acid capable of modulating the expression of a target polynucleotide or polypeptide. As used herein, the term "modulating" refers to altering the expression of a target polynucleotide or polypeptide. In different embodiments, modulating can mean

increasing or enhancing, or it can mean decreasing or reducing. Methods of measuring the level of expression of a target polynucleotide or polypeptide are known and available in the arts and include, e.g., methods employing reverse transcription-polymerase chain reaction (RT-PCR) and immunohistochemical techniques. In particular embodiments, the level of expression of a target polynucleotide or polypeptide is increased or reduced by at least 10%, 20%, 30%, 40%, 50%, or greater than 50% as compared to an appropriate control value.

For example, if increased expression of a polypeptide desired, the nucleic acid may be an expression vector that includes a polynucleotide that encodes the desired polypeptide. On the other hand, if reduced expression of a polynucleotide or polypeptide is desired, then the nucleic acid may be, *e.g.*, an antisense oligonucleotide, siRNA, or microRNA that comprises a polynucleotide sequence that specifically hybridizes to a polnucleotide that encodes the target polypeptide, thereby disrupting expression of the target polynucleotide or polypeptide. Alternatively, the nucleic acid may be a plasmid that expresses such an antisense oligonucletoide, siRNA, or microRNA.

In one particular embodiment, the present invention provides a method of modulating the expression of a polypeptide by a cell, comprising providing to a cell a lipid particle that consists of or consists essentially of a lipid chosen from Table 1 or Table 2, DSPC, Chol and PEG-DMG or PEG-DMA, *e.g.*, in a molar ratio of about 20-60% cationic lipid: 5-25% DSPC:25-55% Chol:0.5-15% PEG-DMG or PEG-DMA, wherein the lipid particle is assocated with a nucleic acid capable of modulating the expression of the polypeptide. In particular embodiments, the molar lipid ratio is approximately 40/10/40/10 (mol% cationic lipid/DSPC/Chol/PEG-DMG or PEG-DMA), 35/15/40/10 (mol% cationic lipid/DSPC/Chol/PEG-DMG or PEG-DMA) or 52/13/30/5 (mol% cationic lipid/DSPC/Chol/PEG-DMG or PEG-DMA). In another group of embodiments, the neutral lipid in these compositions is replaced with POPC, DPPC, DOPE or SM.

In particular embodiments, the therapeutic agent is selected from an siRNA, a microRNA, an antisense oligonucleotide, and a plasmid capable of expressing an siRNA, a microRNA, or an antisense oligonucleotide, and wherein the siRNA, microRNA, or antisense RNA comprises a polynucleotide that specifically binds to a polynucleotide that

encodes the polypeptide, or a complement thereof, such that the expression of the polypeptide is reduced.

In other embodiments, the nucleic acid is a plasmid that encodes the polypeptide or a functional variant or fragment thereof, such that expression of the polypeptide or the functional variant or fragment thereof is increased.

In related embodiments, the present invention provides a method of treating a disease or disorder characterized by overexpression of a polypeptide in a subject, comprising providing to the subject a pharmaceutical composition of the present invention, wherein the therapeutic agent is selected from an siRNA, a microRNA, an antisense oligonucleotide, and a plasmid capable of expressing an siRNA, a microRNA, or an antisense oligonucleotide, and wherein the siRNA, microRNA, or antisense RNA comprises a polynucleotide that specifically binds to a polynucleotide that encodes the polypeptide, or a complement thereof.

In one embodiment, the pharmaceutical composition comprises a lipid particle that consists of or consists essentially of a lipid chosen from Table 1 or Table 2, DSPC, Chol and PEG-DMG or PEG-DMA, *e.g.*, in a molar ratio of about 20-60% cationic lipid: 5-25% DSPC:25-55% Chol:0.5-15% PEG-DMG or PEG-DMA, wherein the lipid particle is assocated with the therapeutic nucleic acid. In particular embodiments, the molar lipid ratio is approximately 40/10/40/10 (mol% cationic lipid/DSPC/Chol/PEG-DMG or PEG-DMA), 35/15/40/10 (mol% cationic lipid/DSPC/Chol/PEG-DMG or PEG-DMA) or 52/13/30/5 (mol% cationic lipid/DSPC/Chol/PEG-DMG or PEG-DMA). In another group of embodiments, the neutral lipid in these compositions is replaced with POPC, DPPC, DOPE or SM.

In another related embodiment, the present invention includes a method of treating a disease or disorder characterized by underexpression of a polypeptide in a subject, comprising providing to the subject a pharmaceutical composition of the present invention, wherein the therapeutic agent is a plasmid that encodes the polypeptide or a functional variant or fragment thereof.

In one embodiment, the pharmaceutical composition comprises a lipid particle that consists of or consists essentially of a lipid chosen from Table 1 or Table 2, DSPC, Chol and PEG-DMG or PEG-DMA, *e.g.*, in a molar ratio of about 20-60% cationic lipid:

5-25% DSPC:25-55% Chol:0.5-15% PEG-DMG or PEG-DMA, wherein the lipid particle is assocated with the therapeutic nucleic acid. In particular embodiments, the molar lipid ratio is approximately 40/10/40/10 (mol% cationic lipid/DSPC/Chol/PEG-DMG or PEG-DMA), 35/15/40/10 (mol% cationic lipid/DSPC/Chol/PEG-DMG or PEG-DMA) or 52/13/30/5 (mol% cationic lipid/DSPC/Chol/PEG-DMG or PEG-DMA). In another group of embodiments, the neutral lipid in these compositions is replaced with POPC, DPPC, DOPE or SM.

The present invention further provides a method of inducing an immune response in a subject, comprising providing to the subject the pharmaceutical composition of the present invention, wherein the therapeutic agent is an immunostimulatory oligonucleotide. In certain embodiments, the immune response is a humoral or mucosal immune response. In one embodiment, the pharmaceutical composition comprises a lipid particle that consists of or consists essentially of a lipid chosen from Table 1 or Table 2, DSPC, Chol and PEG-DMG or PEG-DMA, *e.g.*, in a molar ratio of about 20-60% cationic lipid: 5-25% DSPC:25-55% Chol:0.5-15% PEG-DMG or PEG-DMA, wherein the lipid particle is assocated with the therapeutic nucleic acid. In particular embodiments, the molar lipid ratio is approximately 40/10/40/10 (mol% cationic lipid/DSPC/Chol/PEG-DMG or PEG-DMA), 35/15/40/10 (mol% cationic lipid/DSPC/Chol/PEG-DMG or PEG-DMA) or 52/13/30/5 (mol% cationic lipid/DSPC/Chol/PEG-DMG or PEG-DMA). In another group of embodiments, the neutral lipid in these compositions is replaced with POPC, DPPC, DOPE or SM.

In further embodiments, the pharmaceutical composition is provided to the subject in combination with a vaccine or antigen. Thus, the present invention itself provides vaccines comprising a lipid particle of the present invention, which comprises an immunostimulatory oligonucleotide, and is also associated with an antigen to which an immune response is desired. In particular embodiments, the antigen is a tumor antigen or is associated with an infective agent, such as, *e.g.*, a virus, bacteria, or parasiste.

A variety of tumor antigens, infections agent antigens, and antigens associated with other disease are well known in the art and examples of these are described in references cited herein. Examples of antigens suitable for use in the present invention include, but are not limited to, polypeptide antigens and DNA antigens. Specific

examples of antigens are Hepatitis A, Hepatitis B, small pox, polio, anthrax, influenza, typhus, tetanus, measles, rotavirus, diphtheria, pertussis, tuberculosis, and rubella antigens. In a preferred embodiment, the antigen is a Hepatitis B recombinant antigen. In other aspects, the antigen is a Hepatitis A recombinant antigen. In another aspect, the antigen is a tumor antigen. Examples of such tumor-associated antigens are MUC-1, EBV antigen and antigens associated with Burkitt's lymphoma. In a further aspect, the antigen is a tyrosinase-related protein tumor antigen recombinant antigen. Those of skill in the art will know of other antigens suitable for use in the present invention.

Tumor-associated antigens suitable for use in the subject invention include both mutated and non-mutated molecules that may be indicative of single tumor type, shared among several types of tumors, and/or exclusively expressed or overexpressed in tumor cells in comparison with normal cells. In addition to proteins and glycoproteins, tumor-specific patterns of expression of carbohydrates, gangliosides, glycolipids and mucins have also been documented. Exemplary tumor-associated antigens for use in the subject cancer vaccines include protein products of oncogenes, tumor suppressor genes and other genes with mutations or rearrangements unique to tumor cells, reactivated embryonic gene products, oncofetal antigens, tissue-specific (but not tumor-specific) differentiation antigens, growth factor receptors, cell surface carbohydrate residues, foreign viral proteins and a number of other self proteins.

Specific embodiments of tumor-associated antigens include, *e.g.*, mutated antigens such as the protein products of the Ras p21 protooncogenes, tumor suppressor p53 and BCR-abl oncogenes, as well as CDK4, MUM1, Caspase 8, and Beta catenin; overexpressed antigens such as galectin 4, galectin 9, carbonic anhydrase, Aldolase A, PRAME, Her2/neu, ErbB-2 and KSA, oncofetal antigens such as alpha fetoprotein (AFP), human chorionic gonadotropin (hCG); self antigens such as carcinoembryonic antigen (CEA) and melanocyte differentiation antigens such as Mart 1/Melan A, gp100, gp75, Tyrosinase, TRP1 and TRP2; prostate associated antigens such as PSA, PAP, PSMA, PSM-P1 and PSM-P2; reactivated embryonic gene products such as MAGE 1, MAGE 3, MAGE 4, GAGE 1, GAGE 2, BAGE, RAGE, and other cancer testis antigens such as NY-ESO1, SSX2 and SCP1; mucins such as Muc-1 and Muc-2; gangliosides such as GM2, GD2 and GD3, neutral glycolipids and glycoproteins such as Lewis (y) and

globo-H; and glycoproteins such as Tn, Thompson-Freidenreich antigen (TF) and sTn. Also included as tumor-associated antigens herein are whole cell and tumor cell lysates as well as immunogenic portions thereof, as well as immunoglobulin idiotypes expressed on monoclonal proliferations of B lymphocytes for use against B cell lymphomas.

Pathogens include, but are not limited to, infectious agents, *e.g.*, viruses, that infect mammals, and more particularly humans. Examples of infectious virus include, but are not limited to: Retroviridae (*e.g.*, human immunodeficiency viruses, such as HIV-1 (also referred to as HTLV-III, LAV or HTLV-III/LAV, or HIV-III; and other isolates, such as HIV-LP; Picornaviridae (*e.g.,* polio viruses, hepatitis A virus; enteroviruses, human Coxsackie viruses, rhinoviruses, echoviruses); Calciviridae (*e.g.,* strains that cause gastroenteritis); Togaviridae (*e.g.,* equine encephalitis viruses, rubella viruses); Flaviridae (*e.g.,* dengue viruses, encephalitis viruses, yellow fever viruses); Coronoviridae (*e.g.,* coronaviruses); Rhabdoviradae (*e.g.,* vesicular stomatitis viruses, rabies viruses); Coronaviridae (*e.g.*, coronaviruses); Rhabdoviridae (*e.g.,* vesicular stomatitis viruses, rabies viruses); Filoviridae (*e.g.,* ebola viruses); Paramyxoviridae (*e.g.,* parainfluenza viruses, mumps virus, measles virus, respiratory syncytial virus); Orthomyxoviridae (*e.g.,*influenza viruses); Bungaviridae (*e.g.,* Hantaan viruses, bunga viruses, phleboviruses and Nairo viruses); Arena viridae (hemorrhagic fever viruses); Reoviridae (*e.g.,* reoviruses, orbiviurses and rotaviruses); Birnaviridae; Hepadnaviridae (Hepatitis B virus); Parvovirida (parvoviruses); Papovaviridae (papilloma viruses, polyoma viruses); Adenoviridae (most adenoviruses); Herpesviridae herpes simplex virus (HSV) 1 and 2, varicella zoster virus, cytomegalovirus (CMV), herpes virus; Poxviridae (variola viruses, vaccinia viruses, pox viruses); and Iridoviridae (*e.g.,* African swine fever virus); and unclassified viruses (*e.g.,* the etiological agents of Spongiform encephalopathies, the agent of delta hepatitis (thought to be a defective satellite of hepatitis B virus), the agents of non-A, non-B hepatitis (class 1=internally transmitted; class 2=parenterally transmitted (*i.e.*, Hepatitis C); Norwalk and related viruses, and astroviruses).

Also, gram negative and gram positive bacteria serve as antigens in vertebrate animals. Such gram positive bacteria include, but are not limited to Pasteurella species, Staphylococci species, and Streptococcus species. Gram negative bacteria include, but are not limited to, Escherichia coli, Pseudomonas species, and Salmonella species.

Specific examples of infectious bacteria include but are not limited to: Helicobacterpyloris, Borelia burgdorferi, Legionella pneumophilia, Mycobacteria sps (*e.g.,* M. tuberculosis, M. avium, M. intracellulare, M. kansaii, M. gordonae), Staphylococcus aureus, Neisseria gonorrhoeae, Neisseria meningitidis, Listeria monocytogenes, Streptococcus pyogenes (Group A Streptococcus), Streptococcus agalactiae (Group B Streptococcus), Streptococcus (viridans group), Streptococcusfaecalis, Streptococcus bovis, Streptococcus (anaerobic sps.), Streptococcus pneumoniae, pathogenic Campylobacter sp., Enterococcus sp., Haemophilus infuenzae, Bacillus antracis, corynebacterium diphtheriae, corynebacterium sp., Erysipelothrix rhusiopathiae, Clostridium perfringers, Clostridium tetani, Enterobacter aerogenes, Klebsiella pneumoniae, Pasturella multocida, Bacteroides sp., Fusobacterium nucleatum, Streptobacillus moniliformis, Treponema pallidium, Treponema pertenue, Leptospira, Rickettsia, and Actinomyces israelli.

Additional examples of pathogens include, but are not limited to, infectious fungi that infect mammals, and more particularly humans. Examples of infectious fingi include, but are not limited to: Cryptococcus neoformans, Histoplasma capsulatum, Coccidioides immitis, Blastomyces dermatitidis, Chlamydia trachomatis, Candida albicans. Examples of infectious parasites include Plasmodium such as Plasmodium falciparum, Plasmodium malariae, Plasmodium ovale, and Plasmodium vivax. Other infectious organisms (*i.e.*, protists) include Toxoplasma gondii.

In one embodiment, the formulations of the invention can be used to silence or modulate a target gene such as but not limited to FVII, Eg5, PCSK9, TPX2, apoB, SAA, TTR, RSV, PDGF beta gene, Erb-B gene, Src gene, CRK gene, GRB2 gene, RAS gene, MEKK gene, JNK gene, RAF gene, Erk1/2 gene, PCNA(p21) gene, MYB gene, JUN gene, FOS gene, BCL-2 gene, Cyclin D gene, VEGF gene, EGFR gene, Cyclin A gene, Cyclin E gene, WNT-1 gene, beta-catenin gene, c-MET gene, PKC gene, NFKB gene, STAT3 gene, survivin gene, Her2/Neu gene, SORT1 gene, XBP1 gene, topoisomerase I gene, topoisomerase II alpha gene, p73 gene, p21(WAF1/CIP1) gene, p27(KIP1) gene, PPM1D gene, RAS gene, caveolin I gene, MIB I gene, MTAI gene, M68 gene, tumor suppressor genes, p53 tumor suppressor gene, p53 family member DN-p63, pRb tumor suppressor gene, APC1 tumor suppressor gene, BRCA1 tumor suppressor gene, PTEN

tumor suppressor gene, mLL fusion gene, BCR/ABL fusion gene, TEL/AML1 fusion gene, EWS/FLI1 fusion gene, TLS/FUS1 fusion gene, PAX3/FKHR fusion gene, AML1/ETO fusion gene, alpha v-integrin gene, Flt-1 receptor gene, tubulin gene, Human Papilloma Virus gene, a gene required for Human Papilloma Virus replication, Human Immunodeficiency Virus gene, a gene required for Human Immunodeficiency Virus replication, Hepatitis A Virus gene, a gene required for Hepatitis A Virus replication, Hepatitis B Virus gene, a gene required for Hepatitis B Virus replication, Hepatitis C Virus gene, a gene required for Hepatitis C Virus replication, Hepatitis D Virus gene, a gene required for Hepatitis D Virus replication, Hepatitis E Virus gene, a gene required for Hepatitis E Virus replication, Hepatitis F Virus gene, a gene required for Hepatitis F Virus replication, Hepatitis G Virus gene, a gene required for Hepatitis G Virus replication, Hepatitis H Virus gene, a gene required for Hepatitis H Virus replication, Respiratory Syncytial Virus gene, a gene that is required for Respiratory Syncytial Virus replication, Herpes Simplex Virus gene, a gene that is required for Herpes Simplex Virus replication, herpes Cytomegalovirus gene, a gene that is required for herpes Cytomegalovirus replication, herpes Epstein Barr Virus gene, a gene that is required for herpes Epstein Barr Virus replication, Kaposi's Sarcoma-associated Herpes Virus gene, a gene that is required for Kaposi's Sarcoma-associated Herpes Virus replication, JC Virus gene, human gene that is required for JC Virus replication, myxovirus gene, a gene that is required for myxovirus gene replication, rhinovirus gene, a gene that is required for rhinovirus replication, coronavirus gene, a gene that is required for coronavirus replication, West Nile Virus gene, a gene that is required for West Nile Virus replication, St. Louis Encephalitis gene, a gene that is required for St. Louis Encephalitis replication, Tick-borne encephalitis virus gene, a gene that is required for Tick-borne encephalitis virus replication, Murray Valley encephalitis virus gene, a gene that is required for Murray Valley encephalitis virus replication, dengue virus gene, a gene that is required for dengue virus gene replication, Simian Virus 40 gene, a gene that is required for Simian Virus 40 replication, Human T Cell Lymphotropic Virus gene, a gene that is required for Human T Cell Lymphotropic Virus replication, Moloney-Murine Leukemia Virus gene, a gene that is required for Moloney-Murine Leukemia Virus replication, encephalomyocarditis virus gene, a gene that is required for encephalomyocarditis virus

replication, measles virus gene, a gene that is required for measles virus replication, Vericella zoster virus gene, a gene that is required for Vericella zoster virus replication, adenovirus gene, a gene that is required for adenovirus replication, yellow fever virus gene, a gene that is required for yellow fever virus replication, poliovirus gene, a gene that is required for poliovirus replication, poxvirus gene, a gene that is required for poxvirus replication, plasmodium gene, a gene that is required for plasmodium gene replication, Mycobacterium ulcerans gene, a gene that is required for Mycobacterium ulcerans replication, Mycobacterium tuberculosis gene, a gene that is required for Mycobacterium tuberculosis replication, Mycobacterium leprae gene, a gene that is required for Mycobacterium leprae replication, Staphylococcus aureus gene, a gene that is required for Staphylococcus aureus replication, Streptococcus pneumoniae gene, a gene that is required for Streptococcus pneumoniae replication, Streptococcus pyogenes gene, a gene that is required for Streptococcus pyogenes replication, Chlamydia pneumoniae gene, a gene that is required for Chlamydia pneumoniae replication, Mycoplasma pneumoniae gene, a gene that is required for Mycoplasma pneumoniae replication, an integrin gene, a selectin gene, complement system gene, chemokine gene, chemokine receptor gene, GCSF gene, Gro1 gene, Gro2 gene, Gro3 gene, PF4 gene, MIG gene, Pro-Platelet Basic Protein gene, MIP-1I gene, MIP-1J gene, RANTES gene, MCP-1 gene, MCP-2 gene, MCP-3 gene, CMBKR1 gene, CMBKR2 gene, CMBKR3 gene, CMBKR5v, AIF-1 gene, I-309 gene, a gene to a component of an ion channel, a gene to a neurotransmitter receptor, a gene to a neurotransmitter ligand, amyloid-family gene, presenilin gene, HD gene, DRPLA gene, SCA1 gene, SCA2 gene, MJD1 gene, CACNL1A4 gene, SCA7 gene, SCA8 gene, allele gene found in LOH cells, or one allele gene of a polymorphic gene.

**DEFINITIONS**

"Alkyl" means a straight chain or branched, noncyclic or cyclic, saturated aliphatic hydrocarbon containing from 1 to 24 carbon atoms. Representative saturated straight chain alkyls include methyl, ethyl, n-propyl, n-butyl, n-pentyl, n-hexyl, and the like; while saturated branched alkyls include isopropyl, *sec*-butyl, isobutyl, *tert*-butyl, isopentyl, and the like. Representative saturated cyclic alkyls include cyclopropyl,

cyclobutyl, cyclopentyl, cyclohexyl, and the like; while unsaturated cyclic alkyls include cyclopentenyl and cyclohexenyl, and the like.

"Alkenyl" means an alkyl, as defined above, containing at least one double bond between adjacent carbon atoms. Alkenyls include both cis and trans isomers. Representative straight chain and branched alkenyls include ethylenyl, propylenyl, 1-butenyl, 2-butenyl, isobutylenyl, 1-pentenyl, 2-pentenyl, 3-methyl-1-butenyl, 2-methyl-2-butenyl, 2,3-dimethyl-2-butenyl, and the like.

"Alkynyl" means any alkyl or alkenyl, as defined above, which additionally contains at least one triple bond between adjacent carbons. Representative straight chain and branched alkynyls include acetylenyl, propynyl, 1-butynyl, 2-butynyl, 1-pentynyl, 2-pentynyl, 3-methyl-1 butynyl, and the like.

The term "acyl" refers to hydrogen, alkyl, partially saturated or fully saturated cycloalkyl, partially saturated or fully saturated heterocycle, aryl, and heteroaryl substituted carbonyl groups. For example, acyl includes groups such as (C1-C20)alkanoyl (e.g., formyl, acetyl, propionyl, butyryl, valeryl, caproyl, t- butylacetyl, etc.), (C3-C20)cycloalkylcarbonyl (e.g., cyclopropylcarbonyl, cyclobutylcarbonyl, cyclopentylcarbonyl, cyclohexylcarbonyl, etc.), heterocyclic carbonyl (e.g., pyrrolidinylcarbonyl, pyrrolid-2-one-5 -carbonyl, piperidinylcarbonyl, piperazinylcarbonyl, tetrahydrofuranylcarbonyl, etc.), aroyl (e.g., benzoyl) and heteroaroyl (e.g., thiophenyl-2-carbonyl, thiophenyl-3 -carbonyl, furanyl-2-carbonyl, furanyl-3 -carbonyl, lH-pyrroyl-2-carbonyl, lH-pyrroyl-3 -carbonyl, benzo[b]thiophenyl-2-carbonyl, etc.).

The term "aryl" refers to an aromatic monocyclic, bicyclic, or tricyclic hydrocarbon ring system, wherein any ring atom can be substituted. Examples of aryl moieties include, but are not limited to, phenyl, naphthyl, anthracenyl, and pyrenyl.

"Heterocycle" means a 5- to 7-membered monocyclic, or 7- to 10-membered bicyclic, heterocyclic ring which is either saturated, unsaturated, or aromatic, and which contains from 1 or 2 heteroatoms independently selected from nitrogen, oxygen and sulfur, and wherein the nitrogen and sulfur heteroatoms may be optionally oxidized, and the nitrogen heteroatom may be optionally quaternized, including bicyclic rings in which any of the above heterocycles are fused to a benzene ring. The heterocycle may be

attached via any heteroatom or carbon atom. Heterocycles include heteroaryls as defined below. Heterocycles include morpholinyl, pyrrolidinonyl, pyrrolidinyl, piperidinyl, piperizynyl, hydantoinyl, valerolactamyl, oxiranyl, oxetanyl, tetrahydrofuranyl, tetrahydropyranyl, tetrahydropyridinyl, tetrahydroprimidinyl, tetrahydrothiophenyl, tetrahydrothiopyranyl, tetrahydropyrimidinyl, tetrahydrothiophenyl, tetrahydrothiopyranyl, and the like.

The term “heteroaryl” refers to an aromatic 5-8 membered monocyclic, 8-12 membered bicyclic, or 11-14 membered tricyclic ring system having 1-3 heteroatoms if monocyclic, 1-6 heteroatoms if bicyclic, or 1-9 heteroatoms if tricyclic, said heteroatoms selected from O, N, or S (*e.g.*, carbon atoms and 1-3, 1-6, or 1-9 heteroatoms of N, O, or S if monocyclic, bicyclic, or tricyclic, respectively), wherein any ring atom can be substituted. The heteroaryl groups herein described may also contain fused rings that share a common carbon-carbon bond. The term “alkylheterocyle” refers to a heteroaryl wherein at least one of the ring atoms is substituted with alkyl, alkenyl or alkynyl

The term "substituted" refers to the replacement of one or more hydrogen radicals in a given structure with the radical of a specified substituent including, but not limited to: halo, alkyl, alkenyl, alkynyl, aryl, heterocyclyl, thiol, alkylthio, oxo, thioxy, arylthio, alkylthioalkyl, arylthioalkyl, alkylsulfonyl, alkylsulfonylalkyl, arylsulfonylalkyl, alkoxy, aryloxy, aralkoxy, aminocarbonyl, alkylaminocarbonyl, arylaminocarbonyl, alkoxycarbonyl, aryloxycarbonyl, haloalkyl, amino, trifluoromethyl, cyano, nitro, alkylamino, arylamino, alkylaminoalkyl, arylaminoalkyl, aminoalkylamino, hydroxy, alkoxyalkyl, carboxyalkyl, alkoxycarbonylalkyl, aminocarbonylalkyl, acyl, aralkoxycarbonyl, carboxylic acid, sulfonic acid, sulfonyl, phosphonic acid, aryl, heteroaryl, heterocyclic, and aliphatic. It is understood that the substituent may be further substituted. Exemplary substituents include amino, alkylamino, dialkylamino, and cyclic amino compounds.

“Halogen” means fluoro, chloro, bromo and iodo.

The terms “alkylamine” and “dialkylamine” refer to –NH(alkyl) and –N $(alkyl)_2$ radicals respectively.

The term “alkylphosphate” refers to –O-P(Q’)(Q”)-O-R, wherein Q’ and Q” are each independently O, S, $N(R)_2$, optionally substituted alkyl or alkoxy; and R is optionally substituted alkyl, ω-aminoalkyl or ω-(substituted)aminoalkyl.

The term “alkylphosphorothioate” refers to an alkylphosphate wherein at least one of Q’ or Q” is S.

The term “alkylphosphonate” refers to an alkylphosphate wherein at least one of Q’ or Q” is alkyl.

The terem “hydroxyalkyl” means –O-alkyl radical.

The term “alkylheterocycle” refers to an alkyl where at least one methylene has been replaced by a heterocycle.

The term “ω-aminoalkyl” refers to –alkyl-$NH_2$ radical. And the term “ω-(substituted)aminoalkyl refers to an ω-aminoalkyl wherein at least one of the H on N has been replaced with alkyl.

The term “ω-phosphoalkyl” refers to –alkyl-O-P(Q’)(Q”)-O-R, wherein Q’ and Q” are each independently O or S and R optionally substituted alkyl.

The term “ω-thiophosphoalkyl refers to ω-phosphoalkyl wherein at least one of Q’ or Q” is S.

In some embodiments, the methods of the invention may require the use of protecting groups. Protecting group methodology is well known to those skilled in the art (*see, for example*, PROTECTIVE GROUPS IN ORGANIC SYNTHESIS, Green, T.W. et. al., Wiley-Interscience, New York City, 1999). Briefly, protecting groups within the context of this invention are any group that reduces or eliminates unwanted reactivity of a functional group. A protecting group can be added to a functional group to mask its reactivity during certain reactions and then removed to reveal the original functional group. In some embodiments an “alcohol protecting group” is used. An “alcohol protecting group” is any group which decreases or eliminates unwanted reactivity of an alcohol functional group. Protecting groups can be added and removed using techniques well known in the art.

The compounds of the present invention may be prepared by known organic synthesis techniques, including the methods described in more detail in the Examples.

## EXAMPLES

**Example 1:**

**Synthesis of methanesulfonic acid octadeca-9, 12-dienyl ester 2**

**Scheme 1**




To a solution of the alcohol **1** (26.6 g, 100 mmol) in dichloromethane (100 mL), triethylamine (13.13 g, 130 mmol) was added and this solution was cooled in an ice-bath. To this cold solution, a solution of mesyl chloride (12.6 g, 110 mmol) in dichloromethane (60 mL) was added dropwise and after the completion of the addition, the reaction mixture was allowed to warm to ambient temperature and stirred overnight. The TLC of the reaction mixture showed the completion of the reaction. The reaction mixture was diluted with dichloromethane (200 mL), washed with water (200 mL), satd. $NaHCO_3$ (200 mL), brine (100 mL) and dried ($NaSO_4$). The organic layer was concentrated to get the crude product which was purified by column chromatography (silica gel) using 0-

10% $Et_2O$ in hexanes. The pure product fractions were combined and concentrated to obtain the pure product **2** as colorless oil (30.6 g, 89%). $^1H$ NMR ($CDCl_3$, 400 MHz) δ = 5.42-5.21 (m, 4H), 4.20 (t, 2H), 3.06 (s, 3H), 2.79 (t, 2H), 2.19-2.00 (m, 4H), 1.90-1.70 (m, 2H), 1.06-1.18 (m, 18H), 0.88 (t, 3H). $^{13}C$ NMR ($CDCl_3$) δ = 130.76, 130.54, 128.6, 128.4, 70.67, 37.9, 32.05, 30.12, 29.87, 29.85, 29.68, 29.65, 29.53, 27.72, 27.71, 26.15, 25.94, 23.09, 14.60. MS. Molecular weight calculated for $C_{19}H_{36}O_3S$, Cal. 344.53, Found 343.52 ($M-H^-$).

**Synthesis of 18-Bromo-octadeca-6, 9-diene 3**

The mesylate **2** (13.44 g, 39 mmol) was dissolved in anhydrous ether (500 mL) and to it the MgBr.$Et_2O$ complex (30.7 g, 118 mmol) was added under argon and the mixture was refluxed under argon for 26 h after which the TLC showed the completion of the reaction. The reaction mixture was diluted with ether (200 mL) and ice-cold water (200 mL) was added to this mixture and the layers were separated. The organic layer was washed with 1% aqueous $K_2CO_3$ (100 mL), brine (100 mL) and dried (Anhyd. $Na_2SO_4$). Concentration of the organic layer provided the crude product which was further purified by column chromatography (silica gel) using 0-1% $Et_2O$ in hexanes to isolate the bromide **3** (12.6 g, 94 %) as a colorless oil. $^1H$ NMR ($CDCl_3$, 400 MHz) δ = 5.41-5.29 (m, 4H), 4.20 (d, 2H), 3.40 (t, $J$ = 7 Hz, 2H), 2.77 (t, $J$ = 6.6 Hz, 2H), 2.09-2.02 (m, 4H), 1.88-1.00 (m, 2H), 1.46-1.27 (m, 18H), 0.88 (t, $J$ = 3.9 Hz, 3H). $^{13}C$ NMR ($CDCl_3$) δ = 130.41, 130.25, 128.26, 128.12, 34.17, 33.05, 31.75, 29.82, 29.57, 29.54, 29.39, 28.95, 28.38, 27.42, 27.40, 25.84, 22.79, 14.28.

**Synthesis of 18-Cyano-octadeca-6, 9-diene 4**

To a solution of the mesylate (3.44 g, 10 mmol) in ethanol (90 mL), a solution of KCN (1.32 g, 20 mmol) in water (10 mL) was added and the mixture was refluxed for 30 min. after which, the TLC of the reaction mixture showed the completion of the reaction after which, ether (200 mL) was added to the reaction mixture followed by the addition of water. The reaction mixture was extracted with ether and the combined organic layers was washed with water (100 mL), brine (200 mL) and dried. Concentration of the organic layer provided the crude product which was purified by column chromatography (0-10 % $Et_2O$ in hexanes). The pure product **4** was isolated as colorless oil (2 g, 74%). $^1H$ NMR ($CDCl_3$, 400 MHz) δ = 5.33-5.22 (m, 4H), 2.70 (t, 2H), 2.27-2.23 (m, 2H), 2.00-1.95 (m,

4H), 1.61-1.54 (m, 2H), 1.39-1.20 (m, 18H), 0.82 (t, 3H). $^{13}C$ NMR ($CDCl_3$) δ = 130.20, 129.96, 128.08, 127.87, 119.78, 70.76, 66.02, 32.52, 29.82, 29.57, 29.33, 29.24, 29.19, 29.12, 28.73, 28.65, 27.20, 27.16, 25.62, 25.37, 22.56, 17.10, 14.06. MS. Molecular weight calculated for $C_{19}H_{33}N$, Cal. 275.47, Found 276.6 ($M-H^-$).

**Synthesis of Heptatriaconta-6,9,28,31-tetraen-19-one 7**

To a flame dried 500 mL 2NRB flask, freshly activated Mg turnings (0.144 g, 6 mmol) were added and the flask was equipped with a magnetic stir bar and a reflux condenser. This set-up was degassed, flushed with argon and 10 mL of anhydrous ether was added to the flask via syringe. The bromide **3** (1.65 g, 5 mmol) was dissolved in anhydrous ether (10 mL) and added dropwise via syringe to the flask. An exothermic reaction was noticed (to confirm/accelerate the Grignard reagent formation, 2 mg of iodine was added and immediate decolorization was observed confirming the formation of the Grignard reagent) and the ether started refluxing. After the completion of the addition the reaction mixture was kept at 35 $^{o}$C for 1 h and then cooled in ice bath. The cyanide **4** (1.38 g, 5 mmol) was dissolved in anhydrous ether (20 mL) and added dropwise to the reaction mixture with stirring. An exothermic reaction was observed and the reaction mixture was stirred overnight at ambient temperature. The reaction was quenched by adding 10 mL of acetone dropwise followed by ice cold water (60 mL). The reaction mixture was treated with aq. $H_2SO_4$ (10 % by volume, 200 mL) until the solution became homogeneous and the layers were separated. The aq. phase was extracted with ether (2x100 mL). The combined ether layers were dried ($Na_2SO_4$) and concentrated to get the crude product which was purified by column (silica gel, 0-10% ether in hexanes) chromatography. The pure product fractions were evaporated to provide the pure ketone **7** as a colorless oil (2 g, 74%). $^{1}H$ NMR ($CDCl_3$, 400 MHz) δ = 5.33-5.21 (m, 8H), 2.69 (t, 4H), 2.30 (t, 4H), 2.05-1.95 (m, 8H), 1.55-1.45 (m, 2H), 1.35-1.15 (m, 18H), 0.82 (t, 3H). $^{13}C$ NMR ($CDCl_3$) δ = 211.90, 130.63, 130.54, 128.47, 128.41, 43.27, 33.04, 32.01, 30.93, 29.89, 29.86, 29.75, 29.74, 27.69, 26.11, 24.35, 23.06, 14.05. MS. Molecular weight calculated for $C_{37}H_{66}O$, Cal. 526.92, Found 528.02 ($M+H^+$).

**Example 2. Alternative Synthesis of the ketone 7**

**Scheme 2**




**Synthesis of compound 6b**

To a flame dried 500 mL RB flask, freshly activated Mg turnings (2.4 g, 100 mmol) were added and the flask was equipped with a magnetic stir bar, an addition funnel and a reflux condenser. This set-up was degassed and flushed with argon and 10 mL of anhydrous ether was added to the flask via syringe. The bromide **3** (26.5 g, 80.47 mmol) was dissolved in anhydrous ether (50 mL) and added to the addition funnel. About 5 mL of this ether solution was added to the Mg turnings while stirring vigorously. An exothermic reaction was noticed (to confirm/accelerate the Grignard reagent formation, 5 mg of iodine was added and immediate decolorization was observed confirming the formation of the Grignard reagent) and the ether started refluxing. The rest of the solution of the bromide was added dropwise while keeping the reaction under gentle reflux by cooling the flask in water. After the completion of the addition the reaction mixture was kept at 35 °C for 1 h and then cooled in ice bath. Ethyl formate (2.68 g, 36.2 mmol) was dissolved in anhydrous ether (40 mL) and transferred to the addition funnel and added dropwise to the reaction mixture with stirring. An exothermic reaction was observed and the reaction mixture started refluxing. After the initiation of the reaction the rest of the ethereal solution of formate was quickly added as a stream and the reaction mixture was stirred for a further period of 1 h at ambient temperature. The reaction was quenched by adding 10 mL of acetone dropwise followed by ice cold water (60 mL). The reaction

mixture was treated with aq. $H_2SO_4$ (10 % by volume, 300 mL) until the solution became homogeneous and the layers were separated. The aq. phase was extracted with ether (2x100 mL). The combined ether layers were dried ($Na_2SO_4$) and concentrated to get the crude product which was purified by column (silica gel, 0-10% ether in hexanes) chromatography. The slightly less polar fractions were concentrated to get the formate **6a** (1.9 g) and the pure product fractions were evaporated to provide the pure product **6b** as a colorless oil (14.6 g, 78%).

**Synthesis of compound 7**

To a solution of the alcohol **6b** (3 g, 5.68 mmol) in $CH_2Cl_2$ (60 mL), freshly activated 4 A molecular sieves (50 g) were added and to this solution powdered PCC (4.9 g, 22.7 mmol) was added portion wise over a period of 20 minutes and the mixture was further stirred for 1 hour (**Note:** careful monitoring of the reaction is necessary in order to get good yields since prolonged reaction times leads to lower yields) and the TLC of the reaction mixture was followed every 10 minutes (5% ether in hexanes) After completion of the reaction, the reaction mixture was filtered through a pad of silica gel and the residue was washed with $CH_2Cl_2$ (400 mL). The filtrate was concentrated and the thus obtained crude product was further purified by column chromatography (silica gel, 1% $Et_2O$ in hexanes) to isolate the pure product **7** (2.9 g, 97%) as a colorless oil. $^1H$ NMR ($CDCl_3$, 400 MHz) $\delta$ = 5.33-5.21 (m, 8H), 2.69 (t, 4H), 2.30 (t, 4H), 2.05-1.95 (m, 8H), 1.55-1.45 (m, 2H), 1.35-1.15 (m, 18H), 0.82 (t, 3H). $^{13}C$ NMR ($CDCl_3$) $\delta$ = 211.90, 130.63, 130.54, 128.47, 128.41, 43.27, 33.04, 32.01, 30.93, 29.89, 29.86, 29.75, 29.74, 27.69, 26.11, 24.35, 23.06, 14.05. MS. Molecular weight calculated for $C_{37}H_{66}O$, Cal. 526.92, Found 528.02 ($M+H^+$).

**Example 3. Synthesis of Unsymmetric ketones 25 and 27.**

**Scheme 3**




**Synthesis of heptatriaconta-6,9,28-trien-19-one 25**

To a dry 50 ml 2NRB flask, a freshly activated Mg turnings (132 mg, 0.0054 mol) was added and the flask was equipped with a magnetic stir bar and a reflux condenser. This setup was degassed and flushed with nitrogen and 10mL of anhydrous ether was added to the flask via syringe. The bromide **24** (1.8g, 0.0054 mol) was dissolved in anhydrous ether (10 mL) and added dropwise via syringe to the flask. An exothermic reaction was noticed (reaction initiated with dibromoethane) and the ether started refluxing. After completion of the addition the reaction mixture was kept at $35^0$C for 1h and then cooled in ice bath to 10-$15^0$ C. The cyanide **4** (0.5 g, 0.0018 mol) was dissolved in dry THF (5 mL) and added dropwise to the reaction with stirring. An exothermic reaction was observed and the reaction mixture was refluxed (at $70^0$C) for 12h and quenched with ammonium chloride solution. It was then treated with 25% HCl solution

until the solution became homogenous and the layers were separated. The aqueous phase was extracted with ether. The combined ether layers were dried and concentrated to get the crude product which was purified by column chromatography. The pure product fractions were evaporated to provide the pure ketone **25** as colorless oil.

Yield: 0.230 g (24%). $^1$H-NMR (CDCl3, 400MHz): δ = 5.37-5.30 (m, 6H), 2.77-2.74 (t, 2H), 2.38-2.34 (t, 4H), 2.05-1.95 (m, 8H),1.56-1.52 (m, 4H),1.35-1.25 (m, aliphatic protons), 0.89-0.85 (t, 6H). IR (cm-1):2924, 2854,1717,1465,1049,721.

**Synthesis of heptatriaconta-6,9-dien-19-one 27**

To a flame dried 500 mL 2NRB flask, a freshly activated Mg turnings (0.144 g, 6 mmol) is added and the flask is equipped with a magnetic stir bar and a reflux condenser. This set-up is degassed and flushed with argon and 10 mL of anhydrous ether is added to the flask via syringe. The commercially available bromide **26** (2.65 g, 5 mmol) is dissolved in anhydrous ether (10 mL) and added dropwise via syringe to the flask. After the completion of the addition the reaction mixture is kept at 35 °C for 1 h and then cooled in ice bath. The cyanide **4** (1.38 g, 5 mmol) is dissolved in anhydrous ether (20 mL) and added dropwise to the reaction mixture with stirring. An exothermic reaction is observed and the reaction mixture is stirred overnight at ambient temperature. The reaction is quenched by adding 10 mL of acetone dropwise followed by ice cold water (60 mL). The reaction mixture is treated with aq. $H_2SO_4$ (10 % by volume, 200 mL) until the solution becomes homogeneous and the layers are separated. The aq. phase is extracted with ether (2x100 mL). The combined ether layers are dried ($Na_2SO_4$) and concentrated to get the crude product which is purified by column chromatography to provide the pure ketone **27** as a colorless oil. 1H-NMR (CDCl3, 400MHz): δ = 5.42-5.30 (m,4H), 2.79-2.78 (t,2H), 2.40-2.37 (t,4H), 2.08-2.03 (m,4H),1.58-1.54 (m,4H),1.36-1.26 (br m, aliphatic protons), 0.91-0.87 (t, 6H). IR (cm-1):2924, 2854, 1716, 1465, 1375, 721.

**Example 4. Synthesis of Unsymmetrical Ketones with $C_{12}$ Chain**

**Scheme 4**




To a dry 50 ml 2NRB flask, a freshly activated Mg turnings (175 mg, 0.0072 mol) was added and the flask was equipped with a magnetic stir bar and a reflux condenser. This setup was degassed and flushed with nitrogen and 10mL of anhydrous ether was added to the flask via syringe. The bromide **28** (1.5g, 0.006 mol) was dissolved in anhydrous ether (7 ml) and added dropwise via syringe to the flask. An exothermic reaction was noticed (reaction initiated with dibromoethane) and the ether started refluxing. After completion of the addition the reaction mixture was kept at $35^0$C for 1h and then cooled in ice bath to 10-$15^0$ C. The cyanide **4** (1g, 0.0036mol) was dissolved in anhydrous ether (7 mL) and added dropwise to the reaction with stirring. An exothermic reaction was observed and the reaction mixture was refluxed for 12h and quenched with ammonium chloride solution. It was then treated with 25% HCl solution until the solution becomes homogenous and the layers were separated. The aq phase was extracted with ether. The combined ether layers were dried and concentrated to get the crude product which was purified by column chromatography. The pure product fractions were evaporated to provide the pure ketone **29** as colorless oil. Yield: 0.65 g (26%). $^1$H-NMR (δ ppm): 5.388-5.302 (m, 4H), 2.77 – 2.74 (t, 2H), 2.38 – 2.34 (t, 4H), 2.04-2.01 ( m, 4H), 1.34 – 1.18 (m, 36H), 0.89 – 0.85 (m 6H). IR (cm $^{-1}$): 3009, 2920, 2851, 1711 (C=O), 1466, 1376, 1261.

**Example 5. Synthesis of Unsymmetrical Ketones with $C_{10}$ Chain 31**

**Scheme 5**




To a dry 50 ml 2NRB flask, a freshly activated Mg turnings (266 mg, 0.0109 mol) was added and the flask was equipped with a magnetic stir bar and a reflux condenser. This setup was degassed and flushed with nitrogen and 10mL of anhydrous ether was added to the flask via syringe. The bromide (2.43 g, 0.0109 mol) was dissolved in anhydrous ether (7 ml) and added dropwise via syringe to the flask. An exothermic reaction was noticed (reaction initiated with dibromoethane) and the ether started refluxing. After completion of the addition the reaction mixture was kept at $35^0$C for 1h and then cooled in ice bath to $10\text{-}15^0$ C. The cyanide (1 g, 0.0036 mol) was dissolved in anhydrous ether (7 mL) and added dropwise to the reaction with stirring. An exothermic reaction was observed and the reaction mixture was stirred at ambient temperature for 2 hr. THF (4ml) was added to the reaction mixture and it was warmed to $45\text{-}50^0$ C for 4 hr till the cyano derivative was complete consumed. The reaction was quenched by adding 3mL of acetone dropwise followed by ice cold water. The reaction mixture was treated with 25% HCl solution until the solution becomes homogenous and the layers were separated. The aq. phase was extracted with ether. The combined ether layers were dried and concentrated to get the crude product which was purified by column chromatography. The pure product fractions were evaporated to provide the pure ketone as colorless oil. Yield: 0.93 gms (61%). $^1$H-NMR (δ ppm): 5.37-5.302 (m, 4H), 2.77 – 2.74 (t, 2H), 2.38

– 2.34 (t, 4H), 2.05-2.00 (m, 4H), 1.55 – 1.52 (m, 2H), 1.35 – 1.24 (m, 34H), 0.89 – 0.84 (m 6H). IR ($cm^{-1}$): 3009, 2925, 2854, 1717 (C=O), 1465, 1376.

**Example 6. Synthesis of Unsymmetrical Ketones with cholesterol 33**

**Scheme 6**




Using a similar procedure to that used for the synthesis of ketone **31**, the cholesteryl chloride on conversion to the corresponding magnesium chloride followed by addition to the linoleyl cyanide provided the ketone **33.**

**Example 7. Synthesis of Unsymmetrical Ketones with cholesterol 35**

**Scheme 7**




The treatment of the cholesterolchloroformate with 3-bromopropylamine provided the bromide **34** which is converted to the corresponding Grignard reagent **34a** which on treatment with the linoleyl cyanide provided the corresponding unsymmetrical ketone **35** in good yield.

**Example 8. Synthesis of Unsymmetric Ketone 40**

**Scheme 8**




## Synthesis of Compound 37

To a 500ml two neck RBF containing $LiAlH_4$ (1.02g, 0.0269 mol) was added anhydrous THF (20 mL) at room temperature under nitrogen atmosphere. The suspension was stirred for 1 h at room temperature and then cooled to 0 °C. To this mixture was added a solution of compound **1** (5g, 0.01798 mol) in anhydrous THF (50 mL) slowly maintaining the inside temperature 0 °C. After completion of the addition, reaction mixture was warmed to ambient temperature and stirred for 1 h. Progress of the reaction was monitored by TLC. Upon completion of the reaction, mixture was cooled to 0 °C and quenched with sat. solution of aq. $Na_2SO_4$. Reaction mixture was stirred for 30 minutes and solid formed was filtered through celite bed and washed with ethyl acetate (100 mL). Filtrate and washings were combined and evaporated on rotary evaporator to afford the compound **37** as colorless liquid, which was taken as such for the next stage without any purification. Yield: (4.5g, 95%); $^1H$ NMR (400MHz, $CDCl_3$) δ = 5.39-5.28 (m, 6H), 3.64-3.61 (t, 2H), 2.81-2.78 (t, 4H), 2.10-2.01(m, 4H), 1.59-1.51 (m, 2H), 1.29-1.22 (m, aliphatic protons), 0.98-0.94 (t, 3H).

## Synthesis of Compound 38

Compound **37** (14 g, 0.0530 mol) was dissolved in DCM (300 ml) in a 500 ml two neck RBF and cooled to 0 °C. To this solution was added triethylamine (29.5 ml, 0.2121 mol) slowly under inert atmosphere. Reaction mixture was then stirred for 10-15 minutes and

to it mesyl chloride (6.17 mL, 0.0795 mol)) was added slowly. After complete addition, the reaction mixture was allowed to warm to ambient temperature and stirred for 20 h. Reaction was monitored by TLC. Upon completion, the reaction mixture was diluted with water (200 mL) stirred for few minutes and organic layer was separated. Organic phase was further washed with brine (1 x 70 mL), dried over $Na_2SO_4$.and solvent was removed on rotary evaporator to get the crude compound **38** as brown oil which was used as such for next reaction. Yield: (17 g, 93 %) $^1$H NMR (400MHz, $CDCl_3$) δ = 5.39-5.31 (m, 6H), 4.22-4.19 (t, 2H), 2.99 (s, 3H), 2.81-2.78 (m, 4H), 2.08-2.01 (m, 4H), 1.75.1.69 (m, 2H), 1.39-1.29 (m, aliphatic protons), 0.98-0.94 (t, 3H).

**Synthesis of Compound 39**

The mesylate **38** (10 g, 0.2923 mol) was dissolved in (300 mL) anhydrous ether in a 1000 mL two neck RBF and $MgBr_2.Et_2O$ complex (22.63 g, 0.0877 mol) was added into it under nitrogen atmosphere. Resulting mixture was then heated to reflux for 26 h. After completion of the reaction (by TLC), reaction mixture was diluted with ether (300 mL) and ice cold water (200 mL) and ether layer was separated out. Organic layer was then washed with 1% aq. $K_2CO_3$ (100 mL) followed by brine (80 mL). Organic phase was then dried over anhydrous $Na_2SO_4$ and solvent was evaporated off under vacuum to give the crude material which was chromatographed on silca gel (60-120 mesh) using 0-1% ethyl acetate in hexane as eluting system to yield the desired compound **39** as oil. Yield: (7g, 73 %) $^1$H NMR (400MHz, $CDCl_3$) δ = 5.39-5.31 (m, 6H), 3.41-3.37 (t, 2H), 2.81-2.78 (m, 4H), 2.08-2.02 (m, 4H), 1.86-1.80 (m, 2H), 1.42-1.29 (m, aliphatic protons), 0.98-0.94 (t, 3H).

**Synthesis of Unsymetric Ketone 40**

To a flame dried 500mL two neck RBF, equipped with magnetic stir bar and a reflux condenser, freshly activated Mg turnings (0.88 g, 0.03636 mol) were added. This set up was degassed, flushed with argon and ether (150 mL) was added into it. Few drops of bromo compound **4** (11.89 g, 0.03636 mol) in 50mL ether was added at the beginning to initiate the reaction (*note: catalytic amount of 1, 2-dibromo ethane was also added to accelerate formation of grignard reagent*). Upon initiation, the remaining solution of

bromo compound was added slowly to the refluxing ethereal solution. After complete addition, the reaction mixture was refluxed at 40°C for 1.5 h. It was then cooled to 10°C and the linoleyl cyanide **4** (5 g, 0.01818 mol) in 30 mL of dry ether was added drop wise and the resulting mixture was then heated to reflux for 20 h at 40°C. Progress of the reaction was monitored by TLC. After complete consumption of the cyano derivative **40** (*by TLC*), mixture was cooled to room temperature and quenched with 30mL of acetone followed by (50 mL)ice water. This solution was further acidified with 10% HCl solution and ether layer was separated out. Aqueous phase was further extracted with diethyl ether (2 x 100 mL). Removal of the solvent after drying over anhydrous $Na_2SO_4$ afforded the crude ketone which was purified by silica gel column chromatography (100-200 mesh) using 0-5% ether in hexane as eluting system to give the title compound **40** as pale yellow oil. Yield: (4.8g, 50.5%) $^1$H NMR (400MHz, $CDCl_3$) δ= 5.38-5.28 (m, 10H), 2.80-2.74 (m, 6H), 2.38-2.34 (t, 4H), 2.08-2.00 (m, 8H), 1.55-1.52 (m, 4H), 1.35-1.26 (m, aliphatic protons), 0.98-0.94 (t, 3H), 0.89-0.85 (t, 3H). HPLC- 98.04%.

**Example 9. Synthesis of ketal 506**

**Scheme 9**



**Dihydroxylation of Compound 501**

A cooled (0°C) solution of $OsO_4$ (0.01 eq) and NMO (1 eq) in water (100 mL) was treated dropwise with a solution of compound **501** (10.3 g, 61 mmol) in acetone (100 mL). After 5 h at r.t., the solvent was removed and the aqueous residue was partitioned with EtOAc. After aqueous workup, column chromatography gave compound **502** (9.2 g, 74 %) as a colorless solid. $^1$H NMR (DMSO-$d_6$, 400 MHz) δ = 4.86 (t, *J* = 4.0 Hz, 2H), 3.96 (m, 2H), 3.36 – 3.26 (m, 2H), 3.05 (dd, *J* = 9.8 and 3.8 Hz, 2H), 1.38 (s, 9H); Electrospray MS (+ve): Molecular weight for C9H18NO4 $(M + H)^+$ Calc. 204.0, Found 104.0 (M + H minus Boc).

**Preparation of Compound 503**

A DCM solution (20 mL) of compound **502** (2.5 g, 12.3 mmol) was treated with HCl in dioxane (4 M, 80 mL) over 18 h. $Et_2O$ (200 mL) was added and the resulting brown solid (compound **503**) was collected by filtration (1.73 g, 100 %). $^1$H NMR (DMSO-$d_6$, 400 MHz) δ = 9.35 (br, 1H), 9.25 (br, 1H), 5.6 – 5.1 (br, 2H), 4.05 (t, *J* = 4.1 Hz, 2H), 3.23 – 3.13 (m, 2H), 2.97 – 2.89 (m, 2H); Electrospray MS (+ve): Molecular weight for C4H10NO2 $(M + H)^+$ Calc. 104.0, Found 104.0.

**Preparation of Compound 504**

A DCM solution (20 mL) of $NEt_3$ (3 eq) and compound **503** (1.73 g, 12.3 mmol) was treated with Cbz-OSu (1.1 eq) over 18 h. Aqueous workup then column chromatography gave pure compound **7** (2.0 g, 68 %). $^1$H NMR ($CDCl_3$, 400 MHz) δ = 7.40 – 7.26 (m, 5H), 5.04 (s, 2H), 5.92 (d, *J* = 4.5 Hz, 2H), 3.99 (m, 2H), 3.44 (dd, *J* = 10.5 and 5.4 Hz, 1H), 3.37 (dd, *J* = 10.9 and 5.3 Hz, 1H), 3.14 (dt, *J* = 10.4 and 4.6 Hz, 2H).

**Preparation of Compound 505**

A mixture of compound **504** (1.85 g, 7.8 mmol), ketone **7** (2.74 g, 5.2 mmol) and *p*-TSA (0.1 eq) was heated under toluene reflux with Dean-Stark apparatus for 3 h. Removal of solvent then column chromatography gave compound **505** (3.6 g, 93 %) as a colorless oil. $^1$H NMR ($CDCl_3$, 400 MHz) δ = 7.40 – 7.26 (m, 5H), 5.43 – 5.29 (m, 8H), 5.13 (d, *J* = 9.2 Hz, 2H), 4.71 (d, *J* = 4.1 Hz, 2H), 3.88 (dd, *J* = 22.4 and 12.9 Hz, 2H), 3.31 (d, *J* = 12.9 Hz, 2H), 2.77 (t, *J* = 6.4 Hz, 4H), 2.09 – 2.00 (m, 8H), 1.62 (m, 2H),

1.51 (br, 2H), 1.40 – 1.21 (m, 36H), 0.89 (t, *J* = 6.8 Hz, 6H); Electrospray MS (+ve): Molecular weight for C49H80NO4 $(M + H)^+$ Calc. 746.6, Found 746.4.

**Preparation of Compound 506 (ALNY-104)**

A solution of compound **505** (2 g, 2.68 mmol) in hexane (20 mL) was added in a dropwise fashion to an ice-cold solution of LAH in THF (1 M, 5.4 mL). After complete addition, the mixture was heated at 40°C over 0.5 h then cooled again on an ice bath. The mixture was carefully hydrolyzed with saturated aqueous $Na_2SO_4$ then filtered through celite and reduced to an oil. Column chromatography gave pure **506**, 1.32 g, 79% as a colorless oil. $^1H$ NMR ($CDCl_3$, 400 MHz) δ = 5.43 – 5.29 (m, 8H), 4.61 (s, 2H), 2.97 (d, *J* = 10.9 Hz, 2H), 2.77 (t, *J* = 6.4 Hz, 4H), 2.28 (s, 3H), 2.12 – 2.01 (m, 10H), 1.72 (m, 2H), 1.52 (br, 2H), 1.44 – 1.23 (m, 36H), 0.89 (t, *J* = 6.8 Hz, 6H); $^{13}C$ NMR δ = 130.2 (x3), 128.0, 127.9, 115.1, 80.2, 82.3, 41.9, 36.8, 35.9, 31.5, 30.0, 29.9, 29.7 (x2), 29.6, 29.5, 29.4, 29.3, 27.3, (x2), 27.2, 25.7, 24.3, 23.9, 22.6, 14.0; Electrospray MS (+ve): Molecular weight for C42H76NO2 $(M + H)^+$ Calc. 626.6, Found 626.6.

**Example 10. Synthesis of ketal 512**

**Scheme 10**




**Preparation of Compound 508**

Using a procedure analogous to that described for the synthesis of compound **502**, compound **508** (10 g, 73%) was obtained as a colorless oil. $^1H$ NMR (400 MHz, DMSO) δ 4.65 - 4.55 (br, 1H), 4.50 (d, *J* = 4.1, 1H), 3.64 (m, 1H), 3.49 – 3.37 (m, 1H), 3.31 – 3.04 (m, 4H), 1.60 (m, 1H), 1.49 – 1.27 (m, 10H); Electrospray MS (+ve): Molecular weight for $C_{10}H_{20}NO_4$ $(M + H)^+$ Calc. 218.1, Found 118.0 (M + H minus Boc).

**Preparation of Compound 509**

Using a procedure analogous to that described for the synthesis of compound **503**, compound **509** (7.33 g, 100%) was obtained as a colorless oil. $^{1}$H NMR (400 MHz, DMSO) δ 9.05 (s, 1H), 8.51 (s, 1H), 5.5-4.7 (br, 2H), 3.83 – 3.73 (m, 1H), 3.73 – 3.63 (m, 1H), 3.06 – 2.79 (m, 4H), 1.80 (m, 1H), 1.67 (m, 1H); Electrospray MS (+ve): Molecular weight for $C_5H_{12}NO_2$ $(M + H)^+$ Calc. 118.1, Found 118.0.

**Preparation of Compound 510**

Using a procedure analogous to that described for the synthesis of compound **504**, compound **510** (2.68 g, 82%) was obtained as a colorless oil. $^{1}$H NMR (400 MHz, DMSO) δ 7.45 – 7.21 (m, 5H), 5.05 (s, 2H), 4.68 (s, 1H), 4.57 (s, 1H), 3.67 (d, *J* = 3.0, 1H), 3.55 – 3.11 (m, 5H), 1.65 (m, 1H), 1.48 (m, 1H); Electrospray MS (+ve): Molecular weight for $C_{13}H_{18}NO_4$ $(M + H)^+$ Calc. 252.1, Found 252.0.

**Preparation of Compound 511**

Using a procedure analogous to that described for the synthesis of compound **505**, compound **511** (4.7 g, 87%) was obtained as a colorless oil. $^{1}$H NMR (400 MHz, $CDCl_3$) δ 7.45 – 7.28 (m, 5H), 5.42 – 5.28 (m, 8H), 5.23 – 5.00 (m, 2H), 4.43 – 4.33 (m, 1H), 4.27 (d, *J* = 26.5, 1H), 3.94 – 3.72 (m, 1H), 3.61 – 3.24 (m, 4H), 2.77 (t, *J* = 6.3, 4H), 2.15 – 1.91 (m, 8H), 1.89 – 1.76 (br, 1H), 1.71 – 1.60 (m, 2H), 1.54 (m, 2H), 1.42 – 1.20 (m, 36H), 0.88 (t, *J* = 6.7, 6H); Electrospray MS (+ve): Molecular weight for $C_{50}H_{82}NO_4$ $(M + H)^+$ Calc. 760.6, Found 760.4.

**Preparation of Compound 512 (ALNY-105)**

Using a procedure analogous to that described for the synthesis of compound **506**, compound **512 (ALNY-105)** (0.90 g, 69%) was obtained as a colorless oil. $^{1}$H NMR (400 MHz, $CDCl_3$) δ 5.49 – 5.23 (m, 8H), 4.16 (t, *J* = 5.2, 2H), 2.77 (t, *J* = 6.3, 4H), 2.70 (dd, *J* = 11.6, 5.0, 1H), 2.44 – 2.33 (m, 1H), 2.31 – 2.14 (m, 5H), 2.04 (dd, *J* = 13.6, 6.8, 8H), 1.99 – 1.88 (m, 1H), 1.78 – 1.63 (m, 2H), 1.56 (m, 2H), 1.48 – 1.15 (m, 37H), 0.88 (t, *J* = 6.7, 6H). $^{13}$C NMR = 130.2, 130.1 (x2), 127.9 (x2), 72.1, 70.6, 68.1, 51.1, 46.3, 38.5, 36.5, 31.5, 30.0, 29.7, 29.6, 29.5 (x2), 29.3 (x3), 27.7, 27.2 (x2), 25.6, 24.4, 22.6, 14.1; Electrospray MS (+ve): Molecular weight for $C_{43}H_{78}NO_2$ $(M + H)^+$ Calc. 640.6, Found 640.6.

**Example 11. Synthesis of ketal 519a-g [ALNY-100, 101, 107, 108, 109, 110 and 189]**

**Scheme 11**




**Synthesis of 515:**

To a stirred suspension of LiAlH4 (3.74 g, 0.09852 mol) in 200 ml anhydrous THF in a two neck RBF (1L), was added a solution of **514** (10g, 0.04926mol) in 70 mL of THF slowly at 0 $^{0}$C under nitrogen atmosphere. After complete addition, reaction mixture was warmed to room temperature and then heated to reflux for 4 h. Progress of the reaction was monitored by TLC. After completion of reaction (by TLC) the mixture was cooled to 0 0C and quenched with careful addition of saturated $Na_2SO_4$ solution. Reaction mixture was stirred for 4 h at room temperature and filtered off. Residue was washed well with THF. The filtrate and washings were mixed and diluted with 400 mL dioxane and 26 mL conc. HCl and stirred for 20 minutes at room temperature. The volatilities were stripped off under vacuum to furnish the hydrochloride salt of **515** as a white solid. Yield: 7.12 g 1H-NMR (DMSO, 400MHz): δ= 9.34 (broad, 2H), 5.68 (s, 2H), 3.74 (m, 1H), 2.66-2.60 (m, 2H), 2.50-2.45 (m, 5H).

**Synthesis of 516:**

To a stirred solution of compound **515** in 100 mL dry DCM in a 250 mL two neck RBF, was added $NEt_3$ (37.2 mL, 0.2669 mol) and cooled to 0 $^{0}$C under nitrogen atmosphere. After a slow addition of N-(benzyloxy-carbonyloxy)-succinimide (20 g, 0.08007 mol) in 50 mL dry DCM, reaction mixture was allowed to warm to room temperature. After completion of the reaction (2-3 h by TLC) mixture was washed successively with 1N HCl solution (1 x 100 mL) and saturated $NaHCO_3$ solution (1 x 50 mL). The organic layer

was then dried over anhyd. $Na_2SO_4$ and the solvent was evaporated to give crude material which was purified by silica gel column chromatography to get **516** as sticky mass. Yield: 11g (89%). 1H-NMR (CDCl3, 400MHz): δ = 7.36-7.27(m, 5H), 5.69 (s, 2H), 5.12 (s, 2H), 4.96 (br., 1H) 2.74 (s, 3H), 2.60(m, 2H), 2.30-2.25(m, 2H). **LC-MS** [M+H] - 232.3 (96.94%).

**Synthesis of 517A and 517B:**

The cyclopentene **516** (5 g, 0.02164 mol) was dissolved in a solution of 220 mL acetone and water (10:1) in a single neck 500 mL RBF and to it was added N-methyl morpholine-N-oxide (7.6 g, 0.06492 mol) followed by 4.2 mL of 7.6% solution of OsO4 (0.275 g, 0.00108 mol) in *tert*-butanol at room temperature. After completion of the reaction (~ 3 h), the mixture was quenched with addition of solid $Na_2SO_3$ and resulting mixture was stirred for 1.5 h at room temperature. Reaction mixture was diluted with DCM (300 mL) and washed with water (2 x 100 mL) followed by saturated $NaHCO_3$ (1 x 50 mL) solution, water (1 x 30 mL) and finally with brine (1x 50 mL). Organic phase was dried over an.$Na_2SO_4$ and solvent was removed in vacuum. Silica gel column chromatographic purification of the crude material was afforded a mixture of diastereomers, which were separated by prep HPLC. Yield: - 6 g crude

**517A - Peak-1** (white solid), 5.13 g (96%). 1H-NMR (DMSO, 400MHz): δ= 7.39-7.31(m, 5H), 5.04(s, 2H), 4.78-4.73 (m, 1H), 4.48-4.47(d, 2H), 3.94-3.93(m, 2H), 2.71(s, 3H), 1.72- 1.67(m, 4H). LC-MS - [M+H]-266.3, [M+NH4 +]-283.5 present, HPLC-97.86%. Stereochemistry confirmed by X-ray.

**Synthesis of 518a :**

Using a procedure analogous to that described for the synthesis of compound **505**, compound **518a** (1.2 g, 41%) was obtained as a colorless oil. 1H-NMR (CDCl3, 400MHz): δ= 7.35-7.33(m, 4H), 7.30-7.27(m, 1H), 5.37-5.27(m, 8H), 5.12(s, 2H), 4.75(m,1H), 4.58-4.57(m,2H), 2.78-2.74(m,7H), 2.06-2.00(m,8H), 1.96-1.91(m, 2H), 1.62(m, 4H), 1.48(m, 2H), 1.37-1.25(br m, 36H), 0.87(m, 6H). **HPLC**-98.65%.

**Synthesis of 518b:**

Using a procedure analogous to that described for the synthesis of compound **505**, compound **518b** (x g, y %) was obtained as a colorless oil.

**Synthesis of 518c:**

Using a procedure analogous to that described for the synthesis of compound **505**, compound **518c** (1.2 g, 82%) was obtained as a colorless oil. 1H-NMR (CDCl3, 400MHz): δ= 7.34- 7.33 (m,4H), 7.30-7.29 (m, 1H), 5.35-5.32 (m, 6H), 5.12 (s, 2H), 4.76-4.73 (m, 1H), 4.58- 4.57 (m,2H), 2.78-2.75 (m, 5H), 2.04-1.92 (br m, 10H), 1.62 (m,4H), 1.48 (m,2H), 1.37-1.24 (br m, 38H), 0.87-0.81(m, 6H). **HPLC**-88.72%.

**Synthesis of 518d:**

Using a procedure analogous to that described for the synthesis of compound **505**, compound **518d** (1.8 g, 77%) was obtained as a colorless oil. 1H-NMR (CDCl3, 400MHz): δ = 7.34-7.33 (m, 4H), 7.30-7.28 (m, 1H), 5.36-5.32 (m, 4H), 5.12 (s, 2H), 4.77-4.70 (m, 1H), 4.58-4.57 (m,2H), 2.78-2.75 (m,5H), 2.04-2.00 (m, 4H), 1.95-1.92 (m, 2H), 1.62 (m,4H), 1.56-1.53 (m,2H), 1.35-1.23 (br m, 40H), 0.87-0.84 (m, 6H). **HPLC**-98.34%.

**Synthesis of 518e:**

Using a procedure analogous to that described for the synthesis of compound **505**, compound **518e** (1.8 g, 89%) was obtained as a colorless oil. 1H-NMR (CDCl3, 400MHz): δ = 7.34-7.33(m,4H), 7.31-7.28(m, 1H), 5.35-5.28(m, 4H), 5.12(s, 2H), 4.78-4.71(m, 1H), 4.58-4.57(m,2H), 2.78-2.74(m,5H), 2.04-2.01(m, 4H), 1.95-1.92(m, 2H), 1.63(m,4H), 1.48(m,2H), 1.35-1.24(br m, 24H), 0.89-0.84 (m, 6H). **HPLC**-90.98%.

**Synthesis of 518f:**

Using a procedure analogous to that described for the synthesis of compound **505**, compound **518f** (1.9 g, 91%) was obtained as a colorless oil. 1H-NMR (CDCl3, 400MHz): δ = 7.34-7.33 (m,4H), 7.31-7.27 (m, 1H), 5.37-5.28 (m, 4H), 5.12 (s, 2H), 4.78-4.71 (m,1H), 4.58-4.57 (m,2H), 2.78-2.75 (m,5H), 2.04-2.02 (m, 4H), 1.95-1.92 (m, 2H), 1.62 (m,4H), 1.48 (m,2H), 1.35-1.24 (br m, 28H), 0.89-0.84 (m, 6H). **HPLC**-96.44%.

**General Procedure for the Synthesis of Compounds 519a-g:**

A solution of compound **508a-g** (1 eq) in hexane (15 mL) was added in a dropwise fashion to an ice-cold solution of LAH in THF (1 M, 2 eq). After complete addition, the mixture was heated at 40°C over 0.5 h then cooled again on an ice bath. The mixture was

carefully hydrolyzed with saturated aqueous $Na_2SO_4$ then filtered through celite and reduced to an oil. Column chromatography provided the pure **519a-g**.

**Preparation of Compound 519a (ALNY-100):**

Using a procedure analogous to that described for the synthesis of compound **506**, compound **519a** (1.3 g, 68%) was obtained as a colorless oil. $^{13}C$ NMR δ = 130.2, 130.1 (x2), 127.9 (x3), 112.3, 79.3, 64.4, 44.7, 38.3, 35.4, 31.5, 29.9 (x2), 29.7, 29.6 (x2), 29.5 (x3), 29.3 (x2), 27.2 (x3), 25.6, 24.5, 23.3, 226, 14.1; Electrospray MS (+ve): Molecular weight for $C_{44}H_{80}NO_2$ $(M + H)^+$ Calc. 654.6, Found 654.6.

**Preparation of Compound 519b (ALNY-189):**

Using a procedure analogous to that described for the synthesis of compound **506**, reduction of compound **518b** (1.41 g, 1.83 mmol) provided compound **519b** (1.2 g, 99%) as a colorless oil. $^1H$ NMR (400 MHz, $CDCl_3$) δ 5.48 – 5.25 (m, 10H), 4.60 (d, *J* = 4.0, 2H), 2.86 – 2.65 (m, 8H), 2.31 – 2.16 (m, 7H), 2.14 – 1.96 (m, 11H), 1.63 (dd, *J* = 10.1, 5.9, 2H), 1.53 – 1.16 (m, 38H), 1.02 – 0.91 (m, 3H), 0.91 (s, 3H).

**Preparation of Compound 519c (ALNY-107):**

Using a procedure analogous to that described for the synthesis of compound **506**, reduction of compound **518c** (0.92 g, 1.19 mmol) provided compound **519c** (0.7 g, 91%) as a colorless oil. $^1H$ NMR (400 MHz, $CDCl_3$) δ 5.51 – 5.20 (m, 6H), 4.62 (d, *J* = 4.7, 2H), 2.76 (dd, *J* = 11.6, 5.4, 3H), 2.25 (s, 6H), 2.17 – 1.85 (m, 10H), 1.63 (dd, *J* = 10.1, 5.9, 2H), 1.56 – 1.15 (m, 46H), 0.98 – 0.77 (m, 6H). $^{13}C$ NMR (101 MHz, $CDCl_3$) δ 130.57, 130.51, 130.39, 130.35, 130.33, 130.11, 130.05, 130.03, 128.14, 128.11, 112.54, 79.51, 77.54, 77.22, 76.90, 64.65, 44.92, 38.53, 36.31, 35.59, 32.83, 32.11, 31.73, 30.16, 30.09, 29.98, 29.92, 29.87, 29.84, 29.76, 29.74, 29.68, 29.64, 29.56, 29.53, 29.51, 29.39, 29.35, 27.45, 27.41, 25.83, 24.75, 23.52, 22.90, 22.79, 14.35, 14.31. Calc. mass for the $C_{44}H_{81}NO_2$: 656.12, found 656.5.

**Preparation of Compound 519d (ALNY-108):**

Using a procedure analogous to that described for the synthesis of compound **506**, reduction of compound **518d** (1.58 g, 2.03 mmol) provided compound **519d** (1.14 g, 86%) as a colorless oil. $^1H$ NMR (400 MHz, $CDCl_3$) δ 5.50 – 5.20 (m, 4H), 4.61 (d, *J* = 4.7, 2H), 2.75 (dt, *J* = 11.7, 5.9, 3H), 2.24 (s, 6H), 2.08 (ddd, *J* = 28.4, 13.7, 6.3, 6H), 1.63 (dd, *J* = 10.1, 5.9, 2H), 1.54 – 1.14 (m, 54H), 0.95 – 0.77 (m, 6H). $^{13}C$ NMR (101

MHz, cdcl$_3$) δ 130.39, 130.36, 130.33, 128.14, 128.12, 112.55, 79.52, 77.55, 77.23, 76.91, 64.65, 44.94, 38.55, 36.32, 35.60, 32.14, 31.74, 30.17, 30.10, 29.92, 29.88, 29.84, 29.79, 29.77, 29.75, 29.69, 29.59, 29.57, 29.51, 27.46, 27.44, 27.41, 25.83, 24.76, 23.53, 22.91, 22.80, 14.35, 14.31. Calc. mass for the $C_{44}H_{83}NO_2$: 658.14, found 658.5.

**Preparation of Compound 519e (ALNY-110):**

Using a procedure analogous to that described for the synthesis of compound **506**, reduction of compound **518e** (1.31 g, 1.98 mmol) provided compound **519e** (0.73 g, 68%) as a colorless oil. $^1$H NMR (400 MHz, CDCl$_3$) δ 5.51 – 5.20 (m, 4H), 4.62 (d, $J$ = 4.8, 2H), 2.88 – 2.61 (m, 3H), 2.24 (s, 6H), 2.08 (ddd, $J$ = 20.5, 13.7, 6.3, 6H), 1.64 (dd, $J$ = 10.1, 5.9, 2H), 1.55 – 1.14 (m, 38H), 0.96 – 0.78 (m, 6H). $^{13}$C NMR (101 MHz, CDCl$_3$) δ 130.55, 130.51, 130.37, 130.33, 130.31, 130.11, 130.05, 130.02, 128.14, 128.11, 112.53, 79.51, 77.54, 77.23, 76.90, 64.65, 44.92, 38.53, 36.31, 35.57, 32.83, 32.11, 31.73, 30.16, 30.09, 29.98, 29.92, 29.87, 29.84, 29.77, 29.74, 29.68, 29.63, 29.56, 29.53, 29.51, 29.39, 29.35, 27.44, 27.40, 25.83, 24.75, 23.52, 22.90, 22.79, 14.34, 14.30. Calc. mass for the $C_{36}H_{67}NO_2$: 545.9, found 646.4.

**Preparation of Compound 519f (ALNY-109):**

Using a procedure analogous to that described for the synthesis of compound **506**, reduction of compound **518f** (1.5 g, 2.16 mmol) provided compound **519f** (1.13 g, 92%) as a colorless oil. $^1$H NMR (400 MHz, CDCl$_3$) δ 5.47 – 5.19 (m, 4H), 4.62 (d, $J$ = 4.7, 2H), 2.88 – 2.62 (m, 3H), 2.25 (s, 6H), 2.08 (ddd, $J$ = 28.3, 13.7, 6.3, 6H), 1.64 (dd, $J$ = 10.1, 5.9, 2H), 1.56 – 1.14 (m, 42H), 0.94 – 0.78 (m, 6H). $^{13}$C NMR (101 MHz, CDCl$_3$) δ 130.18, 130.15, 130.12, 127.94, 127.91, 112.36, 79.31, 77.32, 77.01, 76.69, 64.44, 44.68, 38.30, 36.13, 35.38, 31.92, 31.52, 29.95, 29.88, 29.71, 29.65, 29.62, 29.56, 29.53, 29.47, 29.35, 29.29, 27.25, 27.22, 27.20, 25.62, 24.53, 23.32, 22.69, 22.58, 14.13, 14.08. Calc. mass for the $C_{38}H_{71}NO_2$: 573.9, found 574.5.

**Preparation of Compound 519 g:**

Using a procedure analogous to that described for the synthesis of compound **506**, reduction of compound **518g** (2 mmol) provided compound **519g** (92%) as a colorless oil.

**Example 12. Synthesis of ketal 519**




**Preparation of Compound 516**

An ice-cold solution of compound **513** (0.97 g, 11.5 mmol) and $NEt_3$ (1.2 eq) in DCM (50 mL) was treated in a dropwise fashion over 5 min with MsCl (1.1 eq). After 1 h at 0°C, aqueous workup gave crude compound **514** (pure by TLC) which was used without purification in the next step.

Compound **514** (11.5 mmol) was treated with 33 % $H_2NMe$ in EtOH (50 mL) over 72 h. Excess $H_2NMe$ was removed by co-evaporation with $Et_2O$, then the ethanolic solution of compound **515** was treated with conc. HCl (2 eq). The EtOH was removed by evaporation and the residue was redissolved in DCM (100 mL). $NEt_3$ (6 eq) was added followed by Cbz-OSu (2.2 eq) and the mixture was stirred at r.t. for 3 h. Aqueous workup then column chromatography gave pure compound **516** as an oil (2.15 g, 81 % from **513**). $^1$H NMR ($CDCl_3$, 400 MHz) δ = 7.40 – 7.28 (m, 5H), 5.70 (s, 2H), 5.14 (s, 2H), 5.1 – 4.9 (br, m, 1H), 2.75 (s, 3H), 2.7 – 2.54 (br, 2H), 2.29 (d, *J* = 18.2 Hz, 2H); $^{13}$C NMR δ = 156.2, 137.0, 129.3, 128.5, 127.9, 127.8, 67.0, 53.6, 36.5, 29.7; Electrospray MS (+ve): Molecular weight for C14H18NO2 $(M + H)^+$ Calc. 232.1, Found 232.0.

**Preparation of Compound 517**

Using a procedure analogous to that described for the synthesis of compound **502**, compound **517** (1.75 g, 71%) was obtained as a colorless oil. $^{13}$C NMR δ =155.2, 137.1, 128.4, 127.8, 127.5, 127.4, 72.4, 66.1, 59.8, 52.8, 34.2, 28.8, 20.8, 14.1; Electrospray MS (+ve): Molecular weight for C14H20NO4 $(M + H)^+$ Calc. 266.1, Found 266.0.

**Preparation of Compound 518**

Using a procedure analogous to that described for the synthesis of compound **505**, compound **518** (2.01 g, 63%) was obtained as a colorless oil. $^{13}$C NMR δ = 156.2, 136.9, 130.2 (x2), 130.1, 128.4, 128.0, 127.9 (x2), 127.8, 127.7, 127.6 (x2), 112.6, 79.3, 67.0,

31.5, 29.6, 29.5 (x3), 29.3 (x2), 27.2 (x3), 25.6, 24.5, 22.6, 14.1; Electrospray MS (+ve): Molecular weight for C51H84NO4 $(M + H)^+$ Calc. 774.6, Found 774.6.

**Preparation of Compound 519**

Using a procedure analogous to that described for the synthesis of compound **506**, compound **519** (1.3 g, 68%) was obtained as a colorless oil. $^{13}C$ NMR δ = 130.2, 130.1 (x2), 127.9 (x3), 112.3, 79.3, 64.4, 44.7, 38.3, 35.4, 31.5, 29.9 (x2), 29.7, 29.6 (x2), 29.5 (x3), 29.3 (x2), 27.2 (x3), 25.6, 24.5, 23.3, 226, 14.1; Electrospray MS (+ve): Molecular weight for C44H80NO2 $(M + H)^+$ Calc. 654.6, Found 654.6.

**Example 13. Synthesis of ketal ALNY-102 & 103**

**Scheme 13**




**Synthesis of 521:**

To a solution of **520** ( 2.5 g, 0.0198 moles) in toluene (10 mL) in 50 mL two neck RBF, were added triethylamine (3 mL,0.02178 moles) and DPAA (Diphenylphosphoryl azide) (5.08 mL,0.0237 moles) was added at room temperature. After refluxing the mixture for 2h, Benzyl alcohol (2.5 mL, 0.02376 moles) was added, and the mixture was refluxed for additional 10h. The resulting mixture was concentrated under *vacuum*, diluted with ethyl acetate and washed with 1N HCl, NaHCO3 solution and brine respectively. The organic layer was dried over sodium sulphate and solvent was removed under *vacuum*. Crude

material was purified by silica gel column chromatography using 0 to 3% ethyl acetate in hexane as eluting system. (3.2g, 57%). 1H-NMR (CDCl3, 400MHz): δ= 7.37-7.28(m, 5H), 5.67-5.64(m, 1H), 5.59-5.55(m, 1H), 5.08(s, 2H), 4.77(m, 1H), 3.86 ( br, 1H), 2.40-2.36(m, 1H), 2.11(m,2H), 1.91- 1.84(br m,2H), 1.54 (br m, 1H).

**Synthesis of 522:**

The compound **522** (2 g, 0.0865 moles) was dissolved in Dry DMF (20 mL) in 100 mL two neck RBF and cooled to 00C. Sodium Hydride (60% in mineral oil) (0.83 g, 0.0173 moles) was added and the mixture was stirred for 30 mins under nitrogen atmosphere. Methyl iodide (4.27 g, 0.0303 moles) was then added slowly and the reaction mixture was then stirred at 60 $^{0}$C for 4 h. The progress was monitored by TLC. After completion of reaction, it was cooled to 0 $^{0}$C and quenched with ice water (100 mL) and extracted with ethyl acetate (3 x 50 mL). Organic layer was separated, dried over sodium sulfate and concentrated under *vacuum*. Crude product was purified by column chromatography; product was eluted with 0-10% ethyl acetate in hexane. Yield (1.8gm, 92%). 1H-NMR (CDCl3, 400MHz)**:** δ= 7.35-727(m, 5H), 5.62-5.59(s, 2H), 5.13-5.10(s, 2H), 4.30-4.18(br m, 1H), 2.80(s, 3H), 2.17-2.11(m, 4H), 1.72-1.61(m, 2H).

**Synthesis of 523A and 523B:-**

To a stirred solution of **522** (6 g, 0.0244 mol) in 264 mL acetone: water (10:1) in a 500 mL single neck RBF was added NMO (8.5 g, 0.0732 mol) followed by 4.6 mL solution of 6.6% OsO4 (0.311 g, 0.001224 mol) in t-BuOH. Reaction was stirred for 2 hr and monitored by TLC. After completion of reaction, mixture was quenched with sat. aq. $Na_2SO_3$ solution stirred for 30 min and extracted with DCM (300 mL x 3). Organic layer was dried over $Na_2SO_4$. Solvent was removed under v*acuum* to get crude mix of **523A** and **523B**. Crude mixture was purified on 60-120 silica gel using 0-5% ethyl acetate in hexane as eluent to give pure diastereomeric mixture which was separated by prep. HPLC. Peak-1 from prep HPLC was identified as **523A.** Yield-6 g (87.84%) **523B (Peak-1),** Yield 3g (68%) (Colorless solid) 1H-NMR (DMSO, 400MHz): δ= 7.39-7.30(m, 5H), 5.06(s,2H), 4.57-4.55(d,1H), 4.30-4.29(m, 1H), 3.91-3.85(m, 1H), 3.66(br s, 1H), 3.43-3.40(m, 1H), 2.73(s, 3H), 1.77-1.67(m, 3H), 1.39-1.33(m, 2H), 1.22-1.17(m, 1H). LC-MS: - [M+H]-280.2. HPLC: - 99.85%. Stereochemistry confirmed by X-ray.

To a stirred mixture of **524A** and **524B** (1.2 g, 0.0043 mol) and dilinoleyl ketone (2.26 g, 0.0043 mol) in 150 mL toluene, p-TSA (0.073 g, 0.00043 mol) was added at room temperature. The reaction mixture was heated to reflux over Soxhlet Apparatus for 4 h. After completion of reaction (by TLC), toluene was removed on rotary evaporator and residual compound was dissolved in DCM (50 mL). Organic layer was washed with saturated NaHCO3 (1 x 10ml), followed by water (1x 15 mL). Organic layer was separated, dried over Na2SO4 and concentrated under *vacuum*. Crude product was purified on neutral Alumina using 0-5% ethyl acetate in hexane as eluent.

**524A**: Yield- 1.2g (36%) 1H-NMR (CDCl3, 400MHz)**:** δ= 7.35-7.25(m, 5H), 5.37-5.30(m, 8H), 5.11(s, 2H), 4.13(m,2H), 4.1-3.80(m, 1H), 2.77(m, 7H), 2.22(m,1H), 2.05-2.00(m,8H), 1.9(m, 1H), 1.71-1.63(m, 4H), 1.37-1.26 (br m, 40H), 0.89-0.85(m, 6H). **HPLC: -** 98.29%

**524B**: Yield- 1.0g (37%). 1H-NMR (CDCl3, 400MHz)**:** δ= 7.34-7.27(m, 5H), 5.35-5.28(m, 8H), 5.12(br s, 2H), 4.32-4.26(m, 2H), 4.07-4.05(m, 1H), 2. 80(s,3H), 2.77-2.74(m, 4H), 2.04-2.01(m, 9H), 1.84-1.66(m, 5H), 1.35-1.15(br m, 40H), 0.89(m, 6H). **HPLC: -** 95.18%.

**Synthesis of ALNY-102 & ALNY-103**

Prepared the compound **ALNY-102** and **103** by following similar procedure as compound **506**.

The *N*-Cbz-compound **524B** (0.9 g, 1.14 mmol) and 1M solution of LAH in THF (2.28 mL, 2.28 mmol, 2.0 eq), gave 0.65 g (85%) of the pure product **ALNY-103**. $^1$H NMR (400 MHz, $CDCl_3$) δ 5.48 – 5.22 (m, 8H), 4.33 (dd, *J* = 9.5, 4.1, 1H), 4.23 – 4.00 (m, 1H), 2.77 (t, *J* = 6.4, 4H), 2.65 (s, 1H), 2.34 (s, 6H), 2.18 – 1.95 (m, 9H), 1.86 (dd, *J* = 11.7, 5.7, 3H), 1.78 – 1.59 (m, 4H), 1.54 (d, *J* = 8.3, 2H), 1.45 – 1.16 (m, 37H), 0.98 – 0.79 (m, 6H). $^{13}$C NMR (101 MHz, $CDCl_3$) δ 130.40, 130.35, 128.16, 128.13, 111.45, 77.54, 77.23, 76.91, 73.11, 72.94, 57.93, 54.76, 41.69, 38.22, 36.23, 32.09, 31.74, 30.21, 29.91, 29.74, 29.71, 29.57, 29.54, 29.02, 27.45, 27.41, 26.89, 25.84, 24.71, 24.38, 23.34, 22.79, 21.42, 14.30. Calc. mass for the $C_{45}H_{81}NO_2$: 668.13, found 668.5.

**Example 14 Synthesis of ALNY-169**

**Scheme 14:**




**Synthesis of 525:**

The compound **522** (7 g, 0.02857 moles) was dissolved in dry DCM (60 mL) in a 250ml two neck RBF and cooled to 0°C. After stirring the mixture for 10 minutes (50-75%) *m*-CPBA (15.66 g, 0.04571 moles) was added in portions over a span of 30minutes. Reaction mixture was then warmed to ambient temperature and stirred for 4h. Progress of the reaction was monitored by TLC. After completion of the reaction, mixture was diluted with ethyl acetate (250ml) and washed with sat. $Na_2SO_3$ solution (3 x 50 mL) followed by sat. $NaHCO_3$ solution (2 x 100ml). Organic layer was then washed with brine (1 x 50 mL), dried over an. $Na_2SO_4$, and concentrated in vacuum. Crude mass thus obtained was purified by silica gel (60-120 mesh) column chromatography using 3% methanol in dichloromethane to give pure compound **525** as a thick liquid. Yield: 4.32gm (58%). $^1$H NMR (400MHz, $CDCl_3$) δ = 7.36-7.25(s, 5H), 5.11 (s,2H), 4.12-3.88 (m, 1H), 3.12 (br, 2H), 2.75(s, 3H), 2.25-2.21 (m, 1H), 2.05 (m,1H), 1.92-1.82 (m,2H), 1.61-1.57 (m,1H), 1.33-1.30 (m,1H). LCMS [$M^+$H]: 279.3.

**Synthesis of 526:**

A single neck 250 ml RBF charged with Compound **525** (4.32 g, 0.0165 moles) was cooled to 0 °C, and then dissolved in 50 mL 2% aq. $H_2SO_4$. After stirring for 10 minutes, reaction mixture was warmed to room temperature and stirred for 1 h. Reaction was monitored by TLC. After completion of the reaction, mixture was cooled again and basified with 6N NaOH. Aqueous solution was then extracted with ethyl acetate (50mlx3) and organic layer was separated, dried and evaporated on rotary evaporator. Crude compound thus obtained was purified by 230-400mesh flash silica gel column chromatography using 0-2% methanol in dichloromethane as eluting system to afford the

sticky mass as a diastereomeric mixture. Yield: $^1$H NMR (400MHz, DMSO) δ= 7.38-7.28(m,5 H), 5.06 (s, 2H), 4.75(s,1H), 4.62-4.61(d,1H), 4.24(br,1H), 3.71 (s,1H), 3.48 (s,1H), 2.71 (s, 3H), 1.84 (m,1H), 1.76-1.74 (m, 2H), 1.52-1.50(m,1H), 1.37(s,1H), 1.21-1.18(m,1H). LCMS [M+H]: 280.3, [M+$NH_4$] : 297.3 ; HPLC shows a mixture of two diasteromers in 50:50 ratio.

**Synthesis of 527:**

A 100ml single neck RBF was charged with diastereomeric mixture of **526** (0.6g, 0.00215mol), dimethyl acetal of dilinoleyl ketone (1.23 g, 0.002150 mol) 50ml toluene, catalytic amount of *p*-TSA. The resulting mixture was then stirred and heated to reflux vigorously over a Soxhlet apparatus containing 4A molecular sieves and 50ml toluene. Progress of the reaction was monitored by TLC. After 6 h mixture was cooled to room temperature, volatilities were removed under vacuum and residual mass stirred in *n*-hexane for 10 minutes then decanted off. This procedure was repeated twice to remove the unreacted diol. All the hexane washings were combined and concentrated to give crude material which was purified by column chromatography on neutral alumina using 3% ethyl acetate in *n*-hexane as eluent to afford Alny-8-015 which was confirmed by $^1$H NMR and MS. Yield: 0.6 g. (37.5%) $^1$H NMR (400MHz, $CDCl_3$) δ= 7.35-7.30(m, 5H), 5.40-5.29(m, 8H), 5.15-5.07(dd, 2H), 4.48(m, 1H), 3.56-3.53(m, 1H), 3.41-3.36(m, 1H), 2.96(s, 3H), 2.77-2.74(m, 4H), 2.30-2.27(m, 1H), 2.14(m, 1H), 2.06-2.01(m, 8H), 1.70(m, 3H), 1.61(m.4H), 1.35-1.24(m, aliphatic protons), 0.89-0.859 (m, 6H).Mass-[M+H]-788.8 & [M+Na]- 811.8 HPLC purity-97.32%.

**Synthesis of ALNY-169:**

Prepared the **ALNY-169** by following similar procedure as compound **506**, using *N*-Cbz-compound of **527** (0.52 g, 0.66 mmol) and 1M solution of LAH in THF (1.32 mL, 1.32 mmol), gave 0.4 g (91%) of the pure product **ALNY-169**. $^1$H NMR (400 MHz, $CDCl_3$) δ 5.50 – 5.22 (m, 8H), 3.67 (ddd, $J$ = 12.1, 8.9, 3.3, 1H), 3.39 – 3.16 (m, 1H), 2.77 (t, $J$ = 6.4, 4H), 2.44 (dd, $J$ = 12.7, 2.2, 1H), 2.29 (s, 1H), 2.24 (s, 6H), 2.06 (dt, $J$ = 13.5, 10.9, 8H), 1.99 – 1.87 (m, 1H), 1.63 (dd, $J$ = 16.1, 9.8, 5H), 1.51 – 1.14 (m, 39H), 0.89 (t, $J$ = 6.7, 6H). $^{13}$C NMR (101 MHz, $CDCl_3$) δ 130.40, 128.14, 112.25, 81.03, 77.54, 77.22, 76.91, 75.60, 61.55, 44.11, 38.19, 38.14, 31.74, 30.24, 30.21, 29.89, 29.80, 29.77,

29.74, 29.57, 29.54, 27.46, 27.41, 25.84, 24.86, 24.36, 24.23, 22.80, 14.31. Calc. mass for the $C_{45}H_{81}NO_2$: 668.1, found 668.5.

**Example 15. Synthesis of ketal ALNY-115 & 116**

**Scheme 15**




**Preparation of Compound 651**

An ice-cold solution of compound **650** (1.05 g, 10.7 mmol) and $NEt_3$ (1.2 eq) in DCM (50 mL) was treated in a dropwise fashion over 5 min with MsCl (1.1 eq). After 1 h at 0°C, aqueous workup gave crude mesylate (1.88 g, 99 %, pure by TLC) which was used without purification in the next step. The mesylate (10.5 mmol) was treated with 33 % $H_2NMe$ in EtOH (100 mL) at 50°C over 18 h. Excess $H_2NMe$ was removed by co-evaporation with $Et_2O$, then the ethanolic solution of the product was treated with conc. HCl (2 eq). The EtOH was removed by evaporation and the residue was redissolved in DCM (100 mL). $NEt_3$ (4 eq) was added followed by Cbz-OSu (1.5 eq) and the mixture was stirred at r.t. for 3 h. Aqueous workup then column chromatography gave pure compound **651** as an oil (86 % from **650**). $^1$H NMR (400 MHz, $CDCl_3$) δ 7.54 – 7.04 (m, 5H), 5.65 (d, $J$ = 8.6, 2H), 5.13 (s, 2H), 3.27 (t, $J$ = 8.9, 2H), 2.94 (s, 3H), 2.60 (s, 1H), 2.51 – 2.28 (m, 2H), 2.04 (dd, $J$ = 22.1, 15.3, 2H); $^{13}$C NMR (101 MHz, $CDCl_3$) δ 129.47, 128.40, 127.83, 127.75, 66.92, 53.74, 53.13, 38.92, 36.34, 36.23, 36.06, 35.78;

Electrospray MS (+ve): Molecular weight for C15H19NO2 $(M + H)^+$ Calc. 246.1, Found 246.0.

The diols **652A** and **652B** were synthesized using our standard reaction conditions starting from the commercially available cyclopentene alcohol **650.**

**Synthesis of compounds 652A and 652B:**

Compound **652A** and compound **652B** were successfully separated from the diastereomeric mixture by preparative HPLC method. (the two isomers were in the ratio of 88:12) LC-MS-[M+H]-280.4 & $[M+NH_4^+]$-297.5.

**652A:** $^1$H-NMR (400MHz, DMSO), δ = 7.38-7.30 (m, 5H), 5.05 (s, 2H), 4.34 (d, 2H), 3.83 (br, 2H), 3.12-3.10 (m, 2H), 2.84-2.80 (m, 3H), 1.60-1.56 (m,2H), 1.34-1.33 (m, 2H) HPLC purity-99.78%.

**652B:** $^1$H-NMR (400MHz, DMSO), δ= 7.36-7.31 (m, 5H), 5.05 (s, 2H), 4.33 (br, 2H), 3.73 (m, 2H), 3.25-3.20 (m, 2H), 2.85-2.82 (m, 3H), 2.07-2.03 (m,1H), 1.82-1.73 (m,2H), 1.28-1.25 (m, 2H) HPLC purity-98.76%.

Using a procedure analogous to that described for the synthesis of compound **505**, compounds **653A** and **653B** were obtained as yellow oil.

**653A:**

Yield: 2.1g (67.74%) colorless oil $^1$H-NMR (400MHz, $CDCl_3$), δ= 7.33-7.29 (m, 5H), 5.38-5.28 (m, 8H), 5.10 (s, 2H), 4.58-4.55 (m, 2H), 3.29-3.23 (m, 2H), 2.92 (m,3H), 2.77-2.74 (m, 4H), 2.5 (m, 1H), 2.06-2.01 (m, 8H), 1.92-1.88 (m, 2H), 1.60 (m, 2H), 1.45 (m, 2H), 1.37-1.25 (m, aliphatic protons), 0.89-0.85 (m, 6H) HPLC purity:-98.95%

**653B:**

Yield 0.210g, (62.00%) $^1$H-NMR (400MHz, $CDCl_3$), δ= 7.33 (m, 5H), 5.37-5.32 (m, 8H), 5.10 (s, 2H), 4.57 (br, 2H), 3.35-3.33 (m, 2H), 2.95 (s,3H), 2.77-2.74 (m, 4H), 2.33 (m, 1H), 2.26 (m, 1H), 2.06-2.00 (m, 8H), 1.92 (m, 2H), 1.65 (m, 2H), 1.60 (m, 2H), 1.37-1.25 (m, aliphatic protons), 0.89-0.85 (m, 6H) HPLC purity:-98.84%

**Preparation of ALNY-115:**

Prepared the compound **ALNY-115** by following similar procedure as compound **ALNY-100**, using *N*-Cbz-compound **653A** (0.21 g, 0.27 mmol, 1.0 eq) and 1M solution

of LAH in THF (0.4 mL, 0.4 mmol, 1.5 eq), gave 0.09 g (50%) of the pure product **ALNY-115**. $^1$H NMR (400 MHz, $CDCl_3$) δ 5.53 – 5.16 (m, 8H), 4.68 – 4.46 (m, 2H), 2.79 (t, *J* = 6.6, 4H), 2.37 (d, *J* = 7.1, 2H), 2.24 (d, *J* = 5.1, 6H), 2.16 – 1.94 (m, 11H), 1.73 – 1.64 (m, 2H), 1.58 (ddd, *J* = 20.2, 10.4, 6.8, 4H), 1.48 – 1.21 (m, 37H), 0.91 (dd, *J* = 8.8, 5.1, 6H). $^{13}$C NMR (101 MHz, $CDCl_3$) δ 130.19, 130.17, 130.15, 127.95, 127.94, 127.93, 115.27, 80.90, 77.34, 77.02, 76.70, 65.01, 45.83, 37.40, 37.10, 31.55, 31.54, 31.53, 29.99, 29.70, 29.68, 29.58, 29.56, 29.50, 29.36, 29.35, 29.32, 27.26, 27.24, 27.21, 25.64, 24.42, 23.83, 22.59, 14.10. Calc. mass for the $C_{45}H_{81}NO_2$: 668.1, found 668.5.

**Preparation of ALNY-116:**

Prepared the compound **ALNY-116** by following similar procedure as compound **ALNY-100**, using *N*-Cbz-compound of the corresponding product (2.1 g, 2.66 mmol, 1.0 eq) and 1M solution of LAH in THF (4.0 mL, 4.0 mmol, 1.5 eq), gave 1.2 g (68%) of the pure product **ALNY-116**.

$^1$H NMR (400 MHz, $CDCl_3$) δ 5.57 – 5.21 (m, 8H), 4.67 – 4.53 (m, 2H), 2.79 (t, *J* = 6.5, 4H), 2.52 – 2.33 (m, 1H), 2.23 (m, 8H), 2.14 – 1.94 (m, 10H), 1.66 (dd, *J* = 10.1, 6.1, 2H), 1.58 – 1.22 (m, 39H), 1.22 – 1.07 (m, 2H), 0.91 (t, *J* = 6.9, 6H). $^{13}$C NMR (101 MHz, $CDCl_3$) δ 130.19, 130.17, 130.14, 127.96, 127.94, 127.93, 112.24, 80.36, 77.34, 77.02, 76.70, 64.27, 45.80, 38.75, 36.15, 35.85, 34.67, 31.54, 30.01, 29.88, 29.71, 29.69, 29.68, 29.58, 29.53, 29.49, 29.37, 29.36, 29.31, 27.27, 27.24, 27.21, 25.64, 24.63, 23.17, 22.59, 22.58, 14.10. Calc. mass for the $C_{45}H_{81}NO_2$: 668.1, found 668.5.

**Example 16: Synthesis of ALNY-121 and ALNY-122**



**Synthesis of 654A and 654B:**

To a solution of compound **640** (5g, 0.01930mol) in a mixture of (10:1) mixture of acetone and water (220ml) in a single neck 500ml RBF was added NMO (6.784g, 0.05791mol) followed by a 6.25% solution of $OsO_4$ (0.245g, 0.0009652mol) in *tert*-butanol. The resulting solution was stirred at room temperature and progress of the reaction was monitored by TLC. After complete consumption of compound **640** (~2.0 h by TLC) reaction mixture was quenched with 100ml aqueous $Na_2SO_3$ solution and the mixture was stirred at room temperature for 1.0 h. Aqueous phase was then extracted well with dichloromethane (2 x 250ml) and separated out. Organic layer was washed with sat. $NaHCO_3$ (2 x 50ml) followed by brine (1 x 50ml). Organic phase was then dried over $Na_2SO_4$, filtered and concentrated in vacuum to give crude mass, which was subjected to column purification on 60-120 mesh silica gel and eluted with 6-10% methanol in dichloromethane system to afford pure diastereomeric mixture as thick yellow oil. Yield: 5.7g, (100%) $^1$H-NMR (400MHz, $CDCl^3$), δ= 7.34-7.27 (m, 5H), 5.12 (s, 2H), 3.98-3.92 (m, 1H), 3.61-3.57 (m, 1H), 3.17-3.08 (m, 2H), 2.92-2.90 (m, 3H), 2.16-1.84 (m, 4H), 1.68 (m, 2H), 1.40-1.37 (m, 1H) LC-MS: [M+H]-294.3, HPLC purity: two peaks in a ratio (15:85).

Diastereomers were separated by preparative HPLC.

Peak-1:

$^1$H-NMR (400MHz, $CDCl_3$), δ= 7.35-7.28 (m, 5H), 5.10 (s, 2H), 3.98-3.94 (m, 1H), 3.63-3.55 (m, 1H), 3.19-3.06 (m, 2H), 2.90 (s, 3H), 2.00-1.99 (m, 1H), 1.90-1-59 (m, 4H), 1.23-1.17 (m, 1H), 1.12-0.86 (m, 2H), LC-MS: [M+H]-294.3 & $[M+NH_4^+]$-311.4, HPLC purity: 100%

Peak-2:

$^1$H-NMR (400MHz, $CDCl_3$), δ= 7.32-7.29 (m, 5H), 5.12 (s, 2H), 3.93 (br, 1H), 3.65-3.14 (m, 2H), 2.90 (s, 3H), 1.91 (m, 1H), 1.67-1.48 (m, 2H), 1.41-1.26 (m, 5H), LC-MS: [M+H]-294.4& [M+Na]-316.4, HPLC purity: 99.36%

**Synthesis of 655A and 655B:**

**General procedure:**

A mixture of diol (1 eq), dilinoleyl ketone (3 eq), 50ml toluene and catalytic amount of *p*-TSA(0. 1eq) in a 100ml single neck RBF were stirred and heated to reflux vigorously

over Soxhlet apparatus containing 4A molecular sieves and 50ml toluene. Progress of the reaction was monitored by TLC. After completion of the reaction (~12-14 h), mixture was cooled to room temperature and then toluene was removed in vacuum to give crude mass which was purified by column chromatography on neutral alumina using 3-5% ethyl acetate in hexane as eluting system to afford pure product as yellow oil.

**Peak-1 655A**

Yield 0.3g (38%) $^1$H-NMR (400MHz, $CDCl_3$), δ= 7.35-7.28 (m, 5H), 5.40-5.28 (m, 8H), 5.10 (s, 2H), 4.23-4.19 (m, 1H), 4.07-4.02 (m, 1H), 3.19-3.06 (m, 2H), 2.91-2.89 (m, 3H), 2.77-2.75 (m, 4H), 2.05-2.00 (m, 8H), 1.98 (m, 1H), 1.85 (m, 1H), 1.72-1.65 (m, 3H), 1.37-1.24 (m, aliphatic protons), 0.89-0.85 (m, 6H). HPLC purity: 90.88%

**Peak-2 (655B)**

Yield 0.225g (38%) $^1$H-NMR (400MHz, $CDCl_3$), δ= 7.34-7.29 (m, 5H), 5.39-5.28 (m, 8H), 5.10 (s, 2H), 4.14 (br, 1H), 4.02 (m, 1H), 3.22-3.17 (m, 1H), 3.09-3.05 (m, 1H), 2.91 (1, 3H), 2.77-2.74 (m, 4H), 2.05-2.00 (m, 8H), 1.80 (m, 1H), 1.65 (m, 3H), 1.35-1.26 (m, aliphatic protons), 0.89-0.85 (m, 6H). HPLC purity: 92.83%

**Preparation of Compound ALNY-121:**




Prepared the compound **ALNY-121** by following similar procedure as compound **ALNY-100**, using *N*-Cbz-compound of the corresponding product (0.28 g, 0.35 mmol, 1.0 eq) and 1M solution of LAH in THF (0.52 mL, 0.52 mmol, 1.5 eq), gave 0.15 g

(66%) of the pure product **ALNY-121.** $^{1}$H NMR (400 MHz, $CDCl_3$) δ 5.48 – 5.18 (m, 8H), 4.29 – 4.16 (m, 1H), 4.06 (dt, *J* = 8.3, 5.6, 1H), 2.76 (t, *J* = 6.4, 4H), 2.18 (s, 6H), 2.14 – 1.91 (m, 11H), 1.90 – 1.60 (m, 5H), 1.60 – 1.46 (m, 3H), 1.46 – 1.13 (m, 38H), 0.94 – 0.76 (m, 6H). $^{13}$C NMR (101 MHz, $cdcl_3$) δ 130.40, 130.38, 128.16, 111.29, 77.54, 77.23, 76.91, 74.02, 73.13, 66.44, 46.15, 38.44, 36.58, 32.07, 31.75, 30.25, 29.92, 29.90, 29.78, 29.75, 29.72, 29.57, 29.55, 29.54, 28.82, 28.52, 27.47, 27.43, 26.03, 25.86, 24.74, 24.42, 22.79, 14.29 Calc. mass for the $C_{46}H_{83}NO_2$: 682.1, found 682.5.

**Preparation of ALNY-122:**




ALNY-122

Using a similar procedure as described for the synthesis of **653B**, the six membered analog **655B** was synthesized and purified.

**ALNY-122** was prepared by following similar procedure as compound **ALNY-100**, using *N*-Cbz-compound of the corresponding product (0.21 g, 0.26 mmol, 1.0 eq) and 1M solution of LAH in THF (0.4 mL, 0.4 mmol, 1.5 eq), gave 0.08 g (50%) of the pure product **11.** $^{1}$H NMR (400 MHz, $CDCl_3$) δ 5.50 – 5.19 (m, 8H), 4.16 (dd, *J* = 8.2, 4.2, 1H), 4.05 (dt, *J* = 9.7, 6.1, 1H), 2.76 (t, *J* = 6.4, 4H), 2.16 (d, *J* = 10.3, 6H), 2.10 – 1.97 (m, 10H), 1.95 – 1.83 (m, 1H), 1.76 – 1.48 (m, 7H), 1.48 – 1.19 (m, 39H), 0.88 (t, *J* = 6.8, 6H). $^{13}$C NMR (101 MHz, $cdcl_3$) δ 130.40, 130.38, 128.17, 111.50, 77.55, 77.23, 76.91, 74.33, 73.21, 66.44, 46.17, 38.75, 36.87, 34.64, 32.36, 31.75, 30.25, 29.92, 29.90, 29.77,

29.75, 29.72, 29.58, 29.54, 27.48, 27.47, 27.43, 26.70, 25.86, 25.12, 24.72, 24.54, 22.80, 14.29. Calc. mass for the $C_{46}H_{83}NO_2$: 682.1, found 682.5.

**Example 17; Synthesis of ALNY-144**

**Scheme 17**




**Synthesis of Compound 671:**

D (-) ribose (15 g, 0.1 mmol) was dissolved in 300 ml methanol in a 1 liter single neck RBF and cooled to 0°C under nitrogen atmosphere. To this stirred solution was added conc. H2SO4 (2 mL) slowly and then reaction mixture was warmed to room temperature and stirred for 20h. Progress of the reaction was monitored by TLC. After completion of reaction (~20 h), reaction mixture was concentrated under vacuum to half the original volume. Sodium carbonate (15g) was then added into it and mixture was stirred for 2h. Mixture was then filtered off and filtrate was concentrated to get compound **671** as pale yellow oil. Yield: 20 g crude (matched with authentic procured from Aldrich).

**Synthesis of Compound 672:**

Compound **671** (2 g, 0.0121 mmol) was dissolved in 40ml anhydrous DMF in a 100mL two neck RBF and cooled to 0oC. To this stirred solution (60% as oil suspension) NaH (2.18 g, 0.0455 mmol) was added in portions under nitrogen atmosphere and mixture was stirred for 35 min. Benzyl bromide (5.32 mL, 0.0445 mmol ) was then added slowly over a period of 30 min. Reaction mixture was then warmed to room temperature and stirring was continued for 16h at room temperature. The progress was monitored by TLC. Upon

completion, reaction mixture was poured onto crushed ice (~200 g). Aqueous phase was well extracted with Ethyl acetate (2 x 100ml). Organic layer was then dried over $Na_2SO_4$, and ethyl acetate was stripped off to afford crude compound which was purified by column chromatography using 60-120 mesh silica gel with 0-30% EtOAc: Hexane as eluting system to get compound **2** as pale yellow liquid. Yield: 3g (57%). 1H-NMR (CDCl3, 400MHz): δ= 7.36-7.24 (m, 15 H), 4.9(s, 1H), 4.67-4.51(m, 5H), 4.45-4.42(m, 1H), 4.34-4.32(m,1H), 4.01-3.98(m,1H), 3.81(m,1H), 3.61-3.59(m, 1H), 3.58-3.47 (m,1H,), 3.3 (s, 3H). LC-MS: [M+H]-435.3 present.

**Synthesis of Compound 673:**

A single neck 100ml RBF was charged with Compound **672** (3g, 0.0069mmol) and 80% aq.AcOH solution. Resulting mixture was then heated at 90oC for 9h and monitored by TLC. Reaction mixture was cooled to room temperature and concentrated on rotatory evaporator. Residual mass was again co-evaporated with toluene and methanol to remove traces of AcOH. To this residue methanol (35.3 ml) was added and stirred for some time at 0oC. This was followed by addition of NaBH4 (0.277g, 0.00734mmol) in portions and mixture was stirred at 0oC for 1h. Solvent was evaporated off, residue was diluted with water (20ml) and compound was extracted with DCM (2 x 20ml). Organic layer was washed with 10% sodium carbonate, dried over Na2SO4 and concentrated in vacuum. Crude compound thus obtained was purified by silica gel (60-120 mesh) column chromatography using (0-50%) ethyl acetate & n-hexane as eluent to get compound **673** as a thick liquid. Yield: 1.7g (59%). 1H-NMR (CDCl3, 400MHz): δ= 7.35-7.23 (m, 15 H), 4.73 (m, 1H), 4.65-4.56(m, 3H), 4.50(m, 2H), 4.00-3.99(m,1H), 3.84-3.75(m, 4H), 3.59-3.57(m,2H). LC-MS: [M+H]- 423.2 present.

**Synthesis of Compound 674:**

To a solution of Compound **673** (1.7g, 0.00403mmol) in 20 ml dioxane in 100ml RBF, PPh3 (2.1g, 0.00806mmol) was added and reaction mixture was stirred for 5-10 minutes under nitrogen atmosphere. DEAD (1.24ml,) was then added to this solution over a period of 1 h and reaction was continued at room temperature for 20h. Progress of the reaction was monitored by TLC. After completion of the reaction, solvent was removed

under vacuum and residue obtained was purified by (60-120 mesh) silica gel column chromatography using (0-30%) ethyl acetate in hexane as eluting system to get compound **674** in pure forms. Yield: 1.3 g (80%). 1H-NMR (CDCl3, 400MHz): δ= 7.34-7.19 (m, 15 H), 4.63-4.53 (m, 4H), 4.50-4.46(m, 2H), 4.16(m, 1H), 4.02-3.90(m, 4H), 3.63-3.59(dd, 1H), 3.50-3.48(dd, 1H). LC-MS : [ M+H]- 405.2, [M+ NH4] – 422.3

**Synthesis of Compound 675:**

To a stirred solution of Compound **674** (1.3g, 0.00321mmol) in methanol (22ml) and cyclohexene (7.5ml) in a single neck RBF was added carefully Pd(OH)2 / C (0.361g) at once under nitrogen atmosphere and then reaction mixture was heated to reflux at 80oC for 18h. After completion of the reaction (by TLC) mixture was cooled to room temperature and the catalyst was removed by filtration, filtrate was concentrated to give crude compound which was purified by column chromatography using 60-120 mesh silica gel with (0-20%) ethyl acetate in hexane as eluting system to yield compound **675.** Yield: 0.280 g (65%). 1H-NMR (DMSO, 400MHz): δ= 4.72-4.71 (m, 2H), 4.62-4.60(m, 1H), 3.98-3.93(m, 1H), 3.84-3.81(m, 1H), 3.76-3.72(q, 1H), 3.58-3.55(m 1H), 3.50-3.46(m,2H), 3.37(m, 1H).

**Synthesis of Compound 676:**

Compound **675** (0.25g, 0.00166mmol) was dissolved in 2, 2-dimethoxy propane (0.516ml, 0.00365mol) and acetone (2ml) in a 25 ml single neck RBF and cooled to 0oC. To this stirred solution 70% aq.HClO4 (0.016ml, 0.00166mmol) solution was added slowly and after complete addition reaction mixture was warmed to ambient temperature and stirred for 4 h. After completion of the reaction by TLC, reaction mixture was neutralized by solid sodium carbonate and volatilities were removed on rota vapour. DCM (20 ml) was added to the residue and mixture was stirred for some time and DCM layer was washed with water (10 ml) followed by brine (5ml). Organic layer was then dried over anhydrous Na2SO4 and concentrated in vacuum to give compound **676** as thick liquid. Yield: 0.270g (94%). 1H-NMR (CDCl3, 400MHz): δ= 4.82-4.78 (m, 1H), 4.60-4.58(m, 1H), 4.13-4.10(m, 1H), 3.99.3.92(m, 2H), 3.66-3.58(m, 2H), 1.76-1.73(m 1H), 1.51-(s, 3H), 1.33(s, 3H).

**Synthesis of Compound 677:**

Compound **676** (0.250g, 0.001436mmol) was dissolved in anhydrous DCM in a 25 ml single neck RBF and cooled to 0°C. To this mixture TEA (0.5ml, 0.00359mmol) was added under nitrogen atmosphere and mixture was stirred for 30 min. Ms-Cl (0.28 ml, 0.00359mmol) was then added slowly at 0oC and mixture was stirred at room temperature for 2 h. After completion of reaction (by TLC), reaction mixture quenched with water (20 ml) stirred for some time and DCM layer was separated out. Aqueous phase was further extracted with DCM (2 x 10ml). Combined organic extracts was dried and concentrated in vacuum to give crude compound which was used as such for next step. Yield: 0.360g crude. 1H-NMR (CDCl3, 400MHz): δ= 4.83-4.82 (m, 1H), 4.67-4.65(m, 1H), 4.30-4.20(m, 3H), 4.00-3.95(m, 2H), 3.05(s, 3H), 1.50(s, 3H), 1.33(s, 3H). LC-MS: [M+H]-253.0 & [M+NH4 +]-270.0 present. The crude compound (0.360 g) and 15 ml (25%) solution of methyl amine in ethanol were heated together in a 50ml sealed tube at 50oC for 18h. Progress of the reaction was monitored by TLC. After completion of reaction, the mixture was concentrated under vacuum and co evaporated with diethyl ether to get compound **677** as gummy mass. Yield: 0.5g crude. 1H-NMR (CDCl3, 400MHz): δ= 4.82-4.80 (m, 1H), 4.51-4.49(m, 1H), 4.43-4.39(m, 1H), 4.01 (d, 2H), 2.94(s, 2H), 2.71(s, 3H), 1.48(s, 3H), 1.30(s, 3H). LC-MS: [M+H]-188.2 present.

**Synthesis of Compound 678:**

Crude compound **677** (0.5g, 0.00267mmol)) was dissolved in a mixture of (6 ml) dioxane: H2O (1:1) in a 50 ml single neck RBF and cooled to 0oC. Sodium bicarbonate (0.560 g, .00667mmol) was then added in portions and resulting mixture was stirred for 30 min. To this cold solution, a solution of Cbz-Cl (50%) in toluene (1.2 ml, 0.0040mmol) was added slowly. RM was then allowed to come to room temperature and stirred for 2-3h. The progress was monitored by TLC. After completion of reaction, mixture was diluted with water (10ml) and DCM (20ml), stirred for 10 minutes and DCM layer was separated out. Aqueous phase was back extracted with DCM (1 x 10ml). Organic phase was then dried over an. Na2SO4 and concentrated in vacuum to afford crude compound **678** which was purified by column chromatography using neutral

alumina using 10% ethyl acetate in hexane as eluent to give pure compound **678. Yield:** 0.3g (35%). 1H-NMR (CDCl3, 400MHz): δ= 7.35-7.28(m, 5H), 5.11(m,2H), 4.82-4.23 (m, 2H), 4.18(m, 1H), 3.98-3.62(m, 2H), 3.33-3.25(m, 2H), 2.97(s, 3H), 1.49 (m, 3H), 1.31(m, 3H) *(note : NMR reflects the presence of rotamers)* LC-MS: [M+H]-322.4 present.

**Synthesis of Compound 679:**

A single neck 25 ml RBF was charged with compound **678** (0.3 g, 0.000934mmol) and 7ml 70% aqueous acetic acid and the resulting mixture was heated to reflux for 3h. After completion of reaction, solvent was stripped off and traces of AcOH were removed by co evaporation with toluene and methanol to get crude compound **679.** Yield: 0.220g (83%). 1H-NMR (DMSO, 400MHz): δ= 7.36-7.30(m, 5H), 5.09(m, 2H), 4.84-4.81 (m, 2H), 3.98-3.95(m, 1H), 3.89-3.86(m, 1H), 3.72(m, 2H), 3.62(m, 2H), 3.52-3.48(m, 3H). LCMS: [M+H]-282.0 & [M+NH4 +] - 299.3 present.

**Synthesis of 680:**

To a mixture of Compound **679** (0.21g, 0.000747 mmol) in toluene (10ml) was added dilinoleyl ketone (0.433g, 0.000822mmol) followed by catalytic amount of pTSA(0.014g 0.1eq,).Resulting mixture was then heated to reflux for 2-3h over soxhlet apparatus containing 4A molecular sieves and 50 ml toluene. Progress of the reaction was monitored by TLC. After completion of reaction, toluene was removed on rotavapor and crude mass was dissolved in DCM (50ml) and washed with aq. saturated bicarbonate solution (1 x 10ml).followed by water (1 x 10ml). Organic layer was dried over an. Na2SO4 and concentrated in vacuum. Crude compound thus obtained was purified by column chromatography using neutral alumina and eluted with 2% ethyl acetate in hexane system to yield the title compound **680**. Yield: 0.34g (60%). 1H-NMR (CDCl3, 400MHz): δ= 7.35-7.29(m, 5H), 5.40-5.28(m, 8H), 5.11 (s, 2H), 4.78 - 4.40 (m, 2H), 4.24 - 4.19(m, 1H), 3.99-3.69(m, 2H), 3.30-3.24(m, 2H), 2.97 (s, 3H), 2.76 (m, 4H), 2.06-2.01(m, 8H), 1.65(m, 2H), 1.35-1.26(m, aliphatic protons from linoleyl chain), 0.87 (t, 6H). LC-MS: [M+H]= 790.4 & [M+Na] - 812.4 present HPLC purity - 98.87%.

**Synthesis of ALNY-144**

Prepared the compound **ALNY-144** by following similar procedure as compound **ALNY-100**, using *N*-Cbz-compound **680** of the corresponding product (0.3 g, 0.38 mmol, 1.0 eq) and 1M solution of LAH in THF (0.76 mL, 0.76 mmol, 1.5 eq), gave 0.17 g (69%) of the pure product **ALNY-144.** $^1$H NMR (400 MHz, $CDCl_3$) δ 5.54 – 5.22 (m, 8H), 4.76 (dd, *J* = 7.5, 3.0, 1H), 4.50 (dd, *J* = 6.4, 1.8, 1H), 4.18 – 4.08 (m, 1H), 3.95 (dd, *J* = 10.6, 1.4, 1H), 3.84 (dd, *J* = 10.6, 4.3, 1H), 2.77 (t, *J* = 6.4, 4H), 2.27 (s, 6H), 2.04 (q, *J* = 6.8, 8H), 1.68 (dd, *J* = 9.9, 6.2, 2H), 1.53 (d, *J* = 8.7, 2H), 1.49 – 1.17 (m, 38H), 0.89 (t, *J* = 6.8, 6H). Calc. mass for the $C_{44}H_{79}NO_3$: 670.1, found 670.5.

**Example 18: Synthesis of ALNY-151**

**Scheme 18:**




**Synthesis of Compound 601:**

To suspension of compound **600** (10gm, 0.0866moles) in 2,2-dimethoxy propane(20.73ml, 0.1399moles) and dry acetone (140ml) in a 500ml two neck RBF was added 60% perchloric acid(4.5 ml,0.066moles) drop wise over 5mins at 5°C. The reaction mixture was warmed to room temperature and stirred for 2h. Methanol (14ml) was then added and solution was stirred for an additional 2h. Progress was monitored by TLC. The solution was then cooled at 5°C and neutralized with aq. sodium carbonate solution (4gm in 15ml of water). Mixture was filtered off and filtrate was concentrated on rotary evaporator to give yellow solid that was dissolved in diethyl ether (200ml), washed with

water (150ml) followed by brine (150ml), dried over $Na_2SO_4$, and concentrated in vacuum to afford colorless oil. Crude oil was distilled under high vacuum (85-89$^0$C, 0.25mm of mercury) to give **601** as a colorless liquid.

Yield: (40%). $^1$H NMR (400MHz, CDCl3) δ= 4.95(s, 1H), 4.81-83(d, 1H), 4.56-4.58(d,1H), 4.42(bs,1H), 3.33-3.7(m,1H), 3.57-3.63(m,1H), 3.42(s,3H),3.22-3.26(m,1H), 1.47(s,3H), 1.3(s,3H).

**Synthesis of Compound 602:**

To a stirred solution of **601** (1gm, 0.00490moles) in dichloromethane (12ml) and TEA (1.23ml,0.01225moles) in a 50ml two neck RBF at 0$^0$C, was added methanesulfonyl chloride (0.95ml,0.01225moles) drop wise over 5min under nitrogen atmosphere. Reaction mixture was then warmed to room temperature and continued for 5h. Progress was monitored by TLC. After completion of the reaction, mixture was washed with saturated sodium bicarbonate (2x7ml) followed by water (2x7ml). Organic layer was dried over $Na_2SO_4$ and solvent was evaporated off to give crude compound which was used for the next step without any purification. Yield: (1.05gm, 85%).$^1$H NMR (400MHz ,$CDCl_3$) δ 4.97(s1H), 4.67-4.69(d,1H),4.58-4.59(d,1H),4.37-4.41(t,1H), 4.19(d,2H), 3.32(s,3H), 3.11(s,1H), 3.05(s,3H), 1.46(s,3H), 1.30(s,3H). LCMS [M$^+$H]: 283.2. A solution of the crude product (1.05 g, 0.003723 moles) in 10 ml (25%) methylamine in ethanol was stirred at 50 $^o$C in a 50ml sealed tube overnight. After completion of reaction (by TLC) ethanol was concentrated on rota vapor and excess of methyl amine was removed by co evaporation with diethyl ether for three four times. Crude compound **602** thus obtained was used as such for the next reaction. Yield (1.20gm, Crude). $^1$H NMR (400MHz ,$CDCl_3$) δ = 4.68(d,1H), 4.58-.46(d,1H), 4.47-4.5 (m,1H), 3.43-3.47 (m,1H), 3.39 (s,3H), 2.81-2.94 (m,2H), 2.66 (s,3H), 1.47 (s,3H), 1.29 (s,3H). LCMS [M$^+$H]: 218.3

**Synthesis of Compound 603:**

To a stirred solution of **602** (0.38 g, 0.00175 moles) was dissolved in a solution of 10 ml (1:1) Dioxane: water and cooled to 0$^o$C. To this mixture was added solid $NaHCO_3$ (0.367gm, 0.00143752moles) in portions. After 30min of interval 50%solution of Cbz-Cl

in toluene (0.448 g, 0.002626 ml) was added slowly and resulting mixture was then stirred at room temperature for 3h. After completion of the reaction (by TLC), volatilities were removed under vacuum. The residue thus obtained was dissolved in ethyl acetate (20 ml), washed with water (2 x 10ml), dried over anhyd. $Na_2SO_4$ and concentrated under vacuum to give crude mass which was purified by column chromatography on neutral alumina using 3% ethyl acetate in hexane as eluent. Yield (0.5gm, 75%). $^1$H NMR (400MHz ,$CDCl_3$) δ= 7.24-7.35(m, 5H), 5.24 – 5.04 (m, 2H), 4.94 -4.91 (m, 1H), 4.74-4.46 (m, 2H) 4.31 (br, 1H), 3.84 – 3.65 ( m, 1H), 3.31 ( s, 3H), 3.16 – 3.02 (m,1H), 2.98(s, 3H), 1.46 – 1.43 (m, 3H), 1.29-1.20 (br., 3H). *(note: NMR shows presence of rotamers)*. LCMS [$M^+$H]: 352.4, [$M^+$Na]: 374.2.

**Synthesis of Compound 604:**

Compound **603** (1.5gm, 0.00426moles) was dissolved in 30ml of 70 % aq. Acetic acid in a 100ml single neck RBF equipped with reflux condenser and mixture was heated to reflux for 2h. After completion of reaction (by TLC) acetic acid was removed under reduced pressure and residue was directly subjected to column chromatography on 60-120 mesh silica gel using 0-5% of methanol in dichloromethane as eluent to give pure compound **604** as sticky mass. Yield (0.510gm, 39.23%).$^1$H NMR (400MHz, $CDCl_3$) δ= 7.35(m, 5H), 5.12-5.13(m, 2H), 4.8(m, 1H), 4.02-4.06(m, 3H), 3.46-3.60(m, 2H), 3.29-3.46(m, 4H), 3.04(s, 3H), 2.58 (br, 1H). LCMS: [$M^+$H] : 312.0, [$M^+NH_4$] : 328.9

**Synthesis of Compound 605:**

A single neck 100ml RBF was charged with Compound **6** (0.5gm, 0.00160moles), Dimethyl acetal of dilinoleyl ketone **7** (1.101gm, 0.00192mol) and 25 ml anhydrous toluene. To this catalytic amount of pTSA (5mg) was added and reaction mixture was heated to reflux over soxhlet apparatus for 5h. Progress of the reaction was monitored by TLC. After completion of reaction, toluene was evaporated off and residue obtained was purified by column chromatography on neutral alumina using 2% ethyl acetate in hexane as eluent. Yield (0.600 g, 45%).$^1$H NMR (400MHz , $CDCl_3$) δ = 7.35 (m, 5H), 5.37-5.30 (m, 8H), 5.20-5.08 (m,2H), 4.94-4.91 (m,1H), 4.91-5.05 (m,1H), 4.72-4.45 (m,2H), 4.33-4.30 (m,1H), 3.77 - 3.62 (m, 1H), 3.30 (s,3H), 3.17 - 3.08 (m, 1H) 2.98 (s, 3H), 2.77-2.74

(m,4H), 2.06 - 2.01(m, 8H), 1.61-1.60 (m, 2H), 1.49 (m,2H), 1.35-1.26 (m, aliphatic protons), 0.89-0.85 (m,6H). [M+H]=820 present. HPLC Purity:-95.78%.

**Synthesis of ALNY-151**

Prepared the compound **ALNY-151** by following similar procedure as compound **ALNY-100**, using *N*-Cbz-compound of the corresponding product (0.5 g, 0.6 mmol, 1.0 eq) and 1M solution of LAH in THF (0.9 mL, 0.9 mmol, 1.5 eq), gave 0.32 g (76%) of the pure product **ALNY-151.** $^1$H NMR (400 MHz, $CDCl_3$) δ 5.51 – 5.19 (m, 8H), 4.95 (s, 1H), 4.60 (dd, *J* = 29.4, 6.0, 2H), 4.25 (t, *J* = 7.5, 1H), 3.33 (s, 3H), 2.77 (t, *J* = 6.4, 4H), 2.38 (dd, *J* = 7.5, 5.2, 2H), 2.27 (s, 6H), 2.05 (q, *J* = 6.7, 8H), 1.65 (dd, *J* = 10.1, 5.9, 2H), 1.50 (d, *J* = 8.9, 2H), 1.33 (ddd, *J* = 18.9, 12.2, 7.1, 36H), 0.89 (t, *J* = 6.8, 6H). $^{13}$C NMR (101 MHz, $cdcl_3$) δ 130.40, 130.36, 128.17, 128.14, 116.25, 109.69, 85.68, 85.09, 83.54, 77.54, 77.23, 76.91, 63.06, 54.95, 46.17, 37.20, 36.95, 31.75, 30.11, 30.05, 29.91, 29.89, 29.78, 29.71, 29.58, 29.55, 29.53, 27.48, 27.46, 27.42, 25.85, 24.38, 23.33, 22.80, 14.30. Calc. mass for the $C_{45}H_{81}NO_4$: 700.1, found 700.5.

**Example 19: Synthesis of ALNY-171**

**Scheme 19**




**Synthesis of Compound 682**

A procedure analogous to that described for the preparation of compound **651** was followed to give compound **682** in 26% yield. $^1$H NMR (400 MHz, $CDCl_3$) δ 7.61 – 7.14 (m, 5H), 6.13 (s, 1H), 5.29 – 5.01 (m, 2H), 3.97 (s, 0.5H), 3.67 (s, 0.5H), 2.95 (d, *J* =

19.5, 2H), 2.83 (d, *J* = 29.7, 1H), 1.71 – 1.52 (m, 2H), 1.52 – 1.38 (m, 1H), 1.31 – 1.08 (m, 2H); $^{13}$C NMR (101 MHz, $CDCl_3$) δ 156.81, 138.71, 137.10, 137.01, 135.77, 128.39, 127.80, 127.74, 127.67, 67.00, 66.72, 56.33, 46.77, 45.86, 40.72, 31.65, 29.75, 29.54, 12.64, 12.10, 11.57; Electrospray MS (+ve): Molecular weight for C16H20NO2 (M + H)$^+$ Calc. 258.1, Found 258.0.

**Synthesis of compound 683:**

Compound **683** (exo isomer) was successfully separated from exo / endo mixture of compound **682** by preparative HPLC. The exo isomer was confirmed by NOE experiments. $^1$H-NMR (400MHz, $CDCl_3$) δ = 7.35-7.28 ( m, 5H), 6.11 ( s,2H), 5.16-5.08 ( m,2H), 3.96 (b, 1H), 2.91 (s,3H), 2.85 (br,1H), 2.78 ( br,1H), 1.46 – 1.24 (m, 4H). LCMS [M+H]: 258.2, [M+$NH_4$]:275.3, HPLC purity: 100%.

**Synthesis of compound 684:**

Compound **683** (1 g, 0.003891mol) was dissolved in a mixture of 33ml of (10:1) acetone and water in a 100ml single neck RBF and to this were added NMO ( 1.36g, 0.1167mol) and 0.75 ml solution of 6.66% $OsO_4$ (0.05g, 0.00014mol) in *tert*-butyl alcohol successively at room temperature. Progress of the reaction was monitored by TLC. After completion of the reaction (2 h) reaction mixture was quenched with aqueous $Na_2SO_3$ solution (10ml) and the mixture was stirred for 1.0h. Aqueous phase was then extracted with dichloromethane (2 x 50ml). Organic phase was washed once with sat. aq. $NaHCO_3$ (30ml) solution followed by brine (1x 25ml). Organic layer was then dried over anhyd. $Na_2SO_4$ and concentrated in vacuum. Crude material thus obtained was subjected to (60-120 mesh) silica gel column chromatography using 3% methanol in dichloromethane as eluent which afforded the pure product as a thick liquid. Yield: 0.7g (62%) $^1$H NMR (400MHz, $CDCl_3$) δ= 7.33-7.28 (m, 5H), 5.14-5.07(dd, 2H), 3.87 (br, 1H), 3.76 (br, 1H), 3.72-3.69 (br, 1H), 2.91 (m,1H), 2.85(s, 3H), 2.75 (br, 1H), 2.19 (m, 2H), 1.82-1.79 (m, 1H), 1.68-1.66(m, 1H), 1.44-1.40(m, 2H). LC-MS : [M+H]-291.9 present. HPLC purity: 93% (chiral column) *(Note: $^1$H NMR and HPLC confirmed the formation of only one diastereomer.)*

**Synthesis of 685:**

A mixture of compound **684** (0.7 g, 0.002405mol), dilinoleyl ketone (1.9g, 0.003608mol), 50ml toluene and catalytic amount of *p*-TSA in a 100ml single neck RBF were stirred and heated to reflux vigorously over Soxhlet apparatus containing 4A molecular sieves and 50ml toluene. Progress of the reaction was monitored by TLC. After completion of the reaction (~8 h), mixture was cooled to room temperature and then toluene was removed in vacuum to give crude mass which was purified by column chromatography on neutral alumina using 1% ethyl acetate in hexane as eluting system to afford pure product **685** as pale yellow oil.

Yield: 1.5g (78%) $^1$H NMR (400MHz, $CDCl_3$) δ= 7.26-7.20(m, 5H), 5.29-5.19(m, 8H), 5.06-4.97(dd, 2H), 3.91-3.87(m, 2H), 3.69 (m,1H), 2.77 (s, 3H), 2.66 (m, 4H), 2.21-2.18 (m, 2H), 1.97-1.92 (m,8H), 1.71-1.68 (m,1H), 1.56-1.52 (m,2H), 1.44 (m,1H) 1.38 (m,2H), 1.30-1.17 (m, aliphatic protons), 0.78 (t, 6H).MS- [M+H]-800.1, HPLC purity-90.91%.

**Synthesis of ALNY-171**

Prepared the compound **ALNY-171** by following similar procedure as compound **ALNY-100**, using *N*-Cbz-compound **685** (1.4 g, 1.75 mmol, 1.0 eq) and 1M solution of LAH in THF (2.62 mL, 2.62 mmol, 1.5 eq), gave 1.0 g (84%) of the pure product 17. $^1$H NMR (400 MHz, $CDCl_3$) δ 5.50 – 5.20 (m, 8H), 3.91 (dd, *J* = 15.3, 5.4, 2H), 2.77 (t, *J* = 6.3, 4H), 2.43 (s, 1H), 2.29 (d, *J* = 4.0, 1H), 2.18 (s, 6H), 2.04 (q, *J* = 6.7, 8H), 1.64 (dd, *J* = 10.4, 5.7, 4H), 1.50 (s, 2H), 1.45 – 1.13 (m, 39H), 0.89 (t, *J* = 6.7, 6H). $^{13}$C NMR (101 MHz, $cdcl_3$) δ 130.41, 130.39, 130.38, 130.34, 128.19, 128.15, 113.17, 81.76, 81.21, 77.54, 77.22, 76.90, 65.76, 44.14, 43.40, 40.30, 36.17, 35.25, 32.05, 31.75, 30.21, 29.89, 29.77, 29.74, 29.71, 29.57, 29.52, 29.11, 27.46, 27.42, 25.85, 24.82, 24.08, 22.79, 14.29. Calc. mass for the $C_{46}H_{81}NO_2$: 680.1, found 680.5.

**Example 20: Synthesis of ALNY-162, 163 and 164**

**Scheme 20**




**Synthesis of compound 691:**

Compound **690** (25 gm, 0.09615 moles) was dissolved in 250 ml dry THF in a 500ml two neck RBF and cooled to 0oC. To this solution was added PPh3 (25.2gm, 0.09615 moles) followed by DEAD (15.79ml, 0.09615moles) under nitrogen atmosphere and the resulting mixture was stirred for 15 min. Diphenyl phosphoryl azide (20.7ml, 0.09615 moles) was then added into it drop wise at 0oC. Reaction mixture was then brought to room temperature slowly and stirred overnight. Upon completion of the reaction (by TLC) volatilities were removed under vacuum and crude mass was purified by silica gel (60-120 mesh) column chromatography using DCM as eluent to afford compound **691** as viscous liquid. Yield- 19 gm (70.37%) 1H NMR ($CDCl_3$, 400MHz): δ =5.54-5.53 (d, 1H J= 5.0 Hz), 4.63-4.60 (dd, 1H J= 2.48 & 7.88 Hz), 4.33-4.31 (m, 1H), 4.19-4.17 (dd, 1H J= 1.96 Hz & 7.92 Hz), 3.92-3.88 (m, 1H), 3.52-3.47 (dd, 1H J= 7.92 & 12.68 Hz ), 3.37-3.32 (dd, 1H J= 5.4 & 12.72 Hz), 1.53(s, 3H), 1.44(s, 3H) 1.33(s, 6H)

**Synthesis of compound 692:**

A 250ml single neck RBF was charged with compound **691** (12 gm, 0.04195 moles) and 120ml Acetic acid: water (1:1). The resulting solution was heated at 75oC for 4 h. Reaction was monitored by TLC. Upon completion of the reaction, mixture was concentrated under vacuum and crude solid thus obtained was washed with DCM (3 x 50ml) to yield pure compound **692** as an off white solid. Yield- 6gm 1H NMR (D2O, 400MHz): δ =5.26-5.25 (d, 1H J= 3.76 Hz), 4.20- 4.16 (m, 1H), 3.94 (m, 1H), 3.86-3.76 (m, 2H), 3.54-3.43 (m, 2H)

**Synthesis of compound 693:**

Compound **692** (5.5gm, 0.02669) was dissolved in (1:1) mixture of methanol: water (60ml) in a 250ml single neck RBF and degassed with nitrogen for 20 minutes. To this solution (20 wt %) Pd (OH)2 / C (1.2g, 20wt% of compound 3) was added at once under nitrogen. Reaction mixture was then flushed with hydrogen gas and stirred under balloon pressure of hydrogen gas for 3 days. (*Note: on second and third day 1g of (20wt %) Pd (OH) 2 / C was added into the reaction mixture and freshly filled hydrogen gas balloon was used for the reaction)*. After completion of the reaction, mixture was flushed with nitrogen and then filtered through celite bed. Filtrate and washings of (1:1) methanol and water were collectively evaporated under vacuum to yield crude compound **693** as off white solid. Yield- 4.5 gm 1H NMR (D2O, 400MHz): δ=4.02-4.00 (d, 2H, J 6.3 Hz), 3.88-3.84 (m, 2H), 3.08-3.03 (dd, 2H J= 4.32 & 14.76Hz), 2.88-2.83 (dd, 2H J= 4.6 & 14.76 Hz).

**Synthesis of 694:**

Compound **693** (4gm, 0.0245mol) and NaHCO3 (5.14 gm,0.06125mol) were dissolved in (1:1) dioxan / water (30ml) in a 100ml single neck RBF and cooled to 0 °C. After stirring the mixture for 10 minutes 50wt% Cbz-Cl (8.25g, 0.049moles) in toluene (16.5ml) was added slowly. Reaction mixture was then warmed to ambient temperature and monitored by TLC. After completion of the reaction (~2 h by TLC) reaction mixture was concentrated under vacuum. Crude material obtained was purified by silica gel (60-120 mesh) column chromatography using 0-20% methanol in DCM as eluent to afford the title compound Alny-13-001.as white solid. Yield- 2.4 gm (33.33%) 1H NMR (400MHz in MeOD): δ=7.38-7.25 (m, 5H), 5.11-5.09 (d, 2H, J = 5.84 Hz), 3.97-3.80 (m, 6H), 3.33-3.25 (m, 2H) LC-MS- [M+H]-298 present.

**Synthesis of 695A and 695B:**

A 250ml single neck flask equipped with a magnetic stir bar and a Soxhlet apparatus containing 4A molecular sieves and 50ml toluene, was charged with **694** (2.4gm, 0.008081mol), dilinoleyl ketone **7** (6.38gm, 0.01212mol) and p-TSA (catalytic). To this mixture was added 30ml toluene followed by methanol 3ml. Resulting solution was stirred and heated to reflux vigorously for 3 h. Progress of the reaction was monitored by TLC. After complete disappearance of the starting **694** on TLC, toluene was evaporated and residue obtained was purified by column chromatography on neutral alumina to get two different products as title compounds. **695A**: -eluted with 12%ethyl acetate in hexane. Yield (900mg) 1H NMR (400MHz IN CDCl3): δ=7.34-7.31(m, 5H), 5.40-5.16 (m, 8H), 5.15-5.14 (m, 2H), 4.13 (m, 1H), 4.03-3.98 (m, 4H), 3.66-3.62 (m, 1H), 3.21 (s, 1H), 3.14-3.10 (d, 1H, J = 15.44 Hz), 2.77-2.74 (t, 4H), 2.26-2.22 (m, 1H), 2.06-2.01 (m, 8H), 1.63-1.59 (m, 4H), 1.35-1.26 (m, aliphatic protons from linoleyl group) , 0.89-0.85 (m, 6H) LC-MS- [M+H]- 806.30 HPLC-95.04%. **695B**: -eluted with 9%ethyl acetate in hexane. Yield (500mg) 1H NMR (400MHz IN CDCl3): δ=7.38-7.25(m, 5H), 5.40-5.28 (m, 8H), 5.16-5.12 (m, 2H), 4.43-4.36 (m, 2H), 4.12-4.11 (m, 1H), 4.03-3.99 (m, 3H), 3.62 (br s, 1H), 3.35-3.28 (m, 2H), 1.95 (br s , 1H), 2.77-2.74 (m, 4H), 2.06-2.01 (m, 8H), 1.58 (m, 4H), 1.35-1.26 (m, aliphatic protons from linoleyl group) , 0.89-0.84 (m, 6H) LC-MS- [M+H]- 806.40 HPLC-95.12%.

**Synthesis of ALNY-164 and ALNY-164B**

Prepared the compound **ALNY-164** and **ALNY-164B** by following the similar procedure used for **ALNY-100**, using *N*-Cbz-compound **695A** and **695B**.

**Example 21: Synthesis of ALNY-163 and ALNY-163B**

**Scheme 21**




**Synthesis of compound 697:**

Compound **692** (9.5gm, 0.04611mol) was dissolved in 30ml of benzyl alcohol in a 500 ml two neck RBF at 80 0C. To this solution was added BF3.Et2O (6.54gm, 0.04611mol) slowly under nitrogen atmosphere. Reaction was continued for 1 h. Progress of the reaction was monitored by TLC. Upon completion of the reaction (~2 h) reaction mixture was directly chromatographed on 60-120 mesh silica gels. Benzyl alcohol was eluted with 20% EtOAc in hexane at first and pure compound was then eluted with ethyl acetate. Yield: (8.2gm, 60.29%) 1H NMR (MeOD, 400MHz): δ= 7.40-7.21 (m, 5H), 4.77-4.56 (m, 2H), 4.09-4.08 (m, 1H), 3.98-3.95 (m, 1H), 3.80-3.77 (m, 2H), 3.72-3.68 (m, 1H), 3.57-3.51 (m, 1H), 3.27-3.23 (m, 1H)

**Synthesis of compound 698*:***

To a stirred solution of **697** (8.2gm, 0.0276mol) in 80ml anhydrous DMF contained in a 250ml two neck RBF, was added PTSA (catalytic) and 2, 2-DMP (22ml, Excess) under nitrogen atmosphere. Resulting mixture was stirred overnight at room temperature Reaction was monitored by TLC. After completion of the reaction, mixture was diluted with water (250ml) was extracted well with diethyl ether (100mlx3ml). Organic layer

was separated, dried over sodium sulphate and concentrated under vacuum to yield crude compound which was purified by (230-400 mesh) silica gel column chromatography using EtOAc in hexane as eluent. Fraction I was eluted with 12% ethyl acetate in hexane- Yield: (5gm, 53.19%). 1H NMR (CDCl3, 400MHz): δ=7.38-7.27 (m, 5H), 4.97-4.96 (d, 1H J= 3.88 Hz), 4.86-4.83 (d, 1H J= 11.56 hz), 4.62-4.59 (d,1H J= 11.64 Hz), 4.32-4.29 (m,1H), 4.21-4.10 (m,2H), 3.90-3.86 (m, 1H), 3.59-3.54 (dd, 1H J= 8.48 & 12.84 Hz), 3.33-3.28 (dd,1H J= 4.36 & 12.88 Hz), 2.42-2.40 (d,1H J= 5.8 Hz) 1.58 (s, 3H), 1.48 (s, 3H). *[Note: Fraction II was eluted with 20% ethyl acetate in hexane- yield: (1.4gm, 15%,*

**Synthesis of compound 699*:***

To a stirred solution of compound **698** (5gm, 0.01483mol) in 50ml Dry DMF in a 250ml two neck RBF was added (60% suspension in mineral oil) sodium hydride (1.42gm, 0.0296mol) in portions for a period of 10 minute at 00C under nitrogen atmosphere. After stirring the mixture for 15min at 0 OC, MeI (1.1ml, 0.0179mol) was added slowly and reaction mixture was stirred additional for 1 h. Reaction was monitored by TLC. After completion, reaction mixture was quenched with crushed ice (~200g) and aqueous phase was extracted with EtOAc (100ml x 3). Organic layer was then washed with water (100ml x 2) to remove traces of DMF, dried over Na2SO4, and then concentrated on rotary evaporator to get the title compound **699** as oily compound which was used directly without further purification. Yield (4.5gm, 86.04%) 1H NMR (CDCl3, 400MHz): δ= 7.40-7.29(m, 5H), 5.00-4.99(d, 1H J= 3.52 Hz), 4.77-4.74 (d, 1H J= 12.16Hz), 4.61-4.58 (d, 1H J= 12.16 Hz), 4.31-4.28(dd,1H J= 5.48 & 7.64 Hz), 4.15-4.11(m,2H), 3.60-3.55 (dd,1H J= 8.08 & 12.8 Hz), 3.42 (s,3H), 3.38-3.34(m, 2H), 1.51 (s, 3H), 1.32 (s,3H).

**Synthesis of compound 700:**

A 100ml single neck RBF was charged with compound **699** (4.4gm, 0.12mol), 44 ml of mixture of AcOH: water (8:2), and mixture was heated to 80 oC for 4h. Reaction was monitored by TLC. After completion of the reaction, the mixture was extracted with DCM (3 x 40ml). Organic layer was washed with water (2 x 25 ml) followed by saturated aq. NaHCO3 solution (2 x 30ml). Organic layer was then dried over Na2SO4 and solvent was evaporated off in vacuum to yield compound **700** as white solid. Yield (3.7gm, 95.60%) 1H NMR (MeOD, 400MHz): δ= 7.41-7.27 (m, 5H), 5.08-5.07 (d, 1H J=3.7 Hz),

4.77-4.74 (d, 1H J= 11.88 Hz), 4.59-4.56 (d, 1H, J= 11.88 Hz), 3.97-3.94 (dd,1H J= 4.0 & 8.44 Hz), 3.85-3.79 (m,2H), 3.58-3.52 (m,1H), 3.50-3.47 (m,1H), 3.37 (s, 3H), 3.27-3.22 (m, 1H). 13C NMR (MeOD, 100MHz) δ= 137.24, 128.03, 127.99, 127.52, 94.84, 77.75, 70.02, 69.93, 68.82, 68,73, 56.91, 51.24.

**Synthesis of compound 701:**

Compound **700** (3gm, 0.0097mol) was dissolved in (30ml) methanol in a 250ml single neck RBF and degassed with nitrogen for 20 minutes. To this solution (20wt %) Pd (OH)2 / C (0.8gm,~20wt % of compound **7**) was added at once under nitrogen. Reaction mixture was then flushed with hydrogen gas and stirred under balloon pressure of hydrogen gas for 3 days. (*Note:on second and third day 0.8g of (20wt %) Pd (OH) 2 / C was added into the reaction mixture and freshly filled hydrogen gas balloon was used for the reaction)*. After completion of the reaction, mixture was flushed with nitrogen and then filtered through celite bed. Filtrate and washings of (1:1) methanol and water were collectively evaporated under vacuum to yield crude compound **701** as sticky mass. Yield (1.8gm, Crude) 1H NMR (D2O, 400MHz): δ= 4.13-4.11 (m, 1H), 3.96-3.94 (m, 1H), 3.84-3.80 (m, 1H), 3.44 – 3.43 (m, 1H), 3.33 (s, 3H), 3.03-2.98 (m, 2H), 2.95-2.90 (m, 1H), 2.86-2.81 (m, 1H). 13C NMR (D2O, 100MHz): δ= 82.84, 75.60, 73.79, 72.09, 57.78, 53.06, 49.98

**Synthesis of compound 702:**

Compound **701** (1.8g, 0.0101mol) and NaHCO3 (2.121g, 0.02525mol) were dissolved in (1:1) dioxan and water (50ml) in a 100ml single neck RBF and cooled to 0 $^{o}$C. After stirring the mixture for 10 minutes 50wt% Cbz-Cl (6.9ml, 0.0203mol) in toluene was added slowly. Reaction mixture was then warmed to ambient temperature and monitored by TLC. After completion of the reaction (~2 h by TLC) reaction mixture was concentrated under vacuum. Residual part was diluted with water (20ml) and extracted with DCM (3 x 30ml) Organic layer was then separated, dried over anhydrous Na2SO4 and concentrated under vacuum to yield the Crude material which was purified by silica gel (60-120 mesh) column chromatography using 0-20% methanol in DCM as eluent to afford the title compound **702** as off white solid. Yield (0.9gm, 29%) 1H NMR (MeOD, 400MHz): δ=7.37-7.28 (m, 5H), 5.15-5.06 (m, 2H), 4.01- 4.00 (m, 1H), 3.89-3.88 (m,

1H), 3.84-3.83 (m, 1H), 3.75-3.69 (m, 2H), 3.61-3.60 (m, 1H), 3.55- 3.30 (m, 5H). *(note: exists as rotamers).* LC-MS [M+H] -312.30

**Ketalization Products: 703A & 703B:**

A 100ml single neck flask equipped with a magnetic stir bar and a Soxhlet apparatus containing 4A molecular sieves and 50ml toluene, was charged with **702** (0.9gm, 0.00289mol), dilinoleyl ketone (3.04gm, 0.005787mol) and p-TSA (catalytic). To this mixture was added 30ml toluene followed by methanol 3ml. Resulting solution was stirred and heated to reflux vigorously for 3 h. Progress of the reaction was monitored by TLC. After complete disappearance of the starting **702** on TLC, toluene was evaporated off and residue obtained was purified by column chromatography on neutral alumina to get two different products as title compounds.

**703A was eluted with 7- 9% ethyl acetate in hexane system.**

Yield: (0.500gm) 1H NMR (CDCl3, 400MHz): δ=7.38-7.28 (m, 5H), 5.40-5.28 (m, 8H), 5.20-5.15 (m, 2H), 4.42-4.33 (m, 2H), 4.23 (m, 1H), 4.00 (m, 1H), 3.88-3.87 (m, 1H), 3.73 (m, 1H), 3.61-3.59 (m, 1H), 3.50 (s, 3H), 3.40-3.20 (m, 3H), 2.77-2.74 (m, 4H), 2.06-2.01 (m, 8H), 1.68-1.56 (m, 2H), 1.35-1.29 (m, aliphatic protons), 0.89-0.85 (m, 6H) MASS [M+H]-820.6, HPLC (ELSD) purity-95.69%

**703B was eluted with 12- 15% ethyl acetate in hexane system.**

Yield: (0.400g) 1H NMR (CDCl3, 400MHz): δ=7.36-7.30 (m, 5H), 5.38-5.30 (m, 8H), 5.15-5.13 (m, 2H), 4.21-4.10 (m, 3H), 4.09-4.00 (m, 1H), 3.91-3.80 (m, 2H), 3.47 (s, 3H), 3.39 (m, 1H), 3.30-3.10 (m, 3H), 2.77-2.74 (m, 4H), 2.36-2.33 (d, 1H, J = 13.2 Hz), 2.06-2.01 (m, 8H), 1.63- 1.59 (m, 2H), 1.37-1.23 (m, aliphatic protons), 0.89-0.86 (m, 6H) MASS [M+H]-820.5, HPLC (ELSD) purity-95.12%.

**Synthesis of ALNY-163 and ALNY-163B**

Prepared the compound **ALNY-163** and **ALNY-163B** by following the similar procedure used for **ALNY-100**, using *N*-Cbz-compound **703A** and **703B**.

**Example 22: Synthesis of ALNY-205, ALNY-209 and ALNY-209B**

**Scheme 22**




**Synthesis of compound 706:**

Benzyl mannopyranoside **705** (5g, 0.0185 mol) was dissolved in dry pyridine (50ml) in a 250ml two neck RBF and cooled to 0 oC. To this stirred was added slowly a 25ml solution of p-tosyl chloride (3.7g, 0.0194 mol) in anhydrous DCM under nitrogen atmosphere. Resulting mixture was allowed to warm to room temperature and progress of the reaction was monitored by TLC. After completion of the reaction (~ 4 h. by TLC), reaction mixture was diluted with DCM (250ml) and washed with 1N HCl (2 x 100ml) followed by saturated NaHCO3 (2 x 50ml) and brine (50ml) respectively. Organic layer was then separated, dried over anhydrous Na2SO4, filtered and then concentrated under vacuum to give crude material which was subjected to silica gel (60-120 mesh) column chromatography and eluted with ethyl acetate to afford pure compound **706** as off white solid. Yield: 4.9 g (62.5%) 1H NMR (DMSO, 400 MHz): δ ppm = 7.80- 7.76 (d, 2H J = 8.24 Hz), 7.48-7.46 (d, 2H J= 8.16 Hz), 7.43-7.29 (m, 5H), 5.06-5.04 (d, 1H J= 5.8 Hz), 4.93-4.92 (d, 1H, J=4.24 Hz), 4.78-4.76 (d, 1H J= 6 Hz), 4.65 (d, 1H J= 0.72 Hz), 4.55-4.52 (d, 1H J= 11.8 Hz), 4.38-4.35 (d, 1H J= 11.84 Hz), 4.23-4.05 (dd, 1H), 3.61 (m, 1H), 3.54 (m,1H), 3.45-3.42 (m, 1H), 2.40 (s, 3H)

**Synthesis of compound 707:**

A 500ml single neck RBF equipped with a magnetic bar and reflux condenser was charged with compound **706** (9.7g, 0.02287mol), sodium azide (10.4g, 0.1600mol), ammonium chloride (6.12g, 0.1143mol) and (9:1) Ethanol: water (150ml). Resulting mixture was stirred and heated to reflux for 24 h. Upon completion of the reaction (monitored by TLC) solvent was removed on rotary evaporator and crude mass was chromatographed on silica gel (100-200 mesh) using ethyl acetate to give compound **707** as white solid. Yield: 4 g (59.2%) 1H NMR (DMSO, 400 MHz): δ ppm = 7.43-7.28 (m, 5H), 5.01-5.00 (d, 1H, J= 5.88Hz), 4.93-4.92 (d, 1H, J= 4.24Hz), 4.74-4.72 (m, 2H), 4.68-4.65 (d, 1H J= 11.88Hz), 4.49-4.46 (d, 1H J= 11.88 Hz), 3.65-3.64 (m, 1H), 3.60-3.54 (m, 1H), 3.52-3.47 (m, 1H), 3.46-3.38 (m, 3H).

**Synthesis of compound 708:**

Compound **707** (4g, 0.01355mol) was dissolved in (3:1) mixture of methanol and water (60ml) in a 250ml single neck RBF and degassed with nitrogen for 20 minutes. To this solution (20wt %) Pd (OH)2 / C (1g, 25wt% of compound 3) was added at once under nitrogen. Reaction mixture was then flushed with hydrogen gas and stirred under balloon pressure of hydrogen gas for 3 days. (*Note: on second and third day 0.5g of (20wt %) Pd (OH) 2 / C was added into the reaction mixture and freshly filled hydrogen gas balloon was used for the reaction)*. After completion of the reaction, mixture was flushed with nitrogen and then filtered through celite bed. Filtrate and washings of (3:1) methanol and water were collectively evaporated under vacuum to yield crude compound **708** as off white solid. Yield: 2 g (90%). 1H NMR (D2O, 400 MHz): δ ppm = 4.09-4.07 (m, 2H), 3.91-3.89 (m, 2H), 2.98-2.86 (m, 4H).

**Synthesis of 709:**

Compound **708** (2g, 0.01225mol) and NaHCO3 (2.57g, 0.0306mol) were dissolved in (1:1) dioxan : water (40ml) in a 100ml single neck RBF and cooled to 0 °C. After stirring the mixture for 10 minutes 50wt% Cbz-Cl (3.13 g, 0.01838mol) in toluene (6.26ml) was added slowly. Reaction mixture was then warmed to ambient temperature and monitored by TLC. After completion of the reaction (~3 h by TLC) reaction mixture was concentrated under vacuum. Residue thus obtained was stirred with 30ml of 10 %

methanol in DCM solution and filtered. Filtrate was evaporated off and crude material obtained was purified by silica gel (60-120 mesh) column chromatography using 10% methanol in DCM as eluent to afford the title compound **709**. Yield: 2g (55%). 1H NMR (MeOD, 400 MHz): δ ppm = 7.38-7.21 (m, 5H), 5.12 (s, 2H), 4.10- 4.04 (m, 2H), 3.91 (s, 2H), 3.58-3.52 (m, 4H).

**Ketalization : Synthesis of 710A, 710B and 710C:**

A 250ml single neck flask equipped with a magnetic stir bar and a Soxhlet apparatus containing 4A molecular sieves and 50ml toluene, was charged with **709** (2g, 0.00673mol), dilinoleyl ketone (10.64g, 0.0204mol) and p-TSA (0.129g, 0.00067mol). To this mixture was added 90ml toluene followed by methanol 10ml. Resulting solution was stirred and heated to reflux vigorously for 3 h. Progress of the reaction was monitored by TLC. After complete disappearance of the starting **709** on TLC, reaction was stopped, toluene was evaporated off and residue obtained was purified by column chromatography on neutral alumina to get three different products as title compounds.

**710A**: eluted with 1.5-2% ethyl acetate in hexane-1.5 g 1H NMR (CDCl3, 400 MHz): δ ppm = 7.35-7.30 (m, 5H), 5.40-5.29 (m, 16H), 5.13-5.12 (m, 2H), 4.36-4.16 (m, 6H), 2.92-2.74 (m, 10H), 2.06-2.01 (m, 16H), 1.66-1.64 (m, 4H), 1.58-1.55 (m, 4H), 1.37-1.25 (m, aliphatic protons) 0.89-0.86 (m, 12H).

**710B:** eluted with 25 -30% ethyl acetate in hexane -1 g 1H NMR (CDCl3, 400 MHz): ppm = 7.36-7.30 (m, 5H), 5.38-5.30 (m, 8H), 5.14 (m, 2H), 4.35 (m, 2H), 4.13-4.11 (m, 2H), 3.85-3.83 (m, 1H), 3.72-3.71 (m, 1H), 3.55-3.54 (m, 1H), 3.33 (m, 1H), 2.77-2.74 (m, 4H), 2.46 (s, 1H) 2.36 (s, 1H), 2.06-2.01 (m, 8H), 1.63-1.61 (m, 4H), 1.37-1.25 (m, aliphatic protons) 0.89-0.85 (m, 6H). Mass [M+H]-806.30 present HPLC purity-94.85%

**710C:** eluted with 5% methanol in DCM - 0.52 g. 1H NMR (CDCl3, 400 MHz): δ ppm = 7.35-7.30 (m, 5H), 5.40-5.31 (m, 8H), 5.17-5.14 (m, 2H), 4.60 (m, 1H), 4.41-4.37 (m, 2H) 4.33-4.29 (m, 2H), 4.13 (m, 1H), 3.85-3.81 (m, 1H), 3.05-3.01 (m, 1H), 2.77-2.76 (m, 4H), 2.56 (m, 1H), 2.36-2.34 (m, 1H), 2.20 (m, 1H), 2.04-2.02 (m, 8H), 1.62-1.61 (m, 4H), 1.37- 1.26 (m, aliphatic protons) 0.89-0.85 (m, 6H). Mass [M+H]-806.40 present HPLC purity-91.52%

**Synthesis of ALNY-205 and ALNY-209 and ALNY-209B**

Prepared the compound **ALNY-205**, **ALNY-209** and **ALNY-209B** by following the similar procedure used for **ALNY-100**, using *N*-Cbz-compound **710A**, **710B** and **710C.**

**Synthesis of ALNY-148**




**Preparation of Compound 721:** To a solution of dihydroxy-Cbz compound **720** (0.8 g, 3.0 mmol, 1.0 eq), dilinoleyl ketone **7** (1.58 g, 3.0 mmol, 1.0 eq) in toluene was added the PTSA (0.05 g, 0.3 mmol, 0.1 eq) and refluxed under Dean-Stock apparatus until there is no starting material left. Cooled the reaction mixture, evaporated, directly loaded on column chromatography and purified using hexane : ether (10%) as gradients to get 1.45 g of the pure compound **721** in 63% yields. $^1$H NMR (400 MHz, $CDCl_3$) δ 7.46 – 7.26 (m, 6H), 5.49 – 5.21 (m, 8H), 5.13 (s, 2H), 3.75 (s, 4H), 3.41 (t, *J* = 10.4, 2H), 2.77 (t, *J* = 6.4, 4H), 2.05 (q, *J* = 6.7, 8H), 1.69 (s, 2H), 1.65 – 1.48 (m, 6H), 1.42 – 1.16 (m, 37H), 0.89 (t, *J* = 6.8, 6H). Calc. mass for the $C_{51}H_{83}NO_4$: 773.6; found 796.5 (+Na).

**Preparation of ALNY-148:** Exactly repeated the experimental procedure as of the compound **alny-100** using *N*-Cbz-compound **721** (1.44 g, 1.86 mmol, 1.0 eq), 1M LAH in THF (3.72 mL, 3.72 mmol, 2.0 eq), which gave 1.04 g (86%) of the pure produc. $^1$H NMR (400 MHz, $CDCl_3$) δ 5.51 – 5.16 (m, 8H), 3.75 (s, 2H), 2.77 (t, *J* = 6.4, 4H), 2.55 (s,

2H), 2.33 (s, 1H), 2.28 (s, 3H), 2.04 (q, $J$ = 6.8, 8H), 1.88 – 1.74 (m, 2H), 1.74 – 1.63 (m, 2H), 1.57 (dd, $J$ = 10.2, 5.4, 4H), 1.45 – 1.15 (m, 37H), 0.88 (t, $J$ = 6.8, 6H). $^{13}$C NMR (101 MHz, $CDCl_3$) δ 130.40, 130.36, 128.15, 128.13, 112.67, 78.12, 77.55, 77.23, 76.91, 73.59, 53.33, 46.31, 37.93, 36.66, 31.74, 30.17, 29.90, 29.79, 29.73, 29.57, 29.53, 27.45, 27.41, 25.84, 24.32, 22.80, 14.31. Calc. mass for the C44H79NO2: 653.6, found 654.5.

**Example 23. Synthesis of ketal 530**



**Preparation of Compound 528**

An ice-cold solution of compound **527** (10 g) in $CHCl_3$ (500 mL) is treated all at once with *m*-chloroperbenzoic acid (1.1 eq), then warmed to r.t. and stirred for 18 h. Aqueous workup then column chromatography gives compound **528**.

**Preparation of 25** for ketone **7** and using a procedure analogous to that described for the synthesis of compound **505**, compound **529** is obtained as a colorless oil.

**Preparation of Compound 530**

Using a procedure analogous to that described for the synthesis of compound **506**, compound **530** is obtained as a colorless oil.

**Example 24. Synthesis of ketal 534**

**531** prepared according to Tetrahedron 2007, 63(5), 1243-1253




**Preparation of Compound 532**

Using a procedure analogous to that described for the synthesis of compound **504**, compound **532** is obtained as a colorless oil.

**Preparation of Compound 533**

Using a procedure analogous to that described for the synthesis of compound **505**, compound **533** (%) is obtained as a colorless oil.

**Preparation of Compound 534**

Using a procedure analogous to that described for the synthesis of compound **506**, compound **534** is obtained as a colorless oil.

**Example 25. Synthesis of ketal 538**




## Preparation of Compound 536

Using a procedure analogous to that described for the synthesis of compound **504**, compound **536** is obtained as a colorless oil.

## Preparation of Compound 537

Substituting ketone **27** for ketone **7**, and using a procedure analogous to that described for the synthesis of compound **505**, compound **537** is obtained as a colorless oil.

## Preparation of Compound 538

Using a procedure analogous to that described for the synthesis of compound **506**, compound **538** is obtained as a colorless oil.

## Example 26. Synthesis of ketone 12




The cyclic ketone **12** is synthesized using a similar procedure to that reported in *J. Org. Chem.* **2005**, *70,* 5420-5425.

**Example 27. Synthesis of ketal 540**




**Preparation of Compound 539**

Substituting ketone **12** for ketone **7**, and using a procedure analogous to that described for the synthesis of compound **505**, compound **539** is obtained as a colorless oil.

**Preparation of Compound 540**

Using a procedure analogous to that described for the synthesis of compound **506**, compound **540** is obtained as a colorless oil.

**Example 28. Synthesis of Ketone 15**




The ketone **15** is synthesized starting from the dibromo ketal **13** via the Grignard reagent **14** as shown in good yields.

**Example 29. Synthesis of Ketal 542**




**Preparation of Compound 541**

Substituting ketone **15** for ketone **12**, and using a procedure analogous to that described for the synthesis of compound **505**, compound **541** is obtained as a colorless oil.

**Preparation of Compound 542**

Using a procedure analogous to that described for the synthesis of compound **506**, compound **542** is obtained as a colorless oil.

**Example 30. Synthesis of Ketone 18**




Using a similar procedure to that used for the synthesis of ketone **15,** starting from dibromide **16** the sixmembered cyclic ketone **18** is synthesized as shown.

**Example 31. Synthesis of Ketal 544**




**Preparation of Compound 543**

Substituting ketone **18** for ketone **12**, and using a procedure analogous to that described for the synthesis of compound **505**, compound **541** is obtained as a colorless oil.

**Preparation of Compound 544**

Using a procedure analogous to that described for the synthesis of compound **506**, compound **544** is obtained as a colorless oil.

**Example 32. Preparation of Compounds 545-550**




545 546 547




548 549 550

*Journal of Medicinal Chemistry, 30(8), 1327-36; 1987

The six diastereomers of 1,2-dihydroxy-4,5-diaminocyclohexane (compounds 545 – 550) are prepared according to the procedure described in *Journal of Medicinal Chemistry*, **30(8)**, 1327-36; 1987. Compounds **545** and **548** are obtained as racemates, compounds **546, 547, 549** and **550** are *meso* compounds.

**Example 33. Preparation of Compound 553**




## Preparation of Compound 551

Using procedures which are analogous to those described for the synthesis of compounds **504** and **506**, compound **551** is obtained as a colorless oil.

## Preparation of Compound 552

Using a procedure analogous to that described for the synthesis of compound **505**, compound **552** is obtained as a colorless oil.

## Preparation of Compound 553

Using a procedure analogous to that described for the synthesis of compound **506**, compound **553** is obtained as a colorless oil.

## Example 34. Preparation of Compound 556




## Preparation of Compound 556

Using procedures which are analogous to those described for the synthesis of compounds **551** to **506**, compound **556** is obtained as a colorless oil.

## Example 35. Synthesis of Optically pure Cyclic diol 25




The optically pure diol **25** is synthesized as shown above starting from commercially available (+)-tartaric acid. Treatment of tartaric acid with benzylamine in refluxing xylene provided the imide **19** which on reduction with lithium aluminumhydride provided the pyrrolidine **20** in which the diol is protected with TBDMS and followed by alkylation with the bromide **23** to give product **24** which is deprotected to isolate the pure diol **25** in good yields.

**Example 36. Synthesis of ketal 26**




Using a procedure analogous to that described for the synthesis of compound **505**, compound **26** is obtained as a colorless oil.

**Example 37. Synthesis of ketal 30**




Using a procedure analogous to that described for the synthesis of compound **505**, compound **30** is obtained as a colorless oil.

**Example 38: Synthesis of Compound 406**




**Preparation of 401**:

Tosylate (250g, 0.873 mol) was charged in a 7.5L auto clave followed by methanolic ammonia (60%) (3750 mL) at –20°C. The pressure vessel was closed and stirred while allowing the reaction mixture to warm to room temperature. It was then heated to 90°C and continued for 5hrs at 90°C (TLC). Reaction mixture was cooled to room temperature and the internal pressure was released. It was then purged with nitrogen for 15 minutes to remove excess of ammonia, evaporated at reduced pressure at 30°C to obtain crude residue. It was washed with diethyl ether (2 x 250ml) to remove

impurities and dried at reduced pressure at 30-34$^0$C to afford the desired product along with the by-product sulfonamide. This mixture has been taken as such for the next step (Yield 112g, 95%). $^1$H NMR (400 MHz, DMSO–$d_6$): δ 1.29 (S, 3H), 1.38 (S, 3H), 2.83 (m, 1H), 3.02 (dd, 1H), 3.70 (m, 1H), 4.04 (t, 1H), 4.24 (m, 1H).

**Preparation of 402**

To a solution of **401** (112g, 0.850 mol) in dichloromethane (560 mL) at 0$^o$c, was added 2,6 Lutidine (182.2g, 1.70 mol) drop-wise during 15 minutes. Then Cbz-Cl (147.50, 0.860 mol) was added drop-wise during 25 minutes at same temperature. It was then stirred for another 15 minutes at 0$^0$C (TLC). It was diluted with dichloromethane (300ml), washed with 10% citric acid (3x250ml) and brine (1x250ml). The organic layer was separated, dried over sodium sulfate and evaporated at reduced pressure at 45$^0$c to obtain crude product, which was purified by silica gel chromatography using ethyl acetate/hexane as eluent to afford pure product (Yield 174, 77%). $^1$H NMR (400 MHz, $CDCl_3$): 1.33(S, 3H), 1.40 (S, 3H), 3.23 (m, 1H), 3.43 (m, 1H), 3.64 (t, 1H), 4.01(t, 1H), 4.2 (m, 1H), 5.60 (s, 2H), 5.24 (s, 1H), 7.31(s, 5H).

**Preparation of 403**

To a solution of **402** (149 g, 0.5622 mol) in methanol and water (1:85, 800 mL) was added PTSA (214g, 2 eq.)at room temperature and stirred for 15 minutes (TLC). It was then evaporated at reduced pressure to remove methanol and diluted with water (150ml). Then pH of the aqueous solution was adjusted to 8.5-9 using solid sodium carbonate and extracted several times with ethyl acetate to ensure complete recovery of the product. The combined organic layer was dried over sodium sulfate and evaporated at reduced pressure to afford pure product (Yield, 118g, 90%) as white solid. $^1$H NMR ($CDCl_3$, 400 MHz): δ 3.1 (s, 1H), 3.3 (m, 3H), 3.6 (m, 2H), 3.8 (s, 1H), 5.1 (s, 2H), 5.3 (s, 1H), 7.3 (m, 5H).

**Preparation of 405**

To stirred mixture of **403** (170g, 0.755 mol) and ketone **7** (199g, 0.377 mol) in anhydrous toluene (2L), was added half of the quantity of PTSA (7.1g, 0.1eq) and heated to reflux at 130$^0$C bath using dean stark apparatus. After 6 hours second half of the quantity of PTSA(7.1g, 0.1eq.) was added and reaction was continued for another 12 hours (TLC). Reaction mass was allowed to cool to room temperature and filtered to

remove precipitated solids. The filtrate was washed with saturated sodium bicarbonate solution, dried over sodium sulfate and evaporated at reduced pressure to obtain crude product, which was purified by silica gel chromatography using 5% ethyl acetate / hexane as eluent to afford pure product as color less liquid (153g, 55%). $^1$H NMR ($CDCl_3$): δ value: 0.9 (t, 6H), 1.3(m, 38H), 1.5 (m, 2H), 1.6 (s, 4H), 2.0 (m, 8H), 2.8 (t, 4H), 3.2 (m, 1H), 3.5 (m, 1H), 3.6(t, 1H), 4.0 (t, 1H), 4.2 (s, 1H), 5.1 (s, 1H), 5.2 (s, 2H), 5.5 (m, 8H), 7.3 (m, 5H).

**Preparation of 406**

To LAH (16.6g, 0.438 mol) under $N_2$ at 0°C was added dry THF (1.3L) and stirred for 30 minutes. To the suspension was added a solution of **405** (161g, 0.219 mol) in THF (300ml) slowly by maintaining the temperature at $0^0$C. After addition, the reaction mass was warmed to 40°C. During this period the inside temperature rose from 40 to 54°C and after few minutes again decreased to 40°C. Reaction was continued for another 1hr at $40^0$C (TLC). It was then cooled to 0°C and quenched with 100ml of sat. sodium sulfate solution and diluted with ethyl acetate (1L). The solid formed was filtered through a pad of celite bed. The residue was washed several times with ethyl acetate. The combined filtrate was evaporated at reduced pressure to obtain crude product, which was purified by silica gel chromatography using dichloromethane / 15% ethyl acetate as eluent to obtain pure product as an yellow liquid (99g, 74%). $^1$H NMR ($CDCl_3$)**:** δ value: 0.96 (t, 6H), 1.3 (m, 38H), 1.6 (m, 4H), 2.1 (q, 8H), 2.53 (s, 3H), 2.76 (dd, 2H), 2.82 (q, 4H), 3.6 (t, 1H), 4.1(t, 1H), 4.3 (m, 1H), 5.4 (m, 8H).

**Example 39: Prepration of Compound 408**




Compound **406** is treated with **406a** under reductive amination conditions as shown above to get **407**. It is then treated with Sodium hydroxide solution in Methanol/THF/Water to get **408**.

**Example 40: Preparation of Compound 410**




Compound **406** is alkylated with methyl bromo acetate using potassium carbonate in THF/Water as shown above to get **409**. It is then treated with Sodium hydroxide solution in Methanol/THF/Water to get **410**.

**Example 41:**




Compound **411** is prepared from the acetonide **411a** using trans ketalysation. LAH reduction gives compound **412**. It is then convert to the diester **414** by reductive amination. Deprotection of **414** using NaOH gives compound **415**.

**Example 42. Preparation of Compound 418**



Lipid acid **410** is treated with GalNAc amine **416** under peptide coupling conditions to get **417**. Deprotect the acetate groups using LiOH gives compound **418**.

**Example 43. Preparation of Compound 421**




Lipid acid **410** is treated with Mannose amine **419** under peptide coupling conditions to get **420**. Deprotect the benzoate groups using LiOH gives compound **421**.

**Example 44. Preparation of Compound 424.**




Lipid acid **408** is treated with triantineary GalNAc amine **422** under peptide coupling conditions to get **423**. Deprotect the acetate groups using methyl amine at room temperature gives compound **424**.

**Example 45. Preparation of Compound 427.**




Lipid acid **408** is treated with triantineary mannose amine **425** under peptide coupling conditions to get **426**. Deprotection of benzoate groups using methyl amine at room temperature gives compound **427**.

**Example 46. Preparation of Compound 430.**




Lipid diacid **415** is treated with GalNAc amine **416** under peptide coupling conditions to get **429**. Deprotection of acetate groups using methyl amine at room temperature gives compound **430**.

**Example 47. Preparation of Compound 432.**




Lipid diacid **415** is treated with mannose amine **419** under peptide coupling conditions to get **431**. Deprotection of acetate groups using methyl amine at room temperature gives compound **432.**

**Example 48. Preparation of Compound 438.**




Compound **436** and **437** react to give compound **438** under click chemistry conditions.

**Example 49. Preparation of Compound 442.**



**Preparation of 439**

Compound **439** is prepared according to the procedure described in Dills, William L., Jr.; Covey, Thomas R.; Singer, Paul; Neal, Sharon; Rappaport, Mark S. "2,5-Anhydro-1-deoxy-D-lyxitol, 2,5-anhydro-1-deoxy-D-mannitol, and 2,5-anhydro-1-deoxy-D-talitol. Synthesis and enzymic studies" *Carbohydrate Research* (1982), **99(1)**, 23-31.

**Preparation of 440**

To a mixture of **439** (10g, 67.53 mmol) and ketone **404** (18g, 34 mmol) in anhydrous toluene (200 mL), is added PTSA (1.17g, 0.2eq) and heated to reflux at 130$^0$C bath using dean stark apparatus for 24hr. Cool the reaction mixture to room temperature and wash with sodium bicarbonate solution. Crude product is purified by chromatography to get the product **440**.

**Preparation of 441**

Compound **440** is treated with Methane sulfonylchloride in presence of triethylamine in dichloromethane to get **441**.

**Preparation of 442**

To a solution of **441** in EtOH, Dimethylamine in EtOH is added and heat the reaction mixture in a pressure reactor at 70 °C for overnight to get **442**.

**Example 50. Preparation of Compound 445**




**Preparation of 443**

Compound **443** is prepared according to the procedure described in Bouchez, Veronique; Stasik, Imane; Beaupere, Daniel; Uzan, Raoul; "Regioselective halogenation

of pentono-1,4-lactones. Efficient synthesis of 5-chloro- and 5-bromo-5-deoxy derivatives", *Carbohydrate Research* (1997), **300(2)**, 139-142.

**Preparation of 444**

To a mixture of **443** (10g, 47.39 mmol) and ketone **7** (13g, 24 mmol) in anhydrous toluene (150 mL), is added PTSA (0.825g, 0.2eq) and heated to reflux at $130^0$C bath using dean stark apparatus for 24hr. Cool the reaction mixture to room temperature and wash with sodium bicarbonate solution. Crude product is purified by chromatography to get the product **444**.

**Preparation of 445**

To a solution of **444** in EtOH, Dimethylamine in EtOH is added and heat the reaction mixture in a pressure reactor at 70 °C for overnight to get **445**.

**Example 51. Preparation of Compound 449.**




**Preparation of 446**

Compound **446** is prepared according to the procedure described in Persky, Rachel; Albeck, Amnon. "Synthesis of Selectively Labeled D-Fructose and D-Fructose Phosphate Analogues Locked in the Cyclic Furanose Form". *Journal of Organic Chemistry* (2000), 65(18), 5632-5638.

**Preparation of 449**

Compound **447** is prepared using the procedure described above. It is then convert to the corresponding dimesylate **448** using standard method. Diamination of the dimesylate is carried out using dimethylamine in EtOH to get the compound **449**.

**Example 52. Synthesis of Zwitterionic lipids**





OH
OH
H2N
NH2
550
CbzHN
NHCbz
5010
PTSA
O
18
CbzHN
CbzHN
O
O
5011
LAH, 1M THF
MeHN
MeHN
5012
HO
HO
Me
N
5013
5008
CN
5006
H2N
O
P
Me
5014
5015




OH
O
447
OH
N
P
CN
5006
H2N
O
P
O–
5016




**Example 53. Synthesis of lipids bearing unsymmetric lipid anchors**

Using a similar procedure used for the dilinoleyl ketone tail bearing cationic lipids, the unsymetric ketones **25, 27, 29, 31, 33** and **35** are all treated with the diols **517, 524, 528, 532, 536, 551, 554, 25** and **29** to isolate the product with the unsymmetrical chains are isolated.

**Example 54. Oigonucleotide Synthesis:**

All oligonucleotides were synthesized on an AKTAoligopilot synthesizer. Commercially available controlled pore glass solid support (dT-CPG, 500Å, Prime Synthesis) and RNA phosphoramidites with standard protecting groups, 5'-*O*-dimethoxytrityl N6-benzoyl-2'-*t*-butyldimethylsilyl-adenosine-3'-*O*-N,N'-diisopropyl-2-cyanoethylphosphoramidite, 5'-*O*-dimethoxytrityl-N4-acetyl-2'-*t*-butyldimethylsilyl-cytidine-3'-*O*-N,N'-diisopropyl-2-cyanoethylphosphoramidite, 5'-*O*-dimethoxytrityl-N2--isobutryl-2'-*t*-butyldimethylsilyl-guanosine-3'-*O*-N,N'-diisopropyl-2-cyanoethylphosphoramidite, and 5'-*O*-dimethoxytrityl-2'-*t*-butyldimethylsilyl-uridine-3'-O-N,N'-diisopropyl-2-cyanoethylphosphoramidite (Pierce Nucleic Acids Technologies) were used for the oligonucleotide synthesis. The 2'-F phosphoramidites, 5'-*O*-dimethoxytrityl-N4-acetyl-2'-fluro-cytidine-3'-*O*-N,N'-diisopropyl-2-cyanoethyl-phosphoramidite and 5'-*O*-dimethoxytrityl-2'-fluro-uridine-3'-O-N,N'-diisopropyl-2-

cyanoethyl-phosphoramidite were purchased from (Promega). All phosphoramidites were used at a concentration of 0.2M in acetonitrile ($CH_3CN$) except for guanosine which was used at 0.2M concentration in 10% THF/ANC (v/v). Coupling/recycling time of 16 minutes was used. The activator was 5-ethyl thiotetrazole (0.75M, American International Chemicals), for the PO-oxidation Iodine/Water/Pyridine was used and the PS-oxidation PADS (2 %) in 2,6-lutidine/ACN (1:1 v/v) was used.

3'-ligand conjugated strands were synthesized using solid support containing the corresponding ligand. For example, the introduction of cholesterol unit in the sequence was performed from a hydroxyprolinol-cholesterol phosphoramidite. Cholesterol was tethered to *trans*-4-hydroxyprolinol via a 6-aminohexanoate linkage to obtain a hydroxyprolinol-cholesterol moiety. 5'-end Cy-3 and Cy-5.5 (fluorophore) labeled siRNAs were synthesized from the corresponding Quasar-570 (Cy-3) phosphoramidite were purchased from Biosearch Technologies. Conjugation of ligands to 5'-end and or internal position is achieved by using appropriately protected ligand-phosphoramidite building block An extended 15 min coupling of 0.1M solution of phosphoramidite in anhydrous $CH_3CN$ in the presence of 5-(ethylthio)-1*H*-tetrazole activator to a solid bound oligonucleotide. Oxidation of the internucleotide phosphite to the phosphate was carried out using standard iodine-water as reported (1) or by treatment with *tert*-butyl hydroperoxide/acetonitrile/water (10: 87: 3) with 10 min oxidation wait time conjugated oligonucleotide. Phosphorothioate was introduced by the oxidation of phosphite to phosphorothioate by using a sulfur transfer reagent such as DDTT (purchased from AM Chemicals), PADS and or Beaucage reagent The cholesterol phosphoramidite was synthesized in house, and used at a concentration of 0.1 M in dichloromethane. Coupling time for the cholesterol phosphoramidite was 16 minutes.

After completion of synthesis, the support was transferred to a 100 ml glass bottle(VWR). The oligonucleotide was cleaved from the support with simultaneous deprotection of base and phosphate groups with 80 mL of a mixture of ethanolic ammonia [ammonia: ethanol (3:1)] for 6.5h at 55°C. The bottle was cooled briefly on ice and then the ethanolic ammonia mixture was filtered into a new 250 ml bottle. The CPG was washed with 2 x 40 mL portions of ethanol/water (1:1 v/v). The volume of the

mixture was then reduced to ~ 30 ml by roto-vap. The mixture was then frozen on dyince and dried under vacuum on a speed vac.

The dried residue was resuspended in 26 ml of triethylamine, triethylamine trihydrofluoride (TEA.3HF) or pyridine-HF and DMSO (3:4:6) and heated at 60°C for 90 minutes to remove the *tert*-butyldimethylsilyl (TBDMS) groups at the 2' position. The reaction was then quenched with 50 ml of 20mM sodium acetate and pH adjusted to 6.5, and stored in freezer until purification.

The oligoncuelotides were analyzed by high-performance liquid chromatography (HPLC) prior to purification and selection of buffer and column depends on nature of the sequence and or conjugated ligand.

The ligand conjugated oligonucleotides were purified reverse phase preparative HPLC. The unconjugated oligonucleotides were purified by anion-exchange HPLC on a TSK gel column packed in house. The buffers were 20 mM sodium phosphate (pH 8.5) in 10% $CH_3CN$ (buffer A) and 20 mM sodium phosphate (pH 8.5) in 10% $CH_3CN$, 1M NaBr (buffer B). Fractions containing full-length oligonucleotides were pooled, desalted, and lyophilized. Approximately 0.15 OD of desalted oligonucleotidess were diluted in water to 150 µl and then pipetted in special vials for CGE and LC/MS analysis. Compounds were finally analyzed by LC-ESMS and CGE.

For the preparation of siRNA, equimolar amounts of sense and antisense strand were heated in 1xPBS at 95°C for 5 min and slowly cooled to room temperature. Integrity of the duplex was confirmed by HPLC analysis

**Table 7. siRNA duplexes for Luc and FVII targeting.**

| Duplex | Sense/Antisense | Sequence 5'-3' | SEQ ID NO: | Target |
|---|---|---|---|---|
| | 1000/2434 | CUU ACG CUG AGU ACU UCG AdTdT<br>U*CG AAG fUAC UCA GCG fUAA GdT*dT | | Luc |
| | 2433/1001 | C*UfU ACG CUG AGfU ACU UCG AdT*dT<br>UCG AAG UAC UCA GCG UAA GdTdT | | Luc |
| | 2433/2434 | C*UfU ACG CUG AGfU ACU UCG AdT*dT<br>U*CG AAG fUAC UCA GCG fUAA GdT*dT | | Luc |
| | 1000/1001 | CUU ACG CUG AGU ACU UCG AdTdT<br>UCG AAG UAC UCA GCG UAA GdTdT | | Luc |
| AD- | | GGAUCAUCUCAAGUCUUACdTdT | | FVII |

| | | | | |
|---|---|---|---|---|
| 1596 | | GUAAGACUUGAGAUGAUCCdTdT | | |
| AD-1661 | | GGAfUfCAfUfCfUfCAAGfUfCfUfUAfCdTsdT<br>GfUAAGAfCfUfUGAGAfUGAfUfCfCdT*dT | | FVII |

Note: L8 is  , lowercase is 2'-O-methyl modified nucleotide, * is phosphorothioate backbone linkages, fN is a 2'-fluoro nucleotide, dN is 2'-deoxy nucleotide.

Example 55: Serum stability assay for siRNA

A medium throughput assay for initial sequence-based stability selection was performed by the "stains all" approach. To perform the assay, an siRNA duplex was incubated in 90% human serum at 37°C. Samples of the reaction mix were quenched at various time points (at 0 min., 15, 30, 60, 120, and 240 min.) and subjected to electrophoretic analysis (Figure 1). Cleavage of the RNA over the time course provided information regarding the susceptibility of the siRNA duplex to serum nuclease degradation.

A radiolabeled dsRNA and serum stability assay was used to further characterize siRNA cleavage events. First, a siRNA duplex was 5'end-labeled with $^{32}$P on either the sense or antisense strand. The labeled siRNA duplex was incubated with 90% human serum at 37°C, and a sample of the solution was removed and quenched at increasing time points. The samples were analyzed by electrophoresis.

**Example 56: FVII *in vivo* evaluation using the cationic lipid derived liposomes**

***In vivo* rodent Factor VII and *ApoB* silencing experiments.**

C57BL/6 mice (Charles River Labs, MA) and Sprague-Dawley rats (Charles River Labs, MA) received either saline or siRNA in desired formulations via tail vein injection at a volume of 0.01 mL/g. At various time points post-administration, animals were anesthesized by isofluorane inhalation and blood was collected into serum separator tubes by retro orbital bleed. Serum levels of Factor VII protein were determined in samples using a chromogenic assay (Coaset Factor VII, DiaPharma Group, OH or Biophen FVII,

Aniara Corporation, OH) according to manufacturer protocols. A standard curve was generated using serum collected from saline treated animals. In experiments where liver mRNA levels were assessed, at various time points post-administration, animals were sacrificed and livers were harvested and snap frozen in liquid nitrogen. Frozen liver tissue was ground into powder. Tissue lysates were prepared and liver mRNA levels of Factor VII and *apoB* were determined using a branched DNA assay (QuantiGene Assay, Panomics, CA).

**Example 57. *In vivo* evaluation of FVII siRNA 1661 using cyclic cationic lipids, 506, 512 and 519 based formulation.**

The cyclic cationic lipids **506, 512** and **519** -based formulations as described below were prepared, characterized and evaluated *in vivo* by FVII assay. Results show that lipid particles formed with **519** showed almost complete knockdown of FVII protein levels *in vivo*.



**512**



**519**



**506**



Cholesterol



PEG-DMG (mPEG2000-DMG)



DSPC

| | **519**/Chol/PEG-C14/ DSPC 52:30:5:13 | **506**/Chol/PEG-C14/ DSPC 52:30:5:13 | **512**/Chol/PEG-C14/ DSPC 52:30:5:13 |
|---|---|---|---|
| Particle size before siRNA conjugation (nm) | 87.4 | 96.5 | 102 |
| PDI | 0.155 | 0.164 | 0.183 |
| Particle size final (nm) | 81 | 88 | 95.8 |
| PDI | 0.105 | 0.1206 | 0.119 |
| % Encapsulation, Ribogreen | 91.5 | 64 | 87.5 |

**Example 58. Liposome Formulations for FVII targeting**

The formulations shown above are made with DPPC in place of DSPC with varying amounts and the assays are repeated.

| | **519**/ Chol/PEG-C14/ DPPC 52:30:5:13 | **512**/Chol/PEG-C14/DPPC; 52:30:5:13 | **506**/Chol/PEG-C14/DPPC; 52:30:5:13 |
|---|---|---|---|



512 519 506




Cholesterol




PEG-DMG (mPEG2000-DMG)




DPPC

**Example 59. Preparation of 1,2-Di-*O*-alkyl-*sn*3-Carbomoylglyceride (PEG-DMG)**




## Preparation of IVa

1,2-Di-*O*-tetradecyl-*sn*-glyceride **Ia** (30 g, 61.80 mmol) and *N,N*'-succinimidylcarboante (DSC, 23.76 g, 1.5eq) were taken in dichloromethane (DCM, 500 mL) and stirred over an ice water mixture. Triethylamine (TEA, 25.30 mL, 3 eq) was added to the stirring solution and subsequently the reaction mixture was allowed to stir overnight at ambient temperature. Progress of the reaction was monitored by TLC. The

reaction mixture was diluted with DCM (400 mL) and the organic layer was washed with water (2X500 mL), aqueous $NaHCO_3$ solution (500 mL) followed by standard work-up. The residue obtained was dried at ambient temperature under high vacuum overnight. After drying the crude carbonate **IIa** thus obtained was dissolved in dichloromethane (500 mL) and stirred over an ice bath. To the stirring solution $mPEG_{2000}$-$NH_2$ (**III,** 103.00 g, 47.20 mmol, purchased from NOF Corporation, Japan) and anhydrous pyridine (Py, 80 mL, excess) were added under argon. The reaction mixture was then allowed to stir at ambient temperature overnight. Solvents and volatiles were removed under vacuum and the residue was dissolved in DCM (200 mL) and charged on a column of silica gel packed in ethyl acetate. The column was initially eluted with ethyl acetate and subsequently with gradient of 5-10 % methanol in dichloromethane to afford the desired PEG-Lipid **IVa** as a white solid (105.30g, 83%). $^1$H NMR ($CDCl_3$, 400 MHz)   = 5.20-5.12(m, 1H), 4.18-4.01(m, 2H), 3.80-3.70(m, 2H), 3.70-3.20(m, -O-$CH_2$-$CH_2$-O-, PEG-$CH_2$), 2.10-2.01(m, 2H), 1.70-1.60 (m, 2H), 1.56-1.45(m, 4H), 1.31-1.15(m, 48H), 0.84(t, J= 6.5Hz, 6H). MS range found: 2660-2836.

**Preparation of IVb**

1,2-Di-*O*-hexadecyl-*sn*-glyceride **Ib** (1.00 g, 1.848 mmol) and DSC (0.710 g, 1.5eq) were taken together in dichloromethane (20 mL) and cooled down to 0°C in an ice water mixture. Triethylamine (1.00 mL, 3eq) was added and the reaction was stirred overnight. The reaction was followed by TLC, diluted with DCM, washed with water (2 times), $NaHCO_3$ solution and dried over sodium sulfate. Solvents were removed under reduced pressure and the resulting residue of **IIb** was maintained under high vacuum overnight. This compound was directly used for the next reaction without further purification. $MPEG_{2000}$-$NH_2$ **III** (1.50g, 0.687 mmol, purchased from NOF Corporation, Japan) and **IIb** (0.702g, 1.5eq) were dissolved in dichloromethane (20 mL) under argon. The reaction was cooled to 0°C. Pyridine (1 mL, excess) was added and the reaction stirred overnight. The reaction was monitored by TLC. Solvents and volatiles were removed under vacuum and the residue was purified by chromatography (first ethyl acetate followed by 5-10% MeOH/DCM as a gradient elution) to obtain the required compound **IVb** as a white solid (1.46 g, 76 %). $^1$H NMR ($CDCl_3$, 400 MHz) $\delta$ = 5.17(t, J= 5.5Hz, 1H), 4.13(dd, J= 4.00Hz, 11.00 Hz, 1H), 4.05(dd, J= 5.00Hz, 11.00 Hz, 1H),

3.82-3.75(m, 2H), 3.70-3.20(m, -O-$CH_2$-$CH_2$-O-, PEG-$CH_2$), 2.05-1.90(m, 2H), 1.80-1.70 (m, 2H), 1.61-1.45(m, 6H), 1.35-1.17(m, 56H), 0.85(t, J= 6.5Hz, 6H). MS range found: 2716-2892.

**Preparation of IVc**

1,2-Di-*O*-octadecyl-*sn*-glyceride **Ic** (4.00 g, 6.70 mmol) and DSC (2.58 g, 1.5eq) were taken together in dichloromethane (60 mL) and cooled down to 0°C in an ice water mixture. Triethylamine (2.75 mL, 3eq) was added and the reaction was stirred overnight. The reaction was followed by TLC, diluted with DCM, washed with water (2 times), $NaHCO_3$ solution, and dried over sodium sulfate. Solvents were removed under reduced pressure and the residue was maintained under high vacuum overnight. This compound was directly used for the next reaction without further purification. $MPEG_{2000}$-$NH_2$ **III** (1.50g, 0.687 mmol, purchased from NOF Corporation, Japan) and **IIc** (0.760g, 1.5eq) were dissolved in dichloromethane (20 mL) under argon. The reaction was cooled to 0°C. Pyridine (1 mL, excess) was added and the reaction was stirred overnight. The reaction was monitored by TLC. Solvents and volatiles were removed under vacuum and the residue was purified by chromatography (ethyl acetate followed by 5-10% MeOH/DCM as a gradient elution) to obtain the desired compound **IVc** as a white solid (0.92 g, 48 %). $^1$H NMR ($CDCl_3$, 400 MHz) δ = 5.22-5.15(m, 1H), 4.16(dd, J= 4.00Hz, 11.00 Hz, 1H), 4.06(dd, J= 5.00Hz, 11.00 Hz, 1H), 3.81-3.75(m, 2H), 3.70-3.20(m, -O-$CH_2$-$CH_2$-O-, PEG-$CH_2$), 1.80-1.70 (m, 2H), 1.60-1.48(m, 4H), 1.31-1.15(m, 64H), 0.85(t, J= 6.5Hz, 6H). MS range found: 2774-2948.

**Example 60. Preparation of Compound 563 (ALNY-106)**



**Preparation of Compound 557**

An ice cold solution of but-3-en-1-amine hydrochloride (5 g, 46.5 mmol) and $NEt_3$ (2.4 eq) in DCM (300 mL) was treated dropwise with compound 2-Nos-Cl (1.1 eq) in DCM (120 mL) then warmed to r.t. After 2 h, aqueous workup then column chromatography gave compound **557** (11.6 g, 97 %). $^1$H NMR ($CDCl_3$, 400 MHz) δ = 8.22 – 8.06 (m, 1H), 7.87 (dt, *J* = 6.5, 3.0, 1H), 7.81 – 7.64 (m, 2H), 5.65 (ddt, *J* = 17.1, 10.3, 6.9, 1H), 5.32 (d, *J* = 17.6, 1H), 5.13 – 4.96 (m, 2H), 3.19 (q, *J* = 6.5, 2H), 2.28 (q, *J* = 6.7, 2H); Electrospray MS (+ve): Molecular weight for C10H12N2O4S $(M + H)^+$ Calc. 257.1, Found 257.0.

**Preparation of Compound 558**

An ice-cold solution of but-3-en-1-ol (3.6 g, 50 mmol) and $PPh_3$ (1.2 eq) in DCM (400 mL) was treated dropwise over 15 min with DIAD (1.1 eq). After a further 5 min, a solution of compound **557** (11.6 g, mmol) in DCM (60 mL) was added dropwise over 10 min and the resulting solution was allowed to warm to r.t. The solvent was removed. Column chromatography gave pure compound **558** (13.1 g, 93%). $^1$H NMR (400 MHz, $CDCl_3$) δ 8.11 – 7.93 (m, 1H), 7.68 (pd, *J* = 7.4, 3.8, 2H), 7.64 – 7.58 (m, 1H), 5.69 (ddt, *J* = 17.1, 10.2, 6.8, 2H), 5.06 (dd, *J* = 17.2, 1.5, 2H), 5.02 (d, *J* = 10.2, 2H), 3.48 – 3.30 (m, 4H), 2.30 (dd, *J* = 14.9, 7.1, 4H); Electrospray MS (+ve): Molecular weight for C14H18N2O4S $(M + H)^+$ Calc. 311.1, Found 311.0.

**Preparation of Compound 559**

A heated (50°C) solution of **558** (3 g, 9.66 mmol) in ACN (100 mL) was treated successively with thioglycolic acid (3 eq) and NaOMe (25 w/w % solution in MeOH, 6 eq). Heating was continued for 1 h, then cooled to r.t. Aqueous workup gave the crude deprotected secondary amine which used without purification and subjected to Cbz protection by reaction with Cbz-OSu (1.5 eq) in the presence of $NEt_3$ (2 eq) at r.t. overnight. Aqueous workup then column chromatography gave compound **559** (1.65 g, 66 %). $^1$H NMR (400 MHz, $CDCl_3$) δ $^1$H NMR (400 MHz, DMSO) δ 7.44 – 7.23 (m, 5H), 5.85 – 5.62 (m, 2H), 5.09 – 4.90 (m, 6H), 3.26 (t, *J* = 7.2, 4H), 2.23 (q, *J* = 6.6, 4H); Electrospray MS (+ve): Molecular weight for C16H21NO2 $(M + H)^+$ Calc. 260.2, Found 260.0.

**Preparation of Compound 560**

A DCM solution of compound **559** (1.65 g, 6.36 mmol) was treated with Grubbs second generation catalyst (1 mol %) at r.t. for 18 h. Column chromatography gave compound **560** (1.29 g, 88 %). $^{1}$H NMR (400 MHz, $CDCl_3$) δ 7.44 – 7.13 (m, 5H), 5.73 (q, *J* = 3.6, 2H), 5.15 (s, 2H), 3.63 – 3.43 (m, 4H), 2.31 (dd, *J* = 19.2, 4.2, 4H); Electrospray MS (+ve): Molecular weight for C14H17NO2 $(M + H)^+$ Calc. 232.1, Found 232.0.

**Preparation of Compound 561**

A solution of compound **560** (1.29 g, 5.58 mmol) in acetone (10 mL) was added in a dropwise fashion to a stirring aqueous solution (10 mL) of NMO (1.5 eq) and $OsO_4$ (1 mol %). After 18 h at r.t., TLC indicated a complete reaction. The solvent was removed. Aqueous workup then column chromatography gave pure compound **561** (1.28 g, 86 %). $^{1}$H NMR (400 MHz, DMSO) δ 7.48 – 7.25 (m, 5H), 5.09 (s, 2H), 4.56 (d, *J* = 4.2, 2H), 3.67 (d, *J* = 3.5, 2H), 3.45 (ddd, *J* = 14.3, 7.4, 3.7, 2H), 3.40 – 3.18 (m, 2H), 1.86 (dtd, *J* = 11.5, 7.4, 3.7, 2H), 1.70 – 1.49 (m, 2H); Electrospray MS (+ve): Molecular weight for C14H19NO4 $(M + H)^+$ Calc. 266.1, Found 266.0.

**Preparation of Compound 562**

A solution of dilinoleyl ketone (1.05 eq), PTSA (0.1 eq) and compound **561** (1.28 g, 4.82 mmol) in toluene (200 mL) was brought to reflux for 2 h. Removal of solvent then column chromatography gave pure compound **562** (1.44 g, 39 %). $^{1}$H NMR (400 MHz, $CDCl_3$) δ 7.49 – 7.14 (m, 5H), 5.52 – 5.23 (m, 8H), 5.13 (s, 2H), 4.39 (s, 2H), 3.75 – 3.53 (m, 2H), 3.44 (dd, *J* = 14.3, 9.3, 2H), 2.77 (t, *J* = 6.4, 4H), 2.05 (dd, *J* = 13.6, 6.7, 10H), 1.80 (s, 2H), 1.69 (dd, *J* = 10.2, 6.1, 2H), 1.66 – 1.51 (m, 2H), 1.51 – 1.09 (m, 36H), 0.89 (t, *J* = 6.8, 6H); $^{13}$C NMR (101 MHz, $CDCl_3$) δ 155.64, 136.89, 130.17, 130.16, 130.13, 130.09, 128.45, 127.96, 127.92, 127.89, 127.78, 110.14, 76.14, 67.08, 42.41, 41.99, 36.54, 34.95, 32.93, 32.48, 31.51, 29.97, 29.93, 29.65, 29.54, 29.46, 29.34, 29.29, 27.22, 27.21, 27.18, 25.61, 24.53, 23.64, 22.56, 14.07; Electrospray MS (+ve): Molecular weight for C51H83NO4 $(M + Na)^+$ Calc. 796.6, Found 796.4.

**Preparation of Compound 563**

A solution of compound **562** (1.4 g, 1.8 mmol) in hexane (20 mL) was added in a dropwise fashion over 10 min to an ice-cold solution of LAH in THF (1 M, 3.6 mL, 2 eq).

On complete addition, the mixture was heated at 40°C over 0.5 h then ice-cooled again. Aqueous workup then column chromatography gave compound **4** (1.04 g, 88 %) as a colorless oil. $^1$H NMR (400 MHz, $CDCl_3$) δ 5.48 – 5.23 (m, 8H), 4.43 – 4.24 (m, 2H), 2.85 – 2.64 (m, 6H), 2.30 (s, 3H), 2.27 – 2.17 (m, 2H), 2.04 (q, *J* = 6.6, 8H), 2.00 – 1.84 (m, 4H), 1.65 (dd, *J* = 10.1, 6.0, 2H), 1.60 – 1.49 (m, 2H), 1.47 – 1.16 (m, 36H), 0.88 (t, *J* = 6.8, 6H); $^{13}$C NMR (101 MHz, $CDCl_3$) δ 130.39, 130.34, 128.16, 128.12, 111.09, 53.90, 47.34, 36.84, 36.30, 31.74, 31.25, 30.23, 30.12, 29.90, 29.88, 29.86, 29.79, 29.74, 29.70, 29.57, 29.55, 29.52, 27.47, 27.44, 27.41, 25.84, 24.72, 23.63, 22.79, 14.30; Electrospray MS (+ve): Molecular weight for C44H79NO2 $(M + Na)^+$ Calc. 654.6, Found 654.4.

**Example 61. Preparation of Compounds 571 and 573 (ALNY-121 and ALNY-122)**




## Preparation of Compound 567

An ice-cold solution of compound **564** (5.56 g, 49.6 mmol) and $NEt_3$ (1.2 eq) in DCM (300 mL) was treated in a dropwise fashion over 5 min with MsCl (1.1 eq). After 1 h at 0°C, aqueous workup gave crude compound **565** (pure by TLC) which was used without purification in the next step.

Compound **565**(49.6 mmol) was treated with 33 % $H_2NMe$ in EtOH (100 mL) over 72 h. Excess $H_2NMe$ was removed by co-evaporation with $Et_2O$, then the ethanolic solution of compound **566** was treated with conc. HCl (2 eq). The EtOH was removed by evaporation and the residue was redissolved in DCM (100 mL). $NEt_3$ (6 eq) was added followed by Cbz-OSu (2 eq) and the mixture was stirred at r.t. for 3 h. Aqueous workup then column chromatography gave pure compound **568** as an oil (11.3 g, 88 % from **564**).

[1]H NMR (400 MHz, $CDCl_3$) δ 7.49 – 6.97 (m, 5H), 5.66 (s, 2H), 5.13 (s, 2H), 3.21 (t, $J$ = 8.1, 2H), 2.94 (d, $J$ = 2.8, 3H), 2.30 – 1.82 (m, 4H), 1.82 – 1.53 (m, 2H), 1.37 – 0.97 (m, 1H).

**Preparation of Compound 568 and 569**

Using a procedure which is analogous to those described for the synthesis of compounds **504**, a mixture of **568** and **569** was obtained. This mixture was then separated by preparative HPLC to give both pure isomers.

**Preparation of Compound 570 and 572**

Using a procedure analogous to that described for the synthesis of compound **505**, compounds **570** and **572** are obtained as colorless oils.

**Preparation of Compound 571 and 573**

Using a procedure analogous to that described for the synthesis of compound **506**, compounds **571** and **573** are obtained as colorless oils.

**Example 62. Preparation of Compound 581 and 583 (ALNY-115 & ALNY-116)**




**Preparation of Compound 577**

An ice-cold solution of compound **574** (1.05 g, 10.7 mmol) and $NEt_3$ (1.2 eq) in DCM (50 mL) was treated in a dropwise fashion over 5 min with MsCl (1.1 eq). After 1 h at 0°C, aqueous workup gave crude compound **575** (1.88 g, 99 %, pure by TLC) which was used without purification in the next step.

Compound **575** (10.5 mmol) was treated with 33 % $H_2NMe$ in EtOH (100 mL) at 50°C over 18 h. Excess $H_2NMe$ was removed by co-evaporation with $Et_2O$, then the ethanolic solution of compound **576** was treated with conc. HCl (2 eq). The EtOH was

removed by evaporation and the residue was redissolved in DCM (100 mL). $NEt_3$ (4 eq) was added followed by Cbz-OSu (1.5 eq) and the mixture was stirred at r.t. for 3 h. Aqueous workup then column chromatography gave pure compound **577** as an oil (86 % from **574**). $^1$H NMR (400 MHz, $CDCl_3$) δ 7.54 – 7.04 (m, 5H), 5.65 (d, *J* = 8.6, 2H), 5.13 (s, 2H), 3.27 (t, *J* = 8.9, 2H), 2.94 (s, 3H), 2.60 (s, 1H), 2.51 – 2.28 (m, 2H), 2.04 (dd, *J* = 22.1, 15.3, 2H); $^{13}$C NMR (101 MHz, $CDCl_3$) δ 129.47, 128.40, 127.83, 127.75, 66.92, 53.74, 53.13, 38.92, 36.34, 36.23, 36.06, 35.78; Electrospray MS (+ve): Molecular weight for C15H19NO2 $(M + H)^+$ Calc. 246.1, Found 246.0.

**Preparation of Compound 578 and 579**

Using a procedure which is analogous to those described for the synthesis of compounds **504**, a mixture of **578** and **579** was obtained. This mixture was then separated by preparative HPLC to give both pure isomers.

**Preparation of Compound 580 and 582**

Using a procedure analogous to that described for the synthesis of compound **505**, compounds **580** and **582** are obtained as colorless oils.

**Preparation of Compound 581 and 583**

Using a procedure analogous to that described for the synthesis of compound **506**, compounds **581** and **583** are obtained as colorless oils.

**Example 63:**



**Example 64:**




**Example 65:**




**Synthesis of 2001**: To 500ml of ethanol cooled below 0°C using ice-salt mixture was added 10ml of Conc.$H_2SO_4$ slowly. Linoleic acid (100g, 357 mmol) in 500ml of ethanol was added to the above solution slowly by maintaining the temperature below 0°C. After addition the reaction mass was warmed to RT and then refluxed for 5hrs (TLC). It was then cooled to room temperature and neutralized by sat. $NaHCO_3$ solution. The resulting

solution was concentrated to remove excess of solvent. The residue was diluted with water (1000ml) and extracted with DCM (6x500ml). The combined organic layer was washed with brine (1000ml), and dried over sodium sulfate, filtered and evaporated at reduced pressure to obtain pure product (109.80g, 99%) as a pale yellow liquid , which was taken as such for the next stage. **$^1$H NMR ($CDCl_3$):** δ 0.89 (t, 3H, J = 6.8Hz), 1.24-1.31 (m, 17H), 1.62 (m, 2H, J = 10Hz), 2.04 (q, 4H, $J_1$ = 6.8Hz, $J_2$ = 6.8Hz), 2.29 (t, 2H, J = 7.6Hz), 2.76 (t, 2H, J = 6.4Hz), 4.13 (q, 2H, $J_1$ = 7.2Hz, $J_2$ = 7.2Hz), 5.34(m, 4H). **$^{13}$C NMR ($CDCl_3$):** δ 13.9, 14.1, 22.5, 24.9, 25.5, 27.1, 29.0, 29.1, 29.3, 29.5, 31.4, 34.2, 60.0, 127.8, 127.9, 129.9, 130.0, 173.6.

**Synthesis of 2002:** To 660ml of freshly distilled toluene in a 2L multineck RB flask fitted with reflux condenser under argon was added sodium pieces (41.1g, 1.785 mol). To this was added TMSCl (192 mL, 1.499 mol) slowly and heated to 40°C after addition. Then a solution of **2001**(110g, 0.357 mol) in 275ml of freshly distilled toluene was added slowly by maintaining the reaction temperature at 40°C over a period of 1hr. It was then refluxed for 2-3hrs. After 3hrs the reaction mass turned pale purple in color (TLC). Heating was stopped and the reaction mass was cooled to room temperature, filtered through a pad of celite and washed with toluene. (**CAUTION:** The reaction mixture contained unreacted sodium pieces). The filtrate obtained was stirred with 3L of sat. $NH_4Cl$ solution for 15 – 20 minutes until the silyl ether converted to the required α-keto alcohol. The organic layer was separated and the aqueous layer was washed with ethyl acetate (3x1000ml). The combined organic layer was washed with brine (1L), dried over sodium sulfate, filtered and evaporated at reduced pressure to obtain the crude material, which was purified by silica gel chromatography using hexane/ethyl acetate as eluent. The product got eluted at 3% ethyl acetate in hexane to get 2002 (44 g, 47%) as a pale yellow liquid. **$^1$H NMR (400MHz, $CDCl_3$):** δ 0.89 (t, 6H, J = 7.2Hz), 1.2-1.3 (m, 30H), 1.53 (m, 1H), 1.62 (m,2H), 1.8 (m,1H), 2.04 (q, 8H, $J_1$=6.8Hz, $J_2$=6.8Hz), 2.43 (m, 2H), 2.76 (t, 4H, J = 6.4Hz), 3.49 (d, 1H, J=4.8Hz) 4.16 (m, 1H), 5.34 (m, 8H).**$^{13}$C NMR (100MHz, $CDCl_3$): δ** 14.1, 22.6, 23.6, 24.8, 25.6, 27.2, 29.1, 29.2, 29.24, 29.3, 29.4, 29.56, 29.6, 31.5, 33.7, 37.8, 76.3, 127.8, 127.9, 129.9, 130.0, 212.4.

**Synthesis of 2003:** A solution of 2002 (44g, 83 mol) in methanol/DCM mixture (490 mL, DCM was added to make the solution homogeneous) under argon was cooled below 0°C

using ice-salt mixture. Sodium borohydride (4.7g, 125 mmol)was added in one lot to the reaction mass. The suspension was stirred for 2hrs, and the mass temperature slowly raised to RT. After 2hrs the reaction mass became homogeneous. TLC showed the absence of starting material. The reaction was quenched with 100ml of water, and concentrated to remove excess solvent. The residue obtained was again diluted with water (500ml), and extracted with DCM (4x500ml). The combined organic layer was washed with brine (500ml), dried over sodium sulfate, filtered and evaporated at reduced pressure to obtain the crude product, which was purified by silica gel chromatography using hexane /ethyl acetate as eluent. The product eluted from 4% to 20% of ethyl acetate in hexane to get **2003** (36g, 82%) as a white semisolid. **$^1$H NMR (CDCl$_3$):** δ 0.89 (t, 6H, J = 6.8Hz), 1.2-1.5 (m, 36H), 1.78(d, 1H, J = 4Hz), 1.95 (d, 1H, J = 4Hz), 2.04 (q, 8H, $J_1$ = 6.8 Hz, $J_2$ = 6.8Hz), 2.77 (t, 4H, J = 6.4Hz), 3.40 (m, 1H), 3.61 (m, 1H), 5.34 (m, 8H). **$^{13}$C NMR (CDCl$_3$):** δ13.7, 22.2, 25.2, 25.3, 25.7, 26.8, 28.4, 28.9, 29.0, 29.1, 29.3, 30.8, 31.1, 33.2, 74.1, 74.3, 127.5, 127.6, 129.7, 129.8. MS: Molecular weight calculated for $C_{36}H_{66}O_2$ 530.51, Found: 531.52(M+H)

**Example 66:**







Synthesis of **2005**: To a solution of 2004(50g, 95 mmol) in DCM (400 ml) under Ar atmosphere, was added TEA(53 mL, 378 mmol) and DMAP(1.2g, 9.5 mmol) and stirred at room temperature under Ar atmosphere. Reaction mass was cooled to -5°C and the solution of mesyl chloride(15 mL, 190 mmol) in DCM (100 ml) was added slowly at

temperature below -5°C and allowed to warm to RT after addition. After 30 minutes (TLC), reaction mass was quenched with ice cold water (20 ml). Organic layer was separated, washed with 1N HCl (30 ml), water, brine, dried over sodium sulfate and evaporated at reduced pressure to obtain pure product (55g, 95.5%) as yellow liquid. **1H NMR (400 MHz, $CDCl_3$):** δ 0.89 (t, 6H, J = 6.8), 1.2-1.5 (m, 36H), 1.67 (m, 4H), 2.05 (q, 8H, J1 = 6.8, J2 = 6.8), 2.77 (t, 4H, J = 6.4), 2.99 (s, 3H), 4.71(m, 1H) and 5.36 (m, 8H).

**Synthesis 2006**: To a solution of **2005** (50g, 82 mmol) in DMF (500 mL) under argon atmosphere, was added $NaN_3$ (27g, 410 mmol) and heated to 70°C and maintained the temperature for four hours (TLC). The mixture was diluted with water and extracted with ethyl acetate (3x250 ml). The organic layer was washed with water, brine, dried over $Na_2SO_4$ and evaporated at reduced pressure to give crude product, which was purified by silica gel chromatography using hexane / ether as eluent. The product was eluted at 2% ether hexane to get 2006 (36g, 86%) as pale yellow liquid. **$^1$H NMR (400 MHz, CDCl3):** δ 0.90 (t, 8H), 1.30 (m, 36H), 1.49 (t, 4H, J = 6.4 Hz) 2.04 (q, 8H, J1 =7.6, J2 = 14Hz), 2.77 (t, 4H, J = 6.4 Hz), 3.22 (m, 1H), 5.34 (m, 8H). **$^{13}$C NMR (400 MHz, $CDCl_3$):** δ 14.1, 22.5, 25.6, 26.1, 27.2, 29.2, 29.3, 29.45, 29.65, 31.5, 34.1, 63.1, 127.9, and 130.1. IR (KBr): 2098.

**Example 67:**




Synthesis of **2007**: To a solution of 2005(76 g, 125 mmol) in dimethylformamide (500 mL), was added sodium hydrosulfide hydrate (35g, 625 mmol) at room temperature.

Reaction mixture was heated to 70$^0$C for 2hrs (TLC). It was then cooled to room temperature and diluted with water (7V) and extracted with ether (3x5V). Combined ether layer was washed with water (2x3V), brine solution (2x3V), dried over sodium sulfate and evaporated at reduced pressure to obtain the crude product, which was purified by silica gel chromatography using a hexane as eluent to get the product **2007** (43.6g, 64%). MS: Molecular weight calculated for $C_{37}H_{68}S$ 544.50, Found: 545.51(M+H).

Synthesis of **2008**: To a solution of aldrithiol (20.2g, 92 mmol) in dichloromethane (400ml) was added benzyl bromide (11 mL, 92 mmol) at 0$^0$C. After stirring at 0$^0$C for 15min, it was warmed to room temperature and stirred for 15minutes. Reaction mixture was cooled back to 0$^0$C and added a solution of 2007(50g, 92 mmol) in dichloromethane (100ml) followed by diisopropylethylamine (16 mL, 92 mmol). After addition, it was heated to reflux for 2hrs (TLC). It was then diluted with dichloromethane (10V), washed with water (2x10V), brine solution (2x10V), dried over sodium sulfate and evaporated at reduced pressure to obtain crude product, which was purified by silica gel chromatography using 3%ether / hexane to afford pure product as pale yellow liquid. (35g, 58%) $^1$H NMR (400 MHz, $CDCl_3$): δ 0.89 (t, 6H, J1 = 6.4Hz, J2 = 7.2Hz), 1.25-1.42 (m, 38H), 1.56-1.63 (m, 2H), 2.05 (q, 8H, J1 = 6.4Hz, J2 = 14Hz), 2.78 (t, 5H, J1 = 6.4Hz, J2 = 6Hz), 5.30-5.42 (m, 8H), 7.06 (t, 1H, J1 = 5.2Hz, J2 = 6.8Hz), 7.62 (t, 1H, J1 = 7.6Hz, J2 = 7.6Hz), 7.76 (d, 1H, J = 8Hz), 8.42 (d, 1H, J =4.4Hz). $^{13}$C NMR (100 MHz, $CDCl_3$): δ 22.6, 25.6, 26.7, 27.2, 29.2, 29.3, 29.5, 29.6, 31.5, 33.74, 52.9, 119.9, 120.4, 127.9, 128, 130.1, 130.2, 136.7, 149.3, 161.5. MS: Molecular weight calculated for $C_{42}H_{71}NS_2$ 653.50, Found: 654.49(M+H).

**Example 68:**




2005 2009

Synthesis of **2009 (ALNY-138)**: A solution of 2005(5g, 8 mmol) in DMF and dimethylamine - 40% aqueous solution was taken in a seal tube. The reaction mixture

was heated at 90° C for 20 hours (TLC). It was then cooled to room temperature, poured to water and extracted with ethyl acetate (3X 50ml). The organic layer was washed with water & brine, dried over $Na_2SO_4$ and evaporated to afford pure product as pale brown liquid (2.00g, 45%) **$^1$H NMR (400 MHz, $CDCl_3$):** δ 0.89 (t, 6H, j = 6.8), 1.2-1.4 (m, 40H), 2.05 (q, 8H, $J_1$ = 6.8Hz, $J_2$ = 6.8 Hz), 2.2 (s, 6H), 2.77 (t, 4H, j = 6.4 Hz), 5.35 (m, 8H). **$^{13}$C NMR (400 MHz, $CDCl_3$):** δ 14.1, 22.5, 22.6, 27.1, 27.2, 29.3, 29.5, 29.57, 29.63, 29.67, 30.0, 31.5, 32.5, 40.5, 64.0, 127.9 and 130.1 MS: Molecular weight calculated for $C_{39}H_{73}N$ 555.57, Found: 556.55(M+H).

**Example 69:**




Synthesis of **2010**: To a solution of 2004(30g, 56.8 mmol) in toluene, was added N-Hydroxyphthalimide(13.9g, 85 mmol) and TPP(22.30g, 85 mmol) under argon. The reaction mass was cooled to –5°C, to this was added TEA (11.84 mL), followed by DEAD (13.14 ml). The reaction mass was allowed to stir for 12hrs at room temperature (TLC). It was then filtered through celite pad. The filtrate was evaporated at reduced pressure to obtain crude product, which was purified by silica gel chromatography to afford pure product, which was eluted at 3% diethyl ether and hexane to get the product 2010 (22.90g, 60.50%) as pale yellow liquid **$^1$HNMR (400MHz, $CDCl_3$,):** δ 0.90 (6H, t, J = 7.2Hz), 1.2-1.4 (34H, m), 1.66-1.70 (4H, m), 2.03-2.08 (8H, m), 2.78 (4H, t, J = 12.8Hz), 4.22 (1H, m), 5.29-5.43 (8H, m), 7.74-7.76 (2H, m), 7.83-7.85 (2H, m). **$^{13}$CNMR (100MHz, $CDCl_3$,):** δ 14.3, 22.5, 24.9, 25.6, 27.2, 27.20, 29.3, 29.3, 29.5, 29.5, 29.6, 29.7, 31.5, 32.4, 88.3, 123.3, 127.9, 129.0, 130.1, 134.3, 164.3. MS: Molecular weight calculated for $C_{45}H_{71}NO_3$ 673.54, Found: 674.55(M+H).

**Example 70:**




**Example 71:**



**Example 72:Synthesis of 2019 (ALNY-152)**




**Example 73:Synthesis of 2022 (ALNY-153)**



**Example 74: Synthesis of 2025 (ALNY-158)**




2025

**Example 75: Synthesis of 2028 (ALNY-156)**




2028

**Example 76: Synthesis of 2031 (ALNY-157)**




**Example 77: Synthesis of 2035**




**Example 78:** Synthesis of 3-(dimethylamino)-N-((11Z,14Z)-2-((9Z,12Z)-octadeca-9,12-dienyl)icosa-11,14-dienyl)propanamide (ALNY-201)

**Scheme 78**




**ALNY-201**

To a stirred suspension of *N*, *N*-dimethylamino propionic acid hydrochloride (**1**, 0.198 g, 1.3 mmol, 1.0 eq) in DCM was added HBTU (0.59 g, 1.56 mmol, 1.2 eq) and DIPEA (0.71 mL, 3.9 mmol, 3.0 eq) at room temperature. After stirred for 10 minutes, a solution of amine (**2**, 0.7 g. 1.3 mmol, 1.0 eq) in DCM was added drop wise at room temperature and continued the stirring until completion of the reaction. Reaction mixture was diluted with DCM, washed with saturated $NaHCO_3$ solution followed by brine, organic layer was separated and dried over $MgSO_4$, concentrated and purified by the silica gel column chromatography using DCM:MeOH (5%) as gradients to get pure oily compound **3** in 70% yield. $^1$H NMR (400 MHz, $CDCl_3$) δ 7.18 (brs, 1H), 5.47 – 5.19 (m, 8H), 3.18 – 3.07 (m, 4H), 2.76 (t, *J* = 6.5, 4H), 2.70 (s, 6H), 2.60 (t, *J* = 6.0, 2H), 2.04 (q, *J* = 6.8, 9H), 1.48 (brs, 1H), 1.40 – 1.14 (m, 43H), 0.88 (t, *J* = 6.8, 6H). Calc. mass for the C43H80N2O: 640.6, found 641.5.

**Synthesis of novel dilinoleyl derivatives**

| No | compound | Name |
|---|---|---|
| 1 |  | ALNY-192 |
| 2 |  | ALNY-200 |
| 3 |  | ALNY-175 |
| 4 |  | ALNY-187 |
| 5 |  | ALNY-149 |
| 6 |  | ALNY-202 |

## Compound 1




1

## Compound 2




2

**Compound 3**




3

**Compound 4**




4

**Compound 5**




5

**Compound 6**




6

## Experimental details

**Compound 1** (ALNY-192)

To a solution of *N,N'*-disuccinimidyl carbonate (5.50 g, 21.5 mmol) in $CH_2Cl_2$ (200 mL), 3-dimethylamino-1-propanol (2.43 g, 23.6 mmol) was added dropwise. The resulting

mixture was stirred at room temperature overnight. Taken up 50 mL of the solution, $Et_3N$ (0.822 mL, 5.90 mmol) and ALN-SAN-30 (2.08 g, 3.93 mmol) were added and the reaction mixture was stirred at room temperature overnight. The reaction mixture was diluted with $CH_2Cl_2$ and washed with saturated $NaHCO_3$ aq. The organic layer was dried over anhydrous $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography (0-5% MeOH in $CH_2Cl_2$) to give compound **1** (1.66 g, 2.53 mmol, 64%, $R_f$ = 0.22 with 5% MeOH in $CH_2Cl_2$). $^1$H NMR ($CDCl_3$, 400 MHz) δ 5.30-5.41 (m, 8 H), 4.37 (d, $J$ = 8.0 Hz, 1 H), 4.09 (t, $J$ = 6.0 Hz, 2 H), 3.57 (brs, 1 H), 2.78 (t, $J$ = 6.0 Hz, 4 H), 2.33 (t, $J$ = 8.0 Hz, 2 H), 2.23 (s, 6 H), 2.02-2.06 (m, 8 H), 1.76-1.80 (m, 2 H), 1.27-1.45 (m, 40 H), 0.89 (t, $J$ = 8.0 Hz, 6 H). $^{13}$C NMR ($CDCl_3$, 100 MHz) δ 156.5, 130.4, 130.3, 128.2, 128.1, 63.2, 56.6, 51.4, 45.7, 35.7, 31.7, 29.9, 29.8, 29.7, 29.6, 29.5, 27.7, 27.5, 27.4, 26.0, 25.8, 22.8, 14.3. Molecular weight for $C_{43}H_{81}N_2O_2$ $(M+H)^+$ Calc. 657.63, Found 657.5.

**Compound 2** (ALNY-200)

To a solution of *N,N'*-disuccinimidyl carbonate (5.50 g, 21.5 mmol) in $CH_2Cl_2$ (200 mL), 3-dimethylamino-1-propanol (2.43 g, 23.6 mmol) was added dropwise. The resulting mixture was stirred at room temperature overnight. Taken up 50 mL of the solution, $Et_3N$ (0.697 mL, 5.00 mmol) and ALN-SAN-033 (1.71 g, 3.15 mmol) were added and the reaction mixture was stirred at room temperature overnight. The reaction mixture was diluted with $CH_2Cl_2$ and washed with saturated $NaHCO_3$ aq. The organic layer was dried over anhydrous $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography (0-5% MeOH in $CH_2Cl_2$) to give compound **2** (1.14 g, 1.70 mmol, 54%, $R_f$ = 0.13 with 5% MeOH in $CH_2Cl_2$). Molecular weight for $C_{44}H_{83}N_2O_2$ $(M+H)^+$ Calc. 671.65, Found 671.5.

**Compound 3** (ALNY-175)

To a flask containing EtOH (50 mL) was added dimethylaminoethyl hydrazine dihydrochloride (1.00 g, 5.70 mmol) and ALNY-SAN-003 (2.00 g, 3.80 mmol). The mixture was heated at 60 °C for 16 hours. After addition of $Et_3N$ (0.5 mL), the reaction mixture was evaporated. The residue was extracted with $Et_2O$ and saturated $NaHCO_3$ aq., and the organic layer was dried over $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography ($CH_2Cl_2$:MeOH:$NH_3$ aq. = 95:5:0.5, $R_f$ =

0.29) to give compound **3** (1.78 g, 2.91 mmol, 76%). Molecular weight for $C_{41}H_{78}N_3$ $(M+H)^+$ Calc. 612.62, Found 612.5.

**Compound 4** (ALNY-187)

3-Dimethylamino-propionic acid hydrazide (Ryan Scientific, 500 mg, 3.89 mmol) in EtOH (10 mL) and the dilinoleyl ketone (1.74 g, 3.31 mmol) in EtOH (20 mL) were mixed together. To the solution was added acetic acid (0.038 mL, 0.662 mmol), and the reaction mixture was heated at 65 °C for 5 hours. After addition of $Et_3N$ (0.5 mL), the reaction mixture was evaporated. The residue was extracted with $CH_2Cl_2$ and saturated $NaHCO_3$ aq., and the organic layer was dried over $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography ($CH_2Cl_2$:MeOH:$NH_3$ aq. = 95:5:0.5, $R_f$ = 0.30) to give compound **4** (1.40 g, 2.19 mmol, 66%). Molecular weight for $C_{42}H_{78}N_3O$ $(M+H)^+$ Calc. 640.61, Found 640.5.

**Compound 5 (ALNY-149)**

ALY-SAN-031 (2.36 g, 3.50 mmol) was treated with hydrazine monohydrate (0.424 mL, 5.60 mmol) in $CH_2Cl_2$ (36 mL) and EtOH (4 mL) for 2 hours. After filtration of the resulting white precipitation, the filtrate was concentrated. The residue was extracted with $Et_2O$ and saturated $NaHCO_3$ aq., and the organic layer was dried over $MgSO_4$, filtered and concentrated. The crude material was used for next step without further purification. $R_f$: 0.44 (10% EtOAC in Hexane).Molecular weight for $C_{37}H_{70}NO$ $(M+H)^+$ Calc. 544.55, Found 544.2.

The aminooxy compound was dissolved in EtOH (30 mL), and 4-(dimethylamino)butan-2-one (Matrix Scientific, 500 mg, 4.34 mmol) and acetic acid (0.040 mL, 0.70 mmol) was added to the solution. The reaction mixture was stirred at room temperature for 14 hours. After addition of $Et_3N$ (0.5 mL), the reaction mixture was evaporated. The residue was extracted with $Et_2O$ and saturated $NaHCO_3$ aq., and the organic layer was dried over $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography (Hexane:EtOAc = 1:1) to give compound **5** as a mixture of *E*/*Z*-isomers (1.90 g, 2.96 mmol, 85%, 2 steps, $R_f$ = 0.39, 0.21 developed with Hexane:EtOAc = 1:1). Molecular weight for $C_{43}H_{81}N_2O$ $(M+H)^+$ Calc. 641.63, Found 641.5.

**Compound 6** ALNY-202

To a solution of *N,N'*-disuccinimidyl carbonate (5.50 g, 21.5 mmol) in $CH_2Cl_2$ (200 mL), 3-dimethylamino-1-propanol (2.37 mL, 23.6 mmol) was added dropwise. The resulting mixture was stirred at room temperature overnight. Taken up 50 mL of the solution, $Et_3N$ (0.822 mL, 5.90 mmol) and ALN-SAN-30 (2.07 g, 3.93 mmol) were added and the reaction mixture was stirred at room temperature overnight. The reaction mixture was diluted with $CH_2Cl_2$ and washed with saturated $NaHCO_3$ aq. The organic layer was dried over anhydrous $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography (0-5% MeOH in $CH_2Cl_2$) to give compound **6**. Molecular weight for $C_{42}H_{79}N_2O_2$ $(M+H)^+$ Calc. 643.61, Found 643.5.

Compounds of the present invention can be further synthesized by the procedures described in the following papers, which are hereby incorporated by their entirety:

1. Schlueter, Urs; Lu, Jun; Fraser-Reid, Bert. **Synthetic Approaches To Heavily Lipidated Phosphoglyceroinositides.** Organic Letters (2003), 5(3), 255-257

2. King, J. F.; Allbutt, A. D. *Can. J. Chem.* 1970, 48, 1754-1769

3. Mach, Mateusz; Schlueter, Urs; Mathew, Felix; Fraser-Reid, Bert; Hazen, Kevin C. **Comparing n-pentenyl orthoesters and n-pentenyl glycosides as alternative glycosyl donors.** Tetrahedron (2002), 58(36), 7345-7354.

**Example 79**: Determination of efficacy of lipid particle formulations containing various cationic lipids using an *in vivo* rodent Factor VII silencing model.

Factor VII (FVII), a prominent protein in the coagulation cascade, is synthesized in the liver (hepatocytes) and secreted into the plasma. FVII levels in plasma can be determined by a simple, plate-based colorimetric assay. As such, FVII represents a convenient model for determining sirna-mediated downregulation of hepatocyte-derived proteins, as well as monitoring plasma concentrations and tissue distribution of the nucleic acid lipid particles and siRNA.

| Duplex | Sequence 5'-3' | SEQ ID NO: | Target |
|---|---|---|---|
| AD-1661 | GGAfUfCAfUfCfUfCAAGfUfCfUfUAfCdTsdT | | FVII |
| | GfUAAGAfCfUfUGAGAfUGAfUfCfCdTsdT | | |

Lower case is 2'OMe modification and Nf is a 2'F modified nucleobase, dT is deoxythymidine, s is phosphothioate

The following cationic lipids were tested:

| Compound | Compound Structure | Molecular data |
|---|---|---|
| A |  | $C_{42}H_{77}N_3O$ Mol Wt: 640.08 |
| B |  | $C_{42}H_{78}N_2O_2$ Mol Wt: 643.08 |
| C |  | $C_{41}H_{77}NS_2$ Mol Wt: 648.19 |
| D |  | $C_{41}H_{77}N_3$ Mol Wt: 612.07 |
| E |  | $C_{43}H_{80}N_2O_2$ Mol Wt: 657.11 |
| F |  | $C_{43}H_{80}N_2O_2$ Mol Wt: 657.11 |
| G |  | $C_{44}H_{82}N_2O_2$ Mol Wt: 671.134 |
| H |  | $C_{43}H_{80}N_2O$ Mol Wt: 641.108 |
| I |  | $C_{43}H_{80}N_2O$ Mol Wt: 641.11 |
| J |  | $C_{42}H_{78}N_2O_2$ Mol Wt: 643.081 |

| | | |
|---|---|---|
| K |  | $C_{43}H_{80}N_2O_2$<br>Mol Wt: 657.107 |

The cationic lipids shown above were used to formulate liposomes containing the AD-1661duplex using an in-line mixing method, as described in U.S. provisional patent application 61/228,373. Lipid particles were formulated using the following molar ratio: 50% Cationic lipid/ 10% distearoylphosphatidylcholine (DSPC) / 38.5% Cholesterol/ 1.5% PEG-DMG (1-(monomethoxy-polyethyleneglycol)-2,3-dimyristoylglycerol, with an average PEG molecular weight of 2000).

C57BL/6 mice (Charles River Labs, MA) received either saline or formulated siRNA via tail vein injection. At various time points after administration, serum samples were collected by retroorbital bleed. Serum levels of Factor VII protein were determined in samples using a chromogenic assay (Biophen FVII, Aniara Corporation, OH). To determine liver mRNA levels of Factor VII, animals were sacrificed and livers were harvested and snap frozen in liquid nitrogen. Tissue lysates were prepared from the frozen tissues and liver mRNA levels of Factor VII were quantified using a branched DNA assay (QuantiGene Assay, Panomics, CA).

FVII activity was evaluated in FVII siRNA-treated animals at 48 hours after intravenous (bolus) injection in C57BL/6 mice. FVII was measured using a commercially available kit for determining protein levels in serum or tissue, following the manufacturer's instructions at a microplate scale. FVII reduction was determined against untreated control mice, and the results were expressed as % Residual FVII. Two dose levels (0.05 and 0.005 mg/kg FVII siRNA) were used in the screen of each novel liposome composition. Figure 6 shows a graph illustrating the relative FVII protein levels in animals administered with 0.05 or 0.005 mg/kg of lipid particles containing different cationic lipids.

**Example 80 siRNA formulation using preformed vesicles**

Cationic lipid containing particles were made using the preformed vesicle method. Cationic lipid, DSPC, cholesterol and PEG-lipid were solubilised in ethanol at a molar ratio of 40/10/40/10, respectively. The lipid mixture was added to an aqueous buffer (50mM citrate, pH 4) with mixing to a final ethanol and lipid concentration of 30% (vol/vol) and 6.1 mg/mL respectively and allowed to equilibrate at room temperature for 2 min before extrusion. The hydrated lipids were extruded through two stacked 80 nm pore-sized filters (Nuclepore) at 22°C using a Lipex Extruder (Northern Lipids, Vancouver, BC) until a vesicle diameter of 70-90 nm, as determined by Nicomp analysis, was obtained. This generally required 1-3 passes. For some cationic lipid mixtures which did not form small vesicles hydrating the lipid mixture with a lower pH buffer (50mM citrate, pH 3) to protonate the phosphate group on the DSPC headgroup helped form stable 70-90 nm vesicles.

The FVII siRNA (solubilised in a 50mM citrate, pH 4 aqueous solution containing 30% ethanol) was added to the vesicles, pre-equilibrated to 35°C, at a rate of ~5mL/min with mixing. After a final target siRNA/lipid ratio of 0.06 (wt/wt) was achieved, the mixture was incubated for a further 30 min at 35°C to allow vesicle re-organization and encapsulation of the FVII siRNA. The ethanol was then removed and the external buffer replaced with PBS (155mM NaCl, 3mM Na2HPO4, 1mM KH2PO4, pH 7.5) by either dialysis or tangential flow diafiltration. The final encapsulated siRNA-to-lipid ratio was determined after removal of unencapsulated siRNA using size-exclusion spin columns or ion exchange spin columns.

**Example 81: In vivo determination of efficacy of novel lipid formulations**

Test formulations were initially assessed for their FVII knockdown in female 7-9 week old, 15-25g, female C57Bl/6 mice at 0.1, 0.3, 1.0 and 5.0 mg/kg with 3 mice per treatment group. All studies included animals receiving either phosphate-buffered saline (PBS, Control group) or a benchmark formulation. Formulations were diluted to the appropriate concentration in PBS immediately prior to testing. Mice were weighed and the appropriate dosing volumes calculated (10 μl/g body weight). Test and benchmark formulations as well as PBS (for Control animals) were administered intravenously via

the lateral tail vein. Animals were anesthetised 24 h later with an intraperitoneal injection of Ketamine/Xylazine and 500-700 μl of blood was collected by cardiac puncture into serum separator tubes (BD Microtainer). Blood was centrifuged at 2,000 x g for 10 min at 15°C and serum was collected and stored at -70°C until analysis. Serum samples were thawed at 37°C for 30 min, diluted in PBS and aliquoted into 96-well assay plates. Factor VII levels were assessed using a chromogenic assay (Biophen FVII kit, Hyphen BioMed) according to manufacturer's instructions and absorbance measured in microplate reader equipped with a 405 nm wavelength filter. Plasma FVII levels were quantified and ED50s (dose resulting in a 50% reduction in plasma FVII levels compared to control animals) calculated using a standard curve generated from a pooled sample of serum from Control animals. Those formulations of interest showing high levels of FVII knockdown (ED50 << 0.1 mg/kg) were re-tested in independent studies at a lower dose range to confirm potency and establish ED50. The ED50 values of a representative number of compounds is shown in Table 8

**Example 82: Determination of pKa of formulated lipids**

The pKa's of the different ionisable cationic lipids were determined essentially as described (Eastman et al 1992 Biochemistry 31:4262–4268) using the fluorescent probe 2-(p-toluidino)-6-naphthalenesulfonic acid (TNS), which is non-fluorescent in water but becomes appreciably fluorescent when bound to membranes. Vesicles composed of cationic lipid/DSPC/CH/PEG-c-DOMG (40:10:40:10 mole ratio) were diluted to 0.1mM in buffers (130mM NaCl, 10mM $CH_3COONH_4$, 10mM MES, 10mM HEPES) of various pH's, ranging from 2 to 11. An aliquot of the TNS aqueous solution (1 μM final) was added to the diluted vesicles and after a 30 second equilibration period the fluorescent of the TNS-containing solution was measured at excitation and emission wavelengths of 321nm and 445nm, respectively. The pKa of the cationic lipid-containing vesicles was determined by plotting the measured fluorescence against the pH of the solutions and fitting the data to a Sigmodial curve using the commercial graphing program IgorPro. The pKa values for a representative number of compounds is shown in Table 8

| Compound | Structure | ED50 | pKa |
|---|---|---|---|

| | | | |
|---|---|---|---|
| ALNY-104 |  | 2.5 | 5.65 |
| ALNY-105 |  | 1.5 | 5.60 |
| ALNY-106 |  | 0.3 | 6.85 |
| ALNY-100 |  | 0.3 | 6.4 |
| ALNY-101 |  | 0.1 | 6.43 |
| ALNY-102 |  | 2.0 | 7.3 |
| ALNY-103 |  | 2.5 | 6.98 |
| ALNY-107 |  | 0.25 | 6.63 |
| ALNY-108 |  | 0.75 | 6.55 |
| ALNY-109 |  | 2.0 | 6.75 |
| ALNY-110 |  | 2.0 | 6.5 |
| ALNY-115 |  | 1.0 | |
| ALNY-116 |  | 1.0 | |
| ALNY-121 |  | 0.5 | 6.60 |

| | | | |
|---|---|---|---|
| ALNY-122 |  | 0.55 | |
| ALNY-169 |  | 2.60 | |
| ALNY-144 |  | 0.60 | |
| ALNY-151 |  | >5.00 | 5.50 |
| ALNY-152 |  | 0.15 | 6.60 |
| ALNY-156 |  | < 0.1 | 6.08 |
| ALNY-158 |  | 1.40 | |
| ALNY-190 |  | 0.47 | 6.49 |
| ALNY-192 |  | 2.1 | 7.21 |
| ALNY-200 |  | >5.00 | 7.57 |
| ALNY-202 |  | 0.12 | 6.52 |
| ALNY-203 |  | 5.0 | 7.07 |
| ALNY-175 |  | 2.7 | |

| | | | |
|---|---|---|---|
| ALNY-149 |  | 0.1 | 5.81 |
| ALNY-160 |  | 2.00 | 5.18 |
| ALNY-201 |  | >5.0 | 8.02 |
| ALNY-141 |  | 0.14 | 6.62 |
| ALNY-181 |  | 0.25 | |
| ALNY-140 |  | >5.0 | 4.95 |
| ALNY-148 |  | 0.3 | 6.53 |
| ALNY-117 |  | >5.0 | |

**Example 83: Synthesis of Pyridine containing lipids**
**Scheme 83**




**Compound 7006**: To a stirred solution of 3-cyclopentene-1-ol (**7005**, 2.0 g, 23.77 mmol, 1.0 eq) in dichloromethane, was added imidazole (3. 88 g, 57.08 mmol, 2.4 eq) portion wise, followed by TBDPSCl (6.1 mL, 23.77 mmol, 1.0 eq) drop wise at room temperature under argon atmosphere. The reaction was continued at room temperature for overnight. After completion of the reaction was washed with water, brine, combined organic layers were dried on $MgSO_4$, evaporated the solvent under reduced pressure and purified by column chromatography using 3% ether in hexane as a gradients to get pure TBDPS protected 3-cyclopentenol (**7006**) as oil an 87% yield. $^1$H NMR (400 MHz, $CDCl_3$) δ 7.67 (dd, $J$ = 7.8, 1.4, 4H), 7.53 – 7.31 (m, 6H), 5.60 (d, $J$ = 7.0, 2H), 4.55 (dq, $J$ = 6.6, 4.3, 1H), 2.57 – 2.24 (m, 4H), 1.05 (s, 9H). Calc. mass for $C_{21}H_{26}OSi$ is 322.0; found 322.5

**Compound 7007**: To a cooled solution of $OsO_4$ (0.031 g, 0.12 mmol, 0.01 eq), NMO (50% in water, 5.14 mL, 24.84 mmol, 2.0 eq) in water was treated drop wise with a solution of compound **7006** (4.0 g, 12.42 mmol, 1.0 eq) in acetone. The reaction was continued at room temperature for overnight, after complete consumption of the starting material, solvent was evaporated and the reaction mixture was extracted into ethyl acetate (2x). Combined organics were dried over $Na_2SO_4$, solvent was evaporated, and the mixture was purified by column chromatography using hexane and ethyl acetate (50%) as gradients to get pure dihydroxylated compound (**7007**) as an oil in 92% yield. $^1$H NMR

(400 MHz, $CDCl_3$) δ 7.70 – 7.53 (m, 4H), 7.49 – 7.28 (m, 6H), 4.53 – 4.37 (m, 1H), 4.29 (dd, *J* = 8.0, 4.6, 2H), 2.08 (d, *J* = 4.0, 1H), 1.99 – 1.78 (m, 4H), 1.58 (s, 1H), 1.04 (d, *J* = 10.2, 9H). Calc. mass for $C21H_{28}O_3Si$ is 356.5; found 379.0 (+Na).

**Compound 7008**: A mixture of dihydroxylated compound (**7007**, 4.0 g, 11.4 mmol, 1.0 eq), dilinoleyl ketone (6.0 g, 11.4 mmol, 1.0 eq) and *p*-toluenesulfonic acid (0.21 g, 1.14 mmol, 0.1 eq) in toluene was refluxed under Dean-stock conditions for 4 hours. TLC shows completion of the reaction, solvent was evaporated and directly purified on column chromatography using hexane and ethyl acetate (5%) as gradients to get 95% of the pure ketal (**7008**) as an oil. $^1$H NMR (400 MHz, $CDCl_3$) δ 7.75 – 7.57 (m, 4H), 7.49 – 7.28 (m, 6H), 5.48 – 5.16 (m, 8H), 4.62 – 4.35 (m, 3H), 2.77 (dd, *J* = 14.0, 6.8, 4H), 2.12 – 1.94 (m, 10H), 1.59 (dd, *J* = 15.4, 6.4, 2H), 1.48 – 1.15 (m, 35H), 1.07 (d, *J* = 22.0, 14H), 0.88 (t, *J* = 6.8, 6H). Calc. mass for $C_{58}H_{92}O_3Si$ is 864.5; found 887.5 (+Na).

**Compound 7009**: To a stirred solution of compound **7008** (3.94 g, 4.55 mmol, 1.0 eq) in dichloromethane was added drop wise a solution of 1M TBAF (22.8 mL, 22.79 mmol, 5.0 eq) in THF at 0 °C, and the reaction was continued at room temperature until completion of the reaction. Concentrated the reaction, mixture was directly loaded onto the column and purified by column using hexane and ethyl acetate (20%) as gradients to get pure product (**7009**) as an oil in 87% yield. $^1$H NMR (400 MHz, $CDCl_3$) δ 5.53 – 5.23 (m, 8H), 4.71 – 4.61 (m, 2H), 4.56 (s, 1H), 2.80 (t, *J* = 6.4, 4H), 2.41 (dd, *J* = 8.5, 6.7, 2H), 2.23 (dd, *J* = 13.9, 6.0, 2H), 2.07 (q, *J* = 6.8, 8H), 1.70 – 1.48 (m, 6H), 1.39 (dddd, *J* = 23.0, 20.3, 11.9, 6.6, 36H), 0.92 (q, *J* = 7.2, 6H). Calc. mass for $C_{42}H_{74}O_3$ is 627.0; found 627.5.

**Compound 7301**: To a solution of the hydroxy compound (**7009**, 2.5 g, 4.0 mmol, 1.0 eq) in dichloromethane was added PCC (1.3 g, 6.0 mmol, 1.5 eq) adsorbed on silica gel portion wise at room temperature and continued the stirring until the completion of the reaction. Reaction mixture was filtered through the celite, washed with the dichloromethane, the combined organics were washed with water, separated the organic layer, dried, concentrated and purified the mixture using hexane and ethyl acetate (20%) as gradients to get pure oil material of the compound **7301** in 68% yield. $^1$H NMR (400 MHz, $CDCl_3$) δ 5.56 – 5.22 (m, 8H), 5.05 – 4.78 (m, 2H), 2.80 (t, *J* = 6.4, 4H), 2.58 –

2.49 (m, 3H), 2.07 (q, *J* = 6.8, 8H), 1.72 – 1.50 (m, 4H), 1.47 – 1.21 (m, 36H), 1.09 (s, 1H), 0.91 (t, *J* = 6.8, 6H). Calc. mass for $C_{42}H_{72}O_3$ is 625.0; found 625.5.

**Compound 7303 (ALNY-137)**: $NaBH(OAc)_3$ (0.16 g, 0.75 mmol, 1.5 eq) was added portion wise to a solution of *N*-methyl-3-pyridyl methylamine **7302** (0.06 g, 0.5 mmol, 1.0 eq) in dichloromethane at room temperature. After 10 minutes of stirring, a solution of ketone derivative (**7301**, 0.34 g, 0.55 mmol, 1.1 eq) in dichloromethane was added drop wise at room temperature and continued the reaction for overnight. After completion of the reaction, mixture was quenched with 1N $NaHCO_3$, extracted with dichloromethane; combined organic layers were washed with brine and dried on $MgSO_4$. The concentrated mixture was purified by column chromatography using dichloromethane, methanol (5%), triethylamine (0.3%) as gradients to get pure product (**7303**) in 0.18 g (51%) quantities. $^1$H NMR (400 MHz, $CDCl_3$) δ 8.63 – 8.32 (m, 2H), 7.66 (d, *J* = 7.8, 1H), 7.24 (dd, *J* = 7.3, 4.4, 1H), 5.48 – 5.17 (m, 8H), 4.53 (dd, *J* = 10.0, 5.5, 2H), 3.51 (s, 2H), 2.93 – 2.61 (m, 5H), 2.24 (dt, *J* = 12.6, 6.1, 2H), 2.13 (s, 3H), 2.04 (q, *J* = 6.7, 8H), 1.71 (ddd, *J* = 15.9, 10.2, 4.6, 4H), 1.52 (d, *J* = 7.3, 2H), 1.46 – 1.16 (m, 36H), 0.88 (t, *J* = 6.7, 6H). $^{13}$C NMR (101 MHz, $cdcl_3$) δ 150.47, 148.80, 136.76, 134.74, 130.39, 130.38, 130.35, 128.16, 128.14, 123.56, 116.10, 78.93, 77.54, 77.23, 76.91, 64.01, 57.35, 39.32, 37.24, 37.01, 35.85, 31.74, 30.18, 30.10, 29.91, 29.88, 29.82, 29.79, 29.70, 29.57, 29.55, 29.52, 27.46, 27.44, 27.41, 25.84, 24.58, 23.80, 22.80, 14.31. Calc. mass for the $C_{49}H_{82}N_2O_2$: 730.6, found 731.5.

**Compound 7305 (ALNY-136):** Prepared by similar experimental conditions used as for compound **7303**, using $NaBH(OAc)_3$ (0.2 g, 0.98 mmol, 1.5 eq), *N*-methyl pyridine derivative **7304** (0.09 g, 0.65 mmol, 1.0 eq) and ketone derivative (**7301**, 0.45 g, 0.72 mmol, 1.1 eq), this gave 0.3 g (62%) of the pure product **7305**. $^1$H NMR (400 MHz, $CDCl_3$) δ 8.49 (dd, *J* = 4.5, 1.5, 2H), 7.11 (d, *J* = 5.9, 2H), 5.45 – 5.22 (m, 8H), 4.51 (t, *J* = 4.5, 2H), 2.95 – 2.56 (m, 9H), 2.31 (s, 3H), 2.19 (dt, *J* = 12.5, 6.2, 2H), 2.04 (q, *J* = 6.7, 8H), 1.71 – 1.58 (m, 4H), 1.50 (d, *J* = 6.9, 2H), 1.32 (ddd, *J* = 22.2, 13.8, 7.6, 36H), 0.88 (t, *J* = 6.8, 6H). $^{13}$C NMR (101 MHz, $CDCl_3$) δ 149.94, 149.58, 130.39, 130.34, 128.16, 128.13, 128.11, 124.31, 116.12, 78.84, 77.54, 77.22, 76.90, 63.88, 56.34, 39.43, 37.22, 37.04, 35.94, 33.10, 31.73, 30.17, 30.08, 29.91, 29.87, 29.81, 29.78, 29.69, 29.56, 29.54,

29.51, 27.46, 27.43, 27.41, 25.83, 24.55, 23.74, 22.79, 14.30. Calc. mass for the $C_{50}H_{84}N_2O_2$: 744.65; found 745.5.

**Example 84: Synthesis of amide linked lipid**




To a stirred suspension of *N*, *N*-dimethylamino propionic acid hydrochloride (**1**, 0.198 g, 1.3 mmol, 1.0 eq) in DCM was added HBTU (0.59 g, 1.56 mmol, 1.2 eq) and DIPEA (0.71 mL, 3.9 mmol, 3.0 eq) at room temperature. After stirred for 10 minutes, a solution of amine (**2**, 0.7 g. 1.3 mmol, 1.0 eq) in DCM was added drop wise at room temperature and continued the stirring until completion of the reaction. Reaction mixture was diluted with DCM, washed with saturated $NaHCO_3$ solution followed by brine, organic layer was separated and dried over $MgSO_4$, concentrated and purified by the silica gel column chromatography using DCM:MeOH (5%) as gradients to get pure oily compound **3** **(ALNY-201)** in 70% yield.

$^1$H NMR (400 MHz, $CDCl_3$) δ 7.18 (brs, 1H), 5.47 – 5.19 (m, 8H), 3.18 – 3.07 (m, 4H), 2.76 (t, *J* = 6.5, 4H), 2.70 (s, 6H), 2.60 (t, *J* = 6.0, 2H), 2.04 (q, *J* = 6.8, 9H), 1.48 (brs, 1H), 1.40 – 1.14 (m, 43H), 0.88 (t, *J* = 6.8, 6H). $^{13}$C NMR (101 MHz, $CDCl_3$) δ 172.26, 130.41, 130.36, 128.17, 128.15, 77.54, 77.22, 76.90, 55.70, 43.85, 43.02, 37.90, 31.99, 31.74, 30.25, 29.92, 29.86, 29.81, 29.57, 27.47, 27.42, 26.84, 25.85, 22.79, 14.29. Calc. mass for the C43H80N2O: 640.6, found 641.5.

**Example 85: Synthesis of carbamate and urea linked lipids**

**<u>Compound 1033</u>**

**Scheme 85a**




Stage-1:

| S. No | Chemicals/Reagents & solvents | M. Wt. | Mol. | Eq. | Qty. |
|---|---|---|---|---|---|
| 1 | Alcohol **1030** | 528 | 0.095 | 1 | 50 g |
| 2 | DCM | | | | 500 ml |
| 3 | Triethylamine (TEA) | 101.2 | 0.378 | 4 | 53 ml |
| 4 | DMAP | 122.17 | 0.0095 | 0.1 | 1.2 g |
| 5 | Mesyl chloride | 114.55 | 0.19 | 2 | 15 ml |

To a solution of Alcohol **1030** in DCM (400 ml) under Ar atmosphere, was added TEA and DMAP and stirred at room temperature under Ar atmosphere. Reaction mass was cooled to -5°C and the solution of mesyl chloride in DCM (100 ml) was added slowly at temperature below -5°C and allowed to warm to RT after addition. After 30 minutes (TLC), reaction mass was quenched with ice cold water (20 ml). Organic layer was separated, washed with 1N HCl (30 ml), water, brine, dried over sodium sulfate and evaporated at reduced pressure to obtain pure product **1031** (55 g, yield95.5%) as an yellow liquid. HPLC**:** 99.8%; $^{1}$H NMR (400 MHz, $CDCl_3$): δ 0.89 (t, 6H, J = 6.8Hz), 1.2-1.5 (m, 36H), 1.67 (m, 4H), 2.05 (q, 8H, J = 6.8Hz), 2.77 (t, 4H, J = 6.4Hz), 2.99 (s, 3H), 4.71(m, 1H) and 5.36 (m, 8H). $^{13}$CNMR (100 MHz, $CDCl_3$): δ 14.0, 22.5, 24.9, 25.6, 27.2, 29.2, 29.3, 29.4, 29.5, 29.6, 31.5, 34.4, 38.6, 45.9, 84.3, 127.9, 128.0, 130.0, 130.1.

Stage-2:

| S. No | Chemicals/Reagents & solvents | M.Wt. | Mol. | Eq. | Qty. |
|---|---|---|---|---|---|
| 1 | Mesylate **1031** | 606 | 0.0165 | 1 | 10g |
| 2 | Dimethylformamide (DMF) | | | | 100 ml |
| 3 | Sodium cyanide | 49 | 0.0330 | 2 | 1.617g |

To a solution of sodium cyanide in DMF under Ar atmosphere, was added stage-1 product in DMF slowly and then heated to 55°C for 24 hrs (HPLC). It was then cooled to room temperature, diluted with water and extracted with ethyl acetate (several times). The combined organic layer was washed with water, brine, dried over sodium sulfate and evaporated at reduced pressure to obtain crude product, which was purified silica gel chromatography using 1% ether/hexane as eluent to afford pure product **1032** (5.8 g, yield:(62%) as a pale yellow liquid. $^{1}$H NMR (400MHz, $CDCl_3$): δ 0.87 (t, 6H, J = 6.8 Hz), 1.25 (m, 38H), 1.52 (m, 4H), 2.03 (q, 8H, J = 6.8Hz), 2.47(m, 1H), 2.76 (t, 4H, J = 6.4Hz), 5.32 (m, 8H).

Stage-3:

| *S. No* | *Chemicals/Reagents & solvents* | *M.Wt.* | *Mol.* | *Eq.* | *Qty.* |
|---|---|---|---|---|---|
| 1 | Nitrile **1032** | 538 | 0.0097 | 1 | 5.2g |
| 2 | Lithium aluminiumhydride | 38 | 0.0387 | 4 | 1.5g |
| 3 | Tetrahydrofuran (THF) | | | | 52 ml |

To a suspension of lithium aluminiumhydride in dry THF at Ar atmosphere, was added stage-2 product in THF at 0°C drop-wise. It was then allowed to warm to room temperature (RT) and stirred for 20 hrs at RT (TLC). It was cooled to 0°C and quenched with saturated solution of sodium sulfate. The quenched mass was filtered through celite bed and washed with ethyl acetate. The combined filtrate was evaporated at reduced pressure to obtain crude product, which was purified by silica gel chromatography using 10% ethyl acetate in hexane to afford pure product **1033** (3.7g, yield: 71%) as pale brown liquid, HPLC: 93.8 % . $^{1}$H NMR (400MHz, $CDCl_3$): δ 0.87 (t, 6H, J = 6.8 Hz), 1.27 (m, 48H), 2.03 (q, 8H, J = 6.8Hz), 2.60 (d, 2H, J = 4.0 Hz), 2.76 (t, 4H, J = 6.4Hz), 5.31 (m, 8H). $^{13}$CNMR (100MHz, $CDCl_3$): δ 14.1, 22.6, 25.6, 26.8, 27.1, 27.2, 29.3, 29.5, 29.6, 30.1, 31.5, 40.9, 45.2, 128.0, 130.1. LC-MS: 543(M+).

**Scheme 85b**




1004 (ALNY-200)

**Compound 1003 (ALNY-192)**

To a solution of *N,N'*-disuccinimidyl carbonate (5.50 g, 21.5 mmol) in $CH_2Cl_2$ (200 mL), 3-dimethylamino-1-propanol (**1001**, 2.43 g, 23.6 mmol) was added dropwise. The resulting mixture was stirred at room temperature overnight. Taken up 50 mL of the solution, $Et_3N$ (0.822 mL, 5.90 mmol) and ALN-SAN-30 (2.08 g, 3.93 mmol) were added and the reaction mixture was stirred at room temperature overnight. The reaction mixture was diluted with $CH_2Cl_2$ and washed with saturated $NaHCO_3$ aq. The organic layer was dried over anhydrous $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography (0-5% MeOH in $CH_2Cl_2$) to give compound **1003** (1.66 g, 2.53 mmol, 64%, $R_f$ = 0.22 with 5% MeOH in $CH_2Cl_2$). $^1$H NMR ($CDCl_3$, 400 MHz) 5.30-5.41 (m, 8 H), 4.37 (d, $J$ = 8.0 Hz, 1 H), 4.09 (t, $J$ = 6.0 Hz, 2 H), 3.57 (brs, 1 H), 2.78 (t, $J$ = 6.0 Hz, 4 H), 2.33 (t, $J$ = 8.0 Hz, 2 H), 2.23 (s, 6 H), 2.02-2.06 (m, 8 H), 1.76-1.80 (m, 2 H), 1.27-1.45 (m, 40 H), 0.89 (t, $J$ = 8.0 Hz, 6 H). $^{13}$C NMR ($CDCl_3$, 100 MHz) 156.5, 130.4, 130.3, 128.2, 128.1, 63.2, 56.6, 51.4, 45.7, 35.7, 31.7, 29.9, 29.8, 29.7, 29.6, 29.5, 27.7, 27.5, 27.4, 26.0, 25.8, 22.8, 14.3. Molecular weight for $C_{43}H_{81}N_2O_2$ $(M+H)^+$ Calc. 657.63, Found 657.5.

**Compound 1004 (ALNY-200)**

To a solution of *N,N'*-disuccinimidyl carbonate (5.50 g, 21.5 mmol) in $CH_2Cl_2$ (200 mL), 3-dimethylamino-1-propanol (**1001**, 2.43 g, 23.6 mmol) was added dropwise. The resulting mixture was stirred at room temperature overnight. Taken up 50 mL of the solution, $Et_3N$ (0.697 mL, 5.00 mmol) and amine **1033** (1.71 g, 3.15 mmol) were added and the reaction mixture was stirred at room temperature overnight. The reaction mixture was diluted with $CH_2Cl_2$ and washed with saturated $NaHCO_3$ aq. The organic layer was dried over anhydrous $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography (0-5% MeOH in $CH_2Cl_2$) to give compound **1004** (1.14 g, 1.70 mmol, 54%, $R_f$ = 0.13 with 5% MeOH in $CH_2Cl_2$). Molecular weight for $C_{44}H_{83}N_2O_2$ $(M+H)^+$ Calc. 671.65, Found 671.5.

**Scheme 85c**




**Compound 1007 (ALNY-202)**

To a solution of *N,N'*-disuccinimidyl carbonate (5.50 g, 21.5 mmol) in $CH_2Cl_2$ (200 mL), 2-dimethylaminoethanol (**1005**, 2.37 mL, 23.6 mmol) was added dropwise. The resulting mixture was stirred at room temperature overnight. Taken up 50 mL of the solution, $Et_3N$ (0.822 mL, 5.90 mmol) and ALN-SAN-30 (2.07 g, 3.92 mmol) were added and the reaction mixture was stirred at room temperature overnight. The reaction mixture was diluted with $CH_2Cl_2$ and washed with saturated $NaHCO_3$ aq. The organic layer was dried over anhydrous $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography (0-5% MeOH in $CH_2Cl_2$) to give compound **1007** (1.78 g, 2.77 mmol, 71%, 2 steps, $R_f$ = 0.26 developed with 5% MeOH in $CH_2Cl_2$). Molecular weight for $C_{42}H_{79}N_2O_2$ $(M+H)^+$ Calc. 643.61, Found 643.5.

**Compound 1008 (ALNY-203)**

To a solution of *N,N'*-disuccinimidyl carbonate (5.50 g, 21.5 mmol) in $CH_2Cl_2$ (200 mL), 2-dimethylaminoethanol (**1005**, 2.37 mL, 23.6 mmol) was added dropwise. The resulting mixture was stirred at room temperature overnight. Taken up 50 mL of the solution, $Et_3N$

(0.697 mL, 5.00 mmol) and **1033** (440 mg, 0.812 mmol) were added and the reaction mixture was stirred at room temperature overnight. The reaction mixture was diluted with $CH_2Cl_2$ and washed with saturated $NaHCO_3$ aq. The organic layer was dried over anhydrous $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography (0-5% MeOH in $CH_2Cl_2$) to give compound **8** (332 mg, 0.505 mmol, 62%, $R_f$ = 0.30 with 5% MeOH in $CH_2Cl_2$). Molecular weight for $C_{43}H_{81}N_2O_2$ $(M+H)^+$ Calc. 657.63, Found 657.5.

**Example 86: Synthesis of guanidinium linked lipids**

**Guanidinium Analogs**

Synthesis of **2064**




Synthesis of **2063**: To a solution of **2058** (6.7g, 0.0112 mol) in DMF / Ethyl acetate mixture was added Bis-Boc-S-methylisothiourea (3.4g, 0.0118 mol) and triethylamine (3.5 mL, 0.246 mol) at 0°C. To the homogeneous solution was added $HgCl_2$ (3.3g, 0.0123 mol) at 0°C and stirred at RT for 1hr. TLC showed the absence of starting material. The reaction mass was then diluted with ethyl acetate (100ml). Filtered through a pad of celite and washed with ethyl acetate. The filtrate was given water wash (2x150ml) and brine wash (200ml). The hazy organic layer was again filtered through a pad of celite / 230-400 mesh silica gel/celite. The filtrate was evaporated at reduced pressure to obtain the crude product, which was purified by neutral alumina chromatography using and DCM / Hexane as eluent. The product got eluted at 40% DCM in Hexane as yellow liquid (Yield 5.2g, 55%). $^1H$ NMR (400MHz, $CDCl_3$): 0.89 (t, 6H, J=6.8Hz), 1.27 – 1.46 (m, 43H), 1.49 (s, 9H), 1.50(s,9H), 2.02 (q,8H, $J_1$=6.8Hz, $J_2$=6.8Hz), 2.12 (d, 2H, J=7.2Hz), 2.16

(s,3H), 2.46 (t, 2H, J = 5.6Hz), 2.77 (t, 4H, J=6Hz), 3.47 (m, 2H), 5.30(m, 8H), 8.67 (s,1H),11.48 (9s,1H).

Synthesis of **2064 (ALNY-139)**: To a solution of 2063 (5.2g, 0.0062 mol) in 10ml of DCM at 0°C, was added 10ml of TFA in 60ml of DCM slowly. After addition the reaction mass was stirred at RT for 3hrs. The TLC showed the absence of starting material. Excess TFA was removed under vacuum, to obtain the required product as brown viscous liquid (5.3g, 78%). $^1$H NMR (400MHz, $CDCl_3$): 0.89 (t, 6H, J=6.8Hz), 1.27 – 1.46 (m, 44H), 1.78 (s,1H), 2.02 (q,8H, $J_1$=6.4Hz, $J_2$=6.8Hz), 2.77 (t, 4H, J=6.4Hz), 2.86 (s,3H), 2.92 – 3.01 (m, 2H), 3.27-3.39 (m,2H), 3.76-3.9 (m,2H), 5.30(m, 8H), 7.12 (m,2H), 8.41(m,1H), 10.02(m,3H). $^{13}$C NMR (100MHz, $CDCl_3$): 14.0, 22.5, 25.6, 25.8, 26.0, 27.17, 27.19, 27.6, 29.3, 29.33, 29.5, 29.6, 31.0, 31.5, 33.9, 36.3, 41.0, 54.1, 55.2, 62.0, 62.19, 111.4, 114.3, 117.1, 119.9, 127.9, 127.95, 130.1, 130.2, 152.1, 155.0, 157.4, 161.2, 161.6, 161.96, 162.3. MS: 1093 (tetra TFA salt).

**Preparation of Compound 7204:**




**Preparation of Compound 7013:** To a mixture of 1,2,4-butanetriol (**7012**, 21.2 g, 200 mmol, 5.0 eq), dilinoleyl ketone (21.0 g, 40.0 mmol, 1.0 eq) and *p*-toluenesulfonic acid (0.76 g, 4.0 mmol, 0.1 eq) in toluene was refluxed under Dean-stock conditions for overnight. After completion of the reaction, was cooled, evaporated the solvent and

purified by column chromatography using hexane and ethyl acetate (15%) as gradients gave desired ketal (**7013**) in 47% yield as an oil. $^{1}H$ NMR (400 MHz, $CDCl_3$) δ 5.48 – 5.24 (m, 8H), 4.32 – 4.17 (m, 1H), 4.08 (dd, *J* = 7.8, 6.1, 1H), 3.86 – 3.74 (m, 2H), 3.53 (t, *J* = 8.0, 1H), 2.77 (t, *J* = 6.4, 4H), 2.30 – 2.19 (m, 1H), 2.05 (q, *J* = 6.8, 8H), 1.88 – 1.75 (m, 2H), 1.69 – 1.51 (m, 4H), 1.42 – 1.19 (m, 36H), 0.89 (t, *J* = 6.8, 6H). Calc. mass for $C_{41}H_{74}O_3$ is 614.5; found 637.3 (+Na).

**Synthesis of compound 7201:** To a solution of compound **7013** (11.6 g, 18.9 mmol, 1.0 eq) and triethyl amine (5.45 mL, 37.7 mmol, 2.0 eq) in dichloromethane at 0 °C was added drop wise a solution of methanesulfonyl chloride (1.74 mL, 22.67 mmol, 1.2 eq), and the reaction was continued at room temperature for 1h. After completion of the reaction, was washed with water, brine, and combined organics were dried on $MgSO_4$. The concentrated mixture was purified on column chromatography using hexane and ethyl acetate (20%) as gradients to get pure mesylated derivative (**7201**) as an oil in 93% yield. $^{1}H$ NMR (400 MHz, $CDCl_3$) δ 5.48 – 5.22 (m, 8H), 4.35 (qd, *J* = 10.0, 4.9, 2H), 4.25 – 4.14 (m, 1H), 4.13 – 4.03 (m, 1H), 3.53 (t, *J* = 7.6, 1H), 3.02 (s, 3H), 2.77 (t, *J* = 6.4, 4H), 2.13 – 1.85 (m, 10H), 1.57 (dd, *J* = 18.2, 9.2, 4H), 1.44 – 1.15 (m, 36H), 0.89 (t, *J* = 6.7, 6H). Calc. mass for $C_{42}H_{76}O_5S$ is 693.1; found 693.2.

**Synthesis of compound 7202:** To a solution of the compound **7201** (2.0 g, 3.0 mmol, 1.0 eq) in DMF was added solid $NaN_3$ (0.98 g, 15.0 mmol, 5.0 eq) at room temperature and the reaction was continued at 65 °C until the completion of the reaction. Reaction mixture was poured onto ice water, extracted into ethyl acetate, combined organics were dried on $Na_2SO_4$, concentrated, purified on column chromatography using hexane and ethyl acetate (5%) as gradients to get pure azido (**7202**) derivative in 89% yield. $^{1}H$ NMR (400 MHz, $CDCl_3$) δ 5.53 – 5.19 (m, 8H), 4.21 – 3.97 (m, 2H), 3.57 – 3.29 (m, 3H), 2.76 (t, *J* = 6.4, 4H), 2.04 (q, *J* = 6.8, 8H), 1.80 (m, 2H), 1.66 – 1.43 (m, 4H), 1.40 – 1.07 (m, 36H), 0.88 (t, *J* = 6.8, 6H). Calc. mass for $C_{41}H_{73}N_3O_2$ is 640.0; found 612.5 ($-N_2$).

**Synthesis of compound 7203:** To a solution of compound **7202** (1.7 g, 2.65 mmol, 1.0 eq) in anhydrous tetrahydrofuran, was added drop wise a 1M solution of LAH (3.98 mL, 3.98 mmol, 1.5 eq) at 0 °C. Reaction was continued at room temperature, after completion of the reaction was quenched with saturated solution of $Na_2SO_4$ slowly at 0 °C. Compound was extracted into excess amount of ethyl acetate, organic layer was

washed with brine, dried over $Na_2SO_4$, concentrated and further dried on vacuum to get pure amine (**7203**) in 90% yield, and this has been used directly without further purification. $^1$H NMR (400 MHz, $CDCl_3$) δ 5.51 – 5.16 (m, 8H), 4.13 (dd, *J* = 9.3, 3.6, 1H), 4.03 (dd, *J* = 7.5, 6.1, 1H), 3.46 (t, *J* = 7.8, 1H), 2.96 – 2.67 (m, 6H), 2.20 – 1.92 (m, 8H), 1.82 – 1.49 (m, 6H), 1.46 – 1.12 (m, 38H), 0.88 (t, *J* = 6.8, 6H). Calc. mass for the $C_{41}H_{75}NO_2$ is 614.0; found 614.5.

**Synthesis of compound 7204 (ALNY-232):** To a solution of amine **7203** (0.61 g, 1.0 mmol, 1.0 eq) and DIPEA (1.84 mL, 10.0 mmol, 10.0 eq) in a solvent mixture (DCM:DMF) was added 1H-pyrazole-1-carboxamidine hydrochloride (1.46 g, 10.0 mmol, 10.0 eq) portion wise at room temperature, under argon atmosphere. The reaction was continued for overnight, after completion of the reaction, was poured onto ice, and extracted with the ethyl acetate. The combined organics were washed with water, brine, dried over $Na_2SO_4$ and purified by preparative chromatography to get pure 0.16 g (25%) of the guanidine derivative (**7204**). 1H NMR (400 MHz, CDCl3) δ 11.76 (s, 1H), 7.99 (t, J = 6.3, 1H), 7.44 (s, 2H), 5.48 – 5.20 (m, 8H), 4.24 – 4.00 (m, 2H), 3.54 (dd, J = 7.3, 6.2, 1H), 3.32 (d, J = 3.0, 2H), 3.09 (dt, J = 10.5, 5.3, 1H), 2.76 (t, J = 6.5, 4H), 2.03 (q, J = 6.8, 8H), 1.90 – 1.77 (m, 1H), 1.76 – 1.49 (m, 6H), 1.48 – 1.05 (m, 34H), 0.87 (dd, J = 6.8, 6H). $^{13}$C NMR (101 MHz, $cdcl_3$) δ 158.96, 130.41, 130.36, 130.33, 128.18, 128.14, 113.52, 77.54, 77.22, 76.90, 76.60, 72.36, 69.54, 46.09, 38.39, 37.68, 37.01, 34.09, 31.74, 30.10, 29.92, 29.78, 29.76, 29.56, 29.55, 29.53, 27.47, 27.46, 27.41, 25.84, 24.37, 24.12, 22.79, 14.31, 8.86. Calc. mass for the $C_{42}H_{77}N_3O_2$ is 656.0; found 656.2.

**Example 87: Synthesis of Ester linked lipids**
**Lipid Discovery**

**Ester Analogs**

**Scheme 87a**




Experimental

**Compound 7002:** Magnesium (711 mg, 29.25 mmol) was placed in a round bottle flask. THF (30 mL) and 2-3 mg of $I_2$ were added. The mixture was warmed at 50 °C and oleylbromide (**7001**, 6.46 g, 19.50 mmol) was added slowly. When ~1 mL of oleylbromide was added, formation of the Grignard reagent was initiated. After addition of the reast of oleylbromide, the Grignard reagent was stirred at room temperature for 60 min then slowly added to a solution of 1,1'-carbonyldiimidazole (1.54 g, 9.51 mmol) in THF (100 mL) at -50 °C. The reaction mixture was kept stirring at -50 °C for 30 min then at room temperature for 60 min. The reaction was quenched with 40 mL of saturated $NH_4Cl$ aq. and the mixture was extracted with $Et_2O$ and $H_2O$. The organic layer was dried over $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography (0-5% $Et_2O$ in Hexane) to give compound **7002** (2.70 g, 5.09 mmol, 53%, $R_f$ = 0.48 developed with 5% EtOAc in Hexane). Molecular weight for $C_{37}H_{71}O$ $(M+H)^+$ Calc. 531.55, Found 531.5.

**Compound 7003:** To a solution of compound **7002** (1.36 g, 2.56 mmol) in THF (25 mL), 1 M lithium aluminum hydride in THF (5.12 mL, 5.12 mmol) was added at 0 °C. The reaction mixture was stirred at room temperature for 3 hours. The reaction was quenched with saturated $Na_2SO_4$ aq. (20 mL), then extracted with $Et_2O$ and $H_2O$. The organic layer was dried over $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography (0-5% $Et_2O$ in Hexane) to give compound **7003** (942 mg, 1.77 mmol, 69%, $R_f$ = 0.26 developed with 5% EtOAc in Hexane).

**Compound 7004:** To a solution of compound **7003** (940 mg, 1.76 mmol) and 4-(dimethylamino)butyric acid hydrochloride (355 mg, 2.12 mmol) in $CH_2Cl_2$ (15 mL), diisopropylethylamine (0.920 mL, 5.28 mmol), *N*-(3-dimethylaminopropyl)-*N*'-ethylcarbodiimide hydrochloride (406 mg, 2.12 mmol) and DMAP (43 mg, 0.352 mmol) were added. The reaction mixture was stirred at room temperature for 14 hours. The reaction mixture was diluted with $CH_2Cl_2$ (100 mL) and washed with saturated $NaHCO_3$ aq. (50 mL). The organic layer was dried over $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography (0-5% MeOH in $CH_2Cl_2$) to give compound **7004** (817 mg, 1.26 mmol, 72%, $R_f$ = 0.29 developed with 5% MeOH in $CH_2Cl_2$). Molecular weight for $C_{43}H_{84}NO_2$ $(M+H)^+$ Calc. 646.65, Found 646.5.

**Scheme 87b**




**Compound 7006**: To a stirred solution of 3-cyclopentene-1-ol (**7005**, 2.0 g, 23.77 mmol, 1.0 eq) in dichloromethane, was added imidazole (3. 88 g, 57.08 mmol, 2.4 eq) portion wise, followed by TBDPSCl (6.1 mL, 23.77 mmol, 1.0 eq) drop wise at room temperature under argon atmosphere. The reaction was continued at room temperature for overnight. After completion of the reaction was washed with water, brine, combined

organic layers were dried on $MgSO_4$, evaporated the solvent under reduced pressure and purified by column chromatography using 3% ether in hexane as a gradients to get pure TBDPS protected 3-cyclopentenol (**7006**) as oil an 87% yield. $^1$H NMR (400 MHz, $CDCl_3$) δ 7.67 (dd, *J* = 7.8, 1.4, 4H), 7.53 – 7.31 (m, 6H), 5.60 (d, *J* = 7.0, 2H), 4.55 (dq, *J* = 6.6, 4.3, 1H), 2.57 – 2.24 (m, 4H), 1.05 (s, 9H). Calc. mass for $C_{21}H_{26}OSi$ is 322.0; found 322.5

**Compound 7007**: To a cooled solution of $OsO_4$ (0.031 g, 0.12 mmol, 0.01 eq), NMO (50% in water, 5.14 mL, 24.84 mmol, 2.0 eq) in water was treated drop wise with a solution of compound **7006** (4.0 g, 12.42 mmol, 1.0 eq) in acetone. The reaction was continued at room temperature for overnight, after complete consumption of the starting material, solvent was evaporated and the reaction mixture was extracted into ethyl acetate (2x). Combined organics were dried over $Na_2SO_4$, solvent was evaporated, and the mixture was purified by column chromatography using hexane and ethyl acetate (50%) as gradients to get pure dihydroxylated compound (**7007**) as an oil in 92% yield. $^1$H NMR (400 MHz, $CDCl_3$) δ 7.70 – 7.53 (m, 4H), 7.49 – 7.28 (m, 6H), 4.53 – 4.37 (m, 1H), 4.29 (dd, *J* = 8.0, 4.6, 2H), 2.08 (d, *J* = 4.0, 1H), 1.99 – 1.78 (m, 4H), 1.58 (s, 1H), 1.04 (d, *J* = 10.2, 9H). Calc. mass for $C21H_{28}O_3Si$ is 356.5; found 379.0 (+Na).

**Compound 7008**: A mixture of dihydroxylated compound (**7007**, 4.0 g, 11.4 mmol, 1.0 eq), dilinoleyl ketone (6.0 g, 11.4 mmol, 1.0 eq) and *p*-toluenesulfonic acid (0.21 g, 1.14 mmol, 0.1 eq) in toluene was refluxed under Dean-stock conditions for 4 hours. TLC shows completion of the reaction, solvent was evaporated and directly purified on column chromatography using hexane and ethyl acetate (5%) as gradients to get 95% of the pure ketal (**7008**) as an oil. $^1$H NMR (400 MHz, $CDCl_3$) δ 7.75 – 7.57 (m, 4H), 7.49 – 7.28 (m, 6H), 5.48 – 5.16 (m, 8H), 4.62 – 4.35 (m, 3H), 2.77 (dd, *J* = 14.0, 6.8, 4H), 2.12 – 1.94 (m, 10H), 1.59 (dd, *J* = 15.4, 6.4, 2H), 1.48 – 1.15 (m, 35H), 1.07 (d, *J* = 22.0, 14H), 0.88 (t, *J* = 6.8, 6H). Calc. mass for $C_{58}H_{92}O_3Si$ is 864.5; found 887.5 (+Na).

**Compound 7009**: To a stirred solution of compound **7008** (3.94 g, 4.55 mmol, 1.0 eq) in dichloromethane was added drop wise a solution of 1M TBAF (22.8 mL, 22.79 mmol, 5.0 eq) in THF at 0 °C, and the reaction was continued at room temperature until completion of the reaction. Concentrated the reaction, mixture was directly loaded onto the column and purified by column using hexane and ethyl acetate (20%) as gradients to

get pure product (**7009**) as an oil in 87% yield. $^{1}$H NMR (400 MHz, $CDCl_3$) δ 5.53 – 5.23 (m, 8H), 4.71 – 4.61 (m, 2H), 4.56 (s, 1H), 2.80 (t, *J* = 6.4, 4H), 2.41 (dd, *J* = 8.5, 6.7, 2H), 2.23 (dd, *J* = 13.9, 6.0, 2H), 2.07 (q, *J* = 6.8, 8H), 1.70 – 1.48 (m, 6H), 1.39 (dddd, *J* = 23.0, 20.3, 11.9, 6.6, 36H), 0.92 (q, *J* = 7.2, 6H). Calc. mass for $C_{42}H_{74}O_3$ is 627.0; found 627.5.

**Compound 7010 (ALNY-236):** To a stirred solution of alcohol **7009** (0.8 g, 1.27 mmol, 1.0 eq), *N,N*-dimethylamino propionic acid hydrochloride (0.23 g, 1.53 mmol, 1.2 eq), DIPEA (0.7 mL, 3.81 mmol, 3.0 eq) in dichloromethane at room temperature was added EDCI (0.26 g, 1.4 mmol, 1.1 eq) followed by DMAP (0.015 g, 0.12 mmol, 0.1 eq) portion wise under argon and continued the reaction for overnight at room temperature. After completion of the reaction was diluted with dichloromethane, washed with saturated solution of $NaHCO_3$, brine, combined organics were dried over $MgSO_4$, evaporated the solvent and purified by column chromatography using dichloromethane : methanol (5%) as gradients to get pure product **7010** in 79% (0.72 g) yields. $^{1}$H NMR (400 MHz, $CDCl_3$) δ 5.47 – 5.18 (m, 8H), 4.64 (d, *J* = 5.3, 2H), 2.76 (t, *J* = 6.3, 4H), 2.58 (t, *J* = 7.3, 2H), 2.43 (dd, *J* = 9.2, 5.3, 2H), 2.30 (dd, *J* = 14.0, 6.3, 2H), 2.22 (s, 6H), 2.04 (q, *J* = 6.7, 8H), 1.72 – 1.56 (m, 4H), 1.49 (s, 2H), 1.32 (ddd, *J* = 22.1, 13.7, 7.6, 37H), 0.88 (t, *J* = 6.8, 6H). $^{13}$C NMR (101 MHz, $CDCl_3$) δ 171.86, 130.20, 130.16, 130.13, 130.09, 127.95, 127.89, 127.87, 113.27, 78.29, 77.29, 76.97, 76.66, 73.95, 54.68, 45.24, 38.31, 36.25, 35.71, 32.91, 31.50, 29.93, 29.81, 29.66, 29.63, 29.52, 29.51, 29.44, 29.32, 29.30, 29.27, 27.24, 27.20, 27.17, 25.61, 24.46, 23.10, 22.54, 14.04. Calc. mass for the $C_{47}H_{83}NO_4$: 725.6; found 726.3.

**Compound 7011 (ALNY-237):** Prepared by similar experimental conditions used as for compound **7010**, using alcohol **7009** (0.8 g, 1.27 mmol, 1.0 eq), *N,N*-dimethylamino butyric acid hydrochloride (0.25 g, 1.53 mmol, 1.2 eq), DIPEA (0.7 mL, 3.81 mmol, 3.0 eq), EDCI (0.26 g, 1.4 mmol, 1.1 eq), DMAP (0.015 g, 0.12 mmol, 0.1 eq) in DCM gave 0.8 g (85%) of the pure product **7011**. $^{1}$H NMR (400 MHz, $CDCl_3$) δ 5.63 – 5.18 (m, 8H), 4.85 – 4.46 (m, 1H), 2.84 – 2.70 (m, 4H), 2.36 – 2.25 (m, 6H), 2.23 (s, 6H), 2.10 – 1.95 (m, 8H), 1.85 – 1.71 (m, 2H), 1.69 – 1.57 (m, 4H), 1.46 (d, *J* = 21.4, 2H), 1.32 (ddd, *J* = 21.9, 13.6, 7.7, 38H), 0.88 (t, *J* = 6.8, 6H). $^{13}$C NMR (101 MHz, $cdcl_3$) δ 173.11, 130.44, 130.41, 130.39, 130.34, 128.19, 128.14, 128.12, 113.49, 78.53, 77.55, 77.23, 76.91, 74.06,

58.96, 45.48, 38.57, 36.50, 35.93, 32.28, 31.75, 30.18, 30.06, 29.91, 29.89, 29.77, 29.69, 29.57, 29.55, 29.52, 27.49, 27.45, 27.42, 25.86, 24.71, 23.36, 22.96, 22.79, 14.29. Calc. mass for the $C_{48}H_{85}NO_4$: 739.6; found 740.3.

**Example 88: Synthesis of oxime- and hydrazone linked lipids:**

**Scheme 88a**




## Experimental details

**Compound 5006 (ALNY-175):** To a flask containing EtOH (50 mL) was added dimethylaminoethyl hydrazine dihydrochloride (1.00 g, 5.70 mmol) and the ketone **5005** (2.00 g, 3.80 mmol). The mixture was heated at 60 °C for 16 hours. After addition of $Et_3N$ (0.5 mL), the reaction mixture was evaporated. The residue was extracted with $Et_2O$ and saturated $NaHCO_3$ aq., and the organic layer was dried over $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography ($CH_2Cl_2$:MeOH:$NH_3$ aq. = 95:5:0.5, $R_f$ = 0.29) to give compound **3** (1.78 g, 2.91 mmol, 76%). Molecular weight for $C_{41}H_{78}N_3$ $(M+H)^+$ Calc. 612.62, Found 612.5.

**Compound 5007 (ALNY-187):** 3-Dimethylamino-propionic acid hydrazide (Ryan Scientific, 500 mg, 3.89 mmol) in EtOH (10 mL) and the dilinoleyl ketone **5005** (1.74 g,

3.31 mmol) in EtOH (20 mL) were mixed together. To the solution was added acetic acid (0.038 mL, 0.662 mmol), and the reaction mixture was heated at 65 °C for 5 hours. After addition of $Et_3N$ (0.5 mL), the reaction mixture was evaporated. The residue was extracted with $CH_2Cl_2$ and saturated $NaHCO_3$ aq., and the organic layer was dried over $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography ($CH_2Cl_2$:MeOH:$NH_3$aq. = 95:5:0.5, $R_f$ = 0.30) to give compound **5007** (1.40 g, 2.19 mmol, 66%). Molecular weight for $C_{42}H_{78}N_3O$ $(M+H)^+$ Calc. 640.61, Found 640.5.

**Scheme 88b**




**Compound 5008b**: To a solution of **5008a** (30g, 56.8 mmol) in toluene, was added N-Hydroxyphthalimide(13.9g, 85 mmol) and TPP(22.30g, 85 mmol) under argon. The reaction mass was cooled to –5°C, to this was added TEA (11.84 mL), followed by DEAD (13.14 ml). The reaction mass was allowed to stir for 12hrs at room temperature (TLC). It was then filtered through celite pad. The filtrate was evaporated at reduced pressure to obtain crude product, which was purified by silica gel chromatography to afford pure product, which was eluted at 3% diethyl ether and hexane to get the product **5008b** (22.90g, 60.50%) as pale yellow liquid $^1$HNMR (400MHz, $CDCl_3$,): δ 0.90 (6H, t,

J = 7.2Hz), 1.2-1.4 (34H, m), 1.66-1.70 (4H, m), 2.03-2.08 (8H, m), 2.78 (4H, t, J = 12.8Hz), 4.22 (1H, m), 5.29-5.43 (8H, m), 7.74-7.76 (2H, m), 7.83-7.85 (2H, m). $^{13}$CNMR (100MHz, $CDCl_3$,): δ 14.3, 22.5, 24.9, 25.6, 27.2, 27.20, 29.3, 29.3, 29.5, 29.5, 29.6, 29.7, 31.5, 32.4, 88.3, 123.3, 127.9, 129.0, 130.1, 134.3, 164.3. MS: Molecular weight calculated for $C_{45}H_{71}NO_3$ 673.54, Found: 674.55(M+H).

**Compound 5010:** ALY-SAN-031 (2.36 g, 3.50 mmol) was treated with hydrazine monohydrate (0.424 mL, 5.60 mmol) in $CH_2Cl_2$ (36 mL) and EtOH (4 mL) for 2 hours. After filtration of the resulting white precipitation, the filtrate was concentrated. The residue was extracted with $Et_2O$ and saturated $NaHCO_3$ aq., and the organic layer was dried over $MgSO_4$, filtered and concentrated. The crude **5008** was used for next step without further purification. $R_f$ = 0.44 (10% EtOAC in Hexane). Molecular weight for $C_{37}H_{70}NO$ $(M+H)^+$ Calc. 544.55, Found 544.2.

The compound **5008** was dissolved in EtOH (30 mL), and 4-(dimethylamino)butan-2-one (Matrix Scientific, 500 mg, 4.34 mmol) and acetic acid (0.040 mL, 0.70 mmol) was added to the solution. The reaction mixture was stirred at room temperature for 14 hours. After addition of $Et_3N$ (0.5 mL), the reaction mixture was evaporated. The residue was extracted with $Et_2O$ and saturated $NaHCO_3$ aq., and the organic layer was dried over $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography (Hexane:EtOAc = 1:1) to give compound **5010** as a mixture of *E*/*Z*-isomers (1.90 g, 2.96 mmol, 85%, 2 steps, $R_f$ = 0.39, 0.21 developed with Hexane:EtOAc = 1:1). Molecular weight for $C_{43}H_{81}N_2O$ $(M+H)^+$ Calc. 641.63, Found 641.5.

**Compound 5009:** Compound **5006** (800 mg, 1.47 mmol) was dissolved in EtOH (15 mL), (Dimethylamino)acetone (Aldrich, 0.220 mL, 1.91 mmol) and acetic acid (0.017 mL, 0.294 mmol) were added to the solution then the reaction mixture was stirred at room temperature for 14 hours. After addition of $Et_3N$ (0.5 mL), the reaction mixture was evaporated. The residue was extracted with $Et_2O$ and saturated $NaHCO_3$ aq., and the organic layer was dried over $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography (Hexane:EtOAc = 9:1) to give compound **5009** (868 mg, 1.38 mmol, 94%, $R_f$ = 0.22 developed with Hexane:EtOAc = 9:1). Molecular weight for $C_{42}H_{79}N_2O$ $(M+H)^+$ Calc. 627.62, Found 627.5.

**Compound 5011:** Compound **5006** (1.09 g, 2.00 mmol) was dissolved in EtOH (20 mL). 1-Methyl-4-piperidone (Aldrich, 0.320 mL, 2.60 mmol) and acetic acid (0.40 mL, 0.400 mmol) were added to the solution then the reaction mixture was stirred at room temperature for 14 hours. After addition of $Et_3N$ (0.5 mL), the reaction mixture was evaporated. The residue was extracted with $Et_2O$ and saturated $NaHCO_3$ aq., and the organic layer was dried over $MgSO_4$, filtered and concentrated. The crude was purified by silica gel column chromatography ($CH_2Cl_2$:MeOH:$NH_4OH$ = 97:3:0.3) to give compound **5011** (1.11 g, 1.74 mmol, 87%, $R_f$ = 0.20 developed with $CH_2Cl_2$:MeOH:$NH_4OH$ = 97:3:0.3).Molecular weight for $C_{43}H_{79}N_2O$ $(M+H)^+$ Calc. 639.62, Found 639.5.

**EXAMPLE 89: Synthesis of other lipids:**

**Synthesis of Compound 2056 (ALNY-181)**




Synthesis of **2051**: To a solution of 2004(50g, 95 mmol) in DCM (400 ml) under Ar atmosphere, was added TEA(53 mL, 378 mmol) and DMAP(1.2g, 9.5 mmol) and stirred at room temperature under Ar atmosphere. Reaction mass was cooled to -5°C and the solution of mesyl chloride(15 mL, 190 mmol) in DCM (100 ml) was added slowly at temperature below -5°C and allowed to warm to RT after addition. After 30 minutes (TLC), reaction mass was quenched with ice cold water (20 ml). Organic layer was

separated, washed with 1N HCl (30 ml), water, brine, dried over sodium sulfate and evaporated at reduced pressure to obtain pure product (55g, 95.5%) as yellow liquid. 1H NMR (400 MHz, $CDCl_3$): δ 0.89 (t, 6H, J = 6.8), 1.2-1.5 (m, 36H), 1.67 (m, 4H), 2.05 (q, 8H, J1 = 6.8, J2 = 6.8), 2.77 (t, 4H, J = 6.4), 2.99 (s, 3H), 4.71(m, 1H) and 5.36 (m, 8H).

Synthesis of **2052**: To a stirred solution of sodium cyanide (1.70g, 0.0330 mol) in DMF, was added compound **2051** (10g, 0.0165 mol) in DMF (100 mL) slowly and heated to 55°C for 24 hrs (TLC). It was then cooled to room temperature, diluted with water and extracted with ethyl acetate several times. The combined organic layers were washed with water, brine, dried over sodium sulfate and evaporated at reduced pressure to obtain crdue product, which was purified silica gel chromatography using 1% ether/hexane to get the product as a pale yellow liquid (5.80g, 62%). $^1$H NMR (400MHz, $CDCl_3$): δ 0.87 (t, 6H, J = 6.8 Hz), 1.25(m, 38H), 1.52 (m, 4H), 2.03 (q, 8H, J = 6.8Hz, J = 6.8Hz), 2.47 (m, 1H), 2.76 (t, 4H, J = 6.4Hz), 5.32 (m, 8H).

Synthesis of **2053**: To a cooled suspension of LAH (1.50g, 0.0387 mol) in THF (52 ml) at $0^0$C under argon atmosphere, was added compound **2052** (5.2 g, 0.0097 mol) in THF drop-wise. After addition, it was allowed to warm to RT and stirred for 20 hrs (TLC). It was cooled to 0°C and quenched with saturated solution of sodium sulfate (10ml) followed by ethyl acetate. It was filtered through celite bed and washed with ethyl acetate. The combined organic filtrate was evaporated at reduced pressure to obtain crude product, which was purified by silica gel chromatography using 10% ethyl acetate in hexane to get the product as pale brown liquid (3.70g, 71%). $^1$H NMR (400MHz, $CDCl_3$): δ 0.87(t, 6H, J=6.8 Hz), 1.27(m, 48H), 2.03(q, 8H, 6.8Hz, 6.8Hz), 2.60(d, 2H, J=4.0 Hz), 2.76(t, 4H, J=6.4Hz), 5.31(m, 8H). $^{13}$C NMR (100MHz, $CDCl_3$): δ 14.1, 22.6, 25.6, 26.8, 27.1, 27.2, 29.3, 29.5, 29.6, 30.1, 31.5, 40.9, 45.2, 128.0, 130.1. Mass 543 (M+).

Synthesis of **2054**: To a solution of compound 2053 (45g, 0.083 mol) in DCM (450 mL) under argon atmosphere at 0°C, was added 2,6-Lutidine (19.3 mL, 0.166 mol) followed by benzyl chloroformate (12.1 mL, 0.0847 mol) drop-wise. It was then warmed to 20°C

and stirred for one hour at that temperature (TLC). Then it was diluted with DCM (200 ml), washed with 10% citric acid (2x200 ml), water, brine and dried over anhydrous sodium sulfate, evaporated at reduced pressure to obtain crude product, which was purified by silica gel chromatography using 3% ether / hexane to get the final product as pale brown liquid (36g, 64%). $^1$H NMR (400MHz, $CDCl_3$): δ 0.87(t, 6H, J = 6Hz), 1.28 (m, 44H), 2.02(q, 8H, $J_1$ = 6.8Hz, $J_2$ = 6.8Hz), 2.76 (t, 4H, J = 6.4Hz), 3.11 (t, 2H, J = 5.6Hz), 4.67 (s, 1H), 5.18 (s, 2H), 5.30 (m, 8H), 7.31(m, 4H).

Synthesis of **2055**: To a suspension of lithium aluminiumhydride (4.05g, 0.1066 mol) in THF (360 mL) under argon atmosphere at $0^0$C, was added a solution of 2054 (36g, 0.0533 mol) in THF drop-wise. After addition, it was allowed to warm to room temperature and stirred for 15 hours (TLC). The reaction mass was cooled to 0°C and quenched with saturated solution of sodium sulfate followed by ethyl acetate. It was filtered through celite bed and washed with ethyl acetate. Combined filtrates were evaporated and purified by silica gel using 100% methanol to get the final product 26g, 87%). $^1$H NMR (400MHz, $CDCl_3$): δ 0.87 (t, 6H, J = 6.8Hz), 1.27 (m, 42H), 2.03 (q, 8H, $J_1$ = 6.8Hz, $J_2$ = 6.8Hz), 2.45 (s, 3H), 2.49 (d, 2H, J = 6Hz), 2.76 (t, 4H, J = 6.4Hz), 5.30 (m, 8H).

Synthesis of **2055a**: Compound **2055** (4g, 0.0072mol) was dissolved in DCM (40 mL) under argon atmosphere and cooled to 0°C. To this solution 2,6-Lutidine (1.7 mL, 0.0144 mol) was added drop-wise followed by benzyl chloroformate (1.0 mL, 0.0074 mol). It was then allowed to warm to 20°C and stirred for one hour (TLC). Then it was diluted with DCM (200ml), washed with 10% citric acid (2x200 mL), water and brine. The organic layer was dried over anhydrous sodium sulfate and evaporated at reduced pressure to obtain crude product, which was purified by silica gel using 3% ether/hexane to get the final product (3.80g, 76%). $^1$H NMR (400MHz, $CDCl_3$): δ 0.87(t, 6H, J=6.8Hz), 1.20 (m, 44H), 2.02 (q, 8H, $J_1$ = 6.8Hz, $J_2$ = 6.8Hz), 2.76 (t, 4H, J = 6.4Hz), 2.89 (d, 3H, J = 6Hz), 3.14 (m, 2H), 5.12 (s, 2H), 5.30 (m, 8H), 7.26 (m, 4H).

Synthesis of **2056**: To a suspension of lithium aluminiumhydride (0.52g, 0.0138 mol) in THF under argon atmosphere at $0^0$C, was added a solution of **2055a** (3.80g, 0.0055 mol) in THF (38 mL) dropwise. After addition, it was allowed to warm to room temperature and stirred for 15 hours (TLC). The reaction mass was cooled to 0°C and quenched with

saturated solution of sodium sulfate followed by ethyl acetate. Whole mass was filtered through celite bed and washed with ethyl acetate. Combined filtrates were evaporated at reduced pressure to obtain crude product, which was purified silica gel chromatography using 100% methanol to get the final product as colorless liquid(2.20g, 70%) 1H NMR (400MHz, $CDCl_3$): δ 0.87 (t, 6H, J = 6.8 Hz), 1.21 (m, 44H), 2.03(q, 8H, J = 6.8Hz, J = 6.4Hz), 2.18 (s, 6H), 2.76 (t, 4H, J = 6.4Hz), 5.30 (m, 8H). $^{13}C$ NMR (100MHz, $CDCl_3$): δ 14.0, 22.4, 25.5, 26.5, 27.0, 27.1, 29.2, 29.4, 29.6, 30.0, 31.4, 32.1, 35.6, 45.9, 64.8, 127.8, 130.0. ELSD: 99.0% Mass: 570.2(M+)

**Synthesis of 2062 (ALNY-141):**




Synthesis of **2061**: To a solution of **2055** (5g, 0.0089 mol) in 100ml of DCM under argon at 0°C was added $NaBH(OAc)_3$ (2.30g, 0.0106 mol) Stirred for 20 minutes. Aldehyde(1.70g, 0.0082 mol) in 700ml of DCM was added slowly to the reaction mass over a period of 45minutes. After addition the reaction mass was allowed to stir at RT for 15 – 20 minutes. TLC showed the absence of starting material. The reaction mass was washed with sat. $NaHCO_3$ (2x500ml) and water (500ml). The aqueous layer was re-extracted with DCM (500ml). The combined organic layer was washed with brine (500ml). The organic layer was dried over $Na_2SO_4$, filtered and concentrated. The crude obtained was purified by silica gel chromatography and Hexane/ Diethyl ether as eluent. The product got eluted at 8% of ether in hexane as brown liquid (yield, 6.40g, 96%). $^{1}H$ NMR: (400MHz, $CDCl_3$):_0.89 (t, 6H, J= 7.2Hz), 1.26 – 1.43 (m, 40H), 1.85 (m, 1H), 2.06 (q, 8H, J1=6.8Hz, J2=6.8Hz), 2.15 (s, 2H), 2.20 (s, 3H), 2.45 (m, 2H), 2.77 (t, 4H, J=6Hz), 2.95 (s, 3H), 3.35 (m,2H), 5.12 (s, 2H), 5.32 (m, 8H), 7.35 (m,5H).

Synthesis of **2062**: To a suspension of lithium aluminiumhydride (0.751 g, 0.0198 mol) in THF under argon atmosphere at $0^0C$, was added a solution of 2061 (5.7g, 0.0076 mol) in THF drop-wise. After addition, it was allowed to warm to room temperature and stirred for 15 hours (TLC). The reaction mass was cooled to 0°C and quenched with saturated solution of sodium sulfate (50ml) followed by ethyl acetate (100ml). It was filtered through celite bed and washed with ethyl acetate. Combined filtrates were evaporated at reduced pressure to obtain crude product, which was purified silica gel chromatography using DCM / Ethylacetate / Chloroform/ Methanol as eluent. The product eluted at 3% chloroform in methanol as brown liquid (3.80g, 80%) $^1H$ NMR: (400MHz, $CDCl_3$): 0.89 (t, 6H, J=6.8Hz), 1.26-1.37 (m, 40H), 1.42 (m,1H), 2.06 (q, 8H, J1= 6.8Hz, J2= 6.8Hz), 2.15 (d, 2H, J= 7.2Hz), 2.20 (s, 3H), 2.29 (s, 6H), 2.45 (s, 4H), 2.78 (t, 4H, J=6.4Hz), 5.36 (m, 8H). $^{13}C$ NMR: (100MHz, $CDCl_3$): 14.1, 22.6, 25.6, 26.6, 27.2, 27.22, 28.9, 29.3, 29.6, 29.7, 30.1, 31.5, 32.2, 35.8, 43.2, 45.7, 56.2, 57.2, 63.3, 127.9, 130.2. HPLC ELSD: 100% Mass: 627.53

**Example 90: Synthesis of Reverse ketals**

**Scheme 90**




**Synthesis of 2001**: To 500ml of ethanol cooled below 0°C using ice-salt mixture was added 10ml of Conc.$H_2SO_4$ slowly. Linoleic acid (100g, 357 mmol) in 500ml of ethanol was added to the above solution slowly by maintaining the temperature below 0°C. After addition the reaction mass was warmed to RT and then refluxed for 5hrs (TLC). It was then cooled to room temperature and neutralized by sat. $NaHCO_3$ solution. The resulting solution was concentrated to remove excess of solvent. The residue was diluted with

water (1000ml) and extracted with DCM (6x500ml). The combined organic layer was washed with brine (1000ml), and dried over sodium sulfate, filtered and evaporated at reduced pressure to obtain pure product (109.80g, 99%) as a pale yellow liquid , which was taken as such for the next stage. **$^{1}$H NMR ($CDCl_3$):** δ 0.89 (t, 3H, J = 6.8Hz), 1.24-1.31 (m, 17H), 1.62 (m, 2H, J = 10Hz), 2.04 (q, 4H, $J_1$ = 6.8Hz, $J_2$ = 6.8Hz), 2.29 (t, 2H, J = 7.6Hz), 2.76 (t, 2H, J = 6.4Hz), 4.13 (q, 2H, $J_1$ = 7.2Hz, $J_2$ = 7.2Hz), 5.34(m, 4H). **$^{13}$C NMR ($CDCl_3$):** δ 13.9, 14.1, 22.5, 24.9, 25.5, 27.1, 29.0, 29.1, 29.3, 29.5, 31.4, 34.2, 60.0, 127.8, 127.9, 129.9, 130.0, 173.6.

**Synthesis of 2002:** To 660ml of freshly distilled toluene in a 2L multineck RB flask fitted with reflux condenser under argon was added sodium pieces (41.1g, 1.785 mol). To this was added TMSCl (192 mL, 1.499 mol) slowly and heated to 40°C after addition. Then a solution of **2001**(110g, 0.357 mol) in 275ml of freshly distilled toluene was added slowly by maintaining the reaction temperature at 40°C over a period of 1hr. It was then refluxed for 2-3hrs. After 3hrs the reaction mass turned pale purple in color (TLC). Heating was stopped and the reaction mass was cooled to room temperature, filtered through a pad of celite and washed with toluene. (**CAUTION:** The reaction mixture contained unreacted sodium pieces). The filtrate obtained was stirred with 3L of sat. $NH_4Cl$ solution for 15 – 20 minutes until the silyl ether converted to the required -keto alcohol. The organic layer was separated and the aqueous layer was washed with ethyl acetate (3x1000ml). The combined organic layer was washed with brine (1L), dried over sodium sulfate, filtered and evaporated at reduced pressure to obtain the crude material, which was purified by silica gel chromatography using hexane/ethyl acetate as eluent. The product got eluted at 3% ethyl acetate in hexane to get 2002 (44 g, 47%) as a pale yellow liquid. **$^{1}$H NMR (400MHz, $CDCl_3$):** δ 0.89 (t, 6H, J = 7.2Hz), 1.2-1.3 (m, 30H), 1.53 (m, 1H), 1.62 (m,2H), 1.8 (m,1H), 2.04 (q, 8H, $J_1$=6.8Hz, $J_2$=6.8Hz), 2.43 (m, 2H), 2.76 (t, 4H, J = 6.4Hz), 3.49 (d, 1H, J=4.8Hz) 4.16 (m, 1H), 5.34 (m, 8H).**$^{13}$C NMR (100MHz, $CDCl_3$): δ** 14.1, 22.6, 23.6, 24.8, 25.6, 27.2, 29.1, 29.2, 29.24, 29.3, 29.4, 29.56, 29.6, 31.5, 33.7, 37.8, 76.3, 127.8, 127.9, 129.9, 130.0, 212.4.

**Synthesis of 2003:** A solution of 2002 (44g, 83 mol) in methanol/DCM mixture (490 mL, DCM was added to make the solution homogeneous) under argon was cooled below 0°C using ice-salt mixture. Sodium borohydride (4.7g, 125 mmol)was added in one lot to the

reaction mass. The suspension was stirred for 2hrs, and the mass temperature slowly raised to RT. After 2hrs the reaction mass became homogeneous. TLC showed the absence of starting material. The reaction was quenched with 100ml of water, and concentrated to remove excess solvent. The residue obtained was again diluted with water (500ml), and extracted with DCM (4x500ml). The combined organic layer was washed with brine (500ml), dried over sodium sulfate, filtered and evaporated at reduced pressure to obtain the crude product, which was purified by silica gel chromatography using hexane /ethyl acetate as eluent. The product eluted from 4% to 20% of ethyl acetate in hexane to get **2003** (36g, 82%) as a white semisolid. **$^1$H NMR ($CDCl_3$):** δ 0.89 (t, 6H, J = 6.8Hz), 1.2-1.5 (m, 36H), 1.78(d, 1H, J = 4Hz), 1.95 (d, 1H, J = 4Hz), 2.04 (q, 8H, $J_1$ = 6.8 Hz, $J_2$= 6.8Hz), 2.77 (t, 4H, J = 6.4Hz), 3.40 (m, 1H), 3.61 (m, 1H), 5.34 (m, 8H). **$^{13}$C NMR ($CDCl_3$):** δ13.7, 22.2, 25.2, 25.3, 25.7, 26.8, 28.4, 28.9, 29.0, 29.1, 29.3, 30.8, 31.1, 33.2, 74.1, 74.3, 127.5, 127.6, 129.7, 129.8. MS: Molecular weight calculated for $C_{36}H_{66}O_2$ 530.51, Found: 531.52(M+H)

**Example 91: Synthesis of ALNY-152**

**Scheme 91**




To a solution of diol **2003** (2.1 g, 4.0 mmol), ketone **2004** (0.50 g, 4.3mmol) in toluene was added the PTSA (0.86 g, 5 mmol) and refluxed under Dean-Stock apparatus until there is no starting material left. Cooled the reaction mixture, evaporated, directly loaded on column chromatography and purified using 0-10% MeOH in $CH_2Cl_2$ to get 1.25 g of the pure compound **ALNY-152** in 50% yields. $^1$H NMR (400 MHz, $CDCl_3$) δ 5.46 – 5.24

(m, 8H), 4.09 – 3.93 (m, 1H), 3.65 – 3.42 (m, 2H), 2.84 – 2.68 (m, 5H), 2.47 – 2.30 (m, 3H), 2.27 – 2.16 (m, 7H), 2.04 (q, *J* = 6.8, 9H), 1.82 (qd, *J* = 12.4, 7.8, 2H), 1.46 (t, *J* = 19.0, 7H), 1.40 (s, 38H), 0.99 – 0.76 (m, 6H). Calc. mass for the $C_{42}H_{77}NO_2$: 628.07; found 628.5.

**Example 92: Synthesis of ALNY-220**

**Scheme 92**




Using a similar procedure used for the synthesis of **ALNY-152**, using 1.06 g (2 mmol) of **2003** and 400 mg (2.5 mmol) of the amine **2006**, 0.7 g (56%) the ketalized product **ALNY-220** was isolated after column purification. $^{1}$H NMR (400 MHz, $CDCl_3$) δ 5.44 – 5.24 (m, 8H), 5.02 – 4.83 (m, 1H), 3.87 (dd, *J* = 17.2, 14.0, 1H), 3.51 (dd, *J* = 15.2, 8.5, 1H), 2.72 (dt, *J* = 9.5, 5.0, 4H), 2.32 – 2.25 (m, 2H), 2.22 (s, 6H), 2.11 – 1.94 (m, 9H), 1.68 – 1.38 (m, 11H), 1.38 – 1.18 (m, 35H), 0.84 (dt, *J* = 10.7, 5.9, 6H). Calc. mass for the $C_{42}H_{77}NO_2$: 628.07; found 628.5.

**Preparation of Compound ALNY-158:**




ALNY-158

**Preparation of Compound 2008:** Using similar ketalyzation procedure as compound **ALNY-220**, using *N*-Cbz-4-amino cyclohexanone **2007** (1.5 g, 6.0 mmol, 1.0 eq), dilinoleyl diol **2003** (3.38 g, 6.0 mmol, 1.0 eq) and PTSA (0.11 g, 0.6 mmol, 0.1 eq), which gave 3.31 g (69%) of the pure corresponding ketal **2008.** $^{1}$H NMR (400 MHz, $CDCl_3$) δ 7.45 – 7.24 (m, 5H), 5.47 – 5.24 (m, 8H), 5.06 (d, *J* = 10.8, 1H), 4.63 (d, *J* = 7.4, 1H), 3.97 (s, 1H), 3.55 (d, *J* = 3.7, 2H), 2.76 (t, *J* = 6.4, 4H), 2.04 (q, *J* = 6.7, 8H), 1.91 (s, 2H), 1.81 – 1.59 (m, 3H), 1.56 – 1.42 (m, 8H), 1.42 – 1.15 (m, 31H), 0.88 (t, *J* = 6.8, 6H).Calc. mass for the $C_{50}H_{81}NO_4$: 759.62; found 786 (+Na).

**Preparation of Compound 2009:** Used similar experimental procedure described earlier, using *N*-Cbz ketal **24** (2.42 g, 3.0 mmol, 1.0 eq), 1M LAH in THF (4.6 mL, 4.6 mmol,

1.5 eq), this gave 2.17 g of the compound **2009** in quantitative yields. $^{1}$H NMR (400 MHz, $CDCl_3$) δ 5.49 – 5.12 (m, 8H), 4.69 (s, 1H), 3.98 (d, *J* = 5.9, 1H), 3.56 (d, *J* = 3.7, 1H), 2.76 (t, *J* = 6.2, 4H), 2.37 (s, 3H), 2.13 – 1.93 (m, 8H), 1.92 – 1.63 (m, 5H), 1.60 – 1.40 (m, 8H), 1.40 – 1.14 (m, 34H), 0.88 (t, *J* = 6.8, 6H). Calc. mass for the $C_{43}H_{77}NO_2$: 639.6; found 640.3.

**Preparation of Compound 2010:** To a stirred solution of *N*-methyl ketal **2009** (2.0 g, 3.0 mmol, 1.0 eq), triethyl amine (1.3 mL, 9.0 mmol, 3.0 eq) in dichloromethane at 0 °C was added solid Z-OSu portions wise and continued the reaction at room temperature under argon for overnight. After completion of the reaction, diluted with dichloromethane, washed with water, brine, dried on $MgSO_4$, concentrated and purified by column chromatography using hexane : ethylacetate (20%) as gradients to get 1.94 g (80%) of the pure Cbz-protected ketal **2009**. $^{1}$H NMR (400 MHz, $CDCl_3$) δ 7.50 – 7.16 (m, 5H), 5.49 – 5.24 (m, 8H), 5.15 (d, *J* = 15.4, 2H), 4.04 (dd, *J* = 59.3, 9.4, 1H), 3.72 – 3.43 (m, 1H), 2.77 (dd, *J* = 13.2, 6.5, 8H), 2.04 (q, *J* = 6.7, 8H), 1.93 – 1.68 (m, 4H), 1.66 – 1.55 (m, 3H), 1.48 (d, *J* = 5.1, 6H), 1.38 – 1.17 (m, 30H), 0.88 (t, *J* = 6.7, 6H).Calc. mass for the $C_{51}H_{83}NO_4$: 773.6; found 774.3.

**Preparation of Compound ALNY-158**: Used similar experimental procedure as described earlier, using *N*-Cbz-ketal **2010** (1.48 g, 1.85 mmol, 1.0 eq), 1M LAH in THF (2.77 mL, 2.77 mmol, 1.5 eq), this gave 1.0 g of the compound **ALNY-158** in 79% yield. $^{1}$H NMR (400 MHz, $CDCl_3$) δ 5.48 – 5.13 (m, 8H), 3.97 (d, *J* = 5.8, 1H), 3.55 (d, *J* = 4.2, 1H), 2.76 (t, *J* = 6.3, 4H), 2.27 (s, 6H), 2.23 – 2.12 (m, 1H), 2.04 (q, *J* = 6.7, 8H), 1.80 (dt, *J* = 16.5, 10.8, 3H), 1.65 (t, *J* = 10.2, 1H), 1.60 – 1.42 (m, 8H), 1.42 – 1.16 (m, 32H), 0.88 (t, *J* = 6.8, 6H). $^{13}$C NMR (101 MHz, $cdcl_3$) δ 130.41, 130.32, 128.20, 128.13, 107.86, 107.39, 81.06, 80.95, 78.03, 77.98, 77.54, 77.22, 76.90, 62.74, 62.69, 42.07, 42.02, 37.20, 35.80, 35.18, 34.08, 33.59, 33.43, 31.74, 30.12, 29.98, 29.91, 29.87, 29.78, 29.69, 29.64, 29.57, 29.50, 29.47, 27.45, 27.42, 26.55, 26.43, 26.41, 26.37, 26.13, 25.85, 25.80, 22.79, 14.29. Calc. mass for the $C_{44}H_{79}NO_2$: 653.6; found 654.3.

**Preparation of ALNY-155:**




**Preparation of Compound 2012:** Used similar ketalyzation procedure as compound **ALNY-152**, using 1-*N*-Cbz-pyrrolidinone **2011** (1.61 g, 7.37 mmol, 1.0 eq), dilinoleyl diol **2003** (4.16 g, 7.37 mmol, 1.0 eq) and PTSA (0.14 g, 0.73 mmol, 0.1 eq), which gave 3.2 g (57%) of the pure corresponding ketal **2012**. $^1$H NMR (400 MHz, $CDCl_3$) δ 7.41 – 7.26 (m, 5H), 5.48 – 5.23 (m, 8H), 5.12 (s, 2H), 3.98 (m, 1H), 3.66 – 3.29 (m, 5H), 2.76 (t, *J* = 6.4, 4H), 2.00 (dq, *J* = 14.5, 6.9, 11H), 1.54 – 1.15 (m, 41H), 0.88 (t, *J* = 6.8, 6H). Calc. mass for the $C_{48}H_{77}NO_4$: 731.5; found 732.0.

**Preparation of ALNY-155:** Used similar experimental procedure as described earlier, using *N*-Cbz-ketal **2012** (1.01 g, 1.33 mmol, 1.0 eq), 1M LAH in THF (2.0 mL, 2.0 mmol, 1.5 eq), this gave 0.61 g of the compound **ALNY-155** in 72% yield. $^1$H NMR (400 MHz, $CDCl_3$) δ 5.47 – 5.16 (m, 8H), 4.00 – 3.77 (m, 1H), 2.76 (t, *J* = 6.4, 4H), 2.62 – 2.37 (m, 3H), 2.30 (s, 3H), 2.15 – 1.90 (m, 11H), 1.57 – 1.15 (m, 42H), 0.88 (t, *J* = 6.8, 6H). $^{13}$C NMR (101 MHz, $cdcl_3$) δ 130.41, 130.32, 128.21, 128.13, 115.42, 114.88, 114.78, 81.46, 81.22, 78.51, 78.21, 77.54, 77.22, 76.91, 66.74, 66.55, 66.34, 55.28, 55.00, 54.84, 42.70, 39.13, 38.78, 33.38, 33.20, 31.74, 29.88, 29.66, 29.64, 29.57, 29.51, 29.47, 29.41, 27.45, 27.42, 26.41, 26.25, 26.22, 25.85, 22.79, 14.29. Calc. mass for the C41H73NO2: 611.5; found 612.3.

**Preparation of ALNY-156:**




**Preparation of Compound 2014:** Used similar ketalyzation procedure as compound **ALNY-152**, using 1-*N*-Cbz-piperidone **2013** (1.0 g, 4.29 mmol, 1.0 eq), dilinoleyl diol **2003** (2.4 g, 4.29 mmol, 1.0 eq) and PTSA (0.08 g, 0.43 mmol, 0.1 eq), which gave 2.74 g (71%) of the pure corresponding ketal **2014**. $^1$H NMR (400 MHz, $CDCl_3$) δ 7.42 – 7.21 (m, 5H), 5.46 – 5.22 (m, 8H), 5.11 (s, 2H), 4.01 (d, *J* = 7.1, 1H), 3.68 – 3.43 (m, 5H), 2.81 – 2.66 (m, 4H), 2.04 (q, *J* = 6.7, 8H), 1.76 – 1.40 (m, 9H), 1.40 – 1.15 (m, 32H), 0.88 (t, *J* = 6.8, 6H). Calc. mass for the $C_{49}H_{79}NO_4$: 745.6; found 746.3.

**Preparation of ALNY-156:** Used similar experimental procedure as described earlier, using *N*-Cbz-ketal **2014** (2.72 g, 3.52 mmol, 1.0 eq), 1M LAH in THF (5.27 mL, 5.27 mmol, 1.5 eq), this gave 2.13 g of the compound **ALNY-156** in 93% yield. $^1$H NMR (400 MHz, $CDCl_3$) δ 5.52 – 5.20 (m, 8H), 4.09 – 3.92 (m, 1H), 3.61 (s, 1H), 2.79 (t, *J* = 6.5, 4H), 2.49 (s, 4H), 2.31 (s, 3H), 2.07 (q, *J* = 6.8, 8H), 1.75 (dd, *J* = 11.5, 5.8, 4H), 1.52 (m, 5H), 1.43 – 1.19 (m, 31H), 0.91 (t, *J* = 6.9, 6H). $^{13}$C NMR (101 MHz, $CDCl_3$) δ 130.22, 130.12, 128.01, 127.92, 105.99, 105.51, 80.73, 77.82, 77.35, 77.23, 77.03, 76.71, 53.80, 53.61, 53.54, 45.98, 38.07, 36.53, 35.24, 33.27, 31.54, 29.74, 29.70, 29.66, 29.46, 29.45, 29.36, 29.27, 27.24, 27.21, 26.24, 26.14, 25.64, 22.59, 14.10. Calc. mass for the $C_{42}H_{75}NO_2$: 625.5; found 626.2.

**Preparation of ALNY-227:**




ALNY-227

To a stirred solution of dilinoleyl diol **2003** (1.0 g, 1.8 mmol, 1.0 eq), *N,N*-dimethyl butyric acid hydrochloride **2015** (0.89 g, 5.37 mmol, 3.0 eq), DIPEA (2.0 mL, 10.8 mmol, 6.0 eq) in dichloromethane was added solid EDCI (0.76 g, 3.96 mmol, 2.2 eq), DMAP (0.04 g, 0.36 mmol, 0.2 eq) portions wise and continued at room temperature. After completion of the reaction was diluted with dichloromethane, washed with saturated solution of $NaHCO_3$, brine and combined organics were dried over $MgSO_4$, evaporated the solvent, and the reaction mixture is purified by column chromatography using dichloromethane and methanol (5%) as gradients to get pure bis-ester **ALNY-227**.

**Preparation of bis-MC2 derivative ALNY-239:**




ALNY-239

Prepared the bis-MC2 analog (**ALNY-239**) by similar experimental conditions as compound **ALNY-238**, using dilinoleyl diol **2003** (1.0 g, 1.8 mmol, 1.0 eq), *N,N*-dimethyl propionic acid hydrochloride (0.82 g, 5.37 mmol, 3.0 eq), DIPEA (2.0 mL, 10.8

mmol, 6.0 eq) in dichloromethane was added solid EDCI (0.76 g, 3.96 mmol, 2.2 eq), DMAP (0.04 g, 0.36 mmol, 0.2 eq) to get pure bis ester of the MC2 derivative **ALNY-239**. Calc. mass for the $C_{46}H_{84}N_2O_4$: 729.1; found 729.5.

The various embodiments described above can be combined to provide further embodiments. All of the U.S. patents, U.S. patent application publications, foreign patents, foreign patent applications and non-patent publications referred to in this specification and/or listed in the Application Data Sheet, U.S.S.N. 61/113,179, filed November 10, 2008; U.S.S.N. 61/154,350, filed February 20, 2009; U.S.S.N. 61/171,439, filed April 21, 2009; U.S.S.N. 61/185,438, filed June 9, 2009; U.S.S.N. 61/225,898, filed July 15, 2009; and U.S.S.N. 61/234,098, filed August 14, 2009are incorporated herein by reference, in their entirety. Aspects of the embodiments can be modified, if necessary to employ concepts of the various patents, applications and publications to provide yet further embodiments.

These and other changes can be made to the embodiments in light of the above-detailed description. In general, in the following claims, the terms used should not be construed to limit the claims to the specific embodiments disclosed in the specification and the claims, but should be construed to include all possible embodiments along with the full scope of equivalents to which such claims are entitled. Accordingly, the claims are not limited by the disclosure.

## CLAIMS

We claim:

1. A lipid having the structure of formula I



**I**

, salts or isomers thereof, wherein:

$R_1$ and $R_2$ are each independently for each occurrence optionally substituted $C_{10}$-$C_{30}$ alkyl, optionally substituted $C_{10}$-$C_{30}$ alkoxy, optionally substituted $C_{10}$-$C_{30}$ alkenyl, optionally substituted $C_{10}$-$C_{30}$ alkenyloxy, optionally substituted $C_{10}$-$C_{30}$ alkynyl, optionally substituted $C_{10}$-$C_{30}$ alkynyloxy, or optionally substituted $C_{10}$-$C_{30}$ acyl, or –linker-ligand;

$R_3$ is independently for each occurrence H, optionally substituted $C_1$-$C_{10}$ alkyl, optionally substituted $C_2$-$C_{10}$ alkenyl, optionally substituted $C_2$-$C_{10}$ alkynyl, optionally substituted alkylheterocycle, optionally substituted heterocyclealkyl, optionally substituted alkylphosphate, optionally substituted phosphoalkyl, optionally substituted alkylphosphorothioate, optionally substituted phosphorothioalkyl, optionally substituted alkylphosphorodithioate, optionally substituted phosphorodithioalkyl, optionally substituted alkylphosphonate, optionally substituted phosphonoalkyl, optionally substituted amino, optionally substituted alkylamino, optionally substituted di(alkyl)amino, optionally substituted aminoalkyl, optionally substituted alkylaminoalkyl, optionally substituted di(alkyl)aminoalkyl, optionally substituted hydroxyalkyl, optionally substituted polyethylene glycol (PEG, mw 100-40K), optionally substituted mPEG (mw 120-40K), optionally substituted heteroaryl, or optionally substituted heterocycle, or linker-ligand;

X and Y are each independently -O-, -S-, alkylene, -N(Q)-, -C(O)-, -O(CO), -OC(O)N(Q)-, -N(Q)C(O)O-, -C(O)O, -OC(O)O-, -OS(O)($Q_2$)O-, or -OP(O)($Q_2$)O-;

Q is H, alkyl, ω-aminoalkyl, ω-(substituted)aminoalkyl, ω-phosphoalkyl, or ω-thiophosphoalkyl;

$Q_1$ is independently for each occurrence O or S;

$Q_2$ is independently for each occurrence O, S, N(Q)(Q), alkyl or alkoxy;

$A_1$, and $A_2$ are each independently -O-, -S-, -$CH_2$-, -$CHR^5$-, -$CR^5R^5$-, -CHF- or -$CF_2$-;

Z is N, or C($R_3$); and

m and n are each independently 0 to 5, where m and n taken together result in a 3, 4, 5, 6, 7 or 8 member ring.

2. The lipid of claim 1, selected from the group consisting of:

| | |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| | |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  | |

3. A lipid having the structure of formula XXXV



**XXXV**

, salts or isomers thereof, wherein:

$R_1$ and $R_2$ are each independently for each occurrence optionally substituted $C_{10}$-$C_{30}$ alkyl, optionally substituted $C_{10}$-$C_{30}$ alkoxy, optionally substituted $C_{10}$-$C_{30}$ alkenyl, optionally substituted $C_{10}$-$C_{30}$ alkenyloxy, optionally substituted $C_{10}$-$C_{30}$ alkynyl, optionally substituted $C_{10}$-$C_{30}$ alkynyloxy, or optionally substituted $C_{10}$-$C_{30}$ acyl, or –linker-ligand;

$R_3$ is independently for each occurrence H, optionally substituted $C_1$-$C_{10}$ alkyl, optionally substituted $C_2$-$C_{10}$ alkenyl, optionally substituted $C_2$-$C_{10}$ alkynyl, optionally substituted alkylheterocycle, optionally substituted heterocyclealkyl, optionally substituted alkylphosphate, optionally substituted phosphoalkyl, optionally substituted alkylphosphorothioate, optionally substituted phosphorothioalkyl, optionally substituted alkylphosphorodithioate, optionally substituted phosphorodithioalkyl, optionally substituted alkylphosphonate, optionally substituted phosphonoalkyl, optionally substituted amino, optionally substituted alkylamino, optionally substituted di(alkyl)amino, optionally substituted aminoalkyl, optionally substituted alkylaminoalkyl, optionally substituted di(alkyl)aminoalkyl, optionally substituted hydroxyalkyl, optionally substituted polyethylene glycol (PEG, mw 100-40K), optionally substituted mPEG (mw 120-40K), optionally substituted heteroaryl, or optionally substituted heterocycle, or linker-ligand; or,

each $R_3$ taken together with the atom to which they are attached are a 3-8 membered optionally substituted cycloalkyl group or a 3-8 membered optionally substituted heterocycle group;

X and Y are each independently -O-, -S-, alkylene, -N(Q)-, -C(O)-, -O(CO)-, -OC(O)N(Q)-, -N(Q)C(O)O-, -C(O)O, -OC(O)O-, -OS(O)($Q_2$)O-, or -OP(O)($Q_2$)O-;

Q is H, alkyl, ω-aminoalkyl, ω-(substituted)aminoalkyl, ω-phosphoalkyl, or ω-thiophosphoalkyl;

$Q_1$ is independently for each occurrence O or S; and,

$Q_2$ is independently for each occurrence O, S, N(Q)(Q), alkyl or alkoxy;

4. The lipid of claim 3, selected from the group consisting of:

| | |
|---|---|
|  |  |
|  |  |

| | |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

5. A lipid particle comprising a lipid of claims 1 to 4.

6. The lipid particle of claim 4, comprising the lipid of claims 2 and 3.

7. The lipid particle of claim 4, wherein the particle further comprises a neutral lipid and a lipid capable of reducing aggregation.

8. The lipid particle of claim 6, wherein the lipid particle consists essentially of

   a. Lipid of claim 2;

   b. a neutral lipid selected from DSPC, DPPC, POPC, DOPE and SM;

   c. sterol; and

   d. PEG-DMG,

   in a molar ratio of about 20-60% lipid:5-25% neutral lipid:25-55% sterol:0.5-15% PEG-DMG or PEG-DMA.

9. The lipid particle of claim 4, further comprising a therapeutic agent.

10. The lipid particle of claim 8, wherein the therapeutic agent is a nucleic acid.

11. The lipid particle of claim 9, wherein the nucleic acid is a plasmid.

12. The lipid particle of claim 9, wherein the nucleic acid is an immunostimulatory oligonucleotide.

13. The lipid particle of claim 9, wherein the nucleic acid is selected from the group consisting of an siRNA, an antisense oligonucleotide, a microRNA, an antagomir, an aptamer, and a ribozyme.

14. The lipid particle of claim 12, wherein the nucleic acid is an siRNA.

15. A pharmaceutical composition comprising a lipid particle of claim 9 and a pharmaceutically acceptable excipient, carrier, or diluent.

16. A method of modulating the expression of a target gene in a cell, comprising providing to a cell the lipid particle of claim 8.

17. The method of claim 15, wherein the therapeutic agent is selected from an siRNA, an antagomir, an antisense oligonucleotide, and a plasmid capable of expressing an siRNA, a ribozyme, an aptamer or an antisense oligonucleotide.

18. The method of claim 15, wherein the nucleic acid is a plasmid that encodes the polypeptide or a functional variant or fragment thereof, such that expression of the polypeptide or the functional variant or fragment thereof is increased.

19. A method of treating a disease or disorder characterized by overexpression of a polypeptide in a subject, comprising providing to the subject the pharmaceutical composition of claim 14, wherein the therapeutic agent is selected from an siRNA, a microRNA, an antisense oligonucleotide, and a plasmid capable of expressing an siRNA, a microRNA, or an antisense oligonucleotide, and wherein the siRNA, microRNA, or antisense RNA comprises a polynucleotide that specifically binds to a polynucleotide that encodes the polypeptide, or a complement thereof.

20. A method of treating a disease or disorder characterized by underexpression of a polypeptide in a subject, comprising providing to the subject the pharmaceutical composition of claim 14, wherein the therapeutic agent is a plasmid that encodes the polypeptide or a functional variant or fragment thereof.

21. A method of inducing an immune response in a subject, comprising providing to the subject the pharmaceutical composition of claim 14, wherein the therapeutic agent is an immunostimulatory oligonucleotide.
22. The method of claim 20, wherein the pharmaceutical composition is provided to the patient in combination with a vaccine or antigen.
23. A vaccine comprising the lipid particle of claim 10 and an antigen associated with a disease or pathogen.
24. The vaccine of claim 22, wherein said antigen is a tumor antigen.
25. The vaccine of claim 22, wherein said antigen is a viral antigen, a bacterial antigen, or a parasitic antigen.
26. The lipid particle of claim 7, wherein the molar ratio is 52% lipid:5% neutral lipid:30% sterol:13% PEG-DMG.
27. The method of claim 15, wherein the target gene is selected from the group consisting of Factor VII, Eg5, PCSK9, TPX2, apoB, SAA, TTR, RSV, PDGF beta gene, Erb-B gene, Src gene, CRK gene, GRB2 gene, RAS gene, MEKK gene, JNK gene, RAF gene, Erk1/2 gene, PCNA(p21) gene, MYB gene, JUN gene, FOS gene, BCL-2 gene, Cyclin D gene, VEGF gene, EGFR gene, Cyclin A gene, Cyclin E gene, WNT-1 gene, beta-catenin gene, c-MET gene, PKC gene, NFKB gene, STAT3 gene, survivin gene, Her2/Neu gene, SORT1 gene, XBP1 gene, topoisomerase I gene, topoisomerase II alpha gene, p73 gene, p21(WAF1/CIP1) gene, p27(KIP1) gene, PPM1D gene, RAS gene, caveolin I gene, MIB I gene, MTAI gene, M68 gene, tumor suppressor genes, and p53 tumor suppressor gene.
28. The method of claim 26, wherein the target gene contains one or more mutations.

**Figure 1.**




n= 1-10

X= NH(CO), (CO)NH, NH(CO)O
O(CO)NH, O, NH(CO)NH, S-S

R= $CH_3$, $-(CH_2)_{1-10}-$,

Y= $(CH_2)n$- GalNAc, Mannose, Lactose, Glucose, Fucose

Y= $(CH_2)n$- $(GalNAc)_2$, $(Mannose)_2$,( $Lactose)_2$, $(Glucose)_2$, $(Fucose)_2$

Y= $(CH_2)n$- $(GalNAc)_3$, $(Mannose)_3$,( $Lactose)_3$, $(Glucose)_3$, $(Fucose)_3$

Y= $(CH_2$-$CH_2$-O)a- GalNAc, Mannose, Lactose, Glucose, Fucose

Y= $(CH_2$-$CH_2$-O)a- $(GalNAc)_2$, $(Mannose)_2$,( $Lactose)_2$, $(Glucose)_2$, $(Fucose)_2$

Y= $(CH_2$-$CH_2$-O)a- $(GalNAc)_3$, $(Mannose)_3$,( $Lactose)_3$, $(Glucose)_3$, $(Fucose)_3$

a = 1-100

**Figure 2.**




n= 1-10

X= NH(CO), (CO)NH, NH(CO)O
O(CO)NH, O, NH(CO)NH, S-S

R= $CH_3$, $-(CH_2)_{1-10}-$,

Y= $(CH_2)n$-GalNAc, Mannose, Lactose, Glucose, Fucose

Y= $(CH_2)n$- $(GalNAc)_2$, $(Mannose)_2$,( $Lactose)_2$, $(Glucose)_2$, $(Fucose)_2$

Y= $(CH_2)n$- $(GalNAc)_3$, $(Mannose)_3$,( $Lactose)_3$, $(Glucose)_3$, $(Fucose)_3$

Y= $(CH_2$-$CH_2$-O)a- GalNAc, Mannose, Lactose, Glucose, Fucose

Y= $(CH_2$-$CH_2$-O)a- $(GalNAc)_2$, $(Mannose)_2$,( $Lactose)_2$, $(Glucose)_2$, $(Fucose)_2$

Y= $(CH_2$-$CH_2$-O)a- $(GalNAc)_3$, $(Mannose)_3$,( $Lactose)_3$, $(Glucose)_3$, $(Fucose)_3$

a = 1-100

**Figure 3**




n= 1-10

X= NH(CO), (CO)NH, NH(CO)O
O(CO)NH, O, NH(CO)NH, S-S

R= $CH_3$, $-(CH_2)_{1-10}-$,

Y= $(CH_2)$n- GalNAc, Mannose, Lactose, Glucose, Fucose

Y= $(CH_2)$n- $(GalNAc)_2$, $(Mannose)_2$,( $Lactose)_2$, $(Glucose)_2$, $(Fucose)_2$

Y= $(CH_2)$n- $(GalNAc)_3$, $(Mannose)_3$,( $Lactose)_3$, $(Glucose)_3$, $(Fucose)_3$

Y= $(CH_2$-$CH_2$-O)a- GalNAc, Mannose, Lactose, Glucose, Fucose

Y= $(CH_2$-$CH_2$-O)a- $(GalNAc)_2$, $(Mannose)_2$,( $Lactose)_2$, $(Glucose)_2$, $(Fucose)_2$

Y= $(CH_2$-$CH_2$-O)a- $(GalNAc)_3$, $(Mannose)_3$,( $Lactose)_3$, $(Glucose)_3$, $(Fucose)_3$

a = 1-100

**Figure 4.**



Figure 5.


Linkage
n
Y
X
m
Head Group
Backbone
Hydrophobic tail
Head Group
Y
X
m

Figure 6.



# INTERNATIONAL SEARCH REPORT

International application No.
PCT/US 09/63933

**A. CLASSIFICATION OF SUBJECT MATTER**

IPC(8) - A01N 43/04 (2010.01)
USPC - 514/44R

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
USPC- 514/44R

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched
USPC- 514/26; 514/44A; 435/375; 435/455 (text search)

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)
PubWEST (USPT, PGPB, EPAB, JPAB), Google Patents/Scholar: cationic lipid, nucleic acid, dioxolane, dithiolane, pyrrole, cyclopenta, dioxole, benzodioxole, pyridinyl

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| Y | US 4,910,310 A (Campbell et al.) 20 March 1990 (20.03.1990) col 3, compound 8, ln 57-65 | 1 |
| Y | US 2006/0240554 A1 (Chen et al.) 26 October 2006 (26.10.2006) para [0019], [0029]-[0030] | 1 |

☐ Further documents are listed in the continuation of Box C. ☐

* Special categories of cited documents:

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier application or patent but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 23 March 2010 (23.03.2010) | 09 APR 2010 |

| Name and mailing address of the ISA/US | Authorized officer: |
|---|---|
| Mail Stop PCT, Attn: ISA/US, Commissioner for Patents<br>P.O. Box 1450, Alexandria, Virginia 22313-1450<br>Facsimile No. 571-273-3201 | Lee W. Young<br>PCT Helpdesk: 571-272-4300<br>PCT OSP: 571-272-7774 |

**INTERNATIONAL SEARCH REPORT**

International application No.
PCT/US 09/63933

**Box No. II Observations where certain claims were found unsearchable (Continuation of item 2 of first sheet)**

This international search report has not been established in respect of certain claims under Article 17(2)(a) for the following reasons:

1. ☐ Claims Nos.:
because they relate to subject matter not required to be searched by this Authority, namely:

2. ☐ Claims Nos.:
because they relate to parts of the international application that do not comply with the prescribed requirements to such an extent that no meaningful international search can be carried out, specifically:

3. ☒ Claims Nos.: 5-28
because they are dependent claims and are not drafted in accordance with the second and third sentences of Rule 6.4(a).

**Box No. III Observations where unity of invention is lacking (Continuation of item 3 of first sheet)**

This International Searching Authority found multiple inventions in this international application, as follows:
This application contains the following inventions or groups of inventions which are not so linked as to form a single general inventive concept under PCT Rule 13.1. In order for all inventions to be examined, the appropriate additional examination fees must be paid.

Group I: claims 1-2, drawn to a lipid of Formula I.

Group II+: claims 3-4, drawn to a lipid of Formula XXXV. Should an additional fee(s) be paid, Applicant is invited to elect a specific lipid to be searched .

The inventions listed as Groups I-II+ do not relate to a single general inventive concept under PCT Rule 13.1 because, under PCT Rule 13.2, they lack the same or corresponding special technical features for the following reasons:

- Please see extra sheet for continuation -

1. ☐ As all required additional search fees were timely paid by the applicant, this international search report covers all searchable claims.

2. ☐ As all searchable claims could be searched without effort justifying additional fees, this Authority did not invite payment of additional fees.

3. ☐ As only some of the required additional search fees were timely paid by the applicant, this international search report covers only those claims for which fees were paid, specifically claims Nos.:

4. ☒ No required additional search fees were timely paid by the applicant. Consequently, this international search report is restricted to the invention first mentioned in the claims; it is covered by claims Nos.:
1-2

**Remark on Protest**

☐ The additional search fees were accompanied by the applicant's protest and, where applicable, the payment of a protest fee.

☐ The additional search fees were accompanied by the applicant's protest but the applicable protest fee was not paid within the time limit specified in the invitation.

☐ No protest accompanied the payment of additional search fees.

**INTERNATIONAL SEARCH REPORT**

International application No.
PCT/US 09/63933

******************************************** SUPPLEMENTAL BOX ****************************************************

Continuation of: Box NO III. Observations where unity of invention is lacking

The special technical feature of the inventions listed as Groups I-II+ is a lipid of the specific formula recited therein. The inventions do not share a special technical feature, because US 7,244,522 B2 to Gunsel et al. (hereinafter 'Gunsel') discloses a lipid having the structure of formula XXXV (col 5, ln 1-15); wherein:
R1 and R2 are each independently for each occurrence optionally substituted C10-C30 alkyl (col 5, ln 58-63);
R3 is independently for each occurrence H (col 5, ln 1-15);
X and Y are each independently alkylene (col 5, ln 1-15), and therefore no significant structural similarities that improve over Gunsel can readily be ascertained among the lipids. Without a shared special technical feature, the inventions lack unity with one another.

The special technical feature of the inventions listed as Groups II+ is a specific lipid recited therein. The inventions do not share a special technical feature, because Gunsel discloses the common core of said lipids, as set forth in the immediately preceding paragraph. Without a shared special technical feature, the inventions lack unity with one another.

Groups I-II+ therefore lack unity under PCT Rule 13 because they do not share a same or corresponding special technical feature.

# Joint Claim Construction Brief

# EXHIBIT 30

USA

SPIKEVAX (COVID-19 Vaccine, mRNA) Now Approved! Learn more

# About us

browse:

- Our mission
- Leadership
- Our story

We set out to change the world and make mRNA medicines a reality for humanity.




## We’re making biotech history

Messenger RNA is not new technology, but we are discovering new ways to use it to treat and prevent illnesses and diseases. Since our founding in 2010, we have worked to build the industry's leading mRNA technology platform.



2010

## Moderna incorporates

Moderna’s name combines the words "modified" and "RNA", which happens to contain the word "modern.”

2011

## Operations started

Moderna begins research into the production of mRNA medicines. Stéphane Bancel joins as founding CEO.

2014

## Expansion

New headquarters and labs open in Cambridge, Massachusetts.

2015

## First human dose of flu vaccine

Moderna initiates first-in-human dose of an mRNA vaccine (mRNA-1440), an H10N8 flu vaccine candidate.

2016

## New lease signed

Lease signed to build 200,000 sq ft GMP mRNA clinical manufacturing facility in Norwood, MA

2017

## First human dose of multivalent vaccine

Moderna initiates first-in-human dosing for mRNA-1653, a combination vaccine with the potential to protect against more than one disease – human metapneumovirus (hMPV virus) and parainfluenza virus.

2018

## New facility opens

Moderna opens its state-of-the-art clinical development site in Norwood, MA.

2019

## First antibody encoded by mRNA

Moderna announces dosing of the first antibody encoded by mRNA in a clinical trial.

2020

## CDC recommendation

The U.S. Centers for Disease Control and Prevention votes to recommend the use of the Moderna COVID-19 vaccine in people 18 years of age and older in the U.S.

**2022**

## Moderna receives full approval for COVID-19 vaccine by U.S. FDA

The U.S. Food and Drug Administration (FDA) approved the Biologics License Application (BLA) for SPIKEVAX (COVID-19 Vaccine, mRNA) to prevent COVID-19 in individuals 18 years of age and older in the U.S.

**Investors**

Investors overview

**Newsroom**

News and media 2023

Media kit

**Patents**

Patents

**Media Center**

All media

Blogs

Videos

Podcasts

**Partnerships**

Strategic collaborators

**Careers**

Life at Moderna

People behind the science

Awards

Join our team

**Innovation Incubator**

New Venture Labs

Terms of use

Privacy statement

Cookie Statement

Contact Moderna

Sitemap

© 2024 Moderna, Inc.