# Joint Claim Construction Brief

# EXHIBIT 41

An official website of the United States government
Here's how you know



# 13/708,383 | 135399.03503:

## BIODEGRADABLE LIPIDS FOR THE DELIVERY OF ACTIVE AGENTS PUBLIC VIEW

| Application # | Confirmation # | Attorney Docket # | Patent # |
|---|---|---|---|
| 13/708,383 | 7946 | 135399.03503 | 9,061,063<br>Download PDF<br>Issued - 06/23/2015 |

| Filing or 371 (c) date | Status |
|---|---|
| 12/07/2012 | Patented Case 06/03/2015 |

Show/hide menu

## Continuity

### Parent data

| Application # | Description | Parent application # | Filing or 371 (c) date | Status | Patent # | AIA |
|---|---|---|---|---|---|---|
| 13/708,383 | Claims priority from a provisional application | 61/623,274 | 04/12/2012 | Expired | -- | - |
| 13/708,383 | Claims priority from a provisional application | 61/568,133 | 12/07/2011 | Expired | -- | - |

### Child data

| Application # | Filing or 371 (c) date | Status | Patent # | AIA | Description | Parent application # |
|---|---|---|---|---|---|---|
| 17/651,017 | 02/14/2022 | Patented | 11633479 | No | is a Continuation of | 13/708,383 |
| 18/589,688 | 02/28/2024 | Pending | - | No | is a Continuation of | 13/708,383 |
| 17/573,878 | 01/12/2022 | Patented | 11400158 | No | is a Continuation of | 13/708,383 |
| 17/651,029 | 02/14/2022 | Patented | 11590229 | No | is a Continuation of | 13/708,383 |
| 18/304,097 | 04/20/2023 | Pending | - | No | is a Continuation of | 13/708,383 |
| 17/651,038 | 02/14/2022 | Patented | 11612657 | No | is a Continuation of | 13/708,383 |
| 16/520,183 | 07/23/2019 | Patented | 11071784 | No | is a Continuation of | 13/708,383 |
| 18/594,172 | - | Pending | - | - | is a Continuation of | 13/708,383 |
| 17/302,311 | 04/29/2021 | Patented | 11246933 | No | is a Continuation of | 13/708,383 |
| 17/644,914 | 12/17/2021 | Patented | 11679158 | No | is a Continuation of | 13/708,383 |
| 17/651,023 | 02/14/2022 | Patented | 11633480 | No | is a Continuation of | 13/708,383 |
| 18/589,636 | 02/28/2024 | Pending | - | - | is a Continuation of | 13/708,383 |
| 14/677,801 | 04/02/2015 | Patented | 10369226 | No | is a Continuation of | 13/708,383 |

| Application # | Filing or 371 (c) date | Status | Patent # | AIA | Description | Parent application # |
|---|---|---|---|---|---|---|
| 17/644,907 | 12/17/2021 | Patented | 11382979 | No | is a Continuation of | 13/708,383 |
| 18/541,755 | 12/15/2023 | Pending | - | - | is a Continuation of | 13/708,383 |
| 17/302,310 | 04/29/2021 | Abandoned | - | No | is a Continuation of | 13/708,383 |
| 18/594,194 | 03/04/2024 | Pending | - | No | is a Continuation of | 13/708,383 |

## Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com Subscribe

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Follow us

Joint Claim Construction Brief

# EXHIBIT 42

US009061063B2

# (12) United States Patent
Maier et al.

(10) Patent No.: US 9,061,063 B2
(45) Date of Patent: Jun. 23, 2015

(54) **BIODEGRADABLE LIPIDS FOR THE DELIVERY OF ACTIVE AGENTS**

(71) Applicant: **ALNYLAM PHARMACEUTICALS, INC.**, Cambridge, MA (US)

(72) Inventors: **Martin Maier**, Cambridge, MA (US); **Muthusamy Jayaraman**, Cambridge, MA (US); **Akin Akinc**, Cambridge, MA (US); **Shigeo Matsuda**, Cambridge, MA (US); **Pachamuthu Kandasamy**, Malden, MA (US); **Kallanthottathil G. Rajeev**, Cambridge, MA (US); **Muthiah Manoharan**, Cambridge, MA (US)

(73) Assignee: **ALNYLAM PHARMACEUTICALS, INC.**, Cambridge, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/708,383**

(22) Filed: **Dec. 7, 2012**

(65) **Prior Publication Data**

US 2013/0195920 A1 Aug. 1, 2013

**Related U.S. Application Data**

(60) Provisional application No. 61/623,274, filed on Apr. 12, 2012, provisional application No. 61/568,133, filed on Dec. 7, 2011.

(51) **Int. Cl.**

| | |
|---|---|
| ***A61K 31/13*** | (2006.01) |
| ***C07D 229/00*** | (2006.01) |
| ***A61K 47/18*** | (2006.01) |
| ***C07D 317/30*** | (2006.01) |
| ***C07C 211/09*** | (2006.01) |
| ***C07C 211/10*** | (2006.01) |
| ***C07C 211/11*** | (2006.01) |
| ***C07C 217/08*** | (2006.01) |
| ***C07C 229/12*** | (2006.01) |
| ***C07C 327/22*** | (2006.01) |
| ***C07C 327/28*** | (2006.01) |
| ***C07C 327/32*** | (2006.01) |
| ***C07C 235/06*** | (2006.01) |
| ***C07C 251/38*** | (2006.01) |
| ***C07F 5/02*** | (2006.01) |
| ***C07D 233/54*** | (2006.01) |
| ***C07D 207/32*** | (2006.01) |
| ***C07D 295/08*** | (2006.01) |
| ***C07D 295/12*** | (2006.01) |
| ***C07D 295/14*** | (2006.01) |
| ***C07C 323/12*** | (2006.01) |
| ***C07C 323/58*** | (2006.01) |

(52) **U.S. Cl.**

CPC .............. ***A61K 47/18*** (2013.01); ***C07D 317/30*** (2013.01); ***C07C 211/09*** (2013.01); ***C07C 211/10*** (2013.01); ***C07C 211/11*** (2013.01); ***C07C 217/08*** (2013.01); ***C07C 229/12*** (2013.01); ***C07C 327/22*** (2013.01); ***C07C 327/28*** (2013.01); ***C07C 327/32*** (2013.01); ***C07C 235/06*** (2013.01); ***C07C 251/38*** (2013.01); ***C07F 5/022*** (2013.01); ***C07D 233/54*** (2013.01); ***C07D 207/32*** (2013.01); ***C07D 295/08*** (2013.01); ***C07D 295/12*** (2013.01); ***C07D 295/14*** (2013.01); ***C07C 323/12*** (2013.01); ***C07C 323/58*** (2013.01)

(58) **Field of Classification Search**

USPC .................................. 514/671; 554/103, 110

See application file for complete search history.

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO-2010054401 | A1 | 5/2010 |
| WO | WO-2011141704 | A1 | 11/2011 |
| WO | WO-2011141705 | A1 | 11/2011 |
| WO | WO-2011153493 | A2 | 12/2011 |

OTHER PUBLICATIONS

Chesnoy, et al., Structure and Function of Lipid-DNA Complexes for Gene Delivery, Annual Rev. Biophys. Biomol. Struct., 2009, 29:27-47.

International Search Report issued in PCT/US2012/068491 on Apr. 5, 2013.

*Primary Examiner* — Paul Zarek

(74) *Attorney, Agent, or Firm* — Blank Rome LLP

(57) **ABSTRACT**

The present invention relates to a cationic lipid having one or more biodegradable groups located in a lipidic moiety (e.g., a hydrophobic chain) of the cationic lipid. These cationic lipids may be incorporated into a lipid particle for delivering an active agent, such as a nucleic acid. The invention also relates to lipid particles comprising a neutral lipid, a lipid capable of reducing aggregation, a cationic lipid of the present invention, and optionally, a sterol. The lipid particle may further include a therapeutic agent such as a nucleic acid.

**32 Claims, No Drawings**

# BIODEGRADABLE LIPIDS FOR THE DELIVERY OF ACTIVE AGENTS

This application claims the benefit of U.S. Provisional Application No. 61/568,133, filed Dec. 7, 2011, and U.S. Provisional Application No. 61/623,274, filed Apr. 12, 2012, both of which are hereby incorporated by reference.

## TECHNICAL FIELD

The present invention relates to biodegradable lipids and to their use for the delivery of active agents such as nucleic acids.

## BACKGROUND

Therapeutic nucleic acids include, e.g., small interfering RNA (siRNA), micro RNA (miRNA), antisense oligonucleotides, ribozymes, plasmids, immune stimulating nucleic acids, antisense, antagomir, antimir, microRNA mimic, supermir, U1 adaptor, and aptamer. In the case of siRNA or miRNA, these nucleic acids can down-regulate intracellular levels of specific proteins through a process termed RNA interference (RNAi). The therapeutic applications of RNAi are extremely broad, since siRNA and miRNA constructs can be synthesized with any nucleotide sequence directed against a target protein. To date, siRNA constructs have shown the ability to specifically down-regulate target proteins in both in vitro and in vivo models. In addition, siRNA constructs are currently being evaluated in clinical studies.

However, two problems currently faced by siRNA or miRNA constructs are, first, their susceptibility to nuclease digestion in plasma and, second, their limited ability to gain access to the intracellular compartment where they can bind the protein RISC when administered systemically as the free siRNA or miRNA. Lipid nanoparticles formed from cationic lipids with other lipid components, such as cholesterol and PEG lipids, and oligonucleotides (such as siRNA and miRNA) have been used to facilitate the cellular uptake of the oligonucleotides.

There remains a need for improved cationic lipids and lipid nanoparticles for the delivery of oligonucleotides. Preferably, these lipid nanoparticles would provide high drug:lipid ratios, protect the nucleic acid from degradation and clearance in serum, be suitable for systemic delivery, and provide intracellular delivery of the nucleic acid. In addition, these lipid-nucleic acid particles should be well-tolerated and provide an adequate therapeutic index, such that patient treatment at an effective dose of the nucleic acid is not associated with significant toxicity and/or risk to the patient.

## SUMMARY

The present invention relates to a cationic lipid and PEG lipid suitable for forming nucleic acid-lipid particles. Each of the cationic and PEG lipids of the present invention includes one or more biodegradable groups. The biodegradable groups are located in a lipidic moiety (e.g., a hydrophobic chain) of the cationic or PEG lipid. These cationic and PEG lipids may be incorporated into a lipid particle for delivering an active agent, such as a nucleic acid (e.g., an siRNA). The incorporation of the biodegradable group(s) into the lipid results in faster metabolism and removal of the lipid from the body following delivery of the active agent to a target area. As a result, these lipids have lower toxicity than similar lipids without the biodegradable groups.



In one embodiment, the cationic lipid is a compound of formula (I), which has a branched alkyl at the alpha position adjacent to the biodegradable group (between the biodegradable group and the teriary carbon):

Formula (I)




or a salt thereof (e.g., a pharmaceutically acceptable salt thereof), wherein

R' is absent, hydrogen, or alkyl (e.g., $C_1$-$C_4$ alkyl);

with respect to $R^1$ and $R^2$,

(i) $R^1$ and $R^2$ are each, independently, optionally substituted alkyl, alkenyl, alkynyl, cycloalkylalkyl, heterocycle, or $R^{10}$;

(ii) $R^1$ and $R^2$, together with the nitrogen atom to which they are attached, form an optionally substituted heterocyclic ring; or

(iii) one of $R^1$ and $R^2$ is optionally substituted alkyl, alkenyl, alkynyl, cycloalkyl, cycloalkylalkyl, or heterocycle, and the other forms a 4-10 member heterocyclic ring or heteroaryl (e.g., a 6-member ring) with (a) the adjacent nitrogen atom and (b) the $(R)_a$ group adjacent to the nitrogen atom;

each occurrence of R is, independently, —$(CR^3R^4)$—;

each occurrence of $R^3$ and $R^4$ are, independently H, halogen, OH, alkyl, alkoxy, —$NH_2$, $R^{10}$, alkylamino, or dialkylamino (in one preferred embodiment, each occurrence of $R^3$ and $R^4$ are, independently H or $C_1$-$C_4$ alkyl);

each occurrence of $R^{10}$ is independently selected from PEG and polymers based on poly(oxazoline), poly(ethylene oxide), poly(vinyl alcohol), poly(glycerol), poly(N-vinylpyrrolidone), poly[N-(2-hydroxypropyl)methacrylamide] and poly(amino acid)s, wherein (i) the PEG or polymer is linear or branched, (ii) the PEG or polymer is polymerized by n subunits, (iii) n is a number-averaged degree of polymerization between 10 and 200 units, and (iv) wherein the compound of formula has at most two $R^{10}$ groups (preferably at most one $R^{10}$ group);

the dashed line to Q is absent or a bond;

when the dashed line to Q is absent then Q is absent or is —O—, —NH—, —S—, —C(O)—, —C(O)O —, —OC(O)—, —C(O)N($R^4$)—, —N($R^5$)C(O)—, —S—S—, —OC(O)O—, —O—N=C($R^5$)—, —C($R^5$)=N—O—, —OC(O)N($R^5$)—, —N($R^5$)C(O)N($R^5$)—, —N($R^5$)C(O)O—, —C(O)S—, —C(S)O— or —C($R^5$)=N—O—C(O)—; or

when the dashed line to Q is a bond then (i) b is 0 and (ii) Q and the tertiary carbon adjacent to it (C*) form a substituted or unsubstituted, mono- or bi-cyclic heterocyclic group having from 5 to 10 ring atoms (e.g., the heteroatoms in the heterocyclic group are selected from O and S, preferably O);

each occurrence of $R^5$ is, independently, H or alkyl (e.g. $C_1$-$C_4$ alkyl);

X and Y are each, independently, alkylene or alkenylene (e.g., $C_4$ to $C_{20}$ alkylene or $C_4$ to $C_{20}$ alkenylene);

$M^1$ and $M^2$ are each, independently, a biodegradable group (e.g., —OC(O)—, —C(O)O—, —SC(O)—, —C(O)S—, —OC(S)—, —C(S)O, —S—S—, C($R^5$)=N—, —N=C($R^5$)—, —C($R^5$)=N—O—, —O—N=C($R^5$)—, —C(O)($NR^5$)—, —N($R^5$)C(O)—, —C(S)($NR^5$)—, —N($R^5$)C

What is claimed is:

**1**. A compound of the formula:

Formula (III)



or a salt thereof, wherein

R' is absent, hydrogen, or $C_1$-$C_4$ alkyl;

with respect to $R^1$ and $R^2$,

(i) $R^1$ and $R^2$ are each, independently, optionally substituted alkyl, alkenyl, alkynyl, cycloalkylalkyl, heterocycle, or $R^{10}$;

(ii) $R^1$ and $R^2$, together with the nitrogen atom to which they are attached, form an optionally substituted heterocyclic ring; or

(iii) one of $R^1$ and $R^2$ is optionally substituted alkyl, alkenyl, alkynyl, cycloalkyl, cycloalkylalkyl, or heterocycle, and the other forms a 4-10 member heterocyclic ring or heteroaryl with (a) the adjacent nitrogen atom and (b) the $(R)_a$ group adjacent to the nitrogen atom;

each occurrence of R is, independently, —$(CR^3R^4)$—;

each occurrence of $R^3$ and $R^4$ are, independently H, halogen, OH, alkyl, alkoxy, —$NH_2$, $R^{10}$, alkylamino, or dialkylamino;

each occurrence of $R^{10}$ is independently selected from PEG and polymers based on poly(oxazoline), poly(ethylene oxide), poly(vinyl alcohol), poly(glycerol), poly (N-vinylpyrrolidone), poly[N-(2-hydroxypropyl)methacrylamide] and poly(amino acid)s, wherein (i) the PEG or polymer is linear or branched, (ii) the PEG or polymer is polymerized by n subunits, (iii) n is a number-averaged degree of polymerization between 10 and 200 units, and (iv) the compound of formula (III) has at most two $R^{10}$ groups;

the dashed line to Q is absent or a bond;

when the dashed line to Q is absent then Q is absent or is —O—, —NH—, —S—, —C(O)—, —C(O)O—, —OC(O)—, —C(O)N($R^4$)—, —N($R^5$)C(O)—, —S—S—, —OC(O)O—, —O—N═C($R^5$)—, —C($R^5$)═N—O—, —OC(O)N($R^5$)—, —N($R^5$)C(O)N($R^5$)—, —N($R^5$)C(O)O—, —C(O)S—, —C(S)O— or —C($R^5$)═N—O—C(O)—; or

when the dashed line to Q is a bond then (i) b is 0 and (ii) Q and the tertiary carbon adjacent to it (C*) form a substituted or unsubstituted, mono- or bi-cyclic heterocyclic group having from 5 to 10 ring atoms;

each occurrence of $R^5$ is, independently, H or $C_1$-$C_4$ alkyl;

$M^1$ and $M^2$ are each, independently, selected from —OC(O)—, —C(O)O—, —SC(O)—, —C(O)S—, —OC(S)—, —C(S)O—, —S—S—, —C($R^5$)═N—, —N═C($R^5$)—, —C($R^5$)═N—O—, —O—N═C($R^5$)—, —C(O)($NR^5$)—, —N($R^5$)C(O)—, —C(S)($NR^5$)—, —N($R^5$)C(O)—, —N($R^5$)C(O)N($R^5$)—, —OC(O)O—, —OSi$(R^5)_2$O—, —C(O)($CR^3R^4$)C(O)O—, —OC(O)($CR^3R^4$)C(O)—, or



(wherein $R^{11}$ is a $C_2$-$C_8$ alkyl or alkenyl));

each occurrence of $R^z$ is, independently, $C_1$-$C_8$ alkyl;

a is 1, 2, 3, 4, 5 or 6;

b is 0, 1, 2, or 3;

$L^1$ and $L^2$ are each, independently, $C_1$-$C_5$ alkylene or $C_2$-$C_5$ alkenylene;

X and Y are each, independently, $C_4$-$C_{20}$ alkylene or $C_4$-$C_{20}$ alkenylene; and

$Z^1$ and $Z^2$ are each, independently, $C_8$-$C_{14}$ alkyl or $C_8$-$C_{14}$ alkenyl, wherein the alkenyl group may optionally be substituted with one or two fluorine atoms at the alpha position to a double bond which is between the double bond and the terminus of $Z^1$ or $Z^2$, and with the proviso that the terminus of at least one of $Z^1$ and $Z^2$ is separated from the group $M^1$ or $M^2$ by at least 8 carbon atoms.

**2**. The compound of claim **1**, wherein $L^1$ and $L^2$ are each —$CH_2$—.

**3**. The compound of claim **1**, wherein $L^1$ and $L^2$ are each —$(CH_2)_2$— or —$(CH_2)_3$.

**4**. The compound of claim **1**, wherein X and Y are each, independently —$(CH_2)_n$— wherein n is 4, 5, 6, 7 or 8.

**5**. The compound of claim **4**, wherein X and Y are —$(CH_2)_7$—, —$(CH_2)_8$—, or —$(CH_2)_9$—.

**6**. A compound of the formula:

Formula (IIIA)



or a salt thereof, wherein

R' is absent, hydrogen, or $C_1$-$C_4$ alkyl;

with respect to $R^1$ and $R^2$,

(i) $R^1$ and $R^2$ are each, independently, optionally substituted alkyl, alkenyl, alkynyl, cycloalkylalkyl, heterocycle, or $R^{10}$;

(ii) $R^1$ and $R^2$, together with the nitrogen atom to which they are attached, form an optionally substituted heterocyclic ring; or

(iii) one of $R^1$ and $R^2$ is optionally substituted alkyl, alkenyl, alkynyl, cycloalkyl, cycloalkylalkyl, or heterocycle, and the other forms a 4-10 member heterocyclic ring or heteroaryl with (a) the adjacent nitrogen atom and (b) the $(R)_a$ group adjacent to the nitrogen atom;

each occurrence of R is, independently, —$(CR^3R^4)$—;

each occurrence of $R^3$ and $R^4$ are, independently H, halogen, OH, alkyl, alkoxy, —$NH_2$, $R^{10}$, alkylamino, or dialkylamino;

each occurrence of $R^{10}$ is independently selected from PEG and polymers based on poly(oxazoline), poly(ethylene oxide), poly(vinyl alcohol), poly(glycerol), poly (N-vinylpyrrolidone), poly[N-(2-hydroxypropyl)meth-

(O)—, —N($R^5$)C(O)N($R^5$)—, —OC(O)O—, —OSi($R^5$)$_2$O—, —C(O)($CR^3R^4$)C(O)O—, —OC(O)($CR^3R^4$)C(O)—, or




(wherein $R^{11}$ is a $C_2$-$C_8$ alkyl or alkenyl));

each occurrence of $R^z$ is, independently, $C_1$-$C_8$ alkyl (e.g., methyl, ethyl, isopropyl, n-butyl, n-pentyl, or n-hexyl);

a is 1, 2, 3, 4, 5 or 6;

b is 0, 1, 2, or 3; and

$Z^1$ and $Z^2$ are each, independently, $C_8$-$C_{14}$ alkyl or $C_8$-$C_{14}$ alkenyl, wherein the alkenyl group may optionally be substituted with one or two fluorine atoms at the alpha position to a double bond which is between the double bond and the terminus of $Z^1$ or $Z^2$

(e.g.,  ).


The R'$R^1R^2$N—(R)$_a$-Q-(R)$_b$— group can be any of the head groups described herein, including those shown in Table 1 below, and salts thereof. In one preferred embodiment, R'$R^1R^2$N—(R)$_a$-Q-(R)$_b$— is $(CH_3)_2$N—$(CH_2)_3$—C(O)O—, $(CH_3)_2$N—$(CH_2)_2$—NH—C(O)O —, $(CH_3)_2$N—$(CH_2)_2$—OC(O)—NH—, or $(CH_3)_2$N—$(CH_2)_3$—C($CH_3$)═N—O—.

In one embodiment, $R^1$ and $R^2$ are both alkyl (e.g., methyl).

In a further embodiment, a is 3. In another embodiment, b is 0.

In a further embodiment, a is 3, b is 0 and R is —$CH_2$—. In yet a further embodiment, a is 3, b is 0, R is —$CH_2$— and Q is —C(O)O—. In another embodiment, $R^1$ and $R^2$ are methyl, a is 3, b is 0, R is —$CH_2$— and Q is —C(O)O—.

In another embodiment, X and Y are each, independently —$(CH_2)_n$— wherein n is 4 to 20, e.g., 4 to 18, 4 to 16, or 4 to 12. In one embodiment, n is 4, 5, 6, 7, 8, 9, or 10. In one exemplary embodiment, X and Y are —$(CH_2)_6$—. In another embodiment, X and Y are —$(CH_2)_7$—. In yet another embodiment, X and Y are —$(CH_2)_9$—. In yet another embodiment, X and Y are —$(CH_2)_8$—.

In further embodiments, $M^1$ and $M^2$ are each, independently, —OC(O)— or —C(O)O—. For example, in one embodiment, $M^1$ and $M^2$ are each —C(O)O—.

In another embodiment, the cationic lipid is a compound of formula (II), which has a branched alkyl at the alpha position adjacent to the biodegradable group (between the biodegradable group and the terminus of the tail, i.e., $Z^1$ o $Z^2$):

Formula (II)






or a salt thereof (e.g., a pharmaceutically acceptable salt thereof), wherein

R' is absent, hydrogen, or alkyl (e.g., $C_1$-$C_4$ alkyl);

with respect to $R^1$ and $R^2$,

(i) $R^1$ and $R^2$ are each, independently, optionally substituted alkyl, alkenyl, alkynyl, cycloalkylalkyl, heterocycle, or $R^{10}$;

(ii) $R^1$ and $R^2$, together with the nitrogen atom to which they are attached, form an optionally substituted heterocylic ring; or

(iii) one of $R^1$ and $R^2$ is optionally substituted alkyl, alkenyl, alkynyl, cycloalkyl, cycloalkylalkyl, or heterocycle, and the other forms a 4-10 member heterocyclic ring or heteroaryl (e.g., a 6-member ring) with (a) the adjacent nitrogen atom and (b) the (R)$_a$ group adjacent to the nitrogen atom;

each occurrence of R is, independently, —($CR^3R^4$)—;

each occurrence of $R^3$ and $R^4$ are, independently H, halogen, OH, alkyl, alkoxy, —$NH_2$, $R^{10}$, alkylamino, or dialkylamino (in one preferred embodiment, each occurrence of $R^3$ and $R^4$ are, independently H or $C_1$-$C_4$ alkyl);

each occurrence of $R^{10}$ is independently selected from PEG and polymers based on poly(oxazoline), poly(ethylene oxide), poly(vinyl alcohol), poly(glycerol), poly(N-vinylpyrrolidone), poly[N-(2-hydroxypropyl)methacrylamide] and poly(amino acid)s, wherein (i) the PEG or polymer is linear or branched, (ii) the PEG or polymer is polymerized by n subunits, (iii) n is a number-averaged degree of polymerization between 10 and 200 units, and (iv) wherein the compound of formula has at most two $R^{10}$ groups (preferably at most one $R^{10}$ group);

the dashed line to Q is absent or a bond;

when the dashed line to Q is absent then Q is absent or is —O—, —NH—, —S—, —C(O)—, —C(O)O —, —OC(O)—, —C(O)N($R^4$)—, —N($R^5$)C(O)—, —S—S—, —OC(O)O—, —O—N═C($R^5$)—, —C($R^5$)═N—O—, —OC(O)N($R^5$)—, —N($R^5$)C(O)N($R^5$)—, —N($R^5$)C(O)O—, —C(O)S—, —C(S)O— or —C($R^5$)═N—O—C(O)—; or

when the dashed line to Q is a bond then (i) b is 0 and (ii) Q and the tertiary carbon adjacent to it (C*) form a substituted or unsubstituted, mono- or bi-cyclic heterocyclic group having from 5 to 10 ring atoms (e.g., the heteroatoms in the heterocyclic group are selected from O and S, preferably O);

each occurrence of $R^5$ is, independently, H or alkyl;

X and Y are each, independently, alkylene (e.g., $C_6$-$C_8$ alkylene) or alkenylene, wherein the alkylene or alkenylene group is optionally substituted with one or two fluorine atoms at the alpha position to the $M^1$ or $M^2$ group

(e.g.,  );


$M^1$ and $M^2$ are each, independently, a biodegradable group (e.g., —OC(O)—, —C(O)O—, —SC(O)—, —C(O)S—, —OC(S)—, —C(S)O, —S—S—, C($R^5$)═N—, —N═C($R^5$)—, —C($R^5$)═N—O—, —O—N═C($R^5$)—, —C(O)(N$R^5$)—, —N($R^5$)C(O)—, —C(S)(N$R^5$)—, —N($R^5$)C(O)—, —N($R^5$)C(O)N($R^5$)—, —OC(O)O—, —OSi($R^5$)$_2$O—, —C(O)($CR^3R^4$)C(O)O—, —OC(O)($CR^3R^4$)C(O)—, or

What is claimed is:

1. A compound of the formula:

Formula (III)



or a salt thereof, wherein

R' is absent, hydrogen, or $C_1$-$C_4$ alkyl;

with respect to $R^1$ and $R^2$,

(i) $R^1$ and $R^2$ are each, independently, optionally substituted alkyl, alkenyl, alkynyl, cycloalkylalkyl, heterocycle, or $R^{10}$;

(ii) $R^1$ and $R^2$, together with the nitrogen atom to which they are attached, form an optionally substituted heterocyclic ring; or

(iii) one of $R^1$ and $R^2$ is optionally substituted alkyl, alkenyl, alkynyl, cycloalkyl, cycloalkylalkyl, or heterocycle, and the other forms a 4-10 member heterocyclic ring or heteroaryl with (a) the adjacent nitrogen atom and (b) the $(R)_a$ group adjacent to the nitrogen atom;

each occurrence of R is, independently, —$(CR^3R^4)$—;

each occurrence of $R^3$ and $R^4$ are, independently H, halogen, OH, alkyl, alkoxy, —$NH_2$, $R^{10}$, alkylamino, or dialkylamino;

each occurrence of $R^{10}$ is independently selected from PEG and polymers based on poly(oxazoline), poly(ethylene oxide), poly(vinyl alcohol), poly(glycerol), poly(N-vinylpyrrolidone), poly[N-(2-hydroxypropyl)methacrylamide] and poly(amino acid)s, wherein (i) the PEG or polymer is linear or branched, (ii) the PEG or polymer is polymerized by n subunits, (iii) n is a number-averaged degree of polymerization between 10 and 200 units, and (iv) the compound of formula (III) has at most two $R^{10}$ groups;

the dashed line to Q is absent or a bond;

when the dashed line to Q is absent then Q is absent or is —O—, —NH—, —S—, —C(O)—, —C(O)O—, —OC(O)—, —$C(O)N(R^4)$—, —$N(R^5)C(O)$—, —S—S—, —OC(O)O—, —O—N═$C(R^5)$—, —$C(R^5)$═N—O—, —$OC(O)N(R^5)$—, —$N(R^5)C(O)N(R^5)$—, —$N(R^5)C(O)O$—, —C(O)S—, —C(S)O— or —$C(R^5)$═N—O—C(O)—; or

when the dashed line to Q is a bond then (i) b is 0 and (ii) Q and the tertiary carbon adjacent to it (C*) form a substituted or unsubstituted, mono- or bi-cyclic heterocyclic group having from 5 to 10 ring atoms;

each occurrence of $R^5$ is, independently, H or $C_1$-$C_4$ alkyl;

$M^1$ and $M^2$ are each, independently, selected from —OC(O)—, —C(O)O—, —SC(O)—, —C(O)S—, —OC(S)—, —C(S)O—, —S—S—, —$C(R^5)$═N—, —N═$C(R^5)$—, —$C(R^5)$═N—O—, —O—N═$C(R^5)$—, —$C(O)(NR^5)$—, —$N(R^5)C(O)$—, —$C(S)(NR^5)$—, —$N(R^5)C(O)$—, —$N(R^5)C(O)N(R^5)$—, —OC(O)O—, —$OSi(R^5)_2O$—, —$C(O)(CR^3R^4)C(O)O$—, —$OC(O)(CR^3R^4)C(O)$—, or



(wherein $R^{11}$ is a $C_2$-$C_8$ alkyl or alkenyl));

each occurrence of $R^z$ is, independently, $C_1$-$C_8$ alkyl;

a is 1, 2, 3, 4, 5 or 6;

b is 0, 1, 2, or 3;

$L^1$ and $L^2$ are each, independently, $C_1$-$C_5$ alkylene or $C_2$-$C_5$ alkenylene;

X and Y are each, independently, $C_4$-$C_{20}$ alkylene or $C_4$-$C_{20}$ alkenylene; and

$Z^1$ and $Z^2$ are each, independently, $C_8$-$C_{14}$ alkyl or $C_8$-$C_{14}$ alkenyl, wherein the alkenyl group may optionally be substituted with one or two fluorine atoms at the alpha position to a double bond which is between the double bond and the terminus of $Z^1$ or $Z^2$, and with the proviso that the terminus of at least one of $Z^1$ and $Z^2$ is separated from the group $M^1$ or $M^2$ by at least 8 carbon atoms.

2. The compound of claim 1, wherein $L^1$ and $L^2$ are each —$CH_2$—.

3. The compound of claim 1, wherein $L^1$ and $L^2$ are each —$(CH_2)_2$— or —$(CH_2)_3$.

4. The compound of claim 1, wherein X and Y are each, independently —$(CH_2)_n$— wherein n is 4, 5, 6, 7 or 8.

5. The compound of claim 4, wherein X and Y are —$(CH_2)_7$—, —$(CH_2)_8$—, or —$(CH_2)_9$—.

6. A compound of the formula:

Formula (IIIA)



or a salt thereof, wherein

R' is absent, hydrogen, or $C_1$-$C_4$ alkyl;

with respect to $R^1$ and $R^2$,

(i) $R^1$ and $R^2$ are each, independently, optionally substituted alkyl, alkenyl, alkynyl, cycloalkylalkyl, heterocycle, or $R^{10}$;

(ii) $R^1$ and $R^2$, together with the nitrogen atom to which they are attached, form an optionally substituted heterocyclic ring; or

(iii) one of $R^1$ and $R^2$ is optionally substituted alkyl, alkenyl, alkynyl, cycloalkyl, cycloalkylalkyl, or heterocycle, and the other forms a 4-10 member heterocyclic ring or heteroaryl with (a) the adjacent nitrogen atom and (b) the $(R)_a$ group adjacent to the nitrogen atom;

each occurrence of R is, independently, —$(CR^3R^4)$—;

each occurrence of $R^3$ and $R^4$ are, independently H, halogen, OH, alkyl, alkoxy, —$NH_2$, $R^{10}$, alkylamino, or dialkylamino;

each occurrence of $R^{10}$ is independently selected from PEG and polymers based on poly(oxazoline), poly(ethylene oxide), poly(vinyl alcohol), poly(glycerol), poly(N-vinylpyrrolidone), poly[N-(2-hydroxypropyl)meth-

acrylamide] and poly(amino acid)s, wherein (i) the PEG or polymer is linear or branched, (ii) the PEG or polymer is polymerized by n subunits, (iii) n is a number-averaged degree of polymerization between 10 and 200 units, and (iv) the compound of formula IIIA has at most two $R^{10}$ groups;

the dashed line to Q is absent or a bond;

when the dashed line to Q is absent then Q is absent or is —O—, —NH—, —S—, —C(O)—, —C(O)O—, —OC(O)—, —C(O)N($R^4$)—, —N($R^5$)C(O)—, —S—S—, —OC(O)O—, —O—N=C($R^5$)—, —C($R^5$)=N—O—, —OC(O)N($R^5$)—, —N($R^5$)C(O)N($R^5$)—, —N($R^5$)C(O)O—, —C(O)S—, —C(S)O— or —C($R^5$)=N—O—C(O)—; or

when the dashed line to Q is a bond then (i) b is 0 and (ii) Q and the tertiary carbon adjacent to it (C*) form a substituted or unsubstituted, mono- or bi-cyclic heterocyclic group having from 5 to 10 ring atoms;

each occurrence of $R^5$ is, independently, H or $C_1$-$C_4$ alkyl;

$M^1$ and $M^2$ are each, independently, selected from —OC(O)—, —C(O)O—, —SC(O)—, —C(O)S—, —OC(S)—, —C(S)O—, —S—S—, —C($R^5$)=N—, —N=C($R^5$)—, —C($R^5$)=N—O—, —O—N=C($R^5$)—, —C(O)(N$R^5$)—, —N($R^5$)C(O)—, —C(S)(N$R^5$)—, —N($R^5$)C(O)—, —N($R^5$)C(O)N($R^5$)—, —OC(O)O—, —OSi($R^5$)$_2$O—, —C(O)(C$R^3R^4$)C(O)O—, —OC(O)(C$R^3R^4$)C(O)—, or



(wherein $R^{11}$ is a $C_2$-$C_8$ alkyl or alkenyl);

each occurrence of $R^z$ is, independently, $C_1$-$C_8$ alkyl;

a is 1, 2, 3, 4, 5 or 6;

b is 0, 1, 2, or 3;

each $R^z$ is, independently, $C_1$-$C_8$ alkyl;

$L^1$ and $L^2$ are each, independently, $C_1$-$C_5$ alkylene or $C_2$-$C_5$ alkenylene;

X and Y are each, independently, $C_4$-$C_{20}$ alkylene or $C_4$-$C_{20}$ alkenylene; and

$Z^1$ and $Z^2$ are each, independently, $C_1$-$C_8$ alkyl or $C_2$-$C_8$ alkenyl;

wherein said compound is not one selected from:



$n$ = 0-2



$n$ = 0-2





acrylamide] and poly(amino acid)s, wherein (i) the PEG or polymer is linear or branched, (ii) the PEG or polymer is polymerized by n subunits, (iii) n is a number-averaged degree of polymerization between 10 and 200 units, and (iv) the compound of formula IIIA has at most two $R^{10}$ groups;

the dashed line to Q is absent or a bond;

when the dashed line to Q is absent then Q is absent or is —O—, —NH—, —S—, —C(O)—, —C(O)O—, —OC(O)—, —C(O)N($R^4$)—, —N($R^5$)C(O)—, —S—S—, —OC(O)O—, —O—N═C($R^5$)—, —C($R^5$)═N—O—, —OC(O)N($R^5$)—, —N($R^5$)C(O)N($R^5$)—, —N($R^5$)C(O)O—, —C(O)S—, —C(S)O— or —C($R^5$)═N—O—C(O)—; or

when the dashed line to Q is a bond then (i) b is 0 and (ii) Q and the tertiary carbon adjacent to it (C*) form a substituted or unsubstituted, mono- or bi-cyclic heterocyclic group having from 5 to 10 ring atoms;

each occurrence of $R^5$ is, independently, H or $C_1$-$C_4$ alkyl;

$M^1$ and $M^2$ are each, independently, selected from —OC(O)—, —C(O)O—, —SC(O)—, —C(O)S—, —OC(S)—, —C(S)O—, —S—S—, —C($R^5$)═N—, —N═C($R^5$)—, —C($R^5$)═N—O—, —O—N═C($R^5$)—, —C(O)(N$R^5$)—, —N($R^5$)C(O)—, —C(S)(N$R^5$)—, —N($R^5$)C(O)—, —N($R^5$)C(O)N($R^5$)—, —OC(O)O—, —OSi($R^5$)$_2$O—, —C(O)(C$R^3R^4$)C(O)O—, —OC(O)(C$R^3R^4$)C(O)—, or



(wherein $R^{11}$ is a $C_2$-$C_8$ alkyl or alkenyl);

each occurrence of $R^z$ is, independently, $C_1$-$C_8$ alkyl;

a is 1, 2, 3, 4, 5 or 6;

b is 0, 1, 2, or 3;

each $R^z$ is, independently, $C_1$-$C_8$ alkyl;

$L^1$ and $L^2$ are each, independently, $C_1$-$C_5$ alkylene or $C_2$-$C_5$ alkenylene;

X and Y are each, independently, $C_4$-$C_{20}$ alkylene or $C_4$-$C_{20}$ alkenylene; and

$Z^1$ and $Z^2$ are each, independently, $C_1$-$C_8$ alkyl or $C_2$-$C_8$ alkenyl;

wherein said compound is not one selected from:



$n$ = 0-2



$n$ = 0-2





-continued



7. The compound of claim 6, wherein $L^1$ and $L^2$ are each —$(CH_2)_2$—.

8. The compound of claim 6, wherein $L^1$ and $L^2$ are each —$(CH_2)_3$—.

9. The compound of claim 6, wherein X and Y are each, independently, —$(CH_2)_n$— wherein n is 7-9.

10. The compound of claim 6, wherein $M^1$ and $M^2$ are —C(O)O— (where the carbonyl group in $M^1$ and $M^2$ is bound to the variable X, and the oxygen atom in $M^1$ and $M^2$ is bound to the variable $L^1$ and $L^2$).

11. The compound of claim 6, wherein the $R'R^1R^2N$—$(R)_a$-Q-$(R)_b$— group is selected from $(CH_3)_2N$—$(CH_2)_3$—C(O)O—, $(CH_3)_2N$—$(CH_2)_2$—NH—C(O)O—, $(CH_3)_2N$—$(CH_2)_2$—OC(O)—NH—, and $(CH_3)_2N$—$(CH_2)_3$—C$(CH_3)$=N—O—.

12. The compound of claim 6, wherein $Z^1$, $Z^2$, and each $R^z$ are $C_3$-$C_8$ alkyl.

13. The compound of claim 12, wherein $Z^1$, $Z^2$, and each $R^z$ are $C_3$-$C_6$ alkyl.

14. A compound of the formula:

Formula (IV)



or a salt thereof, wherein

R' is absent, hydrogen, or $C_1$-$C_4$ alkyl;

with respect to $R^1$ and $R^2$,

(i) $R^1$ and $R^2$ are each, independently, optionally substituted alkyl, alkenyl, alkynyl, cycloalkylalkyl, heterocycle, or $R^{10}$;

(ii) $R^1$ and $R^2$, together with the nitrogen atom to which they are attached, form an optionally substituted heterocyclic ring; or

(iii) one of $R^1$ and $R^2$ is optionally substituted alkyl, alkenyl, alkynyl, cycloalkyl, cycloalkylalkyl, or heterocycle, and the other forms a 4-10 member heterocyclic ring or heteroaryl with (a) the adjacent nitrogen atom and (b) the $(R)_a$ group adjacent to the nitrogen atom;

each occurrence of R is, independently, —$(CR^3R^4)$—;

each occurrence of $R^3$ and $R^4$ are, independently H, halogen, OH, alkyl, alkoxy, —$NH_2$, $R^{10}$, alkylamino, or dialkylamino;

each occurrence of $R^{10}$ is independently selected from PEG and polymers based on poly(oxazoline), poly(ethylene oxide), poly(vinyl alcohol), poly(glycerol), poly(N-vinylpyrrolidone), poly[N-(2-hydroxypropyl)methacrylamide] and poly(amino acid)s, wherein (i) the PEG or polymer is linear or branched, (ii) the PEG or polymer is polymerized by n subunits, (iii) n is a number-averaged degree of polymerization between 10 and 200 units, and (iv) the compound of formula (IV) has at most two $R^{10}$ groups;

the dashed line to Q is absent or a bond;

when the dashed line to Q is absent then Q is absent or is —O—, —NH—, —S—, —C(O)—, —C(O)O—, —OC(O)—, —C(O)N($R^4$)—, —N($R^5$)C(O)—, —S—S—, —OC(O)O—, —O—N=C($R^5$)—, —C($R^5$)=N—O—, —OC(O)N($R^5$)—, —N($R^5$)C(O)N($R^5$)—, —N($R^5$)C(O)O—, —C(O)S—, —C(S)O— or —C($R^5$)=N—O—C(O)—; or

when the dashed line to Q is a bond then (i) b is 0 and (ii) Q and the tertiary carbon adjacent to it (C*) form a substituted or unsubstituted, mono- or bi-cyclic heterocyclic group having from 5 to 10 ring atoms;

each occurrence of $R^5$ is, independently, H or $C_1$-$C_4$ alkyl;

$M^1$ and $M^2$ are each, independently, selected from —OC(O)—, —C(O)O—, —SC(O)—, —C(O)S—, —OC(S)—, —C(S)O—, —S—S—, —C($R^5$)=N—, —N=C($R^5$)—, —C($R^5$)=N—O—, —O—N=C($R^5$)—, —C(O)(N$R^5$)—, —N($R^5$)C(O)—, —C(S)(N$R^5$)—, —N($R^5$)C(O)—, —N($R^5$)C(O)N($R^5$)—, —OC(O)O—, —OSi($R^5$)$_2$O—, —C(O)(C$R^3R^4$)C(O)O—, —OC(O)(C$R^3R^4$)C(O)—, or



(wherein $R^{11}$ is a $C_2$-$C_8$ alkyl or alkenyl);

each occurrence of $R^z$ is, independently, $C_1$-$C_8$ alkyl;

a is 1, 2, 3, 4, 5 or 6;

b is 0, 1, 2, or 3;

$L^1$ and $L^2$ and are each, independently, $C_1$-$C_5$ alkylene or $C_2$-$C_5$ alkenylene;

X and Y are each, independently, alkylene or alkenylene; and

each occurrence of Z is independently $C_1$-$C_4$ alkyl.

**15**. The compound of claim **14**, wherein X and Y are $C_{12}$-$C_{20}$ alkylene or $C_{12}$-$C_{20}$ alkenylene.



**16**. The compound of claim **14**, wherein -$L^1$-C(Z)$_3$ is —$CH_2C(CH_3)_3$ or —$CH_2CH_2C(CH_3)_3$.

**17**. A cationic lipid or a salt thereof having:

(i) a central carbon atom,

(ii) a nitrogen containing head group directly bound to the central carbon atom, and

(iii) two hydrophobic tails directly bound to the central carbon atom, wherein each hydrophobic tail is of the formula —$R^e$-M-$R^f$ where $R^e$ is a $C_4$-$C_{14}$ alkyl or alkenyl, M is a biodegradable group selected from —OC(O)—, —C(O)O—, —SC(O)—, —C(O)S—, —OC(S)—, —C(S)O—, —S—S—, —C($R^5$)=N—, —N=C($R^5$)—, —C($R^5$)=N—O—, —O—N=C($R^5$)—, —C(O)(N$R^5$)—, —N($R^5$)C(O)—, —C(S)(N$R^5$)—, —N($R^5$)C(O)—, —N($R^5$)C(O)N($R^5$)—, —OC(O)O—, —OSi($R^5$)$_2$O—, —C(O)(C$R^3R^4$)C(O)O—, —OC(O)(C$R^3R^4$)C(O)—, or



(wherein $R^{11}$ is a $C_2$-$C_8$ alkyl or alkenyl); and $R^f$ is a branched alkyl or alkenyl, such that (i) the chain length of each hydrophobic tail from the first carbon atom after the central carbon atom to a terminus of the tail is at most 20 atoms, and (ii) each hydrophobic tail has at least 20 carbon atoms, wherein

the alkyl or alkenyl group in $R^e$ is optionally substituted with one or two fluorine atoms at the alpha position to the $M^1$ or $M^2$ group; and

the alkenyl group in $R^f$ is optionally substituted with one or two fluorine atoms at the alpha position to a double bond which is between the double bond and the terminus of $R^f$.

**18**. A compound selected from:







-continued











-continued











and salts thereof.

**19**. A compound selected from:



-continued



















-continued



n = 1-5
m = 0-3
p = 1-5



r = 0-2
n = 0-5
m = 0-3
p = 0-5
q = 0-5



r = 0-2
n = 0-5
m = 0-3
p = 0-5
q = 0-5



n = 1-5
m = 0-3

-continued



r = 0-2
n = 0-5
m = 0-3



n = 1-5
m = 0-3



r = 0-2
n = 0-5
m = 0-3



X = O, S, NH, $CH_2$
r = 0-2, n = 1-5, and m = 1-5

-continued



r = 0-2 m = 0-5
p = 0-3 n = 0-5 q = 0-3
X = O, S, NH, $CH_2$



r = 0-2 m = 0-5
p = 0-3 n = 0-5 q = 0-3
X = O, S, NH, $CH_2$



p = 1-3 n = 1-5
m = 0-3



p = 1-3 n = 0-5
m = 0-3

-continued



p = 1-3 n = 1-5
m = 0-3; q = 0-4;
r = 0-4



p = 1-3 n =0-5
m = 0-3; q = 0-4;
r = 0-4











-continued

















-continued















-continued



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NH, $CH_2$



X = O, S, NH, $CH_2$
r = 0, 1, or 2

-continued




X = O, S, NH, $CH_2$
r = 0, 1, or 2




X = O, S, NH, $CH_2$
r = 0, 1, or 2




X = O, S, NH, $CH_2$
r = 0, 1, or 2




X = O, S, NH, $CH_2$
r = 0, 1, or 2




X = O, S, NH, $CH_2$
r = 0, 1, or 2

-continued



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NH, $CH_2$
r = 0, 1, or 2

-continued



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NH, or $CH_2$
r = 0, 1, or 2



X = O, S, NH, $CH_2$
r = 0, 1, or 2



X = O, S, NH, or $CH_2$
n = 0, 1, or 2

-continued



X = O, S, NH, or $CH_2$
n = 0, 1, or 2



X = O, S, NH, or $CH_2$
n = 0, 1, or 2



n = 1-5



n = 1-5



n = 1-5

-continued



p = 0-3 n = 1-5
m = 0-3



n = 0-5
m = 0-5



n = 0-5
m = 0-5



n = 0-5
m = 0-5



n = 0-5
m = 0-5 p = 0-3

-continued



n = 0-5
m = 0-5 p = 0-3

and salts thereof.

**20**. The compound of claim **1**, wherein the compound is in the form of a pharmaceutically acceptable salt.

**21**. The compound of claim **1**, wherein the compound is in the form of a cationic lipid.

**22**. A lipid particle comprising a neutral lipid, a lipid capable of reducing aggregation, and a cationic lipid of claim **21**.

**23**. The lipid particle of claim **22**, wherein the neutral lipid is selected from DSPC, DPPC, POPC, DOPE, or SM; the lipid capable of reducing aggregation is a PEG lipid; and the lipid particle further comprises a sterol.

**24**. The lipid particle of claim **23**, wherein the cationic lipid is present in a mole percentage of about 20% and about 60%; the neutral lipid is present in a mole percentage of about 5% to about 25%; the sterol is present in a mole percentage of about 25% to about 55%; and the PEG lipid is PEG-DMA, PEG-DMG, or a combination thereof, and is present in a mole percentage of about 0.5% to about 15%.

**25**. The lipid particle of claim **22**, wherein the lipid capable of reducing aggregation is PEG-DMG.

**26**. The lipid particle of claim **25**, wherein the lipid particle comprises about 50 mole % of the cationic lipid, about 10% DSPC, about 38.5% cholesterol, and about 1.5% PEG-DMG (based on 100% of the lipid components in the lipid particle).

**27**. The lipid particle of claim **22**, further comprising an active agent.

**28**. The lipid particle of claim **27**, wherein the active agent is a nucleic acid selected from a plasmid, an immunostimulatory oligonucleotide, an siRNA, an antisense oligonucleotide, a microRNA, an antagomir, an aptamer, and a ribozyme.

**29**. A pharmaceutical composition comprising a lipid particle of claim **22** and a pharmaceutically acceptable carrier.

**30**. A method of modulating the expression of a target gene in a cell, comprising providing to the cell a lipid particle of claim **22**.

**31**. The method of claim **30**, wherein the active agent is a nucleic acid is an siRNA.

**32**. A method of inducing an immune response in a subject, comprising providing to the subject the pharmaceutical composition of claim **29**, wherein the active agent is an immunostimulatory oligonucleotide.

* * * * *

# Joint Claim Construction Brief

# EXHIBIT 43

US010369226B2

(12) **United States Patent**
**Maier et al.**

(10) **Patent No.: US 10,369,226 B2**
(45) **Date of Patent: *Aug. 6, 2019**

(54) **BIODEGRADABLE LIPIDS FOR THE DELIVERY OF ACTIVE AGENTS**

(71) Applicant: **ALNYLAM PHARMACEUTICALS, INC.**, Cambridge, MA (US)

(72) Inventors: **Martin Maier**, Cambridge, MA (US); **Muthusamy Jayaraman**, Cambridge, MA (US); **Akin Akinc**, Cambridge, MA (US); **Shigeo Matsuda**, Cambridge, MA (US); **Pachamuthu Kandasamy**, Cambridge, MA (US); **Kallanthottathil G. Rajeev**, Cambridge, MA (US); **Muthiah Manoharan**, Cambridge, MA (US)

(73) Assignee: **ALNYLAM PHARMACEUTICALS, INC.**, Cambridge, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/677,801**

(22) Filed: **Apr. 2, 2015**

(65) **Prior Publication Data**

US 2015/0273068 A1 Oct. 1, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 13/708,383, filed on Dec. 7, 2012, now Pat. No. 9,061,063.

(60) Provisional application No. 61/623,274, filed on Apr. 12, 2012, provisional application No. 61/568,133, filed on Dec. 7, 2011.

(51) **Int. Cl.**

| | |
|---|---|
| *A61K 47/18* | (2017.01) |
| *A61K 31/13* | (2006.01) |
| *A61K 9/127* | (2006.01) |
| *C07D 317/30* | (2006.01) |
| *C07C 211/09* | (2006.01) |
| *C07C 211/10* | (2006.01) |
| *C07C 211/11* | (2006.01) |
| *C07C 217/08* | (2006.01) |
| *C07C 229/12* | (2006.01) |
| *C07C 327/22* | (2006.01) |
| *C07C 327/28* | (2006.01) |
| *C07C 327/32* | (2006.01) |
| *C07C 235/06* | (2006.01) |
| *C07C 251/38* | (2006.01) |
| *C07F 5/02* | (2006.01) |
| *C07D 233/54* | (2006.01) |
| *C07D 207/32* | (2006.01) |
| *C07D 295/08* | (2006.01) |
| *C07D 295/12* | (2006.01) |
| *C07D 295/14* | (2006.01) |
| *C07C 323/12* | (2006.01) |
| *C07C 323/58* | (2006.01) |
| *A61K 31/7088* | (2006.01) |
| *A61K 31/7105* | (2006.01) |
| *A61K 9/51* | (2006.01) |
| *A61K 31/713* | (2006.01) |

(52) **U.S. Cl.**

CPC ........... ***A61K 47/18*** (2013.01); ***A61K 9/1272*** (2013.01); ***A61K 9/5123*** (2013.01); ***A61K 31/7088*** (2013.01); ***A61K 31/713*** (2013.01); ***A61K 31/7105*** (2013.01); ***C07C 211/09*** (2013.01); ***C07C 211/10*** (2013.01); ***C07C 211/11*** (2013.01); ***C07C 217/08*** (2013.01); ***C07C 229/12*** (2013.01); ***C07C 235/06*** (2013.01); ***C07C 251/38*** (2013.01); ***C07C 323/12*** (2013.01); ***C07C 323/58*** (2013.01); ***C07C 327/22*** (2013.01); ***C07C 327/28*** (2013.01); ***C07C 327/32*** (2013.01); ***C07D 207/32*** (2013.01); ***C07D 233/54*** (2013.01); ***C07D 295/08*** (2013.01); ***C07D 295/12*** (2013.01); ***C07D 295/14*** (2013.01); ***C07D 317/30*** (2013.01); ***C07F 5/022*** (2013.01)

(58) **Field of Classification Search**

CPC ..... A61K 47/18; A61K 9/1272; A61K 9/5123
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

9,061,063 B2 * 6/2015 Maier ................. C07D 317/30
9,463,247 B2 * 10/2016 Ansell .................. C07C 217/08

FOREIGN PATENT DOCUMENTS

WO WO-2010054401 A1 5/2010
WO WO-2011141704 A1 11/2011
WO WO-2011141705 A1 11/2011
WO WO-2011153493 A2 12/2011

OTHER PUBLICATIONS

Chesnoy, et al., Structure and Function of Lipid-DNA Complexes for Gene Delivery, Annual Rev. Biophys. Biomol. Struct., 2009, 29:27-47.
International Search Report issued in PCT/US2012/068491 dated Apr. 5, 2013.

* cited by examiner

*Primary Examiner* — Theodore R. West
(74) *Attorney, Agent, or Firm* — Blank Rome LLP

(57) **ABSTRACT**

The present invention relates to a cationic lipid having one or more biodegradable groups located in a lipidic moiety (e.g., a hydrophobic chain) of the cationic lipid. These cationic lipids may be incorporated into a lipid particle for delivering an active agent, such as a nucleic acid. The invention also relates to lipid particles comprising a neutral lipid, a lipid capable of reducing aggregation, a cationic lipid of the present invention, and optionally, a sterol. The lipid particle may further include a therapeutic agent such as a nucleic acid.

**42 Claims, No Drawings**

**Specification includes a Sequence Listing.**

## BIODEGRADABLE LIPIDS FOR THE DELIVERY OF ACTIVE AGENTS

This application is a continuation of U.S. patent application Ser. No. 13/708,383, filed Dec. 7, 2012, which claims the benefit of U.S. Provisional Application No. 61/568,133, filed Dec. 7, 2011, and U.S. Provisional Application No. 61/623,274, filed Apr. 12, 2012, each of which is hereby incorporated by reference.

### TECHNICAL FIELD

The present invention relates to biodegradable lipids and to their use for the delivery of active agents such as nucleic acids.

### BACKGROUND

Therapeutic nucleic acids include, e.g., small interfering RNA (siRNA), micro RNA (miRNA), antisense oligonucleotides, ribozymes, plasmids, immune stimulating nucleic acids, antisense, antagomir, antimir, microRNA mimic, supermir, U1 adaptor, and aptamer. In the case of siRNA or miRNA, these nucleic acids can down-regulate intracellular levels of specific proteins through a process termed RNA interference (RNAi). The therapeutic applications of RNAi are extremely broad, since siRNA and miRNA constructs can be synthesized with any nucleotide sequence directed against a target protein. To date, siRNA constructs have shown the ability to specifically down-regulate target proteins in both in vitro and in vivo models. In addition, siRNA constructs are currently being evaluated in clinical studies.

However, two problems currently faced by siRNA or miRNA constructs are, first, their susceptibility to nuclease digestion in plasma and, second, their limited ability to gain access to the intracellular compartment where they can bind the protein RISC when administered systemically as the free siRNA or miRNA. Lipid nanoparticles formed from cationic lipids with other lipid components, such as cholesterol and PEG lipids, and oligonucleotides (such as siRNA and miRNA) have been used to facilitate the cellular uptake of the oligonucleotides.

There remains a need for improved cationic lipids and lipid nanoparticles for the delivery of oligonucleotides. Preferably, these lipid nanoparticles would provide high drug:lipid ratios, protect the nucleic acid from degradation and clearance in serum, be suitable for systemic delivery, and provide intracellular delivery of the nucleic acid. In addition, these lipid-nucleic acid particles should be well-tolerated and provide an adequate therapeutic index, such that patient treatment at an effective dose of the nucleic acid is not associated with significant toxicity and/or risk to the patient.

### SUMMARY

The present invention relates to a cationic lipid and PEG lipid suitable for forming nucleic acid-lipid particles. Each of the cationic and PEG lipids of the present invention includes one or more biodegradable groups. The biodegradable groups are located in a lipidic moiety (e.g., a hydrophobic chain) of the cationic or PEG lipid. These cationic and PEG lipids may be incorporated into a lipid particle for delivering an active agent, such as a nucleic acid (e.g., an siRNA). The incorporation of the biodegradable group(s) into the lipid results in faster metabolism and removal of the lipid from the body following delivery of the active agent to



a target area. As a result, these lipids have lower toxicity than similar lipids without the biodegradable groups.

In one embodiment, the cationic lipid is a compound of formula (I), which has a branched alkyl at the alpha position adjacent to the biodegradable group (between the biodegradable group and the tertiary carbon):

Formula (I)



or a salt thereof (e.g., a pharmaceutically acceptable salt thereof), wherein

R' is absent, hydrogen, or alkyl (e.g., $C_1$-$C_4$ alkyl);

with respect to $R^1$ and $R^2$,

(i) $R^1$ and $R^2$ are each, independently, optionally substituted alkyl, alkenyl, alkynyl, cycloalkylalkyl, heterocycle, or $R^{10}$;

(ii) $R^1$ and $R^2$, together with the nitrogen atom to which they are attached, form an optionally substituted heterocylic ring; or

(iii) one of $R^1$ and $R^2$ is optionally substituted alkyl, alkenyl, alkynyl, cycloalkyl, cycloalkylalkyl, or heterocycle, and the other forms a 4-10 member heterocyclic ring or heteroaryl (e.g., a 6-member ring) with (a) the adjacent nitrogen atom and (b) the $(R)_a$ group adjacent to the nitrogen atom;

each occurrence of R is, independently, —($CR^3R^4$)—;

each occurrence of $R^3$ and $R^4$ are, independently H, halogen, OH, alkyl, alkoxy, —$NH_2$, $R^{10}$, alkylamino, or dialkylamino (in one preferred embodiment, each occurrence of $R^3$ and $R^4$ are, independently H or $C_1$-$C_4$ alkyl);

each occurrence of $R^{10}$ is independently selected from PEG and polymers based on poly(oxazoline), poly(ethylene oxide), poly(vinyl alcohol), poly(glycerol), poly(N-vinylpyrrolidone), poly[N-(2-hydroxypropyl)methacrylamide] and poly(amino acid)s, wherein (i) the PEG or polymer is linear or branched, (ii) the PEG or polymer is polymerized by n subunits, (iii) n is a number-averaged degree of polymerization between 10 and 200 units, and (iv) wherein the compound of formula has at most two $R^{10}$ groups (preferably at most one $R^{10}$ group);

the dashed line to Q is absent or a bond;

when the dashed line to Q is absent then Q is absent or is —O—, —NH—, —S—, —C(O)—, —C(O)O—, —OC(O)—, —C(O)N($R^4$)—, —N($R^5$)C(O)—, —S—S—, —OC(O)O—, —O—N=C($R^5$)—, —C($R^5$)=N—O—, —OC(O)N($R^5$)—, —N($R^5$)C(O)N($R^5$)—, —N($R^5$)C(O)O—, —C(O)S—, —C(S)O— or —C($R^5$)=N—O—C(O)—; or

when the dashed line to Q is a bond then (i) b is 0 and (ii) Q and the tertiary carbon adjacent to it (C*) form a substituted or unsubstituted, mono- or bi-cyclic heterocyclic group having from 5 to 10 ring atoms (e.g., the heteroatoms in the heterocyclic group are selected from O and S, preferably O);

each occurrence of $R^5$ is, independently, H or alkyl (e.g. $C_1$-$C_4$ alkyl);

X and Y are each, independently, alkylene or alkenylene (e.g., $C_4$ to $C_{20}$ alkylene or $C_4$ to $C_{20}$ alkenylene);

$M^1$ and $M^2$ are each, independently, a biodegradable group (e.g., —OC(O)—, —C(O)O—, —SC(O)—, —C(O)S—, —OC(S)—, —C(S)O—, —S—S—, —C($R^5$)=N—,

What is claimed is:

1. A compound of the formula:

Formula (III)



or a salt thereof, wherein

R' is absent, hydrogen, or $C_1$-$C_4$ alkyl;

with respect to $R^1$ and $R^2$,

(i) $R^1$ and $R^2$ are each, independently, optionally substituted alkyl, alkenyl, alkynyl, cycloalkylalkyl, heterocycle, or $R^{10}$;

(ii) $R^1$ and $R^2$, together with the nitrogen atom to which they are attached, form an optionally substituted heterocylic ring; or

(iii) one of $R^1$ and $R^2$ is optionally substituted alkyl, alkenyl, alkynyl, cycloalkyl, cycloalkylalkyl, or heterocycle, and the other forms a 4-10 member heterocyclic ring or heteroaryl with (a) the adjacent nitrogen atom and (b) the $(R)_a$ group adjacent to the nitrogen atom;

each occurrence of R is, independently, —$(CR^3R^4)$—;

each occurrence of $R^3$ and $R^4$ are, independently H, halogen, OH, alkyl, alkoxy, —$NH_2$, $R^{10}$, alkylamino, or dialkylamino;

each occurrence of $R^{10}$ is independently selected from PEG and polymers based on poly(oxazoline), poly(ethylene oxide), poly(vinyl alcohol), poly(glycerol), poly(N-vinylpyrrolidone), poly[N-(2-hydroxypropyl)methacrylamide] and poly(amino acid)s, wherein (i) the PEG or polymer is linear or branched, (ii) the PEG or polymer is polymerized by n subunits, (iii) n is a number-averaged degree of polymerization between 10 and 200 units, and (iv) the compound of formula (IIIA) has at most two $R^{10}$ groups;

the dashed line to Q is absent or a bond;

when the dashed line to Q is absent then Q is absent or is —O—, —NH—, —S—, —C(O)—, —C(O)O—, —OC(O)—, —C(O)N($R^4$)—, —N($R^5$)C(O)—, —S—S—, —OC(O)O—, —O—N═C($R^5$)—, —C($R^5$)═N—O—, —OC(O)N($R^5$)—, —N($R^5$)C(O)N($R^5$)—, —N($R^5$)C(O)O—, —C(O)S—, —C(S)O— or —C($R^5$)═N—O—C(O)—; or

when the dashed line to Q is a bond then (i) b is 0 and (ii) Q and the tertiary carbon adjacent to it (C*) form a substituted or unsubstituted, mono- or bi-cyclic heterocyclic group having from 5 to 10 ring atoms;

each occurrence of $R^5$ is, independently, H or alkyl;

$M^1$ and $M^2$ are each, independently, a biodegradable group selected from —OC(O)—, —C(O)O—, —SC(O)—, —C(O)S—, —OC(S)—, —C(S)O—, —S—S—, —C($R^5$)═N—, —N═C($R^5$)—, —C($R^5$)═N—O—, —O—N═C($R^5$)—, —C(O)($NR^5$)—, —N($R^5$)C(O)—, —C(S)($NR^5$)—, —N($R^5$)C(O)—, —N($R^5$)C(O)N($R^5$)—, —OC(O)O—, —OSi$(R^5)_2$O—, —C(O)($CR^3R^4$)C(O)O—, —OC(O)($CR^3R^4$)C(O)—, or



wherein $R^{11}$ is a $C_2$-$C_8$ alkyl or alkenyl;

each occurrence of $R^z$ is, independently, $C_1$-$C_8$ alkyl;

a is 1, 2, 3, 4, 5 or 6;

b is 0, 1, 2, or 3;

$L^1$ and $L^2$ are each, independently, $C_1$-$C_5$ alkylene or $C_2$-$C_5$ alkenylene;

X and Y are each, independently, alkylene or alkenylene; and

$Z^1$ and $Z^2$ are each, independently, $C_8$-$C_{14}$ alkyl or $C_8$-$C_{14}$ alkenyl; wherein the alkenyl group may optionally be substituted with one or two fluorine atoms at the alpha position to a double bond which is between the double bond and the terminus of $Z^1$ or $Z^2$, and with the proviso that the terminus of at least one of $Z^1$ and $Z^2$ is separated from the group $M^1$ or $M^2$ by at last 8 carbon atoms.

2. The compound of claim 1, wherein $L^1$ and $L^2$ are each —$(CH_2)_2$—.

3. The compound of claim 1, wherein $L^1$ and $L^2$ are each —$(CH_2)_3$—.

4. The compound of claim 1, wherein $M^1$ and $M^2$ are —C(O)O— (where the carbonyl group in $M^1$ and $M^2$ is bound to the variable X, and the oxygen atom in $M^1$ and $M^2$ is bound to the variable L' and $L^2$).

5. The compound of claim 1, wherein the $R'R^1R^2N$ —$(R)_a$-Q-$(R)_b$— group is selected from $(CH_3)_2N$—$(CH_2)_3$—C(O)O—, $(CH_3)_2N$—$(CH_2)_2$—NH—C(O)O—, $(CH_3)_2N$—$(CH_2)_2$—OC(O)—NH—, and $(CH_3)_2N$—$(CH_2)_3$—C($CH_3$)═N—O—.

6. The compound of claim 1, wherein $Z^1$, $Z^2$, and each $R^z$ are $C_3$-$C_8$ alkyl.

7. The compound of claim 6, wherein each $R^z$ is, independently, methyl, ethyl, isopropyl, n-butyl, n-pentyl or n-hexyl.

8. A cationic lipid or a salt thereof having:

(i) a central carbon atom,

ii) a nitrogen containing head group directly bound to the central carbon atom, and

(iii) two hydrophobic tails directly bound to the central carbon atom,

wherein

each hydrophobic tail is of the formula —$R^e$-M-$R^f$ where $R^e$ is a $C_4$-$C_{14}$ alkyl or alkenyl,

M is a biodegradable group selected from —OC(O)—, —C(O)O—, —SC(O)—, —C(O)S—, —OC(S)—, —C(S)O—, —S—S—, —C($R^5$)═N—, —N═C($R^5$)—, —C($R^5$)═N—O—, —O—N═C($R^5$)—, —C(O)($NR^5$)—, —N($R^5$)C(O)—, —C(S)($NR^5$)—, —N($R^5$)C(O)—, —N($R^5$)C(O)N($R^5$)—, —OC(O)O—, —OSi$(R^5)_2$O—, —C(O)($CR^3R^4$)C(O)O—, —OC(O)($CR^3R^4$)C(O)—, or



wherein

each occurrence of $R^3$ and $R^4$ are, independently H, halogen, OH, alkyl, alkoxy, —$NH_2$, $R^{10}$, alkylamino, or dialkylamino;

each occurrence of $R^5$ is, independently, H or $C_1$-$C_4$ alkyl;

$R^{11}$ is a $C_2$-$C_8$ alkyl or alkenyl, and

$R^f$ is a branched alkyl or alkenyl, such that (i) the total length of each tail from the first carbon atom after the central carbon atom to a terminus of the tail is at most 20 atoms, and (ii) the group —$R^e$-M-$R^f$ has at least 20 carbon atoms, wherein

the alkyl or alkenyl group in $R^e$ is optionally substituted with one or two fluorine atoms at the alpha position to the $M^1$ or $M^2$ group; and

the alkenyl group in $R^f$ is optionally substituted with one or two fluorine atoms at the alpha position to a double bond which is between the double bond and the terminus of $R^f$.

**9**. The cationic lipid of claim **8**, wherein the cationic lipid is in the form of a pharmaceutically acceptable salt.

**10**. A lipid particle comprising a neutral lipid, a lipid capable of reducing aggregation, and a cationic lipid of claim **8**.

**11**. The lipid particle of claim **10**, wherein the neutral lipid is selected from DSPC, DPPC, POPC, DOPE, or SM; the lipid capable of reducing aggregation is a PEG lipid; and the lipid particle further comprises a sterol.

**12**. The lipid particle of claim **10**, wherein the cationic lipid is present in a mole percentage of about 20% and about 60%; the neutral lipid is present in a mole percentage of about 5% to about 25%; the sterol is present in a mole percentage of about 25% to about 55%; and the PEG lipid is PEG-DMA, PEG-DMG, or a combination thereof, and is present in a mole percentage of about 0.5% to about 15%.

**13**. The lipid particle of claim **10**, wherein the lipid capable of reducing aggregation is PEG-DMG.

**14**. The lipid particle of claim **13**, wherein the lipid particle comprises about 50 mole % of the cationic lipid, about 10% DSPC, about 38.5% cholesterol, and about 1.5% PEG-DMG (based on 100% of the lipid components in the lipid particle).

**15**. The lipid particle of claim **10**, further comprising an active agent.

**16**. The lipid particle of claim **15**, wherein the active agent is a nucleic acid selected from a plasmid, an immunostimulatory oligonucleotide, an siRNA, an antisense oligonucleotide, a microRNA, an antagomir, an aptamer, and a ribozyme.

**17**. A pharmaceutical composition comprising a lipid particle of claim **10** and a pharmaceutically acceptable carrier.

**18**. A method of modulating the expression of a target gene in a cell, comprising providing to the cell a lipid particle of claim **10**.

**19**. The method of claim **18**, wherein the active agent is a nucleic acid is an siRNA.

**20**. A method of treating a disease or disorder characterized by the overexpression of a polypeptide in a subject, comprising providing to the subject in need thereof the pharmaceutical composition of claim **17**, wherein the active agent is a nucleic acid selected from the group consisting of an siRNA, a microRNA, and an antisense oligonucleotide, and wherein the siRNA, microRNA, or antisense oligonucleotide includes a polynucleotide that specifically binds to a polynucleotide that encodes the polypeptide, or a complement thereof.

**21**. A method of treating a disease or disorder characterized by underexpression of a polypeptide in a subject, comprising providing to the subject in need thereof the pharmaceutical composition of claim **17**, wherein the active agent is a plasmid that encodes the polypeptide or a functional variant or fragment thereof.

**22**. A method of inducing an immune response in a subject, comprising providing to the subject in need thereof the pharmaceutical composition of claim **17**, wherein the active agent is an immunostimulatory oligonucleotide.

**23**. A compound of the formula:

Formula (IIIA)




or a salt thereof, wherein

R' is absent, hydrogen, or $C_1$-$C_4$ alkyl;

with respect to $R^1$ and $R^2$,

(i) $R^1$ and $R^2$ are each, independently, optionally substituted alkyl, alkenyl, alkynyl, cycloalkylalkyl, heterocycle, or $R^{10}$;

(ii) $R^1$ and $R^2$, together with the nitrogen atom to which they are attached, form an optionally substituted heterocylic ring; or

(iii) one of $R^1$ and $R^2$ is optionally substituted alkyl, alkenyl, alkynyl, cycloalkyl, cycloalkylalkyl, or heterocycle, and the other forms a 4-10 member heterocyclic ring or heteroaryl with (a) the adjacent nitrogen atom and (b) the $(R)_a$ group adjacent to the nitrogen atom;

each occurrence of R is, independently, —$(CR^3R^4)$—;

each occurrence of $R^3$ and $R^4$ are, independently H, halogen, OH, alkyl, alkoxy, —$NH_2$, $R^{10}$, alkylamino, or dialkylamino;

each occurrence of $R^{10}$ is independently selected from PEG and polymers based on poly(oxazoline), poly(ethylene oxide), poly(vinyl alcohol), poly(glycerol), poly(N-vinylpyrrolidone), poly[N-(2-hydroxypropyl)methacrylamide] and poly(amino acid)s, wherein (i) the PEG or polymer is linear or branched, (ii) the PEG or polymer is polymerized by n subunits, (iii) n is a number-averaged degree of polymerization between 10 and 200 units, and (iv) the compound of formula (IIIA) has at most two $R^{10}$ groups;

the dashed line to Q is absent or a bond;

when the dashed line to Q is absent then Q is absent or is —O—, —NH—, —S—, —C(O)—, —C(O)O—, —OC(O)—, —C(O)N($R^4$)—, —N($R^5$)C(O)—, —S—S—, —OC(O)O—, —O—N═C($R^5$)—, —C($R^5$)═N—O—, —OC(O)N($R^5$)—, —N($R^5$)C(O)N($R^5$)—, —N($R^5$)C(O)O—, —C(O)S—, —C(S)O— or —C($R^5$)═N—O—C(O)—; or

when the dashed line to Q is a bond then (i) b is 0 and (ii) Q and the tertiary carbon adjacent to it (C*) form a substituted or unsubstituted, mono- or bi-cyclic heterocyclic group having from 5 to 10 ring atoms;

each occurrence of $R^5$ is, independently, H or alkyl;

$M^1$ and $M^2$ are each, independently, a biodegradable group selected from —OC(O)—, —C(O)O—, —SC(O)—, —C(O)S—, —OC(S)—, —C(S)O—, —S—S—, —C($R^5$)=N—, —N=C($R^5$)—, —C($R^5$)=N—O—, —O—N=C($R^5$)—, —C(O)(N$R^5$)—, —N($R^5$)C(O)—, —C(S)(N$R^5$)—, —N($R^5$)C(O)—, —N($R^5$)C(O)N($R^5$)—, —OC(O)O—, —OSi($R^5$)$_2$O—, —C(O)(C$R^3R^4$)C(O)O—, —OC(O)(C$R^3R^4$)C(O)—, or




wherein $R^{11}$ is a $C_2$-$C_8$ alkyl or alkenyl;

each occurrence of $R^z$ is, independently, $C_1$-$C_8$ alkyl;

a is 1, 2, 3, 4, 5 or 6;

b is 0, 1, 2, or 3;

$L^1$ and $L^2$ are each, independently, straight chain $C_1$-$C_5$ alkylene or $C_2$-$C_5$ alkenylene;

X and Y are each, independently, alkylene or alkenylene; and

$Z^1$ and $Z^2$ are each, independently, $C_1$-$C_8$ alkyl or $C_2$-$C_8$ alkenyl;

wherein the compound is not one selected from:




;

n = 0-2




;

n = 0-2




;




;

-continued



;



;



; and



.

**24**. The compound of claim **23**, wherein $L^1$ and $L^2$ are each —$(CH_2)_2$—.

**25**. The compound of claim **23**, wherein $L^1$ and $L^2$ are each —$(CH_2)_3$—.

**26**. The compound of claim **23**, wherein $M^1$ and $M^2$ are —C(O)O— (where the carbonyl group in $M^1$ and $M^2$ is bound to the variable X, and the oxygen atom in $M^1$ and $M^2$ is bound to the variable $L^1$ and $L^2$).

**27**. The compound of claim **23**, wherein the $R'R^1R^2N$—$(R)_a$-Q-$(R)_b$— group is selected from $(CH_3)_2N$—$(CH_2)_3$—C(O)O—, $(CH_3)_2N$—$(CH_2)_2$—NH—C(O)O—, $(CH_3)_2N$—$(CH_2)_2$—OC(O)—NH—, and $(CH_3)_2N$—$(CH_2)_3$—$C(CH_3)$=N—O—.

**28**. The compound of claim **23**, wherein the compound is in the form of a cationic lipid.

**29**. The compound of claim **23**, wherein the compound is in the form of a pharmaceutically acceptable salt.

**30**. A lipid particle comprising a neutral lipid, a lipid capable of reducing aggregation, and a cationic lipid of claim **28**.

**31**. The lipid particle of claim **30**, wherein the neutral lipid is selected from DSPC, DPPC, POPC, DOPE, or SM; the lipid capable of reducing aggregation is a PEG lipid; and the lipid particle further comprises a sterol.

**32**. The lipid particle of claim **30**, wherein the cationic lipid is present in a mole percentage of about 20% and about 60%; the neutral lipid is present in a mole percentage of about 5% to about 25%; the sterol is present in a mole percentage of about 25% to about 55%; and the PEG lipid is PEG-DMA, PEG-DMG, or a combination thereof, and is present in a mole percentage of about 0.5% to about 15%.

**33**. The lipid particle of claim **30**, wherein the lipid capable of reducing aggregation is PEG-DMG.

**34**. The lipid particle of claim **33**, wherein the lipid particle comprises about 50 mole % of the cationic lipid, about 10% DSPC, about 38.5% cholesterol, and about 1.5% PEG-DMG (based on 100% of the lipid components in the lipid particle).

**35**. The lipid particle of claim **30**, further comprising an active agent.

**36**. The lipid particle of claim **35**, wherein the active agent is a nucleic acid selected from a plasmid, an immunostimulatory oligonucleotide, an siRNA, an antisense oligonucleotide, a microRNA, an antagomir, an aptamer, and a ribozyme.

**37**. A pharmaceutical composition comprising a lipid particle of claim **30** and a pharmaceutically acceptable carrier.

**38**. A method of modulating the expression of a target gene in a cell, comprising providing to the cell a lipid particle of claim **30**.

**39**. The method of claim **38**, wherein the active agent is a nucleic acid is an siRNA.

**40**. A method of treating a disease or disorder characterized by the overexpression of a polypeptide in a subject, comprising providing to the subject in need thereof the pharmaceutical composition of claim **37**, wherein the active agent is a nucleic acid selected from the group consisting of

an siRNA, a microRNA, and an antisense oligonucleotide, and wherein the siRNA, microRNA, or antisense oligonucleotide includes a polynucleotide that specifically binds to a polynucleotide that encodes the polypeptide, or a complement thereof.

**41**. A method of treating a disease or disorder characterized by underexpression of a polypeptide in a subject, comprising providing to the subject in need thereof the pharmaceutical composition of claim **37**, wherein the active agent is a plasmid that encodes the polypeptide or a functional variant or fragment thereof.

**42**. A method of inducing an immune response in a subject, comprising providing to the subject in need thereof the pharmaceutical composition of claim **37**, wherein the active agent is an immunostimulatory oligonucleotide.

* * * * *

# Joint Claim Construction Brief

# EXHIBIT 44

US011071784B2

# (12) United States Patent
Maier et al.

(10) Patent No.: US 11,071,784 B2
(45) Date of Patent: Jul. 27, 2021

(54) **BIODEGRADABLE LIPIDS FOR THE DELIVERY OF ACTIVE AGENTS**

(71) Applicant: **ALNYLAM PHARMACEUTICALS, INC.**, Cambridge, MA (US)

(72) Inventors: **Martin Maier**, Cambridge, MA (US); **Muthusamy Jayaraman**, Cambridge, MA (US); **Akin Akinc**, Cambridge, MA (US); **Shigeo Matsuda**, Cambridge, MA (US); **Pachamuthu Kandasamy**, Cambridge, MA (US); **Kallanthottathil G. Rajeev**, Cambridge, MA (US); **Muthiah Manoharan**, Cambridge, MA (US)

(73) Assignee: **ALNYLAM PHARMACEUTICALS, INC.**, Cambridge, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/520,183**

(22) Filed: **Jul. 23, 2019**

(65) **Prior Publication Data**

US 2019/0374646 A1 Dec. 12, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 14/677,801, filed on Apr. 2, 2015, now Pat. No. 10,369,226, which is a continuation of application No. 13/708,383, filed on Dec. 7, 2012, now Pat. No. 9,061,063.

(60) Provisional application No. 61/623,274, filed on Apr. 12, 2012, provisional application No. 61/568,133, filed on Dec. 7, 2011.

(51) **Int. Cl.**

| | |
|---|---|
| ***C07C 31/125*** | (2006.01) |
| ***A61K 47/18*** | (2017.01) |
| ***A61K 9/127*** | (2006.01) |
| ***A61K 9/51*** | (2006.01) |
| ***A61K 31/713*** | (2006.01) |
| ***C07D 317/30*** | (2006.01) |
| ***C07C 211/09*** | (2006.01) |
| ***C07C 211/10*** | (2006.01) |
| ***C07C 211/11*** | (2006.01) |
| ***C07C 217/08*** | (2006.01) |
| ***C07C 229/12*** | (2006.01) |
| ***C07C 327/22*** | (2006.01) |
| ***C07C 327/28*** | (2006.01) |
| ***C07C 327/32*** | (2006.01) |
| ***C07C 235/06*** | (2006.01) |
| ***C07C 251/38*** | (2006.01) |
| ***C07F 5/02*** | (2006.01) |
| ***C07D 233/54*** | (2006.01) |
| ***C07D 207/32*** | (2006.01) |
| ***C07D 295/08*** | (2006.01) |
| ***C07D 295/12*** | (2006.01) |
| ***C07D 295/14*** | (2006.01) |
| ***C07C 323/12*** | (2006.01) |
| ***C07C 323/58*** | (2006.01) |
| ***A61K 31/7088*** | (2006.01) |
| ***A61K 31/7105*** | (2006.01) |

(52) **U.S. Cl.**

CPC ............ ***A61K 47/18*** (2013.01); ***A61K 9/1272*** (2013.01); ***A61K 9/5123*** (2013.01); ***A61K 31/7088*** (2013.01); ***A61K 31/713*** (2013.01); ***A61K 31/7105*** (2013.01); ***C07C 31/125*** (2013.01); ***C07C 211/09*** (2013.01); ***C07C 211/10*** (2013.01); ***C07C 211/11*** (2013.01); ***C07C 217/08*** (2013.01); ***C07C 229/12*** (2013.01); ***C07C 235/06*** (2013.01); ***C07C 251/38*** (2013.01); ***C07C 323/12*** (2013.01); ***C07C 323/58*** (2013.01); ***C07C 327/22*** (2013.01); ***C07C 327/28*** (2013.01); ***C07C 327/32*** (2013.01); ***C07D 207/32*** (2013.01); ***C07D 233/54*** (2013.01); ***C07D 295/08*** (2013.01); ***C07D 295/12*** (2013.01); ***C07D 295/14*** (2013.01); ***C07D 317/30*** (2013.01); ***C07F 5/022*** (2013.01)

(58) **Field of Classification Search**

CPC ............................ C07C 31/125; C07C 31/03

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 9,061,063 | B2 | 6/2015 | Maier et al. | | |
| 9,463,247 | B2 | 10/2016 | Ansell et al. | | |
| 2003/0187114 | A1 * | 10/2003 | Breitscheidel | .......... | C07C 45/50 524/296 |
| 2005/0234270 | A1 * | 10/2005 | Kaizik | .................. | C11D 7/261 568/909 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO-2010054401 | A1 | 5/2010 |
| WO | WO-2011141704 | A1 | 11/2011 |

(Continued)

OTHER PUBLICATIONS

Debal et al., Synthesis 6, 391-93 (1976). (Year: 1976).*

(Continued)

*Primary Examiner* — Theodore R. Howell
(74) *Attorney, Agent, or Firm* — Blank Rome LLP

(57) **ABSTRACT**

The present invention relates to a cationic lipid having one or more biodegradable groups located in a lipidic moiety (e.g., a hydrophobic chain) of the cationic lipid. These cationic lipids may be incorporated into a lipid particle for delivering an active agent, such as a nucleic acid. The invention also relates to lipid particles comprising a neutral lipid, a lipid capable of reducing aggregation, a cationic lipid of the present invention, and optionally, a sterol. The lipid particle may further include a therapeutic agent such as a nucleic acid.

**1 Claim, No Drawings**

**Specification includes a Sequence Listing.**

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO-2011141705 | A1 | 11/2011 |
| WO | WO-2011153493 | A2 | 12/2011 |

OTHER PUBLICATIONS

Chesnoy, et al., Structure and Function of Lipid-DNA Complexes for Gene Delivery, Annu. Rev. Biophys. Biomol. Struct., 2009, 29:27-47.

International Search Report issued in PCT/US2012/068491 dated Apr. 5, 2013.

* cited by examiner

# BIODEGRADABLE LIPIDS FOR THE DELIVERY OF ACTIVE AGENTS

This application is a continuation of U.S. patent application Ser. No. 14/677,801, filed Apr. 2, 2015, which is a continuation of U.S. patent application Ser. No. 13/708,383, filed Dec. 7, 2012, which claims the benefit of U.S. Provisional Application No. 61/568,133, filed Dec. 7, 2011, and U.S. Provisional Application No. 61/623,274, filed Apr. 12, 2012, each of which is hereby incorporated by reference.

## TECHNICAL FIELD

The present invention relates to biodegradable lipids and to their use for the delivery of active agents such as nucleic acids.

## BACKGROUND

Therapeutic nucleic acids include, e.g., small interfering RNA (siRNA), micro RNA (miRNA), antisense oligonucleotides, ribozymes, plasmids, immune stimulating nucleic acids, antisense, antagomir, antimir, microRNA mimic, supermir, U1 adaptor, and aptamer. In the case of siRNA or miRNA, these nucleic acids can down-regulate intracellular levels of specific proteins through a process termed RNA interference (RNAi). The therapeutic applications of RNAi are extremely broad, since siRNA and miRNA constructs can be synthesized with any nucleotide sequence directed against a target protein. To date, siRNA constructs have shown the ability to specifically down-regulate target proteins in both in vitro and in vivo models. In addition, siRNA constructs are currently being evaluated in clinical studies.

However, two problems currently faced by siRNA or miRNA constructs are, first, their susceptibility to nuclease digestion in plasma and, second, their limited ability to gain access to the intracellular compartment where they can bind the protein RISC when administered systemically as the free siRNA or miRNA. Lipid nanoparticles formed from cationic lipids with other lipid components, such as cholesterol and PEG lipids, and oligonucleotides (such as siRNA and miRNA) have been used to facilitate the cellular uptake of the oligonucleotides.

There remains a need for improved cationic lipids and lipid nanoparticles for the delivery of oligonucleotides. Preferably, these lipid nanoparticles would provide high drug:lipid ratios, protect the nucleic acid from degradation and clearance in serum, be suitable for systemic delivery, and provide intracellular delivery of the nucleic acid. In addition, these lipid-nucleic acid particles should be well-tolerated and provide an adequate therapeutic index, such that patient treatment at an effective dose of the nucleic acid is not associated with significant toxicity and/or risk to the patient.

## SUMMARY

The present invention relates to a cationic lipid and PEG lipid suitable for forming nucleic acid-lipid particles. Each of the cationic and PEG lipids of the present invention includes one or more biodegradable groups. The biodegradable groups are located in a lipidic moiety (e.g., a hydrophobic chain) of the cationic or PEG lipid. These cationic and PEG lipids may be incorporated into a lipid particle for delivering an active agent, such as a nucleic acid (e.g., an siRNA). The incorporation of the biodegradable group(s) into the lipid results in faster metabolism and removal of the lipid from the body following delivery of the active agent to a target area. As a result, these lipids have lower toxicity than similar lipids without the biodegradable groups.

In one embodiment, the cationic lipid is a compound of formula (I), which has a branched alkyl at the alpha position adjacent to the biodegradable group (between the biodegradable group and the teriary carbon):

Formula (I)




or a salt thereof (e.g., a pharmaceutically acceptable salt thereof), wherein

R' is absent, hydrogen, or alkyl (e.g., $C_1$-$C_4$ alkyl);

with respect to $R^1$ and $R^2$,

(i) $R^1$ and $R^2$ are each, independently, optionally substituted alkyl, alkenyl, alkynyl, cycloalkylalkyl, heterocycle, or $R^{10}$;

(ii) $R^1$ and $R^2$, together with the nitrogen atom to which they are attached, form an optionally substituted heterocyclic ring; or

(iii) one of $R^1$ and $R^2$ is optionally substituted alkyl, alkenyl, alkynyl, cycloalkyl, cycloalkylalkyl, or heterocycle, and the other forms a 4-10 member heterocyclic ring or heteroaryl (e.g., a 6-member ring) with (a) the adjacent nitrogen atom and (b) the $(R)_a$ group adjacent to the nitrogen atom;

each occurrence of R is, independently, —($CR^3R^4$)—;

each occurrence of $R^3$ and $R^4$ are, independently H, halogen, OH, alkyl, alkoxy, —$NH_2$, $R^{10}$, alkylamino, or dialkylamino (in one preferred embodiment, each occurrence of $R^3$ and $R^4$ are, independently H or $C_1$-$C_4$ alkyl);

each occurrence of $R^{10}$ is independently selected from PEG and polymers based on poly(oxazoline), poly(ethylene oxide), poly(vinyl alcohol), poly(glycerol), poly(N-vinylpyrrolidone), poly[N-(2-hydroxypropyl)methacrylamide] and poly(amino acid)s, wherein (i) the PEG or polymer is linear or branched, (ii) the PEG or polymer is polymerized by n subunits, (iii) n is a number-averaged degree of polymerization between 10 and 200 units, and (iv) wherein the compound of formula has at most two $R^{10}$ groups (preferably at most one $R^{10}$ group);

the dashed line to Q is absent or a bond;

when the dashed line to Q is absent then Q is absent or is —O—, —NH—, —S—, —C(O)—, —C(O)O—, —OC(O)—, —C(O)N($R^4$)—, —N($R^5$)C(O)—, —S—S—, —OC(O)O—, —O—N=C($R^5$)—, —C($R^5$)=N—O—, —OC(O)N($R^5$)—, —N($R^5$)C(O)N($R^5$)—, —N($R^5$)C(O)O—, —C(O)S—, —C(S)O— or —C($R^5$)=N—O—C(O)—; or

when the dashed line to Q is a bond then (i) b is 0 and (ii) Q and the tertiary carbon adjacent to it (C*) form a substituted or unsubstituted, mono- or bi-cyclic heterocyclic group having from 5 to 10 ring atoms (e.g., the heteroatoms in the heterocyclic group are selected from O and S, preferably O);

each occurrence of $R^5$ is, independently, H or alkyl (e.g. $C_1$-$C_4$ alkyl);

X and Y are each, independently, alkylene or alkenylene (e.g., $C_4$ to $C_{20}$ alkylene or $C_4$ to $C_{20}$ alkenylene);

$M^1$ and $M^2$ are each, independently, a biodegradable group (e.g., —OC(O)—, —C(O)O—, —SC(O)—, —C(O)

-continued

```
<220> FEATURE:
<221> NAME/KEY: source
<223> OTHER INFORMATION: /note="Description of Combined DNA/RNA
      Molecule: Synthetic oligonucleotide"
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (1)..(1)
<223> OTHER INFORMATION: 2'F modified nucleobase
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (6)..(8)
<223> OTHER INFORMATION: 2'F modified nucleobase
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (13)..(13)
<223> OTHER INFORMATION: 2'F modified nucleobase
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (16)..(18)
<223> OTHER INFORMATION: 2'F modified nucleobase
<220> FEATURE:
<221> NAME/KEY: modified_base
<222> LOCATION: (20)..(21)
<223> OTHER INFORMATION: Deoxythymidine
<220> FEATURE:
<221> NAME/KEY: misc_feature
<222> LOCATION: (20)..(21)
<223> OTHER INFORMATION: Phosphothioate bond

<400> SEQUENCE: 2

guaagacuug agaugaucct t                                        21
```

What is claimed is:

**1**. The compound



* * * * *

Joint Claim Construction Brief

# EXHIBIT 45

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MODERNA, INC., MODERNA TX, INC., and MODERNA US, INC.,<br><br>Defendants. | C.A. No. 22-cv-580-CFC<br>(CONSOLIDATED) |

**DECLARATION OF MICHAEL D. PUNGENTE IN SUPPORT OF DEFENDANTS' CLAIM CONSTRUCTION BRIEF**

I, Michael D. Pungente, Ph.D., declare as follows:

1. I have been retained by Cooley LLP on behalf of defendants Moderna, Inc., ModernaTX, Inc., and Moderna US, Inc. (collectively, "Moderna") to serve as an expert with respect to the above-referenced patent infringement lawsuit.

2. I understand that, in this lawsuit, Alnylam Pharmaceuticals, Inc. ("Alnylam") asserts that Moderna's COVID-19 vaccine, SPIKEVAX® infringes U.S. Patent No. 11,633,479. (Ex. 1.) I will refer to this patent as the '479 patent. I more specifically understand that Alnylam is currently asserting claims 5-9 and 15-20 of the '479 patent against Moderna in this matter.

3. I further understand that the parties are asking the Court to construe certain terms contained in the claims of the '479 patent. I have been asked by Moderna to explain how a person having ordinary skill in the art in December 2012 would have understood certain aspects of the technical disclosures of the patents that relate to disputed claim terms. I have also been asked to

explain how a person having ordinary skill in the art as of December 2012 would have understood certain terms used in the asserted claims of the patents-in-suit. This declaration contains my opinions on those issues.

4. If called upon to do so, I am prepared to testify before the Court about the opinions contained in this declaration.

5. I am being compensated for the services I render in this case at a rate of $400 per hour, plus reasonable expenses. My compensation is in no way based on the outcome of this litigation. I have no vested interest, financial or otherwise, in the outcome of this litigation.

## I. EDUCATION, PROFESSIONAL EXPERIENCE, AND QUALIFICATION

6. I have attached my curriculum vitae as Ex. 45A to this declaration. I highlight my educational background, career history, and other relevant qualifications in summary below.

7. I am currently a Professor of Chemistry at Weill Cornell Medical College in Qatar ("WCM-Q").

8. I received my Bachelor of Science degree in Chemistry from University of Victoria in Canada. I received my Ph.D. in Organic Chemistry from the University of British Columbia ("UBC") in 1997. My interdisciplinary graduate studies at UBC involved the synthesis and purification of a large-ring phosphonate molecule, which would serve as a hapten for the development of catalytic monoclonal antibodies. Prior to the completion of my Ph.D., I held a lecture position teaching general and organic chemistry at Langara College in Vancouver between August 1996 and December 1997.

9. After obtaining my Ph.D., I served as a Research Chemist at Phytogen Pharmaceuticals in Burnaby, British Columbia, Canada working to improve upon the synthesis of an anticancer drug, etoposide, from April to August of 1998.

10. After my time at Phytogenic, I moved into academia. I worked as a Lecturer and Instructor at the University of British Columbia from 1998 to 2002 and became an Assistant Professor of Chemistry at Lakehead University, Ontario, Canada in 2002. In August 2002, I accepted a tenure-track position as Assistant Professor of Chemistry at Lakehead University.

11. In 2003, I was recruited by Weill Cornell to help with the development of its Premedical Program at the newly established WCM-Q. I began as Visiting Assistant Professor of Organic Chemistry with WCM-Q in August of 2003. I was promoted to Associate Professor in 2011, then attained the title of Professor in 2016.

12. I have taught hundreds of students in undergraduate and graduate university organic chemistry courses, including Chemistry 2510 Introduction to Experimental Organic Chemistry and Chemistry 3570 Organic Chemistry for the Life Sciences. I have also taught and supervised graduate students at both the Masters and Ph.D. level, post-doctoral associates, and research scientists.

13. My research has generally focused on novel compounds having applications in gene therapy. The goal of gene therapy is to treat, cure, or ultimately prevent disease by changing the expression of a person's genes. My research had involved the synthesis, characterization, and application of novel lipid- and polymer-based compounds for the purpose of gene therapy. In the context of my gene therapy research, I have worked extensively towards the design and synthesis of cationic lipids for nucleic acid delivery (including DNA, siRNA and mRNA). I have also investigated various components of lipids used in drug delivery for gene therapy. I have collaborated with colleagues in Ireland, Norway, Canada, the United Kingdom and the United States to have dozens of lipid constructs synthesized, screened, and tested *in vitro* and *in vivo*.

14. I have also authored numerous peer-reviewed articles, abstracts, and a book chapter related to topics involving organic chemistry and drug delivery.

15. I have also received a number of teaching honors and awards, including: a UBC Chemistry Department Honorarium in recognition of excellence in teaching Organic Chemistry (1999-2000); the UBC Alma Mater 'Just Desserts' Award (in Chemistry) in recognition of excellence in teaching (March 2000); and the 2004 Award of Appreciation in recognition of excellence in teaching Organic Chemistry (from WCM-Q Class of 2008).

## II. SUMMARY OF OPINIONS

16. It is my opinion that a person of ordinary skill in the art in the December 2011 and/or December 2012 timeframe would have understood the term "$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$," as used in the context of the '479 patent, to mean "$R^{13}$ is a saturated hydrocarbon moiety with 10 to 20 carbon atoms in which the carbon atom next to $M^1$ (1) is bound to at least three other carbon atoms, and (2) is not a ring atom of a cyclic group."

## III. LEGAL PRINCIPLES

17. In expressing my opinions on what I understand might be considered legal issues, I have applied the following legal standards conveyed to me by Moderna's counsel.

18. I understand from Moderna's counsel that terms in patent claims must be read as a hypothetical person of ordinary skill in the art ("skilled artisan") would have understood them at the relevant time period in the context of the entire patent, including the written description.

19. I have been advised by Moderna's counsel that the relevant time here is approximately December 2012.[1]

[1] I understand that Alnylam may argue that the relevant date is December 2011. My opinions would not change if that was the relevant date.

20. I understand that Moderna has asserted that a skilled artisan in the field of the ’479 patent would have had a Ph.D. in organic chemistry, medicinal chemistry, biochemistry, chemical engineering, or a related discipline, with one or more years of experience in synthesizing or directing synthesis of lipids, surfactants, and/or other amphiphilic molecules, or would have a B.S. or M.S. degree in one of those disciplines with additional experience. The skilled artisan would be part of a team and would also have access to at least one or more persons holding an advanced degree in pharmacology, pharmaceutics, pharmaceutical chemistry, biological or biomedical sciences or a related field, with experience in the analysis and/or evaluation of lipids, surfactants, and/or other amphiphilic molecules as components of lipid particles for the delivery of nucleic acids. After reviewing the ’479 patent, I agree with Moderna that this description is appropriate.

21. Based on my experience, I meet the definition of a skilled artisan for the ’479 patent now and as of December 2012.

22. I understand that claims are presumed to have their plain and ordinary meaning when read in the context of the entire patent, including the claims, written description, and prosecution history.

23. I understand that the specification may reveal a special definition given to a claim term by the patentee that differs from the meaning it would otherwise possess. In such cases, I understand that the inventor’s lexicography governs.

24. I also understand that the prosecution history, which consists of the record of the proceedings before the Patent Office, may provide evidence on how the inventor understood the patent. I understand, however, that because the prosecution history represents an ongoing negotiation between the Patent Office and the applicant, it often lacks the clarity of the specification and thus is less useful for claim construction purposes.

# IV. SCIENTIFIC BACKGROUND RELEVANT TO THE ’479 PATENT AS UNDERSTOOD BY A SKILLED ARTISAN IN DECEMBER 2012

## A. Hydrocarbons

25. All living things are made up of organic compounds. Organic compounds, generally, are molecules that include, among other elements, both carbon and hydrogen atoms. Specifically, organic compounds are those with hydrogen atoms attached directly to carbon. For that reason, it has been said that organic chemistry is the study of carbon-containing compounds.

26. The simplest organic compounds are hydrocarbons, compounds that contain only carbon and hydrogen atoms. Even though they are composed of only two types of atoms, hydrocarbons are wide in variety because they can include different types of bonds and consist of varying lengths of chains, branched chains, rings of carbon atoms, or combinations of these structures.

27. Hydrocarbons can have different types of carbon-carbon bonds, such as single bonds, double bonds, or triple bonds. Carbons with single bonds are connected to four other atoms. Carbons with double bonds are connected to three other atoms. Carbons with triple bonds are connected to two other atoms. Hydrogen only bonds to one other atom, and in hydrocarbons, each hydrogen contains a single bond to a carbon on the chain.

28. Scientists use multiple ways to depict the structures of organic compounds, including line-bond structures (also known as “Kekulé structures”[2]). The line-bond structure shows each carbon and hydrogen atom as a “C” and “H,” respectively, with lines depicting the bonds between atoms. An example of these structures (among others) is shown below:

[2] Dr. Scheidt refers to these as Lewis structures. For purposes of the issues addressed in my declaration, either term can be used to describe these structures.




(Ex. 45B (Bruice (8th Edition)), 90.)

29. For larger, more complex organic molecules, scientists commonly use simplified skeletal structures. In skeletal structures, carbon atoms are not depicted with a "C" but rather represented by each end of a line or at the intersection of two or more lines. Hydrogen atoms are not drawn if they are attached to a carbon and other atoms besides carbon and hydrogen are represented by their elemental symbols. An example of this type of structure is shown below:





**2,6-dimethyldecane**



**3,3,4-triethylhexane**



**isopropylcyclopentane**

(Ex. 45G (Loudon) at 69.) These methods of depicting chemical structures would be well-known to a skilled artisan in 2012.

30. Saturated hydrocarbons are the simplest type of hydrocarbon. Saturated hydrocarbons contain single bonds between all the carbon atoms and thus are "saturated" with the maximum possible number of hydrogens per carbon. (Ex. 51 (McMurry), 82.) Each carbon in a saturated hydrocarbon is therefore bound to four other atoms, either carbon or hydrogen. Some simple saturated hydrocarbons are depicted below:



**Methane**



**Ethane**



**Propane**



**Butane**

(*Id.*)

31. If a hydrogen atom is removed, the resulting structure is known as an "alkyl" or "alkyl group." Alkyl groups are not compounds themselves but are portions of larger compounds. A skilled artisan would know that the carbon position from which the hydrogen atom is removed on an alkyl group is the position at which the alkyl group is attached to a parent hydrocarbon chain or functional group. Below are a few examples of alkyl groups:




(*Id.* at 87.)

32. Skilled artisans categorize carbons atoms in hydrocarbons based on the number of other carbons that they are bound to. As shown below, carbons are referred to as "primary" (carbon bound to one other carbons), "secondary" (carbon bound to two other carbons), "tertiary" (carbon bound to three other carbons) and "quaternary" (carbon bound to four other carbons):




(*Id.* at 88)

33. Hydrocarbons can be straight chains, branched chains, or cyclic. In chemistry a "chain" is "line of atoms of the same type in a molecule." (Ex. 45C ("Chain," Oxford Dictionary of Chemistry).) A straight chain hydrocarbon has only primary and secondary carbons, whereas a branched chain hydrocarbon must have a tertiary or quaternary carbon. (Ex. 45D (Claydon), 21; Ex. 45E (Ouellette), 87-88; Ex. 51 (McMurry), 83; Ex. 45F (Munowitz), 269; Ex. 45H (Chan), 335; Ex. 45I (McMurry Fay), 909-911; Ex. 45J (Brady), 1090; Ex. 45C ("Chain," Oxford Dictionary of Chemistry), 4.) For instance, Claydon depicts the difference between straight chain hydrocarbons and branched chain hydrocarbons as follows:




(Ex. 45D (Claydon), 21; *see also* Ex. 51 (McMurry), 83.) As shown in the "branched chain" above, a carbon atom bonded to three or four other carbon atoms is a "branching point." (Ex. 45E (Ouellette), 88; 45I (McMurry Fay), 910.)

34. McMurry explains a simple way to assess if a hydrocarbon chain includes a tertiary or quaternary carbon and is thus branched. As described in McMurry, "you can draw a line

connecting all the carbons of a straight-chain alkane without retracing your path or lifting your pencil from the paper." (Ex. 51 (McMurry), 83.) In contrast, for a branched hydrocarbon, "you either have to retrace your path or lift your pencil from the paper to draw a line connecting all the carbons." (Ex. 51 (McMurry), 83.)

35. This concept can be illustrated using examples from the '479 patent. The '479 patent includes the exemplary alkyl group below that is a straight hydrocarbon chain. It includes only secondary carbon atoms (blue) and a single primary carbon atom (green) and thus does not have a branching point.




('479 Patent, 74:8-12 (annotated).) Because it includes only primary and secondary carbons and not tertiary or quaternary carbons, one can draw a continuous line connecting all the carbons without lifting one's pen or retracing:




(*Id*. (annotated.)

36. In contrast, the '479 patent identifies the "branched alkyl" group, depicted below, which includes a tertiary carbon highlighted in yellow bound to the three other carbon atoms highlighted in blue (all secondary carbons), creating a branching point:



('479 Patent, 55:21-23, 55:58-67 (annotated).) Because it has a tertiary carbon, one cannot draw a line connecting all of the carbon atoms without retracing or picking up their pencil:



(*Id*. (annotated).)

37. As the references above indicate, in determining whether a hydrocarbon is a "straight chain" or "branched chain," a skilled artisan would only consider carbon atoms in the "carbon skeleton" (including those in the parent chain and any attached alkyl side chains). A skilled artisan would not consider heteroatoms from any functional groups. For example, Claydon depicts organic structures with various functional groups, and only considers the carbon atoms when determining whether the chain is straight (linear) or branched:




(Ex. 45D (Claydon), 74.)

38. Applying these well-known rules of chemistry, one can see that a hydrocarbon chain attached to the oxygen in an ester group, like that in SM-102, is a straight chain hydrocarbon, not a branched chain. As shown below with blue highlighting, one can draw a line connecting all the carbons in the terminal portion of each of the hydrophobic tails (what the patent calls the "$R^{13}$ group") of SM-102:




(Ex. 31, 8; Ex. 32, 6 (annotated).) Put another way, the straight carbon chains highlighted in blue are not "branched" because they include only primary and secondary carbon atoms.

**B. Hydrolysis of Esters in Lipid Tails**

39. Skilled artisans knew prior to 2012 that cationic lipids for use in lipid particles could include biodegradable groups in their tails to help the lipid degrade in the body. (Ex. 25 (Tang), 346-347; Ex. 26 (Chesnoy), 31; Ex. 21 (Martin), 384; Ex. 20 (Srilakshmi), 92.) The possible biodegradable groups included cleavable ester linkages. (*Id.*) Esterases in the body cleave the lipid molecule at the site of the ester functional group into two separate products, specifically an alcohol and the parent carboxylic acid. (*Id.*; Ex. 21 (Martin), 387-388.)

40. The molecules that result from the hydrolysis of esters in lipid tails further helps understand the use of straight and branched hydrocarbons is such lipids. For example, the two exemplary compounds depicted below have the same hydrocarbon chain connected to an ester in each of two possible orientations:







The ester in the compound on the left has what a skilled artisan would describe as the —C(O)O— orientation, while the ester in the compound on the right has what a skilled artisan would describe as the —OC(O)— orientation.

41. As shown below, the compound with the ester in the —OC(O)— orientation has a tertiary carbon atom next to the ester group:




42. When that compound undergoes hydrolysis, the resulting product is a ***branched chain*** carboxylic acid:



('479 Patent, 34:9-36:40.)

43. The compound with the ester in the —C(O)O— orientation has a secondary carbon atom next to the ester group:



44. When that compound undergoes hydrolysis, the resulting product is a ***straight chain*** alcohol:




('479 Patent, 34:9-36:40.)

45. A skilled artisan would recognize that the straight chain alcohol nonan-5-ol illustrated in the hydrolysis above could be represented with the following alternative configuration, by undergoing a single-bond rotation between carbons 2 and 3, as illustrated by the red arrow below:




46. Similarly, when hydrolyzed, SM-102 yields two straight chain alcohols:




('479 Patent, 34:9-36:40; Ex. 31 (Schoenmaker), 8.)

## V. THE RELEVANT DISCLOSURE OF THE '479 PATENT

47. The '479 patent is titled "Biodegradable Lipids for the Delivery of Active Agents" and generally relates to biodegradable cationic lipids that may be incorporated into a lipid particle for delivering an active agent, such as a nucleic acid. ('479 Patent, Abstract.)

48. The ’479 patent includes a section titled “Definitions.” In that section, the patent defines “alkyl” as a “straight or branched chain saturated hydrocarbon.” (’479 Patent, 376:14-22.) In the same section, the patent provides the following definition for “branched alkyl”: “Unless otherwise specified, the term[] ‘branched alkyl’ . . . refer[s] to an alkyl . . . group in which one carbon atom in the group (1) is bound to at least three other carbon atoms and (2) is not a ring atom of a cyclic group.” (’479 Patent, 376:41-47.)

49. The written description of the ’479 patent includes a “Summary” section that discloses ten general chemical formulas, each of which includes a large number of cationic lipid compounds. (’479 Patent, 2:9-19:2; Formula I, 2:15; Formula II, 4:5; Formula III, 5:60-65; Formula IIIA, 6:60; Formula IV, 10:40; Formula V, 11:10; Formula VIA, 12:5; Formula VIB, 12:60-65; Formula VII, 14:10; and Formula VIII, 16:10). Five of those formulas depict cationic lipids with hydrophobic tails that include alkyl groups that can be branched. (’479 Patent, 2:9-3:65 (Formula I)), 3:66-5:51 (Formula II), 5:53-6:49 (Formula III), 6:50-10:29 (Formula IIIA), 10:30-11:3 (Formula IV).) Each of those formulas allow for a tertiary or quaternary carbon atom at the relevant carbon.

50. For example, generic Formulas I and II may have “a branched alkyl at the α-position adjacent to the biodegradable group.” (’479 Patent, 2:9-3:65, 3:66-5:51).) These generic formulas encompass an array of potential species. Many include a tertiary carbon at the carbon atom next to the biodegradable group ($M^1$), known as the α-position, which is consistent with the express definition of “branched alkyl” and comports with the plain and ordinary meaning of “an alkyl group that is branched.” For example, where $M^1$, or the biodegradable group, is “—OC(O)—” in Formula II (’479 Patent, 5:1-2), the α-carbon is a tertiary carbon, annotated in yellow below:




('479 Patent, 2:6-5:50 (annotated).) Other $M^1$ groups listed for Formula II also result in a tertiary carbon at the α-position, including —SC(O)—, —OC(S)—, —N═C(R5)—, —O—N═C(R5)—, —N(R5)C(O) —. ('479 Patent, 5:1-18.)

51. Similarly, Formulas III, IIIA, and IV each require a tertiary carbon atom in the terminal hydrophobic chain. ('479 Patent, 5:51-11:3.) The tertiary carbon in Formula III is highlighted in yellow below:

Formula (III)




('479, 5:51-6:48 (annotated).)

52. Formulas V, VIA, VIB, and VII do not have any branching in their hydrophobic tails. ('479 patent, 11:9-15:65.) A skilled artisan would understand this to mean that a "branched alkyl" is optional in the context of the '479 patent. Finally, Formula VIII is a generic description referring to earlier formulas, does not include the term "branched alkyl," and does not depict any branching. ('479 Patent, 16:1-19:12.)

53. After its "Summary" section, the '479 patent includes a "Detailed Description" that covers over 200 pages. ('479 Patent, 29:35-500:53.) The term "branched" appears only once in the Detailed Description (aside from the Definitions subsection). In Column 55, the '479 patent discloses "suitable tail groups" where "R13 is a branched alkyl." ('479 Patent, 55:19-23.) The patent then identifies around 20 "suitable" R13 groups with such "branched alkyls," with each branched alkyl group including a tertiary carbon atom at the branching point. ('479 Patent, 55:56-60:35.) For instance, the following "branched alkyls" all include a tertiary carbon atom (shown in yellow):




('479 Patent, 56:20-40, 56:53-65, 58:10-15 (annotated).)

54. The rest of the "Detailed Description" portion of the '479 patent includes thousands of other examples of lipids and hydrophobic tail structures. ('479 Patent, 44:30-56:18, 55:59-60:54, 75:4-358:67.) The patent does not state that any of them include an alkyl group that is

branched, but a skilled artisan would recognize that many of them do include alkyl chains with a tertiary carbon. Below are a few examples, with the tertiary carbons shown in yellow:




('479 patent, cols. 75-76 (annotated).)




('479 Patent, cols. 79-80 (annotated).)




('479 Patent, cols. 83-84 (annotated).)




('479 Patent, cols. 101-102 (annotated).)



('479 patent, cols. 233-234 (annotated).)

## VI. THE CLAIMS OF THE '479 PATENT

55. The asserted claims of the '479 patent claim "a lipid compound" with certain chemical groups. Claim 1 of the '479 patent recites:

> A lipid compound, comprising a head group, two hydrophobic tails, and a central moiety to which the head group and the two hydrophobic tails are directly bonded, wherein:
>
> the central moiety is a nitrogen atom;
>
> each of the two hydrophobic tails independently consists of an aliphatic group interrupted by an ester group; and
>
> at least one of the hydrophobic tails has the formula —$R^{12}$-$M^{1}$-$R^{13}$, wherein:
>
> > $R^{12}$ is a $C_4$-$C_{14}$ alkyl group,
> >
> > $M^{1}$ is an ester group, and
> >
> > ***$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^{1}$***;
> >
> > the chain length of formula-$R^{12}$-$M^{1}$-$R^{13}$ is from 17 to 24 atoms;
> >
> > the total carbon atom content of the at least one hydrophobic tail is 21 to 26 carbon atoms; and
> >
> > wherein the lipid compound contains a protonatable group such that the lipid compound is positively charged at a pH at or below pH 7.4.

56. I understand that the parties dispute the meaning of the term "$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^{1}$," which I have emphasized in the claim language above.

## VII. THE DISPUTED TERM

57. I understand that the parties competing proposed construction of "$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$" are as follows:

| Alnylam's Construction | Moderna's Construction |
|---|---|
| "$R^{13}$ is an alkyl group that has 10 to 20 carbons and is branched at a carbon atom next to $M^1$" | "$R^{13}$ is a saturated hydrocarbon moiety with 10 to 20 carbon atoms in which the carbon atom next to $M^1$ (1) is bound to at least three other carbon atoms, and (2) is not a ring atom of a cyclic group" |

58. It is my opinion that a person of ordinary skill in the art would have understood the term "$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$," as used in the context of the '479 patent, to mean "$R^{13}$ is a saturated hydrocarbon moiety with 10 to 20 carbon atoms in which the carbon atom next to $M^1$ (1) is bound to at least three other carbon atoms, and (2) is not a ring atom of a cyclic group," consistent with Moderna's construction.

59. I understand that the parties do not dispute that "$C_{10}$-$C_{20}$" refers to 10-20 carbon atoms or that "at the α-position relative to $M^1$" refers to the carbon directly next to $M^1$. I thus understand that the parties' dispute focuses on the language "alkyl group that is branched."

60. For the reasons below, a skilled artisan would not have understood the disputed term as Alnylam contends.

### A. The Plain and Ordinary Meaning of "Alkyl Group That Is Branched" and the Patent's Definitions Support Moderna's Construction

61. It is my opinion that the plain and ordinary meaning of "alkyl group that is branched," read in light of the patent's express definitions, requires a carbon atom bound to at least three other carbon atoms, consistent with Moderna's construction.

62. Dr. Scheidt concedes that the '479 patent's express definition of "alkyl" applies to the disputed claim term. (Ex. 3, ¶20.) The '479 patent defines "alkyl" as "a straight or branched

chain saturated hydrocarbon moiety." ('497 Patent, 376:13-21.) "Alkyl group that is branched" refers to a "branched chain" saturated hydrocarbon moiety.[3]

63. As explained above, a saturated hydrocarbon consists of only carbon and hydrogen atoms, with single bonds between the carbons. (Section IV.A). A skilled artisan would know that because hydrogen atoms can only bond to one other atom, they cannot form a "branch." Carbon atoms, however, can bind to four atoms, and a carbon atom bound to three or four other carbons forms a branch. (Section IV.A).

64. As explained above in Section IV.A, the following alkyl group identified in the '479 patent includes a tertiary carbon highlighted in yellow bound to the three other carbon atoms, highlighted in blue (all secondary carbons), creating a branching point:



('479 Patent, 55:21-23, 55:58-67 (annotated).)

65. On the other hand, an alkyl group with only secondary carbon atoms (blue) and a single primary carbon atom (green) is straight:



('479 Patent, 74:8-12 (annotated).)

[3] A "moiety" is another was to refer to a chemical "group" that is part of a larger molecule.

66. As explained above, in Section IV.A., a skilled artisan can determine whether a hydrocarbon chain is straight or branched using the tracing method taught in McMurry. As explained in McMurry, a hydrocarbon is straight if "you can draw a line connecting all the carbons" and branched if you "have to retrace your path or lift your pencil…to draw a line connecting all the carbons." (Ex. 51 (McMurry), 83.)

67. Using this tracing method, one can draw a continuous line connecting all the carbons in the alkyl group without a tertiary carbon (left), but cannot in the alkyl group with a tertiary carbon without retracing or picking up the pencil (right):



This shows why a hydrocarbon must have a tertiary or quaternary carbon atom to be "branched."

68. As discussed above, for both straight and branched chains, a skilled artisan would know to only consider the carbons when determining whether a hydrocarbon is branched. A skilled artisan would not consider a carbon atom bound to two other carbon atoms, an oxygen atom, and a hydrogen atom to be a branched hydrocarbon. (*Supra* IV.A, ¶38; Ex. 45D (Clayden), 74.) As a result, a straight hydrocarbon moiety attached to a functional group, like the oxygen in an ester, would not be considered "branched." *(Id.)*

69. The hydrolysis of ester groups in lipid tails further shows why a skilled artisan would not understand a α-carbon atom bound to two other carbon atoms, the oxygen atom in an ester, and a hydrogen atom to be a branched hydrocarbon. When a lipid with such an α-carbon was hydrolyzed, the result would be a straight chain alcohol, as shown below:




In contrast, the hydrolysis of a lipid with a tertiary carbon at the α-position would result in a branched chain alcohol or carboxylic acid, as shown below:




70. A skilled artisan would understand that the definition of "branched alkyl" in the '479 patent confirms that the patentees were using "alkyl group that is branched" in a manner consistent with the plain and ordinary meaning. Initially, Dr. Scheidt does not point to any material difference between the two terms, and in my opinion, a skilled artisan would not perceive any

substantive difference between them. A skilled artisan thus would consider the definition of "branched alkyl" relevant to understanding the patentees' use of "alkyl group that is branched."

71. Consistent with the plain and ordinary meaning of "alky group that is branched," the '479 patent defines "branched alkyl" to require a carbon atom "bound to at least three other carbon atoms." ('479 Patent, 376:41-47.) Thus, just as a skilled artisan would understand the plain and ordinary meaning of an "alkyl group that is branched" to require a tertiary or quaternary carbon, the patent's express definition of "branched alkyl" also requires a tertiary or quaternary carbon.

**B. The Claim Language Supports Moderna's Construction**

72. The claim language supports Moderna's construction because it expressly allows for a tertiary carbon at the α-position, and in no way requires a secondary carbon at the α-position, as I explain below.

73. The term "$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$" appears in asserted claims 1 and 13 of the '479 patent. Claims 1 and 13 claim the same lipid compound but claim 13 recites the compound in the context of a lipid particle with other components.

74. These claims require a "lipid compound, comprising a head group, two hydrophobic tails, and a central moiety to which the head group and the two hydrophobic tails are directly bonded." ('479 Patent, claims 1 and 13.)

75. The claims further require that at least one of the hydrophobic tail has the formula $R^{12}$-$M^1$-$R^{13}$. (*Id.*) $M^1$ is an ester group, which can have one of two orientations, —OC(O)— or —C(O)O—. A skilled artisan would thus understand the claim language to require one of the two following generic structures:




76. Next, the claims require that "$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$." ('479 patent, claims 1, 10, 13). A skilled artisan would understand a "$C_{10}$-$C_{20}$ alkyl group" refers to a chemical moiety that consists of only single-bonded carbon and hydrogen atoms with a total of 10-20 carbon atoms. As to the requirement that $R^{13}$ alkyl group is branched at the "α-position relative to $M^1$," I understand that Dr. Scheidt agrees that the α-position is the position "where the branching occurs at the carbon atom next to the [biodegradable/ester] group." (Ex. 3, ¶26.)

77. Putting aside the meaning of alkyl group "that is branched," I have depicted the claimed compounds below for both ester orientations, depicting the four bonds of the α-carbon, one to the carbon or single-bonded oxygen of the ester group, and three bonds to either a carbon or hydrogen atom, denoted by the squiggly lines:







78. In the —OC(O)— orientation, the α-carbon is bound the carbon atom in the ester group. If the α-carbon is bound to two additional carbons, the α-carbon is tertiary and branched. If the α-carbon is bound to three additional carbons, the α-carbon is quaternary and branched. These configurations are depicted below:







79. In the —C(O)O— orientation, the α-carbon is bound to the single-bonded oxygen atom in the ester group. If the α-carbon is bound to three carbons, it is a tertiary carbon and is branched at the α-carbon position:




80. As a result, the claim language specifically allows for a tertiary carbon at the α-position, consistent with Moderna's construction and the plain and ordinary meaning of "alkyl group that is branched" for both ester orientations. The claim language in no way requires a secondary carbon at the α-position.

81. Dr. Scheidt seems to agree that that claim language allows "the branching carbon [to] either be a secondary carbon…or a tertiary carbon." (Ex. 3, ¶32.) But to support his opinion, Dr. Scheidt relies on the following "illustration" of the claim language which shows a secondary carbon at the α-position:




(Ex. 3, ¶30.)

82. Dr. Scheidt's illustration above is not an accurate representation of the claim language because it assumes that the α-carbon is bound to an oxygen, two carbon atoms, ***and a hydrogen***. (Ex. 3, ¶30.) As Dr. Scheidt seems to recognize, the claim language does not include any such requirement. Instead, as explained above, the claim language allows the fourth atom attached to the α-carbon to be either carbon or hydrogen. Below, I have annotated Dr. Scheidt's illustration to reflect that the claim language allows the fourth atom attached to the α-carbon to be either carbon or hydrogen:




(Ex. 3, ¶30 (annotated in red).)

83. If the fourth bond is attached to a carbon atom, as shown below in an annotated version of Dr. Scheidt's image, then the α-carbon is a tertiary carbon:




(Ex. 3, ¶30 (annotated in red).)

84. As a result, as explained above (*supra*, VII.B., ¶79), the claims allow for a tertiary carbon at the α-position when the ester is in the —C(O)O— orientation, consistent with Moderna's construction and the plain and ordinary meaning of "alkyl group that is branched."

85. I further disagree with Dr. Scheidt's opinion that a "POSA would know that the —C(O)O— ester configuration would result in [an] alkyl that is branched where the α-carbon was bound to one oxygen atom, and two other carbon atoms." (Ex. 3, ¶30.) Dr. Scheidt does not cite to anything to support his opinion that a skilled artisan would understand such a structure to be an "alkyl group that is branched." As explained above, based on chemistry texts, dictionaries, and other sources, a skilled artisan would understand the structure described by Dr. Scheidt as a straight-chain alkyl bound to an ester. (*See* Section IV.)

### C. The Written Description Supports Moderna's Construction

86. The written description's examples clearly support Moderna's construction that alkyl groups that are branched at the α-position are bound to three other carbons.

87. As discussed above (*see supra*, V., ¶49), the written description begins with ten generic chemical formulas illustrating the cationic lipids of the claimed invention. ('479 Patent, 2:9-19:2.) Of those ten formulas, five allow for hydrophobic tails with alkyl groups that are branched. ('479 Patent, 2:9-3:65 (Formula I), 3:66-5:51 (Formula II), 5:53-6:49 (Formula III), 6:50-10:29 (Formula IIIA), 10:30-11:3 (Formula IV).) Each of these five formulas allow for a tertiary or quaternary carbon atom at the branching point.

88. For instance, Formula II includes lipids that can have "a branched alkyl at the α-position adjacent to the biodegradable group." ('479 Patent, 3:66-5:51.) Many of the potential species of Formula II include a tertiary carbon at the α-position, consistent with the Moderna's construction. For instance, when $M^1$ is —OC(O)—, every species includes a tertiary carbon at the α-position, as shown below:



('479 Patent, 3:66-5:51 (annotated).) Several other $M^1$ groups also result in a tertiary carbon at the α-position. ('479 Patent, 5:1-18 (identifying $M^1$ groups such as —SC(O)—, —OC(S)—, —N═C($R^5$)—, —O—N═C($R^5$)—, —N($R^5$)C(O) —).) As a result, I also disagree with Dr. Scheidt's opinion that Formulas I and II specify a secondary α-carbon. (Ex. 3, ¶34.)

89. The "Detailed Description" portion of the '479 patent lists thousands of examples of lipids and hydrophobic tail structures. ('479 Patent, 44:30-56:18, 55:59-60:54, 75:4-358:67.) Aside from the "Definitions," the term "branched" only appears once in the Detailed Description, disclosing "suitable tail groups" where "R13 is a branched alkyl." ('479 Patent, 55:19-23.) As shown above (*see supra*, V., ¶53), the patent then lists about 20 "suitable" R13 groups with such "branched alkyls," with each branched alkyl group including a tertiary carbon atom at the branching point. ('479 Patent, 55:56-60:35.) Likewise, the vast majority of the exemplary lipids in the written description that would even arguably be "branched" under either party's view include a tertiary carbon atom. (S*ee Supra*, V., ¶53.)

90. Dr. Scheidt points to the exemplary "branched alkyl groups" identified in the definition of "alkyl," which include isopropyl and sec-butyl. (Ex. 3, ¶41 (citing '479 Patent, 376:21-22).) Dr. Scheidt states that a skilled artisan would clearly understand this disclosure to mean that an "alkyl that is branched" does not require a tertiary or quaternary carbon. (Ex. 3, ¶41.)

91. It is my opinion that a skilled artisan would not read the ’479 patent’s disclosure in this way. Rather, a skilled artisan would understand that the “representative saturated branched alkyl groups” are “branched” if they are attached to another carbon. As shown below, when attached to a larger hydrocarbon, both isopropyl and sec-butyl include a tertiary carbon, as indicated by the asterisk:




(Ex. 3, ¶41 (annotated in blue).)

92. Dr. Scheidt also opines that Compound I “specif[ies] branching with two carbons bound to the α-branched carbon in R[13]” and provides the following annotated version of Compound 1:



(Ex. 3, ¶35.) I disagree that Compound 1 is relevant to the understanding of the term "alkyl group that is branched." First, the $R^{13}$ group in Compound 1 is not an alkyl, it is an alkenyl and thus does not speak to the meaning of "alkyl group that is branched." Second, the '479 patent does not describe Compound 1 as having an "alkyl group that is branched" or any group that is "branched," for that matter. And, a skilled artisan would not believe that Compound 1 included an "alkyl group that is branched" for the reasons discussed above. They would understand that the $R^{13}$ group is a straight chain alkenyl attached the oxygen in an ester group. Compound I thus is in no way inconsistent with Moderna's construction.

93. Dr. Scheidt also points to Tables 2D and 2E for support that an "alkyl group that is branched" does not require a tertiary or quaternary carbon. (Ex. 3, ¶¶37-40.) Like Compound I, however, the '479 patent does not state that the "representative hydrophobic chain[s]" in Table 2E are "branched" or that they include "alkyl groups that are branched." Moreover, Dr. Scheidt relies on a single example from Table 2E that does not include a tertiary carbon (most of them do) and combines it with a "representative biodegradable moiety" from Table 2D, specifically, an ester with the —C(O)O— orientation. If, however, one combined the same example from Table 2E with the example from Table 2D with an —OC(O)— ester, the resulting molecule would include a tertiary carbon at the α-position, a shown below:



94. As a result, nothing that Dr. Scheidt points to in the ’479 patent’s written description is contrary to Moderna’s construction and the plain and ordinary meaning of “alkyl group that is branched.”

### D. The Prosecution History is Not Relevant to the Construction of this Term

95. Dr. Scheidt also opines that an exchange between the patent applicants and the Patent Office examiner during the prosecution of the ’479 patent supports his understanding of “alkyl group that is branched.” (Ex. 3, ¶¶43-48.) A skilled artisan would not find this exchange relevant to the understanding of the term “alkyl group that is branched.”

96. During prosecution, the Patent Office examiner rejected the pending claims over the prior art shown below (with Dr. Scheidt’s annotations):






(Ex. 3, ¶45 (citing Ex. 7 (October 20, 2022 Applicants' Remarks) at 9-10 (annotated with red boxes to show the alpha carbon binding to two carbons).)

97. In a written response, the applicants distinguished the prior art based on the prior art compounds having a carbon central moiety and the claims requiring a nitrogen central moiety. (Ex. 7 (October 20, 2022 Applicants' Remarks).) The applicants were silent about the prior art having or not having the claimed "alkyl group that is branched." (*Id.*) Dr. Scheidt interprets this to mean that the applicant conceded that the claims encompassed a secondary carbon at the α-position because they did not distinguish the prior art based on the lack an "alkyl group this is branched" α-position. (Ex. 3, ¶48.)

98. In my opinion, a skilled artisan would not find this exchange relevant to the meaning of the term "alkyl group that is branched." The exchange that Dr. Scheidt points to does not use the term "branched," much less "alky group that is branched." I also understand from counsel that an applicant's silence regarding the presence of a claimed feature in the prior art is not legally viewed as an admission that the prior art includes that feature.

## VIII. CONCLUSION

99. This Declaration is based on my study of the information available to me at the time of its writing. My review and consideration of patent-in-suit, its prosecution file history, and the

other materials discussed in this Declaration, including the relevant literature, are ongoing. As my analysis continues, I may identify additional evidence supporting the opinions that I have summarized in this Declaration. I reserve the opportunity to update, supplement, or amend this Declaration and my opinions in view of further analysis or additional information that might be obtained or become available at a later time or to address new or different positions taken by defendants. I also reserve the right to prepare visual aids and demonstratives should I be called upon to testify regarding the information contained herein.

100. I declare under the penalty of perjury pursuant to the laws of the United States of American that the forgoing statements are true and correct.

Dated: April 18, 2024 Signed: *\/s/ Michael D. Pungente*

Michael D. Pungente, Ph.D.

Joint Claim Construction Brief

# EXHIBIT 45A

# Curriculum Vitae
(WCM-Q Format)

**Date of preparation: April 2024**

## A. GENERAL INFORMATION

1. Name: Michael D. Pungente
2. Office address, telephone, fax:
Weill Cornell Medicine in Qatar (WCM-Q)
Al Luqta Street, P.O. Box 24144, Doha, Qatar
Tel: (+974) 4492-8216
Fax: (+974) 4492-8222

3. Home address: (Same as work address)
4. Cell phone: (+974) 3009-9319
5. Email: mdp2001@qatar-med.cornell.edu
6. Citizenship: Canadian

## B. EDUCATIONAL BACKGROUND

Degree(s) (B.A. and above), institution name and location, dates attended, and date(s) of award

| ***Degree*** | ***Institution and location*** | ***Dates attended*** | ***Year awarded*** |
|---|---|---|---|
| BSc (Chem) Hons/Co-Op | UVic Victoria, BC Canada | 1983-89 | 1989 |
| PhD (Chem) Organic | UBC Vancouver, BC Canada | 1990-97 | 1997 |

## C. PROFESSIONAL POSITIONS AND EMPLOYMENT

1. ***Post-doctoral training (include residency/fellowships)***

Not Applicable

2. ***Academic positions (teaching and research)***

| **Title** | **Institution name and location** | **Dates held** |
|---|---|---|
| Chem. Instructor | Langara College Vancouver, BC, Canada | Aug1996–Dec1997 |
| Sessional Lecturer | UBC (Fac of Sci) Vancouver, BC, Canada | Aug1998–Jun1999 |
| Lecturer | UBC (Chemistry) | Jul1999– Jul2000 |

| | | |
|---|---|---|
| | Vancouver, BC, Canada | |
| Instructor | UBC (Pharmacy)<br>Vancouver, BC, Canada | Aug2000 –Jul2002 |
| Assistant Prof | Lakehead U. (Chem)<br>Thunder Bay, ON, Canada | Aug2002–Jul2003 |
| Assistant Prof (Visiting) | WCM-Q (Premedical)<br>Doha, Qatar | Aug2003–Jun2011 |
| Associate Prof (Visiting) | WCM-Q (Premedical)<br>Doha, Qatar | Jul2011–Jan2016 |
| Professor (Visiting) | WCM-Q (Premedical)<br>Doha, Qatar | Feb2016–present |

3. Hospital positions (e.g., attending physician)

Not Applicable

4. Other Employment

| Title | Institution name and location | Dates held |
|---|---|---|
| Research Chemist | Phytogen Pharm.<br>Burnaby, BC, Canada | Apr1998–Aug1998 |

## D. LICENSURE, BOARD CERTIFICATION, MALPRACTICE

1. Licensure: Not Applicable
2. Board Certification: Not Applicable
3. Malpractice insurance: Not Applicable

## E. PROFESSIONAL MEMBERSHIPS (medical and scientific societies)

| Member/ officer | Name of Organization | Dates held |
|---|---|---|
| Member | American Society of Gene and Cell Therapy | 2014 – present |
| Member | European Society of Gene and Cell Therapy | 2012 – present |
| Member | American Chemical Society | 1999 – present |
| Member | Chemical Society of Canada | 1999 – 2003 |
| Member | College Chemistry Canada | 1999 – 2003 |
| Member | Assoc. Faculties Pharmacy Canada | 2000-2002 |

## F. HONORS AND AWARDS

| Name of award | Date awarded |
|---|---|
| Award of Appreciation in recognition of excellence in teaching Organic Chemistry (from WCM-Q Class of 2008). | 2003-2004 |
| UBC Alma Mater 'Just Desserts' Award (in Chemistry) in recognition of excellence in teaching. | March 2000 |
| Honorarium (UBC Chemistry) In recognition of excellence in teaching Organic Chemistry. | 1999-2000 |

## G. INSTITUTIONAL/HOSPITAL AFFILIATION

1. Not Applicable

## H. EMPLOYMENT STATUS

**Name of Current Employer(s):** Weill Cornell Medicine in Qatar (WCM-Q)
**Employment Status:** Full-time salaried by Cornell / WCM-Q

## I. CURRENT AND PAST INSTITUTIONAL RESPONSIBILITIES

***Teaching (specific teaching functions, courses taught, dates)***

| | |
|---|---|
| Instructor, Chemistry 3570 | Aug 2003 – present |
| Instructor, Chemistry 3580 | Aug 2003 – Dec 2018 |
| Instructor Chemistry 2510 | Aug 2003 – present |
| Guest Lecturer, Biology 400 | Aug 2003 – 2007 |

***Supervisor to the Following Postdoctoral Associates (WCM-Q)***

| Name | Funding Source | Year Start | Year Finish | Principal Supervisor |
|---|---|---|---|---|
| Skanji, Rym, Ph.D. | QNRF NPRP 08-705-3-144 | 09/12 | 08/13 | Pungente, M. |
| Jubeli, Emile, Ph.D. | QNRF NPRP 08-612-3-128 | 09/11 | 08/12 | Pungente, M. |
| Flinterman, Marcella, Ph.D. | QNRF NPRP 08-705-3-144 | 05/11 | 05/12 | Pungente, M. |
| Liberski, Albert, Ph.D. | QNRF NPRP 08-612-3-128 | 07/10 | 03/11 | Pungente, M. |

| | | | | |
|---|---|---|---|---|
| Jones, Rachel, Ph.D. | QNRF NPRP 08-705-3-144 | 09/09 | 02/11 | Pungente, M. |
| Mirza, Mahmooda, Ph.D. | QNRF NPRP 08-612-3-128 | 08/09 | 03/10 | Pungente, M. |

***Supervisor to the Following Research Specialists / Technicians (WCM-Q)***

| **Name** | **Funding Source** | **Year** | | **Principal Supervisor** |
|---|---|---|---|---|
| | | **Start** | **Finish** | |
| Raju, Liji, M.Sc. | QNRF NPRP 08-705-3-144 | 01/11 | 07/14 | Pungente, M. |
| Khalique, Nada, M.Sc. | QNRF NPRP 08-612-3-128 | 06/10 | 04/14 | Pungente, M. |
| Mathew, Jaicy, M.Sc. | QNRF NPRP 08-705-3-144 | 03/12 | 07/12 | Pungente, M. |
| Liberska, Aleksandra, M.Sc. | QNRF NPRP 08-705-3-144 | 11/10 | 05/11 | Pungente, M. |

***Co-Supervisor to the Following Graduate Students***

| **Student Name** | **Program Type** | **Year** | | **Principal Supervisor** |
|---|---|---|---|---|
| | | **Start** | **Finish** | |
| Øpstad, Christer | PhD, Norwegian U. of Sci & Tech | 01/07 | 05/10 | Partali, V. |
| Seglem, Karen | MSc, Norwegian U. of Sci & Tech | 01/10 | 07/10 | Partali, V. |
| Sørensen, Benedicte | MSc, Norwegian U. of Sci & Tech | 01/09 | 07/09 | Partali, V. |
| Karen Lo[1] | M.Sc., UBC | 09/98 | 08/01 | McErland, K. |
| William Goldring[2] | Ph.D., UBC | 06/95 | 08/00 | Weiler, L. |
| Hongping Yu[2] | Ph.D., UBC | 09/96 | 08/00 | Weiler, L. |
| Eric Fenster[2] | M.Sc., UBC | 09/98 | 08/00 | Weiler, L. |

[1] Co-supervised Ms. Lo's research during Prof. McErland's leave-of-absence, Pharmaceutical Sciences, UBC; Jan. 2001 – Aug. 2001.
[2] Became acting research supervisor after Prof. Weiler passed away in April of 1999, Dept. of Chemistry, UBC.

***Supervisor to the Following Undergraduate Students***

| Student Name | Program Type | Start | Finish |
|---|---|---|---|
| Al Mana, A. | PreMed, WCM-Q, UREP Research | 02/14 | 01/15 |
| Al-Maadid, F. | PreMed, WCM-Q, UREP Research | 02/14 | 01/15 |
| Abdelghany, Y. | PreMed, WCM-Q, UREP Research | 02/14 | 01/15 |
| Awais, Zara | Chem, DIT, 5-mo. Workplacement | 02/14 | 07/14 |
| Elzafarany, A. | PreMed, WCM-Q, Volunteer | 05/13 | 11/13 |
| Schlogl, Josia | PreMed, WCM-Q, Volunteer | 05/13 | 11/13 |
| Al-Meer, Ahmad | PreMed, WCM-Q, UREP Research | 02/12 | 01/13 |
| Allam, Hebatalla | PreMed, WCM-Q, UREP Research | 02/12 | 01/13 |
| Al Manaa, Maryem | PreMed, WCM-Q, UREP Research | 02/12 | 01/13 |
| Alebbi, Seham | PreMed, WCM-Q, UREP Research | 03/11 | 01/12 |
| Abuhadra, Nour | PreMed, WCM-Q, UREP Research | 03/11 | 01/12 |
| Abu-Dayya, Aseel | PreMed, WCM-Q, UREP Research | 03/11 | 01/12 |
| Khanna, Tushar | PreMed, WCM-Q, UREP Research | 01/11 | 01/12 |
| Ibrahim, Tarek | PreMed, WCM-Q, UREP Research | 01/10 | 01/11 |
| Barakat, Nour | PreMed, WCM-Q, UREP Research | 01/10 | 01/11 |
| Al-Kawaz, Mais | PreMed, WCM-Q, UREP Research | 01/10 | 01/11 |
| Al Nouri, Mason | PreMed, WCM-Q, UREP Research | 01/09 | 08/09 |
| Mubayed, Lamya | PreMed, WCM-Q, UREP Research | 01/09 | 08/09 |
| Saad, Nadine | PreMed, WCM-Q, UREP Research | 01/09 | 08/09 |
| Vijayakumar, D. | PreMed, WCM-Q, UREP Research | 01/07 | 08/08 |
| Joseph, S. | PreMed, WCM-Q, UREP Research | 01/07 | 08/08 |
| Johnson, C. | PreMed, WCM-Q, UREP Research | 01/07 | 08/08 |
| Everett, E. | Honours, B.Sc. - Research Project | 09/02 | 04/03 |
| Koczkur, K. | Honours, B.Sc. - Research Project | 09/02 | 04/03 |
| Cappello, M. | Summer Research Student | 05/03 | 07/03 |
| Bakovic, L. | Summer Research Student | 05/03 | 07/03 |
| Cheng, T. | Summer Research Student | 05/02 | 08/02 |
| Khosa, B. | Summer Research Student | 05/02 | 08/02 |
| Lin, S. | Directed Studies - Pharmaceutics | 05/02 | 08/02 |

| | | | |
|---|---|---|---|
| Tabarsi. L. | Summer Research Student | 05/02 | 07/02 |
| Kohli, K. | Directed Studies - Pharmaceutics | 05/02 | 08/02 |
| Ho, T. | Summer Research Student | 05/02 | 08/02 |
| Szeto, J. | High School Mentorship Program | 11/01 | 02/02 |
| Duke, A. | High School Mentorship Program | 11/01 | 02/02 |
| Comba, J. | Directed Studies - Pharmaceutics | 09/01 | 04/02 |
| Yeh, J. | Directed Studies - Pharmaceutics | 05/01 | 04/02 |
| Tamarkina, E. | Summer Research Student | 05/01 | 08/01 |
| Moffett, C. | Directed Studies - Pharmaceutics | 09/00 | 08/01 |
| Yip, V. | Chemistry Co-op Research Program | 09/00 | 04/01 |
| Ma, C. | Volunteer - 3rd year Chemistry | 09/00 | 12/00 |

| ***Administrative duties, including committees*** | ***dates:*** |
|---|---|
| Member, Manuscript Committee: *Innovations in Global Health Professions Education* | Oct. 2015 – present |
| Member, *Ad-hoc* Committee to Review the Foundation and Pre-medical Research Experience, WCM-Q | Dec. 2014 – present |
| Member, Committee for Restructuring the 2015 Pre-Medical Student Summer Research Program (SSRP) | March 2014 – April 2014 |
| *Ad-hoc* Member, Premedical Faculty Search Committee, WCM-Q | Sept. 2011 – present |
| Co-Chair, Premedical Faculty Search Committee, WCM-Q | Sept. 2008 – Aug. 2011 |
| Advisor, Faculty-Student Premedical Advisee Program | 2003-present |
| Member, Premedical Program 2nd-Year P&G Committee, WCM-Q | 2003-2016 |
| Member, Board of Governors for Qatar Foundation's ABP Program, WCM-Q | Oct 2005 – Dec 2016 |
| Warden, Fire Warden Team, WCM-Q | 2004-present |
| Member, Dean's Task Force "Boost Premed Students' Success Rates" (chair, M. Johnson), WCM-Q, | March-April 2010 |

| | |
|---|---|
| Member, Foundation Program Admissions Committee, WCM-Q | 2009-2010 |
| Member, Task Force for Faculty Development, WCM-Q | April 2008 – 2009 |
| Member, Premedical Faculty Search Committee, WCM-Q | Mar 2008 – Aug 2008 |
| Member, Task Force for Premedical Program, WCM-Q | Nov 2007- Mar 2008 |
| Member, Task Force – WCMC-Q Pilot Foundation Program WCM-Q; (Chair, Dean Alonso) | Spring 2006. |
| Chair, Subcommittee ABP BoG "External Review Committee, Academic Bridge Program", Education City | Nov 2006 |
| Chair and Principal Organizer, Cornell/Qatar U. Symposium on Teaching, Learning & Curriculum Development; | Feb 2006 |
| Contributor, WCM-Q Survey and Data Report on the Academic Bridge Program: For the Joint Advisor Board Review Group | Feb 2006 |
| Member, Pre-Matriculation Enrichment Program Development Team (Chair, Beth Alger), WCM-Q | Feb-June 2005 |
| Member, Ad hoc Committee on Alternative Educational Pathways (Chair, David Robertshaw), WCM-Q | Mar 2005 |
| Member, PDA Survey Group, (in collaboration with Beth Alger and Carole Thompson), WCM-Q | June 2005 |
| Member, Ad hoc Library Advisory / Survey Group (Chair, Susan Lacey), WCM-Q | Sept-Nov 2005 |
| Member, Faculty & Staff Club Programming Committee, Education City-Qatar | 2005 |
| Facilitator, Instructional Skills Workshop for TAs, WCM-Q | 2004-2009 |
| Member, Computer Advisory Committee, WCM-Q | 2004 |
| Member, Premedical Program Admissions Committee, WCM-Q | 2003-2010 |

***Committees (Pre-WCM-Q):***

| | |
|---|---|
| Coordinator, 4th-Year Program, Dept. of Chemistry, Lakehead University | 2002 |
| Member, Biohazard and Biosafety Committee, Lakehead University | 2002 |
| Director, Pharmaceutical Sciences' Summer Student Research Program, University of British Columbia (UBC) | 2001 |
| Secretary, Division of Pharmaceutics and Biopharmaceutics UBC | 2001 |
| Chair, Faculty of Pharmaceutical Sciences Safety Committee, UBC; | 2002 |
| Chair, Faculty of Pharmaceutical Sciences 'United Way' Campaign, UBC; | 2001 |
| Member, Principles/Methods in Pharmaceutical Research Committee; UBC | 2001 |
| Member, Pharmacy University Graduate Fellowships Sub-Committee; UBC | 2001 |
| Member, Graduate Committee for Ms. Karen Lo, Pharmaceutical Sciences, UBC | 2000-2001 |
| Member, Faculty-Student Mentor Program, Faculty of Pharmaceutical Sciences, UBC | 2000-2001 |
| Volunteer, Tutorials on Organic Chemistry, Faculty of Pharmaceutical Sciences, UBC | 2000-2002 |
| Judge, Alan C. Hayman Pharmacy Summer Student Research Awards, UBC | Sept. 2000 |
| Facilitator, UBC TAG Faculty ISW Workshop, UBC | June 2000 |
| Facilitator, UBC TAG GTA ISW Workshop, UBC | May 2000 |
| Examiner, UBC Chemistry Undergraduate Honours Oral Defences, UBC | April 2000 |
| Mentor, UBC MUGS Program, UBC | April 2000 |
| Facilitator, UBC TAG Faculty ISW Workshop, UBC | Jul 1995-99 |
| Member, Dean of Science Committee on Appropriate Behaviour; UBC | |
| Member, Development Committee for UBC TA Training Workshops; UBC | 1992 |
| Member, Search Committee for Dean of Graduate Studies; UBC | 1990 |
| Member, Search Committee for Chairman of Chemistry Dept.; UVIC | 1989 |

**Research:**
Gene therapy is a novel approach to treat, cure, or ultimately prevent disease by changing the expression of a person's genes. New genetic material (such as siRNA and DNA) is introduced into the cells of a person to replace non-existing or defective genes. This can be achieved by either physical or chemical means. My research involves the synthesis, characterization and application of novel lipid-, peptide- and polymer-based compounds for the purpose of gene therapy.

Current Percent Effort (%) Does the activity involve WCM-Q students/researchers? (Yes/No)

**N/A**

## J. RESEARCH SUPPORT

***Past Research Support:***

**European Radiation Synchrotron Facility (Grenoble):** Experiment MX-1811 entitled Towards Effective Non-viral Gene Therapy: SAXS studies on novel rigid gene delivery vectors (continuation of MX-1713)"; 3 shifts on the BioSAXS beam line (BM29) April 30, 2016.

**European Radiation Synchrotron Facility (Grenoble):** Experiment MX-1713 entitled "Towards Effective Non-viral Gene Therapy: SAXD studies on novel rigid gene delivery vectors (continuation of MX-1607)"; 3 shifts on the BioSAXS beam line (BM29) June 17, 2015.

**UREP 15-013-3-004**: (15th Cycle; Qatar Foundation): Enhanced Gene Delivery Using Cationic Cyclic Peptides.
PI: M. Pungente
Percentage effort: 4%
Total award: $30,000 (USD)
Funding period: 04/14-01/15

**Pilot Grant**: Development of novel gene transfer reagents.
Awarded by: WCM-Q
PI: M. Pungente
Total award: $150,000 (USD)
Funding period: 07/13-06/14

**European Radiation Synchrotron Facility (Grenoble):** Experiment MX-1607 entitled "Towards Effective Non-viral Gene Therapy: SAXD studies on novel rigid gene delivery vectors (continuation of MX-1485)"; 3 shifts on the Swiss-Norwegian Beam line (SNBL), BM29 (May 2014).

**European Radiation Synchrotron Facility (Grenoble):** Experiment 01-02-1007 BM26B entitled "Towards Effective Non-viral Gene Therapy: SAXS

Studies on Novel Cationic Lipid-DNA Complexes"; 6 shifts on the Dutch/Belgian (DUBBLE) beam line, ID2 (July 2013).

**European Radiation Synchrotron Facility (Grenoble):** Experiment MX-1485 entitled "Towards Effective Non-viral Gene Therapy: SAXD studies on novel rigid gene delivery vectors"; 3 shifts on the Swiss-Norwegian Beam line (SNBL), BM29 (November 2012).

**UREP 11-056-3-011**: (11th Cycle; Qatar Foundation): Investigating Nonviral Nucleic Acid Delivery With Novel Conformationally-Restricted Cationic Pyridinium Lipid Vectors.
PI: M. Pungente
Percentage effort: 4%
Total award: $30,000 (USD)
Funding period: 01/12-01/13

**NPRP 08-705-3-144**: Rigid Cationic Carotenoid Lipids as Novel miRNA Delivery Vectors.
Lead PI: M. Pungente (Co-PIs: Dr. Partali of NTNU; Dr. Leopold of Stevens)
Percentage effort: 15%
Total award: $1,014,266 (65% to Pungente)
Funding period: 09/09-08/12

**NPRP 08-612-3-128**: Synthetic nanovectors for the treatment of breast cancer by RNA interference
Lead PI: D. Putnam, Cornell University (Co-PI: M. Pungente)
Percentage effort: 15%
Total award: $943,325 (65% to M. Pungente)
Funding period: 09/09-08/12

**PMI2 UK-GCC Strategic Alliances and Partnerships Grant**: Synthesis and Biophysical Characterisation of Novel Macrocyclic and Acyclic Cationic Lipids for Use in the Delivery of Therapeutic Genetic Material
Lead PI: W. Goldring of Queen's University, Belfast (Co-PI: M. Pungente)
Percentage effort: 2%
Total award: £32,863 (GBP): shared 50/50 by Goldring and Pungente
Funding period: 04/09-05/11 (extended to 03/12)

**UREP 09-104-3-020**: (9th Cycle; Qatar Foundation): Antisense Modulation of RNA Splicing to Correct Genetic Disease: Advanced Oligonucleotide Delivery Technology for Exon Skipping in Muscular Dystrophy.
PI: M. Pungente
Percentage effort: 4%
Total award: $20,000 (USD)
Funding period: 03/11-01/12

**UREP 09-105-3-021**: (9th Cycle; Qatar Foundation): Characterization of Cationic Lipid-siRNA Formulations and Preliminary Investigations into Their Endocytic Uptake Pathways.
PI: M. Pungente
Percentage effort: 4%
Total award: $20,000 (USD)
Funding period: 03/11-01/12

**UREP (7th Cycle; Qatar Foundation):** Investigating the RNA interference (RNAi) Potential of Large-Ring Non-Viral Vectors
PI: M. Pungente
Percentage effort: 5%
Total award: $30,000 (USD)
Funding period: 2009-10

**WCM-Q Intramural Grant:** Synthesis and Biophysical Characterisation of Novel Macrocyclic and Acyclic Cationic Lipids for Use in the Delivery of Therapeutic Genetic Material.
PI: M. Pungente
Percentage effort: 5%
Total award: $10,000 (USD)
Funding period: 01/09 – 12/09

**UREP (5th Cycle; Qatar Foundation):** Biophysical Characterization of Novel Cyclic and Acyclic Cationic Lipids for Use in the Delivery of Therapeutic Nucleic Acids
PI: M. Pungente
Percentage effort: 30%
Total award: $30,000 (USD)
Funding period: 2008

**UREP (1st Cycle; Qatar Foundation):** Characterization of Novel Cationic Lipids as Gene Therapy Reagents.
PI: M. Pungente
Percentage effort: 5%
Total award: $30,000 (USD)
Funding period: 2007

**NSERC:** EQPEQ – Research Tools and Instruments – Category 1
PI: E.E. Prepas
Percentage effort: 10%
Total award: $42,913 (Cnd)
Funding period: 2002

**Lakehead U.:** Start-up funds.
PI: M. Pungente
Percentage effort: 90%
Total award: $35,000 (Cnd)
Funding period: 2002

**Teaching and Learning Enhancement Fund (UBC):** The Development and Utilization of Interdisciplinary Case-Based Problems using the Faculty of Pharmaceutical Sciences Web-Based Learning Centre (WBLC)
Co-PI: Pungente
Percentage effort: 10%
Total award: $43,694 (Cnd)
Funding period: 2001-2002

**Tilak Technologies:** Synthesis, Characterization and Application of Novel Cationic Lipids as Transfection Reagents
PI: M. Pungente
Percentage effort: 10%
Total award: $3,000 (Cnd)
Funding period: 2002(Renewal)

**Tilak Technologies:** Synthesis, Characterization and Application of Novel Cationic Lipids as Transfection Reagents
PI: M. Pungente
Percentage effort: 10%
Total award: $3,000 (Cnd)
Funding period: 2002

**Dawson Fund:** Internal UBC Pharmacy Fund
PI: M. Pungente
Percentage effort: 10%
Total award: $5,000 (Cnd)
Funding period: 2002 (Renewal)

**Dawson Fund:** Internal UBC Pharmacy Fund
PI: M. Pungente
Percentage effort: 10%
Total award: $5,000 (Cnd)
Funding period: 2001

## EXTRAMURAL PROFESSIONAL RESPONSIBILITIES

1. *External Examiner*, PhD Dissertation – Miss Adhika Balgobind, U. of Kwazulu-Natal, Durban, S.A. under Dr. Moganavelli Singh; Nov 2015-Nov 2016.
2. *External Member*, Ms. Arwa Khalifa Hammuda, M.Sc. (Pharm) Candidate, in Medicinal Chemistry at Qatar University under Prof. Ashraf Khalil; March 2013-Sept. 2015.
3. *External Member*, Ms. Ayat Hammad, M.Sc. (Pharm) Candidate, in Medicinal Chemistry at Qatar University under Dr. Shankar Munusamy; March 2013-present.
4. *Reviewer*, Journal of Chemical Education, March 2014-present.
5. *Research Editor*, Editorial Board of OA Drug Design & Delivery; Feb 2013 -present.
6. *Reviewer*, European Journal of Lipid Science and Technology, 2012-present.
7. *Reviewer*, American Journal of Pharmaceutical Education, 2003-present.
8. Primary Course Coordinator / Instructor, Introduction to Medicinal Chemistry II (Pharmacy 201), BSc Pharmacy Program, Qatar University; Spring 2008.
9. *Primary Course Coordinator / Instructor*, Introduction to Medicinal Chemistry I (Pharmacy 200), BSc Pharmacy Program, Qatar University; Fall 2007.
10. *Participant, WCM-Q Education Retreat II* (Four Season Hotel), May 2007.
11. *Participant, WCM-Q Education Retreat I* (Lecture Hall #3), May 2006.
12. *Member, Advisory Committee*, Qatar University, B.Sc. Pharmacy Program; May 2005 – present.
13. *Member, Advisory Committee*, CNA-Qatar, Pharmacy Tech Program; May 2005 – present.
14. Participant, Part II: ROUNDTABLE DISCUSSION ON PLAGIARISM AND MISUSE OF SOURCES, Hosted by VCU-Q, April 11, 2007.
15. Participant, Part I: ROUNDTABLE DISCUSSION ON PLAGIARISM AND MISUSE OF SOURCES, Hosted by VCU-Q, April 4, 2007.
16. WCM-Q Premedical Faculty Representative, ABP Parents' Night, ABP Program, November 15, 2006.
17. Attendee, "Developing a Curriculum" presentation, CNA-Q, November 13, 2006.
18. Premedical Faculty Representative, Meeting with Dr. Michael J. Kiphart, Middle States Commission Representative, September 18, 2006.
19. Participant, Human Research Protection Training Seminar & IRB 101: Public Responsibility in Medicine and Research, Doha, Qatar; February 2006.
20. WCM-Q Premedical Faculty Representative, Discover Education City Exhibit (EC Campuses), Four Seasons Hotel, Doha, November 13, 2005.
21. Discussion Co-Leader, CMU-Q Initiated "Symposium on Education", Four Seasons Hotel, Doha, Qatar, September 24, 2005.

22. Author / Investigator, In-House WCM-Q Publication, "Students' Perceptions of the Academic Bridge Program (ABP) – Classes of 2009 & 2010": February 2005.
23. WCM-Q Premedical Faculty Representative, ABP Parents' Night, ABP Program, March 23, 2004.
24. Participant, American Chemical Society Short Course: "Pharmacology for Chemists", Nov 2003.
25. Participant, UBC Certificate Program in Higher Education, UBC; May 1999 – April 2000.
26. Coordinator, British Columbia/Yukon Region, CIC National High School Chemistry Examination, 2000.
27. Participant, Problem-Based Learning Tutor Training Program of the Faculty of Agricultural Sciences' Learning Centre, UBC; Aug. 2000.
28. Volunteer, Scientists & Innovators in the Schools Program; Science World, Vancouver, BC; 1998 - 2002.
29. Volunteer, "Opening the Door" High School Program; Science World Vancouver, BC; Nov. 1999.
30. Participant, Instructional Skills Facilitator Development Workshop; Douglas College, Burnaby, BC; May 1992.

## K. <u>BIBLIOGRAPHY</u>

***Peer-Reviewed Journal Articles:***

1. Melisande Bernard*, Emile Jubeli*, **Michael Pungente**, Najet Yagoubi; Biocompatibility of polymer-based biomaterials, drug delivery systems and medical devices – Regulations, *In Vitro* Screening and Risk-Management. *Biomater. Sci.* (**2018**), 6, 2025-2053. doi: 10.1039/c8bm00518d. Review.

2. Emile Jubeli, Amanda B. Maginty, Nada Abdul Khalique, Liji Raju, David G. Nicholson, Helge Larsen, **Michael D. Pungente*** and William P. D. Goldring*; Cationic lipids bearing succinic-based, acyclic and macrocyclic hydrophobic domains: Synthetic studies and in vitro gene transfer, *European Journal of Medicinal Chemistry* (**2016**), doi: 10.1016/j.ejmech.2016.09.027.

3. P. Parvizi-Bahktar, J. Mendez-Campos, L. Raju, N.A. Khalique, E. Jubeli, H. Larsen, D. Nicholson, **M.D. Pungente** and T.M. Fyles; Towards quantitative structure-activity correlation in transfection promoted by pyridinium cationic lipids. *Org. Biomol. Chem.*, **2016**, 14, 3080-3090. DOI: 10.1039/C6OB00041J.

4. Emile Jubeli, Amanda B Maginty, Nada Abdul Khalique, Liji Raju, Mohamad Abdulhai†, Helge Larsen, David Nicholson, **Michael D. Pungente***, William P. D. Goldring* Next generation macrocyclic and

acyclic cationic lipids for gene transfer: Synthesis and *in vitro* evaluation. *Bioorg. Med. Chem.* **2015**, *23*, 6364–6378.

5. Susana Machado, Liji Raju, **Michael D. Pungente***; Gene transfer potential of a lipofuscin fluorophore, A2E. *Materials Today: Proceedings.* **2015**, *2*, 331–335.

6. Emile Jubeli*, Christer L. Øpstad, Muhammad Zeeshan, Hans-Richard Sliwka, Vassilia Partali, Arnljot Elgsaeter, Natalia Bilchuk, Cory Zegel, Howard H. Lou, Philip L. Leopold, Liji Raju, Nada Abdul Khalique, **Michael D. Pungente***; Novel polyene-based cationic lipids as visually traceable siRNA transfer reagents. *Eur. J. Pharm. Biopharm.* **2014**, *89*, 280-289.

7. Susana Machado, Sofia Calado, Ana Vanessa Oliveira, Susana Jorge, Christer L. Øpstad, Hans-Richard Sliwka, Vassilia Partali, **Michael D. Pungente***, Gabriela Silva*. "Cationic Polyene Phospholipids as DNA Carriers for Ocular Gene Therapy," *BioMed Res. Int.*, vol. **2014**, Article ID 703253, 13 pages, 2014. doi:10.1155/**2014**/703253.

8. Øpstad, C.L., Zeeshan, M., Zaidi, A., Sliwka H.R.*, Partali V., Nicholson, D.G., Surve, C., Izower, M.A., Bilchuk, N., Lou, H.H., Leopold, P.L., Larsen, H., Liberska, A., Abdul Khalique N., Raju L., Flinterman M., Jubeli, E., and **Pungente, M.D.*** Novel cationic polyene glycol phospholipids as DNA transfer reagents – lack of a structure-activity relationship due to uncontrolled self-assembling processes. *Chem. Phys. Lipids* **2014**, *183*, 117-136.

9. Paria Parvizi, Emile Jubeli, Liji Raju, Nada Abdul Khalique, Ahmed Almeer, Hebatalla Allam, Maryem Al Manaa, Helge Larsen, David Nicholson, **Michael D. Pungente*** and Thomas M. Fyles. Correlation of molecular parameters with lipoplex structure and transfection efficacy in pyridinium-based cationic lipids. *Int. J. Pharm.* **2014**, *461*, 145–156.

10. Christer L. Øpstad, Hans-Richard Sliwka*, Vassilia Partali, Arnljot Elgsaeter , Philip Leopold, Emile Jubeli, Nada Abdul Khalique, Liji Raju, **Michael D. Pungente**. Synthesis, self-assembling and gene delivery potential of a novel highly unsaturated, conjugated cationic phospholipid. *Chem. Phys. Lipids* **2013**, *170-171*, 65-73.

11. Brian Patrick, Jennifer Yeh, Jeremy Comba, Eric M. Everett, Kallum Koczkur, and **Michael D. Pungente***. Synthesis and characterization of macrocyclic bisphosphonate dimers. *QScience Connect* **2012**: 10. DOI: 10.5339/connect.2012.10.

12. Jennifer Yeh, Elena Tamarkina, Nada Abdul Khalique, Liji Raju, and **Michael D. Pungente***. Synthesis, self-assembly and lipoplex

formulation of two novel cyclic phosphonate lipids. *QScience Connect* **2012**: 6. DOI: 10.5339/connect.2012.6

13. William P.D. Goldring*, Emile Jubeli, Rachael A. Downs, Adam J.S. Johnston, Nada Abdul Khalique, Liji Raju, Deena Wafadari, **Michael D. Pungente***, Novel macrocyclic and acyclic cationic lipids for gene transfer: Synthesis and in vitro evaluation. *Bioorg. Med. Chem. Lett.*, **2012**, *22*, 4686-4692.

14. **Pungente, M.D.***; Jubeli, E.; Øpstad, C.L.; Al-Kawaz, M.; Barakat, N.; Ibrahim, T.; Khalique, N.A.; Raju, L.; Jones, R.; Leopold, P.L.; Sliwka, H.-R.; Partali, V. Synthesis and Preliminary Investigations of the siRNA Delivery Potential of Novel, Single-Chain Rigid Cationic Carotenoid Lipids. *Molecules* **2012**, *17*, 3484-3500.

15. **Pungente MD*** and Weiler L; Synthesis and stereochemistry of 6-membered ring phosphonates. *QScience Connect* **2012**: 2 DOI: 10.5339/connect.2012.2

16. L.J. Popplewell, A. Abu-Dayya, T. Khana, M. Flinterman, N. Abdul Khalique, L. Raju, C.L. Øpstad, H.-R. Sliwka, V. Partali , G. Dickson and **M.D. Pungente*** Novel Cationic Carotenoid Lipids as Delivery Vectors of Antisense Oligonucleotides for Exon Skipping in Duchenne Muscular Dystrophy. *Molecules* **2012**, *17*, 1138-1148.

17. **M. Pungente*** and R. Badger; Teaching Introductory Organic Chemistry: 'Blooming' Beyond a Simple Taxonomy. *J. Chem. Ed.* **2003**, 80, 779-784.

18. **M. Pungente***, L. Weiler and H. Ziltener; Antibody-Catalyzed Formation of a 14-Membered Ring Lactone *Can. J. Chem.* **2002**, 80, 1643-1645.

19. **M. Pungente***, K. Wasan and C. Moffett; Using Learning Styles to Evaluate First-Year Pharmacy Students' Preferences Toward Different Activities Associated with the Problem-Based Learning (PBL) Approach. *Am. J. Pharm. Ed.* **2002**, 66, 119-124.

20. **M. Pungente*** and L. Weiler; Synthesis and Stereochemical Elucidation of a 14-Membered Ring Phosphonate. *Org. Lett.* **2001**, 3, 643–646.

21. A. Blazek, **M. Pungente**, E. Krogh and P. Wan*; Photosolvolysis of 9-fluorenol derivatives in aqueous solution - exploratory studies of reactivity of photogenerated 9-fluorenyl cations. *J. Photochem. Photobiol. A: Chem.* **1992**, 64, 315-327.

***Peer-Reviewed Book Chapters:***

1. Emile Jubeli, William P. D. Goldring, **Michael D. Pungente***; Cationic Lipid-Based Nucleic Acid Vectors. Book Chapter: Non-Viral Gene Delivery Vectors, Volume 1445 of the series *Methods in Molecular Biology*, 20 July **2016**, pp 19-32.

***Patents:***

1. *Patent pending:* Application Number: 61721975; Title of Invention: NOVEL CATIONIC CAROTENOID-BASED LIPIDS AS TRACKING AGENTS FOR CELLULAR NUCLEIC ACID UPTAKE.

***Manuscripts in Preparation:***

1. Natalia Bilchuk, Rym Skanji, Rachel Jones, Cory Zegel, Howard H. Lou, Vassilia Partali, Hans-Richard Sliwka, **Michael D. Pungente**, Philip L. Leopold*; Fluorescence Quenching by a Novel Cationic Carotenoid Lipid: Impact on Common Bioassays. (*In progress*)

2. Cassandra M. B. Guarino, Bernard T. Golding, David A. Putnam and **Michael D. Pungente***; Gene transfer potential of synthetic analogs of the lipofuscin fluorophore, A2E. (*In progress*)

***Peer-Reviewed On-line Abstracts:***

1. Susana Machado, Sónia Simão, Christer L. Øpstad, Hans-Richard Sliwka, Vassilia Partali, **Michael Pungente**, Gabriela Silva*; "Polyene lipoplexes transfect retinal pigment epithelium cells", ESGCT/SETGYC Annual Congress 2013, HUMAN GENE THERAPY. October 2012, 23(10): A1-A173. doi:10.1089/hum.2012.2519.

2. Bilchuk, N; Zegel, C; Lou, HH; Partali, V; Sliwka, HR; Flinterman, M; **Pungente MD**; Leopold, PL. Impact of Novel Biologically Active Chromophores on Common Bioassays. MOLECULAR THERAPY Volume: 20 Supplement: 1 Pages: S248-S248 Meeting Abstract: 644 Published: MAY 2012.

3. *Nature ME*, Practical gene delivery system suitable for clinical gene therapy. 29 December 2010; | doi:10.1038/nmiddleeast.2010.238.

4. **Pungente MD**; Oepstad, CL; Partali, V; Sliwka, R; Joseph, S; Vijayakumar, D; Yip, KN; Doody, AM; Leopold, PL. A Novel Class of Rigid, Cationic Nucleic Acid Transfection Reagents Based on Carotenoid Lipids.

MOLECULAR THERAPY Volume: 17 Supplement: 1 Pages: S337-S337 Published: MAY 2009.

5. L. Moffett*, S. P. Albon, **M. Pungente**; Development of an Evaluation Profile for the Faculty of Pharmaceutical Science's Web-Based Learning Centre, The Journal of Informed Pharmacotherapy, 2001, 7, 401.

***Oral Presentations:***

1. *Keynote Speaker*, "In Vitro Nucleic Acid Delivery Using Novel Cationic Lipids with Rigid Hydrophobic Chains", Cell Science 2017, Dubai, UAE, April 6-8, 2017.

2. *Oral Presentations from Exemplary Submitted Abstracts*, "Synthetic Cationic Polyene Glycol Phospholipids as Traceable Nucleic Acid Transfer Reagents", 9th Cell Based Assay & Screening Technologies Conference, Dublin, Ireland, October 7-8, 2014.

3. *Research Talk*, Kolon Life Science, Inc., Seoul, Korea, entitled "Gene Delivery Using Novel Polyunsaturated Lipids with Rigid Hydrophobic Domains", August 11, 2014.

4. *Invited Research Talk*, Research Center, University of Algarve, Faro, Portugal, entitled "In Vitro Nucleic Acid Delivery Using Novel Cationic Lipids with Rigid Hydrophobic Domains", June 27, 2014.

5. *Invited Speaker*, BIT 2nd Annual Symposium of Drug Delivery Systems – Nanjing, China, Nov 8-10th, 2012.

6. *Invited Research Talk*, Department of Chemistry, Norwegian University of Science and Technology, Trondheim, Norway, January 2012.

7. *Presenter*, WCM-Q Monthly Seminar Series, entitled "Cholesterol and Non-viral Nucleic Acid Delivery", January 12, 2011.

8. *Invited Research Talk*, Department of Chemistry, Queen's University of Belfast, Northern Ireland, April 2008.

9. *Speaker*, Texas A&M - Q Chemistry Conference 2007, Education City, Doha, Qatar: January 2007.

10. *Opening Address*, ABP Awards Ceremony, ABP Program, Education City; May 2006.

11. *Presenter*, Organic Chemistry Lecture, ABP Program, Education City, Doha, Qatar: November 2005.

12. *Speaker*, College Seminar Series, WCM-Q, entitled "Novel Cationic Lipids as Gene Therapy Reagents", April 2005.

13. *Invited Speaker*, 4th Arab Conference on SATL, Cairo, Egypt: April 2004.

14. *Speaker*, 85th Canadian Society for Chemistry Conference, Vancouver, BC: May 2002.

15. *Invited Speaker*, Imagine UBC Workshop - Faculty Student Dialogue; Sept. 2001.

16. *Speaker*, 84th Canadian Society for Chemistry Conference, Montréal, Quebec: May 2001.

17. *Speaker*, Faculty Seminar, Faculty of Pharmaceutical Sciences, March 2001.

18. *Speaker*, Imagine UBC Workshop - Faculty Student Dialogue; Sept. 1999.

19. *Speaker*, The Biomedical Research Centre, University of British Columbia: May 1996.

***Poster Presentations:***

1. Liji Raju, Youmna Abdelghany, Fatima Al-Maadid, AlJazi Al Mana, Rakesh Tiwari, Amir N. Shirazi, Keykavous Parang and **Michael D. Pungente***; "Gene Delivery Using Novel Cationic Cyclic Peptides", 5th Annual WCM-Q Research Retreat; 21 February 2015.

2. Liji Raju, Youmna Abdelghany, Fatima Al-Maadid, AlJazi Al Mana, Rakesh Tiwari, Amir N. Shirazi, Keykavous Parang and **Michael D. Pungente***; "Cationic Cyclic Peptides as DNA Delivery Reagents", 9th Cell Based Assay & Screening Technologies Conference, Dublin, Ireland, October 7-8, 2014.

3. Susana Machado, Liji Raju and **Michael D. Pungente***; "Gene Transfer Potential of a Lipofuscin Fluorophore, A2E", ANM2014 5th International Conference on Advanced Nanomaterials, Aveiro, Portugal, 2-4 July 2014.

4. Paria Parvizi, Emile Jubeli, Liji Raju, Nada Abdul Khalique, Ahmed Almeer, Hebatalla Allam, Maryem Al Manaa, Helge Larsen, David Nicholson, **Michael D. Pungente** and Thomas M. Fyles*; "Correlation of molecular parameters with lipoplex structure and transfection efficacy in pyridinium-based cationic lipids", ASGCT 16th Annual Meeting, Salt Lake City, Utah, USA, 15-18 May 2013.

5. Emile Jubeli[1], Nada Abdul Khalique[1], Liji Raju[1], Amanda B Maginty[2], William PD Goldring[2] and **Michael D Pungente** *; "Novel cyclic and acyclic cationic lipids as gene delivery vectors", 3rd Annual WCM-Q Research Retreat; 12 January 2013.

6. Emile Jubeli, Paria Parvizi , Maryem Al Manaa, Ahmad Al-Meer, Hebatalla Allam, Nada Abdul Khalique, Liji Raju, Thomas Fyles and **Michael Pungente** *; "Novel pyridinium-based cationic lipids as gene delivery vectors", 3rd Annual WCM-Q Research Retreat; 12 January 2013.

7. Emile Jubeli, Paria Parvizi , Maryem Al Manaa, Ahmad Al-Meer, Hebatalla Allam, Nada Abdul Khalique, Liji Raju, Thomas Fyles and **Michael Pungente** *; "Novel pyridinium-based cationic lipids as gene delivery vectors", 2012 QF Annual Research Forum, 20-22 November, 2012.

8. Susana Machado, Sofia Calado, Ana Vanessa Oliveira, Susana Jorge, Christer L. Øpstad, Hans-Richard Sliwka, Vassilia Partali, **Michael Pungente**, Gabriela Silva*; "Novel carotenoid lipid vectors for ocular gene therapy", ESGCT/SFTCG Annual Congress 2012, Versailles, France, 25 October, 2012.

9. Seham Alebbi*, Nour Abuhadra*, Michael Wright, Christer L. Øpstad, Marcella Flinterman, Nada Abdul Khalique, Liji Raju, Hans-Richard Sliwak, Vassilia Partali, Andrew Miller and **Michael D. Pungente**; "Preliminary Work Towards the Development of Photodynamic Liposomes for Anti-cancer Drug Delivery", 2nd Annual WCM-Q Research Retreat; January 2012.

10. Albert Liberski*, Rachel Jones, Nada Abdul Khalique, Anne Doody, **Michael D. Pungente**, and David Putnam; "Screening of hydrocarbon-conjugated branched polyethylenimine for siRNA delivery and cytotoxicity", First Annual WCM-Q Research Retreat, November 2010.

11. Mais Al-Kawaz*, Nour Barakat*, Tarek Ibrahim*, Nada Abdul Khalique, Christer L. Øpstad, Richard Sliwka, Vassilia Partali, Rachel Jones, and **Michael D. Pungente**; "Preliminary screening of nucleic acid delivery and cytotoxicity of a series of rigid, single-chain polyene lipids", First Annual WCM-Q Research Retreat, November 2010.

12. Rachel Jones*, Mahmooda Mirza, Christer L. Øpstad, Richard Sliwka, Vassilia Partali, Philip L. Leopold, and **Michael D. Pungente**; "The use of rigid and non-rigid lipids in enhancing nucleic acid delivery with a novel polyene cationic nucleic acid delivery vector", First Annual WCM-Q Research Retreat, November 2010.

13. Rachel Jones, Mahmooda Mirza, Christer L. Øpstad, Richard Sliwka, Vassilia Partali, Philip L. Leopold, and **Michael D. Pungente***; "Exploring co-lipid formulations with a novel rigid, polyene cationic nucleic acid delivery vector", RNAiEurope 2010, Dublin, Ireland, September 2010.

14. **Michael D. Pungente**, Christer L. Opstad, Vassila Partali, Richard Sliwka, Sharen Joseph, Dhanya Vijayakumar and Philip L. Leopold*; "A novel class of rigid, cationic nucleic acid transfection reagents based on carotenoid lipids", 12th Annual Meeting of the American Society for Gene Therapy, San Diego, California, May 2009.

15. Christer L. Øpstad*, Vassilia Partali, Hans-Richard Sliwka, **Michael D. Pungente**; "Cationic Carotenoid Amphiphiles as Gene Transfection Vectors", International Carotenoid Society Conference, Okinawa, Japan, June 2008.

16. Christer L. Øpstad*, Vassilia Partali, Hans-Richard Sliwka, **Michael D. Pungente**; "Attempted Synthesis of Cationic Carotenoid Phospholipids for DNA Transfer", IUPAC Conference, Skeikampen, Norway, January 2006.

17. **M. Pungente*** and L. Weiler; "Stereoselective Formation of a Macrolactone Using Catalytic Antibodies", *Volcano Conference on Bioorganic Chemistry*, Seattle, WA, Oct. 1996.

18. **M. Pungente*** and L. Weiler; "Antibody-Catalyzed Formation of a 14-Membered Ring Lactone", The International Chemical Congress of Pacific Basin Societies, *Pacifichem 1995 Conference*, Honolulu, HI, Dec. 1995.

19. **M. Pungente***, L. Weiler and H. Ziltener; "Antibodies in Organic Synthesis", *PENCE Conference*, Saskatoon, SK, 1995.

**Date:** 5 April 2024
**Signature:**

# Joint Claim Construction Brief

# EXHIBIT 45B



# ORGANIC CHEMISTRY

EIGHTH EDITION

Paula Yurkanis Bruice

# Organic Chemistry

EIGHTH EDITION

Paula Yurkanis Bruice

University Of California
Santa Barbara

PEARSON

7126

Editor in Chief: Jeanne Zalesky
Senior Acquisitions Editor: Chris Hess
Product Marketing Manager: Elizabeth Ellsworth
Project Manager: Elisa Mandelbaum
Program Manager: Lisa Pierce
Editorial Assistant: Fran Falk
Marketing Assistant: Megan Riley
Executive Content Producer: Kristin Mayo
Media Producer: Lauren Layn
Director of Development: Jennifer Hart
Development Editor: Matt Walker
Team Lead, Program Management: Kristen Flathman
Team Lead, Project Management: David Zielonka
Production Management: GEX Publishing Services
Compositor: GEX Publishing Services
Art Specialist: Wynne Au Yeung
Illustrator: Imagineering
Text and Image Lead: Maya Gomez
Text and Image Researcher: Amanda Larkin
Design Manager: Derek Bacchus
Interior and Cover Designer: Tamara Newnam
Operations Specialist: Maura Zaldivar-Garcia
Cover Image Credit: OlgaYakovenko/Shutterstock

Copyright © 2016, 2014, 2011, 2007, 2004, 2001 Pearson Education, Inc. All Rights Reserved. Printed in the United States of America. This publication is protected by copyright, and permission should be obtained from the publisher prior to any prohibited reproduction, storage in a retrieval system, or transmission in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise. For information regarding permissions, request forms and the appropriate contacts within the Pearson Education Global Rights & Permissions department, please visit www.pearsoned.com/permissions/.

Credits and acknowledgments of third party content appear on page C-1 which constitutes an extension of this copyright page.

PEARSON, ALWAYS LEARNING and MasteringChemistry are exclusive trademarks in the U.S. and/or other countries owned by Pearson Education, Inc. or its affiliates. Unless otherwise indicated herein, any third-party trademarks that may appear in this work are the property of their respective owners and any references to third-party trademarks, logos or other trade dress are for demonstrative or descriptive purposes only. Such references are not intended to imply any sponsorship, endorsement, authorization, or promotion of Pearson's products by the owners of such marks, or any relationship between the owner and Pearson Education, Inc. or its affiliates, authors, licensees or distributors.

**Library of Congress Cataloging-in-Publication Data**

Bruice, Paula Yurkanis
Organic chemistry / Paula Yurkanis Bruice, University of California,
Santa Barbara.
Eighth edition. | Upper Saddle River, NJ: Pearson Education,
Inc., 2015. | Includes index.
LCCN 2015038746 | ISBN 9780134042282 | ISBN 013404228X
LCSH: Chemistry, Organic—Textbooks.
LCC QD251.3 .B78 2015 | DDC 547--dc23
LC record available at http://lccn.loc.gov/2015038746

ISBN 10: 0-13-404228-X; ISBN 13: 978-0-13-404228-2 (Student edition)
ISBN 10: 0-13-406659-6; ISBN 13: 978-0-13-406659-2 (Instructor's Review Copy)

1 2 3 4 5 6 7 8 9 10—CRK—16 15 14 13 12

PEARSON

**www.pearsonhighered.com**

# 3 An Introduction to Organic Compounds

## Nomenclature, Physical Properties, and Structure



A solar eclipse occurs when the Moon aligns with and obscures the Sun. Eclipsed conformers align the same way.

*The material in this chapter explains why drugs with similar physiological effects often have similar structures, how high cholesterol is treated clinically, why fish is served with lemon, how the octane number of gasoline is determined, and why starch (a component of many of the foods we eat) and cellulose (the structural material of plants) have such different physical properties even though both are composed only of glucose.*

The presentation of organic chemistry in this book is organized according to how organic compounds react. When a compound undergoes a reaction, a new compound is synthesized. In other words, while you are learning how organic compounds react, you are simultaneously learning how to synthesize organic compounds.

$$\text{Y} \longrightarrow \text{Z}$$

Y is reacting — Z is being synthesized

The compounds that are synthesized by the reactions we will study in Chapters 5–12 are primarily alkanes, alkyl halides, ethers, alcohols, and amines. Later in this chapter, we will look at the structures and physical properties of compounds in these five families. As we learn about these compounds, we must be able to refer to them by name. Therefore, we will begin our study of organic chemistry by learning how to name these five families of compounds.

7128



## Alkanes

**Alkanes** are composed of only carbon atoms and hydrogen atoms and contain only *single bonds*. Compounds that contain only carbon and hydrogen are called **hydrocarbons.** Thus, an alkane is a hydrocarbon that has only single bonds.

Alkanes in which the carbons form a continuous chain with no branches are called **straight-chain alkanes.** The names of the four smallest straight-chain alkanes have historical roots, but the others are based on Greek numbers. It is important that you learn the names of at least the first 10 straight-chain alkanes in Table 3.1.

**Table 3.1** Nomenclature and Physical Properties of Straight-Chain Alkanes

| Number of carbons | Molecular formula | Name | Condensed structure | Boiling point (°C) | Melting point (°C) | Density[a] (g/mL) |
|---|---|---|---|---|---|---|
| 1 | $CH_4$ | methane | $CH_4$ | −167.7 | −182.5 | |
| 2 | $C_2H_6$ | ethane | $CH_3CH_3$ | −88.6 | −183.3 | |
| 3 | $C_3H_8$ | propane | $CH_3CH_2CH_3$ | −42.1 | −187.7 | |
| 4 | $C_4H_{10}$ | butane | $CH_3CH_2CH_2CH_3$ | −0.5 | −138.3 | |
| 5 | $C_5H_{12}$ | pentane | $CH_3(CH_2)_3CH_3$ | 36.1 | −129.8 | 0.5572 |
| 6 | $C_6H_{14}$ | hexane | $CH_3(CH_2)_4CH_3$ | 68.7 | −95.3 | 0.6603 |
| 7 | $C_7H_{16}$ | heptane | $CH_3(CH_2)_5CH_3$ | 98.4 | −90.6 | 0.6837 |
| 8 | $C_8H_{18}$ | octane | $CH_3(CH_2)_6CH_3$ | 125.7 | −56.8 | 0.7026 |
| 9 | $C_9H_{20}$ | nonane | $CH_3(CH_2)_7CH_3$ | 150.8 | −53.5 | 0.7177 |
| 10 | $C_{10}H_{22}$ | decane | $CH_3(CH_2)_8CH_3$ | 174.0 | −29.7 | 0.7299 |
| 11 | $C_{11}H_{24}$ | undecane | $CH_3(CH_2)_9CH_3$ | 195.8 | −25.6 | 0.7402 |
| 12 | $C_{12}H_{26}$ | dodecane | $CH_3(CH_2)_{10}CH_3$ | 216.3 | −9.6 | 0.7487 |
| 13 | $C_{13}H_{28}$ | tridecane | $CH_3(CH_2)_{11}CH_3$ | 235.4 | −5.5 | 0.7546 |
| ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ |
| 20 | $C_{20}H_{42}$ | eicosane | $CH_3(CH_2)_{18}CH_3$ | 343.0 | 36.8 | 0.7886 |
| 21 | $C_{21}H_{44}$ | heneicosane | $CH_3(CH_2)_{19}CH_3$ | 356.5 | 40.5 | 0.7917 |
| ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ |
| 30 | $C_{30}H_{62}$ | triacontane | $CH_3(CH_2)_{28}CH_3$ | 449.7 | 65.8 | 0.8097 |

[a]Density is temperature-dependent. The densities given are those determined at 20 °C $(d^{20°})$.

The family of alkanes shown in the table is an example of a homologous series. A **homologous series** (*homos* is Greek for "the same as") is a family of compounds in which each member differs from the one before it in the series by one **methylene ($CH_2$) group.** The members of a homologous series are called **homologues.**

homologues differ by one $CH_2$ group

$CH_3CH_2CH_3$ $\quad$ $CH_3CH_2CH_2CH_3$

The relative numbers of carbons and hydrogens in the alkanes in Table 3.1 show that the general molecular formula for an alkane is $C_nH_{2n+2}$, where $n$ is any positive integer. So if an alkane has one carbon, it must have four hydrogens; if it has two carbons, it must have six hydrogens; and so on.

### Methane, Ethane, and Propane

We saw that carbon forms four covalent bonds and hydrogen forms only one covalent bond (Section 1.4). This means that there is only one possible structure for an alkane with molecular formula $CH_4$ (methane) and only one possible structure for an alkane with molecular formula $C_2H_6$ (ethane). We examined the structures of these compounds in Section 1.7. There is also only one possible structure for an alkane with molecular formula $C_3H_8$ (propane).

| name | molecular formula | Kekulé structure | condensed structure | ball-and-stick model |
|---|---|---|---|---|
| methane | $CH_4$ |  | $CH_4$ |  |
| ethane | $C_2H_6$ |  | $CH_3CH_3$ |  |
| propane | $C_3H_8$ |  | $CH_3CH_2CH_3$ |  |
| butane | $C_4H_{10}$ |  | $CH_3CH_2CH_2CH_3$ |  |

## Butane

There are, however, two possible structures for an alkane with molecular formula $C_4H_{10}$—a straight-chain alkane called butane and a branched alkane called isobutane. Both of these structures fulfill the requirement that each carbon forms four bonds and each hydrogen forms one bond.




Compounds such as butane and isobutane that have the same molecular formula but differ in the way the atoms are connected are called **constitutional isomers**—their molecules have different constitutions. In fact, isobutane got its name because it is an *iso*mer of butane. The structural unit consisting of *a carbon bonded to a hydrogen and two $CH_3$ groups*, which occurs in isobutane, has come to be called "iso." Thus, the name *isobutane* tells you that the compound is a four-carbon alkane with an iso structural unit.

## Pentane

There are three alkanes with molecular formula $C_5H_{12}$. You have already learned how to name two of them. Pentane is the straight-chain alkane. Isopentane, as its name indicates, has an iso structural unit and five carbons. We cannot name the other branched-chain alkane without defining a name for a new structural unit. (For now, ignore the names written in blue.)



7130



### Hexane

There are five constitutional isomers with molecular formula $C_6H_{14}$. Again, we are able to name only two of them, unless we define new structural units.




### Heptane

There are nine alkanes with molecular formula $C_7H_{16}$. We can name only two of them (heptane and isoheptane).




## Systematic/IUPAC Nomenclature

The number of constitutional isomers increases rapidly as the number of carbons in an alkane increases. For example, there are 75 alkanes with molecular formula $C_{10}H_{22}$ and 4347 alkanes with molecular formula $C_{15}H_{32}$. To avoid having to memorize the names of thousands of structural units, chemists have devised rules for creating systematic names that describe the compound's structure. That way, only the rules must be learned. Because the name describes the structure, these rules make it possible to deduce the structure of a compound from its name.

This method of nomenclature is called **systematic nomenclature.** It is also called **IUPAC nomenclature** because it was designed by a commission of the International Union of Pure and Applied Chemistry (abbreviated IUPAC and pronounced "eye-you-pack") in 1892.

The IUPAC rules have been continually revised by the commission since then. A name such as *isobutane*—a nonsystematic name—is called a **common name.** When both names are shown in this book, common names are shown in red and systematic (IUPAC) names in blue. Before we can understand how a systematic name for an alkane is constructed, we must learn how to name alkyl groups.

**PROBLEM 1 ♦**

**a.** How many hydrogens does an alkane with 17 carbons have?
**b.** How many carbons does an alkane with 74 hydrogens have?

**PROBLEM 2**

Draw the structures of octane and isooctane.

7131



# 3.1 ALKYL GROUPS

Removing a hydrogen from an alkane results in an **alkyl group** (or an **alkyl substituent**). Alkyl groups are named by replacing the "ane" ending of the alkane with "yl." The letter "R" is used to indicate any alkyl group.

| | | | |
|---|---|---|---|
| $CH_3—$ | $CH_3CH_2—$ | $CH_3CH_2CH_2—$ | $CH_3CH_2CH_2CH_2—$ |
| **methyl group** | **ethyl group** | **propyl group** | **butyl group** |
| $CH_3CH_2CH_2CH_2CH_2—$ | $R—$ | | |
| **pentyl group** | **any alkyl group** | | |

If a hydrogen in an alkane is replaced by an OH, the compound becomes an **alcohol;** if it is replaced by an $NH_2$, the compound becomes an **amine;** if it is replaced by a halogen, the compound becomes an **alkyl halide;** and if it is replaced by an OR, the compound becomes an **ether.**



**methyl alcohol**



**methyl chloride**



**methylamine**

| | | | |
|---|---|---|---|
| $R—OH$ | $R—NH_2$ | $R—X$ (X = F, Cl, Br, or I) | $R—O—R$ |
| **an alcohol** | **an amine** | **an alkyl halide** | **an ether** |

The alkyl group name followed by the name of the class of the compound (alcohol, amine, and so on) yields the common name of the compound. The two alkyl groups in ethers are listed in alphabetical order. The following examples show how alkyl group names are used to build common names:

| | | | |
|---|---|---|---|
| $CH_3OH$ | $CH_3CH_2NH_2$ | $CH_3CH_2CH_2Br$ | $CH_3CH_2CH_2CH_2Cl$ |
| **methyl alcohol** | **ethylamine** | **propyl bromide** | **butyl chloride** |
| $CH_3I$ | $CH_3CH_2OH$ | $CH_3CH_2CH_2NH_2$ | $CH_3CH_2OCH_3$ |
| **methyl iodide** | **ethyl alcohol** | **propylamine** | **ethyl methyl ether** |

Notice that for most compounds, there is a space between the name of the alkyl group and the name of the class of compound. For amines, however, the entire name is written as one word.

**PROBLEM 3 ♦**

Name each of the following:

**a.** 

**b.** 

**c.** 

## Three-Carbon Alkyl Groups

There are two alkyl groups—the propyl group and the isopropyl group—that contain three carbons.

- A propyl group is obtained when a hydrogen is removed from *a primary carbon* of propane. A **primary carbon** is a carbon bonded to only one other carbon.
- An isopropyl group is obtained when a hydrogen is removed from the *secondary carbon* of propane. A **secondary carbon** is a carbon bonded to two other carbons.

a secondary carbon; a primary carbon

$CH_3CH_2CH_3$ (**propane**) $\xrightarrow{\text{remove a hydrogen}}$ $CH_3CH_2CH_2—$ (**propyl group**); $CH_3CHCH_3$ with a bond from the central C (**isopropyl group**)

$CH_3CH_2CH_2Cl$ (**propyl chloride**); $CH_3CHCH_3$ with Cl on the central C (**isopropyl chloride**)

Notice that an isopropyl group, as its name indicates, has three carbon atoms arranged as an iso structural unit—that is, a carbon bonded to a hydrogen and to two $CH_3$ groups.

Molecular structures can be drawn in different ways. For example, isopropyl chloride is drawn below in two ways. Both representations depict the same compound. Although the two-dimensional representations may appear at first to be different (the methyl groups are placed at opposite ends in one structure and at right angles in the other), the structures are identical because carbon is tetrahedral. The four groups bonded to the central carbon—a hydrogen, a chlorine, and two methyl groups—point to the corners of a tetrahedron. If you rotate the three-dimensional model on the right 90° in a clockwise direction, you should be able to see that the two models are the same.

**two ways to draw isopropyl chloride**




**NOTE TO THE STUDENT**

- **Build models of the two representations of isopropyl chloride to see that they represent the same compound.**

## Four-Carbon Alkyl Groups

There are four alkyl groups that contain four carbons. Two of them, the butyl and isobutyl groups, have a hydrogen removed from a primary carbon. A *sec*-butyl group has a hydrogen removed from a secondary carbon (*sec*-, sometimes abbreviated *s*-, stands for secondary), and a *tert*-butyl group has a hydrogen removed from a tertiary carbon (*tert*-, often abbreviated *t*-, stands for tertiary). A **tertiary carbon** is bonded to three other carbons. Notice that the isobutyl group is the only one with an iso structural unit.




**butyl group** **isobutyl group** ***sec*-butyl group** ***tert*-butyl group**

**A primary carbon is bonded to one carbon, a secondary carbon is bonded to two carbons, and a tertiary carbon is bonded to three carbons.**

The names of straight-chain alkyl groups often have the prefix "*n*" (for "normal") to emphasize that the carbons are in an unbranched chain.

| $CH_3CH_2CH_2CH_2Br$ | $CH_3CH_2CH_2CH_2CH_2F$ |
|---|---|
| **butyl bromide** | **pentyl fluoride** |
| **or** | **or** |
| ***n*-butyl bromide** | ***n*-pentyl fluoride** |

Like the carbons, the hydrogens in a molecule are also referred to as primary, secondary, and tertiary. **Primary hydrogens** are attached to a primary carbon, **secondary hydrogens** are attached to a secondary carbon, and **tertiary hydrogens** are attached to a tertiary carbon.




**Primary hydrogens are attached to a primary carbon, secondary hydrogens to a secondary carbon, and tertiary hydrogens to a tertiary carbon.**

A chemical name must specify one compound only. The prefix "*sec*," therefore, can be used only for *sec*-butyl compounds. The name "*sec*-pentyl" cannot be used because pentane has two different secondary carbons. Thus, removing a hydrogen from a secondary carbon of pentane

produces one of two different alkyl groups, depending on which hydrogen is removed. As a result, *sec*-pentyl chloride would specify two different alkyl chlorides, so it is *not* a correct name.

**A name must specify one compound only.**




The prefix "*tert*" can be used for both *tert*-butyl and *tert*-pentyl compounds because each of these substituent names describes only one alkyl group. The name "*tert*-hexyl" cannot be used because it describes two different alkyl groups.




Notice in the following structures that whenever the prefix "iso" is used, the iso structural unit is at one end of the molecule and the group replacing a hydrogen is at the other end:




Notice that an iso group has a methyl group on the next-to-the-last carbon in the chain. Also notice that all isoalkyl compounds have the substituent (OH, Cl, $NH_2$, and so on) on a primary carbon, except for isopropyl, which has the substituent on a secondary carbon. Thus, the isopropyl group could have been called a *sec*-propyl group. Either name would have been appropriate because the group has an iso structural unit and a hydrogen has been removed from a secondary carbon. Chemists decided to call it isopropyl, however, which means that "*sec*" is used only for *sec*-butyl.

Alkyl group names are used so frequently that you need to learn them. Some of the most common alkyl group names are compiled in Table 3.2.

**Table 3.2** Names of Some Common Alkyl Groups

| | | | | | |
|---|---|---|---|---|---|
| methyl | $CH_3—$ | isobutyl | $CH_3CHCH_2—$<br>$CH_3$ | pentyl | $CH_3CH_2CH_2CH_2CH_2—$ |
| ethyl | $CH_3CH_2—$ | | | isopentyl | $CH_3CHCH_2CH_2—$<br>$CH_3$ |
| propyl | $CH_3CH_2CH_2—$ | *sec*-butyl | $CH_3CH_2CH—$<br>$CH_3$ | | |
| isopropyl | $CH_3CH—$<br>$CH_3$ | | | hexyl | $CH_3CH_2CH_2CH_2CH_2CH_2—$ |
| butyl | $CH_3CH_2CH_2CH_2—$ | *tert*-butyl | $CH_3$<br>$CH_3C—$<br>$CH_3$ | isohexyl | $CH_3CHCH_2CH_2CH_2—$<br>$CH_3$ |

# Joint Claim Construction Brief

# EXHIBIT 45C

Copyrighted Materials
Copyright © 2020 Oxford University Press Retrieved from app.knovel.com

A Dictionary of

# Chemistry

EIGHTH EDITION

OXFORD
UNIVERSITY PRESS

OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford, OX2 6DP,
United Kingdom

Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide. Oxford is a registered trade mark of Oxford University Press in the UK and in certain other countries

© Market House Books Ltd. 1985, 1990, 1996, 2000, 2004, 2008, 2016, 2020

The moral rights of the author have been asserted

First published in 1985 as *A Concise Dictionary of Chemistry*
Second edition 1990
Third edition 1996
Fourth edition 2000
Fifth edition 2004
Sixth edition 2008
Seventh edition 2016
Eighth edition 2020

Impression: 1

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, without the prior permission in writing of Oxford University Press, or as expressly permitted by law, by licence or under terms agreed with the appropriate reprographics rights organization. Enquiries concerning reproduction outside the scope of the above should be sent to the Rights Department, Oxford University Press, at the address above

You must not circulate this work in any other form
and you must impose this same condition on any acquirer

Published in the United States of America by Oxford University Press
198 Madison Avenue, New York, NY 10016, United States of America

British Library Cataloguing in Publication Data
Data available

Library of Congress Control Number: 2019957829

ISBN 978–0–19–884122–7

Printed in Great Britain by
Clays Ltd, St Ives plc

Links to third party websites are provided by Oxford in good faith and for information only. Oxford disclaims any responsibility for the materials contained in any third party website referenced in this work.

C

characteristics as the fuel being tested. *Compare* OCTANE NUMBER.

**CFC** *See* CHLOROFLUOROCARBON.

**CGE** Capillary gel electrophoresis. *See* CAPILLARY ELECTROPHORESIS.

**c.g.s. units** A system of *units based on the centimetre, gram, and second. Derived from the metric system, it was badly adapted to use with thermal quantities (based on the inconsistently defined *calorie) and with electrical quantities (in which two systems, based respectively on unit permittivity and unit permeability of free space, were used). For scientific purposes c.g.s. units have now been replaced by *SI units.

**chain** A line of atoms of the same type in a molecule. In a **straight chain** the atoms are attached only to single atoms, not to groups. Propane, for instance, is a straight-chain alkane, $CH_3CH_2CH_3$, with a chain of three carbon atoms.
A **branched chain** is one in which there are side groups attached to the chain. Thus, 3-ethyloctane, $CH_3CH_2CH(C_2H_5)C_5H_{11}$, is a branched-chain alkane in which there is a **side chain** ($C_2H_5$) attached to the third carbon atom.
A **closed chain** is a *ring of atoms in a molecule; otherwise the molecule has an **open chain**.

**Chain, Sir Ernst Boris** (1906–79) German-born British biochemist, who began his research career at Cambridge University in 1933. Two years later he joined *Florey at Oxford, where they isolated and purified *penicillin. They also developed a method of producing the drug in large quantities and carried out its first clinical trials. The two men shared the 1945 Nobel Prize for physiology or medicine with penicillin's discoverer, Alexander *Fleming.

**chain-growth polymerization** *See* POLYMERIZATION.

**chain reaction** A reaction that is self-sustaining as a result of the products of one step initiating a subsequent step. Chemical chain reactions usually involve free radicals as intermediates. An example is the reaction of chlorine with hydrogen initiated by ultraviolet radiation. A chlorine molecule is first split into atoms:

$$Cl_2 \rightarrow Cl\cdot + Cl\cdot$$

These react with hydrogen as follows

$$Cl\cdot + H_2 \rightarrow HCl + H\cdot$$
$$H\cdot + Cl_2 \rightarrow HCl + Cl\cdot \text{ etc.}$$

Combustion and explosion reactions involve similar free-radical chain reactions.

**chair** *See* RING CONFORMATIONS.

**chair conformation** *See* CONFORMATION.

**chalcedony** A mineral consisting of a microcrystalline variety of *quartz. It occurs in several forms, including a large number of semiprecious gemstones; for example, sard, carnelian, jasper, onyx, chrysoprase, agate, and tiger's-eye.

**chalcogens** *See* GROUP 16 ELEMENTS.

**chalconides** Binary compounds formed between metals and group 16 elements; i.e. oxides, sulphides, selenides, and tellurides.

**chalcopyrite (copper pyrites)** A brassy yellow mineral consisting of a mixed copper-iron sulphide, $CuFeS_2$, crystallizing in the tetragonal system; the principal ore of copper. It is similar in appearance to pyrite and gold. It crystallizes in igneous rocks and hydrothermal veins associated with the upper parts of acid igneous intrusions. Chalcopyrite is the most widespread of the copper ores, occurring, for example, in Cornwall (UK), Sudbury (Canada), Chile,

Joint Claim Construction Brief

# EXHIBIT 45D

OXFORD

# ORGANIC CHEMISTRY

SECOND EDITION



Jonathan Clayden, Nick Greeves, and Stuart Warren

# Organic Chemistry

## Organic Chemistry—online support

Each chapter in this book is accompanied by a set of problems, which are available free of charge online. To access them visit the Online Resource Centre at **www.oxfordtextbooks.co.uk/orc/clayden2e/** and enter the following:

**Username:** clayden2e

**Password:** compound

# ORGANIC CHEMISTRY

SECOND EDITION



Jonathan Clayden
University of Manchester

Nick Greeves
University of Liverpool

Stuart Warren
University of Cambridge

OXFORD
UNIVERSITY PRESS

OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide in

Oxford New York

Auckland Cape Town Dar es Salaam Hong Kong Karachi Kuala Lumpur Madrid Melbourne Mexico City Nairobi New Delhi Shanghai Taipei Toronto

With offices in

Argentina Austria Brazil Chile Czech Republic France Greece Guatemala Hungary Italy Japan Poland Portugal Singapore South Korea Switzerland Thailand Turkey Ukraine Vietnam

Oxford is a registered trade mark of Oxford University Press in the UK and in certain other countries

Published in the United States by Oxford University Press Inc., New York

© Jonathan Clayden, Nick Greeves, and Stuart Warren 2012

The moral rights of the authors have been asserted

Crown Copyright material reproduced with the permission of the Controller, HMSO (under the terms of the Click Use licence.)

Database right Oxford University Press (maker)

First published 2001

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, without the prior permission in writing of Oxford University Press, or as expressly permitted by law, or under terms agreed with the appropriate reprographics rights organization. Enquiries concerning reproduction outside the scope of the above should be sent to the Rights Department, Oxford University Press, at the address above

You must not circulate this book in any other binding or cover and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data
Data available

Library of Congress Cataloging in Publication Data
Library of Congress Control Number: 2011943531

Typeset by Techset Composition Ltd, Salisbury, UK

Printed and bound in China by
C&C Offset Printing Co. Ltd

ISBN 978-0-19-927029-3

10 9 8 7 6 5 4 3 2 1

# Organic structures

# 2

## Connections

### Building on:

- This chapter does not depend on Chapter 1

### Leading to:

- The diagrams used in the rest of the book
- Why we use these particular diagrams
- How organic chemists name molecules in writing and in speech
- What is the skeleton of an organic molecule
- What is a functional group
- Some abbreviations used by all organic chemists
- Drawing organic molecules realistically in an easily understood style

### Looking forward to:

- Ascertaining molecular structure spectroscopically ch3
- What determines a molecule's structure ch4

There are over 100 elements in the periodic table. Many molecules contain well over 100 atoms—palytoxin, for example (a naturally occurring compound with potential anticancer activity) contains 129 carbon atoms, 221 hydrogen atoms, 54 oxygen atoms, and 3 nitrogen atoms. It's easy to see how chemical structures can display enormous variety, providing enough molecules to build even the most complicated living creatures. But how can we understand what seems like a recipe for confusion? Faced with the collection of atoms we call a molecule, how can we make sense of what we see? This chapter will teach you how to interpret organic structures. It will also teach you how to draw organic molecules in a way that conveys all the necessary information and none of the superfluous.

Palytoxin was isolated in 1971 in Hawaii from *Limu make o Hane* ('deadly seaweed of Hana') which had been used to poison spear points. It is one of the most toxic compounds known requiring only about 0.15 microgram per kilogram for death by injection. The complicated structure was determined a few years later.



palytoxin

## Hydrocarbon frameworks and functional groups

As we explained in Chapter 1, organic chemistry is the study of compounds that contain carbon. Nearly all organic compounds also contain hydrogen; most also contain oxygen, nitrogen, or other elements. Organic chemistry concerns itself with the way in which these atoms are bonded together into stable molecular structures, and the way in which these structures change in the course of chemical reactions.

Some molecular structures are shown below. These molecules are all amino acids, the constituents of proteins. Look at the number of carbon atoms in each molecule and the way they are bonded together. Even within this small class of molecules there's great variety—*glycine* and *alanine* have only two or three carbon atoms; *phenylalanine* has nine.





*Lysine* has a chain of atoms; *tryptophan* has rings.




In *methionine* the atoms are arranged in a single chain; in *leucine* the chain is branched. In *proline*, the chain bends back on itself to form a ring.





We shall return to amino acids as examples several times in this chapter, but we shall leave detailed discussions about their chemistry till Chapters 24 and 49, when we look at the way in which they polymerize to form peptides and proteins.

Yet all of these molecules have similar properties—they are all soluble in water, they are all both acidic and basic (amphoteric), they can all be joined with other amino acids to form proteins. This is because the chemistry of organic molecules depends much less on the number or the arrangement of carbon or hydrogen atoms than on the other types of atoms (O, N, S, P, Si...) in the molecule. We call parts of molecules containing small collections of these other atoms **functional groups**, simply because they are groups of atoms that determine the way the molecule works. All amino acids contain two functional groups: an amino ($NH_2$ or NH) group and a carboxylic acid ($CO_2H$) group (some contain other functional groups as well).

● The **functional groups** determine the way the molecule works both chemically and biologically.



**alanine**
contains just the amino and carboxylic acid functional groups



**lysine**
has an additional amino group



**methionine**
also has a sulfide functional group

That isn't to say the carbon atoms aren't important; they just play quite a different role from those of the oxygen, nitrogen, and other atoms they are attached to. We can consider the chains and rings of carbon atoms we find in molecules as their skeletons, which support the functional groups and allow them to take part in chemical interactions, much as your skeleton supports your internal organs so they can interact with one another and work properly.

- The **hydrocarbon framework** is made up of chains and rings of carbon atoms, and it acts as a support for the functional groups.



a chain



a ring



a branched chain

### Organic skeletons

Organic molecules left to decompose for millions of years in the absence of light and oxygen become literally carbon skeletons—crude oil, for example, is a mixture of molecules consisting of nothing but carbon and hydrogen, while coal consists of little else but carbon. Although the molecules in coal and oil differ widely in chemical structure, they have one thing in common: no functional groups! Many are very unreactive: about the only chemical reaction they can take part in is combustion, which, in comparison to most reactions that take place in chemical laboratories or in living systems, is an extremely violent process. In Chapter 5 we will start to look at the way that functional groups direct the chemical reactions of a molecule.

We will see later how the interpretation of organic structures as hydrocarbon frameworks supporting functional groups helps us to understand and rationalize the reactions of organic molecules. It also helps us to devise simple, clear ways of representing molecules on paper. You saw in Chapter 1 how we represented molecules on paper, and in the next section we shall teach you ways to draw (and ways not to draw) molecules—the handwriting of chemistry. *This section is extremely important,* because it will teach you how to communicate chemistry, clearly and simply, throughout your life as a chemist.

# Drawing molecules

## Be realistic

Below is another organic structure—again, you may be familiar with the molecule it represents; it is a fatty acid commonly called linoleic acid.



carboxylic acid functional group

linoleic acid

Three fatty acid molecules and one glycerol molecule combine to form the fats that store energy in our bodies and are used to construct the membranes around our cells. This particular fatty acid, linoleic acid, cannot be manufactured in the human body, and is an essential part of a healthy diet found, for example, in sunflower oil.

Fatty acids differ in the length of their chains of carbon atoms, yet they have very similar chemical properties because they all contain the carboxylic acid functional group. We shall come back to fatty acids in Chapter 49.



glycerol

We could also depict linoleic acid as

$CH_3CH_2CH_2CH_2CH{=}CHCH_2CH{=}CHCH_2CH_2CH_2CH_2CH_2CH_2CO_2H$

linoleic acid

or as



linoleic acid

You may well have seen diagrams like these last two in older books—they used to be easy to print (in the days before computers) because all the atoms were in a line and all the angles were 90°. But are they realistic? We will consider ways of determining the shapes and structures of molecules in more detail in Chapter 3, but the picture below shows the structure of linoleic acid determined by X-ray crystallography.

X-ray crystallography discovers the structures of molecules by observing the way X-rays bounce off atoms in crystalline solids. It gives clear diagrams with the atoms marked a circles and the bonds as rods joining them together.

Case 1:23-cv-00580-CFC Document 65-5 Filed 06/18/24 Page 126 of 464 PageID #: 7146





You can see that the chain of carbon atoms is not linear, but a zig-zag. Although our diagram is just a two-dimensional representation of this three-dimensional structure, it seems reasonable to draw it as a zig-zag too.



linoleic acid

This gives us our first guideline for drawing organic structures.

> ● **Guideline 1**
>
> Draw chains of atoms as zig-zags

Realism of course has its limits—the X-ray structure shows that the linoleic acid molecule is in fact slightly bent in the vicinity of the double bonds; we have taken the liberty of drawing it as a 'straight zig-zag'. Similarly, close inspection of crystal structures like this reveals that the angle of the zig-zag is about 109° when the carbon atom is not part of a double bond and 120° when it is. The 109° angle is the 'tetrahedral angle', the angle between two vertices of a tetrahedron when viewed from its centre. In Chapter 4 we shall look at why carbon atoms take up this particular arrangement of bonds. Our realistic drawing is a projection of a three-dimensional structure onto flat paper so we have to compromise.

## Be economical

When we draw organic structures we try to be as realistic as we can be without putting in superfluous detail. Look at these three pictures.



1 2 3

(1) is immediately recognizable as Leonardo da Vinci's Mona Lisa. You may not recognize (2)—it's also Leonardo da Vinci's Mona Lisa—this time viewed from above. The frame is very ornate, but the picture tells us as much about the painting as our rejected linear and 90° angle diagrams did about

our fatty acid. They're both correct—in their way—but sadly useless. What we need when we draw molecules is the equivalent of (3). It gets across the idea of the original, and includes all the detail necessary for us to recognize what it's a picture of, and leaves out the rest. And it was quick to draw—this picture was drawn in less than 10 minutes: we haven't got time to produce great works of art!

Because functional groups are the key to the chemistry of molecules, clear diagrams must emphasize the functional groups, and let the hydrocarbon framework fade into the background. Compare the diagrams below:



linoleic acid



linoleic acid

The second structure is the way that most organic chemists would draw linoleic acid. Notice how the important carboxylic acid functional group stands out clearly and is no longer cluttered by all those Cs and Hs. The zig-zag pattern of the chain is much clearer too. And this structure is much quicker to draw than any of the previous ones!

To get this diagram from the one above we've done two things. Firstly, we've got rid of all the hydrogen atoms attached to carbon atoms, along with the bonds joining them to the carbon atoms. Even without drawing the hydrogen atoms we know they're there—we assume that any carbon atom that doesn't appear to have its potential for four bonds satisfied is also attached to the appropriate number of hydrogen atoms. Secondly, we've rubbed out all the Cs representing carbon atoms. We're left with a zig-zag line, and we assume that every kink in the line represents a carbon atom, as does the end of the line.




We can turn these two simplifications into two more guidelines for drawing organic structures.

● **Guideline 2**

Miss out the Hs attached to carbon atoms, along with the C–H bonds (unless there is a good reason not to)

● **Guideline 3**

Miss out the capital Cs representing carbon atoms (unless there is a good reason not to)

▶ What is 'a good reason not to'? One is if the C or H is part of a functional group. Another is if the C or H needs to be highlighted in some way, for example, because it's taking part in a reaction. Don't be too rigid about these guidelines: they're not rules. Better is just to learn by example (you'll find plenty in this book): if it helps clarify, put it in; if it clutters and confuses, leave it out. One thing you must remember, though: if you write a carbon atom as a letter C then you *must* add all the H atoms too. If you don't want to draw all the Hs, don't write C for carbon.

## Be clear

Try drawing some of the amino acids represented on p. 000 in a similar way, using the three guidelines. The bond angles at tetrahedral carbon atoms are about 109°. Make them look about 109° projected on to a plane! (120° is a good compromise, and it makes the drawings look neat.)

Start with leucine — earlier we drew it as the structure to the right. Get a piece of paper and do it now; then see how your drawing compares with our suggestions.



leucine

It doesn't matter which way up you've drawn it, but your diagram should look something like one of these structures below.



leucine



leucine



leucine



leucine

The guidelines we gave were only guidelines, not rules, and it certainly does not matter which way round you draw the molecule. The aim is to keep the functional groups clear, and let the skeleton fade into the background. That's why the last two structures are all right—the carbon atom shown as 'C' is part of a functional group (the carboxyl group) so it can stand out.

Now turn back to p. 000 and try redrawing the some of the other eight structures there using the guidelines. Don't look at our suggestions below until you've done them! Then compare your drawings with our suggestions.



glycine



alanine



phenylalanine



proline



tryptophan



methionine



lysine

Remember that these are only suggestions, but we hope you'll agree that this style of diagram looks much less cluttered and makes the functional groups much clearer than the diagrams on p. 000. Moreover, they still bear significant resemblance to the 'real thing'—compare these crystal structures of lysine and tryptophan with the structures shown above, for example.

## Structural diagrams can be modified to suit the occasion

You'll probably find that you want to draw the same molecule in different ways on different occasions to emphasize different points. Let's carry on using leucine as an example. We mentioned before that an amino acid can act as an acid or as a base. When it acts as an acid, a base (for example, hydroxide, $OH^-$) removes $H^+$ from the carboxylic acid group in a reaction we can represent as

■ Not all chemists put circles round their plus and minus charges—it's a matter of personal choice.




■ The wiggly line is a graphical way of indicating an incomplete structure: it shows where we have mentally 'snapped off' the $CO_2H$ group from the rest of the molecule.




The product of this reaction has a negative charge on an oxygen atom. We have put it in a circle to make it clearer, and we suggest you do the same when you draw charges: +'s and –'s are easily mislaid. We shall discuss this type of reaction, the way in which reactions are drawn, and what the 'curly arrows' in the diagram mean in Chapter 5. But for now, notice that we drew out the $CO_2H$ as the fragment left because we wanted to show how the O–H bond was broken when the base attacked. We modified our diagram to suit our own purposes.

When leucine acts as a base, the amino ($NH_2$) group is involved. The nitrogen atom attaches itself to a proton, forming a new bond using its *lone pair*.

We can represent this reaction as




Notice how we drew the lone pair at this time because we wanted to show how it was involved in the reaction. The oxygen atoms of the carboxylic acid groups also have lone pairs but we didn't draw them in because they weren't relevant to what we were talking about. Neither did we feel it was necessary to draw $CO_2H$ in full this time because none of the atoms or bonds in the carboxylic acid functional group was involved in the reaction.

A lone pair is a pair of electrons that is not involved in a chemical bond We shall discuss lone pairs in detail in Chapter 4. Again, don't worry about what the curly arrows in this diagram mean—we will cover them in detail in Chapter 5.

## Structural diagrams can show three-dimensional information on a two-dimensional page

Of course, all the structures we have been drawing only give an idea of the real structure of the molecules. For example, the carbon atom between the $NH_2$ group and the $CO_2H$ group of leucine has a tetrahedral arrangement of atoms around it, a fact which we have so far completely ignored.

We might want to emphasize this fact by drawing in the hydrogen atom we missed out at this point as in structure 1 (in the right-hand margin).

We can then show that one of the groups attached to this carbon atom comes towards us, out of the plane of the paper, and the other one goes away from us, into the paper. There are several ways of doing this. In structure 2, the bold, wedged bond suggests a perspective view of a bond coming towards you, while the hashed bond suggests a bond fading away from you. The other two 'normal' bonds are in the plane of the paper.

Alternatively we could miss out the hydrogen atom and draw something a bit neater though slightly less realistic as structure 3.



1



2



3

We can assume the missing hydrogen atom is behind the plane of the paper, because that is where the 'missing' vertex of the tetrahedron of atoms attached to the carbon atom lies. These conventions allow us to give an idea of the three-dimensional shape (stereochemistry) of any organic molecule—you have already seen them in use in the diagram of the structure of palytoxin at the beginning of this chapter.

When you draw diagrams like these to indicate the three-dimensional shape of the molecule, try to keep the hydrocarbon framework in the plane of the paper and allow functional groups and other branches to project forwards out of the paper or backwards into it.

**Reminder**

Organic structures should be drawn to be *realistic, economical, clear.*

We gave three guidelines to help you achieve this when you draw structures:

- Guideline 1: Draw chains of atoms as zig-zags
- Guideline 2: Miss out the Hs attached to carbon atoms, along with the C–H bonds
- Guideline 3: Miss out the capital Cs representing carbon atoms

We shall look in more detail at the shapes of molecules—their *stereochemistry*—in Chapter 16.

The guidelines we have given and conventions we have illustrated in this section have grown up over decades. They are used by organic chemists because they work! We guarantee to follow them for the rest of the book—try to follow them yourself whenever you draw an organic structure. Before you ever draw a capital C or a capital H again, ask yourself whether it's really necessary!

Now that we have considered how to draw structures, we can return to some of the structural types that we find in organic molecules. Firstly, we'll talk about hydrocarbon frameworks, then about functional groups.

The O–H bands occur at higher frequency, sometimes as a sharp absorption at about 3600 cm$^{-1}$. More often, you will see a broad absorption at anywhere from 3500 to 2900 cm$^{-1}$ This is because OH groups form strong hydrogen bonds that vary in length and strength. The sharp absorption at 3600 cm$^{-1}$ is the non-hydrogen-bonded OH and the lower the absorption the stronger the H bond.

Alcohols form hydrogen bonds between the hydroxyl oxygen of one molecule and the hydroxyl hydrogen of another. These bonds are variable in length (though they are usually rather longer than normal covalent O–H bonds) and they slightly weaken the true covalent O–H bonds by varying amounts. When a bond varies in length and strength it will have a range of stretching frequencies distributed about a mean value. Alcohols typically give a rounded absorption at about 3300 cm$^{-1}$ (contrast the sharp N–H stretch in the same region). Carboxylic acids ($RCO_2H$) form hydrogen-bonded dimers with two strong H bonds between the carbonyl oxygen atom of one molecule and the acidic hydrogen of the other. These also vary considerably in length and strength and usually give very broad V-shaped absorbances.


hydrogen bonding in an alcohol


the hydrogen-bonded dimer of a carboxylic acid

Good examples are paracetamol and BHT. Paracetamol has a typical sharp peak at 3330 cm$^{-1}$ for the N–H stretch and then a rounded absorption for the hydrogen-bonded O–H stretch from 3300 down to 3000 cm$^{-1}$ in the gap between the N–H and C–H stretches. By contrast, BHT has a sharp absorption at 3600 cm$^{-1}$ as the two large and roughly spherical *t*-butyl groups prevent the normal H bond from forming.


the hydrogen-bonded OH group in paracetamol








in BHT H-bonding is prevented by large *t*-butyl groups

**Hydrogen bonds** are weak bonds formed from electron-rich atoms such as O or N to hydrogen atoms also attached by 'normal' bonds to the same sorts of atoms. In this diagram of a hydrogen bond between two molecules of water, the solid line represents the 'normal' bond and the green dotted line the longer hydrogen bond. The hydrogen atom is about a third of the way along the distance between the two oxygen atoms.




The $^{13}$C NMR spectra of these two compounds are on pp. 000 and 000.

We can use the N–H and O–H absorptions to rule out an alternative isomeric structure for paracetamol: an ester with an $NH_2$ group instead of an amide with NH and OH. This structure must be wrong as it would give two similar sharp peaks at about 3300 cm$^{-1}$ instead of the one sharp and one broad peak actually observed.


alternative and wrong structure for paracetamol

You may be confused the first time you see the IR spectrum of a terminal alkyne, R–C≡C–H, because you will see a strongish sharp peak at around 3300 $cm^{-1}$ that looks just like an N–H stretch. The displacement of this peak from the usual C–H stretch at about 3000 $cm^{-1}$ cannot be due to a change in the reduced mass and must be due to a marked increase in bond strength. The alkyne C–H bond is shorter and stronger than alkane C–H bonds.




▶ In Chapter 4, you will see that carbon uses an $sp^3$ orbital to make a C–H bond in a saturated structure but has to use an sp orbital for a terminal alkyne C–H. This orbital has one-half s character instead of one-quarter s character. The electrons in an s orbital are held closer to the carbon's nucleus than in a p orbital, so the sp orbital makes for a shorter, stronger C–H bond.

■ What are the other peaks in this spectrum?

● **The summary chart shows some typical peak shapes and frequencies for X–H bonds in the region 4000–3000 $cm^{-1}$.**




## The double bond region is the most important in IR spectra

In the double bond region, there are three important absorptions, those of the carbonyl (C=O), alkene (C=C), and nitro ($NO_2$) groups. All give rise to sharp bands: C=O to one strong (i.e. intense) band anywhere between 1900 and 1500 $cm^{-1}$; C=C to one weak band at about 1640 $cm^{-1}$; and $NO_2$ to two strong (intense) bands in the mid-1500s and mid-1300s $cm^{-1}$. The number of bands is easily dealt with. Just as with OH and $NH_2$, it is a matter of how many identical bonds are present in the same functional group. Carbonyl and alkene clearly have one double bond each. The nitro group at first appears to contain two different groups, $N^+$–$O^-$ and N=O, but delocalization means they are identical and we see absorption for symmetrical and antisymmetrical stretching vibrations. As with $NH_2$, more work is needed for the antisymmetrical vibration which occurs at higher frequency (>1500 plus $cm^{-1}$).

▶ Delocalization is covered in Chapter 7; for the moment, just accept that both NO bonds are the same.

Case 1:23-cv-00580-CFC Document 65-5 Filed 06/18/24 Page 132 of 464 PageID #: 7152






## The strength of an IR absorption depends on dipole moment

Now what about the variation in strength (i.e. intensity, the amount of energy absorbed)? The strength of an IR absorption varies with the change of dipole moment when the bond is stretched. If the bond is perfectly symmetrical, there is no change in dipole moment and there is no IR absorption. Obviously, the C=C bond is less polar than either C=O or N=O and is weaker in the IR. Indeed it may be absent altogether in a symmetrical alkene. By contrast the carbonyl group is very polar (Chapter 4) and stretching it causes a large change in dipole moment and C=O stretches are usually the strongest peaks in the IR spectrum. You may also have noticed that O–H and N–H stretches are stronger than C–H stretches (even though most organic molecules have many more C–H bonds than O–H or N–H bonds): the reason is the same.

▶ Contrast the term 'strength' applied to absorption and to bonds. A stronger absorption is a *more intense* absorption—i.e. one with a big peak. A strong *bond* on the other hand has a *higher frequency* absorption (other things being equal).

### Dipole moments

Dipole moment depends on the variation in distribution of electrons along the bond, and also its length, which is why stretching a bond can change its dipole moment. For bonds between unlike atoms, the larger the difference in electronegativity, the greater the dipole moment, and the more it changes when stretched. For identical atoms (C=C, for example) the dipole moment, and its capacity to change with stretching, is much smaller. Stretching frequencies for symmetrical molecules are measured using Raman spectra. This is an IR-based technique using scattered light that relies on polarizability of bonds. Raman spectra are outside the scope of this book.

This is a good point to remind you of the various deductions we have made so far about IR spectra.

### ● Absorptions in IR spectra

| | | |
|---|---|---|
| **Position** of band depends on → | reduced mass of atoms | **light** atoms give **high** frequency |
| | bond strength | **strong** bonds give **high** frequency |
| **Strength** of band depends on → | change in dipole moment | **large** dipole moment gives **strong** absorption |
| **Width** of band depends on → | hydrogen bonding | **strong H** bond gives **wide** peak |

We have seen three carbonyl compounds so far in this chapter and they all show peaks in the right region (around 1700 $cm^{-1}$) even though one is a carboxylic acid, one a ketone, and one an amide. We shall consider the exact positions of the various carbonyl absorptions in Chapter 15 after we have discussed some carbonyl chemistry.




hexanedioic acid
1720 $cm^{-1}$




heptan-2-one
1710 $cm^{-1}$




paracetamol
1667 $cm^{-1}$

### The single bond region is used as a molecular fingerprint

The region below 1500 $cm^{-1}$ is where the single bond vibrations occur. Here our hope that individual bonds may vibrate independently of the rest of the molecule is usually doomed to disappointment. The atoms C, N, and O all have about the same atomic weight and C–C, C–N, and C–O single bonds all have about the same strength.

In addition, C–C bonds are likely to be joined to other C–C bonds with virtually identical strength and reduced mass, and they have essentially no dipole moments. The only one of these single bonds of any value is C–O which is polar enough and different enough (Table 3.7) to show up as a strong absorption at about 1100 $cm^{-1}$. Some other single bonds such as C–Cl (weak and with a large reduced mass) are quite useful at about 700 $cm^{-1}$. Otherwise the single bond region is usually crowded with hundreds of absorptions from vibrations of all kinds used as a 'fingerprint' characteristic of the molecule but not really open to interpretation.

**Table 3.7** Single bonds

| Pair of atoms | Reduced mass | Bond strength |
|---|---|---|
| C–C | 6.0 | 350 kJ $mol^{-1}$ |
| C–N | 6.5 | 305 kJ $mol^{-1}$ |
| C–O | 6.9 | 360 kJ $mol^{-1}$ |

**Table 3.8** Useful deformations (bending vibrations)

| Group | Frequency, $cm^{-1}$ | Strength |
|---|---|---|
| $CH_2$ | 1440–1470 | medium |
| $CH_3$ | ~1380 | medium |
| $NH_2$ | 1550–1650 | medium |

Among the hundreds of peaks in the fingerprint region, there are some of a quite different kind. Stretching is not the only bond movement that leads to IR absorption. Bending of bonds, particularly C–H and N–H bonds, also leads to quite strong peaks. These are called **deformations**. Bending a bond is easier than stretching it (which is easier, stretching or bending an iron bar?). Consequently, bending absorptions need less energy and come at lower frequencies than stretching absorptions for the same bonds. These bands may not often be useful in identifying molecules, but you will notice them as they are often strong (they are usually stronger than C=C stretches for example) and may wonder what they are.

Finally in this section, we summarize all the useful absorptions in the fingerprint region. Please be cautious in applying these as there are other reasons for bands in these positions.

■ You may not yet understand all the terms in Table 3.9, but you will find it useful to refer back to later.

**Table 3.9** Useful absorptions in the fingerprint region

| Frequency, $cm^{-1}$ | Strength | Group | Comments |
|---|---|---|---|
| 1440–1470 | medium | $CH_2$ | deformation (present in nujol) |
| ~1380 | medium | $CH_3$ | deformation (present in nujol) |
| ~1350 | strong | $NO_2$ | symmetrical N=O stretch |
| 1250–1300 | strong | P=O | double bond stretch |
| 1310–1350 | strong | $SO_2$ | antisymmetrical S=O stretch |
| 1120–1160 | strong | $SO_2$ | symmetrical S=O stretch |
| ~1100 | strong | C–O | single bond stretch |
| 950–1000 | strong | C=CH | *trans* alkene (out-of-plane deformation) |
| ~690 *and* ~750 | strong | Ar–H | five adjacent Ar–H (out-of-plane) |
| ~750 | strong | Ar–H | four adjacent Ar–H (out-of-plane) |
| ~700 | strong | C–Cl | single bond stretch |

## Mass spectra, NMR, and IR combined make quick identification possible

If these methods are each as powerful as we have seen on their own, how much more effective they must be together. We shall finish this chapter with the identification of some simple unknown

compounds using all three methods. The first is an industrial emulsifier used to blend solids and liquids into smooth pastes. Its electron impact mass spectrum has peaks at 75 and 74 (each about 20%) and a base peak at 58. The two peaks at 75 and 74 cannot be isotopes of bromine as the separation is only one mass unit, nor can 75 be a $^{13}C$ peak as it is far too strong. It looks as though 75 might be the molecular ion and 74 an unusual loss of a hydrogen atom. However a chemical ionization mass spectrum reveals a molecular ion at 90 ($MH^+$) and hence the true molecular ion at 89. An odd molecular weight (89) suggests one nitrogen atom, and high resolution mass spectrometry reveals that the formula is $C_4H_{11}NO$.

the electr on impact mass spectr um of an industrial emulsifier




The $^{13}C$ NMR spectrum has only three peaks so two carbon atoms must be the same. There is one signal for saturated carbon next to oxygen, and two for other saturated carbons, one more downfield than the other. The IR spectrum reveals a broad peak for an OH group with two sharp $NH_2$ peaks just protruding. If we put this together, we know we have C–OH and C–$NH_2$. Neither of these carbons can be duplicated (as there is only one O and only one N!) so one of the remaining carbons must be duplicated.






The next stage is one often overlooked. We don't seem to have much information, but try and put the two fragments together, knowing the molecular formula, and there's very little choice. The carbon chain (shown in red) could either be linear or branched and that's it!




There is no room for double bonds or rings because we need to fit in the eleven hydrogen atoms. We cannot put N or O in the chain because we know from the IR that we have the *chain terminating* groups OH and $NH_2$. Of the seven possibilities only the last two, A and B, are serious since they alone have two identical carbon atoms (the two methyl groups in each case); all the other structures would have four separate signals in the NMR. How can we choose between these? The base peak in the mass spectrum was at 58 and this fits well with a fragmentation of one structure but not of the other: the wrong structure would give a fragment at 59 and not 58. The industrial emulsifier is 2-amino-2-methylpropan-1-ol.

▶ By **chain terminating** we mean only attachable to one other atom.




## Double bond equivalents help in the search for a structure

The last example was fully saturated but it is usually a help in deducing the structure of an unknown compound if, once you know the atomic composition, you immediately work out how much unsaturation there is. This is usually expressed as 'double bond equivalents'. It may seem obvious to you that, if $C_4H_{11}NO$ has no double bonds, then $C_4H_9NO$ (losing two hydrogen atoms) must have one double bond, $C_4H_7NO$ two double bonds, and so on. Well, it's not quite as simple as that. Some possible structures for these formulae are shown below.

some structures for $C_4H_9NO$




some structures for $C_4H_7NO$



Case 1:23-cv-00580-CFC Document 65-5 Filed 06/18/24 Page 136 of 464 PageID #: 7156



Some of these structures have the right number of double bonds (C=C and C=O), one has a triple bond, and three compounds use rings as an alternative way of 'losing' some hydrogen atoms. Each time you make a ring or a double bond, you have to lose two more hydrogen atoms. So double bonds (of all kinds) and rings are called **Double Bond Equivalents (DBEs)**.

You can work out how many DBEs there are in a given atomic composition just by making a drawing of one possible structure (all possible structures have the same number of DBEs). Alternatively, you can calculate the DBEs if you wish. A saturated hydrocarbon with $n$ carbon atoms has $(2n + 2)$ hydrogens. Oxygen doesn't make any difference to this: there are the same number of Hs in a saturated ether or alcohol as in a saturated hydrocarbon.

So, for a compound containing C, H, and O only, take the actual number of hydrogen atoms away from $(2n + 2)$ and divide by two. Just to check that it works, for the unsaturated ketone $C_7H_{12}O$ the calculation becomes:

saturated hydrocarbon $C_7H_{16}$



saturated alcohol $C_7H_{16}O$




saturated ether $C_7H_{16}O$




All have $(2n + 2)$ H atoms

| | | |
|---|---|---|
| **1** | Maximum number of H atoms for 7 Cs | $2n + 2 = 16$ |
| **2** | Subtract the actual number of H atoms (12) | $16 - 12 = 4$ |
| **3** | Divide by 2 to give the DBEs | $4/2 = 2$ |




$C_7H_{12}O$ = two DBE

The unsaturated ketone does indeed have an alkene and a carbonyl group. The unsaturated cyclic acid has: $16 - 10 = 6$ divided by $2 = 3$ DBEs and it has one alkene, one C=O and one ring. Correct. The aromatic ether has $16 - 8 = 8$ divided by 2 gives 4 DBEs and it has three double bonds in the ring and the ring itself. Correct again.




$C_7H_{10}O$ = two DBE




$C_7H_8O$ = four DBE

Nitrogen makes a difference. Every nitrogen adds *one extra hydrogen* atom because nitrogen can make three bonds. This is one fewer hydrogen to subtract. The formula becomes: subtract actual number of hydrogens from $(2n + 2)$, *add one for each nitrogen atom*, and divide by two. We can try this out too.

saturated $C_7$ compound with nitrogen




$C_7H_{17}N = (2n + 3)$Hs




$C_7H_{15}NO_2$ = one DBE




$C_7H_{13}NO$ = two DBE




$C_7H_9NO$= four DBE




$C_7H_{10}N_2$ = four DBE

The saturated compound has $(2n + 3)$ Hs instead of $(2n + 2)$. The saturated nitro compound has $(2n + 2) = 16$ less 15 (the actual number of Hs) plus one (the number of nitrogen atoms) = 2. Divide this by 2 and you get 1 DBE, which is the N=O bond. The last compound (we shall meet this later as 'DMAP') has:

| | | |
|---|---|---|
| **1** | Maximum number of H atoms for 7 Cs | $2n + 2 = 16$ |
| **2** | Subtract the actual number of H atoms (10) | $16 - 10 = 6$ |
| **3** | Add number of nitrogens | $6 + 2 = 8$ |
| **4** | Divide by 2 to give the DBEs | $8/2 = 4$ |

There are indeed three double bonds and a ring, making four in all. You would be wise to check that you can do these calculations without much trouble.

If you have other elements too it is simpler just to draw a trial structure and find out how many DBEs there are. You may prefer this method for all compounds as it has the advantage of finding one possible structure before you really start! One good tip is that if you have few hydrogens relative to the number of carbon atoms (and at least four DBEs) then there is probably an aromatic ring in the compound.

▶ Do not confuse this calculation with the observation we made about mass spectra that the molecular weight of a compound containing one nitrogen atom must be odd. This observation and the number of DBEs are, of course, related but they are different calculations made for different purposes.

# Joint Claim Construction Brief

# EXHIBIT 45E

# ORGANIC CHEMISTRY

## Structure, Mechanism, and Synthesis

SECOND EDITION

Robert J. Ouellette & J. David Rawn

# ORGANIC CHEMISTRY:
## STRUCTURE, MECHANISM, SYNTHESIS

ROBERT J. OUELLETTE
Professor Emeritus, Department
of Chemistry, The Ohio State University

AND

J. DAVID RAWN
Professor Emeritus,
Towson University

ELSEVIER
ACADEMIC PRESS
An imprint of Elsevier

Copyrighted material

Academic Press is an imprint of Elsevier
125 London Wall, London EC2Y 5AS, United Kingdom
525 B Street, Suite 1800, San Diego, CA 92101-4495, United States
50 Hampshire Street, 5th Floor, Cambridge, MA 02139, United States
The Boulevard, Langford Lane, Kidlington, Oxford OX5 1GB, United Kingdom

© 2018, Elsevier Inc. All rights reserved.

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without permission in writing from the publisher. Details on how to seek permission, further information about the Publisher's permissions policies and our arrangements with organizations such as the Copyright Clearance Center and the Copyright Licensing Agency, can be found at our website: www.elsevier.com/permissions.

This book and the individual contributions contained in it are protected under copyright by the Publisher (other than as may be noted herein).

**Notices**
Knowledge and best practice in this field are constantly changing. As new research and experience broaden our understanding, changes in research methods, professional practices, or medical treatment may become necessary.

Practitioners and researchers must always rely on their own experience and knowledge in evaluating and using any information, methods, compounds, or experiments described herein. In using such information or methods they should be mindful of their own safety and the safety of others, including parties for whom they have a professional responsibility.

To the fullest extent of the law, neither the Publisher nor the authors, contributors, or editors, assume any liability for any injury and/or damage to persons or property as a matter of products liability, negligence or otherwise, or from any use or operation of any methods, products, instructions, or ideas contained in the material herein.

**Library of Congress Cataloging-in-Publication Data**
A catalog record for this book is available from the Library of Congress

**British Library Cataloguing-in-Publication Data**
A catalogue record for this book is available from the British Library

ISBN 978-0-12-812838-1

For information on all Academic Press publications
visit our website at https://www.elsevier.com/books-and-journals

*Publisher:* John Fedor
*Acquisition Editor:* Emily M. McCloskey
*Editorial Project Manager:* Katerina Zaliva
*Production Project Manager:* Maria Bernard
*Cover Designer:* Christian Bilbow

Typeset by SPi Global, India

ELSEVIER Book Aid International
Working together to grow libraries in developing countries
www.elsevier.com • www.bookaid.org

Copyrighted material

# 4 Alkanes and Cycloalkanes: Structures and Reactions



Steroid Ring System

Hydrocarbons, as their names tell us, contain only hydrogen and carbon. They occur as mixtures in natural gas, petroleum, and coal, which are collectively known as fossil fuels because they contain the remnants (fossils) of ancient organisms, including plants, animals, and microorganisms that have been buried for millions of years at high temperatures and pressure under anaerobic conditions.

Hydrocarbons fall into two broad classes based on the types of bonds between the carbon atoms. A hydrocarbon that has only carbon–carbon single bonds is **saturated**. Hydrocarbons that contain carbon–carbon multiple bonds are **unsaturated**. Alkanes and cycloalkanes are two types of saturated hydrocarbons. **Alkanes** have carbon atoms bonded in chains; **cycloalkanes** have carbon atoms bonded to form a ring.

## 4.1 CLASSES OF HYDROCARBONS

Compounds that have a chain of carbon atoms, some of which are attached to functional groups, are called **acyclic** compounds, meaning "not cyclic." Compounds that contain rings of carbon atoms, and that may also contain functional groups, are **carbocyclic** compounds, commonly called cycloalkanes. One example is cyclobutane, which is shown below. Some cyclic compounds contain at least one atom in the ring other than carbon; those atoms are called **heteroatoms**. Cyclic compounds containing one or more **heteroatoms** are called **heterocyclic** compounds. The structures of an acyclic compound 2-heptanone, a carbocyclic compound, carvone, and the heterocyclic compound nicotinic acid are shown below.

Aromatic rings, which we briefly introduced in Chapter 2, are also "hydrocarbons," but they are an entirely different class of compounds, which we will discuss in Chapters 12 and 13.

$CH_3—CH_2—CH_2—CH_3$

butane




cyclobutane

an acyclic compound




2-heptanone
in oil of cloves

a cyclic compound




carvone
in spearmint oil

a heterocyclic compound




nicotinic acid
a B vitamin

## 4.2 ALKANES

Saturated hydrocarbons that have a continuous chain of carbon atoms do not have any "branches." They are called **normal alkanes**. Their structures are often drawn with the carbon chain in a horizontal line, and their names are preceded by an italicized *n*.

$$CH_3—CH_2—CH_2—CH_2—CH_2—CH_2—CH_2—CH_3$$

*n*-octane
(a normal alkane)

The names and condensed structural formulas of 20 normal alkanes are given in Table 4.1. The first four compounds have common names. The names of the higher-molecular-weight compounds are derived from Greek numbers that indicate the number of carbon atoms in the chain. Each name has the suffix *-ane*, which identifies the compound as an alkane.

**Table 4.1**
**Names of Normal Alkanes**

| *Number of Carbon Atoms* | *Name* | *Molecular Formula* | *Number of Carbon Atoms* | *Name* | *Molecular Formula* |
|---|---|---|---|---|---|
| 1 | Methane | $CH_4$ | 11 | Undecane | $C_{11}H_{24}$ |
| 2 | Ethane | $C_2H_6$ | 12 | Dodecane | $C_{12}H_{26}$ |
| 3 | Propane | $C_3H_8$ | 13 | Tridecane | $C_{13}H_{28}$ |
| 4 | Butane | $C_4H_{10}$ | 14 | Tetradecane | $C_{14}H_{30}$ |
| 5 | Pentane | $C_5H_{12}$ | 15 | Pentadecane | $C_{15}H_{32}$ |
| 6 | Hexane | $C_6H_{14}$ | 16 | Hexadecane | $C_{16}H_{34}$ |
| 7 | Heptane | $C_7H_{16}$ | 17 | Heptadecane | $C_{17}H_{36}$ |
| 8 | Octane | $C_8H_{18}$ | 18 | Octadecane | $C_{18}H_{38}$ |
| 9 | Nonane | $C_9H_{20}$ | 19 | Nonadecane | $C_{19}H_{40}$ |
| 10 | Decane | $C_{10}H_{22}$ | 20 | Eicosane | $C_{20}H_{42}$ |

Saturated hydrocarbons in which one or more groups are bonded to a secondary carbon are called **branched alkanes**. The carbon atom bonded to three or four other carbon atoms is the **branching point**. The carbon atom attached to the chain of carbon atoms at the branching point is part of an **alkyl group**. For example, isobutane is the simplest example of a branched alkane. It has three carbon atoms in the main chain and one branch, a $—CH_3$ group.

$$CH_3—CH_2—CH_2—CH_3$$

*n*-butane



isobutane





Isopentane and neopentane are isomers of pentane. Isopentane is a branched alkane with four carbon atoms in the main chain and one branching methyl group. Neopentane has three carbon atoms in the main chain and two methyl groups bonded to the central carbon.

$$CH_3—CH_2—CH_2—CH_2—CH_3$$

pentane



isopentane



neopentane

Both normal and branched alkanes have the general molecular formula $C_nH_{2n+2}$. For example, the molecular formula of hexane is $C_6H_{14}$.




Each carbon atom in this normal alkane, where $n$ = 6, has at least two hydrogen atoms bonded to it, which accounts for the 2$n$ in the general formula. Each of the two terminal carbon atoms has another hydrogen atom bonded to it, which accounts for the +2 in the subscript on hydrogen in the general formula.

## Classification of Carbon Atoms

Hydrocarbon structures are classified according to the number of carbon atoms directly bonded to a specific carbon atom. We will use this classification in later chapters to describe the reactivity of functional groups attached to the various carbon atoms in a structure.

A carbon atom bonded to only one other carbon atom is a **primary carbon atom**, designated by the symbol 1°. The carbon atom at each end of a carbon chain is primary. For example, butane has two primary carbon atoms. A carbon atom that is bonded to two other carbon atoms is a **secondary carbon atom**, designated by the symbol 2°. For example, the middle carbon atoms of butane are secondary (Figure 4.1a).




(a) *n*-butane (b) isobutane (c) neopentane

### Figure 4.1
### Classification of Carbon Atoms

(a) The terminal carbon atoms of butane are primary, 1°; they are bonded directly to one other carbon atom. The internal carbon atoms are secondary. (b) The terminal carbon atoms of isobutane are primary; the internal carbon atom is tertiary, 3°. (c) The central carbon atom of neopentane is bound to four other carbon atoms; it is quaternary, 4°.

A carbon atom bonded to three other carbon atoms is **tertiary**, and is designated by 3°. For example, when we examine the structure of isobutane, we see that one of the four carbon atoms is tertiary; the other three are primary (Figure 4.1b). A **quaternary carbon** atom, 4°, is bonded to four other carbon atoms (Figure 4.1c).

---

### Problem 4.1

One of the components of the wax of a cabbage leaf is a normal alkane containing 29 carbon atoms. What is the molecular formula of the compound?

**Sample Solution**

For $n$ = 29, there must be (2 x 29) + 2 hydrogen atoms. The molecular formula is $C_{29}H_{60}$.

### Problem 4.2

The following compound is a sex attractant released by the female tiger moth. Classify the carbon atoms in this compound as primary, secondary, or tertiary.




### Sample Solution

Each of the two terminal carbon atoms and the branching —$CH_3$ group are primary carbon atoms because each is bonded to only one other carbon atom. The second carbon atom from the left is bonded to two atoms in the chain as well as to the branching —$CH_3$ group, so it is tertiary. All 14 remaining carbon atoms are bonded to two carbon atoms, so they are secondary.

### Problem 4.3

The octane number is a scale used to rate gasoline. The octane number of the following compound, called isooctane, is 100. Classify the carbon atoms of this compound.




isooctane

### Sample Solution

The carbon atoms in all five —$CH_3$ groups are primary. The carbon atom bonded to three —$CH_3$ groups near the left side of the structure is also bonded to a —$CH_2$ unit. This carbon atom is quaternary. The —$CH_2$ group is secondary, the carbon atom bound to three alkyl groups, on the right, is tertiary.

### Problem 4.4

Pentaerythritol tetranitrate is a drug used to reduce the frequency and severity of angina attacks. Classify the carbon atoms in this compound.




Pentaerythritol tetranitrate

---

## 4.3 NOMENCLATURE OF ALKANES

Many alkanes exist as isomers. There are two isomers of $C_4H_{10}$, called butane and isobutane, and three isomers of $C_5H_{12}$, called pentane, isopentane, and neopentane. It is easy to learn their names. However, as the number of carbon atoms in an alkane increases, the number of isomers increases geometrically (Table 4.2). Many of these possible isomers have never been found in petroleum or produced in a chemistry laboratory, but each could be made in the laboratory. A system for naming the many isomeric alkanes is clearly necessary.

**Table 4.2**
**Number of Alkane Isomers**

| *Molecular Formula* | *Number of Isomers* | *Molecular Formula* | *Number of Isomers* |
|---|---|---|---|
| $CH_4$ | 1 | $C_8H_{18}$ | 18 |
| $C_2H_6$ | 1 | $C_9H_{20}$ | 35 |
| $C_3H_8$ | 1 | $C_{10}H_{22}$ | 75 |
| $C_4H_{10}$ | 2 | $C_{20}H_{42}$ | 336,319 |
| $C_5H_{12}$ | 3 | $C_{30}H_{62}$ | 4,111,846,763 |
| $C_6H_{14}$ | 5 | $C_{40}H_{82}$ | 62,491,178,805,831 |
| $C_7H_{16}$ | 9 | | |

# Joint Claim Construction Brief

# EXHIBIT 45F

# Principles of Chemistry

MICHAEL MUNOWITZ

W • W • Norton & Company
New York • London

*Editor: Joseph Wisnovsky*
*Consulting Editor: Alexander Pines*
*Project Editor: Mary Kelly*
*Copy Editor: Susan Middleton*
*Associate Managing Editor: Jane Carter*
*Director of Manufacturing: Roy Tedoff*
*Editorial Assistants: Shon Schooler, Peter Wei*
*Text Design: Jack Meserole*
*Illustrations: George Kelvin, John McAusland*
*Layout: Susan Crooks*

*The text and display of this book are composed in Perpetua*
*Composition by TSI Graphics*
*Manufacturing by Quebecor, Hawkins*

Copyright © 2000 by Michael Munowitz

All rights reserved

PRINTED IN THE UNITED STATES OF AMERICA

First Edition

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

Library of Congress Cataloging-in-Publication Data

Munowitz, M. (Michael)
Principles of chemistry / Michael Munowitz.
p. cm.
Includes index.
**ISBN 0-393-97288-7**
1. Chemistry. I. Title.
QD33.M984 2000
540—dc21

W. W. Norton & Company, Inc., 500 Fifth Avenue, New York, N.Y. 10110
http://www.wwnorton.com

W. W. Norton & Company Ltd., 10 Coptic Street, London WC1A 1PU

2 3 4 5 6 7 8 9 0

Case 1:23-cv-00580-CFC Document 65-5 Filed 06/18/24 Page 148 of 464 PageID #: 7168



we observe how the molecule butane (connected as C—C—C—C) can develop a branch and isomerize into isobutane:



butane isobutane

Although the two molecules share the formula $C_4H_{10}$, their structures are clearly different. The branched alkane, appearing as if one $CH_3$ (methyl) group and one H atom have moved from their original sites in butane, contains a central carbon bonded to three rather than only two other carbons. It is rounder than the unbranched form.

With more carbons come more structural isomers. Whereas among four carbons we have only one choice for the displaced $CH_3$, in pentane (five carbons) there are two branched isomers in addition to the straight chain:



pentane



isopentane neopentane

The three molecules, all having the formula $C_5H_{12}$, are structurally distinct, each with different shape and properties. Neopentane, in particular, completes the rounding trend begun by isobutane.

See the difference in Figure 8-3: With four methyl groups attached to one center, the arrangement of five carbons in neopentane closely approximates a sphere (Figure 8-3b). Hence two neopentanes—coming together just like two large balls—can touch only at one point, in contrast to molecules of pentane, which can nestle along the entire length of the chain (Figure 8-3a). The linear molecules are better able to attract each other electrically, and so the "stickier" pentane boils at a higher temperature than neopentane. More energy is needed to break up the weak attractions between the straight chains in the liquid state. We shall return to this point in the next chapter, when the question of intermolecular interactions is taken up in more detail.

Case 1:23-cv-00580-CFC Document 65-5 Filed 06/18/24 Page 149 of 464 PageID #: 7169



accessible π electrons with suitable Lewis acids. What might have been a functionally dead alkane linkage instead becomes a target for reaction, a hot spot.

A selection of key functional groups is displayed in Table 8-1, among which are such entities as halides, alcohols, ethers, ketones, aldehydes, carboxylic acids, anhydrides, esters, amines, and amides. These small species are both reactive and portable from molecule to molecule; they

TABLE 8-1. Selected Functional Groups

| *Group* | *Structure*[a] | |
|---|---|---|
| alcohol (hydroxyl) | —OH | |
| aldehyde | —C(=O)—H | |
| alkene | >C=C< | |
| alkyne | —C≡C— | |
| amide | —C(=O)—N(—)— | |
| amine | —N(—)— | |
| anhydride | —C(=O)—O—C(=O)— | |
| carboxylic acid | —C(=O)—OH | |
| ester | —C(=O)—O— | |
| ether | —O— | |
| halide, acyl | —C(=O)—X | (X = F, Cl, Br, I) |
| halide, alkyl | —X | (X = F, Cl, Br, I) |
| ketone | —C(=O)— | |
| nitrile | —C≡N | |
| nitro | $—NO_2$ | |
| sulfide | —S— | |
| thiol | —SH | |

[a]Groups attach at the open positions indicated. True angles are not necessarily shown.

Joint Claim Construction Brief

# EXHIBIT 45G

SIXTH EDITION

# ORGANIC CHEMISTRY



MARC LOUDON
JIM PARISE

# Organic Chemistry

Case 1:23-cv-00580-CFC Document 65-5 Filed 06/18/24 Page 153 of 464 PageID #: 7173



# Organic Chemistry

SIXTH EDITION

Marc Loudon
*PURDUE UNIVERSITY*

Jim Parise
*UNIVERSITY OF NOTRE DAME*

w.h.freeman
Macmillan Learning
NEW YORK

W. H. Freeman and Company
One New York Plaza,
Suite 4500,
New York, NY 10004
www.macmillanhighered.com

Publisher: Ben Roberts; Production Editor: Julianna Scott Fein; Manuscript Editor: John Murdzek; Creative Director: Emiko-Rose Paul; Text and Cover Designer: Jeanne Schreiber; Cover Art: Quade Paul; Illustrators: Marc Loudon and Quade Paul; Photo Researcher: Sharon Donahue; Proofreader: Kate St.Clair. The text was set in 10/12 Times LT Std by TECHarts of Colorado and printed on #40 Liberty Dull by Transcontinental Printing.

About the cover: **The Aldol Condensation**
The reaction on the cover is a stylized representation of the aldol condensation, one of the most important reactions in organic chemistry and a very important reaction in biology. The cover reaction is shown in the text as Eq. 22.45 on p. 1122. Research on improvements to the aldol condensation has continued to the present time. Discovery of the aldol condensation was announced independently in 1872 by Charles-Adolphe Wurtz, a widely recognized French chemist, and by Alexandr Borodin, holder of a professorial chair at the Medical-Surgical Academy in St. Petersburg. Borodin was not only a chemist and a surgeon, but was also an accomplished amateur musician and composer whose compositions are widely played to this day. Borodin was an advocate of women's rights, and he also championed medical education for women. (For more on Borodin, see p. 1122.) The cover reaction symbolizes the continuity of organic chemistry from its medical origins to the important position it holds today as both a basic chemical discipline and a foundation of modern biology.

Copyright © 2016 by W. H. Freeman and Company, Reproduction or translation of any part of this work beyond that permitted by Section 107 or 108 of the 1976 United States Copyright Act without permission of the copyright owner is unlawful. Requests for permission or further information should be addressed to the Permissions Department at W. H. Freeman and Company.

Library of Congress Cataloging-in-Publication Data
Loudon, G. Marc.
Organic chemistry / Marc Loudon, Purdue University, Jim Parise, University of Notre Dame. -- Sixth edition.
pages cm
Includes bibliographical references and index.
ISBN 978-1-936221-34-9
1. Chemistry, Organic--Textbooks. I. Parise, Jim, 1978- II. Title.

QD251.3.L68 2016
547--dc23
015014647

Manufactured in Canada
10 9 8 7 6 5 4 3

Case 1:23-cv-00580-CFC Document 65-5 Filed 06/18/24 Page 155 of 464 PageID #: 7175


is bound to only three groups inside the parentheses (two H's and the O); hence, it is the atom that is connected to the carbon outside the parentheses.

If the meaning of a condensed structure is not immediately clear, *write it out in a less condensed form*. If you will take the time to do this in a few cases, it should not be long before the interpretation of condensed structures becomes more routine.

Research in student learning strategies has shown that student success in organic chemistry is *highly correlated* with whether a student takes the time to *write out* intermediate steps in a problem. Such steps in many cases involve writing structures and partial structures. Students may be tempted to skip such steps because they see their professors working things out quickly in their heads and perhaps feel that they are expected to do the same. Professors can do this because they have years of experience. Most of them probably gained their expertise through step-by-step problem solving. In some cases, the temptation to skip steps may be a consequence of time pressure. If you are tempted in this direction, remember that a step-by-step approach applied to relatively few problems is a better expenditure of time than rushing through many problems. Study Problem 2.5 illustrates a step-by-step approach to a nomenclature problem.

## STUDY PROBLEM 2.5

Write the Lewis structure of 4-*sec*-butyl-5-ethyl-3-methyloctane. Then write the structure in a condensed form.

**SOLUTION** To this point, we've been giving names to structures. This problem now requires that we work "in reverse" and construct a structure from a name. Don't try to write out the structure immediately; rather, take a systematic, stepwise approach involving intermediate structures. First, write the principal chain. Because the name ends in *octane*, the principal chain contains eight carbons. Draw the principal chain without its hydrogen atoms:

C—C—C—C—C—C—C—C

Next, number the chain from either end and attach the branches indicated in the name at the appropriate positions: a *sec*-butyl group at carbon-4, an ethyl group at carbon-5, and a methyl group at carbon-3. (Use Table 2.2 to learn or relearn the structure of a *sec*-butyl group, if necessary.)




Finally, fill in the proper number of hydrogens at each carbon of the principal chain so that each carbon has a total of four bonds:



**4-*sec*-butyl-5-ethyl-3-methyloctane**

To write the structure in condensed form, put like groups attached to the same carbon within parentheses. Notice that the structure contains within it two *sec*-butyl groups (red in the following structure), even though only one is mentioned in the name; the other consists of a methyl branch and part of the principal chain.



Case 1:23-cv-00580-CFC Document 65-5 Filed 06/18/24 Page 156 of 464 PageID #: 7176



## Nomenclature and Chemical Indexing

The world's chemical knowledge is housed in the **chemical literature**, which is the collection of books, journals, patents, technical reports, and reviews that constitute the published record of chemical research. To find out what, if anything, is known about an organic compound of interest, we have to search the entire chemical literature. To carry out such a search, organic chemists rely on two major indexes. One is *Chemical Abstracts*, published by the Chemical Abstracts Service of the American Chemical Society, which has been the major index of the entire chemical literature since 1907. The second index is *Beilstein's Handbook of Organic Chemistry*, known to all chemists simply as *Beilstein*, which has published detailed information on organic compounds since 1881. Initially, a search of these indexes was a laborious manual process that could require hours or days in the library. Today, however, both *Chemical Abstracts* and *Beilstein* have efficient search engines (called *SciFinder*® and *Reaxys*®, respectively), that enable chemists to search for chemical information from a personal computer. Nomenclature plays a key role in locating chemical compounds, particularly in *Chemical Abstracts*, but it is also possible to search for a compound of interest by submitting its structure. A search of *Chemical Abstracts* yields a short summary, called an *abstract*, of every article that references the compound of interest, along with a detailed reference to each article. *Beilstein* yields not only the appropriate references but also detailed summaries of compound properties. One can also search for chemical reactions in both indexes.

## PROBLEMS

**2.8** Draw structures for all isomers of (a) hexane and (b) heptane. Give their systematic names.

**2.9** Name the following compounds. Be sure to designate the principal chain properly before constructing the name.

(a)



(b)



**2.10** Draw a structure for $(CH_3CH_2CH_2)_2CHCH(CH_2CH_3)_2$ in which all carbon–carbon bonds are shown explicitly; then name the compound.

**2.11** Draw the structure of 4-isopropyl-2,4,5-trimethylheptane.

## E. Classification of Carbon Substitution

When we begin our study of chemical reactions, it will be important to recognize different types of carbon substitution in branched compounds. A carbon is said to be **primary**, **secondary**, **tertiary**, or **quaternary** when it is bonded to one, two, three, or four other carbons, respectively.



Likewise, the hydrogens bonded to each type of carbon are called primary, secondary, or tertiary hydrogens, respectively.




## PROBLEMS

**2.12** In the structure of 4-isopropyl-2,4,5-trimethylheptane (Problem 2.11)

(a) Identify the primary, secondary, tertiary, and quaternary carbons.

(b) Identify the primary, secondary, and tertiary hydrogens.

(c) Circle one example of each of the following groups: a methyl group; an ethyl group; an isopropyl group; a *sec*-butyl group; an isobutyl group.

**2.13** Identify the ethyl groups and the methyl groups in the structure of 4-*sec*-butyl-5-ethyl-3-methyloctane, the compound discussed in Study Problem 2.5 (p. 66). Note that these groups are not necessarily confined to those specifically mentioned in the name, and a particular carbon might appear in more than one group.

## 2.5 CYCLOALKANES, SKELETAL STRUCTURES, AND SUBSTITUENT GROUP ABBREVIATIONS

Some alkanes contain carbon chains in closed loops, or rings; these are called **cycloalkanes**. Cycloalkanes are named by adding the prefix *cyclo* to the name of the alkane. Thus, the six-membered cycloalkane is called *cyclohexane*.




**cyclohexane**

The names and some physical properties of the simple cycloalkanes are given in Table 2.3. The general formula for an alkane containing a single ring has two fewer hydrogens than that of the open-chain alkane with the same number of carbon atoms. For example, cyclohexane has the formula $C_6H_{12}$, whereas hexane has the formula $C_6H_{14}$. The general formula for the cycloalkanes with one ring is $C_nH_{2n}$.

**TABLE 2.3** Physical Properties of Some Cycloalkanes

| Compound | Boiling point (°C) | Melting point (°C) | Density (g mL$^{-1}$) |
|---|---|---|---|
| cyclopropane | −32.7 | −127.6 | — |
| cyclobutane | 12.5 | −50.0 | — |
| cyclopentane | 49.3 | −93.9 | 0.7457 |
| cyclohexane | 80.7 | 6.6 | 0.7786 |
| cycloheptane | 118.5 | −12.0 | 0.8098 |
| cyclooctane | 150.0 | 14.3 | 0.8340 |

Case 1:23-cv-00580-CFC Document 65-5 Filed 06/18/24 Page 158 of 464 PageID #: 7178



Because of the tetrahedral configuration of carbon in the cycloalkanes, the carbon skeletons of the cycloalkanes (except for cyclopropane) are not planar. We'll study the conformations of cycloalkanes in Chapter 7. For now, remember only that planar condensed structures for the cycloalkanes convey no information about their conformations.

**Skeletal Structures** An important structure-drawing convention is the use of **skeletal structures**. For hydrocarbons, skeletal structures show only the carbon–carbon bonds. In this notation, a cycloalkane is drawn as a closed geometric figure. In a skeletal structure, it is understood that a carbon is located at each vertex of the figure, and that enough hydrogens are present on each carbon to fulfill its tetravalence. Thus, the skeletal structure of cyclohexane is drawn as follows:




Skeletal structures may also be drawn for noncyclic alkanes. For example, hexane can be indicated this way:




When drawing a skeletal structure for a noncyclic compound, don't forget that carbons are not only at each vertex, but also at the *ends of the structure*. Thus, the six carbons of hexane in the preceding structure are indicated by the four vertices and two ends of the skeletal structure. Here are three other examples of skeletal structures:




**2,6-dimethyldecane**



**3,3,4-triethylhexane**



**isopropylcyclopentane**

**Use of Substituent Group Abbreviations** Another technique used to streamline structure drawing is the use of abbreviations for simple alkyl substituents. The first two letters of the alkyl group name are typically used. Therefore, Me = methyl = —$CH_3$; Et = ethyl = —$CH_2CH_3$; Pr = propyl = —$CH_2CH_2CH_3$; and Bu = butyl = —$CH_2CH_2CH_2CH_3$. Small internally branched groups can also be abbreviated; their abbreviations are given in Table 2.2 on p. 62: for example, *t*-Bu or *t*Bu = *tert*-butyl = —$C(CH_3)_3$. These abbreviations are particularly convenient when used in conjunction with skeletal structures, as in the following examples.




**2,4-dimethylhexane**




**isopropylcyclopentane**

The isopropylcyclopentane example illustrates that there may be several different ways that group abbreviations can be used for the same structure.

**Nomenclature of Cycloalkanes** The nomenclature of cycloalkanes follows essentially the same rules used for open-chain alkanes.




**methylcyclobutane**




**1,3-dimethylcyclobutane**




**1-ethyl-2-methylcyclohexane**
(Note the alphabetical citation, rule 9.)

The numerical prefix 1- is not necessary for monosubstituted cycloalkanes. For example, the first compound is methylcyclobutane, not 1-methylcyclobutane. Two or more substituents, however, must be numbered to indicate their relative positions. The lowest number is assigned in accordance with the usual rules.

Most of the cyclic compounds in this text, like those in the preceding examples, involve rings with small alkyl branches. In such cases, the ring is treated as the principal chain. However, when a noncyclic carbon chain contains more carbons than an attached ring, the ring is treated as the substituent.




**1-cyclopropylpentane**
(not pentylcyclopropane)

## STUDY PROBLEM 2.6

Name the following compound.




**SOLUTION** This problem, in addition to illustrating the nomenclature of cyclic alkanes, is a good illustration of rule 8 for nomenclature, the "first point of difference" rule (p. 64). The compound is a cyclopentane with two methyl substituents and one ethyl substituent. If we number the ring carbons consecutively, the following numbering schemes (and corresponding names) are possible, depending on which carbon is designated as carbon-1:

| | |
|---|---|
| 1,2,4- | 4-ethyl-1,2-dimethylcyclopentane |
| 1,3,4- | 1-ethyl-3,4-dimethylcyclopentane |
| 1,3,5- | 3-ethyl-1,5-dimethylcyclopentane |

The correct name is decided by nomenclature rule 8 using the numbering schemes (*not* the names themselves). Because all numbering schemes begin with 1, the second number must be used to decide on the correct numbering. The scheme 1,2,4- has the lowest number at this point. Consequently, the correct name is 4-ethyl-1,2-dimethylcyclopentane.

Case 1:23-cv-00580-CFC Document 65-5 Filed 06/18/24 Page 160 of 464 PageID #: 7180



**STUDY PROBLEM 2.7**

Draw a skeletal structure of *tert*-butylcyclohexane.

**SOLUTION** The real question in this problem is how to represent a *tert*-butyl group with a skeletal structure. The branched carbon in this group has four other bonds, three of which go to $CH_3$ groups. Hence:




***tert*-butylcyclohexane**
(skeletal structure)

## PROBLEMS

**2.14** Represent each of the following compounds with a skeletal structure.

(a)




(b) ethylcyclopentane

**2.15** Redraw the structures in Problem 2.14 using abbreviations for substituent groups. For structure (a), draw one structure that shows as many abbreviated methyl groups as possible. (*Hint:* There are six methyl groups.) Then draw another that shows a five-carbon skeleton, two abbreviated methyl groups, and one abbreviated *tert*-butyl group.

**2.16** Name the following compounds.

(a)




(b)



**2.17** How many hydrogens are in an alkane of *n* carbons containing (a) two rings? (b) three rings? (c) *m* rings?

**2.18** How many rings does an alkane have if its formula is (a) $C_8H_{10}$? (b) $C_7H_{12}$? Explain how you know.

## 2.6 PHYSICAL PROPERTIES OF ALKANES

Each time we come to a new family of organic compounds, we'll consider the trends in their boiling points, melting points, densities, and solubilities. These physical properties of an organic compound are important because they determine the conditions under which the compound is handled and used. For example, the form in which a drug is manufactured and dispensed is affected by its physical properties. In commercial agriculture, ammonia (a gas at ordinary temperatures) and urea (a crystalline solid) are both very important sources of nitrogen, but their physical properties dictate that they are handled and dispensed in very different ways.

Your goal should *not* be to memorize physical properties of individual compounds, but rather to learn to predict trends in how physical properties vary with structure.

### A. Boiling Points

The **boiling point** is the temperature at which the vapor pressure of a substance equals atmospheric pressure (which, at sea level, is 760 mm Hg). Table 2.1 (p. 47) shows that, at room temperature (about 25 °C), methane, ethane, propane, and butane are gases. The unbranched alkanes with 4–17 carbons are liquids.




**FIGURE 2.7** Boiling points of some unbranched alkanes plotted against the number of carbon atoms. Notice the steady increase with the size of the alkane, which is in the range of 20–30 °C per carbon atom.




**FIGURE 2.8** A plot of melting points of the unbranched alkanes against the number of carbon atoms. Notice the general increase of melting point with molecular size. Also notice that the alkanes with an even number of carbons (*red*) lie on a different curve from the alkanes with an odd number of carbons (*blue*). This trend is observed in a number of different types of organic compounds.

A regular increase in the boiling points of the unbranched alkanes occurs with increasing number of carbons (Fig. 2.7). *The regular increase in boiling point of 20–30 °C per carbon atom within a series is a general trend observed for many types of organic compounds.* The basis of this trend is the *noncovalent attractions between molecules* in the liquid state. The greater these intermolecular attractions are, the more energy (heat, higher temperature) it takes to overcome them so that the molecules escape into the gas phase, in which such attractions do not exist. *The greater the intermolecular attractions within a liquid are, the greater the boiling point is.* Now, it is important to understand that there are no covalent bonds between molecules, and furthermore, that intermolecular attractions have *nothing* to do with the strengths of the covalent bonds within the molecules themselves.

The physical basis of these attractive forces, which are important in a number of contexts, and especially in biology, will be discussed in Sec. 8.5.

## B. Melting Points

The **melting point** of a substance is the temperature above which it is transformed spontaneously and completely from the solid to the liquid state. The melting point is an especially important physical property in organic chemistry because it is used both to identify organic compounds and to assess their purity. Melting points are usually depressed, or lowered, by impurities. Moreover, the melting range (the range of temperature over which a substance melts), is usually quite narrow for a pure substance and is substantially broadened by impurities. The melting point largely reflects the stabilizing intermolecular interactions between molecules in the crystal as well as the molecular symmetry, which determines the number of indistinguishable ways in which the molecule fits into the crystal. The higher the melting point, the more stable the crystal structure is relative to the liquid state. Although most alkanes are liquids or gases at room temperature and have relatively low melting points, their melting points illustrate trends that are observed in the melting points of other types of organic compounds.

One such trend is that melting points tend to increase with the number of carbons (Fig. 2.8). Another trend is that the melting points of unbranched alkanes with an even number of carbon atoms lie on a separate, higher curve from those of the alkanes with an odd number of carbons. This reflects the more effective packing of the even-carbon alkanes in the crystalline solid state. In other words, the odd-carbon alkane molecules do not “fit together” as well in the crystal as the even-carbon alkanes. Similar alternation of melting points is

# Joint Claim Construction Brief

# EXHIBIT 45H

# General Chemistry Third Edition

## The Essential Concepts

Raymond Chang
*Williams College*

McGraw Hill

Boston Burr Ridge, IL Dubuque, IA Madison, WI New York San Francisco St. Louis
Bangkok Bogotá Caracas Kuala Lumpur Lisbon London Madrid Mexico City
Milan Montreal New Delhi Santiago Seoul Singapore Sydney Taipei Toronto

*McGraw-Hill Higher Education*
*A Division of The McGraw-Hill Companies*

GENERAL CHEMISTRY: THE ESSENTIAL CONCEPTS, THIRD EDITION

Published by McGraw-Hill, a business unit of The McGraw-Hill Companies, Inc., 1221 Avenue of the Americas, New York, NY 10020. Copyright © 2003, 2000, 1996 by The McGraw-Hill Companies, Inc. All rights reserved. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written consent of The McGraw-Hill Companies, Inc., including, but not limited to, in any network or other electronic storage or transmission, or broadcast for distance learning.

Some ancillaries, including electronic and print components, may not be available to customers outside the United States.

This book is printed on acid-free paper.

International 4 5 6 7 8 9 0 VNH/VNH 0 9 8 7 6 5 4
Domestic 4 5 6 7 8 9 0 VNH/VNH 0 9 8 7 6 5 4

ISBN 0–07–241067–1
ISBN 0–07–115115–X (ISE)

Publisher: *Kent A. Peterson*
Developmental editor: *Shirley R. Oberbroeckling*
Marketing manager: *Thomas D. Timp*
Senior project manager: *Gloria G. Schiesl*
Lead production supervisor: *Sandra Hahn*
Design manager: *Stuart D. Paterson*
Cover/interior designer: *Ellen Pettengell*
Cover image: *Gettyimages*
Senior photo research coordinator: *John C. Leland*
Photo research: *Toni Michaels/PhotoFind LLC*
Lead media project manager: *Audrey A. Reiter*
Media technology lead producer: *Steve Metz*
Compositor: *GTS Graphics, Inc.*
Typeface: *10/12 Times Roman*
Printer: *Von Hoffmann Press, Inc.*

The credits section for this book begins on page 749 and is considered an extension of the copyright page.

**Library of Congress Cataloging-in-Publication Data**

Chang, Raymond.
General chemistry : the essential concepts / Raymond Chang. — 3rd ed.
p. cm.
Rev. ed. of: Essential chemistry. 2nd ed. ©2000.
Includes index.
ISBN 0–07–241067–1 (acid-free paper) — ISBN 0–07–115115–X (ISE : acid-free paper)
1. Chemistry. I. Chang, Raymond. Essential chemistry. II. Title.

QD33.2 .C48 2003
540—dc21 2002016623
CIP

INTERNATIONAL EDITION ISBN 0–07–115115–X
Copyright © 2003. Exclusive rights by The McGraw-Hill Companies, Inc., for manufacture and export. This book cannot be re-exported from the country to which it is sold by McGraw-Hill. The International Edition is not available in North America.

www.mhhe.com

## 11.1 Classes of Organic Compounds




*Common elements in organic compounds.*

Carbon can form more compounds than any other element because carbon atoms are able not only to form single, double, and triple carbon-carbon bonds, but also to link up with each other in chains and ring structures. *The branch of chemistry that deals with carbon compounds* is ***organic chemistry.***

Classes of organic compounds can be distinguished according to functional groups they contain. A ***functional group*** is *a group of atoms that is largely responsible for the chemical behavior of the parent molecule.* Different molecules containing the same kind of functional group or groups undergo similar reactions. Thus, by learning the characteristic properties of a few functional groups, we can study and understand the properties of many organic compounds. In the second half of this chapter we will discuss the functional groups known as alcohols, ethers, aldehydes and ketones, carboxylic acids, and amines.

All organic compounds are derived from a group of compounds known as ***hydrocarbons*** because they are *made up of only hydrogen and carbon.* On the basis of structure, hydrocarbons are divided into two main classes—aliphatic and aromatic. ***Aliphatic hydrocarbons*** *do not contain the benzene group, or the benzene ring,* whereas ***aromatic hydrocarbons*** *contain one or more benzene rings.*

## 11.2 Aliphatic Hydrocarbons

Aliphatic hydrocarbons are divided into alkanes, alkenes, and alkynes, discussed in this section (Figure 11.1).

### Alkanes

**For a given number of carbon atoms, the saturated hydrocarbon contains the largest number of hydrogen atoms.**

***Alkanes*** *have the general formula* $C_nH_{2n+2}$, *where* $n = 1, 2, \ldots$. The essential characteristic of alkane hydrocarbon molecules is that *only single covalent bonds are present.* The alkanes are known as ***saturated hydrocarbons*** because they *contain the maximum number of hydrogen atoms that can bond with the number of carbon atoms present.*

The simplest alkane (that is, with $n = 1$) is methane $CH_4$, which is a natural product of the anaerobic bacterial decomposition of vegetable matter under water. Because




**Figure 11.1** *Classification of hydrocarbons.*



**Figure 11.2** *Structures of the first four alkanes. Note that butane can exist in two structurally different forms, called structural isomers.*



*Termites are a natural source of methane.*

it was first collected in marshes, methane became known as "marsh gas." A rather improbable but proven source of methane is termites. When these voracious insects consume wood, the microorganisms that inhabit their digestive system break down cellulose (the major component of wood) into methane, carbon dioxide, and other compounds. An estimated 170 million tons of methane are produced annually by termites! It is also produced in some sewage treatment processes. Commercially, methane is obtained from natural gas.

Figure 11.2 shows the structures of the first four alkanes ($n = 1$ to $n = 4$). Natural gas is a mixture of methane, ethane, and a small amount of propane. We discussed the bonding scheme of methane in Chapter 10. Indeed the carbon atoms in all the alkanes can be assumed to be $sp^3$-hybridized. The structures of ethane and propane are straightforward, for there is only one way to join the carbon atoms in these molecules. Butane, however, has two possible bonding schemes resulting in the ***structural isomers*** *n*-butane (*n* stands for normal) and isobutane, *molecules that have the same molecular formula, but different structures.* Alkanes such as the structural isomers of butane are described as having the straight chain or branched chain structures. *n*-Butane is a straight-chain alkane because the carbon atoms are joined along one line. In a branched-chain alkane like isobutane, one or more carbon atoms are bonded to at least three other carbon atoms.

In the alkane series, as the number of carbon atoms increases, the number of structural isomers increases rapidly. For example, butane, $C_4H_{10}$, has two isomers; decane, $C_{10}H_{22}$, has 75 isomers; and the alkane $C_{30}H_{62}$ has over 400 million, or $4 \times 10^8$, possible isomers! Obviously, most of these isomers do not exist in nature nor have they been synthesized. Nevertheless, the numbers help to explain why carbon is found in so many more compounds than any other element.

**Example 11.1** How many structural isomers can be identified for pentane, $C_5H_{12}$?

***Reasoning and Solution*** For small alkanes (eight or fewer carbon atoms), it is relatively easy to determine the number of structural isomers by trial and error. The first step is to write the straight-chain structure:

Case 1:23-cv-00580-CFC Document 65-5 Filed 06/18/24 Page 167 of 464 PageID #: 7187





*n-pentane*



*2-methylbutane*



*2,2-dimethylpropane*



*n*-pentane
(b.p. 36.1°C)

The second structure, by necessity, must be a branched chain:



2-methylbutane
(b.p. 27.9°C)

Yet another branched-chain structure is possible:



2,2-dimethylpropane
(b.p. 9.5°C)

We can draw no other structure for an alkane having the molecular formula $C_5H_{12}$. Thus pentane has three structural isomers, in which the numbers of carbon and hydrogen atoms remain unchanged despite the differences in structure.

Similar problems: 11.11, 11.12.

**Practice Exercise** How many structural isomers are there in the alkane $C_6H_{14}$?

Table 11.1 shows the melting and boiling points of the straight-chain isomers of the first 10 alkanes. The first four are gases at room temperature; and pentane through decane are liquids. As molecular size increases, so does the boiling point.

### *Drawing Chemical Structures*

Shortly we will discuss the nomenclature of alkanes.

Before proceeding further, it is useful to learn different ways of drawing the structure of organic compounds. Consider the alkane 2-methylbutane ($C_5H_{12}$). To see how atoms are connected in this molecule, we need to first write the "expanded" molecular formula, $CH_3CH(CH_3)CH_2CH_3$, and then draw its structural formula, shown in Figure 11.3(a). While informative, this structure is time-consuming to draw. Therefore, chemists have devised ways to simplify the representation. Figure 11.3(b) is an abbreviated version and the structure shown in Figure 11.3(c) is called the *skeletal structure* in which all the C and H letters are omitted. A carbon atom is assumed to be at each intersection of two lines (bonds) and at the end of each line. Because every C atom forms four bonds, we can always deduce the number of H atoms bonded to any C atom. One of the two end $CH_3$ groups is represented by a vertical line. What is lacking in these structures, however, is the three dimensionality of the molecule, which is shown by the molecular model in Figure 11.3(d). Depending on the purpose of discussion, any of these representations can be used to describe the properties of the molecule.

Skeletal structure is the simplest structure. Atoms other than C and H must be shown explicitly in a skeletal structure.

Joint Claim Construction Brief

# EXHIBIT 45I

# CHEMISTRY

SIXTH EDITION

JOHN E. McMURRY
Cornell University

ROBERT C. FAY
Cornell University

With Contributions by
JORDAN FANTINI
Denison University

**Prentice Hall**
Boston Columbus Indianapolis New York San Francisco Upper Saddle River
Amsterdam Cape Town Dubai London Madrid Milan Munich Paris Montréal Toronto
Delhi Mexico City São Paulo Sydney Hong Kong Seoul Singapore Taipei Tokyo

CIP data available upon request.

Editor in Chief: *Adam Jaworski*
Acquisitions Editor: *Terry Haugen*
Marketing Manager: *Erin Gardner*
Assistant Editor: *Carol DuPont*
VP/Director of Development: *Carol Truehart*
Development Editor: *Carol Pritchard-Martinez*
Editorial Assistant: *Catherine Martinez*
Marketing Assistant: *Nicola Houston*
Managing Editor: Chemistry and Geosciences: *Gina M. Cheselka*
Project Manager, Production: *Wendy Perez*
Senior Technical Art Specialist: *Connie Long*
Art Studio: *Imagineering*
Photo Manager: *Elaine Soares*
Photo Researcher: *Eric Schrader*
Art Director: *Mark Ong*
Interior/Cover Designer: *Gary Hespenheide*
Senior Media Production Supervisor: *Liz Winer*
Associate Media Project Manager: *David Chavez*
Executive Producer, Science Media: *Deb Greco*
Associate Media Producer: *Lauren Layn*
Senior Manufacturing and Operations Manager: *Nick Sklitsis*
Operations Specialist: *Maura Zaldivar*
Composition/Full Service: *Preparé Inc./Rebecca Dunn*
Cover Image Credit: *Sandralise/iStockphoto.com*

© 2012, 2008, 2004, 2001 Pearson Education, Inc.
Pearson Prentice Hall
Pearson Education, Inc.
Upper Saddle River, NJ 07458

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publisher.

Pearson Prentice Hall™ is a trademark of Pearson Education, Inc.

Printed in the United States of America.
10 9 8 7 6 5 4 3 2

ISBN-10: 0-321-70495-9/ISBN-13: 978-0-321-70495-5 (Student Edition)
ISBN-10: 0-321-76582-6/ISBN-13: 978-0-321-76582-6 (Exam Copy)

**Prentice Hall**
is an imprint of

PEARSON

**www.pearsonhighered.com**

CHAPTER 23

# Organic and Biological Chemistry



Real flamingos owe their color to organic chemicals in their diet. Plastic flamingoes owe their color to organic chemicals in their dye.

CONTENTS


23.1 Organic Molecules and Their Structures: Alkanes
23.2 Families of Organic Compounds: Functional Groups
23.3 Naming Organic Compounds
23.4 Unsaturated Organic Compounds: Alkenes and Alkynes
23.5 Cyclic Organic Compounds
23.6 Aromatic Compounds
23.7 Alcohols, Ethers, and Amines
23.8 Carbonyl Compounds
23.9 An Overview of Biological Chemistry
23.10 Amino Acids, Peptides, and Proteins
23.11 Carbohydrates
23.12 Lipids
23.13 Nucleic Acids
INQUIRY Which Is Better, Natural or Synthetic?

If the ultimate goal of chemistry is to understand the world around us on a molecular level, then a knowledge of **biochemistry**—the chemistry of living organisms—is a central part of that goal. Biochemistry, in turn, is a branch of *organic chemistry*, a term originally used to mean the study of compounds from living organisms while *inorganic chemistry* was used for the study of compounds from nonliving sources. Today, however, we know that there are no fundamental differences between organic and inorganic compounds; the same principles apply to both. The only common characteristic of compounds from living sources is that all contain the element carbon. Thus, **organic chemistry** is now defined as the study of carbon compounds.

But why is carbon special, and why do chemists still treat organic chemistry as a separate branch of science? The answers to these questions involve the ability of carbon atoms to bond together, forming long chains and rings. Of all the elements, only carbon is able to form such an immense array of compounds, from methane, with one carbon atom, to deoxyribonucleic acid (DNA), with tens of billions of carbon atoms. In fact, more than 40 million organic compounds have been made in laboratories around the world, and living organisms contain additional millions.

## 23.1 ORGANIC MOLECULES AND THEIR STRUCTURES: ALKANES

Why are there so many organic compounds? The answer is that a relatively small number of atoms can bond together in a great many ways. Take molecules that contain only carbon and hydrogen—**hydrocarbons**—and have only single bonds. Such compounds belong to the family of organic molecules called **alkanes**. Because carbon atoms have four outer-shell electrons and form four covalent bonds (Section 7.5), the only possible one-carbon alkane is methane, $CH_4$. Similarly, the only possible two-carbon alkane is ethane, $C_2H_6$, and the only possible three-carbon alkane is propane, $C_3H_8$.



**Methane, $CH_4$**



**Ethane, $C_2H_6$**



**Propane, $C_3H_8$**

When larger numbers of carbons combine with hydrogen, however, more than one structure can result. There are two four-carbon alkanes with the formula $C_4H_{10}$, for instance. In one compound, the four carbons are in a row, while in the other they have a branched arrangement. Similarly, there are three alkanes with the formula $C_5H_{12}$ and even more possibilities for larger alkanes. Compounds with all their carbons connected in a row are called **straight-chain alkanes**, and those with a branching connection of carbons are called **branched-chain alkanes**.



$C_4H_{10}$



Butane (straight chain)




2-Methylpropane (branched chain)

$C_5H_{12}$



Pentane (straight chain)



2-Methylbutane (branched chain)



2,2-Dimethylpropane (branched chain)

**emember...**

**omers** are compounds that have the me formula but differ in the way their oms are arranged. (Section 20.8)

Compounds like the two different $C_4H_{10}$ molecules and the three different $C_5H_{12}$ molecules, which have the same molecular formula but different chemical structures, are called **isomers**. The number of possible alkane isomers grows rapidly as the number of carbon atoms increases, from five isomers for $C_6H_{14}$ to more than 60 *trillion* isomers for $C_{40}H_{82}$! As noted in Section 20.8, different isomers are different chemical compounds. They have different structures, different chemical properties, and different physical properties, such as melting point and boiling point.

Because it's both awkward and time-consuming to draw all the bonds and all the atoms in organic molecules, a shorthand way of drawing **condensed structures** is often used. In condensed structures, carbon–hydrogen and most carbon–carbon single bonds aren't shown; rather, they're "understood." If a carbon atom has three hydrogens bonded to it, we write $CH_3$; if the carbon has two hydrogens bonded to it, we write $CH_2$; and so on. For example, the four-carbon, straight-chain alkane (called butane) and its branched-chain isomer (called 2-methylpropane, or isobutane) can be written in the following way:



$= CH_3CH_2CH_2CH_3$ **Butane**

In condensed structures, most single bonds are omitted.



**2-Methylpropane (Isobutane)**

Joint Claim Construction Brief

# EXHIBIT 45J

# Chemistry

## MATTER AND ITS CHANGES

4th EDITION

**James E. Brady**
*St. John's University, New York*

**Fred Senese**
*Frostburg State University, Maryland*

WILEY
John Wiley & Sons, Inc.

| | |
|---|---|
| EXECUTIVE EDITOR | Deborah Brennan |
| SENIOR DEVELOPMENT EDITOR | Ellen Ford |
| SENIOR MARKETING MANAGER | Robert Smith |
| SENIOR PRODUCTION EDITOR | Elizabeth Swain |
| SENIOR DESIGNER | Kevin Murphy |
| TEXT DESIGN | Circa 86 |
| COVER DESIGN | Norm Christiansen |
| ILLUSTRATION EDITOR | Anna Melhorn |
| PHOTO EDITOR | Jennifer MacMillan |
| PHOTO RESEARCHERS | Elyse Rieder, Teri Stratford |

COVER PHOTO: Boron Nitride image courtesy of Zetti Research Group, University of California at Berkeley, and Lawrence Berkeley National Laboratory.

This book was set in 10/12 Times Ten by Progressive Information Technologies and printed and bound by Von Hoffmann Press. The cover was printed by Von Hoffmann Press.

This book is printed on acid free paper. ∞

Copyright © 2004 John Wiley & Sons, Inc. All rights reserved.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8600. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008.

To order books or for customer service please, call 1(800)-CALL-WILEY (225-5945).

***Library of Congress Cataloging-in-Publication Data:***
Brady, James E.
Chemistry: matter and its changes / James E. Brady, Fred Senese.
4th ed.
p. cm.
Includes index.
ISBN 0-471-21517-1 (cloth)
ISBN 0-471-44891-5 (Wiley International Edition)
1. Chemistry. I. Senese, Fred. II. Title.

QD33.2.B73 2003
540--dc21

2003049673

Printed in the United States of America

10 9 8 7 6 5 4 3

Case 1:23-cv-00580-CFC Document 65-5 Filed 06/18/24 Page 177 of 464 PageID #: 7197

$CH_3CH_2$, $CH_3CH_2CH_2$, and so forth. Because the amines are compounds with an ammonia-like group, they are Brønsted bases and, like ammonia, neutralize hydrochloric acid. We can, therefore, summarize in just one equation the reaction of hydrochloric acid with any amine of the R—$NH_2$ type, regardless of how large the hydrocarbon portion of the molecule is, by the following equation:

$$R{-}NH_2 + HCl \longrightarrow R{-}NH_3^+ + Cl^-$$

The study of organic chemistry is thus not the study of individual compounds, taking them one at a time. It is the study of the common properties of functional groups, how to change one into another, and how each group affects physical properties. The symbol R makes this study easier.


Straight chain


Branched chain

Isooctane, one of the many alkanes in gasoline, is the standard for the octane ratings of various types of gasoline. Pure isooctane is assigned an octane rating of 100.


Carbon ring

The rule about double bonds will be modified with benzene and compounds like it.

## Carbon forms open-chain and ring compounds

The continuous sequence of carbon atoms in polyethylene is called a **straight chain.** This means *only* that no carbon atom holds more than two other carbons. It means nothing about the *conformation* of the molecule. If we made a molecular model of polyethylene and coiled it into a spiral, we would still say that its carbon skeleton has a straight chain. It has no branches.

**Branched chains** are also very common. Isooctane, for example, has a *main chain* of five carbon atoms (in black) carrying three $CH_3$ *branches* (shown in red).



isooctane

Carbon **rings** are also common. Cyclohexane, for example, has a ring of six carbon atoms.



cyclohexane

cyclohexane (fully condensed)

Just about everything is "understood" in the very convenient, fully condensed structure of cyclohexane. When polygons, like the hexagon, are used to represent rings, the following conventions are used:

1. C occurs at each corner unless O or N (or another multivalent atom) is explicitly written at a corner.
2. A line connecting two corners is a covalent bond between adjacent ring atoms.
3. Remaining bonds, as required by the covalence of the atom at a corner, are understood to hold H atoms.
4. Double bonds are always explicitly shown.

We can illustrate these rules with the following cyclic compounds:



cyclopropane cyclobutane cyclopentane cyclohexane cyclohexene bromocyclohexane

There is no theoretical upper limit to the size of a ring.

# Joint Claim Construction Brief

# EXHIBIT 46

ELSEVIER

Journal of Controlled Release 62 (1999) 345–358

journal of controlled release

www.elsevier.com/locate/jconrel

# Synthesis of a single-tailed cationic lipid and investigation of its transfection

Fuxing Tang, Jeffrey A. Hughes*

*University of Florida, College of Pharmacy, Department of Pharmaceutics, Box 100494, Gainesville, FL 32610, USA*

Received 7 April 1999; accepted 2 July 1999

**Abstract**

Single-tailed cationic lipids were originally reported to have low transfection efficiency and high toxicity in plasmid delivery. We hypothesized that particular single-tailed cationic lipids may also function in plasmid transfection. To test this hypothesis, we synthesized a new cationic lipid-oleoyl ornithinate (OLON). To decrease cytotoxicity, we then introduced a potential biodegradable ester bond in the tail of lipid yielding 6-lauroxyhexyl ornithinate (LHON). The data demonstrated that the cytotoxicity of LHON was lower than that of 1,2-dioleoyl-3-trimethylammonium-propane (DOTAP) or OLON. To investigate the transfection activity of the new lipids and determine the cellular uptake of DNA/liposome complexes, we compared the transfection of liposomes produced from double-tailed 1′,2′-dioleyl-*sn*-glycero-3′-succinyl-1, 6-hexanediol ornithine conjugate (DOGSHDO) with an ornithine headgroup, single-tailed OLON with an ornithine head group, double-tailed DOTAP with quaternary amine group, and single-tailed cetyltrimethylammonium bromide (CTAB) with a quaternary amine group. At the optimal ratios as defined in transfection experiments, OLON/DOPE had more than 10 times the transgene expression than other liposomes even though the DNA uptake was not necessarily greater. In the experiments comparing the release of DNA from DNA/liposome complexes by anionic substances, a greater fraction of DNA was released from DNA/OLON/DOPE complexes than that from DNA/DOTAP/DOPE complexes. © 1999 Elsevier Science B.V. All rights reserved.

*Keywords:* Single-tailed; Plasmid DNA; Gene delivery; Liposome

## 1. Introduction

Many cationic lipids have been synthesized and used for gene therapy in cell culture, animals, or clinical trials [1–5], since a cationic lipid was reported to be used in plasmid delivery by Felgner's group in 1987 [1]. It is very hard to predict the gene transfection activities of synthetic cationic lipids due to the poor understanding of the mechanism of cationic lipid-mediated gene transfection. All cationic lipid molecules contain three functional do-

*Abbreviations*: DOTAP, 1,2-Dioleoyl-3-trimethylammonium-propane; DOPE, L-dioleoyl phosphatidylethanolamine; LHON, 6-Lauroxyhexyl ornithinate; OLON, Oleoyl ornithinate; DOGSHDO, 1′,2′-Dioleyl-*sn*-glycero-3′-succinyl-1,6-hexanediol ornithine conjugate; CTAB, Cetyltrimethylammonium bromide; Rh-PE, *N*-(lissamine rhodamine B sulfonyl)-phosphatidylethenolamine; Calcein-AM, Acetoxymethyl ester of calcein; DC-Chol, 3-β-[*N*-(*N*′,*N*′-dimethylaminoethanol)carbarmoyl] cholesterol; RLU, Relative light unit

*Corresponding author. Tel.: +1-352-846-2725; fax: +1-352-392-4447.

*E-mail address:* hughes@cop.ufl.edu (J.A. Hughes)

0168-3659/99/$ – see front matter © 1999 Elsevier Science B.V. All rights reserved.
PII: S0168-3659(99)00158-3

Case 1:23-cv-00580-CFC Document 65-5 Filed 06/18/24 Page 180 of 464 PageID #: 7200



mains: a positive charged head group, a hydrophobic region, and a linker that tethers the cationic group and hydrophobic groups. Two major types of hydrophobic moieties are used in cationic lipids: one is a pair of aliphatic chains, and the other is based on cholesterol. Huang et al. reported single-tailed cationic lipids, such as cetyl trimethylammonium bromide (CTAB), to be more toxic and less efficient than their double-tailed counterparts, such as *N*-[1-(2,3-dioleyloxy) propyl]-*N*,*N*,*N*-tri-methylammonium chloride (DOTMA) [6]. According to published results, neither the head group nor the tail(s) of the lipid are the determinant for cationic lipids being used as plasmid delivery vectors [2,5]. Therefore, we hypothesized that with a suitable head group, single-tailed cationic lipids may function in gene delivery. We synthesized the single tail cationic lipid oleyl ornithinate (OLON) (Fig. 1) and used it for plasmid transfection in mammalian cells. To decrease the toxicity of the single tailed lipid, we also synthesized a single tail lipid-6-lauroxyhexyl ornithinate (LHON), with an ester bond in the tail (Fig. 1). Cationic lipids with ester bonds are more biodegradable and therefore have been associated with less cytotoxicity [7,8]. Recently, Nantz et al. reported a novel tetraester construct that reduced cationic lipid-associated cytotoxicity [9] using ester bonds as linkers to tether the head group and tail. Here, we address a strategy to introduce an ester bond into the tail. We also address whether the introduction of an ester bond to the single chain of LHON will have a detrimental effect on transfection activity. The difference between LHON and its analog OLON is that LHON has an ester bond in the tail whereas OLON has a double bond in a similar position (oleyl, C18). The monounsaturated chain offers sufficient mem-




Fig. 1. Chemical structures of 6-lauroxyhexyl ornithinate (LHON), oleoyl ornithinate (OLON), 1,2-dioleoyl-3-trimethylammonium-propane (DOTAP), 1′,2′-dioleyl-*sn*-glycero-3′-succinyl-1,6-hexanediol ornithine conjugate (DOGSHDO), and cetyltrimethylammonium bromide (CTAB).

Case 1:23-cv-00580-CFC Document 65-5 Filed 06/18/24 Page 181 of 464 PageID #: 7201



brane fluidity and good lipid mixing within the bilayer at physiological temperature [1,8,10]. Due to flexibility of the ester bond, LHON may also have these properties. An additional ester bond in the tail further increases the chance of cationic lipid being degraded, thus decreasing the toxicity. We compared the transfections of double-tailed 1′,2′-dioleyl-*sn*-glycero-3′-succinyl-1, 6-hexanediol ornithine conjugate (DOGSHDO) which has an ornithine head-group, single-tailed OLON which has an ornithine head group, double-tailed DOTAP which has a quaternary amine group, and single-tailed CTAB which has a quaternary amine group, in order to investigate the effect of single tailed lipids on transgene expression and cellular uptake of DNA/liposome complexes. At the optimal DNA/lipid ratios, OLON/DOPE had more than 10 times higher transgene expression than the other three liposomes even though the DNA uptake was not necessarily higher. In the experiments involving the release of DNA from DNA/liposome complexes using an anionic substance, a greater fraction of DNA from DNA/OLON/DOPE complexes was released than that from DNA/DOTAP/DOPE complexes. The results indicated that single tailed compounds can function as DNA delivery vectors and the introduction of an ester bond within the alkyl chain can further reduce toxicity associated with cationic lipids.

## 2. Materials and methods

### 2.1. Chemicals

Lauric acid and oleyl alcohol were purchased from Fluka (Ronkonkoma, NY). DOTAP, DOPE, CTAB and *N*-(lissamine rhodamine B sulfonyl)-phosphatidylethenolamine (Rh-PE) were purchased from Avanti Polar Lipids (Alabaster, AL). DOGSHDO was synthesized according to a previous procedure [11]. Acetoxymethyl ester of calcein (calcein-AM) was purchased from Molecular Probes, Inc. (Eugene, OR). 2-(*Tert*.-butoxycarbonyloxyimino)-2-phenylacetonitrile (BOC-ON), triethylamine (TEA), L-ornithine hydrochloride, and 1,3-dicyclohexylcarbodiimide (DCC) were bought from Aldrich (Milwaukee, WI). Sodium dodecyl sulfate (SDS) and dextran sulfate (DS) were purchased from Sigma (St. Louis, MO).




Fig. 2. Schemes for the synthesis of 6-lauroxyhexyl ornithinate (LHON). BOC-ON,2-(*tert*.-butoxycarbonyloxyimino)-2-phenylacetonitrile; TEA, Triethylamine; DCC, 1,3-dicyclohexylcarbodiimide.

### 2.2. Syntheses (Fig. 2)

One equivalent of L-ornithine was stirred with 2.5 equivalents of BOC-ON in wet 1,4-dioxane at room temperature overnight to produce BOC-ornithine. One equivalent of BOC-ornithine was esterified with 5 equivalent of 1,6-hexanediol to form 6-hydroxyhexyl BOC-ornithinate (DCC, 1.1 equiv., RT, in $CH_2Cl_2$) [12]. 6-hydroxyhexyl BOC-ornithinate and 1 equivalent of lauric acid were condensed to generate 6-lauroxyhexyl BOC-ornithinate (DCC, 1.1 equiv., RT, in $CH_2Cl_2$). Oleoyl BOC-ornithinate was synthesized by directly conjugating BOC-ornithine with oleyl alcohol (DCC, 1.1 equiv., RT, in $CH_2Cl_2$). All reactions were followed by thin layer chromatography (TLC). A normal silica gel chromatography method was used to purify the products. The overall yield was 60–65% based on the initial amount of amino acid. The molecular weights were determined by a Micromass Quattro-LC-Z triple quadruple mass spectrometer equipped with an atmospheric pressure chemical ionization (APCI) ion source (Beverly, MA). 6-lauroxyhexyl BOC-ornithinate: MW=615.5 (calculated 615.8 for $C_{33}H_{62}N_2O_8$). $^1H$ NMR ($CDCl_3$, 300 MHZ): 0.89 [t, $CH_3$], 1.20–1.69 [m, $15\times(CH_2)$], 1.42 [s, $2\times(CH_3)_3CO$], 2.29 [t, $COCH_2$], 3.14 [q, $CH_2N$], 4.06 [t, $CH_2OCO$], 4.13 [t, $CH_2OCO$], 4.28 [s, α–H], 4.61 [broad s, NH], 5.03[d, NH]. Oleyl BOC-ornithinate: MW=583.5 (calculated 583.8 for $C_{33}H_{62}N_2O_6$). $^1H$ NMR ($CDCl_3$, 300 MHZ): 0.89 [t, $CH_3$], 1.20–1.69 [m, $14\times(CH_2)$], 1.42 [s, $2\times(CH_3)_3CO$], 2.01 [m, $CH_2C{=}CCH_2$], 3.14 [q, $CH_2N$], 4.11 [t, $CH_2OCO$], 4.28 [s, α–H], 4.58 [broad s, NH], 5.03 [d, NH], 5.30–5.41 [m, CH=CH]. Before preparation of liposomes, BOC groups were detached ($CF_3COOH$, 0°C, 15 min), and excessive trifluoroacetic acid was dried under high vacuum to produce LHON and OLON. This step is quantitative as reported by Behr [13]. The purity of the LHON and OLON were checked using TLC and then used to prepare liposomes without further purification.

### 2.3. Liposome preparation

DOTAP, LHON, OLON, and DOGSHDO were dissolved in chloroform and mixed with a helper lipid DOPE (1:1 molar ratio). CTAB was mixed with DOPE using an optimal molar ratio of 1:4 [6]. The mixture was evaporated to dryness in a round-bottomed flask using a rotary evaporator at room temperature. The resulting lipid film was dried by nitrogen for ten additional minutes to evaporate any residual chloroform. The lipid film was suspended in sterile water to a concentration of 1 mg/ml based on the weight of the cationic lipids. The resultant mixtures were shaken in a water bath at 35°C for 30 min. The suspensions were then sonicated using a Sonic Dismembrator (Fisher Scientific) for 1 min at room temperature to form homogenized liposomes. The particle size distribution and zeta potential of liposomes were measured using a NICOMP 380 ZLS instrument (Santa Barbara, CA). The diameters were expressed by the volume–weight distribution parameter. The average diameters of DOTAP/DOPE, LHON/DOPE and OLON/DOPE were 131.8±17.3 nm, 141.0±18.7 nm, and 173.6±40.8 nm, respectively. The zeta potentials were +9.02 mV, 4.08 mV, and 3.18 mV, respectively. Liposomes were stored at 4°C and stable for at least 3 months without decreasing transfection activities (data not shown).

### 2.4. Plasmid DNA

All supplies were purchased from Promega (Madison, WI). Plasmid DNA was obtained from E. coli (strain JM-109) which had been transformed with pGL3, a luciferase producing plasmid with SV-40 promoter and enhancer sequences. Plasmid DNA was isolated using a Wizard Megaprep DNA purification kit from Promega. Plasmid DNA concentration and purity were determined using a spectrophotometer.

### 2.5. Gel retardation analysis of binding of DNA/liposome complexes

One μg of plasmid DNA (pDNA) was dissolved in 10 μl of phosphate-buffer saline (PBS). Cationic liposomes were added to a pDNA solution at the increasing weight ratios from 0 to 6 respectively. All calculations of the weight of liposomes in this paper

Case 1:23-cv-00580-CFC Document 65-5 Filed 06/18/24 Page 183 of 464 PageID #: 7203



were based on the weights of the cationic lipids. The complexes were incubated at room temperature for 30 min and then analyzed on 1% agarose gel. The amount of free DNA was analyzed using an electrophoresis documentation and analysis system (Kodak digital science, New York, NY).

### *2.6. Cell culture and luciferase gene transfection*

Chinese hamster ovary (CHO) cells were obtained from American Tissue Type Collection (Rockville, MD). The cells were maintained in α-MEM media, and supplemented with 10% fetal bovine serum (FBS) and antibiotics (penicillin 100 units/ml and streptomycin 100 μg/ml). All cells were kept in 5% $CO_2$ and at 37°C in humidified air. Cell lines were cultured and seeded in 24 well plates ($2\times10^5$ cells/well) and grown to 60–80% confluence in 1 ml of serum-containing media. DNA/liposome complexes were made and incubated at room temperature in serum free media for 30 min. Before transfection, the media was removed and cells were washed with PBS before the addition of 400 μl of serum free media to each well. DNA/liposome complexes in 100 μl of serum free media were added to each well and incubated for 4.5 h. The transfection activities of single-tailed lipids OLON, CTAB, double-tailed DOGSHDO, and DOTAP were also compared. The weight ratios of DNA to lipid in DOTAP/DOPE, OLON/DOPE, DOGSHDO/DOPE, and CTAB/DOPE complexes were 1:2, 1:3, 1:8 [Tang and Hughes, unpublished data], and 2:7 [6], respectively. The optimal weight ratio of DNA to DOGSHDO/DOPE was based on the weight of DOGSHDO only, the optimal weight ratio of DNA to CTAB/DOPE was based on the weight of both CTAB and DOPE. After transfection for 4.5-h, the transfection media were changed to growth media and cells were incubated for another 24 h. Luciferase activity was measured using a standard luciferase assay [14]. Each experiment was repeated at least twice.

### *2.7. Flow cytometry analysis of the cell associated DNA/liposomes complexes*

A fluorescein labeling kit was purchased from PanVera Corporation (Madison, WI), and pDNA was labeled according to the product directions. Liposomes were labeled by incorporating 1 molar percent of Rh-PE in liposomes. One μg/well of fluorescein labeled pDNA was complexed with Rh-PE labeled DOGSHDO/DOPE, OLON/DOPE, DOTAP/DOPE, and CTAB/DOPE liposomes at the optimal DNA/liposome weight ratio of each liposome, respectively. The complexes were used for transfection as described previously with slight modifications. Serum free media at 4°C was used in the experiments involving transfection of the cells at 4°C. After transfecting the cells for 4.5-h at 37°C or 4°C, the cells were quickly washed with PBS three times. The cells were incubated with 1 ml of CellSrub™ (washing) buffer (Gene Therapy System, San Diego, CA) for 10 min, to remove the complexes attached on the cell surface. After the cell washing buffer was removed and the cells were washed with PBS twice followed by 100 μl/well of 0.5% of trypsin-EDTA. The cells were trypsinized for 2–3 min and the reaction was stopped by 200 μl of 1% of bovine serum albumin (BSA) in PBS. The cells were collected and centrifuged at 250 *g* for 10 min. The supernatant was decanted and the cell pellet was resuspended in 500 μl of 1% BSA in PBS and centrifuged for another 10 min to remove any remaining phenol red and extracellular liposome/DNA complexes. After the BSA solution was discharged, the cell pellet was resuspended in 500 μl of PBS and fixed in 500 μl of 2% paraformaldehyde in PBS. The cells were fixed at 0°C for 15 min then stored at 4°C overnight. Cell fluorescence was measured using a Becton Dickinson FACSort flow cytometer (San Jose, CA). 10 000 cells were counted for each treatment. Cells were gated by their morphological properties. The mean fluorescence intensity of the cells was measured in terms of arbitrary units using a LYSYS II software program (Becton Dickinson, San Jose, CA). The sample was excited at a wavelength of 488 nm. The fluorescence of fluorescein-DNA was measured at the wavelength of 530 nm (FL1) and the fluorescence of Rh-PE was measured at the wavelength of 580 nm (FL2). Cells transfected with non-labeled DNA and non-labeled liposome, with fluorescein-DNA and non-labeled liposome, and with non-labeled DNA and Rh-PE labeled liposomes, were used as controls. The background fluorescence intensity was subtracted. Each

experiment was performed in triplicate and repeated twice.

### *2.8. Release of DNA from DNA/liposome complexes by sodium dodecyl sulfate (SDS) and dextran sulfate (DS)*

Two μg of DNA was complexed with OLON/DOPE or DOTAP/DOPE at the ∓ charge ratio of 1:5 (12 μg of OLON/DOPE assuming one of primary amino group charged and 22 μg of DOTAP/DOPE) in 500 μl of PBS. At these concentrations, two complexes reached the same fluorescence intensity when exposed to SYBR Green I nucleic acid gel stain (Molecular Probe, Oregon). The complexes were incubated at room temperature for 30 min. Five hundred μl of 2×SYBR PBS solution was added and mixtures were incubated for another 15 min. The fluorescence signal was measured at the excitation wavelength of 497 nm, and emission wavelength of 520 nm. The DNA to OLON/DOPE and DNA to DOTAP/DOPE complexes, initially had the same fluorescence intensity. To test the release of DNA by anionic compounds, DS and SDS, increasing amounts of DS or SDS were added to complexes, and the resultant mixture was vortexed and the recovered fluorescence signal was measured. The release of DNA was expressed as fraction of fluorescence recovered

$$\text{Fraction of fluorescence recovered} = \frac{\text{Fluorescence intensity of sample/SYBR}}{\text{Fluorescence intensity of free DNA/SYBR}}$$

### *2.9. Toxicity assay*

The toxicity of LHON/DOPE, OLON/DOPE and DOTAP/DOPE in the CHO was determined using a CARE-LASS (a calcein release assay) [15]. Before the assay, cells were plated in a 96 well plate ($1\times10^5$ cells/well) and grown to 60–80% confluence overnight. To test the toxicity of different liposomes, increasing amounts if liposomes were added to cell cultures. To test the toxicity of the DNA/liposome complexes, a fixed amount of 1 μg/well of DNA was used to complex with increasing amount of liposomes. The ratios of DNA to liposome were the same as the ratios used in transfection studies. After specific treatments, cells were washed three times with PBS and incubated with 100 μl of calcein-AM (1 μg/ml in PBS) for 30 min at room temperature. Calcein fluorescence intensity was measured at the excitation and emission wavelengths of 485 nm and 538 nm using a Molecular Device $f_{max}$ Plate Reader (Molecular Devices Corp., CA). The mean fluorescence intensity was calculated and compared to the mean fluorescence value for non-transfected cells. Both fluorescence values were subtracted by naturally released calcein fluorescence intensity. The final results were expressed in terms of percent cell survival. 100% means no cytotoxicity and 0% means no cells survived the treatments. Each experiment was performed in triplicate and repeated at least twice.

### *2.10. Statistical analysis*

Statistical analyses were performed using a one way ANOVA (StatView 4.53, Abacus Concepts, Inc., Berkeley, CA). A probability of less than 0.05 was considered to be statistically significant.

## 3. Results

### *3.1. Binding assays*

As shown in Fig. 3, more than 99% of DNA was complexed by the liposomes of LHON/DOPE and OLON/DOPE at the weight ratios from 1 to 6. When DNA was mixed with DOTAP/DOPE at a weight ratio of 1:1, 52% of DNA was free. At the ratio of 2:1, 92% of DNA was complexed.

### *3.2. Luciferase plasmid transfection*

LHON/DOPE, OLON/DOPE, and DOTAP/DOTAP were used to deliver pGL3 luciferase plasmid to CHO cells. To screen the effects of DNA dose on the transgene expression, pDNA doses of 3 μg/well and 1 μg/well were evaluated. As shown in Fig. 4A and B, LHON had similar transfection activity to OLON. The transfection activities of LHON/DOPE and OLON/DOPE peaked at weight ratio of 1:3. DOTAP/DOPE liposomes exhibited a maximum transfection activity at the weight ratio of




Fig. 3. Gel retardation assays of DNA/liposome complexes. One μg of plasmid DNA was complexed with cationic liposomes LHON/DOPE, OLON/DOPE or DOTAP/DOPE at increasing weight ratios from 0 to 6 respectively. The complexes were analyzed by 1% agarose gel electrophoresis as described in Methods. A: LHDO/DOPE/DNA, B: OLON/DOPE/DNA, and C: DOTAP/DOPE/DNA.

1:1 at DNA concentration of 3 μg/well (Fig. 4A). It is worthy noting that, at the ratio of 1:1 only 48% of DNA was complexed although DOTAP/DOPE had greater transfection activity than at other ratios (Fig. 3C). When 1 μg/well of DNA was used, transfection activity of DOTAP/DOPE peaked at the ratio of 1:2; however, the transfection activity was not significantly different from DOTAP/DOPE at the weight ratio of 1:1 (Fig. 4B, $p > 0.05$). The optimal transgene expressions of LHON/DOPE and OLON/DOPE liposomes were greater than 10 times higher than that of DOTAP/DOPE liposomes (Fig. 4) (similar transfection results were also demonstrated in COS 1 cells, data not shown). The DNA dose response was not linear for transgene expression. These results are in agreement with Farhood's [7]. As shown in Fig. 4, DNA complexed at doses three times greater did not result in a corresponding increase in transgene expression. When 3 μg/well of DNA was used, the optimal transgene expression was only 1.5 to 2 times higher than the expression at a DNA concentration of 1 μg/well, instead of the expected 3 times. In order to compare the transfection efficiency of liposomes with the same head groups (i.e., ornithine or quaternary amine) but different tails (i.e., single tail or double tail), we compared the transfections of double tailed DOGSHDO which has an ornithine head group, single-tailed OLON which has a ornithine head group, double-tailed DOTAP which has a quaternary amine group, and single-tailed CTAB which has a quaternary amine group. As shown in Fig. 5, OLON liposomes had more than 10 times higher transfection activity than other liposomes. CTAB/DOPE had a lower transfection activity than DOTAP/DOPE, although both lipids had a similar head group.

### 3.3. *Cellular associated DNA after transfection period*

To investigate the possible reason why OLON/DOPE liposomes demonstrated the highest transfection activity, the cellular associated DNA/liposome complexes after transfection period in CHO cells at 37°C was measured by flow cytometry (Fig. 6A). The relative amount of fluorescein-DNA and Rh-PE liposomes associated with cells was expressed by relative fluorescence intensity (Fig. 6). The weight ratios of the lipids were the same as those used in the experiments which compared the different liposomes (Fig. 5). The cellular associated fluorescence due to fluorescein-DNA delivered by DOGSHDO/DOPE and CTAB/DOPE was less than one-third that of both OLON/DOPE and DOTAP/DOPE (Fig. 6A). It was interesting to note that the cellular uptakes of DNA complexed with either OLON/DOPE or DOTAP/DOPE were not significantly different, whereas their transgene expression was different by more than one order of magnitude (Figa. 4 and 5). The weight ratios of DNA/liposome used in trans-

Case 1:23-cv-00580-CFC Document 65-5 Filed 06/18/24 Page 186 of 464 PageID #: 7206






Fig. 4. Comparison of the transfection of pGl3-luciferase plasmid by LHON/DOPE, OLON/DOPE and DOTAP/DOPE in CHO cells. A fixed dose of pGL3 DNA was mixed with increasing weight ratios of cationic liposomes (calculation based on cationic lipid) and used for transfection. A: 3 μg/well of pGL3 DNA, B: 1 μg/well of pGL3 DNA. ♦: LHON/DOPE, ■: OLON/DOPE; ▲: DOTAP/DOPE. Data is shown as mean±S.D. ($n=3$).

fection of OLON/DOPE and DOTAP/DOPE were 1:3 and 1:2, respectively. The molar ratio of OLON/DOPE liposomes to DOTAP/DOPE liposomes ideally should be approximately 2.7, using the same concentration of DNA in both complexes. We found the ratio of uptake of OLON/DOPE to DOTAP/DOPE to be approximately 2.6, which agrees with this assumption (Fig. 6A). To investigate the uptake mechanism, the transfection was also carried out at 4°C (Fig. 6B). As shown in Fig. 6B, the degree to which cellular uptake decreased at 4°C from that measured at 37°C was not the same in all the treatments. At 4°C the delivery of DNA by OLON/DOPE was shown to decrease by two-thirds and the delivery of DNA by DOTAP/DOPE decreased by one-half.




Fig. 5. Comparison of the transfection of pGl3-luciferase plasmid by DOGSHDO/DOPE, OLON/DOPE, DOTAP/DOPE, CTAB/DOPE. 3 μg of pGl3 DNA was mixed with cationic liposomes DOGSHDO/DOPE, OLON/DOPE, DOTAP/DOPE, CTAB/DOPE at the optimal ratio of each liposome and used in transfection as stated in Methods. Transfection activity was expressed as RLU/well. Data is shown as mean±S.D. ($n=4$).

### *3.4. Release of DNA from DNA/liposome complexes by anionic molecules*

Although both OLON/DOPE liposomes and DOTAP/DOPE liposomes delivered the same amount of DNA to the cells, OLON/DOPE liposomes resulted in greater than 10 times higher transgene expression. The release of DNA from DNA/liposomes by sodium dodecyl sulfate (SDS) or dextran sulfate (DS) was tested in order to investigate the reason for this phenomenon. As shown in Fig. 7, DNA/OLON/DOPE complexes had about 45% of total fluorescence recovery by excess DS or SDS. DNA/DOTAP/DOPE complexes had less fluorescence recovery and only 35–40% of fluorescence recovery in the presence of excessive DS or SDS. The recovery of fluorescence reached a plateau at the dose 12 μg of dextran sulfate (at the ∓ charge ratio of 2:1) and the further addition of DS or SDS did not help significant greater amount of DNA to be released ($p>0.05$) (Fig. 7A). When SDS was added to DNA/liposome complexes, the recovery of fluorescence of DNA/DOTAP/DOPE reached a plateau (12 μg of SDS (∓ charge ratio of 1.3/1) earlier than that of DNA/OLON/DOPE (16 μg of SDS ($p>0.05$)) (Fig. 7B).

### *3.5. Toxicity assay*

The cytotoxicity of liposomes and DNA/liposome complexes was tested. In the complexes, 1 μg/well of DNA was mixed with liposomes with the same ratios as used in transfection experiments. As shown in Fig. 8A, free liposomes were quite toxic to cells. At concentrations of 6 μg/well, only about 20% of the cells survived. Without an ester bond, single tailed OLON liposomes had greater toxicity than DOTAP and LHON liposomes at 6 μg/well ($p<0.05$). As shown in Fig. 8, DNA/liposome complexes had less toxicity than its free liposome formulation since DNA can cover part of toxicity by neutralizing the positive charges of liposomes. These results were consistent with that of Huang et al. [2]. In Fig. 8B, at low liposome doses (1, 2, and 3 μg/well), the three liposomes did not have significantly different cytotoxicity ($p>0.05$). At higher doses, OLON/DOPE showed greater toxicity than DOTAP/DOPE and LHON/DOPE ($p<0.05$) (Fig. 8B). LHON/DOPE was also less toxic than DOTAP/DOPE at a dose of 6 μg/well (Fig. 8B). LHON/DOPE showed lower toxicity than OLON/DOPE in COS 1 cells at high concentration (data not shown).

## 4. Discussion

In the current work, we presented a convenient method of synthesis of the single-tailed cationic lipid OLON and its analog LHON. The optimal transfection activities of LHON/DOPE and OLON/DOPE were more than one order of magnitude greater than that of DOTAP/DOPE (Fig. 4). Although an ester bond linker has been used to decrease the toxicity of cationic lipids, the strategy of introducing an ester




Fig. 6. Comparison of uptake of DNA/liposome complexes by CHO cells. One μg/well of fluorescein labeled pDNA was complexed with Rh-PE-labeled DOGSHDO/DOPE, OLON/DOPE, DOTAP/DOPE, and CTAB/DOPE at the weight ratios stated in Fig. 5. After 4.5-h transfection period, the fluorescence of fluorescein-DNA and Rh-PE was measured at different wavelength as indicated in Methods. A: incubation at 37°C, B: incubation at 4°C. Data is shown as mean±S.D. ($n=3$).




Fig. 7. Release of DNA from DNA/liposome complexes by sodium dodecyl sulfate (SDS) and dextran sulfate (DS). Two μg of DNA was complexed with OLON/DOPE or DOTAP/DOPE at the ∓ charge ratio of 1:5 and mixed with SYBR. DS or SDS was added to complexes, and the resultant mixture was vortexed and recovered fluorescence signal of SYBR was measured as stated in Methods. ♦: OLON/DOPE, ■: DOTAP/DOPE. A: release by DS, B: release by SDS. Data is shown as mean±S.D. ($n=4$).

bond in the tail backbone has not previously been reported. LHON/DOPE showed similar transfection activities to its analog OLON/DOPE, therefore, the replacement of a double bond in the tail with an ester did not decrease the plasmid transfection activity of the cationic lipid. It was worth noting that the DOTAP/DOPE had optimal transfection activity at the cationic lipid/DNA ratio of 1:1 or 2:1 (Fig. 4). The gel analysis showed that only 48% of total DNA was complexed at the ratio of 1:1 (Fig. 3). The results indicated that the percentage of DNA complexed by cationic liposomes is not the only determinate for transfection efficiency. The physical properties of the complexes may also play important roles in transfection.

As shown in Fig. 5, liposomes composed of OLON had greater than 10 times transfection activity than its double-tailed analog DOGSHDO, whereas







Fig. 8. Toxicity assays. Cytotoxicity of liposomes and the liposome/DNA complexes in CHO cells. Liposomes only or a fixed dose of 1 μg/well of pDNA was mixed with increasing amount of cationic liposomes and used in the toxicity assay. Cell viability was calculated as percentage of survival cells as stated in Methods. A: liposomes only, B: DNA/liposome complexes. ♦: LHON/DOPE, ■: OLON/DOPE; ▲: DOTAP/DOPE. Data is shown as mean±S.D. ($n=3$).

double-tailed DOTAP had higher transfection activity than its single-tailed analog CTAB. The results support that neither the head group nor the tail group is the determinate of transfection activity of cationic lipids [2,5]. The quaternary amino head group of DOTAP is always charged and strongly hydrophilic thus may require a lipophilic double chain tail group to counterpart it. The primary amino groups of ornithine are not as hydrophilic as quaternary amino groups, so a single chain tail might be optimal.

To address a possible reason for the greater transfection activity of OLON/DOPE compared to DOGSHDO/DOPE, DOTAP/DOPE, and CTAB/DOPE, we used flow cytometry to analyze the delivery of fluorescein-DNA into cells. The application of flow cytometry methods to analyze the uptake of DNA/liposome complexes for plasmid delivery was previously reported by Zabner et al. [17] and Tseng et al. [18]. The flow cytometry data of DNA uptake was consistent with data collected through DNA extraction methods [16]. It was not a surprise that both DOGSHDO and CTAB liposomes delivered less DNA into cells since DOGSHDO and CTAB liposomes had lower transgene expression than OLON/DOPE liposomes (Fig. 5 and 6A). However, the delivery of DNA by OLON/DOPE was not significantly different from that of DOTAP/DOPE ($p>0.05$) even though the transgene expression was different by one order of magnitude (Fig. 6A). The phenomenon of achieving the same level of transgene expression after transfecting with lower amounts of DNA was previously reported by Huang

et al [19]. According to Huang's observation, matured 3-β-[*N*-(*N′*,*N′*-dimethylaminoethanol)carbarmoyl] cholesterol (DC-Chol)/DOPE/DNA complex delivered 10 times lower amounts of DNA to BL6 cells in the presence of serum than in the absence of serum whereas the transgene expression levels were the same. Huang rationalized that some components of serum may have played a dominant role in DNA trafficking to the nucleus from the cytoplasm. Since transfections in our experiments were carried out in serum free conditions, other factors, such as release of DNA from complexes and escape of the complexes from endosomes, could play a role. Several groups have suggested that a major barrier to cationic liposome-mediated gene transfection is the ability of the endocytosed liposome/DNA complexes to destabilize the endosome membrane and release plasmid DNA into the cytoplasm [5,17,20]. LHON and OLON have two primary amino groups in the ornithine head group. The $pK_a$ of the primary amino groups of LHON and OLON are similar to the tertiary amino group of DC-Chol since most alkaylamines have $pK_a$'s in the narrow range of 10–11, regardless of their substitution pattern [21]. Barenholz and Zuidam determined electrostatic parameters of DC-Chol/DOPE and DOTAP/DOPE and their DNA complexes [22,23]. According to their results, at pH of 7.4, DC-Chol/DOPE was only 50% charged and DOTAP/DOPE was 100% charged. These results may also be applicable to the LHON/DOPE and OLON/DOPE. After cationic liposomes deliver plasmid DNA into cells by endocytosis, the endosome pH will decrease, resulting in a portion of the uncharged primary amino groups of the ornithine heads on LHON or OLON becoming charged. The increase of charge density of complexes has two effects. First, the buffer effect will slow down the decrease of pH in the endosomes. Secondly, the increase of charge density will increase the ability of DNA/liposome complexes to destabilize the endosome membrane thus helping the complexes escape from endosomes. Since DOTAP/DOPE liposomes are 100% charged, the change of pH in cells will not have an effect on the escape of complexes from the endosomes. DNA must also be released from complexes to allow transcription [17]. The release of DNA may occur in either the endosomes [24] or the cytoplasm after the complexes escape from the endosomes. The interaction between cationic liposome and DNA is a determinant factor. A strong interaction will decrease the release of DNA from complexes. DOTAP/DOPE delivered more DNA into cells at the weight ratio of 3/1 than at 1/1 (data not shown), whereas the transfection at 1/1 was greater (Fig. 4). With a greater fraction of cationic DOTAP in the complexes, it may be more difficult for DNA to dissociate from the complexes. According to Barenhoz, the different protonation of DC-Chol/DOPE and DOTAP/DOPE might result in a different distance between the headgroup and the phosphate group of plasmid DNA [23]. It is likely that dissociation of DNA from LHON/DOPE or OLON/DOPE requires less energy than fully charged DOTAP/DOPE thus resulting in greater amounts of release of DNA from complexes.

Cytoxicity is a major shortcoming of cationic-mediated gene transfection. A potentially biodegradable ester bond is usually used to tether the headgroup and tails to decrease the toxicity. Theoretically, the ester bond is not stable in aqueous solution. However, the chance of the ester bond being exposed to water is greatly decreased when cationic lipids are formulated as liposomes. Some liposomes with ester bonds are fairly stable and can be stored at 4°C for months [25]. The toxicity of free cationic liposomes can be partially masked by DNA [26]. After DNA is dissociated from the complexes, free cationic lipids may fuse with cell membranes thus causing membrane rupture. Single-tailed cationic lipids have been reported to be more toxic than their double-tailed counterparts [6]. Lasch et al. proposed that a single-tail detergent inserted into the bilayer membrane would result in regions of local curvature leading to membrane rupture [27]. As shown in Fig. 8, single-tailed OLON liposomes indeed had greater toxicity than those of DOTAP at high concentrations in CHO cells. However, with a potentially biodegradable ester bond in the tail, LHON had less toxicity than OLON and DOTAP (Fig. 8).

In summary, the single-tailed liposome OLON/DOPE demonstrated greater gene transfection activity than DOTAP/DOPE in CHO cells. Introduction of an ester bond into LHON decreased the toxicity of cationic lipid without sacrificing the transfection activities. OLON/DOPE liposomes achieved a great-

er transgene expression without a greater gene delivery than DOTAP/DOPE. The results may be explained by the previous hypothesis that the escape of DNA from endosomes and release of DNA from complexes may be a major barrier of cationic lipid-mediated gene transfection [5,17,28].

## Acknowledgements

The authors thank the National Institutes of Health R29-H l 55779 and PO1-AG10485 for financial support and the Gene Therapy Center, University of Florida. Melissa Chen's technical assistance to obtain flow cytometry data is greatly appreciated. The technical help of Siram Krishnaswami in obtaining mass spectrum of the compounds is also greatly appreciated.

## References

[1] P.L. Felgner, T.R. Gadek, M. Holm, R. Roman, H.W. Chan, M. Wenz, J.P. Northrop, G.M. Ringold, M. Danielsen, Lipofection: a highly efficient, lipid-mediated DNA-transfection procedure, Proc. Natl. Acad. Sci. USA 84 (21) (1987) 7413–7417.

[2] X. Gao, L. Huang, Cationic liposome-mediated gene transfer, Gene Ther. 2 (10) (1995) 710–722.

[3] R.J. Lee, L. Huang, Lipidic vector systems for gene transfer, Crit. Rev. Ther. Drug Carrier Syst. 14 (2) (1997) 173–206.

[4] R.I. Mahato, Y. Takakura, M. Hashida, Nonviral vectors for in vivo gene delivery: physicochemical and pharmacokinetic considerations, Crit. Rev. Ther. Drug Carrier Syst. 14 (2) (1997) 133–172.

[5] A.P. Rolland, From genes to gene medicines: recent advances in nonviral gene delivery, Crit. Rev. Ther. Drug Carrier Syst. 15 (2) (1998) 143–198.

[6] P. Pinnaduwage, L. Schmitt, L. Huang, Use of a quaternary ammonium detergent in liposome mediated DNA transfection of mouse L-cells, Biochim. Biophys. Acta 985 (1) (1989) 33–37.

[7] H. Farhood, R. Bottega, R.M. Epand, L. Huang, Effect of cationic cholesterol derivatives on gene transfer and protein kinase C activity, Biochim. Biophys. Acta 1111 (2) (1992) 239–246.

[8] R. Leventis, J.R. Silvius, Interactions of mammalian cells with lipid dispersions containing novel metabolizable cationic amphiphiles, Biochim. Biophys. Acta 1023 (1) (1990) 124–132.

[9] A.M. Aberle, F. Tablin, J. Zhu, N.J. Walker, D.C. Gruenert, M.H. Nantz, A novel tetraester construct that reduces cationic lipid-associated cytotoxicity. Implications for the onset of cytotoxicity, Biochemistry 37 (18) (1998) 6533–6540.

[10] J.H. Felgner, R. Kumar, C.N. Sridhar, C.J. Wheeler, Y.J. Tsai, R. Border, P. Ramsey, M. Martin, P.L. Felgner, Enhanced gene delivery and mechanism studies with a novel series of cationic lipid formulations, J. Biol. Chem. 269 (4) (1994) 2550–2561.

[11] F. Tang, J.A. Hughes, Introduction of a disulfide bond into a cationic lipid enhances transgene expression of plasmid DNA, Biochem. Biophys. Res. Commun. 242 (1) (1998) 141–145.

[12] A. Hassner, V. Alexanian, Direct room temperature esterification of carboxylic acids, Tetrahedron Letters 46 (1978) 4475–4478.

[13] J.P. Behr, B. Demeneix, J.P. Loeffler, J. Perez-Mutul, Efficient gene transfer into mammalian primary endocrine cells with lipopolyamine-coated DNA, Proc. Natl. Acad. Sci. USA 86 (18) (1989) 6982–6986.

[14] J.P. Vigneron, N. Oudrhiri, M. Fauquet, L. Vergely, J.C. Bradley, M. Basseville, P. Lehn, J.M. Lehn, Guanidinium-cholesterol cationic lipids: efficient vectors for the transfection of eukaryotic cells, Proc. Natl. Acad. Sci. USA 93 (18) (1996) 9682–9686.

[15] R. Lichtenfels, W.E. Biddison, H. Schulz, A.B. Vogt, R. Martin, CARE-LASS (calcein-release-assay), an improved fluorescence-based test system to measure cytotoxic T lymphocyte activity, J. Immunol. Methods 172 (2) (1994) 227–239.

[16] J.Y. Legendre, F.C. Szoka Jr., Delivery of plasmid DNA into mammalian cell lines using pH-sensitive liposomes: comparison with cationic liposomes, Pharm. Res. 9 (10) (1992) 1235–1242.

[17] J. Zabner, A.J. Fasbender, T. Moninger, K.A. Poellinger, M.J. Welsh, Cellular and molecular barriers to gene transfer by a cationic lipid, J. Biol. Chem. 270 (32) (1995) 18997–19007.

[18] W.C. Tseng, F.R. Haselton, T.D. Giorgio, Transfection by cationic liposomes using simultaneous single cell measurements of plasmid delivery and transgene expression, J. Biol. Chem. 272 (41) (1997) 25641–25647.

[19] J.P. Yang, L. Huang, Time-dependent maturation of cationic liposome-DNA complex for serum resistance, Gene Ther. 5 (3) (1998) 380–387.

[20] V. Escriou, C. Ciolina, A. Helbling-Leclerc, P. Wils, D. Scherman, Cationic lipid-mediated gene transfer: analysis of cellular uptake and nuclear import of plasmid DNA, Cell Biol. Toxicol. 14 (2) (1998) 95–104.

[21] J. McMurry (Ed.), Organic Chemistry, Brooks/Cole Publishing Company, California, 1988, p. 900.

[22] N.J. Zuidam, Y. Barenholz, Electrostatic parameters of cationic liposomes commonly used for gene delivery as determined by 4-heptadecyl-7-hydroxycoumarin [published erratum appears in Biochem. Biophys. Acta 1998;1372(1):151], Biochim. Biophys. Acta 1329 (2) (1997) 211–222.

[23] N.J. Zuidam, Y. Barenholz, Electrostatic and structural properties of complexes involving plasmid DNA and cationic

lipids commonly used for gene delivery, Biochim. Biophys. Acta 1368 (1) (1998) 115–128.
[24] Y. Xu, F.C. Szoka Jr., Mechanism of DNA release from cationic liposome/DNA complexes used in cell transfection, Biochemistry 35 (18) (1996) 5616–5623.
[25] D.D. Lasic, Liposomes in Gene Delivery, CRC, New York, 1997.
[26] X. Gao, L. Huang, A novel cationic liposome reagent for efficient transfection of mammalian cells, Biochem. Biophys. Res. Commun. 179 (1) (1991) 280–285.
[27] J. Lasch, Interaction of detergents with lipid vesicles, Biochim. Biophys. Acta 1241 (2) (1995) 269–292.
[28] V. Escriou, C. Ciolina, F. Lacroix, G. Byk, D. Scherman, P. Wils, Cationic lipid-mediated gene transfer: effect of serum on cellular uptake and intracellular fate of lipopolyamine/DNA complexes, Biochim. Biophys. Acta 1368 (2) (1998) 276–288.

# Joint Claim Construction Brief

# EXHIBIT 47

In Vitro Cell.Dev.Biol.—Animal (2011) 47:640–652
DOI 10.1007/s11626-011-9451-2

# Optimization of gene delivery methods in *Xenopus laevis* kidney (A6) and Chinese hamster ovary (CHO) cell lines for heterologous expression of *Xenopus* inner ear genes

**Daniel Ramirez-Gordillo · Casilda Trujillo-Provencio · V. Bleu Knight · Elba E. Serrano**

Received: 13 March 2011 / Accepted: 28 August 2011 / Published online: 30 September 2011 / Editor: T. Okamoto
© The Society for In Vitro Biology 2011

**Abstract** The *Xenopus* inner ear provides a useful model for studies of hearing and balance because it shares features with the mammalian inner ear, and because amphibians are capable of regenerating damaged mechanosensory hair cells. The structure and function of many proteins necessary for inner ear function have yet to be elucidated and require methods for analysis. To this end, we seek to characterize *Xenopus* inner ear genes outside of the animal model through heterologous expression in cell lines. As part of this effort, we aimed to optimize physical (electroporation), chemical (lipid-mediated; Lipofectamine™ 2000, Metafectene® Pro), and biological (viral-mediated; BacMam virus Cellular Lights™ Tubulin-RFP) gene delivery methods in amphibian (*Xenopus*; A6) cells and mammalian (Chinese hamster ovary (CHO)) cells. We successfully introduced the commercially available pEGFP-N3, pmCherry-N1, pEYFP-Tubulin, and Cellular Lights™ Tubulin-RFP fluorescent constructs to cells and evaluated their transfection or transduction efficiencies using the three gene delivery methods. In addition, we analyzed the transfection efficiency of a novel construct synthesized in our laboratory by cloning the *Xenopus* inner ear calcium-activated potassium channel β1 subunit, then subcloning the subunit into the pmCherry-N1 vector. Every gene delivery method was significantly more effective in CHO cells. Although results for the A6 cell line were not statistically significant, both cell lines illustrate a trend towards more efficient gene delivery using viral-mediated methods; however the cost of viral transduction is also much higher. Our findings demonstrate the need to improve gene delivery methods for amphibian cells and underscore the necessity for a greater understanding of amphibian cell biology.

**Keywords** Transfection · BacMam · Electroporation · Heterologous expression · *Xenopus* inner ear

D. Ramirez-Gordillo · C. Trujillo-Provencio · V. B. Knight · E. E. Serrano (✉)
Department of Biology, New Mexico State University, P.O. Box 30001, MSC 3AF, Las Cruces, NM 88003, USA
e-mail: serrano@nmsu.edu

## Introduction

Heterologous gene expression is a powerful method for characterizing the function of unknown genes. This technique requires the delivery of genes through methods developed in the last five decades (Butel et al. 1975; Scolnick and Bumgarner 1975). The success of any given gene delivery method can vary from organism to organism, as well as by cell and tissue type. We are interested in probing the function of genes expressed in the *Xenopus laevis* inner ear that have been identified through cDNA library construction, RACE, and microarray analysis (Varela-Ramírez et al. 1998; Serrano et al. 2001; Powers et al. 2007; Sultemeier et al. 2005). Alternative systems for genetic analysis can advance such studies because of the relatively small size and extreme inaccessibility of inner ear organs (Díaz et al. 1995; Trujillo-Provencio et al. 2009). Our aim is to characterize inner ear genes through heterologous expression in cell lines. In particular, the *X. laevis* (A6) kidney cell line offers advantages as a compatible expression system for these genes because it shares a species origin with the animal from which the genes were isolated and because kidney and ear tissues share a polarized epithelial arrangement and similar drug susceptibility (Knight and Serrano 2006). However, the application of traditional gene delivery methods has not been optimized for *Xenopus* cell lines (Kay and Peng 1991).

In order to address this problem, we evaluated the capacity of physical (electroporation), chemical (cationic lipids), or biological (viral vector), methods to provide optimal gene delivery to the A6 cell line. Cationic lipids (such as Lipofectamine™ 2000 and Metafectene® Pro) all share three structural features: a positively charged head group, a hydrophobic anchor, and a linker between these. The positively charged head group interacts with the phosphate backbone of DNA to form a liposomal structure with a positive surface charge. The positive charge of the liposomal structure facilitates its interaction with the cell membrane, and the transfection complex enters the cell by the process of endocytosis (Wyatt and Giorgio 2004). In contrast, electroporation utilizes an electrical pulse in order to create transient pores in the cell membrane, allowing the foreign DNA to enter the cell (Barry 2004). However, physical gene delivery methods frequently result in damage to cells because the integrity of the cell membrane is disrupted. All cell types are susceptible to physical and chemical gene delivery, making these methods advantageous over biological delivery techniques, which tend to be more cell specific.

Recently, the unique properties of BacMam viruses have been exploited to facilitate gene delivery. This technique uses the ability of baculoviruses, which are pathogenic only to arthropods, to enter mammalian cells through clathrin-mediated endocytosis (Long et al. 2006). BacMam viruses are baculoviruses with DNA that has been modified to include mammalian transcriptional units. The addition of mammalian expression cassettes facilitates functional protein production in mammalian cells following transduction with the insect viruses. Because gene delivery using BacMam was designed for use in mammalian cells, we compared gene delivery efficiency in *Xenopus* (A6) cells to Chinese hamster ovary (CHO) cells, which are commonly used as a universal assay system (Banerjee et al. 1993; Kim et al. 2008; Ibey et al. 2009), and have been successfully transduced with BacMam (Condreay et al. 1999).

In this study, we evaluated gene delivery methods for commercially available fluorescent proteins (pmCherry-N1, pEGFP-N3). Because of our interest in mechanotransduction, the physiological task of the inner ear, we also used fluorescent constructs of proteins involved in sensory hair cell cytoskeletal organization (pEYFP-Tubulin) and electrical activity (BK β1 pmCherry-N1; see below). Furthermore, this set of experiments describes an exploratory effort to deliver genes to *Xenopus* cells using a commercially available virus (BacMam) that contains a fluorescent tubulin construct (Cellular Lights™ Tubulin-RFP). Tubulin is of particular relevance for inner ear research because it is a crucial structural component of the stereociliary bundles found on the apical surface of mechanosensory hair cells (Shin et al. 2005). Because of our interest in the ion channels that underlie hair cell electrical activity, we prepared a fluorescent construct with a subunit of the calcium-activated potassium channel (BK, slo1, $K_{Ca}1.1$, maxi-K, slowpoke, KCNMA1). The interaction between the α and β subunits of the BK channel is thought to play a role in the perception of pitch by inner ear hair cells (Fettiplace and Fuchs 1999; Oberholtzer 1999; Ramanathan et al. 1999; Duncan and Fuchs 2003; Pyott et al. 2007). The BK β subunit was cloned from *X. laevis* inner ear RNA and then subcloned into the pmCherry-N1 vector. Consistent with previous reports, our results show differences in the efficacy of biological, chemical, and physical gene delivery methods and suggest that amphibian kidney cells are not as amenable to techniques that have been optimized for introducing genes to mammalian cells.

## Methods

*Cell lines and reagents. X. laevis* A6 cells, Chinese hamster ovary (CHO-K1) cells, and fetal bovine serum were obtained from American Type Culture Collection (ATCC; Manassas, VA). Fluorescent constructs pmCherry-N1, pEGFP-N3, and pEYFP-Tub as well as the SMART™ RACE cDNA Amplification Kit were purchased from Clontech Laboratories, Inc. (Mountain View, CA). Alexa Fluor® 568 phalloidin, Alexa Fluor® 488 phalloidin, 10 mg/ml Hoechst 33342 solution, SlowFade® Antifade kit, Lipofectamine™ 2000, pCR®-XL-TOPO® vector, and Cellular Lights™ Tubulin-RFP (a BacMam virus) were obtained from Invitrogen (Eugene, OR). Newborn calf serum, bovine serum albumin, formaldehyde, Triton X-100, 0.25% trypsin-EDTA, L-glutamine, F12K (Ham's nutrient modification) media, NCTC-109 media, and phosphate-buffered saline (PBS) were purchased from Sigma-Aldrich (St. Louis, MO). Eppendorf hypoosmolar electroporation buffer, 2 mm gap width electroporation cuvettes, Falcon 4-chambered slides, and tissue culture plasticware were obtained from VWR (West Chester, PA). QiaPrep Spin Miniprep kit was purchased from Qiagen, Inc. (Valencia, CA). Metafectene® Pro was purchased from Biontex Laboratories (Planegg, Germany). BamHI, NheI, and the Quick Ligation™ kit were purchased from New England Biolabs (Ipswich, MA).

*Organ extraction, RNA isolation, and quantification procedures.* Dissection methods for isolation of inner ear tissue from juvenile *X. laevis* and the method of total RNA isolation were according to the procedures outlined in Trujillo-Provencio et al. (2009). The methods performed with *X. laevis* were in compliance with the *Institutional Animal Care and Use Committee* of New Mexico State University.

*Cloning of BK beta subunit into pmCherry-N1.* Primers were designed against the *Xenopus tropicalis* BK channel β subunit sequence obtained from the JGI *X. tropicalis* genome assembly 4.1 sequencing project (Joint Genome Institute 1997). The forward (sequence: GTCGTAACAACTCCGCCCC) and reverse (sequence: ATCCTCCTCGCCCTTGCT) primers were produced by Eurofins MWG Operon (Huntsville, AL). Using the primers designed against the *X. tropicalis* sequence, the BK β sequence from *X. laevis* inner ear RNA was amplified using SMART™ RACE cDNA Amplification Kit RT-PCR RACE reactions. The resultant PCR product was gel isolated and cloned initially into the pCR®-XL-TOPO® vector (Invitrogen), following the vendor's recommendations. The BK β insert was digested from the TOPO vector with the restriction enzymes BamHI and NheI, then subcloned using a Quick Ligation™ kit (New England Biolabs) into the pmCherry-N1 vector (Clontech), which was also digested with BamHI and NheI. DNA sequencing with an ABI Prism 3100 automated sequencer verified the identity of the inner ear BK β subunit (618 base pairs; 205 amino acids) in both vectors (NCBI accession number JN679868).

*Cell lines.* A6 cells (an established cell line derived in 1969 from the normal kidney of an adult *X. laevis* male) and Chinese hamster ovary cells (CHO-K1; a subclone of the original established CHO cell line derived in 1957 from an adult female *Cricetulus griseus*) were obtained from the ATCC (Manassas, VA). In accordance with recommended practices for maintenance of cell line identity, A6 and CHO cells were resuspended (passage zero), then discarded following the eighth passage or after two consecutive months in culture, whichever came first. The species origin of the A6 cell line was confirmed by amplifying genomic sequence for aldolase A, fructose-bisphosphate (Aldoa) according to established procedures (Liu et al. 2004; forward primer, TGTGCCCSGTATAAGAAGGATGG; reverse primer, CCCATCAGGGAGAATTTCAGGCTCCA CAA). The amplified sequence shared a 99% identity with *X. laevis* and 91% identity with the closely related *X. tropicalis* (AGTGGCGCTCCGTGCTCAAGATCTCTGAACA CACCCCTCTCACCTGGCCATCATAGAGAATGC CAACGTATTGGCCCGTTACGCCAG CATCTGCCAA CAG).

*Propagation of A6 and CHO cells.* A6 and CHO cells were cultured according to the specifications of the vendor, ATCC. *X. laevis* A6 kidney cells (A6, ATCC CCL-102) were grown in poly-lysine-coated T-25 flasks in a temperature (28°C) and $CO_2$ (5%) controlled incubator. A6 cells were grown in NCTC-109 media that was supplemented with 9% dd$H_2O$, 10% fetal bovine serum, and 2 mM L-glutamine. A6 cells were subcultured every 4 to 6 d. Chinese hamster ovary cells (CHO-K1, ATCC CRL-9618) were grown in a temperature (37°C) and $CO_2$ (5%) controlled incubator. CHO cells were grown in poly-lysine coated T-75 culture flasks in complete Ham's F12K media supplemented with 10% fetal bovine serum, and subcultured every 2 to 4 d.

All media and solutions used to culture cells were purchased sterile or were sterilized by filtration through 0.2 μm membranes. Media were replenished for both cell lines every 48 h. All cells were subcultured by partial digestion in 0.25% trypsin-EDTA. Cells were regularly monitored for contamination and overall morphology using an inverted Nikon Diaphot TMD phase-contrast microscope.

*Optimization of transfection conditions.* Following the manufacturer's recommendations, transfection methods with Lipofectamine™ 2000 and Metafectene® Pro were optimized by exposing cells to varied ratios of DNA to cationic lipid. Preliminary studies tested Lipofectamine™ 2000 and Metafectene® Pro reagents on both cell lines. The ratio of DNA (in micrograms) to lipid-mediated reagent (in microliters) was varied from 1:1 to 1:5. Reagent incubation times between 6 and 48 h were tested on cells that were plated at densities that ranged from $3\times10^4$ to $4\times10^4$ cells/cm$^2$. For A6 cells in every condition with Lipofectamine™ 2000, the transfection efficiency was always lower than 3.7%. In contrast, a 48-h incubation with Metafectene® Pro at a DNA/lipid ratio of 1 μg:1 μL resulted in a slightly higher efficiency of 4.0% for A6 cells in our preliminary study. Therefore, we implemented Metafectene® Pro with these parameters for our subsequent experiments. For CHO cells transfected with Metafectene® Pro, the efficiency was lower than 1.5% in every condition. In contrast, a 24-h incubation with Lipofectamine™ 2000 using a DNA/lipid ratio of 1 μg:5 μL for our preliminary CHO cell transfection resulted in a much higher efficiency of 17.1%. This optimization procedure led to the implementation of a 24-h incubation with Lipofectamine™ 2000 using a DNA/lipid ratio of 1 μg:5 μL for CHO cell transfection.

*Transfection with lipid-mediated reagents.* After trypsinization, cells were titered using a hemocytometer, centrifuged, resuspended, and plated in Falcon 4-chambered culture slides at a density of $4\times10^4$ cells/cm$^2$. The cells were grown for 24 h prior to transfection (70–85% confluent). On the day of the transfections, the media was removed from all the chambers and 900 μl of fresh media was added to each chamber except for the autoflourescence control, which received 1 ml of fresh media. Either 5 μL of Lipofectamine™ 2000 (for CHO cells) or 1 μL Metafectene®

Case 1:23-cv-00580-CFC Document 65-5 Filed 06/18/24 Page 197 of 464 PageID #: 7217


Pro (for A6 cells) was added to 50 µL of serum-free media and incubated at room temperature for 5 min. Additionally, 1 µg of plasmid DNA from pEGFP-N3, pEYFP-Tub, pmCherry-N1, or BK β1 pmCherry-N1 was placed in separate tubes containing 50 µL serum-free media. After incubating the lipid reagents for 5 min, the DNA in media was added to the tubes containing either Lipofectamine™ 2000 or Metafectene® Pro. The lipid-DNA mixtures were incubated for 20 min at room temperature to allow formation of liposomes before adding the entire volume to the cells. Cells were incubated for 24 h (CHO) or 48 h (A6) in a temperature and $CO_2$ controlled incubator.

*Transfection with electroporation.* The Eppendorf Multiporator® was used for the electroporation of the two different cell lines. The cells were trypsinized and following the manufacturer's protocol were resuspended in media with 0.5% fetal calf serum. The resuspended cells were titered using a hemocytometer, and the total amount of cells needed for the experiment was determined. Cells were centrifuged and diluted to a density of $1 \times 10^6$ cells/mL in hypoosmolar buffer; 450 µL of the cell suspension was transferred into a microcentrifuge tube, and 4.5 µg of plasmid DNA from either pEGFP-N3, pmCherry-N1, pEYFP-Tub, or BK β1 pmCherry-N1 were added to give a final DNA concentration of 10 µg/mL. The cell suspension containing the plasmid DNA was transferred to a 2-mm gap junction electroporation cuvette.

For both cell lines, the field strength (in volts per centimeter) of the electrical pulse was varied by applying a pulse voltage of 290, 580, 900, and 1,200 V to the cells to be electroporated. After placing the cuvette in the electroporator, the time constant was set to 40 µs and cells were exposed to one pulse of the electrical field. After the application of the current, cells were allowed to recover for 10 min at room temperature then plated in Falcon 4-chambered culture slides at a density of approximately $1.2 \times 10^5$ cells/cm$^2$. Cells in hypoosmolar solution were added to complete growth media at an approximate ratio of 1:5, then incubated for 24 h (CHO) or 48 h (A6) in a temperature and $CO_2$ controlled incubator.

*Transduction with Cellular Lights™ Tubulin-RFP, a BacMam virus.* After trypsinization, cells were titered using a hemocytometer, centrifuged, resuspended, and plated in Falcon 4-chambered culture slides at a density of $4 \times 10^4$ cells per cm$^2$. The cells were grown for 24 h prior to transduction. On the day of the transductions, following the manufacturer's protocol, the media were removed from all the chambers and 1 ml of the Cellular Lights™ Tubulin-RFP solution (2 ml of Cellular Lights™ Tubulin-RFP or null reagent combined with 3.5 ml of D-PBS without $Ca^{2+}/Mg^{2+}$) was added to each chamber except for a control to which 1 ml of D-PBS without $Ca^{2+}/Mg^{2+}$ was added. Slides were placed on a lab rotator and rocked gently for 2 h at room temperature in the dark. After 2 h, the Cellular Lights™ solutions and PBS were replaced with 1 ml of the enhancer solution. Slides were placed in the incubator for 2 h after which the enhancer solution was removed and 1 ml of fresh media was placed into each chamber. Slides were incubated for 24 h in a temperature and $CO_2$-controlled incubator prior to fixation.

*Cell labeling and fixation.* After the allotted times for transfection or transduction, the cells were removed from the incubator and all subsequent manipulations were done at room temperature. The cells were first washed with serum-free media for 2 min and then fixed with 3.7% formaldehyde in PBS for 10 min. Following this, the cells were washed twice with 1× PBS for 2 min. Cells were permeabilized for 4 min with 0.1% Triton X-100 diluted in PBS and washed twice with 1× PBS for 2 min. Cells were then labeled for 20 min with 150 nM of either Alexa Fluor® 568 phalloidin (for cells transfected with pEGFP-N3 or pEYFP-Tub) or Alexa Fluor® 488 phalloidin (for cells transfected with pmCherry-N1, BK β1 pmCherry-N1, or Cellular Lights™ Tubulin-RFP) diluted in 1× PBS with 1% bovine serum albumin in all chambers except the autofluorescence control which was incubated with 1% bovine serum albumin diluted in 1× PBS. Cells were washed twice with 1× PBS for 2 min each. Nuclei were stained for ten minutes with 2 µg/mL Hoechst 33342 in 1× PBS for all samples except the autofluorescence control which was incubated with 1× PBS. Cells were then washed twice with 1× PBS for 2 min each. Following the final PBS washes, samples were equilibrated with component C from the SlowFade® Antifade kit (Invitrogen) for 15 min. Component C and the plastic slide wells were removed before adding one to two drops of solution A from the SlowFade® Antifade kit to the microscope slides, which were then cover slipped and sealed with nail polish. The microscope slides were stored for 24 h at 4°C before images were acquired.

*Image acquisition, analysis, and processing.* An inverted Nikon Eclipse TE-2000-S epifluorescent microscope equipped with UV-2A, B-2E/C (FITC), G-2E/C (TRITC), and Cy5 HQ filter cubes was used to capture images from the fixed and labeled cells. The combination of filters at hand were excellent for exciting and separating emission contributions from the fluorophores used in this experiment: Hoechst 33342 (UV-2A), Alexa Fluor® 568 (G-2E/C), Alexa Fluor® 488 (B-2E/C), pEGFP-N3 (B-2E/C), RFP (G-2E/C), and mCherry (Cy5 HQ). The TE-2000-S microscope also has differential interference contrast (DIC) capabilities that was used for visual analysis of cell size, morphology, and for a representation of the field of

view from which epifluorescent images were captured. Using a 20× objective, images were acquired with a CoolSNAP™ HQ CCD camera (Photometrics, Tucson, AZ) attached to the microscope and the MetaVue™ Imaging System Version 6.0r5 software (Molecular Devices Corporation, Sunnyvale, CA). Images were superimposed to ensure that the fluorescent labels corresponded to cells in the field of view and to determine true transfection or transduction events. Coloring and superimposition of images was performed with either the MetaMorph® Offline Imaging System Version 6.0r5 software (Molecular Devices Corporation) or Adobe Photoshop Version CS5 (Adobe Systems Inc., San Jose, CA).

*Calculation of transfection efficiency.* Captured images were analyzed using either MetaMorph® Offline Imaging System Version 6.0r5 or Adobe Photoshop Version CS5 software to count both the number of cells expressing fluorescent proteins (transfection or transduction events) and the number of nuclei. The efficiencies were calculated by dividing the number of transfection or transduction events in the field of view by the number of nuclei in the same field of view. Nuclei and transfection events from three different areas (subsamples) of each well were measured, calculated, and averaged to determine the mean efficiency of each experiment. The experiment was repeated four to six times ($n$=4–6) in every condition for both cell lines (see "Results"). The mean efficiency of the gene delivery method was then calculated by averaging the means derived from replicate experimental conditions ($n$=4–6).

A one-way ANOVA was performed for each cell line to determine statistical significance between gene delivery methods. Means are shown with Gabriel comparison intervals (Gabriel 1978). Pairs of means whose Gabriel comparison intervals do not overlap are statistically different using a significance value of 0.05. Student's $t$ tests were performed to compare conditions across cell lines; comparisons where $p<0.05$ were taken to be significantly different.

## Results

*Transfection and transduction efficiency in the A6 cell line.* Amphibian (A6) cells were responsive to biological (viral-mediated) and chemical (lipid-mediated) delivery of commercially available fluorescent constructs as well as our novel inner ear BK β1 pmCherry-N1 construct. Gene delivery efficiency in this cell line using Metafectene® Pro was comparable regardless of the plasmid (2.38% for pEGFP-N3, Figs. 1 and 2*A–D*; 2.16% for pmCherry-N1, Figs. 1 and 2*E–H*; 1.26% for BK β1 pmCherry-N1, Figs. 1 and 2*I–L*; 2.41% for pEYFP-Tub, Figs. 1 and 2*M–P*). In every instance, the efficiency of gene delivery using the BacMam system, Cellular Lights™ Tubulin-RFP (3.43%, Figs. 1 and 3*A–D*) was greater than that found while using Metafectene® Pro; however, these variations were not statistically different using a significance value of 0.05 for the Gabriel comparison interval (Gabriel 1978). Electroporation was not successful in the A6 cell line, although it was attempted four to six times with each plasmid. When A6 cells were subjected to varying voltages (290–1,200 V), the cell survival rate was high but transfection events were low to nonexistent.




**Figure 1.** Gene delivery efficiency in A6 cells. Mean transfection or transduction efficiencies for *X. laevis* kidney (A6) cells calculated from four separate experiments, except where $n$=5 (*asterisk*). Genes (listed under each *column*) were delivered using either Metafectene® Pro (L) or the BacMam virus (V). Pairs of means with Gabriel comparison intervals that do not overlap are significantly different (Gabriel 1978; $p<0.05$).




**Figure 2.** Lipid-mediated transfection in A6 cells. Representative images of A6 cells used to calculate lipid-mediated transfection efficiencies. Cells transfected with pEGFP-N3 (*A*), pmCherry-N1 (*E*), pmCherry-N1 BK β1 (*I*), and EYFP-tub (*M*) were counterstained with Hoechst (*B*, *F*, *J*, *N*) to calculate efficiency. Fluorescent merges (*C*, *G*, *K*, *O*) and DIC images (*D*, *H*, *L*, *P*) show that fluorescent labels localize to cells as predicted. *Scale bar*=50 μm.

*Transfection and transduction efficiency in the CHO cell line.* Heterologous expression of every construct was achieved in mammalian CHO cells with all three methods, including physical (electroporation). Transfection efficien-




**Figure 3.** BacMam mediated transduction in A6 and CHO cells. Representative images of A6 and CHO cells used to calculate viral transduction efficiencies in A6 (*A–D*) and CHO (*E–H*) cells. Cells transduced with Cellular Lights™ Tubulin-RFP (*A*, *E*) were counter-stained with Hoechst (*B*, *F*) to calculate efficiency. Fluorescent merges (*C*, *G*) and DIC images (*D*, *H*) show that fluorescent labels localize to cells as predicted. *Scale bar*=50 μm.

cies with the chemical agent Lipofectamine™ 2000 were greater for the commercially available fluorescent constructs than for our inner ear BK β1 pmCherry-N1 construct (6.24%, Figs. 4 and 5*I–L*). These differences were statistically significant ($p<0.05$; Gabriel 1978) for pEYFP-Tub (21.6%, Figs. 4 and 5*M–P*) and pEGFP-N3 (23.39%, Figs. 4 and 5*A–D*) but not for pmCherry-N1 (16.39%, Figs. 4 and 5*E–H*).

A similar trend was observed in electroporation experiments. The gene delivery efficiencies of the solitary fluorescent proteins with electroporation (19.55% for pEGFP-N3, Figs. 4 and 6*A–D*; 17.96% for pmCherry-N1, Figs. 4 and 6*E–H*), were greater than the transfection efficiency of the BK β1 pmCherry-N1 fusion construct (13.09%, Figs. 4 and 6*I–L*). In contrast to results in the A6 cell line, the electroporation efficiency of the commercially available fluorescent fusion construct (10.16% for pEYFP-Tub, Figs. 4 and 6*M–P*) was less than that of the BK β1 pmCherry-N1 fusion construct. However, none of these differences were statistically significant using a significance value of 0.05 for the Gabriel comparison interval (Gabriel 1978). Finally, the transduction efficiency with the BacMam virus, Cellular Lights™ Tubulin-RFP (38.49%, Figs. 3*E–H* and 4) was significantly greater than the efficiencies found with any other gene delivery method ($p<0.05$; Gabriel 1978).

*Comparison between the CHO and A6 cell lines.* Lipid-mediated gene delivery was significantly more effective in CHO cells for every plasmid ($p$=0.001, pEYFP-Tub; $p$=0.000006, pEGFP-N3; $p$=0.00004, pmCherry-N1; and $p$=0.0006, BK β1 pmCherry-N1). When compared with the amphibian cells (A6), viral-mediated gene delivery using Cellular Lights™ Tubulin-RFP, a BacMam virus, was significantly more successful ($p$=0.008) in the mammalian (CHO) cell line. Electroporation in hypoosmolar buffer appeared to affect the A6 cell line morphology (data not shown) but not CHO cells (Fig. 6); A6 cells appeared more rounded (phase bright) and were less distended than controls. Viral-mediated (Fig. 3) and lipid-mediated (Figs. 2 and 5) gene delivery methods did not appear to affect cellular morphology for either the A6 or the CHO cell line.

*Cost and exposure period versus gene delivery efficiency.* BacMam had the highest gene delivery efficiency; however, this method was the most expensive with an approximate cost of $22 per experimental chamber (Table 1). The costs of gene delivery with cationic lipid reagents and electroporation were comparable. Lipid-mediated transfection was the least expensive method for each sample ($2.20 for Lipofectamine™ 2000, $0.25 for Metafectene® Pro; Table 1). Electroporation required the greatest amount of plasmid




**Figure 4.** Gene Delivery Effiency in CHO Cells. Mean transfection or transduction efficiencies for CHO cells where $n$=4, except where $n$=6 (*asterisk*). Genes (listed under each column) were delivered using Lipofectamine™ 2000 (L), electroporation (E), or BacMam virus (V). Pairs of means with Gabriel comparison intervals that do not overlap are significantly different (Gabriel 1978; $p<0.05$).

DNA (10 µg) but exposes cells to the treatment for the least amount of time. While cells require hours to days to express the fluorescent gene of interest regardless of the gene delivery method, electroporation limits the amount of time that the cellular environment is perturbed to 40 µs. In contrast, biological (viral-mediated) and chemical (lipid-mediated) gene delivery methods require exposure to the reagent for 4–48 h. Ancillary costs such as media and trypsin are the same for all gene delivery methods and were not included in our comparison. In addition, the initial cost of the Eppendorf Multiporator® (~4,500; Institutional Pricing 2009) was not factored in to our calculations in Table 1.

## Discussion

*Xenopus* affords novel opportunities for genetic investigations of inner ear structure and function due to the availability of a sequenced genome and established methods for the facile production of transgenic animals (Chesneau et al. 2008; Hellsten et al. 2010). The ability to characterize prevalent *Xenopus* inner ear genes through heterologous expression in cell lines expands the repertoire of available methods for genetic analysis beyond the traditional and well-established *Xenopus* oöcyte expression system (Terhag et al. 2010). Procedures that facilitate *Xenopus* gene delivery in both amphibian and mammalian cell lines are desirable for greatest experimental flexibility. Because available gene delivery methods are optimized primarily for mammalian cell lines, we hypothesized that transfection of the amphibian (*Xenopus*) A6 cell line might pose challenges with regard to efficiency (Kay and Peng 1991). To this end, we compared the efficiencies of physical (electroporation), chemical (lipid-mediated), and biological (viral-mediated) methods for delivering fluorescent constructs to CHO and *X. laevis* (kidney; A6) cells. Our experimental approach implemented many commercially available reagents with properties that may vary due to lot number and changes in production procedures.

Significantly higher fluorescent protein expression was observed in CHO cells as compared with A6 cells with all three gene delivery methods and every fluorescent construct (Figs. 1 and 4). Specific properties of CHO and A6 cells could account for the difference in gene delivery efficiency between these cell lines. For example, the *X. laevis* (A6) cell line is of kidney and amphibious origin. In contrast to mammalian cells, amphibian cells are adapted to a wider range of osmotic environments and are cultured in a solution that would be highly hypotonic for a mammalian




**Figure 5.** Lipid-mediated transfection in CHO cells. Representative images of CHO cells used to calculate lipid-mediated transfection efficiencies. Cells transfected with pEGFP-N3 (*A*), pmCherry-N1 (*E*), pmCherry-N1 BK β1 (*I*), and EYFP-tub (*M*) were counterstained with Hoechst (*B*, *F*, *J*, *N*) to calculate efficiency. Fluorescent merges (*C*, *G*, *K*, *O*) and DIC images (*D*, *H*, *L*, *P*) show that fluorescent labels localize to cells as predicted. *Scale bar*=50 μm.

cell (Balls and Worley 1973). Furthermore, A6 cells appear capable of adapting to a range of gravitational environments. A6 cells have been shown to proliferate robustly when exposed to hypergravity conditions up to 10 g (Ichigi




**Figure 6.** Transfection with electroporation in CHO cells. Representative images of CHO cells used to calculate transfection efficiencies for electroporation. Cells transfected with pEGFP-N3 (*A*), pmCherry-N1 (*E*), pmCherry-N1 BK β1 (*I*), and EYFP-tub (*M*) were counterstained with Hoechst (*B*, *F*, *J*, *N*) to calculate efficiency. Fluorescent merges (*C*, *G*, *K*, *O*) and DIC images (*D*, *H*, *L*, *P*) show fluorescent labels localize to cells as predicted. *Scale bar*=50 μm.

and Asashima 2001; Tanaka et al. 2003). In our experiments, we did not observe adverse effects on A6 cell morphology in response to electrical pulses of voltages as high as 1,200 V. Cellular properties that confer these types of adaptive characteristics to the A6 cell line also could potentially reduce the efficacy of gene delivery methods.

For example, the A6 cell membrane could have a molecular composition and structure that reduces the efficacy of gene delivery, as all methods require a direct and aggressive interaction with the plasma membrane (e.g., lipid fusion or electrically induced destabilization). Methods that perturb the membrane of A6 cells in a more forceful manner may increase transfection efficiency. However, exposure to such conditions frequently results in extensive cell death and makes apoptosis an essential factor to consider when optimizing transfection methods that severely impact cell mortality (Matsuki et al. 2008).

Differences in transfection efficiency between the two cell lines could be attributable, at least to some extent, to intrinsic growth properties and culture conditions of the A6 and CHO lines. A6 cells are grown slightly above room temperature (28°C) and double approximately every 36 h (Ichigi and Asashima 2001). In contrast, the CHO cells used in this study are grown at a higher temperature (37°C) and double approximately every 12 h (Nakahara et al. 2002). Presumably, therefore, transcription and translation are more rapid in the CHO line, resulting in the ability to detect fluorescent proteins more rapidly. However, we attempted to account for this difference in our comparison of lipid-mediated transfection by allowing the A6 cells to grow for 48 h and by fixing CHO cells after only 24 h. Therefore, growth rate and temperature differences could partially account for the variation in transfection efficiency between the two cell lines used in this study. It is important to account for inherent differences between cell lines as they may account for discrepancies, not only in this study, but in all studies of cell lines.

The majority of the plasmids we used in this experiment were commercially available constructs. We also synthesized our own fusion construct by cloning an inner ear BK β1 ion channel subunit and then subcloning the sequence into the commercially available pmCherry-N1 vector. We successfully expressed our novel fusion construct, thereby laying the foundation for future studies of inner ear genes of interest. Although not statistically significant, we noted a trend in both cell lines regarding the expression of fusion constructs versus expression of the fluorescent protein tag alone. We observed that insertion of the inner ear BK β1 subunit into the pmCherry-N1 vector reduced the transfection efficiency in both cell lines (Figs. 1 and 4). These results suggest that cloning genes of interest into a viral vector for transduction may decrease the efficiency of gene expression when compared with the efficiency of expression of the fluorescent tag alone. The inner ear BK β1 insert is small (618 bp), but it is reasonable to assume that larger inserts would augment this trend.

Due to the limited commercial availability of BacMam Cellular Lights™ constructs, we compared the viral delivery of BacMam Cellular Lights™ Tubulin-RFP to the chemical and physical delivery of pEYFP-tubulin. The expressed proteins of these constructs are similarly sized and share amino acid homology and function (pEYFP-Tubulin, 688 amino acids; Cellular Lights™ Tubulin-RFP, 680 amino acids). As previously noted, BacMam viruses are designed for expression in mammalian cells (Long et al. 2006). Transduction of CHO cells with Cellular Lights™ Tubulin-RFP was almost twice as effective as gene delivery with any other method (Fig. 4). While BacMam is the most expensive method at $22 per experimental sample, the high transduction efficiency in mammalian (CHO) cells indicates that this system is suitable for heterologous expression studies of *Xenopus* inner ear genes. BacMam was more effective in A6 cells (3.4% transduction efficiency) than the other gene delivery methods, although this result was not statistically significant (Fig. 1).

The high gene delivery efficiency using a BacMam virus (37.49%, Fig. 4) in CHO cells offers significant advantages for experiments where co-transduction is desired. Co-transduction studies are essential for the analysis of membrane proteins that require modulation by intracellular moieties or are comprised of several subunits that come together to form a complete protein, as with the BK channel (Orio et al. 2002). The A6 cell line would be advantageous for co-transfection studies because it shares a species origin with the inner ear genes we wish to analyze and would presumably have the species-specific cofactors necessary for protein folding. Although the BacMam virus offered a higher (though not statistically significant) gene delivery efficiency in A6 cells (3.4%), the probability of a co-transduction event is only 0.1%, or one in every thousand

**Table 1.** Gene delivery cost estimates: the approximate costs per experimental treatment are provided for each gene delivery method

| Gene delivery method | Product Cost (including S & H) | Product packaging | Number of slide wells that can be prepared | Estimated cost of reagent per slide well |
|---|---|---|---|---|
| Biological (BacMam virus) | $360 | 6 mL vial | 16.5 | $22 |
| Chemical (Metafectene) | $255 | 1 mL vial | 1,000 | $0.25 |
| Chemical (Lipofectamine) | $330 | 0.75 mL vial | 150 | $2.20 |
| Physical (Electroporation) | $165 | 50 cuvettes | 50 | $3.30 |

The cost estimates listed are based on 2011 institutional pricing with all applicable discounts

A6 cells as compared with approximately one in every 15 CHO cells.

*Xenopus* cell lines such as A6 offer distinct advantages for our heterologous expression research because gene expression levels can be estimated using the Affymetrix GeneChip® *X. laevis* genome arrays. However, the low probability of a co-transfection event in the A6 cell line makes mammalian (CHO) cells a better option for our heterologous expression studies, and this is consistent with long-standing practices where genes are expressed in cell lines of different species origin. For example, insect cells have been widely employed for mammalian protein production (Smith et al. 1983; Altmann et al. 1999) and plant cells offer promise for the production of therapeutic human proteins (Desai et al. 2010). Other laboratories have used alternative methods for A6 kidney cell transfection by creating stable transformants through drug selection (Faletti et al. 2002; Mies et al. 2007). However, these methods require exposure to toxic concentrations of geneticin, an aminoglycoside antibiotic that is closely related to gentamicin. Because aminoglycoside antibiotics are notably nephrotoxic (Lopez-Novoa et al. 2011), the methods necessary for stable transformation may affect the properties of the A6 kidney cell line.

Research presented here was motivated by a need to develop methods for genetic analysis of the *Xenopus* inner ear outside of the whole animal model. Our results highlight the need for improved gene delivery methods as evidenced by the array of new reagents continuously being released by manufacturers. For example, the recently developed BacMam 2.0 reagents have been designed to improve transduction efficiency through the addition of a pseudotyped capsid protein for more efficient cell entry and genetic elements (enhanced CMV promoter and Woodchuck Post-transcriptional Regulatory Element) that boost expression levels (Invitrogen 2011). Although results were statistically significant only in the CHO cell line, viral-mediated gene delivery has a tendency to be more effective than chemical or physical gene delivery methods; however the cost of viral transduction is also much higher. The successful transfection of amphibian (A6) cells offers promise for our heterologous expression studies in a cell line that shares species origin with our candidate *Xenopus* inner ear genes. However, we are intrigued by the observation that transfection efficiencies in the amphibian kidney (A6) cell line are significantly lower than in the mammalian ovary (CHO) cell line, which is notably difficult to transfect. We believe this result underscores the need for greater understanding of amphibian cell biology and cell culture, especially in light of the worldwide decline of amphibian populations and the increased prevalence of contaminants in fresh water habitats (Boyer and Grue 1995).

**Acknowledgments** We would like to acknowledge Karla Almaraz for assistance with cell culture. Funding for this research was provided by Graduate Fellowships from NSF to DRG (New Mexico AMP, HRD-0331446; IGERT, DGE0504304) and NIH grants to EES (R01DC03292 and P50GM068762).

## References

Altmann F.; Staudacher E.; Wilson I. B.; März L. Insect cells as hosts for the expression of recombinant glycoproteins. *Glycoconj J* 16 (2): 109–123; 1999.

Balls M.; Worley R. S. Amphibian cells in vitro: II. Effects of variations in medium osmolarity on a permanent cell line isolated from *Xenopus*. *Exp Cell Res* 76(2): 333–336; 1973.

Banerjee P.; Berry-Kravis E.; Bonafede-Chhabra D.; Dawson G. Heterologous expression of the serotonin 5-HT1A receptor in neural and non-neural cell lines. *Biochem. Biophys. Res. Commun* 192: 104–110; 1993.

Barry P. A. Efficient electroporation of mammalian cells in culture. In: Heiser W. C. (ed) Gene delivery to mammalian cells. Humana Press Inc., Totowa, pp 207–214; 2004.

Boyer R.; Grue C. E. The need for water quality criteria for frogs. *Environ Health Perspect* 103(4): 352–357; 1995.

Butel J. S.; Talas M.; Ugur J.; Melnick J. L. Demonstration of infectious DNA in transformed cells. III. Correlation of detection of infectious DNA-protein complexes with persistence of virus in simian adenovirus SA7-induced tumor cells. *Intervirology* 5(1–2): 43–56; 1975.

Chesneau A.; Sachs L. M.; Chai N.; Chen Y.; Du Pasquier L.; Loeber J.; Pollet N.; Reilly M.; Weeks D. L.; Bronchain O. J. Transgenesis procedures in *Xenopus*. *Biol Cell* 100(9): 503–521; 2008.

Condreay J. P.; Witherspoon S. M.; Clay W. C.; Kost T. A. Transient and stable gene expression in mammalian cells transduced with a recombinant baculovirus vector. *PNAS* 96: 127–132; 1999.

Desai P. N.; Shrivastava N.; Padh H. Production of heterologous proteins in plants: strategies for optimal expression. *Biotechnol. Adv* 28(4): 427–435; 2010.

Díaz M. E.; Varela-Ramírez A.; Serrano E. E. Quantity, bundle types, and distribution of hair cells in the sacculus of *Xenopus laevis* during development. *Hear. Res* 91(1–2): 33–42; 1995.

Duncan R. K.; Fuchs P. A. Variation in large-conductance, calcium-activated potassium channels from hair cells along the chicken basilar papilla. *J. Physiol* 547: 357–371; 2003.

Faletti C. J.; Perrotti N.; Taylor S. I.; Blazer-Yost B. L. sgk: an essential convergence point for peptide and steroid hormone regulation of ENaC-mediated Na+ transport. *Am J Physiol Cell Physiol* 282(3): C494–C500; 2002.

Fettiplace R.; Fuchs P. A. Mechanisms of Hair Cell Tuning. *Annu. Rev. Physiol* 61: 809–834; 1999.

Gabriel K. R. A simple method of multiple comparison of means. *J. Amer. Stat. Assoc* 73: 724–729; 1978.

Hellsten U.; Harland R. M.; Gilchrist M. J.; Hendrix D.; Jurka J.; Kapitonov V.; Ovcharenko I.; Putnam N. H.; Shu S.; Taher L.; Blitz I. L.; Blumberg B.; Dichmann D. S.; Dubchak I.; Amaya E.; Detter J. C.; Fletcher R.; Gerhard D. S.; Goodstein D.; Graves T.; Grigoriev I. V.; Grimwood J.; Kawashima T.; Lindquist E.; Lucas S. M.; Mead P. E.; Mitros T.; Ogino H.; Ohta Y.; Poliakov A. V.; Pollet N.; Robert J.; Salamov A.; Sater A. K.; Schmutz J.; Terry A.; Vize P. D.; Warren W. C.; Wells D.; Wills A.; Wilson R. K.; Zimmerman L. B.; Zorn A. M.; Grainger R.; Grammer T.; Khokha M. K.; Richardson P. M.; Rokhsar D. S. The genome of the Western clawed frog *Xenopus tropicalis*. *Science* 328(5978): 633–636; 2010.

Ibey B. L.; Xiao S.; Schoenbach K. H.; Murphy M. R.; Pakhomov A. G. Plasma membrane permeabilization by 60 and 600-ns electric pulses is determined by the absorbed dose. *Bioelectromagnetics* 30: 92–99; 2009.

Ichigi J.; Asashima M. Dome formation and tubule morphogenesis by *Xenopus* kidney A6 cell cultures exposed to microgravity simulated with a 3D clinostat and to hypergravity. *In Vitro Cell Dev Biol-Animal* 37: 31–44; 2001.

Invitrogen (2011) CellLight® Reagents *BacMam 2.0* http://probes.invitrogen.com/media/pis/mp10582.pdf. Accessed 1 March 2011

Joint Genome Institute (1997) The Regents of the University of California, http://genome.jgi-psf.org/Xentr4/Xentr4.home.html. Cited 20 January 2009

Kay B.; Peng H. G. Methods in cell biology, 36, *X. laevis*: practical uses in cell and molecular biology. Academic, San Diego; 1991.

Kim Y.; Klutz A. M.; Jacobson K. A. Systematic investigation of polyamidoamine dendrimers surface-modified with poly(ethylene glycol) for drug delivery applications: synthesis, characterization, and evaluation of cytotoxicity. *Bioconjug Chem* 19: 1660–1672; 2008.

Knight V. B.; Serrano E. E. Tissue and species differences in the application of quantum dots as probes for biomolecular targets in the inner ear and kidney. *IEEE Transactions in Nanobioscience* 5: 251–262; 2006.

Liu M. Y.; Lin S. C.; Liu H.; Candal F.; Vafai A. Identification and authentication of animal cell culture by polymerase chain reaction amplification and DNA sequencing. *In Vitro Cell Dev Biology-Animal* 39: 424–427; 2004.

Long G.; Pan X.; Kormelink R.; Vlak J. M. Functional entry of baculovirus into insect and mammalian cells is dependent on clathrin-mediated endocytosis. *J. Virol* 80(17): 8830–8833; 2006.

Lopez-Novoa J. M.; Quiros Y.; Vicente L.; Morales A. I.; Lopez-Hernandez F. J. New insights into the mechanism of aminoglycoside nephrotoxicity: an integrative point of view. *Kidney Int* 79(1): 33–45; 2011.

Matsuki N.; Ishikawa T.; Imai Y.; Yamaguchi T. Low voltage pulses can induce apoptosis. *Cancer Lett* 269(1): 93–100; 2008.

Mies F.; Spriet C.; Héliot L.; Sariban-Sohraby S. Epithelial Na+ channel stimulation by n-3 fatty acids requires proximity to a membrane-bound A-kinase-anchoring protein complexed with protein kinase A and phosphodiesterase. *J. Biol. Chem* 282(25): 18339–18347; 2007.

Nakahara T.; Yaguchi H.; Yoshida M.; Junji M. Effects of exposure of CHO-K1 cells to a 10-T Static Magnetic Field. *Radiology* 224: 817–822; 2002.

Oberholtzer C. J. Frequency tuning cochlear hair cells by differential splicing of BK channel transcripts. *Journal Physiol* 518: 653–665; 1999.

Orio P.; Rojas P.; Ferreira G.; Latorre R. New disguises for an old channel: MaxiK channel beta-subunits. *News Physiol Sci* 17: 156–161; 2002.

Powers T.; Trujillo-Provencio C.; Whittaker C.; Serrano E. E. Gene expression profiling of *Xenopus* organs yields insight into the *Xenopus* inner ear transcriptome. *ARO. Abstr* 30: 741; 2007.

Pyott S. J.; Meredith A. L.; Fodor A. A.; Vazquez A. E.; Yamoah E. N.; Aldrich R. W. Cochlear function in mice lacking the BK channel α, β1, or β4 subunits. *J. Biol. Chem* 282: 3312–3324; 2007.

Ramanathan K.; Michael T. H.; Jiang G. J.; Hiel H.; Fuchs P. A. A molecular mechanism for electrical tuning of cochlear hair cells. *Science* 283: 215–217; 1999.

Scolnick E. M.; Bumgarner S. J. Isolation of infectious xenotropic mouse type C virus by transfection of a heterologous cell with DNA from a transformed mouse cell. *J. Virol* 15(5): 1293–1296; 1975.

Serrano E. E.; Trujillo-Provencio C.; Sultemeier D. R.; Bullock W. M.; Quick Q. A. Identification of genes expressed in the *Xenopus* inner ear. *Cell Mol Biol (Noisy-le-grand)* 47(7): 1229–1239; 2001.

Shin J. B.; Adams D.; Paukert M.; Siba M.; Sidi S.; Levin M.; Gillespie P. G.; Gründer S. *Xenopus* TRPN1 (NOMPC) localizes to microtubule-based cilia in epithelial cells, including inner-ear hair cells. *Proc Natl Acad Sci* 102(35): 12572–12577; 2005.

Smith G. E.; Summers M. D.; Fraser M. J. Production of human beta interferon in insect cells infected with a baculovirus expression vector. *Mol. Cell. Biol* 3(12): 2156–2165; 1983.

Sultemeier D. R.; Knight V. B.; Manuelito S. J.; Hopkins M.; Serrano E. E. Heterologous and homologous expression systems for functional analysis of *Xenopus* inner ear genes. Assoc. Res Otolaryngol Abs: 821; 2005.

Tanaka M.; Asashima M.; Atomi Y. Proliferation and differentiation of *Xenopus* A6 cells under hypergravity as revealed by time-lapse imaging. *Vitro Cell Dev Biol Anim* 39(1–2): 71–79; 2003.

Terhag J.; Cavara N. A.; Hollmann M. Cave Canalem: how endogenous ion channels may interfere with heterologous expression in *Xenopus* oocytes. *Methods* 51(1): 66–74; 2010.

Trujillo-Provencio C.; Powers T. R.; Sultemeier D. R.; Serrano E. E. RNA isolation from *Xenopus* inner ear sensory endorgans for transcriptional profiling and molecular cloning. *Methods Mol Biol* 493: 3–20; 2009.

Varela-Ramírez A.; Trujillo-Provencio C.; Serrano E. E. Detection of transcripts for delayed rectifier potassium channels in the *X. laevis* inner ear. *Hear. Res* 119(1–2): 125–134; 1998.

Wyatt S. K.; Giorgio T. D. DNA delivery to cells in culture using cationic liposomes. In: Heiser W. C. (ed) Gene delivery to mammalian cells. Humana Press Inc., Totowa, pp 83–86; 2004.

Joint Claim Construction Brief

# EXHIBIT 48

Annu. Rev. Biophys. Biomol. Struct. 2000. 29:27–47
Copyright © 2000 by Annual Reviews. All rights reserved

# STRUCTURE AND FUNCTION OF LIPID-DNA COMPLEXES FOR GENE DELIVERY

S. Chesnoy and L. Huang
*Laboratory of Drug Targeting, Department of Pharmacology, University of Pittsburgh School of Medicine, Pittsburgh, Pennsylvania 15261; e-mail: Leafh+@pitt.edu, Chesnoy+@pitt.edu*

**Key Words** plasmid DNA, cationic lipid, transfection, X-ray diffraction, toxicity

■ **Abstract** Owing to the rapid development of in vivo applications for nonviral gene delivery vectors, it is necessary to have a better understanding of how the structure-activity relationships of these lipid-DNA complexes are affected by their environment. Indeed, research in gene therapy first focused on in vitro cell culture studies to determine the mechanisms involved in the delivery of DNA into the cell. New biophysical techniques such as electron microscopy and X-ray diffraction have been developed to discern the structure of the lipid-DNA complex. However, further studies have revealed discrepancies between optimal lipid-DNA formulations for in vitro transfection and for in vivo administration of these vectors. Furthermore, some immune stimulatory effects have been associated with in vivo lipid-DNA administration. This review summarizes the current state of knowledge on in vitro and in vivo lipid-DNA complex transfections. New prospects of vectors for in vivo gene transfer are also discussed.

CONTENTS

INTRODUCTION . . . . . 27
STRUCTURE AND PHYSICAL PROPERTIES OF CATIONIC LIPIDS . . . . . 28
  Hydrophobic Anchor . . . . . 28
  Linker . . . . . 30
  Head Group . . . . . 31
STRUCTURE OF THE LIPID-DNA COMPLEX . . . . . 33
FUNCTION OF THE LIPID-DNA COMPLEX . . . . . 38
  Interaction with Cells In Vitro . . . . . 38
  Interaction with Serum Components . . . . . 41
  Biodistribution and Toxicity . . . . . 42
FUTURE DIRECTIONS . . . . . 43

## INTRODUCTION

During the past 10 years, there has been keen interest in the design of novel nonviral systems for gene transfer. The first nonviral DNA vector developed was a

1056-8700/00/0610-0027$14.00 

complex of a cationic lipid and DNA (lipoplex). A cationic lipid can be used alone or with a helper lipid, usually neutrally charged. These nonviral vectors are very promising because they are easy to mass-produce and less immunogenic than the viral vectors. However, their level of gene transfer efficiency is not as high as that of viral vectors. Some very recent findings suggest that the low efficiency of these vectors could be related to a nonspecific immunogenic response (30, 62). Moreover, these vectors are unstable in the presence of serum, which creates difficulties for in vivo application. Tremendous effort has recently been devoted to solving this problem, including the continuous synthesis of new cationic lipids and the search for new formulations that have reduced interactions with serum proteins.

New techniques have been developed to better characterize these complexes, such as X-ray diffraction and electron microscopy. The most recent X-ray diffraction analyses have revealed very interesting structures in lipid-DNA complexes. Indeed, it appears that DNA and cationic lipids form very well-organized multilamellar structures (25, 41, 45). The structure of lipid-DNA complexes exposed to serum still remains to be elucidated.

The biological fate of lipid-DNA complexes inside the cell involves a complex mechanism comprising several steps: binding of DNA to the cell, escape of DNA into the cytoplasm, and entry of DNA into the nucleus. The role of cationic lipids in this process has been found to be very important, and some correlations have been established between the lipid-DNA structure and its transfection efficiency in vitro (22). However, it has been reported recently that in vitro studies are not predictive of in vivo studies, which emphasizes the importance of the biological environment in the structure-activity relationship of such complexes.

It is beyond the scope of this review to summarize all of the recent findings in lipidic gene delivery. Instead, this review is a general clarification of the structure and function of the lipid-DNA complex for in vitro and in vivo gene delivery.

## STRUCTURE AND PHYSICAL PROPERTIES OF CATIONIC LIPIDS

All cationic lipids are composed of three parts: a hydrophobic anchor, a linker, and a head group (Figure 1).

### Hydrophobic Anchor

Hydrophobic anchors represent the nonpolar hydrocarbon moieties of the cationic lipids and can be grouped into three categories—single-chain hydrocarbons, double-chain hydrocarbons, and cholesterol.

***Single-Chain Hydrocarbons*** Single-chain hydrocarbons are better known as surfactants because of their ability to form micelles in solution. Their use in




**Figure 1** Graphic example of a cationic lipid.

gene therapy has been very restricted because of their toxicity against the cells (37).

***Double-Chain Hydrocarbons*** Double-chain hydrocarbons represent the majority of cationic lipids synthesized so far (Figure 2). Oleoyl chain (C18:1) is the most frequently observed unsaturated acyl chain, whereas C14, C16, and C18 are the commonly observed saturated hydrocarbon chains. The importance of the



DOTAP (1,2-dioleoyloxypropyl)-N, N, N-trimethylammonium chloride



DDAB dimethyldioctadecylammonium bromide



DOTMA N-(2,3-dioleyloxypropyl)-N, N, N-trimethylammonium chloride

**Figure 2** Double-chain cationic lipids.




| | R |
|---|---|
| DOTMA | $CH_3$ |
| DORIE | $HO(CH_2)_2$ |
| DORIE-HP | $HO(CH_2)_3$ |
| DORIE-HB | $HO(CH_2)_4$ |
| DORIE-HPe | $HO(CH_2)_5$ |

**Figure 3** Double-chain cationic lipids synthesized by Felgner et al (12). DOTMA: 1,2-dioleyloxypropyl-3-trimethyl ammonium bromide; DORIE 1,2-dioleyloxypropyl-3-dimethyl-hydroxyethyl ammonium bromide; DORIE-HP: 1,2-dioleyloxypropyl-3-dimethyl-hydroxypropyl ammonium bromide; DORIE-HB: 1,2-dioleyloxypropyl-3-dimethyl-hydroxybutyl ammonium bromide; DORIE-HPe: 1,2-dioleyloxypropyl-3-dimethyl-hydroxypentyl ammonium bromide.

alkyl chain length in transfection activity in vitro was studied by Felgner et al (12), who varied the alkyl chain length in a homologous series of hydroxyethyl quaternary ammonium derivatives (Figure 3). They observed that the alkyl chain length can influence the transfection activity (C14:0 > C18:1 > C16:0 > C18:0). Usually, double-chain hydrocarbons are capable of forming liposomes by themselves, but they are often used with a helper phospholipid in cationic lipid transfection formulations.

***Cholesterol*** The hydroxyl at position 3 was used for derivatization (10, 54). Such compounds are usually mixed with double-chain amphiphiles to form stable cationic liposome formulations (Figure 4).

## Linker

The linker represents any chemical part between the hydrophobic anchor and the head group. The linker is important in ensuring optimal contact between the cationic head group and the negatively charged phosphates of the DNA. In cationic lipids containing double-chain hydrocarbons, a three-carbon skeleton of glycerol is used as the linker [e.g. *N*-(2,3-dioleoyloxypropyl)-*N*,*N*,*N*-trimethylammonium chloride (DOTMA); (1,2-dioleoyloxypropyl)-*N*,*N*,*N*-trimethylammonium chloride (DOTAP); etc]. For cholesterol derivatives, a spacer of ~3–6 atoms between the amino group and linker is optimal for activity (10). Furthermore, cholesterol




**Figure 4** Cholesterol derivatives. DC-chol: 3-$\beta$-[N-(N′, N′-dimethyl-ethane) carbamoyl] cholesterol.

derivatives containing nondegradable ether bonds are generally more toxic than those containing biodegradable linker bonds such as ester, amide, and carbamoyl bonds (10). Comparing the activities of DOTMA and DOTAP for in vivo gene transfer, Liu et al (31) concluded that stable ether bonds may be more beneficial than the less stable ester bonds.

## Head Group

The number of charges on the head group determines whether the cationic lipid will be monovalent or multivalent. In monovalent lipids, the head group consists of either tertiary or quaternary ammonium groups. Chemical modifications of the head group were evaluated by Felgner et al (12), who synthesized a series of 2,3-dialkyloxy quaternary ammonium compounds containing a hydroxyl moiety on the quaternary amine (Figure 3). Those compounds are more efficient in transfection compared with DOTMA, which lacks a hydroxyl group on the quaternary amine. It was suggested that the hydroxyl group could improve the compaction of DNA by several mechanisms. DNA can form hydrogen bonds with the lipid, and the hydroxyl group can enhance the membrane hydration. In their study, Felgner et al (12) varied the chain length of the hydroxyalkyl moiety, while keeping the remaining structure unchanged, and observed that the activity of lipid decreased with an increase in the hydroxyalkyl chain length. It was speculated that an increase in the number of carbon atoms in the hydroxyalkyl chain, providing more flexibility to the terminal hydroxyl group, could lead to an inefficient interaction with DNA, which is responsible for the less observed transfection activity. High levels of

Case 1:23-cv-00580-CFC Document 65-5 Filed 06/18/24 Page 213 of 464 PageID #: 7233



transfection were also obtained with -N-(3-aminopropyl)-N, N-dimethyl-2, 3-bis (dodecyloxy)-1-propanaminium (GAP-DLRIE) (56), which contains a primary amine appended to the quaternary ammonium group in the polar head region. This primary amine, protonated at physiological pH, increases the hydrophilic character of the lipid, which may result in optimal cationic lipid-DNA interaction and lipid-DNA packing.

To design lipids containing a head group well adapted for interactions with phosphate groups of DNA, Vigneron et al (54) synthesized divalent cationic cholesterol derivatives bis-guanidinium cholesterol (Figure 4), which are able to form hydrogen bonds with nucleic acid bases. These compounds are very efficient for transfection for a variety of mammalian cell lines.

Multivalent cationic lipids known as lipopolyamines or lipospermine were synthesized by Behr et al (2). Remy et al (42) tested a series of lipopolyamines by varying the number, nature, and location of charges on the head group. They found that increasing the charge on the molecule containing an identical backbone and spacer [lipids $(C_{18})_2GlySper^{3+}$, $(C_{18})_2GlyOrn^{2+}$, and $(C_{18})_2Gly^{+}$] increased the efficacy of transfection (Figure 5).

Most of the structure-function relationship studies performed on cationic lipids have been realized in vitro, but very few are done in vivo. Solodin et al (47), who studied imidazolinium compounds, reported that in vitro efficiency is not predictive of in vivo efficiency. Indeed, short, saturated alkyl chain length compounds were the most effective for in vitro transfection, whereas long, unsaturated alkyl chain length compounds were the most effective in vivo.




$(C_{18})_2$ GlySper$^{3+}$ (DOGS)




$(C_{18})_2$ GlyOrn$^{2+}$ $H_3^+$




$(C_{18})_2Gly^{+}$

**Figure 5** Double-chain multivalent lipids.

In another study, Balasubramaniam et al (1) reported that a cationic lipid containing a hydroxyethylammonium moiety in the polar head group improved in vivo gene delivery to the lung. In contrast, cationic lipids containing a trimethylammonium moiety in the polar head group, such as DOTAP, were less effective. In another study, Song et al (49) compared double-chain amphiphilic cationic lipid with cholesterol-based cationic lipid and observed a better activity of the cationic lipids with alkyl chains for in vivo lung cell transfection.

In summary, the definition of a good cationic lipid for in vitro experiments is not necessarily the same as that of a good cationic lipid for in vivo experiments. Furthermore, the development of systemic lipid-DNA complexes requires that the DNA be efficiently compacted and that particles are small enough to undergo extravasation into target tissues. From this point of view, multivalent cationic lipids are more likely to be the most efficient in compacting DNA. However, small particles have been obtained from new formulations involving monovalent cationic lipids and phospholipids (3, 19). Synthesis of efficient cationic lipids and improvement of current formulations should help define the ideal vector for in vivo administration.

## STRUCTURE OF THE LIPID-DNA COMPLEX

Characterization of the structure of the lipid-DNA complex is gaining more interest, based on the idea that a better understanding of the molecular assembly of DNA and cationic lipids should help to establish correlations with their biological activity. Indeed, the transfection efficiency of a given lipid-DNA complex highly depends on its structural and physicochemical properties.

Electron microscopy was the first technique to visualize the structure of a lipid-DNA complex. Sternberg et al (50) used freeze-fracture electron microscopy to study cationic liposomes composed of 3-$\beta$-[N-(N′,N′-dimethyl-ethane) carbamoyl] cholesterol (DC-chol) and dioleoylphosphatidylethanolamine (DOPE) mixed with plasmid DNA, and they observed several different kinds of structures, depending on incubation time of the complex and DNA concentration. At low lipid-DNA ratios and after short incubation times, semifused liposomes were observed. When the lipid-DNA ratio was increased and the incubation time prolonged, DNA appeared to be covered by a single bilayer of lipids connected to the liposomes, forming "spaghetti and meatball structures." Tubular spaghetti-like structures and spherical meatball-like aggregates were also observed for DOTMA liposome-DNA complexes. A similar study performed by Gustafsson et al (16) by cryotransmission electron microscopy on cationic liposomes composed of DOTAP or dimethyldioctadecylammonium (DDAB) and DOPE mixed with plasmid DNA revealed entrapment of DNA into aggregated multilamellar structures at low lipid-DNA ratios. When the amount of DNA was increased, free plasmid DNA was found to be associated on the surface of the complexes. In another study, Smyth Templeton et al (46) observed, through cryotransmission




**Figure 6** Cryoelectron micrographs of liposomes and DNA-liposome complexes. DOTAP-cholesterol liposomes (5 mM) were mixed with 150 μg of DNA [reprinted with permission from Smyth Templeton N, Lasic DD, Frederik PM, Strey HH, Roberts DD, et al. 1997. Improved DNA:liposome complexes for increased systemic delivery and gene expression. *Nat. Biotechnol.* 15:647 (46)].

electron microscopy, a unique feature of the liposome-DNA complex in which DNA was internalized within liposomes composed of DOTAP and cholesterol (Figure 6).

Recent cryotransmission electron microscopy studies performed in collaboration with P Frederik (University of Limburg, Maastricht, the Netherlands) on liposome-protamine-DNA complex (lipopolyplex) revealed double-ring structures, suggesting that the protamine-DNA condensed core is surrounded by a lipid bilayer (Figure 7).

Visualization of DNA incorporated into emulsion was also studied by freeze-fracture electron microscopy, and it seems that the DNA is condensed in the oil droplets (Figure 8) by means of formation of a hydrophobic complex between the DNA and cationic lipids (17).

Recently the use of synchrotron radiation combined with optical microscopy has given new insights into the structure of the lipid-DNA complex. Small-angle X-ray




**Figure 7** Cryoelectron micrographs of liposome-protamine-DNA complex from Song Li (Lab of Drug Targeting, University of Pittsburgh, unpublished results).

scattering experiments carried out by Radler et al (41) on liposomes composed of dioleoylphosphatidylcholine (DOPC) and DOTAP (1:1) mixed with plasmid DNA revealed that liposomes and DNA are rearranged in a multilamellar structure, with DNA intercalated between the bilayers (Figure 9). The interlayer spacing is in the range of 65.1 ± 2 Å and represents the lipid membrane thickness plus one monolayer of B-DNA (diameter ~20 Å), including a hydration shell. These authors demonstrated that the DNA interhelical spacing varied as a function of the total lipid-DNA ratio for isoelectric complexes, in which the number of cationic lipids equals the number of phosphate groups on the DNA. Their results showed that the interaxial distance between two helixes of DNA in the multilayers increased with lipid dilution, from being essentially closely packed at 24.5 Å to being significantly diluted at 57.1 Å. The intercalation of DNA between lipid bilayers can be explained as replacement of DNA counterions by cationic lipid. In the absence of DNA, lipidic membranes formed by the mixture of DOPC and DOTAP exhibit strong long-range interlayer electrostatic repulsions. DNA interacting with the cationic lipids effectively screens the electrostatic interactions between the lipid bilayers, resulting in the appearance of the condensed multilayers with intercalated




**Figure 8** Freeze-fracture electron microscopy of hydrophobized DNA incorporated into an emulsion, from Sophie Chesnoy (Lab of Drug Targeting, University of Pittsburgh, unpublished results). *Left*: Freeze fracture electron microscopy of hydrophobized DNA incorporated into an emulsion. *Right*: Schematic representation of DNA coated by cationic lipids in an oil droplet. The oil droplet incorporating the DNA is coated by phospholipids to form the emulsion.




**Figure 9** Condensed multilamellar lipids incorporating DNA and hexagonal arrangement of lipids with DNA [reprinted (abstracted/excerpted) with permission from Koltover I, Salditt T, Radler JO, Safinya CR. 1998. An inverted hexagonal phase of cationic liposome-DNA complexes related to DNA release and delivery. *Science* 281:78] Copyright © 1998 Am. Assoc. Advance. Sci. $L_\alpha^C$: lamellar phase; $H_{II}^C$: columnar inverted hexagonal phase; a: unit cell spacing; $\delta_m$: bilayer thickness; $\delta_w$: water gap; $d_{DNA}$: interaxial DNA-DNA spacing.

planar DNA rod lattices. The same conclusions were reached by Lasic et al (25), who investigated the structure of dioctadecylammonium bromide/Chol-DNA complexes.

A completely different structure was found when Koltover et al replaced DOPC in DOPC/DOTAP liposomes by DOPE (22). These authors demonstrated that, when the weight fraction of DOPE/(DOPE + DOTAP) is between 0.7 and 0.85, the internal structure of the complex undergoes a structural transition from a lamellar gel-condensed phase to a 2-dimensional columnar, inverted hexagonal structure (Figure 9). In this structure, the lipids are arranged in a hexagonal phase II structure in excess water with the water space inside the lipid micelle filled with DNA.

Formation of a lipid DNA lamellar or inverted hexagonal phase depends on the shape of the lipid molecule. For example, a mixture of DOPC and DOTAP forms lamellar structures characterized by zero natural curvature. Replacement of

DOPC by DOPE gives rise to an inverted hexagonal phase because of the intrinsic conelike shape of DOPE.

For multivalent cationic lipids, lamellar and micellar conformations of lipid-DNA complex have been reported recently (4, 38, 39, 63).

In conclusion, it seems that the formation of a condensed lamellar gel phase is the main structural feature reported at this time on mixtures of monovalent and multivalent cationic lipids with DNA. However, when the cationic lipid is mixed with a helper lipid, other structures can be formed upon mixing with DNA, which are dependent primarily on the intrinsic shape of the helper lipid.

## FUNCTION OF THE LIPID-DNA COMPLEX

### Interaction with Cells In Vitro

Interaction of a lipid-DNA complex with cells can be divided into three steps: binding and internalization of DNA by the cells, escape of DNA into the cytoplasm, and entry of DNA into the nucleus.

***Binding of DNA to the Cell*** The cell membrane is negatively charged owing to its high content of glycoproteins and glycolipids containing negatively charged sialic acid residues that can display, depending on the function of the cell, various types of receptors and antigens. As a direct consequence of the general structure of the cell membrane, the mechanism by which a lipid-DNA complex interacts with the cell will depend primarily on the presence of a specific ligand as well as the overall charge content of the vector.

In the absence of a targeting ligand, the driving force for the binding of the lipid-DNA complex to the cell membrane is electrostatic. Heparansulfate proteoglycan molecules may be involved in the capture of a lipid-DNA complex, especially in vivo (35). The main differences in binding efficiency between various lipid-DNA systems are most likely related to their physical properties, such as size, stability, and charge density.

The charge ratio between cationic lipids and DNA is an important parameter for transfection efficiency. A lipid-DNA complex with a high charge ratio (+/−), in which the number of positive charges is in excess, is more efficient in vitro than a lipid-DNA complex with a charge ratio near neutrality.

In a recent study, Ross & Hui (44) found that lipid-DNA size is a major determinant of in vitro transfection efficiency. They showed that the size of positively charged lipid-DNA complexes incubated in the presence of a polyanionic medium was significantly increased and resulted in a higher transfection efficiency in CHO cells.

Several electron microscopic studies (24, 66) of lipid-DNA complex-to-cell interactions have clearly shown that the internalization of the lipid-DNA complex occurs mainly through endocytosis. However, there is a size limit for particles

to be taken up by the cells through endocytosis. To explain why even large lipid-DNA complexes can be taken up by cells in vitro through endocytosis, Ross & Hui (44) proposed that small lipoplexes incubated in a polyanionic medium enlarged and formed granules on the surface of the cells. The granules then entered cells by membrane-directed movement. Zabner et al (64) and Van der Woude et al (53) also showed that the duration of incubation is an important parameter; they observed that more lipid-DNA complexes were taken up by an endocytic process as incubation time increased. In another study, Hui et al (21) compared the effects of phosphatidylethanolamine and phosphatidylcholine as helper lipids for gene transfer in vitro. They obtained higher transfection efficiencies with phosphatidylcholine than with phosphatidylethanolamine and attributed this effect to the fact that phosphatidylcholine-containing complexes form granules very slowly in transfection medium compared with phosphatidylethanolamine-containing complexes.

So it can be concluded that an optimal lipid-DNA formulation will be determined both by a critical ratio between cationic lipid and DNA and by the structure of the helper lipid, to provide a maximal complex-cell interaction with no toxicity.

***Escape of DNA into the Cytoplasm*** For the gene to be expressed, DNA has to be dissociated from lipids. Using microinjection, Zabner et al (64) clearly demonstrated that DNA cannot be expressed when complexed with lipids.

Zhou & Huang (66) and Friend et al (13) studied the intracellular processing of cationic lipid-DNA complexes by electron microscopy and observed that DNA is released into the cytoplasm from an early endosomal compartment, possibly by disruption of the endosomal membrane. In another study, Wattiaux et al (55) investigated, in vitro, how the endosomal membrane could be affected by cationic lipids (DOTAP). They concluded that destabilization of an endosomal membrane depends on interaction between cationic lipids and anionic molecules present in the membrane. According to Xu & Szoka (59), destabilization could be explained by a flip-flop of anionic lipids from the cytoplasmic facing monolayer of the endosomal membrane and subsequent formation of charge-neutral ion pairs with cationic lipids. Depending on the structure of the hydrophobic part of the cationic lipid, differences in the frequency of endosomal membrane disruption will occur. For example, El Ouahabi et al (9) and Balasubramaniam et al (1) observed that lipids with short alkyl chains may be more efficient in interlipid mixing than longer-chain analogs.

To facilitate disruption of the endosomal membrane, fusogenic lipid molecules such as phosphatidylethanolamine are often used as helper lipids (10, 12, 27, 64). A surprising observation is that this fusion process requires the endocytic pathway to occur and does not seem to occur directly at the plasma membrane (58). Indeed these authors demonstrated that binding to the cell surface is insufficient for lipid-DNA fusion. Furthermore, Farhood et al (10) and Legendre & Szoka (27) demonstrated that the lysosomotropic agent chloroquine inhibited the activity

of the cationic liposome containing DOPE. However, as mentioned above, the binding to cell surface for phosphatidylethanolamine-containing complexes could be relatively inefficient owing to their rapid aggregation upon incubation in the transfection medium (21). Thus, although the endocytic pathway remains the primary mechanism for DNA transfer inside cells, spontaneous fusion between cationic liposome and plasma membrane cannot be ruled out (9).

***Entry of DNA into the Nucleus*** Entry of DNA into the nucleus after its release into the cytosol is necessary for gene expression. The precise mechanism of the nuclear delivery of the lipid-DNA complex is unknown but is believed to be an inefficient process. The aqueous channels of the nuclear pore complex allow the free diffusion of small macromolecules ($\leq$70 kDa), but the transport of larger macromolecules requires an active process (8). Remy et al (43) formulated a virus-like particle containing lipospermine as the cationic lipid and a lipid bearing a head group of nuclear localizing signal peptide, but they did not notice any improvement in transfection. Zabner et al (64) showed that intact lipid-DNA complex microinjected into the cytoplasm of *Xenopus* oocytes has little transfection activity. Thus it can be concluded that DNA has to be freed from lipids to enter the nucleus. Even so, the efficiency of entry is very low. Another drawback to the nuclear transport of plasmid DNA is its instability in the cytoplasm. Lechardeur et al (26) demonstrated that the half-life of naked plasmid DNA after direct injection is very short (1–2 h) and could be attributed to the action of cytosolic nucleases. However, Zanta et al (65) reported that a single nuclear-localization signal peptide linked to one end of a gene is sufficient to promote up to 1000-fold–higher transfection levels compared with naked plasmid DNA lacking the single nuclear-localization signal peptide.

Several studies (11, 34) reported that a correlation exists between mitotic activity and transfection by the cationic lipid-DNA complex. The exact mechanism by which cell proliferation results in gene transfer increase has not been elucidated, yet the breakdown of the nuclear membrane during mitosis could facilitate entry of plasmid DNA into the nucleus.

To overcome the inefficient nuclear transport of plasmid DNA, a cytoplasmic expression system was developed by using a reporter gene driven by a bacteriophage T7 promoter (6, 14). Expression of this gene is dependent on codelivery of T7 RNA polymerase, which remains largely in the cytoplasm owing to the absence of a nuclear localizing signal. Rapid and transient expression of a CAT reporter gene, pT7*cat*, has been reported when codelivered with T7 RNA polymerase and a T7 RNA polymerase regeneration system (15). Recently Brisson et al (5) developed a new T7 RNA polymerase autogene for cytoplasmic expression, which induces a higher and more sustained level of reporter gene expression. This new autogene consists of the T7 RNA polymerase gene driven by both cytomegalovirus and T7 promoters. The cytomegalovirus promoter is used to drive the first round of synthesis of T7 RNA polymerase. The endogenous T7 RNA polymerase produced

from the cytomegalovirus promoter could then act on the T7 promoter of the new autogene in an autocatalytic fashion.

## Interaction with Serum Components

In comparison with viral vectors, a major problem of cationic liposomes is their relatively low transfection efficiency. One of the reasons for this drawback is that the transfection efficiency is strongly inhibited by the presence of serum. This shortcoming limits the application of a cationic liposome for systematic gene delivery in vivo.

Several studies have been carried out to determine how the physicochemical properties of cationic liposome-DNA complexes can be affected in the presence of serum. Yang & Huang (61) investigated the role of the charge ratio of DC-chol liposome to DNA in inhibition of transfection by serum. They found that the inhibitory effect of serum can be overcome by increasing the charge ratio of cationic liposome to DNA. One possible explanation is that, for a higher charge ratio, the neutralizing effect of serum is saturated by excess lipids, allowing some cationic liposome-DNA complexes to bind to the cell surface. In another study, the same authors reported that serum sensitivity of the cationic liposome-DNA complex can also be overcome by prolonging the incubation time of the complex (60). In this study, a DNA–DC-chol liposome complex was incubated for different lengths of time after mixing liposome with DNA. At the end, fetal bovine serum was added to the complex immediately before this mixture was added to murine melanoma BL6 cells. The results showed that, as the incubation time increased, the sensitivity to serum decreased, which indicates that the lipid-DNA complex had undergone a maturation process resulting in a total resistance to serum.

Usually, DOPE is used as a helper lipid in the composition of cationic liposome. Crook et al (7) included cholesterol with DOTAP liposomes instead of DOPE and obtained significant levels of in vitro transfection in serum concentrations of ≤80%. These authors suggested that the inclusion of cholesterol in the membrane could create a highly ordered crystalline state, which would increase the stability of lipid-DNA complexes when exposed to serum. Smyth Templeton et al (46) and Liu et al (31) reported good protection and effective delivery to tissue of DNA mixed with DOTAP:cholesterol liposome, after systemic administration into mice.

In a more recent study by Li et al (29), a correlation between the rate of disintegration of lipidic vectors exposed to serum and their in vivo transfection efficiency in the lung was established. Vectors containing DOPE as a helper lipid were characterized by a rapid rate of disintegration, resulting in poor retention of these vectors in the lung and poor transfection efficiency. In contrast, cholesterol-containing vectors had a slower disintegration rate and were highly efficient in transfecting lung cells in vivo.

To increase the stabilization of cationic liposome-DNA complexes in vivo, Hong et al (20) included a small amount of polyethylene glycol phospholipid conjugate in their cationic liposome-DNA complexes to prevent their aggregation upon contact with serum.

In summary, DNA in complex with cationic liposomes has a strong tendency to form large aggregates over time and is unstable when in contact with serum. By changing the helper lipid in the composition of liposomes, increased serum stability of the vectors is obtained.

## Biodistribution and Toxicity

In all of the reported studies on intravenous administration of lipid-DNA and lipid-protamine-DNA complexes, gene expression appeared in all major organs, including heart, lung, liver, spleen, and kidney (28, 32, 33, 46, 48, 52). The lung is always the organ with the highest level of gene expression, and endothelial cells are the major cell type transfected. Intravenous administration of DNA incorporated in emulsion showed that the liver was the organ with the highest level of gene expression (17). However, only transient expression occurred, and repeated injections of cationic liposome-DNA complexes were ineffective at frequent intervals. In a very recent study, Li et al (30) suggested that inactivation in lung endothelial cells might be caused by a nonspecific immune response. Substantial amounts of interferon $\gamma$ and tumor necrosis factor $\alpha$ were induced after intravenous injection of liposome-protamine-DNA complexes, but methylation of plasmid DNA significantly decreased the level of cytokine production. Interferon $\gamma$ and tumor necrosis factor $\alpha$ have been reported as potential inhibitors of gene expression (40). In a recent review, Krieg (23) explained that most microbial-plasmid DNAs, owing to their high content of unmethylated "CpG motifs," are responsible for triggering rapid activation of B cells, monocytes, macrophages, dendritic cells, and natural killer cells. A specific sequence motif has been identified as highly stimulatory (GACGTT). In another study based on cationic lipid-DNA complexes, Yew et al (62) have shown that the CpG motifs induce immune response in a dose-dependent manner. In our laboratory, oligodeoxynucleotides were used to further elucidate the inhibitory role of CpG in lipid-mediated intravenous gene delivery (51). It has been reported that cytokine production is mainly mediated by unmethylated CpG sequences present in the oligodeoxynucleotides. Interestingly, reversal of CG to GC almost completely abolished the immunostimulatory effect. Furthermore, it appeared from this study that the nucleotides flanking CpG are very important in the induction of the immune stimulatory effect. Finally, the degree of immune stimulation was correlated with the degree of inhibition of transgene expression in the lung.

Considerable effort has been spent in reducing the cytokine production after in vivo administration of lipid-DNA complexes. The reduction of CpG-stimulatory motifs in bacterial DNA is one possible way to inhibit cytokine secretion (30, 62).

Another possible approach is the introduction of CpG-neutralizing sequences (23). The use of immunosuppressive drugs can help to improve transgene expression (51).

## FUTURE DIRECTIONS

A promising area of research is the design of targeted lipid-DNA complexes. It is clear that the physicochemical properties of lipid-DNA complexes are very important in the design of the ideal lipidic vector. The requirements for such an ideal vector can be summarized as follows. The particles should be small enough to be taken up by organs and surface protected by polyethylene glycol, to avoid protein interaction in the serum and thus extend their circulation lifetime into the blood. Furthermore, the addition of a targeting ligand is necessary to allow specific recognition by target cells. The DNA should be condensed and protected from nuclease degradation. Finally, DNA should be sufficiently inert to the immune cells to avoid a high level of cytokine production.

Recently several new methods were used to form small and stable lipid-DNA particles. Small and negatively charged particles were obtained by Blessing et al (3), but, because of their negative charge content and their lack of a targeting ligand, these particles are not active in transfection. In another study, Wheeler et al (57) described a detergent dialysis method to form small lipid-DNA particles coated by polyethylene glycol. These particles showed variable degrees of in vitro transfection efficiency depending on the acyl chain length of the polyethylene glycol-conjugated lipid.

Besides the use of cationic lipid, polycations are extensively studied for in vitro and in vivo gene transfer. Several studies have already reported transfer and gene expression via the strategy of receptor-mediated gene transfer (18, 36), using a polycation-DNA complex, but no efficient transfection in vivo has been reported at this time with targeted lipid-DNA complexes.

## ACKNOWLEDGMENTS

We would like to thank *Nature Biotechnology* and Nancy Smyth Templeton for their permission to print the photograph showing cryoelectron micrographs of liposomes and DNA-liposome complexes. We would also like to thank *Science* and Cyrus Safinya for their permission to print the schematic representation of lamellar and hexagonal phases of lipid-DNA complexes.

The work of this laboratory is supported by the following grants: Targeted Genetics Corporation, NIH 1R001DK54225-01, NIH R01 CA 74918-01A2, NIH P01 DK44935-06A1, NIH AR 45925-01, Muscular Dystrophy of America, NIH CA 64654-05A1.

**Visit the Annual Reviews home page at www.AnnualReviews.org**

LITERATURE CITED


1. Balasubramaniam RP, Bennett MJ, Aberle AM, Malone JG, Nantz MH, et al. 1996. Structural and functional analysis of cationic transfection lipids: the hydrophobic domain. *Gene Ther.* 3:163
2. Behr JP, Demeneix B, Loeffler JP, Mutul JP. 1989. Efficient gene transfer into mammalian primary endocrine cells with lipopolyamine-coated DNA. *Proc. Natl. Acad. Sci. USA* 86:6982
3. Blessing T, Remy JS, Behr JP. 1998. Monomolecular collapse of plasmid DNA into stable virus-like particles. *Proc. Natl. Acad. Sci. USA* 95:1427
4. Boukhnikachvili T, Aguerre-Chariol O, Airiau M, Lesieur S, Ollivon M, et al. 1997. Structure of in-serum transfecting DNA-cationic lipid complexes. *FEBS Lett.* 409:188
5. Brisson M, He Y, Li S, Yang JP, Huang L. 1999. A novel T7 RNA polymerase autogene for efficient cytoplasmic expression of target genes. *Gene Ther.* 6:263
6. Chen X, Li Y, Xiong K, Kie Y, Aizicovici S, et al. 1995. A nonviral cytoplasmic gene expression system and its implications in cancer gene therapy. *Cancer Gene Ther.* 2: 281
7. Crook K, Stevenson BJ, Dubouchet M, Porteous DJ. 1998. Inclusion of cholesterol in DOTAP transfection complexes increases the delivery of DNA to cells in vitro in the presence of serum. *Gene Ther.* 5: 137
8. Dowty ME, Williams P, Zhang G, Hagstrom J, Wolff JA. 1995. Plasmid DNA entry into postmitotic nuclei of primary rat myotubes. *Proc. Natl. Acad. Sci. USA* 92:4572
9. El Ouahabi A, Thiry M, Pector V, Fuks R, Ruysschaert JM, et al. 1997. The role of endosome destabilizing activity in the gene transfer process mediated by cationic lipids. *FEBS Lett.* 414:187
10. Farhood H, Serbina N, Huang L. 1995. The role of dioleoyl phosphatidylethanolamine in cationic liposome mediated gene transfer. *Biochim. Biophys. Acta* 1235:289
11. Fasbender A, Zabner J, Zeiher BG, Welsh MJ. 1997. A low rate of cell proliferation and reduced DNA uptake limit cationic lipid-mediated gene transfer to primary cultures of ciliated human airway epithelia. *Gene Ther.* 4:1173
12. Felgner JH, Kumar R, Sridhar CN, Wheeler CJ, Tsai YJ, et al. 1994. Enhanced gene delivery and mechanism studies with a novel series of cationic lipid formulations. *J. Biol. Chem.* 269:2550
13. Friend DS, Papahadjopoulos D, Debs RJ. 1996. Endocytosis and intracellular processing accompanying transfection mediated by cationic liposomes. *Biochim. Biophys. Acta* 1278:41
14. Gao X, Huang L. 1993. Cytoplasmic expression of a reporter gene by co-delivery of T7 RNA polymerase and T7 promoter sequence with cationic liposomes. *Nucleic Acids Res.* 68:2867
15. Gao X, Jaffurs D, Robbins PD, Huang L. 1994. A sustained, cytoplasmic transgene expression system delivered by cationic liposomes. *Biochem. Biophys. Res. Commun.* 200:1201
16. Gustafsson J, Arvidson G, Karlsson G, Almgren M. 1995. Complexes between cationic liposomes and DNA visualized by cryo-TEM. *Biochim. Biophys. Acta* 1235:305
17. Hara T, Tan Y, Huang L. 1997. In vivo gene delivery to the liver using reconstituted chylomicron remnants as a novel nonviral vector. *Proc. Natl. Acad. Sci. USA* 94:14547
18. Hisayasu S, Miyauchi M, Akiyama K, Gotoh T, Satoh S, et al. 1999. In vivo targeted gene transfer into liver cells

mediated by a novel galactosyl-D-lysine/D-serine copolymer. *Gene Ther.* 6:689
19. Hofland HEJ, Shepard L, Sullivan SM. 1996. Formation of stable cationic lipid/DNA complexes for gene transfer. *Proc. Natl. Acad. Sci. USA* 93:7305
20. Hong K, Zheng W, Baker A, Papahadjopoulos D. 1997. Stabilization of cationic liposome-plasmid DNA complexes by polyamines and poly(ethylene glycol)-phospholipid conjugates for efficient in vivo gene delivery. *FEBS Lett.* 400:233
21. Hui SW, Langner M, Zhao YL, Ross P, Hurley E, et al. 1996. The role of helper lipids in cationic liposome-mediated gene transfer. *Biophys. J.* 71:590
22. Koltover I, Salditt T, Radler JO, Safinya CR. 1998. An inverted hexagonal phase of cationic liposome-DNA complexes related to DNA release and delivery. *Science* 281:78
23. Krieg AM. 1999. Direct immunologic activities of CpG DNA and implications for gene therapy. *J. Gene Med.* 1:56
24. Labat-Moleur F, Steffan AM, Brisson C, Perron H, Feugeas O, et al. 1996. An electron microscopy study into the mechanism of gene transfer with lipopolyamines. *Gene Ther.* 3:1010
25. Lasic DD, Strey H, Stuart MCA, Podgornik R, Frederik PM. 1997. The structure of DNA-liposome complexes. *J. Am. Chem. Soc.* 119:832
26. Lechardeur D, Sohn KJ, Haardt M, Joshi PB, Monck M, et al. 1999. Metabolic instability of plasmid DNA in the cytosol: a potential barrier to gene transfer. *Gene Ther.* 6:482
27. Legendre JY, Szoka FC Jr. 1992. Delivery of plasmid DNA into mammalian cell lines using pH-sensitive liposomes: comparison with cationic liposomes. *Pharm. Res.* 9 (10):1235
28. Li S, Rizzo MA, Bhattacharya S, Huang L. 1998. Characterization of cationic lipid-protamine-DNA (LPD) complexes for intravenous gene delivery. *Gene Ther.* 5:930
29. Li S, Tseng WC, Beer Stolz D, Wu SP, Watkins SC, et al. 1999. Dynamic changes in the characteristics of cationic lipidic vectors after exposure to mouse serum: implications for intravenous lipofection. *Gene Ther.* 6:585
30. Li S, Wu SP, Whitmore M, Loeffert EJ, Wang L, et al. 1999. Effect of immune response on gene transfer to the lung via systemic administration of cationic lipidic vectors. *Am. J. Physiol.* 276:L796
31. Liu F, Qi H, Huang L, Liu D. 1997. Factors controlling the efficiency of cationic lipid-mediated transfection in vivo via intravenous administration. *Gene Ther.* 4:517
32. Liu Y, Mounkes LC, Liggitt HD, Brown CS, Solodin I, et al. 1997. Factors influencing the efficiency of cationic liposome-mediated intravenous gene delivery. *Nat. Biotechnol.* 15:167
33. Mahato RI, Anwer K, Tagliaferri F, Meaney C, Leonard P, et al. 1998. Biodistribution and gene expression of lipid/plasmid complexes after systemic administration. *Hum. Gene Ther.* 9:2083
34. Mortimer I, Tam P, MacLachlan I, Graham RW, Saravolac EG, et al. 1999. Cationic lipid-mediated transfection of cells in culture requires mitotic activity. *Gene Ther.* 6:403
35. Mounkes LC, Zhong W, Cipres-Palacin G, Heath TD, Debs RJ. 1998. Proteoglycans mediate cationic liposome-DNA complex-based gene delivery in vitro and in vivo. *J. Biol. Chem.* 40:26164
36. Ogris M, Brunner S, Schuller S, Kircheis R, Wagner E. 1999. Pegylated DNA/transferrin-PEI complexes: reduced interaction with blood components, extended circulation in blood and potential for systemic gene delivery. *Gene Ther.* 6:595
37. Pinnaduwage P, Schmitt L, Huang L. 1989. Use of quaternary ammonium detergent in liposome mediated DNA transfection of mouse L-cells. *Biochim. Biophys. Acta* 985:33

38. Pitard B, Aguerre O, Airiau M, Lachages AM, Boukhnikachvili T, et al. 1997. Virus-sized self-assembling lamellar complexes between plasmid DNA and cationic micelles promote gene transfer. *Proc. Natl. Acad. Sci. USA* 94:14412
39. Pitard B, Oudrhiri N, Vigneron JP, Hauchecorne M, Aguerre O. 1999. Structural characteristics of supramolecular assemblies formed by guanidinium-cholesterol reagents for gene transfection. *Proc. Natl. Acad. Sci. USA* 96:2621
40. Qin L, Ding Y, Pahud DR, Chang E, Imperiale MJ, et al. 1997. Promoter attenuation in gene therapy: interferon-gamma and tumor necrosis factor-alpha inhibit transgene expression. *Hum. Gene Ther.* 8:2019
41. Radler JO, Koltover I, Salditt T, Safinya CR. 1997. Structure of DNA-cationic liposome complexes: DNA intercalation in multilamellar membranes in distinct interhelical packing regimes. *Science* 275:810
42. Remy JS, Sirlin C, Vierling P, Behr JP. 1994. Gene transfer with a series of lipophilic DNA-binding molecules. *Bioconjugate Chem.* 5:647
43. Remy JS, Kichler A, Mordvinov V, Schuber F, Behr JP. 1995. Targeted gene transfer into hepatoma cells with lipopolyamine-condensed DNA particles presenting galactose ligands: a stage toward artificial viruses. *Proc. Natl. Acad. Sci. USA* 92:1744
44. Ross PC, Hui SW. 1999. Lipoplex size is a major determinant of in vitro lipofection efficiency. *Gene Ther.* 6:651
45. Salditt T, Koltover I, Radler JO, Safinya CR. Two-dimensional smectic ordering of linear DNA chains in self-assembled DNA-cationic liposome mixtures. *Phys. Rev. Lett.* 79:2582
46. Smyth Templeton N, Lasic DD, Frederik PM, Strey HH, Roberts DD, et al. 1997. Improved DNA:liposome complexes for increased systemic delivery and gene expression. *Nat. Biotechnol.* 15:647
47. Solodin I, Brown CS, Bruno MS, Chow CY, Jang EH, et al. 1995. A novel series of amphiphilic imidazolinium compounds for in vitro and in vivo gene delivery. *Biochemistry* 34:13537
48. Song Y, Liu F, Chu SY, Liu DX. 1997. Characterization of cationic liposome-mediated gene transfer in vivo by intravenous administration. *Hum. Gene Ther.* 8:1585
49. Song YK, Liu F, Liu D. 1998. Enhanced gene expression in mouse lung by prolonging the retention time of intravenously injected plasmid DNA. *Gene Ther.* 5:1531
50. Sternberg B, Sorgi FL, Huang L. 1994. New structures in complex formation between DNA and cationic liposomes visualized by freeze-fracture electron microscopy. *FEBS Lett.* 356:361
51. Tan Y, Li S, Pitt BR, Huang L. 1999. The inhibitory role of CpG immunostimulatory motifs in cationic lipid vector-mediated transgene expression in vivo. *Gene Ther.* In press
52. Thierry AR, Rabinovich P, Peng B, Mahan LC, Bryant JL, et al. 1997. Characterization of liposome-mediated gene delivery: expression, stability and pharmacokinetics of plasmid DNA. *Gene Ther.* 4:226
53. Van der Woude I, Willy Visser H, Ter Beest MBA, Wagenaar A, Ruiters MHJ, et al. 1995. Parameters influencing the introduction of plasmid DNA into cells by the use of synthetic amphiphiles as a carrier system. *Biochim. Biophys. Acta* 1240:34
54. Vigneron JP, Oudrhiri N, Fauquet M, Vergely L, Bradley JC, et al. 1996. Guanidinium-cholesterol cationic lipids: efficient vectors for the transfection of eukaryotic cells. *Proc. Natl. Acad. Sci. USA* 93:9682
55. Wattiaux R, Jadot M, Warnier-Pirotte MT, Wattiaux-De Coninck S. 1997. Cationic lipids destabilize lysosomal membrane in vitro. *FEBS Lett.* 417:199
56. Wheeler CJ, Felgner PL, Tsai YJ, Marshall J, Sukhu L, et al. 1996. A novel cationic lipid greatly enhances plasmid DNA

delivery and expression in mouse lung. *Proc. Natl. Acad. Sci. USA* 93:11454
57. Wheeler JJ, Palmer L, Ossanlou M, MacLachlan I, Graham RW, et al. 1999. Stabilized plasmid-lipid particles: construction and characterization. *Gene Ther.* 6:271
58. Wrobel I, Collins D. 1995. Fusion of cationic liposomes with mammalian cells occurs after endocytosis. *Biochim. Biophys. Acta* 1235:296
59. Xu Y, Szoka FC. 1996. Mechanism of DNA release from cationic liposome/DNA complexes used in cell transfection. *Biochemistry* 35:5616
60. Yang JP, Huang L. 1998. Time-dependent maturation of cationic liposome-DNA complex for serum resistance. *Gene Ther.* 5:380
61. Yang JP, Huang L. 1997. Overcoming the inhibitory effect of serum on lipofection by increasing the charge ratio of cationic liposome to DNA. *Gene Ther.* 4:950
62. Yew NS, Wang KX, Przybylska M, Bagley RG, Stedman M. 1999. Contribution of plasmid DNA to inflammation in the lung after administration of cationic lipid:DNA complexes. *Hum. Gene Ther.* 10:223
63. Yoshikawa Y, Emi N, Kanbe T, Yoshikawa K, Saito H. 1996. Folding and aggregation of DNA chains induced by complexation with lipospermine: formation of a nucleosome-like structure and network assembly. *FEBS Lett.* 396:71
64. Zabner J, Fasbender AJ, Moninger T, Poellinger KA, Welsh MJ. 1995. Cellular and molecular barriers to gene transfer by a cationic lipid. *J. Biol. Chem.* 270:18997
65. Zanta MA, Belguise-Valladier P, Behr JP. 1999. Gene delivery: a single nuclear localization signal peptide is sufficient to carry DNA to the cell nucleus. *Proc. Natl. Acad. Sci. USA* 96:91
66. Zhou X, Huang L. 1994. DNA transfection mediated by cationic liposomes containing lipopolylysine: characterization and mechanism of action. *Biochim. Biophys. Acta* 1189:195
67. Zhu N, Liggitt D, Liu Y, Debs R. 1993. Systemic gene expression after intravenous delivery DNA delivery into adult mice. *Science* 261:209

# Joint Claim Construction Brief

# EXHIBIT 49

Angewandte Chemie International Edition

siRNA Delivery

DOI: 10.1002/anie.201203263

# Maximizing the Potency of siRNA Lipid Nanoparticles for Hepatic Gene Silencing In Vivo**

*Muthusamy Jayaraman,* Steven M. Ansell, Barbara L. Mui, Ying K. Tam, Jianxin Chen, Xinyao Du, David Butler, Laxman Eltepu, Shigeo Matsuda, Jayaprakash K. Narayanannair, Kallanthottathil G. Rajeev, Ismail M. Hafez, Akin Akinc, Martin A. Maier, Mark A. Tracy, Pieter R. Cullis, Thomas D. Madden, Muthiah Manoharan, and Michael J. Hope**

RNA interference (RNAi) is a ubiquitous and highly effective biological mechanism to control gene expression. Over the last few years it has been established that synthetic double-stranded, small interfering RNA (siRNA) molecules can be applied as therapeutics that potently harness RNAi in humans and animal models, by demonstrating silencing of target mRNA transcripts in rodents and non-human primates (NHP).[1] Because of their high molecular weight and polyanionic nature, synthetic siRNAs fail to cross biological membranes by passive diffusion and therefore, generally require transmembrane drug delivery technologies to access the cytoplasm of target cells.[2,3] Once in the cytoplasm, however, siRNAs readily load into the RNA-induced silencing complex (RISC) and direct sequence-specific cleavage of target mRNA. The resulting reduction in expression of protein, for example, can be profound and durable, lasting several weeks after administration of a single dose.[4] This new class of therapeutics, with its unique mechanism of action and ability to specifically inhibit previously "undruggable" disease-causing proteins, has prompted research into intracellular delivery technologies suitable for parenteral administration.

Lipid nanoparticles (LNPs) containing ionizable amino lipids that self-assemble into approximately 100 nm particles when mixed with polyanionic oligonucleotides, represent the most advanced delivery platforms for systemic administration of RNAi therapeutics. Substantial progress has been made in recent years to maximize efficacy and to achieve a favorable therapeutic index for human applications.[2,4] The ionizable amino lipid plays a dual role in the drug delivery process. First, through electrostatic interaction with polyanionic nucleic acids, it promotes the self-assembly of formulation components into macromolecular nanoparticles encapsulating the siRNA. Second, following endocytosis of LNPs by target cells, it enables siRNA to escape the endosomal compartment and access the cell cytoplasm. In a recently published analysis of the structure–activity relationship of cationic lipid molecules we noted that permanently charged quaternary amine moieties in the hydrophilic head group region were consistently less effective in RNAi-mediated gene knockdown in vivo as compared to ionizable lipids.[5]

Herein, we report on a detailed study aimed at further investigating the role of the amine head group in the delivery of siRNA in vivo. Through systematic structural modifications to the hydrophilic head group we have modulated the apparent acid dissociation constant ($pK_a$) of the ionizable amino lipids present in the LNPs and investigated the relationship between the $pK_a$ value and activity, that is, the ability of the LNPs to deliver functionally active siRNAs into hepatocytes for eliciting gene silencing in vivo.

Amino lipid 2,2-dilinoleyl-4-dimethylaminoethyl-[1,3]-dioxolane (DLin-KC2-DMA, **1**), has been identified as a highly potent cationic lipid (Figure 1, Table 1)[5] when incorporated into LNPs encapsulating siRNA to target murine clotting factor VII (FVII) mRNA.[6] The hydrophobic dilinoleyl chain is known to be optimal for activity,[5,7] hence this unsaturated alkyl chain configuration was maintained in all the lipids investigated herein and structural modifications were added to the head group region of the molecule. The formulations were prepared by a preformed vesicle method,




*Figure 1.* 2,2-dilinoleyl-4-dimethylaminoethyl-[1,3]-dioxolane (DLin-KC2-DMA, **1**). No difference in activity between enantiomers (**4**, **5**) or the racemic mixture was observed (Table 1).

[*] Dr. S. M. Ansell, Dr. B. L. Mui, Dr. Y. K. Tam, Dr. J. Chen, Dr. X. Du, Dr. T. D. Madden, Dr. M. J. Hope
AlCana Technologies, Vancouver, BC (Canada)
E-mail: mhope@alcanatech.com
Homepage: http://www.alnylam.com
Dr. M. Jayaraman, Dr. D. Butler, Dr. L. Eltepu, Dr. S. Matsuda, Dr. J. K. Narayanannair, Dr. K. G. Rajeev, Dr. A. Akinc, Dr. M. A. Maier, Dr. M. A. Tracy, Dr. M. Manoharan
Alnylam Pharmaceuticals, Cambridge, MA (USA)
E-mail: mjayaraman@alnylam.com
Dr. I. M. Hafez, Dr. P. R. Cullis
Department of Biochemistry and Molecular Biology, University of British Columbia, Vancouver, BC (Canada)
[**] This work was supported in part by the Canadian Institutes for Health Research (CIHR) through U/I grant FRN 59836. We would like to thank John Maraganore for helpful comments.
Supporting information for this article (experimental details) is available on the WWW under http://dx.doi.org/10.1002/anie.201203263.
Re-use of this article is permitted in accordance with the Terms and Conditions set out at http://angewandte.org/open.


© 2012 Wiley-VCH Verlag GmbH & Co. KGaA, Weinheim

as described in the Supporting Information (page 38), with the following lipid composition: amino lipid, distearoylphosphatidylcholine (DSPC), cholesterol and (*R*)-2,3-bis(octadecyloxy)propyl-1-(methoxy poly(ethylene glycol)2000)propylcarbamate (PEG-lipid) in the molar ratio 40/10/40/10, respectively, and a FVII siRNA/total lipid ratio of approximately 0.05 (*w*/*w*).[5] To ensure a narrow particle size distribution in the range of 70–90 nm and a low polydispersity index of 0.11 ± 0.04 ($n = 56$), the particles were extruded up to three times through 80 nm membranes prior to adding the siRNA.[5] Amino lipid p$K_a$ values were determined for each LNP by measuring the fluorescence of 2-(*p*-toluidino)-6-napthalene sulfonic acid (TNS) during titration from pH 3 to 10 in increments of 0.5 pH units (Supporting Information, page 40).[8–10] The anionic TNS molecule fluoresces when associated with the surface of positively charged membranes, but is not fluorescent when free in solution, and this property has been used extensively to probe positive charge at membrane surfaces.[8–10]

From the resulting fluorescence titration curve a pH value, at which the charge on the LNP is 50% of maximum (p$K_a$), can be calculated using curve-fit analysis (Figure 2). Importantly, this method enables a p$K_a$ determination of amino lipids in situ, which accounts for potential influences of membrane structure and neighboring lipids on the dissociation properties of the amino group. Similar p$K_a$ values were obtained for select formulations using zeta potential measurements over the same pH titration range, but TNS was found to be the more sensitive method (data not shown).




*Figure 2.* Determination of p$K_a$ by in situ TNS fluorescence titration. The four amino lipids shown are examples illustrating the full p$K_a$ range evaluated. Sigmoidal best-fit analyses were applied with p$K_a$ defined as the pH at half-maximal fluorescence intensity. A) **14**, p$K_a$ = 4.17; B) **52**, p$K_a$ = 5.73; C) **19**, p$K_a$ = 6.95; D) **48**, p$K_a$ = 8.12 (see Supporting Information page 40 for details).

The hydrophilic head-group region of **1** was extensively modified, producing 53 novel amino lipids with p$K_a$ values ranging from 4.17 to 8.12 (Table 1; see the Supporting Information for full experimental details on lipid synthesis). Lipids **1**, **3**, and **53** have been reported earlier and were used as references in this study.[5,7] The structural modifications introduced were sufficient to affect the p$K_a$ value without significantly altering the molecular dimensions of the hydrophilic region. This is important because having a small head group is a characteristic that enables amino lipids to adopt inverted, non-bilayer structures, which are hypothesized to be responsible for destabilizing the endosomal membrane, resulting in efficient release of siRNA into the cytoplasm of target cells.[5,11]

A plot of p$K_a$ value versus $ED_{50}$ (median effective dose for FVII gene silencing in female C57BL/6 mice by i.v. administration) for all 56 amino lipids tested reveals a strong correlation between the in vivo activity and the acid dissociation constant of the amine, with a p$K_a$ optimum seen between 6.2 and 6.5, on either side of which LNP potency rapidly decreases (Figure 3). On the other hand, significant




*Figure 3.* Plot of in vivo hepatic gene silencing activity vs. p$K_a$ in mice. The 56 amino lipids were formulated in LNPs and subjected to an $ED_{50}$ analysis (described in Supporting Information, page 39) and plotted against their p$K_a$. For 15 lipids the $ED_{50}$ dose was not achieved, these are indicated by the open diamonds representing the highest dose tested for that lipid. For the remaining lipids (closed diamonds), a polynomial best-fit curve highlights the most active compounds, which exhibit an optimal p$K_a$ between 6.2 and 6.5. Each data point is derived from a four-dose response curve with groups of $n = 4$ mice per dose.

potency differences were found for lipids with similar p$K_a$ values. These results indicate that an optimal p$K_a$ value is a necessary but not sufficient requirement for good in vivo activity and other structural features, such as the nature of the linker between the head group and the lipid tails, can also contribute substantially to the in vivo activity.

To further investigate the p$K_a$–activity relationship, a selected group of lipids were studied in more detail. These novel lipids were designed around the structure of dilinoleylmethyl-4-dimethylaminobutyrate (**16**, $ED_{50}$ = 0.03 mg kg$^{-1}$, p$K_a$ = 6.44) also referred to as DLin-MC3-DMA (Figure 4), one of the most active cationic lipids from the group of 56 lipids. In the first group of lipids (**31**, **30**, **38**, and **37**), the distance between ester and amine is maintained at three methylene units and the substitution on the *N*-atom altered to create a p$K_a$ range between 5.44 and 7.62.

In the second group (**14**, **15**, **17**, and **18**), the dimethylamino moiety is maintained but the distance between the

 © 2012 Wiley-VCH Verlag GmbH & Co. KGaA, Weinheim 

Angewandte International Edition Chemie

*Table 1:* Structures of the 56 amino lipids tested for gene silencing activity in vivo. $ED_{50}$ is for FVII gene silencing in mice (mg siRNA $kg^{-1}$) and the $pK_a$ of the lipid was measured in situ. Lipids **1**, **3**, and **53** were reported earlier and used as references in this study.[5,7]

| ID | Novel Lipid | $ED_{50}$ | $pK_a$ | ID | Novel Lipid | $ED_{50}$ | $pK_a$ | ID | Novel Lipid | $ED_{50}$ | $pK_a$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 0.10 | 6.68 | 2 | | 0.10 | 5.97 | 3 | | 0.25 | 5.94 |
| 4 | | 0.10 | 6.65 | 5 | | 0.10 | 6.79 | 6 | | 0.30 | 6.42 |
| 7 | | 0.15 | 6.43 | 8 | | >2 | 7.29 | 9 | | 2.50 | 6.98 |
| 10 | | 0.25 | 6.73 | 11 | | 2.5 | 5.65 | 12 | | 1.5 | 5.60 |
| 13 | | 0.30 | 6.85 | 14 | | >5 | 4.17 | 15 | | 0.60 | 5.64 |
| 16 | | 0.03 | 6.44 | 17 | | 0.15 | 6.93 | 18 | | 0.65 | 7.16 |
| 19 | | 0.70 | 6.95 | 20 | | >1 | 6.78 | 21 | | >1 | 6.77 |
| 22 | | 0.30 | 6.53 | 23 | | >5 | 4.95 | 24 | | 1.5 | 6.66 |
| 25 | | 0.50 | 6.60 | 26 | | 0.55 | 6.65 | 27 | | >5 | 7.73 |
| 28 | | 0.15 | 6.60 | 29 | | 1.4 | 7.03 | 30 | | 0.30 | 6.17 |
| 31 | | 4.5 | 5.44 | 32 | | >5 | 7.88 | 33 | | >3 | 7.25 |
| 34 | | 4.0 | 7.61 | 35 | | 0.47 | 6.49 | 36 | | 0.12 | 6.52 |
| 37 | | >5 | 7.62 | 38 | | >1 | 7.31 | 39 | | 0.14 | 6.62 |
| 40 | | >5 | 8.02 | 41 | | >5 | 8.11 | 42 | | >5 | 7.23 |
| 43 | | 0.10 | 6.08 | 44 | | 2.1 | 7.21 | 45 | | >5 | 7.07 |
| 46 | | >5 | 5.50 | 47 | | 0.03 | 6.21 | 48 | | >5 | 8.12 |
| 49 | | >5 | 7.57 | 50 | | 0.60 | 6.87 | 51 | | 2.6 | 5.49 |
| 52 | | 0.25 | 5.73 | 53 | | 1 | 6.38 | 54 | | 0.25 | 6.63 |
| 55 | | >1 | 7.27 | 56 | | 0.41 | 6.91 | R = | | | |
| | | | | | | | | R' = | | | |


© 2012 Wiley-VCH Verlag GmbH & Co. KGaA, Weinheim


ALNY-00954965

Case 1:23-cv-00580-CFC Document 65-5 Filed 06/18/24 Page 233 of 464 PageID #: 7253





16

*Figure 4.* (6Z,9Z,28Z,31Z)-Heptatriaconta-6,9,28,31-tetraen-19-yl 4-(dimethylamino)butanoate (**16**, Table 1).

ester and the amine is varied from one to five methylene units to generate lipids with $pK_a$ values ranging from 4.17 to 7.16. The plot of $ED_{50}$ as a function of $pK_a$ value shows that the highest potency is achieved at a $pK_a$ of 6.44 for the siRNA LNP formulation containing lipid **16** (Figure 5, blue line).




*Figure 5.* Plot of hepatic gene silencing activity in mice, $pK_a$ and calculated protonated/unprotonated amino lipid (% mole fractions) for the set of novel lipids between $pK_a$ 4 and 8.5. Each FVII $ED_{50}$ data point (blue) is derived from a four-dose response ($n=4$ mice per dose level). Open diamonds represent lipids for which the $ED_{50}$ was not achieved and are shown at the highest dose tested. The mole% of each amino lipid estimated to carry a positive charge in blood, assuming pH 7.4, is shown in red and the mole% amino lipid estimated to be uncharged in acidified endosomes at pH 5.5 is shown in green.

Activity substantially decreases as the $pK_a$ value shifts to either the acidic or basic side, underlining the importance of the ionization behavior of LNPs in the functional delivery of siRNA to hepatocytes in mice.

The surprisingly sharp $pK_a$ value dependence of LNP activity provides more insight into the complex in vivo mechanism for this highly potent class of LNPs for siRNA delivery. In brief, it has been proposed that intravenous administration of LNPs with low to zero surface charge will minimize nonspecific binding of LNPs to tissues and proteins thus increasing the likelihood of particles reaching hepatocytes.[5] In addition, we recently demonstrated that uptake of ionizable LNPs by hepatocytes in vitro and in vivo is mediated by apolipoprotein E (ApoE),[12] which is also known to preferentially associate with neutral membrane surfaces.[13]

On the other hand, LNPs must acquire sufficient positive surface charge following endocytosis to promote an electrostatic interaction with the negative surface of the endosome lumen. The resulting close proximity of LNP and membrane allows lipid mixing to occur, leading to the formation of ion pairs between the exogenous amphipathic amine and endogenous anionic membrane lipids.[11,14] The ion pairs prefer to adopt inverted, non-bilayer configurations that disrupt the integrity of the endosome membrane and the siRNA is subsequently released into the cytoplasm.[5] The $ED_{50}$–$pK_a$ profile may, therefore, represent a balance between two opposing delivery requirements, namely minimum charge at pH 7.4 to maximize hepatocyte uptake by ApoE-mediated endocytosis and maximum positive charge in the acidified lumen of endosomes to promote membrane disruption.

If potency differences of structurally similar lipids are predominantly a function of $pK_a$ value, we hypothesized that the activity of LNPs containing two or more cationic lipids should reflect the average $pK_a$ of the particle and not the average activity measured for the individual amino lipids. To test this, LNP formulations encapsulating FVII siRNA were prepared in which the 40 mole% amino lipid component consisted of different ratios of lipids **15**, **16**, and **17** thus producing LNPs with average surface $pK_a$ values that increased incrementally from 5.64 (**15**) to 6.93 (**17**). The measured $pK_a$ value for mixed lipid LNPs was shown to be the same (within experimental error) as that calculated from the mole ratio of the mixed amino lipids (Supporting Information, page 41). Each LNP was administered at the same dose ($0.1\ mg\,kg^{-1}$ siRNA) and the concentration of murine plasma FVII protein was determined 24 h later and expressed as a percentage of that measured in a saline-treated control (Figure 6).




*Figure 6.* Lipid mixing supports $pK_a$ value as the dominant factor in determining in vivo hepatic gene-silencing activity for a given set of amino lipids. Mixtures of amino lipids **15**, **16**, and **17** were made to incrementally shift the average surface $pK_a$ value of the resulting LNP between 5.64 and 6.93. Numbers in parenthesis indicate the amount of each lipid in the mixture to make up the 40 mole% amino lipid component of the LNP. Bars represent group mean ($n=4$) ± s.d.

As the average $pK_a$ value increases from 5.64 (**15**) or decreases from 6.93 (**17**) by mixing with **16**, LNP activity increases. We did not identify a mixture with greater activity than **16** alone, but importantly, LNPs containing an equimolar mixture of **15** ($ED_{50}=0.6$) and **17** ($ED_{50}=0.15$), lipids that individually are 20- and 5-fold less potent than **16**, respectively, showed an average apparent $pK_a$ value similar to **16** and equivalent activity. These data further confirm that for amino lipids of similar structure, in vivo hepatic gene silencing is driven by $pK_a$ rather than specific head group structure or linker length (the distance between the ester and the amine). We have subsequently shown this to be true for

 © 2012 Wiley-VCH Verlag GmbH & Co. KGaA, Weinheim 

ALNY-00954966

Angewandte International Edition Chemie

mixtures of other cationic lipids with different head group structures (data not shown).

The pH-dependent surface charge for each LNP in the blood or endosomal compartment can be calculated from their $pK_a$, using the Henderson–Hasselbach equation, assuming blood pH 7.4 and acidified endosome pH 5.5.[15] The amount of fully or partially charged LNPs carrying positive charge for each chosen lipid (**14–18**, **30**, **31**, **37**, and **38**) is expressed as a fraction of charged amino lipids plotted red in Figure 5 along with the fraction of amino lipids that would be uncharged at pH 5.5 in the endosome, plotted green. This demonstrates that the optimal $pK_a$ value for in vivo hepatic gene silencing coincides with the $pK_a$ giving rise to LNPs that exhibit minimum surface charge in the blood at pH 7.4 and maximum charge in acidified endosomes at pH 5.5. It should be noted, however, that the $pK_a$-value trend found for this class of ionizable lipids with apoE-dependent hepatic delivery may not apply to other cationic and potentially ApoE-independent delivery systems.[6,12]

To identify potent and safe siRNA delivery systems for clinical development, it is important that the potency in mice translates to non-human primates. For the following experiments LNPs containing the highly potent amino lipid **16** were used, in which the molar ratio of the four lipid components **16**, DSPC, cholesterol and PEG-lipid (50/10/38.5/1.5) had been further optimized to enhance in vivo activity. In the murine FVII model, an $ED_{50}$ of 0.005 mg kg$^{-1}$ siRNA was achieved in the optimized composition, which represented a sixfold improvement relative to the 40/10/40/10 molar ratio composition (Figure 7, inset). The same lipid composition was administered to cynomolgus monkeys but with an encapsulated siRNA targeting hepatic transthyretin (TTR), a gene of therapeutic interest in the treatment of familial amyloidotic polyneuropathy.[16] Animals received a 15 min intravenous infusion at siRNA doses of 0.03, 0.1, or 0.3 mg kg$^{-1}$ and from the dose response curve an $ED_{50}$ less than 0.03 mg kg$^{-1}$ was obtained (Figure 7).




*Figure 7.* Efficacy of siRNA-LNP containing amino lipid **16** in mice and non-human primates. An optimized formulation composition containing 50 mole% of **16** was employed in this study (see text and Supporting Information page 41 for details). Inset: residual FVII activity in mouse serum relative to a saline control group with a median effective siRNA dose ($ED_{50}$) of about 0.005 mg kg$^{-1}$; data points represent group mean ($n=5$) ± s.d. Cynomolgus monkeys were administered siRNA targeting the TTR gene at doses of 0.03, 0.1 and 0.3 mg kg$^{-1}$ (bar graph). Data represent group mean ($n=3$) ± s.d., expressed as TTR mRNA relative to GAPDH mRNA levels determined in liver samples, with the $ED_{50}$ estimated to be $<0.03$ mg kg$^{-1}$.

In conclusion, we have identified the lipid $pK_a$ value as an important molecular characteristic of amino lipids, which determines their ability to mediate potent hepatic gene silencing in vivo. Combined with our current understanding of the optimal hydrocarbon chain length, lipid-chain unsaturation and linker chemistry for these molecules, the tight correlation between activity and ionization behavior, with a sharp $pK_a$ optimum between 6.2–6.5, serves as a guide for the design of LNPs for efficient delivery of therapeutic siRNAs. In fact, a LNP formulation based on DLin-MC3-DMA (**16**), one of the most potent lipids identified in this work, is currently being utilized in a clinical trial for treating hypercholesterolemia; the target is PCSK9 and the data (not shown) indicate decreases in LDL-C after a single low dose.[17,18]

Received: April 27, 2012
Published online: July 10, 2012

**Keywords:** drug delivery · gene silencing · ionizable amino lipids · liposomes · siRNA

[1] A. De Fougerolles, H. P. Vornlocher, J. Maraganore, J. Lieberman, *Nat. Rev. Drug Discovery* **2007**, *6*, 443–453.
[2] S. Akhtar, I. F. Benter, *J. Clin. Invest.* **2007**, *117*, 3623–3632.
[3] K. A. Whitehead, R. Langer, D. G. Anderson, *Nat. Rev. Drug Discovery* **2009**, *8*, 129–138.
[4] T. S. Zimmermann, et al., *Nature* **2006**, *441*, 111–114.
[5] S. C. Semple, et al., *Nat. Biotechnol.* **2010**, *28*, 172–176.
[6] A. Akinc, M. Goldberg, J. Qin, J. R. Dorkin, C. Gamba-Vitalo, M. Maier, K. N. Jayaprakash, M. Jayaraman, K. G. Rajeev, M. Manoharan, V. Koteliansky, I. Rohl, E. S. Leshchiner, R. Langer, *Mol. Ther.* **2009**, *17*, 872–879.
[7] J. Heyes, L. Palmer, K. Bremner, I. MacLachlan, *J. Controlled Release* **2005**, *107*, 276–287.
[8] A. L. Bailey, P. R. Cullis, *Biochemistry* **1994**, *33*, 12573–12580.
[9] S. J. Eastman, M. J. Hope, P. R. Cullis, *Biochemistry* **1991**, *30*, 1740–1745.
[10] J. Zhang, H. Fan, D. A. Levorse, L. S. Crocker, *Langmuir* **2011**, *27*, 1907–1914.
[11] I. M. Hafez, N. Maurer, P. R. Cullis, *Gene Ther.* **2001**, *8*, 1188–1196.
[12] A. Akinc, et al., *Mol. Ther.* **2010**, *18*, 1357–1364.
[13] X. Yan, F. Kuipers, L. M. Havekes, R. Havinga, B. Dontje, K. Poelstra, G. L. Scherphof, J. A. Kamps, *Biochem. Biophys. Res. Commun.* **2005**, *328*, 57–62.
[14] O. Zelphati, F. C. Szoka Jr., *J. Liposome Res.* **1997**, *7*, 31–49.
[15] N. Demaurex, *News Physiol. Sci.* **2002**, *17*, 1–5.
[16] T. Kurosawa, S. Igarashi, M. Nishizawa, O. Onodera, *Biochem. Biophys. Res. Commun.* **2005**, *337*, 1012–1018.
[17] Trial to Evaluate Safety and Tolerability of ALN-PCS02 in Subjects With Elevated LDL-Cholesterol (LDL-C). (Registry of Federally and Privately Supported Clinical Trials, U.S. National Institutes of Health, **2011**).
[18] A. Simon, Phase I Safety, Pharmacokinetic and Pharmacodynamic Results for ALN-PCS, Preliminary Study Results. (Alnylam Pharmaceuticals, Inc, **2012**).

 © 2012 Wiley-VCH Verlag GmbH & Co. KGaA, Weinheim 

Joint Claim Construction Brief

# EXHIBIT 50

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ALNYLAM PHARMACEUTICALS, INC., )
)
Plaintiff, )
) C.A. No. 22-0336-CFC
v. )
)
PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE AND BIONTECH MANUFACTURING GMBH, )
)
Defendants. )
)

Thursday, January 4, 2024
8:30 a.m.
Markman Hearing

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE COLM F. CONNOLLY
United States District Court Judge

APPEARANCES:

MCDERMOTT WILL & EMERY LLP
BY: ETHAN HALLER TOWNSEND, ESQ.
BY: WILLIAM G. GAEDE, III, ESQ.
BY: SARAH CHAPIN COLUMBIA, ESQ.
BY: SARAH J. FISCHER, ESQ.

For the plaintiff

APPEARANCES CONTINUED:

CONNOLLY GALLAGHER
BY: ARTHUR G. CONNOLLY , III, ESQ.
BY: ALAN R. SILVERSTEIN, ESQ.

-and-

WILKIE FARR & GALLAGHER LLP
BY: SARA HORTON, ESQ.
BY: MICHAEL JOHNSON, ESQ.
BY: DAN CONSTANTINESCU, ESQ.

For the Pfizer and Pharmacia Defendants

MORRIS NICHOLS ARSHT & TUNNELL
BY: JEREMY TIGAN, ESQ.

-and-
WINSTON & STRAWN
BY: CHARLES KLEIN, ESQ.
BY: JOVIAL WONG, ESQ.
BY: BRIAN O'GARA, ESQ.

For the BioNTech Defendant

_ _ _ _ _ _ _ _ _ _

P R O C E E D I N G S

(Proceedings commenced in the courtroom beginning at 8:30 a.m.)

**THE COURT:** Good morning. Please be seated.

All right. Let's begin. Mr. Townsend.

**MR. TOWNSEND:** Good morning, Your Honor. Ethan Townsend from McDermott Will & Emery's Delaware office on behalf of plaintiff Alnylam.

With me at counsel table is Bill Gaede, Sarah Columbia, and Sarah Fischer, all from McDermott Will & Emery.

Also here in the courtroom is Mr. Steve Bossone and colleagues from the client. Thank you.

**MR. CONNOLLY:** Good morning, Your Honor. Arthur Connolly from Connolly Gallagher on behalf of defendant Pfizer.

With me in the courtroom are my cocounsel from Willkie Farr, Sara Horton, Mike Johnson, and Dan Constantinescu.

Also with us is Karen Shen from Pfizer in-house counsel, and my partner, Alan Silverstein, from Connolly Gallagher.

**THE COURT:** Mr. Tigan.

**MR. TIGAN:** Good morning, Your Honor. Jeremy

Tigan with Morris Nichols on behalf of BioNTech.

I'm joined by three of my colleagues from Winston & Strawn today, Chuck Klein, Jovial Wong, and Brian O'Gara.

Our client representatives are here as well, Raymond Parker, Vinnie Lee, and Rebecca Hilgar.

**THE COURT:** All right. Thank you. Good morning. Go ahead. You want to begin?

Is it your intent to call your expert right away?

**MS. COLUMBIA:** Good morning, Sarah Columbia for Alnylam.

We left off with Your Honor requesting experts. We are prepared to call our expert right away unless Your Honor would like a summary before we put the expert on the stand.

**THE COURT:** Here's what I would like to do. Are both experts in the courtroom?

**MS. COLUMBIA:** Yes.

**THE COURT:** So what I would like to do is excuse the defendants' expert for a second, get your expert on the stand, ask your expert a couple questions not in the presence of the defense expert. And sit down that expert, bring in the defense, do a switcheroo, just for some preliminary things that I would like to ask.

**MS. COLUMBIA:** Your Honor, it's whatever is going to help you. So we're totally comfortable with that. You we have a sort of prepared direct.

**THE COURT:** This is just -- you'll see. I have something specific in mind.

**MS. COLUMBIA:** Okay.

**THE COURT:** All right. Let's just do that and then you can do your presentations.

**MS. COLUMBIA:** Perfect. That's fine with us, for Alnylam.

I'm sorry, Your Honor, I didn't mean to speak for --

**THE COURT:** And then, you know, these are sequestered witnesses. You'll see why. I just want to get some clarity.

**MR. JOHNSON:** Yes, Your Honor, and our expert, Dr. Whitehead, just stepped out.

**THE COURT:** Great.

**MS. COLUMBIA:** So would you like our witness to come to the stand?

**THE COURT:** Please.

**MS. COLUMBIA:** Dr. Kros.

**THE COURT:** All right. Please remain standing. Raise your right hand, and would you state and spell your name for the record.

**THE WITNESS:** My name is Alexander Kros.
**THE COURT:** Could you please spell it.
**THE WITNESS:** A-L-E-X-A-N-D-E-R, K-R-O-S.

ALEXANDER KROS, having been called as a witness, being first duly sworn under oath or affirmed, testified as follows:

**BY THE COURT:**
**Q.** All right. Have a seat please.
What is the field of art that we're dealing with in this case?
**A.** The field of drug delivery.
**Q.** Drug delivery?
**A.** Yes.
**Q.** And what field is that within?
**A.** In the fields of chemistry, biology, and medicine.
**Q.** That's pretty -- those are three fields, pretty broad.
**A.** That's true.
**Q.** If I went to a university, is there a department for drug delivery?
**A.** Excuse me?
**Q.** If I went to a university, would there be a department for drug delivery?
**A.** Yes, there are.
**Q.** And it's literally, they're literally called the

department drug delivery?
**A.** They go under different names like Department of Pharmacy.
**Q.** So Pharmacy?
**A.** Pharmacy is a department in our university, for instance.
**Q.** Okay. Is there any other department in a university I'd find -- I would go to study drug delivery?
**A.** My own lab studies drug delivery.
**Q.** Okay. And what's the name of your lab?
**A.** My lab is the Department of Super Molecular Chemistry.
**Q.** Say what?
**A.** Superamolecular chemistry and biomaterials.
**Q.** So are there conferences that study drug delivery?
**A.** Yes, there are plenty of conferences on that.
**Q.** Are they called drug delivery conferences? Like what am I looking for if I want to find out information about the field of art that's at issue in this case?
**A.** You could go to meetings from the Controlled Release Society.
**Q.** What?
**A.** Controlled Release Society. You have meetings organized like organizations like the Keystone Symposia, the Gordon Conferences. But you also will find it at

chemistry conferences and more medical-oriented conferences.

**Q.** Within the field of drug -- would you agree that, I mean, do they publish dictionaries for drug delivery?

**A.** What do you mean by "drug delivery"?

**Q.** Well, you're the one who just told me the field of art. So, for instance, I can get a chemistry dictionary, right?

**A.** Yes.

**Q.** I can get a dictionary for physics.

**A.** Um-hmm.

**Q.** I can get a dictionary for engineering or chemical engineering, mechanical engineering?

**A.** Yes.

**Q.** There are books that are published in those fields, right?

**A.** That's correct, yes.

**Q.** Are there dictionaries published in the field of drug delivery?

**A.** Yes, there are. And it's a rapidly moving field, so there's a lot of literature in peer-reviewed articles.

**Q.** What is the most prominent dictionary in your opinion in the field of drug delivery?

**A.** I think if you want to know what's really the forefront of drug delivery, you do not go to books

because the field is rapidly evolving. You look more at the latest publications in high impact journals like Nature, Science.

**Q.** Well, you say you may not go to a dictionary, but I asked you were there any dictionaries in the art of drug delivery.

Can you name one?

**A.** Those are mostly used at first-year bachelor level, and I'm not using those books myself.

**Q.** Okay. But what are they? Give me a name of one.

**A.** I can't give you a name right now.

**Q.** You said "first year." First year undergraduate?

**A.** First year undergraduate.

**Q.** So there are actually courses in universities for freshman, first-years, in drug delivery; is that right?

**A.** That is correct.

**Q.** Are they in lots of universities?

**A.** They are in my university.

**Q.** What's your university?

**A.** My university is Leiden University, which is that Leiden, the Netherlands.

**Q.** And you have a course for first-year college students in drug delivery. That's the subject matter, drug delivery?

**A.** Yes, not personally given by me, but by colleagues.

And it's also part of other basic courses teached at the graduate level.
**Q.** But you can't think of a dictionary off the top of your head in the field of drug delivery; is that right?
**A.** That is right. I mostly rely on recent literature.
**Q.** How long has the field of drug delivery existed within universities?
**A.** The first example where lipids were used by Bangham was somewhere in the '60s.
**Q.** I'm sorry. The first example were what?
**A.** Where lipids were used.
**Q.** I'm not asking about lipids. I'm only asking about the field of art, drug delivery. You're telling me it is a field of art?
**A.** Yes.
**Q.** When did universities, to your knowledge, first create departments or areas to teach drug delivery within a university?
**A.** I think for at least 50 years or so.
**Q.** So if I went to Stanford, do they have a drug delivery department?
**A.** From Stanford, I do not know myself.
**Q.** Does Duke have a drug delivery department?
**A.** I don't know.
**Q.** Does Harvard or Penn or Princeton, any of those

schools have drug delivery departments?
**A.** Oh, for sure.
**Q.** For sure?
**A.** Yeah.
**Q.** Okay. Does "head group" have a plain and ordinary meaning in the field of drug delivery?
**A.** Yes, it does.
**Q.** And what is it?
**A.** It's the portion of the molecule that is less hydrophobic or you can also call it hydrophilic. And the role is to interact with water because everything in biology in humans happens in water, so it's about interaction with water molecules.
**Q.** Can you identify for me any treatise that sets forth that definition?
**A.** What do you mean by this question?
**Q.** That I could go to the book in the field of drug delivery and find that definition of head group?
**A.** Everyone in the field of drug delivery knows that the function of a head group in lipids is to interact with water, yes. You can find it in many books.
**Q.** But you gave me a very specific definition of head group.
**A.** Yep.
**Q.** Can you cite for me any treatise that I could go to

and it would say: A head group, is the definition that you have provided?

**A.** It's in the patents.

**Q.** Can you cite anything other than the patent that defines head group, using the words that you use to define head group?

**A.** I would say that it's common knowledge that that's the function of the head group.

**Q.** I get that. You have been very adamant about that. I understand that.

**A.** Yep.

**Q.** But I'm asking you: Can you point me to a book that I could go to in the field of drug delivery that would provide a definition of head group that you have provided me?

**A.** Come to think of it, one of the books that you could use is Biochemistry by Lehninger, which is a undergraduate textbook on biochemistry.

And there you can find a whole chapter on what lipids are, how they are structured, what is their function in biology, and how do they interact. And there you will find information on how these lipids organize when dispersed in water and what's then the role of the head group.

**Q.** So you understand what I'm trying to gather, though,

let me be very precise, is something -- I'm looking for a definition. I'm not looking for a book from which I could infer or gather what a head group is.

I'm trying to find a book, for instance, a book for a first-year college student, that would tell me if I just looked it up in one sentence, I could determine what a head group is. Do you know of any book like that in your field?

**A.** Yeah. *Biochemistry* first comes to mind.

**Q.** Okay. All right. Is it cited in your report?

**A.** It's -- I would have to look at it.

**Q.** Okay. Thank you very much.

**A.** Okay.

**THE COURT:** Let's bring in the other expert. You may step down.

**MS. COLUMBIA:** Your Honor, may I ask one quick question or no?

**THE COURT:** Well, okay. Hold on. Sorry. Let's just hold off for just one second.

Sure.

EXAMINATION

**BY MS. COLUMBIA:**

**Q.** Dr. Kros.

**A.** Yeah.

**Q.** You included in your declaration pictures from the Encyclopedia Britannica. Would that be another place to find this definition?

**A.** Yes, that's another place.

**MS. COLUMBIA:** Thank you.

**THE COURT:** All right. Thank you. Let's bring in the other expert.

By the way, did the lawyers help you write the report?

**THE WITNESS:** We discussed it, the contents of it.

**THE COURT:** Did you do drafts back and forth with the lawyers before you finalized the report?

**THE WITNESS:** Yes.

**THE COURT:** Thank you.

**MS. COLUMBIA:** And, Your Honor, I assume you want Dr. Kros to step outside.

**THE COURT:** Sure. Please. Thank you very much.

(Witness excused.)

**THE COURT:** Good morning. Would you please remain standing and raise your hand. Please state and spell your name for the record.

**THE WITNESS:** It's Kathryn Whitehead, K-A-T-H-R-Y-N. Whitehead is W-H-I-T-E-H-E-A-D.

KATHRYN WHITEHEAD, having been called as a witness, being first duly sworn under oath or affirmed, testified as follows:

EXAMINATION

**BY THE COURT:**

**Q.** All right. Please be seated. There is a microphone kind of at the desk; although, I will talking to you this morning at the beginning.

**A.** Okay.

**Q.** What is the field of art that is at issue in this case?

**A.** It is lipid nanoparticles for RNA delivery.

**Q.** Okay. And you say that's an art. You consider that a field; is that right?

**A.** Very much so.

**Q.** What's it a field within?

**A.** Drug delivery.

**Q.** Drug delivery.

Okay. So fair enough that drug delivery is also a field of art; is that right, kind of broader field of art?

**A.** It is a broader field, yes.

**Q.** Do universities have departments for drug delivery?

**A.** Not generally. The closest to that is when you see

a department of pharmaceutical sciences, which is usually within a college of pharmacy. They will often have a, you know, group of faculty, let's say four or five faculty within that kind of department that focuses on drug delivery, generally.

**Q.** All right. So all of the issues that we're going to be discussing, as far as you are concerned, ultimately fall within the broader field of pharmaceutical science; is that fair?

**A.** It's complex. I would say, because it's quite interdisciplinary. You know, today, we are going to be talking about the chemistry involved in drug delivery.

So, you know, you can have chemical engineers involved. You can have the biologists, the pharmaceutical scientists. All these people, I think, are capable of understanding the issues here.

**Q.** Okay. So as a layperson come at it -- and maybe I'm wrong, but I'm thinking of it in terms of university structure.

**A.** Okay.

**Q.** Right? What's the -- it sounded like the department you would direct me to, if I were trying to figure out what a head group is, I'd first, you know, if I walked on the University of Delaware campus, and I'm looking at the directory, what am I looking for?

**A.** There's no one thing that you are looking for. Pharmaceutical sciences is where you'd see drug delivery. But, for example, the people I know in the field of lipid nanoparticles specifically, they range from chemical engineers, biomedical engineers, and chemists for the most part.

**Q.** And you said it's lipid -- what did you call the field?

**A.** Lipid nanoparticles, or, you know, lipid-based delivery systems.

But specifically for RNA, I have to say I've spent 15 years in this field, and it's remarkably complex. So there are significant differences, I would say, for, you know, different types of delivery systems and different types of cargoes.

So at play here today, we have lipid nanoparticles, which are super complex on their own, but they need to be considered in the context of RNA or nucleic acid delivery, which is its own beast compared to, say, small molecules, which is what some of the original lipid-based nanoparticles were. They're called liposomes instead of nanoparticles. Those were originally developed for small molecules.

So all of that is a little bit different. It's related. But -- and it's where a lot of this current

field came from. But all these things are slightly different flavors and have different challenges, I would say, associated with them.

**Q.** You know, in the field of, let's say scientific literature, do they have something like a Dewey Decimal System, you know, where they break down the particular fields by a particular number?

**A.** By a particular number?

**Q.** Well, so, in other words, what I'm trying to get is, from a layperson's perspective, if I want to go look at the treatises that are published in a particular field.

**A.** Yes.

**Q.** You know, if I went to the Library of Congress, I can go to the Dewey Decimal System and I find out right away what I'm looking for.

**A.** Okay.

**Q.** All right. Is there something like that, that I might be able to say, Oh, I want to look at the body of literature in what you called lipid nanoparticles?

**A.** I'm afraid not.

**Q.** Is there such a way to cabin the universe of literature for drug delivery?

**A.** If you went to a library -- it has been some time since I've been to a library. So if I were a layperson and I wanted to learn about this field, I would -- you

know, I would turn to the Internet. And it's difficult to parse, though, what the source of the information is.

So I think you could go to the library and find some of the older literature for sure to help kind of provide the basis of the understanding.

But, you know, I'm afraid there's no one-stop shopping. And it's a super -- like I said, it is a super complex field. And so there are so many, I think, challenges in conveying the topic to a layperson, which is part of the problem that we have with all these vaccines in the first place was a lack of public understanding of, you know, what we were actually -- it's difficult, I think, for that to be explained.

**Q.** Well, are there any professors of lipid nanoparticles at a university?

**A.** Like in a department?

**Q.** Yes, a field. I'm trying to look at it as a field, an art? Right?

**A.** Sure. Sure. There are professors who are experts in lipid nanoparticles for drug delivery. So just the same way I would say I'm an expert, there are -- I wouldn't say there are many, but there are a subset of people.

There are more, as you can imagine, getting into it now because of, you know, the success of these vaccines,

but when I started practicing in this field 15 years ago, there weren't many. When I started my professor job 11 years ago, there weren't many.

**Q.** And what's your title? What's your professorship title?

**A.** Professor.

**Q.** Of what?

**A.** Chemical and biomedical engineering.

**Q.** Yeah, see that sounds to me like a field. I get that. It just seems at some point, right, you're really narrowly defining what a field of art is. I mean, how many professors in the world -- in the United States. Let's start with that. United States.

How many professors are there who practice in the field of lipid nanoparticles?

**A.** I would have a harder time estimating now because of -- there are a lot more people who would become interested in just the last couple years.

I would say previously, if we're looking at -- maybe -- it depends on how people define themselves, but maybe 20. In the --

**Q.** Twenty. Wow. Okay.

**A.** In the country. And maybe now -- I mean, again, it's really difficult for me to assess because many of the people who have gotten it, they're not necessarily

publishing yet because their entry has been fairly recent. I wouldn't be surprised if there are hundreds now that have gotten into the area.

But it's tricky. I mean, like I said, there are nuances to -- these lipid nanoparticles are the most difficult thing that I've had to understand in my career, and I'm still learning.

**Q.** So in your career, what did you do -- what would you have called yourself before you first started to study lipid nanoparticles? What did you call yourself at that point?

**A.** Broadly, I still do, a drug delivery scientist.

**Q.** Okay. And drug delivery, are there chairs of drug delivery or professors of drug delivery?

**A.** No.

**Q.** That also is going to fall within a broader field?

**A.** Yes.

**Q.** Are there treatises that are published in the drug delivery field?

**A.** I do not know what the word "treatise" means.

**Q.** All right. Literature. Is there literature published in the drug delivery field? In other words, not in the broader science or nature. I'm talking about in a field of drug delivery.

**A.** Sure. There are -- there are many.

The question is, what journals do they appear in. So, for example, there's a journal called the Journal of Controlled Release. "Controlled release" is a very old term for -- it's the earliest kind of drug delivery. It's evolved over the years. This journal contains articles on, you know, almost exclusively on what I will call drug delivery. That, I would say, is the most well-cited, highest profile journal that is exclusively about drug delivery.

**Q.** Can you name any other journals that are exclusively about drug delivery?

**A.** Sure. There's one called -- the abbreviation is called DTTR. They're exclusively about drug delivery.

There are nanomedicine journals that cover, you know, other aspects of therapeutic, so not just drug delivery. You know, for example, I've published in pharmaceutical research, so that's kind of within this broader field of pharmaceutical sciences. And not everything in there would pertain necessarily to drug delivery.

So in this field, I think the highest profile journals that people tend to publish in have to do with nanoparticles in the title. Nanoparticles include inorganic things, things for electronics. So the kind of higher impact you get, or what I prefer to call "higher

profile," the more generalized the journals become.

**Q.** Right. And then how about dictionaries? Are there are any dictionaries that you can think, off the top of your head, in the field of drug delivery?

**A.** There are some textbooks, but not that I'm aware of, dictionaries.

**Q.** You want to name a few textbooks for me?

**A.** Well, I was looking at one the other day. I'm sorry that I don't remember the name off the top of my head. It's now out of print.

I don't -- you know, to be honest, Judge, I don't look at lot at textbooks.

**Q.** Right.

**A.** I look at the primary literature. So I'm sure that there are some that are recent out there. There are always for-profit publishers that are after academics to write -- it's usually book chapters. It's usually not a single person writing the whole textbook. I generally avoid those.

**Q.** So are there first-year college courses in drug delivery to your knowledge?

**A.** Definitely not.

**Q.** When would you first, if you were a student in the United States, study drug delivery? What part of your career? Undergrad? Graduate? When?

**A.** So, for example, in our biomedical engineering department at Carnegie Mellon, there are a couple of elective course that treat it.

So there's one class that predated me that includes a little bit of drug delivery. It's not exclusively about drug delivery. I was the first person at the university to come and offer an elective course that is solely about drug delivery, and I allow seniors to take that course. It is an interdisciplinary course, and we have some advanced material. So in theory, I have five undergraduates this year out of a class of 25.

**Q.** All right. Did you use any textbook or case book or anything like that in that course?

**A.** No, I used primary literature.

**Q.** Primary literature?

**A.** Uh-huh.

**Q.** Is "head group" a term that has a plain and ordinary meaning in the field of drug delivery?

**A.** In the field of drug delivery. I think that's -- you know, I think that's a tricky question to answer. There -- you know, it's a little bit -- it's a little bit field-specific.

There are lipids that are used in other types of drug delivery. For example, the small molecules that I mentioned, a head group would be defined more generally,

I think in that case than if we were to look at -- because the problem, Judge, is that there are many different types of lipids that can be used in different nanoparticle systems.

And my impression has always been that those need to be uniquely considered. They all operate in slightly different ways, but, you know, if I were pressed to say, you know, is there -- you would have to give an exceptionally general definition within the field of drug delivery.

**Q.** When did you first hear the term "head group" if you recall?

**A.** I don't recall exactly, but it could even be when I was an undergraduate when -- so I'm a chemical engineer by training, and at some point surfactants would have been brought up or lipids more generally. They are used in some chemical processes, you know, you can imagine soaps are surfactants.

**Q.** Right.

**A.** I think it's possible I heard "head group" at that time.

**Q.** Outside of lipid nanoparticles, the field of that -- of lipid nanoparticles, would you agree there's a plain and ordinary meaning of "head group" just in science, let's say generally?

**A.** So I'm just -- to give you a sense of my thought process, I'm thinking about the different types of, you know, lipids that we encounter. So there are, for example, cationic, anionic, zwitterionic, and nonionic. And my only hangup right now is how you might define the head group of a nonionic lipid. They tend to have different structures, and they are a bit different than the rest of these lipids. So they kind of don't have as well-defined of a structure. Sometimes they have more than two tails, for example, whereas, the other ones, they don't have -- the others, the ones that carry a charge, they don't always have two tails. They might have more, but generally, they have a more defined structure I would say than the nonionic.

**Q.** You know, I'm curious, because what you are saying is that the structure of the head group may vary, right, depending on the type of lipid, right?

**A.** Chemically, yes.

**Q.** Right. But yet you are able to communicate to me that you have in your brain something that's a head group with -- just it happens to be taking the form of various structures, right?

**A.** Yes.

**Q.** All right. What's the definition, the universal definition you see that encompasses all of those

different structures?

**A.** Yes. So --

**Q.** I mean, you can think about it meaningfully in your own brain because you are communicating to me, right? So there must be some definition you have, at least, in your brain somewhere, right?

**A.** Yes. And just to kind of cut right to it, Judge, when I considered the terms and definitions in this particular case, we've kind of defined lipids a little bit differently than how I've used the term in the past. So we talk about a head group here, and then we talk about a central moiety.

I do not think consistently within the field of drug delivery there was necessarily agreement as to whether or not that head group contained a central moiety. So that's one thing.

**Q.** And I get that. And I get that that's your position.

So you must, though, you must though even saying, whether the head group contained it or not, you have in your brain some idea of head group?

**A.** Yes.

**Q.** What's that idea? Tell me the definition of that.

**A.** I would say that it has to be both-positional, so usually, you have your tails on one side of the molecule,

and then you do have that linker or central moiety, whether or not you call it part of the head group. And then, you know, you do have the other side of that. And, you know, I would say that that's honestly the best definition.

**Q.** I mean, it sounds like what you are saying is it's not the tail, it's everything but the tail?

**A.** As to whether or not you include this -- you know, yes.

**Q.** Okay. Thank you.

**THE COURT:** All right. You can step down. Thanks.

(Witness excused.)

**THE COURT:** All right. You all can proceed with your presentations, and the experts can stay.

**MS. COLUMBIA:** Your Honor, Sarah Columbia again for Alnylam.

Your Honor, I'm prepared to give an overview from a lawyer's perspective.

**THE COURT:** That would be good. That will be helpful. Go ahead.

**MS. COLUMBIA:** Then I will call Dr. Kros, if that's okay.

**THE COURT:** Okay. Thank you. And he's welcome to come back. Oh, he's back.

**MS. COLUMBIA:** He's back in the courtroom. Thank you very much, Your Honor.

**THE COURT:** All right.

**MS. COLUMBIA:** So, your Honor, we're picking up maybe a little bit longer in time than we expected from the August hearing.

**THE COURT:** Yeah. You're not going to insult me by repeating anything. In fact, I welcome it. Go ahead.

**MS. COLUMBIA:** I have confidence that if I am, you will tell me.

**THE COURT:** Right.

**MS. COLUMBIA:** Basically, we have this term "head group." It appears in every claim of the '933 and the '979 patent. It also -- the one thing that's changed, Your Honor, since August of 2023 is we have four additional patents in this case. Those patents are currently in claim construction briefing and scheduled for a claim construction hearing before Your Honor in April, and Your Honor will be confronted with head group again.

And so we sent you a letter saying maybe you want to take it all up together. We didn't hear back, so here we are. But part of our presentation today will be to help you understand how this term "head group" flows

into the claims of the four patents that are now in this that share the same written description as these two patents, albeit with slightly different claim language and claim terms, that's meaningful for this "head group" construction.

We have, I think as a result of the process Your Honor set in motion, we have benefited in two ways. One is I think we have a clear picture of the dispute and the other is we have the benefit of two very qualified experts who have come to the table and answered some questions like the one Your Honor asked in August about zwitterionic.

**THE COURT:** I don't even remember --

**MS. COLUMBIA:** Which I always chuckle when I think about it because I was being violently stickied from the back.

**THE COURT:** I kind of remember that.

**MS. COLUMBIA:** And I didn't quite get it right. So I do think the process Your Honor has put in place has brought us to, hopefully, a position where Your Honor can, after getting the benefit of the legal argument and the experts, reach a decision.

The dispute is pretty darn clear. We have put forward a definition construction that we think is very similar to what Dr. Whitehead just said, which is it's

the other end of the molecule from the tails.

The tails are well defined in the patent to be hydrophobic tails. And you will hear, I think from both experts, that in order for these lipids to do their job, you need a hydrophobic tail and a hydrophilic head group.

And so we have proposed to the Court that the definition of "head group" should be the portion of the lipid that is less hydrophobic than the tails. One could also say just the hydrophilic portion of the head group. And you will hear from the experts about that.

The reason for suggesting "less hydrophobic" is that the terms are somewhat relative, and we have a very defined delineation in the claim terms of the tails. And so the tails have a -- they need to be hydrophobic and they need a particular number of carbons, which influences the hydrophobicity of the tails.

And so the reason that we selected the language less hydrophobic is you have a something to compare it to, and the other end of the molecule needs to be less hydrophobic than the tails. One could also just say that's the hydrophilic end.

I suspect if you did the same sort of hot-tubbing you just did, probably both experts would say, if their PhD student walked in or even their first-year undergraduate, and said, What's the head

group? It's the hydrophilic end.

That's where we think the Court ought to go. Defendants have proposed that the Court take a quite different tack and limit the head group to be the protonatable group of the lipid.

**THE COURT:** Not the central moiety.

**MS. COLUMBIA:** Exactly.

**THE COURT:** And just -- I want to think, just remember, you know, am I oversimplifying this? Is that -- the reason why you're fighting this battle is because if the tail is attached to the -- because it matters whether the tail is attached to the central moiety or not?

**MS. COLUMBIA:** Not quite, Your Honor.

**THE COURT:** Okay.

**MS. COLUMBIA:** I think everybody will agree in the patent, there are three components. This is how the patent describes it. I think Dr. Whitehead quite candidly said sometimes in science, you would combine that head group and central moiety and call it all the head group. The patent calls that the primary group.

So there's a little confusion there. But I think everybody agrees, having read Dr. Whitehead's declaration, the patent describes that there are three components, the head group, the hydrophobic tails, and

then something called the central moiety, which connects the tails to the head group.

**THE COURT:** But that's what I want to ask is, is it undisputed that the tails are attached to the central moiety in the accused products?

**MS. COLUMBIA:** Yes.

**THE COURT:** It's undisputed?

**MS. COLUMBIA:** Yes.

**THE COURT:** Okay.

**MS. COLUMBIA:** The issue to get to it, Your Honor, is in the accused product, the central moiety is the protonatable site.

**THE COURT:** Right.

**MS. COLUMBIA:** So the reason that defendants want to insist that the head group be the protonatable site is because, in their product, the protonatable site is in the central moiety.

**THE COURT:** Here's why I'm asking these questions.

**MS. COLUMBIA:** They are all attached. No one disagrees with that.

**THE COURT:** Well, right. And who wants to treat head group as including the central moiety?

**MS. COLUMBIA:** I don't think either party wants to do that.

**THE COURT:** Okay. All right.

**MS. COLUMBIA:** So --

**THE COURT:** All right. That's fine.

**MS. COLUMBIA:** I think the dispute on their construction -- and maybe could I ask Richie to put up just a generic structure from the patent?

**THE COURT:** That's fine.

**MS. COLUMBIA:** Richie, could you put up the generic structure at Column 37, 38.

So looking at that, Your Honor, here's where I think there's no dispute and where there's dispute. I don't think there's any dispute that the patent describes, as a generic formula, that the cationic lipid, which the Court has already construed to be a lipid that needs to be -- either permanently charged or protonatable at physiological pH, includes three components. The head group on the left, the hydrophobic tails on the right, and they are connected by this thing the patent calls the central moiety.

The dispute is right here, Your Honor, which is whether the protonatable group has to be in the head group, which is in this structure. That nitrogen is the protonatable thing in this generic structure. The question is whether in the claim language --

**THE COURT:** The protonatable group has to be

in there?

**MS. COLUMBIA:** The Court should say the head group has to be the site of protonation.

**THE COURT:** Right. And I get that. What I'm trying to do is maybe figure out what's behind this. And maybe I'm just --

**MS. COLUMBIA:** Okay.

**THE COURT:** When I read the patent, it seems to me to be ambiguous when it says that the tail -- when it uses the language "to which the tails are attached." It's not clear if just from a point -- like approaching it as a -- from a grammatical point of view, whether it has to be attached to the central moiety or to the head group or to the combination of the two. It's because of the way it's written.

And what I was thinking is, well, boy, if that -- is that the dispute? But it sounds like it's not. And I thought that that might be a way of resolving all of this, and I was hopeful that by saying, you know what? Shame on the patentee. You wrote this patent, and, you know --

**MS. COLUMBIA:** Well, you may be giving the defendants brand-new ideas, Your Honor.

**THE COURT:** Oh, well --

**MS. COLUMBIA:** But I believe if we -- if we're

locked into a lot of briefing and a lot of declarations, that issue is not in dispute.

**THE COURT:** Okay. All right. Well, I was hopeful.

**MS. COLUMBIA:** And everyone is in agreement that the patent describes it as I just articulated it, which is that the central moiety is what links the head group -- the central moiety -- the head group and the central moiety are described in the patent as a primary group.

**THE COURT:** Agreed. I think that's very -- well, at least they comprise. It doesn't have to -- or they could have other things too.

**MS. COLUMBIA:** Yes.

**THE COURT:** Gotcha.

**MS. COLUMBIA:** And I think there's no dispute.

And, in fact, if you go to the first independent claim of the '933, it says in the first paragraph that the hydrophobic tails are directly bonded to the central moiety. And so I'm happy to talk more about that.

**THE COURT:** See, and it doesn't. That's my point. It doesn't say that. If you want to put it up on the screen, this is my point.

**MS. COLUMBIA:** Sure.

Can you put up Claim 18, Richie.

So where I was looking, Your Honor, is in little Romanette two in that first paragraph in which it says, "There's a central moiety to which both the head group and the biodegradable hydrophobic tails are directly bonded."

**THE COURT:** Okay. Wait. You're looking at a different claim than I am. Sorry. I'm looking at Claim 1 of the '933 patent.

**MS. COLUMBIA:** Which is not asserted. I'm happy to look at it with you, Your Honor, but it's not --

**THE COURT:** Okay. All right. So 18 is also dependent. All right.

**MS. COLUMBIA:** 18 is the first independent asserted claim of the '933.

**THE COURT:** Yep. Okay. My problem. My bad. I misspoke. I don't know why, but I was reading Claim 1.

**MS. COLUMBIA:** I usually do that as well.

**THE COURT:** And if you look at Claim 1, it's hard to tell what the "to which" modifies. It says that it's a -- "wherein, the primary group includes a head group and a central moiety to which both" the blank. And it wasn't clear to me what the "to which" modified. But that's my bad. I lost track of the asserted claims, and I just began with Claim 1 and thought we might be able to

solve the issue. But I guess we're not.

All right. Whereas, in Claim 18, there is just no question that "to which" is modifying a central moiety. All right.

**MS. COLUMBIA:** And, again, we have had a lot of briefing and a lot of expert time and attention, and I just don't think that's in dispute.

**THE COURT:** Yep. All right.

**MS. COLUMBIA:** The dispute -- if we go back, Richie, to that figure -- is whether the protonatable --

**THE COURT:** No. I get it. I understand you characterized it. I was hopeful there was another, lurking behind the scenes, real issue that I could resolve. And I kind of -- like I said, it all stems from my error in looking at Claim 1. So. All right. Go ahead. I get the protonatable. You can pick up.

**MS. COLUMBIA:** So that's the crux of the dispute.

I think probably the Court will want to hear this better from Dr. Kros, but I preview that Dr. Kros will be able to walk the Court through the wording of the claims, as well as the places in the written description that support our position, which is yes --

**THE COURT:** So he can do that. And, I mean, that was the thrust of both of your -- what you

presented. But, clearly from my questions, I am much more interested in what the field says, not what the patent says. Right?

**MS. COLUMBIA:** And I believe Dr. Kros can also tell you --

**THE COURT:** I mean, I can do my own exegeses of the patent to a large extent.

**MS. COLUMBIA:** Right.

**THE COURT:** What I really wanted to benefit from because I think this came out at the last hearing, and, frankly, I think it comes out from Professor Whitehead, is that there's people in the field -- however you define the field, sounds like, is up a little bit to debate here, maybe a lot in debate -- but if I put the two experts in the room and they start talking about a head group, they could have a meaningful conversation, and without stepping back to define "head group" and they could both be talking about the same thing, and then at some level, though, how it's applied. And now maybe we can get into solely how it's applied in the patent, it departs. But you've asked for the plain and ordinary meaning.

**MS. COLUMBIA:** Yes.

**THE COURT:** Right. So really the burden is on you, it seems to be --

**MS. COLUMBIA:** If you put the two together, they would say the common characteristic of head group is that it's the -- as Dr. Whitehead said, it's the other end of the molecule from the tails.

**THE COURT:** Right.

**MS. COLUMBIA:** And that is the hydrophilic or less hydrophobic end of the molecule.

Now, in this case, we have cationic lipids and both parties agree that means that somewhere in that molecule, you need something that is either permanently charged or protonatable. That's the Court's claim construction.

And so the question is, does either the field, that is, what a person of skill in the art would know coming into this case, or the patent restrict that protonatable group to the head group. And we submit that it does not. Obviously, defendants are pushing that it does.

**THE COURT:** Right, but you just said -- my computer is not working. I don't have the live transcript. I had hoped I would. But I believe you just said "or the patent," meaning that I'm going to be looking for a definition in the patent. But you've said it's plain and ordinary meaning.

**MS. COLUMBIA:** Right. I'm glad you don't have

a live transcript, by the way, Your Honor. I'm just kidding.

What I think I said, what I intended to say is, in the field, without regard to the patent, I think you will hear from both witnesses that there is a common understanding of head group and that is the other end of the molecule.

And then when you go one level deeper, okay, well, what about in a cationic lipid, is there a common understanding of the head group in a cationic lipid? And that's where I think you will hear from Dr. Kros, it's the same. It's the other end of the molecule from the tails, the hydrophilic end of the molecule. And yes, now it's a cationic lipid, so I have to have a protonatable group somewhere, but it doesn't have to be in the head group. It could be in the central moiety.

And then I read the patent as a person of skill in the art, not so much looking for a definition because there really isn't -- you know, unlike some of the other terms we talked about in August, there isn't words in the patent that say, in this patent, head group means XYZ.

**THE COURT:** Uh-huh.

**MS. COLUMBIA:** So when I mentioned the patent, it's just we have what's known in the field, plain and

ordinary meaning, and then if it's helpful for the Court, what a person of skill reading the patent would understand.

**THE COURT:** No, you can do that. I just wanted to say to you that I was -- when we had the hearing -- when I set up the hearing, it was more for the --

**MS. COLUMBIA:** The first one.

**THE COURT:** -- first part that I really wanted help.

**MS. COLUMBIA:** Uh-huh.

**THE COURT:** But you are welcome to, and both of you did it, go through the second part as well. All right?

**MS. COLUMBIA:** With that, Your Honor, my suggestion would be that our time would be better spent with Dr. Kros.

**THE COURT:** Yes.

**MS. COLUMBIA:** And I have some questions for him, but I welcome the Court to interrupt me at any time and ask the Court's question.

**THE COURT:** All right. Great.

**MS. COLUMBIA:** Dr. Kros, would you retake the stand.

**THE COURT:** Come back.

**MS. COLUMBIA:** Do you mind, Your Honor, if I just go through his basic background?

**THE COURT:** No. I'd like you to.

**MS. COLUMBIA:** Okay.

**THE COURT:** I think you should do what you planned.

**MS. COLUMBIA:** Okay.

**THE COURT:** I will say we're absolutely finishing by 1:00, no matter what.

**MS. COLUMBIA:** Good.

**THE COURT:** Just keep that --

**MS. COLUMBIA:** And, Judge, we made a binder, just so Dr. Kros would have handy what I'm going to ask about and the Court and our opposing counsel.

**THE COURT:** All right. Thank you.

Doctor, I will just remind you that you remain under oath. All right?

**THE WITNESS:** Yes.

**THE COURT:** Thank you.

**MS. COLUMBIA:** I will remind you, Dr. Kros, to speak into the microphone and try to speak loudly and slowly.

**THE WITNESS:** Okay.

ALEXANDER KROS, after having been previously duly sworn or affirmed, was questioned and testified as

follows:

DIRECT EXAMINATION

**BY MS. COLUMBIA:**

**Q.** Could you state your name again for the record, sir.

**A.** My name is Alexander Kros.

**Q.** And where do you work, sir?

**A.** I work at Leiden University, which is in Leiden. That's in the Netherlands.

**Q.** And we may not be familiar with Leiden University in the Netherlands. Could you give us a little bit of an idea of what happens there and what sort of university it is?

**A.** Yes. So we are one of the oldest universities in Europe. We are almost 450 years old. We have a large science faculty. We also have a medical center, and we have a very large bioscience park, which is also related to the field of medicine.

**Q.** The Court already has your CV, sir, but could you, for the benefit of everybody, just give us a summary of your educational and professional background?

**A.** Yes. I received my PhD in 2000 under the guidance of Professor Nolte at Bangham University, which is also in the Netherlands.

And after that, in 2000, I moved to the California Institute of Technology, Caltech in short, where I did a

postdoctoral stay with Professor Dave Tirrell.

And then I worked on Giant Liposomes, which was also published, and it was my first encounter with lipids. So that's over 20 years ago.

In 2002, I was appointed assistant professor at Leiden University, and over the years, I grew into the ranks, got a major national grant, which led to my promotion to full professor in 2016. And ever since, I'm a full professor there, and one of the topics I work on is drug delivery. And just a couple of months ago, for instance, I got a grant from the European Research Council. Which is a very competitive grant of $11 million, approximately, to work on novel treatments for glioblastoma, which is a deadly brain cancer. And for that, we are using new lipid nanoparticles.

**Q.** Would you consider yourself an expert in lipid nanoparticle drug delivery?

**A.** Yes. I have a track record of over 20 years working with lipids, lipid aggregation. So the basic fundamentals, but also looking at how these can be used for drug delivery.

**Q.** In your role, do you supervise PhD students who are studying in the field of lipid nanoparticle drug delivery?

**A.** Yes. And my current group is about 50 persons

large, three associate professors, postdocs, business students, undergrad students, and I graduated, till now, 41 PhD students, and I have currently the supervision of 27 PhD students.

**Q.** Those are all PhD students?

**A.** PhD students. Yeah.

**Q.** And the Court asked you, in the earlier part of the program, whether universities have departments in drug delivery.

**A.** Uh-huh.

**Q.** Is the field of lipid nanoparticle drug delivery a sort of multidisciplinary field?

**A.** Yes. In order to make medicines, you need input from various fields. Of course, from medicine, because you need to know what's the cause of the disease, and -- but on the other hand, you also need chemistry and biology to make novel drugs, and you need also tools of bringing the drug into the position in the body where you need to have it to perform its function.

So it's very interdisciplinary, and that's why you can find people working in drug delivery. For instance, I work at an Institute of Chemistry, but my neighbors are in the Department of Pharmacy, and they are also working, also, on lipid nanoparticles, as an example.

**Q.** Now, you prepared a declaration for this proceeding

today?

**A.** Yes, I did.

**Q.** And you have that at Tab 1, in case you need to refer to it in your binder.

**A.** Yes.

**Q.** What exactly were you asked to consider in connection with your declaration and these proceedings today?

**A.** I was asked what is the meaning of "head group" in light of what is known in the field, what I know as an expert. Also in light of the patents that we're discussing and, also, what the ordinary meaning would be of "head group."

**Q.** So let me ask you first, sir, if I -- before you ever saw this patent, if I were an undergraduate student and I walked into your office and I said, Professor, what's a head group in a lipid of this sort, what would you say?

**A.** I would say it's the portion of the molecule that interacts with water. And that's important because all biology, we are full with water. So interaction with water is a very important criteria.

**Q.** And in addition to that knowledge that you brought in the front door, what else did you consider in forming your opinions for the Court today?

**A.** The patents, basically, and my knowledge, and the knowledge which was available at the time of filing the patents.

**Q.** And you may have just said this. I apologize. But based on that, your opinion for the Court of the ordinary and customary meaning of "head group" as used in the patent is what?

**A.** That it's the less hydrophobic portion of the molecule.

**Q.** And why did --

**THE COURT:** Can I just stop you? Because he -- and I realize this is somewhat -- this is a case law problem. It doesn't make sense to me to say, "ordinary use" in the patent. Right? Ordinary, just by definition, is talking about a norm. You know, so I don't even get that, for what it's worth.

That's why I wanted the testimony. It seems to me what -- I mean, are there terms that are used in patents that are used in an unordinary way? Right? It doesn't make sense to talk about something being used in an unordinary way in the patent.

**MS. COLUMBIA:** I understand, Your Honor. And we could debate the case law which suggests that you do, in fact --

**THE COURT:** I agree there's language in the

case law that talks -- that's what I'm getting at.

**MS. COLUMBIA:** But I think to answer your question --

**THE COURT:** But I think -- and even in *Phillips there's* language, but there's also in *Phillips* **where they** say ordinary in the field, ordinary meaning in the field. So I think it would be helpful to keep it that way. I can't even get my arms around what it means to use the term -- what the ordinary meaning in the patent has. Because ordinary seems to me, right away, to be referring to something extrinsic to the patent.

**MS. COLUMBIA:** I understand, Your Honor.

**BY MS. COLUMBIA:**

**Q.** So, Dr. Kros, we are going to focus, at least at the beginning here on --

**THE COURT:** And, actually, I will even ask this: Is the term "head group" used the same way throughout the patent, or are there different uses of "head group" in the patent?

**THE WITNESS:** To my knowledge, it is always used in the same way.

**THE COURT:** All right.

**BY MS. COLUMBIA:**

**Q.** So let's focus, Dr. Kros, on your knowledge separate from the particular words in the patent.

**A.** Uh-huh.
**Q.** And let's talk about some basic science just so we're all on the same page.
**A.** Yes.
**Q.** First of all, let's just walk through basic lipids, the kind that I now understand from my experience in this case we all have throughout our bodies.
What's a lipid?
**A.** Lipids are -- it's a class of molecules that are insoluble in water, and examples are phospholipids, fatty acid sterols to name a few major categories.
**Q.** And we've been talking a lot about drug delivery. The drugs that are being delivered that we are talking about are these things called nucleic acids?
**A.** Yes, that's correct. So that's either -- when you talk in nucleic acids, you're talking about RNA or DNA.
**Q.** And that's just out in the field?
**A.** Yes.
**Q.** And in the period of time leading up to these patents, were scientists trying to figure out whether and how they could deliver nucleic acid materials to the human body and to the cells?
**A.** Yes. It's been recognized already for a very long time that RNA is a potential therapeutic, but there are several problems with the properties of RNA that led --

that you need a vehicle to deliver it into the body.
**Q.** And what were the particular challenges of RNA that were known in the field that created the need to inquire into the delivery mechanism?
**A.** Yeah. So RNA had several problems. One of them is that it's a very fragile molecule. So it's easily degraded by enzymes that are present in the living body. That's one problem. So it needs to be protected while it's en route to the site where it should be.
And it also needs a delivery vehicle because RNA by itself is unable to enter any cell. And for that people looked in many different materials, and the one that seems to be very successful are these lipid-based nanoparticles.
**Q.** And was -- again, focusing on the field, was this a challenge that scientists, such as yourself and others, were trying to solve?
**A.** Yes. Many labs around the world worked for this on this problem for many, many years already.
**Q.** And at least in terms of actually bringing a drug to market, who first solved this problem?
**A.** The first product was brought on the market by Alnylam in 2018.
**Q.** 2018?
**A.** Yep.

**Q.** And which product was that?
**A.** That's called Onpattro. It's a formulation containing siRNA, which is packaged -- siRNA is a form of RNA. It is a small variant of RNA. It is packaged in lipid nanoparticles, and it is delivered to the liver where it can perform its function to treat a disease.
**Q.** And you mentioned that it was available in the market in 2018?
**A.** Yes.
**Q.** But when did Alnylam first publish the lipid nanoparticle that was used in that drug?
**A.** That was in 2012.
**Q.** 2012?
**A.** Yes.
**Q.** And what was the cationic lipid in that?
**A.** So a lipid nanoparticle has several components, several different lipids to make it into a stable formulation. But the most important, say, key ingredient is a lipid called MC3.
**Q.** And the patents in this case are not directed at MC3, correct?
**A.** No.
**Q.** What is your understanding of the direction of the patents in this case?
**A.** The direction of these patents was basically to make

a next generation of lipids like MC3, but better ones, to improve them. And the aim in these patents was to make biodegradable variants.

**Q.** Biodegradable?

**A.** That's correct.

**Q.** And why was it important or why was it deemed to be important in that early 2011 time period to improve the biodegradability of these lipid nanoparticles?

**A.** Well, the thing is, is that RNA is the drug that you want to deliver into cells. And for that, you need lipid nanoparticles. So the lipid nanoparticles are only there to bring the RNA to the cells of interest, and then it basically should disappear as soon as possible to minimize potential side effects, because it's about the delivery of the RNA.

**Q.** Okay. Now, in this case, we're talking about cationic lipids, correct?

**A.** That's correct.

**Q.** And you are aware that the Court has given us a claim construction of cationic lipids as being something that is either positively charged or protonatable at physiological pH?

**A.** Yes.

**Q.** And understanding that we are going to focus on what was known in the field, is your testimony consistent with

the Court's claim construction?

**A.** It is.

**Q.** In order to be a cationic lipid, are there particular properties that the lipid must have in order to perform as a cationic lipid from your knowledge in the field?

**A.** Yes. So cationic lipid means that -- the first word, "cationic," means you have to have a positively charge somewhere. And second of all, it has to be a lipid. And that means that you need to have a molecule that it's amphiphilic, and it must have somewhere a positive charge.

**Q.** Let's start with amphiphilic.

**A.** Yes.

**Q.** First of all, what does that mean?

**A.** It means that a molecule is an amphiphile or has amphiphilic properties, when one part of the molecule is hydrophobic, so it's fearing water, wants to stay as much away from water as possible, while it's connected to another part of the molecule is that is hydrophilic or water-loving, and that they are to interact with water.

And when you have these molecules, they can assemble, for instance, in the lipid nanoparticles when dispersed in water.

**THE COURT:** They can assemble what?

**THE WITNESS:** They can assemble or aggregate into lipid nanoparticles when dispersed in water.

**BY MS. COLUMBIA:**

**Q.** And that's true of the lipids that you tell me I have floating around in by body, correct?

**A.** Yes, you have lots of them.

**Q.** And did you provide some examples in your declaration of simple or known natural lipids to illustrate this amphiphilic property?

**A.** Yes. So one of the major lipid classes that you have in your body are phospholipids, and examples are given in the declaration.

**MS. COLUMBIA:** And, Richie, maybe we could put the figure from Paragraph 37 of Dr. Kros' declaration.

**BY MS. COLUMBIA:**

**Q.** Could you just tell us briefly -- and this is from the Encyclopedia Britannica?

**A.** Yes.

**Q.** Just what we're seeing here.

**A.** So, basically, here, in the box, you will see a cartoon of a phospholipid molecule, which is an amphiphile. So the big ball on top of it is the hydrophobic -- excuse me, hydrophilic polar head group, or the less hydrophobic part, if you will. And that's the part of the molecule that interacts with water, likes

to surround it with water molecules.

While on the bottom of this particle, you have these two black and green fatty acid tails, and they like to minimize the contact with water as much as possible.

**Q.** And I think you just mentioned to the judge that these things need to aggregate.

**MS. COLUMBIA:** If we could go to the figure at Paragraph 42 of Dr. Kros' declaration.

**BY MS. COLUMBIA:**

**Q.** And maybe you could explain to us all how that phospholipid, as an example, uses those amphiphilic properties to perform its function.

**A.** Yes. So here we see a cartoon of a phospholipid. So that's one of the major classes you can find in your body in the cell membranes. And if you disperse it in water, it will form, for instance, liposomes, so there's this spherical object, which has also water on the inside. And that's depicted by the black arrows.

And if you disperse these phospholipid molecules in water, they immediately start to assemble or aggregate -- that's the same word -- in such a way that they form a membrane structure, which is then folded in a sphere, that's why -- forming a liposome.

And what happens here is that you maximize the interaction of the hydrophilic head group with

surrounding water molecules, while at the same end, you are protecting the hydrophobic chain to interact with water because they form this green bilayer.

So you have maximum contact of the head group with water, minimize water contact of the hydrophobic chains.

**Q.** And, Dr. Kros, these are images from the Encyclopedia Britannica, but you also cited something called the -- I think it is a textbook or a treatise, Molecular Biology of the Cell.

Do you recall that?

**A.** Yes.

**Q.** And that's Exhibit 8 to your declaration?

**A.** Yes.

**Q.** And is that a respected treatise on lipids?

**A.** It's a book that's very much used in chemistry and biology.

**Q.** Anything else we need to know about the function of the head group in terms of its hydrophilicity and the amphiphilic nature of the lipids?

**A.** No. In order to interact with water is the prime purpose of the head group.

**Q.** You also mentioned it was known in the field that for cationic lipid, it needed to be protonatable, correct?

**A.** Yes.

**Q.** And that's consistent with the Court's claim construction?

**A.** That is true.

**Q.** So, first of all, what does it mean to be protonatable?

**MS. COLUMBIA:** You can take that down, Richie.

**THE WITNESS:** It means that a molecule can accept a proton in such a way that it becomes protonated and it's reflected in a positive charge of molecule.

**BY MS. COLUMBIA:**

**Q.** And for someone working in the field of lipid nanoparticle drug delivery, do you have to think about that at a particular pH?

**A.** Yes, so everything we talk about is about whether it's relevant at physiological pH because we, as humans, and medicine are made to treat humans. Of course, we are limited by the pH range that you can find in humans. So that's why it's relevant to know how a cationic lipid behaves at physiological pH.

**Q.** And that's also part of the Court's claim construction?

**A.** Yes. That is correct.

**Q.** Now, how does a person of skill in the art -- putting aside the patent, how does a person of skill in the art know whether a lipid is going to be protonatable

at physiological pH or not?

**A.** Well, there are basically two things you can use as, basically, if you draw out the structure of the molecule as an organic chemist or as a chemist, you immediately can see these groups have potential to be protonated, yes or no.

And, then, the next step is you can determine the protonatability by determining a value called pKa of your molecule, of your group. And pKa values are -- you can find them in textbook for, say, standard molecules, but you can also determine them experimentally.

**THE COURT:** By the way, I had my knee replaced five weeks ago, so I'm going to be standing up because I can't sit for more than 45 minutes.

**MS. COLUMBIA:** Oh, of course, Your Honor.

**THE COURT:** Go ahead.

**BY MS. COLUMBIA:**

**Q.** And is there also a well-known equation that's used to translate pKa values?

**A.** Yes. So the Henderson-Hasselbalch Equation is already there for many years.

**Q.** You might need to say that one more time a little more slowly.

**A.** Henderson-Hasselbalch Equation.

And that's basically, the relationship between the

pH of the solution, the pKa of your molecule, and the ratio of protonated versus unprotonated, the concentration of protonated and unprotonated molecule.
**Q.** And that's been known in the field for many years?
**A.** Yeah. For many decades.
**Q.** And I'm not quite capable of reading, but that's what's described in Appendix A of your declaration?
**A.** Yes. That's detailed in the appendix.
**Q.** Going back to the practical side, why does our cationic lipid need to be protonatable; that is, why does it need a positive charge in order to perform the function of being a drug delivery mechanism for these RNA materials?
**A.** So as mentioned, it has been recognized already for many years that RNAs has a lot of potential as therapeutic, but it cannot enter cells. It's fragile, as I mentioned before.
And one of the reasons that it cannot enter cells by itself is because it's highly negatively charged. It repels. It cannot enter cells by itself.
So what you need to do is to screen these negative charges, and for that you need something positively charged because, basically, you neutralize negative charges with positive charges.
And for that, people started to work with lipids,

cationic lipids, because, A, they can neutralize, but they also can induce aggregation that basically you have the sphere, this RNA and lipids. You're also protecting your RNA from the surrounding. So it cannot be degraded by enzymes when it's en route to the target site.

**Q.** Are the lipids that I have in my body positively charged?

**A.** No.

**Q.** Well --

**A.** Basically, all lipids that you can find in biology, the major classes are all either negatively charged, they are neutral, or they are zwitterionic.

**Q.** So the cationic lipids that we're talking about here and that the scientists at the time were focused on are engineered lipids?

**A.** Yes. You needed to make these from scratch.

**Q.** And you may have just said this, but in order for the lipid to come together with the RNA, does the positive charge play a role there as well?

**A.** Yeah. That you really need a cationic charge, but it doesn't matter where it is located on the molecule, as long as somewhere in the molecule, there's a positive charge so it can bind to the RNA. And because it's also somewhere in the molecule, when using lipids, you have lipid tails, it induces aggregation to form lipid

nanoparticles.
**Q.** And you anticipated my next question.
Does the RNA care where in the cationic lipid the protonation takes place?
**A.** No. It should be cationic lipids and exact location doesn't matter for the RNA.
**Q.** Again, without -- pretending we haven't read the patent yet. As a scientist, were scientists aware, at the time prior to the patent, of cationic lipids that had the protonatable group not in the head group but in the central moiety?
**A.** Yes. And in my declaration at Paragraph 58, you can find an example of such a molecule.
**MS. COLUMBIA:** Richie, would you mind just pulling that up.
**BY MS. COLUMBIA:**
**Q.** Dr. Kros, I think this one is oriented the other way, so maybe you can just step the Court through what we're seeing here.
And, first, tell us what we're looking at, not just the structure.
**A.** So what you're looking here is a cationic lipid, which was filed in the patent from 2006 from the Anderson/Langer Lab at MIT, and it was designed to interact with molecules like RNA.

**Q.** So it was one of many potential candidates for this sort of drug delivery at the time?
**A.** Yes. This is just one example, but there are plenty of other molecules that can be found in literature from that era.
**Q.** And again, I mentioned that it seems to be reversed in its orientation. Could you just step through what we're looking at in the figure?
**A.** Okay. So if we start on the right-hand side, you see the OH. That's the hydroxyl group. And together with the small alkyl chain, it's forming the head group of this molecule. This is the part of the molecule that likes to interact with water.
Then we end up at the nitrogen, so the N, and this is the central moiety. And because it's a nitrogen, it's the protonatable site in this molecule at physiological pH. And this central moiety nitrogen is then connecting the head group to -- in this case, to hydrophobic fatty acid tails.
**Q.** So if I came up to you before you had ever seen this patent, knowing what you know from what was being done in the science at the time, what would your opinion be as to whether the protonatable group needs to be in the head group or the central moiety position?
**A.** Literature that is available would tell me that the

protonatable side can either be in the head group, it can be in the central moiety, it can be in both.

**Q.** And now, when we did introduce you to the patent, did you review the patent to determine whether it was consistent with your understanding as a scientist in the field of the question of whether the protonatable group had to be in the head group or could instead, or in addition, be in the position that's called in the patent, the central moiety?

**A.** Yes.

**Q.** And what did you conclude after you reviewed the patent?

**A.** That the patent teaches me that the protonatable side can either be in the head group, but it also can be in the central moiety. So it can be in either place. There's no requirement that it has to be in the head group or that it has to be in the central moiety, and it can be in both places.

**Q.** And that was consistent with your understanding just as a scientist in the field at the time?

**A.** Yes.

**Q.** Now, Dr. Kros, let's turn to the patent, if we could.

**MS. COLUMBIA:** And if it's okay, Your Honor, and just walk through those portions of the patent that

Dr. Kros relied upon.

**THE COURT:** Yes, that's fine.

**BY MS. COLUMBIA:**

**Q.** So turning to the patent, Dr. Kros, where did you start?

**A.** I started at the claims and at the text of the patents.

**Q.** Okay. Why don't we start with the claims, if we could.

**A.** Yeah.

**MS. COLUMBIA:** And, Richie, if you could pull up Claim 18, which is the first independent claim of the '933.

**BY MS. COLUMBIA:**

**Q.** And, again, focusing on how this reinforced your opinions as a scientist in the field, perhaps you could walk us through what in Claim 18 was consistent with your understanding.

**A.** What this claim tells me, because that's the first sentence, is that a cationic lipid is comprised of a primary group and two biodegradable hydrophobic tails.

And that the primary group is comprised of a head group and a central moiety. And this is -- and in the head group, you can have -- optionally you can have an amine, but to me, that also means that it does not have

to be an amine.

**Q.** Let me just pause you there. An amine --

**THE COURT:** Can I interrupt?

Sorry. So, you know, you were asked if a student walked into your office and said, What's a head group, you'd give the same definition to that student off the top of your head that you were giving in court today, correct?

**THE WITNESS:** Yes. That's correct.

**THE COURT:** How about primary group. If the student walked in your office and said, Hey, what's a primary group, is that also a term of art that's well-known in the field that you would have been able to give a definition off the top of your head?

**THE WITNESS:** It would be less common.

**THE COURT:** Would it even exist, or is it only defined by the patent?

**THE WITNESS:** In literature, you don't find it that much.

**THE COURT:** Do you ever find it at all?

**THE WITNESS:** I can't give you an example of that.

**THE COURT:** You can't?

**THE WITNESS:** No.

**THE COURT:** All right. Sorry. Go ahead.

MS. COLUMBIA: No problem.

BY MS. COLUMBIA:

Q. And, here, the primary group is defined in the patent to be the head group in the central moiety?

A. That is correct.

Q. And is "central moiety" a term that you were -- that was commonly used in the field?

A. Central moiety or linker, that's something that's been used for these kind of things.

Q. Now, you -- we both interrupted you, I think, when you were talking about the optionally can include an amine.

A. Yeah.

Q. An amine would be a protonatable group, correct?

A. It can be a protonatable group at physiological pH.

Q. Physiological pH, you're going to hear that a lot.

Okay. So I think I interrupted your flow. You were explaining how that was consistent with the understanding that you had as a person of skill in the art before you ever read this patent.

A. So when I read this patent, it starts with cationic lipid. The word "cationic" tells me that somewhere I have to be able to put a positive charge on the molecule. It's there permanently.

And then if I read further down the text, it tells

me it can be in the head group because it would allow for amines to be present. But it does not need to be.

And in the case that it's not in the head group, such an amine, that can be protonatable at physiological pH, then it must be somewhere else. And somewhere else is the central moiety. And this is possible because if you go to Line 20, we see that the central moiety can be either a central -- carbon or nitrogen atom. In the latter case, like in the example just shown a few minutes ago, you have a nitrogen at the central moiety that can be protonated at physiological pH.

So this text tells me, yes, it has to be cationic somewhere, and this somewhere can either be in the head group or it can be in the central moiety.

And if you then further go down in the remainder of the Claim 18, we see a very detailed description of the hydrophobic portion of the molecule.

**Q.** I was just going to ask you, you said there has to be a protonatable group somewhere. Could it be in the tails?

**A.** No. Because the tails are very well and very detailed described, and they are only composed of carbons, hydrogens, and biodegradable ester groups, none of which are protonatable at physiological pH.

**Q.** Now, still sticking with the claims, did you also

look at the claims of the '979 patent?

**A.** Yes, I did.

**MS. COLUMBIA:** And, Richie, perhaps we could just pull up the first page of claims in the '979.

**BY MS. COLUMBIA:**

**Q.** And could you tell us, Dr. Kros, how what you saw in the claims of the '979 either did or didn't confirm your understanding as a person of skill in the art about the location of protonatability in these cationic lipids?

**A.** Yes. So if you look at Claim 1, we first see, as in the previous patent, that cationic lipids -- that's at Line 50 -- comprises a head group, two hydrophobic tails in the central moiety. So that's the same definition as we found in the '933 patent.

And what it also tells, then, at Line 53, that the central moiety can be either a carbon or a nitrogen atom. And in the latter case, you have the opportunity to put a positive charge at the central moiety.

If you now look at Claim Number 2, we see that it's required to have a central moiety nitrogen atom. So that means that in this particular case, you really have a protonatable site at the central moiety, therefore, it is a cationic lipid and, as a result, there's no need to have a positive charge in the head group.

**Q.** Could --

**A.** It can be.
**Q.** Could have one, but you don't need one?
**A.** No.
**Q.** Moving to the written description of the patent, were there particular portions of the written description that confirmed or not your understanding as a person of skill in the art about the location of the protonatability in a cationic lipid?
**A.** Yes. That's part of Column 16 and part of Column 32.
**Q.** Okay.
**MS. COLUMBIA:** Why don't we start with Column 16, Richie, if we could.
**BY MS. COLUMBIA:**
**Q.** Column 16 describes the primary group, correct?
**A.** That is correct.
**Q.** I think you just told the Court that that was not necessarily a term of art, correct?
**A.** That is correct, yeah.
**Q.** But going into the description of it, what did it tell you about the location of the protonatable group?
**A.** Well, if we start with reading, so at Line 49, we see that a primary group comprises a protonatable group having a pKa of from about 4 to 13, et cetera.
So this first sentence tells me that somewhere in

the primary group, you need to have a protonatable site. But it doesn't specify exactly where this should be.

And if you then further look at Line 53, you see the definition of the primary group, which says that it includes a head group and the central moiety. And this can be a carbon atom, but it also can be a nitrogen atom, as you can see at Line 57, a central nitrogen atom.

So this gives me basically the option that, yes, I need to put a protonatable site in my primary group. It can be in the head group, but it also can be in the central moiety.

**Q.** That was --

**A.** It doesn't specify where it has to be.

**Q.** That was consistent --

**A.** As long as --

**Q.** That was consistent, based on your testimony today, with what your understanding before you ever saw this patent?

**A.** Yeah.

**Q.** And you also mentioned Column 32.

**A.** That's correct.

**MS. COLUMBIA:** If we could put that up, Richie.

**BY MS. COLUMBIA:**

**Q.** There's a lot of words in Column 32, Dr. Kros. And,

again, we're focused on how this did or did not confirm your understanding of the location of the protonatable group.

Could you maybe just walk us through, as we go along -- did the first sentence, for example, impact that one way or the other?

**A.** No. It's basically repetition of what we said before, that lipids are -- the cationic lipids are comprised of a head group, central moiety, and a hydrophobic chains.

**Q.** Then it continues to describe that the head group can include an amine. Do you see that?

**A.** Yes.

**Q.** What did that tell you, as a person of skill in the art, based on what you knew before you read this patent?

**A.** That you can have an amine in a head group, meaning that that could be a protonatable site at physiological pH, but it depends on what kind of amine is there.

But the word "can" tells me that it's not a requirement. It can be; it does not have to be there. And if it's not in the head group, then it has to be somewhere else.

**Q.** And that somewhere else, at least as described in the patent, is where?

**A.** It's the central moiety, if this is a nitrogen atom.

**Q.** And the next sentence is a long one. I won't read it, but it talks about the structure of the lipid and the nature of the head group. Do you see that?
**A.** Yes, I see that.
**Q.** And it lists several things that could be present or not present in the head group. Do you see that?
**A.** Yes.
**Q.** Are all of those things that are listed things that could be protonatable at physiological pH?
**A.** No. For example, at Line 55, you see "e.g., hydroxyl and methoxy." These are two examples of molecules that like to interact -- part of a molecule that like to interact with water, but they cannot be protonated at physiological pH.
**Q.** And the next sentence talks about the head group -- amine can be cationic, and lists several kinds of primary, secondary, et cetera, amines. Do you see that?
**A.** Yes.
**Q.** What did that tell you?
**A.** It tells me that the head group can contain one or even more positive charges or protonatable sites. But, again, it's optional. It does not have to be there. I have the liberty to choose that.
**Q.** Then the next sentence says, "The head group can include functional group that is less strongly basic than

an amine."

Let's just pause there. What does that mean, the concept of "less strongly basic"?

**A.** It means that its ability to be protonated is lower, and, of course, everything we discuss here is in relation to its application, that it's at physiological pH.

So you can have functional groups that contain nitrogen that cannot be protonated at physiological pH. And, therefore, they cannot form a protonatable site in the cationic lipids.

**Q.** And it lists as examples imidazole, pyridine, and guanidinium.

Do you see that?

**A.** Yes.

**Q.** Is imidazole protonatable at physiological pH?

**A.** No.

**Q.** Is pyridine protonatable at physiological pH?

**A.** No.

**Q.** Is that list -- as you read it, as a person of skill in the art, would you read that list of examples as the exhaustive list of what could be included as functional groups less strongly basic than an amine?

**A.** No, you can have other ones as well, I think.

**Q.** The next sentence says, "The head group can be zwitterionic."

And the judge doesn't remember, but I remember distinctly a discussion about zwitterionic. Now we have somebody who can tell us what it means.

What's zwitterionic?

**A.** So a zwitterionic molecule or a group is a part of the molecule that has -- or the entire molecule that has an equal number of positive and negative charges. So the sum of those charges is zero. So it's -- that's zwitterionic.

**Q.** Would a zwitterionic head group be protonatable at physiological pH?

**A.** No.

**Q.** And then the last sentence says, "Other head groups are suitable as well."

What does that tell us as a person of skill in the art?

**A.** That I, as a chemist, can basically choose any functional group that I think would be suitable to perform its function.

**Q.** To be clear, if you, as a chemist, select a head group that's not protonatable --

**A.** Um-hmm.

**Q.** -- what do you need to do?

**A.** It needs to have functional groups that still can interact with water, because that's the main purpose of a

head group is to interact with water molecules.

A person skilled in the art would know which one to pick for that function.

**Q.** And do you still need a protonatable group --

**A.** No, you don't need that.

**Q.** Somewhere in the lipid?

**A.** To obtain a cationic lipid, yeah, you have to put it somewhere, as I said before head group or central moiety. It doesn't matter.

**Q.** Okay. And, in fact, right below that we see, again, the idea that there are different central moieties that can be employed, correct?

**A.** Yes.

**Q.** And one of them is a central nitrogen?

**A.** That is correct. And if you have a central nitrogen, then you have a protonatable site at the central moiety.

**Q.** And so long as you have that hydrophilic property in the head, you don't need any protonation in the head group?

**A.** No. And, again, the example shown from the Langer Lab is one of such examples.

**Q.** Could you say that, again?

**A.** So the example shown before from the 2006 patent is an example where you have a head group that's not

protonatable at physiological pH, but you have the central nitrogen moiety that can be protonated at physiological pH; therefore, it is a cationic lipid.

**THE COURT:** Thank you.

What's the 2006 patent?

**THE WITNESS:** It's the patent that's mentioned in the declaration at Paragraph 58.

**MS. COLUMBIA:** It's Paragraph 58 of Dr. Kros' declaration; it's a WO2006?

**THE COURT:** Oh, I see. Okay. Thank you.

**BY MS. COLUMBIA:**

**Q.** Is that the only prior art that used a head group that was hydrophilic, but not protonatable together with a central moiety that was protonatable?

**A.** No, we just put in one example.

**MR. KLEIN:** Objection. Going beyond the scope of the report. There is no other example --

**THE COURT:** Fair. That's sustained. Unless you've got an explanation.

**MS. COLUMBIA:** No, it's fine.

**THE COURT:** Sustained.

**MS. COLUMBIA:** I wasn't asking for specific examples, just whether there were any other out there in the world. Let me ask it this way.

**THE COURT:** All right. Put it this way. I

will just assume there are others out there, but we don't know what they are, and that's fine.

**MS. COLUMBIA:** That's fine, Your Honor.

**BY MS. COLUMBIA:**

**Q.** Before we wrap up on that, Dr. Kros, and while we are in this part of the patent that talks about pyridines and imidazoles and so forth.

**A.** Yep.

**Q.** Did you have a chance after submitting your declaration to review Dr. Whitehead's declaration?

**A.** Yeah, after. Yeah.

**Q.** And she commented on these pyridines and imidazoles.
Do you recall that?

**A.** Yes, I do.

**Q.** And she included in her declaration some figures that she said were pyridine and imidazole?

**A.** That's correct.

**MS. COLUMBIA:** And could we put up, Richie, the figures at Paragraph 60 of Dr. Whitehead's declaration.

**BY MS. COLUMBIA:**

**Q.** Do you recall these to be the figures that Dr. Whitehead said were pyridines?

**A.** Yes, I recall that.

**Q.** Is she correct?

**A.** Well, actually, what you see here is two functional groups in the head group. Here are three examples of head groups, and in yellow we see, indeed, the pyridine, but we see also a second functional group that is this tertiary amine. So that is the nitrogen in the blue circle. So this is not a pyridine head group. This is a pyridine head group with an additional tertiary amine head group.

**Q.** And are these from the patent, though, sir?

**A.** They are from the patent.

**Q.** So she selected from the patent the images that showed both the pyridine and the extra nitrogen?

**A.** Yes.

**Q.** Are there examples in the patent with just the pyridine?

**A.** Yes, they are, and they are in the same table.

**Q.** Where would we find those?

**A.** At Column 63 and 64.

**MS. COLUMBIA:** Richie, if we could pull those up.

**BY MS. COLUMBIA:**

**Q.** So these are in the same table that Dr. Whitehead pulled her images from?

**A.** Yes.

**Q.** But what do these show in terms of the pyridine?

**A.** What these show here is that -- and I have -- maybe I have to explain that when it says an "R" in the chemical structure, it means, then, that you can select from the following.

And underneath the structure, you see that R can either be a hydrogen, an alkyl. And what's important here is that, when R equals H, so hydrogen, it is basically the protonated form of pyridine. But that doesn't exist at physiological pH in a lipid nanoparticle.

And the other two examples are basically what we call in chemistry isomers, so basically the same thing but slightly different orientation.

**Q.** So in the same list of representative head groups, these are head groups that are just the pyridine?

**A.** Yes, these are true pyridine head groups if R equals H.

**Q.** And would those head groups be protonatable at physiological pH?

**A.** No.

**Q.** And similarly --

**MS. COLUMBIA:** If we pull up the figures at Dr. Whitehead's declaration Paragraph 61, Richie.

**BY MS. COLUMBIA:**

**Q.** Can you tell us the figures that Dr. Whitehead

selected from the representative head groups for that paragraph?

**A.** Yes. So if we start with the figure on the top, again, we see here an example of a head group that has two functional groups; in yellow, the imidazole, and then in blue, you have this additional amine.

If you go, then, to the middle figure, it's the same story, basically; in yellow, you have the imidazole functional group, and then in blue, you have the tertiary amine. So again, this is a head group with two functional groups.

And the bottom figure shows a guanidinium functional group in yellow, but added to that, an additional tertiary amine. So all three head groups in these particular examples have two functional groups.

**Q.** She essentially, she selected the ones that had an extra nitrogen?

**A.** That's correct.

**Q.** And is there an example of an imidazole-only head group that is an imidazole head group in the representative head groups without that extra nitrogen?

**A.** Yes, you can find it in the table on Column 63 above the examples of pyridine.

**MS. COLUMBIA:** Would you pull that up, Richie, real quick.

**BY MS. COLUMBIA:**

**Q.** And this would be the imidazole head group without the extra nitrogen?

**A.** That's correct.

**Q.** Okay. And would that head group that's listed as a representative example in the patent be protonatable at physiological pH?

**A.** No, it would not.

**Q.** Now, Dr. Kros, in doing your work, did you also review the claims of the patents in this family that have been added to this case and that are before the Court in this action?

**A.** Yes, I have.

**Q.** And is that Paragraph 75 of your declaration?

**THE COURT:** Why am I going to pay attention to this?

**MS. COLUMBIA:** Your Honor, I would submit that you need to pay attention to it because it's the same written description.

**THE COURT:** So I've already covered that. If it's the same written description, you have already covered it with the patents that are asserted in this case.

**MS. COLUMBIA:** Right.

**THE COURT:** So why am I looking at patents

that are not in this case?

**MS. COLUMBIA:** Because I think, as you will see, if we go forward, the claims that were allowed in that case -- which as you know are part of the specification are --

**THE COURT:** Wait. No, wait, wait. The claims that are allowed -- the claims in the other patents are part of the specification of the patents in this case?

**MS. COLUMBIA:** They're part of the specification in those patents.

**THE COURT:** Okay. And why -- they're different patents. They are not asserted in this case, so why am I --

**MS. COLUMBIA:** They are asserted in this case.

**THE COURT:** Oh, I thought you said --

**MS. COLUMBIA:** We are consolidated.

**THE COURT:** Oh.

**MS. COLUMBIA:** All six patents are in this case.

**THE COURT:** In this case. I thought you said they are not in this case.

**MS. COLUMBIA:** If I did, then, I misspoke. All six patents are now in this case.

**THE COURT:** Okay. Go ahead.

**MS. COLUMBIA:** We have a somewhat odd

procedural posture.

**THE COURT:** It's that they are also in the other case.

**MS. COLUMBIA:** They are all in this case.

**THE COURT:** But they are all in this case. That's what I wanted to make sure. Okay.

**MS. COLUMBIA:** They are all in this case.

**THE COURT:** Fair enough. Okay.

**BY MS. COLUMBIA:**

**Q.** And so we don't need to read them out, I don't think, but Paragraph 75 lists the four patents that are in this case that include the same written description as the '933 and the '979 patent.

**A.** Yes.

**Q.** And did you review the claims of those patents as part of confirming your understanding with respect to this issue of where the protonatability site needed to be?

**A.** Yes. Because it gives here a specific definition of what a head group should be, and in these patents, the head groups are not protonatable at physiological pH.

**Q.** Okay. Let's just -- there's a lot of them. We won't go through all of them.

**MS. COLUMBIA:** But if we could maybe pull up just the '229, Richie, the claims.

**BY MS. COLUMBIA:**
**Q.** And, Dr. Kros, if you could explain to the Court maybe the answer you just gave, but in the context of the claims.
**A.** Yes. So what you see here in Claim 1 is already highlighted in yellow that the central moiety is a nitrogen atom. So I have no choice to use a nitrogen at the central atom, meaning that this is a site of protonation at physiological pH; so, therefore, it makes it already a cationic lipid.
**MS. COLUMBIA:** And then, Richie, if you could turn to the dependent Claim 10.
**BY MS. COLUMBIA:**
**Q.** And if you could explain, Dr. Kros, why this was important.
**A.** This is very important because it really tells me the composition of the head group. And it's composed of a saturated aliphatic group and a hydroxyl group. And both of these are not protonatable at physiological pH. So they are not a site to make a positive charge. This head group cannot be positively charged.
**Q.** Is there a dependent claim, the same or similar to this, in all four of those patents that you looked at?
**A.** Yes. They are mentioned in the declaration.
**Q.** So in all four of those patents, there's at least

one claim where the head group by claim -- by the claim terms themselves, is not protonatable?

**A.** That is correct.

**Q.** And just while we have this language on the screen, "consists of a saturated aliphatic group and hydroxy group," have we seen that already morning?

**A.** Yes. An example, of course, is the molecule that I -- from the 2006 patent.

**Q.** The Anderson patent?

**A.** Yes.

**Q.** Now, a couple quick things, maybe a little bit anticipating your cross-examination, Dr. Kros.

You've reviewed all figures in the patent?

**A.** Yes, I have.

**THE COURT:** Since you are anticipating it, you don't get to do it in rebuttal. Right? You don't get redirect on what you are now doing.

**MS. COLUMBIA:** I will let him --

**THE COURT:** Just keep that in mind.

**MS. COLUMBIA:** Okay. I have nothing further on direct then, Your Honor.

**THE COURT:** All right.

**MR. KLEIN:** Your Honor, we have a --

**THE COURT:** Hold on one second.

Okay. So before you get started, I just want

to go back to the four patents. So the reason why I got confused because -- and I said why are we considering them, is because we are having a separate *Markman* hearing on those four patents, right?

And, in fact, you've submitted briefing in connection with that *Markman* hearing, or at least your partner has.

**MS. COLUMBIA:** We are in the midst of briefing, Your Honor. I don't think anything has been submitted to the Court.

**THE COURT:** Okay.

**MS. COLUMBIA:** We are in the midst of that lovely process of trading things back and forth. But I can inform the Court, and this is why we sent the letter we did the week before Christmas, that "head group" is among the terms that the parties intend to ask the Court to construe.

**THE COURT:** I get that. But your briefing -- you're going to be participating in that exercise?

**MS. COLUMBIA:** Yes, Your Honor.

**THE COURT:** All right. There's no reason I have to construe "head group" in those patents the same as in this patent, right?

**MS. COLUMBIA:** I would have anticipated that you would because they share the same written

description.

**THE COURT:** Well, I very well might. But, you know, this is where the strategic, you know, patenting process that you all engage in is so disturbing to me. You can -- you know, you get to add claims years later and shape them based on what's out there in the world and manipulate them in a way that -- it just strikes me as often unfair. And I'm interested in these patents, and you don't get, it seems to me, to take advantage of the process by doing something with a later patent to try to influence me how to construe the patents that are before me. That strikes me as just very unfair.

The written description, I agree, you are stuck with it and I'm stuck with it and that's what I'll view. But the claims of a later patent seems to me it's unfair to use them to influence on the construction of claims of the earlier patent.

**MS. COLUMBIA:** Your Honor, it seems to me unfair not to inform you. Obviously, you can use the information for whatever purpose you choose in terms of your claim construction for these two patents.

It would have seemed to me unfair not to inform you that three months from now, you are going to be in the same seat with the same written description.

**THE COURT:** You did inform me of that with the

letter, but why should I care about that in terms of construing the patents that I'm construing in this *Markman* hearing?

**MS. COLUMBIA:** Your Honor --

**THE COURT:** I mean, you get to draft those patents -- you drafted those patents after their product was on the market, right?

**MS. COLUMBIA:** Yes, Your Honor, which is perfectly --

**THE COURT:** Yeah. And so, you know, you can play games. Why is it relevant to me construing the patents, the claims that are before me, right? That doesn't seem right.

**MS. COLUMBIA:** I respectfully disagree, Your Honor.

**THE COURT:** Well, you can disagree. Why? Explain why.

**MS. COLUMBIA:** It is lawful --

**THE COURT:** I didn't say it wasn't lawful. I said it's unfair. The law allows you to do that. Maybe the law is wrong. But why is it fair that after their product is on the market, you redraft claims, you get a new patent, and now you tell me I'm supposed to use that new drafted claim, which you had the benefit of looking at their products, knowing about them, to interpret this

patent's claims? How is that fair?

**MS. COLUMBIA:** Your Honor, fairness is a -- it's fair because the law permits that drafting. The Patent Office has reviewed those claims and issued those claims off of this written description.

So it's our position that that -- those claims -- that claim language that's been reviewed and granted by the Patent Office is relevant to the meaning of the words "head group" in this family of patents.

**THE COURT:** Yeah. Well, I think it's not. And I think it's totally unfair that you should be allowed to do that. And I'm not going to look at it in considering my construction of these patents. And you have not given me any reason other than you can do it. And you can do it; that doesn't mean it's fair. That just means that reflects the state of the law right now.

All right. Let's take a break. We will come back in about seven minutes.

You can step down.

(Whereupon, a recess was taken.)

**THE COURT:** All right. Please be seated.

**MR. KLEIN:** Your Honor, before we begin, we do have a binder and some slides. I like to use slides because it moves things along a little further.

May we approach?

**THE COURT:** Sure. Have you shown the slides to the other side?

**MR. KLEIN:** We have given them a copy, yes.

**THE COURT:** It's a judge hearing it, so I'm happy for you to do that. Is not a jury trial. But I normally wouldn't allow that practice in front of a jury.

**MS. COLUMBIA:** Your Honor, the only -- I just got them, but there's a slide in here that's part of the transcript from the August hearing.

**MR. KLEIN:** I don't plan to use it.

**MS. COLUMBIA:** Okay.

**MR. KLEIN:** I mean, there are many slides I may not use. It's cross-examination.

**MS. COLUMBIA:** Okay. Just leafing through, that seems inappropriate.

CROSS-EXAMINATION

**BY MR. KLEIN:**

**Q.** Good morning, Dr. Kros.

**A.** Good morning.

**Q.** We haven't met, right?

**A.** No. We've never met.

**Q.** My name is Charles Klein. I will be asking you a few questions on behalf of the defendants, BioNTech and Pfizer.

**A.** Okay.

**MR. KLEIN:** Mr. Green, can you please put up Slide 2.

**BY MR. KLEIN:**

**Q.** Dr. Kros, on the screen are representative claims from the '933 and the '979 patents, correct?

**A.** Yes.

**Q.** And, of course, the disputed claim term here is "head group." Right?

**A.** That is correct.

**Q.** And I believe you said on direct that the head group of lots of lipids are less hydrophobic than the tails, correct?

**A.** In order to have a functional lipid, that the head group has to be less hydrophobic or more hydrophilic, if you will, than the hydrophobic chains, because otherwise it's not a lipid that can act as a lipid.

**Q.** Right. And that applies to all kinds of lipids, correct?

**A.** Yes.

**Q.** Okay. And you understand the claimed head group refers solely to a specific type of lipid, a cationic lipid, right?

**A.** Yes.

**Q.** And so we're here today to discuss the head group of just one type of lipid, a cationic lipid, correct?

**A.** Yes.

**Q.** And your construction broadly covers a trait that's common to many types of lipids, right?

**A.** That is correct, yeah.

**Q.** And your construction isn't focused on the head group of a cationic lipid in particular, correct?

**A.** Yes.

**Q.** Let's go to Slide 4.

I don't think there's any dispute here. You understand the Court construed the term "cationic lipid" in the claims, right?

**A.** That's correct.

**Q.** And according to the construction, the lipid must be positively charged or protonated at physiological pH, right?

**A.** Yes.

**Q.** And as I believe you discussed in your declaration, "protonated at physiological pH" refers to the lipid becoming positively charged when in the blood, which has a pH of 7.4, correct?

**A.** Yes.

**THE COURT:** Can you stop for a second, Mr. Klein.

Go ahead.

**BY MR. KLEIN:**

**Q.** The bottom line is a cationic lipid must have a positive charge. No dispute about that, correct?

**A.** Otherwise, it's not cationic.

**Q.** Right. Now, the patents --

**MR. KLEIN:** You can take that down.

**BY MR. KLEIN:**

**Q.** The patents discuss three cationic lipid regions. We've got the head group, the central moiety, and the tails, the hydrophobic tails, correct?

**A.** Yes.

**Q.** The tails are not positively charged. I think you said that, correct?

**A.** That is correct.

**Q.** And the meaning of the central moiety is clear from the specification, right?

**A.** It's linking the head group to the hydrophobic tails.

**Q.** Exactly. The central moiety simply connects the head group to the tails, correct?

**A.** That is correct.

**Q.** And that's why the art sometimes refers to a central moiety as a linker, correct?

**A.** That is correct, yes.

**Q.** And so, yeah, the central moiety is linking the head

group to the tails.

Now let's talk about the head group. First of all, you understand we're focusing on the knowledge of a skilled artisan as of December 2011, correct?

**A.** Yep.

**Q.** And in 2011, the head group of a cationic lipid was known to have a function, right?

**A.** Yes.

**Q.** And a cationic lipid has both a location and a -- I'm sorry -- a cationic lipid head group has both a location and a function, right?

**A.** Yes. The function is, of a head group, in general for all lipids, is to interact with water.

**Q.** And a POSA in 2011 would understand both the location of the cationic lipid head group and its properties, right?

**A.** Repeat your question.

**Q.** Sure. A POSA in 2011 would understand both the location of the cationic lipid head group and its properties, correct?

**A.** Yes. Any lipid needs to have a head group, and cationic means that somewhere it needs to have a positive charge.

**Q.** And in terms of location, the head group is on one end of the cationic lipid, right?

**A.** Uh-huh.
**Q.** And as for its properties, the head group of a cationic lipid was the end of the lipid with the positive charge, right?
**A.** Sorry. Can you say this again?
**Q.** In 2011, the head group was the end of the cationic lipid with the positive charge, correct?
**A.** Yes. But in the patents, it was defined that these lipids are comprised of a head group, a central moiety, and the hydrophobic tails. And everything in these patents tell me that I can put the cationic charge in both head group, but it also can -- but it doesn't need to be -- but it also can be in the central moiety, or it can be in both.
**Q.** Right. But as of 2011, a skilled artisan would understand that the head group was not only at the end of the lipid, but it was the end of the lipid with the positive charge, correct?
**A.** That is only true if you define lipid as comprised of head group and lipid, but here we're talking about head group, central moiety lipids.
And as written in the patents, it means that the positive charge can either be in the central moiety or it can be in the head group, but it does not need to be. So it's a matter of what's the definition of head group.

**Q.** I think you said lipid and you may have meant tails; is that right?
**A.** Yes. The hydrophobic tails.
**Q.** All right. Is it your view that the only known property of a cationic lipid head group in 2011 was being less hydrophobic than the tails?
**A.** That has always been the function of a head group, to be less hydrophobic.
**Q.** But that's not the only known property of the head group of a cationic lipid, correct?
**A.** Somewhere in the lipid, you need to have a cationic species.
**Q.** Right. And many different types of lipids have a head group that's less hydrophobic than the tails, correct?
**A.** Yes.
**Q.** And, for example, naturally occurring lipids, lipids in the body have a head group less hydrophobic than the tails, correct?
**A.** That is correct.
**Q.** Naturally occurring lipids are not positively charged, right?
**A.** That is correct.
**Q.** They are either negatively charged or uncharged, right?

**A.** Uncharged or zwitterionic, which is different than uncharged. Cholesterol is not charged at physiological pH by a phosphocholine.

**Q.** All right. So naturally occurring lipids are not able to bind to RNA or DNA, correct?

**A.** No, they are not effective in that.

**Q.** Right. So scientists developed these cationic lipids to attract negatively charged RNA and DNA, correct?

**A.** Yes. As I stated, you need to compensate for the negative charges of the RNA in order to be able to transport it ultimately into cells.

**Q.** Scientists did not develop cationic lipids to have a head group that's less hydrophobic than the tails, correct? That's not the primary purpose for why scientists designed cationic lipids, right?

**A.** But they are less hydrophobic than the tails.

**Q.** I'm sorry?

**A.** They are less hydrophobic than the tails.

**Q.** Yeah. They are.

But the reason scientists developed cationic lipids was to have a positively charged lipid to attract to nucleic acids like RNA, correct?

**A.** That is correct.

**Q.** And so naturally occurring lipids are very different

from synthetic cationic lipids, correct?
**A.** Depends what your definition of "very different" is.
**Q.** Well, in terms of -- cationic lipids bind to DNA and RNA and natural lipids do not, correct?
**A.** In that sense, that's correct.
**Q.** Okay. But in your view, there's no difference between a head group of a naturally occurring lipid and the head group of a synthetic cationic lipid, correct?
**A.** No.
**Q.** That's incorrect?
**A.** That's incorrect.
**Q.** Yeah. There is a difference between the head group of a naturally occurring lipid and the head group of a cationic lipid, correct?
**A.** The thing is, if you want to deliver RNA, you are not only looking at charge because then you could just take a cation, neutralized the RNA, and then hope that it goes inside. You need to have -- to look at the whole molecule.
So it needs to be a lipid, and it needs to be a positive charge, but it does not matter where it is because the interaction between a cation and anion is nondirective. The location of the charge does not matter as long as it is somewhere in the molecule, and somewhere in the molecule, it should be hydrophobic.

Then you get your RNA forming a lipid nanoparticle. Location doesn't matter in that respect. And it can be in the head group or it can be in central moiety, as defined in the patents.

**Q.** Your construction doesn't distinguish between the head group of a cationic lipid and the head group of a naturally occurring lipid, correct?

**A.** These patents are only about synthetic lipids, not about natural occurring lipids.

**Q.** Right. But your consideration of being less hydrophobic than the tails applies equally to cationic lipids as it does not naturally occurring lipids, correct?

**A.** That is correct.

**Q.** Right. So your construction of a cationic lipid head group is the same way you would construe a naturally occurring lipid head group, correct?

**A.** No. Because when I say that something is less hydrophobic or more hydrophilic, it means it likes to interact with water. But the way it interacts with water really depends on the functional groups in your head group. And OH interacts differently with water than, for instance, a phosphate group.

**Q.** But your --

**A.** They are different functional molecules that

interact in different ways.
**Q.** Okay. So you're saying there is a difference between the head group of a cationic lipid and the head group of a naturally occurring lipid; is that right?
**A.** That's right.
**Q.** Okay. But your construction for this case is of a cationic lipid head group is having -- is being less hydrophobic than the tails, correct?
**A.** Yes.
**Q.** That construction would apply equally to the definition of a head group of a naturally occurring lipid, correct?
**A.** If I look at the claims and text of the patents that we are discussing, it defines that it has to be cationic lipids; therefore, it does not apply to naturally occurring lipids because they are not described in this patent. We are talking about synthetic cationic lipids.
**Q.** Okay. Let me move on.
Your construction of being less hydrophobic than the tails would apply equally to the head group as to the central moiety, right?
**A.** It depends on which atom or atoms are at the central moiety.
**Q.** Right. But the central moiety as used in the patents is also less hydrophobic than the tails, right?

**A.** If it's a nitrogen, then that's the case, yes.
**Q.** And the entire primary group, as that term is used in the patents, is less hydrophobic than the tails, right?
**A.** Yes. And also the patents teach me that somewhere in the primary group, I need to have the positive charge, but it doesn't tell me whether it is in the head group or in central moiety. I can choose, and RNA doesn't care.
**Q.** So your construction of being less hydrophobic than the tails is really defining the primary group. It's not distinguishing the head group from the central moiety, correct?
**A.** The primary group should be less hydrophobic than the hydrophobic tails. Where we put a charge, it doesn't matter.
**Q.** All right. And so the core dispute here is whether, as of 2011, the head group of the cationic lipid had a positive charge. That's the core dispute, right?
**A.** Yes.
**Q.** And your construction doesn't resolve that dispute, right?
**A.** Well, it does because it tells me that I can choose to have it either in the head group or in the central moiety. It's up to me as a chemist to choose where do I like to place the charge.

I can have them in the head group. I can have them in the central moiety. I can have them in both. But somewhere in the molecule, I need to have a positive charge.

**Q.** And so --

**A.** RNA doesn't care.

**Q.** Sorry.

**A.** Sorry.

**Q.** Okay. In your view by 2011, the positive charge could be in the central moiety instead of in the head group. That's your position, right?

**A.** That example that is shown from the Langer/Anderson Lab from 2006.

**Q.** Okay. And we'll get to that later. But your view is that the patents-in-suit make this point very clear, right?

**A.** Yes.

**Q.** And so your testimony is the patents-in-suit make it very clear that the protonatable group can be in the central moiety instead of in the head group, right?

**A.** Like I said, it can be in the central moiety. It does not need to be in the head group, but it can be in the head group, or it can be in the both.

**Q.** But your view is that the patents, themselves, make that point very clear, right?

**A.** Yes.
**Q.** Okay. Let's take a look at the patent.
**A.** Uh-huh.
**Q.** And go to Slide 18. This is from Column 16 -- and by the way, Doctor, you can look at the patent itself. You have a copy of the patent yourself. But I tried my best to put the relevant portion on the screen to keep it simple.
**A.** Okay.
**MS. COLUMBIA:** You said Column 16?
**MR. KLEIN:** Correct. It's Column 16, Lines 53 to 60.
**BY MR. KLEIN:**
**Q.** You remember discussing this during your direct?
**A.** Yes.
**Q.** And Column 16 explains that the central moiety binds the head group to the tails, correct?
**A.** That's correct.
**Q.** And Column 16 says, "Representative central moieties can include a central nitrogen."
You noted that, right?
**A.** Correct.
**Q.** Column 16 doesn't say the protonatable group can be in the central moiety instead of in the head group, right?

**A.** No. But a chemist, or a POSA in this case, would know that if you have a nitrogen which is linked to three different groups or two hydrophobic chains via a covalent bond to a carbon, and then a covalent bond towards the head group, you have a tertiary amine, and then you know that it's protonatable at physiological pH.

**Q.** All right. Let's go to Slide 19, and here are snapshots from Column 16 through 18.

**A.** Uh-huh.

**Q.** The specification describes after the paragraph we just discussed, some representative primary groups, right?

**A.** Yep.

**Q.** And I put red boxes around two of those examples.

Do you see that?

**A.** I see that.

**Q.** And these are the sole primary group examples with a nitrogen in the central moiety, right?

**A.** Yes, that's correct.

**Q.** And the nitrogen is depicted in the green circles. Do you see that? It's the nitrogen in the central moiety?

**A.** I see that.

**Q.** And as shown in the green circles, the nitrogen is binding the head group to the tails, right?

**A.** That is correct.

**Q.** And the head groups in both examples are protonatable, right?

**A.** That is correct.

**Q.** And those are the nitrogens in the yellow circles, right?

**A.** Uh-huh.

**Q.** And so the nitrogen central moieties in these examples are bound to protonatable head groups, right?

**A.** In these two examples, yes.

**Q.** And both of these examples are consistent with defendants' construction that -- because the head group is pronated, right? Or protonatable?

**A.** In this case if you look at the top figure, both nitrogens, so the one in yellow and in green are protonatable. If you look at the figure in the red box the drawing, only the yellow nitrogen is protonatable at physiological pH.

**Q.** Okay. But both of the red-boxed examples are consistent with defendants' construction. You agree with that, right?

**A.** In this case, we have the central moiety that can also be protonatable, and if I read the patent, then I can see that the head group, optionally, that's in Claim 18, optionally, can contain an amine. It does not

need to be there.

And in the case that there is not an amine in the head group, it automatically means that you need to have a protonatable group somewhere else. And the somewhere else is then the central moiety.

And in order to have a protonatable group in the central moiety, then you need the central moiety to be composed of a nitrogen.

**Q.** All right. Doctor, I'm going to re-ask the question. You went a little past the question there.

You understand that defendants' construction of head group is that it may be protonatable, correct?

**A.** Yes, but it's too limiting.

**Q.** Okay. But the red-boxed examples have a head group that may be protonatable, correct?

**A.** Yes.

**Q.** Okay. Neither example in the red box or in the red boxes has an uncharged head group, correct?

**A.** At physiological pH, no.

**THE COURT:** Just for the record, so we have a -- because your slide is not part of the record; although, we can make slides part of the record. You're talking now about illustrations 15 and 35; is that right?

**MR. KLEIN:** It's Column 16, Line 53 to Column 18, Line 40.

**THE COURT:** And the examples are just within those lines, 15 through 40. Okay. The illustrations, in other words, are not labeled as a figure --

**MR. KLEIN:** Correct.

**THE COURT:** -- they are in Column 16, Lines 15 to 40; is that right?

**MS. COLUMBIA:** Actually, Column 18.

**THE COURT:** Oh, it's Column 18.

**MR. KLEIN:** Oh, both examples are on Column 18.

**THE COURT:** Okay. So that's what I want to know.

**MR. KLEIN:** Yeah.

**THE COURT:** The red box, in other words, that you refer to in the transcript, when I look at it later on and I want to go back to the patent, I'm going to look to Column 18, Line 15, and the illustration at the bottom of the column somewhere between Line 33 and 40.

**MR. KLEIN:** That's correct, Your Honor.

**THE COURT:** Okay. Thank you.

**BY MR. KLEIN:**

**Q.** Now, the primary group examples in the patent don't make it clear that the protonatable group can be in the central moiety instead of the head group, correct?

**A.** If I read the text and it tells me that the primary

group has to be protonated somewhere, and then later on, it tells me it can be -- sorry. I have to rephrase that.

Primary group is defined as head group plus central moiety. And the text on -- in Column 16 tell me that the primary group needs to be protonatable. So it can be either in one of those, the head group or the central moiety, but it doesn't specify where this can be. Therefore, it leaves me the option to choose wherever I want to place it.

**Q.** So you're reading that option into the language of the patents, correct?

**A.** I read it as I can see it here, yes.

**Q.** Now, the two red-boxed examples on -- in Column 18 are the only examples in the patent with a nitrogen in the central moiety, correct?

**A.** Yes.

**Q.** And the patents are lengthy. Can we agree on that?

**A.** For sure.

**Q.** All right. Each has more than 500 columns, right?

**A.** Uh-huh.

**Q.** And the specification is thousands of chemical structure examples, right?

**A.** That is correct.

**Q.** But there is no example with the charged central moiety and an uncharged head group, correct?

**A.** That is correct.
**Q.** And the specification has no example showing the protonatable group in the central moiety instead of in the head group, correct?
**A.** No, but if my students -- I've published about 200 publications right now, and students, PhD students come up to me and give me an article or a draft of an article, I look, obviously, at the figures inside, but I also look very carefully at the text.
And this is also how I read patents. I not only look at the examples, I very -- I read the text very carefully because text is equally important as the figures. And the figures -- sorry. Excuse me.
The text, especially in the claims, gives me the option to put the protonatable site either in the head group or in the central moiety. I can choose. That's in the claims and in the text.
**Q.** The question -- the transcript might not be clear on your last answer, so let me rephrase the question.
Do you agree the specification as no example showing the protonatable group in the central moiety instead of in the head group?
**A.** Not in the figures, no.
**Q.** I couldn't hear you. Sorry?
**A.** That's correct.

**Q.** All right. On direct, you remember discussing Column 32?

**A.** Yes.

**Q.** All right. In your view -- and we'll put it up.

**MR. KLEIN:** Why don't you put up Slide 20.

**BY MR. KLEIN:**

**Q.** This is the relevant paragraph --

**A.** Yeah.

**Q.** -- in Column 32, correct?

**A.** That's correct.

**Q.** In your view, does Column 32 make it clear that the protonatable group can be in the central moiety instead of in the head group?

**A.** What this text, which is specifically about the head group, tells me that I can have protonatable group in the head group, but I can also choose to have other functional groups in the head group.

For instance, groups that are not protonatable at physiological pH, like hydroxyl, like methoxy, I can have nitrogen-containing head groups like, for instance, the pyridine, but the pyridine as part of the lipid that's in a lipid nanoparticle is not protonated at physiological pH.

And that means that our example here in the text that I can have a head group that cannot be protonated at

physiological pH.

**Q.** All right. So --

**A.** But -- I'm sorry.

But since we're talking about the first sentence says, a cationic lipid, so I need to have somewhere a positive charge. But if I choose, based on this text, to make a head group that is not protonatable at physiological pH, that gives me the requirement, then, to put a positive charge somewhere else, and then I have to go to the central moiety.

**Q.** Okay. So if I understand your testimony, you said hydroxyl and methoxy are not protonatable, correct?

**A.** At physiological pH.

**Q.** Okay. And imidazole or -- imidazoles, pyridine are not at protonatable at physiological pH, correct?

**A.** That is correct.

**Q.** All right. So we'll walk through that.

**MR. KLEIN:** Let's go to Slide 21.

**BY MR. KLEIN:**

**Q.** I want to just walk through this sentence by sentence. That's what I will be doing.

**A.** Uh-huh.

**Q.** Column 32 in the sentence that is highlighted, which is -- I should have put the line numbers on this, but it's 45 to 64. I did. Oh, no, that's the whole

paragraph.

Okay. We're at Line 48. Okay. It says, "The head group can include an amine."

Do you see that?

**A.** I see that.

**Q.** An amine is a functional group containing a nitrogen, correct?

**A.** That is correct.

**Q.** An amine is protonatable, correct?

**A.** Not all.

**Q.** Putting aside a quaternary amine, I guess. An amine is positively charged or protonatable, correct?

**A.** An amine is protonatable, if you don't -- an amine?

**Q.** Yes.

**A.** Is -- can be protonatable.

**Q.** Okay.

**MR. KLEIN:** Did you catch that?

**BY MR. KLEIN:**

**Q.** So a head group that includes an amine can be protonated, right?

**A.** Yes, but it says, "The head group can include," so it does not need to be there.

**Q.** Right. Okay. And then it says, "The head group can include an amine, for example, an amine having a desired pKa," right?

**A.** Yes.
**Q.** And to be clear, this sentence is saying, "the amine will have the desired pKa," correct?
**A.** Yes.
**Q.** The head group obviously has an amine if it has an amine with a desired pKa, right?
**A.** It says that an amine has a desired pKa; it doesn't say that a head group has a desired pKa.
**Q.** Okay. But the pKa is referring to the amine, right?
**A.** In this particular example, yes.
**Q.** Okay. And the pKa determines the pH at which the amine is protonated, right?
**A.** Yes.
**Q.** And the inventors are explaining that a desired pKa for an amine is an important feature of the head group, right?
**A.** Yes.
**Q.** Let's -- after this paragraph, let's go to Kros 25. It's the immediately following paragraph, okay. This is 32, Column 65 to 33, Column 11. There is a paragraph that talks about central moieties, right?
**A.** Just a moment, please. Yes.
**Q.** And this discussion -- this Paragraph 32, 65 to 33, 11 -- never mentions a desired pKa for a central moiety, correct?

**A.** No. There is no mentioning of the word "pKa" in this text.
**Q.** In fact, the specification, as a whole, only discusses a desired pKa in relation to the head group, right?
**A.** Then I can refer to Column 395 in the '933 patent, because there it talks about the pKa of the lipids, not of the head group.
**Q.** Okay. But the specification never talks about the pKa of a nitrogen in a central moiety, correct?
**A.** That is correct.
**Q.** Let's go back to Column 32, Slide 26. All right. Now, the next sentence says, "The pKa."
Do you see that?
**A.** Yes.
**Q.** There is no question that the phrase "the pKa" is referring to the desired pKa of an amine, right?
**A.** Right.
**Q.** Okay. And so this sentence, the next sentence is saying the pKa or the desired pKa of the amine can be influenced by the structure on the lipid, right?
**A.** Which is correct.
**Q.** And particularly the nature of the head group, right?
**A.** Uh-huh.

**Q.** And then it talks about the presence, absence, and location of the functional groups, right?
**A.** Yes.
**Q.** And these are functional groups that can influence the pKa of the amine in a head group, right?
**A.** That is correct.
**Q.** All right. And in -- according to Column 32, functional groups that can influence the pKa of the amine can include hydrophilic groups, right?
**A.** Uh-huh.
**Q.** And there are two examples: Hydroxyl and methoxy, correct?
**A.** That is correct.
**Q.** And hydroxyl and methoxy are the two examples you provided of groups that are not protonatable at physiological pH, right?
**A.** That is correct.
**Q.** But Column 32 is not describing a head group with just a hydroxyl or just a methoxy, correct?
**A.** The text that I read in front of me tells me that it can have an amine, but it also can have other functional groups. It doesn't say that it has to have an amine in the head group.
**Q.** But what Column 32 is saying here is that you can add a hydroxyl or a methoxy to the amine in the head

group to influence the pKa of the amine, correct?
**A.** You can, but you don't have to.
**Q.** Right. But Column 32, this -- what I've highlighted here is not saying the head group can include only a hydroxyl or only a methoxy group, correct?
**A.** No, I disagree because it says it can include an amine, so you have a head group without an amine. And that, to a person skilled in the art, automatically means it has to put in another functional group that can interact with water, for instance, a hydroxyl group.
**Q.** So just so I understand, the specification is saying the head group can include an amine, for example, an amine having a desired pKa, and that pKa can be influenced by other functional groups, such as a hydroxyl or methoxy, but you're saying you can just use a hydroxyl and a methoxy without an amine?
**A.** Because the yellow box text begins with "can include an amine," so it does not -- I read that as it does not have to be an amine, but I know that a head group has to be, like discussed earlier, be able to interact with water; therefore, you need certain functional groups, which people skilled in the art know which ones they are, and an example is a hydroxyl group. Because otherwise, the head group is not a head group if it would only be composed of carbons and hydrogens.

**Q.** But the sentence --

**THE COURT:** Can I see counsel at sidebar, please.

\- - -

(Whereupon, the following discussion is held at sidebar.)

**THE COURT:** Okay. I just want to be conscious of time. I have to conclude at 1:00. You've got your own expert to put up. And what I want to point out is, when it comes up to this time of exegeses, I'm not even paying attention to him. I mean, I know -- no, because they're good points to diagram the sentence, and, I mean, you know, to the extent you want to trip him up, like he's made a bold statement, and it turns out the grammar contradicts him, I get it.

On the other hand, you know, the pKa, it's referring -- just using English, the pKa is referring to the amine's pKa, and I can read the rest of the sentence.

Now, if there's a scientific point that you don't think -- that I won't get, then fine, bring it out. But I'm just trying to save time. I mean, look, if you were going to finish -- if you said to me, I've only got ten minutes left, go for all the grammar stuff. But I'll let you argue the grammar stuff, and I take it very, very seriously. Because at the end of day, they're words.

They're words. And, you know, they're English words. And they use English grammar, and we're supposed to read the patent.

So you can keep going. I just don't know how much time you've got left. But just remember, I'm ending it at 1:00.

**MR. KLEIN:** Right.

**THE COURT:** And so you have to figure out, your expert still has to go, how much time you want to spend on cross and then what you want to spend on it. I cannot go beyond 1:00, okay?

**MR. KLEIN:** Got it.

**MR. GAEDE:** And then I assume we would have the opportunity to do cross today, too, of their expert.

**THE COURT:** Exactly.

So you've got to leave them time. You have to leave them time to do cross, you know, or we are coming back, I guess. Yeah, especially, you know.

**MR. KLEIN:** Thank you.

**THE COURT:** Okay. Thanks.

(Whereupon, the discussion at sidebar concludes.)

**BY MR. KLEIN:**

**Q.** Just to wrap this up real quickly. The specification has no example of a head group with just a hydroxyl group, correct?

**A.** That's correct, but I, as a scientist, look at text and figures combined.

**Q.** The specification has no example of a head group with just a methoxy group either, correct?

**A.** That is correct, but I also said I read the possibilities that are given to me in the description of the patent and in the claims.

**THE COURT:** All right. Can I just -- so the patent lawyers in this country and the courts, we all use the word "specification," ironically, very inconsistently because we're supposed to be construing things.

But the statute in the code defines the specification as, basically, the entire patent, including the claims. And it includes not just the text, but it includes the pictures.

So can you do me a favor and so when you separate text or you suggest something like "the specification," I'm not sure whether you mean it includes the figures, whether it includes the drawings, whether it includes the claims, but the specification includes everything.

**THE WITNESS:** Okay.

**THE COURT:** Okay?

**THE WITNESS:** Good.

**THE COURT:** So, you know, you just said -- the

question was: "The specification has no example of a head group with just a methoxy group either, correct"?

And you said, "That is correct, but, I also said I read the possibilities that are given to me in the description of the patent and in the claims."

Well, the description of patent and the claims are both part of the specification.

**THE WITNESS:** Okay.

**THE COURT:** All right? So I don't know if you want to change any of your answers based on what I just said. But that's --

**THE WITNESS:** (Shakes head.)

**THE COURT:** No? Okay.

And maybe if you all could also adhere to that, it's written description, it's figures, it's claims.

It would just help me because -- not that I haven't also engaged in it, but, you know, the statute is explicit, the claims are part of the specification. So it would just help me, and that's how I do it, since I'm the one who's going to decide, you might want to think about that.

**MR. KLEIN:** I will try to remember that, Your Honor. And I'm trying to move on in the sake of time.

Let's go to Slide 31.

**BY MR. KLEIN:**

**Q.** Okay. Here we're talking about the sentence you relied on that says the head group can include a functional group that is less strongly basic than an amine, right?

**A.** That is correct.

**Q.** And, by the way, you believe there's a mistake here with regard to the guanidinium, and it shouldn't be included, correct?

**A.** Did I say that?

**Q.** I believe you said that in your declaration. Because guanidinium is not less basic than tertiary amines.

**A.** Guanidinium -- there's a mix-up between guanidine and guanidinium, and guanidinium is already the protonated form of guanidine.

So in this way, the guanidinium is, indeed, a group that is less basic than your tertiary amine.

**Q.** Let me put up Kros 32.

You said in a footnote, Footnote 20 in Paragraph 69, that guan- -- oh, guan- -- is this -- I might be getting confused between guanidinium and guanidinium -- are those two different things?

**A.** Guanidine and guanidinium are two different things.

**Q.** Let me just move on.

**A.** Okay.

**THE COURT:** Well, actually, now you've got my curiosity piqued.

Can you go back to the last slide. Okay. And then go to the next slide. Where is the mistake in the patent?

**THE WITNESS:** If I'm reading this, indeed that's a mistake because it should say guanidine is not less basic than a tertiary amine. But in the patent, it says guanidinium, so there it's correct.

**MR. KLEIN:** I'm not sure it matters.

**THE COURT:** Well, actually, I mean, there's very little to go on sometimes.

**MR. KLEIN:** Okay. All right.

**THE COURT:** So you're saying there was a drafting mistake in the patent?

**THE WITNESS:** No, the patent is correct.

**THE COURT:** So is that your declaration where you said, quote, "I believe the inclusion of guanidinium, or guanidinium is a mistake by the drafter"?

**THE WITNESS:** Yes. It's a typo. I think we mixed up ourselves.

**THE COURT:** Okay. So your declaration is wrong?

**THE WITNESS:** This sentence is wrong.

**THE COURT:** This sentence from your declaration is wrong?

**THE WITNESS:** Yes.

**THE COURT:** Okay. All right.

**BY MR. KLEIN:**

**Q.** Let's go to Kros 33.

This is from your declaration, Page 49. You see that?

**A.** Yep.

**Q.** Okay. Pyridine, imidazole, and guanidinium all have a nitrogen atom, correct?

**A.** That is correct.

**Q.** Pyridine -- now, pyridine is protonatable, correct?

**A.** Sorry. Can you repeat that.

**Q.** Pyridine is protonatable, correct?

**A.** Yes, but it's not protonatable at physiological pH when it's part of a lipid that's incorporated in an LNP, and that's what matters.

**Q.** But you agree that pyridine is protonatable, right?

**A.** At some pH.

**Q.** Right. Same with imidazole, right?

**A.** Yes. At some pH.

**Q.** And guanidinium is protonatable as well. Hopefully, I said that right.

**A.** At some pH, yeah.

**Q.** Okay. And you understand that defendants' construction does not require the head group to be protonated at physiological pH, right?
**A.** Can you repeat the question.
**Q.** Defendants' construction is that the head group may be protonatable, correct?
**A.** The defendants find that it needs to be protonatable.
**Q.** Okay.
**MR. KLEIN:** I'll move on, unless you want clarification. Our construction doesn't require protonation at physiological pH.
**THE COURT:** All right.
**MR. KLEIN:** I don't think there's a dispute over that.
**THE COURT:** Okay.
**MR. KLEIN:** So, to move on.
**BY MR. KLEIN:**
**Q.** Let's go to Kros 35.
You talked about how the head group can be zwitterionic. Do you remember that?
**A.** Yes.
**Q.** And there's no example in the patent in the specification, the figures, or the claims, of a zwitterionic head group, correct?

**A.** No. There's no example in the specifications, but the text tells me that it can be.
**Q.** Right. But there's no structure or figure anywhere in the patent of a zwitterionic head group, correct?
**A.** Other than in this text, no.
**Q.** A zwitterionic head group contains a group that is protonatable or positively charged, right?
**A.** Zwitterion, depends on which zwitterion you are talking about.
**Q.** Well, a zwitterionic head group has a positive charge, right?
**A.** Which is balanced out by an equal number of negative charges. So if you have one positive charge, then you will have next to it one -- sorry.
If you have one positive charge, then you have one negative charge. That's the reason that a zwitterionic lipid, like a phosphate lipid you find in nature, are unable to condense RNA to form lipid nanoparticles. We need a cationic lipid, not a zwitterionic lipid.
**Q.** So a zwitterionic lipid is not a cationic lipid; is that --
**A.** Yes.
The definition of a cationic lipid is that you have total positive charge. Zwitterionic means that, yes, you will have charges, but you have an equal number of

positive and negative charges.

So the sum of these charges is, by definition, zero. The molecule that is zero, you do not call cationic in chemistry.

**Q.** All right. Let's go to Kros 38, the last sentence, "Other head groups are suitable as well."

Do you see that?

**A.** Yes.

**Q.** The patent never says an uncharged head group is suitable for the claimed cationic lipids, correct?

**A.** It does not say so.

**Q.** Now, Defendants cited academic literature before the December 2011 priority date, right?

**A.** Uh-huh.

**Q.** And you cited no prior art literature disclosing a cationic lipid with an uncharged head group, correct?

**A.** The examples that was shown from the Langer group is an example from prior art that has a head group that is not charged -- not protonatable at physiological pH, but it is a cationic lipid because it has a nitrogen in the central atom.

**Q.** And you're referring to the patent application from the Langer Group, right?

**A.** Yes. And the molecules that are discussed in there are published in 2008 in Nature Biotech paper.

**MR. KLEIN:** Well, I move to strike that because that's not in the record, Your Honor. I don't even know what he's talking about.

**THE COURT:** Hold on a second. I just want to write something down and then I'll deal with that. I was looking at something in the transcript.

Okay. Hold on.

Okay. So, basically, as I understand it, what you put to him is, you said that there's no disclosure of a cationic lipid with a head group that's not charged.

**MR. KLEIN:** Correct. In the literature.

**THE COURT:** Right. And then he points out to you the Langer Group, and then you said -- you are referring to the Langer patent.

**MR. KLEIN:** Uh-huh.

**THE COURT:** And that was disclosed.

**MR. KLEIN:** Correct.

**THE COURT:** Okay. But then he adds this reference to a 2008 Nature Biotech paper.

**MR. KLEIN:** Yeah. I don't know what that is. It's not in the record.

**THE COURT:** Okay. Right. Okay.

**THE WITNESS:** Could I explain?

**THE COURT:** Well, not really. I mean, the question was, you cited nothing in your report.

Did you cite the 2008 Biotech paper in your report?

**THE WITNESS:** No, but the molecules that are in --

**THE COURT:** Well, you didn't cite it, then you can't talk about it. The question was, did you cite anything, and the only thing you said you cited was the Langer patent, or Leonard group patent. I'm not sure which one it is. So he can refer -- you don't dispute that?

**MR. KLEIN:** I don't dispute that.

**THE COURT:** Well, then he can talk about that.

He didn't ask you, Are there any other papers not cited in your report? That's why you can't answer that. All right.

**BY MR. KLEIN:**

**Q.** And what you refer to as the Langer patent, just to be clear, that's a patent application, right?

**A.** Yes.

**MR. KLEIN:** And let's go to Slide 39.

Actually, let's go to Slide 40.

**BY MR. KLEIN:**

**Q.** Defendants cited the Tang reference from 1999. Do you remember that?

**A.** Yes.

**Q.** And Tang was published in a peer-reviewed journal, correct?
**A.** Correct.
**Q.** And it's the Journal of Controlled Release, right?
**A.** Yes.
**Q.** And that's a prestigious journal for drug delivery?
**A.** That's a fine journal.
**Q.** And Tang says, "All cationic lipid molecules contain three functional domains and one of those domains is a positive charged head group," correct?
**A.** That's what's written in there.
**Q.** So Tang says, "All cationic lipid molecules contain a positively charged head group." Correct?
**A.** What is described in this paper from Tang is a very specific subset of cationic lipids; therefore, you cannot use it to generalize it to all cationic lipids.
**Q.** This -- and you have the document there if you need to look at it, but this portion of the article comes from the introduction, right?
**A.** Which line is it?
**Q.** Page 346, I think.
Well, it comes from the introduction, correct?
**A.** From the introduction.
**Q.** Yes. And -- well, I don't need to quibble with you about that. Okay? All right.

It comes from the introduction. And here, the author is talking about cationic lipids in general, correct?
**A.** That is correct.
**Q.** And you dismissed Tang as an old reference because it's from 1999, right?
**A.** I dismiss it because it's -- the molecules that he described in this paper are a very specific subset because they are based on amino acids as the basis of the head group, which is then modified into a lipid. So it's a very specific example.
**Q.** But in your declaration, you criticize defendants' reliance on Tang because it was from 1999, right?
**A.** It was prior art. That's true.
**Q.** And you believe that by 2011, the art changed from how Tang described cationic lipid molecules as all containing a positive charge head group, correct?
**A.** Yes. Because the example from -- coming back again to the Langer Group -- they showed that it can also be in the central moiety and what the patent calls the central moiety.
**Q.** And that Langer patent application is the only thing you cited to support your opinion that the art changed from what Tang said in 1999, correct?
**A.** We only cited that patent, but you can find, in

later literature, which we did not cite, right?
Q. The only thing you cited was the patent application, correct?
A. In my declaration, yes.
Q. All right. Let's go to Kros 44.
This is what you refer to as the Langer patent application, right?
A. Yes.
Q. And, actually, let's go to 45.
Talk about -- and that's the structure you relied on, right?
A. Correct.
Q. This is from your declaration, just to be clear, Paragraph 58.
A. Uh-huh.
Q. And this structure is just one of hundreds of compound examples in the patent application, right?
A. Yes.
Q. And let's go to Slide 46.
This is the application itself. You're relying on the third compound that's on the screen. We're looking at Paragraph 69 of the application. Right?
A. This is one example.
Q. Okay. The Langer application does not describe the compound you rely on as a cationic lipid, correct?

**A.** But it is a cationic lipid.
**Q.** Okay. But the application never says it's a cationic lipid, right?
**A.** This patent application?
**Q.** Correct.
**A.** I would have to reread it again, what it was written exactly, because it's also a lengthy patent, as you know.
**Q.** Okay. Well, we don't want you to do that.
**A.** No.
**Q.** Let me move on to Slide 47.
This is another portion of the application, Paragraph 224, where the inventors do talk about cationic compounds and cationic lipids, right?
**A.** Uh-huh.
**Q.** So there's no question the inventors were familiar with the term "cationic lipid," right?
**A.** Yes.
**Q.** And I'll represent to you that I did a word search in this Langer application for the term "head group" and that term didn't even appear once. Is that consistent with your reading of the application?
**A.** I would have to reread it myself, but if you did a search, I guess you did not find it.
**Q.** Okay. And the listed inventors for this patent application didn't claim to have discovered a new type of

cationic lipid with an uncharged head group. That's not what they were claiming, right?

**A.** But that's what I found.

**Q.** All right. Now, a POSA in 2011 would not have looked to a mere patent application to assess the plain meaning of a cationic lipid head group, right?

**A.** The data that's described in this patent was later published in --

**Q.** Well, Doctor, you're talking about references that are not in the record. So --

**A.** No, I'm just explaining how -- what's the usual procedure. Write your first patent, molecules, then you publish.

**Q.** Okay. But I asked you, A skilled artisan would not look to a mere patent application to find a definition of "head group" for a cationic lipid, correct?

**A.** I read patents of my competitors. Yes, I do.

**Q.** Okay. You do. But when the judge asked you earlier today about sources for definitions, you didn't list patent applications, right?

**A.** No.

**Q.** All right.

And Alnylam provided you with this patent application, correct?

**A.** Yes.

**Q.** And so you didn't independently find this Langer patent application in your own literature search, right?
**A.** I was aware of -- I am aware and was aware of the work done in the Langer Lab. And so I was familiar with the kind of research and the kind of molecules they were making.
**Q.** And one thing is clear, is that this patent application is not a peer-reviewed scientific publication, correct?
**A.** That's correct.
**Q.** And the patent application never even issued as a U.S. patent. Do you understand that?
**A.** But the data is in the public domain, so it's accessible for any scientist to use and to read.
**Q.** Okay. I'm going to try to wrap up now.
Let's go to Slide 54.
You talked about the patent claims, right? And these are the claims, just to be clear, of the two patents we're here to discuss, the '933 and the '979.
You recognize these claims, Doctor?
**A.** Yes, I do.
**Q.** And Claim 18 of the '933 patent says, "The head group optionally comprises a primary, secondary, or tertiary amine." Do you see that?
**A.** I see that.

**Q.** That claim language is not inconsistent with defendants' construction, correct?
**A.** Defendants' construction is too limited because it says it has to be in the head group, while this claim tells me it can be in the central moiety as well.
**Q.** Well, a head group that contains a quaternary amine doesn't comprise a primary, secondary, or tertiary amine, correct?
**A.** That is correct.
**Q.** And defendants' instruct- -- defendants' construction, which would include a permanently charged head group, would be consistent with Claim 18 of the '933 patent, correct?
**A.** Maybe I missed your question. So maybe you can please rephrase it again.
**Q.** I'll move on to the '979 so we don't get bogged down with, you know, legal terms because I know you are not a lawyer.
Let's look at Claim 1 of the '979 patent.
**A.** Yes.
**Q.** Claim 1 of the '979 patent doesn't say anything about head group properties, right?
**A.** No. It says that we -- in order to make a lipid particle, we need a cationic lipid. And then if you read at the very last sentence at this -- this text we see,

central moiety can be a nitrogen atom if we want to.

**Q.** Right.

**A.** And then a person skilled in the art knows, Okay, now I have my place for protonation in my molecule, and if it's a lipid, then it's a cationic lipid.

**Q.** Claim 9 -- Claim 1 of the '979 is not inconsistent with defendants' construction of a head group that may be protonatable, correct?

**A.** A head group can be protonatable, but it doesn't need to be.

**Q.** Now, you told the Court earlier that the field of art has been rapidly changing, right?

**A.** Yes.

**Q.** Do you understand Alnylam did not apply for the claims of these two patents until 2021?

**A.** That's correct, yeah.

**Q.** So that's more than a decade after the 2021 priority date, right?

**A.** Yes.

**Q.** And I'll just touch on this very briefly.

Let's go to Kros 56.

These are the four new patents that we'll be addressing.

**THE COURT:** I'm not going to pay attention to the four patents.

**MR. KLEIN:** Okay.

**THE COURT:** I told them that. It's not fair. Don't worry about it.

**MR. KLEIN:** Okay. All right.

**THE COURT:** You can't draft patents later on to benefit your claim construction. It's not fair.

**BY MR. KLEIN:**

**Q.** Alnylam's patent claims from the 2020s shed no light on how a POSA, back in 2011, would understand the term "head group of a cationic lipid," correct?

**A.** All I can see from the patents is I can have -- I need a positive charge in my primary group of my -- in order to obtain a cationic lipid.

**MR. KLEIN:** No further questions, Your Honor.

**THE COURT:** All right.

Any redirect?

**MS. COLUMBIA:** Yep.

REDIRECT EXAMINATION

**BY MS. COLUMBIA:**

**Q.** Just a couple of things, Dr. Kros.

Who are Dr. Langer and Dr. Anderson in your field?

**A.** They are one of the lead -- one of leading groups in the world on making systems to deliver drugs into patients.

**Q.** And as a scientist in the field, is that something

that scientists would follow?

**A.** Oh, for sure.

**Q.** And this patent application that you were asked about, that was published, correct?

**A.** Yes.

**Q.** And I think it was suggested that it doesn't talk about cationic lipids.

**MS. COLUMBIA:** Richie, if we could put up, what's been called the Langer patent, although Dr. Anderson would be mad because he's the first named inventor. We will keep call it the Langer patent so the transcript is clear.

**BY MS. COLUMBIA:**

**Q.** It was suggested through the questioning that it doesn't deal with cationic lipids.

Do you recall that?

**A.** Yes.

**MS. COLUMBIA:** If we could turn, Richie, to the second page of the -- third page of the document, the paragraph that's 005.

**BY MS. COLUMBIA:**

**Q.** And you have it in your book, sir, if you need it, but if you could take a look at Paragraph 005.

**MS. COLUMBIA:** And, in particular, Richie, if we could go to the next page. Highlight the sentence in

the middle there that starts with "The amine may be protonated."

**THE WITNESS:** Yes.

**BY MS. COLUMBIA:**

**Q.** What does that section tell you about what's being disclosed by Doctors Langer and Anderson in this patent?

**A.** That you can have, indeed, a protonatable site at what we would call the central moiety.

**Q.** In the context of a cationic lipid?

**A.** In the context of a cationic lipid.

**MS. COLUMBIA:** You can take that down, Richie.

**BY MS. COLUMBIA:**

**Q.** Now, you were asked at the beginning of your cross-examination about your own proposed construction for the Court. Do you recall that?

**A.** Yes.

**Q.** And your construction is less hydrophobic than the tails, right?

**A.** That is correct.

**Q.** Okay. And I think the suggestion from the questioning was it was too broad because even lipids that are not cationic have that characteristic.

Do you recall that?

**A.** Yes.

**Q.** When you look at the claims of the patent, are you

concerned that somehow that common sense interpretation of "head group" would result in a lipid that's not cationic falling within the claims?
**A.** No, I would not.
**Q.** Why not?
**A.** Because all the claims are that we need a cationic lipid, so we need a positive charge somewhere, and the somewhere can be either head group or central moiety. That's what the entire patent teaches me.
**Q.** And on cross-examination, you were asked about the figures in Column 18.
**MS. COLUMBIA:** If we could put that up, Richie.
**BY MS. COLUMBIA:**
**Q.** And, in particular, counsel put a red box around the right-hand figure that begins at Line 20 of Column 18. No. The right-hand figure that begins at Line 20 -- I'm sorry. Maybe it's Line 15. Pardon me.
And he put another red box around the figure that begins with Line 35. Do you recall that?
**A.** Yes.
**Q.** Are those figures and all of the other figures in the patent consistent with your proposed claim construction?
**A.** Yes, they are.

**Q.** All of them have a head group that's less hydrophobic than the hydrophobic tails?
**A.** That is correct.
**Q.** Now, you suggested through the questioning --
**A.** Uh-huh.
**Q.** -- that defendants' construction just requires the head group to be protonatable at any old pH.
Do you recall that?
**A.** Yes.
**Q.** If the head group is not protonatable at physiological pH and you don't have a protonatable group in the central moiety, do you have a cationic lipid?
**A.** No, you don't.
**Q.** And lastly, we, once again, return to this zwitterionics?
**A.** Yeah.
**Q.** I think you said that zwitterionics, in and of themselves, are not cationic?
**A.** Yes, because, otherwise, they would have been called cationic. They are two different things.
**Q.** Okay. But can you construct a cationic lipid using a zwitterionic head group?
**A.** If you would have a nitrogen at the central atom, so then you would have a zwitterion in the head group and a positive charge in the central moiety, that would be, in

total, a cationic lipid.

**Q.** Is that exactly what we see in Column 32?

**A.** Yes.

**MS. COLUMBIA:** No further questions, Your Honor.

**THE COURT:** All right. So I actually had a question on that too. You can go ahead and sit down.

Because you testified, quote, "So a zwitterionic lipid is not a cationic lipid," unquote.

**THE WITNESS:** Yes.

**THE COURT:** You stand by that?

**THE WITNESS:** Yes.

**THE COURT:** And then can we pull up Column 32, somebody put it up on the screen.

And I'm confused by that testimony. Because when I look at this paragraph, it begins with the line that says, "Additional embodiments include a cationic lipid having a head group," right? Is that Line 45?

**THE WITNESS:** 45?

**THE COURT:** Right. Line 45 of Column 32, right? You see that?

**THE WITNESS:** Yes.

**THE COURT:** And then the rest of the paragraph is discussing the head group, right, but it's discussing a head group of a cationic lipid, correct?

**THE WITNESS:** Yes.

**THE COURT:** All right. And then you get to the second last sentence of this paragraph, and it says, "The head group can be zwitterionic," right?

**THE WITNESS:** Uh-huh.

**THE COURT:** So that would suggest that you can have a cationic lipid, according to the patentee, that has a zwitterionic head group, correct?

**THE WITNESS:** Yes. But that requires, then, that you have somewhere else in the molecule an additional positive charge.

**THE COURT:** Somewhere else in the head group. For the head group to be zwitterionic, it has to have a neutral charge, but it must have a positive charge, or some number of positive charges, that are counteracted by negative charges. That's what you've testified about, right?

**THE WITNESS:** What I testified is that, if the head group is a zwitterion, it means that the head group has an equal number of positive and negative charges.

**THE COURT:** Yep.

**THE WITNESS:** So sum is zero.

**THE COURT:** Right.

**THE WITNESS:** That does not make the head group cationic. If you, then, still want to have this

zwitterionic --

**THE COURT:** But all I'm interested in is -- I think you answered the question, which is the head group. The head group is zwitterionic if it has equal number of positive charges and negative charges, correct?

**THE WITNESS:** That is correct.

**THE COURT:** Right. And the head group being discussed in this paragraph, is the head group of a cationic lipid, correct?

**THE WITNESS:** That is correct.

**THE COURT:** All right. Thank you. You may step down.

All right. Next witness.

**MR. JOHNSON:** Yes, I'd like to recall to the stand Dr. Kathryn Whitehead.

**THE COURT:** Okay. Dr. Whitehead, as you approach, I will remind you, you remain under oath. All right?

**THE WITNESS:** Yes.

**MR. JOHNSON:** May I hand up some slides?

**THE COURT:** Please.

**MR. JOHNSON:** May I give one to the witness as well, Your Honor?

**THE COURT:** Sure.

**MR. JOHNSON:** In lieu of time, we're going to

skip right to Dr. Whitehead instead of any argument from us.

**THE COURT:** Okay.

**MR. JOHNSON:** Unless you have some questions specifically about the case law or anything like that you would like me to address?

**THE COURT:** Nope.

**MR. JOHNSON:** Okay.

KATHRYN WHITEHEAD, after having been previously duly sworn or affirmed, was questioned and testified as follows:

DIRECT EXAMINATION

**BY MR. JOHNSON:**

**Q.** Dr. Whitehead, could you please introduce yourself to the Court.

**A.** Yes. I am a Professor of Chemical and Biomedical Engineering at Carnegie Mellon University.

**Q.** Okay. And did you prepare some slides to assist with your testimony today?

**A.** Yes.

**Q.** And may we have Slide 2, please. And can you briefly describe for the Court what's depicted on this slide, Dr. Whitehead?

**A.** Yes, this is a summary of my educational and professional background and accomplishments.

**Q.** And could you just briefly describe your educational background?

**A.** Sure. So I have a bachelor's degree and PhD in chemical engineering. My bachelor's degree was right down the street at the University of Delaware, and following my education, I went onto a postdoctoral fellowship position at MIT.

**Q.** And what made you want to pursue your PhD in chemical engineering?

**A.** Did you ask what made me want to?

**Q.** Yes.

**A.** Well, in chemical engineering, was a little bit -- honestly, it could have been biomedical either. I was interested in going into the area of drug delivery.

**Q.** Okay. And then could you describe your postdoctoral work, please?

**A.** Sure. So during my postdoc, this is where I began my work working on lipid nanoparticles for RNA delivery.

**Q.** And where did you do your our postdoc work, Dr. Whitehead?

**A.** MIT with Bob Langer and Dan Anderson.

**Q.** And is that the same lab that was discussed in the W80 publication?

**A.** Yes.

**Q.** And can you please describe generally the focus of

your research in Dr. Langer's lab?

**A.** Yes. So we were interested in creating large libraries of lipid-like compounds for the delivery of RNA, and I was very interested in understanding how the chemistry of those lipids affected their functionality in living systems in terms of both their potency, their toxicity, and other properties.

**Q.** What did you do after your postdoc, Dr. Whitehead?

**A.** I then became a professor at Carnegie Mellon.

**Q.** And can you describe to the Court the focus of your research at Carnegie Mellon?

**A.** Yes. So we work in a couple of different areas within drug delivery. The largest portion of my lab continues our work in lipid nanoparticles for RNA delivery.

**Q.** And are you involved in any other professional activities?

**A.** Yes. I am a member of several professional societies, including a fellow of the Controlled Release Society, which is associated with the Journal of Controlled Release that I mentioned earlier. I've authored numerous articles that are very well-cited.

**Q.** And are you involved in other types of scientific communications?

**A.** Yes. So I have had the privilege of being involved

in various science communication activities. I gave a Ted talk in 2021 on the lipid nanoparticles that relate to the COVID-19 MRNA vaccines, I was also interviewed for CBS Evening News. And Sci-comm is something I care deeply about, and so it is my pleasure to be here to help the Court construe this term.

**Q.** And earlier, you mentioned during your postdoc, did you publish during your postdoc?

**A.** I did.

**MR. JOHNSON:** May we have Slide 3, please.

**BY MR. JOHNSON:**

**Q.** And can you describe for the Court what's depicted on this slide?

**A.** Yes. This is a review article that I authored. It was published in 2009. So this was featured in Nature Review's drug discovery. And it was a description of the state of the art of the field of siRNA delivery.

**Q.** Who are the two other authors on this paper?

**A.** Bob Langer and Dan Anderson.

**Q.** And do you consider yourself to be familiar with how a person of ordinary skill in the art would have understood the term "head group" in 2011?

**A.** Definitely.

**Q.** And in what field do you consider yourself expert?

**A.** Lipid nanoparticles for RNA delivery.

**Q.** And earlier today, sort of at the very outset, you recall you were asked some questions by Judge Connolly, correct?

**A.** Yes.

**Q.** And I think it was the very last question, you were asked about the definition of "head group." And I believe you mentioned that there was a structure and a function, but then you only really described the structure.

What, in your mind -- is there a functional element that needs to be incorporated into the definition of "head group"?

**A.** Yes. The function is more important, I would say, than the structure in the context of cationic lipids for RNA delivery.

**Q.** Why is that?

**A.** Because they are what truly facilitate the process of delivery, an actual potent delivery material, formation of the delivery material, and then its ultimately -- ultimate delivery.

**Q.** And, Dr. Whitehead, what have you been asked to do in connection with this litigation?

**A.** I've been asked to crew the term "head group."

**Q.** And have you ever testified in court before?

**A.** No.

**Q.** Have you ever given a deposition before?
**A.** No.
**Q.** Okay.
**MR. JOHNSON:** And if we could turn to slide four, please.
**BY MR. JOHNSON:**
**Q.** Dr. Whitehead, can you just describe for the Court what's on this slide and the significance of the highlighting?
**A.** Yes. So this is Claim 18 of the '933 patent. And what it tells us is that, when we consider what a head group is, we need to consider it in the context of the cationic lipid.
**Q.** And is that -- did you consider that context when forming your opinions?
**A.** I did.
**Q.** And, Dr. Whitehead, did you prepare a slide regarding the two contrasting constructions of the claim terms?
**A.** I did.
**MR. JOHNSON:** May I have Slide 5, please.
**BY MR. JOHNSON:**
**Q.** And, Dr. Whitehead, in your mind, what is the significant difference between these two constructions?
**A.** So Alnylam's construction is incorrect because it is

incomplete in that it ignores the primary function of a head group of a cationic lipid, which is that it may be protonated.

**Q.** Okay. And what -- okay. And does Pfizer and BioNTech, does that encompass the function that you were discussing?

**A.** It does, yes.

**Q.** How so?

**A.** It specifies that it is a group that may be protonated, and it is that protonation that confers the ability of these delivery vehicles to actually deliver RNA.

**THE COURT:** I'm sorry. And I meant -- I wrote something down. I made a mistake. I should have asked one more question to your colleague across the aisle.

**THE WITNESS:** Oh, okay.

**THE COURT:** And I want to ask you the same question.

**THE WITNESS:** Okay.

**THE COURT:** But I want to do is -- and I know this is very unusual, but that's just the way things are in my room.

I'm going to ask you to step outside the courtroom, and I want Dr. Kros to come back for one question.

**THE WITNESS:** You would like me to step down?

**THE COURT:** Yeah, if you don't mind.

**THE WITNESS:** Okay.

**THE COURT:** Apologize.

(Witness temporarily excused.)

ALEXANDER KROS, after having been previously duly sworn or affirmed, was questioned and testified as follows:

**THE COURT:** Thanks, Dr. Kros. Go ahead and have a seat. I forgot to ask.

Does a cationic lipid have to be positively charged?

**THE WITNESS:** A cationic lipid, the name implies that there is somewhere a positive charge.

**THE COURT:** And I took from your testimony, but I forgot to just get you to -- because you can tell, right, that, not in this, but when they've shown you the cationic lipid construction -- and I did construe the term, right?

**THE WITNESS:** Yes.

**THE COURT:** But part of the reason the way I construed it was, in a patent case, both sides, they rarely agree, right?

**THE WITNESS:** Yes.

**THE COURT:** But in this case, they both agreed

that the charge -- that a cationic lipid may be protonated, and it was -- looking at the patent, it was -- may be positively charged, and they didn't dispute that really in the hearing.

So my question to you is, though, based on your testimony, I would infer that you believe a cationic lipid has to be positively charged; it's always positively charged; is that right?

**THE WITNESS:** Depending on the pH.

**THE COURT:** Oh, it depends on the pH. I see.

**THE WITNESS:** And that's why we always -- I think I said multiple times, physiological pH.

**THE COURT:** So it must be positively charged in physiological pH?

**THE WITNESS:** Yes.

**THE COURT:** Okay. All right. Now, same question. Does it have to be protonated at physiological pH?

**THE WITNESS:** That's what I said.

**THE COURT:** It must be. Well, you -- in other words, there's one thing to say it has to be positively charged, right?

**THE WITNESS:** Yes.

**THE COURT:** It's another thing to say it has to be protonated. I mean, I don't know if there really

has to be a difference, but I just, I want to get clarity.

Number 1, is it fair to say that a cationic lipid is a lipid that is positively charged --

**THE WITNESS:** Correct.

**THE COURT:** -- as physiological pH, right?

**THE WITNESS:** Yes.

**THE COURT:** And secondly, it's a lipid that is protonated at physiological pH; is that right?

**THE WITNESS:** That can be protonated.

**THE COURT:** Well, that can be or that is? That's the clarity I wanted.

**THE WITNESS:** Okay. You can also have head groups like with a quaternary amine that is an ammonium, that is a positive charge that is independent of the pH. And that is also a cationic lipid. So that's, I think, what your construction was saying.

**THE COURT:** Well, right. My construction was may be. What I'm wondering is if I should have made my construction "that is protonated at physiological pH."

**THE WITNESS:** I think so, yeah.

**THE COURT:** You think it has to be?

**THE WITNESS:** Yeah.

**THE COURT:** Okay. That's what I thought. Sorry. Thank you very much.

I want to ask Dr. Whitehead what she thinks about that.

(Dr. Kros excused.)

**MR. JOHNSON:** Yes, Your Honor.

**THE COURT:** This may be completely a bridge to nowhere. But it just struck me listening to all the testimony, that I may have gotten the construction wrong. And I just want to get that -- I want to hear it from the experts on that.

KATHRYN WHITEHEAD, after having been previously duly sworn or affirmed, was questioned and testified as follows:

**THE COURT:** Thank you, Dr. Whitehead. Sorry for the disruption, but I want to ask you a question.

**THE WITNESS:** Sure.

**THE COURT:** You've been shown at various points, I think, that I construed at a prior hearing "cationic lipid."

**THE WITNESS:** Yes.

**THE COURT:** And I construed it as a lipid that is positively charged, right?

You agree with that?

**THE WITNESS:** It is positively charged. It has to be at some pH.

**THE COURT:** Okay. And would you agree that it

has to be at physiological pH?

**THE WITNESS:** I do not.

**THE COURT:** You don't agree with that. It just has to be at some pH?

**THE WITNESS:** Yes.

**THE COURT:** All right.

**THE WITNESS:** Particularly, if we're talking about something for RNA delivery.

**THE COURT:** Okay.

(Reporter clarification.)

**THE WITNESS:** I said, particularly, if we're talking about something for RNA delivery.

**THE COURT:** All right. And then do you agree that a cationic lipid may be protonated at physiological pH?

**THE WITNESS:** I always get a little hung up on the term "may be."

**THE COURT:** Right.

**THE WITNESS:** Some of them are.

**THE COURT:** Okay.

**THE WITNESS:** Yes. But they don't --

**THE COURT:** They don't have to be?

**THE WITNESS:** They don't have to be to work well. The key pH is usually around 6.

**THE COURT:** All right. Then I take it, then,

you would also -- your position would be that a cationic lipid does not have to be protonated at physiological pH; is that right?

**THE WITNESS:** It's a -- I was planning on honoring Your Honor's construction of the term, but that, yes, that is my opinion.

**THE COURT:** That's your opinion. In fairness, you think I got it wrong?

**THE WITNESS:** Yes, sir.

**THE COURT:** You can say that. No problem. I get a lot of things wrong.

Okay. All right. But I wanted clarity while I had the two experts in the room on that other term just to understand something. I apologize. It was my bad for not doing that at the end of Dr. Kros' testimony.

Go ahead. Sorry.

**MR. JOHNSON:** May we have the next slide, please. Actually, I'm sorry. Maybe just go back to Slide 5. And I apologize for the false start.

**BY MR. JOHNSON:**

**Q.** Dr. Whitehead, when you were forming your opinions, what did you consider?

**A.** I considered -- I considered the patent, all of the specifications, and I considered what I believed a POSA would have thought of these specifications.

**Q.** And what particular time did you focus on in terms of how a POSA would have understood this term?

**A.** Yes. I focused on before the priority date of the end of the 2011; however, I understand that there's a dispute between the parties as to what the priority date was with the other dispute being at the end of 2012, and my opinion is not affected by which is chosen.

**Q.** And there was some talk in Dr. Kros' direct about whether or not the meaning of "head group" have changed over time.

Do you believe that the meaning of "head group" has changed over time?

**A.** I believe that it's been consistent. It has, you know, over time -- up until 2011. I mean, we're talking until the priority date. So it was consistently a group, you know, as we have construed that may be protonated is either permanently positively charged or able to be protonated at a certain pH.

**Q.** And it's your belief that that is how a person of ordinary skill in the art would have understood the term in 2011?

**A.** Yes, definitely.

**Q.** And why would a POSA have understood the term "head group" of a cationic lipid in this manner?

**A.** So it does have a couple of functions. And when we

think about the head group, we think of it as the business end of one of those molecules. And so it certainly has particular, you know, properties, but it also has functions which are critical.

**MR. JOHNSON:** May we have Slide 8, please.

**BY MR. JOHNSON:**

**Q.** And can you explain to the Court the significance of the call out on Slide 8?

**A.** Yes. So these -- these next two slides illustrate the two different functions that I believe are most important for that head group.

So the first is that this cationic head group is able to form a particle with -- in this case, they state DNA, but really, any kind of nucleic acid, including RNA. So it's able to catalyze the formation of these particles, which occur through a process called nano precipitation. But, essentially, these negatively charged nucleic acids begin interacting electrostatically with the cationic head group.

Traditionally, that cation in the head group is as close as possible -- that's what we understood at the time -- as close as possible to the end of the head group to really maximize that interaction between the two, and then the rest of the particle will form as a result of that initial electrostatic interaction.

**Q.** You were here when Dr. Kros testified with his counsel. I know there was some outside of your presence, correct?

**A.** Yes.

**Q.** And do you recall Dr. Kros made some statement like -- I can't remember exactly what it is, but the RNA doesn't care where the positive charge is? Do you recall that?

**A.** I do.

**Q.** Do you think that is consistent with the way the person of ordinary skill in the art understood the head group of a cationic lipid in 2011?

**A.** No. And this is something that has developed over time. I suppose that's the beauty of scientific research.

So at that time, you know, as I mentioned, that positive charge was almost always, as far as possible, towards the end of the head group because if you put it -- if you put it in what we're calling here the central moiety, folks thought that it's not going to be able to -- like the lipid, like the head group would almost have to bend backwards a little bit to kind of thrust, for lack of a better word, to reveal that positive -- that positive group in order to maximize interactions. And so it was a matter of steric

hindrance.

Of course -- you know, of course we were ultimately wrong, and we see now that we can have something in the central moiety that has the same function. But at that time, it was not considered possible. Somebody would not have done that.

**Q.** You mentioned two functions.

**MR. JOHNSON:** Can we have the second slide, Slide 9.

**BY MR. JOHNSON:**

**Q.** And this is a little bit more complicated, so if you could, perhaps walk the Court through -- through what this slide represents.

**A.** Sure. So in addition to the formation of the particle, we then, of course, needed to accomplish the actual delivery.

And so this is an image that describes various barriers that these particles need to overcome. If you inject them into the blood stream, they have to move out of the blood stream. And when they enter the cell, they do so through this process called endocytosis, in which the cell membrane reaches up and around the particle, brings it inside the cell into this walled-off compartment that you can see the dashes there. It's called an endosome. And that endosome is kind of like

the trashcan of the cell, if you will. It will start digesting the particle.

So this positive charge is super critical in mediating what's called endosomal escape of this RNA. And so the positive charge is able to breach that lipid membrane around the particle and allow the RNA to move out into the rest of the cell where the translation can occur.

**Q.** For the second function to occur, in 2011 the POSA -- was a POSA concerned with where the location of charge was in the lipid?

**A.** Well, again, we usually wanted to design it as close to the end as possible because the understanding at the time was that it kind of needed to burrow into this endosomal membrane, which contained negative charges. And so, again, you wanted to kind of maximize the ease of that interaction.

**Q.** And so in 2011, do you agree -- do you agree that POSA would have thought that the location of the positive charge did not matter in a cationic lipid, as Dr. Kros testified?

**A.** That the location -- sorry. Say that again.

**Q.** That the location of the positive charge just doesn't matter.

**A.** I don't believe that a POSA in 2011 would have

thought that. A POSA in 2011 would have defined the head group of a cationic lipid as carrying either a permanent positive charge or being protonatable.

**Q.** Okay. Why don't we transition to look a little bit at this art now.

**MR. JOHNSON:** May we have Slide 10.

**BY MR. JOHNSON:**

**Q.** And do you recognize the article that's depicted on Slide 10?

**A.** Yes.

**Q.** And what is it?

**A.** This is an article from 1999 by Tang and Hughes. It was published in the Journal of Controlled Release.

**Q.** And we've actually heard a lot of the **Journal of Controlled Release**, but is that a reputable journal?

**A.** Indeed it is.

**Q.** Okay. And I think that was one of the journals you referenced as something that a person of ordinary skill in the art would look to and rely on, correct?

**A.** Yes.

**Q.** And what is this reference from the Journal of Controlled Release? How does this relate to your opinion or understanding of a POSA?

**A.** Yes. So this describes the structure of a cationic lipid, and it describes the three parts that are also

present within this patent. The only difference being the term "linker" with central moiety.

And you'll notice here that the head group -- it specifically states that that head group is positively charged, and that all cationic lipids have that positively charged head group.

**Q.** And when was this article published?

**A.** 1999.

**Q.** And do you have an opinion about whether or not this reflects the understanding of a POSA in 2011?

**A.** Yes, it does.

**Q.** Would there be any difference if -- in your opinion, if this was written -- if the three elements were described in 2011?

**A.** The only difference would, perhaps, be that the positively charged head group, it might be substituted with protonatable or an ionizable head group or some reference that it does not have to be a permanent positive charge.

**MR. JOHNSON:** Could we move to Slide 11, please.

**BY MR. JOHNSON:**

**Q.** And do you recognize this slide, Dr. Whitehead?

**A.** Yes. This is another reference. This one is by Chesnoy and Huang from 2000.

**Q.** What is the purpose of this reference?
**A.** So this reference is also showing us the same three areas within a cationic lipid. We have the hydrophobic anchor and then we have the linker, also known as the central moiety here. And then we see that we have a head group, and that head group contains this permanently positively charged nitrogen atom.
**Q.** And is it -- how does this relate, in your mind, to how a person of ordinary skill in the art would understand the term in 2011?
**A.** This is precisely what a POSA would believe a cationic lipid to be. It has that permanent positive charge all the way at the end of the head group.
**Q.** And do you know either of the authors of these paper -- this paper?
**A.** I do. I know Professor Huang, who is an extremely well-known scientist in the area of liposomes, lipid narrow particles, and nucleic acid delivery.
**Q.** And what would that tell you about the significance of this article?
**A.** That I could trust it.
**Q.** Would the same be true for a POSA?
**A.** Yes.
**MR. JOHNSON:** Finally, if we could have Slide 12.

**BY MR. JOHNSON:**

**Q.** And could you describe for the Court what's depicted on Slide 12, Dr. Whitehead?

**A.** Yes. So this is an article by Jayaraman in 2012. And this also references what a head group of a cationic lipid should be. And this reflects a little bit what I was talking about before, in that there was some understanding that in addition to having that permanent positive charge, which was the prior focus of the literature, here's when we began to see this shift into this ionizable or protonatable head group property. But in either event, you know, all of these head groups described are protonatable.

**Q.** Do you know where these authors are from?

**A.** Yes. They are from Alnylam.

**Q.** Are any of them inventors on the patent?

**A.** Yes, they are.

**Q.** And this article was published in 2012.

**A.** Yes.

**Q.** A little after the 2011.

But do you believe this accurate -- do you believe that this would influence how a POSA would have seen -- or strike that.

Is this consistent with how a POSA would have understood the term in 2011?

**A.** Yes.
**Q.** Okay. And you've looked at articles from 1999 in the Journal of Controlled Release, the Huang article from 2000, this article in 2012. What does that, combined, tell you about how a POSA would have understood the art?
**A.** It tells me that the understanding would have been consistent over time. That -- the understanding that we would have a positive charge, whether it be permanent or protonatable in that head group over that whole period of time.
**Q.** You've heard discussion -- you heard Dr. Kros testify about the W0380 published patent application.
**A.** Yes.
**Q.** Correct?
Does that change your opinion about how a person of ordinary skill in the art would have understood the term in 2011?
**A.** Not at all. It was a patent application. It listed many, many examples within it. And there were a few, such as the one that Dr. Kros put up. But we have to keep in mind that's not a peer-reviewed article. It's -- it needs to be taken in the context of thousands of published articles in this field that do have the -- what a POSA would define as the plain and ordinary meaning.
There's no way that that single patent application

is going to change a POSA's understanding. In fact, we can look back now and nobody would point to that patent application as saying, Oh, this is the start, you know, this is where people really came to understand that that positive group could be in what we're calling the central moiety.

**Q.** When was the first time you appreciated that?

**A.** Around 2015, 2016. I can't give you the exact date, but that's around the time when there started to be more publications, particularly from Moderna, for example. They might have been the first to begin showing some of these cationic lipids that have the positive charge only within that linker or central moiety.

**Q.** What was your reaction to that?

**A.** I liked it. It was different. Yeah. I was -- you know, I mentioned before that in 2011, we wanted it to be towards the end, and so I was surprised.

**Q.** Turning quickly to the intrinsic evidence.

**MR. JOHNSON:** And, Your Honor, given time, I will try to bounce through this as quickly as I could.

Can we have Slide 13, please -- 14. I'll skip ahead.

**BY MR. JOHNSON:**

**Q.** Dr. Whitehead, can you describe what's depicted on Slide 14 for the Court.

**A.** Yes. So these are all of the formulas that are contained within the specifications. And you'll notice that there are these nitrogen atoms present in each one of them that are protonatable. And then in the bottom right, we have that reference to a primary group. And I just include that for completeness because the primary group, then, will need to contain, you know, one of those other formulas on the rest of the slide, all of which contain that protonatable nitrogen.

**Q.** And perhaps just to short circuit and move on a little bit because perhaps this point has been made, but, Dr. Whitehead, are there any examples in the written description of either of the patents that show a head group without a protonatable group?

**A.** No.

**Q.** And where is the location of the protonatable group in nearly every disclosure in the written description of the patent?

**A.** It's in the head group.

**Q.** And how does that relate to a POSA's understanding of that term in 2011?

**A.** It's completely consistent with it and consistent with, you know, almost all of the literature. You know, I can't say I've read every single article, but a POSA would have understood this to be what a head group of a

cationic lipid is.

**MR. JOHNSON:** And perhaps if we could jump ahead to Slide 16.

**BY MR. JOHNSON:**

**Q.** We've already heard some discussion about this is the paragraph at Column 32 of the patent.

**A.** Yes.

**Q.** Are you familiar with this paragraph, Dr. Whitehead?

**A.** Yes. I've spent some time with it.

**Q.** Overall, what does this paragraph teach you as a POSA?

**A.** So this paragraph is showing us, overall, that we have different options for head groups that contain protonatable elements.

**Q.** Do all of the head groups disclosed in this paragraph have protonatable elements?

**A.** They do.

**Q.** And perhaps -- I know -- to try to walk through this quickly, can you just describe the first paragraph? I don't know that there's any controversy. First sentence about this.

**A.** Sure. So this sentence tells us that we have these three parts of our cationic lipid that we've discussed before.

**Q.** Okay.

**MR. JOHNSON:** And maybe the next slide, please.

**BY MR. JOHNSON:**

**Q.** What does this sentence mean to you, Dr. Whitehead?

**A.** So this sentence basically tells us that the head group can include an amine. The -- whoever drafted this used amine in a slightly unique way here, as we can see later in the paragraph, but it can include an amine. For example, one that has that desired pKa, which kind of gets back to what I was talking about, important for the delivery process.

**Q.** Do you read the "can" as a "must" in this sentence?

**A.** So I understand there's some debate about the permissiveness of this word "can."

And when I read this paragraph in its entirety, it's clear to me that can does not mean anything out there in the whole world in terms of chemical structures. It means that we can look at all these different examples that are given, these different options within the paragraph, and that it needs to be in this context of a protonatable nitrogen. Which is what all these examples have.

**MR. JOHNSON:** Let's -- if we can have Slide 18 and the next sentence.

**BY MR. JOHNSON:**

**Q.** There was some talk about this with Dr. Kros that you were here for.

What does the pKa in this sentence refer to?

**A.** So the pKa in this sentence is referring back to this desired pKa in the previous sentence.

**Q.** Okay. Maybe could you just explain for the Court your understanding of what this sentence actually means?

**A.** Sure. So, basically, when you have a nitrogen group, it is going to have its own pKa by itself. And that may or may not be a desired pKa in terms of what we need for the delivery process.

And so this long sentence here is basically saying that we can manipulate the pKa of a nitrogen atom by adding these different elements, these anionic groups or -- goes onto say hydroxyls or methoxys. So all of them will affect the pKa of an amine. It is not saying that you could have those by themselves in a head group.

**Q.** And you heard Dr. Kros testify that, in his opinion, this meant that you could have a hydroxyl or a methoxy alone in the head group with nothing else.

Do you think that's a proper interpretation of this scientifically or grammatically?

**A.** I don't think so. I mean, I have to assume that whoever drafted this wasn't really, you know, interested

in non sequiturs. We've got the pKa, and then just before it we have the desired pKa. We are talking about the pKa of a nitrogen-containing group here.

**Q.** And what is a purpose of those additional functional groups that are described in the last four lines of that sentence?

**A.** What is at purpose of them?

**Q.** Yes.

**A.** In this case, they can modulate the pKa of the nitrogen-containing group.

**Q.** Okay. And Slide 19, the next sentence. I don't think there is any real controversy, but if you could just explain this sentence to the Court.

**A.** Sure. So here is a list of some of the protonatable nitrogen-containing groups that can be used in a head group. So, you know, cationic amine here, my interpretation is it means a permanent cation. So a quaternary amine, and then we have primary, secondary, tertiary, and then you have -- you know, you can have one of those. You can have multiple of these primary, secondary, et cetera, in a single head group.

**Q.** Does this suggest to you that you can have a head group without an amine?

**A.** No.

**MR. JOHNSON:** Slide 20, please.

**THE WITNESS:** I would like actually like to clarify. Not without a nitrogen-containing group.

**BY MR. JOHNSON:**

**Q.** Okay. The next sentence here that's been talked about, can you explain to the Court your understanding, as a POSA, of this sentence?

**A.** Sure. So this is another example of groups that we can incorporate that are protonatable. These are different functional groups. So they have names that you can give them other than "amine." But they all contain a nitrogen, and they are all protonatable.

**Q.** Okay. Anything in the sentence suggest a head group that doesn't contain a protonatable group?

**A.** No.

**Q.** Our favorite sentence, 21, please, zwitterionic?

**A.** Yes.

**Q.** What does this mean to you, doctor?

**A.** So a zwitterionic head group is going to contain both a positively charged group and a negatively charged group. In any event, it is protonatable. It contains a protonatable amine.

**Q.** And is a zwitterionic head group, in your opinion, consistent with your construction?

**A.** Yes.

**Q.** Let's move on. Finally, the last sentence. What

does the last sentence mean to you?
**A.** So we are talking about things that are suitable, and we are looking here at things, therefore, that are protonatable. We want something that is going to facilitate the MRNA delivery process within a cationic lipid.
**Q.** And does the patent provide -- what other types of head groups, in your mind, would be suitable based on the disclosure of the spec?
**A.** So there are some others that are given in the figures of the specification. You will notice in the sentence -- or it's the third-to-last sentence. They call out, you know, imidazole, pyridine, et cetera. So there are certainly other, you know, functional molecules that might have other names that contain one of those protonatable nitrogens.
**MR. JOHNSON:** Can we have slide 23.
**BY MR. JOHNSON:**
**Q.** Just briefly, what's depicted here?
**A.** So here we have some cyclic amines that have protonatable nitrogens.
**Q.** And do these -- how do these relate to the last sentence of Paragraph 32, if at all?
**A.** They are -- they contain the positively charged or protonatable nitrogen elements. And, you know, they are

suitable in this case. They are within the specifications.

**Q.** Okay. Is there anything in Paragraph 32 to suggest to you that the POSA would understand that the patent teaches using a head group without a protonatable group?

**A.** No. Every single example there is a protonatable nitrogen in the head group, nothing that suggests that you would have an uncharged head group.

**Q.** Let's move ahead. There was also talk of disclosure at Column 16.

**MR. JOHNSON:** May I have Slide 24, please.

**BY MR. JOHNSON:**

**Q.** And this is an excerpt from Slide -- from the patent at Column 16.

Do you recall Dr. Kros discussing this paragraph, Dr. Whitehead?

**A.** Yes.

**Q.** And what is the significance of disclosure to you?

**A.** Yes. So here we have this term "primary group," which the patent has defined as being part of a head group -- excuse me. Being made up of a head group and the central moiety.

And it tells us that we need to have a protonatable group within that primary group, and the head group is going to be that protonatable group because we have

support, both in the rest of the specification that that's true, and it is also what a POSA would have understood, that the head group of a cationic lipid has a protonatable element.

**Q.** When else have we seen the patent discuss pKa?

**A.** In Paragraph 32.

**Q.** And that was in connection with what portion of the lipid?

**A.** The head group.

**Q.** Have you ever -- have you, in your review of the patent, ever seen the patent talk about the pKa of the central moiety?

**A.** No, it doesn't.

**Q.** And does the -- the next sentence goes on to talk about the central moiety, correct?

**A.** Yes.

**Q.** And does it describe anything to you about the function of the central moiety?

**A.** No. Just that it links the tails with the -- with the head group.

**Q.** Besides this linking function, does the patent ascribe any other functionality to the central moiety?

**A.** No.

**Q.** And there's multiple groups listed as representative central moieties, correct?

**A.** Yes.
**Q.** Are -- is there any commonality to the structure or function of those different type of groups that would allow -- that would give you some indication of how they are used?
**A.** Not that I'm aware of.
**Q.** And, Dr. Whitehead, you mentioned earlier in your view Alnylam's proposed construction is incorrect.
Can you explain why that is?
**A.** It's incorrect because it's incomplete. It describes the head group of any lipid, but we're not talking about any lipids here. We're talking about cationic lipids for RNA delivery. And cationic lipids, a POSA would have understood in 2011 that a cationic lipid for RNA delivery carries a positive charge or is protonatable.
**Q.** In your mind, to a POSA, is there a difference in definition between "head group" as it's used generally for all lipids, as opposed to how it's used in the context of cationic lipids, the focus of this?
**A.** Absolutely. I mean, there's a reason why we put an adjective in front of "lipid." It's a cationic lipid. That says positive charge.
**Q.** And as of 2011, where would a POSA have understood that positive charge would have been?

**A.** The head group. And preferentially, as far away from the tails as possible.

**MR. JOHNSON:** I will pass the witness, Your Honor.

CROSS EXAMINATION

**THE COURT:** Cross?

**MR. GAEDE:** May I approach with binders?

**THE COURT:** Sure.

CROSS EXAMINATION

**BY MR. GAEDE:**

**Q.** Okay. Good afternoon, Doctor.

**A.** Good afternoon.

**Q.** My name is Bill Gaede. I want to ask you a question that the judge asked Dr. Kros.

Did you write your report alone, or did you write in coordination with counsel and drafts going back and forth?

**A.** In conjunction with counsel.

**Q.** Thank you.

Now, can we pull up Paragraph 39 of your report, please.

Now, here, as you say, you "Understand that the claimed investigations of the patents-in-suit are not broadly directed to lipids in general, but, instead, are directed to cationic lipids specifically."

I think we can all agree on that.

"A POSA would further understand that the disclosed cationic lipids are intended for delivering a nucleic acid."

And that would be RNA, for example, correct?

**A.** Yes.

**MR. GAEDE:** And, also, can we pull up Claim 1 of the '979 patent, please. '979 patent.

**BY MR. GAEDE:**

**Q.** And, again, it's not just to the specific lipid, but, also, the claims in the '979 include a nucleic acid, they include other components such as DSPC, cholesterol, and PEG modified lipids. And so the claims here and the uses of those are for the delivery of nucleic acids, correct?

**A.** It is for the delivery of nucleic acids.

**Q.** Okay. And in order for cationic lipids of the claims, in order to perform their function of binding to a nucleic acid in the context of a lipid particle, the lipids need to -- the cationic lipids need to have the property of hydrophilicity and hydrophobicity, i.e., amphiphilicity.

Did I get that right?

**A.** Uh-huh. So that is a property of the cationic lipid, but is not the most important property.

**Q.** Okay. But without that property, the lipid particles of this claim will not form, right?
**A.** They also will not form or function if we have no positive charge in the head group.
**Q.** Well, I understand that they wouldn't be able to bind the RNA, but the particle itself will not form unless the cationic lipids have the property of lesser hydrophobicity in the head group region as compared to the tails, right?
**A.** As I mentioned, that is a property of these lipids and all lipids, and I am not really sure why you would want to make a particle that doesn't actually encapsulate the RNA.
**Q.** Right. But without the specific property, the particle itself won't even form, regardless of whether the RNA can be encapsulated or not, right?
**A.** For any lipid, not just a cationic lipid.
**Q.** Right. Can we go to your paper. You made reference to that Exhibit 3, you used that paper before the Court.
**A.** Uh-huh.
**Q.** Now, this paper, as you discussed, is a review paper. And it addresses the combination of delivering siRNA, a form of RNA, in the context of lipids and other types of delivery vehicles, right?
**A.** Sure, sure.

**Q.** And this is the work that done in 2000- -- this paper was published in 2009, correct?

**A.** Yes.

**Q.** Okay. Now, so here, the purpose of these lipids that are being discussed is to deliver RNAs, correct?

**A.** Yes.

**Q.** Okay.

**MR. GAEDE:** Could we go, please, to Page 132. And 133.

**BY MR. GAEDE:**

**Q.** Now, for these specific cationic lipids that are to be used to deliver RNA, in the description that you wrote in 2009, you make reference to, for example, "one set of polar head groups can create the outer surface of the nanocomplex."

It makes reference to "polar head groups" and it also makes to "interior hydrophilic core." And that's necessary that the cationic lipids have that property as well, correct?

**A.** Just because something is true, doesn't mean it is the primary definition. So let me just say something about this article. This is a review article that is meant for somebody who is not familiar with this field to understand all of the components of this nanoparticle. And so what I'm afraid you are trying to do here is you

are trying to take this specific language without considering the whole of this article.

And while the polarity of a lipid is what helps it form a liposomal structure. It does not help it encapsulate or achieve the delivery, which is what this paper is about. But this is part of the physics of these particles.

**Q.** I understand. But we never get to the step of encapsulation until we have a proper lipid that is amphiphilic, correct?

**A.** You can't have one without the other.

**Q.** That's right. And as you show here --

**A.** You can't have a cationic lipid -- it will not form a particle if we don't have --

**THE COURT:** Since it is your first time testifying, let me just suggest something to you. Just answer the question.

**THE WITNESS:** Okay.

**THE COURT:** All right? That's always the best thing for a witness to do. You're not here to speak. They've got lawyers. He's got time.

Go ahead.

**BY MR. GAEDE:**

**Q.** Okay. Now, also, if there is a protonatable group in the central moiety, for example, the lipid

nanoparticle will form, the RNA will be compacted, correct?

**A.** We know that now. But a POSA would not have expected that in 2011.

**Q.** Now, could we just finish up the issue on the hydrophobic/hydrophilic. Could we please go to the drawing and the description that you put in your article in 2009. It's at Page 135.

And here, what you depicted is cationic lipids and neutral lipids, correct?

**A.** Yes.

**Q.** And on the outside, consistent with their amphiphilic nature because they are in water, the head group region as compared to the tails is less hydrophobic, correct?

**A.** The head group region compared to the tails is less hydrophobic.

**Q.** Okay. And that's all the property that you ascribe or show here in your depiction of your review article that was also reviewed by two of the most prominent scientists in this area, Dr. Langer and Dr. Anderson, correct?

**A.** I also have that they are cationic lipids.

**Q.** Correct.

**A.** Yes.

**Q.** Okay. So we need the amphiphilicity in order for the lipid to form, correct?

**A.** Yes.

**Q.** Okay. Now -- otherwise, it would not be a lipid particle or a lipid within the meaning of claims for the purpose that you identified to create a lipid particle in order for it to deliver the nucleic acid, correct?

**A.** You wouldn't need a cationic lipid for that either. You would have a vesicle.

**Q.** Okay. So let's go to the next step.

**THE COURT:** Just so, you know, when you ask a question like that, I don't listen to the answer, just so you'll know. Because you go, "Within the meaning of claims," and you had Claim 1 up there. For your benefit, I just ignore the answer. Because I think it's so confusing, I don't know where it's going. So just for what it's worth.

**MR. GAEDE:** I was just referring to her, actually, Paragraph 53, where she talked about the purpose of the patents.

**THE COURT:** Well, your question wasn't limited to Paragraph 53. Whatever. Just take it for whatever it's worth. We have a limited amount of time so --

**MR. GAEDE:** Okay.

**BY MR. GAEDE:**
**Q.** Now, we talked about the two functions of protonatability on your direct, that it has to compact, and as part of this particle, and then it also has to be able to deliver it into the endosome and so it can be delivered to cytoplasm of the cell, correct?
**A.** Yes.
**Q.** All right. Now, as we said, physiological pH, you understand that those functions can be performed by the nitrogen in an amine at the central moiety position, correct?
**A.** I understand that now. But I do not -- a POSA would not have understood that in 2011.
**Q.** Well, let's go take another look at the Langer and Anderson patent publication that published in -- or was filed in 2006. And let me just walk you through just a couple quick points on that.
So first of all, counsel said that there's not the word "cationic" or "head group" in this patent.
Do you recall that testimony?
**THE COURT:** He didn't say that. And he actually put up on the screen an excerpt from the patent application, which said "cationic lipid." I saw it.
**MR. GAEDE:** If I misremembered, I'm sorry, Your Honor.

**THE COURT:** Okay. Well, be careful. And especially because, you're effectively testifying to the witness. I saw it, and I know it's not true. Be careful.

**MR. GAEDE:** My apology, Your Honor.

Can we go to Paragraph 4, please.

**BY MR. GAEDE:**

**Q.** So here, the need that is being described in this prior art that published is that there's a need for lipids that can be used to transfect nucleic acids. So that's the process we talked about, about getting the RNA into the cells, correct?

**A.** Yes.

**Q.** All right. And that the lipids have uses such as the packaging and/or delivering of diagnostic, therapeutic, and prophylactic agents. That could be RNA, the packaging of that into the lipid, correct?

**A.** Correct.

**Q.** Okay.

**MR. GAEDE:** Could we go to the next page please the next paragraph, please. So we're -- so let's go to the next part of it, the text itself. The right-hand side, please. Now, the text please.

**BY MR. GAEDE:**

**Q.** And here, in reference to these lipids that are

going to be protonated for carrying the nucleic acids, it makes reference to that they typically have a hydrophobic half and hydrophilic half, correct?
**A.** It says that.
**Q.** And then it also says that -- in the middle there, that "The inventive lipids are particularly useful in delivering negatively charged agents given the tertiary amine available for protonation, thus, forming a positive charge," correct?
**A.** It does say that.
**Q.** Okay. And so they can be used, then, which are described in this patent "for the delivery of DNA, RNA, or other polynucleotides to a subject or to a cell," correct?
**A.** Yes, those are the words.
**Q.** And Dr. Langer and Dr. Anderson aren't just persons of ordinary skill in the art. They are really leaders in this field, correct?
**A.** They are, yes.
**Q.** All right.
In fact, Dr. Langer, I believe, founded Moderna?
**A.** He is involved.
**Q.** He's also involved in Alnylam?
**A.** Yes. Not a cofounder, but, yes.
**Q.** Yeah. And so he's really recognized as one of

leaders in the field, along with Dr. Anderson, correct?
**A.** I don't think that's in dispute.
**Q.** And so in this patent application, which they reviewed before filing, can we then go to Page 35, at Paragraph 69, where it says, "Particularly exemplary compounds include." So these are compounds that are going to be used for the delivery of nucleic acids, correct? These lipids?
**A.** These lipids are some of many lipids within this patent, and I want to point out -- I know you didn't directly ask this question, but I feel it's important.
**MR. GAEDE:** Your Honor, move to strike.
**THE COURT:** You can't do that. The way the system works is, they have lawyers. They'll take care of that. Your job is to just testify.
**THE WITNESS:** Okay.
**THE COURT:** You lose your credibility when you start doing that. I'll just tell you. Juries hate that, and so do I.
**THE WITNESS:** I will stop.
**MR. GAEDE:** Okay. Now, if we could go down and highlight the third figure down. That's the second figure.
**BY MR. GAEDE:**
**Q.** Now, again, this one has a reverse orientation, so

we have to read from right to left?
**A.** Uh-huh.
**Q.** The head group here is an OH. That's a hydroxyl, correct?
**A.** It is.
**Q.** And then, the carbon chain going to the nitrogen there, that's an aliphatic?
**A.** That is a hydrophobic tail.
**Q.** No, the OH --
**A.** I'm sorry. What are you -- say that again.
**Q.** The OH to the central moiety nitrogen there, there's series of intervening carbons.
**A.** Yes, yes.
**Q.** That is an unsaturated aliphatic chain?
**A.** Yes.
**Q.** Okay. And both that, the aliphatic chain and the hydroxyl, are referred to in that Column 32 that we've been looking at in depth, correct?
**A.** They are referred to, yes.
**Q.** Yes.
**A.** A hydroxyl, yes.
**Q.** And here, the nitrogen would be the protonatable amine. It's a tertiary amine, correct?
**A.** That is tertiary.
**Q.** Okay. And that's the central moiety within the

meaning of the patent, correct? The Alnylam patents?
**A.** The Alnylam, it's within the patent, not this particular patent application.
**Q.** No, I understand.
And so your testimony is that the hydroxyl is protonatable at any pH?
**A.** The hydroxyl -- I'm sorry?
**Q.** Your testimony, if I understood it correctly, was that the hydroxyl may be protonated at some pH; is that correct?
**MR. JOHNSON:** Objection.
**MR. GAEDE:** If I misunderstood --
**THE COURT:** Just ask her what she thinks.
**BY MR. GAEDE:**
**Q.** May that hydroxyl be protonated?
**A.** The hydroxyl cannot be protonated.
**Q.** At any pH?
**A.** Not to my knowledge.
**Q.** Okay. And, also, that's true of the aliphatic part of that?
**A.** Yes.
**Q.** Okay. And so, then, the only place that can function to bind the nucleic acid is the nitrogen that the tertiary amine that is in the central moiety, correct?

**A.** If this were to work, yes.

**THE COURT:** How much longer do you have?

**MR. GAEDE:** Be about 10, 15 minutes, if that's okay?

**THE COURT:** Then we're going to have to have another hearing. I told you 1:00 is my time.

**MR. GAEDE:** I know.

**THE COURT:** So let's talk about that then. Since you are not going to finish and they're going to get redirect, let's talk about what to do.

**MR. GAEDE:** Let's just --

**MR. JOHNSON:** Your Honor, I would respectfully request we keep going and see where we are.

**THE COURT:** Well, I told you 1:00. I've got a medical thing. I told you 1:00.

**MR. JOHNSON:** As of right now, I have no redirect. So if he keeps going --

**THE COURT:** Well, you're not going to 10 to 15 minutes. Hurry. Hurry. Let's go. Ten max.

**MR. GAEDE:** I'll keep going.

**BY MR. GAEDE:**

**Q.** All right. Now, if we can go, then, to Column 16 -- I know we looked at this -- of the '933 patent. Now, again here, in this section of the patent, it makes reference to the primary group, which we all agree is the

head group and/or the central moiety, correct?

**A.** Yes.

**Q.** And nowhere in the language here does it ascribe that the protonatability must occur at the head group, correct?

**A.** Although it doesn't, it doesn't need to.

**Q.** Right. And, also, it goes on, though, to identify that the primary group includes a head group without, again, saying it must be protonatable. And it goes on to identify potential central moieties, correct?

**A.** It does identify them, yes.

**Q.** And you would agree that a central nitrogen atom could be protonatable, correct?

**A.** Yes, although, with the language here, it would say it needs to also be in the context of a protonatable head group.

**Q.** Right.

**MR. GAEDE:** Now, if we go to Column 18 and the two examples that you pulled up. If we could have highlighted the third and the sixth.

**BY MR. GAEDE:**

**Q.** Now, this here has a tertiary amine and an amine at the central moiety, correct? The first one?

**A.** The top right?

**Q.** Yes.

A. Yes.
Q. Okay. The top right has a tertiary amine and a central moiety with a nitrogen, correct?
A. Yes.
Q. And you agree that the claim language requires -- says that it's optional whether there be a tertiary amine in the head group or not, right?
A. Specifically a tertiary? Or I'm sorry. I need to see the exact claim language.
Q. Sure. Let's take a look at '933, Claim 18. So there where it says, "A head group" -- "The primary group comprises a head group that optionally comprises a primary, secondary, or tertiary amine."
So it's optional whether there's a primary, secondary, or tertiary amine, correct?
A. Yes, it can be another type of nitrogen-containing group.
Q. Now, if we go back to the figure, then, at Column 18. Your reliance on it, the very plain language says that that amine in the head group, the tertiary amine, that that's optional, right?
A. So we have to take this in the context of the plain and ordinary meaning of a head group. When somebody interprets the claims and the language in the claims, they are going to both look at the specification --

excuse me -- the images, the text in the document and rely upon the plain and ordinary meaning that they have.

**Q.** So your view is that there must be an amine in the head group. Is that your testimony, doctor?

**A.** There needs to be protonatable group in the head group.

**Q.** At physiological pH?

**A.** My opinion is that it needs to be protonatable.

**Q.** And you talked about that you look at the head groups in the context of entire lipid, right?

**A.** You need to, yes.

**Q.** Yes. And so that's because the cationic lipid needs to be protonatable at physiological pH, correct?

**A.** According to the defined term.

**Q.** Right. And this is going to be used, these lipids are going to be used in that physiological pH of approximately 7.4 as it travels through the bloodstream where there's water, et cetera, right?

**A.** It would be limited to the particle in the bloodstream and not in the cell or when it's being formed.

**Q.** Now, so we've got a primary amine, we've got a secondary amine, and a tertiary amine. You also made reference to a quaternary amine?

**A.** Yes.

**Q.** That is just a permanently charged nitrogen, correct?

**A.** It is.

**Q.** And assuming there's no other protonatable group, that quaternary amine would not be affected by pH, correct?

**A.** The quaternary amine would not, no.

**Q.** Okay. And that ties in -- pH, we talk about the concept of pKa, correct?

**A.** We do talk about pKa.

**Q.** Okay. And so in the context of Paragraph 32, it's making reference to pKa, correct?

**A.** Are you talking about the quaternary amine? The paragraph in general does refer to the pKa.

**Q.** Right. And it makes reference to -- in your testimony if I understood it correctly, and if I'm not please correct me -- the pKa of the amine, correct?

**A.** It refers back to the amine.

**Q.** Right. But the claim language, which is part of the specification, the claim language says that the primary, secondary, and tertiary amines which are influenced by pKa of the overall molecule are optional; isn't that right?

**A.** They are an optional cationic or protonatable head group. The head group -- a POSA would understand that

the head group is positively charged, and within positively charged groups, those amines are a possibility.

**Q.** Now, let me go on here and ask you a couple more questions. I do want to try to meet the Court's timing if I could.

**THE COURT:** I can come back at 3:00. Do you want to do that?

**MR. JOHNSON:** Your Honor --

**MR. GAEDE:** I am happy to come back.

**THE COURT:** Well, I mean, it depends on how long doctors go. But I think I could do that.

**MR. JOHNSON:** Your Honor, I have a 9:30 a.m. hearing in the Northern District of West Virginia tomorrow morning. I don't -- I don't know. I could maybe drive all night to get there, but I was planning on being on a 5:00 flight to make that appearance tomorrow morning. But I don't have redirect, so I would just keep going.

**THE COURT:** Well, and I've got to tell you, I mean, I'm partly letting the answer -- well, whatever. I'll just leave it at that.

Go ahead, then.

**MR. GAEDE:** Okay. Could we please go to Column 63 of the patent, please. Column -- I'm sorry.

61. My mistake. If you could blow up the language there.

**BY MR. GAEDE:**

**Q.** Now, here it says that "The present investigation includes compounds composed of any combination of the head linker hydrophobic chain and hydrophobic chain, two groups listed below," correct?

**A.** Yes.

**Q.** So what follows in the first part here are various representative head groups that are part of the invention, correct?

**A.** Yes.

**Q.** Okay. And that's at Column 63, Lines 22 to 26. If we go over here to Column 63, and we go down and we highlight the bottom -- the second from the bottom and the third from the bottom figure, and, again, that's a pyridine at the bottom part, correct?

**A.** Yes.

**Q.** And above it is an imidazole, correct?

**A.** Yes.

**Q.** And neither of those are protonatable at physiological pH, correct?

**A.** No. Not to my knowledge.

**Q.** All right.

**A.** I --

**Q.** They are not. I want to be -- I'm sorry -- they are not?

**A.** Within the context of a cationic lipid, I think when we talk about these lipids, they are within a lipid nanoparticle.

**Q.** Right.

**A.** So they are influenced by the other things in there, so, really, I would have to do the calculation.

**Q.** But as you sit here today as a scientist, your understanding is that they most likely would not be protonatable at physiological pH, correct?

**A.** Probably not.

**Q.** Okay. And yet those are head groups of the present invention, aren't they?

**A.** Yes.

**Q.** All right. Now, if we go over also to the figures that you pulled up.

**MR. GAEDE:** Can we pull up Paragraph 60 of Dr. Whitehead's -- it's going to be faster than doing it this way.

**BY MR. GAEDE:**

**Q.** So here we can see these come from Column 66 and 65, correct?

**A.** Yes.

**Q.** And here so we have the pyridines, right?

**A.** Yes.
**Q.** And we have the tertiary amines, correct?
**A.** Yes.
**Q.** But the claim language tells us that those are not required, correct?
**A.** That the tertiary amines are not required?
**Q.** That's right. Because they are optional in the claim.
**A.** Yes, but we're talking about head groups, so there are optional if there are other protonatable elements to the head group.
**Q.** Right. So they may be there, they may not be there, correct?
**A.** They may not be if there are other nitrogens as we can see here.
**Q.** Right. I'm saying if it's here, this head group would be protonatable at physiological pH in the context of the cationic lipids, correct?
**A.** Probably. Again, I'd have to do the calculation.
**Q.** But the other head groups that we just looked at, the imidazole and the pyridine that are part of the present invention, those would not be protonatable at physiological pH in your best scientific estimate, correct?
**A.** Probably not.

**THE COURT:** All right. That's good. I said 1:00. There were no objections at the time when I said 1:00 we had to get through this hearing, and it's 12:59. So they waived redirect. I wouldn't have done that, but they did.

You may step down. Thank you.

And then we are still going to need to have either argument or some synthesis put together by counsel for me.

Mr. Gaede, can I ask you one question?

**MR. GAEDE:** Yes.

**THE COURT:** You brought up that Langer and Anderson are extraordinary artisans when they authored that article, so I assume that means I'm supposed to completely discount the article because I am supposed to look at only an artisan of ordinary skill; is that right?

**MR. GAEDE:** No, Your Honor. I would not agree with that. I would agree --

**THE COURT:** Well, I'll tell you what. You need to think how you want to address that --

**MR. GAEDE:** I'm happy to address that.

**THE COURT:** -- because you made a big point of it, and you really rely on that article, and it seems to me you've told me by the line of your questioning that I should completely disregard that article. So I will be

very interested in your response. I don't have time for it right now, though.

Why don't we arrange for we will have a call with counsel and figure out what the next steps are. All right? All right. Thank you very much.

(The proceedings concluded at 12:59 p.m.)

CERTIFICATE OF COURT REPORTER

I hereby certify that the foregoing is a true and accurate transcript from my stenographic notes in the proceeding.

/s/ Bonnie R. Archer
Bonnie R. Archer
Official Court Reporter
U.S. District Court

**BY MR. GAEDE: [13]** 180/10 181/9 183/10 184/23 186/25 188/7 188/24 190/24 192/14 193/21 194/21 199/3 200/21
**BY MR. JOHNSON: [17]** 146/13 149/11 151/6 151/22 158/20 160/6 162/10 164/7 165/22 167/1 169/23 171/4 172/3 172/25 175/3 176/18 177/12
**BY MR. KLEIN: [16]** 91/17 92/3 93/25 94/7 104/13 108/21 111/6 112/19 113/18 119/22 122/1 124/5 125/18 129/16 129/22 138/7
**BY MS. COLUMBIA: [31]** 13/23 44/3 49/13 49/23 55/3 55/15 56/9 58/10 59/17 62/16 65/3 65/14 67/2 69/5 70/14 71/24 77/11 78/4 78/21 79/21 80/24 82/1 84/9 85/1 85/13 138/19 139/13 139/21 140/4 140/12 141/14
**BY THE COURT: [2]** 6/7 15/6
**MR. CONNOLLY: [1]** 3/15
**MR. GAEDE: [23]** 119/13 180/7 181/7 183/8 186/18 186/24 187/24 188/5 188/20 190/12 190/21 192/12 193/3 193/7 193/11 193/20 194/18 198/10 198/24 200/18 202/11 202/17 202/21
**MR. JOHNSON: [30]** 5/16 145/14 145/20 145/22 145/25 146/4 146/8 149/10 151/4 151/21 156/4 158/17 160/5 162/8 164/6 165/20 166/24 169/19 171/2 172/1 172/23 174/25 176/17 177/11 180/3 192/11 193/12 193/16 198/9 198/13
**MR. KLEIN: [36]** 77/16 86/23 90/22 91/3 91/10 91/12 92/1 94/6 104/11 107/24 108/4 108/9 108/13 108/19 111/5 112/18 113/17 119/7 119/12 119/19 121/23 123/11 123/14 125/10 125/14 125/17 128/1 128/11 128/15 128/17 128/20 129/11 129/20 138/1 138/4 138/14
**MR. TIGAN: [1]** 3/25
**MR. TOWNSEND: [1]** 3/7
**MS. COLUMBIA: [121]** 4/11 4/19 5/1 5/6 5/9 5/19 5/22 13/16 14/5 14/16 28/16 28/22 29/1 29/4 29/10 29/13 30/14 30/18 32/7 32/14 32/16 33/6 33/8 33/10 33/14 33/20 33/24 34/2 34/4 34/8 35/2 35/7 35/22 35/25 36/5 36/14 36/16 36/25 37/10 37/14 37/18 38/5 38/9 38/17 39/4 39/8 39/23 40/1 40/6 40/25 41/24 42/8 42/11 42/15 42/19 42/23 43/1 43/4 43/7 43/10 43/12 43/20 48/22 49/2 49/12 55/13 56/7 58/6 59/15 62/14 64/24 65/11 67/1 69/3 70/12 71/22 77/8 77/20 77/22 78/3 78/18 79/19 80/22 81/24 82/17 82/24 83/2 83/9 83/14 83/16 83/18 83/22 83/25 84/4 84/7 84/24 85/11 86/18 86/20 87/8 87/12 87/20 87/24 88/18 89/4 89/8 89/14 89/18 90/2 91/7 91/11 91/14 104/10 108/7 138/17 139/8 139/18 139/24 140/11 141/12 143/4
**THE COURT: [237]**
**THE WITNESS: [76]** 6/1 6/3 14/10 14/14 14/24 43/18 43/23 49/20 55/1 58/7 66/9 66/15 66/18 66/21 66/24 77/6 120/22 120/24 121/8 121/12 123/7 123/17 123/21 123/25 124/3 128/23 129/3 140/3 143/10 143/12 143/19 143/22 144/1 144/5 144/9 144/18 144/22 144/24 145/6 145/10 145/19 152/16 152/19 153/1 153/3 153/13 153/20 153/24 154/9 154/11 154/15 154/19 154/23 155/5 155/7 155/10 155/13 155/21 155/23 156/15 156/19 156/23 157/2 157/5 157/7 157/11 157/16 157/19 157/21 157/23 158/4 158/9 175/1 184/18 190/16 190/20

**$**

**$11 [1]** 45/13
**$11 million [1]** 45/13

**'**

**'229 [1]** 84/25
**'60s [1]** 10/9
**'933 [15]** 29/14 36/18 37/9 37/15 65/13 69/14 84/13 92/5 115/6 135/19 135/22 136/12 151/10 193/23 195/10
**'979 [14]** 29/15 69/1 69/4 69/7 84/13 92/5 135/19 136/16 136/19 136/21 137/6 181/8 181/8 181/11

**-**

**-and [2]** 2/5 2/12

**/**

**/s [1]** 203/14

**0**

**005 [2]** 139/20 139/23

**1**

**10 [5]** 85/12 164/6 164/9 193/3 193/18
**11 [3]** 114/20 114/24 165/20
**11 years [1]** 20/3
**12 [2]** 166/25 167/3
**12:59 [2]** 202/3 203/6
**13 [2]** 70/24 169/21
**132 [1]** 183/8
**133 [1]** 183/9
**135 [1]** 185/8
**14 [2]** 169/21 169/25
**15 [9]** 17/12 20/1 107/23 108/2 108/5 108/17 141/18 193/3 193/18
**16 [17]** 70/9 70/13 70/15 104/4 104/10 104/11 104/16 104/19 104/23 105/8 107/24 108/5 109/4 171/3 177/10 177/14 193/22
**18 [25]** 37/1 37/12 37/14 38/2 65/12 65/17 68/16 104/4 105/8 106/25 107/25 108/7 108/8 108/10 108/17 109/13 135/22 136/12 141/11 141/16 151/10 172/23 194/18 195/10 195/19
**19 [3]** 105/7 149/3 174/11
**1999 [7]** 129/23 131/6 131/13 131/24 164/12 165/8 168/2
**1:00 [7]** 43/9 118/8 119/6 119/11 193/14 193/15 202/2
**1:00 is [1]** 193/6
**1:00 we [1]** 202/3

**2**

**20 [9]** 20/21 45/4 45/18 68/7 111/5 122/20 141/16 141/17 174/25
**200 [1]** 110/5
**2000 [5]** 44/21 44/24 165/25 168/4 183/1
**2002 [1]** 45/5
**2006 [6]** 62/23 76/24 77/5 86/8 103/13 187/16
**2008 [3]** 127/25 128/19 129/1
**2009 [4]** 149/15 183/2 183/13 185/8
**2011 [35]** 53/7 95/4 95/6 95/14 95/18 96/6 96/15 97/5 102/17 103/9 127/13 131/15 134/4 138/9 149/22 159/4 159/14 159/21 161/12 163/9 163/18 163/25 164/1 165/10 165/14 166/10 167/20 167/25 168/17 169/16 170/21 179/14 179/24 185/4 187/13
**2012 [6]** 52/12 52/13 159/6 167/4 167/18 168/4
**2015 [1]** 169/8
**2016 [2]** 45/8 169/8
**2018 [3]** 51/23 51/24 52/8
**2020s [1]** 138/8
**2021 [3]** 137/15 137/17 149/2
**2023 [1]** 29/16
**2024 [1]** 1/12
**21 [2]** 112/18 175/15
**22 [1]** 199/13
**22-0336-CFC [1]** 1/5
**224 [1]** 133/12
**23 [1]** 176/17
**24 [1]** 177/11
**25 [2]** 24/11 114/18
**26 [2]** 115/12 199/13
**27 PhD [1]** 46/4

**3**

**31 [1]** 121/25
**32 [24]** 70/10 71/20 71/25 111/2 111/9 111/11 112/23 114/20 114/23 115/12 116/7 116/18 116/24 117/3 122/19 143/2 143/13 143/20 171/6 176/23 177/3 178/6 191/17 197/11
**33 [4]** 108/18 114/20 114/23 124/6
**346 [1]** 130/21
**35 [4]** 107/23 125/19 141/20 190/4
**37 [2]** 34/9 55/14
**38 [2]** 34/9 127/5
**39 [2]** 129/20 180/20
**395 [1]** 115/6
**3:00 [1]** 198/7

**4**

**40 [5]** 107/25 108/2 108/6 108/18 129/21
**41 [1]** 46/3
**42 [1]** 56/8
**44 [1]** 132/5
**45 [6]** 59/14 112/25 132/9 143/18 143/19 143/20
**450 [1]** 44/14
**46 [1]** 132/19
**47 [1]** 133/10
**48 [1]** 113/2
**49 [2]** 70/22 124/7

**5**

**50 [3]** 10/19 45/25 69/12
**500 [1]** 109/19
**53 [6]** 69/15 71/3 104/11 107/24 186/19 186/22
**54 [1]** 135/16
**55 [1]** 73/10
**56 [1]** 137/21
**57 [1]** 71/7
**58 [4]** 62/12 77/7 77/8 132/14
**5:00 [1]** 198/17

**6**

**60 [3]** 78/19 104/12 200/18
**61 [2]** 80/23 199/1
**63 [5]** 79/18 81/22 198/25 199/13 199/14
**64 [2]** 79/18 112/25
**65 [3]** 114/20 114/23 200/22
**66 [1]** 200/22
**69 [3]** 122/20 132/22 190/5

**7**

**7.4 [2]** 93/20 196/17
**75 [2]** 82/14 84/11

**8**

**844 [1]** 1/15
**8:30 [2]** 1/12 3/4

**9**

**9:30 a.m [1]** 198/13

**A**

**a.m [3]** 1/12 3/4 198/13
**abbreviation [1]** 22/12
**ability [2]** 74/4 152/11
**able [16]** 18/18 26/19 37/25 38/21 66/13 67/23 98/5 98/11 117/20 159/17 160/13 160/15 161/21 163/5 182/5 187/5
**about [132]** 7/19 10/12 10/12 11/12 12/9 16/12 18/25 21/23 22/9 22/11 22/13 23/2 24/6 24/8 26/2 27/3 27/11 27/12 30/11 30/15 31/10 36/21 39/15 39/18 41/9 41/20 43/14 45/25 48/15 48/20 50/2 50/12 50/14 50/16 53/14 53/16 57/17 58/12 58/14 58/14 61/13 66/10 67/11 69/8 70/7 70/21 70/24 73/2 73/15 75/2 78/6 89/1 89/25 90/18 94/3 95/2 96/20 100/8 100/9 101/17 107/23 110/5 111/14 112/4 114/21 115/7 115/9 116/1 121/22 122/2 125/20 126/9 128/3 129/6 129/12 130/25 131/2 132/10 133/12 134/9 134/19 135/17 136/22 138/3 139/4 139/7 140/5 140/14 141/10 144/16 146/5 149/5 150/6 156/2 157/8 157/12 159/8 160/1 165/9 166/19 167/7 168/5 168/12 168/15 171/5 171/21 172/10 172/13 173/2 174/2 175/5 176/2 178/11 178/15 178/17 179/12 179/12 183/22 184/6 186/19 187/2 188/11 188/11 193/3 193/8 193/10 196/9 197/8 197/10 197/13 200/4 201/9
**above [2]** 81/22 199/19
**absence [1]** 116/1
**absolutely [2]** 43/8 179/21
**academic [1]** 127/12
**academics [1]** 23/16
**accept [1]** 58/8
**accessible [1]** 135/14
**accomplish [1]** 162/15
**accomplishments [1]** 146/25
**according [4]** 93/13 116/7 144/7 196/14
**accurate [2]** 167/21 203/12
**accused [2]** 33/5 33/11
**achieve [1]** 184/5
**acid [12]** 17/18 50/11 50/21 56/3 63/19 160/14 166/18 181/4 181/11 181/19 186/7 192/23
**acids [10]** 50/14 50/16 98/23 131/9 160/18 181/14 181/16 188/10 189/1 190/7
**across [1]** 152/15
**act [1]** 92/16
**action [1]** 82/12
**activities [2]** 148/17 149/1
**actual [2]** 150/18 162/16
**actually [19]** 9/14 19/12 49/16 51/20 79/1 108/7 123/2 123/12 129/21 132/9 143/6 152/11 158/18 164/14 173/8 175/1 182/12 186/19 187/22
**adamant [1]** 12/9
**add [2]** 88/5 116/25
**added [2]** 81/13 82/11
**adding [1]** 173/15
**addition [4]** 47/23 64/8 162/14 167/8
**additional [7]** 29/17 79/7 81/6 81/13 143/17 144/11 174/4
**address [3]** 146/6 202/20 202/21
**addresses [1]** 182/22
**addressing [1]** 137/23
**adds [1]** 128/18
**adhere [1]** 121/14
**adjective [1]** 179/22
**advanced [1]** 24/10
**advantage [1]** 88/9
**affect [1]** 173/17
**affected [3]** 148/5 159/7 197/5
**affirmed [6]** 6/5 15/2 43/25 146/10 153/7 156/11
**afraid [3]** 18/20 19/6 183/25
**after [17]** 23/16 30/21 43/24 44/24 64/11 78/9 78/11 89/6 89/21 105/10 114/18 137/17 146/9 148/8 153/6 156/10 167/20
**afternoon [2]** 180/11 180/12
**again [31]** 20/23 28/17 29/21 38/5 44/4 51/15 62/7 63/6 65/15 72/9 73/22 76/10 76/21 76/23 81/4 81/10 96/5 131/18 133/6 136/15 142/14 163/12 163/16 163/22 181/10 190/25 191/10 193/24 194/9 199/16 201/19
**agents [2]** 188/16 189/7
**aggregate [3]** 55/1 56/6 56/20
**aggregation [3]** 45/19 61/2 61/25
**ago [6]** 20/1 20/3 45/4 45/10 59/13 68/10
**agree [23]** 8/3 25/23 32/16 40/9 48/25 88/13 106/20 109/17 110/20 124/19 153/23 156/22 156/25 157/3 157/13 163/18 163/18 181/1 193/25 194/12 195/5 202/17 202/18
**agreed [2]** 36/11 153/25
**agreement [2]** 27/14 36/5
**agrees [1]** 32/23
**ahead [16]** 4/8 28/21 29/9 38/16 59/16 66/25 83/24 93/24 143/7 153/9 158/16 169/22 171/3 177/9 184/22 198/23
**aim [1]** 53/2
**aisle [1]** 152/15
**ALAN [2]** 2/4 3/22
**albeit [1]** 30/3
**Alexander [5]** 6/1 6/4 43/24 44/5 153/6
**aliphatic [6]** 85/18 86/5 191/7 191/14 191/16 192/19
**alkyl [2]** 63/11 80/6
**all [160]** 3/6 3/11 4/7 5/7 5/23 6/8 13/10 14/6 15/7 16/6 16/6 16/15 17/24 18/1 18/17 19/10 21/21 24/12 25/6 26/24 26/25 28/11 28/14 28/14 29/3 29/23 32/20 33/20 34/1 34/3 35/19 36/3 37/12 37/13 38/2 38/4 38/8 38/14 38/15 42/13 42/22 43/15 43/17 46/5 47/20 49/22 50/3 50/5 50/7 54/9 54/15 56/10 58/4 61/10 61/11 66/20 66/25 73/8 77/25 81/14 83/18 83/23 84/4 84/5 84/7 84/23 85/23 85/25 86/13 86/22 87/21 88/4 90/17 90/21 92/17 95/2 95/13 97/4 98/4 102/16 105/7 107/9 109/19 111/1 111/4 112/2 112/17 113/10 115/12 116/7 118/23 120/8 120/9 121/9 121/14 123/14 124/4 124/10 125/13 127/5 129/15 130/8 130/12 130/16 130/25 131/16 132/5 134/4 134/22 138/4 138/11 138/15 141/6 141/22 142/1 143/6 144/2 145/2 145/11 145/13 145/17 154/16 156/6 157/6 157/13 157/25 158/12 158/23 165/5 166/13 167/12 168/18 170/1 170/8 170/23 171/15 172/18 172/21 173/16 175/10 175/11 176/23 179/19 181/1 182/11 183/24 184/19 185/18 187/8 187/18 188/14 189/20 193/22 193/25 198/16 199/24 200/16 202/1 203/4 203/5
**allow [5]** 24/8 68/1 91/6 163/6 179/4
**allowed [3]** 83/3 83/7 90/12
**allows [1]** 89/20
**almost [5]** 22/6 44/14 161/17 161/22 170/23
**ALNYLAM [13]** 1/3 3/9 4/12 5/10 28/17 51/23 52/10 134/23 137/14 167/15 189/23 192/1 192/2
**Alnylam's [3]** 138/8 151/25 179/8
**alone [2]** 173/21 180/15
**along [3]** 72/5 90/24 190/1
**already [13]** 34/14 44/18 50/23 51/19 59/21 60/14 82/20 82/21 85/5 85/10 86/6 122/15 171/5
**also [86]** 3/13 3/21 7/25 10/1 11/10 15/20 21/16 29/15 31/9 31/20 37/12 39/4 44/15 44/16 44/22 45/2 45/20 46/16 46/17 46/23 46/24 47/11 47/12 49/5 51/10 56/17 57/7 57/22 58/20 59/11 59/18 61/2 61/3 61/23 64/14 65/25 66/12 68/25 69/15 71/6 71/10 71/20 79/4 82/9 84/2 96/12 96/13 101/25 102/5 106/23 110/8 110/10 111/16 116/21 120/5 121/3 121/14 121/18 131/19 133/7 149/3 155/13 155/16 158/1 160/4 164/25 166/2 166/4 167/5 177/9 178/2 181/7 181/11 182/3 183/17 184/24 185/20 185/23 187/4 189/5 189/23 192/19 194/7 194/15 196/23 200/16
**although [5]** 15/8 107/22 139/9 194/6 194/14
**always [11]** 23/16 25/5 26/12 30/14 49/20 97/7 154/7 154/11 157/16 161/17 184/19
**am [15]** 7/18 16/25 29/10 32/9 37/8 39/1 82/15 82/25 83/13 135/3 146/16 148/18 182/11 198/10 202/15

A

**ambiguous [1]** 35/9
**amine [92]** 65/25 66/1 66/2 67/12 67/14 68/4 72/12 72/16 72/18 73/16 74/1 74/22 79/5 79/7 81/6 81/10 81/14 105/5 106/25 107/2 113/3 113/6 113/9 113/11 113/11 113/13 113/13 113/19 113/24 113/24 114/2 114/5 114/6 114/7 114/9 114/12 114/15 115/17 115/20 116/5 116/8 116/21 116/22 116/25 117/1 117/7 117/7 117/12 117/13 117/16 117/18 117/19 122/5 122/18 123/9 135/24 136/6 136/7 140/1 155/14 172/6 172/7 172/8 173/17 174/16 174/18 174/23 175/10 175/21 187/10 189/8 191/23 191/23 192/24 194/22 194/22 195/2 195/6 195/13 195/15 195/20 195/21 196/3 196/22 196/23 196/23 196/24 197/5 197/7 197/13 197/17 197/18
**amine's [1]** 118/18
**amines [8]** 68/2 73/17 122/13 176/20 197/21 198/2 201/2 201/6
**amino [1]** 131/9
**ammonium [1]** 155/14
**among [1]** 87/16
**amount [1]** 186/23
**amphiphile [2]** 54/16 55/22
**amphiphilic [8]** 54/11 54/13 54/17 55/9 56/11 57/19 184/10 185/13
**amphiphilicity [2]** 181/22 186/1
**anchor [1]** 166/4
**Anderson [13]** 62/24 86/9 103/12 138/21 139/10 140/6 147/21 149/19 185/21 187/15 189/16 190/1 202/13
**Anderson/Langer [1]** 62/24
**anion [1]** 99/22
**anionic [2]** 26/4 173/15
**another [13]** 14/2 14/4 38/12 54/20 117/9 133/11 141/19 154/24 165/24 175/7 187/14 193/6 195/16
**answer [9]** 24/20 49/2 85/3 110/19 129/14 184/17 186/12 186/15 198/21
**answered [2]** 30/10 145/3
**answers [1]** 121/10
**anticipated [2]** 62/2 87/24
**anticipating [2]** 86/12 86/15
**any [41]** 7/7 9/5 10/25 11/14 11/25 13/7 19/14 22/10 23/3 24/12 34/12 42/20 51/11 75/17 76/16 77/23 90/14 93/9 95/21 121/10 129/13 135/14 138/16 142/7 146/1 148/16 160/14 165/12 167/16 170/12 171/20 174/12 175/20 178/22 179/2 179/11 179/12 182/17 192/6 192/17 199/5
**anything [12]** 12/4 24/13 29/8 57/17 87/9 129/7 136/21 146/5 172/16 175/12 177/3 178/17
**anywhere [1]** 126/3
**apologize [4]** 48/4 153/4 158/14 158/19
**apology [1]** 188/5
**appear [2]** 22/1 133/20
**appearance [1]** 198/17
**APPEARANCES [2]** 1/20 2/2
**appears [1]** 29/14
**appendix [2]** 60/7 60/8
**application [30]** 74/6 127/22 129/18 131/22 132/2 132/7 132/17 132/20 132/22 132/24 133/2 133/4 133/11 133/19 133/21 133/25 134/5 134/15 134/24 135/2 135/8 135/11 139/3 168/12 168/18 168/25 169/3 187/23 190/3 192/3
**applications [1]** 134/20
**applied [2]** 39/19 39/20
**applies [2]** 92/17 100/11
**apply [4]** 101/10 101/15 101/20 137/14
**appointed [1]** 45/5
**appreciated [1]** 169/7
**approach [3]** 90/25 145/17 180/7
**approaching [1]** 35/11
**approximately [2]** 45/13 196/17
**April [1]** 29/20
**Archer [2]** 203/14 203/15
**are [345]**
**area [4]** 21/3 147/14 166/17 185/21
**areas [3]** 10/17 148/12 166/3
**aren't [2]** 189/16 200/14
**argue [1]** 118/24
**argument [3]** 30/22 146/1 202/8
**arms [1]** 49/8
**around [11]** 49/8 51/18 55/5 105/14 141/15 141/19 157/24 162/22 163/6 169/8 169/9
**arrange [1]** 203/3
**arrows [1]** 56/18
**ARSHT [1]** 2/11
**art [47]** 6/9 7/19 8/7 9/5 10/13 10/14 15/11 15/14 15/21 15/22 19/18 20/11 40/14 41/18 59/23 58/25 66/12 67/19 69/8 70/7 70/18 72/15 74/20 75/16 76/2 77/12 94/22 117/8 117/22 127/15 127/18 131/14 131/15 131/23 137/3 137/12 149/17 149/21 159/20 161/11 164/5 164/19 166/9 168/5 168/16 188/9 189/17
**ARTHUR [2]** 2/3 3/16
**article [23]** 110/7 110/7 130/18 149/14 164/8 164/12 165/7 166/20 167/4 167/18 168/3 168/4 168/21 170/24 183/22 183/22 184/2 185/7 185/19 202/14 202/15 202/23 202/25
**articles [5]** 8/21 22/6 148/22 168/2 168/23
**articulated [1]** 36/6
**artisan [4]** 95/4 96/15 134/14 202/16
**artisans [1]** 202/13
**as [187]** 4/5 6/4 6/6 15/1 15/3 16/7 16/7 16/17 19/17 19/24 26/8 27/4 28/8 30/2 30/6 33/23 34/13 35/12 36/6 36/9 37/18 38/22 38/22 40/3 41/17 42/13 43/25 46/24 47/10 48/6 51/16 53/13 53/13 53/20 54/5 54/18 54/19 56/4 56/4 56/11 58/15 59/2 59/4 59/4 60/14 60/15 60/16 61/19 61/21 61/22 62/8 63/22 64/5 64/20 65/16 67/19 69/8 69/10 69/13 69/23 70/6 71/7 71/15 71/15 72/4 72/14 72/23 74/11 74/19 74/19 74/20 74/21 74/23 75/14 75/15 75/17 75/20 76/8 76/18 82/5 83/2 83/4 84/12 84/15 87/23 88/7 88/12 92/16 93/17 94/23 95/4 96/2 96/15 96/19 96/22 98/10 99/24 99/24 100/3 100/12 101/20 101/24 102/2 102/17 102/24 105/24 108/3 109/3 109/12 110/12 110/20 111/21 115/3 117/14 117/18 120/1 120/13 124/23 127/6 128/8 129/17 131/5 131/9 131/16 132/6 132/25 133/7 135/11 136/5 138/25 145/16 145/22 146/11 153/7 155/6 156/12 156/20 159/5 159/16 160/1 160/20 160/21 160/22 160/22 160/24 161/16 161/17 161/17 163/12 163/13 163/20 164/2 164/18 166/4 168/20 168/24 169/3 169/20 169/20 171/10 172/7 172/12 175/6 177/20 178/24 179/18 179/19 179/24 180/1 180/2 180/22 181/12 182/8 182/10 182/21 183/18 184/12 185/14 187/4 187/8 188/14 189/25 193/16 196/17 200/9 200/9 201/14
**ascribe [3]** 178/22 185/18 194/3
**aside [2]** 58/24 113/11
**ask [26]** 4/22 4/25 13/16 33/3 34/5 42/21 43/13 47/14 49/16 68/18 77/24 87/16 107/9 129/13 147/10 152/17 152/23 153/10 156/1 156/14 180/13 186/11 190/11 192/13 198/4 202/10
**asked [18]** 9/5 30/11 39/21 46/7 47/6 47/9 66/4 134/14 134/18 139/3 140/13 141/10 150/2 150/6 150/21 150/23 152/14 180/14
**asking [6]** 10/12 10/12 12/12 33/18 77/22 91/22
**aspects [1]** 22/15
**assemble [4]** 54/23 54/25 55/1 56/20
**asserted [6]** 37/10 37/15 37/24 82/22 83/12 83/14
**assess [2]** 20/24 134/5
**assist [1]** 146/18
**assistant [1]** 45/5
**associate [1]** 46/1
**associated [2]** 18/3 148/20
**assume [5]** 14/16 78/1 119/13 173/24 202/14
**assuming [1]** 197/4
**atom [17]** 68/8 69/16 69/20 71/6 71/6 71/7 72/25 85/7 85/8 101/22 124/11 127/21 137/1 142/23 166/7 173/14 194/12
**atoms [2]** 101/22 170/3
**attached [6]** 32/11 32/12 33/4 33/20 35/10 35/13
**attention [5]** 38/6 82/15 82/18 118/11 137/24
**attract [2]** 98/8 98/22
**August [5]** 29/6 29/16 30/11 41/20 91/9
**author [1]** 131/2
**authored [3]** 148/22 149/14 202/13
**authors [3]** 149/18 166/14 167/14
**automatically [2]** 107/3 117/8
**available [4]** 48/2 52/7 63/25 189/8
**avoid [1]** 23/19
**aware [7]** 23/5 53/19 62/8 135/3 135/3 135/3 179/6
**away [6]** 4/10 4/14

**A**

**away... [4]** 18/15 49/10 54/19 180/1

**B**

**bachelor [1]** 9/8
**bachelor's [2]** 147/3 147/4
**back [29]** 14/12 28/25 28/25 29/1 29/23 30/16 38/9 39/17 42/25 60/9 87/1 87/13 90/18 108/16 115/12 119/18 123/4 131/18 138/9 152/24 158/18 169/2 172/10 173/5 180/16 195/18 197/18 198/7 198/10
**background [4]** 43/2 44/20 146/25 147/2
**backwards [1]** 161/22
**bad [3]** 37/16 37/24 158/14
**balanced [1]** 126/12
**ball [1]** 55/22
**Bangham [2]** 10/8 44/22
**barriers [1]** 162/18
**based [12]** 17/9 17/20 48/5 51/13 71/16 72/15 88/6 112/6 121/10 131/9 154/5 176/8
**basic [12]** 10/1 43/2 45/19 50/2 50/5 73/25 74/3 74/22 122/4 122/12 122/18 123/9
**basically [23]** 29/13 48/1 52/25 53/13 55/20 59/2 59/3 59/25 60/23 61/2 61/10 71/8 72/7 75/17 80/8 80/11 80/12 81/8 120/13 128/8 172/5 173/9 173/13
**basis [2]** 19/5 131/9
**battle [1]** 32/10
**be [308]**
**beast [1]** 17/19
**beauty [1]** 161/14
**became [1]** 148/9
**because [98]** 9/1 11/11 16/10 19/25 20/16 20/24 21/1 25/2 26/15 27/4 30/15 32/11 32/11 33/16 35/14 39/10 41/19 46/14 47/20 48/11 49/10 51/10 53/14 57/3 58/15 59/13 60/19 60/23 61/1 61/23 63/15 65/19 68/1 68/6 68/21 75/25 82/18 83/2 84/19 85/16 87/2 87/3 87/25 90/3 90/24 92/15 99/16 99/22 100/18 101/16 102/22 106/12 107/21 110/12 115/7 117/6 117/17 117/23 118/11 118/25 120/11 121/17 122/12 123/8 127/20 128/2 131/5 131/7 131/9 131/13 131/18 133/7 136/3 136/17 139/10 140/21 141/6 142/19 143/8 143/15 150/17 151/25 153/16 161/18 163/13 170/6 170/11 177/25 179/10 183/20 185/13 186/13 186/15 188/2 196/12 201/7 202/15 202/22
**become [2]** 20/17 23/1
**becomes [1]** 58/8
**becoming [1]** 93/19
**been [36]** 6/4 12/9 15/1 18/23 18/24 21/1 25/5 25/16 43/24 50/12 50/23 60/4 60/14 66/13 67/9 82/11 87/9 90/7 97/7 137/12 139/9 142/19 146/9 147/13 150/21 150/23 153/6 156/10 156/16 159/13 168/6 169/11 170/11 175/4 179/25 191/18
**before [31]** 1/17 4/15 14/13 21/9 29/19 47/14 60/17 63/20 67/19 71/17 72/8 72/15 76/8 76/24 78/5 82/11 86/25 87/15 88/11 89/12 90/22 127/12 150/24 151/1 159/3 167/7 169/16 171/24 174/2 182/19 190/4
**began [3]** 37/25 147/17 167/10
**begin [5]** 3/6 4/8 90/22 160/18 169/11
**beginning [4]** 3/3 15/9 49/15 140/13
**begins [5]** 117/17 141/16 141/17 141/20 143/16
**behalf [4]** 3/9 3/16 4/1 91/23
**behaves [1]** 58/19
**behind [2]** 35/5 38/13
**being [25]** 6/5 15/2 30/15 48/20 50/13 53/20 60/12 63/21 97/5 100/10 101/7 101/19 102/9 140/5 145/7 148/25 159/6 164/3 165/1 177/20 177/21 183/5 188/8 196/20 198/17
**belief [1]** 159/19
**believe [19]** 35/25 39/4 40/21 92/10 93/17 122/7 122/11 123/19 131/15 150/7 154/6 159/11 159/13 160/10 163/25 166/11 167/21 167/21 189/21
**believed [1]** 158/24
**below [2]** 76/10 199/7
**bend [1]** 161/22
**benefit [7]** 30/9 30/21 39/9 44/19 89/24 138/6 186/14
**benefited [1]** 30/7
**Besides [1]** 178/21
**best [4]** 28/4 104/7 184/19 201/23
**better [4]** 38/20 42/16 53/1 161/23
**between [13]** 59/25 99/7 99/12 99/22 100/5 101/3 108/18 122/14 122/22 151/24 159/5 160/23 179/18
**beyond [2]** 77/16 119/11
**big [2]** 55/22 202/22
**bilayer [1]** 57/3
**Bill [2]** 3/10 180/13
**bind [5]** 61/23 98/5 99/3 182/6 192/23
**binder [3]** 43/12 47/4 90/23
**binders [1]** 180/7
**binding [2]** 105/25 181/18
**binds [1]** 104/16
**biochemistry [3]** 12/17 12/18 13/9
**biodegradability [1]** 53/8
**biodegradable [5]** 37/5 53/3 53/4 65/21 68/23
**biologists [1]** 16/14
**biology [8]** 6/15 11/12 12/21 46/17 47/21 57/9 57/16 61/10
**biomaterials [1]** 7/14
**biomedical [5]** 17/5 20/8 24/1 146/16 147/13
**BIONTECH [6]** 1/7 1/7 2/15 4/1 91/23 152/5
**bioscience [1]** 44/16
**Biotech [3]** 127/25 128/19 129/1
**bit [16]** 17/24 24/5 24/21 24/21 26/7 27/10 29/5 39/13 44/10 86/11 147/12 161/22 162/11 164/4 167/6 170/11
**black [2]** 56/3 56/18
**blank [1]** 37/22
**blood [3]** 93/19 162/19 162/20
**bloodstream [2]** 196/17 196/20
**blow [1]** 199/1
**blue [3]** 79/5 81/6 81/9
**Bob [2]** 147/21 149/19
**bodies [1]** 50/7
**body [10]** 18/18 46/18 50/22 51/1 51/7 55/5 55/11 56/15 61/6 97/18
**bogged [1]** 136/16
**bold [1]** 118/14
**bond [2]** 105/4 105/4
**bonded [2]** 36/19 37/6
**Bonnie [2]** 203/14 203/15
**book [10]** 11/17 12/12 13/2 13/4 13/4 13/7 23/17 24/12 57/15 139/22
**books [5]** 8/15 8/25 9/9 11/21 12/16
**Bossone [1]** 3/14
**both [37]** 4/18 27/24 31/3 31/23 37/4 37/22 38/25 39/18 40/9 41/5 42/12 64/2 64/18 67/10 79/12 85/19 95/9 95/10 95/14 95/18 96/12 96/14 103/2 103/23 106/2 106/11 106/14 106/19 108/9 121/7 148/6 153/22 153/25 175/19 178/1 191/16 195/25
**both-positional [1]** 27/24
**bottom [9]** 56/2 81/12 94/2 108/17 170/4 199/15 199/15 199/16 199/17
**bounce [1]** 169/20
**bound [1]** 106/9
**box [7]** 55/20 106/16 107/17 108/14 117/17 141/15 141/19
**boxed [3]** 106/19 107/14 109/13
**boxes [2]** 105/14 107/18
**boy [1]** 35/16
**brain [5]** 26/20 27/4 27/6 27/21 45/14
**brand [1]** 35/23
**brand-new [1]** 35/23
**breach [1]** 163/5
**break [2]** 18/6 90/17
**BRIAN [2]** 2/14 4/4
**bridge [1]** 156/5
**briefing [6]** 29/18 36/1 38/6 87/5 87/9 87/18
**briefly [5]** 55/16 137/20 146/22 147/1 176/19
**bring [5]** 4/24 13/14 14/7 53/12 118/20
**bringing [2]** 46/18 51/20
**brings [1]** 162/23
**Britannica [3]** 14/2 55/17 57/7
**broad [2]** 6/17 140/21
**broader [6]** 15/21 15/23 16/8 21/16 21/23 22/18
**broadly [3]** 21/12 93/2 180/24
**brought [5]** 25/16 30/20 47/23 51/22 202/12
**burden [1]** 39/24
**burrow [1]** 163/14
**business [2]** 46/1 160/2

**C**

**C.A [1]** 1/5
**cabin [1]** 18/21
**calculation [2]** 200/8 201/19
**California [1]** 44/24
**call [17]** 4/9 4/14 11/10 17/7 21/10 22/7 22/25 28/2 28/22 32/20 80/12 127/3 139/11 140/8 160/8 176/13 203/3
**called [23]** 6/4 6/25 7/17 15/1 17/21 18/19 21/9 22/2 22/12 22/13 33/1 50/14 52/2 52/19 57/8 59/8 64/8 139/9 142/19 160/16 162/21 162/25 163/4
**calling [2]** 161/19 169/5
**calls [3]** 32/21 34/18 131/20
**Caltech [1]** 44/25
**came [4]** 18/1 39/10 63/20 169/4
**campus [1]** 16/24
**can [256]**
**can't [15]** 9/11 10/3 49/8 59/14 66/21 66/23 129/6 129/14 138/5

C

**can't... [6]** 161/6 169/8 170/24 184/11 184/13 190/13
**cancer [1]** 45/14
**candidates [1]** 63/1
**candidly [1]** 32/19
**cannot [12]** 60/16 60/18 60/20 61/4 73/13 74/8 74/9 85/21 111/25 119/11 130/15 192/16
**capable [2]** 16/16 60/6
**carbon [5]** 68/8 69/16 71/6 105/4 191/6
**carbons [4]** 31/15 68/23 117/25 191/12
**care [7]** 62/3 89/1 102/8 103/6 149/4 161/7 190/14
**career [3]** 21/6 21/8 23/25
**careful [2]** 188/1 188/4
**carefully [2]** 110/9 110/12
**cargoes [1]** 17/15
**Carnegie [4]** 24/2 146/17 148/9 148/11
**carries [1]** 179/15
**carry [1]** 26/11
**carrying [2]** 164/2 189/1
**cartoon [2]** 55/21 56/13
**case [50]** 6/10 7/19 15/12 24/12 25/1 27/9 29/17 40/8 40/15 47/3 48/12 48/23 49/1 50/7 52/20 52/24 53/16 63/18 68/3 68/9 69/17 69/21 82/11 82/23 83/1 83/4 83/8 83/12 83/14 83/19 83/20 83/21 83/23 84/3 84/4 84/5 84/7 84/12 101/6 102/1 105/1 106/14 106/22 107/2 146/5 153/22 153/25 160/13 174/9 177/1
**catalyze [1]** 160/15
**catch [1]** 113/17
**categories [1]** 50/11
**cation [4]** 99/17 99/22 160/20 174/17
**cationic [173]** 26/4 34/13 40/8 41/9 41/10 41/14 52/15 53/17 53/20 54/3 54/5 54/7 54/8 57/23 58/18 60/10 61/1 61/13 61/20 62/3 62/5 62/9 62/22 65/20 67/21 67/22 68/12 69/9 69/11 69/23 70/8 72/8 73/16 74/10 76/7 77/3 85/10 92/21 92/25 93/6 93/10 94/2 94/4 94/8 95/6 95/9 95/10 95/15 95/19 95/22 95/25 96/3 96/6 96/11 97/5 97/10 97/11 98/7 98/13 98/16 98/21 99/1 99/3 99/8 99/14 100/6 100/11 100/15 101/3 101/7 101/14 101/17 102/17 112/5 126/19 126/20 126/23 127/3 127/10 127/16 127/20 128/10 130/8 130/12 130/15 130/16 131/2 131/16 132/25 133/1 133/3 133/12 133/13 133/16 134/1 134/6 134/16 136/24 137/5 138/10 138/13 139/7 139/15 140/9 140/10 140/22 141/3 141/6 142/12 142/18 142/20 142/21 143/1 143/9 143/17 143/25 144/7 144/25 145/9 150/14 151/13 152/2 153/11 153/13 153/18 154/1 154/6 155/3 155/16 156/18 157/14 158/1 159/24 160/12 160/19 161/12 163/20 164/2 164/24 165/5 166/3 166/12 167/5 169/12 171/1 171/23 174/16 176/5 178/3 179/13 179/13 179/14 179/20 179/22 180/25 181/3 181/17 181/20 181/24 182/7 182/17 183/11 183/18 184/13 185/9 185/23 186/8 187/19 187/23 196/12 197/24 200/3 201/18
**cause [1]** 46/15
**CBS [1]** 149/4
**cell [11]** 51/11 56/15 57/9 162/20 162/22 162/23 163/1 163/7 187/6 189/13 196/20
**cells [8]** 50/22 53/10 53/12 60/16 60/18 60/20 98/12 188/12
**center [1]** 44/15
**central [133]** 27/12 27/15 28/1 32/6 32/12 32/20 33/1 33/5 33/11 33/17 33/23 34/19 35/13 36/7 36/8 36/9 36/20 37/4 37/22 38/3 41/16 62/11 63/15 63/17 63/24 64/2 64/9 64/15 64/17 65/23 67/4 67/6 67/8 68/6 68/7 68/8 68/10 68/14 69/13 69/16 69/18 69/20 69/22 71/5 71/7 71/11 72/9 72/25 76/8 76/11 76/14 76/15 76/17 77/2 77/14 85/6 85/8 94/9 94/15 94/19 94/22 94/25 96/9 96/13 96/21 96/23 100/3 101/21 101/22 101/24 102/8 102/11 102/23 103/2 103/10 103/20 103/21 104/16 104/19 104/20 104/24 105/18 105/21 106/8 106/22 107/5 107/7 107/7 108/24 109/3 109/6 109/15 109/24 110/3 110/16 110/21 111/12 112/10 114/21 114/24 115/10 127/21 131/20 131/20 136/5 137/1 140/8 141/8 142/12 142/23 142/25 161/20 162/4 165/2 166/5 169/5 169/13 177/22 178/12 178/15 178/18 178/22 178/25 184/25 187/10 191/11 191/25 192/24 194/1 194/10 194/12 194/23 195/3
**certain [2]** 117/21 159/18
**certainly [2]** 160/3 176/14
**CERTIFICATE [1]** 203/9
**certify [1]** 203/11
**cetera [5]** 70/24 73/17 174/21 176/13 196/18
**CFC [1]** 1/5
**chain [7]** 57/2 63/11 191/6 191/14 191/16 199/6 199/6
**chains [4]** 57/5 72/10 92/15 105/3
**chairs [1]** 21/13
**challenge [1]** 51/16
**challenges [3]** 18/2 19/9 51/2
**chance [1]** 78/9
**change [3]** 121/10 168/15 169/1
**changed [5]** 29/16 131/15 131/23 159/9 159/12
**changing [1]** 137/12
**CHAPIN [1]** 1/23
**chapter [1]** 12/19
**chapters [1]** 23/17
**characteristic [2]** 40/2 140/22
**characterized [1]** 38/12
**charge [63]** 26/12 54/9 54/12 58/9 60/11 61/19 61/20 61/23 67/23 69/18 69/24 85/20 94/3 95/23 96/4 96/7 96/11 96/18 96/23 99/16 99/21 99/23 102/6 102/14 102/18 102/25 103/4 103/9 112/6 112/9 126/11 126/13 126/15 126/16 126/24 131/17 138/12 141/7 142/25 144/11 144/14 144/14 153/14 154/1 155/15 161/7 161/17 163/3 163/5 163/11 163/20 163/23 164/3 165/19 166/13 167/9 168/8 169/12 179/15 179/23 179/25 182/4 189/9
**charged [46]** 34/15 40/11 53/21 60/19 60/23 61/7 61/11 85/21 93/14 93/19 94/12 97/22 97/24 98/2 98/8 98/22 109/24 113/12 126/7 127/19 128/10 130/10 130/13 136/11 153/12 154/3 154/7 154/8 154/13 154/22 155/4 156/21 156/23 159/17 160/18 165/5 165/6 165/16 166/7 175/19 175/19 176/24 189/7 197/1 198/1 198/2
**charges [17]** 60/22 60/24 60/24 73/21 75/7 75/8 98/11 126/13 126/25 127/1 127/2 144/15 144/16 144/20 145/5 145/5 163/15
**CHARLES [2]** 2/13 91/22
**chemical [13]** 8/12 16/13 17/4 20/8 25/14 25/17 80/3 109/21 146/16 147/4 147/9 147/12 172/17
**Chemically [1]** 26/18
**chemist [6]** 59/4 59/4 75/17 75/20 102/24 105/1
**chemistry [12]** 6/15 7/12 7/14 8/1 8/7 16/12 46/16 46/22 57/15 80/12 127/4 148/5
**chemists [1]** 17/5
**Chesnoy [1]** 165/25
**choice [1]** 85/7
**cholesterol [2]** 98/2 181/12
**choose [10]** 73/23 75/17 88/20 102/8 102/22 102/24 109/8 110/16 111/16 112/6
**chosen [1]** 159/7
**Christmas [1]** 87/15
**Chuck [1]** 4/3
**chuckle [1]** 30/14
**circle [1]** 79/6
**circles [3]** 105/20 105/24 106/5
**circuit [1]** 170/10
**cite [6]** 11/25 12/4 129/1 129/5 129/6 132/1
**cited [13]** 13/10 22/8 57/7 127/12 127/15 128/25 129/7 129/14 129/23 131/23 131/25 132/2 148/22
**claim [63]** 29/14 29/18 29/19 30/3 30/4 31/13 34/24 36/18 37/1 37/8 37/9 37/15 37/17 37/19 37/25 38/2 38/15 40/11 53/20 54/1 58/1 58/20 65/12 65/12 65/17 65/19 68/16 69/10 69/19 85/5 85/12 85/22 86/1 86/1 86/1 88/21 89/24 90/7 92/7 106/25 133/25 135/22 136/1 136/4 136/12 136/19 136/21 137/6 137/6 138/6 141/23 151/10 151/18 181/7 182/2 186/14 195/5 195/9 195/10 197/19 197/20 201/4 201/8
**Claim 1 [11]** 37/9 37/17 37/19 37/25 38/15 69/10 85/5 136/19 137/6 181/7 186/14
**Claim 10 [1]** 85/12
**Claim 18 [10]** 37/1 38/2 65/12 65/17 68/16 106/25 135/22 136/12 151/10 195/10
**Claim 9 [1]** 137/6
**claimed [3]** 92/20 127/10 180/23
**claiming [1]** 134/2

C

**claims [53]** 30/1 37/24 38/22 65/6 65/8 68/25 69/1 69/4 69/7 82/10 83/3 83/6 83/7 84/15 84/25 85/4 88/5 88/15 88/17 89/12 89/22 90/1 90/4 90/5 90/7 92/4 93/11 101/13 110/14 110/17 120/7 120/14 120/20 121/5 121/6 121/16 121/19 125/24 135/17 135/18 135/20 137/15 138/8 140/25 141/3 141/6 181/11 181/13 181/18 186/5 186/14 195/24 195/24
**clarification [2]** 125/11 157/10
**clarify [1]** 175/2
**clarity [4]** 5/15 155/2 155/12 158/12
**class [3]** 24/4 24/11 50/9
**classes [3]** 55/10 56/14 61/11
**clear [19]** 30/8 30/23 35/11 37/23 75/20 94/15 103/15 103/19 103/25 108/23 110/18 111/11 114/2 129/18 132/13 135/7 135/18 139/12 172/16
**clearly [1]** 39/1
**client [2]** 3/14 4/5
**close [3]** 160/21 160/22 163/12
**closest [1]** 15/25
**CO [1]** 1/7
**cocounsel [1]** 3/18
**code [1]** 120/12
**cofounder [1]** 189/24
**colleague [1]** 152/15
**colleagues [3]** 3/14 4/2 9/25
**college [4]** 9/22 13/5 16/2 23/20
**COLM [1]** 1/17
**COLUMBIA [4]** 1/23 3/11 4/11 28/16
**column [55]** 34/9 70/9 70/10 70/13 70/15 71/20 71/25 79/18 81/22 104/4 104/10 104/11 104/16 104/19 104/23 105/8 107/24 107/25 108/5 108/7 108/8 108/10 108/17 108/18 109/4 109/13 111/2 111/9 111/11 112/23 114/20 114/20 115/6 115/12 116/7 116/18 116/24 117/3 141/11 141/16 143/2 143/13 143/20 171/6 177/10 177/14 191/17 193/22 194/18 195/19 198/25 198/25 199/13 199/14 200/22
**Column 11 [1]** 114/20
**Column 16 [16]** 70/9 70/13 70/15 104/4 104/10 104/11 104/16 104/19 104/23 105/8 107/24 108/5 109/4 177/10 177/14 193/22
**Column 18 [10]** 107/25 108/7 108/8 108/10 108/17 109/13 141/11 141/16 194/18 195/19
**Column 32 [17]** 70/10 71/20 71/25 111/2 111/9 111/11 112/23 115/12 116/7 116/18 116/24 117/3 143/2 143/13 143/20 171/6 191/17
**Column 37 [1]** 34/9
**Column 395 [1]** 115/6
**Column 63 [5]** 79/18 81/22 198/25 199/13 199/14
**Column 65 [1]** 114/20
**Column 66 [1]** 200/22
**columns [1]** 109/19
**combination [3]** 35/14 182/22 199/5
**combine [1]** 32/19
**combined [2]** 120/2 168/4
**come [14]** 5/20 12/16 16/17 24/7 28/25 30/10 42/25 61/18 90/17 110/6 152/24 198/7 198/10 200/22
**comes [6]** 13/9 39/11 118/10 130/18 130/22 131/1
**comfortable [1]** 5/2
**coming [3]** 40/15 119/17 131/18
**comm [1]** 149/4
**commenced [1]** 3/3
**commented [1]** 78/12
**common [7]** 12/7 40/2 41/5 41/9 66/15 93/3 141/1
**commonality [1]** 179/2
**commonly [1]** 67/7
**communicate [1]** 26/19
**communicating [1]** 27/4
**communication [1]** 149/1
**communications [1]** 148/24
**compact [1]** 187/3
**compacted [1]** 185/1
**compare [1]** 31/19
**compared [4]** 17/19 182/8 185/14 185/16
**compartment [1]** 162/24
**compensate [1]** 98/10
**competitive [1]** 45/12
**competitors [1]** 134/17
**completely [4]** 156/5 170/22 202/15 202/25
**completeness [1]** 170/6
**complex [4]** 16/10 17/12 17/17 19/8
**complicated [1]** 162/11
**components [6]** 32/17 32/25 34/16 52/16 181/12 183/24
**composed [5]** 68/22 85/17 107/8 117/25 199/5
**composition [1]** 85/17
**compound [3]** 132/17 132/21 132/25
**compounds [5]** 133/13 148/3 190/6 190/6 199/5
**comprise [2]** 36/12 136/7
**comprised [5]** 65/20 65/22 72/9 96/9 96/19
**comprises [5]** 69/12 70/23 135/23 195/12 195/12
**computer [1]** 40/20
**concentration [1]** 60/3
**concept [2]** 74/3 197/9
**concerned [3]** 16/7 141/1 163/10
**conclude [2]** 64/11 118/8
**concluded [1]** 203/6
**concludes [1]** 119/21
**condense [1]** 126/18
**conferences [6]** 7/15 7/16 7/17 7/25 8/1 8/2
**confers [1]** 152/10
**confidence [1]** 29/10
**confirm [2]** 69/7 72/1
**confirmed [1]** 70/6
**confirming [1]** 84/16
**confronted [1]** 29/20
**confused [3]** 87/2 122/22 143/15
**confusing [1]** 186/16
**confusion [1]** 32/22
**Congress [1]** 18/13
**conjunction [1]** 180/18
**connected [2]** 34/18 54/19
**connecting [1]** 63/17
**connection [4]** 47/7 87/6 150/22 178/7
**connects [2]** 33/1 94/19
**CONNOLLY [7]** 1/17 2/3 2/3 3/16 3/16 3/23 150/2
**conscious [1]** 118/7
**consider [10]** 15/14 45/16 47/6 47/24 149/20 149/24 151/11 151/12 151/14 158/22
**consideration [1]** 100/10
**considered [7]** 17/18 25/6 27/8 158/23 158/23 158/24 162/5
**considering [3]** 87/2 90/13 184/2
**consistent [21]** 53/25 58/1 64/5 64/19 65/17 67/18 71/14 71/16 106/11 106/20 133/20 136/12 141/23 159/13 161/10 167/24 168/7 170/22 170/22 175/23 185/12
**consistently [2]** 27/13 159/15
**consists [1]** 86/5
**consolidated [1]** 83/16
**CONSTANTINESCU [2]** 2/7 3/20
**construct [1]** 142/21
**construction [47]** 29/18 29/19 30/5 30/24 34/5 40/12 53/20 54/1 58/2 58/21 88/16 88/21 90/13 93/2 93/5 93/13 100/5 100/15 101/6 101/10 101/19 102/9 102/20 106/12 106/20 107/11 125/2 125/5 125/11 136/2 136/3 136/11 137/7 138/6 140/14 140/17 141/24 142/6 151/25 153/18 155/17 155/18 155/20 156/7 158/5 175/23 179/8
**constructions [2]** 151/18 151/24
**construe [6]** 87/17 87/22 88/11 100/16 149/6 153/18
**construed [6]** 34/14 93/10 153/22 156/17 156/20 159/16
**construing [4]** 89/2 89/2 89/11 120/11
**contact [3]** 56/4 57/4 57/5
**contain [13]** 73/20 74/7 106/25 130/8 130/12 170/7 170/9 171/13 175/10 175/13 175/18 176/15 176/24
**contained [4]** 27/15 27/20 163/15 170/2
**containing [9]** 52/3 111/20 113/6 131/17 174/3 174/10 174/15 175/2 195/16
**contains [5]** 22/5 126/6 136/6 166/6 175/20
**contents [1]** 14/10
**context [18]** 17/18 85/3 140/9 140/10 150/14 151/12 151/14 168/22 172/20 179/20 181/19 182/23 194/15 195/22 196/10 197/11 200/3 201/17
**CONTINUED [1]** 2/2
**continues [2]** 72/11 148/14
**contradicts [1]** 118/15
**contrasting [1]** 151/18
**Controlled [11]** 7/20 7/23 22/3 22/3 130/4 148/19 148/21 164/13 164/15 164/22 168/3
**controversy [2]** 171/20 174/12
**conversation [1]** 39/16
**conveying [1]** 19/9
**coordination [1]** 180/16
**copy [2]** 91/3 104/6
**core [3]** 102/16 102/18 183/17
**correct [227]**
**correctly [2]** 192/8 197/16
**could [92]** 6/2 7/20 11/17 11/25 12/13 12/16 13/3 13/6 19/3 25/13 31/8 31/20 34/5 34/8 36/13 38/13 39/16 39/18 41/16 44/4 44/10 44/18 48/23 50/21 55/13 55/16 56/7 56/10 63/7 64/7 64/23 65/9 65/11 65/16 68/19 69/3 69/6 69/25 70/2 70/13 71/22 72/4 72/17 73/5 73/9 74/21 76/23 78/18 79/19 84/24

## C


**could... [42]** 85/2 85/11 85/14 99/16 103/10 121/14 128/23 139/8 139/18 139/23 139/25 141/12 146/14 147/1 147/13 147/15 151/4 162/12 165/20 166/21 166/24 167/2 169/5 169/20 171/2 173/7 173/18 173/20 174/12 183/8 185/5 185/6 188/16 188/20 190/21 194/13 194/19 198/6 198/12 198/15 198/24 199/1
**couldn't [1]** 110/24
**Council [1]** 45/12
**counsel [11]** 3/10 3/22 43/14 118/2 141/15 161/2 180/16 180/18 187/18 202/8 203/4
**counteracted [1]** 144/15
**country [2]** 20/23 120/9
**couple [10]** 4/22 20/18 24/2 45/10 86/11 138/20 148/12 159/25 187/17 198/4
**course [15]** 9/22 24/3 24/7 24/9 24/9 24/13 46/14 58/16 59/15 74/5 86/7 92/7 162/2 162/2 162/15
**courses [3]** 9/14 10/1 23/20
**court [46]** 1/1 1/17 31/6 32/2 32/3 34/14 35/2 38/19 38/21 42/1 42/20 43/14 44/18 46/7 47/25 48/5 53/19 62/18 66/7 70/17 82/11 85/2 87/10 87/14 87/16 93/10 137/11 140/15 146/15 146/22 148/10 149/6 149/12 150/24 151/7 160/7 162/12 167/2 169/25 173/7 174/13 175/5 182/19 203/9 203/15 203/16
**Court's [6]** 40/11 42/21 54/1 58/1 58/20 198/5
**courtroom [6]** 3/3 3/13 3/18 4/18 29/1 152/24
**courts [1]** 120/9
**covalent [2]** 105/3 105/4
**cover [1]** 22/14
**covered [2]** 82/20 82/22
**covers [1]** 93/2
**COVID [1]** 149/3
**COVID-19 [1]** 149/3
**create [3]** 10/17 183/14 186/6
**created [1]** 51/3
**creating [1]** 148/2
**credibility [1]** 190/17
**crew [1]** 150/23
**criteria [1]** 47/22
**critical [2]** 160/4 163/3
**criticize [1]** 131/12
**cross [11]** 86/12 91/13 91/16 119/10 119/14 119/17 140/14 141/10 180/5 180/6 180/9
**cross-examination [5]** 86/12 91/13 91/16 140/14 141/10
**crux [1]** 38/17
**curiosity [1]** 123/3
**curious [1]** 26/15
**current [2]** 17/25 45/25
**currently [2]** 29/18 46/3
**customary [1]** 48/6
**cut [1]** 27/7
**CV [1]** 44/18
**cyclic [1]** 176/20
**cytoplasm [1]** 187/6


## D


**DAN [4]** 2/7 3/19 147/21 149/19
**darn [1]** 30/23
**dashes [1]** 162/24
**data [2]** 134/7 135/13
**date [6]** 127/13 137/18 159/3 159/5 159/15 169/8
**Dave [1]** 45/1
**day [2]** 23/8 118/25
**deadly [1]** 45/14
**deal [2]** 128/5 139/15
**dealing [1]** 6/9
**debate [4]** 39/14 39/14 48/23 172/13
**decade [1]** 137/17
**decades [1]** 60/5
**December [2]** 95/4 127/13
**December 2011 [2]** 95/4 127/13
**decide [1]** 121/21
**Decimal [2]** 18/5 18/14
**decision [1]** 30/22
**declaration [29]** 14/1 32/24 46/25 47/7 55/8 55/12 55/14 56/8 57/12 60/7 62/12 77/7 77/9 78/10 78/10 78/15 78/20 80/23 82/14 85/24 93/17 122/11 123/18 123/23 124/2 124/7 131/12 132/4 132/13
**declarations [1]** 36/1
**deemed [1]** 53/6
**deeper [1]** 41/8
**deeply [1]** 149/5
**defendant [2]** 2/15 3/17
**defendants [10]** 1/9 2/8 32/3 33/14 35/23 40/17 91/23 125/7 127/12 129/23
**defendants' [13]** 4/21 106/12 106/20 107/11 125/1 125/5 131/12 136/2 136/3 136/10 136/10 137/7 142/6
**defense [2]** 4/23 4/24
**define [7]** 12/6 20/20 26/5 39/13 39/17 96/19 168/24
**defined [14]** 24/25 26/9 26/13 27/9 31/2 31/13 66/17 67/3 96/8 100/4 109/3 164/1 177/20 196/14
**defines [3]** 12/5 101/14 120/12
**defining [2]** 20/11 102/10
**definitely [3]** 23/22 149/23 159/22
**definition [33]** 11/15 11/18 11/22 12/1 12/14 13/2 14/3 25/9 26/24 26/25 27/5 27/23 28/5 30/24 31/7 40/23 41/18 48/15 66/6 66/14 69/13 71/4 84/19 96/25 99/2 101/11 126/23 127/2 134/15 150/6 150/11 179/18 183/21
**definitions [2]** 27/8 134/19
**degraded [2]** 51/7 61/4
**degree [2]** 147/3 147/4
**DELAWARE [5]** 1/2 1/15 3/8 16/24 147/5
**delineation [1]** 31/13
**deliver [10]** 50/21 51/1 53/10 99/15 138/23 152/11 183/5 183/12 186/7 187/5
**delivered [3]** 50/13 52/5 187/6
**delivering [4]** 181/3 182/22 188/15 189/7
**delivery [110]** 6/11 6/12 6/20 6/23 7/1 7/8 7/9 7/15 7/17 8/4 8/5 8/19 8/23 8/25 9/6 9/15 9/23 9/24 10/4 10/6 10/13 10/17 10/21 10/23 11/1 11/6 11/18 11/19 12/13 15/13 15/18 15/19 15/20 15/24 16/5 16/12 17/2 17/10 17/14 17/19 18/22 19/20 21/12 21/13 21/14 21/14 21/19 21/22 21/24 22/4 22/7 22/9 22/11 22/13 22/16 22/20 23/4 23/21 23/24 24/5 24/6 24/8 24/18 24/19 24/24 25/10 27/14 45/10 45/17 45/21 45/24 46/9 46/11 46/21 50/12 51/4 51/10 53/15 58/12 60/12 63/2 130/6 147/14 147/18 148/3 148/13 148/15 149/17 149/25 150/15 150/18 150/18 150/19 150/20 152/11 157/8 157/12 162/16 166/18 172/11 173/12 176/5 179/13 179/15 181/14 181/16 182/24 184/5 189/12 190/7
**department [15]** 6/19 6/23 7/1 7/2 7/5 7/7 7/11 10/21 10/23 16/1 16/4 16/21 19/16 24/2 46/23
**departments [4]** 10/17 11/1 15/24 46/8
**departs [1]** 39/21
**dependent [3]** 37/13 85/12 85/22
**depending [2]** 26/17 154/9
**depends [8]** 20/20 72/18 99/2 100/21 101/22 126/8 154/10 198/11
**depicted [9]** 50/18 105/20 146/22 149/12 164/8 167/2 169/24 176/19 185/9
**depiction [1]** 185/19
**deposition [1]** 151/1
**depth [1]** 191/18
**describe [13]** 72/11 132/24 146/22 147/1 147/15 147/25 148/10 149/12 151/7 167/2 169/24 171/19 178/17
**described [15]** 36/9 60/7 68/22 72/23 101/16 130/14 131/8 131/16 134/7 150/8 165/14 167/13 174/5 188/8 189/12
**describes [10]** 32/18 32/24 34/13 36/6 70/15 105/10 162/17 164/24 164/25 179/11
**describing [1]** 116/18
**description [22]** 30/2 38/22 68/16 70/4 70/5 70/20 82/19 82/21 84/12 88/1 88/13 88/24 90/5 120/6 121/5 121/6 121/15 149/16 170/13 170/17 183/12 185/7
**design [1]** 163/12
**designed [2]** 62/24 98/16
**desired [15]** 113/24 114/3 114/6 114/7 114/8 114/14 114/24 115/4 115/17 115/20 117/13 172/9 173/6 173/11 174/2
**desk [1]** 15/8
**detailed [3]** 60/8 68/16 68/22
**determine [4]** 13/6 59/7 59/11 64/4
**determines [1]** 114/11
**determining [1]** 59/8
**develop [1]** 98/13
**developed [4]** 17/22 98/7 98/21 161/13
**Dewey [2]** 18/5 18/14
**diagnostic [1]** 188/15
**diagram [1]** 118/12
**dictionaries [6]** 8/4 8/18 9/5 23/2 23/3 23/6
**dictionary [6]** 8/7 8/10 8/12 8/22 9/4 10/3
**did [65]** 10/16 14/8 14/12 17/7 21/8 21/10 24/12 25/11 31/22 31/23 42/13 44/25 47/2 47/24 48/10 52/10 55/7 64/3 64/4 64/11 65/4 68/25 69/2 69/7 70/20 72/1 72/1 72/5 72/14 73/19 78/9 82/9 83/22 84/15 87/15 88/25 98/13 112/25 113/17 122/10 129/1 129/6 132/1 133/18 133/22 133/23 137/14 146/18 147/10 147/19 148/8 149/7 149/9 151/14 151/16 151/17 151/20 153/18

## D


**did... [7]** 158/22 159/1 163/20 180/15 180/15 181/23 202/5
**didn't [14]** 5/11 29/23 30/18 69/7 89/19 129/5 129/13 133/20 133/25 134/19 135/1 154/3 187/21 190/10
**difference [9]** 99/6 99/12 101/2 151/24 155/1 165/1 165/12 165/15 179/17
**differences [1]** 17/13
**different [41]** 7/2 17/14 17/14 17/24 18/2 18/2 25/3 25/3 25/7 26/2 26/7 26/7 27/1 30/3 32/4 37/8 49/18 51/12 52/17 76/11 80/13 83/12 97/13 98/1 98/25 99/2 100/25 101/1 105/3 122/23 122/24 142/20 148/12 160/10 169/15 171/13 172/18 172/19 173/15 175/9 179/3
**differently [2]** 27/10 100/22
**difficult [4]** 19/1 19/13 20/24 21/6
**digesting [1]** 163/2
**direct [10]** 5/3 16/22 44/2 86/21 92/10 104/14 111/1 146/12 159/8 187/3
**directed [3]** 52/20 180/24 180/25
**direction [2]** 52/23 52/25
**directly [3]** 36/19 37/6 190/11
**directory [1]** 16/25
**disagree [3]** 89/14 89/16 117/6
**disagrees [1]** 33/21
**disappear [1]** 53/13
**disclosed [4]** 128/16 140/6 171/15 181/2
**disclosing [1]** 127/15
**disclosure [5]** 128/9 170/17 176/9 177/9 177/18
**discount [1]** 202/15
**discovered [1]** 133/25
**discovery [1]** 149/16
**discuss [5]** 74/5 92/24 94/8 135/19 178/5
**discussed [10]** 14/10 93/17 105/11 117/20 127/24 145/8 147/22 171/23 182/21 183/5
**discusses [1]** 115/4
**discussing [9]** 16/7 47/12 101/14 104/14 111/1 143/24 143/24 152/6 177/15
**discussion [6]** 75/2 114/23 118/5 119/21 168/11 171/5
**disease [2]** 46/15 52/6
**dismiss [1]** 131/7
**dismissed [1]** 131/5
**disperse [2]** 56/15 56/19
**dispersed [3]** 12/23 54/24 55/2
**dispute [25]** 30/8 30/23 34/4 34/11 34/11 34/12 34/20 35/17 36/2 36/16 38/7 38/9 38/18 93/9 94/3 102/16 102/18 102/20 125/14 129/9 129/11 154/3 159/5 159/6 190/2
**disputed [1]** 92/7
**disregard [1]** 202/25
**disruption [1]** 156/14
**distinctly [1]** 75/2
**distinguish [1]** 100/5
**distinguishing [1]** 102/11
**DISTRICT [5]** 1/1 1/2 1/17 198/14 203/16
**disturbing [1]** 88/4
**DNA [6]** 50/16 98/5 98/8 99/3 160/14 189/12
**do [136]** 4/17 4/20 4/24 5/7 5/8 8/4 8/5 8/25 10/20 10/22 11/16 12/21 13/7 14/12 15/24 18/5 21/8 21/12 21/20 22/1 22/22 27/13 28/1 28/3 30/19 31/4 33/25 35/5 37/18 38/24 39/6 42/4 43/1 43/5 44/6 45/22 48/23 57/10 58/12 60/21 66/20 72/12 73/3 73/6 73/17 74/13 75/23 75/23 76/4 78/13 78/14 78/22 79/25 86/16 89/20 90/12 90/14 90/15 90/22 91/5 99/4 102/24 105/15 105/21 110/20 113/4 115/14 119/14 119/17 120/16 121/20 125/21 127/3 127/7 129/23 133/8 133/12 134/17 134/18 135/12 135/21 135/24 137/14 139/16 140/15 140/23 141/20 142/8 142/12 147/19 148/8 149/20 149/24 150/21 152/20 157/2 157/13 159/11 161/5 161/7 161/9 161/10 162/21 163/18 163/18 164/8 165/9 165/23 166/14 166/16 167/14 167/21 167/21 168/23 171/15 171/17 172/12 173/22 176/22 176/22 177/15 183/25 184/20 187/12 187/20 190/13 190/19 193/2 193/10 197/10 198/5 198/7 198/8 198/12 200/8 201/19
**doctor [8]** 43/16 104/5 107/9 134/9 135/20 175/17 180/11 196/4
**doctors [2]** 140/6 198/12
**document [3]** 130/17 139/19 196/1
**does [68]** 10/23 10/25 11/5 11/7 40/13 40/17 40/18 54/15 58/4 58/23 58/24 60/9 60/10 61/18 62/3 65/25 68/2 72/20 73/22 74/2 75/15 96/24 99/21 99/23 100/12 101/15 102/22 103/22 106/25 111/11 113/22 117/18 117/18 125/2 127/11 132/24 140/5 144/24 152/4 152/5 152/7 153/11 154/17 158/2 159/25 164/22 165/11 165/18 166/8 168/4 168/15 170/20 171/10 172/4 172/16 173/4 174/22 175/17 176/1 176/7 178/14 178/17 178/21 184/4 189/10 194/3 194/11 197/14
**doesn't [41]** 36/12 36/22 36/23 41/15 48/13 48/20 61/21 62/6 71/2 71/13 75/1 76/9 80/9 89/13 90/15 96/12 100/2 100/5 102/7 102/8 102/14 102/20 103/6 104/23 109/7 114/7 116/22 125/11 136/7 136/21 137/9 139/6 139/15 161/7 163/24 175/13 178/13 182/12 183/20 194/6 194/6
**doing [7]** 82/9 86/17 88/10 112/21 158/15 190/18 200/19
**domain [1]** 135/13
**domains [2]** 130/9 130/9
**don't [69]** 10/24 23/9 23/11 23/11 25/13 26/8 26/11 26/12 30/13 33/24 34/12 37/17 38/7 40/20 40/25 48/16 65/8 66/18 70/2 70/12 76/5 76/19 78/1 84/10 84/10 86/16 86/16 87/9 88/9 91/10 93/9 108/22 111/5 113/13 117/2 118/20 119/4 121/9 125/14 128/2 128/20 129/9 129/11 130/24 133/8 136/16 138/3 142/11 142/13 153/2 154/25 157/3 157/21 157/22 157/23 163/25 164/4 171/20 173/24 174/11 184/14 186/12 186/16 190/2 198/15 198/15 198/18 203/1 203/3
**done [5]** 63/21 135/4 162/6 183/1 202/4
**door [1]** 47/24
**down [21]** 4/23 13/15 18/6 28/11 58/6 67/25 68/15 90/19 94/6 128/5 136/16 140/11 143/7 145/12 147/5 152/14 153/1 190/21 190/22 199/14 202/6
**Dr [74]** 5/17 5/22 13/24 14/17 28/22 30/25 32/18 32/23 38/20 38/20 39/4 40/3 41/11 42/17 42/23 43/13 43/20 49/14 49/24 55/14 56/8 57/6 62/17 64/22 65/1 65/4 69/6 71/25 78/5 78/10 78/19 79/22 80/23 80/25 82/9 85/2 85/14 86/12 91/18 92/4 138/20 138/21 146/1 146/14 146/23 147/19 150/21 151/7 151/17 151/23 152/24 153/9 156/1 156/3 156/13 158/15 158/21 159/8 161/1 161/5 163/20 165/23 167/3 168/11 168/20 169/24 170/12 171/8 172/4 173/2 173/19 177/15 179/7 180/14
**Dr. [16]** 77/8 78/23 138/21 139/10 145/15 145/16 148/1 148/8 177/16 185/21 185/21 189/16 189/16 189/21 190/1 200/19
**Dr. Anderson [5]** 138/21 139/10 185/21 189/16 190/1
**Dr. Kathryn [1]** 145/15
**Dr. Kros' [1]** 77/8
**Dr. Langer [3]** 185/21 189/16 189/21
**Dr. Langer's [1]** 148/1
**Dr. Whitehead [4]** 78/23 145/16 148/8 177/16
**Dr. Whitehead's [1]** 200/19
**draft [3]** 89/5 110/7 138/5
**drafted [4]** 89/6 89/24 172/6 173/25
**drafter [1]** 123/20
**drafting [2]** 90/3 123/16
**drafts [2]** 14/12 180/16
**draw [1]** 59/3
**drawing [2]** 106/17 185/7
**drawings [1]** 120/19
**drive [1]** 198/16
**drug [83]** 6/11 6/12 6/20 6/23 7/1 7/8 7/9 7/15 7/17 8/3 8/4 8/5 8/19 8/23 8/25 9/5 9/15 9/23 9/24 10/4 10/6 10/13 10/17 10/20 10/23 11/1 11/6 11/17 11/19 12/13 15/18 15/19 15/20 15/24 16/5 16/12 17/2 18/22 19/20 21/12 21/13 21/13 21/14 21/18 21/22 21/24 22/4 22/7 22/9 22/11 22/13 22/15 22/19 23/4 23/20 23/24 24/5 24/6 24/8 24/18 24/19 24/24 25/9 27/13 45/10 45/17 45/21 45/23 46/8 46/11 46/18 46/21 50/12 51/20 52/11 53/9 58/12 60/12 63/2 130/6 147/14 148/13 149/16
**drugs [3]** 46/17 50/13 138/23
**DSPC [1]** 181/12
**DTTR [1]** 22/13
**Duke [1]** 10/23
**duly [6]** 6/5 15/2 43/25 146/10 153/7 156/11

## D

**during [4]** 104/14 147/17 149/7 149/8

## E

**e.g [1]** 73/10
**each [2]** 109/19 170/3
**earlier [9]** 46/7 88/17 117/20 134/18 137/11 148/21 149/7 150/1 179/7
**earliest [1]** 22/4
**early [1]** 53/7
**ease [1]** 163/16
**easily [1]** 51/6
**education [1]** 147/6
**educational [3]** 44/20 146/24 147/1
**effective [1]** 98/6
**effectively [1]** 188/2
**effects [1]** 53/14
**either [31]** 33/24 34/15 40/10 40/13 50/15 53/21 61/11 64/1 64/14 64/15 68/8 68/13 69/7 69/16 80/6 96/23 97/24 102/23 109/6 110/15 120/4 121/2 141/8 147/13 159/17 164/2 166/14 167/12 170/13 186/8 202/8
**elective [2]** 24/3 24/7
**electronics [1]** 22/24
**electrostatic [1]** 160/25
**electrostatically [1]** 160/18
**element [2]** 150/10 178/4
**elements [6]** 165/13 171/14 171/16 173/15 176/25 201/10
**else [13]** 47/24 57/17 68/5 68/5 72/22 72/23 107/4 107/5 112/9 144/10 144/12 173/21 178/5
**embodiments [1]** 143/17
**EMERY [2]** 1/21 3/12
**Emery's [1]** 3/8
**employed [1]** 76/12
**en [2]** 51/9 61/5
**encapsulate [2]** 182/12 184/5
**encapsulated [1]** 182/16
**encapsulation [1]** 184/9
**encompass [1]** 152/5
**encompasses [1]** 26/25
**encounter [2]** 26/3 45/3
**Encyclopedia [3]** 14/2 55/17 57/7
**end [26]** 31/1 31/19 31/21 32/1 40/4 40/7 41/6 41/12 41/13 57/1 63/14 95/25 96/3 96/6 96/16 96/17 118/25 158/15 159/4 159/6 160/2 160/22 161/18 163/13 166/13 169/17
**ending [1]** 119/5
**endocytosis [1]** 162/21
**endosomal [2]** 163/4 163/15
**endosome [3]** 162/25 162/25 187/5
**engage [1]** 88/4
**engaged [1]** 121/18
**engineer [1]** 25/14
**engineered [1]** 61/15
**engineering [9]** 8/12 8/13 8/13 20/8 24/1 146/17 147/4 147/9 147/12
**engineers [3]** 16/13 17/5 17/5
**English [3]** 118/17 119/1 119/2
**enough [2]** 15/20 84/8
**enter [5]** 51/11 60/16 60/18 60/20 162/20
**entire [5]** 75/6 102/2 120/13 141/9 196/10
**entirety [1]** 172/15
**entry [1]** 21/1
**enzymes [2]** 51/7 61/5
**equal [5]** 75/7 126/12 126/25 144/20 145/4
**equally [4]** 100/11 101/10 101/20 110/12
**equals [2]** 80/7 80/16
**equation [3]** 59/18 59/20 59/24
**era [1]** 63/5
**error [1]** 38/15
**escape [1]** 163/4
**especially [3]** 110/14 119/18 188/2
**ESQ [13]** 1/22 1/22 1/23 1/23 2/3 2/4 2/6 2/7 2/7 2/11 2/13 2/14 2/14
**essentially [2]** 81/16 160/17
**ester [1]** 68/23
**estimate [1]** 201/23
**estimating [1]** 20/16
**et [5]** 70/24 73/17 174/21 176/13 196/18
**ETHAN [2]** 1/22 3/8
**Europe [1]** 44/14
**European [1]** 45/11
**even [16]** 25/13 27/19 30/13 31/24 48/16 49/4 49/8 49/16 66/16 73/21 118/10 128/3 133/20 135/11 140/21 182/15
**Evening [1]** 149/4
**event [2]** 167/12 175/20
**ever [10]** 45/8 47/15 63/20 66/20 67/20 71/17 150/24 151/1 178/10 178/11
**every [4]** 29/14 170/17 170/24 177/6
**everybody [3]** 32/16 32/23 44/19
**everyone [2]** 11/19 36/5
**everything [7]** 11/11 22/19 28/7 58/14 74/5 96/10 120/21
**evidence [1]** 169/18
**evolved [1]** 22/5
**evolving [1]** 9/1
**exact [3]** 62/5 169/8 195/9
**exactly [9]** 25/13 32/7 47/6 71/2 94/19 119/15 133/7 143/2 161/6
**examination [12]** 13/21 15/5 44/2 86/12 91/13 91/16 138/18 140/14 141/10 146/12 180/5 180/9
**example [53]** 10/8 10/10 17/3 22/2 22/16 24/1 24/24 26/4 26/10 46/24 56/11 62/13 63/3 66/21 68/9 72/5 73/10 76/21 76/24 76/25 77/15 77/17 81/4 81/19 82/6 86/7 97/17 103/12 107/17 109/24 110/2 110/20 111/24 113/24 114/10 117/12 117/23 119/24 120/3 121/1 125/23 126/1 127/18 131/11 131/18 132/23 169/10 172/9 175/7 177/6 181/5 183/13 184/25
**examples [37]** 50/10 55/7 55/11 73/11 74/11 74/20 76/22 77/23 79/2 79/14 80/11 81/15 81/23 105/14 105/17 106/2 106/9 106/10 106/11 106/19 107/14 108/1 108/9 108/22 109/13 109/14 109/22 110/11 116/11 116/14 127/17 132/17 168/19 170/12 172/18 172/21 194/19
**exceptionally [1]** 25/9
**excerpt [2]** 177/13 187/22
**exclusively [5]** 22/6 22/8 22/10 22/13 24/5
**excuse [6]** 4/21 6/21 55/23 110/13 177/21 196/1
**excused [4]** 14/20 28/13 153/5 156/3
**exegeses [2]** 39/6 118/10
**exemplary [1]** 190/5
**exercise [1]** 87/19
**exhaustive [1]** 74/21
**Exhibit [2]** 57/12 182/19
**Exhibit 3 [1]** 182/19
**Exhibit 8 [1]** 57/12
**exist [2]** 66/16 80/9
**existed [1]** 10/6
**expected [2]** 29/5 185/4
**experience [1]** 50/6
**experimentally [1]** 59/11
**expert [19]** 4/9 4/14 4/16 4/21 4/22 4/22 4/23 4/24 5/16 13/14 14/7 19/21 38/6 45/16 47/11 118/9 119/9 119/14 149/24
**experts [12]** 4/14 4/18 19/19 28/15 30/10 30/22 31/4 31/10 31/23 39/15 156/9 158/13
**explain [11]** 56/10 80/2 85/2 85/14 89/17 128/23 160/7 173/7 174/13 175/5 179/9
**explained [1]** 19/13
**explaining [3]** 67/18 114/14 134/11
**explains [1]** 104/16
**explanation [1]** 77/19
**explicit [1]** 121/19
**extent [2]** 39/7 118/13
**extra [4]** 79/12 81/17 81/21 82/3
**extraordinary [1]** 202/13
**extremely [1]** 166/16
**extrinsic [1]** 49/11

## F

**facilitate [2]** 150/17 176/5
**fact [8]** 29/8 36/17 48/24 76/10 87/5 115/3 169/1 189/21
**faculty [3]** 16/3 16/4 44/15
**fair [11]** 15/20 16/9 77/18 84/8 89/21 90/1 90/3 90/15 138/2 138/6 155/3
**fairly [1]** 21/1
**fairness [2]** 90/2 158/7
**fall [2]** 16/8 21/16
**falling [1]** 141/3
**false [1]** 158/19
**familiar [6]** 44/9 133/15 135/4 149/20 171/8 183/23
**family [2]** 82/10 90/9
**far [3]** 16/7 161/17 180/1
**FARR [2]** 2/6 3/19
**faster [1]** 200/19
**fatty [3]** 50/10 56/3 63/18
**favor [1]** 120/16
**favorite [1]** 175/15
**fearing [1]** 54/18
**feature [1]** 114/15
**featured [1]** 149/15
**feel [1]** 190/11
**fellow [1]** 148/19
**fellowship [1]** 147/7
**few [5]** 23/7 50/11 68/9 91/23 168/19
**field [88]** 6/9 6/11 6/14 7/19 8/3 8/6 8/18 8/20 8/23 9/1 10/4 10/6 10/13 10/14 11/6 11/17 11/19 12/13 13/8 15/11 15/15 15/17 15/21 15/21 15/23 16/8 17/3 17/8 17/12 18/1 18/4 18/11 18/25 19/8 19/17 19/17 20/1 20/9 20/11 20/15 21/16 21/19 21/22 21/24 22/18 22/21 23/4 24/18 24/19 24/22 25/9 25/22 27/13 39/2 39/12 39/13 40/13 41/4 41/25 44/17 45/23 46/11 46/12 47/10 49/6 49/7 50/17 51/3 51/15 53/25 54/6 57/22 58/11 60/4 64/6 64/20 65/16 66/13 67/7 137/11 138/21 138/25 149/17 149/24 168/23 183/23 189/18 190/1
**field-specific [1]** 24/22
**fields [5]** 6/15 6/16

**F**

**fields... [3]** 8/15 18/7 46/14
**fighting [1]** 32/10
**figure [23]** 16/22 35/5 38/10 50/20 55/14 56/7 63/8 81/3 81/7 81/12 106/14 106/16 108/3 119/8 126/3 141/16 141/17 141/19 190/22 190/23 195/18 199/16 203/4
**figures [19]** 78/15 78/19 78/22 80/22 80/25 86/13 110/8 110/13 110/13 110/23 120/2 120/19 121/15 125/24 141/11 141/22 141/22 176/11 200/16
**filed [2]** 62/23 187/16
**filing [2]** 48/2 190/4
**finalized [1]** 14/13
**Finally [2]** 166/24 175/25
**find [27]** 7/8 7/18 7/25 11/18 11/21 12/19 12/22 13/4 14/3 18/14 19/3 46/21 56/14 58/17 59/10 61/10 62/13 66/18 66/20 79/17 81/22 125/7 126/17 131/25 133/23 134/15 135/1
**fine [9]** 5/9 34/3 34/7 65/2 77/20 78/2 78/3 118/20 130/7
**finish [3]** 118/22 185/5 193/9
**finishing [1]** 43/9
**first [56]** 6/5 9/8 9/12 9/12 9/13 9/15 9/22 10/8 10/10 10/16 13/5 13/9 15/2 16/23 19/11 21/9 23/20 23/23 24/6 25/11 31/25 36/17 36/18 37/3 37/14 42/8 42/9 45/3 47/14 50/5 51/21 51/22 52/10 54/7 54/15 58/4 62/20 65/12 65/19 69/4 69/10 70/25 72/5 95/2 112/4 134/12 139/10 160/12 169/7 169/11 171/19 171/20 184/15 187/18 194/23 199/9
**first-year [5]** 9/8 9/22 13/5 23/20 31/25
**first-years [1]** 9/15
**FISCHER [2]** 1/23 3/11
**five [3]** 16/3 24/10 59/13
**flavors [1]** 18/2
**flight [1]** 198/17
**floating [1]** 55/5
**flow [1]** 67/17
**flows [1]** 29/25
**focus [8]** 49/14 49/24 53/24 147/25 148/10 159/1 167/9 179/20
**focused [4]** 61/14 72/1 93/5 159/3
**focuses [1]** 16/4
**focusing [3]** 51/15 65/15 95/3
**folded [1]** 56/22
**folks [1]** 161/20
**follow [1]** 139/1
**following [4]** 80/4 114/19 118/5 147/6
**follows [7]** 6/6 15/3 44/1 146/11 153/8 156/12 199/9
**footnote [2]** 122/20 122/20
**forefront [1]** 8/25
**foregoing [1]** 203/11
**forgot [2]** 153/10 153/16
**form [21]** 26/21 52/3 56/16 56/21 57/3 61/25 74/9 80/8 122/16 126/18 160/13 160/24 182/2 182/3 182/6 182/15 182/23 184/4 184/13 185/1 186/2
**formation [3]** 150/19 160/15 162/14
**formed [1]** 196/21
**forming [7]** 47/24 56/23 63/11 100/1 151/15 158/21 189/8
**formula [1]** 34/13
**formulas [2]** 170/1 170/8
**formulation [2]** 52/2 52/18
**forth [5]** 11/14 14/12 78/7 87/13 180/17
**forward [2]** 30/24 83/3
**found [3]** 63/4 69/14 134/3
**founded [1]** 189/21
**four [12]** 16/3 29/16 30/1 84/11 85/23 85/25 87/1 87/4 137/22 137/25 151/5 174/5
**fragile [2]** 51/6 60/16
**frankly [1]** 39/11
**freshman [1]** 9/15
**front [4]** 47/24 91/6 116/20 179/22
**full [3]** 45/8 45/9 47/21
**function [26]** 11/20 12/8 12/21 46/19 52/6 56/12 57/17 60/12 75/19 76/3 95/7 95/11 95/12 97/7 150/8 150/13 152/1 152/5 162/4 163/9 178/18 178/21 179/3 181/18 182/3 192/23
**functional [30]** 73/25 74/7 74/21 75/18 75/24 79/1 79/4 81/5 81/9 81/11 81/12 81/15 92/13 100/21 100/25 111/17 113/6 116/2 116/4 116/8 116/21 117/9 117/14 117/21 122/4 130/9 150/10 174/4 175/9 176/14
**functionality [2]** 148/5 178/22
**functions [6]** 159/25 160/4 160/10 162/7 187/2 187/9
**fundamentals [1]** 45/20
**further [8]** 67/25 68/15 71/3 86/20 90/24 138/14 143/4 181/2

**G**

**GAEDE [4]** 1/22 3/10 180/13 202/10
**GALLAGHER [4]** 2/3 2/6 3/16 3/23
**games [1]** 89/11
**gather [2]** 12/25 13/3
**gave [3]** 11/22 85/3 149/1
**general [5]** 25/9 95/12 131/2 180/24 197/14
**generalize [1]** 130/16
**generalized [1]** 23/1
**generally [9]** 15/25 16/5 23/18 24/25 25/16 25/25 26/13 147/25 179/18
**generation [1]** 53/1
**generic [4]** 34/6 34/9 34/13 34/23
**get [43]** 4/21 5/15 8/7 8/10 8/12 12/9 18/9 20/9 22/25 27/17 27/17 30/18 33/10 35/4 38/11 38/16 39/20 48/16 49/8 86/16 86/16 86/25 87/18 88/5 88/9 89/5 89/22 100/1 103/14 118/15 118/20 136/16 144/2 153/16 155/1 156/8 157/16 158/11 181/23 184/8 193/10 198/16 202/3
**gets [1]** 172/10
**getting [5]** 19/24 30/21 49/1 122/21 188/11
**Giant [1]** 45/2
**give [15]** 9/10 9/11 25/8 26/1 28/18 44/10 44/19 66/6 66/14 66/21 110/7 145/22 169/8 175/10 179/4
**given [12]** 9/25 53/19 55/12 90/14 91/3 120/6 121/4 151/1 169/19 172/19 176/10 189/7
**gives [4]** 71/8 84/19 110/14 112/8
**giving [2]** 35/22 66/7
**glad [1]** 40/25
**glioblastoma [1]** 45/14
**GMBH [1]** 1/8
**go [86]** 4/8 7/2 7/8 7/20 8/25 9/4 11/17 11/25 12/13 18/10 18/14 19/3 28/21 29/8 32/2 36/17 38/9 38/15 41/8 42/13 43/2 56/7 59/16 66/25 68/7 68/15 72/4 81/7 83/3 83/24 84/23 87/1 93/8 93/24 104/4 105/7 108/16 112/10 112/18 114/18 115/12 118/23 119/9 119/11 121/25 123/4 123/5 123/13 124/6 125/19 127/5 129/20 129/21 132/5 132/9 132/19 135/16 137/21 139/25 143/7 153/9 158/16 158/18 182/18 183/8 184/22 185/6 186/10 186/13 187/14 188/6 188/20 188/22 190/4 190/21 193/19 193/22 194/18 195/18 198/4 198/12 198/23 198/24 199/14 199/14 200/16
**goes [5]** 99/18 173/16 178/14 194/7 194/9
**going [54]** 5/2 16/6 16/11 21/16 29/7 40/22 43/13 49/14 53/24 58/25 59/13 60/9 67/16 68/18 70/20 77/16 82/15 87/19 88/23 90/12 107/9 108/16 118/22 119/4 121/21 135/15 137/24 145/25 147/14 152/23 161/20 169/1 173/10 175/18 176/4 177/25 180/16 186/16 189/1 190/7 191/6 193/5 193/9 193/9 193/13 193/17 193/18 193/20 195/25 196/15 196/16 198/19 200/19 202/7
**good [16]** 3/5 3/7 3/15 3/25 4/7 4/11 14/21 28/20 43/10 91/18 91/19 118/12 120/24 180/11 180/12 202/1
**Gordon [1]** 7/25
**got [20]** 45/7 45/11 77/19 87/1 91/8 94/9 118/8 118/22 119/5 119/12 119/16 123/2 158/8 174/1 184/21 184/21 193/14 196/22 196/22 198/20
**Gotcha [1]** 36/15
**gotten [3]** 20/25 21/3 156/7
**graduate [2]** 10/2 23/25
**graduated [1]** 46/2
**grammar [4]** 118/14 118/23 118/24 119/2
**grammatical [1]** 35/12
**grammatically [1]** 173/23
**grant [3]** 45/7 45/11 45/12
**granted [1]** 90/8
**Great [2]** 5/18 42/22
**green [6]** 56/3 57/3 92/1 105/20 105/24 106/15
**grew [1]** 45/6
**group [455]**
**groups [58]** 59/5 68/23 74/7 74/22 75/13 75/24 79/2 79/3 80/14 80/15 80/16 80/18 81/1 81/5 81/11 81/14 81/15 81/21 84/21 100/21 105/3 105/11 106/2 106/9 111/17 111/18 111/20 116/2 116/4 116/8 116/9 116/15 116/22 117/14 117/21 127/6 138/22 155/14 167/12 171/13 171/15 173/15 174/5 174/15 175/7 175/9 176/8 178/24 179/3 183/14 183/16 196/10 198/2 199/7 199/10

## G

**groups... [3]** 200/13 201/9 201/20
**guan [2]** 122/21 122/21
**guanidine [4]** 122/14 122/16 122/24 123/8
**guanidinium [16]** 74/12 81/12 122/8 122/12 122/14 122/15 122/15 122/17 122/22 122/22 122/24 123/10 123/19 123/20 124/10 124/23
**guess [4]** 38/1 113/11 119/18 133/23
**guidance [1]** 44/21

## H

**had [18]** 21/6 38/5 40/21 42/5 51/5 59/12 62/9 63/20 64/7 67/19 81/16 89/24 102/17 143/6 148/25 158/13 186/14 202/3
**half [2]** 189/3 189/3
**HALLER [1]** 1/22
**hand [9]** 5/24 14/22 46/16 63/9 118/16 141/16 141/17 145/20 188/23
**handy [1]** 43/13
**hangup [1]** 26/5
**happens [4]** 11/12 26/21 44/11 56/24
**happy [5]** 36/20 37/11 91/5 198/10 202/21
**hard [1]** 37/20
**harder [1]** 20/16
**Harvard [1]** 10/25
**has [88]** 10/6 18/23 21/1 24/17 25/5 27/24 30/19 30/20 34/14 34/21 34/25 35/3 35/13 44/18 49/10 52/16 53/19 54/9 54/16 56/17 60/14 60/15 64/16 64/17 68/12 68/18 71/13 72/21 75/6 75/6 81/4 87/7 87/9 90/4 92/14 93/19 95/9 95/10 97/7 101/14 107/18 109/1 109/19 110/2 114/5 114/5 114/7 114/8 116/22 117/9 117/19 119/9 119/24 120/3 121/1 126/10 127/18 127/20 136/4 137/12 144/8 144/13 144/20 145/4 154/7 154/21 154/24 155/1 155/22 156/24 157/1 157/4 159/11 159/13 160/3 160/4 161/13 162/4 166/12 170/11 172/9 177/20 178/3 187/3 187/4 190/25 194/22 195/2
**Hasselbalch [2]** 59/20 59/24
**hate [1]** 190/18
**have [348]**
**haven't [3]** 62/7 91/20 121/18
**having [14]** 6/4 15/1 32/23 43/24 70/24 87/3 101/7 113/24 117/13 143/18 146/9 153/6 156/10 167/6
**he [13]** 38/24 48/12 128/12 128/18 129/9 129/12 129/13 131/7 141/19 187/21 187/21 189/22 193/17
**he's [9]** 28/24 28/25 29/1 118/14 128/3 139/10 184/21 189/23 189/25
**head [383]**
**hear [10]** 25/11 29/23 31/3 31/10 38/19 41/5 41/11 67/16 110/24 156/8
**heard [6]** 25/20 164/14 168/11 168/11 171/5 173/19
**hearing [16]** 1/13 29/6 29/19 39/10 42/6 42/6 87/3 87/6 89/3 91/4 91/9 154/4 156/17 193/6 198/14 202/3
**held [1]** 118/5
**help [9]** 5/2 14/8 19/4 29/25 42/10 121/17 121/20 149/5 184/4
**helpful [3]** 28/21 42/1 49/7
**helps [1]** 184/3
**Henderson [2]** 59/20 59/24
**Henderson-Hasselbalch [2]** 59/20 59/24
**her [4]** 78/15 79/23 186/18 192/13
**here [82]** 3/13 4/5 16/16 17/16 27/11 29/24 34/20 39/14 49/15 55/19 55/20 56/13 56/24 61/13 62/19 62/22 67/3 74/5 79/1 79/2 80/1 80/7 81/4 84/19 85/5 91/8 92/7 92/24 93/9 96/20 102/16 105/7 109/12 111/24 116/24 117/4 122/2 122/7 131/1 135/19 149/5 161/1 161/19 165/3 166/5 172/7 173/3 173/13 174/3 174/14 174/16 175/4 176/3 176/19 176/20 177/19 179/12 180/22 181/13 183/4 183/25 184/12 184/20 185/9 185/19 188/8 188/25 191/3 191/22 193/24 194/3 194/14 194/22 198/4 199/4 199/9 199/14 200/9 200/22 200/25 201/15 201/16
**here's [4]** 4/17 33/18 34/10 167/10
**hereby [1]** 203/11
**Hey [1]** 66/11
**high [1]** 9/2
**higher [2]** 22/25 22/25
**highest [2]** 22/8 22/21
**highlight [3]** 139/25 190/22 199/15
**highlighted [4]** 85/6 112/23 117/3 194/20
**highlighting [1]** 151/9
**highly [1]** 60/19
**Hilgar [1]** 4/6
**him [6]** 42/20 86/18 118/11 118/13 118/15 128/9
**hindrance [1]** 162/1
**his [3]** 43/2 161/1 173/19
**hmm [2]** 8/11 75/22
**hold [5]** 13/18 13/19 86/24 128/4 128/7
**honest [1]** 23/11
**honestly [2]** 28/4 147/13
**Honor [64]** 3/7 3/15 3/25 4/13 4/15 5/1 5/11 5/16 13/16 14/16 28/16 28/18 29/2 29/4 29/16 29/19 29/20 30/7 30/11 30/19 30/21 32/14 33/11 34/10 34/20 35/23 37/2 37/11 41/1 42/15 43/1 48/22 49/12 59/15 64/24 78/3 82/17 86/21 86/23 87/9 87/20 88/18 89/4 89/8 89/15 90/2 90/22 91/7 108/19 121/24 128/2 138/14 143/5 145/23 156/4 169/19 180/4 187/25 188/5 190/12 193/12 198/9 198/13 202/17
**Honor's [1]** 158/5
**HONORABLE [1]** 1/17
**honoring [1]** 158/5
**hope [1]** 99/17
**hoped [1]** 40/21
**hopeful [3]** 35/19 36/4 38/12
**hopefully [2]** 30/20 124/23
**HORTON [2]** 2/6 3/19
**hot [1]** 31/23
**hot-tubbing [1]** 31/23
**house [1]** 3/22
**how [54]** 10/6 12/20 12/21 12/22 20/11 20/14 20/20 23/2 26/5 27/10 29/25 32/17 39/19 39/20 45/20 50/21 56/10 58/18 58/23 58/24 65/15 66/10 67/18 69/6 72/1 88/11 90/1 110/10 119/4 119/9 121/20 125/20 131/16 134/11 138/9 148/4 149/20 152/8 159/2 159/19 164/22 166/8 166/9 167/22 167/24 168/5 168/15 170/20 176/22 179/4 179/19 193/2 198/11 202/20
**however [2]** 39/12 159/4
**Huang [3]** 165/25 166/16 168/3
**Hughes [1]** 164/12
**huh [22]** 24/16 41/23 42/11 46/10 50/1 96/1 104/3 105/9 106/7 109/20 112/22 115/25 116/10 127/14 128/15 132/15 133/14 142/5 144/5 181/24 182/20 191/2
**human [1]** 50/22
**humans [4]** 11/12 58/15 58/16 58/17
**hundreds [2]** 21/2 132/16
**hung [1]** 157/16
**Hurry [2]** 193/19 193/19
**hydrogen [2]** 80/6 80/7
**hydrogens [2]** 68/23 117/25
**hydrophilic [18]** 11/10 31/5 31/9 31/21 32/1 40/6 41/13 54/20 55/23 56/25 76/18 77/13 92/14 100/19 116/9 183/17 185/6 189/3
**hydrophilicity [2]** 57/18 181/21
**hydrophobic [60]** 11/10 31/3 31/5 31/8 31/11 31/14 31/18 31/20 32/25 34/17 36/19 37/5 40/7 48/8 54/18 55/23 55/24 57/2 57/5 63/18 65/21 68/17 69/12 72/10 92/11 92/14 92/15 94/10 94/17 96/10 97/3 97/6 97/8 97/14 97/18 98/14 98/17 98/19 99/25 100/11 100/19 101/8 101/19 101/25 102/3 102/9 102/13 102/14 105/3 140/17 142/2 142/2 166/3 185/6 185/15 185/17 189/2 191/8 199/6 199/6
**hydrophobic/hydrophilic [1]** 185/6
**hydrophobicity [3]** 31/16 181/21 182/8
**hydroxy [1]** 86/5
**hydroxyl [24]** 63/10 73/11 85/18 111/19 112/12 116/11 116/14 116/19 116/25 117/5 117/10 117/14 117/15 117/23 119/25 173/20 191/3 191/17 191/21 192/5 192/7 192/9 192/15 192/16
**hydroxyls [1]** 173/16

## I

**I'd [5]** 7/8 16/23 43/3 145/14 201/19
**I'll [12]** 88/14 118/23 125/10 128/5 133/18 136/16 137/20 169/21 190/18 193/20 198/22 202/19
**I'm [87]** 4/2 5/11 9/9 10/10 10/12 10/12 12/12 12/25 13/1 13/2 13/4 16/17 16/18 16/24 18/9 18/15 18/20 19/6 19/17 19/21 21/7 21/23 23/5 23/8 23/14 25/14 26/1 26/2 26/15 28/18 33/18 35/4 35/6 36/20 37/8 37/10 40/22 40/25 41/1 43/13 45/8 49/1 59/13 60/6 88/8 88/14 89/2 89/23 90/12 91/4 95/10 98/18 107/9 108/16

## I


**I'm... [33]** 112/3 118/10 118/21 119/5 120/18 121/20 121/24 123/7 123/11 129/8 134/11 135/15 137/24 141/17 143/15 145/2 152/13 152/23 155/19 158/18 179/6 183/25 187/24 191/10 192/7 195/8 197/16 198/21 198/25 200/1 201/16 202/14 202/21
**I've [15]** 17/11 18/24 21/6 22/16 27/10 82/20 110/5 117/3 118/22 148/21 150/23 170/24 171/9 193/14 198/20
**i.e [1]** 181/21
**idea [4]** 27/21 27/23 44/11 76/11
**ideas [1]** 35/23
**identified [1]** 186/6
**identify [4]** 11/14 194/7 194/10 194/11
**ignore [1]** 186/15
**ignores [1]** 152/1
**III [2]** 1/22 2/3
**illustrate [2]** 55/9 160/9
**illustration [1]** 108/17
**illustrations [2]** 107/23 108/2
**image [1]** 162/17
**images [4]** 57/6 79/11 79/23 196/1
**imagine [2]** 19/24 25/17
**imidazole [14]** 74/11 74/15 78/16 81/5 81/8 81/19 81/20 82/2 112/14 124/10 124/21 176/13 199/19 201/21
**imidazole-only [1]** 81/19
**imidazoles [3]** 78/7 78/12 112/14
**immediately [3]** 56/20 59/4 114/19
**impact [3]** 9/2 22/25 72/5
**implies [1]** 153/14
**important [15]** 47/20 47/22 52/18 53/6 53/7 80/6 85/15 85/16 110/12 114/15 150/13 160/11 172/10 181/25 190/11
**impression [1]** 25/5
**improve [2]** 53/2 53/7
**inappropriate [1]** 91/15
**INC [2]** 1/3 1/6
**include [24]** 22/23 28/8 67/11 72/12 73/25 84/12 104/20 113/3 113/21 113/24 116/9 117/4 117/6 117/12 117/17 122/3 136/11 143/17 170/6 172/6 172/8 181/11 181/12 190/6
**included [4]** 14/1 74/21 78/15 122/9
**includes [13]** 24/4 34/16 37/21 71/5 113/19 120/14 120/15 120/18 120/19 120/20 120/20 194/8 199/5
**including [4]** 33/23 120/13 148/19 160/14
**inclusion [1]** 123/19
**incomplete [2]** 152/1 179/10
**inconsistent [2]** 136/1 137/6
**inconsistently [1]** 120/10
**incorporate [1]** 175/8
**incorporated [2]** 124/17 150/11
**incorrect [5]** 99/10 99/11 151/25 179/8 179/10
**indeed [5]** 79/3 122/17 123/7 140/7 164/16
**independent [4]** 36/18 37/14 65/12 155/15
**independently [1]** 135/1
**indication [1]** 179/4
**induce [1]** 61/2
**induces [1]** 61/25
**infer [2]** 13/3 154/6
**influence [6]** 88/11 88/16 116/4 116/8 117/1 167/22
**influenced [4]** 115/21 117/14 197/21 200/7
**influences [1]** 31/16
**inform [4]** 87/14 88/19 88/23 88/25
**information [4]** 7/18 12/22 19/2 88/20
**ingredient [1]** 52/18
**initial [1]** 160/25
**inject [1]** 162/19
**inorganic [1]** 22/24
**input [1]** 46/13
**inquire [1]** 51/3
**inside [4]** 56/18 99/18 110/8 162/23
**insist [1]** 33/15
**insoluble [1]** 50/10
**instance [11]** 7/6 8/7 13/4 45/11 46/21 54/23 56/16 100/23 111/18 111/20 117/10
**instead [11]** 17/21 64/7 103/10 103/20 104/24 108/24 110/3 110/21 111/12 146/1 180/24
**Institute [2]** 44/25 46/22
**instruct [1]** 136/10
**insult [1]** 29/7
**intend [1]** 87/16
**intended [2]** 41/3 181/3
**intent [1]** 4/9
**interact [17]** 11/11 11/20 12/21 54/21 57/2 57/20 62/25 63/13 73/12 73/13 75/25 76/1 95/13 100/20 101/1 117/10 117/20
**interacting [1]** 160/18
**interaction [7]** 11/13 47/21 56/25 99/22 160/23 160/25 163/17
**interactions [1]** 161/25
**interacts [4]** 47/20 55/25 100/20 100/22
**interdisciplinary [3]** 16/11 24/9 46/20
**interest [1]** 53/12
**interested [9]** 20/18 39/2 88/8 145/2 147/14 148/2 148/4 173/25 203/1
**interior [1]** 183/17
**Internet [1]** 19/1
**interpret [1]** 89/25
**interpretation [3]** 141/1 173/22 174/17
**interprets [1]** 195/24
**interrupt [2]** 42/20 66/3
**interrupted [2]** 67/10 67/17
**intervening [1]** 191/12
**interviewed [1]** 149/3
**intrinsic [1]** 169/18
**introduce [2]** 64/3 146/14
**introduction [4]** 130/19 130/22 130/23 131/1
**invention [3]** 199/11 200/14 201/22
**inventive [1]** 189/6
**inventor [1]** 139/11
**inventors [5]** 114/14 133/12 133/15 133/24 167/16
**investigation [1]** 199/4
**investigations [1]** 180/23
**involved [7]** 16/12 16/14 148/16 148/23 148/25 189/22 189/23
**ionizable [2]** 165/17 167/11
**ironically [1]** 120/10
**is [610]**
**isn't [4]** 41/19 41/20 93/5 197/22
**isomers [1]** 80/12
**issue [8]** 7/19 15/11 33/10 36/2 38/1 38/13 84/17 185/5
**issued [2]** 90/4 135/11
**issues [2]** 16/6 16/16
**it [503]**
**it's [179]** 5/1 6/25 8/20 10/1 11/9 11/12 12/3 12/7 13/11 14/24 16/10 16/10 17/7 17/12 17/24 17/25 19/1 19/7 19/12 20/24 21/4 22/4 22/5 23/10 23/17 23/17 24/5 24/21 24/21 25/20 28/6 28/7 30/25 32/1 33/7 35/11 35/14 35/15 35/17 37/11 37/19 37/21 39/19 39/20 40/3 40/3 40/24 41/11 41/12 41/14 41/25 42/1 46/20 47/19 48/8 48/16 50/9 50/23 51/6 51/6 51/9 52/2 53/14 54/11 54/18 54/19 57/15 58/9 58/15 58/18 60/16 60/19 61/5 61/23 63/11 63/15 63/15 64/24 67/24 68/3 69/19 72/7 72/19 72/21 72/25 73/22 74/6 75/8 77/6 77/8 77/9 77/20 81/7 82/18 82/21 84/2 85/17 88/15 89/20 90/3 90/6 90/10 90/11 90/15 91/4 91/13 92/16 94/4 94/17 96/25 102/1 102/10 102/24 104/11 105/6 105/21 107/13 107/24 108/8 112/25 114/19 118/16 121/15 121/15 121/15 123/10 123/21 124/16 124/17 128/21 130/4 131/6 131/7 131/10 133/2 133/7 135/13 137/5 137/5 138/2 138/6 141/18 143/24 154/7 154/24 155/8 158/4 159/13 159/19 160/15 161/20 162/24 168/21 170/19 170/22 172/15 176/12 179/10 179/10 179/18 179/19 179/22 181/10 185/8 186/15 186/16 186/17 186/23 188/3 190/11 191/23 192/2 195/6 195/14 196/20 197/11 200/19 201/16 202/3
**its [15]** 17/19 46/19 52/6 56/12 57/18 63/7 74/4 74/6 75/19 95/15 95/19 96/2 150/19 172/15 173/10
**itself [9]** 51/11 60/19 60/20 104/5 132/20 173/10 182/6 182/15 188/22


## J


**January [1]** 1/12
**Jayaraman [1]** 167/4
**JEREMY [2]** 2/11 3/25
**job [3]** 20/2 31/4 190/15
**JOHNSON [2]** 2/7 3/19
**joined [1]** 4/2
**journal [14]** 22/2 22/2 22/5 22/8 130/1 130/4 130/6 130/7 148/20 164/13 164/14 164/15 164/21 168/3
**journals [7]** 9/2 22/1 22/10 22/14 22/22 23/1 164/17
**JOVIAL [2]** 2/14 4/3
**judge [11]** 1/17 23/11 25/2 27/7 43/12 56/5 75/1 91/4 134/18 150/2 180/14
**jump [1]** 171/2
**Juries [1]** 190/18
**jury [2]** 91/5 91/6
**just [160]** 4/24 5/4 5/7 5/14 5/17 8/6 13/6 13/19 13/19 19/20 20/10 20/18 22/15 25/24 26/1 26/21 27/7 30/25 31/9 31/20 31/23 32/8 32/8 34/6 35/6 35/11 36/6 37/25 38/3 38/7 40/19 40/21 41/1 41/25 42/4 43/2 43/11 43/13 43/16 44/19 45/10 48/4 48/11 48/14 50/2 50/5 50/17 55/16 55/19 56/5 61/17 62/14 62/18 62/20 63/3

## J


**just... [105]** 63/7 64/19 64/25 66/2 68/9 68/18 69/4 70/17 72/4 74/2 77/15 77/23 78/1 79/14 80/15 84/22 84/25 85/3 86/4 86/19 86/25 88/7 88/12 90/16 91/7 91/14 92/25 99/16 105/11 107/20 108/1 112/20 114/22 116/19 116/19 117/11 117/15 118/7 118/17 118/21 119/4 119/5 119/23 119/24 120/4 120/8 120/14 120/25 121/2 121/10 121/17 121/20 122/25 128/4 129/17 132/13 132/16 134/11 135/18 137/20 138/20 142/6 147/1 151/7 152/21 153/16 155/1 156/6 156/8 157/4 158/13 158/18 163/23 170/6 170/10 171/19 173/7 174/1 174/13 176/19 178/19 181/10 182/17 183/20 183/21 184/16 184/16 185/5 186/11 186/12 186/15 186/16 186/18 186/22 187/16 187/16 189/16 190/15 190/18 192/13 193/11 197/1 198/18 198/22 201/20


## K


**K-A-T-H-R-Y-N [1]** 14/25
**K-R-O-S [1]** 6/3
**Karen [1]** 3/21
**Kathryn [5]** 14/24 15/1 145/15 146/9 156/10
**keep [10]** 43/11 49/7 86/19 104/7 119/4 139/11 168/21 193/13 193/20 198/18
**keeps [1]** 193/17
**key [2]** 52/18 157/24
**Keystone [1]** 7/24
**kidding [1]** 41/2
**kind [23]** 15/8 15/21 16/4 19/4 22/4 22/17 22/24 26/8 27/7 27/9 30/17 38/14 50/6 67/9 72/18 135/5 135/5 160/14 161/22 162/25 163/14 163/16 172/9
**kinds [2]** 73/16 92/17
**King [1]** 1/15
**KLEIN [4]** 2/13 4/3 91/22 93/23
**knee [1]** 59/12
**knew [1]** 72/15
**know [109]** 5/13 8/24 10/22 10/24 13/7 16/3 16/11 16/13 16/23 17/3 17/9 17/14 18/4 18/6 18/13 19/1 19/6 19/12 19/25 21/20 22/6 22/15 22/16 23/11 24/20 24/21 25/7 25/8 25/17 26/3 26/15 28/3 28/4 28/8 32/9 35/19 35/21 37/17 40/14 41/19 46/15 47/10 48/15 57/17 58/18 58/25 63/21 66/4 76/2 78/2 83/4 88/3 88/3 88/5 89/10 105/2 105/5 108/12 117/19 117/22 118/11 118/13 118/16 119/1 119/4 119/17 119/18 120/25 121/9 121/18 128/3 128/20 133/7 136/17 136/17 152/20 154/25 159/14 159/16 160/3 161/2 161/16 162/2 166/14 166/16 167/12 167/14 169/3 169/16 170/7 170/23 170/23 171/18 171/20 173/25 174/16 174/19 176/13 176/14 176/25 185/3 186/11 186/13 186/16 188/3 190/10 193/7 193/23 198/15
**knowing [2]** 63/21 89/25
**knowledge [12]** 10/16 12/7 23/21 47/23 48/1 48/2 49/20 49/24 54/5 95/3 192/18 199/23
**known [14]** 41/25 47/10 51/3 53/25 55/8 57/22 59/18 60/4 66/13 95/7 97/4 97/9 166/4 166/17
**knows [2]** 11/19 137/3
**Kros [53]** 5/22 6/1 6/4 13/24 14/17 28/22 38/20 38/20 39/4 41/11 42/17 42/23 43/13 43/20 43/24 44/5 49/14 49/24 57/6 62/17 64/22 65/1 65/4 69/6 71/25 78/5 82/9 85/2 85/14 86/12 91/18 92/4 114/18 122/19 124/6 125/19 127/5 132/5 137/21 138/20 152/24 153/6 153/9 156/3 161/1 161/5 163/20 168/11 168/20 173/2 173/19 177/15 180/14
**Kros' [5]** 55/14 56/8 77/8 158/15 159/8


## L


**lab [10]** 7/9 7/10 7/11 62/24 76/22 103/13 135/4 147/22 148/1 148/13
**labeled [1]** 108/3
**labs [1]** 51/18
**lack [2]** 19/11 161/23
**Langer [27]** 62/24 76/21 103/12 127/17 127/23 128/13 128/14 129/8 129/17 131/19 131/22 132/6 132/24 133/19 135/1 135/4 138/21 139/9 139/11 140/6 147/21 149/19 185/21 187/14 189/16 189/21 202/12
**Langer's [1]** 148/1
**Langer/Anderson [1]** 103/12
**language [21]** 30/3 31/18 34/24 35/10 48/25 49/5 86/4 90/7 109/10 130/1 184/1 194/8 194/14 195/5 195/9 195/19 195/24 197/19 197/20 199/1 201/4
**large [5]** 39/7 44/14 44/16 46/1 148/2
**largest [1]** 148/13
**last [14]** 20/18 39/10 75/13 110/19 123/4 127/5 136/25 144/3 150/5 174/5 175/25 176/1 176/12 176/22
**lastly [1]** 142/14
**later [10]** 88/5 88/10 88/15 103/14 108/15 109/1 132/1 134/7 138/5 172/8
**latest [1]** 9/2
**latter [2]** 68/9 69/17
**law [8]** 48/13 48/23 49/1 89/20 89/21 90/3 90/16 146/5
**lawful [2]** 89/18 89/19
**lawyer [1]** 136/18
**lawyer's [1]** 28/19
**lawyers [5]** 14/8 14/13 120/9 184/21 190/14
**layperson [3]** 16/17 18/24 19/9
**layperson's [1]** 18/10
**lead [1]** 138/22
**leaders [2]** 189/17 190/1
**leading [2]** 50/19 138/22
**leafing [1]** 91/14
**learn [1]** 18/25
**learning [1]** 21/7
**least [8]** 10/19 27/5 36/12 49/14 51/20 72/23 85/25 87/6
**leave [3]** 119/16 119/17 198/22
**leaves [1]** 109/8
**led [2]** 45/7 50/25
**Lee [1]** 4/6
**left [5]** 4/13 34/17 118/23 119/5 191/1
**legal [2]** 30/21 136/17
**Lehninger [1]** 12/17
**Leiden [6]** 9/20 9/21 44/7 44/7 44/9 45/6
**lengthy [2]** 109/17 133/7
**Leonard [1]** 129/8
**less [37]** 11/9 31/8 31/11 31/18 31/20 40/7 48/8 55/24 66/15 73/25 74/3 74/22 92/11 92/14 97/6 97/8 97/14 97/18 98/14 98/17 98/19 100/10 100/18 101/7 101/19 101/25 102/3 102/9 102/13 122/4 122/12 122/18 123/9 140/17 142/1 185/14 185/16
**lesser [1]** 182/7
**let [15]** 13/1 47/14 66/2 77/24 86/18 101/18 110/19 118/24 122/19 122/25 133/10 183/21 184/16 187/16 198/4
**let's [48]** 3/6 5/7 13/14 13/19 14/6 16/3 18/4 20/13 25/25 49/24 50/2 50/5 54/13 64/22 74/2 84/22 90/17 93/8 95/2 104/2 105/7 112/18 114/18 114/18 115/12 121/25 124/6 125/19 127/5 129/20 129/21 132/5 132/9 132/19 135/16 136/19 137/21 172/23 175/25 177/9 186/10 187/14 188/21 193/8 193/10 193/11 193/19 195/10
**letter [3]** 29/22 87/14 89/1
**letting [1]** 198/21
**level [4]** 9/8 10/2 39/19 41/8
**liberty [1]** 73/23
**libraries [1]** 148/3
**library [4]** 18/13 18/23 18/24 19/3
**lieu [1]** 145/25
**light [3]** 47/10 47/11 138/8
**like [56]** 4/15 4/17 4/20 4/25 5/19 7/2 7/17 7/24 7/24 9/2 13/7 16/21 18/5 18/17 19/7 19/16 20/9 21/4 24/13 28/6 30/11 35/11 35/17 38/14 39/13 43/3 53/1 56/3 62/25 68/9 73/12 73/13 90/23 98/23 102/25 103/21 111/19 111/19 111/20 117/20 118/13 120/17 126/17 145/14 146/5 146/6 148/3 153/1 155/14 161/6 161/21 161/21 162/25 175/1 175/1 186/12
**liked [1]** 169/15
**likely [1]** 200/10
**likes [3]** 55/25 63/13 100/19
**limit [1]** 32/4
**limited [5]** 58/17 136/3 186/21 186/23 196/19
**limiting [1]** 107/13
**line [23]** 68/7 69/12 69/15 70/22 71/3 71/7 73/10 94/2 107/24 107/25 108/17 108/18 112/24 113/2 130/20 141/16 141/17 141/18 141/20 143/16 143/18 143/20 202/24
**Line 15 [1]** 141/18
**Line 20 [3]** 68/7 141/16 141/17
**Line 33 [1]** 108/18
**Line 35 [1]** 141/20
**Line 40 [1]** 107/25
**Line 45 [1]** 143/18
**Line 48 [1]** 113/2
**Line 49 [1]** 70/22
**Line 50 [1]** 69/12
**Line 53 [2]** 71/3 107/24
**Line 55 [1]** 73/10
**Line 57 [1]** 71/7
**lines [5]** 104/11 108/2

L

**lines... [3]** 108/5 174/5 199/13
**Lines 15 [1]** 108/5
**Lines 22 [1]** 199/13
**Lines 53 [1]** 104/11
**linked [1]** 105/2
**linker [7]** 28/1 67/8 94/23 165/2 166/4 169/13 199/6
**linking [3]** 94/17 94/25 178/21
**links [2]** 36/7 178/19
**lipid [224]**
**lipid-based [3]** 17/9 17/20 51/13
**lipid-like [1]** 148/3
**lipids [112]** 10/8 10/11 10/12 11/20 12/20 12/22 24/23 25/3 25/16 26/3 26/8 27/9 31/4 40/8 45/3 45/19 50/5 50/9 52/17 53/1 53/17 53/20 55/4 55/8 57/14 57/19 60/25 61/1 61/3 61/6 61/10 61/13 61/15 61/24 62/5 62/9 69/9 69/11 72/8 72/8 74/10 92/11 92/17 93/3 95/13 96/9 96/21 97/13 97/17 97/17 97/21 98/4 98/8 98/13 98/16 98/21 98/25 99/1 99/3 99/4 100/8 100/9 100/12 100/12 101/15 101/16 101/17 115/7 127/10 130/15 130/16 131/2 133/13 139/7 139/15 140/21 148/5 150/14 165/5 169/12 179/12 179/13 179/13 179/19 179/20 180/24 180/25 181/3 181/13 181/17 181/20 181/20 182/7 182/10 182/11 182/23 183/4 183/11 183/18 185/9 185/10 185/23 188/10 188/14 188/25 189/6 190/8 190/9 190/9 196/15 200/4 201/18
**liposomal [1]** 184/4
**liposome [1]** 56/23
**liposomes [4]** 17/21 45/2 56/16 166/17
**list [6]** 74/19 74/20 74/21 80/14 134/19 174/14
**listed [6]** 73/8 82/5 133/24 168/18 178/24 199/7
**listen [1]** 186/12
**listening [1]** 156/6
**lists [4]** 73/5 73/16 74/11 84/11
**literally [2]** 6/25 6/25
**literature [21]** 8/21 10/5 18/5 18/19 18/22 19/4 21/21 21/21 23/14 24/14 24/15 63/4 63/25 66/18 127/12 127/15 128/11 132/1 135/2 167/10 170/23
**litigation [1]** 150/22
**little [23]** 17/24 24/5 24/21 24/21 27/9 29/5 32/22 37/8 39/13 44/10 59/22 86/11 90/24 107/10 123/13 147/12 157/16 161/22 162/11 164/4 167/6 167/20 170/11
**live [2]** 40/20 41/1
**liver [1]** 52/5
**living [2]** 51/7 148/6
**LLC [1]** 1/7
**LLP [2]** 1/21 2/6
**LNP [1]** 124/17
**located [1]** 61/21
**location [18]** 62/5 69/9 70/7 70/21 72/2 95/9 95/11 95/15 95/19 95/24 99/23 100/2 116/2 163/10 163/19 163/22 163/23 170/16
**locked [1]** 36/1
**long [9]** 10/6 50/23 61/22 71/15 73/1 76/18 99/24 173/13 198/12
**longer [2]** 29/5 193/2
**look [43]** 9/1 13/11 18/10 18/18 19/17 23/12 23/14 25/1 37/11 37/19 69/1 69/10 69/19 71/3 90/12 99/18 101/13 104/2 104/5 106/14 106/16 108/15 108/16 110/8 110/8 110/11 118/21 120/1 130/18 134/15 136/19 139/23 140/25 143/16 164/4 164/19 169/2 172/18 187/14 195/10 195/25 196/9 202/16
**looked [7]** 13/6 51/12 85/23 134/5 168/2 193/23 201/20
**looking [28]** 7/18 13/1 13/2 16/24 16/25 17/1 18/15 20/19 23/8 34/10 37/2 37/7 37/8 38/15 40/23 41/18 45/20 62/20 62/22 63/8 82/25 89/24 99/16 128/6 132/21 154/2 176/3 191/18
**lose [1]** 190/17
**lost [1]** 37/24
**lot [16]** 8/21 17/25 20/17 23/12 36/1 36/1 38/5 38/6 39/14 50/12 60/15 67/16 71/25 84/22 158/11 164/14
**lots [3]** 9/17 55/6 92/11
**loudly [1]** 43/21
**lovely [1]** 87/13
**loving [1]** 54/21
**lower [1]** 74/4
**lurking [1]** 38/13

M

**mad [1]** 139/10
**made [13]** 43/12 58/16 118/14 147/8 147/10 152/14 155/19 161/5 170/11 177/21 182/18 196/23 202/22
**main [1]** 75/25
**major [5]** 45/7 50/11 55/10 56/14 61/11
**make [22]** 46/13 46/17 48/13 48/20 52/17 52/25 53/2 61/16 84/6 85/20 103/15 103/18 103/24 107/22 108/23 111/11 112/7 136/23 144/24 182/12 183/13 198/17
**makes [6]** 85/9 183/16 183/17 189/2 193/24 197/15
**making [3]** 135/6 138/23 197/12
**manipulate [2]** 88/7 173/14
**manner [1]** 159/24
**MANUFACTURING [1]** 1/7
**many [25]** 11/21 19/8 19/22 20/2 20/3 20/12 20/14 20/24 21/25 25/2 51/12 51/18 51/19 51/19 59/21 60/4 60/5 60/15 63/1 91/12 93/3 97/13 168/19 168/19 190/9
**market [5]** 51/21 51/22 52/8 89/7 89/22
**Markman [4]** 1/13 87/3 87/6 89/3
**material [3]** 24/10 150/18 150/19
**materials [3]** 50/21 51/12 60/13
**matter [13]** 9/23 43/9 61/21 62/6 76/9 96/25 99/21 99/23 100/2 102/15 161/25 163/20 163/24
**matters [3]** 32/12 123/11 124/18
**max [1]** 193/19
**maximize [4]** 56/24 160/23 161/24 163/16
**maximum [1]** 57/4
**may [45]** 9/4 13/15 13/16 26/16 35/22 44/9 48/4 61/17 90/25 91/13 97/1 107/12 107/15 125/5 137/7 140/1 145/11 145/20 145/22 146/21 149/10 151/21 152/2 152/9 154/1 154/3 155/19 156/5 156/7 157/14 157/17 158/17 159/16 160/5 164/6 173/11 173/11 177/11 180/7 192/9 192/15 201/12 201/12 201/14 202/6
**maybe [28]** 16/17 20/20 20/21 20/23 29/5 29/22 34/5 35/5 35/6 39/14 39/19 55/13 56/10 62/18 72/4 80/1 84/24 85/3 86/11 89/20 121/14 136/14 136/14 141/18 158/18 172/1 173/7 198/16
**MC3 [3]** 52/19 52/21 53/1
**MCDERMOTT [3]** 1/21 3/8 3/11
**me [109]** 3/10 3/18 6/21 8/6 9/10 9/25 10/13 11/14 11/22 11/25 12/12 12/15 13/1 13/5 16/22 20/9 20/24 23/7 24/4 26/19 27/4 27/23 29/8 29/11 35/9 37/23 42/20 47/14 48/13 48/18 49/10 55/4 55/23 63/25 64/13 65/19 65/25 66/2 67/22 68/1 68/12 70/25 71/8 72/19 73/20 77/24 85/16 88/4 88/7 88/9 88/11 88/12 88/12 88/15 88/18 88/22 88/25 89/11 89/12 89/23 90/14 96/11 101/18 102/5 102/7 102/22 102/24 108/25 109/2 109/4 109/8 110/7 110/7 110/13 110/14 110/19 111/15 112/8 116/20 116/20 118/22 120/6 120/16 121/4 121/17 121/20 122/19 122/25 126/2 133/10 136/5 141/9 141/18 146/6 147/10 153/1 156/6 168/6 172/16 177/21 183/21 184/16 187/16 196/1 197/17 198/4 202/9 202/24 202/24
**mean [35]** 5/11 8/4 8/5 11/16 20/11 20/23 21/4 27/3 28/6 38/24 39/6 48/18 54/15 58/4 74/2 89/5 90/15 91/12 118/11 118/12 118/21 120/18 123/12 128/24 154/25 159/14 172/4 172/16 173/24 175/17 176/1 179/21 183/20 198/11 198/21
**meaning [25]** 11/6 24/18 25/24 39/22 40/22 40/24 42/1 47/9 47/12 48/6 49/6 49/9 72/16 85/8 90/8 94/15 134/6 159/9 159/11 168/24 186/5 186/13 192/1 195/23 196/2
**meaningful [2]** 30/4 39/16
**meaningfully [1]** 27/3
**means [27]** 21/20 40/9 41/22 49/8 54/7 54/8 54/10 54/16 58/7 65/25 69/21 74/4 75/3 80/3 90/16 95/22 96/22 100/19 107/3 111/24 117/8 126/24 144/19 172/18 173/8 174/17 202/14
**meant [4]** 97/1 152/13 173/20 183/23
**mechanical [1]** 8/13
**mechanism [2]** 51/4 60/12
**mediating [1]** 163/4
**medical [3]** 8/1 44/15 193/15
**medical-oriented [1]** 8/1
**medicine [4]** 6/15 44/17 46/14 58/16
**medicines [1]** 46/13
**meet [1]** 198/5

**M**

**meetings [2]** 7/20 7/23
**Mellon [4]** 24/2 146/17 148/9 148/11
**member [1]** 148/18
**membrane [4]** 56/22 162/22 163/6 163/15
**membranes [1]** 56/15
**mentioned [19]** 24/25 41/24 52/7 56/5 57/22 60/14 60/17 63/6 71/20 77/6 85/24 148/21 149/7 150/7 161/16 162/7 169/16 179/7 182/10
**mentioning [1]** 115/1
**mentions [1]** 114/24
**mere [2]** 134/5 134/15
**met [2]** 91/20 91/21
**methoxy [13]** 73/11 111/19 112/12 116/11 116/14 116/19 116/25 117/5 117/15 117/16 120/4 121/2 173/20
**methoxys [1]** 173/16
**MICHAEL [1]** 2/7
**microphone [2]** 15/7 43/21
**middle [3]** 81/7 140/1 189/5
**midst [2]** 87/8 87/12
**might [13]** 18/18 26/5 26/12 35/18 37/25 59/22 88/2 110/18 121/21 122/21 165/16 169/11 176/15
**Mike [1]** 3/19
**million [1]** 45/13
**mind [12]** 5/5 13/9 43/1 62/14 86/19 150/10 151/23 153/2 166/8 168/21 176/8 179/17
**minimize [3]** 53/14 56/4 57/5
**minutes [6]** 59/14 68/9 90/18 118/23 193/3 193/19
**misremembered [1]** 187/24
**missed [1]** 136/14
**misspoke [2]** 37/17 83/22
**mistake [7]** 122/7 123/5 123/8 123/16 123/20 152/14 199/1
**misunderstood [1]** 192/12
**MIT [3]** 62/24 147/7 147/21
**mix [1]** 122/14
**mix-up [1]** 122/14
**mixed [1]** 123/22
**Moderna [2]** 169/10 189/21
**modified [3]** 37/23 131/10 181/13
**modifies [1]** 37/20
**modifying [1]** 38/3
**modulate [1]** 174/9
**moieties [6]** 76/11 104/19 106/8 114/21 178/25 194/10
**moiety [118]** 27/12 27/15 28/1 32/6 32/13 32/20 33/1 33/5 33/11 33/17 33/23 34/19 35/13 36/7 36/8 36/9 36/20 37/4 37/22 38/4 41/16 62/11 63/15 63/17 63/24 64/2 64/9 64/15 64/17 65/23 67/4 67/6 67/8 68/6 68/7 68/10 68/14 69/13 69/16 69/18 69/20 69/22 71/5 71/11 72/9 72/25 76/8 76/17 77/2 77/14 85/6 94/9 94/15 94/19 94/23 94/25 96/9 96/13 96/21 96/23 100/3 101/21 101/23 101/24 102/8 102/11 102/24 103/2 103/10 103/20 103/21 104/16 104/24 105/18 105/22 106/22 107/5 107/7 107/7 108/24 109/4 109/7 109/15 109/25 110/3 110/16 110/21 111/12 112/10 114/24 115/10 131/20 131/21 136/5 137/1 140/8 141/8 142/12 142/25 161/20 162/4 165/2 166/5 169/6 169/13 177/22 178/12 178/15 178/18 178/22 184/25 187/10 191/11 191/25 192/24 194/1 194/23 195/3
**Molecular [2]** 7/11 57/9
**molecule [47]** 11/9 27/25 31/1 31/19 40/4 40/7 40/10 41/7 41/12 41/13 47/19 48/9 51/6 54/10 54/16 54/17 54/20 55/21 55/25 58/7 58/9 59/3 59/9 60/1 60/3 61/21 61/22 61/24 62/13 63/12 63/12 63/16 67/23 68/17 73/12 75/5 75/6 75/6 86/7 99/19 99/24 99/25 103/3 127/3 137/4 144/10 197/22
**molecules [25]** 11/13 17/20 17/23 24/24 50/9 54/22 56/1 56/19 57/1 59/10 62/25 63/4 73/12 76/1 100/25 127/24 129/3 130/8 130/12 131/7 131/16 134/12 135/5 160/2 176/14
**moment [1]** 114/22
**months [2]** 45/10 88/23
**more [26]** 8/1 9/1 19/24 20/17 23/1 24/25 25/16 26/9 26/13 26/13 36/20 39/2 42/6 59/14 59/22 59/23 73/21 92/14 100/19 109/19 137/17 150/13 152/15 162/11 169/9 198/4
**morning [13]** 3/5 3/7 3/15 3/25 4/8 4/11 14/21 15/9 86/6 91/18 91/19 198/15 198/18
**MORRIS [2]** 2/11 4/1
**most [9]** 8/22 17/6 21/5 22/7 52/18 160/10 181/25 185/20 200/10
**mostly [2]** 9/8 10/5
**motion [1]** 30/7
**move [15]** 101/18 121/24 122/25 125/10 125/17 128/1 133/10 136/16 162/19 163/6 165/20 170/10 175/25 177/9 190/12
**moved [1]** 44/24
**moves [1]** 90/24
**moving [2]** 8/20 70/4
**Mr [2]** 3/24 202/10
**Mr. [4]** 3/6 3/13 92/1 93/23
**Mr. Green [1]** 92/1
**Mr. Klein [1]** 93/23
**Mr. Steve [1]** 3/13
**Mr. Townsend [1]** 3/6
**MRNA [2]** 149/3 176/5
**much [15]** 13/12 14/19 15/16 29/2 39/1 41/18 54/18 56/4 57/15 66/19 119/5 119/9 155/25 193/2 203/5
**multidisciplinary [1]** 46/12
**multiple [3]** 154/12 174/20 178/24
**must [15]** 27/5 27/19 27/19 54/4 54/11 68/5 93/13 94/2 144/14 154/13 154/20 172/12 194/4 194/9 196/3
**my [73]** 3/18 3/22 4/2 6/1 7/9 7/11 9/18 9/20 20/2 21/6 23/9 25/5 26/1 26/5 36/22 36/24 37/16 37/16 37/24 38/15 39/1 39/6 40/19 42/15 44/5 44/21 45/3 45/7 45/25 46/22 48/1 49/8 49/20 50/6 59/12 61/6 62/2 62/12 71/9 90/13 91/22 104/6 110/5 123/2 132/4 134/17 137/4 137/4 138/12 138/12 146/24 147/4 147/6 147/17 147/18 148/13 149/5 152/22 154/5 155/18 155/19 158/6 158/14 159/7 174/16 180/13 188/5 192/18 193/6 196/8 199/1 199/23 203/12
**myself [3]** 9/9 10/22 133/22

**N**

**name [16]** 5/25 6/1 7/10 9/7 9/10 9/11 14/23 22/10 23/7 23/9 44/4 44/5 50/11 91/22 153/13 180/13
**named [1]** 139/10
**names [3]** 7/2 175/9 176/15
**nano [1]** 160/16
**nanocomplex [1]** 183/15
**nanomedicine [1]** 22/14
**nanoparticle [13]** 25/4 45/17 45/23 46/11 52/11 52/16 58/12 80/10 100/1 111/22 183/24 185/1 200/5
**nanoparticles [31]** 15/13 17/4 17/9 17/16 17/21 17/22 18/19 19/15 19/20 20/19 21/5 21/10 22/23 22/23 25/22 25/23 45/15 46/24 51/14 52/5 53/8 53/11 53/11 54/23 55/2 62/1 126/18 147/18 148/14 149/2 149/25
**narrow [1]** 166/18
**narrowly [1]** 20/11
**national [1]** 45/7
**natural [3]** 55/8 99/4 100/9
**naturally [12]** 97/17 97/21 98/4 98/25 99/7 99/13 100/7 100/12 100/16 101/4 101/11 101/15
**nature [10]** 9/3 21/23 57/19 73/3 115/23 126/17 127/25 128/19 149/15 185/13
**nearly [1]** 170/17
**necessarily [4]** 20/25 22/19 27/14 70/18
**necessary [1]** 183/18
**need [74]** 17/17 25/5 31/5 31/14 31/15 40/10 46/13 46/15 46/16 46/17 46/19 47/3 51/1 51/3 53/10 54/10 56/6 57/17 59/22 60/10 60/11 60/21 60/22 61/20 68/2 69/23 70/2 71/1 71/9 75/23 76/4 76/5 76/19 82/18 84/10 96/12 96/24 97/11 98/10 99/18 102/6 103/3 103/22 107/1 107/3 107/7 112/5 113/22 117/21 126/19 130/17 130/24 136/24 137/10 138/12 139/22 141/6 141/7 151/12 162/18 170/7 173/12 177/23 181/20 181/20 186/1 186/8 188/8 188/9 194/6 195/8 196/11 202/7 202/20
**needed [5]** 57/23 61/16 84/17 162/15 163/14
**needs [19]** 31/19 34/15 51/8 51/10 63/23 75/24 95/21 95/22 99/20 99/20 109/5 125/7 150/11 168/22 172/20 194/15 196/5 196/8 196/12
**negative [11]** 60/21 60/23 75/7 98/11 126/12 126/16 127/1 144/16 144/20 145/5 163/15
**negatively [7]** 60/19 61/11 97/24 98/8 160/17 175/19 189/7
**neighbors [1]** 46/22
**neither [2]** 107/17 199/21
**Netherlands [4]** 9/21 44/8 44/10 44/23
**neutral [3]** 61/12 144/14 185/10
**neutralize [2]** 60/23 61/1
**neutralized [1]** 99/17
**never [7]** 91/21 114/24 115/9 127/9 133/2

N

**never... [2]** 135/11 184/8
**new [6]** 35/23 45/15 89/23 89/24 133/25 137/22
**News [1]** 149/4
**next [25]** 53/1 59/7 62/2 73/1 73/15 73/24 74/24 115/13 115/19 123/5 126/14 139/25 145/13 158/17 160/9 172/1 172/24 174/11 175/4 178/14 186/10 188/20 188/21 188/22 203/4
**NICHOLS [2]** 2/11 4/1
**night [1]** 198/16
**nitrogen [62]** 34/22 63/14 63/15 63/17 68/8 68/10 69/16 69/20 71/6 71/7 72/25 74/8 76/14 76/16 77/2 79/5 79/12 81/17 81/21 82/3 85/7 85/7 102/1 104/20 105/2 105/18 105/20 105/21 105/24 106/8 106/17 107/8 109/14 111/20 113/7 115/10 124/11 127/20 137/1 142/23 166/7 170/3 170/9 172/21 173/9 173/14 174/3 174/10 174/15 175/2 175/11 176/25 177/7 187/10 191/6 191/11 191/22 192/23 194/12 195/3 195/16 197/1
**nitrogen-containing [6]** 111/20 174/3 174/10 174/15 175/2 195/16
**nitrogens [5]** 106/5 106/15 176/16 176/21 201/14
**no [105]** 1/5 13/17 17/1 19/6 21/15 24/14 33/20 34/11 36/16 38/3 38/11 42/4 43/3 43/9 52/22 57/20 59/6 61/8 62/5 64/16 66/24 67/1 68/21 69/23 70/3 72/7 73/10 74/16 74/18 74/23 75/12 76/5 76/21 77/15 77/17 77/20 80/20 82/8 83/6 85/7 87/21 91/21 94/3 98/6 99/6 99/9 100/18 105/1 107/19 109/24 110/2 110/5 110/20 110/23 112/25 115/1 115/1 115/16 117/6 118/11 119/24 120/3 121/1 121/13 123/17 125/23 126/1 126/1 126/3 126/5 127/15 128/9 129/3 133/9 133/15 134/11 134/21 136/23 138/8 138/14 141/4 141/17 142/13 143/4 150/25 151/2 158/10 161/13 168/25 170/15 174/24 175/14 177/6 178/13 178/19 178/23 182/3 191/9 192/4 193/16 197/4 197/7 199/23 202/2 202/17
**nobody [1]** 169/2
**Nolte [1]** 44/22
**non [1]** 174/1
**non sequiturs [1]** 174/1
**nondirective [1]** 99/23
**none [1]** 68/23
**nonionic [3]** 26/4 26/6 26/14
**Nope [1]** 146/7
**norm [1]** 48/15
**normally [1]** 91/6
**Northern [1]** 198/14
**not [223]**
**noted [1]** 104/21
**notes [1]** 203/12
**nothing [4]** 86/20 128/25 173/21 177/7
**notice [3]** 165/3 170/2 176/11
**novel [2]** 45/13 46/17
**now [76]** 9/11 19/25 20/16 20/23 21/3 23/10 26/5 30/1 39/19 40/8 41/13 46/2 46/25 50/6 53/16 58/23 64/3 64/22 67/10 68/25 69/19 75/2 82/9 83/23 86/11 86/17 88/23 89/23 90/16 94/5 95/2 107/23 108/22 109/13 110/6 115/13 118/19 123/2 124/13 127/12 134/4 135/15 137/4 137/11 140/13 142/4 154/16 162/3 164/5 169/2 180/20 180/22 182/21 183/4 183/11 184/24 185/3 185/5 186/4 187/2 187/8 187/12 188/23 190/21 190/25 193/16 193/22 193/23 194/18 194/22 195/18 196/22 198/4 199/4 200/16 203/2
**nowhere [2]** 156/6 194/3
**nuances [1]** 21/5
**nucleic [18]** 17/18 50/14 50/16 50/21 98/23 160/14 160/18 166/18 181/3 181/11 181/14 181/16 181/19 186/7 188/10 189/1 190/7 192/23
**number [11]** 18/7 18/8 31/15 69/19 75/7 126/12 126/25 144/15 144/20 145/4 155/3
**Number 1 [1]** 155/3
**Number 2 [1]** 69/19
**numbers [1]** 112/24
**numerous [1]** 148/22

O

**O'GARA [2]** 2/14 4/4
**oath [4]** 6/5 15/2 43/17 145/17
**object [1]** 56/17
**Objection [2]** 77/16 192/11
**objections [1]** 202/2
**obtain [2]** 76/7 138/13
**obviously [4]** 40/17 88/19 110/8 114/5
**occur [4]** 160/16 163/8 163/9 194/4
**occurring [13]** 97/17 97/21 98/4 98/25 99/7 99/13 100/7 100/9 100/12 100/17 101/4 101/11 101/16
**odd [1]** 83/25
**off [9]** 4/13 10/3 13/19 23/3 23/9 66/6 66/14 90/5 162/23
**offer [1]** 24/7
**office [6]** 3/9 47/16 66/5 66/11 90/4 90/8
**Official [1]** 203/15
**often [2]** 16/2 88/8
**oh [21]** 11/2 18/18 28/25 35/24 59/15 63/10 77/10 83/15 83/17 100/22 108/8 108/9 112/25 122/21 139/2 152/16 154/10 169/3 191/3 191/9 191/11
**okay [168]** 5/6 7/7 7/10 9/10 11/5 13/10 13/12 13/13 13/18 15/10 15/14 15/20 16/17 16/20 18/16 20/22 21/13 28/10 28/23 28/24 32/15 33/9 34/1 35/7 36/3 37/7 37/12 37/16 41/8 43/4 43/7 43/23 53/16 63/9 64/24 65/8 67/17 70/11 76/10 77/10 82/5 83/11 83/24 84/6 84/8 84/22 86/20 86/25 87/11 91/11 91/14 91/25 92/20 99/6 101/2 101/6 101/18 103/9 103/14 104/2 104/9 106/19 107/14 107/17 108/2 108/11 108/20 112/11 112/14 113/2 113/2 113/16 113/23 114/9 114/11 114/19 115/9 115/19 118/7 119/11 119/20 120/22 120/23 121/8 121/13 122/2 123/1 123/4 123/14 123/23 124/4 124/10 125/1 125/9 125/16 128/7 128/8 128/18 128/22 128/22 130/25 132/24 133/2 133/8 133/24 134/14 134/18 135/15 137/3 138/1 138/4 140/20 142/21 145/16 146/3 146/8 146/18 147/15 151/3 152/4 152/4 152/16 152/19 153/3 154/16 155/13 155/24 156/25 157/9 157/20 158/12 164/4 164/17 168/2 171/25 173/7 174/11 175/4 175/12 177/3 180/11 181/17 182/1 183/4 183/7 184/18 184/24 185/18 186/1 186/4 186/10 186/24 188/1 188/19 189/11 190/16 190/21 191/16 191/25 192/19 192/22 193/4 195/2 197/8 197/11 198/24 199/13 200/13
**old [4]** 22/3 44/14 131/5 142/7
**older [1]** 19/4
**oldest [1]** 44/13
**once [2]** 133/20 142/14
**one [81]** 8/6 9/7 9/10 12/16 13/6 13/16 13/19 17/1 19/6 22/12 23/8 24/4 27/16 27/25 29/15 30/8 30/11 31/8 31/20 33/20 41/8 42/8 44/13 45/9 51/5 51/8 51/12 54/17 55/10 56/14 59/22 60/18 62/17 63/1 63/3 70/2 70/2 72/6 73/1 73/20 76/2 76/14 76/22 77/15 86/1 86/24 92/25 95/24 106/15 109/6 121/21 126/13 126/14 126/15 126/15 129/9 130/9 132/16 132/23 135/7 138/22 138/22 145/22 152/15 152/24 154/21 160/2 164/17 165/24 168/20 170/3 170/7 172/9 174/19 176/15 183/13 184/11 189/25 190/25 194/23 202/10
**one-stop [1]** 19/6
**ones [6]** 26/10 26/11 53/1 74/23 81/16 117/22
**only [32]** 10/12 26/5 53/11 66/16 68/22 77/12 81/19 91/7 96/16 96/19 97/4 97/9 99/16 100/8 106/17 109/14 110/10 115/3 117/4 117/5 117/24 118/22 129/7 131/22 131/25 132/2 150/8 165/1 165/15 169/12 192/22 202/16
**Onpattro [1]** 52/2
**operate [1]** 25/6
**opinion [14]** 8/23 48/5 63/22 131/23 158/6 158/7 159/7 164/22 165/9 165/12 168/15 173/19 175/22 196/8
**opinions [4]** 47/25 65/16 151/15 158/21
**opportunity [2]** 69/17 119/14
**opposed [1]** 179/19
**opposing [1]** 43/14
**option [4]** 71/8 109/8 109/10 110/15
**optional [8]** 73/22 195/6 195/14 195/21 197/22 197/24 201/7 201/10
**optionally [6]** 65/24 67/11 106/24 106/25 135/23 195/12
**options [2]** 171/13 172/19
**order [17]** 31/4 46/13 54/3 54/4 57/20 60/11 61/17 92/13 98/11 107/6 136/23 138/13 161/24 181/17 181/18 186/1 186/7
**ordinary [25]** 11/5

**O**

**ordinary... [24]** 24/17 25/24 39/21 40/24 42/1 47/12 48/5 48/14 48/14 49/6 49/6 49/9 49/10 149/21 159/20 161/11 164/18 166/9 168/16 168/24 189/17 195/23 196/2 202/16
**organic [1]** 59/4
**organizations [1]** 7/24
**organize [1]** 12/22
**organized [1]** 7/24
**orientation [3]** 63/7 80/13 190/25
**oriented [2]** 8/1 62/17
**original [1]** 17/20
**originally [1]** 17/22
**other [66]** 7/7 10/1 12/4 13/14 14/7 18/9 21/22 22/10 22/15 23/8 24/23 26/10 28/3 30/9 31/1 31/19 36/13 40/3 41/6 41/12 41/20 46/16 62/17 63/4 72/6 74/23 75/13 77/17 77/23 80/11 83/7 84/3 90/14 91/2 108/3 108/14 111/16 116/21 117/14 118/16 126/5 127/6 129/13 141/22 148/7 148/16 148/23 149/18 154/20 158/13 159/6 170/8 175/10 176/7 176/14 176/15 178/22 181/12 182/23 184/11 189/13 197/4 200/7 201/10 201/14 201/20
**others [4]** 26/11 51/16 78/1 176/10
**otherwise [5]** 92/15 94/4 117/23 142/19 186/4
**ought [1]** 32/2
**our [19]** 4/5 4/14 5/16 5/19 7/5 24/1 29/24 38/23 42/16 43/14 50/7 60/9 90/6 111/24 125/11 147/19 148/14 171/23 175/15
**ourselves [1]** 123/22
**out [30]** 5/17 7/18 16/22 18/14 23/10 23/15 24/11 35/5 39/10 39/11 50/17 50/20 59/3 77/23 78/1 84/10 88/6 118/9 118/14 118/20 119/8 126/12 128/12 160/8 162/19 163/7 172/16 176/13 190/10 203/4
**outer [1]** 183/14
**outset [1]** 150/1
**outside [5]** 14/17 25/22 152/23 161/2 185/12
**over [13]** 22/5 45/4 45/6 45/18 125/15 159/10 159/12 159/14 161/13 168/7 168/9 199/14 200/16
**overall [3]** 171/10 171/12 197/22
**overcome [1]** 162/18
**oversimplifying [1]** 32/9
**overview [1]** 28/18
**own [9]** 7/9 17/17 17/19 27/4 39/6 118/9 135/22 140/14 173/10

**P**

**p.m [1]** 203/6
**packaged [2]** 52/3 52/4
**packaging [2]** 188/15 188/17
**page [11]** 50/3 69/4 124/7 130/21 139/19 139/19 139/25 183/8 185/8 188/20 190/4
**Page 132 [1]** 183/8
**Page 135 [1]** 185/8
**Page 346 [1]** 130/21
**Page 35 [1]** 190/4
**Page 49 [1]** 124/7
**paper [14]** 127/25 128/19 129/1 130/14 131/8 149/18 166/15 166/15 182/18 182/19 182/21 182/22 183/2 184/6
**papers [1]** 129/13
**paragraph [51]** 36/19 37/3 55/14 56/8 62/12 77/7 77/8 78/19 80/23 81/2 82/14 84/11 105/10 111/7 113/1 114/18 114/19 114/20 114/23 122/20 132/14 132/22 133/12 139/20 139/23 143/16 143/23 144/3 145/8 171/6 171/8 171/10 171/12 171/16 171/19 172/8 172/15 172/20 176/23 177/3 177/15 178/6 180/20 186/19 186/22 188/6 188/21 190/5 197/11 197/14 200/18
**Paragraph 005 [1]** 139/23
**Paragraph 224 [1]** 133/12
**Paragraph 32 [5]** 114/23 176/23 177/3 178/6 197/11
**Paragraph 37 [1]** 55/14
**Paragraph 39 [1]** 180/20
**Paragraph 4 [1]** 188/6
**Paragraph 42 [1]** 56/8
**Paragraph 53 [2]** 186/19 186/22
**Paragraph 58 [4]** 62/12 77/7 77/8 132/14
**Paragraph 60 [2]** 78/19 200/18
**Paragraph 61 [1]** 80/23
**Paragraph 69 [3]** 122/20 132/22 190/5
**Paragraph 75 [2]** 82/14 84/11
**Pardon [1]** 141/18
**park [1]** 44/16
**Parker [1]** 4/6
**parse [1]** 19/2
**part [42]** 10/1 17/6 19/10 23/24 28/2 29/24 42/9 42/13 46/7 54/17 54/20 55/24 55/25 58/20 63/12 70/9 70/9 73/12 75/5 78/6 83/4 83/8 83/9 84/16 91/8 107/21 107/22 111/21 121/7 121/19 124/17 153/21 177/20 184/6 187/4 188/22 192/19 197/19 199/9 199/10 199/17 201/21
**participating [1]** 87/19
**particle [17]** 56/2 136/24 160/13 160/24 162/15 162/22 163/2 163/6 181/19 182/6 182/12 182/15 184/14 186/5 186/6 187/4 196/19
**particles [5]** 160/16 162/18 166/18 182/2 184/7
**particular [20]** 18/6 18/7 18/8 18/11 27/9 31/15 49/25 51/2 54/4 58/13 69/21 70/5 81/15 93/6 114/10 139/24 141/15 159/1 160/3 192/3
**particularly [6]** 115/23 157/7 157/11 169/10 189/6 190/5
**parties [3]** 40/9 87/16 159/5
**partly [1]** 198/21
**partner [2]** 3/22 87/7
**parts [2]** 164/25 171/23
**party [1]** 33/24
**pass [1]** 180/3
**past [2]** 27/10 107/10
**patent [174]** 12/4 29/15 31/2 32/17 32/18 32/21 32/24 34/6 34/12 34/18 35/8 35/20 36/6 36/9 37/9 39/3 39/7 39/20 40/15 40/22 40/23 41/4 41/17 41/21 41/21 41/24 42/2 47/15 48/7 48/14 48/21 49/10 49/11 49/18 49/19 49/25 58/24 62/8 62/9 62/23 63/21 64/3 64/4 64/8 64/12 64/13 64/22 64/25 65/4 66/17 67/4 67/20 67/21 69/1 69/11 69/14 70/4 71/18 72/15 72/24 76/24 77/5 77/6 78/6 79/9 79/10 79/11 79/14 82/6 84/13 86/8 86/9 86/13 87/23 88/10 88/15 88/17 89/23 90/4 90/8 101/17 104/2 104/5 104/6 106/23 108/16 108/22 109/14 115/6 119/3 120/7 120/9 120/13 121/5 121/6 123/6 123/9 123/16 123/17 125/23 126/4 127/9 127/22 128/14 129/8 129/8 129/17 129/18 131/20 131/22 131/25 132/2 132/6 132/17 133/4 133/7 133/24 134/5 134/7 134/12 134/15 134/20 134/23 135/2 135/7 135/11 135/12 135/17 135/22 136/13 136/19 136/21 138/8 139/3 139/9 139/11 140/6 140/25 141/9 141/23 151/10 153/22 154/2 158/23 165/1 167/16 168/12 168/18 168/25 169/2 170/18 171/6 176/7 177/4 177/13 177/20 178/5 178/11 178/11 178/21 181/8 181/8 187/15 187/19 187/22 189/12 190/3 190/10 192/1 192/2 192/3 193/23 193/24 198/25
**patent's [1]** 90/1
**patentee [2]** 35/20 144/7
**patenting [1]** 88/3
**patents [70]** 12/3 29/17 29/17 30/1 30/3 47/11 48/1 48/3 48/19 50/20 52/20 52/24 52/25 53/2 65/7 82/10 82/22 82/25 83/7 83/8 83/10 83/12 83/18 83/23 84/11 84/15 84/20 85/23 85/25 87/1 87/4 87/22 88/8 88/11 88/21 89/2 89/6 89/6 89/12 90/9 90/13 92/5 94/5 94/8 96/8 96/11 96/22 100/4 100/8 101/13 101/25 102/3 102/5 103/15 103/18 103/24 109/11 109/17 110/10 134/17 135/19 137/15 137/22 137/25 138/5 138/11 170/13 180/23 186/20 192/1
**patients [1]** 138/24
**pause [2]** 66/2 74/2
**pay [3]** 82/15 82/18 137/24
**paying [1]** 118/11
**peer [4]** 8/21 130/1 135/8 168/21
**peer-reviewed [4]** 8/21 130/1 135/8 168/21
**PEG [1]** 181/13
**Penn [1]** 10/25
**people [13]** 16/15 17/3 19/23 20/17 20/20 20/25 22/22 39/12 46/21 51/11 60/25 117/22 169/4
**Perfect [1]** 5/9
**perfectly [1]** 89/9
**perform [7]** 46/19 52/6 54/5 56/12 60/11 75/19 181/18
**performed [1]** 187/9
**perhaps [8]** 65/16 69/3 162/12 165/15 170/10 170/11 171/2 171/18
**period [3]** 50/19 53/7 168/9
**permanent [6]** 164/2 165/18 166/12 167/8 168/8 174/17
**permanently [7]** 34/15 40/10 67/24 136/11 159/17 166/6 197/1
**permissiveness [1]** 172/14
**permits [1]** 90/3

P

person [22] 23/18 24/6 40/14 41/17 42/2 58/23 58/24 67/19 69/8 70/6 72/14 74/19 75/15 76/2 117/8 137/3 149/21 159/19 161/11 164/18 166/9 168/15
personally [1] 9/25
persons [2] 45/25 189/16
perspective [2] 18/10 28/19
pertain [1] 22/19
PFIZER [6] 1/6 2/8 3/17 3/21 91/24 152/4
pH [83] 34/16 53/22 58/13 58/15 58/17 58/19 59/1 60/1 63/17 67/15 67/16 68/5 68/11 68/24 72/18 73/9 73/14 74/6 74/8 74/15 74/17 75/11 77/1 77/3 80/9 80/19 82/7 84/21 85/9 85/19 93/14 93/18 93/20 98/3 105/6 106/18 107/19 111/19 111/23 112/1 112/8 112/13 112/15 114/11 116/16 124/16 124/20 124/22 124/25 125/3 125/12 127/19 142/7 142/11 154/9 154/10 154/12 154/14 154/18 155/6 155/9 155/15 155/20 156/24 157/1 157/4 157/15 157/24 158/2 159/18 187/8 192/6 192/9 192/17 196/7 196/13 196/16 197/5 197/8 199/22 200/11 201/17 201/23
pharmaceutical [6] 16/1 16/8 16/15 17/2 22/17 22/18
PHARMACEUTICALS [1] 1/3
PHARMACIA [2] 1/6 2/8
pharmacy [5] 7/3 7/4 7/5 16/2 46/23
PhD [10] 31/24 44/21 45/22 46/3 46/4 46/5 46/6 110/6 147/3 147/8
Phillips [2] 49/5 49/5
phosphate [2] 100/23 126/17
phosphocholine [1] 98/3
phospholipid [4] 55/21 56/11 56/13 56/19
phospholipids [2] 50/10 55/11
phrase [1] 115/16
physics [2] 8/10 184/6
physiological [62] 34/16 53/22 58/15 58/19 59/1 63/16 67/15 67/16 68/4 68/11 68/24 72/17 73/9 73/14 74/6 74/8 74/15 74/17 75/11 77/1 77/3 80/9 80/19 82/7 84/21 85/9 85/19 93/14 93/18 98/2 105/6 106/18 107/19 111/19 111/22 112/1 112/8 112/13 112/15 116/16 124/16 125/3 125/12 127/19 142/11 154/12 154/14 154/17 155/6 155/9 155/20 157/1 157/14 158/2 187/8 196/7 196/13 196/16 199/22 200/11 201/17 201/23
pick [2] 38/16 76/3
picking [1] 29/4
picture [1] 30/8
pictures [2] 14/1 120/15
piqued [1] 123/3
pKa [51] 59/8 59/9 59/19 60/1 70/24 113/25 114/3 114/6 114/7 114/8 114/9 114/11 114/14 114/24 115/1 115/4 115/7 115/10 115/13 115/16 115/17 115/20 115/20 116/5 116/8 117/1 117/13 117/13 118/16 118/17 118/18 172/9 173/4 173/5 173/6 173/10 173/11 173/14 173/17 174/1 174/2 174/3 174/9 178/5 178/11 197/9 197/10 197/12 197/14 197/17 197/22
place [10] 14/2 14/4 19/11 30/20 62/4 64/15 102/25 109/9 137/4 192/22
places [2] 38/22 64/18
plain [11] 11/5 24/17 25/23 39/21 40/24 41/25 134/5 168/24 195/19 195/22 196/2
plaintiff [3] 1/4 1/24 3/9
plan [1] 91/10
planned [1] 43/6
planning [2] 158/4 198/16
play [3] 17/16 61/19 89/11
please [42] 3/5 5/21 5/23 6/2 6/8 14/18 14/21 14/22 15/7 90/21 92/1 114/22 118/3 136/15 145/21 146/14 146/21 147/16 147/25 149/10 151/5 151/21 158/18 160/5 165/21 169/21 172/2 174/25 175/15 177/11 180/21 181/8 183/8 185/6 188/6 188/21 188/21 188/23 188/23 197/17 198/24 198/25
pleasure [1] 149/5
plenty [2] 7/16 63/3
plus [1] 109/3
point [16] 12/12 20/10 21/11 25/15 35/11 35/12 36/23 36/24 103/15 103/25 118/9 118/19 169/2 170/11 190/10 202/22
points [4] 118/12 128/12 156/17 187/17
polar [3] 55/23 183/14 183/16
polarity [1] 184/3
polynucleotides [1] 189/13
portion [11] 11/9 31/7 31/9 47/19 48/8 68/17 104/7 130/18 133/11 148/13 178/7
portions [2] 64/25 70/5
POSA [33] 95/14 95/18 105/1 134/4 138/9 158/24 159/2 159/23 163/10 163/10 163/19 163/25 164/1 164/23 165/10 166/11 166/22 167/22 167/24 168/5 168/24 170/24 171/11 175/6 177/4 178/2 179/14 179/17 179/24 181/2 185/3 187/12 197/25
POSA's [2] 169/1 170/20
position [11] 27/18 30/20 38/23 46/18 63/24 64/8 90/6 103/11 147/7 158/1 187/10
positional [1] 27/24
positive [62] 54/12 58/9 60/11 60/24 61/19 61/22 67/23 69/18 69/24 73/21 75/7 85/20 94/3 95/22 96/3 96/7 96/18 96/23 99/21 102/6 102/18 103/3 103/9 112/6 112/9 126/10 126/13 126/15 126/24 127/1 130/10 131/17 138/12 141/7 142/25 144/11 144/14 144/15 144/20 145/5 153/14 155/15 161/7 161/17 161/24 161/24 163/3 163/5 163/19 163/23 164/3 165/19 166/12 167/9 168/8 169/5 169/12 179/15 179/23 179/25 182/4 189/8
positively [31] 53/21 54/8 60/22 61/6 85/21 93/14 93/19 94/12 97/21 98/22 113/12 126/7 130/13 153/11 154/3 154/7 154/8 154/13 154/21 155/4 156/21 156/23 159/17 165/4 165/6 165/16 166/7 175/19 176/24 198/1 198/2
possibilities [2] 120/6 121/4
possibility [1] 198/3
possible [11] 25/20 53/13 54/19 56/4 68/6 160/21 160/22 161/17 162/5 163/13 180/2
postdoc [5] 147/17 147/19 148/8 149/7 149/8
postdocs [1] 46/1
postdoctoral [3] 45/1 147/6 147/15
posture [1] 84/1
potency [1] 148/6
potent [1] 150/18
potential [6] 50/24 53/14 59/5 60/15 63/1 194/10
practical [1] 60/9
practice [2] 20/14 91/6
practicing [1] 20/1
precipitation [1] 160/17
precise [1] 13/1
precisely [1] 166/11
predated [1] 24/4
prefer [1] 22/25
preferentially [1] 180/1
preliminary [1] 4/25
prepare [2] 146/18 151/17
prepared [4] 4/14 5/3 28/18 46/25
presence [3] 4/23 116/1 161/2
present [9] 51/7 68/2 73/5 73/6 165/1 170/3 199/4 200/13 201/22
presentation [1] 29/24
presentations [2] 5/8 28/15
presented [1] 39/1
pressed [1] 25/7
prestigious [1] 130/6
pretending [1] 62/7
pretty [3] 6/16 6/16 30/23
preview [1] 38/20
previous [2] 69/11 173/6
previously [5] 20/19 43/24 146/10 153/6 156/11
primary [46] 23/14 24/14 24/15 32/21 36/9 37/21 65/21 65/22 66/10 66/12 67/3 70/15 70/23 71/1 71/4 71/9 73/17 98/15 102/2 102/6 102/10 102/13 105/11 105/17 108/22 108/25 109/3 109/5 135/23 136/7 138/12 152/1 170/5 170/6 174/18 174/20 177/19 177/24 183/21 193/25 194/8 195/11 195/13 195/14 196/22 197/20
prime [1] 57/20
Princeton [1] 10/25
print [1] 23/10
prior [8] 62/9 77/12 127/15 127/18 131/14 156/17 167/9 188/9
priority [5] 127/13 137/17 159/3 159/5 159/15
privilege [1] 148/25
probably [5] 31/23 38/19 200/12 201/19 201/25
problem [9] 19/10 25/2 37/16 48/13 51/8 51/19 51/21 67/1 158/10
problems [2] 50/25 51/5
procedural [1] 84/1
procedure [1] 134/12
proceed [1] 28/14
proceeding [2] 46/25

## P

**proceeding... [1]** 203/13
**proceedings [3]** 3/3 47/7 203/6
**process [13]** 26/2 30/6 30/19 87/13 88/4 88/10 150/17 160/16 162/21 172/11 173/12 176/5 188/11
**processes [1]** 25/17
**product [6]** 33/11 33/16 51/22 52/1 89/6 89/22
**products [2]** 33/5 89/25
**professional [4]** 44/20 146/25 148/16 148/18
**professor [12]** 20/2 20/6 39/11 44/22 45/1 45/5 45/8 45/9 47/16 146/16 148/9 166/16
**professors [6]** 19/14 19/19 20/12 20/14 21/14 46/1
**professorship [1]** 20/4
**profile [3]** 22/8 22/21 23/1
**profit [1]** 23/16
**program [1]** 46/8
**prominent [2]** 8/22 185/20
**promotion [1]** 45/8
**pronated [1]** 106/13
**proper [2]** 173/22 184/9
**properties [10]** 50/25 54/4 54/17 56/12 95/16 95/20 96/2 136/22 148/7 160/3
**property [14]** 55/9 76/18 97/5 97/9 167/11 181/21 181/24 181/25 182/1 182/7 182/10 182/14 183/18 185/18
**prophylactic [1]** 188/16
**proposed [5]** 31/6 32/3 140/14 141/23 179/8
**protected [1]** 51/8
**protecting [2]** 57/2 61/3
**proton [1]** 58/8
**protonatability [6]** 59/8 69/9 70/8 84/17 187/3 194/4
**protonatable [141]** 32/5 33/12 33/15 33/16 34/15 34/21 34/23 34/25 38/10 38/16 40/11 40/16 41/14 53/21 57/23 58/5 58/25 60/10 62/10 63/16 63/23 64/1 64/6 64/13 67/14 67/15 68/4 68/19 68/24 69/22 70/21 70/23 71/1 71/9 72/2 72/17 73/9 73/21 74/9 74/15 74/17 75/10 75/21 76/4 76/16 77/1 77/13 77/14 80/18 82/6 84/21 85/19 86/2 103/19 104/23 105/6 106/3 106/9 106/13 106/16 106/17 106/23 107/4 107/6 107/12 107/15 108/23 109/5 110/3 110/15 110/21 111/12 111/15 111/18 112/7 112/12 112/15 113/9 113/12 113/13 113/15 116/15 124/13 124/15 124/16 124/19 124/23 125/6 125/8 126/7 127/19 137/8 137/9 140/7 142/7 142/10 142/11 164/3 165/17 167/11 167/13 168/9 170/4 170/9 170/14 170/16 171/14 171/16 172/21 174/14 175/8 175/11 175/13 175/20 175/21 176/4 176/16 176/21 176/25 177/5 177/6 177/23 177/25 178/4 179/16 184/24 191/22 192/6 194/9 194/13 194/15 196/5 196/8 196/13 197/4 197/24 199/21 200/11 201/10 201/17 201/22
**protonated [36]** 58/8 59/5 60/2 60/3 68/11 73/14 74/4 74/8 77/2 80/8 93/14 93/18 109/1 111/22 111/25 113/20 114/12 122/16 125/3 140/2 152/3 152/10 154/2 154/17 154/25 155/9 155/10 155/20 157/14 158/2 159/16 159/18 189/1 192/9 192/15 192/16
**protonation [8]** 35/3 62/4 76/19 85/9 125/12 137/4 152/10 189/8
**provide [4]** 12/14 19/4 55/7 176/7
**provided [4]** 12/2 12/14 116/15 134/23
**public [2]** 19/11 135/13
**publication [3]** 135/9 147/23 187/15
**publications [3]** 9/2 110/6 169/10
**publish [5]** 8/4 22/22 52/10 134/13 149/8
**published [21]** 8/15 8/18 18/11 21/18 21/22 22/16 45/3 110/5 127/25 130/1 134/8 139/4 149/15 164/13 165/7 167/18 168/12 168/23 183/2 187/15 188/9
**publishers [1]** 23/16
**publishing [1]** 21/1
**pull [10]** 65/11 69/4 79/19 80/22 81/24 84/24 143/13 180/20 181/7 200/18
**pulled [3]** 79/23 194/19 200/17
**pulling [1]** 62/15
**purpose [10]** 57/21 75/25 88/20 98/15 166/1 174/4 174/7 183/4 186/6 186/20
**pursue [1]** 147/8
**pushing [1]** 40/17
**put [44]** 4/15 30/19 30/23 34/5 34/8 36/23 37/1 39/14 40/1 55/13 67/23 69/17 71/9 71/22 76/7 77/15 77/25 78/18 92/1 96/11 102/14 104/7 105/14 110/15 111/4 111/5 112/9 112/24 117/9 118/9 122/19 128/9 139/8 141/12 141/15 141/19 143/14 161/18 161/19 168/20 179/21 185/7 187/22 202/8
**putting [2]** 58/24 113/11
**pyridine [24]** 74/11 74/17 78/16 79/3 79/6 79/7 79/12 79/15 79/25 80/8 80/15 80/16 81/23 111/21 111/21 112/14 124/10 124/13 124/13 124/15 124/19 176/13 199/17 201/21
**pyridines [4]** 78/6 78/12 78/23 200/25

## Q

**qualified [1]** 30/9
**quaternary [8]** 113/11 136/6 155/14 174/18 196/24 197/5 197/7 197/13
**question [38]** 11/16 13/17 22/1 24/20 34/24 38/3 40/13 42/21 49/3 62/2 64/6 95/17 107/10 107/10 110/18 110/19 115/16 121/1 125/4 128/25 129/6 133/15 136/14 143/7 145/3 150/5 152/15 152/18 152/25 154/5 154/17 156/14 180/13 184/17 186/12 186/21 190/11 202/10
**questioned [4]** 43/25 146/10 153/7 156/11
**questioning [4]** 139/14 140/21 142/4 202/24
**questions [11]** 4/22 30/11 33/19 39/1 42/19 91/23 138/14 143/4 146/4 150/2 198/5
**quibble [1]** 130/24
**quick [4]** 13/16 81/25 86/11 187/17
**quickly [4]** 119/23 169/18 169/20 171/19
**quite [6]** 16/10 30/18 32/3 32/14 32/18 60/6
**quote [2]** 123/19 143/8

## R

**raise [2]** 5/24 14/22
**range [2]** 17/4 58/17
**ranks [1]** 45/7
**rapidly [3]** 8/20 9/1 137/12
**rarely [1]** 153/23
**ratio [1]** 60/2
**Raymond [1]** 4/6
**re [1]** 107/9
**re-ask [1]** 107/9
**reach [1]** 30/22
**reaches [1]** 162/22
**reaction [1]** 169/14
**read [30]** 32/23 35/8 41/17 62/7 67/20 67/21 67/25 72/15 73/1 74/19 74/20 84/10 106/23 108/25 109/12 110/10 110/11 116/20 117/18 118/18 119/2 120/5 121/4 134/17 135/14 136/24 170/24 172/12 172/15 191/1
**reading [7]** 37/17 42/2 60/6 70/22 109/10 123/7 133/21
**real [4]** 38/13 81/25 119/23 174/12
**realize [1]** 48/12
**really [25]** 8/24 20/10 20/24 39/9 39/24 41/19 42/9 61/20 69/21 85/16 100/21 102/10 128/24 150/8 154/4 154/25 160/14 160/23 169/4 173/25 182/11 189/17 189/25 200/8 202/23
**reason [11]** 31/11 31/17 32/10 33/14 87/1 87/21 90/14 98/21 126/16 153/21 179/21
**reasons [1]** 60/18
**Rebecca [1]** 4/6
**rebuttal [1]** 86/16
**recall [17]** 25/12 25/13 57/10 78/13 78/22 78/24 139/16 140/15 140/23 141/20 142/8 145/14 150/2 161/5 161/7 177/15 187/20
**received [1]** 44/21
**recent [3]** 10/5 21/2 23/15
**recess [1]** 90/20
**recognize [3]** 135/20 164/8 165/23
**recognized [3]** 50/23 60/14 189/25
**record [10]** 5/25 14/23 44/4 45/18 107/20 107/21 107/22 128/2 128/21 134/10
**red [10]** 105/14 106/16 106/19 107/14 107/17 107/17 108/14 109/13 141/15 141/19
**red-boxed [3]** 106/19 107/14 109/13
**redirect [7]** 86/17 138/16 138/18 193/10 193/17 198/18 202/4
**redraft [1]** 89/22
**refer [8]** 47/4 108/15 115/6 129/9 129/17 132/6 173/4 197/14
**reference [18]** 128/19 129/23 131/5 164/21 165/18 165/24 166/1 166/2 170/5 182/18 183/13 183/16 188/25 189/2 193/25 196/24 197/12 197/15
**referenced [1]** 164/18
**references [2]** 134/9 167/5
**referred [2]** 191/17 191/19
**referring [9]** 49/11

## R


**referring... [8]** 114/9 115/17 118/17 118/17 127/22 128/14 173/5 186/18
**refers [4]** 92/21 93/18 94/22 197/18
**reflected [1]** 58/9
**reflects [3]** 90/16 165/10 167/6
**regard [2]** 41/4 122/8
**regarding [1]** 151/18
**regardless [1]** 182/15
**region [3]** 182/8 185/14 185/16
**regions [1]** 94/8
**reinforced [1]** 65/15
**relate [5]** 149/2 164/22 166/8 170/20 176/22
**related [2]** 17/25 44/16
**relation [2]** 74/5 115/4
**relationship [1]** 59/25
**relative [1]** 31/12
**release [11]** 7/20 7/23 22/3 22/3 130/4 148/19 148/21 164/13 164/15 164/22 168/3
**relevant [6]** 58/15 58/18 89/11 90/8 104/7 111/7
**reliance [2]** 131/13 195/19
**relied [3]** 65/1 122/3 132/10
**rely [5]** 10/5 132/25 164/19 196/2 202/23
**relying [1]** 132/20
**remain [4]** 5/23 14/22 43/16 145/17
**remainder [1]** 68/15
**remarkably [1]** 17/12
**remember [13]** 23/9 30/13 30/17 32/9 75/1 75/1 104/14 111/1 119/5 121/23 125/21 129/24 161/6
**remind [3]** 43/16 43/20 145/17
**repeat [3]** 95/17 124/14 125/4
**repeating [1]** 29/8
**repels [1]** 60/20
**repetition [1]** 72/7
**rephrase [3]** 109/2 110/19 136/15
**replaced [1]** 59/12
**report [9]** 13/10 14/9 14/13 77/17 128/25 129/2 129/14 180/15 180/20
**Reporter [3]** 157/10 203/9 203/15
**represent [1]** 133/18
**representative [9]** 80/14 81/1 81/21 82/6 92/4 104/19 105/11 178/24 199/10
**representatives [1]** 4/5
**represents [1]** 162/13
**reputable [1]** 164/15
**request [1]** 193/13
**requesting [1]** 4/13
**require [2]** 125/2 125/11
**required [3]** 69/20 201/5 201/6
**requirement [3]** 64/16 72/20 112/8
**requires [3]** 142/6 144/9 195/5
**reread [2]** 133/6 133/22
**research [6]** 22/17 45/11 135/5 148/1 148/11 161/15
**resolve [2]** 38/14 102/20
**resolving [1]** 35/18
**respect [2]** 84/16 100/2
**respected [1]** 57/14
**respectfully [2]** 89/14 193/12
**response [1]** 203/1
**rest [7]** 26/8 118/18 143/23 160/24 163/7 170/8 178/1
**restrict [1]** 40/15
**result [4]** 30/6 69/23 141/2 160/24
**retake [1]** 42/23
**return [1]** 142/14
**reveal [1]** 161/23
**reverse [1]** 190/25
**reversed [1]** 63/6
**review [9]** 64/4 78/10 82/10 84/15 149/14 178/10 182/21 183/22 185/19
**Review's [1]** 149/16
**reviewed [10]** 8/21 64/11 86/13 90/4 90/7 130/1 135/8 168/21 185/20 190/4
**Richie [22]** 34/5 34/8 37/1 38/10 55/13 58/6 62/14 65/11 69/3 70/13 71/23 78/18 79/19 80/23 81/24 84/25 85/11 139/8 139/18 139/24 140/11 141/13
**right [292]**
**right-hand [4]** 63/9 141/16 141/17 188/23
**RNA [57]** 15/13 17/11 17/18 50/16 50/24 50/25 51/2 51/5 51/10 52/4 52/4 53/9 53/12 53/15 60/12 61/3 61/4 61/18 61/23 62/3 62/6 62/25 98/5 98/8 98/11 98/23 99/4 99/15 99/17 100/1 102/8 103/6 126/18 147/18 148/4 148/14 149/25 150/15 152/12 157/8 157/12 160/14 161/6 163/4 163/6 179/13 179/15 181/5 182/6 182/13 182/16 182/23 183/12 185/1 188/11 188/16 189/12
**RNAs [2]** 60/15 183/5
**role [4]** 11/11 12/23 45/22 61/19
**Romanette [1]** 37/3
**room [3]** 39/15 152/22 158/13
**route [2]** 51/9 61/5


## S


**said [56]** 9/12 17/7 19/7 21/4 30/25 31/25 32/19 38/14 40/3 40/19 40/22 40/23 41/3 47/16 48/4 61/17 66/5 66/11 68/18 72/7 76/8 78/16 78/23 83/15 83/20 87/2 89/20 92/10 94/13 97/1 103/21 104/10 112/11 118/22 120/5 120/25 121/3 121/4 121/11 122/11 122/20 123/19 124/24 128/9 128/13 129/7 131/24 142/17 154/12 154/19 157/11 187/8 187/18 187/23 202/1 202/2
**sake [1]** 121/24
**same [33]** 19/21 30/2 31/22 39/18 41/12 49/17 49/21 50/3 56/21 57/1 66/6 69/13 79/16 79/22 80/12 80/14 81/7 82/18 82/21 84/12 85/22 87/22 87/25 88/24 88/24 100/16 124/21 147/22 152/17 154/16 162/4 166/2 166/22
**SARA [2]** 2/6 3/19
**SARAH [6]** 1/23 1/23 3/10 3/11 4/11 28/16
**saturated [2]** 85/18 86/5
**save [1]** 118/21
**saw [5]** 47/15 69/6 71/17 187/23 188/3
**say [64]** 7/13 9/4 12/1 12/7 15/14 16/3 16/10 17/11 17/13 17/19 18/3 18/4 18/18 19/21 19/22 20/19 22/7 25/7 25/25 26/14 27/24 28/4 31/9 31/21 31/24 35/2 36/23 40/2 41/3 41/21 42/5 43/8 47/18 47/19 48/13 49/6 52/18 59/10 59/22 76/23 89/19 96/5 100/18 104/23 114/8 116/22 122/10 123/8 127/11 136/21 150/13 154/21 154/24 155/3 158/10 163/22 170/24 173/16 180/22 183/21 187/21 189/10 191/10 194/14
**saying [19]** 26/15 27/19 28/6 29/22 35/19 101/2 114/2 115/20 116/24 117/4 117/11 117/15 123/15 155/17 169/3 173/13 173/17 194/9 201/16
**says [39]** 35/9 36/18 37/4 37/20 39/2 39/3 71/4 73/24 74/24 75/13 80/2 104/19 112/5 113/2 113/21 113/23 114/7 115/13 117/6 122/3 123/10 127/9 130/8 130/12 133/2 135/22 136/4 136/23 143/17 144/3 179/23 189/4 189/5 190/5 195/6 195/11 195/20 197/20 199/4
**scenes [1]** 88/13
**scheduled [1]** 29/18
**schools [1]** 11/1
**Sci [1]** 149/4
**Sci-comm [1]** 149/4
**science [9]** 9/3 16/8 21/23 25/24 32/19 44/15 50/2 63/22 149/1
**sciences [3]** 16/1 17/2 22/18
**scientific [6]** 18/4 118/19 135/8 148/23 161/14 201/23
**scientifically [1]** 173/23
**scientist [10]** 21/12 62/8 64/5 64/20 65/16 120/1 135/14 138/25 166/17 200/9
**scientists [11]** 16/15 50/20 51/16 61/14 62/8 98/7 98/13 98/16 98/21 139/1 185/21
**scope [1]** 77/16
**scratch [1]** 61/16
**screen [8]** 36/24 60/21 86/4 92/4 104/7 132/21 143/14 187/22
**SE [1]** 1/7
**search [3]** 133/18 133/23 135/2
**seat [3]** 6/8 88/24 153/10
**seated [3]** 3/5 15/7 90/21
**second [14]** 4/21 13/19 42/13 54/9 79/4 86/24 93/22 128/4 139/19 144/3 162/8 163/9 190/22 199/15
**secondary [9]** 73/17 135/23 136/7 174/18 174/21 195/13 195/15 196/23 197/21
**secondly [1]** 155/8
**section [2]** 140/5 193/24
**see [62]** 5/4 5/14 15/25 17/2 20/9 26/25 36/22 55/20 56/13 59/5 63/10 68/7 68/16 69/10 69/19 70/23 71/3 71/7 72/12 73/3 73/4 73/6 73/10 73/17 74/13 76/10 77/10 79/1 79/3 79/4 80/5 81/4 83/3 85/5 105/15 105/16 105/21 105/23 106/24 109/12 113/4 113/5 115/14 118/2 124/7 127/7 135/24 135/25 136/25 138/11 143/2 143/21 154/10 162/3 162/24 166/5 167/10 172/7 193/13 195/9 200/22 201/15
**seeing [2]** 55/19 62/19
**seem [1]** 89/13
**seemed [1]** 88/22
**seems [12]** 20/10 35/8 39/25 48/17 49/10 51/13 63/6 88/9 88/15 88/18 91/15 202/23
**seen [5]** 63/20 86/6

S

**seen... [3]** 167/22 178/5 178/11
**select [2]** 75/20 80/3
**selected [4]** 31/17 79/11 81/1 81/16
**seniors [1]** 24/8
**sense [5]** 26/1 48/13 48/20 99/5 141/1
**sent [2]** 29/22 87/14
**sentence [51]** 13/6 65/20 70/25 72/5 73/1 73/15 73/24 74/24 75/13 112/4 112/20 112/21 112/23 114/2 115/13 115/19 115/19 118/1 118/12 118/18 122/2 123/25 124/1 127/5 136/25 139/25 144/3 171/20 171/22 172/4 172/5 172/12 172/24 173/4 173/5 173/6 173/8 173/13 174/6 174/11 174/13 175/4 175/6 175/12 175/15 175/25 176/1 176/12 176/12 176/23 178/14
**separate [3]** 49/24 87/3 120/17
**sequestered [1]** 5/14
**sequiturs [1]** 174/1
**series [1]** 191/12
**seriously [1]** 118/25
**set [3]** 30/7 42/6 183/13
**sets [1]** 11/14
**seven [1]** 90/18
**several [7]** 50/25 51/5 52/16 52/17 73/5 73/16 148/18
**Shakes [1]** 121/12
**Shame [1]** 35/20
**shape [1]** 88/6
**share [2]** 30/2 87/25
**she [10]** 78/12 78/15 78/16 78/25 79/11 81/16 81/16 156/1 186/19 192/13
**shed [1]** 138/8
**Shen [1]** 3/21
**shift [1]** 167/10
**shopping [1]** 19/7
**short [2]** 44/25 170/10
**should [18]** 31/7 35/2 43/5 51/9 53/13 62/5 71/2 84/20 89/1 90/11 99/25 102/13 112/24 123/8 152/14 155/19 167/6 202/25
**shouldn't [1]** 122/8
**show [5]** 79/25 80/1 170/13 184/12 185/19
**showed [2]** 79/12 131/19
**showing [5]** 110/2 110/20 166/2 169/11 171/12
**shown [9]** 68/9 76/21 76/24 91/1 103/12 105/24 127/17 153/17 156/16
**shows [1]** 81/12
**side [9]** 27/25 28/3 53/14 60/9 63/9 64/1 64/14 91/2 188/23
**sidebar [3]** 118/2 118/6 119/21
**sides [1]** 153/22
**significance [4]** 151/8 160/7 166/19 177/18
**significant [2]** 17/13 151/24
**SILVERSTEIN [2]** 2/4 3/22
**similar [2]** 30/25 85/22
**similarly [1]** 80/21
**simple [2]** 55/8 104/8
**simply [1]** 94/19
**since [8]** 18/24 29/16 45/8 86/15 112/4 121/20 184/15 193/9
**single [5]** 23/18 168/25 170/24 174/21 177/6
**sir [7]** 44/4 44/6 44/18 47/14 79/9 139/22 158/9
**siRNA [4]** 52/3 52/3 149/17 182/23
**sit [4]** 4/23 59/14 143/7 200/9
**site [18]** 33/12 33/16 33/16 35/3 51/9 61/5 63/16 69/22 71/1 71/9 72/17 74/9 76/16 84/17 85/8 85/20 110/15 140/7
**sites [1]** 73/21
**six [2]** 83/18 83/23
**sixth [1]** 194/20
**skill [19]** 40/14 41/18 42/2 58/23 58/24 67/19 69/8 70/7 72/14 74/19 75/15 149/21 159/20 161/11 164/18 166/9 168/16 189/17 202/16
**skilled [7]** 76/2 95/4 96/15 117/8 117/22 134/14 137/3
**skip [2]** 146/1 169/21
**slide [49]** 91/8 92/2 93/8 104/4 105/7 107/21 111/5 112/18 115/12 121/25 123/4 123/5 129/20 129/21 132/19 133/10 135/16 146/21 146/23 149/10 149/13 151/4 151/8 151/17 151/21 158/17 158/19 160/5 160/8 162/8 162/9 162/13 164/6 164/9 165/20 165/23 166/25 167/3 169/21 169/25 170/8 171/3 172/1 172/23 174/11 174/25 176/17 177/11 177/13
**Slide 12 [1]** 166/25
**Slide 14 [1]** 169/25
**Slide 18 [2]** 104/4 172/23
**Slide 19 [1]** 105/7
**Slide 2 [1]** 146/21
**Slide 20 [1]** 111/5
**Slide 21 [1]** 112/18
**Slide 24 [1]** 177/11
**Slide 3 [1]** 149/10
**Slide 5 [2]** 151/21 158/19
**Slide 54 [1]** 135/16
**Slide 9 [1]** 162/9
**slides [8]** 90/23 90/23 91/1 91/12 107/22 145/20 146/18 160/9
**slightly [5]** 18/1 25/6 30/3 80/13 172/7
**slowly [2]** 43/22 59/23
**small [5]** 17/19 17/22 24/24 52/4 63/11
**snapshots [1]** 105/8
**so [326]**
**soaps [1]** 25/18
**societies [1]** 148/19
**Society [3]** 7/21 7/23 148/20
**sole [1]** 105/17
**solely [3]** 24/8 39/20 92/21
**solution [1]** 60/1
**solve [2]** 38/1 51/17
**solved [1]** 51/21
**some [50]** 4/25 5/15 17/20 18/23 19/3 20/10 23/5 23/15 24/10 25/15 25/17 27/5 27/21 30/10 39/19 41/19 42/19 50/2 55/7 78/15 90/23 105/11 124/20 124/22 124/25 144/15 145/20 146/4 146/18 150/2 156/24 157/4 157/19 159/8 161/2 161/5 165/17 167/7 169/11 171/5 171/9 172/13 173/2 174/14 176/10 176/20 179/4 190/9 192/9 202/8
**somebody [5]** 75/3 143/14 162/5 183/23 195/23
**somehow [1]** 141/1
**someone [1]** 58/11
**something [32]** 5/5 13/1 18/5 18/17 26/20 31/18 33/1 40/10 48/20 49/11 53/20 57/7 60/22 67/8 88/10 100/18 120/17 128/5 128/6 138/25 149/4 152/14 157/8 157/12 158/14 161/13 162/3 164/18 176/4 183/20 183/21 184/16
**sometimes [4]** 26/9 32/19 94/22 123/13
**somewhat [3]** 31/12 48/12 83/25
**somewhere [36]** 10/9 27/6 40/9 41/15 54/9 54/11 61/22 61/24 67/22 68/5 68/5 68/13 68/13 68/19 70/25 72/22 72/23 76/6 76/8 95/22 97/11 99/24 99/24 102/5 103/3 107/4 107/4 108/18 109/1 112/5 112/9 141/7 141/8 144/10 144/12 153/14
**soon [1]** 53/13
**sorry [31]** 5/11 10/10 13/18 23/8 37/8 66/4 66/25 95/10 96/5 98/18 103/7 103/8 109/2 110/13 110/24 112/3 124/14 126/14 141/18 152/13 155/25 156/13 158/16 158/18 163/22 187/24 191/10 192/7 195/8 198/25 200/1
**sort [7]** 5/3 31/22 44/11 46/12 47/17 63/2 150/1
**sounded [1]** 16/21
**sounds [4]** 20/9 28/6 35/17 39/13
**source [1]** 19/2
**sources [1]** 134/19
**speak [4]** 5/11 43/21 43/21 184/20
**spec [1]** 176/9
**species [1]** 97/12
**specific [13]** 5/5 11/22 24/22 77/22 84/19 92/21 130/15 131/8 131/11 181/10 182/14 183/11 184/1
**specifically [7]** 17/4 17/11 111/14 146/5 165/4 180/25 195/8
**specification [25]** 83/5 83/8 83/10 94/16 105/10 109/21 110/2 110/20 115/3 115/9 117/11 119/24 120/3 120/10 120/13 120/18 120/20 121/1 121/7 121/19 125/24 176/11 178/1 195/25 197/20
**specifications [5]** 126/1 158/24 158/25 170/2 177/2
**specifies [1]** 152/9
**specify [3]** 71/2 71/13 109/7
**spell [3]** 5/25 6/2 14/23
**spend [2]** 119/10 119/10
**spent [3]** 17/11 42/16 171/9
**sphere [2]** 56/22 61/3
**spherical [1]** 56/17
**stable [1]** 52/17
**stand [6]** 4/16 4/22 5/20 42/24 143/11 145/15
**standard [1]** 59/10
**standing [3]** 5/24 14/22 59/13
**Stanford [2]** 10/20 10/22
**start [14]** 20/13 39/15 54/13 56/20 63/9 65/5 65/8 70/12 70/22 81/3 158/19 163/1 169/3 190/18
**started [7]** 20/1 20/2 21/9 60/25 65/6 86/25 169/9
**starts [2]** 67/21 140/1
**state [6]** 5/24 14/22 44/4 90/16 149/17 160/13
**stated [1]** 98/10
**statement [2]** 118/14 161/5
**states [6]** 1/1 1/17 20/12 20/13 23/24 165/4
**statute [2]** 120/12 121/18
**stay [3]** 28/15 45/1 54/18
**stems [1]** 38/14
**stenographic [1]** 203/12

S

**step [13]** 13/15 14/17 28/11 59/7 62/18 63/7 90/19 145/12 152/23 153/1 184/8 186/10 202/6
**stepped [1]** 5/17
**stepping [1]** 39/17
**steps [1]** 203/4
**steric [1]** 161/25
**sterols [1]** 50/11
**Steve [1]** 3/13
**stickied [1]** 30/15
**sticking [1]** 68/25
**still [8]** 21/7 21/12 68/25 75/24 76/4 119/9 144/25 202/7
**stop [4]** 19/6 48/11 93/22 190/20
**story [1]** 81/8
**strategic [1]** 88/3
**STRAWN [2]** 2/13 4/3
**stream [2]** 162/19 162/20
**street [2]** 1/15 147/5
**strike [3]** 128/1 167/23 190/12
**strikes [2]** 88/7 88/12
**strongly [4]** 73/25 74/3 74/22 122/4
**struck [1]** 156/6
**structure [25]** 16/19 26/9 26/14 26/16 34/6 34/9 34/22 34/23 56/22 59/3 62/21 73/2 80/3 80/5 109/22 115/21 126/3 132/10 132/16 150/7 150/9 150/14 164/24 179/2 184/4
**structured [1]** 12/20
**structures [4]** 26/7 26/22 27/1 172/17
**stuck [2]** 88/14 88/14
**student [7]** 13/5 23/23 31/24 47/15 66/5 66/6 66/11
**students [11]** 9/23 45/22 46/2 46/2 46/3 46/4 46/5 46/6 110/5 110/6 110/6
**studies [1]** 7/9
**study [4]** 7/8 7/15 21/9 23/24
**studying [1]** 45/23
**stuff [2]** 118/23 118/24
**subject [2]** 9/23 189/13
**submit [2]** 40/16 82/17
**submitted [2]** 87/5 87/10
**submitting [1]** 78/9
**subset [3]** 19/22 130/15 131/8
**substituted [1]** 165/16
**success [1]** 19/25
**successful [1]** 51/13
**such [11]** 18/21 51/16 56/21 58/8 62/13 68/4 76/22 117/14 168/20 181/12 188/14
**suggest [6]** 120/17 144/6 174/22 175/12 177/3 184/16
**suggested [3]** 139/6 139/14 142/4
**suggesting [1]** 31/11
**suggestion [2]** 42/10 140/20
**suggests [2]** 48/23 177/7
**suit [3]** 103/15 103/18 180/23
**suitable [7]** 75/14 75/18 127/6 127/10 176/2 176/8 177/1
**sum [3]** 75/8 127/2 144/22
**summary [3]** 4/15 44/19 146/24
**super [5]** 7/11 17/17 19/7 19/7 163/3
**Superamolecular [1]** 7/14
**supervise [1]** 45/22
**supervision [1]** 46/3
**support [3]** 38/23 131/23 178/1
**suppose [1]** 161/14
**supposed [5]** 89/23 119/2 120/11 202/14 202/15
**sure [33]** 11/2 11/3 13/20 14/18 19/4 19/19 19/19 21/25 22/12 23/14 36/25 84/6 91/1 95/18 109/18 120/18 123/11 129/8 139/2 145/24 147/3 147/17 156/15 162/14 171/22 173/9 174/14 175/7 180/8 182/11 182/25 182/25 195/10
**surface [1]** 183/14
**surfactants [2]** 25/15 25/18
**surprised [2]** 21/2 169/17
**surround [1]** 56/1
**surrounding [2]** 57/1 61/4
**suspect [1]** 31/22
**sustained [2]** 77/18 77/21
**switcheroo [1]** 4/24
**sworn [6]** 6/5 15/2 43/25 146/10 153/7 156/11
**Symposia [1]** 7/24
**synthesis [1]** 202/8
**synthetic [4]** 99/1 99/8 100/8 101/17
**system [3]** 18/6 18/14 190/14
**systems [5]** 17/10 17/14 25/4 138/23 148/6

T

**Tab [1]** 47/3
**Tab 1 [1]** 47/3
**table [5]** 3/10 30/10 79/16 79/22 81/22
**tack [1]** 32/4
**tail [7]** 28/7 28/7 31/5 32/11 32/12 35/9 191/8
**tails [59]** 26/10 26/12 27/25 31/1 31/2 31/3 31/8 31/13 31/14 31/16 31/20 32/25 33/2 33/4 34/17 35/10 36/19 37/5 40/4 41/13 56/3 61/25 63/19 65/21 68/20 69/21 69/12 92/11 94/10 94/10 94/12 94/18 94/20 95/1 96/10 97/1 97/3 97/6 97/14 97/19 98/14 98/17 98/19 100/11 101/8 101/20 101/25 102/3 102/10 102/14 104/17 105/25 140/18 142/2 178/19 180/2 182/9 185/14 185/16
**take [19]** 24/8 29/23 32/3 58/6 88/9 90/17 94/6 99/17 104/2 118/24 139/23 140/11 157/25 184/1 186/22 187/14 190/14 195/10 195/22
**taken [2]** 90/20 168/22
**takes [1]** 62/4
**taking [1]** 26/21
**talk [24]** 27/11 27/11 36/20 48/20 50/2 50/16 58/14 95/2 129/6 129/12 132/10 133/12 139/6 149/2 159/8 173/2 177/9 178/11 178/14 193/8 193/10 197/8 197/10 200/4
**talked [8]** 41/20 125/20 135/17 175/4 186/19 187/2 188/11 196/9
**talking [32]** 15/8 16/12 21/23 39/15 39/18 48/15 50/12 50/13 50/16 53/16 61/13 67/11 96/20 101/17 107/23 112/4 122/2 126/9 128/3 131/2 134/9 157/7 157/12 159/14 167/7 172/10 174/2 176/2 179/12 179/12 197/13 201/9
**talks [8]** 49/1 73/2 73/15 78/6 114/21 115/7 115/9 116/1
**Tang [10]** 129/23 130/1 130/8 130/12 130/14 131/5 131/13 131/16 131/24 164/12
**target [1]** 61/5
**teach [3]** 10/17 102/5 171/10
**teached [1]** 10/1
**teaches [3]** 64/13 141/9 177/5
**Technology [1]** 44/25
**Ted [1]** 149/2
**tell [27]** 13/5 27/23 29/11 37/20 39/5 55/4 55/16 62/20 63/25 69/6 70/21 72/14 73/19 75/3 75/15 80/25 89/23 96/11 102/7 109/4 140/5 153/16 166/19 168/5 190/18 198/20 202/19
**telling [1]** 10/13
**tells [22]** 65/19 67/22 67/25 68/12 69/15 70/25 72/19 73/20 85/16 102/22 108/25 109/2 111/15 116/20 126/2 136/5 151/11 168/6 171/22 172/5 177/23 201/4
**temporarily [1]** 153/5
**ten [2]** 118/23 193/19
**tend [2]** 22/22 26/6
**term [35]** 22/4 24/17 25/11 27/10 29/13 29/25 49/9 49/17 66/12 67/6 70/18 92/7 93/10 102/2 133/16 133/19 133/20 138/9 149/6 149/22 150/23 153/19 157/17 158/5 158/13 159/2 159/20 159/23 165/2 166/10 167/25 168/16 170/21 177/19 196/14
**terms [22]** 16/18 27/8 30/4 31/12 31/13 41/20 48/18 51/20 57/18 79/25 86/2 87/16 88/20 89/1 95/24 99/3 136/17 148/6 151/19 159/1 172/17 173/11
**tertiary [26]** 79/5 79/7 81/9 81/14 105/5 122/12 122/18 123/9 135/24 136/7 174/19 189/7 191/23 191/24 192/24 194/22 195/2 195/6 195/8 195/13 195/15 195/20 196/23 197/21 201/2 201/6
**testified [12]** 6/5 15/2 43/25 143/8 144/16 144/18 146/11 150/24 153/7 156/12 161/1 163/21
**testify [3]** 168/12 173/19 190/15
**testifying [2]** 184/16 188/2
**testimony [16]** 48/17 53/25 71/16 103/18 112/11 143/15 146/19 153/15 154/6 156/7 158/15 187/20 192/5 192/8 196/4 197/16
**text [26]** 65/6 67/25 68/12 101/13 108/25 109/4 110/9 110/11 110/12 110/14 110/17 111/14 111/24 112/6 115/2 116/20 117/17 120/1 120/14 120/17 126/2 126/5 136/25 188/22 188/23 196/1
**textbook [5]** 12/18 23/18 24/12 57/8 59/10
**textbooks [3]** 23/5 23/7 23/12
**than [43]** 12/4 25/1 26/7 26/10 26/14 27/10 29/5 31/8 31/20 37/8 59/14 73/25 74/22 90/14 92/11 92/15 97/6 97/14 97/18 98/1 98/14 98/17 98/19 100/11 100/22 101/8 101/19 101/25 102/3 102/9 102/13 109/19 122/4 122/12 122/18 123/9 126/5 137/17 140/17 142/2 150/14 175/10 200/19
**Thank [22]** 3/14 4/7 13/12 14/5 14/6 14/15 14/18 28/10 28/24 29/2

**T**


**Thank... [12]** 43/15 43/19 77/4 77/10 108/20 119/19 145/11 155/25 156/13 180/19 202/6 203/5

**Thanks [3]** 28/12 119/20 153/9

**that [991]**

**that's [174]** 5/9 6/16 6/18 7/19 8/17 9/23 12/7 14/4 15/14 22/17 24/19 24/20 26/20 27/16 27/17 28/4 28/23 29/15 30/4 31/21 32/2 33/3 34/3 34/7 36/11 36/22 37/24 38/7 38/17 40/11 41/11 44/8 45/4 46/20 47/20 48/17 49/1 50/15 50/15 50/17 51/8 52/2 53/5 53/18 55/4 55/24 56/14 56/18 56/21 56/23 57/12 57/15 58/1 58/18 58/20 59/18 59/25 60/4 60/6 60/8 63/10 64/8 65/2 65/19 66/9 66/12 67/8 67/8 69/11 69/13 70/9 71/21 75/8 75/21 75/25 76/25 77/6 77/18 78/2 78/3 78/17 81/18 82/4 82/5 84/6 88/14 90/7 91/8 93/2 93/12 94/22 97/9 97/14 98/14 98/15 99/5 99/10 99/11 101/5 102/1 102/18 103/11 104/18 105/19 106/24 108/11 108/19 110/16 110/25 111/10 111/21 112/21 112/25 120/1 121/11 121/20 123/8 124/17 124/18 126/16 128/2 128/10 129/14 129/18 130/6 130/7 130/11 131/14 132/10 132/21 134/1 134/3 134/7 135/10 137/16 137/17 139/20 141/2 141/9 142/1 144/16 152/21 154/11 154/19 155/12 155/16 155/24 158/7 160/21 161/14 164/8 168/21 169/9 173/22 175/4 178/2 183/17 184/12 184/19 185/18 188/11 190/2 190/22 191/3 191/7 191/25 192/19 193/3 195/21 196/12 199/13 199/16 201/7 202/1

**their [17]** 12/20 17/17 21/1 31/4 31/24 31/24 33/16 34/4 89/6 89/21 89/25 119/14 148/5 148/6 148/6 181/18 185/12

**them [32]** 18/3 51/5 53/2 55/6 59/10 59/11 76/14 84/10 84/22 84/23 87/3 88/6 88/7 88/16 89/25 91/3 91/8 103/1 103/1 103/2 119/16 119/17 138/2 142/1 157/19 162/19 167/16 170/4 173/17 174/7 175/10 194/11

**themselves [5]** 20/20 86/2 103/24 142/18 173/18

**then [102]** 5/8 5/13 12/23 23/2 27/11 28/1 28/3 28/22 33/1 39/18 41/8 41/17 42/1 45/2 53/12 56/22 59/7 63/14 63/17 67/25 68/5 68/15 69/15 71/3 72/11 72/21 73/24 75/13 76/16 80/3 81/5 81/7 81/9 83/22 85/11 86/21 99/16 99/17 100/1 102/1 105/4 105/5 106/23 107/5 107/7 109/1 112/8 112/9 113/23 115/6 116/1 118/20 119/10 119/13 123/5 126/13 126/15 128/5 128/12 128/13 128/18 129/5 129/12 131/10 134/12 136/24 137/3 137/5 142/24 143/13 143/23 144/2 144/9 144/25 147/15 148/9 150/8 150/19 157/13 157/25 157/25 160/24 162/15 166/4 166/5 170/4 170/7 174/1 174/18 174/19 187/4 189/5 189/11 190/4 191/6 192/22 193/5 193/8 193/22 195/18 198/23 202/7

**theory [1]** 24/10

**therapeutic [4]** 22/15 50/24 60/16 188/16

**there [152]** 6/19 6/22 6/24 7/7 7/15 7/16 8/15 8/18 8/20 9/5 9/14 12/19 12/21 15/7 17/13 18/17 18/21 19/8 19/14 19/19 19/21 19/22 19/22 19/24 20/2 20/3 20/14 20/17 21/2 21/4 21/13 21/18 21/21 21/25 21/25 22/14 22/19 23/2 23/5 23/15 23/15 23/15 23/20 24/2 24/21 24/23 25/2 25/8 26/3 27/5 27/14 32/17 32/22 32/24 35/1 38/2 38/12 41/5 41/9 41/19 41/20 44/11 45/9 48/18 49/18 50/24 53/11 54/3 59/2 59/18 59/21 61/19 63/3 66/2 67/24 68/18 70/5 72/18 72/20 73/22 74/2 76/11 77/17 77/23 77/23 78/1 78/1 79/14 81/19 85/22 88/6 91/12 99/12 101/2 107/1 107/2 107/10 109/24 113/22 114/20 115/1 115/7 115/16 116/11 123/10 123/15 127/24 129/13 130/11 130/17 140/1 150/7 150/10 153/14 154/25 159/8 161/2 162/24 165/12 167/7 168/19 169/9 170/3 170/12 172/16 173/2 174/12 176/10 176/14 177/3 177/6 177/9 179/2 179/17 184/24 186/14 189/5 191/7 191/11 195/6 195/11 196/3 196/5 198/16 199/2 200/7 201/9 201/10 201/12 201/12 201/14 202/2

**there's [51]** 8/21 17/1 19/6 22/2 22/12 24/4 25/23 32/22 34/11 34/11 34/12 36/16 37/4 39/12 48/25 49/5 49/5 56/16 61/22 64/16 69/23 71/25 84/22 85/25 87/21 91/8 93/9 99/6 118/19 122/7 122/14 123/12 125/14 125/23 126/1 126/3 128/9 133/15 154/21 159/4 168/25 171/20 172/13 178/24 179/21 187/18 188/9 191/11 195/14 196/18 197/4

**therefore [9]** 69/22 74/9 77/3 85/9 101/15 109/8 117/21 130/15 176/3

**these [94]** 5/13 12/22 16/15 18/1 19/10 19/25 21/5 26/8 30/2 31/4 33/18 45/20 47/7 50/14 50/19 51/13 52/25 53/2 53/8 54/22 56/2 56/6 56/19 57/6 59/5 60/12 60/21 61/16 67/9 69/9 73/11 78/12 78/22 79/9 79/22 79/25 80/1 80/15 80/16 81/14 84/20 85/19 88/8 88/21 90/13 96/8 96/10 98/7 100/8 105/17 106/8 106/10 106/11 116/4 127/2 135/18 135/20 137/15 137/22 151/24 152/11 158/25 160/9 160/9 160/15 160/17 162/18 166/14 167/12 167/14 169/12 170/1 170/3 171/22 172/18 172/19 172/21 173/15 173/15 174/20 175/8 176/22 176/22 182/10 183/4 183/11 184/6 188/25 190/6 190/8 190/9 196/15 200/4 200/22

**they [138]** 7/2 7/17 8/4 9/10 9/17 9/18 10/20 12/20 12/21 16/2 17/4 17/17 18/5 18/6 22/1 25/6 25/16 26/6 26/7 26/8 26/9 26/11 26/12 26/12 26/13 31/14 31/15 33/20 34/18 36/12 36/13 39/15 39/16 39/17 40/2 46/23 49/6 50/21 54/21 54/22 54/25 55/1 56/3 56/20 56/21 57/3 61/1 61/2 61/11 61/12 68/22 73/13 74/9 78/2 79/10 79/16 79/16 83/12 83/14 83/21 84/2 84/4 84/5 84/7 85/20 85/24 87/25 97/24 98/6 98/17 98/19 98/20 100/1 101/16 108/5 117/22 119/2 131/9 131/19 134/2 135/5 138/22 141/25 142/19 142/20 150/17 153/22 153/25 154/3 157/21 157/22 157/23 160/13 162/19 162/20 162/20 167/15 167/17 169/11 171/17 174/9 175/9 175/10 175/11 176/12 176/24 176/24 176/25 177/1 179/4 181/12 182/3 182/5 185/13 185/23 189/2 189/11 189/17 189/19 190/3 190/14 191/19 195/25 196/2 197/24 200/1 200/1 200/4 200/7 200/10 200/14 201/7 201/12 201/12 201/14 202/4 202/5 202/13

**They'll [1]** 190/14

**they're [11]** 6/25 17/21 20/25 22/13 83/9 83/11 118/12 118/25 119/1 119/1 193/9

**they've [2]** 153/17 184/21

**thing [18]** 17/1 21/6 27/16 29/15 34/18 34/23 39/18 53/9 80/12 99/15 129/7 131/22 132/2 135/7 154/21 154/24 184/20 193/15

**things [25]** 4/25 18/1 22/24 22/24 36/13 50/14 56/6 59/2 67/9 73/5 73/8 73/8 86/11 87/13 90/24 120/11 122/23 122/24 138/20 142/20 152/21 158/11 176/2 176/3 200/7

**think [90]** 8/24 10/3 10/19 12/16 16/15 19/3 19/8 19/13 22/21 23/3 24/19 24/20 25/1 25/20 27/3 27/13 30/6 30/8 30/15 30/19 30/24 31/3 32/2 32/8 32/16 32/18 32/23 33/24 34/4 34/11 34/12 36/11 36/16 38/7 38/19 39/10 39/11 41/3 41/4 41/11 43/5 49/2 49/4 49/7 56/5 57/8 58/12 62/17 67/10 67/17 70/17 74/23 75/18 83/2 84/11 87/9 90/10 90/11 93/9 94/12 97/1 118/20 121/21 123/21 125/14 130/21 139/6 140/20 142/17 145/3 150/5 154/12 155/16 155/21 155/22 156/17 158/8 160/1 160/1 161/10 164/17 173/22 173/24 174/12 181/1 186/15 190/2 198/12 200/3 202/20

**thinking [3]** 16/18 26/2 35/16

**thinks [2]** 156/1 192/13

**third [6]** 132/21 139/19 176/12 190/22 194/20 199/16

## T


**this [321]**
**those [52]** 6/16 8/15 9/8 9/9 10/25 17/22 23/19 25/5 26/25 29/17 46/5 56/11 64/25 73/8 75/8 79/17 79/19 80/18 83/10 84/15 85/23 85/25 87/4 87/22 89/5 89/6 90/4 90/4 90/6 105/14 106/5 108/2 109/6 122/22 130/9 141/22 148/5 160/2 170/7 173/18 174/4 174/20 176/15 179/3 181/14 187/9 189/15 198/2 199/21 200/13 201/4 201/22
**though [9]** 12/25 19/2 27/19 27/19 39/19 79/9 154/5 194/7 203/2
**thought [10]** 26/1 35/18 37/25 83/15 83/20 155/24 158/25 161/20 163/19 164/1
**thousands [2]** 109/21 168/22
**three [16]** 4/2 6/16 32/17 32/24 34/16 46/1 79/2 81/14 88/23 94/8 105/2 130/9 164/25 165/13 166/2 171/23
**through [26]** 38/21 42/13 43/2 50/5 62/18 63/7 64/25 65/17 72/4 84/23 91/14 105/8 108/2 112/17 112/20 139/14 142/4 160/16 162/12 162/12 162/21 169/20 171/18 187/16 196/17 202/3
**throughout [2]** 49/18 50/7
**thrust [2]** 38/25 161/23
**Thursday [1]** 1/12
**thus [1]** 189/8
**ties [1]** 197/8
**TIGAN [3]** 2/11 3/24 4/1
**till [1]** 46/2
**time [47]** 18/23 20/16 25/21 29/5 38/6 42/16 42/20 48/2 50/19 50/24 53/7 59/22 61/14 62/9 63/2 63/22 64/20 118/8 118/10 118/21 119/5 119/9 119/16 119/17 121/24 145/25 159/1 159/10 159/12 159/14 160/22 161/14 161/16 162/5 163/14 168/7 168/10 169/7 169/9 169/19 171/9 184/15 184/21 186/23 193/6 202/2 203/1
**times [1]** 154/12
**timing [1]** 198/5
**Tirrell [1]** 45/1
**title [3]** 20/4 20/5 22/23
**today [15]** 4/3 16/11 17/16 29/24 47/1 47/8 47/25 66/7 71/16 92/24 119/14 134/19 146/19 150/1 200/9
**together [6]** 29/23 40/1 61/18 63/10 77/18 202/8
**told [8]** 8/6 70/17 137/11 138/2 193/6 193/14 193/15 202/24
**tomorrow [2]** 198/15 198/17
**too [6]** 36/13 107/13 119/14 136/3 140/21 143/7
**took [1]** 153/15
**tools [1]** 46/17
**top [10]** 10/3 23/3 23/9 55/22 66/7 66/14 81/3 106/14 194/24 195/2
**topic [1]** 19/9
**topics [1]** 45/9
**total [2]** 126/24 143/1
**totally [2]** 5/2 90/11
**touch [1]** 137/20
**towards [3]** 105/4 161/18 169/17
**TOWNSEND [3]** 1/22 3/6 3/8
**toxicity [1]** 148/7
**track [2]** 37/24 45/18
**trading [1]** 87/13
**Traditionally [1]** 160/20
**training [1]** 25/15
**trait [1]** 93/2
**transcript [8]** 40/21 41/1 91/9 108/15 110/18 128/6 139/12 203/12
**transfect [1]** 188/10
**transition [1]** 164/4
**translate [1]** 59/19
**translation [1]** 163/7
**transport [1]** 98/12
**trashcan [1]** 163/1
**travels [1]** 196/17
**treat [4]** 24/3 33/23 52/6 58/16
**treatise [5]** 11/14 11/25 21/20 57/8 57/14
**treatises [2]** 18/11 21/18
**treatments [1]** 45/13
**trial [1]** 91/5
**tricky [2]** 21/4 24/20
**tried [1]** 104/6
**trip [1]** 118/13
**true [12]** 6/18 55/4 58/3 80/16 96/19 131/14 166/22 178/2 183/20 188/3 192/19 203/11
**truly [1]** 150/17
**trust [1]** 166/21
**try [7]** 43/21 88/10 121/23 135/15 169/20 171/18 198/5
**trying [12]** 12/25 13/4 16/22 18/9 19/17 35/5 50/20 51/17 118/21 121/24 183/25 184/1
**tubbing [1]** 31/23
**TUNNELL [1]** 2/11
**turn [5]** 19/1 64/22 85/12 139/18 151/4
**turning [2]** 65/4 169/18
**turns [1]** 118/14
**Twenty [1]** 20/22
**two [43]** 26/10 26/12 30/2 30/7 30/9 35/14 37/3 39/15 40/1 56/3 59/2 65/21 69/12 73/11 79/1 80/11 81/5 81/10 81/15 88/21 105/3 105/14 106/10 109/13 116/11 116/14 122/23 122/24 135/18 137/15 142/20 149/18 151/18 151/24 158/13 160/9 160/10 160/23 162/7 185/20 187/2 194/19 199/6
**type [6]** 26/17 92/21 92/25 133/25 179/3 195/16
**types [10]** 17/14 17/15 24/23 25/3 26/2 93/3 97/13 148/23 176/7 182/24
**typically [1]** 189/2
**typo [1]** 123/21


## U


**U.S [2]** 135/12 203/16
**Uh [22]** 24/16 41/23 42/11 46/10 50/1 96/1 104/3 105/9 106/7 109/20 112/22 115/25 116/10 127/14 128/15 132/15 133/14 142/5 144/5 181/24 182/20 191/2
**Uh-huh [22]** 24/16 41/23 42/11 46/10 50/1 96/1 104/3 105/9 106/7 109/20 112/22 115/25 116/10 127/14 128/15 132/15 133/14 142/5 144/5 181/24 182/20 191/2
**ultimate [1]** 150/20
**ultimately [4]** 16/7 98/12 150/20 162/2
**Um [2]** 8/11 75/22
**Um-hmm [2]** 8/11 75/22
**unable [2]** 51/11 126/18
**uncharged [9]** 97/24 98/1 98/2 107/18 109/25 127/9 127/16 134/1 177/8
**under [6]** 6/5 7/2 15/2 43/17 44/21 145/17
**undergrad [2]** 23/25 46/2
**undergraduate [6]** 9/12 9/13 12/18 25/14 31/25 47/15
**undergraduates [1]** 24/11
**underneath [1]** 80/5
**understand [38]** 12/10 12/25 21/6 29/25 38/11 42/3 48/22 49/12 50/6 92/20 93/10 95/3 95/14 95/18 96/16 107/11 112/11 117/11 125/1 128/8 135/12 137/14 138/9 158/14 159/4 166/10 169/4 172/13 177/4 180/22 181/2 182/5 183/24 184/8 187/9 187/12 192/4 197/25
**understanding [28]** 16/16 19/5 19/12 41/6 41/10 52/23 53/24 64/5 64/19 65/18 67/18 69/8 70/6 71/17 72/2 84/16 148/4 163/13 164/23 165/10 167/8 168/6 168/7 169/1 170/20 173/8 175/5 200/10
**understood [16]** 149/22 159/2 159/20 159/23 160/21 161/11 167/25 168/5 168/16 170/25 178/3 179/14 179/24 187/13 192/8 197/16
**undisputed [2]** 33/4 33/7
**unfair [7]** 88/8 88/12 88/16 88/19 88/22 89/20 90/11
**unique [1]** 172/7
**uniquely [1]** 25/6
**UNITED [5]** 1/1 1/17 20/12 20/13 23/24
**universal [1]** 26/24
**universe [1]** 18/21
**universities [7]** 9/14 9/17 10/7 10/16 15/24 44/13 46/8
**university [20]** 6/19 6/22 7/5 7/7 9/18 9/19 9/20 9/20 10/18 16/18 16/24 19/15 24/7 44/7 44/9 44/11 44/22 45/6 146/17 147/5
**unless [5]** 4/15 77/18 125/10 146/4 182/7
**unlike [1]** 41/19
**unordinary [2]** 48/19 48/21
**unprotonated [2]** 60/2 60/3
**unquote [1]** 143/9
**unsaturated [1]** 191/14
**until [4]** 137/15 159/14 159/15 184/9
**unusual [1]** 152/21
**up [58]** 13/6 25/16 29/5 29/23 34/5 34/8 36/23 37/1 38/16 39/13 42/6 50/19 59/13 62/15 63/14 63/20 65/12 69/4 71/22 78/5 78/18 79/20 80/22 81/24 84/24 92/1 102/24 110/7 111/4 111/5 118/9 118/10 118/13 119/23 122/14 122/19 123/22 135/15 139/8 141/12 143/13 143/14 145/20 157/16 159/14 162/22 168/20 177/21 180/20 181/7 185/5 186/14 187/22 194/19 199/1 200/17 200/18 202/12
**UPJOHN [1]** 1/7
**upon [2]** 65/1 196/2
**us [23]** 3/21 5/9 30/20 44/10 44/19 53/19 55/16 56/10 62/20 65/17 69/6 72/4 75/3 75/15 80/25 146/2 151/11 166/2 171/12 171/22 172/5 177/23 201/4
**use [18]** 12/5 12/17 24/12 48/14 49/9 59/2

**U**

**use... [12]** 85/7 88/16 88/19 89/23 90/23 91/10 91/13 117/15 119/2 120/9 130/16 135/14
**used [35]** 9/8 10/8 10/11 24/14 24/23 25/3 25/16 27/10 45/20 48/6 48/18 48/19 48/20 49/17 49/21 52/11 57/15 59/18 67/7 67/9 77/12 101/24 102/2 172/7 174/15 179/5 179/18 179/19 182/19 183/12 188/10 189/11 190/7 196/15 196/16
**useful [1]** 189/6
**uses [5]** 35/10 49/18 56/11 181/14 188/14
**using [7]** 9/9 12/5 45/15 61/24 118/17 142/21 177/5
**usual [1]** 134/11
**usually [7]** 16/1 23/17 23/17 27/25 37/18 157/24 163/12

**V**

**vaccines [3]** 19/11 19/25 149/3
**value [1]** 59/8
**values [2]** 59/9 59/19
**variant [1]** 52/4
**variants [1]** 53/3
**various [6]** 26/21 46/14 149/1 156/16 162/17 199/9
**vary [1]** 26/16
**vehicle [2]** 51/1 51/10
**vehicles [2]** 152/11 182/24
**versus [1]** 60/2
**very [52]** 11/22 12/9 13/1 13/12 14/18 15/16 22/3 29/2 30/9 30/24 31/13 36/11 44/16 45/12 46/20 47/22 50/23 51/6 51/13 57/15 68/16 68/21 68/21 85/16 88/2 88/12 98/25 99/2 103/15 103/19 103/25 110/9 110/11 110/11 118/24 118/24 120/10 123/13 130/14 131/8 131/11 136/25 137/20 148/4 148/22 150/1 150/5 152/21 155/25 195/19 203/1 203/5
**vesicle [1]** 186/9
**via [1]** 105/3
**view [11]** 35/12 88/15 97/4 99/6 103/9 103/14 103/24 111/4 111/11 179/8 196/3
**Vinnie [1]** 4/6
**violently [1]** 30/15
**Virginia [1]** 198/14

**W**

**W0380 [1]** 168/12
**W80 [1]** 147/23
**wait [4]** 37/7 83/6 83/6 83/6
**waived [1]** 202/4
**walk [10]** 38/21 50/5 64/25 65/17 72/4 112/17 112/20 162/12 171/18 187/16
**walked [5]** 16/23 31/24 47/16 66/5 66/11
**walled [1]** 162/23
**walled-off [1]** 162/23
**want [51]** 4/8 5/14 7/18 8/24 14/17 18/10 18/18 23/7 29/23 32/8 33/3 33/15 36/23 38/19 53/10 86/25 99/15 108/11 108/16 109/9 112/20 118/7 118/9 118/13 119/9 119/10 121/10 121/21 125/10 128/4 133/8 137/1 144/25 147/8 147/10 152/17 152/20 152/24 155/1 156/1 156/8 156/8 156/14 176/4 180/13 182/12 190/10 198/5 198/8 200/1 202/20
**wanted [11]** 18/25 39/9 42/5 42/9 48/17 84/6 155/12 158/12 163/12 163/16 169/16
**wants [3]** 33/22 33/25 54/18
**was [141]** 10/9 19/11 23/8 24/6 25/14 27/14 30/15 35/16 35/19 36/3 37/2 37/17 38/12 38/12 38/25 42/5 42/6 43/25 45/2 45/3 45/5 47/9 48/2 51/15 51/15 51/22 52/1 52/7 52/11 52/12 52/15 52/25 53/2 53/6 53/6 53/25 57/22 62/23 62/24 63/1 63/21 64/4 64/19 65/17 67/7 67/18 68/18 70/17 71/12 71/14 71/16 77/13 77/14 85/14 89/7 90/20 95/6 96/3 96/6 96/8 96/16 96/17 97/5 98/22 121/1 123/15 127/17 128/5 128/16 128/25 129/6 129/7 130/1 131/13 131/14 132/2 133/6 134/7 135/3 135/3 135/4 139/4 139/6 139/14 140/21 140/21 146/10 147/4 147/12 147/13 147/22 148/4 149/3 149/15 149/15 149/16 150/5 150/7 153/7 153/22 154/2 154/3 155/17 155/18 156/11 158/4 158/14 159/6 159/8 159/15 161/2 161/17 161/25 162/5 163/10 163/11 163/14 164/13 164/17 165/7 165/13 167/7 167/9 167/18 168/18 169/7 169/14 169/15 169/15 169/17 172/10 173/2 177/9 178/7 183/2 185/20 186/18 187/15 192/8 198/16
**wasn't [5]** 37/23 77/22 89/19 173/25 186/21
**water [38]** 11/11 11/12 11/13 11/21 12/23 49/20 47/21 47/22 50/10 54/18 54/19 54/21 54/21 54/24 55/2 55/25 56/1 56/4 56/16 56/17 56/20 57/1 57/3 57/5 57/5 57/20 63/13 73/13 75/25 76/1 95/13 100/20 100/20 100/22 117/10 117/21 185/13 196/18
**water-loving [1]** 54/21
**way [32]** 14/8 18/21 19/21 35/15 35/18 41/1 48/19 48/21 49/8 49/17 49/21 56/21 58/8 59/12 62/18 72/6 77/24 77/25 88/7 100/16 100/20 104/5 122/7 122/17 152/21 153/21 161/10 166/13 168/25 172/7 190/13 200/20
**ways [3]** 25/7 30/7 101/1
**we [257]**
**we'll [4]** 103/14 111/4 112/17 137/22
**we're [38]** 5/2 6/9 16/6 20/19 29/4 35/25 38/1 43/8 47/11 50/3 53/16 55/19 61/13 62/19 62/20 63/8 72/1 92/24 95/3 96/20 112/4 113/2 119/2 120/11 122/2 132/21 135/19 145/25 157/7 157/11 159/14 161/19 169/5 179/11 179/12 188/21 193/5 201/9
**we've [11]** 27/9 50/12 91/21 94/9 164/14 171/5 171/23 174/1 191/17 196/22 196/22
**week [1]** 87/15
**weeks [1]** 59/13
**welcome [4]** 28/25 29/8 42/12 42/20
**well [73]** 4/5 8/6 9/4 13/18 18/9 19/14 22/8 23/8 26/9 31/2 33/22 35/16 35/22 35/24 36/3 36/12 37/18 38/22 41/9 42/13 53/9 59/2 59/18 61/9 61/19 66/13 68/21 70/22 74/23 75/14 79/1 88/2 88/2 89/16 90/10 99/3 102/22 121/6 123/2 123/12 124/23 126/10 127/6 128/1 128/24 129/5 129/12 130/22 130/24 133/8 134/9 136/5 136/6 145/23 147/12 148/22 154/20 155/11 155/18 157/24 163/12 166/17 182/5 183/19 186/21 187/14 188/1 193/14 193/18 198/11 198/20 198/21 202/19
**well-cited [2]** 22/8 148/22
**well-defined [1]** 26/9
**well-known [3]** 59/18 66/13 166/17
**went [7]** 6/19 6/22 10/20 18/13 18/23 107/10 147/6
**were [49]** 9/5 10/8 10/10 10/11 16/22 17/21 17/22 18/24 19/12 23/23 25/1 25/7 47/6 47/15 50/20 51/2 51/3 51/17 61/14 62/8 66/4 66/7 67/6 67/11 67/17 70/5 77/23 78/16 78/23 83/3 118/22 133/15 134/2 135/5 139/3 140/13 141/10 148/2 150/2 150/5 152/5 158/21 161/1 162/2 165/13 168/19 173/3 193/1 202/2
**weren't [2]** 20/2 20/3
**West [1]** 198/14
**what [208]**
**what's [35]** 7/10 8/24 9/19 12/23 15/17 16/21 20/4 20/4 26/24 27/23 31/25 35/5 41/25 46/15 47/17 50/8 60/7 66/5 66/11 75/4 77/5 80/6 88/6 96/25 130/11 134/11 139/9 140/5 146/22 149/12 151/8 163/4 167/2 169/24 176/19
**whatever [5]** 5/1 88/20 186/22 186/22 198/21
**when [62]** 10/16 12/23 15/25 20/1 20/2 23/23 23/25 25/11 25/13 25/14 27/8 30/14 35/8 35/9 35/9 41/8 41/24 42/5 42/6 50/15 52/10 54/17 54/22 54/23 55/2 61/5 61/24 64/3 67/10 67/21 80/2 80/7 93/19 100/18 108/15 118/10 120/16 124/17 134/18 140/25 143/16 151/11 151/14 153/17 158/21 159/25 161/1 162/20 165/7 167/10 169/7 169/9 172/15 173/9 178/5 186/11 190/17 195/23 196/20 200/3 202/2 202/13
**where [50]** 10/8 10/11 17/2 17/25 18/6 30/20 32/2 34/10 34/11 37/2 41/11 44/6 44/25 46/18 49/6 51/9 52/6 61/21 62/3 65/4 71/2 71/13 72/24 76/25 79/17 84/17 86/1 88/3 99/21 102/14 102/24 109/7 123/5 123/18 133/12 147/17 147/19 161/7 163/7 163/10 167/14 169/4 170/16 179/24 186/16 186/19 190/5 193/13 195/11 196/18
**whereas [2]** 26/10 38/2
**wherein [1]** 37/21
**Whereupon [3]** 90/20 118/5 119/21
**wherever [1]** 109/8
**whether [28]** 27/14 27/20 28/2 28/8 32/12

W

**whether... [23]** 34/21 34/24 35/12 38/10 46/8 50/20 58/14 58/25 63/23 64/4 64/6 77/23 102/7 102/16 120/18 120/19 120/19 159/9 165/9 168/8 182/15 195/6 195/14
**which [84]** 9/20 12/17 13/2 16/1 17/17 17/19 17/20 19/9 30/14 30/25 31/15 33/1 34/14 34/20 34/22 35/10 36/7 37/3 37/4 37/10 37/20 37/22 37/23 38/3 38/23 44/7 44/16 44/22 45/2 45/7 45/12 45/14 48/2 48/23 52/1 52/3 55/21 56/17 56/22 62/23 65/12 68/24 71/4 76/2 83/4 89/8 89/24 93/19 98/1 101/22 105/2 111/14 112/23 114/11 115/22 117/22 117/22 126/8 126/12 129/9 130/20 131/10 132/1 136/11 145/3 148/20 152/2 159/7 160/4 160/16 162/21 163/15 167/9 170/8 172/9 172/21 177/20 184/5 187/23 189/11 190/3 193/25 197/19 197/21
**while [9]** 51/8 54/19 56/2 57/1 78/5 86/4 136/4 158/12 184/3
**Whitehead [35]** 5/17 14/24 14/25 15/1 30/25 32/18 39/12 40/3 78/23 79/22 80/25 145/15 145/16 146/1 146/9 146/14 146/23 147/20 148/8 150/21 151/7 151/17 151/23 156/1 156/10 156/13 158/21 165/23 167/3 169/24 170/12 171/8 172/4 177/16 179/7
**Whitehead's [5]** 32/23 78/10 78/19 80/23 200/19
**who [14]** 8/6 19/19 20/14 20/17 20/25 30/10 33/22 45/22 51/21 75/3 138/21 149/18 166/16 183/23
**who's [1]** 121/21
**whoever [2]** 172/6 173/25
**whole [8]** 12/19 23/18 99/18 112/25 115/3 168/9 172/17 184/2
**why [41]** 5/14 32/10 33/18 37/17 46/20 48/10 48/17 53/6 53/6 56/23 58/18 60/9 60/10 65/8 70/12 82/15 82/25 83/11 83/13 85/14 87/1 87/2 87/14 89/1 89/11 89/16 89/17 89/21 94/22 98/15 111/5 129/14 141/5 150/16 154/11 159/23 164/4 179/9 179/21

182/11 203/3
**WILKIE [1]** 2/6
**will [57]** 1/21 3/8 3/13 7/25 12/22 15/8 16/2 22/6 28/20 28/22 29/11 29/20 29/24 31/3 31/10 32/16 38/19 38/21 41/5 41/11 43/8 43/16 43/20 49/16 55/20 55/24 56/16 78/1 83/2 86/18 90/17 91/22 92/15 112/21 114/3 121/23 126/14 126/25 139/11 145/17 160/24 163/1 163/1 169/20 170/7 173/17 176/11 180/3 182/2 182/3 182/6 184/13 185/1 185/1 190/20 202/25 203/3
**WILLIAM [1]** 1/22
**Willkie [1]** 3/19
**Wilmington [1]** 1/15
**WINSTON [2]** 2/13 4/3
**within [32]** 6/14 8/3 10/7 10/17 15/17 16/2 16/4 16/8 21/16 22/17 25/9 27/13 108/1 141/3 148/13 165/1 166/3 168/19 169/13 170/2 172/19 176/5 177/1 177/24 186/5 186/13 190/9 191/25 192/2 198/1 200/3 200/4
**without [16]** 39/17 41/4 62/7 81/21 82/2 117/7 117/16 170/14 174/23 175/2 177/5 182/1 182/14 184/1 184/11 194/8
**witness [11]** 5/19 6/4 14/20 15/1 28/13 145/13 145/22 153/5 180/3 184/20 188/3
**witnesses [2]** 5/14 41/5
**WO2006 [1]** 77/9
**won't [4]** 73/1 84/23 118/20 182/15
**wondering [1]** 155/19
**WONG [2]** 2/14 4/3
**word [11]** 21/20 54/8 56/21 67/22 72/19 115/1 120/10 133/18 161/23 172/14 187/19
**wording [1]** 38/21
**words [14]** 12/5 18/9 21/22 41/21 49/25 71/25 90/9 108/3 108/14 118/25 119/1 119/1 154/21 189/15
**work [16]** 44/6 44/7 45/9 45/13 46/22 60/25 82/9 135/4 147/16 147/18 147/19 148/12 148/14 157/23 183/1 193/1
**worked [2]** 45/2 51/18
**working [6]** 40/20 45/18 46/21 46/23 58/11 147/18
**works [1]** 190/14
**world [6]** 20/12 51/18 77/24 88/6 138/23 172/17
**worry [1]** 138/3

**worth [3]** 48/16 186/17 186/25
**would [169]** 4/15 4/17 4/20 4/25 5/19 5/24 6/22 7/8 8/3 12/1 12/7 12/13 13/5 13/11 14/2 14/21 16/10 16/22 17/13 18/2 18/25 19/1 19/21 20/16 20/17 20/19 21/8 22/7 22/19 23/23 24/25 25/8 25/15 25/23 26/14 27/24 28/4 28/20 31/23 32/19 40/2 40/14 40/21 42/2 42/16 42/16 42/23 43/13 45/16 47/12 47/17 47/19 49/7 62/14 63/22 63/25 66/13 66/15 66/16 67/14 68/1 74/20 75/10 75/18 76/2 79/17 80/18 81/24 82/2 82/5 82/8 82/17 87/24 87/25 88/22 95/14 95/18 96/15 100/16 101/10 101/20 105/1 117/24 119/13 121/17 121/20 133/6 133/22 134/4 134/14 136/11 136/12 138/9 139/1 139/10 140/8 141/2 141/4 142/19 142/23 142/24 142/25 144/6 146/6 149/21 150/13 153/1 154/6 156/25 158/1 158/1 158/25 159/2 159/20 159/23 161/21 162/5 163/19 163/25 164/1 164/19 165/12 165/15 166/9 166/11 166/19 166/22 167/22 167/22 167/24 168/5 168/6 168/8 168/16 168/24 169/2 170/25 175/1 176/8 177/4 177/8 178/2 179/3 179/4 179/14 179/24 179/25 181/2 181/5 182/11 185/3 186/4 186/9 187/12 191/22 193/12 194/12 194/14 196/19 197/5 197/7 197/25 198/18 200/8 200/10 201/17 201/22 202/17 202/18
**wouldn't [6]** 19/22 21/2 91/6 182/5 186/8 202/4
**Wow [1]** 20/22
**wrap [3]** 78/5 119/23 135/15
**write [6]** 14/8 23/17 128/5 134/12 180/15 180/15
**writing [1]** 23/18
**written [19]** 30/2 35/15 38/22 70/4 70/5 82/19 82/21 84/12 87/25 88/13 88/24 90/5 96/22 121/15 130/11 133/6 165/13 170/12 170/17
**wrong [9]** 16/18 89/21 123/24 123/25 124/2 156/7 158/8 158/11 162/3
**wrote [3]** 35/20 152/13 183/12

X

**XYZ [1]** 41/22

Y

**yeah [34]** 11/4 13/9 13/25 20/9 29/7 46/6 51/5 60/5 61/20 65/10 67/13 70/19 71/19 76/7 78/11 78/11 89/10 90/10 93/4 94/25 98/20 99/12 108/13 111/8 119/18 124/25 128/20 137/16 142/16 153/2 155/21 155/23 169/15 189/25
**year [9]** 9/8 9/12 9/12 9/13 9/22 13/5 23/20 24/11 31/25
**years [16]** 9/15 10/19 17/12 20/1 20/3 20/18 22/5 44/14 45/4 45/6 45/18 51/19 59/21 60/4 60/15 88/5
**yellow [9]** 79/3 81/5 81/8 81/13 85/6 106/5 106/15 106/17 117/17
**Yep [11]** 11/24 12/11 37/16 38/8 51/25 78/8 95/5 105/13 124/9 138/17 144/21
**yes [271]**
**yet [4]** 21/1 26/19 62/8 200/13
**you [816]**
**you'd [2]** 17/2 66/6
**you'll [5]** 5/4 5/14 165/3 170/2 186/13
**you're [22]** 8/6 10/13 20/10 29/7 32/10 37/7 50/16 61/3 62/22 67/16 87/19 101/2 107/22 109/10 117/15 123/15 127/22 132/20 134/9 184/20 188/2 193/18
**you've [14]** 39/21 40/23 77/19 86/13 87/5 118/8 119/5 119/16 123/2 144/16 156/16 168/2 168/11 202/24
**your [253]**
**yourself [8]** 21/9 21/10 45/16 51/16 104/6 146/14 149/20 149/24

Z

**zero [4]** 75/8 127/2 127/3 144/22
**zwitterion [4]** 126/8 126/8 142/24 144/19
**zwitterionic [29]** 26/4 30/12 61/12 74/25 75/2 75/4 75/5 75/9 75/10 98/1 125/21 125/25 126/4 126/6 126/10 126/16 126/19 126/20 126/24 142/22 143/9 144/4 144/8 144/13 145/1 145/4 175/15 175/18 175/22
**zwitterionics [2]** 142/15 142/17