# Joint Claim Construction Brief

# EXHIBIT 51

# Organic Chemistry

## A BIOLOGICAL APPROACH



JOHN McMURRY

# Organic Chemistry

## A BIOLOGICAL APPROACH



JOHN McMURRY
Cornell University

THOMSON
BROOKS/COLE

Australia • Brazil • Canada • Mexico • Singapore • Spain
United Kingdom • United States

THOMSON
BROOKS/COLE

*Organic Chemistry: A Biological Approach*
*John McMurry*

*Publisher, Physical Sciences:* David Harris
*Senior Development Editor:* Sandra Kiselica
*Assistant Editor:* Ellen Bitter
*Editorial Assistant:* Lauren Oliviera
*Technology Project Manager:* Donna Kelley
*Executive Marketing Manager:* Julie Conover
*Marketing Assistant:* Michele Colella
*Marketing Communications Manager:* Bryan Vann
*Project Manager, Editorial Production:* Lisa Weber
*Creative Director:* Rob Hugel
*Art Director:* Lee Friedman
*Print Buyer:* Barbara Britton

*Permissions Editor:* Joohee Lee
*Production Service:* Graphic World Inc.
*Text Designer:* Jeanne Calabrese
*Photo Researcher:* Dena Digilio Betz
*Copy Editor:* Graphic World Inc.
*Illustrators:* 2064design and Graphic World Inc.
*Cover Designer:* Lee Friedman
*Cover Image:* Radiograph by Albert Koetsier, www.beyondlight.com
*Cover Printer:* Phoenix Color Corp
*Compositor:* Graphic World Inc.
*Printer:* Quebecor World/Versailles

© 2007 Thomson Brooks/Cole, a part of The Thomson Corporation. Thomson, the Star logo, and Brooks/Cole are trademarks used herein under license.

ALL RIGHTS RESERVED. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, Web distribution, information storage and retrieval systems, or in any other manner—without the written permission of the publisher.

We gratefully acknowledge SDBS for providing data for Figures on pages 427, 432, 435, 437, 448, 449, 451, 452, 529, 546, 584, 617, 630, 679, and 762. (http://www.aist.go.jp/RIODB/SDBS/, National Institute of Advanced Industrial Science and Technology, 8/26/05).

Printed in the United States of America
1 2 3 4 5 6 7 00 09 08 07 06

Library of Congress Control Number: 2006920388

Student Edition: ISBN 0-495-01525-3

**Thomson Higher Education**
**10 Davis Drive**
**Belmont, CA 94002-3098**
**USA**

For more information about our products, contact us at:
**Thomson Learning Academic Resource Center**
**1-800-423-0563**

For permission to use material from this text or product, submit a request online at **http://www.thomsonrights.com.**
Any additional questions about permissions can be submitted by e-mail to **thomsonrights@thomson.com.**

## 3.2 | Alkanes and Alkane Isomers

Before beginning a systematic study of the different functional groups, let's look first at the simplest family of molecules—the *alkanes*—to develop some general ideas that apply to all families. We saw in Section 1.7 that the carbon–carbon single bond in ethane results from $\sigma$ (head-on) overlap of carbon $sp^3$ orbitals. If we imagine joining three, four, five, or even more carbon atoms by C–C single bonds, we can generate the large family of molecules called **alkanes**.




Methane Ethane Propane Butane

Alkanes are often described as *saturated hydrocarbons*—**hydrocarbons** because they contain only carbon and hydrogen; **saturated** because they have only C–C and C–H single bonds and thus contain the maximum possible number of hydrogens per carbon. They have the general formula $C_nH_{2n+2}$, where $n$ is an integer. Alkanes are also occasionally referred to as **aliphatic** compounds, a name derived from the Greek *aleiphas*, meaning "fat." We'll see in Section 23.1 that many animal fats contain long carbon chains similar to alkanes.

LOOK AHEAD TO SECTION 23.1



A typical animal fat

Think about the ways that carbon and hydrogen might combine to make alkanes. With one carbon and four hydrogens, only one structure is possible: methane, $CH_4$. Similarly, there is only one combination of two carbons with six hydrogens (ethane, $CH_3CH_3$) and only one combination of three carbons with eight hydrogens (propane, $CH_3CH_2CH_3$). When larger numbers of carbons and hydrogens combine, however, more than one structure is possible. For example, there are *two* substances with the formula $C_4H_{10}$: the four carbons can all be in a row (butane), or they can branch (isobutane). Similarly, there are three $C_5H_{12}$ molecules, and so on for larger alkanes.

Case 1:23-cv-00580-CFC Document 65-6 Filed 06/18/24 Page 6 of 116 PageID #: 7490






Compounds like butane and pentane, whose carbons are all connected in a row, are called **straight-chain alkanes**, or *normal alkanes*. Compounds like 2-methylpropane (isobutane), 2-methylbutane, and 2,2-dimethylpropane, whose carbon chains branch, are called **branched-chain alkanes**. The difference between the two is that you can draw a line connecting all the carbons of a straight-chain alkane without retracing your path or lifting your pencil from the paper. For a branched-chain alkane, however, you either have to retrace your path or lift your pencil from the paper to draw a line connecting all the carbons.

Compounds like the two $C_4H_{10}$ molecules and the three $C_5H_{12}$ molecules, which have the same formula but different structures, are called *isomers*, from the Greek *isos* + *meros*, meaning "made of the same parts." **Isomers** have the same numbers and kinds of atoms but differ in the way the atoms are arranged. Compounds like butane and isobutane, whose atoms are connected differently, are called **constitutional isomers**. We'll see shortly that other kinds of isomers are also possible, even among compounds whose atoms are connected in the same order. As Table 3.2 shows, the number of possible alkane isomers increases dramatically as the number of carbon atoms increases.

**Table 3.2**
Number of Alkane Isomers

| Formula | Number of isomers |
|---|---|
| $C_6H_{14}$ | 5 |
| $C_7H_{16}$ | 9 |
| $C_8H_{18}$ | 18 |
| $C_9H_{20}$ | 35 |
| $C_{10}H_{22}$ | 75 |
| $C_{15}H_{32}$ | 4,347 |
| $C_{20}H_{42}$ | 366,319 |
| $C_{30}H_{62}$ | 4,111,846,763 |

**Problem 3.4**
Draw structures of the five isomers of $C_6H_{14}$.

**Problem 3.5**
Propose structures that meet the following descriptions:
**(a)** Two isomeric esters with the formula $C_5H_{10}O_2$
**(b)** Two isomeric disulfides with the formula $C_4H_{10}S_2$

**Problem 3.6**
How many isomers are there that meet the following descriptions?
**(a)** Alcohols with the formula $C_3H_8O$
**(b)** Bromoalkanes with the formula $C_4H_9Br$
**(c)** Thioesters with the formula $C_4H_8OS$

## 3.3 | Alkyl Groups

If you imagine removing a hydrogen atom from an alkane, the partial structure that remains is called an **alkyl group**. Alkyl groups are not stable compounds themselves; they are simply parts of larger compounds. Alkyl groups are named by replacing the *-ane* ending of the parent alkane with an *-yl* ending. For example, removal of a hydrogen from methane, $CH_4$, generates a *methyl* group, $-CH_3$, and removal of a hydrogen from ethane, $CH_3CH_3$, generates an *ethyl* group, $-CH_2CH_3$. Similarly, removal of a hydrogen atom from the end carbon of any straight-chain alkane gives the series of straight-chain alkyl groups shown in Table 3.4. Combining an alkyl group with any of the functional groups listed earlier makes it possible to generate and name many thousands of compounds. For example:



Methane — A methyl group — Methyl alcohol (methanol) — Methylamine

Just as straight-chain alkyl groups are generated by removing a hydrogen from an *end* carbon, branched alkyl groups are generated by removing a hydrogen atom from an *internal* carbon. Two 3-carbon alkyl groups and four 4-carbon alkyl groups are possible (Figure 3.3).

**Table 3.4**
Some Straight-Chain Alkyl Groups

| Alkane | Name | Alkyl group | Name (abbreviation) |
|---|---|---|---|
| $CH_4$ | Methane | $-CH_3$ | Methyl (Me) |
| $CH_3CH_3$ | Ethane | $-CH_2CH_3$ | Ethyl (Et) |
| $CH_3CH_2CH_3$ | Propane | $-CH_2CH_2CH_3$ | Propyl (Pr) |
| $CH_3CH_2CH_2CH_3$ | Butane | $-CH_2CH_2CH_2CH_3$ | Butyl (Bu) |
| $CH_3CH_2CH_2CH_2CH_3$ | Pentane | $-CH_2CH_2CH_2CH_2CH_3$ | Pentyl, or amyl |
| ⋮ | | | |
| ⋮ | | | |




**Figure 3.3** Alkyl groups generated from straight-chain-alkanes.

One further word about naming alkyl groups: the prefixes *sec-* (for secondary) and *tert-* (for tertiary) used for the $C_4$ alkyl groups in Figure 3.3 refer to *the number of other carbon atoms attached to the branching carbon atom.*

There are four possibilities: primary (1°), secondary (2°), tertiary (3°), and quaternary (4°):



***Primary*** **carbon (1°) is bonded to one other carbon.**

***Secondary*** **carbon (2°) is bonded to two other carbons.**

***Tertiary*** **carbon (3°) is bonded to three other carbons.**

***Quaternary*** **carbon (4°) is bonded to four other carbons.**

The symbol **R** is used in organic chemistry to represent a *generalized* organic group. The R group can be methyl, ethyl, propyl, or any of a multitude of others. You might think of **R** as representing the **R**est of the molecule, which we aren't bothering to specify.

The terms *primary, secondary, tertiary,* and *quaternary* are routinely used in organic chemistry, and their meanings need to become second nature. For example, if we were to say, "Citric acid is a tertiary alcohol," we would mean that it has an alcohol functional group (–OH) bonded to a carbon atom that is itself bonded to three other carbons. (These other carbons may in turn connect to other functional groups.)



**General class of tertiary alcohols, $R_3COH$**

**Citric acid—a specific tertiary alcohol**

In addition, we also speak about hydrogen atoms as being primary, secondary, or tertiary. Primary hydrogen atoms are attached to primary carbons ($RCH_3$), secondary hydrogens are attached to secondary carbons ($R_2CH_2$), and tertiary hydrogens are attached to tertiary carbons ($R_3CH$). There is, of course, no such thing as a quaternary hydrogen. (Why?)




**Problem 3.7**

Draw the eight 5-carbon alkyl groups (pentyl isomers).

# Joint Claim Construction Brief

# EXHIBIT 52

Docket No.: 135399.03524
(PATENT)

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Patent Application of:
Martin Maier *et al.*

Application No.: 17/651,017

Confirmation No.: 6198

Filed: February 14, 2022

Art Unit: 1628

For: BIODEGRADABLE LIPIDS FOR THE DELIVERY OF ACTIVE AGENTS

Examiner: Theodore R. HOWELL

**RESPONSE TO NON-FINAL OFFICE ACTION**

MS Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

**INTRODUCTORY COMMENTS**

This paper is submitted in response to the Non-Final Office Action mailed July 20, 2022.

**Amendments to the Claims** begin on page 2 of this paper.

**Remarks** begin on page 8 of this paper.

No fees are believed to be due with this submission. Should any fees be determined to be necessary in connection with the filing of this response, the Commissioner is hereby authorized and requested to charge Deposit Account No. 23-2185 for any such fees.

## AMENDMENTS TO THE CLAIMS

1-19. (Canceled)

20. (Currently Amended) A lipid compound, comprising a head group, two hydrophobic tails, and a central moiety to which the head group and the two hydrophobic tails are directly bonded, wherein:

the central moiety is a nitrogen atom;

each of the two hydrophobic tails independently consists of an aliphatic group interrupted by an ester group; and

at least one of the hydrophobic tails has the formula $-R^{12}-M^{1}-R^{13}$, wherein:

$R^{12}$ is a $C_4$-$C_{14}$ alkyl group,

$M^1$ is ~~a biodegradable group~~ an ester group, and

$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$;

the chain length of formula $-R^{12}-M^{1}-R^{13}$ is from 17 to 24 atoms;

~~in each hydrophobic tail, the biodegradable group is separated from a terminus of the hydrophobic tail $R^{13}$ by from 8 to 12 carbon atoms; and~~

~~in at least one hydrophobic tail, $R^{13}$ is branched, where the branching occurs at the α-position relative to the biodegradable group, and where~~ the total carbon atom content of the at least one hydrophobic tail is 21 to 26 carbon atoms; and

wherein the lipid compound contains a protonatable group such that the lipid compound is positively charged at a pH at or below pH 7.4.

21. (Canceled)

22. (Currently Amended) The lipid compound of claim [[20]] 24, wherein the head group ~~comprises an~~ consists of a saturated aliphatic group and a hydroxyl group

23. (Currently Amended) The lipid compound of claim [[20]] 30, wherein the head group consists of a saturated aliphatic group and a hydroxyl group.

24. (Currently Amended) The lipid compound of claim [[20]] 32, wherein the hydrophobic tails have different chemical formulas.

25-27. (Canceled)

28. (Currently Amended) The lipid compound of claim [[21]] 20, wherein both hydrophobic tails have the formula $-R^{12}-M^{1}-R^{13}$, wherein $M^{1}$ the ester group in each hydrophobic tail is -OC(O)-.

29. (Previously Presented) The lipid compound of claim [[21]] 20, wherein the ester group in each hydrophobic tail is -C(O)O-.

30. (Currently Amended) The lipid compound of claim [[20]] 28, wherein the two hydrophobic tails are identical, in each hydrophobic tail, $R^{13}$ is a saturated, branched $C_{10}$-$C_{20}$ alkyl group, where the branching occurs at the α-position relative to the biodegradeable group, and where the total carbon atom content of the tail is 21 to 26.

31. (Canceled)

32. (Currently Amended) The lipid compound of claim [[20]] 29, wherein the at least one hydrophobic tail has the formula:




where $R^{13}$ is branched at the α-position relative to the -C(O)O- group, and

where $R^{13}$ is a ~~branched~~ $C_{13}$-$C_{17}$ alkyl and the maximum length of $R^{13}$ is 11 carbon atoms ~~where the branching occurs at the α-position relative to the –C(O)O– group, and the total carbon length of the tail from the first carbon after the central moiety to a terminus of the tail is at most 20~~.

33. (Withdrawn-Currently Amended) A method for delivering a nucleic acid comprising administering to a subject a lipid particle comprising a nucleic acid, a lipid compound, a neutral lipid, a PEG-lipid, and a sterol, wherein:

the lipid compound comprises a head group, two hydrophobic tails, and a central moiety to which the head group and the two hydrophobic tails are directly bonded, wherein:

the central moiety is a nitrogen atom;

each of the two hydrophobic tails independently consists of an aliphatic group interrupted by an ester group; and

at least one of the hydrophobic tails has the formula $-R^{12}-M^1-R^{13}$, wherein:

$R^{12}$ is a $C_4$-$C_{14}$ alkyl group,

$M^1$ is ~~a biodegradable group~~ an ester group, and

$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$;

the chain length of formula $-R^{12}-M^1-R^{13}$ is from 17 to 24 atoms; and

~~in each hydrophobic tail, the biodegradable group is separated from a terminus of the hydrophobic tail $R^{13}$ by from 8 to 12 carbon atoms; and~~

~~in at least one hydrophobic tail, $R^{13}$ is branched, where the branching occurs at the α-position relative to the biodegradable group, and where~~ the total carbon atom content of the at least one hydrophobic tail is 21 to 26 carbon atoms; and

wherein the lipid compound contains a protonatable group such that the lipid compound is positively charged at a pH at or below pH 7.4.

34. (Canceled)

35. (Withdrawn-Currently Amended) The method of claim [[33]] 47, wherein the head group ~~comprises an~~ consists of a saturated aliphatic group and a hydroxyl group.

36. (Withdrawn-Currently Amended) The method of claim [[33]] 48, wherein the head group consists of a saturated aliphatic group and a hydroxyl group.

37. (Withdrawn-Currently Amended) The method of claim [[33]] 45, wherein the hydrophobic tails have different chemical formulas.

38-40. (Canceled)

41. (Withdrawn-Currently Amended) The method of claim [[15]] 46, wherein both hydrophobic tails have the formula $-R^{12}-M^1-R^{13}$, wherein $M^1$ ~~the ester group in each hydrophobic tail~~ is -OC(O)-.

42. (Withdrawn-Currently Amended) The method of claim [[15]] 46, wherein the ester group in each hydrophobic tail is -C(O)O-.

43. (Withdrawn-Currently Amended) The method of claim [[33]] 41, wherein the two hydrophobic tails are identical~~, in each hydrophobic tail, $R^{13}$ is a saturated, branched $C_{10}$-$C_{20}$ alkyl group, where the branching occurs at the α-position relative to the biodegradable group, and where the total carbon atom content of the tail is 21 to 26~~.

44. (Canceled)

45. (Withdrawn-Currently Amended) The method of claim [[33]] 42, wherein the at least one hydrophobic tail has the formula:




where $R^{13}$ is branched at the α-position relative to the -C(O)O- group, and

where $R^{13}$ is a ~~branched~~ $C_{13}$-$C_{17}$ alkyl <u>and the maximum length of $R^{13}$ is 11 carbon atoms</u> ~~where the branching occurs at the α-position relative to the - C(O)O- group, and the total carbon length of the tail from the first carbon after the central moiety to a terminus of the tail is at most 20~~.

46. (Withdrawn) The method of claim 33, wherein the nucleic acid comprises RNA.

47. (Withdrawn-Currently Amended) The method of claim [[33]] <u>37</u>, wherein the lipid particle is administered in a pharmaceutical composition, which further comprises a pharmaceutically acceptable diluent and sodium acetate.

48. (Withdrawn-Currently Amended) The method of claim [[33]] <u>43</u>, wherein the lipid particle is administered in a pharmaceutical composition, which further comprises a pharmaceutically acceptable diluent, potassium chloride, and sodium chloride.

49. (New) The method of claim 35, wherein, in the at least one hydrophobic tail, $R^{13}$ is a $C_{17}$ alkyl.

50. (New) The lipid compound of claim 22, wherein, in the at least one hydrophobic tail, $R^{13}$ is a $C_{17}$ alkyl.

51. (New) A lipid compound, comprising a head group, two identical hydrophobic tails, and a central moiety to which the head group and the two hydrophobic tails are directly bonded, wherein:

the central moiety is a nitrogen atom;

each hydrophobic tail has the formula $-R^{12}-M^1-R^{13}$, wherein:

$R^{12}$ is a $C_4$-$C_{14}$ alkyl group,

$M^1$ is -OC(O)-, and

$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$;

the chain length of formula $-R^{12}-M^1-R^{13}$ is from 17 to 24 atoms; and

the total carbon atom content of each hydrophobic tail is 21 to 26 carbon atoms.

52. (New) The lipid compound of claim 51, wherein $R^{12}$ is n-hexyl.

53. (New) The lipid compound of claim 52, wherein the head group consists of a saturated aliphatic group and a hydroxyl group.

## REMARKS

Reconsideration of this application is respectfully requested. Claims 20, 22-24, 28, 30, 32, 33, 35-37, 41-43, 45, 47, and 48 have been amended. Claims 21, 25-27, 31, 34, 38-40, and 44 have been canceled without prejudice. New claims 49-53 have been added. Support for these amendments may be found throughout the specification, including at paragraphs 6, 142, 145, 147, 151, 159, 215, 217-218, 223, 232-235, 250, 294, 297, and 298 of the published application (US 2022/0249670). No new matter has been added. Claims 20, 22-24, 28-30, 32, 33, 35-37, 41-43, and 45-53 are pending, with claims 33, 35-37, 41-43, and 45-48 being withdrawn from consideration. Accordingly, claims 20, 22-24, 28-30, 32, and 49-53 are at issue.

## Indefiniteness Rejection

Claims 20-32 stand rejected as indefinite. The Examiner contends that claim 20 recites features that are mutually exclusive. Specifically, the Examiner points to the recitation that "$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group," and the recitation that the total carbon atom content of the tail having $R^{13}$ is 21 to 26. According to the Examiner, "these two claim limitations are mutually exclusive." The Examiner also contends that claim 30 contains a similar clarity issue. Applicant respectfully disagrees.

The first recitation (i.e., "$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group") defines the $R^{13}$ variable in a hydrophobic tail having the formula - $R^{12}$-$M^{1}$-$R^{13}$.

The second recitation (i.e., "the total carbon atom content of the at least one <u>hydrophobic</u> tail is 21 to 26 carbon atoms") describes the total number of carbon atoms in a hydrophobic tail having the formula - $R^{12}$-$M^{1}$-$R^{13}$, where $R^{13}$ is a branched alkyl group. The claim language "the total carbon atom content of the at least one hydrophobic tail is 21 to 26 carbon atoms" describes the total number of carbons in not only $R^{13}$, but in the entire group - $R^{12}$-$M^{1}$-$R^{13}$.

In any embodiment of the claimed lipid compound, the total carbon content of the hydrophobic tail defined by -$R^{12}$-$M^1$-$R^{13}$ must exceed the carbon content of its $R^{13}$ group alone; $R^{12}$ and $M^1$ each necessarily have at least four and one carbon, respectively, according to the claims.

Accordingly, Applicant respectfully submits that the claims are definite. Withdrawal of this rejection is respectfully requested.

## Anticipation Rejection

Claims 20, 21, 25, 27, 29, 30, and 32 stand rejected as anticipated under pre-AIA 35 U.S.C. §102(e) as anticipated by International Publication No. WO 11/153493 ("Manoharan"). Specifically, the Examiner cites the 4th and 5th compounds at page 58 (Compounds A and B, respectively), and the 2nd compound at page 59 (Compound C) of Manoharan, the structures of which are shown below.




n = 0-2

**Compound A**

Central Carbon Atom




**Compound B**




**Compound C** Central Carbon Atom

Applicant respectfully traverses this rejection and requests reconsideration.

The central moiety in Compounds A-C of Manoharan is a <u>carbon</u> atom, as highlighted above. In contrast, the central moiety in the presently claimed lipid compounds is a <u>nitrogen</u> atom. For this reason, Manoharan does not anticipate claims 20, 21, 25, 27, 29, 30, and 32. Applicant respectfully requests withdrawal of this rejection.

## Obviousness Rejection

Claim 28 stands rejected as obvious over Manoharan.

Applicant respectfully traverses this rejection and requests reconsideration.

As discussed above, the central moiety in Compounds A-C of Manoharan is a carbon atom. In contrast, the central moiety in the presently claimed lipid compounds is a nitrogen atom. Accordingly, the obviousness rejection should be withdrawn.

## Double Patenting Rejections

The double patenting rejections in the Office Action refer to claims 1-16 of the present application, even though those claims were previously canceled. For purposes of this response, Applicant has assumed that claim 20 has been rejected for double patenting.[1]

(i) Claim 20 stands rejected for non-statutory double patenting over U.S. Patent Nos. 9,061,063 ("US '063"), 10,369,226 ("US '226"), 11,246,933 ("US '933"), and 11,382,979 ("US '979"), and U.S. Patent No. 11,400,158 (U.S. Patent Application No. 17/573,878) ("US '158").

Submitted herewith is a terminal disclaimer over US '063, US '226, US '933, US '979, and US '158. Withdrawal of the rejections is therefore respectfully requested.

(iii) Claim 20 stands provisionally rejected for nonstatutory patenting over copending Application Nos. 17/651,029 ("US '029"), 17/644,914 ("US '914"), 17/651,038 ("US '038"), 17/651,023 ("US '023"), and 17/302,310 ("US '310").

[1] If this is incorrect, and there are further grounds of rejection after entry of this Amendment, Applicant invites the Examiner to contact the undersigned by phone to expedite allowance.

Submitted herewith is a terminal disclaimer over US '029, US '914, US '038, US '023, and US '310. Withdrawal of the rejection is therefore respectfully requested.

The submission of these terminal disclaimers to remove the nonstatutory double patenting rejections "is not an admission as to the proprietary of the rejection" but "simply serves the statutory function of removing the rejection of double patenting, and raises neither a presumption nor estoppel on the merits of the rejection.'" MPEP §804.02 (quoting *Quad Environmental Tech. Corp. v. Union Sanitary District*, 946 F.2d. 870, 874 (Fed. Cir. 1991)).

**Request for Rejoinder**

Applicant believes that the claims under examination are in condition for allowance. In light of that, Applicant requests rejoinder and allowance of withdrawn claims 33, 35-37, 41-43, and 45-48, which recite limitations of the allowable composition claims 20 and 22-32 and meet all criteria for patentability. *See* MPEP §821.04.

In view of the above amendments and remarks, it is respectfully requested that the application be reconsidered, and that the pending claims be allowed and the case passed to issue. If there are any other issues remaining that the Examiner believes can be resolved through either a Supplemental Response or an Examiner's Amendment, the Examiner is respectfully requested to contact the undersigned at the telephone number indicated below.

Dated: October 20, 2022

Respectfully submitted,

By /Jay P. Lessler/

Jay P. Lessler
Registration No.: 41,151
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 885-5000
Attorney for Applicant

Joint Claim Construction Brief

# EXHIBIT 53

Case 1:23-cv-00580-CFC Document 65-6 Filed 06/18/24 Page 25 of 116 PageID #: 7509

US009868692B2

(12) **United States Patent**
**Benenato**

(10) **Patent No.: US 9,868,692 B2**
(45) **Date of Patent: Jan. 16, 2018**

(54) **COMPOUNDS AND COMPOSITIONS FOR INTRACELLULAR DELIVERY OF THERAPEUTIC AGENTS**

(71) Applicant: **MODERNATX, Inc.**, Cambridge, MA (US)

(72) Inventor: **Kerry E. Benenato**, Cambridge, MA (US)

(73) Assignee: **ModernaTX, Inc.**, Cambridge, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/476,263**

(22) Filed: **Mar. 31, 2017**

(65) **Prior Publication Data**

US 2017/0210698 A1 Jul. 27, 2017

**Related U.S. Application Data**

(63) Continuation of application No. PCT/US2016/052352, filed on Sep. 16, 2016.

(60) Provisional application No. 62/220,085, filed on Sep. 17, 2015, provisional application No. 62/220,091, filed on Sep. 17, 2015, provisional application No. 62/252,316, filed on Nov. 6, 2015, provisional application No. 62/253,433, filed on Nov. 10, 2015, provisional application No. 62/266,460, filed on Dec. 11, 2015, provisional application No. 62/333,557, filed on May 9, 2016, provisional application No.

(Continued)

(51) **Int. Cl.**

| | |
|---|---|
| *A61K 9/51* | (2006.01) |
| *A61K 48/00* | (2006.01) |
| *C07C 229/12* | (2006.01) |
| *A61K 9/127* | (2006.01) |
| *C07C 271/20* | (2006.01) |
| *C07C 279/12* | (2006.01) |
| *C07C 279/28* | (2006.01) |
| *C07C 279/32* | (2006.01) |
| *C07D 233/72* | (2006.01) |
| *C07D 249/04* | (2006.01) |
| *C07D 263/20* | (2006.01) |
| *C07D 265/33* | (2006.01) |
| *C07D 271/06* | (2006.01) |
| *C07D 271/10* | (2006.01) |
| *C07D 207/27* | (2006.01) |
| *C07D 277/38* | (2006.01) |
| *C07C 275/14* | (2006.01) |
| *C07C 279/24* | (2006.01) |
| *C07C 311/05* | (2006.01) |
| *C07C 229/16* | (2006.01) |
| *C07C 335/08* | (2006.01) |
| *C07C 233/36* | (2006.01) |
| *C07C 235/10* | (2006.01) |
| *C07C 255/24* | (2006.01) |
| *C07F 9/09* | (2006.01) |
| *A61K 9/16* | (2006.01) |
| *A61K 38/18* | (2006.01) |
| *C07K 14/505* | (2006.01) |
| *A61K 9/00* | (2006.01) |
| *A61K 47/54* | (2017.01) |
| *A61K 47/69* | (2017.01) |

(52) **U.S. Cl.**

CPC .......... ***C07C 229/12*** (2013.01); ***A61K 9/0019*** (2013.01); ***A61K 9/127*** (2013.01); ***A61K 9/1617*** (2013.01); ***A61K 38/1816*** (2013.01); ***A61K 47/543*** (2017.08); ***A61K 47/6911*** (2017.08); ***A61K 48/005*** (2013.01); ***C07C 229/16*** (2013.01); ***C07C 233/36*** (2013.01); ***C07C 235/10*** (2013.01); ***C07C 255/24*** (2013.01); ***C07C 271/20*** (2013.01); ***C07C 275/14*** (2013.01); ***C07C 279/12*** (2013.01); ***C07C 279/24*** (2013.01); ***C07C 279/28*** (2013.01); ***C07C 279/32*** (2013.01); ***C07C 311/05*** (2013.01); ***C07C 335/08*** (2013.01); ***C07D 207/27*** (2013.01); ***C07D 233/72*** (2013.01); ***C07D 249/04*** (2013.01); ***C07D 263/20*** (2013.01); ***C07D 265/33*** (2013.01); ***C07D 271/06*** (2013.01); ***C07D 271/10*** (2013.01); ***C07D 277/38*** (2013.01); ***C07F 9/091*** (2013.01); ***C07K 14/505*** (2013.01); *C07C 2601/02* (2017.05); *C07C 2601/04* (2017.05); *C07C 2601/14* (2017.05); *C07C 2601/18* (2017.05)

(58) **Field of Classification Search**

USPC ...... 435/6.1, 6.11, 6, 9.1, 91.1, 9, 1.31, 455, 435/456, 458; 514/44; 536/23.1, 23.2, 536/23.5, 24.5

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,872,171 A 3/1975 Henry et al.
5,807,861 A 9/1998 Klein et al.

(Continued)

FOREIGN PATENT DOCUMENTS

WO WO 2009/086558 A1 7/2009
WO WO 2009/129385 A1 10/2009

(Continued)

*Primary Examiner* — Jane Zara

(74) *Attorney, Agent, or Firm* — Cooley LLP; Heidi A. Erlacher; Christine C. Pemberton

(57) **ABSTRACT**

The disclosure features novel lipids and compositions involving the same. Nanoparticle compositions include a novel lipid as well as additional lipids such as phospholipids, structural lipids, and PEG lipids. Nanoparticle compositions further including therapeutic and/or prophylactics such as RNA are useful in the delivery of therapeutic and/or prophylactics to mammalian cells or organs to, for example, regulate polypeptide, protein, or gene expression.

**30 Claims, 11 Drawing Sheets**

**Related U.S. Application Data**

62/382,740, filed on Sep. 1, 2016, provisional application No. 62/393,940, filed on Sep. 13, 2016.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,158,601 | B2 | 4/2012 | Chen et al. |
| 8,802,644 | B2 | 8/2014 | Chen et al. |
| 9,006,487 | B2 | 4/2015 | Anderson et al. |
| 9,029,590 | B2 | 5/2015 | Colletti et al. |
| 9,394,234 | B2 | 7/2016 | Chen et al. |
| 2011/0009641 | A1 | 1/2011 | Anderson et al. |
| 2012/0136073 | A1 | 5/2012 | Yang et al. |
| 2013/0108685 | A1 | 5/2013 | Kuboyama et al. |
| 2013/0274504 | A1 | 10/2013 | Colletti et al. |
| 2014/0308304 | A1 | 10/2014 | Manoharan et al. |
| 2015/0174260 | A1 | 6/2015 | Yang et al. |
| 2015/0174261 | A1 | 6/2015 | Kuboyama et al. |
| 2015/0284317 | A1 | 10/2015 | Colletti et al. |
| 2015/0343062 | A1 | 12/2015 | Kuboyama et al. |
| 2015/0376115 | A1 | 12/2015 | Ansell et al. |
| 2016/0002178 | A1 | 1/2016 | Fenton et al. |
| 2016/0009657 | A1 | 1/2016 | Anderson et al. |
| 2016/0151284 | A1 | 6/2016 | Heyes et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO 2009/129395 | A1 | 10/2009 |
| WO | WO 2010/030739 | A1 | 3/2010 |
| WO | WO 2011/136368 | A1 | 11/2011 |
| WO | WO 2012/054365 | A2 | 4/2012 |
| WO | WO 2013/016058 | A1 | 1/2013 |
| WO | WO 2013/086373 | A1 | 6/2013 |
| WO | WO 2014/007398 | A1 | 1/2014 |
| WO | WO 2014/172045 | A1 | 10/2014 |
| WO | WO 2015/011633 | A1 | 1/2015 |
| WO | WO 2015/199952 | A1 | 12/2015 |
| WO | WO 2016/004202 | A1 | 1/2016 |
| WO | WO 2016/176330 | A1 | 11/2016 |

SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS: 6

<210> SEQ ID NO 1

<400> SEQUENCE: 1

000

<210> SEQ ID NO 2

<400> SEQUENCE: 2

000

<210> SEQ ID NO 3

<400> SEQUENCE: 3

000

<210> SEQ ID NO 4

<400> SEQUENCE: 4

000

<210> SEQ ID NO 5
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic polynucleotide

<400> SEQUENCE: 5

caaaggctct tttcagagcc acca 24

<210> SEQ ID NO 6
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic polynucleotide

<400> SEQUENCE: 6

caaaggcucu uuucagagcc acca 24

The invention claimed is:

**1**. An ionizable lipid of Formula B:

(Formula B)




or a salt thereof.

**2**. The ionizable lipid of claim **1**, wherein the salt is a pharmaceutically acceptable salt.

**3**. A nanoparticle composition comprising a lipid component comprising an ionizable lipid of claim **1**.

**4**. The nanoparticle composition of claim **3**, wherein the lipid component further comprises a phospholipid.

**5**. The nanoparticle composition of claim **4**, wherein the phospholipid is selected from the group consisting of 1,2-dilinoleoyl-sn-glycero-3-phosphocholine (DLPC), 1,2-dimyristoyl-sn-glycero-phosphocholine (DMPC), 1,2-dioleoyl-sn-glycero-3-phosphocholine (DOPC), 1,2-dipalmitoyl-sn-glycero-3-phosphocholine (DPPC), 1,2-distearoyl-sn-glycero-3-phosphocholine (DSPC), 1,2-diundecanoyl-sn-glycero-phosphocholine (DUPC), 1-palmitoyl-2-oleoyl-sn-glycero-3-phosphocholine (POPC), 1,2-di-O-octadecenyl-sn-glycero-3-phosphocholine (18:0 Diether PC), 1-oleoyl-2-cholesterylhemisuccinoyl-sn-glycero-3-phosphocholine (OChemsPC), 1-hexadecyl-sn-glycero-3-phosphocholine (C16 Lyso PC), 1,2-dilinolenoyl-sn-glycero-3-phosphocholine, 1,2-diarachidonoyl-sn-glycero-3-phosphocholine, 1,2-didocosahexaenoyl-sn-glycero-3-phosphocholine, 1,2-dioleoyl-sn-glycero-3-phosphoethanolamine (DOPE), 1,2-diphytanoyl-sn-glycero-3-phosphoethanolamine (ME 16.0 PE), 1,2-distearoyl-sn-glycero-3-phosphoethanolamine, 1,2-dilinoleoyl-sn-glycero-3-phosphoethanolamine, 1,2-dilinolenoyl-sn-glycero-3-phosphoethanolamine, 1,2-diarachidonoyl-sn-

glycero-3-phosphoethanolamine, 1,2-didocosahexaenoyl-sn-glycero-3-phosphoethanolamine, 1,2-dioleoyl-sn-glycero-3-phospho-rac-(1-glycerol) sodium salt (DOPG), sphingomyelin, and mixtures thereof.

**6**. The nanoparticle composition of claim **5**, wherein the phospholipid is DSPC or DOPE.

**7**. The nanoparticle composition of claim **4**, wherein the lipid component further comprises a structural lipid.

**8**. The nanoparticle composition of claim **7**, wherein the structural lipid is selected from the group consisting of cholesterol, fecosterol, sitosterol, ergosterol, campesterol, stigmasterol, brassicasterol, tomatidine, ursolic acid, alpha-tocopherol, and mixtures thereof.

**9**. The nanoparticle composition of claim **8**, wherein the structural lipid is cholesterol.

**10**. The nanoparticle composition of claim **7**, wherein the lipid component further comprises a PEG lipid.

**11**. The nanoparticle composition of claim **10**, wherein the PEG lipid is selected from the group consisting of a PEG-modified phosphatidylethanolamine, a PEG-modified phosphatidic acid, a PEG-modified ceramide, a PEG-modified dialkylamine, a PEG-modified diacylglycerol, a PEG-modified dialkylglycerol, and mixtures thereof.

**12**. The nanoparticle composition of claim **10**, wherein the lipid component comprises about 30 mol % to about 60 mol % said ionizable lipid, about 0 mol % to about 30 mol % phospholipid, about 18.5 mol % to about 48.5 mol % structural lipid, and about 0 mol % to about 10 mol % PEG lipid.

**13**. The nanoparticle composition of claim **10**, wherein the lipid component comprises about 35 mol % to about 55 mol % said ionizable lipid, about 5 mol % to about 25 mol % phospholipid, about 30 mol % to about 40 mol % structural lipid, and about 0 mol % to about 10 mol % PEG lipid.

**14**. The nanoparticle composition of claim **10**, wherein the lipid component comprises about 50 mol % said ionizable lipid, about 10 mol % phospholipid, about 38.5 mol % structural lipid, and about 1.5 mol % PEG lipid.

**15**. The nanoparticle composition of claim **10**, further comprising a therapeutic and/or prophylactic agent.

**16**. The nanoparticle composition of claim **12**, further comprising a therapeutic and/or prophylactic agent.

**17**. The nanoparticle composition of claim **13**, further comprising a therapeutic and/or prophylactic agent.

**18**. The nanoparticle composition of claim **15**, wherein the therapeutic and/or prophylactic agent is a nucleic acid.



**19**. The nanoparticle composition of claim **15**, wherein the therapeutic and/or prophylactic agent is a ribonucleic acid (RNA).

**20**. The nanoparticle composition of claim **19**, wherein the RNA is selected from the group consisting of a small interfering RNA (siRNA), an asymmetrical interfering RNA (aiRNA), a microRNA (miRNA), a Dicer-substrate RNA (dsRNA), a small hairpin RNA (shRNA), a messenger RNA (mRNA), and mixtures thereof.

**21**. The nanoparticle composition of claim **19**, wherein the RNA is an mRNA.

**22**. The nanoparticle composition of claim **21**, wherein the mRNA includes one or more of a stem loop, a chain terminating nucleoside, a polyA sequence, a polyadenylation signal, and/or a 5' cap structure.

**23**. The nanoparticle composition of claim **21**, wherein the encapsulation efficiency of the therapeutic and/or prophylactic agent is at least 80% or at least 90%.

**24**. The nanoparticle composition of claim **21**, wherein the wt/wt ratio of the lipid component to the mRNA is from about 10:1 to about 60:1.

**25**. The nanoparticle composition of claim **21**, wherein the wt/wt ratio of the lipid component to the mRNA is about 20:1.

**26**. The nanoparticle composition of claim **21**, wherein the N:P ratio is from about 5:1 to about 8:1.

**27**. A pharmaceutical composition comprising the nanoparticle composition of claim **21** and a pharmaceutically acceptable carrier.

**28**. A method of delivering a therapeutic and/or prophylactic agent to a mammalian cell, the method comprising administering to a subject the nanoparticle composition of claim **15**, said administering comprising contacting the cell with the nanoparticle composition, whereby the therapeutic and/or prophylactic agent is delivered to the cell.

**29**. A method of producing a polypeptide of interest in a mammalian cell, the method comprising contacting the cell with the nanoparticle composition of claim **21**, wherein the mRNA encodes the polypeptide of interest, whereby the mRNA is capable of being translated in the cell to produce the polypeptide of interest.

**30**. A method of synthesizing an ionizable lipid of claim **1**, comprising reacting heptadecan-9-yl 8-((2-hydroxyethyl) amino)octanoate with undecyl 6-bromohexanoate under a suitable condition to provide the ionizable lipid of claim **1**.

* * * * *

# Joint Claim Construction Brief

# EXHIBIT 54

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, AND BIONTECH MANUFACTURING GMBH,<br><br>Defendants. | Civil Action No. 22-336-CFC (CONSOLIDATED) |

## [PROPOSED] JOINT CLAIM CONSTRUCTION CHART

Pursuant to Paragraph 15 of the Scheduling Order (D.I. 28), Plaintiff Alnylam Pharmaceuticals, Inc. ("Alnylam") and Defendants Pfizer Inc., Pharmacia & Upjohn Co. LLC, BioNTech SE, and BioNTech Manufacturing GmbH ("Defendants") hereby submit this Joint Claim Construction Chart. A copy of U.S. Patent No. 11,590,229 (the "'229 Patent") has been attached as Exhibit 1, a copy of U.S. Patent No. 11,633,479 (the "'479 Patent") has been attached as Exhibit 2, a copy of U.S. Patent No. 11,633,480 (the "'480 Patent") has been attached as Exhibit 3, and a copy of U.S. Patent No. 11,612,657 (the "'657 Patent") has been attached as Exhibit 4.

Dated: November 29, 2023

/s/ *Ethan H. Townsend*
Ethan H. Townsend (#5813)
MCDERMOTT WILL & EMERY LLP
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE 19801
(302) 485-3911
ehtownsend@mwe.com

*Attorneys for Plaintiff*
*Alnylam Pharmaceuticals, Inc.*

Respectfully submitted,

/s/ *Alan R. Silverstein*
Arthur G. Connolly, III (#2667)
Alan R. Silverstein (#5066)
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 757-7300
aconnolly@connollygallagher.com
asilverstein@connollygallagher.com

*Attorneys for Defendants Pfizer Inc.*
*and Pharmacia & Upjohn Co. LLC*

/s/ *Jeremy A. Tigan*
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumentfeld@morisnichols.com
jtigan@morrisnichols.com

*Attorneys for BioNTech SE and*
*BioNTech Manufacturing GmbH*

# Joint Claim Construction Chart for U.S. Patent Nos. 11,590,229; 1,633,479; 11,633,480; and 11,612,657[1]

## Disputed Constructions

| Claim Term and Applicable Claims[2] | Alnylam's Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence |
|---|---|---|
| "head group"[3]<br><br>Claims 27 and 28 of the '229 Patent; Claims 4-6, 15-19, 22, 23, 26, 28, and 29 of the '657 Patent; Claims 10-12 of the '479 | **Proposed Construction**<br>Ordinary and customary meaning, which is "portion of the lipid molecule that is less hydrophobic than the hydrophobic tails."<br><br>**Intrinsic Evidence**<br>*See e.g.*, | **Proposed Construction**<br>"a group that may be protonated"<br><br>**Intrinsic Evidence** |

---

[1] Alnylam reserves the rights to rely on any intrinsic evidence cited by Defendants in this matter.

[2] The parties agree that the following terms as they appear in the respectively identified claims do not need any additional construction: "$R^{13}$ is a $C_{10}$-$C_{20}$ branched alkyl, wherein $R^{13}$ is branched at the alpha position relative to the —OC(O)— group" ('229 Patent, Claims 27-28); "$M^1$ is an ester group, and $R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$" . . . "wherein the ester group in each hydrophobic tail is -OC(O)-" ('657 Patent, Claims 4-6); "$M^1$ is -OC(O)-, and $R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$" ('657 Patent; 15-19, 22, 23, and 28); "$M^1$ is -OC(O)-, and $R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$" ('479 Patent, Claims 10-12); "$R^{13}$ is a $C_{10}$-$C_{20}$ branched alkyl group" ('480 Patent, Claims 1-4, 11-15, and 17-19); and "$R^{13}$ is branched at the alpha position relative to the –OC(O)– group" ('480 Patent, Claims 2-4, 11, 13,15, and 17-19). The parties further agree that each party has preserved its rights to argue constructions and positions consistent with the prior briefing for "$R^{13}$ is a branched $C_{10}$-$C_{20}$ alkyl" (*see* D.I. 86, 103, 104, 109) with regard to these claim terms in any appeal from this case.

[3] Defendants reserve the right to argue that "head group" is indefinite at an appropriate time in the litigation.

Joint Claim Construction Brief

# EXHIBIT 55

**No. 23-2357**

***In the***

# United States Court of Appeals

***for the***

# Federal Circuit

---

ALNYLAM PHARMACEUTICALS, INC.,

*Plaintiff-Appellant*,

– v. –

MODERNA, INC., MODERNATX, INC., AND MODERNA US, INC.,

*Defendants-Appellees.*

---

On appeal from a final judgment of the
United States District Court for the District of Delaware
Case Nos. 1:22-cv-00335-CFC, 1:22-cv-00925-CFC

---

**PRINCIPAL BRIEF FOR APPELLANT**

---

SARAH CHAPIN COLUMBIA
SARAH J. FISCHER
*McDermott Will & Emery LLP*
200 Clarendon Street, Fl. 58
Boston, MA 02116-5021
(617) 535-4000

BHANU K. SADASIVAN, PH.D.
*McDermott Will & Emery LLP*
650 Live Oak Ave, Suite 300
Menlo Park, CA 94025-4885
(650) 815-7537

WILLIAM G. GAEDE, III
*McDermott Will & Emery LLP*
415 Mission Street, Ste 5600
San Francisco, CA 94105
(650) 815-7400

PAUL W. HUGHES
IAN B. BROOKS
*McDermott Will & Emery LLP*
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000

*Counsel for Alnylam Pharmaceuticals, Inc.*

acid-lipid particles." Appx52 ('933 Patent) at 1:61-2:2. These lipid particles may be used for delivering an active agent such as a nucleic acid. The written description thereafter describes cationic lipids of Formulas (I) through (VIII). Formulas (I), (II), and (VIII) depict branching at the alpha position.[8]

The written description describes what an alpha "branched alkyl" is in the context of the Formulas, which depict alpha branched 2-carbon groups. For example, Formula (II) discloses "branched alkyl at the alpha position adjacent to the biodegradable group" (Appx53 ('933 Patent) at 3:63-67). The formula discloses two carbons binding to the branched alpha-position carbon if M1 is —C(O)O— or three carbons binding to the branched alpha position carbon if M1 is —O(C)O—. The branched alkyl groups are annotated in green below:

[8] The other formulas do not expressly depict branching at the alpha position. Specifically, in Formulas (III), (IIIA), and (IV), the branching is not at the alpha position and Formulas (V), (VIA), (VIB), and (VII) do not have branched alkyls. Formula (VIII) has asymmetrical hydrophobic groups but is a generic depiction that may cover formula (I)-(VII) and accordingly would be the same as Formulas (I) and (II) for "branched alkyl."




Appx53 ('933 Patent) at 4:1-10 (annotated); Appx4515 (Certificate of Correction); Appx5096.[9]

Like the patents' claims, in Formula (II), $M^1$ is "a biodegradable group (e.g., (—OC(O)— or —C(O)O—, … )." Appx54 ('933 Patent) at 5:1-18. Where $M^1$ is —C(O)O—, the carbon at the alpha position to $M^1$ is attached to two other carbons, $Z^1$ and $R^z$, as well as a hydrogen (H) atom, as the Formula depicts above. Appx54 ('933 Patent) at 5:18 ("each occurrence of

[9] While Formulas (I) and (II) fall outside the asserted claims, they are representative of structures consistent with the language used in the claims and describe the two-carbon binding structures as "branched alkyl at the alpha position adjacent to the biodegradable group." Like the claimed structures, Formula (II) includes $R^{12}$-$M^1$-$R^{13}$ with branching in $R^{13}$ at the alpha position adjacent to $M^1$. *See* Appx53 ('933 Patent) at 4:1-10; Appx4515 (Certificate of Correction). Formula (I) includes branching at the alpha position adjacent to $M^1$, however that branching is in $R^{12}$—not $R^{13}$. Appx52 ('933 Patent) at 2:11-20; Appx4514 (Certificate of Correction).

branched alkyl 2-carbon group, contrary to the limiting lexicography the district court imposed:




Appx87 ('933 Patent) at 72:1-10; Appx88 ('933 Patent) at 74:52-57 (annotated above with numbers at two carbons in red and to show how these moieties combine).[16]

---

[16] Moderna argued before the district court that the specification's "discussion" of the various figures depicting an alpha-branched carbon binding to two carbons in $R^{13}$ and to the oxygen in $M^1$ nowhere used the term "branched alkyl." Appx4506-4507. Should Moderna resurrect it here, that argument has no merit. The specification expressly describes and shows a "branched alkyl" at the alpha position as binding to two carbons with the third bond to a hydrogen. Appx52 ('933 Patent) at 2:7-9 ("the cationic lipid is a compound of Formula (I), which has a *branched alkyl* at the alpha position adjacent to the biodegradable group") (emphasis added); Appx53 ('933 Patent) at 3:63-65 ("the cationic lipid is a compound of Formula (II), which has a *branched alkyl* at the alpha position adjacent to the biodegradable group") (emphasis added). Further, the drawings show it. A drawing is no less in-

More, in the Definitions section, the written description defines the term "alkyl" as "a straight or branched chain saturated hydrocarbon moiety." Appx257 ('933 Patent) at 411:53-61. The definition of "alkyl" goes on to state: "*Representative saturated branched alkyl groups include isopropyl, sec-butyl, isobutyl, tert-butyl, and isopentyl.*" *Id.* at 411:60-61 (emphases added). "Isopropyl" and "sec-butyl" each contains a carbon branched to two other carbons as set forth below:




Appx4952-4953; Appx5011-5012; Appx5663. These "representative" branched alkyl groups plainly confirm that there was no intent to limit "branched alkyl" to three- or more-carbon groups only. Indeed, the express inclusion of "isopropyl" and "sec-butyl" as being "representative" branched

---

formative than words. *CVI/Beta Ventures,* 112 F.3d at 1146. The specification sets forth the terms alkyl, alkenyl, and alkynyl and describe them as either a straight chain or a branched chain. Appx257 ('933 Patent at 411:53-54, 62-63 and 412:6-7). The record contained the commonsense textbook quote that a straight carbon chain is distinguished from a branched carbon chain because the "difference between the two is that you can draw a line connecting all the carbons of a straight-chain alkane without retracing your step or lifting your pencil from the paper." Appx5009. The specification figures themselves using the language of chemistry show that the "branched alkyl" at the alpha position relative to the biodegradable group $M^1$ may bind two carbons.

Respectfully submitted,

/s/ *William G. Gaede, III*
William G. Gaede, III
McDermott Will & Emery LLP
415 Mission Street, Suite 5600
San Francisco, CA 94105
(650) 815-7400

Paul W. Hughes
Ian B. Brooks
McDermott Will & Emery LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000

Sarah Chapin Columbia
Sarah J. Fischer
McDermott Will & Emery LLP
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
(617) 535-4000

Bhanu K. Sadasivan, Ph.D.
McDermott Will & Emery LLP
650 Live Oak Avenue, Suite 300
Menlo Park, CA 94025-4885
(650) 815-7537

*Counsel for Alnylam Pharmaceuticals, Inc.*

Dated: December 4, 2023

# Joint Claim Construction Brief

# EXHIBIT 56

communications biology

ARTICLE

https://doi.org/10.1038/s42003-021-02441-2 OPEN

# Ionization and structural properties of mRNA lipid nanoparticles influence expression in intramuscular and intravascular administration

Manuel J. Carrasco[1], Suman Alishetty[1], Mohamad-Gabriel Alameh[2], Hooda Said[1], Lacey Wright[1], Mikell Paige[3], Ousamah Soliman [2], Drew Weissman[4], Thomas E. Cleveland IV [5], Alexander Grishaev[5] & Michael D. Buschmann [1✉]

Lipid Nanoparticles (LNPs) are used to deliver siRNA and COVID-19 mRNA vaccines. The main factor known to determine their delivery efficiency is the pKa of the LNP containing an ionizable lipid. Herein, we report a method that can predict the LNP pKa from the structure of the ionizable lipid. We used theoretical, NMR, fluorescent-dye binding, and electrophoretic mobility methods to comprehensively measure protonation of both the ionizable lipid and the formulated LNP. The pKa of the ionizable lipid was 2-3 units higher than the pKa of the LNP primarily due to proton solvation energy differences between the LNP and aqueous medium. We exploited these results to explain a wide range of delivery efficiencies in vitro and in vivo for intramuscular (IM) and intravascular (IV) administration of different ionizable lipids at escalating ionizable lipid-to-mRNA ratios in the LNP. In addition, we determined that more negatively charged LNPs exhibit higher off-target systemic expression of mRNA in the liver following IM administration. This undesirable systemic off-target expression of mRNA-LNP vaccines could be minimized through appropriate design of the ionizable lipid and LNP.

[1] Department of Bioengineering, George Mason University, Fairfax, VA, USA. [2] Perelman School of Medicine, University of Pennsylvania, Philadelphia, PA, USA. [3] Department of Chemistry & Biochemistry, George Mason University, Fairfax, VA, USA. [4] Perelman School of Medicine, University of Pennsylvania, Philadelphia, PA, USA. [5] Institute for Bioscience and Biotechnology Research National Institute of Standards and Technology, Rockville, MD, USA. ✉email: mbuschma@gmu.edu

Messenger RNA (mRNA) vaccines are now accepted modalities following the Emergency Use Approval of two highly efficacious vaccines that are based on lipid nanoparticle (LNP) delivery of nucleoside-modified mRNA sequences encoding for a modified version of the SARS-CoV-2 spike protein[1,2]. mRNA LNPs bear a structural resemblance to viral systems and circulating endogenous lipid-containing chylomicrons in terms of size and lipid envelope[3]. These features contribute to the application of mRNA-LNPs as delivery vehicles for vaccines and other therapeutics including transcripts encoding antibodies for endogenous translation[4] or enzymes for in vivo gene editing[5]. It is noteworthy that all 8 mRNA vaccines in clinical trials for SARS-CoV-2 use LNPs as the delivery system.

The performance of LNPs for mRNA delivery depends on their potency[6], in vivo distribution and targeting[7], induction of inflammatory and innate immune reactions[8], and for vaccines, their inherent adjuvanticity[9]. Potency, which refers to delivery efficiency, has been the central focus of most LNP research culminating in the commercial approval of the Onpattro™ siRNA containing LNP for liver-based gene silencing[10]. The central feature of the ionizable lipid that was necessary for high delivery efficiency was the p*K*a of the LNP needed to be between 6 and 7, as determined using the anionic fluorescent dye 2-(p-toluidino)-6-naphthalenesulfonic acid (TNS) binding assay. With a p*K*a near 6.5, the LNP at neutral pH is negatively charged (from the nucleic acid payload). However, once inside the cell in endosomes the pH declines to near 4.5 prior to lysosomal fusion thereby protonating the LNP, which facilitates ion pair formation of the cationic ionizable lipid with anionic endogenous endosomal phospholipids[3]. At this point, the second feature that is known to control potency comes into play, namely the molecular shape of the ionizable lipid[11,12]. A more cone-shaped (versus cylindrical) ionizable lipid is desirable since a small head group and broader molecular cross-section in the tail region are incompatible with a lipid bilayer thereby destabilizing the endosomal membrane and allowing the nucleic acid payload to be released to cytosol. The specific ionizable lipids in the approved mRNA-LNP vaccines have an accentuated molecular cone-shape through increased lipid tail branching for Lipid H[13] (SM-102)[14] from Moderna, and for ALC-0315[15] from Acuitas in the BioNTech/Pfizer vaccine.

LNP electric charge is known to control in vivo distribution and expression of mRNA-LNPs for intravascular (IV) administration. Reducing the amount of cationic lipid in mRNA-LNPs created a negative LNP, due to an excess of anionic mRNA, that targeted the spleen after IV injection, versus positively charged LNPs targeting the lung[16]. Similar charge-mediated targeting with IV delivery was also achieved using standard LNPs and mixing in a permanently cationic lipid or a permanently anionic lipid to endow the LNPs with a net positive, net negative, or an intermediate net charge that targeted the lungs, spleen, and liver, respectively[7]. Although charge-mediated targeting has not been examined for intramuscular (IM) administration, many studies that analyze expression after IM injection do find a systemic trafficking of mRNA-LNPs that strongly express in the liver very quickly, while simultaneously expressing in muscle and draining lymph nodes[17–19]. These particular LNPs apparently enter the vasculature after IM injection and subsequently express in liver hepatocytes possibly due to passive ApoE-mediated targeting[20]. Systemic mRNA-LNP distribution and off target expression of immunogens could however generate systemic cytokines, activate complement, amplify the frequency or severity of adverse events that have been observed in recent clinical trials[21,22], and/or impair immune response generation[23]. Only one prior study has been published for the optimization of the ionizable lipid in mRNA-LNPs for IM administration of vaccines, focusing mainly on increasing the degradability of the lipid to improve tolerability[13].

Given the lack of studies that address LNP design principles for IM administration that could lead to a vaccine-optimized mRNA-LNP, we developed several new theoretical and experimental methods that deepen our understanding of the ionization of the ionizable lipid and of the LNP. By calculating theoretical p*K*a values of the ionizable lipids and measuring them directly with NMR, we found their pKa's to be 2–3 units higher than literature reports of LNP pKa's measured using TNS binding assay. We were able to quantitatively explain this difference through thermodynamic modeling of the ionization equilibria in the LNP versus an aqueous phase, which will enable rational design of LNPs that targets specific ionization requirements based on the structure of the ionizable lipid, thereby streamlining the synthesis and screening of ionizable lipid candidates. We applied these and additional new methods to relate ionizable lipid ionization and LNP ionization to potency in vitro and in vivo for IM and IV administration We further propose design principles to limit off-target systemic distribution and expression for mRNA LNP vaccines and to rapidly design new ionizable lipids that could have both high potency as well as localized expression for IM administration of mRNA LNP vaccines.

## Results

**Molecular ionization properties of ionizable lipids can be predicted theoretically and are 2–3 units higher than the p*K*a of the corresponding Lipid Nanoparticle formulation**. With the eventual aim of designing ionizable lipids that give rise to the appropriate ionization properties of the LNP, such as its p*K*a being within the 6–7 range and a net charge that drives the desired targeting, we calculated the theoretical p*K*a of the following five published and commercially available ionizable lipids: DLin-KC2-DMA, DLin-MC3-DMA, DLin-DMA, DODMA, and DODAP using commercial software and found them to be in the range of 8–9.4 (Table 1). These theoretical pKa's were significantly higher than the previously reported experimental TNS binding assay pKa's (5.8–7)[24–26] of the LNPs containing the same ionizable lipids. We therefore decided to directly measure the ionizable lipid p*K*a using a well-established NMR method based on the pH dependence of the $^{1}$H chemical shift of protons near the ionizable group[27]. Since the NMR method requires water-soluble compounds, we synthesized water-soluble analogs of these five ionizable lipids, which did not change their theoretical pKa's, and measured the pH dependence of the terminal protons of the dimethylamine in a series of buffers with pH ranging from ~6-12. The NMR pH indicators imidazole and piperazine were included as internal standards to provide the pH of each solution based on the chemical shifts of the protonated nitrogen atom in these reagents (Supplementary Fig. 1) By fitting the chemical shifts of the terminal dimethylamine protons of the analogs to the Henderson–Hasselbalch equation (Fig. 1a), we found the NMR-determined p*K*a values to agree with the theoretically calculated pKa's (Table 1).

We then made mRNA-LNPs using firefly luciferase (FLuc) nucleoside-modified mRNA and each of the ionizable lipids using mole ratios of ionizable-lipid/DSPC/cholesterol/PEG-lipid of 50/10/38.5/1.5 and an NP lipid:mRNA ratio of 4 for the amine group of ionizable lipid to the phosphate groups of mRNA. The TNS dye binding assay provided pKa's that were similar to those in the literature (Fig. 1b), and we verified that differences in the TNS binding assay conditions found in the literature did not significantly influence the measured TNS binding assay pKa's. (Supplementary Tables 1 and 2 and Supplementary Figs. 2 and 3).

**Table 1 Ionizable lipid structure, p*K*a by ACD (theory), NMR, TNS, ZP,and pI by ZP.**

| Lipid | Structure | p*Ka*, ACD | p*Ka*, NMR | p*Ka*, TNS | p*Ka*, ZP | *n*, ZP | pI, ZP | ΔpKa NMR-TNS | ΔpKa NMR -ZP | ΔpKa TNS -ZP |
|---|---|---|---|---|---|---|---|---|---|---|
| DLin-KC2-DMA |  $H_2O$ soluble analogue :  | 9.32 | 9.34 | 7.03 | 6.30 | 2.26 | 6.61 | 2.31 | 3.04 | 0.73 |
| DLin-MC3-DMA |  $H_2O$ soluble analogue :  | 9.37 | 9.47 | 6.57 | 5.77 | 1.69 | 5.93 | 2.9 | 3.7 | 0.80 |
| DLin-DMA |  $H_2O$ soluble analogue :  | 8.65 | 8.93 | 6.66 | 6.15 | 2.52 | 6.34 | 2.27 | 2.78 | 0.51 |
| DODMA |  $H_2O$ soluble analogue :  | 8.65 | 8.93 | 6.59 | 5.83 | 3.83 | 6.24 | 2.34 | 3.1 | 0.76 |
| DODAP |  $H_2O$ soluble analogue :  | 8.02 | 7.65 | 5.62 | 5.59 | 1.95 | 5.39 | 2.03 | 2.06 | 0.03 |

As a complementary method to the TNS binding assay for obtaining LNP ionization properties, we performed electrophoretic mobility measurements of the LNPs that provide zeta potentials (ZPs) and found that all LNPs carried a positive net charge at low pH and transitioned through an isoelectric point (pI 5.4–6.6) to become negatively charged at high pH (Fig. 1c). In comparing ZP titration curves to TNS binding titration curves, it became apparent that ZP titration occurred over a much broader pH range (~4 points) than the TNS binding titration (~2 points) suggesting that TNS only detects LNP surface charge while ZP detects LNP net charge. This broader titration curve for ZP was reminiscent of the titration of polyelectrolytes where an extended Henderson–Hasselbalch equation is used to fit this behavior and provide ZP p*K*a (Fig. 1c). This stretched titration curve is due to the intrinsic p*K*a of the LNP depending on its ionization state as noted with polyelectrolytes[28,29]. In comparing the NMR p*K*a (that agrees with the theoretical pKa) to the TNS binding assay pKa, we found a consistent 2–3 unit drop and a further ~0.7 unit drop point from the TNS binding assay p*K*a to the ZP p*K*a (Table 1 and Fig. 1d). The latter can be easily understood since TNS binding assay only detects initial surface LNP protonation down to ~pH = 6 (Fig. 1b), while ZP detects net LNP charge and protonation down to pH = 3 (Fig. 1c), which covers the entire pH range in endosomal and lysosomal compartments. The explanation for the 2–3 point drop from NMR to TNS binding assay or ZP p*K*a was not however immediately obvious.

We developed a thermodynamic model that accounts for the measured p*K*a difference between NMR and TNS binding assay (or ZP) p*K*a as detailed in Supplementary Information. By considering the ionization equilibrium of the dimethylamine moiety inside the lipid phase and the equilibrium of protons between the lipid phase and the water phase where the pH is measured during the TNS binding and ZP assays, we derived the following expression relating the measured apparent p*K*a of the LNP, $\mathrm{pK_{appL}}$, to the intrinsic pKa of the ionizable lipid in the LNP, $\mathrm{pK_{aL}}$, and the free energy of transfer of protons from water to the LNP due to proton solvation, $\Delta G_{tr}\left(H^+_{W\to L}\right)$, and the electrostatic repulsion or attraction of protons to the LNP due to its electric potential $\Psi_L$. (see Supplementary Information for derivation).

$$\mathrm{pK_{appL}} = \mathrm{pK_{aL}} - \frac{\Delta G_{tr}\left(H^+_{W\to L}\right)}{2.303RT} - \frac{F\Psi_L}{2.303RT}$$

This equation results from the fact that the proton concentration in the LNP is not measurable and that when pH is measured in the water phase, this creates the two extra terms on the right in the above equation. As detailed in the Supplementary Information, the high energy of solvation of protons in the lipid versus water phase, $\Delta G_{tr}\left(H^+_{W\to L}\right) \cong 15 \to 20\mathrm{kJ/mol}$, reduces the apparent LNP p*K*a by ~3–4 units while the intrinsic p*K*a in the LNP, $\mathrm{pK_{aL}}$, is somewhat higher than in the aqueous phase by ~1 unit, resulting in a net drop of 2–3 units in p*K*a from the aqueous phase to the LNP phase for the ionizable lipid, which corresponds to the p*K*a drop seen from NMR and theory (aqueous phase) to TNS binding assay and ZP (LNP phase). Proton solvation energy differences are therefore principally responsible for the measured 2–3 unit difference between aqueous molecular NMR/ACD p*K*a measurements vs LNP TNS/ZP p*K*a measurements (Table 1). The electrostatic potential of the LNP, $\Psi_L$, further modulates the apparent p*K*a in an ionization-state-dependent manner shown in the above equation, reducing the p*K*a at low pH when the LNP is positive and increasing the p*K*a at high pH where the LNP is negative. The latter effect is also responsible for broadening the ZP titration of the LNP to cover ~4 pH units rather than ~2 units, which is the case for a monoprotic species whereas the assembled LNP behaves like a polyelectrolyte. This model and the corresponding explanation can now be used for the rational design of new ionizable lipids by theoretically calculating the lipid ionization properties, verifying/correcting those properties by NMR, and then estimating the corresponding LNP ionization properties for the mRNA-LNP systems. For example, novel head groups with both linear and cyclic structures and with different numbers of carbon atoms separating them from the linker can be theoretically analyzed for ionization properties to assess suitability for specific applications.

**Ultrastructural analyses reveal lower levels of C18 lipid saturation create more heterogenous and irregularly structured LNPs**. In addition to ionization and morphology of the ionizable lipid, the ultrastructure of the mRNA-LNP is known to influence potency[30,31]. CryoTEM of LNPs with dilinoleic (C18 - 2 double bonds) tails (KC2, MC3, DLin) showed relatively homogeneous spherically shaped LNPs with an exterior bilayer and electron-dense internal amorphous structure (Fig. 2a–c). This appearance is consistent with a previous model supported by neutron scattering data where the peripheral shell is the polyethylene glycol lipid and is rich in DSPC while the internal compartment is primarily the ionizable lipid electrostatically bound to the mRNA with cholesterol distributed throughout[30]. For the dioleic LNPs, where each lipid tail has only one double bond (C18 – 1 double bond) (DODMA, DODAP), cryoTEM showed heterogenous LNP populations (Fig. 2d–g). DODMA LNPs had a very high frequency of small liposomal structures (Fig. 2e). DODAP had a high frequency of larger segmented multicompartmental structures where an electron-dense amorphous compartment was adjacent to a more electron-lucent compartment with greater internal structure († in Fig. 2f, g) and a peripheral bilayer (Fig. 2f, g). This type of mRNA-LNP structure has been observed previously and the electron-lucent compartment with greater internal structure († in Fig. 2f, g) has been identified by nanogold labeling to contain the mRNA[32]. This multicompartmental structure may result from incomplete fusion of incipient LNPs during dialysis that is an important part of LNP assembly[33]. A recent study[34] found that the population of LNPs prior to dialysis contains both electron-dense and electron-lucent nanoparticles and that as pH is raised to 7.4 during dialysis, the neutralization of ionizable lipid sequesters it from aqueous domains driving the fusion of several vesicles to produce the final electron-dense core surrounded by a bilayer described above for KC2, MC3, and DLin. Apparently, this process was inhibited for DODMA, which retained many small structures. For DODAP, its lower TNS binding assay p*K*a (5.6) may result in a high proportion of neutralized ionizable lipid in the incipient LNPs that then inhibits fusion and LNP reorganization to generate multicompartmental structures with both electron-dense and more electron-lucent zones, the latter containing the mRNA. In addition it is important to note that previous observations concerning the influence of lipid tail saturation on LNP potency have focused on endosomolytic capacity as related to a cone-shaped lipid morphology[26] while a second equally important effect observed here may be the influence of lipid saturation on the fusion process during dialysis and resultant LNP structures. SAXS analyses revealed a peak for the scattering vector (q) near 1 $\mathrm{nm^{-1}}$ for each LNP corresponding to a spacing (d) between mRNA phosphate backbone chains in the core of the LNP of near 6.5 nm for all LNPs, in agreement with prior studies[30,33], except for DODAP, which was larger at 7.4 nm. The larger size for DODAP-based LNPs is possibly related to what appears to be a more aqueous multicompartmental environment for the mRNA.




**Fig. 1 Molecular ionization properties of commercially available ionizable lipids DLin-KC2-DMA, DLin-MC3-DMA, DLin-DMA, DODMA, DODAP, and their mRNA LNPs.** mRNA LNPs were assembled with the mole ratios 50:10:38.5:1.5 (ionizable lipid:DSPC:cholesterol:PEG-DMG2000) at NP lipid:mRNA ratio 4. **a** NMR measurement of p*K*a of custom-synthesized water-soluble analogs of ionizable lipids, fitting the pH dependence of the terminal methyl protons of the head group to the Henderson–Hasselbalch (HH) equation (spectra are in Supplementary Fig. 1). **b** TNS measurement of LNP p*K*a only detects initial protonation above pH ~6 and fits the HH model to provide TNS binding assay p*K*a of the LNP. **c** Zeta Potential (ZP) measurement of LNP measured over the pH range 3–10 revealed a transition from a positively charged LNP at low pH to a negatively charged LNP at high pH and detects protonation down to pH 3 covering the endosomal and lysosomal pH range. ZP fits the extended HH model to provide the ZP pKa. pI is the pH where LNP zeta potential interpolates to zero. **d** p*K*a of the ionizable lipid measured by NMR agrees with theoretical predictions while p*K*a in the LNP whether by TNS or Zeta Potential were 2–3 points lower.

**In vivo potency of mRNA Lipid Nanoparticles correlates with in vitro potency for intramuscular administration but not for intravascular administration due to LNP charge-mediated trafficking**. In order to understand the influence of the ionizable lipid, LNP ionization properties, and resultant LNP ultrastructure on mRNA-LNP potency, HEK293 cells were transfected with LNPs containing an mRNA encoding a luciferase reporter using a series of increasing doses from 25 to 200 ng of mRNA per well containing 12,000 cells. HEK293 cells were chosen as a first model cell type for potency screening that could be replaced in future studies by primary cells more representative of in vivo targets. We found a very reproducible order of potency for in vitro transfection from high to low delivery and expression efficiency as follows: KC2 > MC3 > DLin>DODMA > DODAP (Fig. 3). DODAP LNPs had almost undetectable expression consistent with a TNS binding assay p*K*a of 5.62, which is too low for endosomal protonation, although expression with this p*K*a has been observed in LNPs targeting the spleen[35]. DODAP and DODMA also have heterogeneous ultrastructural features as described above that are expected to reduce potency. DLin has a p*K*a very similar to MC3 and identical lipid tails but with two ether linkers versus one ester for MC3, which could render DLin more cylindrical and less endosomolytic (less cone-shaped)[36]. A surprising finding was a consistently superior potency for KC2 versus MC3 in vitro in light of MC3 having demonstrated superiority for hepatocyte gene silencing by IV administration[6,24].

One difference between these two LNPs is their charge at physiological pH where KC2 is less negative than MC3 as reflected by a ZP pI of 6.6 for KC2 vs 5.9 for MC3 (Table 1). It is well known that in vitro transfection is generally facilitated by more positively charged or less negatively charged nanoparticles[37] possibly due to negative heparin sulfate proteoglycans coating the cell membrane[38].

When we administered these LNPs into the muscle of Balb/c mice, we found an identical order of potency for luciferase expression consistent with our in vitro experiments (Fig. 4a, c). However, when we intravenously administered the LNPs, the superiority of MC3 to KC2 was established for expression in the liver (Fig. 4b, d) as observed for siRNA delivery[6,10,24]. In vivo potency for IM correlated with in vitro potency with an $R^2 = 99.8\%$ ($p < 0.0001$), while in the liver for IV expression there was no correlation with in vitro potency with an $R^2 = 44.6\%$ ($p = 0.22$) (Fig. 4f). The superiority for KC2 in vitro and for in vivo IM suggests a less negatively charged LNP is more efficient in vitro and in vivo IM, while for IV administration a more negative LNP that is passively targeted through Apo-E absorption is more efficient for hepatocyte targeting. The potential role of negatively charged proteoglycans in the extracellular matrix in muscle, which are absent in blood but present in vitro on cell membranes is consistent with less negatively charged LNPs being more potent for IM administration while the more negative LNPs more quickly pass into the vasculature. Passive Apo-E targeting in blood is also




**Fig. 2 Ultrastructural characterization of mRNA LNPs.** CryoTEM of LNPs made with ionizable lipids bearing dilinoleic acid tails (KC2, MC3, and DLin) had a relatively homogeneous appearance (**a**, **b**, **c**) with an evident superficial bilayer and an amorphous electron dense core and occasional electron-lucent cavities (o in **c**). LNPs made from ionizable lipids with dioleic acid tails, each tail having only a single double bond (DODMA and DODAP), displayed heterogeneous ultrastructure (**d**, **e**, **f**, **g**). DODMA LNPs contained a significant population of small liposomal structures (* in **e**). DODAP LNPs were predominantly multicompartmental where an electron-dense amorphous compartment was adjacent to a more electron-lucent compartment with greater internal structure containing the mRNA († in **f** and **g**) and a peripheral bilayer. **h** SAXS analyses revealed internal spacing between mRNA backbones calculated from the peak position at ~1 $nm^{-1}$ and was similar for (KC2, MC3, DLin), increased slightly for DODMA and more so for DODAP. The latter was consistent with the likely presence of mRNA in a compartment with higher water content (†).

known to occur in a charge-dependent fashion since permanently cationic LNPs[20] as well as highly negatively charged LNPs[39] do not exhibit Apo-E binding and therefore do not express in hepatocytes. We also detected the well-known off-target expression in liver for these LNPs injected IM (Fig. 4a). Here, we additionally observed that MC3 with its greater negative charge had a fraction of photon flux in liver (Fig. 4e) that was on average higher than for KC2 suggesting negative LNP charge was facilitating off-target expression after IM administration and is accentuated by a more negatively charged LNP.

**Reducing the NP lipid:mRNA ratio creates larger more negatively charged LNPs that have higher potency due to increased protonation in the endosomal pH range**. To further explore the role that LNP charge could have on potency and targeting, we made KC2 mRNA LNPs with different NP ratios of ionizable lipid amine to mRNA phosphate in the range of 2–8. We found that reducing the NP lipid:mRNA ratio from 8 to 2 increased the LNP diameter from 48 to 72 nm and reduced encapsulation efficiency from 80 to 40%. (Fig. 5a, b). We developed a quantitative estimate of the number of copies of mRNA in each LNP using the number-averaged diameter of the LNP measured by DLS to calculate the LNP volume and then filling up that volume with each of the 5 components (4 lipids and mRNA), while respecting their mole ratios and assigning their molecular volume to each molecule in the LNP (see Supplementary Information for details). The model also accounts for the encapsulation efficiency by reducing the mole ratio of mRNA in the LNP by the encapsulation efficiency. We estimated that the average number of mRNA copies per LNP increases from 1 at an NP lipid:mRNA ratio of 8 to 6 at an NP lipid:mRNA ratio of 2 (Fig. 5c) due to a 3-fold increase in volume combined with a 2-fold reduction of the NP lipid:mRNA ratio in the LNP (NP ÷ Encapsulation Efficiency) the latter increasing mRNA mole ratio in the larger LNP by 2-fold. By performing the TNS binding assay at a constant ionizable lipid concentration (accounting for the NP lipid:mRNA ratio), we observed that lower LNPs with lower NP lipid:mRNA ratios had higher TNS binding assay fluorescence at low pH suggesting greater surface protonation (Fig. 5d). The ZP measurements showed that reducing NP lipid:mRNA ratio created more negatively charged LNPs where the pI = 7.1 at an NP lipid:mRNA ratio of 8 and pI = 5.5 at an NP lipid:mRNA ratio of 2, while the pKa's did not change as dramatically (Fig. 5f). We additionally calculated the absolute elemental charge of the LNPs (Fig. 5g) using a non-linear electrokinetic model (see Supplementary Information) and were able to estimate the LNP dielectric constant (Fig. 5h) by comparing this measured charge at high pH to the expected charge from the calculated number of mRNA copies in the LNP, since the ionizable lipid is uncharged at high pH. The LNP dielectric constant ranged from 6 to 24, which is intermediate between that of lipid[40] (5) and water (80), thereby supporting the accuracy of the mRNA copy number calculation. Interestingly, the water content of an LNP with an NP lipid:mRNA ratio of 4 was estimated at 25%[30] so that the LNPs from formulations with a high NP lipid:mRNA ratio of 8 could be similar to a pure lipid phase solution with a dielectric constant of 6. The LNPs formulated with low NP lipid:mRNA ratio, and therefore higher mRNA content, would be expected to contain more water and therefore a higher dielectric constant (Fig. 5h). Luciferase expression at a 200 ng dose was found to increase for LNPs made with low NP lipid:mRNA ratios (Fig. 5i). We found this high dose in vitro potency to correlate strongly and negatively with the NP lipid:mRNA ratio (Fig. 6a) and encapsulation efficiency (Fig. 6b), and to correlate strongly and positively with LNP size (Fig. 6c), mRNA copies in each LNP (Fig. 6d), and with the increase in protonation from pH 7.4 to 5 seen in both TNS binding assay and in LNP net charge calculated from the ZP (Fig. 6e, f). The negative correlation seen with encapsulation efficiency may seem surprising, however this may be a consequence of higher mRNA copy numbers per LNP at low NP lipid:mRNA ratios and increased LNP protonation in the endosomal pH range for lower NP lipid:mRNA ratios. Therefore, maximization of encapsulation efficiency may not always be desirable if important potency properties involving protonation are negatively impacted. To summarize these in vitro findings, we found low NP LNPs are more potent, larger, more negatively charged and exhibit larger levels of protonation in the endosomal pH range, which may be one mechanism for increasing potency in our in vitro administration. The latter is consistent with a recent report where the absolute TNS binding assay fluorescence at pH = 5 was strongly predictive of potency[41].

**Characterization of the effect of LNP charge after IM and IV administration**. To further understand the influence of LNP charge and protonation in the endosomal pH range, we tested




**Fig. 3 In vitro transfection efficiency, toxicity, size, and encapsulation efficiency of FLuc mRNA LNPs at NP lipid:mRNA ratio 4 prepared with five commercially available ionizable lipids DLin-KC2-DMA, DLin-MC3-DMA, DLin-DMA, DODMA, and DODAP. a** Transfection Efficiency by luciferase assay showed LNPs were able to deliver and express FLuc provided the TNS binding assay p*Ka* was in the range 6.5–7, corresponding to zeta potential p*Ka* of 5.7–6.2 while the aqueous soluble and theoretical p*Ka*'s were in the range of 8.6–9.4. Theoretical design of effective ionizable lipids could be based on having theoretical p*Ka*'s that are 2–3 points higher than desired LNP pKa's, in order to examine a wide design space of potential candidates. *$p < 0.0001$ using a multivariate (dose and LNP predicting FLuc) analyses. All pairwise comparisons were significant; we only indicate KC2 vs MC3 for clarity **b** Number-weighted average diameter (bars) and PDI (circles) of LNPs by DLS. **c** Cell Viability after transfection with LNPs with Alamar Blue. **d** Encapsulation Efficiency (bars) using the ribogreen assay and calculated number of mRNA copies (circles) in the LNP using the molecular volume model described in Supplementary Information. **e** Phase contrast cell morphology after 24 h transfection period with LNPs at different doses was consistent with Alamar Blue in C. Doses of 100 and 200 ng showed areas of cell loss (*) in DODAP, DODMA, MC3, DLin, and KC2 at these higher concentrations. Scale bar is 100 μm. Mean ± SD ($N = 3$).

KC2 mRNA LNPs with NP lipid:mRNA ratios in the range of 2–8 in both IV and IM administration, and found that LNPs with low NP lipid:mRNA ratios were more potent both in IM (Fig. 7a, d) and IV (Fig. 7b, e). Luciferase expression in vivo correlated negatively with NP lipid:mRNA ratios (Fig. 7g) and positively with in vitro potency (Fig. 7h). Aligning with our observation above that the more negative MC3 LNPs expressed more strongly off-target in liver after IM administration than KC2 LNPs (Fig. 4e), here we found an even greater off-target expression for KC2 LNPs when the NP lipid:mRNA ratio was reduced to 2 and LNPs were highly negative with a pI of 5.5 (Fig. 7c, f). The ratio of photon flux in liver/muscle at 20 h for NP2 KC2 LNPs was >100% while for an NP lipid:mRNA ratio of 4 it was ~50%. Taking together these in vivo results with those above using the different ionizable lipids, we consistently found that a more negatively charged LNP (MC3 vs KC2 and low NP lipid:mRNA vs high NP) will exhibit higher off-target expression in liver after IM administration (Figs. 4a, c and 7c, f). These results also highlight an important finding of our study that has impact on the rational design of LNPs, namely that charge-mediated targeting and trafficking of LNPs is influenced by the p*Ka* of the ionizable lipid and by the ratio of charged components in the formulated LNP




**Fig. 4 In Vivo Expression of FLuc mRNA in LNPS with ionizable lipids DLin-KC2-DMA, DLin-MC3-DMA, DLin-DMA, DODMA, and DODAP.** FLuc mRNA LNPs (5 µg) with NP lipid:mRNA ratio 4 were injected intramuscular (IM) or intravenous (IV) administration and imaged at 4 h and 24 h post-injection. **a** FLuc expression 4 h after IM administration and **b** 4 h after IV administration showing ROIs used to calculate Total Flux (photons/second). Scale bar is Radiance (p/sec/cm$^2$/sr). FLuc expression (Total Flux) for **c** IM administration (†$p < 0.055$) and **d** IV administration at 4 h and 24 h and **e** the ratio of Liver to Muscle photon flux for IM administration. KC2 was the most potent LNP for IM administration while MC3 with a p*K*a 0.4 points lower than KC2 was the most potent for IV administration. The ratio of liver to muscle expression after IM administration, an undesirable off-target effect, is highest for MC3 and is associated with a lower p*K*a, lower pI and a more negatively charged LNP than KC2. **f** In vitro FLuc expression was strongly predictive ($R^2 = 0.998$, $p < 0.0001$) of In Vivo FLuc IM expression at all doses shown here for 25 ng dose only, but not predictive of In Vivo FLuc IV expression ($R^2 = 0.446$, $p = 0.22$). Off-target expression in liver was also correlated to potency. Data and mean are shown in graphs. For IM administration of DLin, DODMA, and DODAP, expression in liver was too low for quantification.

that together determine the net absolute charge of the LNP as a function of pH.

## Conclusions

The direct measurement of the aqueous phase p*K*a of ionizable lipids by NMR permitted us to confirm the accuracy of theoretical p*K*a estimates and to develop a model that can relate these predicted pKa's to the mRNA-LNP pKa, which is one of the central parameters that control mRNA LNP delivery efficiency. We hypothesize these new theoretical and experimental tools will aid and accelerate the design of new ionizable lipids that have predictable ionization behavior in the LNP phase which in turn controls delivery efficiency and targeting. We also developed several new tools to analyze ionization behavior in the LNP including the ZP p*K*a that can provide net absolute charge in the LNP through an electrokinetic model calculation as well as the LNP pI indicating the pH where LNPs are electrically neutral. When comparing in vitro potency of LNPs containing different ionizable lipids, we needed to consider multiple parameters to understand the potency, including LNP pKa, LNP ultrastructure, and the ionizable lipid structure as it relates to the molecular shape hypothesis. We found in vitro potency to strongly predict in vivo potency for intramuscular administration but not for intravascular administration, possibly due to charge-mediated binding of targeting mediators such as extracellular matrix in IM versus ApoE in IV administration. Off-target expression in liver after IM administration was also accentuated for more negatively charged LNPs in two different contexts: using distinct ionizable lipids with different pKa's and by adjusting the charge ratio of the ionizable lipid to mRNA. Additional findings that will aid future development




| NP Ratio | pKa, TNS | pKa, Zeta | pI, Zeta |
|---|---|---|---|
| 2 | 6.53 | 5.87 | 5.55 |
| 3 | 7.04 | 5.63 | 5.91 |
| 4 | 7.19 | 5.51 | 6.14 |
| 6 | 7.09 | 5.61 | 5.71 |
| 8 | 6.80 | 5.64 | 7.08 |

of mRNA-LNPs are the potential for TNS binding assay and ZP titrations to indicate endosomal protonation that correlates to potency, and the insight provided by a new model for estimating mRNA copy number and lipid numbers per LNP. These new tools and insights expand our ability to rationally design mRNA-LNPs that are potent and can be distributed to singly- or multi-targeted locations in vivo. A specific and important application of these new insights is in the reduction of systemic distribution and off-target expression after IM vaccine delivery.

**Fig. 5 DLin-KC2-DMA FLuc mRNA LNPs with NP lipid:mRNA ratio in the range 2–8 have NP lipid:mRNA ratio dependent size, mRNA copy number, encapsulation efficiency, pKa, and in vitro transfection efficiency.** FLuc mRNA KC2 LNPs assembled with NP lipid:mRNA ratio 2–8 (mole ratio of the ionizable lipid KC2 amine to the mRNA phosphate) were produced with lipid mole ratios 50:10:38.5:1.5 (KC2:DSPC:Cholesterol:PEG-DMG2000). **a** LNP diameter (number average DLS diameter) and volume decreased with increasing NP. **b** Encapsulation Efficiency increased at higher NP. Encapsulated NP lipid:mRNA ratio in the LNP (NP ÷ Encapsulation Efficiency) was double the formulation NP lipid:mRNA ratio at low N:P 2 (~5) and only ~25% higher (10 vs 8) at high NP lipid:mRNA ratio 8. **c** The average number of mRNA copies and of each of the 5 lipids in the LNP was calculated based on the molecular volume model described in Supplementary Information. The number of mRNA copies is proportional to volume of the LNP and inversely proportional to the Encapsulated NP lipid:mRNA ratio resulting in one copy per LNP at NP 8 and 6 copies at NP 2. **d** TNS binding assay p*K*a were found by fitting TNS fluorescence data to the HH equation (lines). The TNS binding assay only detects initial LNP protonation at higher pH > 6. **e** The LNP zeta potential (ZP) measured over the same pH range 4–10 was shifted upwards as NP increased. Unlike the TNS binding assay, ZP detects protonation continually down to pH 4 revealing ionizable lipid protonation in the LNP at pH values corresponding to intracellular endosomes and lysosomes. p*K*a from ZP was found by fitting to the extended HH model. pI was found by interpolating ZP to zero potential. **f** p*K*a from TNS and ZP did not change significantly with NP lipid:mRNA ratio however pI from ZP strongly increased with NP lipid:mRNA ratio by charging the LNP positively. **g** LNP net charge was calculated from ZP and the DLS number size using an electrokinetic model described in Supplementary Information. **h** An estimate of the LNP dielectric constant was obtained by calculating a theoretical LNP charge at high pH equal to one negative charge per nucleotide (see Supplementary Information) and dividing by the charge (**g**) measured at high pH determined from ZP. Resulting LNP dielectric constants ranged from 6 to 24, consistent with a lipid phase (dielectric constant 5[40]) containing some water[30] (dielectric constant 80). **i** Low NP LNPs exhibited a more linear dose response and were more potent at the higher doses than higher NP LNPs. **j** A slight reduction in cell viability measured with Alamar Blue was observed at the higher dose 200 ng but with no dependence on NP. **k** Cell morphology versus dose and NP was consistent with Alamar Blue in **j** showing some loss of viability at nigh 200 ng dose. Scale bar is 100 µm. Mean ± SD ($N = 3$) for **i**, **j**.

## Materials and methods

**Materials**. DLin-KC2-DMA was purchased from Biofine International INC. DLin-MC3-DMA was purchased from Advanced ChemBlock. DLin-DMA was purchased from Chem Scene. DMG-PEG (MW 2000) (DMG-PEG2000) was purchased from NOF America. Cholesterol was purchased from Combi Blocks. 1,2-dioleyloxy-3-dimethylaminopropane (DODMA), 1,2-dioleoyl-3-dimethylammonium-propane (18:1 DAP, DODAP), and 1,2-distearoyl-sn-glycero-3-phosphocholine (18:0 PC, DSPC) were purchased from Avanti Polar Lipids. Water-soluble analogs of DLin-KC2-DMA, DLin-MC3-DMA, DLin-DMA, DODMA, and DODAP were synthetized and purified as described below. Microfluidic cartridges compatible with the Spark NanoAssmblr™ were purchased from Precision Nanosystems. 3M Sodium Acetate pH = 5.5 was purchased from Thermofisher Scientific. The ONE-Glo Luciferase Assay System was purchased from Promega Corporation. Slide-A-Lyzer™ MINI Dialysis Device 0.5 ml (MWCO, 10 KDa), 20X TE Buffer, RNAse-free, and Quanti-iT Ribogreen RNA reagent were purchased from Thermo Fisher Scientific. Amicon Ultra-0.5 ml Centrifugal Filter Units, Triton X-100 and 6-(p-toluidino)-2-naphthalenesulfonic acid sodium salt (TNS) was purchased from Sigma. Codon optimized firefly luciferase (FLuc) sequence was cloned into an mRNA production plasmid (optimized 3′ and 5′ UTR and containing a 101 polyA tail), in vitro transcribed using N1-methylpseudouridine modified nucleoside, co-transcriptionally capped using the CleanCap technology (TriLink) and cellulose purified[42] to remove dsRNA. Purified mRNA was ethanol precipitated, washed, resuspended in nuclease-free water, and subjected to quality control (electrophoresis, dot blot, and transfection into human DCs). D-Luciferin (sodium salt) was purchased from REGIS technologies, INC. HEK293 cells were purchased from ATCC.

**Preparation of mRNA Lipid Nanoparticles**. mRNA-loaded LNPs were formulated using total lipid concentration of 50 mM comprised of commercial ionizable lipids (DLin-KC2-DMA, DLin-MC3-DMA, DLin-DMA, DODMA, and DODAP) /DSPC/Cholesterol/DMG-PEG2000 in the % mole ratios 50/10/38.5/1.5. Each lipid was dissolved in ethanol and mixed to reach the specified molar ratios in the organic phase. FLuc mRNA in the aqueous phase was dissolved in 43–50 mM sodium acetate buffer pH 4 to reach 1 mg/ml, keeping the NP lipid:mRNA ratio (moles amine of the ionizable lipid: moles phosphate of the mRNA) constant at 4, prior to mixing in the Spark NanoAssmblr™ (Precision NanoSystems). A 16-µL aliquot of the organic phase and a 32-µL aliquot of the aqueous phase were mixed and ejected into 48 µL of PBS at pH 7.4. The LNPs were then diluted into an additional 96 µL DPBS solution at pH 7.4 and dialyzed against PBS to reach pH 7.3–7.4 after 4–6 buffer exchanges over 4–6 hours using a Slide-A-Lyzer MINI Dialysis Device (MWCO, 10 KDa). To prepare formulations at different NP lipid: mRNA ratios (2–16) containing KC2/DSPC/Cholesterol/DMG-PEG2000 (%mole ratios 50/10/38.5/1.5), the lipids were dissolved in ethanol to reach a total lipid concentration of 6.25–100 mM and formulated with FLuc mRNA at 0.25–1 mg/mL in 21.5–50 mM sodium acetate buffer pH 4, as described above. After formulation, LNPs were then dialyzed against PBS pH 7.4 as above. For in vivo injections, LNPs were concentrated after dialysis using Amicon Ultra-0.5 mL Centrifugal Filter Unit.

**Ribogreen Assay for mRNA Encapsulation Efficiency**. Tris (10 mM, pH = 7.5)/ EDTA (1 mM) (TE) and Triton/TE (2% v/v Triton in TE Buffer) were added in duplicates to a black microplate. Total mRNA in the LNP was diluted to ~4 ng/µL in TE and added to each TE and TE/Triton well in a 1:1 volume ratio. Two standard curves were included in the Ribogreen Assay, one containing mRNA and TE, and the other containing mRNA and Triton/TE. Each standard curve was used to calculate the mRNA concentration in each respective buffer. This approach using two standard curves is required for calculating the encapsulation efficiency and mRNA concentrations, in comparison to a single standard curve in Triton/TE, which can overestimate encapsulation by 5–10%, since Ribogreen has higher background fluorescence in Triton/TE vs TE. Microplates were incubated at 37 °C for 10 min to extract LNPs with Triton. Ribogreen reagent in DMSO was diluted 1:100 in TE Buffer and added to each well in a 1:1 volume ratio. Microplates were immediately introduced into the Cytation 5 Cell Imaging Multi-Mode Reader (Biotek) to read Fluorescence (Ex485/Em528).

**TNS binding assay**. LNP p*K*a was determined using the TNS binding assay. The TNS reagent was prepared as a 300 µM stock solution in DMSO. Following Zhang et al.[43], LNPs were diluted to 75 µM ionizable lipid, TNS to 6 µM in a total volume of ~93 µL of buffered solutions containing 20 mM boric Acid, 10 mM imidazole, 10 mM sodium acetate, 10 mM glycylglycine, 25 mM NaCl, and where the pH ranged from 3 to 10. The Cytation 5 Cell Imaging Multi-Mode Reader (Biotek) was used to read Fluorescence (Ex321/Em445). The pH was measured in each well after TNS addition. Mathematica (Wolfram Research) was used to fit the fluorescence data to the Henderson–Hasselbalch equation $RFU = RFU_{max} - (RFU_{max} - RFU_{min})/(1 + 10^{pKa-pH})$ to provide the pKa. We also tested two alternative TNS binding assay protocols (Supplementary Figs. 1 and 2 and Supplementary Tables 1 and 2) Sabnis et al.[44], where LNPs were diluted to 24 µM and TNS to 6.3 µM, and Jayaraman et al.[24], where LNPs were diluted to 40 µM and TNS to 1 µM.

**mRNA LNP size, zeta potential, ZP pKa, net charge, number of mRNA copies, and dielectric constant using dynamic light scattering and electrophoretic mobility**. LNPs were diluted to 6.25 ng/µL total mRNA in PBS pH = 7.4 and transferred into a quartz cuvette (ZEN2112) to measure size by Dynamic Light Scattering (DLS) in the Zetasizer Nano ZS (Malvern Panalytical) using particle RI of 1.45 and absorption of 0.001 in PBS at 25 °C with viscosity of 0.888 cP and RI of 1.335. Measurements were made using a 173° backscatter angle of detection previously equilibrated to 25 °C for 30 s in duplicates, each with 5 runs and 10 s run duration, without delay between measurements. Each measurement had a fixed position of 4.65 mm in the quartz cuvette with an automatic attenuation selection. Data were analyzed using a General-Purpose model with normal resolution. Diameter are reported as the number-average. The molecular volume model described in Supplementary Information was used to estimate the number of mRNA copies as well as the number of each of the 4 lipid components in the LNP using the number average diameter to calculate LNP volume. LNPs were diluted into the TNS buffer described above at pH ranging from 3 to 10 for ZP measurement by Electrophoretic Light Scattering (ELS) in the Zetasizer Nano ZP (Malvern Panalytical) using the same material and dispersant parameters described above, and the Smoluchowski model. Each measurement had voltage set manually at 80 Volts to avoid ohmic heating that occurred if voltage was set automatically. Measurements in the disposable folded capillary cuvette with an automatic attenuation selection for photon counts were made in triplicates for 20 runs each, and 30 s delay between each replicate. Mathematica was used to fit ZP data to the data to the extended[28] Henderson–Hasselbalch equation $\Psi = \Psi_{max} - (\Psi_{max} - \Psi_{min})/\left(1 + 10^{\frac{(pKa-pH)}{n}}\right)$ to provide the pKa, n and low pH and high pH ZP limits $\Psi_{max}$ and $\Psi_{min}$, respectively. The extended model is used here, since the LNP p*K*a is protonation dependent in a




**Fig. 6 NP lipid:mRNA ratio dependent potency correlates with several structural and ionization characteristics of the LNPs.** High dose (200 ng total mRNA) potency of LNPs correlates negatively with **a** NP lipid:mRNA ratio, **b** Encapsulation Efficiency and positively with **c** Diameter, **d** mRNA copy number, **e** increase in TNS signal from pH 7.4 to 5 and **f** increase in zeta potential from pH 7.4 to 5. Reducing the NP lipid:mRNA ratio generates LNPs that are larger, contain more copies of mRNA per LNP (although a lower % of total mRNA) and have larger increases in both surface protonation (TNS in **e**) and total protonation (ZP in **f**) when the pH drops from physiological through the endosomal pH range to pH 5. These lower NP LNPs are richer in mRNA vs lipid and have greater protonation in the endosome that may be responsible for increasing their potency.

way similar to a polyelectrolyte[28,29]. TNS binding assay data did not require the extended model since TNS dye binding only detects LNP surface charge. Equations 20–24 of the model described in supplementary information were used to calculate net LNP charge from electrophoretic mobility at each pH using the full non-linear form of the Poisson–Boltzmann equation to relate surface potential to charge and a Henry's function, without the Smoluchowski approximation. The calculated charge was then fit to the extended Henderson–Hasselbalch equation to estimate the high pH charge limit, which then permitted the LNP dielectric constant to be estimated according to Eq. 26 in Supplementary Information. pH-dependent ion (hydroxide and hydronium) binding to the LNP was apparent when measuring ZPs of charge neutral LNPs and was not considered when calculating LNP charge described above (Supplementary Fig. 4).

**Cryoelectron miscroscopy and small-angle x-ray scattering**. Grids for electron microscopy were plunge-frozen using a Vitrobot Mark IV system. The chamber was set to 25 °C and 100% humidity. LNPs (3 μL) were applied to grids, incubated for 1 minute, and blotted for 5.5 s before plunging into liquid ethane. No drain time (post-blotting) was used prior to plunging. The lowest blot force that produced consistent grids was used (10–15 on our system). Grids were imaged on a Talos Arctica system (Thermo Fisher Scientific) at 200 kV with a Falcon 3EC detector, using EPU for data collection. The nominal magnification was 45,000x, with a calibrated pixel size of 0.223 nm. Images were collected in integrating mode using 5s exposures, with a total dose of 60 e/Å$^2$, and 66 fractions which were motion-corrected using Motioncor2[45].

Solution X-ray scattering data were acquired using the SAXSLAB Ganesha instrument using incident radiation with the wavelength $\lambda = 1.542$ Å produced by the Rigaku MicroMax 007HF rotating anode generator. Dectris Pilatus 300 K area detector was employed to register the scattered radiation with the transmitted intensity monitored via the pin diode. Samples were kept at 25 °C and exposed for the duration of 10 sequential 900-s frames. Pixel intensity outliers due to the background radiation were removed and the data corrected for the detector sensitivity profile and the solid angle projection for each pixel. The data were



**Fig. 7 In vivo expression of FLuc mRNA (5 µg total mRNA) in KC2 LNPs with NP lipid:mRNA ratio in the range 2-8 for intramuscular (IM) and intravenous (IV) administration at 4 h and 20 h post-injection. a** FLuc expression 20 h after IM administration and **b** 4 h after IV administration and **c** ex vivo liver and spleen from IV at 20 h. Color scale bars are Radiance (p/sec/cm2/sr). Total flux (photons/second) quantified from ROIs at 4 h and 20 h for **d** IM administration, **e** IV administration, and **f** the photon flux ratio liver:muscle for IM injections. **g** IM 4 h, Liver/Muscle IM 20 h, IV 20 h correlate negatively with NP. **h** IM 4 h, Liver/Muscle IM 20 h, IV 20 h correlate positively with in vitro potency at 200 ng. Efficiency of expression was higher for lower NP lipid:mRNA ratio in both IV and IM administration as well as in vitro at 200 ng dose. Off-target expression in the liver after IM administration was found at 4 h and 20 h and was >100% that in muscle for NP lipid:mRNA ratio 2 showing rapid systemic dissemination and expression of these low NP negatively charged KC2 LNPs upon IM administration. Data and mean are shown in graphs.

converted to one-dimensional scattering intensity curves, frame-averaged, and buffer-subtracted. Data sets acquired at sample-detector geometries of 1755 mm and 435 mm, and slit openings of 0.2 mm and 0.8 mm, respectively, were merged to extend the accessible $q$-range from 0.0055 Å$^{-1}$ to 0.8 Å$^{-1}$, where $q = 4\pi\sin(\theta)/\lambda$.

**In vitro transfection, luciferase assay, and cell viability assay**. HEK293 cells were seeded in white 96-well plates at a density of $12 \times 10^3$ cells per well in 100 µL EMEM medium (10% FBS) the day before transfection and incubated at 37 °C 5% $CO_2$. FLuc mRNA-loaded LNPs were diluted so that 8, 16, 24, and 32 µL volumes contained 25, 50, 100, and 200 ng mRNA FLuc and HEK293 cells were transfected using triplicates for each of the 4 doses 24 h after seeding. After a further 24 h for transfection, 100 µL of One-Glo substrate was added directly to the wells to detect luciferase expression based on luminescence in Cytation 5 luminometer plate reader. A toxicity assay was performed 24 h after transfection in a separate plate, where transfected cells were incubated with pre-warmed Presto Blue HS reagent

(10% v/v) for 15 min at 37 °C. Microplates were immediately introduced into the Cytation 5 to read Fluorescence (Ex540/Em590).

**In vivo live animal imaging for luciferase expression following intramuscular, intravenous, and intradermal administration of FLuc mRNA LNPs**. The investigators faithfully adhered to the "Guide for the Care and Use of Laboratory Animals" by the Committee on Care of Laboratory Animal Resources Commission on Life Sciences, National Research Council. Mouse studies were conducted under protocols approved by the Institutional Animal Care and Use Committees (IACUC) of the University of Pennsylvania (UPenn). All animals were housed and cared for according to local, state, and federal policies in an Association for Assessment and Accreditation of Laboratory Animal Care International (AAALAC)-accredited facility. 8-week old female Balb/c mice purchased from Charles Rivers and acclimatized at the University of Pennsylvania for 7 days before experiments. Mice were injected with 5 µg FLuc mRNA-LNP using a 3/10 $cm^3$ 29 G insulin syringe (BD Biosciences). mRNA-LNPs were diluted in PBS and injected into the gastrocnemius muscle (50 µL injection volume) or in the retroorbital sinus for intravenous (IV) administration. At 4 h post-injection, mice were anesthetized with 2% isofluorane in oxygen and imaged 10 min after intraperitoneal injection of 250 µL D-Luciferin (15 mg/ml). Bioluminescence imaging was performed using an IVIS Spectrum imaging system (Caliper Life Sciences). Imaging was repeated at 24 h, animals euthanized, and organs collected for ex vivo imaging.

**Synthesis of water-soluble ionizable lipid analogs**. Solvents were purchased from Sigma Aldrich, Combi blocks, Oakwood chemicals, Alfa Aesar, VWR, and Thermofisher. Anhydrous methylene chloride (DCM), anhydrous tetrahydrofuran (THF) anhydrous DMF were purchased from Sigma Aldrich. Product purification was done using SiliaFlash® Irregular Silica Gel, F60 40–63 µm, 60 Å and SiliaPlate™ thin layer chromatography Plates (TLC), Glass-Backed Silica, Opt. $KMnO_4$, 250 µm, 20 × 20 cm, and F254 plates purchased from Silicycle. NMR spectra were recorded on a Bruker 400 MHz Spectrometers using $CDCl_3$, $D_2O$ (Sigma Aldrich), as d-solvents and internal standards (δ 7.26 for $^1H$ NMR and δ 77.00 for $^{13}C$ NMR). Solution of 1 M NaOH and 1 M HCl were purchased from Sigma Aldrich. NMR Spectra for synthesized compounds are in Supplementary Fig. 5.

**a) DODAP water-soluble analog**




DODAP water-soluble analog (**3** above) was synthesized as per the previous reports[46,47]. 3-(dimethylamino)propane-1,2-diol (**1a**) (16.8 mmol, 2.0 g, 1.99 mL), triethylamine (42 mmol, 4.25 g, 5.83 mL), and $CH_2Cl_2$ (200 mL) were placed in a 250-mL two-neck round bottom flask and cooled to 0 °C in an ice bath. The reaction was stirred for 1 h and then pivaloyl chloride (**2a**) (37.8 mmol, 4.55 g, 4.65 mL) was added dropwise and the reaction stirred for 7 h. The reaction progress was monitored every 3 h by TLC (chloroform/methanol 9:1 v/v, can be visualized with iodine stain). After complete consumption of 1a, the reaction was quenched by adding water. $CH_2Cl_2$ was concentrated by rotary evaporation. The mixture was dissolved in 200 mL of $CH_2Cl_2$ and washed with 150 mL of water and 150 mL of saturated $NaHCO_3$ solution. The organic phase was dried over magnesium sulfate and evaporated. The crude product was purified on a silica gel column eluted with chloroform containing 0–2% methanol. Column fractions were analyzed by thin layer chromatography (TLC) and fractions containing pure product ($R_f$ = 0.5) were pooled and concentrated, to obtain the product as yellow oil (**3**) (3.56 g, 62% yield). HNMR data (400 MHz, $CDCl_3$, δ = 7.26 ppm as standard): δ 5.17-5.15 (m, 1H), 4.38-4.34 (m, 1H), 4.09 (dd, 6.44 Hz, 6.44 Hz, 1H), 2.45 (dddd, 6.68 Hz, 6.68 Hz, 5.92 Hz, 5.80 Hz, 2H), 2.26 (s, 6H), 1.18 (s, 18H). $^{13}C$ NMR: (100 MHz, $CDCl_3$, δ = 77.0 ppm as standard): δ 178.1 (C), 177.7 (C), 69.4 (CH), 64.0 ($CH_2$), 59.2 ($CH_2$), 46.0 (2 × $CH_3$), 38.8 (C), 38.7 (C), 27.1 (6 × $CH_3$).

**b) DLin-DMA/DODMA water-soluble analog**




DLinDMA/DODMA water-soluble analog (**5** above) was synthesized as per the previous reports[26,48–50]. Excess sodium hydride NaH (8.3 equiv, 140 mmol, 3.34 g, 60% in oil) was added into a 250-mL two-neck round bottom (RB) flask under nitrogen atmosphere and anhydrous DMF (10 mL) was added. The resulting suspension was stirred for 10 min. To this slurry, a solution of 3-(dimethylamino)-propane-1,2-diol (**1a**) (1.0 equiv, 16.8 mmol, 2.0 g) in DMF (15 mL) was added dropwise for 10 min at 0 °C. The resulting suspension was heated to reflux for 24–36 h. Pentyl bromide (**4a**) (2.50 equiv, 42.0 mmol, 5.2 ml) in DMF (10 mL) solution was prepared and added to the reaction mixture at 0 °C. After addition, the reaction was heated to reflux for 5 days and then cooled to room temperature and the mixture filtered through a 3-cm plug of celite and washed with methylene chloride (200 mL). The filtrate was removed under vacuum and the residue was partitioned between methylene chloride (100 mL), and brine (50 mL), used to aid phase separation. The two layers were separated and the organic layer was washed with dried over anhydrous magnesium sulfate. The crude product was purified on a silica gel column eluted with chloroform containing 0–5% methanol. Column fractions were analyzed by thin layer chromatography (TLC) (silica gel, chloroform/methanol 9:1 v/v, can be visualized with iodine or PMB stain) and fractions containing pure product ($R_f$=0.5) were pooled and concentrated, to obtain product as brown oil (**5**) (1.92 g, 37% yield). $^1H$-NMR: (400 MHz, $CDCl_3$, δ = 7.26 ppm as standard): δ 3.58-3.54 (m, 1H), 3.52-3.47 (m, 2H), 3.44-3.40 (m, 4H), 2.43-2.33 (m, 2H), 2.25 (s, 6H, 2 × $NCH_3$), 1.55 (t, 6.34 Hz, 4H), 1.31-1.29 (m, 8H), 0.89-0.86 (m, 6H), 0.86 (t, 6H, 2 × $CH_3$). $^{13}C$ NMR: (100 MHz, $CDCl_3$, δ = 77.0 ppm as standard): δ 77.2 (C), 72.1 ($CH_2$), 71.5 ($CH_2$), 70.2 ($CH_2$), 61.1 ($CH_2$), 46.3 (2 × $CH_3$), 29.8 ($CH_2$), 29.3 ($CH_2$), 28.3 (2 × $CH_2$), 22.5 (2 × $CH_2$), and 14.0 (2 × $CH_3$).

**c) DLin-MC3-DMA water-soluble analog**




DLin-MC3-DMA water-soluble analog (**8** above) was synthesized as per the previous literature reports[51,52]. A mixture of 4-(dimethylamino)butanoic acid hydrochloride salt (**6a**) (59.7 mmol, 1.0 g), 1-(3-dimethylaminopropyl)-3-ethylcarbodiimide hydrochloride (EDCi•HCl) (7.16 mmol, 0.63 g), 4-(dimethylamino)pyridine (DMAP) (1.49 mmol, 0.18 g), triethylamine (42.0 mmol, 4.25 g, 5.83 mL), and $CH_2Cl_2$ (100 mL) were placed in a 250-mL two-neck round bottom flask. The reaction was stirred for 20 minutes at room temperature and neopentyl alcohol (**7a**) (7.16 mmol, 0.78 mL) was added dropwise and the reaction stirred overnight. Reaction progress was monitored by TLC (chloroform/methanol 9:1 v/v, can be visualized with iodine stain), after complete consumption of **6a** the solvent $CH_2Cl_2$ was removed by rotary evaporation. The mixture was dissolved in 100 mL of $CH_2Cl_2$ and washed with 150 mL of water and 150 mL of saturated $NaHCO_3$ solution. The organic phase was dried over magnesium sulphate and evaporated. The crude product was purified on a silica gel column eluted with chloroform containing 0–1% methanol. Column fractions were analyzed by thin layer chromatography (TLC) and fractions containing pure product ($R_f$ = 0.4) were concentrated, to obtain product as yellow oil (**8**). (0.58 g, 48% yield). $^1H$-NMR: (400 MHz, $CDCl_3$, δ = 7.26 ppm as standard): δ 2.36 (t, 7.4 Hz, 2H), 2.31 (t, 7.2 Hz, 2H), 2.22 (s, 6H, 2 × $NCH_3$), 1.84-1.78 (m, 2H), 0.86 (s, 9H, 2 × $CH_3$). $^{13}C$ NMR: (100 MHz, $CDCl_3$, δ = 77.0 ppm as standard): δ 173.6 (C), 73.6 ($CH_2$), 58.8 ($CH_2$), 45.3 (2 × $CH_3$), 32.1 ($CH_2$), 31.2 (C), 26.4 (9 × $CH_3$), and 22.9 (2 × $CH_2$).

**d) DLin-KC2-DMA water-soluble analog**




*Step-1*: DLin-KC2-DMA water-soluble analog (**11** above) was synthesized as per previous literature reports[53,54]. To a solution of 2-(2,2-dimethyl-1,3-dioxolan-4-yl) ethanol (**9a**) (800 mg, 5.47 mmol) in methylene chloride (25 mL) in a 1000-mL RBF at cooled to 0 °C was added triethylamine (0.915 mL, 6.57 mmol), 4-(dimethylamino)pyridine (DMAP) (134 mg, 1.10 mmol), and tosyl chloride (1.10 g, 5.75 mmol). The reaction was stirred at room temperature overnight. The reaction was dried over $Na_2SO_4$ and concentrated. Ethyl ether 50 ml was added to the crude product and the filtrate was concentrated to obtain colorless oil. The compound was used directly to the next step without purification (**10a**) (1.06 g, 65%).

*Step-2*: a Biotage microwave vial was equipped with a stir bar, 2-(2,2-dimethyl-1,3-dioxolan-4-yl)ethyl 4-methylbenzenesulfonate (**10a**) (500 mg, 1.66 mmol), and 1.0 M diethylamine in methanol (4 mL). The vial was purged with $N_2$ gas, seal capped, and heated at 120 °C for 10 min in a Biotage Initiator microwave. The reaction was diluted with ethyl acetate and water. The layers were separated and the aqueous layer was extracted (30 mL) with ethyl acetate. The combined organics were dried over $Na_2SO_4$, filtered and concentrated by rotary evaporation. The residue was of sufficient purity for determination of p*K*a by NMR without further purification. (**11**) (0.21 g, 75%).$^1H$-NMR: (400 MHz, $CDCl_3$, δ = 7.26 ppm as standard): δ 4.15-4.01 (m, 2H), 3.52 (t, 7.2 Hz, 2H), 2.41-2.23 (m, 2H), 2.20 (s, 6H, 2×$NCH_3$), 1.81-1.62 (m, 2H), 1.38 (s, 3H, $CH_3$), 1.32 (s, 3H, $CH_3$). $^{13}C$ NMR: (100 MHz, $CDCl_3$, δ = 77.0 ppm as standard): δ 108.6 (C), 74.6 (CH), 69.4 ($CH_2$), 56.2 ($CH_2$), 45.5 (2 × $CH_3$), 31.9 ($CH_2$), 26.9 ($CH_3$), and 25.7 ($CH_3$).

**NMR measurement of p*K*a of water-soluble ionizable lipid analogs**. The pH dependence of proton NMR chemical shifts was used to measure the pKa's of the ionizable lipid water-soluble analogs following published methods[27,55]. Chemical

shifts of piperazine and imidazole were used as internal pH indicators. Solutions were prepared with 100 mM KCl, 2 mM piperazine, 2 mM imidazole, and 5 mM water-soluble ionizable lipid analog in 95% $H_2O$-5% $D_2O$. This solution was split into two equal volumes and one titrated to a lower pH (e.g. 6) using 0.1 M HCl and the other to an upper pH (e.g. 12) using 0.1 M NaOH. Intermediate pH values were obtained by mixing different proportions of these two solutions. NMR measurements were performed on a Bruker 400 MHz spectrometer where $^1$H spectra were acquired at each of ~20 pH values ranging from the lower to upper pH (e.g. 6–12). Chemical shifts from piperazine and imidazole were then used to calculate the pH of each solution according to published methods[27,55] and the chemical shifts of the N-terminal amine group protons of the water-soluble ionizable lipid analogs were fit to the Henderson–Hasselbalch equation $\delta = \delta_{max} - (\delta_{max} - \delta_{min})/(1 + 10^{pKa-pH})$ to provide the p*K*a of the N,N-Dimethylamine moiety in the different head groups (Spectra in Supplementary Fig. 1).

**Theoretical calculation of pKa**. Experimentally determined p*K*a values from NMR, ZP, and TNS binding assays were compared against theoretically calculated values using Advanced Chemistry Development, Inc. ACD/Labs software. The ACD/p*K*a database algorithmically estimates p*K*a values of whole molecules in an aqueous environment based on their constituent fragments using two approaches. The Classic algorithm employs a database of Hammett-type equations parameterized to cover most ionizable functional groups, each characterized by several equations involving variations of sigma constants. The Galas algorithm estimates p*K*a microconstants for all possible ionization centers in a hypothetical uncharged state based on the surroundings of the reaction center and neighboring ionization centers to produce microconstants from which p*K*a macroconstants are obtained. Classic algorithm calculations were used in this study.

**Statistics and reproducibility**. The Linear Least Squares Multivariate Model in the JMP Pro 15.1.0 software was used to perform comparisons between groups. For In Vivo IVIS imaging data the 4 and 20/24 h time points were considered repeated measures. Pearson's correlation coefficients were also calculated in JMP.

**Disclaimer**. Certain commercial equipment, instruments, materials, suppliers, or software are identified in this paper to foster understanding. Such identification does not imply recommendation or endorsement by the National Institute of Standards and Technology (NIST), nor does it imply that the materials or equipment identified are necessarily the best available for the purpose.

**Reporting summary**. Further information on research design is available in the Nature Research Reporting Summary linked to this article.

## Data availability

The source data for the graphs and charts in the figures is available as Supplementary data Files. The data that support the plots within this paper and other findings of this study are available from the corresponding author upon reasonable request.

Received: 14 February 2021; Accepted: 9 July 2021;
Published online: 11 August 2021

## References

1. Moderna. *Moderna's COVID-19 Vaccine Candidate Meets its Primary Efficacy Endpoint in the First Interim Analysis of the Phase 3 COVE Study | Moderna, Inc* https://investors.modernatx.com/news-releases/news-release-details/modernas-covid-19-vaccine-candidate-meets-its-primary-efficacy/ (2020).
2. BIONTECH. Pfizer and BioNTech Conclude Phase 3 Study of COVID-19 Vaccine Candidate, Meeting All Primary Efficacy Endpoints | BioNTech https://investors.biontech.de/news-releases/news-release-details/pfizer-and-biontech-conclude-phase-3-study-covid-19-vaccine/ (2020).
3. Cullis, P. R. & Hope, M. J. Lipid Nanoparticle Systems for Enabling Gene Therapies. *Mol. Ther.* **25**, 1467–1475 (2017).
4. Van Hoecke, L. & Roose, K. How mRNA therapeutics are entering the monoclonal antibody field. *J. Transl. Med.* **17**, 54 (2019).
5. Wei, T., Cheng, Q., Min, Y.-L., Olson, E. N. & Siegwart, D. J. Systemic nanoparticle delivery of CRISPR-Cas9 ribonucleoproteins for effective tissue specific genome editing. *Nat. Commun.* **11**, 3232 (2020).
6. Evers, M. J. W. et al. State-of-the-art design and rapid-mixing production techniques of lipid nanoparticles for nucleic acid delivery. *Small Methods* **2**, 1700375 (2018).
7. Cheng, Q. et al. Selective Organ Targeting (SORT) Nanoparticles for Tissue-Specific mRNA Delivery and CRISPR–Cas Gene Editing. *Nat. Nanotechnol.* https://doi.org/10.1038/s41565-020-0669-6 (2020).
8. Reichmuth, A. M., Oberli, M. A., Jaklenec, A., Langer, R. & Blankschtein, D. mRNA vaccine delivery using lipid nanoparticles. *Ther. Deliv.* **7**, 319–334 (2016).
9. Pardi, N. et al. Nucleoside-modified mRNA vaccines induce potent T follicular helper and germinal center B cell responses. *J. Exp. Med.* **215**, 1571–1588 (2018).
10. Akinc, A. et al. The onpattro story and the clinical translation of nanomedicines containing nucleic acid-based drugs. *Nat. Nanotechnol.* **14**, 1084–1087 (2019).
11. Gruner, S. M., Cullis, P. R., Hope, M. J. & Tilcock, C. P. S. Lipid polymorphism: the molecular basis of nonbilayer phases. *Annu. Rev. Biophys. Biophys. Chem.* **14**, 211–238 (1985).
12. Witzigmann, D. et al. Lipid nanoparticle technology for therapeutic gene regulation in the liver. *Adv. Drug Deliv. Rev.* https://doi.org/10.1016/j.addr.2020.06.026 (2020).
13. Hassett, K. J. et al. Optimization of lipid nanoparticles for intramuscular administration of mRNA vaccines. *Mol. Ther. Nucleic Acids* **15**, 1–11 (2019).
14. Moderna. *mRNA-1273-P301-Protocol* https://www.modernatx.com/sites/default/files/mRNA-1273-P301-Protocol.pdf (2020).
15. Pfizer. *Pfizer-BioNTech Covid-19 Vaccine FDA EAU Letter of Authorization* https://www.fda.gov/media/144412/download (2020).
16. Kranz, L. M. et al. Systemic RNA delivery to dendritic cells exploits antiviral defence for cancer immunotherapy. *Nature* **534**, 396–401 (2016).
17. Bahl, K. et al. Preclinical and clinical demonstration of immunogenicity by mRNA vaccines against H10N8 and H7N9 influenza viruses. *Mol. Ther.* **25**, 1316–1327 (2017).
18. Hajj, K. A. et al. A potent branched-tail lipid nanoparticle enables multiplexed mRNA delivery and gene editing in vivo. *Nano Lett.* **20**, 5167–5175 (2020).
19. Pardi, N. et al. Expression kinetics of nucleoside-modified mrna delivered in lipid nanoparticles to mice by various routes. *J. Control. Release* **217**, 345–351 (2015).
20. Akinc, A. et al. Targeted delivery of RNAi therapeutics with endogenous and exogenous ligand-based mechanisms. *Mol. Ther.* **18**, 1357–1364 (2010).
21. Walsh, E. E. et al. RNA-based COVID-19 vaccine BNT162b2 selected for a pivotal efficacy study. *medRxiv*. https://doi.org/10.1101/2020.08.17.20176651 (2020).
22. Anderson, E. J. et al. Safety and immunogenicity of SARS-CoV-2 mRNA-1273 vaccine in older adults. *N. Engl. J. Med.* **383**, 2427–2438 (2020).
23. Jenne, C. N. & Kubes, P. Immune surveillance by the liver. *Nat. Immunol.* **14**, 996–1006 (2013).
24. Jayaraman, M. et al. Maximizing the potency of SiRNA lipid nanoparticles for hepatic gene silencing in vivo. *Angew. Chem. Int. Ed. Engl.* **51**, 8529–8533 (2012).
25. Semple, S. C. et al. Efficient encapsulation of antisense oligonucleotides in lipid vesicles using ionizable aminolipids: formation of novel small multilamellar vesicle structures. *Biochim. Biophys. Acta BBA - Biomembr.* **1510**, 152–166 (2001).
26. Heyes, J., Palmer, L., Bremner, K. & MacLachlan, I. Cationic lipid saturation influences intracellular delivery of encapsulated nucleic acids. *J. Control. Release* **107**, 276–287 (2005).
27. Oregioni, A., Stieglitz, B., Kelly, G., Rittinger, K. & Frenkiel, T. Determination of the PK a of the N-Terminal Amino Group of Ubiquitin by NMR. *Sci. Rep.* **7**, 1–8 (2017).
28. Katchalsky, A. & Spitnik, P. Potentiometric titrations of polymethacrylic acid. *J. Polym. Sci.* **2**, 432–446 (1947).
29. Filion, D., Lavertu, M. & Buschmann, M. D. Ionization and solubility of chitosan solutions related to thermosensitive chitosan/glycerol-phosphate systems. *Biomacromolecules* **8**, 3224–3234 (2007).
30. Yanez Arteta, M. et al. Successful reprogramming of cellular protein production through mRNA delivered by functionalized lipid nanoparticles. *Proc. Natl Acad. Sci. USA* **115**, E3351–E3360 (2018).
31. Eygeris, Y., Patel, S., Jozic, A. & Sahay, G. Deconvoluting lipid nanoparticle structure for messenger RNA delivery. *Nano Lett.* https://doi.org/10.1021/acs.nanolett.0c01386 (2020).
32. Madden, T. D., Tam, Y. K. C., Barbosa, C. J., Mui, B. Lamellar Lipid Nanoparticles. WO2019089828A1. 9 May 2019.
33. Kulkarni, J. A. et al. On the formation and morphology of lipid nanoparticles containing ionizable cationic lipids and SiRNA. *ACS Nano* **12**, 4787–4795 (2018).
34. Kulkarni, J. A. et al. Fusion-dependent formation of lipid nanoparticles containing macromolecular payloads. *Nanoscale* **11**, 9023–9031 (2019).
35. Fenton, O. S. et al. Synthesis and biological evaluation of ionizable lipid materials for the in vivo delivery of messenger RNA to B lymphocytes. *Adv. Mater.* **29**, 1606944 (2017).
36. Semple, S. C. et al. Rational design of cationic lipids for SiRNA delivery. *Nat. Biotechnol.* **28**, 172–176 (2010).
37. Soliman, O. Y., Alameh, M. G., De Cresenzo, G., Buschmann, M. D. & Lavertu, M. Efficiency of chitosan/hyaluronan-based mRNA delivery systems

in vitro: influence of composition and structure. *J. Pharm. Sci.* **109**, 1581–1593 (2020).
38. Mislick, K. A. & Baldeschwieler, J. D. Evidence for the role of proteoglycans in cation-mediated gene transfer. *Proc. Natl Acad. Sci. USA* **93**, 12349–12354 (1996).
39. Yan, X. et al. The role of apolipoprotein E in the elimination of liposomes from blood by hepatocytes in the mouse. *Biochem. Biophys. Res. Commun.* **328**, 57–62 (2005).
40. Weaver, J. C. & Schoenbach, K. H. Biodielectrics. *IEEE Transactions on Dielectrics and Electrical Insulation*. Vol. 10, p. 715–716 (IEEE, 2003)..
41. Hajj, K. A. et al. Branched-tail lipid nanoparticles potently deliver mRNA in vivo due to enhanced ionization at endosomal PH. *Small* **15**, 1805097 (2019).
42. Baiersdörfer, M. et al. A facile method for the removal of DsRNA contaminant from in vitro-transcribed mRNA. *Mol. Ther. - Nucleic Acids* **15**, 26–35 (2019).
43. Zhang, J., Fan, H., Levorse, D. A. & Crocker, L. S. Ionization behavior of amino lipids for SiRNA delivery: determination of ionization constants, SAR, and the impact of lipid PKa on cationic lipid−biomembrane interactions. *Langmuir* **27**, 1907–1914 (2011).
44. Sabnis, S. et al. A novel amino lipid series for mRNA delivery: improved endosomal escape and sustained pharmacology and safety in non-human primates. *Mol. Ther.* **26**, 1509–1519 (2018).
45. Li, X. et al. Electron counting and beam-induced motion correction enable near-atomic-resolution single-particle cryo-EM. *Nat. Methods* **10**, 584–590 (2013).
46. Kumar, P., Elsaidi, H., Wiebe, L. I., Weinfeld, M. & Ricardo, C. L. Bioreductively-Activated Compounds, Their Prodrugs, Radiopharmaceuticals, the Compositions, and Their Applications in Multimodal Theranostic Management of Hypoxia Diseases Including Cancer. WO2019056098A1. 28 March 2019.
47. Smith, P. G., Dhanuka, V. V., Hwang, H. S., Lim, K. T. & Johnston, K. P. Tertiary amine esters for carbon dioxide based emulsions. *Ind. Eng. Chem. Res.* **46**, 2473–2480 (2007).
48. Bennett, M. J. et al. New (S)-2-(Cyclopentanecarbonyl-Amino)-3-Phenyl-Propionic Acid Compounds Are Very Late Antigen-4 Inhibitors, Useful for e.g. Treating Cancer or Inflammatory Diseases. US 20130079383 A1 (2013).
49. Hu, X. et al. Propylene Glycol Amine Derivative of Cationic Liposome Nanoparticle to Deliver Nucleic Acid Comprises Iodized 2,3-Dialkoxyl-1-(N,N,N-Trimethyl)Propylamine, or Brominated 2,3-Dialkoxyl-1-(N,N-Dimethyl-N-(2-Ethoxy)Propylamine Nanoparticle. CN 102525926 A (2011).
50. Felgner, P. L. et al. Lipofection: a highly efficient, lipid-mediated DNA-transfection procedure. *Proc. Natl Acad. Sci. USA* **84**, 7413–7417 (1987).
51. Sartoru, M. et al. New Dimethylamino-Alkanoyloxy-Bis-((Tetradec-9-Enoyloxy)Methyl)Propyl Tetradec-9-Enoate Derivative Useful in Composition for Introducing Nucleic Acid e.g. Small Interfering RNA for Treating Disease e.g. Anemia, Psoriasis, and Lung Cancer. WO2019131839-A1 (2019).
52. Liang, X. et al. Design and synthesis of lipidic organoalkoxysilanes for the self-assembly of liposomal nanohybrid cerasomes with controlled drug release properties. *Chem. Eur. J.* **19**, 16113–16121 (2013).
53. Baryza, J. et al Lipids, Lipid Compositions, and Methods of Using Them. WO2011076807A2. 30 June 2011.
54. Dande, P. A. et al. Cationic Lipids and Uses Thereof. US20100055169A1. 4 March 2010.
55. Baryshnikova, O. K., Williams, T. C. & Sykes, B. D. Internal PH indicators for biomolecular NMR. *J. Biomol. NMR* **41**, 5–7 (2008).

## Acknowledgements
M.D.B. acknowledges financial support from the Commonwealth Research Commercialization Fund (CRCF) Center for Innovative Technology (CIT) Award ER17-002-LS.

## Author contributions
M.J.C., S.A., M.G.A., M.P., D.W., T.E.C., A.G. and M.D.B. conceived and designed the experiments and wrote the manuscript. M.J.C., S.A., T.E.C., A.G., H.S., L.W.S. and O.S performed experiments. All authors discussed the results and commented on the manuscript. M.D.B. directed the research.

## Competing interests
The authors declare no competing interests.

## Additional information
**Supplementary information** The online version contains supplementary material available at https://doi.org/10.1038/s42003-021-02441-2.

**Correspondence** and requests for materials should be addressed to M.D.B.

**Peer review information** *Communications Biology* thanks the anonymous reviewers for their contribution to the peer review of this work. Primary Handling Editors: Rob deLong and Anam Akhtar. Peer reviewer reports are available.

**Reprints and permission information** is available at http://www.nature.com/reprints

**Publisher's note** Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

**Open Access** This article is licensed under a Creative Commons Attribution 4.0 International License, which permits use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons license, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons license, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons license and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this license, visit http://creativecommons.org/licenses/by/4.0/.

© The Author(s) 2021

Joint Claim Construction Brief

# EXHIBIT 57

[redacted]

[redacted]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALNYLAM PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MODERNA, INC., MODERNATX, INC., and MODERNA US, INC.,<br><br>Defendants. | Civil Action No. 23-cv-580-CFC |

**SECOND DECLARATION OF KARL SCHEIDT, PH.D.**



Karl Scheidt, PhD. Date

[redacted]

# TABLE OF CONTENTS


I. Introduction .......... 1

II. Legal Standard .......... 2

III. Scientific Background .......... 2

IV. The Ordinary and Customary Meaning of "Alkyl Group That is Branched" Supports Alnylam's Construction .......... 12

V. The Claim Language Supports Alnylam's Construction .......... 16

VI. The Written Description Supports Alnylam's Construction. .......... 19

VII. The Prosecution History is Relevant to Understanding this Term .......... 24

VIII. Conclusion .......... 25

[redacted]

## I. Introduction

1. I, Professor Karl Scheidt, Ph.D., have been retained as an expert in the above-captioned case by McDermott Will & Emery LLP on behalf of Plaintiff Alnylam Pharmaceuticals to offer my expert opinion on the understanding of a person of ordinary skill in the art ("POSA") as to the meaning of the term "$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$" in the context of U.S. Patent No. 11,633,479 (the "'479 Patent" or "Ex. 1") (the "Patent-at-Issue").

2. A full description of my qualifications and background are presented in my March 14, 2024 Declaration in support of Alnylam Pharmaceutical, Inc.'s ("Alnylam") claim construction position ("First Declaration") (Ex. 3) and are incorporated herein.

3. I submit this Second Declaration on behalf of Alnylam to provide my expert opinions in addition to those stated in my First Declaration. In particular, I have considered and responded to the opinions set forth in Dr. Michael D. Pungente's (Dr. Pungente) Declaration (Ex. 45) in Support of Defendant's Claim Construction Brief, dated April 18, 2024, and to certain statements in Defendant's Answering Position. Nothing in either of those documents changes my opinion on the meaning of the term "$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$."

[redacted]

4. I understand that Dr. Pungente has offered an opinion on the meaning of the term "$R^{13}$ is a $C_{10}$-$C_{20}$ alkyl group that is branched at the α-position relative to $M^1$" in the context of the '479 Patent.

5. My opinions are based on my knowledge and my educational and professional experience, as described in my curriculum vitae attached as Exhibit 4. I am being compensated for my time at my standard rate of $700 per hour. This compensation is not contingent upon the nature of testimony or the outcome of this proceeding.

6. Except where stated otherwise, I have personal knowledge of the facts set forth herein, which are known by me to be true and correct. If called as a witness, I could and would competently testify to these statements.

## II. Legal Standard

7. The relevant legal standard is outlined in Paragraphs 4 through 6 of my First Declaration.

## III. Scientific Background

8. Dr. Pungente uses the term "hydrocarbon" to advance certain chemistry arguments that fail to reflect that the claimed lipids are not pure hydrocarbons. That means that the lipids contain not just carbons and hydrogens, but also heteroatoms. Examples of heteroatoms in the claimed lipids include both oxygen and nitrogen atoms. This is readily apparent to a POSA upon reading the claims and the patent's

[redacted]

specification. Properly applied organic chemistry principles along with the teachings of the claims, the specification, and the prosecution history quite clearly convey to POSA the ordinary meaning in the context of a branched carbon at the alpha position adjacent to the biodegradable group encompasses secondary carbons as well as tertiary carbons. Dr. Pungente ignores this, and instead incorrectly focuses on examples that are limited to pure hydrocarbon molecules. In doing so, he ignores the effect of the heteroatoms in the claimed lipids, and the impact they have on the meaning of branched. This leads to his incorrect conclusion that a carbon that branches at the alpha position must be a tertiary carbon.

9. Dr. Pungente's examples of branched and straight chain hydrocarbons draw on pure hydrocarbon chemistry, *i.e.*, compounds that contain only carbon and hydrogen atoms, but are not generalizable to organic chemistry broadly. Even then, the specific references he cites do not reflect his stated requirement that the branching must be to tertiary carbons.

10. Dr. Pungente points to the following examples of tertiary branching carbons taken from Claydon (Ex. 45D). To illustrate how the inclusion of heteroatoms shows secondary carbons, consider the following diagram Dr. Pungente points to as displaying tertiary carbon.

[redacted]




Ex. 45D at 21.

11. At the outset, nothing in the example states that branching only occurs where there are tertiary carbons. In any event, consider where introducing a heteroatom, *e.g.*, an oxygen atom, plainly shows secondary carbon branching:




Ex. 45D at 21 annotated. Branching is commonly understood to show where side groups are present. Dr. Pungente is referring to a hydrocarbon framework that is overly simplistic when discussing more complex heteroatom-containing molecules involving more than just carbon and hydrogen atoms, which are patented here.

12. Dr. Pungente's own exhibits support this broader understanding of branching. The Oxford Dictionary definition of a branched chain is "one in which there are side groups attached to the chain." Ex. 45C at 114. A side group is present

[redacted]

when a carbon atom is connected to something other than a hydrogen. This side chain could be as simple as a methyl group (*i.e.*, a carbon with three hydrogens), an alcohol (*i.e.*, an -OH group), or a more complicated group involving a number of atoms. The Oxford Dictionary definition is fully consistent with secondary carbon branching. Simply stated, when side chains are present (*i.e.*, there is a carbon forked to at least two non-hydrogen atoms creating two side chains), a POSA would consider that to be branched, consistent with the Oxford Dictionary definition.

13. Similarly, the section of McMurry that Dr. Pungente cites describes secondary and tertiary carbons as both branching atoms.

> One further word about naming alkyl groups: the prefixes *sec-* (for secondary) and *tert-* (for tertiary) used for the $C_4$ alkyl groups in Figure 3.3 refer to *the number of other carbon atoms attached to the branching carbon atom.*

Ex. 51 at 87. This would again convey to a POSA that secondary carbons are considered branching carbon atoms. Further, this same portion of McMurry describes a straight chain as removing an external hydrogen and a branched chain as removing an internal hydrogen, and then provides a series of examples, some of which are secondary carbons and some of which are tertiary carbons, which is entirely consistent with both a POSA's understanding and Alnylam's proposed construction, as depicted in Figure 3.3:

[redacted]




**Figure 3.3** Alkyl groups generated from straight-chain-alkanes.

*Id.* The difference in the diagram is notable when looking at the two straight chains, *i.e.*, propyl and butyl, versus the variety of other branched chains.

14. Dr. Pungente relies on the tracing method described in McMurry. This informal method applies only to non-heteroatom containing molecules (i.e., compounds that contain only carbon and hydrogen atoms) and does not define all branching, including the claimed compounds here. As McMurry makes clear, the method applies to alkanes, compounds that do not have oxygen atoms. Ex. 51 at 82-83. Additionally, even if this test was applicable, one would have to include all non-hydrogen atoms when tracing. Including the oxygen atom, a POSA would be unable

[redacted]

to trace all the carbons and heteroatoms without lifting their pen or retracing their steps.

15. Defendants raise their lipid SM-102 to argue that this branched structure is in fact somehow a straight chain. POSA would not consider it as such. Because SM-102 is a heteroatom containing molecule, even if a person started at the end of the tail, it could not trace the oxygen without lifting the pencil or retracing.




D.I. 1 ¶72 (annotated). I was interested to see in paragraph 38 Dr. Pungente redrew SM-102 into a different configuration compared to that presented by Defendants in their FDA documents and in the two articles he cited.[1] His declaration fails to

[1] It is true that all of these drawings are two-dimensional representations of a molecule that exists in three-dimensional space, and as such, are not technically incorrect. However, I find it surprising that Dr. Pungente departed from the standard depictions of SM-102 in Moderna's internal and FDA documents. Regardless, to a POSA, as discussed *infra*, his redrawn SM-102 clearly conveys an alkyl that is

[redacted]

mention that he reposed the structure of SM-102 and that the reposed structure is not how it is presented in those documents. For example, SM-102 is presented in the two articles as follows:

| | | |
|---|---|---|
| Moderna Lipid H, SM-102 [42] |   | 6.75 |

[redacted]

[redacted]

[redacted]

16. In paragraph 38, Dr. Pungente redraws SM-102 by rearranging the molecule's tails to suggest that the branched chain is a straight chain, but a POSA would not recognize it as such.

---

branched at the alpha position next to the biodegradable group.

[redacted]




Ex. 45 ¶ 38.

17. To a POSA, there is no doubt that the tail structure on the left is branched at the alpha position carbon next to the oxygen because each group to the left and right is a side group. Dr. Pungente's assertion that both of SM-102's tails are unbranched is contrary to Moderna's own characterization, which track that of a POSA, that an alkyl at the alpha position is branched in SM-102. [redacted]

18. [redacted]

19. [redacted]

[redacted]

[redacted] These characterizations are all consistent with a POSA's understanding that a branched alkyl at the alpha position that is bonded to

[redacted]

a heteroatom would be bonded to at least two carbons, and not three, as Dr. Pungente argues, in the context of the claimed lipids.

20. Also, the diagram as drawn in Dr. Pungente's declaration at Paragraph 38 presents the misleading interpretation that the two tails could be far apart. However, as these are hydrophobic tails and exist in an aqueous solution when used in lipid particles, the natural orientation would be for the tails to associate with each other to avoid water, making Dr. Pungente's redrawn structure unlikely.

21. Dr. Pungente's analysis about hydrolysis would be unpersuasive to a POSA. Dr. Pungente in Paragraph 46 sets forth figures of Defendants' SM-102 that show the cleavage that occurs through hydrolysis at the biodegradable moiety C(O)O. Dr. Pungente cites the Schoenmaker reference (Ex. 31 at 8) for support. The Schoenmaker paper does not have the diagrams he sets forth in his declaration at paragraph 46 and does not identify the 9-heptadeconol component as a straight chain secondary alcohol. Indeed, a POSA would not consider 9-heptadeconol to be a straight chain alcohol as clearly there are two carbon side groups at the alpha carbon that is branched. His conclusion is further belied by the internal Moderna documents and the documents Moderna submitted to the FDA that are to the contrary, *supra*. In any event, the specification and the claims do not mention hydrolysis in the context of branching and the claims are directed to the entire lipid, not portions of it that have been hydrolyzed.

[redacted]

22. Finally, Dr. Pungente seems to approach the issue of branching first by considering certain extrinsic evidence rather than focusing first on the intrinsic evidence. I am informed that a POSA would look first to the language of the patent specification and claims (intrinsic evidence) and then to outside sources (extrinsic evidence) to determine what the claim terms mean. *Phillips v. AWH Corp.*, 415 F.3d 1303, 1317 (Fed. Cir. 2005). As shown below, the intrinsic evidence clearly would show a POSA that secondary carbons are branching in the '479 Patent.

## IV. The Ordinary and Customary Meaning of "Alkyl Group That is Branched" Supports Alnylam's Construction

23. As explained above, Dr. Pungente's pure hydrocarbon analysis would not be applicable here. Even though '479 Patent Claims are directed to an "alkyl" tail, a POSA would view the tail in light of the entire molecule, including the $M^1$ functional group to which it was attached, that contain heteroatoms like oxygen or nitrogen.

24. Consistent with POSA's understanding, the specification language makes it clear that the α-position refers to the carbon immediately following the biodegradable group and that the remaining positions (carbons 2-6) are considered the "beta (β), gamma (δ), delta (δ), epsilon (ε), or zeta position[s] (ζ)," respectively. Ex. 1 ('479 Patent) at 10:31-34. These positions are labeled in red below:

[redacted]




25. Dr. Pungente points to a number of "suitable" $R^{13}$ branched alkyls in Paragraph 53 of his Declaration, however, none of these alkyls depict branching at the α-position. These figures show δ and ε branching and are annotated in red below.




Ex. 1, 56:20-40, 56:53-65, 58:10-15 (annotated).

[redacted]

26. Likewise, the figures highlighted by Dr. Pungente in Paragraph 54 of his Declaration do nothing to refute POSA's understanding of the branched alkyl term. These figures, as labeled below in red, do not depict α-branching.




*Id.*, cols 75-76 (annotated).




*Id.*, cols. 79-80 (annotated).




*Id.*, cols. 85-86 (annotated).

[redacted]




*Id.*, cols. 101-102 (annotated).




*Id.*, cols. 235-236 (annotated).

27. Furthermore, the alkyl group identified by Dr. Pungente in paragraph 64 as an example of a tertiary carbon shows branching not at the α-carbon but at the ε-carbon, which is not relevant to the Asserted Claims.




*Id.*, 55:21-23, 55:58-67 (annotated). None of the figures referenced in Paragraphs 53-54 and 64 of Dr. Pungente's Declaration actually depicts α-branching, which is

[redacted]

required in the asserted claims. Therefore, none of these figures would be considered relevant by a POSA when understanding α-branching in the context of the specification and claims.

## V. The Claim Language Supports Alnylam's Construction

28. Dr. Pungente goes to great lengths to explain that the claim language does not exclude a tertiary carbon at the α-position. Alnylam has not argued that the claim language excludes tertiary binding at the α-position and as Dr. Pungente shows, an ester in the —OC(O)— configuration would lead to a tertiary carbon at the α-position. However, a POSA would not understand this to exclude a secondary carbon at the α-position.

29. The claim language specifically allows both secondary and tertiary carbons at the α-positions, and both would be considered branching by a POSA. As such, Dr. Pungente shows no evidence in the claim language that would exclude Alnylam's construction.

30. Dr. Pungente admits that $R^{13}$ can have the following structure within the red box when $M^1$ is —OC(O)—:

[redacted]




He further admits that $R^{13}$ above is branched. Ex. 45 ¶78 ("If the α-carbon is bound to two additional carbons, the α-carbon is tertiary and branched."). As depicted above, in $R^{13}$ the carbon at the alpha position (in yellow) is branched to two other carbons in $R^{13}$. The third carbon is in $M^1$—not $R^{13}$. This example shows that branching occurs at the α-carbon (in yellow) when there is only two carbons and a hydrogen in $R^{13}$.

31. Dr. Pungente never disputes that the same $R^{13}$ structure falls within the claims when $M^1$ is —C(O)O—. Instead, he contends that "[i]f the α-carbon is bound to three carbons, it is a tertiary carbon" (Ex. 45 ¶79) and "[t]he claim language in no way requires a secondary carbon at the α-position" (Ex. 45 ¶80). But that does not dispute that the claim language also allows a secondary α-carbon, which would result in the same tail structure as above (in the red box) attached to an oxygen in $M^1$ in the modified drawing below:

[redacted]




32. Furthermore, Dr. Pungente's annotation of the figure depicted in Paragraph 30 of my First Declaration is incorrect by mandating a carbon be included. *See* Ex. 45 ¶¶ 83-84. A POSA would understand the below structure to clearly and unequivocally indicate the presence of a hydrogen atom at the fourth bond. It is common practice not to draw a hydrogen atom, but carbon atoms are always drawn. No chemist would understand the figure to require a carbon where the bond is not depicted, as Dr. Pungente adds in red below.




Ex. 45 ¶ 83.

[redacted]

## VI. The Written Description Supports Alnylam's Construction.

33. Dr. Pungente states that of the ten general formulas illustrated in the invention (Ex. 1 at 2:9-19:2), five of them allow for a tertiary or quaternary carbon at the branching point ((*Id.*at 2:9-3:65 (Formula I), 3:66-5:51 (Formula II), 5:53-6:49 (Formula III), 6:50-10:29 (Formula IIIA), 10:30-11:3 (Formula IV).) Ex. 45 ¶ 87. However, only Formula's I and II (see infra) explicitly describe α-branching and Dr. Pungente points to no evidence in the written description precluding secondary carbons at the α-position.

34. A POSA would understand that while the claim scope is broad enough to also include structures where there is not a secondary carbon at the α-position this does not change the fact that the express claim language, including the α-branching requirement and identification of -C(O)O- ester group, clearly also encompasses a secondary carbon at the α-position. Dr. Pungente's proposed reading of the claims would restrict the claim scope beyond what a POSA would interpret.

35. Furthermore, a POSA would understand Formula II to expressly indicate a secondary carbon, in the case where $M^1$ is a -C(O)(O)- ester, as the hydrogen is specifically drawn for clarity to depict the α-carbon to only bond to two additional carbon atoms where $M^1$ is a -C(O)(O)- ester. The text of Formula II clearly defines it as having a "branched alkyl at the alpha position adjacent to the biodegradable group." Ex. 1 at 3:66-4:1. This clearly indicates support in the written

[redacted]

description for a secondary carbon at the α-position to be considered branched.




Ex. 1 at 4:5-13 (annotated).

36. Furthermore, while Dr. Pungente identifies $M^1$ groups that could result in a tertiary carbon in the α-position (Ex. 45 ¶ 88) he does nothing to explain away that several of the remaining $M^1$ groups identified would result in a secondary carbon at the α-position, which in addition to a -C(O)O- ester are also: -C(O)S-, -C(S)O-, S-S-, C($R^5$)=N-O-, and -OC(O)-. *See* Ex. 1 at 5:1-9. Therefore, he again fails to refute or even acknowledge the repeated evidence in the specification supporting a branched secondary α-carbon.

37. Likewise, Formula I also makes this explicit, showing a hydrogen atom bound to the α-carbon, requiring it to be a secondary carbon where the $M^1$ group is a -C(O)O- ester. The language proceeding Formula I also makes it clear that the lipid as a "branched alkyl at the alpha position adjacent to the biodegradable group," making it clear to a POSA that the secondary carbon is to be considered branched. Ex. 1 at 2:9-13.

[redacted]




Ex. 1 at 2:15-23 (annotated).

38. Neither of these structures exclude tertiary carbons at the α-position, depending on the $M^1$ group and its configuration, but a POSA would read these structures to explicitly set forth a secondary carbon at the α-position within the definition of branched. Furthermore, the structures disclosed as "suitable tail groups" where "$R^{13}$ is a branched alkyl," which Dr. Pungente points to in Paragraph 89 of his Declaration as including tertiary carbons at the branching point, do not depict branching at the α-position relative to the $M^1$ group, and therefore do not have bearing on the claims at hand. (Ex. 1 at 55:56-60:35.)

39. Dr. Pungente also takes issue with the patent's teaching regarding Table 2D and 2E as part of the "present invention." He does not disagree that when certain groups are combined, a secondary carbon is disclosed; he simply points to another combination as disclosing a tertiary carbon. Again, the fact that there is a tertiary carbon possible when the biodegradable group is -OC(O)- does not detract from the

[redacted]

plainly shown combination that a secondary carbon occurs where the biodegradable group is -C(O)O-, as depicted in my declaration:




Ex. 1 at 71:46-50, 74:24-30. This "present invention" is also depicted in Table 1C, which, again, shows an α-branched secondary carbon:




Ex. 1 at 37:20, column 44, Table C.

40. Dr. Pungente also incorrectly argues that a POSA would read isopropyl and sec-butyl groups, examples the patent gives for branched alkyls, as only branched when bound to another carbon atom. Ex. 1 at 376:21-22.[2] Dr. Pungente

[2] The term "sec" before "butyl" expressly identifies the carbon as a "secondary" carbon.

[redacted]

then draws structures showing how isopropyl and sec-butyl can include tertiary carbons if they are attached to another carbon. Ex. 45 ¶ 91. However, Dr. Pungente's interpretation is not consistent with how a POSA would read the patent. A POSA would understand isopropyl and sec-butyl to be branched so long as it is bound to anything other than a hydrogen atom at the branch point. I raised this wording in the alkyl "definition" to show that it conveys that secondary carbon branching may constitute a branched alkyl, consistent with POSA's understanding in molecules containing heteroatoms.




41. Dr. Pungente argues that a skilled artisan would not believe that Compound I is relevant to the term "alkyl group that is branched," because the $R^{13}$

[redacted]

group in Compound I is not an alkyl but an alkenyl and also because the patent does not refer to the Compound as branched. Ex. 45 ¶ 92. Dr. Pungente is mistaken: A POSA would rely on the figure itself to interpret the patent, just as much as the words. The drawing clearly depicts a carbon at the α-position, branching to two other carbons.




Ex. 1 at 33:24-35 annotated.

## VII. The Prosecution History is Relevant to Understanding this Term

42. Finally, Dr. Pungente argues that the prosecution history of the '479 Patent is not relevant to the understanding of the term "alkyl group that is branched." Ex. 45 ¶ 95. This is inconsistent with a POSA's understanding of this discussion.

43. In the cited exchange, the applicants clearly distinguished from the prior art compounds not on the basis of a secondary carbon but on the basis of the central moiety. Specifically, the Patentee explained: "The central moiety in Compounds A-C of Manoharan is a <u>carbon</u> atom, as highlighted above. In contrast,

[redacted]

the central moiety in the presently claimed lipid compounds is a nitrogen atom." Ex.7 at 10 (emphasis in original). The Patentee then explained, "***[f]or this reason***, Manoharan does not anticipate claims 20, 21, 25, 27, 29, 30, and 32." *Id.* (emphasis added). A POSA would view this as evidence of how the PTO and the inventor understood the patent and see the prosecution history as suggesting that secondary α-branching carbons fall within the scope of the claims. Ex. 7.

## VIII. Conclusion

44. This declaration is based on my study of the information available to me at the time of writing, including the patent-in-suit, the prosecution history, the briefing to date on the claim terms, and other literature cited in this declaration. I reserve the right to supplement or amend this declaration in response to further analysis or additional information that becomes available or different positions taken by the defendants.

45. I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing statements are true and correct.

Joint Claim Construction Brief

# EXHIBIT 58

CONFIDENTIAL -
REDACTED IN ITS ENTIREY

Joint Claim Construction Brief

# EXHIBIT 59

CONFIDENTIAL -
REDACTED IN ITS ENTIREY

Joint Claim Construction Brief

# EXHIBIT 60

CONFIDENTIAL -
REDACTED IN ITS ENTIREY

Joint Claim Construction Brief

# EXHIBIT 61

CONFIDENTIAL -
REDACTED IN ITS ENTIREY

Joint Claim Construction Brief

# EXHIBIT 62

SPRINGER LINK

Log in

Menu Search Cart

Home In Vitro Cellular & Developmental Biology - Animal




# In Vitro Cellular & Developmental Biology - Animal

Publishing model

**Hybrid**

Submit your manuscript

Editorial board

Aims and scope

Journal updates

## Overview

Founded in 1965, In Vitro Cellular & Developmental Biology - Animal remains unique in its focus on in vitro biology in animals. This peer-reviewed journal reports results of research in cellular, molecular, and developmental biology that employ or are relevant to organs, tissue, tumors, and cells in vitro. Coverage includes biotechnology; cell and tissue models; cell growth, differentiation, apoptosis; cellular pathology/virology; cytokines/growth factors/adhesion factors; signal transduction; toxicology/chemical carcinogenesis; product applications and more.

With its high-caliber original research and reviews, In Vitro Cellular & Developmental Biology - Animal benefits everyone who needs to keep up-to-date on the latest developments and state-of-the-art research in animal cell and tissue culture and biotechnology from around the world.

A journal of the Society for In Vitro Biology (SIVB).

**Editor-in-Chief**
Tetsuji Okamoto

Impact factor
**2.1 (2022)**

5 year impact factor
**2.1 (2022)**

Submission to first decision (median)
**9 days**

Downloads
**223,391 (2022)**

## Societies and partnerships

Society for In Vitro Biology

Read more about the society

# Latest issue




January 2024

Volume 60, Issue 1

View all volumes and issues →

## Latest articles

### The interplay between Wnt signaling pathways and microtubule dynamics Wnt signaling, microtubule dynamics



Invited Review | 13 February 2024

### REMOVER-PITCh: microhomology-assisted long-range gene replacement with highly multiplexed CRISPR-Cas9



OriginalPaper | Open access | 09 February 2024

### 2023 Special Reviewers Thank You

Announcement | 29 January 2024 | Pages: 1 - 2

### DUSP4 maintains the survival and LSD1 protein stability in esophageal squamous cell carcinoma cells by inhibiting JNK signaling-dependent autophagy



Report | 29 January 2024

### Dihydrotanshinone I reduces H9c2 cell damage by regulating AKT and MAPK signaling pathways



OriginalPaper | 22 January 2024 | Pages: 89 - 97

View all articles →

This journal has 97 open access articles →

# Journal updates

Invitation for submission: Special Issue "Current advances in cell culture for cancer research"

Invitation for submission: Special Issue "Current Advances in Invertebrate and Fish Cell Culture Systems"

Invitation for submission: Special Issue "Muscle Cell Culture"

Invitation for submission: Special Issue "Pluripotent Stem Cells"

View all updates →

# Journal information

**Print ISSN**

1071-2690

**Abstracted and indexed in**

AGRICOLA

BFI List

BIOSIS

Baidu

Biological Abstracts

CAB Abstracts

CLOCKSS

CNKI

CNPIEC

Chemical Abstracts Service (CAS)

Current Contents/ Life Sciences

Dimensions

EBSCO

EMBiology

Google Scholar

Japanese Science and Technology Agency (JST)

Journal Citation Reports/Science Edition

Medline

Meta

Naver

OCLC WorldCat Discovery Service

Pathway Studio

Portico

ProQuest

SCImago

SCOPUS

Science Citation Index

Science Citation Index Expanded (SCIE)

TD Net Discovery Service

UGC-CARE List (India)

Wanfang

Zoological Record

**Copyright information**

Rights and permissions

Springer policies

© The Society for In Vitro Biology

# For authors

- Submission guidelines
- Language editing services
- Ethics and disclosures
- How to publish with us
- Open Access fees and funding
- Contact the journal
- Collections and calls for papers




## Language quality checker

Get your manuscript edited for free →

Use our pre-submission checklist →

Avoid common mistakes on your manuscript.

This journal's calls for papers →

Collections this journal is participating in.

Sign up for alerts →

Get notified when new articles are published.

## Explore

Articles →

Volumes and issues →

Collections →

Joint Claim Construction Brief

# EXHIBIT 63

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ALNYLAM PHARMACEUTICALS, INC., Plaintiff,

v.

MODERNA, INC., MODERNATX, INC., and MODERNA US, INC., Defendants.

C.A. No. 22-cv-335-CFC

Wednesday, August 9, 2023
9:05 a.m.
Markman Hearing

844 King Street
Wilmington, Delaware

BEFORE: THE HONORABLE COLM F. CONNOLLY
United States District Court Judge

APPEARANCES:

MCDERMOTT WILL & EMERY LLP
BY: ETHAN HALLER TOWNSEND, ESQ.
BY: WILLIAM G. GAEDE, III, ESQ.
BY: SARAH CHAPIN COLUMBIA, ESQ.
BY: SARAH J. FISCHER, ESQ.
BY: IAN B. BROOKS, ESQ.

Counsel for the Plaintiff



APPEARANCES CONTINUED:

FARNAN LLP
BY: MICHAEL J. FARNAN, ESQ.

-and-

COOLEY LLP
BY: W. CHAD SHEAR, ESQ.
BY: GEOFFREY D. BIEGLER, ESQ.
BY: ROSALYND D. UPTON, ESQ.
BY: BETSY FLANAGAN, ESQ.
BY: BRIANNA CHAMBERLIN, ESQ.

For the Moderna Defendant

CONNOLLY GALLAGHER LLP
BY: ALAN SILVERSTEIN, ESQ.

-and-

WILKIE FARR & GALLAGHER LLP
BY: SARA HORTON, ESQ.
BY: MICHAEL JOHNSON, ESQ.
BY: DAN CONSTANTINESCU, ESQ.

For the Pfizer and Pharmacia Defendants

BY: JEREMY TIGAN, ESQ.

-and-

WINSTON & STRAWN
BY: CHARLES KLEIN, ESQ.
BY: CLAIRE FUNDAKOWSKI, ESQ.
BY: JOVIAL WONG, ESQ.

For the BioNTech Defendant



_ _ _ _ _ _ _ _ _ _

P R O C E E D I N G S

(Proceedings commenced in the courtroom beginning at 9:05 a.m.)

**THE COURT:** Good morning. Please be seated.

All right. Mr. Townsend.

**MR. TOWNSEND:** Good morning, Judge Connolly. Ethan Townsend from McDermott Will & Emery on behalf of Plaintiff Alnylam.

With me at counsel table is William Gaede, Sarah Fischer, Sarah Columbia, and Ian Brooks. Also here are -- is Indrani Franchini, general counsel, Alnylam, and Steve Bossone, chief intellectual property officer.

**THE COURT:** Mr. Farnan, how are you?

**MR. FARNAN:** Good morning, Your Honor. Michael Farnan for Moderna.

With me today at counsel table from Cooley is Chad Shear and Geoff Biegler. And also from Cooley in the gallery is Betsy Flanagan and Brianna Chamberlin. And from Moderna, we have Kelli Powell.

**THE COURT:** All right. Thank you. Who do we have next?

Mr. Silverstein.



**MR. SILVERSTEIN:** Good morning, Your Honor. Alan Silverstein of Connolly Gallagher for defendants Pfizer and Pharmacia and UpJohn.

With me today are Michael Johnson, Sara Horton and Dan Constantinescu from the Willkie Farr firm. Also with me today are Karen Shen and Jeff Myers from Pfizer.

**THE COURT:** Okay. Mr. Tigan.

**MR. TIGAN:** Good morning, Your Honor. Jeremy Tigan with Morris, Nichols on behalf of BioNTech. I'm joined by three of my colleagues from Winston & Strawn today, Charles Klein, Claire Fundakowski, and Jovial Wong. Our client representatives are here as well, Raymond Parker, Jessica Mackay and Vinny Lee.

**THE COURT:** Okay. Thank you.

Good morning, everybody. So I guess the first term is the cationic term, right?

**MS. COLUMBIA:** Good morning, Your Honor. May I approach and hand the slides up to the bench?

**THE COURT:** Sure. Go ahead, please.

**MS. COLUMBIA:** Good morning, Your Honor. Sarah Columbia on behalf of the plaintiff, Alnylam.

I will be speaking to the cationic lipid term and the head group term, which I think all the parties agree sort of rise and fall together.

And my colleague, Bill Gaede, will be speaking

protonated, right?

**MR. JOHNSON:** To form a positive --

**THE COURT:** Well, we've already said -- that's redundant, right?

**MR. JOHNSON:** I think that's fine.

**THE COURT:** Right. What you want to make sure is conveyed in this definition, even though we're going to deal with head group later on, is that it's that the head group is what may be protonated.

**MR. JOHNSON:** Correct. Because that's what the express definition says, and that's --

**THE COURT:** You can't help yourself. I get it. But a simple "yes" will do.

**MR. JOHNSON:** Yes, Your Honor.

Your Honor, if I may offer one potential alternative, just to -- along the lines of what you're saying, I think we would also be comfortable if the definition was that "may be protonated at physiological pH," and you could strip out "to form a cationic lipid" altogether.

That might be an alternative that would address your concerns as well that we would be okay with.

**THE COURT:** Do you really think we need to construe "cationic lipid"? If we just construed head group, wouldn't that take care of everything?



**MR. JOHNSON:** It is possible that if head group is interpreted to require a protonatable nitrogen or protonatable group, which, in the spec, is always nitrogen, that would address the issue.

We just thought it was, you know, that because they specifically chose to include the express definition, that that should be included as a construction as well in the -- even with its warts and its ambiguity, but it's what they chose to describe their invention as ***In Re: Bass*** and that line of cases.

That's why we proposed the construction is because we believe it is completely and explicitly set forth, and that's what it is. But if you were to agree that the only head groups in the patent are protonatable head groups and it nowhere describes -- and that was a construction of head group, that would do the trick, I think.

**THE COURT:** You wouldn't care about cationic lipid at that point?

**MR. JOHNSON:** I mean, I think we would prefer to have the construction, but we could live with that.

**THE COURT:** You agree if I brought your expert in here and I said, what's a cationic lipid, first response, it sound like, would be positively charged lipid; is that right?



**MR. JOHNSON:** I think that's fair, Your Honor.

**THE COURT:** Or would the expert say, well, it used to be positively charged lipid, but nowadays it can also encompass things that could become positively charged?

**MR. JOHNSON:** I think there's a huge source of ambiguity there because I think the better definition of that would be protonatable or ionizable lipid, which is a phrase you see in the extrinsic evidence that both of us rely on. That's a more accurate definition. Has there been times where cationic lipid has been used to refer to both positively charged and --

**THE COURT:** Protonatable?

**MR. JOHNSON:** -- protonatable, yes, that is true.

**THE COURT:** Right.

**MR. JOHNSON:** But I think the pure definition and the plain and ordinary meaning is positively charged, and protonatable and ionizable is a different term. And I don't think there's uniform consistency. I don't think every expert would necessarily view that the same way.

**THE COURT:** Right. They would probably have to know the context in which they're speaking with each other.

**MR. JOHNSON:** And the context here is the



specification of patent.

**THE COURT:** I got you there. I realize we are talking extrinsic evidence at this point.

**MR. JOHNSON:** We are. And neither side offered an expert in this case.

**THE COURT:** Right.

Do you agree that your definition reads out numerous embodiments in the patent?

**MR. JOHNSON:** The definition in the spec, to the extent that it says "amino acid containing," does read out some examples.

**THE COURT:** What do you think about that?

**MR. JOHNSON:** I think it's their definition. It's their lexicography that the inventor specifically chose to include. And any ambiguity***, In Re: Bass*** should be construed against them.

But as we mentioned in our brief, if you wanted to delete "acid" and just say "an amino and nitrogen-containing head group," then every single species within the patent would be captured by that, every single one.

And it's telling, Your Honor, in their slides they did it again. They put up a representative species at Page 4 of the joint claim construction brief. That representative species is nowhere in the 520 pages, or

520 columns of the patent.

It's something that the attorneys created, and it's the only example, it's the only cationic lipid Alnylam's ever pointed to that's actually within the scope of the claims.

But yes, "amino acid" does read out some, but "amino" would not read out any.

**THE COURT:** It's just the acid.

**MR. JOHNSON:** It's just the acid. Yes, Your Honor.

**THE COURT:** Anything else you want to say?

**MR. JOHNSON:** No, Your Honor.

**THE COURT:** All right. I will hear from the other side.

Are there any examples in the patent embodiments that don't have a protonatable head group?

**MS. COLUMBIA:** Don't have a protonatable head group?

**THE COURT:** Protonatable head group, yes.

**MS. COLUMBIA:** There are no structures, drawings, Your Honor, that don't have a protonatable head group. All of the drawn-out structures have a protonatable head group.

I think there may be three or so that are permanently charged, have what's called a quaternary



nitrogen. But I think we can put those to one side. But we don't dispute that the drawn structures in the patent have a protonatable -- the protonatable group is the head group.

**THE COURT:** In other words, every head group is either positively charged or protonatable in every embodiment; is that right?

**MS. COLUMBIA:** In the drawn structures, yes.

**THE COURT:** You keep saying "drawn."

**MS. COLUMBIA:** Right.

**THE COURT:** Do you want to point me to an embodiment --

**MS. COLUMBIA:** Because the written description includes not just the drawn structures, but the words, the description in the patent --

**THE COURT:** Right. But the description of an embodiment, can you show me where in the patent there is one?

**MS. COLUMBIA:** No, Your Honor. The description, though, of what types of things can be head groups, which is in Column 32 beginning at Line -- let me just take a look at my patent. I think it's Line 46, Your Honor, is broader and does teach that the head group can be something that is not an amine.

It's Column 32, beginning at Line 45.



And, Mr. Brooks, could you assist me by going to slide -- be ready to go to Slide 31.

**THE COURT:** Okay. I'm there.

**MS. COLUMBIA:** So, Your Honor, I don't know if the slides are helpful or not. This paragraph, which stretches from Line 45 to Line 64 in Column 32 --

**THE COURT:** Right. I'm looking at it.

**MS. COLUMBIA:** -- is a description of embodiments and what the head group can include. And at Line 48, it says the head group can include an amine.

**THE COURT:** Right. You are calling that an embodiment?

**MS. COLUMBIA:** No, Your Honor.

**THE COURT:** Okay.

**MS. COLUMBIA:** I'm not.

**THE COURT:** Show me an embodiment in this paragraph.

**MS. COLUMBIA:** I apologize, Your Honor. I thought I had answered your question about a specific embodiment.

No, there is not a written description of a specific embodiment, but there is written description of what types --

**THE COURT:** What could possibly occur.

**MS. COLUMBIA:** Exactly.



**THE COURT:** Yeah. I get that.

**MS. COLUMBIA:** Okay.

**THE COURT:** I just think, to be fair, right, an embodiment is -- that's not what we call an embodiment. An embodiment is an actual example, right, set forth in the patent.

**MS. COLUMBIA:** I hundred percent agree, Your Honor. And I apologize. I thought I had answered you directly when you said: Is there a written description of an embodiment with -- where the head group is not protonatable? The answer is no.

**THE COURT:** Right. And I think to be fair, right, what you're pointing me to is portions of the written description that allow for the possibility of --

**MS. COLUMBIA:** Correct.

**THE COURT:** -- of a head group that's a cationic amine, right? And that can include a primary, secondary, or tertiary amine; is that right?

**MS. COLUMBIA:** Yes, Your Honor.

And equally importantly, when you go down to Line 60, it distinguishes and says the head group can also include a functional group that is less strongly basic than an amine; i.e., not an amine.

**THE COURT:** Right.

**MS. COLUMBIA:** And lists some examples and

a branched alkyl or not.

**THE COURT:** I see.

I guess where I'm a little bit hung up on is this. R1, it seems to me, has to exist or be considered at least as distinct from M1.

**MR. JOHNSON:** I'm sorry, Your Honor, you said R1.

**THE COURT:** R13.

**MR. JOHNSON:** Okay.

**THE COURT:** Has to be considered when you read the claim as distinct from M1.

**MR. JOHNSON:** Yes, Your Honor. We would agree with that.

**THE COURT:** So that's why I don't understand why you need to import three extra words in the definition.

You've got to have three things. You've got to have M1. You have to have R12, you've got to have M1, and you've got to have R13.

They're going to have to point to M1 and R13 is two different things. So they have to exist independently of each other. So I don't know how R13 just could exist or could be defined based on M1.

**MR. JOHNSON:** The only way they can argue infringement is for them to point to a carbon in M1.



**THE COURT:** But then there would be no infringement.

**MR. JOHNSON:** As long as that's what the construction is, we're fine with it.

**THE COURT:** Well, it just seems to me that's the natural consequence of the construction I've given you.

Now, having said that, because R13 has to exist independently. You've asked me, right? It says R13 is a branched alkyl.

**MR. JOHNSON:** Yes, Your Honor.

I agree 100 percent with you that the natural implication of that is that the branching has to be in the R13, meaning that the three carbons have to be in the R13 group.

I agree that's a natural implication. I'm just concerned there -- we asked for that simply to foreclose what I think they are going to stand up here and say --

**THE COURT:** I see.

**MR. JOHNSON:** -- that M1 -- but you're right. It is completely the natural implication of your definition.

**MR. GAEDE:** Your Honor, may we be heard on this?



**THE COURT:** Sure.

**MR. JOHNSON:** Do you have any other questions for me, Your Honor?

**THE COURT:** Not right this minute.

Do you have anything else you want to say before you leave?

**MR. JOHNSON:** No. Except that that's consistent with the claim specification at 55 to 60 through Line 35 that discuss R13.

**THE COURT:** All right.

**MR. GAEDE:** Just very briefly, Your Honor.

R13 doesn't independently exist. It exists in the context of the overall claim lipids. And it exists overall in the formula that is articulated in the claim. So I just want to be clear that R13 is a subunit within the formula and within the entire compound. It doesn't independently exist because it's in the context of the claim. There's nothing in 412 about the branched alkyl requirement that even references this concept.

There's nothing in the Column 411, the alkyl, that again references this concept. There's nothing in the claim language that requires it. And it effectively -- it effectively would remove any of the examples that are identified in the specification, including all the written description that we've looked



at. There's no clear language restricting branched alkyl to a particular subgroup in the definition.

Finally, I'd just like to say that, again, we think the definition adopting -- for all the reasons and all the evidence I've cited is incorrect, but I do want to point out one thing because counsel from Moderna brought up the dependent Claim 14.

**THE COURT:** Okay.

**MR. GAEDE:** And that one says, "Wherein the branched alkyl group has only one carbon atom which is bound to three other carbon atoms." And, of course, by virtue of it being dependent, that means that it refers back to the independent claim, which in this case is Claim 1, but it has the same language around it. And there again, if the dependent is one carbon bound to three other carbon atoms, then within the scope of the independent claim language, it would also encompass a two carbon binding branched alkyl group. And so from the principle of dependency, I think there's also a further issue with Your Honor's construction.

**THE COURT:** I'm not dissuaded by that. And it reminds me I want to add something, because I think it's probably the most telling thing that was said today. This is the rough transcript, but it's from Page 94 of the transcript. And I asked you, "Do you dispute it's

lexicography?"

And you said, "I dispute that it's closed-ended lexicography," I believe that's the word you used. Right?

**MR. GAEDE:** I believe that's right.

**THE COURT:** And then I said, "Because it allows for the potential of other definitions if they are specified."

And you said, "Or shown in the context."

And I think that's really important because that's exactly what your arguments are, they are showing in the context. They are not showing other specification. And I think it's telling because they're two different things.

And that's my point about to be otherwise specified, you've got to be clear and unmistakable in specifying it. That's why I think it's an easy call.

Now, let me get back to this other issue.

All right. Just to avoid there being a future claim dispute, I'm going to adopt defendants' position and add in the group, and the reason why is because if you look at the definition, it's clearly referring to the carbon atoms within the group that's being defined.

Because, again, it reads, "Unless otherwise specified, the terms branched alkyl, branched alkenyl,



and branched alkynyl, refer to an alkyl, alkenyl, alkynyl group in which," emphasizing "in which" for the record, "one carbon atom in the group (1) is bound to at least three other carbon atoms," this is clearly referring, in my mind, to the structure of the group. "And is not a ring atom of a cyclic group."

So that's how I'm going to construe it. All right?

So then, just to be clear then, I'm going to construe R13 is a branched C10-C20 alkyl to mean, quote, "R13 is a saturated hydrocarbon moiety group with 10 to 20 carbon atoms in which one carbon atom in the group (1) is bound to at least three other carbon atoms in the group and (2) is not a ring atom of a cyclic group." All right?

**MR. GAEDE:** Thank you, Your Honor. Respectfully, I have just one very short point on that.

At Column 412, it says expressly, "Unless otherwise specified, the terms 'branched alkyl' in which one carbon atom in the group is bound to at least three other carbon atoms" doesn't carry through in the group in that instruction. So we would object on that claim construction, or on that ground as well.

**THE COURT:** Okay. All right.

Anything else?



**MR. JOHNSON:** Not from defendants, Your Honor.

**THE COURT:** I'd ask for the plaintiffs to putting together -- or rather the defendants -- no, no. Well, do it jointly. Plaintiffs file within a week a claim construction order which sets forth the claim constructions that I've issued today for the reasons set forth by me today. You don't need to specify those, just put the constructions in.

And then we need to set up a hearing date. Why don't you guys confer when you would like to have a hearing, in which I can hear expert testimony on the second term, all right, and finalize claim construction on that.

All right. Anything else?

**MS. COLUMBIA:** Not from plaintiffs, Your Honor.

**MR. SHEAR:** Nothing further, Your Honor.

**THE COURT:** All right.

Where are you in discovery and what's going on?

**MR. GAEDE:** We are in the middle of discovery. Fact discovery closes on November 1st and then it goes into expert discovery.

We've also sent a letter to Your Honor, about ten days ago, referencing claim construction in the



follow-on matter as well. That has been assigned to Your Honor.

**THE COURT:** What did you reference about it?

**MR. GAEDE:** What's that?

**THE COURT:** What did you reference about it?

**MR. GAEDE:** You issued an order that we should meet and confer, I believe, by August 23. I could be mistaken on that precise date.

**THE COURT:** Okay.

**MR. GAEDE:** To talk about -- the parties to talk about the coordination. And we didn't necessarily think it was appropriate to have a claim construction hearing on two different times for the Court's efficiency, so we raised the issue to discuss it with them. The parties couldn't agree, so we had this hearing.

**THE COURT:** Gotcha. All right. Thank you very much.

(The proceedings concluded at 1:21 p.m.)

Joint Claim Construction Brief

# EXHIBIT 64

Downloaded via CORNELL UNIV on May 19, 2024 at 10:10:50 (UTC).
See https://pubs.acs.org/sharingguidelines for options on how to legitimately share published articles.

# Characterization of Position Isomers of Secondary Straight-Chain Alcohols and Their 3,5-Dinitrobenzoate Derivatives by Nuclear Magnetic Resonance

CHARLES E. GODSEY
*Research and Development Department, Continental Oil Co., Ponca City, Okla.*

▶ Proton chemical shifts of methyl groups have been determined for all position isomers of secondary straight-chain octanols, decanols, and dodecanols, and their 3,5-dinitrobenzoate derivatives. These chemical shifts are correlated empirically with the number of C—C bonds between the carbon of the methyl group and the carbon adjacent to the functional group. Correlation data from the 3,5-dinitrobenzoate derivatives may be used to characterize the 2-through 6-position isomers of the secondary alcohols.

Deshielding effects induced by electron withdrawing groups substituted on aliphatic hydrocarbons, such as alkylhalides, alcohols, or esters, are generally considered to be negligible at protons more than 2 or 3 C—C bonds away. We have studied a number of these structures and find that deshielding can be detected at protons of methyl groups up to 6 C—C bonds away from the functional group. These deshielding effects provide useful information about the structure of substituted aliphatic hydrocarbons. Secondary straight-chain alcohols were selected for the present study because of their growing commercial importance as detergent intermediates (*4*).

Nuclear magnetic resonance (NMR) signals from methyl protons of secondary straight-chain alcohols may be used to characterize position isomers. The chemical shift of the methyl protons can be correlated with the number of C—C bonds between the methyl carbon and the carbon adjacent to the hydroxyl group. This correlation is independent of chain length. However, if the hydroxyl group is near the center of the chain (4-octanol, 5-decanol, 6-dodecanol), signals from the two methyl groups are not resolved.

This problem can be overcome by converting the alcohol to the 3,5-dinitrobenzoate and using a correlation similar to that for alcohols. We have been successful in characterizing all position isomers of secondary octanols, decanols, and dodecanols by this method.

All position isomers of secondary alcohols below octanols may be characterized by inspection of signal shapes in their NMR spectra. However, chemical shifts of methyl groups of all shorter chain-length secondary alcohols and their 3,5-dinitrobenzoate derivatives have been found to agree with the correlation data in Table I. Only one exception has been found. Chemical shifts of the ω-methyl groups of 2-position isomers of the 3,5-dinitrobenzoates are consistently higher than values for equivalent methyl groups of other position isomers. The difference is about 2 c.p.s. for the 2-butyl derivative and decreases to 0.4 c.p.s. for the 2-octyl derivative.

Esterification of the alcohol also provides a method for determining relative amounts of primary and secondary alcohols and ethers in mixtures or in certain polyhydric alcohols or hydroxy ethers (*3*).

### EXPERIMENTAL

Proton NMR spectra were recorded at 60 m.c.p.s. using a Varian Associates DP 60 high resolution NMR spectrometer. Tetramethylsilane was used as an internal reference. Chemical shifts were measured by superimposing an audio-frequency sideband signal from the tetramethylsilane line on the peak to be measured and adjusting the frequency of the modulated signal to attain maximum peak height. Alcohols which were not commercially available were prepared from ketones by reduction with $LiAlH_4$ (*6*). The 5-decanol was prepared by Grignard synthesis. The 3,5-dinitrobenzoates were prepared by reaction of the alcohol with reagent grade 3,5-dinitrobenzoyl chloride (*5*). All samples were analyzed as 0.1 to 0.3 molar solutions in carbon tetrachloride. Variations in the chemical shift of the methyl proton with changes in the concentration in this range were observed to be within the limits of uncertainty of the chemical shift meas-

**Table I. Chemical Shifts of Methyl Groups**

| Alcohol | Methyl group[a] | Number of C—C bonds between methyl carbon and $R_2CHOH$ carbon | Chemical shift relative to TMS (c.p.s.) Alcohol | 3,5-Dinitrobenzoate |
|---|---|---|---|---|
| 2-Octanol | α | 1 | 67.1 | 85.4 |
| 2-Decanol | α | 1 | 67.0 | 85.6 |
| 2-Dodecanol | α | 1 | 67.3 | 85.6 |
| 3-Octanol | α | 2 | 54.8 | 60.1 |
| 3-Decanol | α | 2 | 54.8 | 60.0 |
| 3-Dodecanol | α | 2 | 54.8 | 60.1 |
| 4-Octanol | α | 3 | 55.2[b] | 58.9 |
| 4-Decanol | α | 3 | 55.8 | 59.0 |
| 4-Dodecanol | α | 3 | 55.5 | 58.9 |
| 4-Octanol | ω | 4 | 55.2[b] | 56.0 |
| 5-Decanol | α | 4 | 54.7[b] | 56.0 |
| 5-Dodecanol | α | 4 | 54.9 | 55.8 |
| 3-Octanol | ω | 5 | 53.9 | 54.1 |
| 5-Decanol | ω | 5 | 54.7[b] | 54.0 |
| 6-Dodecanol | α | 5 | 53.6[b] | 54.1 |
| 4-Decanol | ω | 6 | 53.4 | 53.3 |
| 6-Dodecanol | ω | 6 | 53.6[b] | 53.1 |
| 3-Decanol | ω | 7 | 53.1 | 52.4 |
| 5-Dodecanol | ω | 7 | 53.3 | 52.4 |
| 4-Dodecanol | ω | 8 | 53.2 | 52.4 |
| 3-Dodecanol | ω | 9 | 53.1 | 52.2 |
| 2-Octanol | ω | 6 | 53.7 | 53.7[c] |
| 2-Decanol | ω | 8 | 53.3 | 52.7[c] |
| 2-Dodecanol | ω | 10 | 53.4 | 52.5[c] |

[a] The methyl group in the number 1 position according to conventional naming rules is labeled (α). The methyl group at the opposite end of the chain is labeled (ω).
[b] Signals from the two methyl groups were not resolved.
[c] Chemical shifts of ω-methyl groups of all 2-position isomers were found to be consistently high.




Figure 1. Proton chemical shifts of methyl groups of secondary straight-chain alcohols and their 3,5-dinitrobenzoate derivatives *vs.* number of C—C bonds between the methyl carbon and the carbon adjacent to the functional group




Figure 2. Proton NMR spectra of the methyl and methylene groups of (*a*) 6-dodecanol and (*b*) 6-dodecyl-3,5-dinitrobenzoate as 0.1*M* solutions in carbon tetrachloride with TMS as an internal reference

urement, ±0.2 c.p.s. The chemical shifts are listed in Table I.

### RESULTS AND DISCUSSION

The hydroxyl group appears to induce deshielding at methyl groups up to 6 C—C bonds away (7-position isomers) (Figure 1). Each position isomer of the even-carbon-number secondary straight-chain alcohols has two nonequivalent methyl groups. Their NMR spectra should show two methyl proton signals. However, if the number of C—C bonds between the hydroxyl group and the two methyl groups differs by only one (4-octanol, 5-decanol, 6-dodecanol), signals from the two methyl groups are not resolved.

Derivatization of the alcohol to form the 3,5-dinitrobenzoate offers several advantages to this method. At 60 m.c.p.s. the 2- through 6-position isomers of secondary straight-chain 3,5-dinitrobenzoates may be characterized. Since the ester group induces a greater deshielding effect than the hydroxyl group, resonance signals from methyl groups of different position isomers are better resolved. Signals from the two methyl groups of 6-dodecyl 3,5-dinitrobenzoate are resolved sufficiently to be measured separately. The NMR spectra of 6-dodecanol and 6-dodecyl 3,5-dintrobenzoate are shown in Figure 2, *a* and *b*.

It can be seen from Figure 1 that the range of the deshielding effect induced by the 3,5-dinitrobenzoate group appears to be about the same as that of the hydroxyl group, about 6 C—C bonds. However, signals from protons of methyl groups more than 6 C—C bonds away from the 3,5-dinitrobenzoate appear at higher field than signals from methyl groups of corresponding alcohols. This appears to be due to the long-range diamagnetic shielding induced perpendicular to the aromatic ring. When the 3,5-dinitrobenzoate group is substituted near the center of a long chain, rotation about the axis of the ring may be hindered slightly so that conformations in which methyl groups lie over the ring are favored. The consistently high values of chemical shifts of ω-methyl groups of 2-position isomers may indicate more equal population of the various conformations. In other experiments we have found that chemical shifts of methyl groups of primary alcohols are the same as that of their 3,5-dinitrobenzoate derivatives for alcohols longer than octanol, indicating free rotation of the 3,5-dinitrobenzoate group.

Detergency performance of secondary alcohol derivatives decreases markedly as the position of substitution is moved toward the center of the chain. This effect appears to be greatest for alcohol sulfates. Cotton detergency ratings for 7-tridecyl and 7-pentadecyl sulfates have been reported to be about one-half and two-thirds, respectively, compared with the corresponding primary alcohol sulfates (*2*).

The rate of biodegradation of secondary alcohol derivatives also decreases markedly as the position of substitution is moved toward the center of the alkyl chain. The rate of biodegradation of ethoxylated primary dodecanol has been reported to be about twice the rate for the 4-position isomer and nearly ten times the rate for the 6-position isomer (*1*).

Detergency performance and biodegradability could be predicted from information about the position isomer distribution of the alcohol. We have not attempted to analyze mixtures of position isomers, but empirical correlation of signal shapes with isomer distribution appears to be possible.

### LITERATURE CITED

(1) Blankenship, F. A., Piccolini, V. M., *Soap Chem. Specialties* **39**, 75 (1963).
(2) Finger, B. M., Gillies, G. A., Hartwig, G. M., Ryder, E. E., Jr., Sawyer, W. M., "The Effect of Alcohol Structure and Molecular Weight on Surfactant Properties," 38th AOCS meeting, Chicago, October 1964.
(3) Goodlett, V. W., ANAL. CHEM. **37**, 431 (1965).
(4) Myerly, R. C., Rector, J. M., Steinle, E. C., Vath, C. A., Zika, H. T., *Soap Chem. Specialties* **40**, 78 (1964).
(5) Shriner, R. L., Fuson, R. C., "Identification of Organic Compounds," p. 165, Wiley, New York, N. Y., 1953.
(6) Weissberger, A., "Techniques of Organic Chemistry," **5**, 253, Interscience, New York, N. Y., 1958.

RECEIVED for review December 22, 1965. Accepted March 23, 1966.

# Joint Claim Construction Brief

# EXHIBIT 65

TOXICOLOGICAL SCIENCES 49, 133–142 (1999)
Copyright © 1999 by the Society of Toxicology

# The Toxic and Metabolic Effects of 23 Aliphatic Alcohols in the Isolated Perfused Rat Liver

O. Strubelt,* M. Deters,* R. Pentz,* C.-P. Siegers,*[,1] and M. Younes†

*Institut für Toxikologie der Medizinischen Universität zu Lübeck, Ratzeburger Allee 160, D-23538 Lübeck, Germany; and †World Health Organization, IPCS, 20, Avenue Appia, CH-1211 Geneva 27, Switzerland

Received June 23, 1998; accepted November 24, 1998

**We investigated the acute toxic and metabolic effects of 23 aliphatic alcohols (16 saturated and 7 unsaturated) in the isolated perfused rat liver at a concentration of 65.1 mmol/l (≈0.3% ethanol). The capacity of the straight chain primary alcohols (methanol, ethanol, 1-propanol, 1-butanol and 1-pentanol) to release the enzymes glutamate-pyruvate transaminase (GPT), lactate dehydrogenase (LDH) and glutamate dehydrogenase (GLDH) into the perfusate was strongly correlated with their carbon chain length. The secondary alcohols were less active in this respect whereas branching of the carbon chain did not consistently change alcohol toxicity. Unsaturation in the straight chain but not in the branched chain alcohols was accompanied by an increase in toxicity. An increased enzyme release was in general accompanied by, and correlated to, reductions in oxygen consumption, bile secretion, and perfusion flow of the isolated livers. Statistically significant correlations exist between parameters of alcohol-induced hepatotoxicity and the membrane/buffer partition coefficents of the alcohols. With the exception of methanol, all alcohols tested increased the lactate/pyruvate ratio of the perfusate, although this effect was not correlated to the degree of hepatic injury. Hepatic ATP concentrations decreased in most cases in line with hepatic injury and were particularly correlated with changes in oxygen consumption. Hepatic concentrations of reduced glutathione (GSH) were only diminished by the unsaturated alcohols, whereas an increase in hepatic oxidized glutathione (GSSG) occurred only with some of the saturated alcohols. Hepatic concentrations of malondialdehyde (MDA) increased after two saturated and three unsaturated alcohols but did not correlate with other parameters of hepatotoxicity. In conclusion, alcohol-induced hepatotoxicity is primarily due to membrane damage induced by the direct solvent properties of the alcohols. The consequences and relative contributions of alcohol metabolization to the overall hepatotoxicity of higher alcohols requires further study.**

*Key words:* **aliphatic alcohols; bile secretion; hepatotoxicity; perfused rat liver.**

The hepatotoxic effects of ethanol and its mechanisms have been the subject of a huge number of studies performed by a wide range of different laboratories over the last half-century (for reviews see Lieber, 1990, 1991, 1994). However, only a few attempts have been made hitherto to investigate the hepatic actions of other aliphatic alcohols, although many of them are widely used as industrial solvents, cosolvents, and chemical intermediates (Nelson *et al.*, 1990), or consumed as congeners of alcoholic beverages (Greizerstein, 1981). Gaillard *et al.* (1969) reported an increase of liver hydroxyproline and triglyceride levels and a decrease of plasma triglycerides in rats after a 6-month treatment with a mixture of 8 aliphatic alcohols indicating steatosis and beginning sclerosis of the liver. Severe hepatic damage also occurred in rats treated over a period of 12 to 16 weeks with high doses of corn fused oil containing aldehydes, esters, and a large number of higher alcohols (Gibel *et al.*, 1968, 1969). In our own experiments, four alcoholic congeners administered orally to guinea-pigs at doses up to 100-fold higher than those which can be ingested at the most by human binge drinking 10 ml/kg spirits (methanol 0.125 g/kg, n-propanol 0.14 g/kg, 2-methyl-1-propanol 0.335 g/kg, 3-methyl-1-butanol 1.2 g/kg) failed to exert any hepatotoxic activity (Siegers *et al.*, 1974). In the experiments of Hillbom *et al.* (1974), feeding rats with 1 M solutions of ethanol, n-propanol, or 2-methyl-1-propanol over 4 months also failed to produce a hepatotoxic response. Recently, McKarns *et al.* (1997) evaluated the release of LDH by rat liver epithelial cells *in vitro* after acute exposure to 11 short-chain alcohols; they found a correlation between the hydrophobicity of these alcohols and their ability to alter plasma membrane integrity.

To our knowledge, no further investigations have been published on the hepatic effects of alcohols other than ethanol. The sole exception is 2-propen-1-ol (allyl alcohol), the ability of which to cause periportal liver necrosis was already detected 80 years ago (Piazza, 1915) and the hepatotoxic action of which has been studied extensively (Badr *et al.*, 1986; Belinsky *et al.*, 1986; Patel *et al.*, 1983; Rikans *et al.*, 1994; Strubelt *et al.*, 1986). The objective of this study was to evaluate the relationship between the chemical structure of alcohols and their hepatic efficacy. We expected to find a correlation between efficacy and carbon-chain length and an increase of efficacy by unsaturation. No hypothesis could be established concerning the influence of branching the carbon chain on alcohol potency. Therefore we investigated and compared the

[1] To whom correspondence should be addressed. Fax: 49–451–500–2703.

Case 1:23-cv-00580-CFC Document 65-6 Filed 06/18/24 Page 108 of 116 PageID #: 7592



**TABLE 1**
**Aliphatic Alcohols Studied**

| Alcohol no. | Structure | CAS-No | Source |
|---|---|---|---|
| *Saturated alcohols* | | | |
| *Straight-chain primary alcohols* | | | |
| 1. Methanol |  | 67-56-1 | Merck |
| 2. Ethanol |  | 64-17-5 | Merck |
| 3. 1-Propanol |  | 71-23-8 | Merck |
| 4. 1-Butanol |  | 71-36-3 | Merck |
| 5. 1-Pentanol |  | 71-41-0 | Sigma |
| *Straight-chain secondary alcohols* | | | |
| 6. 2-Propanol |  | 67-63-0 | Merck |
| 7. 2-Butanol |  | 78-92-2 | Merck |
| 8. 2-Pentanol |  | 6032-29-7 | Merck-Schuchardt |
| 9. 3-Pentanol |  | 584-02-1 | Merck-Schuchardt |
| *Branched primary alcohols* | | | |
| 10. 2-Methyl-1-propanol |  | 78-83-1 | Merck |
| 11. 2-Methyl-1-butanol |  | 137-32-6 | Merck-Schuchardt |
| 12. 3-Methyl-1-butanol |  | 123-51-3 | Merck |
| *Branched secondary alcohols* | | | |
| 13. 3-Methyl-2-butanol |  | 598-75-4 | Aldrich |

toxic, functional, and metabolic effects of 23 saturated and unsaturated short-chain aliphatic alcohols in the isolated, perfused rat liver. Most of these alcohols have not been investigated toxicologically until now, though they may reach the human organism as industrial substances or congeners of spirits. Thus, an evaluation of their hepatotoxicity is not only of theoretical but also of practical interest.

## MATERIALS AND METHODS

***Animals.*** Male Wistar rats (320–380 g; from Winkelmann, Borchen, Germany) were used throughout. They were allowed free access to a standard diet (Altromin pellets) and tap water until they were used.

***Materials.*** Unless otherwise stated, reagents used for liver perfusion and biochemical determinations were of analytical grade and obtained from either Sigma-Aldrich (Deisenhofen, Germany) or Merck (Darmstadt, Germany). Table 1 shows the names, the chemical structure, the CAS-No. and the origin of the 23 alcohols studied. They were all administered at a concentration of 65.1 mmol/l, which corresponds to a 0.3% concentration of ethanol.

***Liver perfusion.*** Removal of the liver and its connection to a recirculating perfusion system was performed as previously described (Strubelt *et al.*, 1986). Livers were weighed before they were connected to the perfusion system. The albumin- and serum-free perfusion medium consisted of 250 ml Krebs-Henseleit-buffer, pH 7.4 (118 mmol/l NaCl, 6 mmol/l KCl, 1.1 mmol/l $MgSO_4$, 24 mmol/l $NaHCO_3$ and 1.25 mmol/l $CaCl_2$). Sodium taurocholate (36.7 g/l) was infused into the perfusate at a rate of 1.2 ml/h to stimulate bile secretion. The perfusion medium was continously gassed with carbogen (95% $O_2$, 5% $CO_2$) yielding an oxygen partial pressure of about 600 mg Hg and kept at 34°C. Perfusion was performed under conditions of constant pressure (240 mm $H_2O$) throughout the experiment. The perfusion flow rate was initially regulated at 60 ml/min using a tube clamp and remained nearly constant in the control experiments during the investigation period. The clamp was not widened when the flow rate declined on account of toxic liver swelling. The experiments were started after a 30 min equilibration period (time 0) by adding the alcohols at a concentration of 65.1 mmol/l to the perfusate and finished 120 min after

Case 1:23-cv-00580-CFC Document 65-6 Filed 06/18/24 Page 109 of 116 PageID #: 7593



**TABLE 1**
*Continued*

| Alcohol no. | Structure | CAS-No | Source |
|---|---|---|---|
| *Branched tertiary alcohols* | | | |
| 14. 2-Methyl-2-propanol |  | 75-65-0 | Merck |
| 15. 2-Methyl-2-butanol |  | 75-85-4 | Sigma |
| *Cyclic alcohols* | | | |
| 16. Cyclopropylmethanol |  | 2516-33-8 | Merck-Schuchardt |
| *Unsaturated alcohols* | | | |
| *Straight-chain primary alcohols* | | | |
| 2-Propen-1-ol (Allyl alcohol) |  | 107-18-6 | Merck |
| 18. 2-Propin-1-ol |  | 107-19-7 | Merck-Schuchardt |
| 19. 2-Buten-1-ol |  | 6117-91-5 | Merck-Schuchardt |
| *Straight-chain secondary alcohols* | | | |
| 20. 1-Buten-3-ol |  | 598-32-3 | Merck-Schuchardt |
| *Branched primary alcohols* | | | |
| 21. 2-Methyl-2-propen-1-ol |  | 513-42-8 | Merck-Schuchardt |
| 22. 3-Methyl-2-buten-1-ol |  | 556-82-1 | Merck-Schuchardt |
| *Branched tertiary alcohols* | | | |
| 23. 2-Methyl-3-butin-2-ol |  | 115-19-5 | Merck-Schuchardt |

initiation. The oxygen consumption of the isolated perfused livers was calculated from the difference in the oxygen concentrations of the influent and the effluent perfusate using a Micro pH/Blood Gas Analyzer 1306 (Instrumentation Laboratory). The perfusion flow rate was determined every 30 min by damming up the effluent perfusate in a special vial without impairing the perfusion flow and measuring the volume after 20 s. Bile was sampled every 30 min and the rate of bile secretion was calculated per gram liver and minute. For biochemical determinations, samples of 2 ml were also taken from the perfusate every 30 min. After the experiments the livers were frozen in liquid nitrogen until further analysis. Control experiments were performed in the same way, adding 0.9% saline instead of alcohols to the perfusate.

***Biochemical determinations.*** The activities of glutamate-pyruvate-transaminase (GPT), lactate dehydrogenase (LDH), and glutamate dehydrogenase (GLDH), as well as the concentrations of lactate and pyruvate in the perfusate, were assayed using commercial kits from Boehringer, Mannheim. Malondialdehyde (MDA) was measured in the perfusate and in the livers by coupling to thiobarbituric acid (Buege and Aust, 1978). Total glutathione was determined in liver and perfusate samples according to the procedure of Brehe and Burch (1976). Oxidized glutathione (GSSG) was estimated by the same procedure after blocking reduced glutathione (GSH) with 2-vinylpyridine (Griffith, 1980). For ATP determination, hepatic tissue was frozen immediately in liquid nitrogen and extracts were prepared according to Williamson and Corkey (1969). ATP was assayed enzymatically using a reagent kit from Sigma (Munich).

***Statistics.*** Means ± SEM were calculated in the usual manner. The difference between 2 means was calculated using Dunnett's *t*-test (Dunnett, 1964) setting $p = 0.05$ as the limit of significance. Correlation coefficients were calculated using the program Sigma Plot, version 3.0 (Jandel Scientific). Their significance was evaluated according to tables published in Documenta Geigy (1969).

## RESULTS

### *GPT, LDH, and GLDH Release*

The effects of the 23 alcohols on the releases of GPT, LDH, and GLDH into the perfusate are compiled in Table 2. In addition to the absolute concentrations, the potency ratios as compared to control values (1) have been calculated so as to provide a better overview of the results.

The capacity of the *straight-chain primary alcohols* (No's. 1–5) to release enzymes was strongly correlated (*r*, 0.82–0.87) with their carbon-chain length as demonstrated in Figure 1. Concerning the straight-chain secondary alcohols, 3 of them (6, 8, 9) were less active in this respect than their corresponding primary alcohols (3, 5). Only 2-butanol did not differ significantly from its corresponding primary alcohol in releasing enzymes from the liver. *Branching* of the carbon chain (10–12) did not consistently influence the hepatotoxicity of primary

**TABLE 2**
**Concentrations of Enzymes Released into the Perfusate by the Alcohols**

| | N | GPT (U/l) | PR | LDH (U/l) | PR | GLDH (U/l) | PR |
|---|---|---|---|---|---|---|---|
| Controls | 9 | 93.6 ± 27.8 | | 1109 ± 265 | | 11.9 ± 1.97 | |
| *Saturated alcohols* | | | | | | | |
| *Straight-chain primary alcohols* | | | | | | | |
| 1 Methanol | 3 | 99 ± 28 | 1.0 | 1139 ± 255 | 1.0 | 11.5 ± 3.0 | 1.0 |
| 2 Ethanol | 5 | 192 ± 44 | 2.1 | 2481 ± 603 | 2.2 | 28.1 ± 7.8 | 2.4 |
| 3 1-Propanol | 4 | 390 ± 213 | 4.3 | 4731 ± 1867 | 4.3 | 60.3 ± 19.4* | 5.1 |
| 4 1-Butanol | 4 | 775 ± 288* | 8.3 | 8946 ± 2411* | 8.1 | 78.2 ± 38.4 | 6.6 |
| 5 1-Pentanol | 4 | 2140 ± 524* | 22.9 | 28959 ± 4142* | 26.1 | 153.0 ± 42.0* | 12.9 |
| *Straight-chain secondary alcohols* | | | | | | | |
| 6 2-Propanol | 4 | 99 ± 24 | 1.1 | 1728 ± 582 | 1.6 | 29.4 ± 11.1 | 2.5 |
| 7 2-Butanol | 4 | 714 ± 258* | 7.6 | 7427 ± 2625* | 6.7 | 55.0 ± 22.2 | 4.6 |
| 8 2-Pentanol | 4 | 1222 ± 193* | 13.1 | 12275 ± 2088* | 11.1 | 75.7 ± 12.1* | 6.4 |
| 9 3-Pentanol | 4 | 1211 ± 198* | 12.9 | 11565 ± 1726* | 10.4 | 45.3 ± 3.5* | 3.8 |
| *Branched primary alcohols*10 | | | | | | | |
| 10 2-Methyl-1-propanol | 4 | 695 ± 125 | 7.4 | 11499 ± 2898* | 10.4 | 56.9 ± 10.3* | 4.8 |
| 11 2-Methyl-1-butanol | 3 | 1385 ± 142* | 14.8 | 20521 ± 1087* | 18.5 | 266.0 ± 52.8* | 22.4 |
| 12 3-Methyl-1-butanol | 3 | 1073 ± 38* | 11.4 | 8680 ± 1216* | 7.8 | 75.7 ± 17.3* | 6.4 |
| *Branched secondary alcohols* | | | | | | | |
| 13 3-Methyl-2-butanol | 3 | 757 ± 58* | 8.1 | 9353 ± 2582* | 8.4 | 64.7 ± 16.8* | 5.4 |
| *Branched tertiary alcohols* | | | | | | | |
| 14 2-Methyl-2-propanol | 3 | 47 ± 37 | 0.5 | 650 ± 432 | 0.6 | 6.7 ± 1.9 | 0.6 |
| 15 2-Methyl-2-butanol | 3 | 229 ± 120 | 2.4 | 2449 ± 953 | 2.2 | 13.2 ± 4.2 | 1.1 |
| *Cyclic alcohols* | | | | | | | |
| 16 Cyclopropylmethanol | 3 | 179 ± 67 | 1.9 | 2570 ± 877 | 2.3 | 21.6 ± 8.5 | 1.8 |
| *Unsaturated alcohols* | | | | | | | |
| *Straight-chain primary alcohols* | | | | | | | |
| 17 2-Propen-1-ol | 3 | 1077 ± 84* | 11.5 | 27747 ± 2756* | 25.0 | 43 ± 4.2* | 3.6 |
| 18 2-Propin-1-ol | 3 | 781 ± 274* | 8.3 | 13743 ± 2457* | 12.4 | 116 ± 52.2* | 9.7 |
| 19 2-Buten-1-ol | 3 | 690 ± 59* | 9.4 | 10977 ± 2433* | 9.9 | 47 ± 15.0* | 4.0 |
| *Straight-chain secondary alcohols* | | | | | | | |
| 20 1-Buten-3-ol | 3 | 1511 ± 178* | 16.1 | 25756 ± 1355* | 23.2 | 71.6 ± 12.4* | 6.0 |
| *Branched primary alcohols* | | | | | | | |
| 21 2-Methyl-2-propen-1-ol | 3 | 762 ± 91* | 8.1 | 15552 ± 3282* | 14.0 | 171 ± 89.4* | 14.4 |
| 22 3-Methyl-2-buten-1-ol | 3 | 699 ± 165* | 7.5 | 7738 ± 1460* | 7.0 | 60 ± 16.7* | 5.0 |
| *Branched tertiary alcohols* | | | | | | | |
| 23 2-Methyl-3-butin-2-ol | 3 | 133 ± 93 | 1.4 | 2078 ± 1524 | 1.9 | 18.4 ± 11.4 | 1.5 |

*Note.* Values are means ± SEM measured after 90 min perfusion with the alcohols at a concentration of 65.1 mmol/l. N, number of experiments. PR, potency ratio as compared with control values (1).

* Statistically significant difference ($p < 0.05$) from the control value.

alcohols as compared to that of the unbranched alcohols of the same carbon-chain length (4, 5). The only branched secondary alcohol, 3-methyl-2-butanol (13), was somewhat less active in releasing enzymes than the corresponding unbranched secondary alcohol, 2-pentanol (8). Only a small enzyme release was exerted by the 2-branched tertiary alcohols (14, 15) and by the cyclic alcohol cyclopropylmethanol (16).

*Unsaturation* of the carbon chain in straight-chain alcohols was usually accompanied by an increase in their ability to release enzymes into the perfusate (cf. 17 and 18 with 3; 20 with 2). Only 2-buten-1-ol (19) was not more active in this respect than its corresponding saturated alcohol 1-butanol (4). Unsaturation also failed to increase the hepatotoxicity of branched alcohols (21–23) compared to their saturated counterparts (10, 11, 15). The somewhat greater release of enzymes induced by 2-methyl-2-propen-1-ol (21) than by its saturated counterpart 2-methyl-1-butanol (11) seems to be by chance, when considering the high standard errors.

### *Oxygen Consumption, Bile Secretion, and Perfusion Flow Rate*

The effects of the alcohols on isolated liver oxygen consumption, bile secretion, and perfusion flow rate are compiled in Table 3. When comparing these results with the enzyme concentrations in Table 2, it becomes evident that an increased enzyme release was usually accompanied by a reduction of these functional parameters of viability. When correlating the data of Tables 2 and 3, strong correlations were found between the release of LDH in the perfusate and the decreases in oxygen




**FIG. 1.** The correlation of the terminal enzyme concentrations in the perfusate with the number of carbons in the alcohols.

consumption and perfusion flow induced by the alcohols (*r*, 0.84 and 0.83, respectively, $p < 0.05$). The correlations between LDH release and the decrease in bile secretion were less tight (*r*, 0.45, $p < 0.05$) and those between GPT release and the decrease of all 3 functional parameters were statistically insignificant (*r*, 0.32–0.4, $p > 0.05$). No correlation at all existed between GLDH release and the data of Table 3.

*Hepatic ATP, GSH, GSSG, and MDA*

The concentrations of ATP, reduced and oxidized glutathione (GSH, GSSG), and malondialdehyde (MDA), as determined in the perfused livers at the end of the experiments, are compiled in Table 4. Hepatic ATP was decreased in most cases, in line with the hepatotoxic activity of the alcohols as evidenced by enzyme release. A strong correlation (*r*, 0.96, $p < 0.05$) existed between oxygen consumption and hepatic ATP levels in particular, the latter probably resulting from the former.

Hepatic GSH concentrations, on the other hand, were not correlated with hepatotoxicity. They were reduced strongly by all unsaturated alcohols except 2-methyl-3-butin-2-ol (23), but not at all by the saturated alcohols, although many of them produced severe hepatotoxicity and functional impairment (cf. Tables 2 and 3). A statistically significant increase in hepatic GSSG concentrations was seen after some of the saturated alcohols (5, 6, 9, 11, 12, 14) but not after any of the unsaturated alcohols.

Hepatic MDA concentrations were enhanced significantly only after treatment with 2-methyl-2-butanol, cyclopropylmethanol (15, 16) and after 3 of the unsaturated alcohols (17, 18, 21). Whereas the latter 3 also produced strong enzyme release and functional impairment, the former two only displayed weak hepatotoxic activity (Tables 2 and 3).

*Metabolic Effects*

With the exception of methanol, all alcohols under investigation increased the lactate/pyruvate ratio within the perfusates (Table 5). In most cases, this effect was due to an increase in the lactate and a simultaneous decrease in the pyruvate concentrations. However, the saturated branched tertiary alcohols (14, 15) and also some of the unsaturated alcohols (17, 18, 23) did not decrease pyruvate levels. No statistically significant correlations existed between the enzyme release (Table 2) and the metabolic changes induced by the alcohols as a whole.

## DISCUSSION

In clinical as well as experimental studies, hepatotoxicity may be assessed by assaying liver cytosol-derived enzymes such as lactate dehydrogenase (LDH) or glutamate-pyruvate-transaminase (GPT). An increased leakage of these enzymes indicates damage of the cell membranes, which are attacked primarily by toxic agents. The release of glutamate dehydrogenase (GLDH) in the perfusate, on the other hand, indicates mitochondrial membrane damage and thus a more severe state of hepatotoxicity. As shown in Figure 1, the efficacy of the straight-chain primary alcohols in releasing these enzymes into the perfusate was correlated with their carbon-chain length. This correlation of alcohol potency with the number of carbons in the alcohol chain was previously also found with extrahepatic actions of the alcohols, including anesthesia (Meyer, 1901), depression of gut contractility and lung oxygen consumption, histamine release (Rang, 1960), ataxia induction (McCreery and Hunt, 1978), and overall intoxicating potency (Shoemaker, 1981). Recently the release of LDH from liver epithelial cells was also shown to increase with alcohol chain length (McKarns *et al*., 1997). These results have been interpreted as being due to the oil-water partition coefficient of the alcohols, which increases with the number of carbons in their chain. In fact, strong correlations have been observed between this coefficient and the actions of alcohols, which indicates that an unspecific binding of the alcohols to biological membranes

**TABLE 3**
**Influence of the Alcohols on Functional Parameters of the Isolated Rat Livers**

| | N | $O_2$ consumption ($\mu$mol/g × min) | PR | Bile flow ($\mu$g/g × min) | PR | Perfusion flow ml/min | PR |
|---|---|---|---|---|---|---|---|
| Controls | 9 | 1.54 ± 0.07 | | 219.0 ± 95.8 | | 55.0 ± 1.4 | |
| *Saturated alcohols* | | | | | | | |
| *Straight-chain primary alcohols* | | | | | | | |
| 1 Methanol | 3 | 1.99 ± 0.23 | 1.29 | 165.0 ± 34.4 | 0.75 | 55.0 ± 6.1 | 1.00 |
| 2 Ethanol | 5 | 1.85 ± 0.12 | 1.20 | 168.0 ± 43.6 | 0.77 | 48.6 ± 4.9 | 0.88 |
| 3 1-Propanol | 4 | 1.66 ± 0.13 | 1.08 | 146.0 ± 34.1 | 0.67 | 45.0 ± 4.6 | 0.82 |
| 4 1-Butanol | 4 | 0.98 ± 0.40 | 0.64 | 3.6 ± 1.6* | 0.02 | 31.3 ± 13.8* | 0.57 |
| 5 1-Pentanol | 4 | 0.06 ± 0.01* | 0.11 | 0.0 ± 0.0* | 0 | 1.7 ± 0.3* | 0.03 |
| *Straight-chain secondary alcohols* | | | | | | | |
| 6 2-Propanol | 4 | 2.18 ± 0.18* | 1.42 | 217.0 ± 118.0 | 0.99 | 54.0 ± 0.0 | 0.98 |
| 7 2-Butanol | 4 | 0.94 ± 0.13* | 0.61 | 14.5 ± 3.8* | 0.07 | 27.0 ± 4.6 | 0.49 |
| 8 2-Pentanol | 4 | 0.72 ± 0.09* | 0.47 | 10.6 ± 0.9* | 0.05 | 22.7 ± 3.7* | 0.41 |
| 9 3-Pentanol | 4 | 0.52 ± 0.19* | 0.34 | 3.8 ± 1.9* | 0.02 | 14.8 ± 6.1* | 0.27 |
| *Branched primary alcohols* | | | | | | | |
| 10 2-Methyl-1-propanol | 4 | 0.88 ± 0.10* | 0.57 | 13.5 ± 8.3* | 0.06 | 27.0 ± 6.2* | 0.49 |
| 11 2-Methyl-1-butanol | 3 | 0.30 ± 0.03* | 0.19 | 10.4 ± 7.3* | 0.05 | 20.0 ± 2.0* | 0.36 |
| 12 3-Methyl-1-butanol | 3 | 0.22 ± 0.07* | 0.14 | 7.8 ± 3.8* | 0.04 | 5.7 ± 1.9* | 0.10 |
| *Branched secondary alcohols* | | | | | | | |
| 13 3-Methyl-2-butanol | 3 | 0.80 ± 0.18* | 0.52 | 12.2 ± 4.7* | 0.06 | 26.3 ± 5.0* | 0.48 |
| *Branched tertiary alcohols* | | | | | | | |
| 14 2-Methyl-2-propanol | 3 | 1.89 ± 0.17 | 1.21 | 274.0 ± 104.0 | 1.25 | 58.0 ± 3.6 | 1.05 |
| 15 2-Methyl-2-butanol | 3 | 1.13 ± 0.33 | 0.73 | 29.9 ± 13.9* | 0.14 | 38.0 ± 11.8 | 0.69 |
| *Cyclic alcohols* | | | | | | | |
| 16 Cyclopropylmethanol | 3 | 1.44 ± 0.14 | 0.94 | 27.3 ± 3.7* | 0.12 | 55.0 ± 3.6 | 1.00 |
| *Unsaturated alcohols* | | | | | | | |
| *Straight-chain primary alcohols* | | | | | | | |
| 17 2-Propen-1-ol | 3 | 0.10 ± 0.01* | 0.06 | 8.4 ± 2.3* | 0.04 | 6.3 ± 1.2* | 0.11 |
| 18 2-Propin-1-ol | 3 | 0.19 ± 0.05* | 0.12 | 173.0 ± 75.1 | 0.79 | 12.7 ± 5.7* | 0.23 |
| 19 2-Buten-1-ol | 3 | 0.47 ± 0.06* | 0.31 | 37.5 ± 10.3* | 0.17 | 18.3 ± 2.9* | 0.33 |
| *Straight-chain secondary alcohols* | | | | | | | |
| 20 1-Buten-3-ol | 3 | 0.19 ± 0.04* | 0.12 | 99.1 ± 27.5* | 0.45 | 17.0 ± 2.7* | 0.31 |
| *Branched primary alcohols* | | | | | | | |
| 21 2-Methyl-2-propen-1-ol | 3 | 0.45 ± 0.01* | 0.29 | 33.7 ± 1.0* | 0.15 | 16.0 ± 2.0* | 0.29 |
| 22 3-Methyl-2-buten-1-ol | 3 | 0.84 ± 0.24* | 0.55 | 9.1 ± 4.4* | 0.04 | 28.0 ± 11.6* | 0.51 |
| *Branched tertiary alcohols* | | | | | | | |
| 23 2-Methyl-3-butin-2-ol | 3 | 1.20 ± 0.20 | 0.78 | 25.0 ± 13.0* | 0.11 | 54.0 ± 4.6 | 0.98 |

*Note.* Values are means ± S.E.M. measured after 90 min perfusion with the alcohols at a concentration of 65.1 mmol/l. N, number of experiments. PR, potency ratio as compared with the control values (=1).

* Statistically significant difference ($p < 0.05$) from the control value.

rather than a specific receptor interaction underlies these effects (Rang, 1960; McKarns *et al.*, 1997).

In a study involving 50 alcohols, McCreery and Hunt (1978) found a very good correlation between the ability of the alcohols to produce acute intoxication in rats and the membrane/buffer partition coefficient (P(m/b)), which also increased with an increasing number of carbon atoms. An unspecific binding to biological membranes thus can be assumed to increase with the carbon chain length of alcohols. We correlated the P (m/b) data from this study with the release of LDH, GPT, and GLDH in our study and found correlation coefficients of 0.53, 0.51, and 0.49, respectively ($p < 0.05$). Statistically significant correlations also exist between P(m/b) values and the decreases in oxygen consumption, bile secretion and perfusion flow induced by the alcohols ($r$, 0.72, 0.39, and 0.63, respectively; $p < 0.05$). These data taken together are consistent with the hypothesis that the alcohols produce their hepatotoxic effects primarily by entering and disordering biological membranes.

However, many studies have shown that ethanol exerts hepatotoxicity due to metabolic changes that are induced following its oxygenation by alcohol dehydrogenase (Lieber, 1994). The toxic effects of ethanol on perfused rat livers can therefore be completely prevented by inhibition of ADH with 4-methylpyrazole. The hepatotoxic effects of 1-propanol, however, are only partially inhibited by 4-methylpyrazole, and those of 1-butanol and 1-pentanol not at all (Strubelt *et al.*,

**TABLE 4**
**Influence of the Alcohols on Hepatic Biochemical Parameters**

| | N | ATP (μmol/g) | GSH (μmol/g) | GSSG (μmol/g) | MDA (μmol/g) |
|---|---|---|---|---|---|
| Controls | 9 | 1.25 ± 0.20 | 2.52 ± 0.29 | 0.06 ± 0.01 | 17.1 ± 1.4 |
| *Saturated alcohols* | | | | | |
| *Straight-chain primary alcohols* | | | | | |
| 1 Methanol | 3 | 1.43 ± 0.28 | 3.16 ± 0.49 | 0.20 ± 0.08 | 17.4 ± 4.6 |
| 2 Ethanol | 5 | 1.17 ± 0.13 | 2.92 ± 0.51 | 0.06 ± 0.01 | 20.7 ± 2.5 |
| 3 1-Propanol | 4 | 0.98 ± 0.10 | 3.39 ± 0.45 | 0.08 ± 0.01 | 21.8 ± 8.1 |
| 4 1-Butanol | 4 | 0.88 ± 0.09 | 3.76 ± 0.72 | 0.13 ± 0.04 | 18.8 ± 3.8 |
| 5 1-Pentanol | 4 | 0.20 ± 0.03* | 2.82 ± 0.36 | 0.30 ± 0.12* | 15.0 ± 3.0 |
| *Straight-chain secondary alcohols* | | | | | |
| 6 2-Propanol | 4 | 1.37 ± 0.16 | 3.42 ± 0.91 | 0.20 ± 0.01* | 12.8 ± 1.0 |
| 7 2-Butanol | 4 | 0.53 ± 0.13 | 2.36 ± 0.37 | 0.14 ± 0.05 | 11.7 ± 2.1 |
| 8 2-Pentanol | 4 | 0.28 ± 0.03 | 1.10 ± 0.24 | 0.08 ± 0.02 | 60.1 ± 33.5 |
| 9 3-Pentanol | 4 | 0.28 ± 0.10 | 1.75 ± 0.44 | 0.12 ± 0.02* | 41.9 ± 21.5 |
| *Branched primary alcohols* | | | | | |
| 10 2-Methyl-1-propanol | 4 | 0.53 ± 0.05 | 2.38 ± 0.99 | 0.10 ± 0.07 | 92.2 ± 75.9 |
| 11 2-Methyl-1-butanol | 3 | 0.10 ± 0.01* | 1.33 ± 0.29 | 0.24 ± 0.07* | 14.4 ± 5.7 |
| 12 3-Methyl-1-butanol | 3 | 0.26 ± 0.05* | 2.27 ± 0.37 | 0.19 ± 0.03* | 10.8 ± 1.4 |
| *Branched secondary alcohols* | | | | | |
| 13 3-Methyl-2-butanol | 3 | 0.41 ± 0.23 | 0.99 ± 0.25 | 0.09 ± 0.02 | 16.7 ± 1.5 |
| *Branched tertiary alcohols* | | | | | |
| 14 2-Methyl-2-propanol | 3 | 1.54 ± 0.09 | 4.27 ± 0.56* | 0.27 ± 0.06* | 11.2 ± 1.4 |
| 15 2-Methyl-2-butanol | 3 | 0.62 ± 0.23 | 1.63 ± 0.25 | 0.15 ± 0.07 | 36.8 ± 8.2* |
| *Cyclic alcohols* | | | | | |
| 16 Cyclopropylmethanol | 3 | 0.89 ± 0.16 | 1.99 ± 0.24 | 0.06 ± 0.01 | 34.4 ± 5.5* |
| *Unsaturated alcohols* | | | | | |
| *Straight-chain primary alcohols* | | | | | |
| 17 2-Propen-1-ol | 3 | 0.07 ± 0.01* | 0.28 ± 0.12* | 0.02 ± 0.01 | 47.3 ± 5.2* |
| 18 2-Propin-1-ol | 3 | 0.14 ± 0.02* | 0.08 ± 0.05* | 0.01 ± 0.00 | 273.0 ± 92.4* |
| 19 2-Buten-1-ol | 3 | 0.11 ± 0.01* | 0.02 ± 0.01* | 0.00 ± 0.00 | 590.0 ± 535 |
| *Straight-chain secondary alcohols* | | | | | |
| 20 1-Buten-3-ol | 3 | 0.09 ± 0.00* | 0.03 ± 0.00* | 0.00 ± 0.00 | 105.0 ± 47.7 |
| *Branched primary alcohols* | | | | | |
| 21 2-Methyl-2-propen-1-ol | 3 | 0.15 ± 0.01 | 0.04 ± 0.02* | 0.00 ± 0.00 | 140.0 ± 21.1* |
| 22 3-Methyl-2-buten-1-ol | 3 | 0.55 ± 0.22 | 0.26 ± 0.07* | 0.01 ± 0.01 | 19.4 ± 4.7 |
| *Branched tertiary alcohols* | | | | | |
| 23 2-Methyl-3-butin-2-ol | 3 | 0.68 ± 0.07 | 1.68 ± 0.33 | 0.03 ± 0.00 | 25.9 ± 3.6 |

*Note.* Values are means ± SEM measured after 90 min perfusion with the alcohols at a concentration of 65.1 mmol/l. N, number of experiments.
* Statistically significant difference ($p < 0.05$) from the control value.

1998). In the case of ethanol, therefore, binding to the cell membrane only predisposes its entrance into the cytosol where hepatotoxicity ensues as a result of ethanol metabolization, and inhibition of ethanol metabolism thus inhibits ethanol-induced hepatotoxicity. With increasing alcohol carbon-chain length, the significance of the unchanged molecule in bringing about hepatotoxicity increases, while that of the metabolic changes brought about by alcohol metabolization decreases, and inhibition of alcohol metabolization then fails to inhibit hepatotoxicity.

With the exception of methanol, all alcohols tested increased the lactate/pyruvate ratio within the perfusates. A rise in the lactate and a decrease in the pyruvate concentrations in the blood caused by ethanol has been reported many times in animals and man (Wallgren and Barry, 1970) and is regarded as a net result of an excess of reducing equivalents, primarily NADH, generated by ADH-mediated ethanol oxidation (Lieber, 1994). It must be noted, however, that such a metabolic change does not offer a quantitative estimate of an effect but is instead a qualitative indicator for a change in the cellular redox state. The important fact proven by our experiments is that all higher alcohols exert a change in the relative cellular levels of NAD and NADH, although the extent of this change does not correlate with the degree of hepatic injury.

The release of GLDH from the isolated livers indicates mitochondrial injury, which was also shown by the decreases in oxygen consumption. A decreased energy supply from mitochondrial respiration is obviously the cause for the decline in hepatic ATP concentrations as evidenced by the strong correlation between both effects ($r$, 0.96). Chemical hypoxia result-

**TABLE 5**
**Influence of the Alcohols on Lactate and Pyruvate Concentrations in the Perfusate**

| | N | Lactate mmol/l | Pyruvate μmol/l | Lactate/Pyruvate |
|---|---|---|---|---|
| Controls | 9 | 1.16 ± 0.14 | 190.0 ± 15.2 | 6.01 ± 0.52 |
| *Saturated alcohols* | | | | |
| *Straight-chain primary alcohols* | | | | |
| 1 Methanol | 3 | 1.26 ± 0.23 | 160.0 ± 48.2 | 8.42 ± 1.11 |
| 2 Ethanol | 5 | 1.41 ± 0.17 | 33.1 ± 3.3* | 42.6 ± 3.74* |
| 3 1-Propanol | 4 | 4.55 ± 0.34* | 88.5 ± 15.6* | 55.2 ± 12.0* |
| 4 1-Butanol | 4 | 3.97 ± 0.58* | 81.2 ± 8.8* | 50.3 ± 8.95* |
| 5 1-Pentanol | 4 | 2.56 ± 0.13* | 33.4 ± 5.2* | 80.4 ± 11.8* |
| *Straight-chain secondary alcohols* | | | | |
| 6 2-Propanol | 4 | 3.39 ± 1.01* | 124.0 ± 40.0 | 27.5 ± 1.59* |
| 7 2-Butanol | 4 | 2.56 ± 0.47* | 70.2 ± 15.6* | 39.4 ± 7.94* |
| 8 2-Pentanol | 4 | 3.07 ± 0.38* | 57.3 ± 0.8* | 53.8 ± 7.42* |
| 9 3-Pentanol | 4 | 2.65 ± 0.38* | 39.2 ± 3.1* | 66.9 ± 4.57* |
| *Branched primary alcohols* | | | | |
| 10 2-Methyl-1-propanol | 4 | 2.95 ± 0.38* | 30.7 ± 4.7* | 106.0 ± 31.8* |
| 11 2-Methyl-1-butanol | 3 | 3.21 ± 0.25* | 56.1 ± 8.8* | 60.0 ± 9.53* |
| 12 3-Methyl-1-butanol | 3 | 5.47 ± 1.26* | 116.0 ± 42.5 | 51.7 ± 6.37* |
| *Branched secondary alcohols* | | | | |
| 13 3-Methyl-2-butanol | 3 | 3.10 ± 0.82* | 49.5 ± 11.4* | 60.1 ± 9.22* |
| *Branched tertiary alcohols* | | | | |
| 14 2-Methyl-2-propanol | 3 | 4.54 ± 1.13* | 399.0 ± 52.1* | 11.1 ± 1.27* |
| 15 2-Methyl-2-butanol | 3 | 3.62 ± 1.38 | 216.0 ± 69.7 | 16.1 ± 1.16* |
| *Cyclic alcohols* | | | | |
| 16 Cyclopropylmethanol | 3 | 3.59 ± 0.46* | 56.8 ± 12.2* | 67.6 ± 10.6* |
| *Unsaturated alcohols* | | | | |
| *Straight-chain primary alcohols* | | | | |
| 17 2-Propen-1-ol | 3 | 1.84 ± 0.15 | 140.0 ± 26.7 | 13.7 ± 1.59* |
| 18 2-Propin-1-ol | 3 | 3.43 ± 0.33* | 250.0 ± 50.8 | 14.9 ± 3.35* |
| 19 2-Buten-1-ol | 3 | 2.48 ± 0.11* | 51.5 ± 4.8* | 48.9 ± 4.19* |
| *Straight-chain secondary alcohols* | | | | |
| 20 1-Buten-3-ol | 3 | 1.63 ± 0.29 | 122.0 ± 14.7 | 13.2 ± 1.21* |
| *Branched primary alcohols* | | | | |
| 21 2-Methyl-2-propen-1-ol | 3 | 2.38 ± 0.65 | 52.3 ± 9.8* | 44.5 ± 7.12* |
| 22 3-Methyl-2-buten-1-ol | 3 | 3.79 ± 1.77 | 41.2 ± 6.3* | 99.2 ± 43.1* |
| *Branched tertiary alcohols* | | | | |
| 23 2-Methyl-3-butin-2-ol | 3 | 3.48 ± 0.44* | 178.0 ± 39.7 | 21.5 ± 4.77* |

*Note.* Values are means ± SEM measured after 90 min perfusion with the alcohols at a concentration of 65.1 mmol/l. N, number of experiments.
* Statistically significant difference ($p < 0.05$) from the control value.

ing from mitochondrial injury may account, at least partially, for alcohol-induced hepatotoxicity in those cases where oxygen consumption and hepatic ATP declined dramatically.

A general mechanism for the detoxication of electrophilic toxicants is conjugation with the thiol nucleophile glutathione (GSH), which may occur spontaneously or can be facilitated by glutathione S-transferases. High doses of hepatotoxicants may overwhelm this detoxification process, which may in turn lead to a depletion of hepatic glutathione, an accumulation of the ultimate toxicant, and toxic injury. Strong depletions of hepatic GSH were induced in our study by all unsaturated alcohols with the exception of 2-methyl-3-butin-2-ol (23), which reduced hepatic GSH only by one-third (statistically not significant). This effect may be the consequence of the metabolization of these alcohols to reactive intermediates binding to and depleting GSH. It has been demonstrated convincingly that the hepatotoxic action of allyl alcohol (2-propen-1-ol, #17) depends on its oxidation to acrolein, which can bind to and rapidly deplete GSH (Belinsky *et al*., 1986; Reid, 1972). Furthermore, inhibition of ADH also prevents hepatotoxicity induced by allyl alcohol in the same way that ethanol's toxicity is inhibited (Reid, 1972; Silva and O'Brien, 1989). With the exception of No. 23, the other unsaturated alcohols presumably are also metabolized to reactive intermediates that bind to GSH, and their metabolization may be the cause of their hepatotoxicity. The saturated alcohols, on the other hand, did not influence hepatic GSH levels, although many of them produced severe hepatotoxicity. This may be explained by the failure of these alcohols to produce electrophilic metabolites that can be detoxified by conjugation with GSH. Obviously, the

saturated alcohols exert hepatotoxicity primarily by interactions with cellular and subcellular membranes (Sun and Sun, 1985) and, in the case of ethanol and propanol, also by secondary changes resulting from their metabolism.

Oxidative stress due to the generation of oxygen-free radicals associated with ethanol metabolism has been proposed as a potential mechanism of ethanol hepatotoxicity (Nordmann *et al.*, 1987; Younes and Strubelt, 1988; Mufti *et al.*, 1993). Under conditions of oxidative stress, intracellular glutathione (GSH) is readily oxidized (Sies and Cadenas, 1985). In this study, hepatic GSSG concentrations were somewhat elevated after perfusion with some of the saturated, but not at all by the unsaturated, alcohols. Quite clearly, no correlation existed between GSH oxidation and hepatotoxic alcohol effects as evidenced by enzyme release or impairment of functional parameters. Furthermore, hepatic GSSG concentrations were also not correlated with the P(m/b) coefficients (*r*, 0.13). These data do not support a pivotal role of oxygen stress bringing about alcohol-induced hepatotoxicity, at least under our experimental conditions.

Any free radical with sufficient reactivity to extract a hydrogen atom from a reactive methylene group of a fatty acid can initiate lipid peroxidation (Mufti *et al.*, 1993). There are many reports indicating that ethanol increases levels of lipid peroxidation products such as malondialdehyde (MDA), conjugated dienes or hydrocarbons like ethane and pentane (Mufti *et al.*, 1993). In this study, hepatic MDA concentrations were not elevated after perfusion with ethanol and most of the other saturated alcohols, and there was also no correlation between hepatic MDA and the P(m/b) coefficient (*r*, 0.05). This does not rule out, however, the existence of lipid peroxidation, because hepatic MDA may not be a sensitive enough test for revealing lipid peroxidation.

This idea is supported by the fact that large increases in liver MDA concentrations were in fact induced by most of the unsaturated alcohols which indicated that they had stimulated lipid peroxidation. Evidence for a massive lipid peroxidation was also substantiated by the fact that great amounts of ethane were exhaled after administration of allyl alcohol to mice *in vivo* (Jaeschke *et al.*, 1987). The potency of unsaturated alcohols in inducing lipid peroxidation thus seems to be greater than that of the saturated alcohols. Whether lipid peroxidation is a cause or a consequence of alcohol hepatotoxicity, however, cannot be deduced from our results.

In conclusion, several mechanisms seem to interact in promoting the hepatotoxicity of ethanol and longer-chain alcohols. The relative contributions of direct solvent properties and metabolic effects to the overall hepatotoxic action requires further study.

## ACKNOWLEDGMENTS

The skillful technical assistance of Cornelia Magnussen and Astrid Röbke is gratefully acknowledged. Thanks to Eva-Maria Sistig for expert preparation of the manuscript.

## REFERENCES

Badr, M. Z., Belinsky, S. A., Kauffman, F. C., and Thurman, R. G. (1986). Mechanism of hepatotoxicity to periportal regions of the liver lobule due to allyl alcohol: Role of oxygen and lipid peroxidation. *J. Pharmacol. Exp. Ther.* **238**, 1138–1142.

Belinsky, S. A., Badr, M. Z., Kauffman, F. C., and Thurman, R. G. (1986). Mechanism of hepatotoxicity in periportal regions of the liver lobule due to allyl alcohol: Studies on thiols and energy status. *J. Pharmacol. Exp. Ther.* **238**, 1132–1137.

Brehe, J. E., and Burch, H. B. (1976). Enzymatic assay for glutathione. *Anal. Biochem.* **74**, 189–197.

Buege, J. A, and Aust, S. D. (1978). Microsomal lipid peroxidation. *Methods Enzymol.* **52**, 302–310.

Documenta Geigy (1969). Wissenschaftliche Tabellen. 7. Auflage. J. R. Geigy A.G., Pharma, Basel.

Dunnett, C. W. (1964). New tables for multiple comparisons with a control. *Biometrics* **20**, 482–491.

Gaillard, D., de Saint-Blanquat, G., and Derache, R. (1969). Effets hépatotoxiques des alcools des boissons au cours de l'administration d'un régime gras chez le rat. *Path.-Biol.* **17**, 385–390.

Gibel, W., Wildner, G. P., and Lohs, K. H. (1968). Untersuchungen zur Frage der kanzerogenen und hepatotoxischen Wirkung von Fuselöl. *Arch. Geschwulstforsch.* **32**, 115–125.

Gibel, W., Wildner, G. P., and Lohs, K. H. (1969). Experimentelle Untersuchungen über die hepatotoxische Wirkung von höheren Alkoholen (Fuselöl). I. Mitteilung. *Z. Gastroenterol.* **7**, 108–113.

Greizerstein, H. B. (1981). Congener contents of alcoholic beverages. *J. Stud. Alcohol.* **42**, 1030–1037.

Griffith, O. W. (1980). Determination of glutathione disulfide using glutathione reductase and 2-vinylpyridine. *Anal. Biochem.* **106**, 207–212.

Hillbom, M. E., Franssila, K., and Forsander, O. A. (1974). Effects of chronic ingestion of some lower aliphatic alcohols in rats. *Res. Commun. Chem. Pathol. Pharmacol.* **9**, 177–180.

Jaeschke, H., Kleinwaechter, C., and Wendel, A. (1987). The role of acrolein in allyl alcohol-induced lipid peroxidation and liver cell damage in mice. *Biochem. Pharmacol.* **36**, 51–57.

Lieber, C. S. (1990). Mechanism of ethanol induced hepatic injury. *Pharmac. Ther.* **46**, 1–41.

Lieber, C. S. (1991). Hepatic, metabolic and toxic effects of ethanol: 1991 update. *Alcohol. Clin. Exp. Res.* **15**, 573–592.

Lieber, C. S. (1994). Alcohol and the liver: 1994 update. *Gastroenterology* **106**, 1085–1105.

McCreery, M. J., and Hunt, W. A. (1978). Physico-chemical correlates of alcohol intoxication. *Neuropharmacology* **17**, 451–461.

McKarns, S., C., Hansch, C., Caldwell, W. S., Morgan, W. T., Moore, S. K., and Doolittle, D. J. (1997). Correlation between hydrophobicity of short-chain aliphatic alcohols and their ability to alter plasma membrane integrity. *Fundam. Appl. Toxicol.* **36**, 62–70.

Meyer, H. (1901). Zur Theorie der Alkoholnarkose. Der Einfluss wechselnder Temperatur auf Wirkungsstärke und Theilungscoefficient der Narcotica. *Naunyn-Schmiedebergs Arch. Exp. Path. Pharmak.* **46**, 338–346.

Mufti, S. I., Eskelson, C. D., Odeleye, O. E., and Nachiappan, V. (1993). Alcohol-associated generation of oxygen free radicals and tumor promotion. *Alcohol & Alcoholism* **28**, 621–628.

Nelson, B.,K., Brightwell, W.,S., and Krieg, E.,F., Jr. (1990). Developmental toxicology of industrial alcohols: A summary of 13 alcohols administered by inhalation to rats. *Toxicol. Ind. Health* **6,** 373–387.

Nordmann, R., Ribière, C., and Rouach, H. (1987). Involvement of iron and

iron-catalyzed free radical production in ethanol metabolism and toxicity. *Enzyme* **37**, 57–69.

Patel, J. M., Gordon, W. P., Nelson, S. D., and Leibman, K. C. (1983). Comparison of hepatic biotransfomration and toxicity of allyl alcohol and [1,1–$^2H_2$]allyl alcohol in rats. *Drug Metab. Dispos.* **11**, 164–166.

Piazza, J. G. (1915). Zur Kenntnis der Wirkung der Allylvebindungen. *Z. Exp. Pathol. Thur.* **17,** 318–341.

Rang, H. P. (1960). Unspecific drug action: The effects of a homologous series of primary alcohols. *Br. J. Pharmacol.* **15**, 185–200.

Reid, W. D. (1972). Mechanism of allyl alcohol-induced hepatic necrosis. *Experientia* **28**, 1058–1061.

Rikans, L. E., Cai, Y., and Hornbrook, K. R. (1994). Allyl alcohol cytotoxicity in isolated rat hepatocytes: Mechanism of cell death does not involve an early rise in cytosolic-free calcium. *Arch. Toxicol.* **69**, 24–29.

Shoemaker, W. J. (1981). The neurotoxicity of alcohols. *Neurobehav. Toxicol. Teratol.* **3**, 431–436.

Siegers, C.-P., Strubelt, O., and Breining, H. (1974). The acute hepatotoxic activity of alcoholic beverages and some of their congeners in guinea pigs. *Pharmacology* **12**, 296–302.

Sies, H., and Cadenas, E. (1985). Oxidative stress: Damage to intact cells and organs. *Philos. Trans. R. Soc. Lond. B. Biol. Sci.* **311**, 617–631.

Silva, J. M., and O'Brien, P. J. (1989). Allyl alcohol- and acrolein-induced toxicity in isolated rat hepatocytes. *Arch. Biochem. Biophys.* **275**, 551–558.

Strubelt, O., Deters, M., Pentz, R., and Siegers, C.-P. (1998). The importance of ADH-metabolism of aliphatic alcohols for their acute hepatotoxicity. *Naunyn Schmiedeberg's Arch. Pharmacol.*(suppl.), **357**, R 119.

Strubelt, O., Younes, M., and Pentz, R. (1986). Influence of extracellular calcium on allyl alcohol-induced hepatotoxicity. *Acta Pharmacol. Toxicol.* **59**, 47–52.

Sun, G. Y., and Sun, A. Y. (1985). Ethanol and membrane lipids. *Alcohol. Clin. Exp. Res.* **9**, 164–180.

Wallgren, H., and Barry, H., III (1970). *Actions of Alcohol*, *Biochemical: Physiological, and Psychological Aspects.* Vol. I. Elsevier, Amsterdam-London-New York.

Williamson, J. R., and Coskey B. E. (1969). Assays of intermediates of the citric acid cycle and related compounds by fluorimetric methods. *Methods Enzymol.* **13,** 434–513.

Younes, M., and Strubelt, O. (1989). Role of free radicals in ethanol-induced acute hepatotoxicity. *Adv. Biosci.* **76**, 261–267.